# Exhibit G

Exhibit G

SkyWest AIRLINES

Direct Dial: 435.634.3530
Direct Fax: 435.634.3505
e-mail: temerson@skywest.com

February 3, 2017

**VIA E-MAIL: ajreinach@churchstate.org and U.S. Mail**
Alan J. Reinach, Esq.
Executive Director
Church State Council
2686 Townsgate Road
Westlake Village, CA 91361

***Re: Shane Cassell***

Dear Mr. Reinach:

I am writing in reply to your December 12th letter. You felt my statement that Mr. Cassell "will absolutely and unavoidably be required to work on Saturday and other holidays" was speculation.

My statement was drawn from conversations with the leadership in our Crew Scheduling Department and based on their long experience. Since receiving your letter, I directed an analyst in the Flight Operations Department to review the schedules for 100 recently hired pilots over the past 12 months, including Mr. Cassell's classmates. No matter what scheduling preferences they requested, each pilot got a schedule that required them to work on a Saturday. None of the 100 pilots, no matter how they bid, or attempted to drop or swap an undesirable trip, were able to avoid Saturday work. This is because all Monday – Friday trips were selected by senior pilots. This is not surprising, as most employees attempt to match their work schedules with their family schedules, where spouses and children are typically free on the weekends.

I am sorry that I did not specifically address your concern with training schedules. I would be pleased to discuss how training schedules could be altered to accommodate Seventh-day Adventists who wish to observe the Sabbath. However, in the case of Mr. Cassell, unless he is willing to work on the Sabbath after he leaves training, resuming his training would be futile.

I again wish to reiterate my admiration for Mr. Cassell's faithfulness and commitment to his values. SkyWest has more than 10,000 employees and every major religion can be found among our workforce. Their religious observances and holidays fall on every day of the week.

We believe that a balancing of these religious preferences is best met through our seniority system and the courts have concurred.

Very truly yours,

Todd C. Emerson
Director of Government and Legal Affairs

From Coy Bryant Date 10/27/2016, 4:13:00 PM

To Shane Cassell

Cc

Subject RE: Religious Accommodation Form

The other pilot that has requested Accommodation is Mikhail Belov. He gave me permission to disclose this information to you in hopes that you can coordinate your schedule.

**From:** Shane Cassell [mailto:shanecassell1@gmail.com]
**Sent:** Thursday, October 27, 2016 9:52 AM
**To:** Coy Bryant
**Subject:** Religious Accommodation Form

Hi Coy,

I have attached the completed religious accommodation form to this email. Again, I want to say thanks for working with me on this and I also want to assure you that my request for this day off is not to secure a time for me to spend at my leisure, but for a day of worship. These are deeply held beliefs of mine and have been since childhood. I'm excited to begin work with SkyWest and I will do everything I can to help maintain the companies excellent reputation and track record of success.

Shane

**From** Spencer Hinckley **Date** 9/1/2016, 10:52:56 AM
**To** Coy Bryant
**Cc**
**Subject** Shane Cassell

Hello Coy,

We have hired Shane into a training class in November. While speaking about the schedule he notified me that he is a 7th day Adventist and cannot work on Saturdays. We have scheduled him into a CTP class that will allow him to not work on Saturday. However, He will definitely be scheduled for reserve duties on a Saturday when he is online. This will pose a problem for us. I wanted to give you a heads up so you can have that conversation with him.

Thanks,

Spencer Hinckley
Recruitment Specialist | People Department
SkyWest Airlines
O: 435.634.3345
M: 435.218.4324
Spencer.Hinckley@skywest.com

**Coy Bryant**

**From:** Jake Whicker
**Sent:** Wednesday, November 30, 2016 2:14 PM
**To:** SkyWest CRJ Pilot Training Coordinators
**Cc:** Coy Bryant; Tayler Smith
**Subject:** 51321 Shane Cassell

**This message has been archived. View the original item**

Good afternoon,

Shane just resigned his position. He is in GS. Please pull all future training. Tayler is taking care of hotel and travel.

Thanks,

Jake Whicker
Manager CRJ Fleet Training | Flight Operations
SkyWest Airlines
O: 801.258.4527

C: 801.719.9521
jake.whicker@skywest.com

**Coy Bryant**

| | |
|---|---|
| **From:** | Tayler Smith |
| **Sent:** | Wednesday, November 30, 2016 2:45 PM |
| **To:** | Julie Burgess; Jake Whicker; SkyWest CRJ Pilot Training Coordinators |
| **Cc:** | Coy Bryant |
| **Subject:** | RE: 51321 Shane Cassell |

**This message has been archived. View the original item**

Sorry Julie, yes starting today. I haven't sent an "official" broadcast yet, I'm just finishing some other tasks.

Sharon – Please set his checkout date Friday 12/2.

Thank you,

Tayler Smith
Administrative Assistant | Flight Operations
SkyWest Airlines
O: 801.258.4521

F: 801.258.4302
tayler.smith@skywest.com <mailto:tayler.smith@skywest.com>

From: Julie Bu

**Coy Bryant**

| | |
|---|---|
| **From:** | Jake Whicker |
| **Sent:** | Friday, December 02, 2016 2:06 PM |
| **To:** | Shane Cassell |
| **Cc:** | Coy Bryant; Dave Moxham |
| **Subject:** | RE: Clarification of yesterdays events |
| **Attachments:** | CASSELL_51321_RELIGIOUS_ACCOM.pdf; Cassell Term.PNG |

Good afternoon Shane,

Thank you for reaching out for clarification on this issue. I understand this is a very important matter for you personally and professionally.

On October 27, 2016, we signed a letter regarding your request for Religious Accommodation. The letter states in part:

- It has been determined that we are unable to honor the specific request with work scheduling...
- We have provided FO Cassell with tools...
    - Options include pursuit of schedule changes as defined by company and departmental resources
        - Drop/trade shift, bid for desired work...

You were assigned to report to and attend a shift that begins tonight (Friday 12/2/16) at 1600 and would end at 1800. This shift is a normal part of CRJ Ground training, and unfortunately there were no alternative shifts for which you could trade or bid for in accordance with established practices. The training in this shift is required training and must be completed in its entirety.

After weighing your options, you stated that you were unwilling to attend the training as scheduled this evening. Subsequently, you resigned your employment with SkyWest Airlines. Had you continued your employment and didn't report for or complete the assignment, your employment would have been terminated as this is a required job function.

I have attached your religious accommodation request and a copy of the termination paperwork. If you have any further questions, please work directly with Coy Bryant on this issue.

Respectfully,

Jake Whicker

**From:** Shane Cassell [mailto:shanecassell1@gmail.com]
**Sent:** Thursday, December 01, 2016 3:28 PM
**To:** Jake Whicker
**Subject:** Clarification of yesterdays events

Jake,

I'm emailing you just to clarify what happened Wednesday afternoon regarding my resignation. As you may recall, in October I submitted a request for religious accommodation regarding my need to have Friday sundown through Saturday sundown free from training and work. SkyWest made accommodations by

| | |
|---|---|
| Aircraft Preference | CRJ |
| Recommended for Spin Up Program? | No |
| If Spin up is recommended, what are the terms? | |

Additional Comments
Third interview
Declined once in favor of a chief pilot position at current job
Resigned from SkyWest training during Matrix session. Thought ground school would be 8-5 Monday through Friday. He was not able to maintain a commitment outside of this schedule
Has expressed unwillingness to be flexible with schedule without any acceptation
Based on his history with SkyWest and his schedule constraints, the team has concerns of reliability
Has a plan for negotiation with chiefs and schedules; however this may not be realistic when it comes to reserve and junior scheduling
When asked what he was proud of when reviewing his logbook, he was happy the brag about all the girls he took up flying while in college
Used the same reference letters from his previous SkyWest interviews and simply changed the dates

**Johanna Baker**

| | |
|---|---|
| **From:** | Rachelle Kolb |
| **Sent:** | Wednesday, July 12, 2017 12:15 PM |
| **To:** | Chandler Larsen;Jaime Sorensen |
| **Subject:** | RE: Shane Cassell Regret Notes |

Sounds good to me!

Rachelle Kolb
Lead Specialist-Recruitment & Hiring | People Department
SkyWest Airlines
O: 435.634.3335
M: 435.359.7768
rachelle.kolb@skywest.com

**From:** Chandler Larsen
**Sent:** Wednesday, July 12, 2017 12:10 PM
**To:** Jaime Sorensen <Jsorensen@skywest.com>; Rachelle Kolb <rachelle.kolb@skywest.com>
**Subject:** Shane Cassell Regret Notes

How does this sound to you guys?

Secure | https://skywest.icims.com/icims2/servlet/icims2/module=AppSearchActionAdapter

Disposition

You have chosen to reject the selected candidate(s).

Reason Interview - Communications Skills

Explanation

07/11 Regret per Tracy. Candidate expressed unwillingness to be reliable and work his awarded schedule if hired. Candidate also communicated multiple times that he would be unwilling to accommodate his schedule due to unforseen circumstances. CL

☐ Send an email notice to this candidate.

**Johanna Baker**

---

**From:** Ian Whiting
**Sent:** Wednesday, July 19, 2017 4:41 PM
**To:** Roy Glassey
**Subject:** RE: [redacted]

**Sensitivity:** Confidential

Funny thing is in his interview he basically said he cannot work no matter what.

Ian Whiting
Manager | Planning & Analysis
Flight Operations
SkyWest Airlines
O: 435.634.3523
ian.whiting@skywest.com

PARAGRAPH PAGE

1. Company Seniority ........ SP-64.1
2. Seniority Order for Same-Day Hires ........ SP-64.1
3. Bidding (Department) Seniority ........ SP-64.1

## 1. Company Seniority

A. Company seniority is defined as the first day an employee works for SkyWest Airlines, a predecessor company or a subsidiary of SkyWest, Inc. Company seniority is used for determining benefits eligibility and boarding priority for travel.

## 2. Seniority Order for Same-Day Hires

A. In the event that more than one employee is hired the same date, they will be placed on the seniority list according to the last 4 digits of their social security number. The employee with the lowest four digits will be added to the seniority list first, thereby having bidding seniority over the employee with the greater number.

B. When a transferring employee and a new hire are added to a bidding seniority list on the same day, the transferring employee will be senior to the new hire.

## 3. Bidding (Department) Seniority

A. Bidding seniority is defined as the first day of continuous employment in a specific job classification. Bidding seniority is used for determining an employee's shift, workweek, area of work and line preference. Preference on domicile transfers is also given on the basis of bidding seniority. Bidding seniority is determined, maintained, and administered by each department for the job classifications in their area of responsibility.

B. In cases where strict adherence to bidding seniority would be likely to have an adverse impact on the safety of operations, our customer or our ability to serve our customer, management reserves the right to assign personnel as needed to insure a safe and efficient operation.

Uncontrolled copy. Currency must be verified with the LESP before use.

# PBS

## *User Guide*

SkyWest online

# Table of Contents

**Introduction ... 3**

The Advantages of PBS ... 3

User Guide Overview ... 3

**CHAPTER 1 The SkyWest PBS ... 5**

Logging onto the Software ... 5

The Main Section ... 6

Menu Bar ... 7

Preassigned ... 8

Off Days ... 10

Pairings ... 11

Pairing Properties ... 20

Line Properties ... 27

Reserve ... 34

Prioritize Layers ... 45

View Pairing Set ... 49

Print Bids ... 51

Standing Bids ... 52

View Prev Bids ... 52

Line Award ... 53

Print Award ... 58

Logout ... 58

**CHAPTER 2 Placing Bids ... 59**

Standing Bid ... 59

Monthly Bid ... 65

Reserve Bid ... 75

Clearing Bids ... 80

**CHAPTER 3 Terms and Definitions ... 83**

**Index ... 87**



SkyWest 000301

**INTENTIONALLY LEFT BLANK**

# Introduction

PBS (Preferential Bidding System) is a bidding system that allows Crew Support and crewmembers the ability to work together to build flying lines from month to month. Crew Support inputs the pairings, any vacation, training, golden days etc. into the PBS. The crewmember then selects property preferences they would like their line to contain. PBS builds lines based on crewmember preferences, available pairings, seniority, and operational needs. With the implementation of the PBS software it is necessary to adjust some terminology regarding the bidding process. Definitions are included in the Terms and Definitions section at the end of this training document.

## The Advantages of PBS

Crewmembers have the ability to customize their work schedules to fit their personal needs.

PBS eliminates any adjustment of schedules between months. (The last day of the old bid period and the first four days of the new bid period.)

Crewmembers have the flexibility to choose mixed pairings, days off, overnight cities, line values, pairing lengths, and many other options.

Crewmembers are able to bid even when extended training events are scheduled.

Pairings aren't bid by training crewmembers and then once awarded, assigned to reserves.

## User Guide Overview

This guide, online documentation, and company distributed training tools have been developed to train how to use PBS. The training guide is laid out relative to the operation of the software, using a building block process. The most effective way to use this user guide is in conjunction with the PBS software.
The guide is broken into the following categories:

- Introduction to PBS: gives an overview of the software and training materials
- The SkyWest PBS: Guides through the functions and sections of the software in the order presented. Understanding the use and function of PBS is covered in this section.
- Property Descriptions: A list of selectable preferences used to place a bid
- Placing Bids: A step-by-step guide on how to place monthly, standing, and reserve bids
- Terms and Definitions: Dictionary to the PBS
- Index: Alphabetical listing of topics for easy reference

**INTENTIONALLY LEFT BLANK**

CHAPTER 1

# The SkyWest PBS

1

The SkyWest PBS is a web-based application available through SkyWest Online. This section describes how to logon to the software, become familiarize with the functions, and how to navigate the PBS.

## Logging onto the Software

Logging onto the software is very simple and uses systems you are already familiar with. This will be explained in a step-by-step process.

- Log on to www.skywestonline.com
- Towards the bottom-left of the page, click on **PBS**
- The PBS home page opens and displays all the information that pertains to PBS
- Click on the **Click Here to Bid** button on the right-hand side
- The PBS login window opens (Figure 2)




Figure 1 - PBS link

- Enter your password and click **Submit**




Figure 2 - Login window

**Remember to LOG OUT of the PBS software. This prevents the opportunity for another person to access your bid.**

# The Main Section

The Main section consists of the menu bar, crewmember information, bid package details, and a message board that crew support uses to relay any important messages to the crewmembers.




Figure 3 - Main window

Your username displays at the top of the Main section. Below your name is the last date and time you logged into the software and your current login date and time. Bidding information displays in the sections below the time stamps:

- Base
- Seniority
- Qualification
- Current Bid Package name and description
- Bidding period
- Number of Targeted Line Holders
- Message Board

The number of targeted line holders determines the number of flying lines that will be built for the current bid month. If your bid seniority falls within the number of line holders and you choose not to bid, or fail to bid, a line is built based on your standing bid preferences. You will **not** be assigned a reserve line.

The menu bar remains visible on the left side of the window in every section. The title of the section you are currently viewing displays in a larger, yellow font.

# Menu Bar

This bar (Figure 4) is shown in every section and is the tool used to navigate around the PBS. Select a new section by clicking on the desired link.




Figure 4 - Menu bar

## Main

In the Main section your bidding information displays: Base, Fleet, Seniority, Qualification, Current Bid Package name and description, Bidding period, Number of Line Holders, and the Message Board.

## Online Docs

Online Documents is information, provided by the vendor, on PBS. You can find definitions of properties and tips to using the software.

## View Sen List

Listed in this section are all crewmembers with your same qualification in your domicile. It includes their employee #, name, company seniority and their bid seniority for the current bid period. The PTM attribute displays next to those crewmembers who are part time. Highlighted crewmembers are “Not Bidding” in the current bid period.

## Preassigned

This section (Figure 5) displays all preassignments in the “bid month calendar.” The bid month calendar includes 6 days from the previous month and 6 days into the following bid month for carryover assignments. A preassignment may be vacation, user time, training, recurrent, leave of absence, golden days, etc. that have been added to your schedule prior to the bid period. You will not be awarded pairings that occur on the same day as a preassignment. For example: Refer to Figure 5. Both December 9th and 10th contain a preassignment. Do not select pairings that start, overlap, or end on this day.

Username: **dolsen** (Bid Viewer)
Current User: [redacted]

Open period: 11/10/2009 10:00:00 AM - 11/17/2009 9:00:00 AM

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| **December, 2009** | | | | | | |
| | | 25 C/I S3054 | 26 | 27 C/I S1877 | 28 C/I S3895=> | 29 <=---=> |
| 11/30 <=--- | 12/1 | 2 | 3 COBU | 4 | 5 | 6 |
| 7 | 8 | 9 COBU | 10 IFD | 11 | 12 | 13 |
| 14 IFD | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 12/31 | 1/1 | 2 | 3 |
| 4 | 5 | 6 | | | | |

Total preassign credit: 1800
Total preassign block: 000

© 2009 Advanced Optimization Systems

Figure 5 - Preassigned window

All preassignments display in red in the bid month calendar. Placing the cursor over a particular preassignment displays a mouseover containing its credit and block value. Clicking on a preassignment opens the details for that preassignment. Click on the **Back** button to display the calendar again.

**NOTE:**
**For Preassignment codes, please refer to SP 3017 in the Pilot Policy Manual or SP 2317 in the Flight Attendant Policy Manual.**

Below the calendar is “Total preassign credit” and “Total preassign block.” Preassignment credit values are used to calculate the current bid month's target line credit. It also tells you the value for your preassignment(s). “Preassign block” indicates the amount of block time

that is in the preassignment(s). For example: Training contains duty time where vacation does not.

In the event a pilot is approaching their maximum yearly block hours, “User Property” displays below the calendar. Refer to Figure 6. This pilot has 75 hours and 19 minutes before the maximum hours are met. (The numbers following the time currently have no meaning.) Additionally, **Max Block HHMM Limit:** followed by the applicable time displays on every page for easy reference.




Figure 6 - User Property

"User Property" may also display if there is a calendar day that is not included in the active bid month. For example: A bid month may be October 31st through November 30th. The USRP value in this case indicates the block time already being flown from October 1st to October 30th, which is the previous bid month. Another example is the March bid. Usually this bid starts March 2nd. The USRP value in this example is the block time that is scheduled for March 1st, which was in the previous bid month.

User Property only applies to pilots.

## Off Days

The bid month calendar (Figure 7) appears in most sections accessed from the menu bar. "Off Days" is used to bid specific day(s) off. You may do this by selecting specific day(s), a certain day each week (all Saturdays), or both of these options.




Figure 7 - Off Days window

### Selecting Individual Days Off

To select an individual day off, click on the underlined date. For example: For Tuesday June 9th, click on "9". OFFnone displays on the calendar day. Once the layer(s) have been selected for the off day request, the respective layer(s) number replaces none."

### Selecting Days of the Week Off

To select a day of each week off, click on the preferred day highlighted in pink at the top of the calendar. For example: Click on Friday and Saturday for all Fridays and



SkyWest 000310

Saturdays.OFFWnone displays in all dates that fall on Fridays and Saturdays. Once the bid is placed in a layer, the respective layer(s) number follows. This bid continues into the first four days of the following month to allow continuity for a particular day of the week off. Notice in Figure 7 your bid for all Fridays also appears on the first Friday of the next month.

**NOTE:**
**Day Off bids that fall on preassignments are ignored.**

OFF1 is an individually selected day off. The number(s) following indicate the layer(s) it is bid.
OFFW1 is a particular day off every week. The number(s) following indicate the layer(s) it is bid.

The selected "Off" days work as a filter, instructing PBS to avoid scheduling anything on those particular days. This is a possibility if your seniority allows it.

At the top of the bid month calendar is the “View All Layers” option. The drop-down arrow allows you to select a specific layer to view in the bid month calendar. The default is to view all layers at once. Layers are explained in greater detail later in this manual.

## Pairings

This section is one of the most important sections on the menu bar. In this section you may search and view all available pairings in your domicile for the bid month. It is very important to know what pairings are available. This ensures you know what to bid for and how. The search engine is used to locate pairings that meet your preferences. You may also place bids from this section. Bids may be pairing property type bids or specific pairings.




Figure 8 - Pairings search window

This section (see Figure 8) contains your username, the bid period dates and times, the bid month calendar, two Clear buttons and a listing of all the searchable criteria.

A search may be broad or narrow, depending on the amount of search criteria entered.

After entering search criteria, click the **Search** button (**17**). A pairing report displays all the pairing(s) that met the selected criteria. This report is discussed in further detail following the descriptions.

1 **Match pair id as** is used to look up a specific pairing. Enter the pairing ID and click on the **Search** button. The letter in front of the ID needs to be there; it identifies the domicile. The pairing report displays only one pairing: the one you entered.

2 **Match starting day as** is used to find pairings that start on a chosen day of the month. There are a few ways to enter this request:

- Click on the small calendar, select the starting day, and click on **Select** at the bottom of the calendar window. This enters the day as year/month/day (20040422 is 2004, April 22.)
- Enter the day or date of the month by manually typing it in the box. Entering “10” in the box generates a search for all pairings that start on the 10th of the bid month. For a specific day, enter the first three letters. Entering “TUE” generates a search for all pairings that start on Tuesday.
- On the bid month calendar select the start day or date. At the top of the calendar, click on the underlined day of the week you would like your pairings to start or click on the underlined date(s).

Click on the **Search** button to view the pairing(s) that match the entered day(s).

3 **Sub-Equip** is an option if bidding in a domicile with multiple A/C equipment types. You may search for all pairings that use the CRJ, CR7 (CRJ700), CR9 (CRJ900), or ER7 (ERJ175). “CRX” is a search for pairings that fly both the CRJ700 and CRJ900 in the same pairing. The drop-down only lists the equipment available in your domicile and the ones you are qualified for. Click **Search** for the pairing report.

4 **Match layover city at** searches for a preferred layover city. The drop-down menu lists all layover cities that are available for your domicile in the current bid month. Select a layover city and click **Search**. The pairing report displays all pairings that contain an overnight in the selected city.

5 **On date** is used to search for all pairings that overnight in a city on a specific date or day of the week. This search criteria may be entered the same way as previously described in "Match starting day as." Enter a date or day in the “on day” box and a city in the “Match layover city” box. Click on **Search**. The pairing report displays all pairing(s) that contain the layover city on the date or day requested.

6 **With layover time at least** is used to search for pairings that have one or more of the layover times you specify. The drop-down contains actual layover times of the pairings available in your domicile. Select a time and click on the **Search** button. The pairing report contains the pairings with the selected layover time. In regards to multiple day pairings, this search returns all pairings that have at least one of the layover times that meet your criteria. For example: If you would like at least one layover in your pairing to have ten hours or more, select “1000” or any time greater.

**NOTE:**
**#4, #5, and #6 are designed to work in conjunction with each other. You are able to search and make bids using #4 but you are only able to search using #5 and #6.**

**7** **Pairing length (days) from** is used to select the number of days in a pairing. You may view one day or multiple day pairings as well as a combination of both. The drop-down window contains only the pairing lengths available in your domicile. There are various ways to search for these pairing lengths:

- Single pairing length
  To search a specific pairing length, enter a desired number in the first and second box and then click on **Search**. For example: To search for only 3 day pairings, enter "3" in both the first and second box and then click on **Search**.
- Multiple pairings up to a maximum length
  To search for multiple pairing types, leave the first box empty, enter the longest pairing length in the second box and click on **Search**. The pairing report includes the maximum pairing length entered as well as pairings that are less than the selected pairing length. For example: Leaving the first box empty and entering "3" in the second box lists all locals, 2 day, and 3 day pairings.
- Combination pairing lengths
  To search for a combination of pairing lengths, enter the shortest pairing length in the first box and the longest pairing length in the second box. For example: To search for 2 and 3 day pairings enter "2" in the first box, "3" in the second box, and click on **Search**.
- All pairing lengths
  Leaving both boxes empty generates a search for all pairing lengths except split-duties/standups, beginning with the shortest to the longest.

**8** **Report between** and **Release between** searches work in the same manner as explained above. This search option is great for commuters. You may search for pairings based on the report times, release times, or both. The drop-down window contains actual report and release times from the available pairings for the bid month. Select the times from the drop-down windows. Caution: tight or over lapping time selections may result in "no pairings found." Enter the earlier time in the first box. Click on **Search** to generate a pairing report.

**9** **Average credit per duty period** is used to view pairings based on the credit value received per duty period. This is an average of all days in the pairing. As with other selections, the duty credit is based on the actual pairing. Enter the credit time from the drop-down window with the lowest number in the first box and larger in the second box. Click on **Search** for the pairing report. Leaving either box blank causes the software to default to the minimum or maximum credit available depending on which box is empty.

**10** **Min connection (turn)** and **Max connection (turn)** are used to select pairings with your max or min turn time preference. Turn times are the ground times between legs. This option allows you to view pairings that have a minimum turn time. The minimum turn time is the time entered or longer. This applies to every turn time in the pairing.

For example: If you enter "30", the pairing report displays all pairings that contain turn times of 30 minutes or longer. **Max connection** is for turn times that match the time entered or are shorter. You can also use both to bracket turn times. For example: "40" in the min box and "200" in the max box displays all pairings with connection times between 0:40 minutes and 2:00 hours. After entering the times, click **Search** for the pairing report.

**11** **Min layover** and **Max layover** are used for layover times (overnights). All layover times in the pairing are equal to or longer than the "Min layover" search time entered. "Max" is the longest layover time in the pairings. Use them together to bracket layover times. After entering the times click on **Search**.

**12** **Max landings per duty period** is used to search for pairings with a maximum number of landings per duty period. This search returns a pairing report with the number of landings selected or less. For example: If "4" is selected, the pairing report displays only the pairings with 4 landings or less in a duty period. After entering the number of landings, click on **Search**. This isn't a max landings per pairing; it's a max landings per duty period.

**13** **Max TAFB-credit ratio** allows you to search for pairings with the highest credit value (pay) for the amount of hours spent away from base (TAFB- Time Away From Base). You would find this ratio by dividing the TAFB by the credit value of the pairing. For example: If your pairing begins on Monday at 0800 and ends on Tuesday at 0800 your TAFB is 24 hours. Your credit value for this pairing is 6 hours. If you divide 24 by 6 it equals 4. "4" is the ratio number you would enter into the box.

**14** **Prefer Landing At** is used to generate a search for pairings that land at the entered city code. If an entered city code is incorrect or doesn't exist in the bid package, an error message displays and that search criteria is disregarded when the pairing report displays.

**15** **Pairing type** is used to search for specific types of pairings. This option automatically defaults to blank which is a search for all pairing types.

- Normal + International is a search for non-split-duty/standup pairings and pairings that contain International trips
- Normal is a search for non-split-duty/standup pairings
- Standup (Flight Attendants) or Split-duty (Pilots) is a search for only standup/split-duty pairings. A split-duty/standup is a flight duty period that has a scheduled break in duty that is less than a required rest period. If there aren't any split-duties/standups available in your domicile, "No pairings found" displays instead of a pairing report.
- International – a search for pairings that contain International trips

**16** **Position** is only available to flight attendants based in a domicile with the CRJ 700, CRJ 900, or ERJ 175. Use the drop-down arrow to search for "FA" (facing aft) pairings or "FF" (facing forward) pairings. The default search includes pairings for both positions.

**NOTE:**

**You may enter as many selections as you would like in the different fields but keep in mind, your search only finds pairings that meet all your selections.**

**You may want to leave your last selection and add more selections to it.**

**If you would like to start a completely new search, you can clear the search criteria by clicking on the Clear Search Criteria button.**

**After you enter your criteria, click on the Search button to generate a pairing report.**




Figure 9 - Pairing report

This is an example of what a pairing report (Figure 9) may look like:

1 This box indicates how many pairings matched your selected criteria and how many times those pairings occur in the bid month

2 This box contains all the information regarding that specific pairing

3 This box is used to select the pairing id or a specific day/date that particular pairing begins. The dates are shown as 20140111. These days are read as year/month/day: 2014, January 11.

4 Click here to place the bid selections made in box 3. “S1653” is the pairing ID.

5 This calendar displays the dates in the month that the specific pairing begins.

6 This button places a bid for the preferences used in your search and adds them to the “Additional General Bids” section under your bid month calendar, in the "Pairings and Line Properties" section, as well as the “Prioritize Layers” section.

Only 3 of the 210 pairings found in this report are displayed for this example. To view all the pairings in the report, scroll down.

**Pairing Description**

```
 DAY DH FLTN DPS-ARS DEPL ARRL BLKT GRNT EQP    TBLK TCRD TPAY DUTY  FDP
S1653                           BASE REPT: 1020L    Mo Tu We Th Fr Sa Su
 Base : SLC       FA01                                 -- -- -- -- --
                                                    -- -- -- -- -- 11 --
                                                    -- -- -- -- -- -- --
                                                    -- -- -- -- -- 25 --
SA      4507 SLC-BZN 1105 1230  125  124  215 RJD   -- -- -- --
SA      4507 BZN-SLC 1445 1605  120  121  100 RJD
SA      4782 SLC-BZN 1705 1834  129  124      RJD  414   6  415  829  814
   D-END: 1849L     REPT: 0654L                                      1205
   HOLIDAY INN BOZEMAN             (406) 587-4561
SU      4439 BZN-SLC 0739 0904  125  121  202 RJD
SU      4669 SLC-BIL 1106 1240  134  126   25 RJD
SU      4669 BIL-SLC 1305 1430  125  123   35 RJD
SU      7380 SLC-CDC 1505 1555   50   59   25 RJD
SU      7380 CDC-SLC 1620 1720  100   59      RJD  614   0  608 1041 1026
   D-END: 1735L                                 -----------------------
   TOTALS BLOCK 1028 DHD    0 LDGS:  8 CREDIT 1023  TAFB  3115 TFDP 1840
```

Across the top of the pairing are the headers that identify the displayed pairing information:

- DAY: Day of week pairing is scheduled
- DH: Deadhead
- FLTN: Flight number
- DPS: Departure station
- ARS: Arrival station
- DEPL: Departure time local
- ARRL: Arrival time local

- BLKT: Block time
- GRNT: Ground Time
- EQP: Equipment
- TBLK: Total Block
- TCRD: Total Credit
- TPAY: Total Pay
- DUTY: Duty Time
- FDP: Flight Duty Period

The totals for the respective columns are across the bottom of the pairing.

- BLOCK: This total is from the number(s) in the TBLK column.
- DHD: Total number of deadhead legs.
- LDGS: Total number of landings in the pairing.
- CREDIT: This is the total credit for the entire pairing.
- TAFB: Total time away from base
- TFDP: Total flight duty period.

The pairing ID is shown below the "DAY" header. Pairing IDs contain a single letter domicile identifier and a number based on the aircraft type:
1000 series - CRJ
3000 series - CR7-9
5000 series - ER7 The aircraft type and associated airline is identified at the end of each leg that is displayed in the pairing. They are defined as:

RJU - CRJ United
RJD - CRJ Delta
RJE - CRJ American
RJS - CRJ US Airways
R7A - CRJ 700 Alaska

R7D - CRJ 700 Delta
R7U - CRJ 700 United
R9S - CRJ 900 US Airways
R9D - CRJ 900 Delta
ER7 - E-175 United


SkyWest 000318

### Split-Duty/Standup Pairings

Pairings that include a scheduled break in duty that is less than a required rest period have two different names based on the work group. For flight attendants, these pairings are referred to as "standups." Due to FAR 117 regulations, this type of pairing is known as "split-duty" to pilots.

### Standup-Flight Attendants

```
DAY DH FLTN DPS-ARS DEPL ARRL BLKT SEGT GRNT EQP TBLK CRD TPAY DUTY LAYO
S3E32                          BASE REPT: 2105L    Mo Tu We Th Fr Sa Su
 Base : SLC       FA01FF01                          -- -- -- -- -- --  7
                                                     8 -- 10 11 -- -- 14
                                                    15 -- 17 18 -- -- 21
                                                    22 -- 24 25 -- -- 28
                                                    29 --
 1     4853 SLC-SUN 2150 2259  109  105   751 R7D
   AMERICINN                     (208) 788-7950
 2     4854 SUN-SLC 0650 0753  103  104      R7D  212 323  532 1103 1048
   D-END:  808L                                -----------------------
   TOTALS BLOCK  212 DHD    0 LDGS:  2 CREDIT  532  TAFB  1103 TFDP 1048
```

### Split-duty-Pilots

The second day of the split-duty pairing displays SBY (a code used internally for legality purposes) and the crewmember's show time, SHO.

```
 DAY DH FLTN DPS-ARS DEPL ARRL BLKT GRNT EQP    TBLK TCRD TPAY DUTY  FDP
S1429                          BASE REPT: 1912L    Mo Tu We Th Fr Sa Su
 Base : SLC       CA01FO01                                -- -- -- -- --
                                                    -- -- -- -- -- 11 --
                                                    -- -- -- -- -- -- --
                                                    -- -- -- -- -- 25 --
                                                    -- -- -- --
SA     7378 SLC-BTM 1957 2127  130  123   908 RJD
   BW BUTTE PLAZA INN            (406) 494 3500
SU       SBY BTM-BTM 0142 0549
SU       SHO BTM-BTM 0550 0550
SU     7376 BTM-SLC 0635 0754  119  116      RJD  249 418  657 1257  942
   D-END:  809L                                -----------------------
   TOTALS BLOCK  249 DHD    0 LDGS:  2 CREDIT  657  TAFB  1257 TFDP  942
```

### Placing bids from the pairing report

The following is a brief explanation on how to place a bid from the pairing report. Bidding is covered in further detail in the section "Placing Bids-Monthly Bid." Refer to Figure 9.

- **Placing a bid with search criteria**

  The main purpose of the pairing report is to learn what pairings are available in the bid month. SkyWest PBS has built into the software the ability to add the preferences used in your pairing search to your monthly bid calendar by clicking on the **Make Bids** button. (Box **6**) The search preferences used are automatically placed at the bottom



SkyWest 000319

of the bid month calendar in the "Additional General Bids" section and the "Prioritize Layers" section.

- **Bidding for the pairing ID**
  In the same box (Box **3**) are the words "Bid PairID." Click on it and then click on "Choose S1653" (Box **4**) to place the bid. The window reloads and the bid for the selected pairing ID is listed at the bottom of the bid month calendar. This bid tells the software to add this pairing ID into your bid month wherever and whenever it can, taking into account your seniority, preassignments, selected days off, and other requested line preferences.
- **Bidding for a specific pairing on a date**
  To bid for a pairing found on a specific day, use the same box as before. (Box **3**) Under "Bid PairID" are the dates the pairing starts on. These dates are read as year/month/day. Highlight the date(s) to select the pairing day and then click "Choose S1653" (Box **4**) to place the bid. The window reloads and the bid is listed in the bid month calendar. If you submitted a search for a specific day of the week, click on the day (i.e. Bid Mon) and then "Choose ####". This places a bid for the pairings that only start on that day of the week. You may select multiple individual pairing dates by holding down the Control key. You may select a group of pairings by holding down the Shift key or by holding down the left mouse button and dragging over the desired dates. Once you've made your selections, click on "Choose S1653" (Box **4**). All preassignments over ride a pairing request.

**NOTE:**
**The software overrides a day off request if you selected a specific pairing that operates on that same day.**

This covers the pairing report. Again, this is one of the most important sections you will use. It is in your best interest to know what pairings are available before you place a bid. If you place a bid for three day pairings and there aren't any in your domicile, the software is unable to build a line with your preferences. It does, however, build a line with the remaining pairings that are not used in the lines of crewmembers senior to you. This section is the best way to get to know what pairings are available. Spend a lot of time here before selecting your preferences for the bid month.

## Pairing Properties

Every pairing has its own attributes; in PBS these attributes are called "Properties." There are several properties based on the different needs of crewmembers. Each property is explained in this section. When you place bids in PBS you do so by selecting the pairing properties that best fit your needs. PBS adds the pairings that match your bid preferences to your pairing pool and uses these pairings to build your line.



Figure 10 - Pairing Properties

Figure 10 is an example of the "Pairing Properties" section. This calendar (bid month calendar) contains all preassignments, days off, individual pairing IDs, and selected preferences.

Next to the day of the week (Box **1**) and date on the calendar (Box **2**), there is a selection box. This box is used to select specific day(s), as needed, with property choices. If you bid a property that requires a day selection, the bid is shown in the calendar.

If you select a property without a day selection, the placed bid displays below the calendar in the "Additional General Bids" section (Box **3**). All the pairing properties are listed at the bottom of the window (Box **4**). To select a property, click the round bullet next to it. To clear all the date selections you have made in the calendar only, click on the **Clear All Checkmarks** button (Box **5**).

Properties interact differently when used in conjunction with other properties. For example: By using the properties "Pairing Length" along with "Layover in a city", PBS only finds pairings that meet both properties. This bid combination adds all pairings that meet the length and layover city selected to your pairing pool.

More pairings may have been found in the layover city selected if "Pairing Length" had not been chosen. It is very important that you read and understand the definitions of the property choices. Below are definitions of each pairing property in the order they are listed.

**Minimum Average Credit Per Duty Period**
This property includes a drop-down allowing you to select a minimum average credit per duty period for the pairings. The values are preset in 00:15 increments. Click on the down arrow and select the value from the drop-down window. After selecting the average credit value, click on **Bid**.




With the average set at 4:00, PBS selects all pairings with a credit average of 4:00 or higher between all duty periods within that pairing.

This is not a credit per duty period but an average credit of all duty periods in that pairing. The average credit may be higher than your selection but it will not be lower. For example: A four day pairing could have a total credit of 16 hours or higher. Day1 = 3 credit hours - Day2 = 4 credit hours - Day3 = 5 credit hours - Day4 = 4 credit hours for a total of 16 credit hours. This 4 day pairing would have an average credit of 4 per duty period.

**Pairing Length**
This property allows you to specify the length of pairings you want to fly. You may select any 1 day pairings (locals), 2 day pairings, 3 day pairings, etc. that are available in your domicile. Pairing lengths may be combined within your month however each pairing length must be bid individually. To bid for 2 and 3 day pairings, first complete a bid for the 2 day pairing and then place a bid for the 3 day pairing.

**NOTE:**
**This property does not include split-duties or standups. Split-duties and standups are bid independently.**

**Pairing Length On Date**
This property is the same as above but includes the additional option of selecting a start date for the selected pairing length.




1) Select the pairing length from the drop-down box.
2) Click on the small box(es) in the calendar for the specific day(s) of the week or individual date(s) you would like your pairings to start.
3) Click on **Bid On Checked Dates** when you are finished selecting dates.

The preferred pairing lengths appear on the selected dates in the calendar as PLEN1,2,3 etc. depending on the selected pairing length.

**Deadhead Preference**
This property is used to "Bid Prefer" or "Bid Avoid" deadheads. When selected, it includes or excludes all pairings that contain deadheads depending on your bid preference.

**Include Split-duties (Pilots) Include Standups (FAs)**
This property is used if you would like to fly split-duty pairings (pilots) or standup pairings (flight attendants.) If selected, it indicates to the software that split-duty/standup pairings may be added to your line. If not selected, PBS works to avoid adding split-duty/standup pairings to your line. A split-duty/standup pairing may be awarded if they still remain when PBS is building your line.

**NOTE:**
**The system default is to avoid split-duty/standup pairings.**

**Report Between**
This property allows you to specify the report time of your pairing. Select the time from the drop-down lists of hours and minutes. The minutes are in increments of 5. For example: I want to report between 1000 and 1400.




When using the example above be aware that all pairings that start before 1000 and all pairings that start after 1400 are **eliminated** from your pairing pool. ***Make sure your times are realistic.*** The time period begins with the selected time in "from" and continues to the time selected in "to." Your time period can not continue from one day into the next. The more narrow the time frame, the less chance of finding pairings that comply.

**Report Between On Date**
This property is the same as "Report Between" but includes the additional option of selecting a start day/date for the selected report times.




1) Select the report times from the drop-down boxes
2) Click on the small box(es) in the calendar for the specific day(s) of the week or the individual dates you would like your pairings to start
3) Click on **Bid On Checked Dates** when you are finished selecting date(s)

The preferred report times appear on the selected dates in the calendar as "REP HHMM-HHMM1,2,3" depending on the layer it is in.

**Release Between**
This property allows you to specify the release time of your pairings. It is used in the same manner as the "Report Between" property.

**Release Between On Date**
This property allows you to specify the release time of your pairing on a specific day/date. It is used in the same manner as the "Report Between on Date" property.

The preferred release times appear on the selected dates in the calendar as "REL HHMM-HHMM1,2,3" depending on the layer it is in.

**NOTE:**
The default "from" time is 0200. If this time is changed to a time that is earlier (0000-0155), a pairing that releases after midnight the following day is still considered to have ended the day before. For example: If you place a bid for a 2 day pairing on Monday that releases from 0000 to 1000 with the perception that the pairing will release you on Tuesday morning between those hours, you may be awarded a pairing that actually releases after midnight (early Wednesday morning) because it is still considered part of day 2. The cut off time for pairings is 0200. Any release time before this is part of the previous day. Leave “0200” as the default unless you want otherwise.

**Layover at City**
This property allows you to “Bid Prefer” or “Bid Avoid” pairings that have a layover in a specific city. The drop-down window only lists the cities available as overnights for your domicile.

**NOTE:**
**This property is satisfied if a multiple day pairing lays over at least once in the requested city.**

**Layover at City on Date**
This property allows you to bid for pairings that contain layovers in a specific city on a specific day/date.




1) Select the city you would like to layover from the drop-down box
2) Click on the small box(es) in the calendar for the specific day(s) of the week or individual date(s) you would like these pairings to start
3) Click on **Bid Prefer On Checked Dates** when you are finished selecting day/date(s)

The preferred layover city appears on the selected day/date(s) in the bid month calendar as “LAY (city code)1,2,3” etc. depending on the layer it is in.

**Avoid International Trips** This property submits a bid to exclude pairings that contain international trips from your pairing pools. This property must be bid in every layer you want to exclude pairings with international trips.

**Min Connection (Turn) Time Preference**
This property allows you to request pairings that have connection times no less than the time specified. Use the drop-down window to bid hours and minutes.

**Max Connection (Turn) Time Preference**
This property allows you to request pairings that have connection times no greater than the time specified. Use the drop-down window to bid hours and minutes.

**Bid Co-Domicile**
This property allows you to request a specific domicile if you are based in a co-domicile. Click on the drop-down box, select the desired city code, and click on **Bid**.

**Min Layover Time Preference**
This property allows you to request layovers equal to or longer than the layover time selected. Use the drop-down window to bid hours and minutes.

**Max Layover Time Preference**
This property allows you to request layovers equal to or shorter than the layover time selected. Use the drop-down window to bid hours and minutes.

**Max TAFB-credit Ratio Preference**
This property allows you to request pairings that have a TAFB credit ratio that is equal to or less than the number specified. (TAFB credit ratio is the "time away from base" hours of a pairing divided by the credit value of a pairing). The lower the number, the more "efficient" the pairing. A local may have a ratio of 1.75 or a four day pairing worth 20 hours with long layovers may have a ratio of 3.5. For example: Entering a "2" returns all pairings that have a credit value of at least one half the TAFB. If a pairing credit is 4:18 and the TAFB is 7:37, 7:37 divided by 4:18 = 1.77. 1.77 would be the credit ratio for this pairing. Enter your desired ratio into the window and click on **Bid**.

**Sub-Equipment Preference**
This property allows you to bid for pairings of a specific aircraft type or bid to remove pairings that use a particular aircraft. Click on the drop-down box to select the aircraft type and then click on **Bid Prefer** or **Bid Remove**. Only the equipment available to you is shown in the drop-down box. "CRX" represents CRJ700 and CRJ900 flying in the same pairing. **Clear Bids** deletes all "prefer" and "remove" bids.

**Max Landings Per Duty Period**
This property allows you to request a maximum number of landings within each duty period. Click on the drop-down box to select the desired number of landings and then click on **Bid**.

**NOTE:**
**This is a max landings bid. Pairings with fewer landings per duty period are included as well.**

**Landing At City Preference**
This property allows you to enter a specific city you would prefer to land at or avoid landing at. Enter the correct three letter city code and click on either **Bid Prefer** or **Bid Avoid**. To remove the bid, click on the **Clear Bids** button. If an incorrect city code was entered or the city does not exist in the bid package, an error message displays.

**Position Preference (FAs Only)**
This property allows flight attendants based in a CRJ 700 / CRJ 900 / ERJ 175 domicile to bid for pairings that are FA (Facing Aft) position or FF (Facing Forward) position. You may also bid to "remove" pairings that are of a certain position. PBS does not look at pairings that are of the "removed" position. **Clear Bids** deletes all "prefer" and "remove" bids. This property is bid when selecting generic CRJ 700/CRJ 900/ERJ 175 pairings. (e.g., 4 day pairings, CRJ 700 pairings, pairings with a SAN overnight, etc.)

**Prefer Position For Multi-Pos. Pairing-ID Bids (FAs Only)**
This property allows flight attendants based in a CRJ 700 / CRJ 900 / ERJ 175 domicile to bid for the FA (Facing Aft) position or FF (Facing Forward) position of specifically bid

pairing IDs, pairings on date, and pairings on a specific day of the week. Select the position preference from the drop-down and click on the **Bid** button. This property is only used when you are bidding specific pairings. (e.g., pairing S1234, pairing S5678 on the 010212, pairing S9135 on all Mondays, etc.)

**CAUTION:**
**"Include Split-duties/Standups" should not be bid in the same layer as the properties "Report Between" and "Release Between." The "Report" and "Release" properties should be used with the "Pairing Length" properties.**

**If "Include Split-Duties/Standups" and "Layover At City" are bid in the same layer, all split—duty/standup pairings are included.**

**If "Include Split-duties/Standups" and a prefer "Landing At City Preference" are bid in the same layer, only split-duty /standup pairings that land in the entered city are considered. The reverse is also true. If you bid avoid a city using the "Landing At City Preference," all split-duty/standup pairings are considered except the ones that contain the avoided city.**

## Line Properties

One of the greatest advantages of PBS is the ability to customize your line based on your individual preferences. PBS uses your preferences and, within legality and scheduling limits, builds your line.




Figure 11 - Line Properties


SkyWest 000327

In the Line Properties section (Figure 11) is the bid month calendar. This calendar contains all your preassignments, days off you have selected, individual pairing IDs, and date specific pairing properties. When a bid is placed, the bid displays beneath the calendar in the Additional General Bids section. Beneath the Additional General Bids is the list of all the line properties. To select a property click the round bullet next to it.

**Min Number of Days Off**

This property is used to select a minimum number of days off in the bid month. Enter the desired number of days off you would like built in your line and then click on **Bid**.

**Fly With / Avoid (FOs and FAs Only)**

This property provides the ability to bid with or avoid flying with a crewmember. It is only available to FOs and FAs. Captains are not included because their lines are built first followed by FO lines and then FA lines. Therefore, FOs may choose to fly with or avoid a CA and FAs may choose to fly with or avoid either a Captain or an FO. FAs would use the property "Buddy With/Avoid" to fly with/avoid another FA. This property only works within your domicile.

1) Enter the six digit employee number in the designated box and then click on **Bid Fly With** or **Bid Avoid**.
2) It is important to understand that when using the Fly With/ Avoid property, the properties in layer one are considered after the pairings that were awarded to your fly with/ avoid crewmember are either awarded to you or avoided. If you are senior enough to hold those pairings you may fly together. If your line is incomplete due to the pairings being awarded to a senior crewmember, the software looks at the other properties in layer one, layer 2 etc. to complete your line.
3) In the Avoid bid, the pairings of your Avoid are identified and excluded from the pairings used to build your line.

In the Matched Pairings Chart (Prioritize Layers), layer one displays zero pairings available. This is because the software needs to find the pairings that are not yet awarded to your Fly With choice. Bid the same minimum days off between work blocks as your Fly With to ensure identical schedules. Each crewmember is limited to ONE prefer fly-with and ONE avoid fly-with bid per month. If more than one is bid, PBS randomly picks one of the IDs entered; not all of them.

**Buddy With / Avoid (FAs Only)**

This property provides the ability to bid with or avoid flying with a flight attendant on the same CR7, CR9, and/or ERJ 175 pairing(s). A flight attendant can make a buddy bid to fly with a different flight attendant in every layer as long as the "fly with" flight attendant is senior to them. A flight attendant can only bid avoid one flight attendant that is senior to them per bid period.

1) Enter the senior flight attendant's six digit employee number in the designated box and click on **Buddy With** or **Bid Avoid**. A flight attendant cannot buddy bid with another flight attendant who is junior to them.
2) When using the "Buddy With" property, PBS looks at the pairings that were awarded to the senior flight attendant whose number you entered and, if available, award you the same pairing(s) but in the available position. (Aft or Forward) For Example: FA

456 Buddy bids with senior FA 123. FA 123 is awarded a two-day pairing in the AFT position. When PBS gets to FA 456, the same two-day is still available in the Forward position so FA 456 is awarded it.

3) In the “Avoid” bid, the pairings of your “Avoid” are identified and excluded from the pairings used to build your line.

When buddy bidding with multiple flight attendants, make sure that there is only one bid per layer. (e.g., Flight Attendant ABC in Layer 1, Flight Attendant DEF in Layer 2, Flight Attendant GHI in Layer 3, etc) When bidding to avoid a flight attendant, this bid needs to checked in layer one. You can only bid avoid one flight attendant, per bid month and the bid avoid flight attendant needs to be senior to you.

This property is only to buddy bid with/avoid flight attendants. You need to use the “Fly With/Avoid” property to fly with/avoid pilots. There can only be one fly with and one fly avoid bid, per month, when using the “Fly With/Avoid” property. If using the “Fly With/Avoid” property and the “Buddy With/Avoid” property in the same bid, “Fly With/Avoid” needs to be in layer one and “Buddy With/Avoid” can be in any layer 2-7.

**Target Line Credit Range**

This property indicates you would like a desired range of values for your line. The number entered should be a whole number. Enter your desired credit low in the first box and your credit high in the second box. Click on **Bid** once you have entered the values. Make sure the range meets the minimum flying requirements for your position.

- CRJ pilots: 75:00 - 120:00 (Instructors 75:00 - 200:00)
- ERJ pilots: 75:00 - 120:00 (Instructors 75:00 - 200:00)
- Full-time FAs: 80:00 - 120:00
- Part-time FAs: 40:00 - 60:00
- Reserves: 75:00 - 120:00

If you enter a credit value below or above the minimum or maximum, PBS automatically disregards the entered credit and uses the default value. If you are requesting for less than the default minimum in conjunction with **Waive Default Minimum Credit**, this needs to be bid in the first layer unless the Clear Award property is used.

**NOTE:**

Please be aware that the actual line built by the software may be higher or lower than the target line value. However, the line value would not go below the minimal line value requirement set by the company.

**Min Off Days Between Work Blocks**

This property sets the minimum number of days off between work blocks. A work block can be a single pairing or pairings that work back to back. Once there is a calendar day off, it is the minimum number of days selected.

The default is set to 2 days . This default ensures that there is never a pattern of one pairing and one day off. It allows a pattern of a pairing(s) and two days off followed by pairing(s) and then another two days off. You need to bid “1” or more if you would like your line to be otherwise; especially if you are selecting pairings on date in a particular pattern.

Enter the desired number of days off in-between work blocks (1 through 9) and then click on **Bid**.

If you would like more than 2 days off in between work blocks, this needs to be requested in the first layer. Asking for more than 2 days in later layers creates an infeasible bid and PBS disregards the request.

**NOTE:**
**"Trip Mix in a Work Block" and "Commutable Work Block" are special case properties. In these two properties, "Work Block" has a special definition. A Work Block must be two pairings back-to-back (no days off in between) and must be four days or more. These work blocks are proceeded and followed by off day(s).**

**Trip Mix In A Work Block**
This property allows you to create work blocks that contain pairings of specified lengths. The software uses the pairing lengths in the order that you specified in the selection box. Select your trip mix from the drop-down window and click on **Bid**. There is a limit of two choices per layer. For example: If you would like a 3 day pairing followed by a local, select "3 x 1". If you would like a local followed by a 3 day pairing, select "1 x 3". Do not bid "Pairing Length" or "Pairing ID on Date" in the same layer as trip mix in a work block.




**Commutable Work Block**
This property allows you to request that your work blocks begin after a specified time and end before a specified time. **The commutable work block is always *two* pairings back-to-back.** This property is beneficial in the event you are unable to hold single pairings with the requested report and release times and unable to commute in-between pairings. Select the hours and minutes for the report time for the first pairing and the hours and minutes for the release time of the second pairing and then click on **Bid**. There is a limit of one choice per layer. For example: Select a show time after 0830 and a release time before 1745. Refer to the example below. The awarded pairings could make a work block that consists of a local that reports at 1100 and releases at 2000 followed by a 3 day pairing that reports at 0900 and releases at 1400.




This can also be used along with the Trip Mix In a Work Block property. Using both properties together tells the system not only the start and stop times of your work block but also the pairing lengths and mixing of pairings in the work block.

**NOTE:**
**Do NOT bid "Pairing Length" or "Pairing ID on date" in the same layer as "Trip Mix in a Work Block" or "Commutable Work Block."**

**Min Rest At Domicile**
This property gives you the option to increase the minimum rest at your domicile in 30 minute increments, up to 13 hours for pilots and 14 hours for flight attendants. The default minimum rest is 10:45 for pilots and 9 hours for flight attendants.This property should be

bid in Layer 1 with the highest hour selection otherwise the default is utilized. **Min Rest At Domicile** bids must not become more restrictive in later layers. Select the desired hours from the drop-down list and click on the **Bid** button.

**Cadence Preference**
This property indicates you would like your work blocks to start on the same day each week. The software attempts to build a schedule that contains pairings that begin on the same day of the week.

**Work Block Size**
This property allows you to select the preferred size of your desired work blocks. A low number and a high number display. Select the minimum number of days using the drop-down arrow (1-6) and then select a maximum number (6-1). Click on **Bid** once you have selected your desired work block size.




If you prefer less than 6 days in a row, this property needs to be bid in the first layer. Bidding less than 6 in later layers creates an infeasible bid and PBS disregards the request. A work block can be any number of pairing types that meet the work block size. For example: A work block size of 1-4 could be 2 locals or a 3 day pairing, etc. A work block is any combination of pairings that meet your request.

**Max Total Days Off**
Bidding this property instructs the system to award a line with as many days off as feasible. It takes into consideration the pairings that are in your pairing pools, the targeted credit range (yours and/or the systems), and other line properties bid.

**Max Block Of Off Days**
This property instructs the software to arrange your selected pairings in a manner that would create a large block of consecutive days off. It takes into consideration the pairings that are in your pairing pools, the targeted credit range (yours and/or the systems), and other line properties bid.

**Max Weekend Days Off**
This property instructs the software to arrange your selected pairings (build a line) in a manner that maximizes the number of weekend days you have off. In this property, the software recognizes 3 individual Saturdays as more days off as opposed to a single weekend which only contains 2 days.

**NOTE:**
**In some cases, specific pairings may only be available on weekends. If these specific pairings are selected and the software can build a legal line, it will even though there are no weekend days off.**

**Max Credit**
This property instructs the software to select pairings that maximize your line value. It takes into consideration the pairings that are in your pairing pools, the targeted credit range (yours and/or the systems), and other line properties bid.

**Waive Default Minimum Days Off**
This property instructs the software to disregard the minimum days off default. PBS trys to legally award pairings on all days that are available. It takes into consideration the pairings that are in your pairing pools, the targeted credit range (yours and/or the systems), and other line properties bid. Click on the **Bid** button to submit the bid.

**Waive Default Minimum Credit**
This property instructs the software to disregard the default minimum credit when awarding a line.
*Pilots*: When waived, the full time default of 75:00/80:00 is reduced to 58:36.
*Flight Attendants*: When waived, the full time default of 80:00 is reduced to 50:00 and the part time default of 40:00 is reduced to 25:00. Click on the **Bid** button to submit this bid. Full time flight attendants with 15 or more years InFlight seniority may request a minimum of 25 hours and part time flight attendants may request a minimum of 12.5 hours. Flight attendants must also be within the guaranteed lines for PBS to consider this property. This property needs to be bid in layer one or in the same layer as the "Clear Award/Partial Line" property.

**Waive Default Maximum Work Block**
*Pilots*: When this property is bid, the software is allowed to award a line that includes a 30 + 1 hour break in a rolling 168 hours that is NOT restricted to the pilot's domicile.
*Flight Attendants*: When this property is bid, the software is allowed to award a line that includes any 24 + 1 hour break away from domicile as one calendar day in a seven day period.
Crewmembers have the opportunity to work more than 6 days in a row, provided the respective hour requirement plus one hour is satisfied.
**Note**: Use of this property waives the default of calendar day(s) off in the crewmember's domicile.
It is not necessary to "Waive Default Min days Off."

**Waive Max Block Time in 7 (Pilots only)**
When this property is bid, PBS ignores the default policy requirement block of 28 hours in 7 days and utilizes FAR 117 FDP limits of 60 hours, minus a 4 hour buffer, equaling no greater than 56 hours in a rolling 168 hour FDP.

**Avoid Reserve**
A crewmember whose seniority is on the borderline of a line holder and a reserve can bid this property to avoid being awarded a reserve line. As a junior line holder, note that there may not be enough pairings available to you to build a complete line. Bid pairing properties, line properties and reserve bids on different layers as usual. Bid "Avoid Reserve" in the layer prior to the reserve bid(s). When the awarding process runs, a partial line can be awarded if the seniority allows for it. Without this bid, a reserve line could be awarded. The "Clear Award/Partial Line" property clears this bid.

**Avoid Check Airman Trips (FOs only)**
This property allows first officers to avoid pairings that have been awarded to check airmen. Click on **Bid** to select this property.

**Allow Split-Duty With 4–Day Pairing (Pilots only)**
This property allows PBS to award a split-duty and a 4–day pairing on the same calendar

day. The split-duty may start before or after the 4–day pairing. The default is to avoid a six day work block that consists of a split-duty and a 4–day pairing. This property only applies to a split-duty and a single 4–day pairing; not a combination of pairings that equal four days.

**Allow Pairing-Pairing On The Same Day**

This property allows PBS to award two pairings on the same calendar day. The default is to only award one pairing, per day with the exception of split-duty/standup. This property needs to be bid if you are bidding the following scenarios:

• A split-duty/standup pairing followed by a non-split-duty/standup pairing on the same calendar day

• A non-split-duty/standup pairing followed by a split-duty/standup pairing on the same calendar day

• Two non-split-duty/standup pairings on the same calendar day

When bid, each subsequent layer also inherits this property. In order to prevent the property from being used in all subsequent layer(s), the "Clear Award/Partial Line" property must be used to clear this bid.

**Allow Pairing-Training Piggy-Backing (FAs only)**

This property allows PBS to award a pairing on the same day, up to two hours before the training preassignment's show time. PBS is built with a default restriction that does not award more than 14 duty hours. PBS checks for legalities and availability.

**Try to Finish At This Layer**

This property allows the software to try to build a legal line using pairings from the checked layer and the layers previous to it. For example: If this property is checked in Layer 3, the software awards pairings starting with Layer 1, then Layer 2, and then Layer 3. If a complete line still can not be awarded, this property indicates to the software that you would like a complete line using any of the pairings from Layers 1, 2, & 3. Lower layer pairings may, in this case, replace previous layer pairings to complete a line as instructed. If the software is still unable to complete a legal line after utilizing this property, no changes are made to pairings awarded in previous layers.

**Clear Award/Partial Lines**

This property instructs the software that you must have a legal line from the choices of a certain layer (or a series of layers). If the software does not construct a legal line then all of the awards, as a result of the layers before the checked layer, are discarded. The software uses the properties from the checked layer to build a line. This is an all or nothing bid. You may bid Clear Award / Partial Line bids in more than one layer.

# Reserve

## Pilots

Pilots now bid for their off days instead of bidding for pre-built reserve lines. Figure 12 is an example of the reserve page for BOI ERJ CAs. There are 65 CAs in this particular bid package and 49 targeted line holders.




Figure 12 - Reserve-Pilots

1. The horizontal calendar displays each day of the month and the targeted number of AM reserves and the targeted number of PM reserves on each specific day
2. The bid month calendar displays your off day bids as “Must Off” or “Prefer Off”
3. All your reserve bids display in this section
4. Reserve preferences and action buttons

The horizontal calendar displays the number of reserves targeted for each day. On the 7th, for example, there are 05 AM reserve slots and 05 PM reserve slot. On the 8th, 03 AM reserves and 03 PM reserves.



Using the domicile information mentioned above, (65 CAs, 49 TLH) there will be approximately 16 or so CAs awarded reserve. When selecting off days, referencing this calendar and knowing your seniority in the bid package is very useful. Notice on the 5th there are only six reserves needed: 03 AM and 03 PM. That is a good indicator 10 or more CAs will be awarded that day off.

The bid month calendar is where you select the days you "must" have off and the days you "prefer" to have off. Click on the underlined M or P on a specific day to indicate your day off preference. When a selection is made, clicking on the underlined letter or date clears the selection on that specific day.

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| January 2018 | | | | | | |
| | 26 | 27 | 28 | 29 | 30 | 12/31 |
| 1/1 M P | 2 M P | 3 M P | 4 M P | 5 M P | 6 M P | 7 M P |
| 8 M P | 9 M P | 10 M P | 11 M P | 12 M P | 13 M P | 14 M P |
| 15 M P | 16 M P | 17 M P | 18 M P | 19 M P | 20 M P | 21 M P |
| 22 M P | 23 M P | 24 M P | 25 M P | 26 M P | 27 M P | 28 M P |
| 29 M P | 30 M P | 1/31 | 2/1 | 2 | 3 | 4 |
| 5 | | | | | | |

"Must Off" is a bid to have that specific day off, no matter what. "Prefer Off" is a bid that indicates you would prefer to have that day off, if it is possible for PBS to award it. Remember, "Must off" days aren't necessarily guaranteed. It is still based on your seniority and availability.

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| January 2018 | | | | | | |
| | 26 | 27 | 28 | 29 | 30 | 12/31 |
| 1/1 M P | 2 M P | 3 M P | 4 M P | 5 M P | 6 M P MUST OFF | 7 M P MUST OFF |
| 8 M P | 9 M P | 10 M P | 11 M P | 12 M P Prefer OFF | 13 M P MUST OFF | 14 M P MUST OFF |
| 15 M P | 16 M P | 17 M P | 18 M P | 19 M P Prefer OFF | 20 M P MUST OFF | 21 M P MUST OFF |
| 22 M P | 23 M P | 24 M P | 25 M P | 26 M P | 27 M P MUST OFF | 28 M P MUST OFF |
| 29 M P | 30 M P | 1/31 | 2/1 | 2 | 3 | 4 |
| 5 | | | | | | |

The selected off days work in conjunction with your preferred reserve type (**3**), if you have one.




1 New Reserve Off Day Bid: Once you have selected your off days, this option along with **Create New Bid** (**5**) creates a bid containing your selected off days and preferred reserve type (**3**)

2 Clear Calendar: This button will remove all selected off days from your calendar

3 Preferred Reserve Type: The reserve types in the drop-down are: "-" for no preference, AM, or PM. An awarded reserve line is either all AM or all PM reserve days; not both. Next to the drop-down is a check box titled "Must Honor." When checked, this indicates that the awarded line must honor the preferred reserve type selected or move to the next layer if PBS can't award the line. Leaving the check box blank makes the Preferred Reserve Type bid a soft preference.

4 Must Long Call: Placing a check mark next to this option is a bid for a long call, if PBS can award it at your seniority. Each domicile has a set number of reserve lines that can be long call. PBS awards Long Call lines as the reserve bids are awarded. If you prefer a Long Call reserve line, select your off days and then mark the Must Long Call box. You do not need to select an AM or PM reserve preference. If PBS cannot award you a Long Call reserve line with your selected off days, it will move to the next layer.
(Refer to SP 3018 in the Pilot Policy Manual for Long Call details.)

5 Create New Bid: This button places a bid for the off days you selected and your preferred reserve type, if one is selected.

6 Clear Reserve Off Day Bids: This button deletes all reserve bids you have created for the current bid.

Once the off days and reserve type are selected, select **New Reserve Off Day Bid** and click on the **Create New Bid** button to add that specific bid to the bid section. Continue creating your off day bids, repeating the instructions given above and bid each one in its own layer.

Notice the 15th and 16th have a vacation preassignment. You do not need to bid an off day preference on that day as it is already taken into account. (Refer to SP 3017 for further preassignment details.)




When a reserve bid is created, it needs to be placed in a layer. This can be accomplished by clicking on the bid and selecting the layer in the new page that opens or create all your reserve bids and prioritize them on the Prioritize Layers page.

Continue bidding for the preferred off days and preferred reserve type in each layer. If you'd like to edit a bid you already created, select the bullet next to the bid you'd like to modify. The selected bid displays in the Bid Month Calendar.

Make the desired changes and click on the **Modify Existing Bid** button. The bid will update with your changes.




If you'd like to delete one of the bids, click on the bid to refresh the page and display more options.




Click on the **Delete Bid** button to remove that bid. Bids may also be prioritized here by placing a check mark in the respective layers box. Click the **Save Bid Layers** button to save the layer selection.

## Flight Attendants

FAs also bid for their off days. Figure 15 is an example of the reserve page for MSP FAs. There are 102 FAs in this particular bid package and 97 targeted line holders.




Figure 13 - Flight Attendants

1. The horizontal calendar displays each day of the month and the targeted number of AM reserves and the targeted number of PM reserves on each specific day.
2. The bid month calendar displays your off day bids as "Must Off" or "Prefer Off."
3. All your reserve bids display in this section.
4. Reserve preferences and action buttons.

The horizontal calendar displays the number of reserves that are targeted for each day. On the 8th, for example, there are 02 AM reserve slots and 01 PM reserve slot. On the 9th, there are 02 AM and 02 PM reserve slots.

```
                                   Reserve
 Bid Package 95 Jun 2012 MSP ALL FA : Targeted Reserve Crewmembers per day
2012 Jun  1 | 2   3|  4   5   6   7   8 | 9  10| 11  12  13  14  15 |16  17| 18  19  20  21  22 |23  24| 25  26  27  28  29 |30
TYP      FR |SA  SU| MO  TU  WE  TH  FR |SA  SU| MO  TU  WE  TH  FR |SA  SU| MO  TU  WE  TH  FR |SA  SU| MO  TU  WE  TH  FR |SA
----------------------------------------------------------------------------------------------------------------------------------
AM       02 |02  02| 02  02  01  02  02 |02  02| 02  02  01  02  02 |02  02| 02  02  01  02  02 |02  02| 02  02  01  02  02 |02
PM       02 |02  02| 01  01  01  01  01 |02  02| 01  01  01  01  01 |02  02| 01  01  01  01  01 |02  01| 01  01  01  01  01 |01
```

Using the domicile information mentioned above, (102 FAs, 97 TLH) there are approximately 5 or so (102–97=5) FAs awarded reserve. This calendar and knowing your seniority in the bid package are very useful when selecting off days. Notice on the 6th there are only two reserve slots: 01 AM and 01 PM. That is a good indicator that 3 or more (5–2=3) FAs will be awarded that day off.

The bid month calendar is where you select the days you “must” have off and the days you “prefer” to have off. Click on the underlined M or P on a specific day to indicate your day off preference. When a selection is made, clicking on the underlined letter or date clears the selection on that specific day.

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| June, 2012 | | | | | | |
| | | | | | 26 | 27 |
| 28 | 29 | 30 | 5/31 | 6/1 M P | 2 M P | 3 M P |
| 4 M P | 5 M P | 6 M P | 7 M P | 8 M P | 9 M P | 10 M P |
| 11 M P | 12 M P | 13 M P | 14 M P | 15 M P | 16 | 17 M P |
| 18 M P | 19 M P | 20 M P | 21 M P | 22 M P | 23 M P | 24 M P |
| 25 M P | 26 M P | 27 M P | 28 M P | 29 M P | 6/30 M P | 7/1 |
| 2 | 3 | 4 | 5 | 6 | | |

“Must Off” is a bid to have that specific day off. “Prefer Off” is a bid that indicates you would prefer to have that day off if it is possible. Remember that “Must off” days aren’t necessarily guaranteed. It is still based on your seniority and availability. Remember to verify the number of duty days that are required for the bid month. That number could lessen the number of awarded “Off” days.

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| June, 2012 | | | | | | |
| | | | | | 26 C/I E1553=> | 27 <=- - - |
| 28 | 29 | 30 | 5/31 | 6/1 M P | 2 M P MUST OFF | 3 M P MUST OFF |
| 4 M P | 5 M P | 6 M P | 7 M P | 8 M P | 9 M P MUST OFF | 10 M P MUST OFF |
| 11 M P | 12 M P | 13 M P | 14 M P | 15 M P Prefer OFF | 16 M P MUST OFF | 17 M P MUST OFF |
| 18 M P | 19 M P | 20 M P | 21 M P | 22 M P Prefer OFF | 23 M P MUST OFF | 24 M P MUST OFF |
| 25 M P | 26 M P | 27 M P | 28 M P | 29 M P | 6/30 M P MUST OFF | 7/1 |
| 2 | 3 | 4 | 5 | 6 | | |

The off day bids work in conjunction with your preferred reserve type, if selected. The options in the drop-down are: “-“ for no preference, AM, or PM. An awarded reserve line is either all AM or all PM reserve days; not both. Next to the drop-down is a check box titled “Must Honor.” When checked, this means the awarded line must honor the preferred reserve type selected. If PBS cannot meet a “Must” request, it moves to the next layer.




Once the off days and reserve type are selected, click on the **Create New Bid** button to add that specific bid to the bid section. The **Clear Reserve Off Day Bids** button deletes any reserve bids that are in the bid section.

Notice that Figure 16 has a Golden Day preassignment on the 28th. You do not need to bid an off preference on that day as it is already taken into account. Preassignments are counted as duty days. (Refer to SP 2317 for further details.)




Figure 14 -

When a reserve bid is created, it needs to be placed in a layer. Click on the newly created bid.

A new page opens where the layer selection is made. Since this is the first reserve bid created, click the first box to select it in Layer 1. Click on the **Save Bid Layers** button to confirm the layer selection.




Figure 15 -

Continue bidding for the preferred off days and preferred reserve type in each layer. If changes need to be made to any of the bids, select the bullet next to the bid that needs

modifying. The selected bid displays in the Bid Month Calendar. Make the desired changes and click on the **Modify Existing Bid** button.




To delete one of the bids, click on the bid and the same page the layer was selected on (Figure 15) opens. Click on the **Delete Bid** button to remove it from the bid. The bids may also be prioritized in the Prioritize Layers section.

## Reserve Scenarios

The following are a few different scenarios and how PBS treats them.

### Must Off and Prefer AM, "Must Honor" unchecked




All the "Must off" days will be awarded as long as the seniority allows for it. PBS will try to award AM reserve days but it may award a PM reserve if the AM is unavailable. The "Preferred Reserve Type" is a soft constraint when "Must Honor" is unchecked. If all must days cannot be awarded as an AM or PM reserve line, PBS will move to the next layer.

### Prefer Off and Prefer PM, "Must Honor" checked




PBS will award a PM reserve line with as many Prefer off days, as seniority allows, in order to finish your line. If the PM reserve days have already been awarded to senior

crewmembers, PBS will move to the next layer. It will not award an AM reserve line with your preferred off days bid because “Must Honor” PM was bid.

### Prefer Off and Prefer AM, “Must Honor” unchecked




PBS will award AM reserve days with as many Prefer off days as seniority allows. PBS could award a reserve line without honoring any prefer off days and the prefer type.

### Prefer Off and Must Long Call (Pilots)




PBS will award a Long Call reserve line (if available) with as many Prefer Off days as seniority allows. If having a Long Call line is your priority over off days, this is the way to bid for it. If a Long Call reserve line is unavailable at your seniority, PBS will move to the next layer. PBS awards Long Call reserve lines starting with the most senior reserve crewmember who has bid for it in their awarded Layer . There is a set number of Long Call reserve lines, depending on the domicile size.

## Prioritize Layers

The Prioritize Layers section is extremely important. This section is used to instruct the software which properties are your first choice, second choice, etc. This is accomplished by using layers which is explained in this section. You will spend most of your time in this section after you have selected your properties.




Figure 16 - Prioritize Layers

Figure 18 is an example of what the Prioritize Layers section may look like. Please note this example is not designed to show an efficient bid, rather to show the various indications you may encounter.

1 The **Delete All User Bids** button is used to start over. In order to delete your bid, type "Delete" in the box next to the button and click on **Delete All User Bids**. This button clears Off Days, Pairing choices, Line Properties, and Pairing Properties.

2 The Matched Pairings Chart displays each layer using colored bars, followed by two numbers and a percentage. The bar represents the number of pairings available to you in a particular layer that the software can use to build a line. The first of the two numbers indicates the number of pairings found that matched your preferences and the second is the number of available pairings. The percentage equals the number of your pairings found divided by the overall available pairings.




Figure 17 -

Flight Attendants based in a CRJ 700/CRJ 900/ERJ 175 domicile have a drop-down arrow to select ALL, FA, or FF. The chart reflects the drop-down selection. The default is ALL.

A **green** bar indicates more pairings have been made available compared to the previous layer. A **yellow** bar indicates there are the same numbers of pairings available from the previous layer. A **red** bar indicates there are fewer pairings available than the layer before. (This may result when using the Clear Award/Partial Lines property.) A**blue** bar indicates no pairings have been bid. For example: In layer one there are 64 pairings in the pairing pool out of 561 for an average of 11.4%. In layer two the green bar increases indicating more pairings were added to your pool: 196 out of 561 for an average of 34.9%. Layer three and four contain the same number of pairings which is why layer four has a yellow bar. Layer five has a red bar meaning your available pairings have decreased. Layer seven has a blue bar which means that there isn't a bid for any type of pairings; a no-bid layer.

There is a warning bar that may appear. If you bid a large number of pairing preferences, they may exceed the maximum allowable characters the website software code can calculate and display. In this rare case, the red bar " Cannot Display Bar (Query Limit Exceeded) " takes the place of the other bars and numbers of the affected layers. Even though the graphic is unable to show the pairing percentages, all the pairings identified by bid parameters and populated in the respective pools will still be considered by the optimizer even with the red bar. You may still view all the pairings existing in the respective layers pools by utilizing View Pairing Set for the respective layer.

PBS may select any of the available pairings to build your line. As you make your layer selections, you can see the effects of your choices by the changes in the Matched Pairings Chart. It is very important to build layers that increase your

pairing pool. Layers that find fewer pairings are ineffective. Remember this chart only shows the pairings found that match your selected properties.

Below the Matched Pairings Chart is where preassignments, day off requests, pairing properties (your individual pairing and pairing ID choices fall in this area) and line properties are listed. Each property listed in this section has seven selectable boxes arranged to the left. These boxes correspond with each layer found in the Matched Pairings Chart (**2**).

**3** The Layer Control Options give you control over all the boxes listed next to each property in each layer.

> **3a** The check/clear all option is for removing or adding a check mark to every box in that layer. Click in the box above the corresponding layer to add a check mark to every box in that layer.
>
> **3b** The invert layer checkboxes changes the checked to unchecked or unchecked to checked.
>
> **3c** The copy from previous layer copies all the checked boxes from the previous layer to the next layer.

**4** The Layer selections are boxes that represent each layer. The box to the far left is the first layer and is your number one choice. The box to the far right is the seventh layer and may be your last choice. You may not need to use all seven layers to complete a bid. There may be crewmembers that use five layers or maybe even less depending on their bid and their seniority. To make the property active in a layer, place a check mark in the corresponding box by clicking on the box. To remove a check mark, click the check mark in the box you would like removed. If you have selected two or more properties that may cause a conflict, an error message displays below the Matched Pairings Chart.

In the event a pilot is approaching their maximum yearly block hours, user property will be listed under the preassigned header. (Figure 20) The displayed number is the maximum allowable hours PBS will use to award pairings.

| layers | bid code | |
|---|---|---|
| | preassigned | |
| | user property | maximum block allowed: 7519 |

Figure 18 - User Property

**5** After placing the desired check marks in each layer click the **Save layers** button. When you click on this button the window reloads and you will see in the Matched Pairings Chart (**2**) the current number of pairings found. It is very important that each layer includes more pairings than the previous layer.

For example: (See Figure 21) You would like to have weekends off. In your Off Days section (Figure 7) select Saturday and Sunday. This adds a preference for Saturday and Sunday in the Prioritize Layers section (Figure 18) in layer one. Every time

you bid a property it adds that bid to this section starting with layer one. In the event you were unable to have both days off, you would like Sundays off more so than Saturdays. In layer two place a check mark next to Sunday. If you would like a particular Saturday off, you will need to bid that Saturday individually.




Figure 19 - Prioritize Layers window

This is just a simple example using only two properties. In your month's bid you may have more and would need to place checks in each layer for each property. Remember that only the properties that have checks are active in that particular layer. You may have a preference you selected previously and have decided not to use it. By leaving all layer boxes unchecked, PBS will not use this preference. Verify each property in each layer to make sure it is used where you would like it to be used. As PBS builds your line it will keep the pairings it added from layer one and use them to build layer two and so on.

We will talk more about prioritizing layers in the Placing Bids section.

**CAUTION:**
**The following "Line Properties" must not be checked more than once in the same layer:Checking these properties more than once will cause infeasibility for that layer.**

- **Min Number of Days Off**
- **Target Line Credit Range**
- **Min Off Days Between Work Blocks**

## View Pairing Set

The “View Pairing Set” section (see Figure 22) lists by layer, all the actual pairings that meet your preferences.




Figure 20 - View Pairing Set

**1** Your employee number displays in this area

**2** Using the drop-down, select the layer you would like to view

**3** This line displays the number of pairings out of the available pairings that meet your criteria in the selected layer. The percentage of matched pairings found is shown in parentheses.

**4** The table contains all the days of the month that pairing matches were found. The matched pairing IDs are shown to the right of the date on which they begin. The number in parentheses indicates the length of the pairing in days. For example: On Monday 6/1, PBS has found four pairing IDs: three locals — F1004, F1010, and F1011 (1), and one, three day pairing — F2039 (3). (Split—duties/standup are also shown as a (2).

To view a different layer s pairings, select the layer from the drop-down list (**2**). You can switch between layers as many times as you would like. This is a good way to view the pairings PBS may use to build your line.

If you wish to make changes to a layer, you will need to return to the Prioritize Layers section (Figure 18) or the Pairing Properties section (Figure 10).

**Removing pairings**
To remove a pairing from your pool that PBS may use to build your line, click on the calendar date. For example: If you click on Wed 1/1, a new window opens as shown in Figure 23.



Figure 21 - Removing pairings

This section contains all the pairings that start on the date selected. You can switch between layers for this date by using the Viewing Layer option. The pairings are listed here starting with locals followed by two day pairings, three day pairings and so on.

Each pairing with all of its details is listed in its own box. At the top of each pairing box you will see Click here to remove pairing followed by the pairing ID and the pairing date. Clicking here adds a bid to remove that specific pairing from your pairing pool. This bid is listed on the "Prioritize Layers" page.

At the top of this window are two buttons: **Bring Back All Removed Pairings** and **View Set**. The **Bring Back All Removed Pairings** button returns all removed pairing(s) to your pool. The **View Set** button returns you to the View Pairing Set section (Figure 22).



SkyWest 000350

## Print Bids

This function gives you the option to print out a copy of your bids. Figure 24 is an example of what the Print Bids section looks like.




Figure 22 - Print Bids

**1** This box contains your username, the bidding period, and the bid package information

**2** This box contains a listing of the categories that were used to bid. The categories is listed in the following order: preassignments, reserve, off days, pairing, and then line properties.

- **2a** The properties bid are listed under the corresponding category.
- **2b** Following each property is an internal bid code used by the software for internal debugging if needed.
- **2c** These are the layers in which the property is selected.
- **2d** Depending on the property, this area displays the date, chosen off weekday(s), credit value, pairing ID, city name or time.

**NOTE:**

**Click on Print This Page to print your bids. You may need to change the page layout from "Portrait" to "Landscape" to incorporate more information on the same page.**

**If a category has not been bid, it does not appear in the "Print Bids" section.**

## Standing Bids

The Standing Bids section displays a list of all Pairing and Line Properties that are available to use in the standing bid. Below the list is a layers section. The first thing you should do with the PBS is set up your standing bid. The default for all crewmembers is 82-92 credit hours. A standing bid is one of the advantages to PBS. If you set up an efficient standing bid that works for you from month to month, then bidding will be easier. For details on using and setting up a standing bid, refer to the Placing Bids section.

## View Prev Bids

This section is used to see your previous month's bid. A calendar appears showing the specific off days, preassignments and the pairings you bid. At the top of this calendar is a drop-down window listing all the past bid periods. Select from the drop-down window the month you would like to view. You have the option to view up to twelve months prior. Below the calendar is a listing of your general bids and your line awarded for the selected bid period. The bottom section lists all the awarded pairings for that bid period.

Located below the Additional General Bids section is **Add these Previous Bids into Current Bids**. Clicking this button adds all bids in the Additional General bids section into your current bid exactly as they are entered. Bids for specific pairings and/or date specific properties do not copy over as they are unique to that particular bid month. A Day of Week off bid will copy over; a specific date will not.



# Line Award

The Line Award section (see Figure 25) displays your line and the pairings that were awarded to you. If you would like to see your bid, click on Show/Hide Your Bids (**1**). The bid month calendar and the properties/preferences you bid display. To view the reason report for your bid, click on "Reason Report". The Reason Report (**1**) contains all the pairings that existed in your pairing pools, for each layer and the applicable reasons next to the pairings that were and were not awarded to you.




Figure 23 - Line Award

**2** The published time is the time Crew Support loads your award into the server

**3** This line shows the calendar days/dates for the line award

**4** This line shows the pairing IDs. They are listed below the day/date in which they start.



SkyWest 000353

5 This line indicates days off, overnight cities, or preassignments. Scheduled days off are shown as asterisks (*), split—duties/standups are shown as slashes (/) and preassignments are shown as one of following four codes: C/I , L , V , and T .

- C/I (Carry-In) are counted as duty and as a work day
- L (Leave) represents all preassigned activities that are not counted as duty and are off days
- V (Vacation) represents all vacation days. These days are not counted as duty and are off days.
- T (Training) represents all preassigned activities that are counted as duty and are counted as working days

6 This line shows which layer PBS retrieved the assigned pairing from. The codes used are P1-P7, PN or CN. P1 is layer 1, P2 is layer 2, etc. PN indicates that PBS has assigned the pairing not based on a layer property. CN means PBS didn't meet any selected criteria but needs the pairing to be covered.

**NOTE:**
Flight Attendants also see either “FA” (Facing Aft) or “FF” (Facing Forward) below the layer code. This is the position they are assigned in the awarded pairing.

7 This line shows your pairing IDs. Each pairing ID is followed by the report/release/credit times.

8 This line shows your line number, PAY, TAFB, Credit, days off, any dead head time, duty time, and block time. The LN displayed between TAFB and CR indicates the last layer PBS used to construct your line. The layers are labeled L1, L2-L7, or LN. LN indicates that PBS had to go past your last layer to build your line. This is extremely important in understanding your line award results.

The area labeled Your Pairings (**9**) contains the detailed pairings used to build your line for the bid month. They are listed in the following order starting at the top: locals, 2 day pairings, 3 day pairings, etc. ending with split-duties/standups.

Figure 24 is an example of what a reserve line award may look like. To see your original bid, click on <u>Show/Hide Your Bids</u> .



Figure 24 - Line Award - Reserve

### Reason Report — Reserve

A Reserve Reason Report displays all AM coverage dates and all PM coverage dates, at your seniority. This reason report shows coverage dates for the 1st, 27th, and 28th. Due to the this crewmember's "Must off" bids, a line could not be awarded until Layer 5.

```
YOUR REASON:

 ID        , SENIORITY 397, L5 reserve awarded

 AM COVERAGE DATE(S): 180101 180127 180128
 PM COVERAGE DATE(S): 180101 180127 180128

 LAYER 1:
 Must off bids can not be honored

 LAYER 2:
 Must off bids can not be honored

 LAYER 3:
 Must off bids can not be honored

 LAYER 4:
 Must off bids can not be honored

 LAYER 5:
 Awarded reserve in this layer

Print This Page
Close This Page

© 2016 Advanced Optimization Systems, Inc.
```

Below is the bid for this reason report. Notice this crewmember's coverage dates are bid as "Must" in Layers 1–4. Once they are bid as "Prefer" in Layer 5, PBS was able to award a line.

```
Additional General Bids:

Reserve Off Days. (layer:1, must:0101,0107,0108,0109,0110,0111,0115,0120,0121,0127,0128, pref:-, attrib:AM,-,-,0)
Reserve Off Days. (layer:2, must:0101,0107,0108,0109,0110,0111,0115,0120,0121,0127,0128, pref:-, attrib:PM,-,-,0)
Reserve Off Days. (layer:3, must:0101,0107,0108,0109,0110,0111,0115,0121,0127,0128,0129, pref:-, attrib:AM,-,-,0)
Reserve Off Days. (layer:4, must:0101,0108,0109,0110,0111, pref:0107,0115,0116,0117,0121,0127, attrib:AM,-,-,0)
Reserve Off Days. (layer:5, must:0108,0109,0110, pref:0101,0107,0111,0115,0116,0121,0127,0128, attrib:AM,-,-,0)
Reserve Off Days. (layer:6, must:0108,0109,0110, pref:0101,0102,0107,0111,0116,0121,0127,0128, attrib:AM,-,-,0)
Reserve Off Days. (layer:7, must:0108,0109,0110, pref:0101,0107,0111,0118,0119,0120,0126,0127, attrib:AM,-,-,0)

YOUR LINE:
[*** THIS IS A RESERVE LINE ***] PUBLISHED on (server time)  2017-12-19 16:17:42.

  1   2   3   4   5 | 6   7| 8   9  10  11  12 |13  14| 15  16  17  18  19 |20  21| 22  23  24  25  26 |27  28| 29  30
 MO  TU  WE  TH  FR |SA  SU| MO  TU  WE  TH  FR |SA  SU| MO  TU  WE  TH  FR |SA  SU| MO  TU  WE  TH  FR |SA  SU| MO  TU
 AM  AM   *  AM  AM  AM   *   *   *   *   *  AM  AM  AM   *   *  AM  AM  AM  AM   *  AM  AM  AM  AM  AM   *   *  AM  AM
 P                        P   M   M   M   P               P   P                   P                       P   P
  AM = /0400/0900/0345 PRIOR DAYS: 4 DUTY LAYER: 5 ATTRIB: AM,-,-,0,-,-
LINE  397 PAY   00:00  ;          TAFB  00:00  ; OFF   11 DH    00:00  ;LAYER  L5 BLK   00:00  ;
```

## Reason Report — Line Holder

The Reason Report displays all the pairings that were taken into consideration during the building of your line. If your line was awarded in Layer 1, a Reason Report is not available.

```
YOUR REASON:

ID [redacted], SENIORITY [redacted], L6 awarded
Preassign Credit         16:24
Total Awarded Credit     98:32
Bid Target Line Range  70 -  80
REQUIRED MIN. LINE VALUE: 84:57
DEFAULT MIN. LINE VALUE: 62:30
COVERAGE DATE(S): 150502 150503 150510 150516


LAYER 1:
Bid Target Line Range  70 -  80

150509-3844 150513-3693 150513-3693 150519-3897 150519-3897 150521-3828
150525-3707 150525-3707 150526-3687 150526-3687 150527-3694 150527-3694
The above pairings awarded to seniors

150509 3844-(4) awarded to you
150522 3A23-(4) awarded to you

150521-3828 150522-3A23
The above pairings conflict with the already awarded pairings

LAYER 2:
Bid Target Line Range  70 -  80

150512-3628 150512-3628 150515-3641 150515-3641 150516-3636 150516-3636
150517-3629 150517-3629 150523-3880 150528-3831 150531-3A35 150531-3A35
The above pairings awarded to seniors

150528 3831-(4) awarded to you

150523-3880
The above pairings conflict with the already awarded pairings

150514-3754 150514-3864 150515-3865
The above pairings conflict with the already awarded pairings
```

Print This Page
Close This Page

© 2015 Advanced Optimization Systems, Inc.

Figure 25 - Reason Report

The report includes the award details of every pairing in each layer up to the layer the line was awarded. The following are examples of messages crewmembers may see in their report:

- **awarded to you**– This pairing was awarded on the respective date
- **back-to-back violation**– When two pairings are not legal to be worked, back-to-back
- **block time violation**– Exceeding block time limitation in 365 days
- **duty month violation**– Exceeding 190 flight duty periods in 672 hours
- **Error: block_month violation**– Exceeding 100 hours in consecutive 672 hours
- **Error: duty_week violation**– Exceeding 60 hours of flight duty periods in consecutive 168 hours
- **Error: rest_week violation**– Needs 30 hours of rest within the past 168 hours
- **exceeded max. block time per week (Pilots only)**– This pairing would have caused the crewmember to go over their maximum block time allowed in a rolling seven day window
- **exceeded work_blk size**– This pairing would have caused the crewmember's work block to exceed the default of six days in a row or one that was specifically bid by the crewmember
- **not enough off days between work blocks**– This pairing was not awarded because there were not enough off days between work blocks. A crewmember would see this message if they bid pairings on date with one day off in between but didn't bid to override the default of two days off between work blocks.
- **not enough rest**– This pairing would not allow for the minimum hours of rest that are required
- **one in 7 violation**– This pairing would have caused the crewmember to work more than six days in a row without 24 hours off (one calendar day)
- **replaced/not-awarded because of line constraints**– This pairing was originally awarded but due to the way the crewmember had bid line properties, required line values or coverage dates (C pairings), it was replaced by a pairing that existed in a lower layer.
- **replaced/not-awarded to cover more coverage dates**– This pairing may or may not have been awarded due to the coverage date(s )that are listed at the top of the report. PBS tries to cover as many of these days as possible.
- **The above pairings awarded to seniors**– The pairing(s) grouped together above this message were all awarded to crewmembers senior to the crewmember
- **The above pairings conflict with the already awarded pairings**– The pairing(s) grouped together above this message conflict with pairings that have already been awarded to the crewmember
- **total number of off-day violation**– This pairing would have violated the maximum duty of 19 days in a month

- **Too many WOCL touches**– The violation could be one of the following two: (1) No more than 5 consecutive WOCL touches for CDO trips, or (2) No more than 3 consecutive WOCL touches otherwise (mixed CDO and regular trips)

Each reason report indicates if global coverage calculations were applied. During PBS' global coverage calculations, a maximum/ minimum target line value and/or specific coverage dates may be required of some crewmembers. This information displays at the top of the Reason Report.

```
YOUR REASON:

 ID [redacted], SENIORITY [redacted], L5 awarded
 Preassign Credit          20:18
 Total Awarded Credit      89:25
 Bid Target Line Range  70 -  85
 REQUIRED MIN. LINE VALUE: 84:57
 COVERAGE DATE(S): 150502 150503 150510 150516 150522 150523 150524 150525
```

For example: This crewmember's award has been identified as needing to have a minimum value of 84 hours and 57 minutes in order to meet the targeted line holders requirement. This crewmember also has coverage dates that PBS needs them to cover. Both the required min line value and coverage date(s) may be due to preassignments assigned to other crewmembers in the bid package (COBU, training events, master vacation, etc.). PBS tries to award pairings on these date(s) from the crewmember's pairing pools. If the pairing(s) are not available in the pairing pools, the awarded pairing(s) are identified with a "PN" or a "CN."

## Print Award

Selecting this option opens the same information as Line Award in a new window. To print, scroll to the bottom of the window and select Print This Page. When the printer dialog box comes up you need to change the page setup to the Landscape setting. All the information does not fit on a Portrait page.

## Logout

Simply click on the **Logout** link to exit the PBS and return to SkyWest Online.

# Always Log Out

Logging out closes your session and saves all of your bids. If you fail to log out, you run the risk of enabling another crewmember to make changes to your bid.

CHAPTER 2

# Placing Bids

2

This section explains the step-by-step process for placing bids. Each bid description contains its purpose and how to make each bid work for the crewmemember.

## Standing Bid

A standing bid is used as a back up bid or a running bid. If you fail to create a monthly bid, your standing bid is used. Every crewmember is given the same default standing bid when their name is entered into the system. This default bid is for 82 hr to 92 hr credit. The “Standing Bid” may be the first bid you modify.

Log into PBS the same way as described in ”Logging onto the Software.”

Click on **Standing Bids** in the menu bar.

Listed in the Standing Bids section (Figure 26) are several properties available to use with standing bids. Each of these properties, except one, is covered in the Pairing and Line Properties sections. If you have questions on how a property is used please refer to these sections for more information.

The added property in the standing bid is Day-of-Week Off . Day-of-Week Off allows you to request a specific day of the week off. For example: all Sundays. Select this property, choose your desired day off and click on **Bid** . Your standing bid will contain a bid for all Sundays off. For multiple requests, repeat this process for the other day off requests.

As preferences are added to the standing bid they are listed in the layer control boxes or the layer selection boxes (Line and pairing properties).

The default bid is already entered and layers checked.




Figure 26 - Standing Bids



SkyWest 000360

To delete the default standing bid, click the **Clear Standing Bid** button at the bottom of the window or clear the check marks by clicking on each one. You may also choose to leave your default bid as it is and just add to it.

The first step to completing a standing bid is to select the properties you would like added to your standing bid. Select the property you would like added, complete all the options for the property, and then click on **Bid**. This property will be added to your standing bid. After you have selected all the properties you would like and have set up the layers, complete your standing bid my clicking on **Save Layers**. Save Successful appears next to Save Layers if your bid was saved.

At the bottom of the standing bid window are three buttons:

1 **Add Standing Bids Into Current Bids** is used to insert all the selected properties in your standing bid into your current month bid. It copies these properties exactly as you have them set up in your standing bid. Use this option if you would like to use your standing bid as your month's bid but would also like to make small changes or add properties each bid month.

2 **Replace Standing Bids with Current Bids** copies your current month's bid into your standing bid. This includes the layers as you have them currently set except for specific pairing bids and day-sensitive bids. If you find your monthly bid is working for you from month to month you may want to make it your standing bid. This button is an effective way of doing this.

3 **Clear Standing Bids** is used to remove all properties from your standing bid only. Use this button to clear your default bid or to start over.

### Standing Bid Example

This example is only going to show the layer controls and selection area at the bottom of the Standing Bids section (Figure 24).

The standing bid will demonstrate preferences for max weekend days off, 3 day or 2 day pairings, 90 hrs credit, and cadence.

To clear the default bid, click on **Clear Standing Bid** (**3**).

All the layers and properties will be removed once this button is clicked. Your window should look like Figure 25.



Figure 27 -

### Selecting Properties

Select the properties you would like to use in your standing bid:

- Bid Max Weekend Days Off
- Bid Cadence Preference
- Bid Pairing Length — Select “2” from the drop-down window to bid 2 day pairings. Repeat this step selecting 3 to bid 3 day pairings.

  Bid Target Line Credit Range entering “85” in the first box and “95” in the second. This places a bid for at least 85 credit hours but no more than 95 hours. When using this property, don't make the range too small as this limits the PBS software.

Figure 26 is what your layers section will look like once the mentioned properties have been selected.




Figure 28 -

## Organizing Layers

The last step is to set up your layers. Doing this informs the software what properties are most important to you. In this case, you would like to have 3 day pairings that comply with your line properties. This will be your layer one bid.

To set this up, place a check mark next to all of the properties except the 2 day pairing length preference.

Your layer section will look like Figure 27.

| layers | bids | values | |
|---|---|---|---|
| ☐ ☐ ☐ ☐ ☐ ☐ ☐ | check/clear all | | |
| 1 2 3 4 5 6 7 | invert layer checkboxes | | |
| 2 3 4 5 6 7 | copy from previous layer | | |
| **pairings** | | | |
| ☑ ☐ ☐ ☐ ☐ ☐ ☐ | prefer pairing length | num days: **3** | |
| ☐ ☐ ☐ ☐ ☐ ☐ ☐ | prefer pairing length | num days: **2** | |
| **line properties** | | | |
| ☑ ☐ ☐ ☐ ☐ ☐ ☐ | target line credit range | credit lo: **85** | credit hi: **95** |
| ☑ ☐ ☐ ☐ ☐ ☐ ☐ | cadence preference | | |
| ☑ ☐ ☐ ☐ ☐ ☐ ☐ | max weekend days off | | |

Figure 29 -

For layer 2 you would like 3 day pairings without a target line credit. Click on the “2” next to copy from previous layer. This adds check marks in the same boxes identical to layer 1. All you need to do in this layer is uncheck target line credit range. Your layer section will look like Figure 28.

| layers | bids | values | |
|---|---|---|---|
| ☐ ☐ ☐ ☐ ☐ ☐ ☐ | check/clear all | | |
| 1 2 3 4 5 6 7 | invert layer checkboxes | | |
| 2 3 4 5 6 7 | copy from previous layer | | |
| **pairings** | | | |
| ☑ ☑ ☐ ☐ ☐ ☐ ☐ | prefer pairing length | num days: **3** | |
| ☐ ☐ ☐ ☐ ☐ ☐ ☐ | prefer pairing length | num days: **2** | |
| **line properties** | | | |
| ☑ ☐ ☐ ☐ ☐ ☐ ☐ | target line credit range | credit lo: **85** | credit hi: **95** |
| ☑ ☑ ☐ ☐ ☐ ☐ ☐ | cadence preference | | |
| ☑ ☑ ☐ ☐ ☐ ☐ ☐ | max weekend days off | | |

Figure 30 -

Layer 3 is going to add 2 day pairings into the pool. To bid this, click in the box above "3" in the line labeled "check/clear all." This adds a check mark to all the boxes in layer 3 indicating you want all these properties considered for this layer. Click on the check mark in the "target Line credit range" box to deselect it. Your layer section will look like Figure 29.

| layers | bids | values | |
|---|---|---|---|
| ☐ ☐ ☐ ☐ ☐ ☐ ☐ | check/clear all | | |
| 1 2 3 4 5 6 7 | invert layer checkboxes | | |
| 2 3 4 5 6 7 | copy from previous layer | | |
| **pairings** | | | |
| ☑ ☑ ☑ ☐ ☐ ☐ ☐ | prefer pairing length | num days: **3** | |
| ☐ ☐ ☑ ☐ ☐ ☐ ☐ | prefer pairing length | num days: **2** | |
| **line properties** | | | |
| ☑ ☐ ☐ ☐ ☐ ☐ ☐ | target line credit range | credit lo: **85** | credit hi: **95** |
| ☑ ☑ ☑ ☐ ☐ ☐ ☐ | cadence preference | | |
| ☑ ☑ ☑ ☐ ☐ ☐ ☐ | max weekend days off | | |

Figure 31 -

Only 3 layers in the pairing section are used in this example because all combinations have been bid. Click the "Save Layers" button to complete your standing bid. Next to the button is a date and time stamp of the last save.

This example is a simple bid. You should create your standing bid to reflect your general desires by only selecting properties most important to you. Adjust your monthly bid to be as specific as you would like.

**NOTE:**
**The software only uses your standing bid when you have not placed a monthly bid.**

**The properties work the same for a standing bid as they do in a monthly bid.**

**You will not know the pairings for a standing bid until they are assigned to you. Keep an eye on the pairings if you use your standing bid from month to month.**

**Ensure your standing bid is complete.**

**There is one additional property in the standing bid: Day-of-Week-Off. This property allows you to request a day of the week off. For example: all Sundays. Select the property, Sunday, and then click on Bid. Your standing bid will include a bid for all Sundays.**

Your standing bid may be used every month or is available as a back up in the event that you forget to bid.

**Please take some time to create your standing bid.**

# Monthly Bid

The monthly bid is more specific, in regards to pairings, than the standing bid. It is built in the same way but includes more information. The bid month calendar contains your day specific preferences. It is displayed in the sections Preassigned, Off Days, Pairings, Pairing Properties, and Line Properties. The information in the calendar varies depending on the items related to the section you are using. Pairings that are available for the month are in the Pairings section. How to gather this information is explained in the monthly bid example. Remember to create a big picture of what you would like your bid to be. Getting too focused on one area could have a negative effect over all. **It is not necessary to fill all layers.**

Log onto the software the same way as described in Logging onto the Software. (Figure 1)

- Logon to www.skywestonline.com
- Towards the bottom of the page, click on **PBS**
- The PBS landing page opens and displays all the information that pertains to PBS
- Click on the designated bid button on the right-hand side of the page
- The PBS login window opens (see Figure 2)
- Enter your password and click **Submit**

The menu bar is set up in the order the sections are used. Gather information by going to the following sections:

### Preassigned

Use this section to view all of your preassigned days for the bid month. These are days that have already been assigned to you. (Refer to the section on Preassignments) It is important to be aware of these days when you are choosing off days, pairings, and planning your month.

### Off Days

Use this section to select the days you don't want pairings awarded on. Remember, you cannot be awarded a day off where there is a preassignment. Think about your overall plan. Do not select days off that might prevent you from being awarded the pairings you would prefer.

### Pairings

Use this section to learn what pairings are available in your domicile for the bid month. You can also bid for specific pairings here. (Refer to the section on Pairings) If you are junior it may not be advantageous to bid for specific pairings. It is a better idea to become familiar with the properties of the pairings you prefer and bid those.

It is necessary to gather the above information when planning your ideal line. You may need to evaluate each section multiple times to gain a complete picture.

For the following example you would like weekends off and early shows. The 14th of the month is your birthday and it s very important that you have this day off. There are many

locals and 2 day pairings available. Additionally, you would like a line that pays around 85 hours and has at least 15 days off.

### Select the Days Off

Click on Off Days in the menu bar. In the Off Days section is the bid month calendar. Positioning the cursor over the 14th highlights the back ground to yellow. By clicking on the highlighted area you are instructing the software to select that day off. The window reloads and OFFnone appears in the box for the 14th. Click on Saturday and the window reloads again. OFFWnone displays in all Saturdays. Repeat this process for Sunday.

View Layer: View All Layers

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| April, 2005 | | | | | | |
| | | | | | 26 | 27 |
| 28 | 29 | 30 | 3/31 | 4/1 | 2 OFFW1 | 3 OFFW1 |
| 4 | 5 | 6 | 7 | 8 | 9 OFFW1 | 10 OFFW1 |
| 11 | 12 | 13 | 14 OFF1 | 15 | 16 OFFW1 | 17 OFFW1 |
| 18 | 19 | 20 | 21 | 22 | 23 OFFW1 | 24 OFFW1 |
| 25 | 26 | 27 | 28 | 29 | 4/30 OFFW1 | 5/1 OFFW1 |
| 2 | 3 | 4 | 5 | 6 | | |

Figure 32 - Off Days window

OFFnone stands for a particular day off but hasn't been bid in any layer.
OFFWnone stands for the weekday, every week, off but hasn't been bid in any layer.

When you add this bid to a layer(s), the respective layer(s) follow. For example; OFFW1245is a day of the week off and has been bid in layers 1, 2, 4 and 5. For more information, refer to the Off Days section.

### Selecting Properties

This is done in the Pairing Properties and Line Properties sections. You have already bid to have the 14th off and Saturdays and Sundays off. Place the property bids next. If a property identifies a pairing, it is listed in the Pairing Properties section. If a property affects how a line is built, it is listed in the Line Properties section. Early shows, locals, and 2 day pairings are all pairing properties. 85 hours credit and 15 days off are line properties.

*Pairing Properties*
Click on Pairing Properties in the menu bar. All of the property choices are listed. For

this example, bid locals and 2 day pairings and early shows. Click the bullet next to the property you are going to bid.

1) Bid Pairing Length . “1” is the default in the drop-down window. Click on **Bid** to place your bid for 1 day pairings (locals). Repeat this process but select “2” for 2 day pairings. Click on **Bid**.




2) Bid Report Between. You would like early show times between the times of 7 a.m. and 9 a.m. The drop-downs are set up in hours and then minutes. Set a time for 0700 to 0900. Click on the first drop-down after the word from and select “07.” Click on the second drop-down after the word from and select “00.” Next, click on the first drop-down after the word to and select “09.” Click on the second drop-down after the word t o and select “00 .” Click on **Bid**.




Each time you click on **Bid** the window reloads and the bid is listed in the Additional General Bids section (see Figure 31) below the bid month calendar. Remember, when properties are initially bid, they aren’t listed in any particular layer.




Figure 33 - Additional General Bids

*Line Properties*

Click on Line Properties in the menu bar. All line property choices are listed. Bid 15 days off and 85 credit hours. Select these line properties the same way you did the pairing properties.

1) Bid Min Number of Days Off. Click in the box and type “15” Click on **Bid**.




2) Bid Target Line Credit Range. Click in the first box and type in the low credit (80). Do the same with the second box but type the credit high (90). Click on **Bid**. These two numbers bracket the desired 85 credit hours.




The Additional General Bids section will look like Figure 32. In the Additional General Bids section you have five bids: 1 day pairings, 2 day pairings, Report Between 0700-0900, Minimum number of 15 days off and credit range of 80-90.

Additional General Bids:

Pairing Length Preference. (layer:none, ndays:1)
Pairing Length Preference. (layer:none, ndays:2)
Report Between. (layer:none, between: 0700-0900)
Minimum # of days off. (layer:none, days off:15)
Target Line Credit Range. (layer:none, between: 80-90)

Figure 34 -

All the desired properties have been bid. In the next step you will organize these bids based on their priority. This is accomplished in the Prioritize Layers section.

**Prioritize Layers**

Layers can be defined as the value you put on a group of properties. Your first layer will be the properties that would build your best line. As you move from the first layer to the second layer and so on, the properties you select should offer more possibilities for the software to build a complete line. It is important to remember that if you do not broaden the properties, the software will not be able to satisfy your desires when selecting pairings. For this to be further explained, you will need to organize the layers based on the properties you have already selected. Once again, the properties are: the 14th, Saturdays and Sundays off, 1 day and 2 day pairings ( I will fly 3 day pairings if I 'm not able to hold 1 or 2 day pairings), early showing pairings, at least 15 days off and between 80 and 90 hours credit. Click on Prioritize Layers in the menu bar. Click on **check/clear all** box for Layer 1. This places check marks next to all the properties bid in Layer 1. The window should now look like Figure 33.

In the Matched Pairings Chart, the first bar (Layer 1) indicates 65 pairings out of the 854 pairings available to you have been added to your pairing pool. These are the pairings that will be used for layer 1.

Build layer 2 in a way that increases the available pairings in the pool. This can be accomplished by eliminating bids, making your bid less restrictive or by adding new bids.

This will be demonstrated throughout this example.




Figure 35 -

Select the Pairing Properties section and place a new bid that broadens the early show time window by using the Report Between property. Select “0500” and “1100” for a 5 a.m. to 11 a.m. show time. Return to the “Prioritize Layers” section.

In layer 2, place a check mark in the boxes for the 14th off, Saturdays off, Sundays off, 2 day pairings, and the 5am to 11 am show. Place a check mark in layers 1-7 for both of the line properties. This informs the software to use these line property bids for all 7 layers. Click on **Save layers**. Look at the Matched Pairings Chart. Layer 2 now shows 252 pairings out of 854 pairings in your pairing pool.




Figure 36 -

For layer 3, place a check mark in the boxes next to all of the bids except for both report times. This eliminates the restrictions of a report time allowing the software to select from a larger pairing pool. Leave both of the report time bids unchecked in layers 3-7. Click on **Save layers** and the window reloads.

According to the Matched Pairings Chart (Figure 35), layer 3 contains 284 available pairings.




Figure 37 -

To further expand the pairing pool, in layer 4 add a bid for 3 day pairings. Go back to the Pairing Properties section and place a bid for 3 day pairings using the Pairing Length property. Return to the Prioritize Layers section. Place check marks next to the following bids in layer 4: the 14th off, Saturday off, Sunday off, 1 day pairings, 2 day pairings, and 3 day pairings. Click on **Save Layers**. This increases your pairings to 286 according to the Matched Layer Chart (Figure 36).




Figure 38 -

In Layer 5 remove Saturday from your bid because Sundays are more important to have off if you had to choose. Copy layer 4 into layer 5. Click on the check mark next to Saturday in layer 5. This removes a bid for Saturdays off from layer 5. Click on **Save layers**.

Copy layer 5 into layer 6 and then remove Sundays from your bid by clicking on the check mark. Click on **Save layers** and you have completed your bid.



SkyWest 000372

Your **Prioritize Layers** window should now look like Figure 37. In the Matched Pairings Chart you can see that each layer has allowed more pairings to be used to build the line. Each bar gets longer with each layer.




Figure 39 -

**NOTE:**

**This bid demonstrates what is most important to you was to have the 14th off, a minimum of 15 days off and a credit range of 80-90 credit hours. This is indicated in Layer 7.**

The Prioritize Layers section contains a very useful reference tool. There are some properties that may cause conflict when bid in the same layer. A simple check process is designed in the software to check some of the more common bid warnings. The warning message displays above the layer selection boxes. (Figure 38)




Figure 40 - Warning Messages

Other warning messages that may display:

- All bids are submitted with empty layers
- Cannot have multiple reserve line bids on the same layer
- Cannot have trip mix and pairing length bids on the same layer
- Cannot have trip mix and pairing on date bids on the same layer
- Cannot have more than two trip mixes on the same layer
- Cannot have commutable work block and pairing length bids on the same layer
- Cannot have commutable work block and pairing on date bids on the same layer
- Cannot have multiple commutable work blocks on the same layer
- Cannot have prefer and avoid deadheads on the same layer
- Fly with bid should not co-exist with any other bids (except min off days btw wk blk)
- Buddy with bid should not co-exist with any other bids (except min off days btw wk blk)
- Reserve bid should not co-exist with any other bids



SkyWest 000374

# Reserve Bid

Reserve lines are created by bidding for off days. Refer to Figure 39 for this example of a reserve bid. This bid example is applicable for all crewmembers.

There are 102 FAs in this bid package and 97 targeted line holders.




Figure 41 - Flight Attendants

The horizontal calendar displays the number of reserves that are targeted for each day. On the 8th, for example, there are 02 AM reserve slots and 01 PM reserve slot. On the 9th, there are 02 AM and 02 PM reserve slots.




Using the domicile information mentioned above, (102 FAs, 97 TLH) there will be approximately 5 or so FAs awarded reserve. When selecting off days, this calendar and knowing your seniority in the bid package is very useful. Notice on the 6th there are only two reserve slots; 01 AM and 01 PM. That is a good indicator that 3 or more FAs will be awarded that day off.

Click on the underlined M or P on a specific day to indicate your day off preference. When a selection is made, clicking on the underlined letter or date will clear the selection on that specific day.

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| June, 2012 | | | | | | |
| | | | | | 26 | 27 |
| 28 | 29 | 30 | 5/31 | 6/1 M P | 2 M P | 3 M P |
| 4 M P | 5 M P | 6 M P | 7 M P | 8 M P | 9 M P | 10 M P |
| 11 M P | 12 M P | 13 M P | 14 M P | 15 M P | 16 P | 17 M P |
| 18 M P | 19 M P | 20 M P | 21 M P | 22 M P | 23 M P | 24 M P |
| 25 M P | 26 M P | 27 M P | 28 M P | 29 M P | 6/30 M P | 7/1 |
| 2 | 3 | 4 | 5 | 6 | | |

Once the off days and reserve type are selected, click on the **Create New Bid** button to add that specific bid to the bid section. The **Clear Reserve Off Day Bids** button deletes any reserve bids that are in the bid section.

**Reserve**

```
 Bid Package 95 Dec 2012 MSP ALL FA : Targeted Reserve Crewmembers per day
2012 Dec| 1    2| 3   4   5   6   7 | 8    9| 10  11  12  13  14 |15  16| 17  18  19  20  21 |22  23| 24  25  26  27  28 |29  30| 31
TYP     |SA  SU| MO  TU  WE  TH  FR |SA  SU| MO  TU  WE  TH  FR |SA  SU| MO  TU  WE  TH  FR |SA  SU| MO  TU  WE  TH  FR |SA  SU| MO
---------------------------------------------------------------------------------------------------------------------------------
AM      |02  02| 03  03  03  03  02 |02  02| 03  03  03  02  02 |02  02| 03  03  03  03  02 |02  02| 03  03  03  02  02 |02  02| 02
PM      |02  02| 01  01  02  02  02 |02  02| 01  01  02  02  02 |02  02| 01  01  02  02  02 |02  02| 01  01  02  02  02 |02  02| 02
```

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| December, 2012 | | | | | | |
| | | | | | | 25 |
| 26 | 27 | 28 | 29 | 11/30 | 12/1 M P | 2 M P |
| 3 M P | 4 M P | 5 M P | 6 M P | 7 M P | 8 M P | 9 M P |
| 10 M P | 11 M P | 12 M P | 13 M P | 14 M P | 15 M P | 16 M P |
| 17 M P MUST OFF | 18 M P MUST OFF | 19 M P MUST OFF | 20 M P MUST OFF | 21 M P MUST OFF | 22 M P | 23 M P |
| 24 M P | 25 M P | 26 M P | 27 M P | 28 M P | 29 M P | 30 M P |
| 12/31 M P | 1/1 | 2 | 3 | 4 | 5 | 6 |

- ○ New Reserve Off Day Bid
- ○ Reserve Off Days. (layer:1, must:1201,1202,1208,1209,1215,1216,1222,1223,1229,1230, pref:-, attrib:AM(must),-,-)
- ○ Reserve Off Days. (layer:2, must:1215,1216,1222,1223, pref:1201,1202,1208,1209,1229,1230, attrib:AM(must),-,-)
- ○ Reserve Off Days. (layer:3, must:1215,1216,1222,1223, pref:1201,1202,1208,1209,1229,1230, attrib:AM,-,-)
- ◉ Reserve Off Days. (layer:4, must:1217,1218,1219,1220,1221, pref:-, attrib:AM(must),-,-)
- ○ Reserve Off Days. (layer:5, must:1217,1218,1219,1220,1221, pref:-, attrib:AM,-,-)
- ○ Reserve Off Days. (layer:6, must:-, pref:-, attrib:AM(must),-,-)

[Clear Calendar]

**Preferred Reserve Type:** AM ☑ **Must Honor** (All types may not be available.)

[Modify Existing Bid] [Clear Reserve Off Day Bids]

© 2012 Advanced Optimization Systems, Inc.

The following is an example of a scenario and how to place the bid.
In Layer 1, I must have Saturdays and Sundays off and must have AM reserve.




In Layer 2, I must have Saturdays off, prefer to have Sundays off if possible and must have AM reserve.




In Layer 3, I must have Saturdays off, prefer to have Sundays off if possible but do not have an AM or PM preference.




In Layer 4, I prefer to have Saturdays and Sundays off if possible but must have AM reserve.




In Layer 5, I prefer to have Saturdays and Sundays off if possible but do not have an AM or PM preference.




Pilots have an additional Reserve Type option: **Must Long Call**. The Long Call selection is an indicator to PBS that you would like a Long Call reserve line, if available. PBS awards Long Call reserve lines starting with the most senior reserve crewmember who has bid for it in their awarded Layer . There is a set number of Long Call reserve lines, depending on the domicile size. Make sure "Long Call" is selected in each layer you would like to have a Long Call line awarded.

Here is the Prioritize Layers page after all the bids have been placed into layers. The description of each reserve bid displays on the right-hand side of each bid.




- must honor: These are the days that were selected as "Must Off" for the specific bid
- preferred: These are the days that were selected as "Prefer Off" for the specific bid
- Type, Max_RB, Min_Off: If there was a type selected as well as if "Must" was checked, it displays. Long Call bids display a "2" at the end of this line. The "Max_RB" and "Min_Off" are currently not active functions for Reserve.

# Clearing Bids

This section covers the many ways to delete or remove individual bids that have been placed in your monthly bid. All the bids placed can be removed or added at any time during the bid period.

### Clearing All Bids

This is a clear all and removes every bid with the exception of the standing bid. Once used, you have to start from the beginning of the bid process. To locate the **clear all** button, click on "Prioritize Layers" in the menu bar. At the top of the "Prioritize Layers" window is the **Delete All User Bids** button. In the window next to it, type "delete" and then click on the

button. (Refer to Figure 45) The window reloads and all the layer bars will be blue. At the bottom of the window “No bids” shows in the pink box. If you go to the “Off Days” section, all the day off request(s) have been removed.




Figure 42 -

### Clearing Bid Types

The following bid types have delete all buttons: Off Days, Pairing ID, and Reserve. The buttons are shown below.

1) Off Days section: Click on the button and all individual day and weekday bids are removed.




2) Pairings section: Click on the button to remove all Pairing ID bids. This button does not remove Pairing Property bids placed from this window. Those must be removed individually.




3) Reserve section: Click on this button to remove all reserve bids




### Clearing Property Bids

Pairing Properties and Line Properties can be deleted by selecting the specific property from the list of properties. Clicking on the delete button for that property deletes all bids that include that property.
For example: If you place a bid for 2 day and 3 day pairings, clicking the **Clear Bids** button located in the Pairing Length property deletes both 2 day and 3 day bids.

**NOTE:**
**Using the Make Bids button in the Pairings section places a pairings property bid. Deleting a property type that matches a bid placed in the Pairings section also deletes those bids.**

### Clearing Individual Bids

Bids are displayed in different places. The bid month calendar has all day based bids and day off bids. Below the calendar in the Additional General Bids section are all the additional bids. To delete any one of the bids click on the bid and a new window appears. The example below displays the bid type and the layers it is being used. Click on the **Delete Bid** button to delete.



SkyWest 000381

You can also see all of your bids in the Prioritize Layers section. Click on any bid and this same window opens.




Figure 43 -

### Deleting Standing Bids

Standing bids are protected from deletes made in the month bid area and can only be deleted in the Standing Bids section. You can delete all standing bids using the **Clear Standing Bids** button. You can also delete individual bids within the standing bid the same way as explained above.

### Not Using a Bid

A property does not need to be deleted to remove it from your monthly bid. In the Prioritize Layers section removing all check marks from the layers of any property eliminates it from being considered.

CHAPTER 3

# Terms and Definitions

3

| | |
|---|---|
| **Bid Month Calendar** | The bid month calendar is displayed in the following sections: Preassignments, Off Days, Pairing Properties and Line Properties. In the preassignment section the calendar will only show the preassignments. In all other sections it will show the preassignments, requested days off, date sensitive pairings and Pairing Properties. The Additional General Bids section at the bottom of the calendar lists all non-day sensitive pairings and line properties. |
| **Cadence** | Starting on the same day, of every week throughout the month. |
| **Carry-in** | A pairing or preassignment that starts in the previous month and continues into the current bid month. |
| **Carry-out** | A pairing or preassignment that starts in the current bid month and continues into the next month. |
| **Commuter** | A crewmember who lives in a different city that is not his domicile. |
| **Credit Value** | Hours of pay value credited to a pairing or preassignment. |
| **Deadhead** | Refer to SP 3005 in the Pilot Policy Manual or SP 2305 in the Flight Attendant Policy Manual. |
| **Default standing bid** | A bid that is used when a monthly bid is not submitted. It is a TLCR bid for 82–92 hours. |
| **FlightDuty Period** | A sequence of flight legs between report and release times. FDP ends when the aircraft is parked after the last flight and there is no intention for further aircraft movement by the same flight crewmember. |
| **Golden Day** | Refer to SP 3012 in the Pilot Policy Manual or SP 2312 in the Flight Attendant Policy Manual. |
| **Layer** | A group of line and pairing properties selected by the crewmember to tell PBS what pairings to use and how to organize them in a line. Layer 1 is the most desired scenario. Each layer after the first layer needs to be less restrictive. Both the monthly bid and standing bid contains seven layers. It is not necessary to use all layers to complete a bid. |
| **Line Properties** | Choices available to a crewmember allowing input on how the software will build their line. |
| **Link** | A word or a symbol used in internet based software. Clicking your mouse on a link tells the browser to load to the desired section. |
| **Main Window** | The starting section of PBS. It contains all the bidding and personal information. |

| | |
|---|---|
| **Menu Bar** | A group of links used to navigate through the different sections used within the PBS software. PBS uses a menu bar to the left of the view section. The current view section is identified by the highlighted yellow link on the menu bar. |
| **Monthly Bid** | The crewmembers monthly preferences used to build a line for the given bid period. |
| **Pairing Pool** | Pairings that have been found from the total available pairings in a domicile. The pairings are found based on the selections made by the crewmember. |
| **Pairing Properties** | Choices available to a crewmember to allow them input on how the software selects the pairings used to build their line. |
| **Pairings** | A single or multiple set of duty periods starting at your base and returning to your base. These are created by Crew Planning. |
| **PBS** | Preferential Bidding System. The optimization software used to build lines for crewmembers. |
| **Preassign block** | The duty time that is included in the preassignment. Training is one example of a preassignment that might have block value. Vacation would not include any block value as it is days off. This number is used to calculate the month total block time. |
| **Preassign credit** | The credit value given to the preassignment. This would be used in calculating the total month credit value. |
| **Preassignments** | These are assignments placed prior to the bid month. Training, vacation and other company assigned work are examples of preassignments that could be added to your bid month calendar. Refer to SP3017 for codes. |
| **Properties** | The options and choices that are selected by the crewmember. Properties are separated into four different categories: Pairing, Line, Off Days and Reserve. |
| **Red-Eye** | A Red-Eye pairing is any pairing that has a show time from 2315 through 0300 the following morning. |
| **Reserve Bid** | Refer to SP 3018 in the Pilot Policy Manual or SP 2318 in the Flight Attendant Policy Manual. |
| **Split-duty** | A flight duty period that has a scheduled break in duty that is less than a required rest period. (Pilots) |
| **Standup** | A standup is a pairing that doesn't contain the required FAA rest period. (Flight Attendants) |

| | |
|---|---|
| **Standing Bid** | A stand-by or backup bid used by PBS in the absence of a monthly bid. |
| **TAFB** | Refer to SP 3005 |
| **Transition Period** | Refer to SP 3005 |
| **View Window** | The page of the software that is being displayed on the browser. |
| **WOCL** | Window Of Circadian Low is a period of maximum sleepiness that occurs between 0200 and 0559 during a physiological night. |
| **Work Block** | The time between a start and release time of consecutive pairings with no days off in-between. |

**INTENTIONALLY LEFT BLANK**

# Index


## A

Additional General Bids, 21

## C

Clearing Bids, 80
- All Bids, 80
- Bid Types, 81
- Individual, 81
- Properties, 81
- Standing, 82

## L

Line Award, 53
- Reason Report — Line Holder, 56
- Reason Report — Reserve, 55
- Reserve, 54

Line Properties, 27
- Allow Pairing-Pairing On The Same Day, 33
- Allow Pairing-Training Piggy-Backing, 33
- Allow Split-Duty With 4–Day Pairing, 32
- Avoid Check Airman Trips, 32
- Avoid Reserve, 32
- Buddy With / Avoid, 28
- Cadence Preference, 31
- Clear Award/Partial LInes, 33
- Commutable Work Block, 30
- Fly With/Avoid, 28
- Max Block Of Off Days, 31
- Max Credit, 31
- Max Total Days Off, 31
- Max Weekend Days Off, 31
- Min Number of Days Off, 28
- Min Off Days Between Work Blocks, 29
- Min Rest At Domicile, 30
- Target Line Credit Range, 29
- Trip Mix In A Work Block, 30
- Try to Finish At This Layer, 33
- Waive Default Maximum Work Block, 32
- Waive Default Minimum Credit, 32
- Waive Default Minimum Days Off, 32
- Waive Max Block Time in 7, 32
- Work Block Size, 31

Logging onto the Software, 5
Logout, 58

## M

Main Section, 6
Matched Pairings Chart, 46
- *See also* Prioritize Layers

Max Block HHMM Limit, 9
- *See also* User Property

## O

Off Days, 10
Online Docs, 7

## P

Pairing Properties, 20
- Avoid International Trips, 24
- Bid Co-Domicile, 24
- Deadhead Preference, 22
- Include Split—duties, 23
- Include Standups, 23
- Landing At City Preference, 25
- Layover at City, 24
- Layover at City on Date, 24
- Max Connection (Turn) Time Preference, 24
- Max Landings Per Duty Period, 25
- Max Layover Time Preference, 25
- Max TAFB-credit Ratio Preference, 25
- Min Connection (Turn) Time Preference, 24
- Min Layover Time Preference, 25
- Minimum Average Credit Per Duty Period, 22
- Pairing Length, 22
- Pairing Length On Date, 22
- Position Preference, 25
- Prefer Position For Multi-Pos. Pairing-ID Bids, 25
- Release Between, 23
- Release Between On Date, 23
- Report Between, 23
- Report Between On Date, 23
- Sub-equipment Preference, 25

Pairing Report, 16
Pairings, 11
  Average credit per duty period, 14
  Description of, 17
  Match layover city at, 13
  Match pair id as, 13
  Match starting day as, 13
  Max connection (turn), 14
  Max landings per duty period, 15
  Max layover, 15
  Max TAFB-credit ratio, 15
  Min connection (turn), 14
  Min layover, 15
  On date, 13
  Pairing length (days) from, 14
  Pairing type, 15
  Position, 15
  Prefer Landing At, 15
  Release between, 14
  Report between, 14
  Split-Duty, 19
  Sub-Equip, 13
  With layover time at least, 13
Placing Bids, 59
  Monthly Bid, 65
  Standing Bid, 59
Preassigned, 8
Print Award, 58
Print Bids, 51
Prioritize Layers, 45
    *See also* Monthly Bid
  Warning Messages, 74

**R**

Removing pairings, *See* View Pairing Set
Reserve, 34
  Flight Attendants, 39
  Pilots, 34
    Long Call, 36, 44, 79

**S**

Standing Bids, 52

**T**

Terms and Definitions, 83

**U**

User Property, 9

**V**

View Pairing Set, 49
View Prev Bids, 52
View Sen List, 7



SkyWest 000388

Uncontrolled copy. Currency must be verified with the LESP before use.

SkyWest AIRLINES®

# Pilot Policy Manual

**REVISION 08**
**12 FEB 18**

Uncontrolled copy. Currency must be verified with the LESP before use.

INTENTIONALLY LEFT BLANK

Uncontrolled copy. Currency must be verified with the LESP before use.

# Record of Revisions

| Revision Number | Revision Date | Effective Date |
|---|---|---|
| Original | 10 FEB 11 | 10 FEB 11 |
| 01 | 06 MAY 11 | 06 MAY 11 |
| 02 | 15 MAR 12 | 15 MAR 12 |
| 03 | 01 APR 13 | 01 APR 13 |
| 04 | 01 APR 14 | 01 APR 14 |
| 05 | 31 JAN 15 | 31 JAN 15 |
| 06 | 01 OCT 15 | 01 OCT 15 |
| 07 | 01 NOV 16 | 01 NOV 16 |
| 08 | 12 FEB 18 | 12 FEB 18 |

Uncontrolled copy. Currency must be verified with the LESP before use.

INTENTIONALLY LEFT BLANK

Uncontrolled copy. Currency must be verified with the LESP before use.

# List of Effective Standard Practices

*Record of Revisions*

| Section | Rev # | Rev Date | Pages |
|---|---|---|---|
| ROR | 08 | 12 FEB 18 | 1-2 |

*List of Effective Standard Practices*

| Section | Rev # | Rev Date | Pages |
|---|---|---|---|
| LESP | 08 | 12 FEB 18 | 1-2 |

*Table of Contents*

| Section | Rev # | Rev Date | Pages |
|---|---|---|---|
| TOC | 08 | 12 FEB 18 | 1-2 |

| Standard Practice | Rev # | Rev Date | Pages |
|---|---|---|---|
| SP 3003 | 08 | 12 FEB 18 | 1-2 |
| SP 3005 | 08 | 12 FEB 18 | 1-14 |
| SP 3006 | 08 | 12 FEB 18 | 1-10 |
| SP 3007 | 06 | 01 OCT 15 | 1-10 |
| SP 3008 | 08 | 12 FEB 18 | 1-24 |
| SP 3009 | 08 | 12 FEB 18 | 1-8 |
| SP 3010 | 04 | 01 APR 14 | 1-2 |
| SP 3011 | 08 | 12 FEB 18 | 1-4 |
| SP 3012 | 06 | 01 OCT 15 | 1-2 |
| SP 3013 | 08 | 12 FEB 18 | 1-4 |
| SP 3014 | 05 | 31 JAN 15 | 1-2 |
| SP 3015 | 08 | 12 FEB 18 | 1-8 |
| SP 3016 | 05 | 31 JAN 15 | 1-2 |
| SP 3017 | 08 | 12 FEB 18 | 1-24 |
| SP 3018 | 08 | 12 FEB 18 | 1-12 |
| SP 3019 | Original | 10 FEB 11 | 1-2 |
| SP 3020 | 01 | 06 MAY 11 | 1-2 |
| SP 3021 | 08 | 12 FEB 18 | 1-6 |
| SP 3022 | 01 | 06 MAY 11 | 1-2 |
| SP 3023 | 08 | 12 FEB 18 | 1-6 |
| SP 3024 | 06 | 01 OCT 15 | 1-6 |
| SP 3025 | 01 | 06 MAY 11 | 1-4 |
| SP 3026 | 08 | 12 FEB 18 | 1-6 |
| SP 3027 | 08 | 12 FEB 18 | 1-6 |
| SP 3028 | 05 | 31 JAN 15 | 1-2 |
| SP 3029 | Original | 10 FEB 11 | 1-2 |
| SP 3030 | 04 | 01 APR 14 | 1-2 |
| SP 3031 | Original | 10 FEB 11 | 1-2 |
| SP 3032 | 04 | 01 APR 14 | 1-2 |
| SP 3033 | Original | 10 FEB 11 | 1-2 |
| SP 3034 | 08 | 12 FEB 18 | 1-4 |

Uncontrolled copy. Currency must be verified with the LESP before use.

***Index of Topics***

| Section | Rev # | Rev Date | Pages |
|---|---|---|---|
| Index | 08 | 12 FEB 18 | 1-6 |

# Table of Contents

Record of Revisions ..... ROR–1
List of Effective Standard Practices ..... LESP–1
Table of Contents ..... TOC–1
Letter of Agreement ..... 3003.1
Definitions ..... 3005.1
Personnel Files, Rules of Conduct, and Pilot Reliability ..... 3006.1
Pilot Personal Appearance, Grooming, and Uniforms ..... 3007.1
Compensation ..... 3008.1
Expenses ..... 3009.1
Deadheading ..... 3010.1
Vacation Time ..... 3011.1
User Time ..... 3012.1
Leave of Absences, On-the-Job Injuries, and Workers' Compensation ..... 3013.1
Pilot Physical Standards and Examination ..... 3014.1
Training ..... 3015.1
Hours of Service ..... 3016.1
Scheduling ..... 3017.1
Reserve ..... 3018.1
Transferring to Non-Flying or Supervisory Duty ..... 3019.1
Miscellaneous Flying ..... 3020.1
Seniority ..... 3021.1
Reduction of Positions at a Domicile / Furlough and Recall ..... 3022.1
Filling of Vacancies and Training Freezes ..... 3023.1
Corrective Action and Employment Separation ..... 3024.1
Pilot Appeals Procedure and Policy Interpretation Complaints ..... 3025.1
Jumpseat ..... 3026.1
SkyWest Airlines Pilot Compensation ..... 3027.1
Historical Block-to-Block Times ..... 3028.1
Reserved ..... 3029.1
Reserved ..... 3030.1
Letter of Instruction ..... 3031.1
Agreement for Performance ..... 3032.1
Counseling Statement ..... 3033.1
HIMS Program ..... 3034.1
Index of Topics ..... Index–1

Flight Operations SkedPlus+ User's Guide

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

INTENTIONALLY LEFT BLANK

Uncontrolled copy. Currency must be verified with the LESP before use.

SkyWest AIRLINES

**Letter of Agreement between SkyWest Airlines, Inc. and the SkyWest Airlines Pilot Association**

The following is an agreement between SkyWest Airlines and its pilots regarding the policies and procedures of SkyWest's Flight Operations Department.

General:

A. This Agreement covers all standard practices included in this Pilot Policy Manual and the Flight Operations SkedPlus+ User's Guide.

B. SkyWest Airlines, Inc. and the SkyWest Airlines Pilot Association agree to abide by the policies and procedures contained herein.

C. This Policy Manual will remain in effect indefinitely. Changes to the policies and procedures, including pay scales and per diem, can be made at any time, but only after a written revision approved and signed by all affected parties.

D. The Employee Incentive Plan contained within the Company Policy Manual will apply to pilots.

E. No policy within this manual shall remain in effect if it is discovered to be in violation of law. Other than the specific policies set forth in this manual, the Company retains authority to manage and direct its pilots, including creating or revoking Company Policy. Should any conflict arise between Company Policy and pilot policy, this Pilot Policy Manual shall control.

[signature] 02/09/18

Michael Thompson — Date

Chief Operating Officer, SkyWest Airlines

[signature] 01/09/18

Tracy T. Gallo — Date

Vice President Flight Operations, SkyWest Airlines

[signature] 12/31/17

Russell Jacobie — Date

President of SkyWest Airlines Pilot Association (SAPA)

*444 South River Road*
*St. George, Utah 84790*
*435.634.3700*
*www.skywest.com*

Uncontrolled copy. Currency must be verified with the LESP before use.

INTENTIONALLY LEFT BLANK

Uncontrolled copy. Currency must be verified with the LESP before use.

**actual block-to-block**

a. That period of time beginning when an aircraft first leaves the blocks (via power or push back) for purposes of flight and ending when the aircraft next comes to rest at the ramp blocks at any station or other point of termination.

**add (pairing)**

a. When a pilot or Crew Support adds a pairing to the pilot's awarded bid or reserve adjusted bid.

**anticipated lines**

a. The projected number of lines to be built by the PBS as determined by Crew Planning and the Preferential Bidding software.

→

→

**Aspen bid guarantee**

a. The minimum value of the credit hours contained within an awarded bid will be no less than 83 hours for regular Aspen line holders and 75:36 hours for all Aspen reserve line holders.

**Aspen pilot**

a. A Denver-based CRJ pilot that has received the specialized training for the ASE and EGE airports and is on the monthly Aspen seniority bid list in the Aspen crewmember bid package.

**assignment**

a. Any time a pilot is required to report for duty.

**awarded bid**

a. The regular or reserve line awarded, by pilot seniority, by the PBS, or composite lines as completed by Crew Support in accordance with Pilot Policy Manual SP 3017 Scheduling.

**bid eligibility**

a. A list constructed by the Company of pilots eligible to bid.

**bid period**

a. A bid period includes the first day through the last day of each calendar month, with the exceptions listed in Pilot Policy Manual SP 3017 Scheduling.

Uncontrolled copy. Currency must be verified with the LESP before use.

**bid window**

a. The period of time for pilots to bid from 0900 Mountain Time on the 10th to 0900 Mountain Time on the 17th of each bid period.

**bucket**

a. This refers to a grouping of reserve pilots. Each bucket will consist of reserve pilots available for the same number of reserve days prior to their next day off.

**build-up line**

a. A line of flying used by high minimums pilots to obtain 100 hours of flight time in any type of aircraft.

**calendar day**

a. A 24-hour period from 0000 through 2359 local time. A flight segment originating in one calendar day or flight pairing(s), which due to irregular operations (not to include modified pairings) extends into the next calendar day, will be considered to have terminated in the first calendar day.

**calendar month**

a. The period from the first day to and including the last day of each calendar month of the year.

**calendar week**

a. The period from Sunday through Saturday inclusive.

**captain**

a. A pilot who is in command of the aircraft and its crew while on duty and who is responsible for the manipulation of the controls of an aircraft including taxi, takeoff, and landing of such aircraft, who is properly qualified and designated by the Company to serve and who holds a current effective airmen's certificate authorizing him/her to serve as such pilot.

**carry-in/carry-out pairing**

a. A pairing that begins in one bid period and operates into the subsequent bid period.

**co-domicile**

a. Two or more geographical locations within 40 road miles of each other where pilots can receive an assignment and not qualify for driving expenses. Pilots utilizing a co-domicile will return to the airport of departure at the completion of an assignment.

Uncontrolled copy. Currency must be verified with the LESP before use.

**Company**

a. SkyWest Airlines, Inc.

**composite line**

a. A partial line built by PBS that is not included in the minimum number of regular lines. This may consist of both awarded pairings and reserve availability periods.

**Counseling Statement**

a. Written notification of repeated and/or more serious infractions, performance, or behavioral issues. Counseling sessions require in-depth discussion and documentation to include definition of infraction, performance, or behavioral issue, consequences and/or results of the actions or behaviors, clarifications of expectations for improved performance, and follow-up actions and responsibilities of both the pilot and the chief pilot.

**credit hours**

a. The value of hours worked for pay purposes. Refer to Pilot Policy Manual SP 3008 Compensation (Determining Credit Hours paragraph).

**crewmember**

a. Any pilot, flight attendant, or person required for the safe operation of an aircraft in flight.

**daily vacation rate**

a. The established value for each day of vacation.

**date of hire**, acronym **DOH**

a. The date a pilot reports to initial ground school training (after the date of acquisition of Sunaire by SkyWest Airlines, Inc.).

**day**

a. Any 24-hour period.

**day off**

a. A day or days that are free from all assignments, including travel.

**deadhead/deadhead time**

a. The actual flight time spent by a pilot in travel from one point to another at the direction of the Company, either for duty or returning from duty. Deadhead time will be considered duty time.

Uncontrolled copy. Currency must be verified with the LESP before use.

**Designated Mountainous Airport**, acronym **DMA**

a. An airport within the SkyWest Airlines system that requires special pilot training (simulator or aircraft), currency, and operating requirements, as specifically applied to:

1. Aspen-Pitkin County Airport, Aspen, Colorado (ASE), and
2. Vail-Eagle County Airport, Vail, Colorado (EGE), and
3. Any other airports designated by the Vice President of Flight Operations

**Designated Mountainous Airport Pilot**

a. A pilot who is current and qualified for operation into a Designated Mountainous Airport.

**Discussion and Action**

a. Oral notification and discussion of infraction. The pilot is requested to attend a meeting with their respective chief pilot to discuss the infraction and actions expected to correct a performance issue.

**displacement**

a. A pilot is considered displaced when removed from all or part of his/her scheduled flight pairings by a management pilot, a reserve line holder obtaining flying prior to a checkride, or displaced due to initial operating experience (IOE) or training purpose (including a checkride).

**domicile**

a. A geographical location designated by the Company where pilots are based. All domiciles shall include an airport to which the Company provides or intends to provide regularly scheduled service. A pilot will not have more than one domicile.

**drop (pairing)**

a. When a pilot or Crew Support drops a pairing from a pilot's awarded bid or reserve adjusted bid.

**duty**

a. Any task that a pilot performs as required by the Company, including but not limited to flight duty period, flight duty, pre- and post-flight duties, administrative work, training, deadhead transportation, aircraft positioning on the ground, aircraft loading, and aircraft servicing.

**duty day**

a. Any day that a pilot has been issued an assignment or on-call reserve assignment.

Uncontrolled copy. Currency must be verified with the LESP before use.

**duty guarantee**

a. The credit hours of work determined at a rate of one hour of pay for each two hours of scheduled duty time up to 12 hours within a scheduled duty day.

**duty time**

a. The time beginning at the report for duty time and terminating at the release from duty time.

**Exchange (pairing)**

a. When a pilot replaces an assigned pairing(s) for a pairing(s) in open time.

**fatigue**

a. A physiological state of reduced mental or physical performance capability resulting from lack of sleep or increased physical activity that can reduce a pilot's alertness and ability to safely operate an aircraft or perform safety-related duties.

**first officer**

a. A pilot who is second-in-command (SIC) and any part of whose duty is to assist or relieve the captain in the manipulation of the controls of an aircraft including takeoff and landing of such aircraft, who is properly qualified to serve as and who holds a current effective airman's certificate authorizing him/her to serve as first officer, and who is designated by the Company to serve as such.

**first out**

a. The first pilot to be called from a reserve status.

**fit for duty**

a. Physiologically and mentally prepared and capable of performing assigned duties at the highest degree of safety.

**flight attendant**

a. Individual hired by the Company who has successfully completed all training requirements to ensure in-flight safety pursuant to Federal Aviation Regulations (FARs) and Company regulations and will include those flight attendants whose names appear on the Company system seniority list prepared by the Company.

**flight duty period**, acronym **FDP**

a. A period that begins when a pilot is required to report for duty with the intention of conducting a flight, a series of flights, or positioning or ferrying flights, and ends when the aircraft is parked after the last flight and there is no intention for further aircraft movement by the same pilot. A flight duty period includes the duties performed by the pilot on behalf of the certificate holder that occur before a flight segment or between flight segments without a required intervening rest period.

Uncontrolled copy. Currency must be verified with the LESP before use.

**flight time**

a. The elapsed time of the actual block-to-block.

**FMLA**

a. Family Medical Leave Act

**full-time instructor pilot**

a. A pilot assigned to the Training Department and whose name does not appear on the bid eligibility list. His/her name will continue to appear on the seniority list.

**furlough**

a. The removal of a pilot from active service due to a reduction in force, or the period of time during which such pilot is not in active employment with the Company as a pilot due to such reduction in force or flying.

**high minimums**

a. Pilots with less than 100 hours in a specific type of aircraft.

**historical block-to-block**

a. The simple average of historical block-to-block time over a specified route, expressed in minutes.

b. On new routes with no historical block-to-block times, an approved mathematical formula or secondary reference period will be used until sufficient data is available. (Refer to Pilot Policy Manual SP 3028 Historical Block-to-Block Times.)

**Industry experience**

a. Amount of time (In days, weeks, months, and years) counted towards a pilot's pay scale and benefits (401K match, profit sharing, and User/Vacation accrual rates). A pilot may combine their current time of service at SkyWest Airlines with their total time at one other FAR 121 carrier.

**Initial Training**

a. Training a new hire receives before commencing his/her first line assignment at the Company.

**IOE**

a. Initial Operating Experience

Uncontrolled copy. Currency must be verified with the LESP before use.

**junior manned**

a. Any pairing or modified pairing assignment given by the Company that requires or results in a pilot working on a scheduled day(s) off. When a pilot is required to be junior manned by the Company, it will be by reverse seniority. When a pilot volunteers to be available for junior manning, it will be on a seniority basis. A junior-manned assignment will be considered overtime.

**layover**

a. The period of time during which a pilot is relieved from duty away from his/her domicile for the purpose of legal rest.

**Letter of Instruction**, acronym **LOI**

a. Initial written warning notification of an infraction, performance, or behavioral issue. Discussion and documentation to include definition of infraction, performance, or behavioral issue, consequences and/or results of the actions or behaviors, expectations for improved performance, and follow-up actions and responsibilities of both the pilot and the chief pilot.

**long-call reserve**, acronym **LCR**

a. On-call status where a pilot is required to report for duty following a legal rest period but no earlier than 12 hours after notification.

**longevity**

a. The months or years of service accumulated by a pilot since his/her most recent date of hire.

**long term training**

a. Any required training event scheduled for more than 15 days.

**management pilot**

a. A pilot holding a seniority number on the Company's pilot seniority number list who is currently filling a position in a management capacity.

**minimum bid guarantee**

a. The minimum value of the credit hours contained within an awarded bid, which will be no less than:
   - 75 hours for regular line holders on the CRJ and ERJ 175
   - 80 hours for regular line holders on the EMB 120
   - 75:36 hours for all reserve line holders

Uncontrolled copy. Currency must be verified with the LESP before use.

**minimum daily guarantee**

a. The credit hour value of a pairing which guarantees at least 4:12 hours of pay for each duty day scheduled to work except for split duty overnights.

**minimum number of regular lines**

a. The number of lines guaranteed to receive credit hours as regular lines.

**minimum reserve staffing**, acronym **MRS**

a. A Company-published value that establishes a targeted minimum number of reserve pilots for any given day (per seat, per base, per equipment).

**modified pairing**

a. A pairing which has been changed, by Crew Support or Flight Control, due to the deletion of, or the addition of, flight segments to the original pairing.

**month**

a. Refer to calendar month.

**multi-day pairing**

a. A pairing consisting of more than one duty day.

**OJI**

a. On-the-Job Injury

**on-call reserve assignment**

a. Short-call reserve availability period or long-call reserve.

**open time**

a. An unassigned pairing other than restricted open time available within SkedPlus+.

**operational decision**

a. Any decision by the Company to change equipment, flight, or assignments.

**original pairing**

a. A pairing bid upon by pilots, published in the pairing package.

**overtime**

a. Any assignment that will be paid at a rate of one and one-half times the pilot's hourly rate for deadhead(s) and/or flight time flown.

Uncontrolled copy. Currency must be verified with the LESP before use.

**pairing**

a. A flight or series of flights that are blocked together as a work assignment. Pairing generally describes a single-day pairing, multi-day pairing, original pairing, modified pairing, or replacement pairing.

**pairing package**

a. A publication of original pairings for the subsequent bid period and all replacement pairings for the current bid period.

**partial line**

a. A line constructed by the PBS that does not meet the minimum line credit value appropriate for the status as established in Pilot Policy Manual SP 3017 Scheduling.

**Performance Agreement**

a. An agreement for performance accomplished through a one-on-one meeting with both the chief pilot and pilot with a purpose to reach a common understanding. Areas of discussion and clarification include: responsibilities and job requirements, expected level of performance, authority, priorities and goals, any and all other outstanding issues.

**pilot**

a. A captain or first officer as defined herein and shall include only pilots on the Company's pilot seniority list.

**preassigned activity**

a. Any event added to a pilot's schedule prior to the opening of the bid.

**Preferential Bidding System**, acronym **PBS**

a. The system which creates pilots' lines using pilot preferences and other constraints. May also be referred to as the Preferential Bidding software.

**premium pay guarantee**

a. The credit hour value of work in excess of 12 scheduled duty hours (time). The value will be equal to one hour of pay for each hour of scheduled duty time in excess of 12 hours within a scheduled duty day as indicated within the original pairing package.

**probation period**

a. A pilot employed by the Company, whose name appears on the Company pilot seniority list and who has not completed one full year of active service beginning with his/her date of hire and/or completed the probation period review process.

**ready reserve (airport/standby)**, acronym **RDY**

a. A defined duty period during which the pilot is required by the Company to be at an airport for a possible assignment.

**regular line**

a. A schedule built by the Company utilizing the PBS that consists of pairings, assignments, and days off.

**regular line holder**

a. A pilot whose seniority entitles him/her to hold a regular line of flying.

**release from duty**

a. The time duty ends. Commencing 15 minutes after either the last aircraft movement or arrival time of the pairing's last flight.

**relocation incentive**

a. The monetary reward given to a pilot that elects to go as directed by the Company to “where the flying is” when there is a domicile closure or a reduction in flying within a domicile. The reward will be 55:48 hours of pay at his/her current hourly rate of pay when the move is complete and another 18:36 hours of pay at the time he/she has completed an additional continuous year of employment with the Company to be paid at the same hourly rate as the 55:48 hours of pay.

**replacement pairing**

a. A pairing that begins in the current bid period, which is changed by Crew Planning due to marketing changes in the subsequent bid period.

**report for duty**

a. The time duty begins commencing a minimum of 45 minutes prior to the scheduled departure time of the pairing's first flight. This time may be reduced to 30 minutes on layovers for EMB 120 crews.

**repositioning**

a. Any time the aircraft is first moved under its own power for purposes other than flight and ending when the aircraft returns to its original position or its newly relocated position.

**reserve adjusted bid**

a. The final bid results after adjustments for FAR and/or bid conflicts between the current and subsequent bid periods for reserve pilots.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

**reserve availability period**, acronym **RAP**

a. A duty period during which the Company requires the pilot on short-call reserve to be available and notifiable to receive an assignment.

---

**reserve line**

a. A schedule built by the Company utilizing the PBS indicating on-call reserve assignments, assignments, and days off.

---

**reserve line holder**

a. A pilot whose seniority entitles him/her to hold a reserve line of flying.

---

**rest period**

a. A continuous period during which the pilot is free from all restraint by the Company, including freedom from present responsibility for work, should the occasion arise.

---

**restricted open time**, acronym **ROT**

a. An unassigned pairing which is restricted for pick-up as a result of vacation and/or user time awards, or currently being assigned within 120 hours of report time.

---

**Return to Work Meeting**

a. A meeting scheduled with the intent to reinstate a pilot's flight status. Other suspended privileges may or may not be reinstated immediately. A Counseling Statement is administered to define the performance issue, result of actions and/or behavior, to clarify expected performance improvements, and to define the follow-up actions expected of both the pilot and the chief pilot.

---

**Scheduled Assignment Deviation**, acronym **SAD**

a. Whenever a pilot fails to report, or is late to report, to an assignment as published within his/her monthly bid schedule. Refer to Pilot Policy Manual SP 3006 Personnel Files, Rules of Conduct, and Pilot Reliability.

---

**scheduled duty time**

a. Any period of continuous duty, report for duty to release from duty that is constructed by the Company.

---

**scheduled flight time**

a. Historical block-to-block time over a specified route.

---

**Scheduled Interruption Point**, acronym **SIP**

a. A natural break point within a pairing where the pilot or Crew Support may modify a pairing for the purpose of a trade, add, or drop. The point must be a Company-designated pilot domicile staffed with pilots qualified in the same equipment type/qualification as the pairing, unless mutually agreed upon between the pilot and the Company.

**scheduling liaison**

a. A pilot selected by SAPA, and mutually agreed upon by the Vice President Flight Operations, to observe and assist the Company with the creation of PBS pairings.

**seniority date**

a. The date the pilot was assigned a number appearing on the Company pilot seniority list. Refer to date of hire.

**short-call reserve**, acronym **SCR**

a. A period of time in which a pilot is assigned to a reserve availability period.

**single day pairing**

a. A pairing consisting of one duty day.

**SkedPlus+**

a. An electronic program which is the platform for a pilot to view, manage, and perform multiple tasks and/or adjustments pertaining to their work schedule.

**SkyWest Online**, acronym **SWOL**

a. Company intranet website.

**split duty**, acronym **SDuty**

a. A flight duty period that has a scheduled break in duty that is less than a normal rest period. *Duty and premium pay guarantees apply to the entirety of the SDuty.*

**status**

a. Classification as captain or first officer in a specific type of equipment. No regular line holder or reserve line holder may hold more than one status at any time. A pilot's status changes the day after completion of all simulator training.

**status vacancy**

a. A vacant position on the bid eligibility list.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

**supervisory/management pilot**

a. Any management pilot, full-time instructor pilot, or Company check airman. This definition does not include part-time instructors, regular line, or reserve line pilots who are designated as flight instructors or line check airmen solely for the purpose of fulfilling operating requirements.

**suspension of duty**

a. Serious infractions and/or failure to correct performance or behavioral issues will result in suspension of duty. The pilot is not compensated for the duration of the suspension. All bidding privileges as well as Company and interline travel privileges are also suspended. Suspensions are administered to allow both the Company and the pilot to investigate an incident, evaluate employment status, and to determine options for continued service with the Company or termination of employment.

**swap**

a. A trade of flight assignments taking place between pilots.

**temporary duty**, acronym **TDY**

a. A duty assignment away from a pilot's home domicile.

**termination**

a. When a pilot is required to terminate his/her employment with the Company.

**time away from base**, acronym **TAFB**

a. The time beginning at the scheduled report for duty time to the time ending at the scheduled release from duty time of a pairing.

**time away from base guarantee**

a. The guaranteed credit hour value of an original pairing package pairing in which the guarantee will be equal to 1:00 hour of pay for each 4:00 hours of scheduled time away from base (TAFB).

**trade (pairing)**

a. A trade of flight assignments taking place between a pilot and the Company and/or with open time.

**training**

a. All time spent in recurrent, initial, transition, IOE, simulator, upgrade, or any other time that might arise involving a need for special training.

Uncontrolled copy. Currency must be verified with the LESP before use.

**training period**

a. The period of time required to complete a course of training. Usually, it will be associated with the beginning of initial, transition, or upgrade training until the completion of IOE but may include recurrent or simulator training.

**training vacancy**

a. A vacant position for training open for pilot bid.

**user day**

a. A calendar day on which a pilot drops an assignment for illness or personal use.

**vacation block**

a. Seven day increments beginning with a vacation period. More than one vacation block may be associated with any one vacation period. A pilot may begin his/her vacation on any of the days that fall within his/her awarded or assigned vacation block.

**vacation day**

a. One day, e.g. Monday.

**vacation month**

a. One calendar month, e.g. January.

**vacation period**

a. One calendar week, Sunday through Saturday inclusive, consisting of seven days. It may overlap bid periods and year-end as necessary.

**Verbal Warning**

a. Oral notification of an infraction. The pilot may be approached and the performance issue addressed by a chief/assistant chief pilot, check airman, or flight instructor.

**voluntary termination**

a. When a pilot voluntarily terminates his/her employment with the Company.

Uncontrolled copy. Currency must be verified with the LESP before use.

**Paragraph** **Page**

1. **Personnel Files and Passport Documents** ........ **3006.1**
2. **Pilot Rules of Conduct** ........ **3006.2**
3. **Pilot Reliability Program** ........ **3006.6**
4. **Sick Calls** ........ **3006.6**
5. **Scheduled Assignment Deviation (SAD)** ........ **3006.8**
6. **Fatigue Calls** ........ **3006.9**

## 1. Personnel Files and Passport Documents

A. An official personnel file will be maintained and held at SkyWest Airlines Corporate Headquarters located in St. George, Utah for each pilot and will:

1) Contain all records and progress reports, evaluations, and other reports and records involving the pilot's employment relationship with the Company. Due to the requirements outlined by the FAA, documents may not be removed from this file at any time.

2) Be made available at his/her request for inspection, with his/her chief pilot or his/her designee during normal office hours.

3) Be made available during his/her exit interview when requested by the pilot. The request for inspection should be made at least five days prior to the pilot scheduled exit interview.

B. Passport Documents

1) Pilots are required to maintain passport currency.

2) A pilot will be allowed a period of up to six weeks for the passport renewal process.

a) Pilots are required to notify the Company within 72 hours of submitting his/her passport for renewal on SkyWest Online > Operations > Passport Renewal Notification.

b) In the event a lineholder pilot bid avoids all international pairings and is still assigned any international flying, that pilot will be removed and the Company will have the following options:

(1) Reflow or reassign the pilot to alternate flying provided the original pairing footprint is not extended.

(2) Be assigned short call reserve for the original duty times of any flying removed from their schedule.

(3) Be released from duty and not reassigned.

c) Pilots will be pay protected for any international flying removed which meets the requirements of 1.B.2)b) above.

d) The Company will provide a hotel room in domicile if a pilot is required to overnight in their domicile as a result of reflow/reassignment or reserve assignment (within the original pairing footprint).

e) Reserve pilots will not be required to accept international assignments during this renewal period, nor will they be penalized for being unable to accept them provided they have met the notification requirements listed above.

Uncontrolled copy. Currency must be verified with the LESP before use.

f) Pilots are required to immediately notify the Company when their passport is current.

## 2. Pilot Rules of Conduct

A. All rules of conduct and any Flight Operations information bulletins issued which supersede these rules are to be adhered to at all times. Failure to comply could lead to disciplinary action being taken as outlined in Pilot Policy Manual SP 3024 Corrective Action and Employment Separation. Pilots will report directly to his/her chief pilot/assistant chief pilot.

B. The following are the minimum expectations and rules of conduct which all pilots are required to observe at all times:

1) Pilots owe their entire professional services to the Company. Any flying outside of the Company, which is regulated by 14 CFR Part 119, is prohibited. This includes Parts 121, 125, and 135; Part 91K is also prohibited. Flying under Parts 61, 91, 141, and 142 is allowed, provided that the pilot understands and complies with their responsibility under Part 117 Section 5 *Fitness for duty*. If a pilot chooses to engage in outside flying, they can do so as long as it does not conflict with any FAR and it does not conflict with, prevent, or limit the Company's utilization of the pilot.

2) Pilots will maintain proper flight deck and traffic vigilance, discipline, and collision avoidance at all times. Laxity in the flight deck, inattention to duty, or unprofessional conduct will not be tolerated.

3) Pilots will use checklists and follow Company policies and procedures at all times.

4) Pilots shall report any violation of FARs directly to his/her chief/assistant chief pilot and/or Director of Flight Operations.

5) Pilots are not allowed to carry firearms on any Company aircraft except with written permission from the Vice President of Flight Operations. They shall carry a copy of the permission at all times when carrying firearms while on duty.

6) Alcoholic beverages shall not be consumed by any pilot in the eight hours prior to any assigned duty. No alcoholic beverages will be consumed on any airport premises or in any Company offices or terminals whether a pilot is on duty or not. The only exception to this rule would be in the case of an airport bar while a pilot is not on duty and not in uniform. A pilot shall not consume alcohol while in uniform or in any clothing which could identify him/her as a Company flight pilot.

7) Pilots will only perform duties required for safe operation of the aircraft during critical phases of flight. Non-safety items such as ordering galley supplies, confirming passenger connections, promoting the air carrier, pointing out sights of interest, eating meals, reading publications not related to the proper conduct of the flight, or nonessential conversation between pilots will not be performed during critical phases of flight. Critical phases of flight include all ground operations involving taxi, takeoff, landing and flight below 10,000 feet, except cruise flight.

Uncontrolled copy. Currency must be verified with the LESP before use.

8) Smoking will not be permitted in or on Company aircraft, ramp areas, or near any aircraft at any time. Smoking is not permitted while conducting business with passengers.

9) Pilots must have a thorough knowledge of all regulations, standard operating procedures, and Company policies. Each pilot will be subject to examinations by Company check airmen at any time to determine such knowledge.

10) When any question arises which is not covered by Company provided manuals or bulletins, pilots shall communicate with his/her chief pilot/assistant chief pilot.

11) Pilots shall keep Crew Support informed of his/her current telephone number and Payroll informed of his/her current address.

12) Pilots shall cooperate fully with other members/employees of the Flight Operations Department and other departments within the Company, as well as other agencies and businesses the Company does business with.

13) Pilots will be courteous and professional at all times. Rude and abusive language and/or behavior will not be tolerated.

14) All pilots will report fit for duty. In order to ensure that each pilot is fit for duty, the following must be adhered to:

    a) As a general policy, pilots should avoid drugs when flying. Pilots will clear all use of medication with his/her chief pilot or an aviation medical examiner. The use of any non-prescribed drugs, including all medications prohibited by FAA for use while flying or the use of any unlawful agent or drug, is considered cause for immediate dismissal.

    b) It is recommended that pilots not give blood unless it is absolutely necessary. A pilot may return to work 72 hours after giving blood provided that after donation a physician must perform a hematocrit test to determine that the pilot's blood is no less than three percent lower than his/her hematocrit prior to donation. This test need not be accomplished if 14 days has elapsed since donation.

    c) To avoid decompression sickness, pilots will not begin a flight within 24 hours of the end of scuba diving.

15) When a pilot becomes ill and is unable to perform his/her normal duties, Crew Support or Flight Control shall be notified as soon as possible by that pilot. This notification shall include the nature of the illness and the length of time expected to be off duty. If, for any reason, the length of time must be exceeded, the Company shall be notified immediately.

16) Pilots will not release any information, regardless of intent, to the press or news media. All requests for information will be directed to the Vice President Flight Operations or other authorized Company personnel.

17) Pilots shall not discriminate against fellow employees or passengers because of age, gender, race, color, or creed.

18) Pilots are expected to follow direct (legal) orders given by a member of management or other person in authority. Full cooperation is necessary, when asked, to provide information to the Company in an investigation.

19) Pilots may not restrict work output or encourage others to do so.

Uncontrolled copy. Currency must be verified with the LESP before use.

20) Pilots may not make or publish false, vicious, or malicious statements concerning any employee, management representative of the Company, or which has the potential to adversely affect the Company's relationship with customers, suppliers, employees, or the public.

21) Pilots may not possess, use, sell, or distribute any medically unauthorized or illegal drugs while employed with the Company or on Company property.

22) Unauthorized, attempted possession, or removal of any Company property including records, private information, property of employees, property of customers or others with whom the Company does business will not be tolerated.

23) Pilots may not abuse or misuse any travel benefits (free, reduced rate, or while on Company business) and/or obtain or conspire to obtain travel benefits for which the pilot is not entitled or for individuals who are not entitled.

24) Pilots will be held responsible for any misconduct of employees/relatives and or persons traveling on a buddy pass while traveling or attempting to travel on a pass or reduced fare ticket on Company flights or any other carrier.

25) Pilots will submit only true and accurate information on all Company records and reports.

26) Pilots may not transport, attempt to transport, or allow to be transported, unauthorized individuals, or prohibited or illegal articles on which appropriate charges, taxes or duty have not been paid.

27) Pilots may not deliberately destroy, deface, misplace, or damage any Company property, the property of others, or property for which the Company bears responsibility.

28) Pilots may not misuse or permit others to misuse Company computer equipment, including computer terminals, printers, and related support equipment, whether it is the Company's property or other property for which the Company bears responsibility. The misuse, destruction, distortion of information, data, or instruction codes will not be tolerated.

29) Pilots may not fight, provoke a fight, threaten, coerce, intimidate, or assault others while on Company property, and/or within any other work related circumstances.

30) Pilots may not gamble on Company property.

31) Improper or negligent behavior while on Company property and/or in other work related circumstances will not be allowed.

32) Unauthorized absence from work and/or repeated failure to properly notify the Company of any absence will not be tolerated.

33) Pilots shall not involve the Company in the pilot's personal financial affairs.

34) Pilots shall not chew gum while in uniform in view of passengers or the public.

35) Sleeping or giving the appearance of sleeping while on duty and/or in public view, except when deadheading, will not be tolerated.

Uncontrolled copy. Currency must be verified with the LESP before use.

36) Pilots are expected to comply with security regulations and cooperate fully with security personnel.
37) Pilots are expected to promptly report work related accidents, irregularities, incidents, injuries, or property damage.
38) Pilots may not use or operate any Company equipment without authorization.
39) Unauthorized posting, removal of notices, signs, or writing in any form on Company property is prohibited.
40) Pilots must comply with appearance standards and uniform regulations.
41) Pilots are expected to follow the proper chain of command to resolve problems.
42) Pilots may not solicit, request, or act in a manner which suggests the soliciting or requesting of tips.
43) Intervention of family or friends in the working relationship of the Company and its pilots will not be tolerated.
44) Falsely filing claims of occupational injury, other sick leave, Workers' Compensation benefits, or furnishing false information regarding absence will not be tolerated.
45) Pilots may not make inappropriate requests and phone calls to Crew Support and/or Flight Control.
46) Conversation with passengers and fellow employees while on duty and in uniform, or on Company property will be restricted as follows:
    a) Avoid arguments.
    b) Be as modest as possible.
    c) Avoid flippancy both in manner and remarks.
    d) Do not boss or appear to give orders except as duty requires.
    e) Endeavor to find answers to questions you do not know.
    f) Avoid discussions of politics, religion, racial or risqué subjects.
    g) Always try to face the passenger/employee.
    h) Be a good listener; encourage the passenger/employee to talk about themselves.
    i) Explanations to passengers regarding any phase of operation should be presented in terminology which can be easily understood and is professional.
    j) In response to questions about your flight experience, avoid the thrilling and exceptional and keep the matter routine.
    k) Avoid loud laughter and greetings. Speak in pleasant and low-pitched tones. Be aware of your conversations and behavior on board the aircraft. Professionalism is required at all times.
    l) Keep current on events, but never be afraid to admit you do not know something.
    m) Never put the passenger/employee on the spot.

Uncontrolled copy. Currency must be verified with the LESP before use.

n) Never give passengers or friends the phone numbers of any Company employee or Flight Operations.

## 3. Pilot Reliability Program

A. Consistent reliability is expected of all Company pilots; therefore, it is the pilot's responsibility to be available at the report for duty time. The Flight Operations Department will monitor and record this reliability and each pilot's overall performance on an ongoing basis. While this program is designed to increase reliability and consistency with the goal of reducing flight delays and cancellations, it should also increase the awareness of the potential affect on a pilot's personnel records and employment status. Excessive occurrences and schedule assignment deviations (SAD) will result in disciplinary action being taken as outlined in Pilot Policy Manual SP 3024 Corrective Action and Employment Separation.

1) Attendance: Unnecessary and/or excessive occurrences from duty are considered failure to assume responsibility and are ultimately cause for termination. Should a pilot expect to be unavailable for any reason, the pilot must notify Crew Support as soon as possible. Failure to provide timely notification to the Crew Support department will result in disciplinary action. This notification does not absolve the pilot from his/her obligation to report for duty on time. The following policies will be adopted and followed:

a) Each pilot is expected to maintain good health and ensure availability to perform his/her duties.

b) Each absence/occurrence shall be judged on its own merits before any level of discipline is imposed (i.e., the Company will consider the existence of extenuating circumstances presented by the pilot).

c) Sick calls, missed pairings, and late reports will be monitored and recorded and will affect the individual pilot's reliability record.

d) Excused or unexcused absences constitute an occurrence. An occurrence is defined as an absence or illness despite length; e.g., one day for a cold or three consecutive days for a cold would constitute one occurrence. A medical release from a licensed physician outlining illness, treatment, and a return to duty date may be required.

e) When a pilot's absence lasts more than 14 days, the Director Flight Operations may convert the absence to a medical leave of absence as outlined in Pilot Policy Manual SP 3013 Leaves of Absences, On-the-Job Injuries, and Workers' Compensation. The absence shall not be counted as an occurrence for purposes of the reliability program.

## 4. Sick Calls

A. A pilot, when ill, is required to call in sick for each pairing or on-call reserve assignment, regardless of the pairings they may have been assigned. All pilots are required to personally call Crew Support.

Uncontrolled copy. Currency must be verified with the LESP before use.

B. When a pilot is sick for three or more consecutive days, the pilot must contact their chief pilot. A doctor's excuse may be required.

C. When a pilot becomes ill during a flight sequence and is unable to complete the pairing, the pilot shall notify Crew Support as soon as possible. Crew Support will make arrangements to return the pilot to their domicile.

D. Any pilot who is found to have falsified a sick leave claim, falsely claimed to be ill, or failed to return from sick leave or a leave of absence as soon as physically able to do so will be subject to immediate termination.

E. Returning to Flight Status

1) All pilots should return to flight status as soon as they are capable of resuming their flight duties and by contacting Crew Support.

2) The procedures are as follows when a pilot returns to duty:

a) If a reserve pilot has been assigned the pairing, the pilot will be allowed to pick up the remaining portion of the pairing. The pilot may only pick up the pairing at a SIP and is responsible to get themselves to the SIP. The pairing will be added to the returning pilot's schedule once they are in position at the SIP.

b) If another pilot has been junior-manned, is reflowed to cover the pairing, or the pairing does not touch a SIP, the original pilot will not be allowed to return to the pairing. Instead, the pilot has the following options:

(1) Crew Support may offer the pilot another pairing from Open Time, if available. (Overtime pay does not apply.)

(2) The pilot will be offered a 12-hour reserve availability period for each remaining duty day of the pairing. Crew Support will inform the pilot of the start and end times of the reserve availability period(s). The pilot may accept or decline. Upon mutual agreement, the pilot may accept a reserve availability period of less than 12 hours and will receive prorated credit (refer to Pilot Policy Manual SP 3008 Compensation (User Time Pay) for examples).

(3) The pilot may remain on sick status for the remainder of the pairing.

(4) Upon mutual agreement, Crew Support may release the pilot from further duty without pay so the pilot may pick up a pairing from another pilot. (Overtime pay does not apply.)

F. Each pilot who misses any part of a pairing due to illness will be paid in accordance with the provisions of Pilot Policy Manual SP 3008 Compensation.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 5. Scheduled Assignment Deviation (SAD)

A. A scheduled assignment deviation shall occur when a pilot fails to report, or is late to report, to an assignment as published within his/her monthly bid schedule. When a pilot misses a portion of a pairing and a reserve pilot is called out, the original scheduled pilot may be required to resume the pairing if operational needs dictate. The pilot may resume the pairing regardless of any corrective action pending against that pilot for the previous missed flight segments. The following is a clarification of terms and meanings:

1) A missed flight assignment shall occur when:

a) A pilot fails to check in for a scheduled pairing.

b) A pilot checks in ten minutes late for a scheduled pairing and is prohibited from flying the scheduled pairing because a reserve pilot has been called out.

c) A pilot checks in but later misses the deadhead flight and/or shuttle, and consequently does not take the scheduled or rescheduled pairing.

d) A pilot checks in, but later misses the scheduled or rescheduled pairing.

e) A pilot calls in sick no sooner than 30 minutes before or after the required check-in time of the pairing.

f) A reserve pilot is unavailable during a scheduled reserve availability period when Crew Support attempts contact.

g) A reserve pilot declares themselves sick when contacted by Crew Support for a flight assignment.

h) A reserve pilot is on a short call availability period and fails to respond to Crew Support within ten minutes after being called or a reserve pilot is on a long call availability period and fails to respond to Crew Support within 60 minutes after being called.

i) A reserve pilot's telephone is busy for more than five minutes when Crew Support attempts contact.

j) Any pairing that cannot be completed because of a pilot not having all required flight equipment (unless the Company has not furnished the equipment).

k) A pilot fails to contact Crew Support during a mechanical, weather cancellation, or extended flow delay and leaves the premises.

l) A pilot fails to attend a scheduled day of ground school, and the absence has not been prearranged and approved by the Flight Operations Department.

m) A pilot fails to report for a scheduled appointment with his/her chief pilot.

n) A pilot works an unauthorized pairing or deviates from a scheduled pairing.

Uncontrolled copy. Currency must be verified with the LESP before use.

2) A late report shall occur when:

a) A pilot checks in for a pairing or after a layover more than ten minutes after the scheduled or rescheduled check-in time but is allowed to take the scheduled or rescheduled pairing.

b) A pilot reports late to the aircraft or designated show area and is allowed to take the pairing or a backup deadhead flight.

c) A pilot misses a scheduled or rescheduled hotel shuttle, but is allowed to take the scheduled or rescheduled pairing.

d) A pilot causes a delay of flight due to negligence and/or late report.

e) A pilot reporting late may remain on the scheduled pairing provided the reserve pilot can be contacted before reporting for the pairing, or if a flight delay would be incurred by waiting for the reserve pilot to report.

3) Each pilot who misses a pairing due to a SAD will be paid in accordance with the provision of Pilot Policy Manual SP 3008 Compensation.

## 6. Fatigue Calls

A. When a pilot is fatigued, they must contact Crew Support to inform them that they are “fatigued.”

1) Crew Support will remove the pilot from duty and adjust the pilot’s schedule accordingly to accommodate the needed rest period.

2) Crew Support will complete the Pilot Fatigue Call Report.

a) This report is used to establish a report time for the pilot's next assignment.

3) Upon completing the call, the pilot’s flight status is “fatigued” and will be provided a rest period in lodging as outlined in Pilot Policy Manual SP 3009 Expenses.

4) A pilot that calls in fatigued is required to complete a Fatigue Report Form (FRF) online within 24 hours of the fatigue event or within 24 hours of the end of their trip sequence, whichever is longer.

B. Return to Flight Status

1) The pilot will contact Crew Support at or before their expected report time to receive or plan their next assignment only if it is not known at the conclusion of the Pilot Fatigue Call Report.

2) There will be no undue delay by the pilot or Crew Support to return the pilot to his/her original flight assignment. This is the highest priority.

a) If a junior-manned pilot is covering the original flight assignment or if Crew Support is not able to get that pilot back on his/her original flight assignment in a reasonable amount of time, Crew Support can re-flow that pilot as a secondary option. As a last option, Crew Support can assign reserve to the pilot. Reserve assignments for line holders will always be at the discretion of the pilot.

Uncontrolled copy. Currency must be verified with the LESP before use.

b) If necessary, Crew Support will provide positive space travel to the pilot in order for them to return to their domicile, to reclaim their original flight assignment, to start a new flight assignment, or to start a reserve assignment.

C. Protection of Privacy

1) As to the protection of privacy methods protecting ALL reporting employees, SkyWest Airlines Corporate policy is that there will be no adverse actions that will be responsible for discouraging the reporting of fatigue-related events.

2) All Fatigue Steering Committee (FSC) reports will be de-identified before being sent to the Flight Leadership Team.

3) At no time will SkyWest, or any representative, use any information obtained from this Fatigue Risk Management Plan (FRMP) process to take any actions against any employee of SkyWest except in cases of willful non-compliance with or intentional disregard of regulations or Company procedures, or in the event a criminal act has been committed.

4) Fostering a non-punitive environment, reporting of any fatigue concerns is considered an act of responsibility and is in the interest of safety.

Uncontrolled copy. Currency must be verified with the LESP before use.

**Paragraph** **Page**

1. SkyWest Airlines Professional Appearance and Grooming Standards ........ 3007.1
2. The Company Look ........ 3007.2
3. Personal Hygiene ........ 3007.2
4. Uniforms ........ 3007.2
5. Hair - Female and Male ........ 3007.4
6. Jewelry, Body Piercing, and Tattoos ........ 3007.5
7. Eye Glasses ........ 3007.5
8. Umbrella ........ 3007.6
9. Luggage ........ 3007.6
10. Inclement/Cold Weather Wear ........ 3007.6
11. Mandatory and Optional Uniform Items ........ 3007.7
12. Company-Issued and Approved Uniform Items ........ 3007.7
13. Uniform Lost and Found Procedures ........ 3007.8
14. Non-Revenue Travel Attire Requirements ........ 3007.8
15. Company Business Travel and Clothing ........ 3007.8
16. Pilot Identification Badge ........ 3007.8

**NOTE -** In the spirit of cooperation, the Company agrees to advise SAPA on any changes to this SP prior to implementation.

## 1. SkyWest Airlines Professional Appearance and Grooming Standards

A. It shall be the responsibility of each pilot to maintain a neat, complete uniform and professional appearance at all times while on duty or representing SkyWest Airlines.

B. The complete uniform must be properly worn in compliance with the established uniform policy whenever a pilot is, or is expected to be, within view of the public. If the pilot elects not to wear the full and proper uniform while in public view, then either a complete change of clothing is required, or the pilot must "de-identify" their apparel to ensure that they will not be easily identifiable as a pilot. "De-identifying" includes the removal of all epaulettes, pins, stripes, and hats that could result in a pilot being identified as a flight deck crewmember.

C. Pilots who fail to meet appearance standards will be removed from their schedule until they meet standards and/or face disciplinary action as outlined in Pilot Policy Manual SP 3024 Corrective Action and Employment Separation.

D. Captains are responsible for monitoring and counseling other SkyWest pilots with regard to uniform standards.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 2. The Company Look

A. Customer expectations are directly influenced by the professional appearance of our flight crews. Professional appearance promotes technical competency, aviation skill, trust, safety, and passenger commitment. The Flight Operations Department requires each pilot to be clothed in a Company-approved standard uniform (emergency substitute uniform items by chief pilot permission only).

B. Appropriate uniform attire must be commensurate with the inside or outside environmental conditions.

C. The Company-approved uniform vendors are:

1) M & H Uniforms

Website: www.mandhuniforms.com

2) Crew Outfitters

Website: skywest.crewoutfitters.com

## 3. Personal Hygiene

A. Special attention and detail must be given to personal hygiene and cleanliness. Pilots, on duty, shall always bathe daily. Deodorants and/or antiperspirant will be used as necessary. Overall personal grooming standards will be used to maintain a professional and businesslike appearance.

## 4. Uniforms

A. Jackets

1) Company-approved uniform jackets shall be worn year-round. However, if excessive temperature or inclement weather causes discomfort, wearing the jacket is at the pilot's discretion. When the uniform jacket is worn in public view, it must be buttoned. Pilot wings are required on the uniform jacket and must be worn on the left side of the jacket.

2) Epaulets and name tags will be worn on the leather jacket at all times while on duty in public view.

B. Pants

1) Pants shall match the jacket color and type of fabric. Low cut waist lines and bell bottom pant legs are not authorized.

2) Pants may be pleated or plain front. Cuffed pant legs are not acceptable.

C. Shirts and Sweaters

1) Epaulets will be worn at all times while on duty in public view.

2) Shirts will be clean, pressed, buttoned, and appropriately fitted. Pilot shirt wings and name tags are required on the uniform shirt with the wings worn centered one-half inch over the left breast pocket and the name tag centered one-quarter inch below the top of the pocket. An optional short sleeve pilot shirt with a pink Breast Cancer Awareness logo may be purchased from M & H Uniforms and worn during the month of October only.

Uncontrolled copy. Currency must be verified with the LESP before use.

3) Pullover-type black pilot sweaters may be worn over the white shirt. Pilot epaulets must be worn on the sweater.

4) If the sweater does not have pilot epaulets, then the jacket, leather jacket, or pilot hat must be worn while in public view.

D. Pilot Undergarment Requirements

1) Female Pilot

a) A bra must be worn under the uniform shirt. Approved colors are white, nude, or skin color.

b) A camisole may be worn under the shirt or blouse and must be white, nude, or skin color. Undergarments must be worn professionally with all pieces of the female pilot uniform.

2) Male Pilot

a) Undershirts must be worn. They must be white in color and not torn, frayed, or discolored.

E. Footwear

1) All footwear will be properly maintained and highly shined. Acceptable shoe or boot color is black. Worn, scuffed, torn, water-marked, or unpolished shoes are unacceptable.

2) Shoes must be conservative in appearance and not extreme in style. Heel height is one inch maximum. Boots are acceptable if they are low enough so as not to cause a bulge in the pant leg.

3) All footwear will be leather or synthetic leather with the entire foot fully enclosed. All shoe stitching will be black. Suede or woven materials are not permitted. Athletic shoes, western boots, mules, sandals, and tasseled shoes are unacceptable. Crepe or waffle style soles are not permitted.

F. Belts and Ties

1) A belt must be worn and the belt must pass through all belt loops.

a) Belts must be black in color and made of leather or synthetic leather.

b) Belt width is a maximum of one and one-half inch. Chain, ribbon, western style, suede, or patent leather belts are not permitted. Piping, trimming, studs, or embroidery, other than the belt color, is unacceptable.

c) The belt buckle will not be larger than 1 ½" x 1¾". Buckles must be gold or silver. Slider loop may be black, gold, or silver. Decorative belt ends are not acceptable.

2) Ties will be solid black in color or a Company-authorized pattern only.

a) Ties are required for both male and female pilots. Females may wear the black tie tab.

b) Non-standard solid black ties may ONLY be worn at Company discretion.

G. Hats

1) The pilot hat is an optional item. It is to be worn squarely on the head and not tilted back or to either side.

Uncontrolled copy. Currency must be verified with the LESP before use.

2) The hat may not be worn without the hat emblem in place.

3) No other hat is authorized for wear while in uniform (except as noted in the inclement/cold weather section).

4) Hats will be maintained in their originally purchased condition. Modifications are not permitted.

## 5. Hair - Female and Male

A. Female

1) Hair must be styled in an overall professional look that reflects current business styles and complements the uniform and hat ensemble. Hair must be natural looking, clean, neat, and well groomed. Long hair that falls below the middle of the back must be pulled up. Hair accessories must compliment the overall look. Acceptable colors for female pilot hair fasteners are black, gold, clear, tortoise, or pearl. Synthetic or human hair attachments are authorized if the hair appears natural and is the same color and meets the respective guidelines as defined above.

2) Unauthorized hairstyles include, but are not limited to, the following styles: Extreme volume, length that falls below the natural waistline, frizzed or crimped looks, asymmetric, geometric and other severe cuts, spiked or disheveled looks, oily, wet, slicked-down styles, loosely secured styles, dreadlocks, cornrows, excessive tendrils or tendrils below the jaw line, partially shaved cuts, or unnatural hair colors or color combinations, including extreme chunks of unnatural color contrast. Bangs are not to cover the eye(s) at any time.

B. Male

1) Hair must be styled in an overall professional look that reflects current business styles and complements the uniform and hat ensemble. Hair must be cut to prevent extending over the top of the ear or longer than the top of the shirt collar. Bangs are not to extend lower than the top of the eyebrow.

2) Unauthorized hairstyles include but are not limited to the following styles: Extreme volume, frizzed or crimped looks, asymmetric, geometric and other severe cuts, spiked or disheveled looks, oily, wet, slicked-down styles, dreadlocks, cornrows, or unnatural hair colors or color combinations, including extreme chunks of unnatural color contrast.

C. Mustaches and/or sideburns

1) Mustaches must be kept neat and well trimmed. Mustaches may not be longer than the top of the upper lip or extend past the corner of the mouth.

2) Sideburns are not to be extreme in style or length and may not extend below the midpoint of the ear opening.

3) Beards and other facial hair below the upper lip line are not permitted.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 6. Jewelry, Body Piercing, and Tattoos

A. Jewelry will complement the pilot uniform and represent a conservative business appearance. Individual pieces or the combination of jewelry should not be large or excessive in style as to detract from the uniform look or create a cluttered appearance.

1) Earrings

a) Females are allowed one earring in each ear and must be worn on the ear lobe. Tribal plug style earrings are not permitted.

(1) Earrings may not dangle more than one-half inch below the ear lobe.

(2) Earrings must be no larger than the circumference of a quarter.

(3) Earrings may be gold, silver, diamond, pearl, or genuine birthstone.

(4) Earrings must be a matched pair.

b) Male pilots may not wear earrings while on duty or in uniform.

2) Body Piercing

a) Body piercings may not be on any visible part of the body such as tongue, nose, eyebrows, lips, etc. Band-Aids are not acceptable for covering a piercing nor is a clear plug acceptable.

3) Rings

a) A total of two rings may be worn on each hand for both male and female pilots. Rings may be gold or silver in color. Genuine or synthetic stones are acceptable. All other materials are unacceptable.

4) Bracelets

a) One conservative style bracelet is allowed.

5) Tattoos

a) Pilots may not have tattoos and body art visible while in uniform.

b) Any pilot with a tattoo on any visible body part must wear long-sleeved shirts and/or pants to completely cover all tattoos. Band-Aids are not acceptable for covering a tattoo or body art.

B. Diamonds and genuine birthstones are acceptable in authorized pins, earrings, pendants, bracelets, watches, and rings.

## 7. Eye Glasses

A. Eyeglasses should complement your individual skin tone and uniform. The design should be plain with thin plastic or metal frames. Rimless frames are acceptable. No extreme colors are allowed. Eyeglass chains may be black, gold, or silver.

B. Sunglasses are acceptable and the design should be conservative. Sunglasses are not to be worn on the top of the head.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 8. Umbrella

A. Pilots may carry a folding umbrella in a plain style/pattern and black in color.

## 9. Luggage

A. Luggage must be limited to two pieces (excluding purse, flight bag, lunch bag, and/or briefcase). All luggage must be black in color. Backpacks are not allowed. Each piece of luggage should have an identification tag on the outside of the bag stating: SkyWest Airlines and the pilot's name and employee number. It is also recommended to place ID inside of the bag.

B. Any item carried must not be broken, torn, or detract from the professional image. Stickers must be conservative in nature and not detract from the professional image. Stickers that contain the following content or message are not allowed:

1) Alcohol or drug references
2) Sexual references
3) Profane language
4) Vulgar expressions
5) Political stickers

C. If a pilot's luggage is lost or misplaced while on duty, the pilot shall contact the appropriate station(s) to initiate a search. If the luggage is not found, contact the MOD with a list of essential items necessary to continue the shift. Send the approved MOD list and expense report for reimbursement to the respective chief pilot. Nonessential items such as workout clothes, hair dryers, etc. will not be reimbursed.

D. Luggage that has not been located after 30 days should be reported through the IOR process. Provide a description of all lost or damaged luggage and/or contents. The Company will decide upon a reasonable replacement value.

## 10. Inclement/Cold Weather Wear

A. Pilots may, at their discretion, wear certain protective gear during inclement/cold weather. The following items are approved during inclement/cold weather:

1) Pilot gloves. Gloves must be black and may be knit, leather, suede, or Isotoner style.
2) Winter scarves. Scarves must be black.
3) Uniform hat covers. Covers must be black or clear.
4) Leather jackets. Jackets must be from an approved uniform vendor.
5) Overcoat (trench coat). Overcoats must be black. Overcoats must be from an approved uniform vendor. When the overcoat is worn without epaulets, then a pilot hat must also be worn.

Uncontrolled copy. Currency must be verified with the LESP before use.

6) Black neoprene jackets. Jackets must be from an approved uniform vendor. **These jackets are ONLY approved for use while operating within the Alaska Airlines system.** In order to be identifiable as a flight deck crewmember, pilot wings must be worn on these jackets while on duty.

7) Winter hats or ear protection must be black in color. Hats must be watchcap style, conform to the shape of the head, and not contain any logos or have a visor-type bill. Once inside the terminal or in a warm airplane, such headwear must be removed.

## 11. Mandatory and Optional Uniform Items

A. Mandatory Male and Female Uniforms

1) Company-issued name tags
2) Company-issued shirt wings
3) Company-approved jacket
4) Company-issued jacket wings
5) Company-approved pants
6) Company-approved white shirts
7) Company-approved tie (black or other approved)
8) Company-issued epaulets
9) Black socks
10) Black shoes or boots (no cowboy or work-style boots)
11) Black belts one to one and one-half inches in width, buckle not to exceed 1 ½" x 1 ¾" (no design)

B. Optional Male and Female Uniforms

1) Company-approved hat and emblem
2) Company-approved pullover sweater
3) Company-approved overcoat
4) Company-approved leather jacket
5) Black gloves, scarf, and hat (watchcap)
6) Ornamental pins:
   - EMB 120, CRJ, SAPA, and military wings
   - Company-issued performance recognition pins
   - Maximum of two pins can be worn: one on the tie and one on the jacket lapel

## 12. Company-Issued and Approved Uniform Items

A. Items issued through, or approved by, the Company are not to be altered to change the original design at any time.

B. Uniforms should fit the body appropriately. Oversized or tight fitting clothing is not acceptable.

Uncontrolled copy. Currency must be verified with the LESP before use.

C. Non-Company approved item(s) may not be substituted except with prior approval by your chief or assistant chief pilot.

D. SkyWest Airlines provides a uniform allotment to each qualified pilot. This allotment is to be used by the individual pilot for his/her own use. This allotment is not transferable to another pilot's account nor should the pilot purchase uniform pieces for someone else. Pilots cannot sell items purchased from the uniform allotment for personal gain.

## 13. Uniform Lost and Found Procedures

A. Anyone finding an item should turn the item in to the Customer Service Department or the Flight Operations office (if applicable) at the city in which the item was found.

B. When an item is lost, report the item(s) lost to the city in which you believed it to be lost.

C. When any required uniform item is lost, a new item must be acquired to replace that item within four weeks at the expense of the pilot.

D. Writing your employee number on each uniform piece is helpful when identifying a lost or stolen item.

## 14. Non-Revenue Travel Attire Requirements

A. Pilots traveling on non-revenue status must follow the attire set forth by the respective codeshare carrier. Pilots should consult the airline or the SkyWest online travel information section for interline dress code policies. Noncompliance of the dress code policies may result in denied boarding or loss of pass privileges.

## 15. Company Business Travel and Clothing

A. Travel

1) Pilots deadheading to or from a same day Company-directed flying assignment must wear his/her Company-approved pilot uniform.

2) When traveling on Company business (non-flight assignments), business casual attire is mandatory. Jeans and denim are not allowed.

B. Clothing

1) Business casual is the minimum acceptable attire for all non-flying official Company business (recurrent, simulator, ground school, etc.). Jeans and denim are not allowed.

## 16. Pilot Identification Badge

A. Federal regulations require that a pilot's identification badge (picture side) be visible on the outermost garment above the waist when in a Security Identification Display Area (SIDA) area. SIDA requirements can be found on SkyWest Online or by contacting the appropriate chief pilot.

Case 2:19-cv-00149-JNP Document 48-2 Filed 07/01/21 PageID.1925 Page 144 of 190



Uncontrolled copy. Currency must be verified with the LESP before use.

B. The only approved methods of securing identification badges to the uniform are by using the metal badge clip, a black lanyard, or another approved lanyard around the neck.



SkyWest 000431

Case 2:19-cv-00149-JNP Document 48-2 Filed 07/01/21 PageID.1926 Page 145 of 190



Uncontrolled copy. Currency must be verified with the LESP before use.

INTENTIONALLY LEFT BLANK

Uncontrolled copy. Currency must be verified with the LESP before use.

**Paragraph** **Page**

1. Compensation ... 3008.1
2. Employee Incentive Bonus ... 3008.2
3. 401(k) Retirement Plan ... 3008.2
4. Determining Credit Hours ... 3008.2
5. Minimum Bid / Pay Guarantees ... 3008.3
6. Changes to the DMA Bid Award Schedule ... 3008.5
7. Pilot Paychecks ... 3008.6
8. Description of Guarantees ... 3008.9
9. Holiday Pay ... 3008.11
10. Company Business Pay ... 3008.12
11. Shift Cancellation Pay ... 3008.12
12. Functional Flight Pay ... 3008.12
13. Deadhead Pay ... 3008.13
14. Flying at a Different Status Pay ... 3008.13
15. Fatigue Pay ... 3008.14
16. User Time Pay ... 3008.16
17. Vacation Pay ... 3008.17
18. New Hire Pay ... 3008.18
19. Supplemental Operations ... 3008.18
20. Reposition Pay ... 3008.18
21. Pairing Extensions ... 3008.19
22. Pairing Extension - Explanation of Compensation ... 3008.19
23. Displacement - Explanation of Compensation ... 3008.20
24. Flying While Waiting for IOE ... 3008.21
25. Pilot Profit Sharing (PPS) Program ... 3008.21

## 1. Compensation

A. Applicable pay rates are set forth in Pilot Policy Manual SP 3027 SkyWest Airlines Pilot Compensation with pilots advancing from one longevity pay status to the next on the anniversary of their date of hire.

B. Flight Time Compensation

1) All flown flight time shall be credited and paid at the individual historical block-to-block time or the actual block-to-block time, whichever is greater.

2) Regardless of the source, OOOI times will be 100% automated for the actual block-to-block time and ACARS/AFIS data will be used whenever available.

3) When the Company adjusts the flight time of a leg to the FAA definition of flight time, the pilot will be notified and made whole for any difference in compensation.

C. Payroll discrepancies and pay credit for additional tasks (e.g., taxi credit)

1) Either pilot may electronically complete and submit a Pay Correction Form located on SkyWest Online that will apply to both pilots.

2) Discrepancies may be investigated and the intentional filing of a fraudulent claim may be grounds for immediate termination.

Uncontrolled copy. Currency must be verified with the LESP before use.

3) Online submission of a Pay Correction Form received by 2359 Mountain Time on the closing day of the pay period will be credited to the same pay period. Pay Correction Form submissions received after this time will be credited to the next pay period.

4) Pay Correction Form submissions must be received no later than the close of the following pay period for credit to be made.

D. Overtime will be paid at a rate of one and one-half times a pilot's hourly rate whenever a pilot is junior manned by the Company.

## 2. Employee Incentive Bonus

Refer to Company Policy Manual SP 100 Total Rewards.

## 3. 401(k) Retirement Plan

A. For all pilots the following will apply:

1) The Company will provide matching contributions, dollar-for-dollar, up to the following percentages based on completed years of service:

a) 1-4 years of service = 4%

b) 5-9 years of service = 6%

c) 10-14 years of service = 8%

d) 15+ years of service = 10%

B. Pilots will be disaggregated from all other workgroups for purposes of the required annual ADP and ACP compliance testing.

1) The 401(k) Retirement Plan is subject to the provisions located in Company Policy Manual SP 100 Total Rewards.

→

2) HCEs who contribute an additional 1% above the 2%, 4%, or 6% threshold noted above will receive an additional matching payment equal to 1% of his/her 401(k) eligible earnings each pay period. With the exception of the matching schedule above, the 401(k) Retirement Plan is subject to the provisions located in Company Policy Manual SP 100 Total Rewards.

## 4. Determining Credit Hours

A. The value of hours worked for pay purposes (credit hours) will be determined by the Company. Credit hours for a leg, a duty period, and a pairing are determined as follows:

1) A leg's credit hour value is the greater of:

a) Historical block-to-block time (includes deadheads), or

b) Actual block-to-block time.

2) A duty period's credit hour value is the greater of the:

a) Sum of the leg credit hour values within the duty period, or

b) Duty and premium pay guarantee, or

c) Minimum daily guarantee.

Uncontrolled copy. Currency must be verified with the LESP before use.

3) A pairing's credit hour value is the greater of the:

a) Sum of the duty periods' credit hour values within the pairing, or

b) Time away from base (TAFB) guarantee.

B. A duty period, which is modified by adding an additional leg(s) and is originally scheduled to credit minimum daily guarantee (MDG), will credit the value of the additional leg(s) in addition to the MDG of the duty period.

## 5. Minimum Bid / Pay Guarantees

A. Pilots will be guaranteed to receive pay, including credit hours which may have been subtracted after the bid has been awarded, for no less than the following:

1) Regular Line Holder

a) EMB 120: 80 hours per bid period

b) CRJ and ERJ 175: 75 hours per bid period

c) In the event the PBS builds partial lines within the minimum number of regular lines, the lines will be guaranteed to receive the regular line credit hours appropriate for the status.

(1) Pilots will start with a baseline that equals the guarantee for their position.

(2) The credit value for any pairings dropped by the pilot will be subtracted from that baseline.

(3) Credit for any pairings picked up will then be added.

Example 1:
An EMB 120 pilot is within the minimum number of regular lines and is built a PBS schedule with only 77 hours of credit. During the month, the pilot drops a pairing with a credit value of 10 hours and picks up a credit value of 5 hours. The pilot would be paid the following:
80 Baseline Guarantee for EMB 120 Pilots
-10 hours for credit dropped
+5 hours for credit picked up
75 Hours of pay for the month.

Example 2:
A CRJ pilot is within the minimum number of regular lines and is built a PBS schedule with only 70 hours of credit. During the month, the pilot drops a pairing with a credit value of 5 hours and picks up a credit value of 12 hours. The pilot would be paid the following:
75 Baseline Guarantee for CRJ Pilots
-5 hours for credit dropped
+12 hours for credit picked up
82 Hours of pay for the month.

Example 3:
An ERJ 175 pilot is within the minimum number of regular lines and is built a PBS schedule with only 70 hours of credit. During the month the pilot picks up a credit value of 12 hours. The pilot would be paid the following:
75 Baseline Guarantee for ERJ 175 Pilots
+12 hours for credit picked up
87 Hours of pay for the month.

2) Composite Line Holder

   a) Composite lines not containing reserve availability periods with a credit value of 80 credit hours or more for EMB 120 pilots or 75 credit hours or more for CRJ and ERJ 175 pilots, by 2000 Mountain Time on the 24th, will be guaranteed to receive no less than the regular line credit hours appropriate for the status.

   b) Composite lines containing reserve availability periods will be guaranteed to receive no less than 75 credit hours.

3) Reserve line holder: 75:36 hours per bid period.

4) Training pay: 70 hours per bid period.

5) Training pay for ground school: Scheduled training time as determined by the training department divided by two to a maximum of four hours per training day.

6) Training pay for Company assigned home study recurrent work books: Scheduled training time as determined by the training department divided by two to a maximum of two hours.

7) Training pay for simulator/aircraft training: Simulator/aircraft training will be paid the greater of the actual simulator/aircraft flight time, or the value of the pairings missed while taking the check.

8) Proficiency flight checks: Proficiency flight checks will be paid the greater of actual deadhead and flight incurred as a result of the check, or the value of the pairings missed while taking the check.

9) Travel to and from training: Travel pay will be the scheduled block time of the routing shown on the pilot's travel pass from his/her domicile, or four hours, whichever is less per calendar day. For travel outside the contiguous United States, travel pay will be the scheduled block time of the routing shown on the pilot's travel pass from his/her domicile, or four hours, whichever is less per calendar day.

10) Per diem pay will be paid for all duty time when assigned away from the pilot's home domicile by the Company.

B. Pilots will be guaranteed to receive the credit values as stated in Pilot Policy Manual SP 3017 Scheduling for all pre-assigned activities considered duty days placed on a pilot's schedule prior to the opening of the bid.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

C. Designated Mountainous Airport (DMA) pilots will be guaranteed to receive pay for no less than the following:

1) Regular Line Holder – 75 hours per bid period.

→

2) Reserve Line Holder – 75:36 hours per bid period.

3) Designated Mountainous Airport qualified pilots will receive an additional 1.0 hour of credit above any guarantee or credit (regardless of bidding status) for each scheduled landing at a DMA. For the purposes of pay, a scheduled landing is a landing in the original bid packet or an additional segment scheduled by the Company. Secondary attempts after a diversion(s) will not incur additional landing credits. Additional flights that are a result of a cancellation/reposition do not incur additional credits for landing at the DMA location.

a) A pilot will receive 1.0 hour of pay described in this section if:

(1) The pilot operates (is in a captain or first officer seat) the flight as scheduled to the DMA.

(2) The pilot is assigned a flight to the DMA, and:

(a) The flight diverts to another airport,

(b) The pilot is displaced by the Company from the pairing containing the landing(s) at the DMA,

(i) If a DMA pilot is displaced from a DMA pairing, subsequently reassigned and drops that pairing, no landing incentive will be received.

(ii) If a DMA pilot is displaced from a DMA pairing, subsequently reassigned and drops that pairing, the landing incentive will be protected at the higher of the two each day.

(c) The flight assignment is canceled, or

(d) The pilot is rescheduled by the company off the flight/trip landing at the DMA.

b) The pilot forfeits the landing incentive if the criteria in paragraph 3)a) is not met.

## 6. Changes to the DMA Bid Award Schedule

A. When a pilot adds additional flying to their awarded schedule, the credit value of that flying will be paid in addition to the DMA bid guarantee.

B. Changes to DMA Line Holder's Schedule

1) Crew Support may need to remove flying from a pilot's schedule during transition due to FAA legalities. If part of a day's flying is removed, the credit value for that day will be no less than minimum daily guarantee and 83 hours for the month. If an entire day and/or pairing is removed, the pilot will still receive no less than the line award for the month. Any credit for landing in a DMA location is forfeited when the flight is removed due to a bid award conflict.

Uncontrolled copy. Currency must be verified with the LESP before use.

→

→

C. Pre-assignments

1) Any pre-assigned training event, non-DMA carry-in pairing, Company Business function, or other Company-assigned function that falls on a bid package day off will be paid in addition to the line credit awarded.

2) If a pre-assignment conflicts with part or all of an awarded DMA pairing, the pilot will be paid the greater of the credit of the originally awarded trip or the credit of the pre-assignment per calendar day. Any additional credit from a pre-assignment will not be paid in excess of the DMA line credit award, unless the additional credit causes the pilot's credit value to exceed the line award for the month. Then the pilot will be paid the actual credit for the month.

→

→

→

→

## 7. Pilot Paychecks

A. Pilots will be issued semi-monthly checks/electronic deposits on the 7th and the 22nd of each month. When the 7th or the 22nd of the month falls on Saturday, a check/electronic deposit will be issued on the 6th and the 21st of the month. If the 7th or the 22nd of the month falls on Sunday, a check/electronic deposit will be issued on the 8th and 23rd of the month.

B. When the 7th or the 22nd falls on a recognized holiday, a check/electronic deposit will be issued the day after the holiday.

Example:
When the holiday falls on a Saturday, the check/electronic deposit will be issued on Friday, and if the holiday falls on a Sunday, the check/electronic deposit will be issued on Monday.

C. Pay will be determined as follows:

1) Regular and Composite Line Holders

a) Each paycheck will reflect all credit time, per diem, junior man assignments, and benefits awarded during the previous semi-monthly pay period as outlined within the pilot's bid award. Non-earned credit time that is added to bid lines to meet bid period guarantees will be credited to the last day of the bid period and will be reflected in that pay period.

b) When a pairing begins in one bid period and ends in the following bid period, all of the hours flown in the first bid period will be credited to the first bid period. The remainder of the hours flown will be credited in the next bid period.

Uncontrolled copy. Currency must be verified with the LESP before use.

D. Pilots in reserve guarantee status will have their pay based on a 75:36 hour credit per bid period adjusted to be reconciled each bid period. If a pilot is unavailable for a full month of reserve due to any unpaid absence, leave, or status/equipment change, the hours necessary to calculate breaking guarantee is the sum total of 4:12 hours for each reserve day available. Each bid period will guarantee to pay 75:36 credit hours, except as specified above. The bid period will be divided in half to coincide with the semimonthly pay periods described in this section. Each semimonthly period will pay a guarantee of 37:48 credit hours, except as specified above. The first period during each semimonthly reconciliation (1st day of the bid period through the 15th of each month) is designated the ODD pay period and the second (16th day of the month through the last day of each bid period) is designated the EVEN pay period.

1) During each ODD pay period, a reserve line holder will receive:

a) The pay equal to their current pay rate times 37:48 credit hours.

b) Any per diem earned for the entire pay period.

c) The pay for any additional flying as set forth in this policy manual.

d) Holiday pay for holidays that fall within this pay period.

2) During each EVEN pay period, a reserve line holder will receive:

a) The pay equal to their current pay rate times 37:48 credit hours.

(1) CRJ reserve pilots who fly the CRJ 700 or CRJ 900 will receive the difference between the CRJ Base Rate and the CRJ 700 Rate or CRJ 900 Rate for each leg flown. This will be reconciled each pay period.

b) The pay equal to their current pay rate times the number of hours credited above 75:36 credit hours cumulatively between the last ODD pay period and the current EVEN pay period (reconciliation).

(1) When the pilot has worked in excess of their guarantee (broken guarantee), the reconciliation will include pay equal to their current pay rate times the minimum daily guarantee, shift value according to Pilot Policy Manual SP 3008 Compensation, or the value of the shift as published in the pairing package, whichever is greater, for each shift flown for the entire reconciliation period. Additionally, each on call duty period not associated with credit towards breaking the guarantee during the reconciliation period will be credited at and paid minimum daily guarantee.

c) Any per diem earned for the entire pay period.

d) The pay for any additional flying as set forth in this policy manual.

e) Holiday pay for holidays that fall within this pay period.

3) Hours credited towards breaking a reserve line holder guarantee will be determined as per Pilot Policy Manual SP 3008 Compensation.

Uncontrolled copy. Currency must be verified with the LESP before use.

4) Reserve duty will be classified into two categories: "on call" and "on duty." All credit hours associated with a reservist on duty will be credited toward breaking their guarantee. Any reservist in an on call status will not be credited with hours toward breaking their guarantee.

a) On duty status shall be defined as any assignment where the pilot is earning per diem. Additionally, user and vacation time will be considered toward the breaking of the guarantee.

b) The reserve guarantee shall end on the last day prior to the first day of the new guarantee category.

5) A pilot assigned to stand as ready reserve will credit 50% of the time standing ready reserve.

E. Pilots who are in training guarantees will have their pay based on a 70 hour credit per bid period adjusted to be reconciled each bid period. Each bid period will guarantee to pay 70 credit hours. The bid period will be divided in half to coincide with the semi-monthly pay periods described in this section. Each semi-monthly period will pay a guarantee of 35 credit hours. The first period during each semi-monthly reconciliation period (1st day of the bid period through the 15th of each month) is designated the ODD pay period and the second (16th of each month through the last day of each bid period) is designated the EVEN pay period.

1) During each ODD pay period, a reserve line holder will receive:

a) The pay equal to their current pay rate times 35 credit hours.

b) Any per diem earned for the entire pay period.

c) The pay for any additional flying as set forth in this policy manual.

d) Holiday pay for holidays that fall within this pay period.

2) During each EVEN pay period, a reserve line holder will receive:

a) The pay equal to their current pay rate times 35 credit hours.

b) The pay equal to their current pay rate times the number of hours credited above 70 credit hours, calculated as per Pilot Policy Manual SP 3008 Compensation, cumulatively between the last ODD pay period and the current EVEN pay period (reconciliation).

c) The pay for any additional flying as set forth in this manual.

d) Any per diem earned for the entire pay period.

e) Holiday pay for holidays that fall within this pay period.

3) Hours credited towards breaking a training guarantee will be determined as per Pilot Policy Manual SP 3008 Compensation.

4) Pilots on a training guarantee will be classified into two distinct groups, active training day and inactive training day. All credit hours associated with a pilot on an active training day will be credited toward breaking their guarantee. A pilot on an inactive training day will not be credited with hours toward breaking their guarantee.

a) An active training day will be defined as a pilot that attended a training event as described in Pilot Policy Manual SP 3008 Compensation.

Uncontrolled copy. Currency must be verified with the LESP before use.

b) An inactive training day will be defined as a pilot that did not attend a training event as described in Pilot Policy Manual SP 3008 Compensation.

5) Training Guarantee Window

a) The training guarantee shall begin on the day prior to the first day of the training event.

b) The training guarantee shall conclude on the day of the successful completion of the qualification LOE (or simulator checkride).

F. Any clerical errors in paychecks brought to the Company's or the pilot's attention shall be reconciled in the following paycheck by the Company, or the pilot, unless the amount exceeds $50.00, in which case it shall be reconciled immediately.

## 8. Description of Guarantees

A. The following bid period guarantees will apply to all pilots not considered regular or composite line holders. All guarantees are based on a bid period credit adjusted to be reconciled each bid period. Each bid period reconciliation period shall be divided in half which coincides with the semi-monthly pay periods described in this section. Each semi-monthly period will pay a specified number of credit hours as described below for each guarantee category. The first period during each bid period reconciliation period is designated the ODD pay period and the second is designated the EVEN pay period.

1) The ODD pay period will pay the base guarantee as described below for each guarantee category. The EVEN pay period will reconcile the base credit hours against the work performed during the current semi-monthly period and pay the base credit hours in addition to any credit hours for work performed above the respective bid period guarantee.

a) Bid period guarantee credit hours are as follows:

(1) New hire guarantee - 65 hours

(2) Training guarantee - 70 hours

(3) Reserve guarantee - 75:36 hours

b) When a pilot is changing guarantee categories or is changing from a particular guarantee category to regular or composite line holder status, a daily rate will be applied to calculate proper credit hours. The daily rates to be applied during a category change will be as follows:

(1) Training daily rate - 2:18 hours per calendar day irrespective of number of duty days

(2) Reserve daily rate - 2:31 hours per calendar day irrespective of number of duty days

Uncontrolled copy. Currency must be verified with the LESP before use.

**Example 1**

- Training event begins on the 7th of the bid period.
- Pilot's last duty day on reserve is the 5th.

A pilot is on reserve and will be changing to a training guarantee with the above dates. The pilot will have been in the reserve guarantee category for six calendar days prior to changing into the training guarantee. The reserve guarantee for that pay period will pay 15:06 hours (six calendar days multiplied by 2:31 hours per calendar day). The 15:06 hours would be reconciled against what the reserve pilot actually worked and he/she would be paid either 15:06 hours or the amount worked, whichever is greater. The remaining portion of the paycheck would reflect the training guarantee for the number of days remaining in the period. Since this is an ODD pay period, the pilot would receive the base hours of 20:42 hours (nine calendar days, the 7th through the 15th of the bid period, multiplied by 2:18 hours per calendar day). The total paycheck would reflect 35:48 hours (15:06 hours plus 20:42 hours) if the pilot did not break the reserve guarantee.

**Example 2**

- Training event begins on the 20th of the bid period.
- Pilot's last duty day on reserve is the 18th.
- Assuming a 30-day bid period.

A pilot is on reserve and will be changing to a training guarantee with the above dates. The pilot will have been in the reserve guarantee category for three calendar days in the EVEN pay period prior to changing to the training guarantee. The reserve guarantee for the EVEN paycheck would pay a base credit of 7:33 hours (three calendar days multiplied by 2:31 hours per calendar day) and reconcile that amount against what was worked during the last ODD pay period and the current EVEN pay period. The pay check would reflect a reserve guarantee credit value of 7:33 hours or the cumulative hours equal to what was worked above the guarantee of 45:21 hours for the portion of the ODD and EVEN pay periods in the reserve guarantee (37:48 plus 7:33), whichever is greater. The paycheck would also reflect the training guarantee of 29:54 hours (13 calendar days multiplied by 2:18 hours per calendar day). The total paycheck would reflect 37:27 (7:33 hours plus 29:54 hours) if the pilot did not break the reserve guarantee.

Uncontrolled copy. Currency must be verified with the LESP before use.

**Example 3**

- Simulator check ride passed on the 8th of the bid period.
- Pilot worked 22:00 hours by the end of the checkride.
- Assume a 30-day bid period.

A pilot is in a training guarantee and successfully completes the simulator checkride on the 8th of the bid period. The day after the checkride, the pilot will be in the reserve guarantee category. The ODD pay period will reflect 22:00 hours since the hours worked are greater than the base guarantee for the eight calendar days in the training guarantee (18:24 hours). The training guarantee is reconciled even though this is an ODD pay period because the pilot is changing guarantees and must be reconciled out of his/her current guarantee. The reconciliation of the training guarantee is reconciled only against work performed during the training event. The subsequent reserve guarantee will begin on the 9th of the bid period (the day after the checkride). The ODD paycheck will reflect the reserve guarantee of 17:37 hours (seven calendar days multiplied by 2:31 hours per calendar day). The total paycheck would reflect 39:37 hours (17:37 hours plus 22:00). During the subsequent EVEN pay period, the reconciliation would occur for reserve only. The paycheck would reflect the number of hours worked toward breaking the guarantee over the last ODD pay period and the current EVEN pay period or the guarantee of 37:48 hours, whichever is greater.

B. Composite line holders will be guaranteed to receive pay as follows:

1) Composite line holders with pairings awarded in accordance with Pilot Policy Manual SP 3017 Scheduling will be paid according to Pilot Policy Manual SP 3008 Compensation for regular line holders.

2) Pay for reserve availability periods assigned to a composite line holder will be based on a daily reconciliation of credit equal to minimum daily guarantee per reserve availability period. Pay for each reserve availability period will be the greater of:

a) Credit hours determined in accordance with Pilot Policy Manual SP 3008 Compensation, or

b) Credit hours equal to minimum daily guarantee per reserve availability period.

## 9. Holiday Pay

A. The Company recognizes the following holidays:

1) New Year's Day

2) Memorial Day

3) 4th of July

4) Labor Day

5) Thanksgiving Day

6) Christmas Day

B. A pilot who has completed 90 days of employment from their date of hire is eligible to receive 4:18 hours of holiday pay when:

1) The pilot works on a holiday, or

2) The pilot is not scheduled to work on a holiday and:

a) The pilot does not call in unable to work (e.g., sick, missed commute, personal emergency) for the day before or after the holiday.

> **NOTE -** Holiday pay for a fatigue call is addressed in Pilot Policy Manual SP 3008 Compensation. For pilots on a leave of absence, refer to Company Policy Manual SP 69 Leave of Absence (LOA) and SP 70 On-the-Job Injuries.

C. A pilot who has not completed 90 days of employment from their date of hire will be paid one and one-half times the pilot's hourly wage when that pilot works on a holiday.

D. A holiday will be paid within the pay period in which it falls.

## 10. Company Business Pay

A. Pilots attending mandated meetings that are not pre-assigned at the direction of the Company or meetings such as SAPA, check airmen, or other mandatory meetings required by the Company will be compensated the higher of either the pairing(s) lost or 50% of the actual meeting time to a maximum of four hours per day. Company business pay will be paid within the pay period in which it falls.

## 11. Shift Cancellation Pay

A. When a pilot's scheduled shift is canceled for maintenance, weather, or by the Company, he/she may be required to remain on a reserve status (at the discretion of the Company) and will be paid the value of the shift canceled.

## 12. Functional Flight Pay

A. Pilots performing a functional flight will be credited using the following guidelines:

1) When the functional flight occurs before the scheduled report for duty time or after the scheduled release from duty time of a pairing, the pay will be the greater of one credit hour or actual flight time.

2) When the functional flight occurs on a scheduled day off, the pay will be the greater of one credit hour or actual flight time. Overtime does not apply.

3) When the functional flight occurs between scheduled report for duty time and the scheduled release from duty time of a pairing, the pay will be the actual flight time, unless the functional flight was conducted in place of a scheduled leg(s) of flying. In this case, the pilot will receive credit for the canceled leg(s) or the functional flight, whichever is greater, but not both.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

B. When a check airman is required by the Company to perform a functional flight, the following applies:

1) Check airmen on a scheduled shift are required to accomplish the functional flight as long as that flight will be completed by his/her original scheduled release time or is not scheduled to start before his/her original scheduled show time. Credit for this is the greater of:

- Credit for leg or legs missed in order to accomplish the functional flight; or
- Actual block time of the functional flight; or
- One hour.

2) Check airmen who are on a scheduled day off have the option of accepting or declining the flight. When the pilot chooses to accept the flight, he/she receives credit the greater of:

- Minimum daily guarantee; or
- Actual block time of the functional flight.

3) Check airmen may be asked to perform a functional flight outside of his/her original show time or release time on a day that they were originally scheduled to work. In this case, the pilot has the option of accepting or declining the functional flight. When the pilot chooses to accept the flight, he/she receives credit the greater of:

- Actual block time of the functional flight; or
- Two hours.

This is in addition to any credit received for leg or legs that were canceled during their originally scheduled trip.

4) When a reserve check airman is required to perform a functional flight because a more junior reserve pilot is not qualified for that functional flight, he/she is credited minimum daily guarantee towards his/her reserve guarantee or actual flight time, whichever is greater. When he/she is called either on a day off or before or after an original scheduled shift, he/she is treated in accordance with above.

5) In addition to the provisions above, a check airman who performs a functional flight receives check airman override pay for the actual block time of the functional flight.

## 13. Deadhead Pay

A. When a pilot is required to deadhead as part of a scheduled work assignment, he/she will receive 100% flight pay for the scheduled block time of the deadhead.

## 14. Flying at a Different Status Pay

A. A pilot's status changes the day after completion of all simulator training.

B. Pilots who hold captain status and who are assigned to first officer duties during any portion of a bid period will be paid for all pairing(s) flown or credited during the bid period at captain rates.

Uncontrolled copy. Currency must be verified with the LESP before use.

C. Pilots who hold first officer status and who are assigned by the Company to captain duties during the bid period, will be paid all hours flown as captain at applicable captain pay rates.

D. Pilots who hold first officer status who volunteer and are assigned by the Company for captain duties will be paid only those hours flown, or credit at the applicable rates for captains with similar dates of hire who are assigned to the same equipment.

## 15. Fatigue Pay

A. If a pilot calls in fatigued prior to or after starting a flight assignment, reserve assignment, or ready reserve assignment, the pilot has the option of taking user/vacation time or forfeiting that time for the credit that was lost from their original flight assignment, reserve assignment, and/or ready reserve assignment.

1) If the pilot is a line holder and is re-flowed into a flight assignment that pays more credit than their original flight assignment, he/she will be paid the higher of the two flight assignments. If the new flight assignment has less credit, the pilot has the option of taking user/vacation time to supplement the difference in pay from the new flight assignment to the pilot's original flight assignment.

2) If the pilot is a line holder and agrees to sit reserve because they were not able to reclaim their original flight assignment or be re-flowed, he/she will be paid the higher of the minimum daily guarantee or the credit for the flying that was completed, if called out, for each day that the pilot sat reserve. In this case, the pilot has the option of taking user/vacation time to supplement the difference in pay from the reserve assignment(s) to the pilot's original flight assignment.

a) In this situation, if the pilot elects to not sit reserve, the pilot has the option of taking user/vacation time to cover the lost credit from the remaining balance of their original flight assignment. In doing so, the pilot will automatically forfeit the offered reserve credit for each day that he/she elected to not sit reserve in the Fatigue Pay Committee (FPC) decision.

3) If the pilot is a reserve line holder, he/she will be credited the portion of the flying or ready reserve that he/she completed prior to calling in fatigued for the purpose of breaking guarantee. If the credit for the day that the pilot called in fatigued was below minimum daily guarantee, he/she has the option of taking user/vacation time to supplement the difference or forfeiting that time. (Refer to Paragraph 7.D.4)a) above for policy of applying user/vacation toward breaking reserve guarantee.)

4) If a pilot calls in fatigued after beginning a reserve assignment, he/she will be credited for the time that he/she was actually available as a proration of minimum daily guarantee. In this case, the pilot has the option of taking user/vacation time to supplement the difference in pay.

Uncontrolled copy. Currency must be verified with the LESP before use.

5) If a pilot calls in fatigued prior to the beginning of a reserve assignment, he/she has the option of adjusting the start of the reserve assignment.

a) If a reserve assignment start time is adjusted, the pilot will be credited for the time that he/she was actually available as a proration of minimum daily guarantee. At no time will the reserve assignment be extended beyond the pilot's original reserve assignment release time. In this case, the pilot has the option of taking user/vacation time to supplement the difference in pay.

B. Flight pay will be restarted at the point of time in which the pilot physically reclaims their original flight assignment, or has begun a re-flow or reserve assignment. This includes deadhead(s) to reposition the pilot for the purpose of a re-flow or reserve assignment.

1) If a pilot is being deadheaded to reclaim their original flight assignment, that time will not be counted as flight pay.

2) If a pilot is being deadheaded for the purpose of a re-flow or reserve assignment, that time will be counted as flight pay.

a) In this case, if the combined credit from the completed portion of the original flight assignment, re-flow and/or reserve assignment(s), and deadhead(s) is greater than the original flight assignment credit, the pilot will receive the higher of the two.

3) In all cases, per diem pay will be continuous until the pilot is released in his/her domicile.

C. The FPC will meet to review each pilot's Fatigue Data Analysis.

1) The FPC will be composed of:

a) Flight Operations representative

b) SAPA representative

2) If in the determination of the FPC, the pilot's fatigue event was not caused by factors within his/her control and could not be reasonably expected of a pilot to safely complete that flight assignment, the pilot will be reimbursed user/vacation time and lost pay if user/vacation time was forfeited or the pilot did not have enough user/vacation time to cover the lost credit.

a) In this case, lost pay also includes holiday pay if the fatigue call occurred on a Company recognized holiday or within one day of a company recognized holiday.

b) In the case that a line holder elects to not sit reserve because they were not able to reclaim their original trip or be re-flowed, they will only be reimbursed user/vacation time and lost pay up to the reserve credit that they forfeited for the time that they elected to not sit reserve.

3) If the FPC cannot agree on a pay resolution, the event would be forwarded to the Director Flight Operations/Company Chief Pilot and SAPA President, or their designee(s), for a final review and determination.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 16. User Time Pay

A. Pilots with 90 days of employment will take user time to cover loss of credit flight time because of illness, injury, scheduled assignment deviations or personal time. The credited flight time will be deducted from the pilot's user bank at a rate equal to the value, or portions of, the pairing(s) lost and their guarantee will not be affected.

1) Reserve line holders will receive credited flight time at a rate equal to minimum daily guarantee per day.

a) When the pilot is unavailable for only a portion of the assigned on-call reserve assignment, he/she will only receive credited flight time for that portion of his/her on-call reserve assignment in which he/she was unavailable on a prorated basis. The portion of the on-call reserve assignment in which the pilot was available will be considered a pro-rated "on-call" period and will be paid in accordance with Pilot Policy Manual SP 3008 Compensation.

2) When a pilot has insufficient time in his/her user bank to cover the value of the pairing(s), his/her guarantee will be reduced by the value of the pairing.

Reserve Examples:

a) A reserve pilot assigned a reserve availability period from 0600 to 1800 local time calls in sick the day before and requests the entire day off, a sick block will be added with a credit equal to minimum daily guarantee. The next day the pilot calls in feeling better at 1000 local time and is willing to sit the remainder of his/her duty day. His/Her user time would be deducted at 1:20 credit hours for the period from 0600 to 1000 local time. He/She would receive 2:40 credit hours of "on call" reserve time credit if he/she breaks guarantee.

b) A reserve pilot assigned a reserve availability period from 0400 to 1600 local time calls in sick at noon. His/Her user time would be deducted at 1:20 credit hours for the period from 1200 to 1600 local time. He/She would receive 2:40 credit hours of "on call" reserve time credit if he/she breaks guarantee.

c) A reserve pilot assigned a long call reserve assignment (24 hours) calls in sick at 0800 local time. His/Her user time would be deducted at 2:40 credit hours for the remainder of the day. He/She would receive 1:20 credit hours of "on-call" reserve time credit for 0001 to 0800 local time if he/she breaks guarantee.

3) When a pilot calls in sick for a pairing and subsequently contacts Crew Support to return to flight status and accepts a 12-hour reserve availability period, the pilot will be paid the greater of credit hours equal to minimum daily guarantee or the credit for the flights assigned during the reserve assignment. The pilot may elect to utilize User Time to achieve the original credited flight time from their original pairing on a day-by-day basis. Reserve availability periods less than 12 hours will be prorated.

Uncontrolled copy. Currency must be verified with the LESP before use.

B. Golden days will be awarded prior to 0900 Mountain Time on the 8th of each month. Golden days have no associated credit value and are considered guaranteed day(s) off.

C. Any other types of user time (family leave, emergency leave, user time, etc.) that are awarded or assigned prior to the bid opening for a subsequent bid period will be pre-assigned activities in the PBS in accordance with Pilot Policy Manual SP 3017 Scheduling. Pilots may request an equal amount of user time be deducted from his/her user time.

D. Each pilot will have the option of receiving pay in lieu of earned or accrued user time at the end of each calendar year. This will be paid in December of each year and should be requested in writing by December 1st of each year.

E. User time pay may be requested on any future day(s) off. Credited flight time of 4:18 to 8:00 hours (pilot selectable with 4:18 default) for each day of user time taken will be deducted from the pilot's user time bank.

## 17. Vacation Pay

A. Pilots with one year of employment may request vacation pay (or user time) for awarded vacation time. The vacation credit hours deducted from the pilot's vacation bank will be as follows:

1) Pilots will have until 0900 Mountain Time on the 5th of the month prior to the month in which the vacation is awarded to choose a daily vacation rate. Pilots will select the daily vacation rate to be used via SkyWest Online using the SkedPlus+ application. Pilots may choose a daily vacation rate between 2:30 and 4:12 credit hours per day in increments of six minutes. The selected rate will be used for all vacation time awarded at the time of the bid opening for the subsequent bid period. When the pilot does not elect to choose a daily vacation rate, a rate of 2:54 credit hours per day will be used.

a) In the event a pilot has an awarded vacation period and is assigned or awarded a reserve line by the PBS for that bid period, the on-call reserve assignments in conflict will be dropped during the reserve adjusted bid, and a daily vacation rate equal to minimum daily guarantee per on-call reserve assignment dropped will be used to determine credit time paid and deducted from the pilot's vacation bank.

2) Pilots awarded vacation by Crew Support after the awarded bid or reserve adjusted bids are published for the subsequent bid period or anytime during the current bid period will be paid for the credit time of all pairings dropped due to the awarded vacation. Credit time will be deducted from the pilot's vacation bank at a rate equal to the credit time dropped. Reserve pilots who are awarded vacation under the provisions of this paragraph will be paid and credit time deducted from their vacation bank at a rate equal to minimum daily guarantee for each on-call reserve assignment dropped due to the vacation award.

Uncontrolled copy. Currency must be verified with the LESP before use.

B. Vacation pay may be requested during any period that a pilot has three consecutive scheduled days off. Credited flight time at a rate equal to 4:18 hours for each day of vacation taken will be deducted from the pilot's vacation bank.

C. Aspen line holders will be paid for the credit time of all pairings or portion of pairings dropped due to awarded vacation. Credit time will be deducted from the pilot's vacation bank at a rate equal to the credit time dropped. Aspen line holders that have vacation during the month will still be paid the Aspen bid guarantee for the month.

## 18. New Hire Pay

A. The Company will afford the following benefits to new hire employees:

1) Hotels

The Company will provide double occupancy hotels for new hire pilots while in training. This does not include the time spent between ground school and simulator training.

2) New Hire

New hire pilots will be paid reserve guarantee beginning on the first day of IOE, after which the pilot will be paid according to the guidelines set forth in Pilot Policy Manual SP 3008 Compensation.

## 19. Supplemental Operations

A. All supplemental operations flights will be compensated according to pay guarantees established within this section. Should a supplemental operations flight be assigned to a schedule, such as during a split duty (SDuty) overnight, after the pairing packages have been published and bids have been awarded, that supplemental operations flight will not be considered part of the original bid and it will be compensated separately from the awarded bid or reserve adjusted bid award.

## 20. Reposition Pay

A. When an aircraft is required to be repositioned by a pilot for purposes other than flight, the associated pay will be 12 minutes (Exception: 30 minutes for all ORD repositions and for all repositions associated with Customs non-precleared international operations). All attempts will be made by Crew Support to reflect these times within the pairing(s) when the pairing is created. In the event they have not been included, the pilot must record this reposition on the Pay Correction Form when they occur and submit to Crew Payroll for inclusion in payroll calculations.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 21. Pairing Extensions

A. Pilots who are asked by the Company to make additional revenue flights outside of the originally scheduled pairing with these additional flights occurring exclusively before the scheduled report for duty time or after the scheduled release from duty time will be paid overtime. Please refer to the scenarios and explanation of compensation located in this section.

B. Pilots will not be paid overtime for pairing extensions when they occur under the following guidelines.

1) A pilot is flying a pairing and has a long scheduled break in the middle. During that break, Crew Support adds additional leg(s). The pilot will be paid regular pay for those additional leg(s).

2) A pilot is flying a multi-day pairing and upon scheduled arrival at a layover station, Crew Support requests the pilot to fly additional leg(s). The pilot will be paid regular pay for those additional leg(s).

3) This policy does not apply to reserve pilots on reserve duty days.

4) When a pilot is on a junior man assignment/overtime pairing, that pilot will only be paid at a rate of one and one-half times their hourly rate irrespective of any pairing extension.

## 22. Pairing Extension - Explanation of Compensation

A. Overtime will be paid in accordance with the following scenarios listed in the table below. In the following scenarios A, B, C, and D represent hypothetical pairing extensions, while 1, 2, 3, and 4 represent hypothetical legs.

| SCENARIO | EXPLANATION OF COMPENSATION |
|---|---|
| Scenario 1<br><br>A B / 1 2 3 4 / C D | In this scenario, overtime is paid for (A B C D) on either end of the pairing when the scheduled pairing is flown in its entirety.<br><br>When the pairing is not flown in its entirety for any reason, leg (C) is paid overtime if the scheduled departure time of (C) is after the originally scheduled release from duty time.<br><br>When the scheduled departure time of leg (C) is prior to the scheduled release from duty time, a reflow has occurred. In the event of a reflow, leg (C) and all subsequent legs are included in the reflow. Reflows are paid at regular pay. |
| Scenario 2<br><br>A B /1 2 3 4<br>where any leg(s) (1, 2, 3, or 4) are not flown for whatever reason. | In this scenario, total pay is 1.5 x (A+B) + (1+2+3+4) so long as at least one leg (1,2,3 or 4) is flown after (A) and (B). |

Uncontrolled copy. Currency must be verified with the LESP before use.

| SCENARIO | EXPLANATION OF COMPENSATION |
|---|---|
| Scenario 3<br><br>A B / 1 2 3 4<br>where legs (1, 2, 3 and 4) are not flown. | In this scenario, total pay is the greater of 1.5 x (A+B), or (1+2+3+4) at regular pay, or the minimum daily guarantee, if no legs are flown after flying (A) and (B). |
| Scenario 4<br><br>A B / 1 2 3 4<br>where (A) and (B) cancel after report for duty. | In this scenario, total pay is 1.5 x (A+B) + (1+2+3+4) so long as at least one leg (1, 2, 3, or 4) is flown. |

## 23. Displacement - Explanation of Compensation

A. The following examples illustrate how compensation in relation to displacement will occur:

1) A pilot is displaced and reassigned 72 hours prior to the report for duty time of a pairing that has duty from 0800 to 1800 local time on August 10th.

a) The pilot may only be reassigned a pairing or portion thereof that operates between 0800 to 1800 local time on August 10th.

b) Pay credit is the greater of the two pairings compared day-by-day.

B. The pilot is released and not reassigned. The pilot then accepts a pairing from another pilot.

1) Pay credit is regular pay guarantee for the displaced pairing and,

2) Pay credit is regular pay for the accepted pairing.

C. The pilot is released and not reassigned. The pilot then voluntarily or involuntarily accepts an assignment from scheduling.

1) Pay credit is the regular pay guarantee for the displaced pairing and,

a) Pay credit is overtime pay for the accepted pairing providing that after checking legality, the pilot could have normally accepted both the displaced pairing and the accepted pairing, or

b) Pay credit is regular pay for the accepted pairing if not legal to have flown both the accepted and displaced pairing.

D. In any event, the pilot will receive the displacement guarantee as well as either a) or b) above.

E. 72 hours in advance, Crew Support breaks a four day multi-day pairing starting August 10th by displacing a pilot for only two days. On August 12th, the pilot picks up the remainder of the original multi-day pairing.

1) Scheduling may only break a multi-day pairing one time.

2) Crew Support has the option of displacing and reassigning the pilot on August 12th and 13th as well, as long as the reassignment occurs 72 hours prior to the report for duty time on August 12th.

3) Pay credit is the greater of the pairing(s) flown as compared day-by-day.

Uncontrolled copy. Currency must be verified with the LESP before use.

F. A pilot picks up a pairing on a day off from another pilot or from open time and is then displaced from that pairing prior to 72 hours from the report for duty time.

1) Pay credit for a released pilot will be regular pay for the pairing even if it was an overtime assignment.

2) Pay credit for a pilot that is reassigned will be paid as follows:

a) Pilots displaced from an overtime pairing will receive the original pairing at regular pay or the new pairing at overtime pay, whichever is greater.

b) Pilots displaced from a regular pay pairing will receive the original pairing pay, or the new pairing pay, whichever is greater.

3) A released pilot in the example noted in Paragraph 23.E. above may also accept a pairing as shown in Paragraphs 23.B. and 23.C. above with pay following those guidelines.

## 24. Flying While Waiting for IOE

A. From the beginning of ground school to completion of the captain checkride, the pilot has the option to fly as a first officer if he/she is upgrading on the same equipment. Any Company open time flying done as a first officer during this time will be paid at time and one half of the first officer rate and will be paid above the training guarantee.

B. From the completion of the captain checkride to the commencement of IOE, the pilot has the option to fly as a first officer if he/she is upgrading on the same equipment. Any Company open time flying done as a first officer during this time will be paid at time and one half of the captain rate and will be paid above the training guarantee.

## 25. Pilot Profit Sharing (PPS) Program

A. The pilots will participate in a Pilot Profit Sharing (PPS) Program that is separate from the current Operational Performance Rewards and Financial Performance Rewards programs as outlined in Company Policy Manual SP 100 Total Rewards.

B. Eligibility – Pilots eligible for PPS are all pilots who:

1) Earned income during the PPS period, and

2) Are currently employed with the Company on the payout date. Payroll processing typically occurs three to four days prior to the payout date.

C. Distribution – The PPS total distribution will be:

1) 9% of the SkyWest Airlines' net income beginning in 2017 and continuing for subsequent years (distributed semi-annually).

→

Uncontrolled copy. Currency must be verified with the LESP before use.

D. Guarantee – The total PPS distribution will be no less than:

| Pilot Profit Sharing Guaranteed Payment Schedule | | | | | | |
|---|---|---|---|---|---|---|
| | 2017 | 2018 | 2019 | 2020 | 2021 | 2022* |
| Guarantee | $130M | $135M | $140M | $140M | $140M | $70M |
| Percentage Net Profit | 9% | 9% | 9% | 9% | 9% | 9% |
| Minimum Distribution | $11.7M | $12.15M | $12.6M | $12.6M | $12.6M | $6.3M |

* Guarantee applies only to first half of 2022 (September 15th, 2022 payment)

1) $11.7 million for the sum of the total PPS distributions covering net income in 2017 (reconciled annually).

2) $12.15 million for the sum of the total PPS distributions covering net income in 2018 (reconciled annually).

3) $12.6 million for the sum of the total PPS distributions covering net income in 2019 (reconciled annually).

4) $12.6 million for the sum of the total PPS distributions covering net income in 2020 (reconciled annually).

5) $12.6 million for the PPS distribution covering net income in the first half of 2021.

6) $6.3 million for the first half of 2022. The semi-annual PPS distribution will continue at 9% of net income with no minimum value guarantee.

E. Payout calculation: An individual pilot's profit share payout is determined as follows:

1) Defined Values for Calculation:

a) **Individual Credit** – The total number of credit hours earned during a payout period by an individual eligible pilot with a cap of 750 total hours.

b) **Rank Multiplier** – Captains apply a multiple of 1.15 and first officers apply a multiple of 0.85 to their Individual Credit. To apply the captain multiplier, an individual captain must be earning a captain rate prior to the beginning of the payout period.

c) **Pilot Wide Credit** – The sum of the entire pilot group's Individual Credit after applying the cap and Rank Multiplier.

d) **Distribution** – The total PPS distribution amount.

2) Individual Profit Share Payout Calculation:

a) To calculate a pilot's individual profit share payout, multiply the **Individual Credit** by the **Rank Multiplier**, divided by the **Pilot Wide Credit**, and multiply by the **Distribution**:

$$\text{Individual Payout} = \frac{\textbf{(Individual Credit * Rank Multiplier)}}{\textbf{Pilot Wide Credit}} * \text{Distribution}$$

Uncontrolled copy. Currency must be verified with the LESP before use.

3) Examples:

#1: A captain credits 475 hours the second half of 2017 and the **Pilot Wide Credit** is 1,600,000. The **Distribution** is $5,850,000 (assuming 9% of 65,000,000 net profit in the payout period). Payout would be $1,977.22.

$$\frac{475 * 1.15}{1,600,000} * \$5,850,000 = \$1,977.22$$

#2: An FO credits 475 hours the second half of 2019 and the **Pilot Wide Credit** is 1,600,000. The **Distribution** is $6,300,000 (assuming 9% of 70,000,000 net profit in the payout period). Payout would be $1,589.77.

$$\frac{475 * 0.85}{1,600,000} * \$6,300,000 = \$1,589.77$$

#3: A captain works 850 hours during the second half of 2019 and during that time the Company's net income is $85,000,000. The captain's **Individual Credit** is 750 due to the cap. The **Pilot Wide Credit** is 1,600,000. The **Distribution** is $7,650,000 (9% of 85,000,000). Payout would be $4,123.83.

$$\frac{750 * 1.15}{1,600,000} * \$7,650,000 = \$4,123.83$$

F. Payout Dates: First half of the year earnings payout no later than September 15 of that year. Second half of the year earnings payout no later than March 15 of the following year.

G. The Company will share with SAPA a SkyWest Airlines Summary Income Statement following the Q2 and Q4 earnings calls when requested by SAPA. The Summary Income Statement must include the net income used in the calculation for the PPS.

H. Upon mutual agreement between SAPA and the Company, the PPS Program may be modified or eliminated in conjunction with future increases to pay scales.

Uncontrolled copy. Currency must be verified with the LESP before use.

INTENTIONALLY LEFT BLANK

Uncontrolled copy. Currency must be verified with the LESP before use.

**Paragraph** **Page**

1. Per Diem ..... 3009.1
2. Lodging ..... 3009.1
3. Uniform Acquisition and Replacement ..... 3009.3
4. Parking ..... 3009.3
5. Jury Duty ..... 3009.3
6. Bereavement ..... 3009.4
7. Moving Expenses ..... 3009.4
8. Relocation Incentive ..... 3009.5
9. Miscellaneous Expenses ..... 3009.5
10. Changes/Revisions to Areas of Pay ..... 3009.5
11. Electronic Flight Bag (EFB) ..... 3009.5

## 1. Per Diem

A. A pilot shall receive $1.90 per hour. (Per diem will increase to $1.95 per hour on January 1, 2018 and $2.00 per hour on January 1, 2020.) Per diem will be paid and calculated as follows:

1) Per diem will be calculated from the time the pilot reports for duty at his/her domicile, until he/she is released from duty at his/her domicile and will be prorated for portions of an hour.

2) Pilots who are assigned to temporary duty (TDY) at a domicile other than the domicile in which they are permanently assigned, shall be entitled to per diem from the time they depart their permanent domicile at the beginning of the assignment, to the time they return to their permanent domicile at the conclusion of the assignment.

3) Pilots dropping a pairing due to illness at an outstation will forfeit all remaining per diem associated with that pairing when that pilot actually returns to his/her home domicile or when he/she was rescheduled to return to his/her domicile by Crew Support, whichever is sooner.

4) Pilots dropping a pairing voluntarily will forfeit all remaining per diem associated with that pairing(s) at the time he/she drops the pairing(s).

## 2. Lodging

A. In addition to per diem, the Company will pay for the cost of comfortable, adequate, and mutually agreed upon (between the Company and SAPA hotel committee) single occupancy lodging and transportation to and from the airport as follows:

1) Whenever scheduled layovers of six hours or more between 0600 and 2200 local time; or four hours or more between 2201 and 0559 local time at a location other than the pilot's assigned domicile.

2) When a pilot is assigned to TDY at a domicile other than the domicile currently assigned, including days off.

Uncontrolled copy. Currency must be verified with the LESP before use.

3) Whenever a pilot is assigned to a new domicile because of 1) new hire, 2) upgrade, 3) aircraft transition, or 4) reduction in force, and after he/she has successfully completed all required training, he/she will be provided three days of a single occupancy hotel room at the new domicile. The room will be available to the pilot for the first 30 days of the assignment in the new domicile and will be available on consecutive days. During this period, the pilot will not be assigned duty so that he/she may make their own living arrangements.

4) When hotel provided transportation is not available within 20 minutes of a pilot's release from duty time, the pilot may utilize a taxi and will be reimbursed for the expense.

5) The Company is responsible to select adequate, safe, and comfortable lodging for pilot overnight stays. The following criteria will be used in selecting appropriate lodging. With mutual consent between the Company and SAPA hotel committee, any of these requirements may be waived:

   a) Each room must have an alarm clock.

   b) Telephones must be turned on for local, credit card, “800/888” or collect telephone calls without the use of a credit card.

   c) There must not be a charge for local, credit card, or collect telephone calls. The pilot retains responsibility to determine what constitutes a local call.

   d) Rooms must be above ground level with inside access if requested by the pilot.

   e) The hotel must be within close proximity to a restaurant, which serves food during the hours of the pilot's stay at the hotel and/or provides transportation to and from such establishments.

> **NOTE -** It is the pilot's responsibility to ensure all room charges such as telephone bills, television charges, or room service be cleared prior to checking out.

> **NOTE -** It is a good practice to physically check out at the front desk and request a copy of the room receipt. If these personal charges are not cleared prior to checking out, a payroll deduction and/or disciplinary action as outlined in Pilot Policy Manual SP 3024 Corrective Action and Employment Separation will be instituted.

> **NOTE -** When a pilot requests long distance telephone services, or pay television programming which require a deposit for access, the pilot retains responsibility for such deposits. When a dispute exists between the pilot and the hotel, it is the pilot's responsibility to resolve these disputes in a manner which will reflect the Company in a positive way.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 3. Uniform Acquisition and Replacement

The initial and replacement costs to purchase uniforms will be as follows:

A. Pilots

1) New hire pilots will:

a) Be responsible for 100% of the cost of the initial uniform with the exception of Company provided wings and cap insignia.

b) Purchase their initial uniform, repair and replace items from a designated supplier.

c) Have the option of defraying the cost of the initial uniform purchase through payroll deduction to a maximum amount of $500.00.

2) Other than new hire pilots:

a) Pilots who are not new hires will be allotted up to $200.00 per year to purchase uniform articles from the designated Company supplier. Once a pilot has completed the probationary period, he/she will be allotted $100.00 semi-annually for a total of $200.00 per year. The allotment dates will be January 1st and July 1st of each year. The maximum accrual in a pilot's uniform account will be $400.00.

b) Any additional/optional purchases over the amount allowed are the total responsibility of the pilot.

c) A uniform reissue is defined as a complete change of the required uniform issued by the Company.

## 4. Parking

A. The Company will pay the cost of employee parking only at each pilot's assigned domicile.

## 5. Jury Duty

A. Pilots who are called and required to appear and serve for jury duty and who miss regularly scheduled work time, will be compensated at 100% of scheduled pay for time missed. Maximum annual jury duty pay will be 15 days. The pilot will retain any jury duty pay paid by the court. Refer to the Company Policy Manual for additional jury duty information.

B. Full-time (58:36 hours per bid period or more), permanent pilots are eligible for jury duty pay as follows:

1) Must have completed three full calendar months of employment.

2) The pilot will have to provide court documents substantiating that time away from work was spent on official jury duty.

3) Each full-time pilot who is required to appear and serve on jury duty and who, as a result of that jury duty call, misses regularly scheduled work time will be compensated at 100% of his/her regularly scheduled pay for the time missed. The employee will also retain any jury duty pay paid by the court.

4) The maximum annual jury duty pay is 15 days.

C. In the event the pilot is released from jury duty by the court and desires to be placed back on his/her scheduled pairing, the pilot must contact Crew Support as soon as possible. Upon contacting Crew Support, the pilot will have the following options:

1) Be released from the remaining credit time of his/her scheduled pairing, which compensation will be paid out of the pilot's user or vacation bank.

2) Be released from the remaining credit time of his/her scheduled pairing without credit pay.

3) Be returned to flight status.

D. When the pilot desires to return to flight status, Crew Support will have the following options:

1) Return the pilot to his/her scheduled pairing in any designated SIP point.

2) Place the pilot on a reserve availability period for the calendar day(s) of the scheduled pairing(s). All reserve pay guarantees will apply.

## 6. Bereavement

A. After six months of employment, full-time (58:36 hours per bid period or more) pilots are eligible for bereavement coverage and pay as follows:

1) Bereavement coverage must be approved by the pilot's chief pilot.

2) Receive three paid days off to attend to related matters as a result of an impending death or death of a pilot's immediate family member. For the purposes of this paragraph, the immediate family is defined as the spouse, parents, step-parents, brothers, sisters, children, step-children, grandparents, and grandchildren of the pilot and the parents, step-parents of pilot's spouse, domestic partner, domestic partner's parents, and any children the domestic partner has.

B. Part-time employees are eligible to receive pay only for scheduled workdays (or hours) up to three days maximum.

## 7. Moving Expenses

Refer to Company Policy Manual SP 65 Moving Expense Reimbursement (MER).

> **NOTE -** In the event of Company discontinuation of this policy, SAPA and Flight Operations management have agreed to open negotiations for a pilot only moving expense policy.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 8. Relocation Incentive

A. In any case where a pilot is forced out of a worksite because of a domicile closure or reduction of work force, pilots with one or more years of service will be offered a special relocation allowance if they transfer to locations as designated by management. The allowance will be 55:48 hours immediately and an additional 18:36 hours at the completion of one additional year of service with the Company. The 18:36 hours will be paid at the same rate of pay as the previous 55:48 hours of incentive.

## 9. Miscellaneous Expenses

A. Should any pilot incur the cost of Company required visas, inoculations, or any airport or government charges such as head tax while traveling on Company business, the Company will reimburse the pilot for those costs incurred.

B. The Company will reimburse pilots for the renewal of an expired passport (standard government fee). This is not applicable for expedited services, fees paid for a name change, a lost/stolen passport, or additional pages.

C. Should an increase in automobile mileage expense be made available to other Company employees, such increases will also be made available to pilots.

## 10. Changes/Revisions to Areas of Pay

A. When a change and/or revision is made that affects any area of pilots' pay, the effective date of the change and/or revision will be made on the first day of the new pay period.

## 11. Electronic Flight Bag (EFB)

A. Electronic Flight Bags

1) The Company will use an FAA-approved EFB.

2) The Company will provide, at no cost to the pilot:

a) An EFB in new or like new condition.

b) A backup battery

c) Appropriate charging accessories.

d) A protective cover or sleeve.

B. Equipment Ownership and Responsibility

1) Once issued, the EFB will become the responsibility of the pilot.

2) Upon separation from the Company, the pilot may return the EFB to SkyWest without cost under the following conditions:

a) Within 90 days after issuance, the EFB condition is rated “excellent” based on the criteria below, OR

b) The EFB is returned in “good” condition or better based on the criteria below.

Uncontrolled copy. Currency must be verified with the LESP before use.

3) Actual condition descriptions:

a) Excellent – The EFB may have minimal signs of wear, but looks almost like new and is fully functional.

b) Good – The EFB may have moderate signs of wear, but no major cosmetic defects and is fully functional.

4) Pilots who do not return the EFB upon separation will reimburse the Company a prorated fee based upon the reimbursement table below. The Company and SAPA agree to adjust the reimbursement table, as necessary, to ensure that the separation cost does not exceed the current depreciated resale market value of the device in "good" condition. SAPA and the Company agree to use one or more third party companies, such as Gazelle.com, to establish this value.

5) Reimbursement Table

| Days Since EFB Issuance | Reimbursement Amount |
|---|---|
| 0 - 180 | $206 |
| 181 - 270 | $152.44 |
| 271 - 360 | $121.95 |
| 361 - 390 | $97.56 |
| 391 - 420 | $88.78 |
| 421 - 450 | $79.90 |
| 451 - 480 | $71.91 |
| 481 - 510 | $63.28 |
| 511 - 540 | $55.06 |
| 541 - 570 | $46.80 |
| 571 - 600 | $38.37 |
| 601 - 630 | $29.93 |
| 631 - 660 | $21.25 |
| 661 - 690 | $12.75 |
| 691 - 720 | $4.21 |
| > 720 | $0.00 |

6) The backup battery is the property of the Company and will be returned upon employment separation.

C. Pilots Protection of Privacy

1) The EFB will contain software that enables a pilot to create a personal profile for the pilot's personal use.

2) A pilot's personal profile is their own personal property, and the information and data, in such space, is private and confidential. A pilot will be able to erase the entirety of their personal profile at any time.

Uncontrolled copy. Currency must be verified with the LESP before use.

3) All Company information will be erased from the EFB after separation from the Company.

4) The Company will not use the EFB to determine, monitor, or track a pilot's location for any purpose.

5) Information or data, including, but not limited to, audio or video recordings or transmissions from an EFB, will not be obtained by the Company or used against a pilot in any manner in any disciplinary case, other than for failure to maintain and update required publications.

6) The Company will not disclose any EFB data (including audio or video data) to any third parties.

D. Equipment Damage, Lost or Stolen Equipment

1) A pilot will maintain their EFB in good condition, normal wear and tear excepted.

2) A pilot will promptly report to the Company if the EFB is lost or stolen.

3) If the EFB is lost or damaged due to pilot negligence, the pilot will reimburse the Company for the actual purchase cost of a replacement EFB.

4) In no case will such a replacement fee be greater than the separation cost in Paragraph 10.B.2) above.

5) A pilot may choose to reimburse the Company via payroll deduction over the course of 12 months.

6) In the event that the EFB or battery becomes defective (hardware or software) and requires repair or replacement, the Company shall repair or replace the device at no cost to the pilot.

7) Notwithstanding subparagraph 3) above, the Company will repair or replace, at no cost to the pilot, any EFB that becomes damaged while performing any Company-assigned activity.

8) The pilot is responsible for replacing a lost backup battery with a Company issued backup battery. The replacement cost will be the responsibility of the pilot not to exceed $40.

E. Software Updates

1) The Company will make content updates available at no cost to the pilot. A pilot will be responsible for keeping all content of the EFB updated and current.

F. New Device Implementation

1) Upon request of either party, the Company and SAPA will meet to discuss issues associated with the implementation of any new device.

G. Device Usage

1) Use of the EFB during operation will be in accordance with applicable Federal Aviation Regulations (FARs) and Company policy at all times.

2) When a reflow and notification policy is in effect, the EFB may be used for notification in accordance with that permanent or temporary policy.

3) When a reflow and notification policy is not in effect, acknowledging schedule changes on the EFB will be optional. The Company will not limit EFB functionality for failure to acknowledge notification.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

| Paragraph | Page |
|---|---|
| 1. Pay | 3010.1 |
| 2. Mode of Transportation | 3010.1 |
| 3. Deadheading To A Work Assignment | 3010.1 |
| 4. Deadheading From A Work Assignment | 3010.2 |

## 1. Pay

A. Crewmembers who are required by the Company to deadhead to or from any station will:

1) Receive 100% of the pilot's hourly rate for the scheduled block time of the deadhead.

2) When required to use surface transportation, receive 50% of the applicable pilot's hourly rate for the actual surface travel time.

3) For the purpose of round trip travel from LAX, SNA, and ONT to Flight Safety in Long Beach, the applicable flight pay will be 23 minutes for each direction or 46 minutes for the round trip.

## 2. Mode of Transportation

A. The Company will require pilots to deadhead only on:

1) Company aircraft or FAA-approved air carriers/operators, except where means of surface transportation is provided or otherwise authorized. Charter aircraft may be utilized by mutual agreement.

2) For the purpose of round trip surface transportation from LAX, SNA, and ONT to Flight Safety in Long Beach, an approved commercial shuttle service will be used as the authorized provider.

## 3. Deadheading To A Work Assignment

A. When reporting for duty, a pilot will:

1) Be provided positive space on a SkyWest Airlines flight.

2) At the discretion of the Company, be provided positive or space available interline tickets.

3) In the event that a pilot's seat would result in a denied boarding of a revenue passenger (SkyWest Airlines flights only), the pilot may be asked to occupy the flight deck jumpseat. When the pilot chooses to accept the request (all FARs and policies apply), he/she will make the request known to the captain. When the captain has ensured that the jumpseat request can be accommodated, the NRPS ticket will be canceled and the jumpseat assigned.

4) Cancel a seat that has been reserved by Crew Support if he/she does not plan to use the seat.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 4. Deadheading From A Work Assignment

A. When returning from duty, a pilot will:

1) Be provided positive space return to their domicile when a pairing ends in a deadhead as per the awarded bid or reserve adjusted bid award. When the pilot cannot make the scheduled deadhead flights due to weather, mechanical, or flow delays, the pilot should be returned to their domicile with positive space travel on the next flights that he/she can be present for.

2) Be provided positive space online on the next flight when the pilot is returning to their domicile from a modified pairing that terminates away from their domicile. This travel may be accomplished by using the aircraft jumpseat in lieu of removing a revenue passenger (SkyWest Airlines-operated flights only).

3) In all other instances, be provided space available S2/BP7 passes online, as long as it does not result in denied boarding of a revenue passenger. However, in the event a deadheading pilot has unsuccessfully tried to deadhead on two scheduled flights or if it is the last flight of the day, then the deadheading pilot will receive a positive space seat to return to his/her domicile or by other arrangements if mutually agreed upon by the pilot and the Company.

4) At the discretion of the Company, be provided positive space on interline carriers.

5) In the event that a pilot's seat would result in a denied boarding of a revenue passenger (SkyWest Airlines flights only), the pilot may be asked to occupy the flight deck jumpseat. When the pilot chooses to accept the request (all FARs and policies apply), he/she will make the request known to the captain. When the captain has ensured that the jumpseat request can be accommodated, the NRPS ticket will be canceled and the jumpseat assigned.

→

6) Be responsible to cancel a seat that has been reserved by Crew Support for the purpose of deadheading if he/she does not plan to use the seat.

Paragraph Page
1. Accrual .......... 3011.1
2. Pay Treatment .......... 3011.1
3. Yearly Bid for Vacations .......... 3011.2
4. Termination, Death or Furlough .......... 3011.2
5. Conflicts Due to Training, Changes in Equipment, Domicile, or Status .......... 3011.2
6. Cancellations .......... 3011.3
7. Posting of Vacation Openings after the Yearly Bid Closing Date .......... 3011.3
8. Bidding on Open Vacation Periods / Dropping Awarded Vacation Periods .......... 3011.3

## 1. Accrual

A. Vacation entitlement will accrue on an hourly basis after six months of employment based on the following table:

| ACTIVE SERVICE | ACCRUAL RATE |
|---|---|
| After six months | .0385 per hour |
| After five years | .0462 per hour |
| After ten years | .0577 per hour |
| After fifteen years | .0615 per hour |
| After sixteen years | .0654 per hour |
| After seventeen years | .0692 per hour |
| After eighteen years | .0731 per hour |
| After nineteen years | .0769 per hour |

B. Should an increase in accrual be offered to other Company employees, the same accrual will be made available to pilots.

C. Maximum base pay used for vacation accrual is 80 hours per semimonthly pay period.

D. No more than 186 hours of vacation may be accrued at any time. Once the maximum hours have been accrued, additional time may not be accrued until vacation hours have been taken.

E. Vacation may not be taken until one completed year of employment.

F. Pilots will not be required to keep the Company notified of his/her whereabouts while on vacation.

## 2. Pay Treatment

A. Refer to Pilot Policy Manual SP 3008 Compensation.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 3. Yearly Bid for Vacations

A. Vacation will open for bidding on November 1st and close on November 20th. Vacations will be awarded by December 1st. Pilots may bid for vacations on the basis of the amount of vacation time they expect to accrue at the beginning of their vacation. Vacations will be awarded on a pilot seniority basis.

## 4. Termination, Death or Furlough

A. Pilots who voluntarily terminate employment or the estates of deceased pilots will be paid the vested and accrued vacation that was not used prior to the resignation or death. Furloughed pilots will have the option of retaining vested and accrued vacation time or receiving pay in lieu thereof. Pilots who are terminated will be paid for vacation vested and accrued vacation at the time of termination. Vacation time will not be granted immediately prior to termination and following the last day of employment.

## 5. Conflicts Due to Training, Changes in Equipment, Domicile, or Status

A. Pilots, who as a result of:

1) An awarded or assigned bid are required to attend training that coincides with his/her scheduled vacations, will be permitted to re-bid such vacation.

2) Changes in equipment, domicile, or status will be allowed to keep his/her original vacation award, provided the award is available in the new equipment, status, or domicile. Pilots who are unable to keep his/her original awards may re-bid for available vacation slots in his/her new equipment, status, or domicile. Pilots who voluntarily bid into or out of Designated Mountainous Airport (DMA) will be considered having a change in their bidding status and will lose any master vacation and/or golden days. Pilots may re-bid for these in their new status. Pilots involuntarily assigned or involuntarily removed from DMA will retain all master vacation and/or golden days.

> **NOTE -** A pilot may be bidding in PBS but still be in the DMA program (high and low seasons and associated manpower adjustments do not impact the status of a DMA pilot or their master vacation/golden days). If a pilot bids out of DMA, vacation or gold day awarded in the DMA program will be forfeited and may be re-bid in their new status.

3) A reduction in his/her position at a domicile will be allowed to keep his/her original vacation award. Those pilots on the waitlist in the reduction in position domicile will need to re-submit for vacation slots in the new domicile.

## 6. Cancellations

A. Once scheduled, vacations may be canceled by the Company only as the operational needs of the Company require. The Company will give as much notice as possible before canceling a vacation. Canceled vacations will, at the pilot's option, be available for re-bid or by mutual agreement or be compensated. Pilots who suffer the loss of a non-refundable deposit due to Company cancellation of a vacation will be reimbursed by the Company for such loss upon presentation of receipts. No such reimbursement will be made, however, unless the pilot notifies the Company of the deposit at the time the vacation is canceled and uses his/her best efforts to collect such deposits. The Company will be entitled to attempt to recover the deposit after reimbursing the pilot.

## 7. Posting of Vacation Openings after the Yearly Bid Closing Date

A. All vacation periods that become available due to drops, transitions, training, attrition, domicile transfers, and/or any vacation period not awarded during the yearly vacation bid will be posted on SkyWest Online as they become known to the Company.

## 8. Bidding on Open Vacation Periods / Dropping Awarded Vacation Periods

**NOTE -** Pilots should use caution when requesting days off with an uninterrupted block of 3 days or less in-between GOLD, VAC, and/or USER days. Refer to Pilot Policy Manual SP 3017 Scheduling (PBS Line Construction paragraph).

A. Pilots may:

1) Bid via SkyWest Online on vacation periods that become available and posted as outlined in paragraph Posting of Vacation Openings after the Yearly Bid Closing Date above. Bids must be received by 0900 Mountain Time on the 1st day of the bid period prior to the bid period in which the vacation occurs. Such vacation periods will be awarded on a seniority basis by 0900 Mountain Time on the 3rd day of the bid period prior to the bid period in which the vacation occurs.

2) Drop vacation periods with written notice to Crew Support via SkyWest Online. Bids to drop vacation must be received by 0900 Mountain Time on the 1st day of the bid period prior to the bid period in which the vacation is scheduled. Requests to drop vacation received after this time will be granted or denied based on the operational needs of the Company. When the request is granted, the pilot may be given another work assignment.

3) Modify vacation periods with written notice to Crew Support via SkyWest Online. Bids to modify vacation must be received by 0900 Mountain Time on the 1st day of the bid period prior to the bid period in which the vacation is scheduled. Day or days dropped must be at the beginning and/or the end of the awarded vacation block, leaving an uninterrupted block of vacation or dropped from within the vacation block in groups of no less than four consecutive days.

Uncontrolled copy. Currency must be verified with the LESP before use.

B. When a pilot has not accrued enough vacation time by the 7th of the previous month for vacation in the subsequent bid period (considering the daily vacation rate elected, or if one has not elected the default) the pilot will be allowed a negative vacation bank value of up to 75 x his/her current vacation accrual rate rounded to the nearest minute. When the pilot still does not have enough vacation time he/she will be granted vacation for the amount of time available in his/her vacation bank plus the negative amount above on a calendar day basis. Once a pilot's vacation bank has reached the maximum negative amount, awarded vacation days will be removed from the back of the vacation award.

Example 1:
A pilot with six years longevity has two weeks of vacation awarded, has not elected a daily vacation rate and has accrued 32:42 hours of vacation as of the 7th of the month prior. The two week vacation requires 40:36 vacation hours (14 days x three vacation hours per day), and he/she will be allowed a negative vacation credit of up to 3:28 hours (75 x .0462) for a total available vacation time of 36:10 hours. He/she will be given 12 days (34:48 / 2:54 hours credit per day) of vacation starting from the original vacation start date as awarded with a negative vacation bank of 2:06 hours (32:42 - 34:48).

Example 2:
A pilot with ten years longevity has four weeks of vacation awarded, has elected a 2:42 daily vacation rate and has accrued 73:00 hours of vacation as of the 7th of the month prior. The four weeks of vacation requires 75:36 vacation hours (28 x 2:42 vacation hours per day), and he/she will be allowed a negative vacation credit of up to 4:20 hours (75 x .0577) for a total available vacation time of 77:20 hours. He/she will be given all 28 days of vacation with a negative vacation bank of 2:36 hours (73:00 - 75:36).

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

Paragraph Page

1. Accrual ..... 3012.1
2. Termination, Death, or Furlough ..... 3012.1
3. Pay Treatment ..... 3012.1
4. Workers' Compensation ..... 3012.2
5. Loss of Medical Certificate ..... 3012.2
6. Furlough or Leave of Absence ..... 3012.2

## 1. Accrual

A. User day entitlement will accrue on an hourly basis after 90 days of employment based on the following table:

| ACTIVE SERVICE | ACCRUAL RATE |
|---|---|
| After ninety days | .0193 per hour |
| After two years | .027 per hour |
| After five years | .0385 per hour |

B. Should an increase in accrual be offered to other Company employees, the same accrual will be made available to the pilots.

C. While there is no limit to the number of user hours that can be earned and accrued, hours in excess of 240 are automatically paid out at the end of the year by the procedure detailed in Company Policy Manual SP 103 Compensated Time Off.

D. User days may not be taken until the completion of 90 days of employment. A user day request will be:

1) Requested from Crew Support.

2) Granted when Crew Support determines there are adequate resources available to cover all time requested except for golden day requests.

## 2. Termination, Death, or Furlough

A. Pilots who voluntarily terminate employment or the estate of a deceased pilot will be paid the vested and accrued user hours that were not used prior to his/her resignation or death. Furloughed pilots will have the option of retaining vested and accrued user day hours or receiving pay in lieu thereof. Pilots who are terminated will be paid for user day hours vested and accrued at the time of termination. User days will not be granted immediately prior to termination and following the last day of employment.

## 3. Pay Treatment

A. Refer to Pilot Policy Manual SP 3008 Compensation.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 4. Workers' Compensation

A. In the event that a pilot becomes eligible for workers' compensation benefits and there is a waiting period before benefits commence, the Company will pay user hours during the waiting period to the extent it has been accrued.

## 5. Loss of Medical Certificate

A. Pilots who are unable to maintain FAA-required medical standards as a result of any physical examination taken will, from the date they are removed from flight status, receive any user day hours to the extent it has been accrued.

## 6. Furlough or Leave of Absence

A. Pilots who are furloughed or on a leave of absence will retain (or elect to cash in only on leave of absence) any unused user hours.

Uncontrolled copy. Currency must be verified with the LESP before use.


| Paragraph | Page |
|---|---|
| 1. Personal Leave | 3013.1 |
| 2. Military Leave | 3013.1 |
| 3. Medical Leave | 3013.1 |
| 4. Maternity Leave | 3013.1 |
| 5. Return from Leave of Absence | 3013.3 |
| 6. Family Medical Leave Act | 3013.3 |
| 7. On-the-Job Injuries and Workers' Compensation Procedures/Leave of Absence | 3013.3 |


## 1. Personal Leave

A. Refer to the Company Policy Manual SP 69 Leave of Absence (LOA).

## 2. Military Leave

A. Pilots who are members of the Armed Forces of the United States will be granted military leaves of absence in accordance with applicable law. A pilot's date of hire will not be adjusted as the result of a military leave of absence.

→

→

## 3. Medical Leave

A. Pilots who become medically disqualified under FAR Part 67 by an Aviation Medical Examiner (AME) will be placed on a Medical Leave of Absence upon written request of the pilot.

B. A medical leave granted under this section of the SkyWest Airlines Pilot Policy Manual will not exceed four consecutive years without written consent from the Vice President Flight Operations. For purposes of this paragraph, a period of four consecutive years means a period that does not include at least a six month uninterrupted period of active service.

C. Refer to Company Policy Manual SP 69 Leave of Absence (LOA).

## 4. Maternity Leave

A. Maternity leave for pilots will be handled in accordance with applicable law and granted as follows:

1) Each pilot that becomes pregnant is required to:

a) Notify her chief pilot within 14 days of her condition and discovery of the pregnancy.

b) Provide her chief pilot with prompt written notice of the date of delivery or termination of pregnancy.

c) Submit to her chief pilot a written statement from her personal physician and/or FAA medical examiner specifying:

(1) Her ability to continue to fly, inability to fly due to disability (to be done monthly), or her request for a maternity leave of absence.

Uncontrolled copy. Currency must be verified with the LESP before use.

(2) The pregnancy is a normal, doctor-supervised pregnancy and she remains capable of safely performing her duties.

(3) The estimated delivery date and the estimated date that she should cease working.

(4) Any changes of the initial estimated delivery date or if her medical condition might affect her ability to perform her duties.

d) Failure to provide any information listed above may result in removal from duty.

2) Maternity leave will commence:

a) When the pilot's personal physician determines she is unable to perform her duties because of her condition or the medical treatment thereof, or

b) When the Company determines the pilot's attendance, quality, and quantity of work are adversely affected by the pregnancy, or

c) When as a result of a Company required medical examination, a pilot is found to be unable to safely continue to perform her duties.

3) Maternity leave will continue until:

a) 12 weeks post delivery, and/or

b) Consistent with applicable state and federal law and/or

c) Until such time as the pilot's physician certifies that she is able to return to work.

4) Prior to returning to work, a pilot is required to:

a) Contact her chief pilot to discuss her plans to return to work within 30 days prior to the expiration of her absence and shall return to work on a date established by the Company. Failure to return to work on the date established shall be deemed a voluntary termination of employment.

b) Meet the minimum requirements of pilot job descriptions as outlined in the Flight Operations Manual SP 3100 Chapter 02 Organization and Chain of Command.

c) Obtain a drug test when the leave of absence has exceeded 180 days.

5) Medical complications following the delivery which result in continuing disability shall be the only exception recognized that would permit the extension of a maternity leave of absence beyond 12 weeks after delivery. When such complications occur, the pilot will be placed on a medical leave until such time as her personal physician provides medical clearance for the pilot to return to duty.

6) Benefits while disabled due to pregnancy:

a) After 20 weeks, a pilot will be considered disabled from the pilot's occupation and is eligible for disability benefits.

Uncontrolled copy. Currency must be verified with the LESP before use.

b) A pilot is eligible for disability benefits for reason of pregnancy, childbirth or related medical conditions when she is rendered unable to perform her duties because of her condition or the medical treatment thereof. Some states allow unemployment compensation and/or state disability benefits. It is the responsibility of the employee to apply for these benefits.

c) A disabled pilot who has accrued personal user time will be eligible to be paid to the extent of her user hour bank prior to the first day of the leave of absence.

d) When on maternity leave of absence, a pilot is eligible for life and health benefits, provided premiums are continued at the full premium rate. Refer to the Family Medical Leave Act for complete details concerning individual circumstances.

## 5. Return from Leave of Absence

A. A pilot's return to duty will be coordinated with Flight Operations. Such return will occur no later than the first available training class to qualify the pilot in the status to which he/she is returning. Pilots, upon his/her return, shall be allowed to perform whatever extra work is available at his/her previous domicile, or if that domicile has been closed, any domicile for which he/she is qualified until the next regular bid. At that time, he/she shall be allowed to exercise full seniority rights subject to qualifications. No special training provision will be made for pilots under this section.

## 6. Family Medical Leave Act

A. Up to 12 weeks of leave may be taken upon the birth of the employee's child, upon the placement of a child with the employee for adoption or foster care, when the employee is needed to care for a child, spouse, or parent who has a serious health condition.

## 7. On-the-Job Injuries and Workers' Compensation Procedures/Leave of Absence

A. When a pilot is injured on the job, he/she must notify his/her manager within 24 hours. Use voice mail if necessary.

B. The manager and pilot must complete a Supervisors Accident Investigation Report.

C. When injury occurs during the flight or away from base while on duty, he/she must notify the captain immediately. The captain and the crewmember must complete a Supervisors Accident Investigation Report (available at all stations). This form must be submitted to the pilot's manager upon return.

D. California based employees must also complete a Workers' Compensation Claim Form (DWC1) and Notice of Potential Eligibility, which must be completed by the same individual who completed the Supervisors Accident Investigation Report.

Uncontrolled copy. Currency must be verified with the LESP before use.

E. When medical attention is necessary, the pilot must take the Request to Doctor form with them. The pilot's chief pilot or a station supervisor provides this form. A designated workers' compensation physician must see the pilot on the first visit. This form will be left with the physician. Station supervisors have the location of the nearest workers' compensation approved facility.

F. When a pilot is seriously injured or unconscious, Flight Control and the People Department must be contacted immediately by telephone.

G. Pilots on workers' compensation must contact their manager at least once a week regarding his/her status.

H. When an injured pilot is released to work, his/her manager must contact the People Department within three days to notify them of the pilot's return.

I. All original medical reports, work status reports, etc. regarding the pilot's injury are to be given to his/her chief pilot at his/her domicile. Copies must be sent to the People Department, HDQ/SGU, c/o Safety Programs Manager.

J. A pilot on a workers' compensation leave of absence will retain his/her travel benefits. However, if the use of such benefits is found to interfere with the requirements of the medical care provider or the healing process, the Company may suspend the pilot's travel benefits.

K. When determined by the workers' compensation doctor that the pilot has a temporary total disability, the pilot may not return to work until released by the doctor.

L. When the workers' compensation doctor determines the pilot has a permanent total disability, the injured worker is totally and permanently unable to perform work for gainful employment. In this case, benefits for disability are computed using the formula required by the state.

M. When the workers' compensation doctor determines the pilot has a temporary partial disability, the pilot is encouraged to return to work in a light duty status. Pilots will receive their normal pay less 10% while on light duty status [4:18 hours (4.3) x current flight rate x 90% = light duty pay]. Light duty will normally be limited to 30 days.

N. When the workers' compensation doctor determines the pilot has permanent partial disability, the pilot is considered to be disabled. The Americans with Disabilities Act protects disabled workers. Employment in the Company may be possible by making reasonable accommodation. When re-employment in the Company is not possible, a state caseworker will determine employability elsewhere and/or rehabilitation if required.

| Paragraph | Page |
| --- | --- |
| **1. Physical Standards Applied** | **3014.1** |
| **2. Examination At Company Expense** | **3014.2** |
| **3. Resolution of Disputes** | **3014.2** |

Uncontrolled copy. Currency must be verified with the LESP before use.

## 1. Physical Standards Applied

A. The pilot is presumed to be physiologically capable of flight during the flight duty period (FDP) assigned unless otherwise reported. It is the pilot's responsibility to report medical deficiencies as required by 14 CFR Part 61.53. The provisions and requirements concerning pilot medical certificates are:

1) Pilots may select medical examiners of their choice to meet the FAA requirements for the appropriate class certificate issuance.

2) The pilot will pay for the medical examination required for an appropriate class certificate. The Company will reimburse a pilot $70.00 for each medical certificate submitted in compliance with the deadline below.

a) The Company will pay for medicals required by the FAA based on regulations as of January 31, 2014.

b) First officers over 40 who wish to maintain a 1st Class Medical will be reimbursed up to once each year, even if the medical is not immediately due.

3) The medical certificate shall be updated on SkyWest Online under "Pilot Data," as well as sending an electronic document via fax/scan as directed in the Pilot Data User's Guide (SkyWest Online > Documents > Manuals > FO Tab > Technical Guide > Pilot Data User's Guide). The pilot will have until 2359 Mountain Time on the 25th of the month to submit and gain Company acceptance of the updated medical certificate. The process will be considered complete when the pilot receives an electronic "Accepted" SkyWest Online verification from the Company.

a) Failure to comply will result in:

(1) Removal of all shifts thereafter to the end of the bid period without pay.

(2) Removal of any carry-in shifts to the next bid period without pay.

(3) No additional flying will be granted.

b) In each case, the pilot will be removed at Company discretion.

4) In the event a pilot is unable to obtain an updated medical certificate by the 25th, the pilot must obtain an approved extension from their chief pilot prior to the 25th. The chief pilot is responsible for communicating the approval to the Manager Crew Resources HDQ/SGU, extension 43745.

5) In the event a pilot allows his/her medical certificate to expire for the class required, and where the pilot has not received, in writing, prior provisions from their chief pilot, the pilot will forfeit his/her awarded bid for the entire subsequent bid period. At that time, the pilot will be placed on reserve status or another assignment at the discretion of the Company beginning from the time a current medical certificate can be presented to his/her chief pilot and updated on SkyWest Online.