Scott M. Petersen, #7599
Tanner J. Bean, #17128
FABIAN VANCOTT
215 South State Street, Ste. 1200
Salt Lake City, Utah 84111-2323
Telephone: (801) 531-8900
Facsimile: (801) 596-2814
spetersen@fabianvancott.com
tbean@fabianvancott.com
*Attorneys for Defendant SkyWest Airlines, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH - CENTRAL DIVISION**

| | |
|---|---|
| SHANE ANDREW CASSELL,<br>Plaintiff,<br>v.<br>SKYWEST, INC., d/b/a SKYWEST AIRLINES,<br>Defendant. | **NOTICE OF ERRATA REGARDING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND APPENDIX OF EVIDENCE**<br>Case No. 2:19-cv-00149-JNP-EJF<br>Judge Jill N. Parrish<br>Magistrate Judge Evelyn J. Furse |

Defendant SkyWest, Inc., d/b/a/ SkyWest Airlines ("SkyWest") provides the following correction to SkyWest's Motion for Summary Judgment ("Motion") and supporting Appendix of Evidence ("Appendix"), both filed on June 28, 2021. A corrected copy of the Motion and Appendix is filed herewith.

1. On page ii of the Motion, the error message in the Table of Contents has been removed.

2. On page 2 of the Motion, "Cassel" on line 4 should read "Cassell."

3. On page 5 of the Motion, the parenthetical citation to statement of fact number 7 should read "(Ex. G, at SkyWest_002050-2123.)"

4. On page 20 of the Motion, paragraph 58 should read, "The training cost of a new pilot is $27,000.00."

5. On page 21 of the Motion, the second paragraph should read, "who jealously guard their seniority benefits and would quickly bring action against SkyWest for violating its collective bargaining agreement."

6. On page 23 of the Motion, "REQUESTSED" should read "REQUESTED".

7. On page 24 of the Motion, an unnecessary parentheses mark was removed.

8. On page 31 of the Motion, the second paragraph should read $27,000 instead of $30,000.

9. On page 36 of the Motion, the first paragraph should read, "was no guarantee."

10. The corrected Appendix redacts Plaintiff's personal information where it appeared.

11. The first page of Exhibit A to the Appendix has been replaced with a more legible copy.

12. On Exhibit B, the following missing pages from the deposition of Shane Cassell have been added: 46-54, 70-73, 173, 187, 209, 224.

13. The internal deposition page numbers contained in the Appendix's

Exhibit D were not visible. As such, Exhibit D has been replaced with a copy of the deposition with visible page numbers.

14. The Appendix's Exhibit F was not the correct deposition. It has been replaced with the correct deposition, the deposition of Roy Glassey, Volume 1.

15. The Appendix's Exhibit G was missing the following Bates-numbered pages, which have been added: SkyWest_000078, 2050-2123.

16. The Appendix's Exhibit H was missing most of the pages from the deposition, which have been added.

17. The internal deposition page numbers contained in the Appendix's Exhibit I had been wrongly renumbered. As such, Exhibit I has been replaced with a copy of the deposition with correct page numbers. In addition, pages 15-33 and pages 40-51 of the deposition have been added to Exhibit I.

18. Cover pages for the depositions contained in the Appendix's Exhibits J, L, and O were missing and have been added.

19. The Appendix's Exhibit P was replaced with a more accurate version of the declaration, which should have been filed instead of the previous declaration.

DATED this 1st day of July 2021.

/s/ *Tanner J. Bean*
Scott M. Petersen
Tanner J. Bean
FABIAN VANCOTT

# CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July 2021, I caused a true and correct copy of the foregoing **NOTICE OF ERRATA REGARDING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND APPENDIX OF EVIDENCE** to be served via the Court's filing system to the following:

Erik Strindberg
STRINDBERG & SCHOLNICK, LLC
675 East 2100 South, Suite 350
Salt Lake City, Utah 84106
erik@utahjobjustice.com

Todd R. McFarland
GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS
12501 Old Columbia Pike
Silver Springs, MD 20902
mcfarlandt@gc.adventist.org

*/s/ Tanner J. Bean*
Tanner J. Bean