Erik Strindberg (Utah Bar No. 4154)
**STRINDBERG SCHOLNICK BIRCH HALLAM HARSTAD THORNE**
675 East 2100 South, Suite 350
Salt Lake City, Utah 84106
(t) 801.359.4169
(f) 801.359.4313
email: erik@utahjobjustice.com

Todd. R. McFarland (Pro Hac Vice)
Associate General Counsel
Office of General Counsel
**General Conference of Seventh-day Adventists**
12501 Old Columbia Pike
Silver Springs, MD 20902-6600
(t) 301.680.6321
(f) 301.680.6329
Email: mcfarlandt@gc.adventist.org

*Attorneys for Plaintiff*

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| SHANE ANDREW CASSELL,<br><br>Plaintiff<br>v.<br><br>SKYWEST, INC. d/b/a SKYWEST AIRLINES,<br><br>Defendant. | **APPENDIX OF EVIDENCE IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO SKYWEST'S CORRECTED MOTION FOR SUMMARY JUDGMENT**<br><br>Case No. 2:19-CV-00149 JNP-DAO<br><br>Judge Jill N. Parrish<br>Magistrate Judge Daphne A. Oberg |

| Exhibit | Description |
|---|---|
| 1 | Deposition of Coy Bryant<br>Taken on December 14, 2020 |
| 2 | Deposition of Shane Cassell<br>Taken on September 28, 2020 |
| 3 | Deposition of Todd Emerson<br>Taken on October 2, 2020 |
| 4 | Deposition of Justin Esplin<br>Taken on March 3, 2021 |
| 5 | Deposition of Roy Glassey (30(b)(6) testimony)<br>Taken on September 30, 2020 |
| 6 | Deposition of Roy Glassey<br>Taken on February 24, 2021 |
| 7 | Deposition of Steven Spagnolo (30(b)(6) testimony)<br>Taken on September 29, 2020 |
| 8 | Deposition of Anita Spencer<br>Taken on February 24, 2021 |
| 9 | Deposition of Jake Whicker<br>Taken on January 15, 2021 |
| 10 | Deposition Exhibit 32<br>CASSELL 020 |
| 11 | Deposition Exhibit 05<br>SkyWest 038-039 |
| 12 | Deposition Exhibit 39<br>Def Responses to Interrogatories 7 – 11<br>*Excel Spreadsheet with tabs 7(a) – (c), 8(a) – (c), 9(a) – (d), 10(a) – (c), 11(a) – (b), 15* |
| 13 | Deposition Exhibit 47<br>SkyWest 2124-3444 |
| 14 | Company Policy Manual<br>SkyWest 112 - 299 |
| 15 | Religious Accommodation Request Form<br>CASSELL 001 |
| 16 | Memorandum of Agreement for Religious Acc. Request<br>CASSELL 002 |

| | |
|---|---|
| 17 | Defendant's Responses to Plaintiff's Fifth Set of Written Discovery to Defendant, response to Interrogatory # 13<br>January 28, 2021 |
| 18 | Page from *Equal Employment Opportunity Commission*<br>Pre-Charge Questionnaire, completed by Shane Cassell<br>CASSELL 028 |
| 19 | Correspondence among Reinach, Bryant, Emerson<br>CASSELL 006, 009 |
| 20 | Cassell (Second) Charge of Discrimination<br>CASSELL 022 |
| 21 | EEOC Dismissal and Notice of Rights Letter<br>CASSELL 039-040 |
| 22 | Plaintiff's Responses to Defendant SkyWest Airlines' Requests for Admission<br>January 14, 2020 |
| 23 | Deposition Exhibit 13<br>SkyWest 026 |
| 24 | Deposition Exhibit 06<br>SkyWest 017 - 019 |
| 25 | Deposition Exhibit 14<br>SkyWest 021 |
| 26 | Deposition Exhibit 37<br>SkyWest 037 |
| 27 | Deposition Exhibit 30<br>SkyWest 081 |
| 28 | Deposition Exhibit 11<br>SkyWest 006 |
| 29 | Deposition Exhibit 33<br>SkyWest 009-010 |
| 30 | Deposition Exhibit 44<br>SkyWest 069-078 |
| 31 | Deposition Exhibit 34<br>CASSELL 176 |
| 32 | Deposition Exhibit 41<br>SkyWest 1956-2049 (Spreadsheet) |

| | |
|---|---|
| 33 | Deposition Exhibit 50<br>Comparison Spreadsheet |
| 34 | Pilot Policy Manual<br>SkyWest 389 - 586 |
| 35 | Declaration of Ezzy Khaosanga, with Exhibit |
| 36 | Declaration of Yoko Fujioka-Matthew |
| 37 | Declaration of Michael Wahlen, with Exhibits |
| 38 | Declaration of Stephen Horne |

Dated this 27th day of August, 2021.

**STRINBERG SCHOLNICK BIRCH**
**HALLAM HARSTAD THORNE, LLC**

/s/ *Erik Strindberg*
Erik Strindberg