# EXHIBIT 1

# Remote Deposition of
# Coy Bryant

Date: December 14, 2020

Case: Cassell vs. SkyWest, Inc.

Civil No: 2:19-cv-00149-jnp-dao

*Reporter: Lisa Bernardo, CSR, RPR*

ASSOCIATED REPORTING & VIDEO

*Next-Level Litigation Support*

The Owyhee
1109 Main Street, Suite 220
Boise, Idaho 83702

Phone: (208) 343-4004
Facsimile: (208) 343-4002
production@arvboise.com
arvboise.com

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

SHANE ANDREW CASSELL, )
Plaintiff, )
vs. ) Civil No. 2:19-cv-00149-jnp-dao
SKYWEST, INC., d/b/a SKYWEST AIRLINES, ) Judge Jill N. Parrish
Defendant. ) Magistrate JudgeDaphne A. Oberg

REMOTE DEPOSITION OF COY BRYANT

December 14, 2020

Salt Lake City, Utah

Repored by: Lisa Bernardo, CSR, RPR

REMOTE DEPOSITION OF COY BRYANT

BE IT REMEMBERED that the remote deposition of COY BRYANT was taken via videoconference by the Plaintiff before Associated Reporting & Video, Lisa Bernardo, Court Reporter in and for the County of Salt Lake, State of Utah, on Monday, the 14th day of December 2020, commencing at the hour of 1:04 p.m. in the above-entitled matter.

APPEARANCES (Remotely):

For the Plaintiff: STRINDBERG & SCHOLNICK, LLC
By: Erik Strindberg, Esq.
1516 West Hays Street
Boise, Idaho 83702
Telephone: (208) 336-1788
Facsimile: (208) 287-3708
erik@utahjobjustice.com

ASSOCIATED GENERAL COUNSEL
GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS
By: Todd R. McFarkabd, Esq.
12501 Old Columbia Pike
Silver Springs, Maryland 20902-6600
Telephone: (301) 680-6321
Facsimile: (301) 680-6329
mcfarlandt@gc.adventist.org

For the Defendant: FABIAN VANCOTT
By: Scott M. Petersen, Esq.
215 South State Street, Suite 1200
Salt Lake City, Utah 84111
Telephone: (801) 531-8900
Facsimile: (801) 596-2814
spetersen@fabianvancott.com

Also Present: Todd C. Emerson



I N D E X

E X A M I N A T I O N


COY BRYANT: PAGE

By: Mr. Strindberg................................4
Mr. Petersen................................79
Mr. Strindberg...............................95
Mr. Petersen................................98


E X H I B I T S


NO. PAGE

36. July 12, 2017 Email from Chandler to..........4
Jaime Sorensen and Rachelle Kolb




P R O C E E D I N G S

COY BRYANT,
called as a witness, having been first duly sworn remotely, was examined and testified as follows:

EXAMINATION

BY MR. STRINDBERG:

**Q. Mr. Bryant, my name is Erik Strindberg. I represent Shane Cassell in a lawsuit against SkyWest Airlines regarding religious discrimination. Thank you for being here this afternoon. I know you have a job and I appreciate your taking part in this.**

**So, you know the players. Todd McFarland also represents Shane. You probably know Tom Emerson, I assume. And his attorney is Scott Petersen.**

**Could you please state your name and spell it, and give us your current address?**

A. Coy, C-o-y, K., Bryant, B-r-y-a-n-t. My current address is [redacted]

**Q. Thank you.**

**Give me a little bit of a background. I know before going to work for SkyWest you had a**



**fairly lengthy and distinguished military career. Can you tell us about that, please?**

A. About my military career?

**Q. Yes.**

A. I enlisted in 1989, leap year, February 29th. And I spent the first, oh, I don't know how many years enlisted, and went in as a private first class E3. I was promoted to E6 in less than three years. And then I went through officer training school. I took my commission in 1996, and from there I served everything from fire direction officer, fire artillery officer, fire and direction officer, platoon leader, commander, two company commands, the tank man, chief of staff for a brigade in Kosovo. Mostly in operations. Did tons of exercises as an operations officer in six of the seven continents. I haven't found a good reason to go to Antarctica.

**Q. When did you leave the military?**

A. 2016, after I started with SkyWest. June 30th, if you want to know the exact date.

**Q. When you say primarily in operations, what does that mean? Excuse my ignorance. I have not served in the military.**

A. They have different functions. G1 is administrative. G2 is intelligence. G3 is

Page 6

operations. G4 is logistics. And that's the primary staff positions. I have served in recruiting. I worked in the human resource office. I ran the Homeland Response course, which is mainly dedicated to the big nuclear explosion or chemical disaster recovery and efforts being prepared for that. I worked closely with FEMA on that. So, like I say, most of my time was either in the G3 and I did spend some time as G1. I ran the military academy for a couple of years.

**Q. Which military academy?**

A. In Utah. The Utah Military Academy. It's actually the 640th Regiment Regional Training Institution is what formally the name is.

**Q. And do you have any current status with the military, the Reserves or the National Guard or anything, or have you been totally relieved?**

A. They can re-call you out of retirement, but it's very unlikely.

**Q. What was your final rank when you retired?**

A. Lieutenant Colonel 05.

**Q. Is it unusual for someone who enters as an enlisted person to end up as a lieutenant colonel?**

A. It's not real strange, but it's not common.

Page 7

**Q. And am I correct, I gather that after you left the military, you joined SkyWest, or right about the same time as you left the military, you joined SkyWest?**

A. Yeah. I was on what they call terminal leave when I started. So I was on -- I think I started in March with SkyWest and I was still drawing my leave until June 30th.

**Q. What does it mean to be on terminal leave?**

A. All the leave that you have built up, they just -- you run -- I went on leave, which is basically a great block of leave. So it's separations -- some people call it separation leave.

**Q. Okay. Going back for a moment, had you been working or had you been in school before you joined the military in 1989?**

A. In school?

**Q. Yeah. Had you been either in school or had you been working at another job?**

A. Yeah. I joined the military when I was getting ready to graduate. I had a whole bunch of student loans and so I joined specifically for that reason, primarily. My dad was -- is retired Air Force, and so I looked at all my options and when I started getting job offers, there just wasn't that

Page 8

much to pay student loans, rent, car payment, all that kind of stuff left over, so...

**Q. Excuse me. You said you were about to graduate. Where were you about to graduate from?**

A. I think I was about 25 credits short.

**Q. Where were you in school?**

A. Utah State University in Logan, Utah.

**Q. Have you ever gone back and gotten those last few credits or --**

A. Yes. You have to -- to make captain, you have to have a college degree.

**Q. Do you have any schooling beyond your undergraduate degree?**

A. No. Just like FEMA courses and stuff like that.

**Q. So I imagine the military has its own training program whenever they put you in a new area?**

A. They have what they call professional development courses. So you start out with officer basic course and you go to captain's career course, and then you do command regional staff college, advanced operations course I did. Constant classes throughout my military career.

**Q. Are you from St. George or did you decide to move there when you were retiring?**

Page 9

A. My parents live in Cedar City, which is 53 miles north of St. George, and they're getting older and we have a family ranch that they needed assistance with, so I looked specifically in St. George so I could assist with them.

**Q. When you applied for a job at SkyWest, do you recall who you interviewed with?**

A. Yes. Casey Madsen, Nichole Chapman. Todd Emerson actually came in on one of the later interviews. The final interview, I think. And the vice president of the department, and I think there was one other. I think it was Jaime Sorensen.

**Q. In what position did you apply for and which position did you ultimately get hired into?**

A. Full time it's usually the employee relations manager.

**Q. And is that the job you had until you left SkyWest?**

A. Yes.

**Q. When did you leave SkyWest?**

A. August 30th. I think it was 2018.

**Q. Did you leave voluntarily?**

A. No.

**Q. What happened, if I may ask?**

A. Well, as I was sitting in SkyWest, there

were some frustrations with some of their policies that I was not used to. The level of taking care of employees that caused some frustration, but ultimately I was offered a job to go back and teach Junior ROTC, and it was going to be about a $30,000 a year raise. They wanted me immediately. I told them I couldn't do that because my daughter was in school and I wasn't going to break up a quarter. This was around, I think, October, and they wanted me up there in two weeks. I told them no. They talked about January 1st. I said that was better, but then they ultimately said, well, how about June 30th. I said that would be awesome. That would give me time to sell my house, all that kind of stuff.

But I actually told my boss, Casey Madsen, that I had that job offer and to keep that in the back of their mind. And, unfortunately, I kind of felt, like, immediately after that things changed with my relationship with Nichole, specifically. I just started getting more -- they started focusing in on all my work and kind of nitpicking stuff, I felt like, that they hadn't before that. Started recording my calls. I don't know if they did all of them. I just know that mine were. But I think all of the employment relationship managers had their



calls started to be recorded.

And, you know, I had -- I tend to -- I can't sit for a long time, so I can get up and walk around and I talk to people, and so I got pulled in and told to, you know, I can't do that because I'm distracting other people. And, ultimately, they brought me back in later on after a couple of cases that I was kind of fighting for the employee and disagreed with, and so shortly after that I got called in and told that I was distracting too many people and put on administrative leave and told I could find another job within SkyWest.

Unfortunately, their policy is if I leave the department, I lose all seniority, so I go to the bottom of scheduling and work shifts and all that kind of stuff. And I just wasn't going to do that, so I did not apply for any other position within SkyWest, and ultimately they brought me in and released me and coded me so that I am not eligible for rehire.

**Q. Thank you.**

**And after -- so you left, you said, August of 2018; is that correct? Did I get that right?**

A. Yes.

**Q. And have you been working since then?**



A. Yes. I worked for Washington County in the Emergency Management Community Services.

**Q. What is your job title there?**

A. I'm the grant manager. I manage the FEMA grant for five counties.

**Q. So that's directly related to some of the training that you had had in the military, I gather?**

A. Yeah. I spent -- I did a lot of contracts and contracting and I was what they call a program manager of millions of dollars of funds throughout my career, so it fits well. This is a lot less money, but they spend it in smaller increments, obviously.

**Q. As the employment relations manager, I want to make sure I have this. Who is your direct boss?**

A. The lead ER manager is Nichole Chapman, and the director, I think, is Casey Madsen.

**Q. Is Casey Madsen a man or a woman?**

A. A man.

**Q. And back in 2016 and 2017, how many employee relations managers did they have, if more than one?**

A. There was five.

**Q. Were you assigned to a particular area?**

A. Yeah. When I first got there, they



assigned me to the pilots, and so there was something like two or 3,000 pilots, and then slowly over time, they started adding on different customer service stations, if you will, which is the baggage handlers and the customer service people at the counters when you check in and do ticketing for different stations.

**Q. As the employee relations manager, particularly in -- well, is that the position assignment to these pilots that you had when you left in 2018?**

A. No. They pulled the pilots away from me right before I left.

**Q. When was that?**

A. Like a month before.

**Q. Did you get a new assignment or were you just sort of what, on admin leave or something?**

A. More customer service stations.

**Q. So particularly in regards to the pilots, Mr. Bryant, what were your job duties as the employee relations manager?**

A. Mostly investigations. There would be allegations of sexual harassment discrimination, breaking pilot policies, reliability issues. So any time somebody had a problem, they would call us. And not everything was investigations, if you will. Some

Page 14

of them are just explaining what the policy is or what the SkyWest stance is on an issue. Lots of travel violations, because we flew standby on SkyWest and other airlines. If there's a problem, they don't like it when you cause effort on our partner airlines while you are flying on their aircraft. So any time there's a report, there was -- they could pull your flight benefits. They could suspend them. They could terminate them. They could actually do discipline base -- I'm not actually sure that there was discipline ever done, but certainly there was some.

And so with pilots, they have to be able to go from their home of record to their domicile, and so sometimes we would let them only fly for work-related travel if there were some travel violations.

**Q. So to make sure I understand, if you got a complaint from another airline about pilot X doing something improper, you would be the person who would investigate and try to either smooth things out or discuss it with the pilot, that type of thing?**

A. Yeah. We were kind of limited on a formal investigation because the employees with that other airline are not our employees, and so we would

Page 15

sometimes not even get a formal statement. Sometimes they would say something like they were rude, but I couldn't even ever get what exactly they said, and so then you kind of had to go off of that. But mainly it was if you had a history, then you tend to believe that kind of stuff.

**Q. So if you got a complaint about a pilot, would you typically then go talk with the pilot?**

A. Not face-to-face. Most of it was over the phone.

**Q. But you would talk to them?**

A. Yes.

**Q. You said you did investigations in sexual harassment and things like that. Did you handle -- and, obviously, we'll look at some of the documents, but did you handle any issues dealing with religious discrimination or religious accommodations?**

A. Not as far as an investigation goes, but I did handle several religious accommodations and other accommodations as well.

**Q. These are requests for accommodations?**

A. Yes.

**Q. When you say "several," can you put an exact number on it?**

A. There's no way I can tell you that.

Page 16

**Q. Would there be some kind of records kept that --**

A. There is a --

**Q. -- where one could look up the number of religious accommodation requests that you have handled?**

A. Yes.

MR. PETERSEN: Hold on. Hold on.

THE WITNESS: We basically entered all of our information on --

MR. STRINDBERG: Just a second, Coy. Scott, I think, has a question.

MR. PETERSEN: Yeah. I just want to object. I have an objection as to the term -- well, I've kind of brain cramped it now, but complaint in that I think it is vague and ambiguous and there's been no foundation laid as to what is meant by that.

MR. STRINDBERG: Thank you. I believe I was asking about if there would be a way to look up the number of religious accommodation requests that he has handled.

MR. PETERSEN: All right. Thank you. I appreciate that. So my objection is as to the term "request" and it hasn't been -- there's been no foundation laid as to whether that is a formal

Page 17

request, informal request, one in writing or otherwise.

**Q. (By Mr. Strindberg) Okay. I'll try to clarify that with him. When you say you handled several religious accommodations requests, Mr. Bryant, are we talking about formal requests where people filled out forms or were they more informal requests?**

A. Any time I got wind of a religious accommodation, you would send them SkyWest's form for accommodation, whether it's medical, religious, all of those kinds of things.

**Q. So when you say you would get wind of it, how would you typically get wind of an issue maybe involving a religious accommodation or a need for one?**

A. Most of the time it was the individual themselves, but sometimes it would be, like, through their manager or in Shane Castle's, I think, came through recruitment.

**Q. You mean Shane Cassell?**

A. Yes. I think that one came to us from recruitment.

**Q. And I had then begun to ask you, would there be a way to look up the number of religious**

Page 18

**accommodation requests you handled, these formal requests that you handled once the person fills in the form?**
A. I believe so. There's a database that we used. We input all the information into that. I don't know what the -- the length and time they keep that, but...
**Q. And you said you couldn't, but I'll sort of again just to make sure. You are not able to put a number of religious accommodation requests you have made or handled, I should say, not that you made, but that you have handled?**
MR. EMERSON: Form.
THE WITNESS: I've been there a period of two years and it's three years, so I can't. I don't keep track of that kind of stuff. We didn't keep statistics for --
**Q. (By Mr. Strindberg) I gather it was more than just a few. Is that a fair assumption?**
MR. PETERSEN: Hold on. Just to be clear, Mr. Bryant. I might have objections. So if I try to -- I mean, if we were in person, it would be a lot easier for me, but since we are on Zoom, let me get my objection out on the record and then you can answer the question if you can, if that makes sense.

Page 19

I'm not trying to be rude, but I'll object to form.
THE WITNESS: I only see you and Erik Strindberg. I don't -- and Lisa Bernardo is on there, too. I don't see anybody else who might be making an objection.
MR. STRINDBERG: It will probably be Scott.
THE WITNESS: Okay. Yeah. I'll keep an eye on it.
MR. PETERSEN: Yeah. And I just want to object. I think it's been asked and answered. It lacks foundation, it's vague and ambiguous.
Go ahead, Mr. Bryant, if you can answer it.
**Q. (By Mr. Strindberg) Well, I had asked, Mr. Bryant, I gather what you are saying is there was more than just a few religious accommodation requests that you handled?**
MR. PETERSEN: Same objection.
Go ahead.
**Q. (By Mr. Strindberg) Go ahead.**
A. I think it is probably less than 20 in a two-year period. But that's a swag.
**Q. Is there a way of categorizing them, like Mr. Cassell, it was obviously an issue of flying on**

Page 20

**the Sabbath, working on the Sabbath. Can you sort of categorize them as to groups, types of accommodations that were being requested?**
A. Are you saying categorize the religious ones or all of the accommodations?
**Q. The religion accommodations. In other words, like one --**
A. I think there was some for dress. I think there was some for tattoos. Whether I handled them directly or indirectly, it might have been a flight attendant. I can't remember.
**Q. Okay.**
A. Head gear. That kind of stuff.
**Q. And do you remember, was Shane Cassell's request, which involved, I guess, sort of a -- I'll say a scheduling issue, was he the only scheduling issue one that you handled?**
A. It was a couple Seventh-Day Adventists, I believe.
**Q. And they were all pilots?**
A. Yes. I handled, I think, one in customer service, but I don't even know that I worked that one directly.
**Q. The Seventh-Day Adventist pilots who requested accommodations, do you know, besides**

Page 21

**Mr. Cassell's, do you know the outcome of any of those requests?**
A. They were all very similar in nature as far as, you know, we can't guarantee you're not going to be scheduled for a Saturday. They couldn't guarantee anything as far as that goes, but we did offer them all the tools available, and as far as trades, drops, trying to bid out of working on a Saturday, I think that's -- they were very, very similar.
**Q. Do you know, did these other Seventh-Day Adventist pilots, did they end up going to work for SkyWest or staying with SkyWest? Do you know the outcome of any of those?**
A. I don't know any that made it through training.
**Q. Why weren't they able to make it through training, if you know?**
MR. PETERSEN: Objection, lacks foundation, speculation.
**Q. (By Mr. Strindberg) Go ahead, Coy.**
A. The primary issue was the Friday evening, similar to Shane Cassell's. I think some of them started and didn't even really make a large attempt, being they came the first two days and just said this

Page 22

isn't going to work and left. I'm aware of one that really tried to make it through and I think he had a difficult time with the simulator training in Denver, because the schedule for that was so weird.
**Q. When you got these requests for scheduling issues, who would you go and talk with about them?**
A. Primarily, it was -- to start out with, it was the instructors. Jake Whicker, primarily. And just kind of, one, I had to get what does the scheduling look like during training. I've talked to the schedulers upstairs about it and how the bid system -- I had to get a good grasp on how the bidding system went. Seniority. And then the simulator training, I think I got a grasp on how they came up with the different periods of time and how the seniority worked for which shift you were going to do your simulator training on.
**Q. Who were the -- when you say "the schedulers upstairs," who are you talking about?**
A. Well, primarily the scheduling for regular nights and their flight schedules, I needed to know what that entailed. And so there's a domicile bidding process that you choose which domicile you were going to bid. It's usually about every 30 days, I believe. And they would put it out to bid and

Page 23

people can switch domiciles if there's positions to be had in different places, vacancies. And then they can bid for it based on their seniority and they were either accepted or not. And so, some domiciles are more lucrative on both the number of hours flown, so they like that, or they are -- just the routes they did, people liked them different. For a variety of reasons, people wanted to change domiciles and so they would bid for those. And so crew scheduling is where I went up to. There's one lady, and I cannot remember their name, that I talked to specifically about that and other seniority items.
**Q. This lady's name you can't remember, do you recall what position she held?**
A. I think she was -- she sat out right outside the director's office, but I can't remember her title.
**Q. How would you describe her age, hair color, things like that?**
A. Light hair, I think. She was usually sitting down, so I couldn't give you a height, but I'm going to say probably 35, maybe.
**Q. Okay.**
A. I could probably offend somebody real fast there, but...

Page 24

**Q. We won't disclose it. Regarding the training, was there someone in crew scheduling who handled the training schedule?**
A. I don't know that their schedule really changed, because I think they all pretty much had a similar schedule through that, but that was all decided on seniority. And from my understanding, we had some came dates in the SkyWest program that would gain some seniority before ground school started and they would have a little bit higher priority, but the majority of everybody else just used the Social Security number. A digit in their Social Security number. I think it was the first -- the fourth digit or something like that. I don't recall exactly. And so then they were based on seniority. And so everything from there was, hey, we've got to do, say, simulator training, here's the shifts that are available, and then go through and bid on them and the highest priority gets first pick, all the way down.
**Q. When you got some of these requests for accommodations, did you try to talk with anyone about somehow changing the way, like, the simulator classes were assigned, the simulator times were assigned?**
A. Yeah. Specifically, there was a couple

Page 25

that I talked to about, hey, what can we do to make it a little bit easier for people that have an accommodation request. And the way it was explained to me is they pair up with a partner and they'll do the simulator with your first officer, you're the captain and then they switch and do that. And so they would have to go through that same process with the same. So they color coded the teams, so there was like an orange team, a blue team, a yellow team, or whatever, and you stayed with your team throughout that whole process. And so, when the simulator schedule would come out, they would have all these blocks of time assigned to a different group based on color coding. And so you were limited to being able to switch between your two people, being the first officer or whatever, to pick the time in that simulator that was available for your color code. It was not -- I was told it is not impossible to switch groups, but very difficult. And a lot of that, usually they switched groups primarily if somebody fell out and you didn't have a partner and so you had to switch groups to get paired up with somebody.
**Q. You said you talked with people about whether they could change groups. Do you recall who you talked with about that?**

Page 26

A. Oh, certainly, Jake Whicker, I did. I know Dave Moxham, I did.
**Q. What is Dave's last name again?**
A. Dave Moxham. M-o-x-h-a-m, I believe. And he oversaw the entire instructor piece, I think. I'm not sure what his title is.
**Q. Anyone else you talked with?**
A. I had several discussions with the people in Denver at the simulator and I can't tell you who. I can't remember the names. Different instructors sometimes.
**Q. Do you know, did SkyWest own the simulators in Denver or were they leasing them or renting them from some other company?**
A. I was told it was based on availability to lease.
**Q. Okay.**
MR. PETERSEN: Say that again. Sorry. I didn't hear that.
THE WITNESS: I was told it was based on availability to lease. Meaning several airlines use the same simulators, is what I was told, so as spots became available, they would buy that time for the simulator. And that's why the schedule was so tricky.

Page 27

**Q. (By Mr. Strindberg) Other than simulator training, was there any other part of the training program that the trainees bid on, if you know?**
A. Not that I'm aware of, honestly. I don't know if they bid on everything from seat selection in the classroom. I have no idea. I can't think of any.
**Q. As an employee relations manager assigned to pilots, did you have anything to do with the hiring process?**
A. No.
**Q. Who handled the interviewing and hiring?**
A. Oh, they had several recruiters in recruitment and that over time they swapped out and different things. I think it is pretty grueling on them because they traveled a lot to go to different job fairs and interviews and different stuff like that. But there was -- some of them I didn't ever even meet because there was recruitment that, I think, that does all the paperwork stuff, and then there is recruitment that does all the pilot specific understanding, questioning, that type of stuff, that a lot of them I didn't even meet. So there's probably four or five in recruitment that I was aware of.

Page 28

**Q. And Employee Relations, is it part of a bigger department?**
A. Yeah. The People Department. So recruitment belongs to the People Department. The public affairs, I believe, belong to the People Department. And the onboarding is the People Department. Drug and alcohol testing, medical is part of the People Department as well.
**Q. What does onboarding refer to?**
A. That's getting all of your documents, your W2, your Pilot Records Improvement Act paperwork, getting all of that so that you can actually start work. So they do like a Welcome to Sky West Day, and so...
**Q. In 2016 and then into 2017, do you know where the new pilots were being assigned, which domicile?**
A. You know, it changed frequently, so I would get some kind of -- like, for instance, if they're starting a new domicile, they would kind of push them towards there, or just so they could fill that domicile up and get flying out of it. I think Detroit became available while I was working there. And then sometimes it's the aircraft change. So, for instance, Seattle changed the type of aircraft that

Page 29

they were flying so the pilots would have to either fly out of a different airport or get trained on a new aircraft. So some of that happened. But there was -- there was, I don't know, how many domiciles changed, but I think we picked up more than we lost while I was there.
**Q. Do you know who would make the decisions as to which domiciles to assign the new pilots?**
A. I'm pretty sure crew scheduling and Flight Ops would primarily.
MR. PETERSEN: Let's go off the record for a second.
(Discussion off the record.)
**Q. (By Mr. Strindberg) Mr. Bryant, did you print out the exhibits? Do you have them in front of you?**
A. I do. But I printed them before they got labeled which exhibit is what, so...
**Q. And some of them didn't get labeled. I don't know why.**
MR. PETERSEN: Did you send me a copy?
MR. STRINDBERG: I didn't, Scott, because virtually all of them, except for a few, are exhibits we've used before, so I figured you had them.
MR. PETERSEN: All right. But you will at

least identify them by Bates number so I can look at them.

MR. STRINDBERG: Yes.

Okay. Let me see. Give me a few seconds here. Let me see what I can do as far as pulling these up.

MR. PETERSEN: Can we take a quick break really quick?

MR. STRINDBERG: That's fine.

(Break)

**Q. (By Mr. Strindberg) Can you see this Exhibit 13 that I have up?**

A. Yes.

MR. STRINDBERG: Which, Scott, is SkyWest 26.

MR. PETERSEN: All right.

**Q. (By Mr. Strindberg) Mr. Bryant, this is an email dated 10 -- well, it's hard to say. September 1, 2016. There's another date on it on the other side. That's why I was confused. It's from Spencer Hinckley to you. Who is Spencer Hinckley?**

A. I think he's a recruitment specialist.

**Q. And do you recall receiving this email from him?**

A. Absolutely. Yes.



**Q. And in the second line, it says, "We have scheduled him into a CTP class that will allow him not to work on Saturday."**

**Do you know what Mr. Hinckley is referring to?**

A. That's a little bit of a pilot class common something. I don't know. But it happens before they come to SkyWest, before they actually onboard them. So that was completely out of -- we never had an issue with CPT, but they have to have it to be hired, and so -- but, again, it was never an issue because they don't -- they don't work on Saturdays.

**Q. And it says, "I wanted to give you a heads up so you can have that conversation with him."**

**Did you, after receiving this at some point, have a conversation with him about --**

A. I called him.

**Q. You called Shane?**

A. I did. So I explained to him what -- and then I -- shortly after that, I told him I would send him the forms for the religious accommodation, and that's what -- that's kind of what started this whole process.

**Q. Tell me a little bit more in detail. You**



**said you explained to him. What did you explain to him?**

A. I explained to him that -- what the reason I was calling, number one, and who I was, and what the role was. And that I would be leading the request for the accommodation and that I would need him to fill out the paperwork to explain to us exactly what he is asking for as part of that. And so that's when I sent him the forms.

**Q. Let me see if I can -- I've managed to download it twice. Okay. I pulled up previously marked Exhibit 6, which is SkyWest 17, 18, and 19. Do you have those, Mr. Bryant, or should I scroll through this so you can look at them?**

A. I don't see it on the screen. I can -- if you tell me what it is, I can probably find it.

**Q. Let me see if I hit the download button what happens. Can you see it now?**

A. Just the email is what I'm seeing.

(Discussion off the record.)

**Q. (By Mr. Strindberg) So this is an email. The bottom one is from Shane to you, Mr. Bryant, and I gather Mr. Cassell included this Employee Request for Religious Accommodation form?**

A. Yes.



**Q. Is that the form you sent him?**

A. Yes.

**Q. And after you received this form from Mr. Cassell, what did you do? Did you go talk with anyone? What was your next step?**

A. Yeah. That's when I talked to both Nichole and Casey and they helped craft a response email that I sent. And so the response basically said that, you know, we can't grant you a specific accommodation, but we will offer you all the tools available to swap, schedule change, bidding, all that kind of stuff. And then I asked him to sign the Memorandum of Agreement.

**Q. And did Nichole or Casey explain to you or say why it was not possible to grant his specific request not to be scheduled on Saturday?**

A. It was kind of explained, and I can't remember exactly who, because I also brought his supervisor, which was Jake Whicker, in on that process as well, and basically explained that's very common for people to be scheduled on Saturdays. And that was going to be a tough road to be able to avoid, but here's the tools that every pilot at SkyWest is afforded to get out of shifts that they don't desire to work.

**Q. Was there any discussion, though, about providing him something that went beyond the usual tools?**
A. Everything that I recall was the Pilot Policy Manual didn't allow us to offer him anything above that.
**Q. And do you recall what part of the employee policy manual that --**
A. I don't have a copy of it. I couldn't review that. There's no way for me to tell you what part. But, essentially, the agreement between the pilots, SAPA and management was agreed upon, and that's what it was.
**Q. But you do recall, then, discussing it with this Nichole, Casey, and with Jake Whicker?**
A. I do. It was more about what my response would look like.
**Q. Did you ask them why they couldn't provide a guarantee that he wouldn't be scheduled on Saturdays?**
A. I talked a lot --
MR. PETERSEN: Sorry. Hold on.
THE WITNESS: No, that's okay.
MR. PETERSEN: Objection, asked and answered.



Okay. Go ahead.
**Q. (By Mr. Strindberg) Go ahead.**
A. I talked a lot about not specifically this particular issue, but it was more in general of why isn't SkyWest making a better focus on improving the quality of life for their pilots.
**Q. And who did you have that discussion with?**
A. Oh, I talked to Roy Glassey. I talked to Casey. I talked to Nichole. I talked to Nichole a lot about this on a different variety of subjects of how we could do a better job of making the time at SkyWest better for every employee. It was just throwing ideas against the wall to see what maybe would stick, because there was, my opinion, we had a pretty good loss of pilots jumping to go to other airlines that I was shocked of the numbers.
**Q. When you say "quality of life issues," what kind of issues do you recall discussing with them?**
A. Community, number one. Trying to get people closer to their home of record, to a domicile close to their home of record. I think that would help with retention. I talked about military leave on why the pilots that are in -- also in the Guard and Reserve wouldn't provide their schedule to



SkyWest earlier. That if they would, one, it would alleviate a lot of pressure on the reserves that SkyWest leaves at airports. It would also help with retention, and it would also make it so that the scheduling would be easier because they would know what the military schedule was before they posted their schedule. But primarily it was -- the biggest issue that I always got from pilots when I asked about quality of life is it's hard to trade out of some shifts. Very hard.
**Q. Did you have some idea how to make that easier?**
A. Yeah. I tried to present, hey, what if we give people more seniority if they're bidding on their domicile within 100 miles of their home of record, what would that look like, can we get the pilots association to sit down and discuss it. And so I was told to go do some research, so I did.
**Q. And how did you do that research?**
A. Well, I went up and talked to that lady in crew scheduling and said, hey, next time you do a bid, I would like you to run the numbers and see how much higher somebody sits on the priority list if, say, you give them ten seniority points if they live within 100 miles. And so, shortly after that I was



told, hey, I got a call into Casey's office and asked why am I trying to re-write the policy manual, which is not what I was trying to do, but I was told to stop, so I did.
**Q. Who originally told you to do that type of research?**
A. Casey gave me the green light to find out. So I did a little bit of research on length of time people worked at SkyWest, what our loss rates are. I did some -- pulled some numbers on, you know, how many people commute and what their shifts look like, and so -- but ultimately when I got upstairs, it got shut down pretty fast.
**Q. And you say Casey told you to stop that research. Do you know if Casey was instructed by someone?**
A. Yes.
MR. PETERSEN: Hold on. Objection, calls for speculation, lacks foundation.
Go ahead.
THE WITNESS: I was told specifically Roy Glassey called Casey.
**Q. (By Mr. Strindberg) In this conversation --**
A. Let me clarify. It was either Tracy or

Page 38

Roy, but it came from upstairs. One of those two.

**Q. And this research you are discussing, these conversations with Casey, can you put a date or an approximate date on them?**

A. It was -- really it started maybe a couple of months after I started and it was -- primarily it was from when I would go out and talk to pilots when I was traveling to go either to a termination board, sit on those boards, and then I had the SAPA representatives there and I had management there and I had peer pilots there, and I would ask them, hey, what can SkyWest do to improve your quality of life, and the majority of them all said give me more flexibility on the schedule.

**Q. This quality of life issue, did that include at all making accommodations for religious practices?**

A. I don't think we've discussed specifically that topic because it wasn't one of the ones that the pilots talked about the most. It was primarily what I focused really is trying to figure out how to -- other than monetary needs, everybody wants more money, you know, kind of thing, but what are some of the non-monetary things that we can do to improve the quality of life. I mean, we did talk about

Page 39

separation pay, that kind of stuff, as one of the other subjects. But that's near and dear to me, because I went through what they call a 15-6 investigation in the military because my commander was considered a toxic leader, and so the quality of life was very poor and the morale as well and all that kind of stuff, and so that was something that I tagged onto and so I wanted to kind of explain why that is important to a company. That kind of stuff.

**Q. And I'm not even going to try to pull it to up to save time, but the email we looked at where Shane sent you his Religious Accommodation form, on the top of it you wrote back to Shane, "The other pilot that has requested an accommodation is Mikhail Belov."**

A. Belov.

**Q. Yeah. "He gave me permission to disclose the information to you in hopes that you can coordinate your schedule."**

**Do you recall what kind of accommodation Mr. Belov had requested?**

A. The same. It was a religious accommodation. And I can't remember the religion for sure, but it was the same time frame, their Sabbath. And so my recommendation was for him to pair up with

Page 40

somebody that had the same concerns so that when they bid, they're bidding together as a pair as they go through that process.

**Q. So, Mr. Belov, even though you don't remember his religion, he considered Saturday to be his Sabbath as well?**

A. Certainly.

**Q. Let me share my screen. Can you see what I shared now?**

**It doesn't have an exhibit number on it, but, Scott, this has been marked as Exhibit 14 and it's SkyWest 00021.**

**Mr. Bryant, can you tell us what that is?**

A. That's the Memorandum of Agreement that we asked him to sign, along with Jake Whicker, and that's kind of the final step in this religious accommodation meeting. This is what we're offering him, and so in order to complete that process, we needed him to agree with what is written on the Memorandum of Agreement. That's the email, the memorandum I was talking about that I talked to Casey and Nichole to help craft the wording on that response.

**Q. You say in the middle paragraph there, "It has been determined that we are unable to honor the**

Page 41

**specific request with work scheduling."**

**That's referring to his request that he not be scheduled from Friday sundown to Saturday sundown; is that correct?**

A. That's correct. Essentially, he was going to get a schedule based on historical information that almost everybody has to get scheduled at some point for a Saturday. But what we could offer him is here's how you -- here's the tools that would be afforded to you to be able to avoid actually working that shift on a Saturday, that you can trade, you can swap schedules, and you can bid for less than desirable routes.

So, for instance, most of the routes are four-day trips and so they could say, well -- every pilot has a different priority. Some want to fly lots of hours to get their hours built up so they can make captain soon, so they can jump to the major airline sooner, and some are doing it because they want to make more money, they want to fly more hours, and others are just kind of, hey, I just want to maintain my flying, but not be over-strenuous about it. So there's people out there that would want to drop their shift and not work it and not get rescheduled for another shift, therefore, it's a

Page 42

drop. You know, they drop theirs, that kind of stuff, and somebody else picks it up.
**Q. These tools that are identified there that I just highlighted, those are the tools that are available to all pilots who work for SkyWest, correct?**
A. That's correct.
**Q. And just so I'm clear, a drop is when a pilot just simply drops a shift or is it --**
A. Yeah. They drop it and don't get reassigned. There's a lot of reasons, whether they're ill, military leave requirements, they're going to drop that shift.
**Q. If a pilot were to drop a shift, and this maybe goes to the next paragraph here, unexcused work assignment. If a pilot were, back in this same time, 2016, 2017, what happened if they just dropped a shift, and it wasn't because they were sick or it wasn't because they had military service, they just didn't want to fly, what would happen?**
MR. PETERSEN: Object, lacks foundation, speculation.
Go ahead.
THE WITNESS: Essentially, it would be addressed by the Flight Operations reliability

Page 43

program, which is what it says there. And so they keep track of all the reliability issues by every pilot in a database or on their personnel record and that can -- so you can see a pattern, if you will, of how many reliability issues. The ones that get high reliability points are subject to suspension and disciplinary action and potentially termination.
**Q. Do you know what constitutes an unexcused -- the dropping of an unexcused work assignment?**
A. If they don't -- if they're sick, it's not necessarily an unexcused absence, but if they do it on a repeated basis, they start looking at them closer, and sometimes they require medical documentation. But if they don't call, then it's certainly a drop, you know, and it's a reliability ding. If they're late, it's a reliability ding. And if they -- sometimes you have personal issues that just arise and they just drop, so...
**Q. Was there some, if you know, did flight operations have, like, some metric that you couldn't fall below, like, you had to show up for 90 percent of your scheduled flights? Do you know if they had any metric like that?**
A. I know it was all handled by, primarily, Roy Glassey. He was kind of pushing things to the

Page 44

chief pilots. But as far as a formal written document, I'm not aware of any.
**Q. When you say "chief pilots," these are the chief pilots at the domiciles?**
A. Correct.
**Q. Did you, at some point, learn that Mr. Cassell was leaving the training program in 2016?**
A. Yes. I got a call from him. I was actually in, like, Kentucky at the time, trying to get home, at the airport, when he called me and told me there was a conflict with their matrix training on a Friday and it was going to go until six p.m. and the sun sets at five. So I hung up with him and called Jake Whicker, asked if they could shift that timeframe to an hour earlier, so if it ended earlier, it would fit. He said he would check and call me back, and when he did, he came back that, no, they're unable to do that because it would be -- you would be affecting others than just him, and so that's why -- that's the answer I was given.
**Q. Did Mr. Whicker -- excuse me. Go ahead. I interrupted you.**
A. So when I called Mr. Cassell back and explained to him that wasn't something we could do, he's, like, well, what do we do, you know, I'm not

Page 45

going to be there? And he told me that he was told that if he didn't show up that he would be terminated. I'm not sure if it was that phone call or a later phone call, but we had the discussion of, well, that's unfortunate, but the time change right about that same time frame in October, I believe. So if the time had not changed, 6:00 would have been the sundown time and he would have been fine. At that point I told him, you know, if you run out of options and they are going to terminate you, then you might be better off resigning and coming back in the spring when the time change wouldn't affect that Friday course, and then we could at least get you through that portion of the training.
**Q. Did Mr. Whicker, when he called you back, did he explain what he meant by it would "affect other people"?**
A. Just that, you know, it was kind of told that we can't do that for everybody who's got a minor conflict and make all these changes. And part of it was the time frame involved was -- I think it was like a Tuesday, Wednesday, and there was very little time to make any adjustments. I don't know if it was an instructor issue, if it was other students. I don't know. It was, we just can't accommodate that

Page 46

request on such a short timeline that wasn't -- it wasn't on anybody's radar, as far as I know, up until that point, so I don't know.

**Q. Mr. Cassell testified that this matrix training took place after the classroom training that day. Did you have any discussions with Mr. Whicker about possibly starting the classroom training an hour earlier in the morning?**

A. Yeah. I talked to -- because, at that time, I thought this was part of the normal schedule. I didn't even know that they -- the typical day ended at 3:00. I thought they went, you know, eight to five, nine to five, kind of thing, throughout the whole two-week process. So I was unaware that this is an add-on, if you will, to the day's instruction. So that's why it wasn't on my radar as far as something that was going to be a conflict. And so I don't know exactly why, but they certainly were not going to shift the entire schedule for the entire class to start an hour early. That was inconveniencing too many people and --

**Q. When you said, "they weren't going to," are you referring to --**

A. Jake.

**Q. -- Mr. Whicker?**

Page 47

A. Yeah. That's what -- I know that Jake had discussions with other people, but that's what he told me, is that they're not going to -- SkyWest is not going to shift it for one person.

**Q. Other than talking with Jake Whicker, did you talk with anyone else at SkyWest about possibly trying to accommodate Mr. Cassell regarding this matrix training?**

A. I talked about what's the plan in the future. Are you going to schedule that Friday earlier that so everybody who has this similar issue doesn't have that same problem, and I don't think that it really ever got very far with that. But certainly there was discussions with Roy Glassey, Dave Moxham, Jake Whicker, and I know there was another instructor out of Denver that we talked to, but I can't remember his name, but it was formal written up.

**Q. These are people you talked with about possibly changing slightly the training schedule?**

A. At some point, but I don't know if it was before or after the termination.

**Q. You used the term "we talked with." Was there someone else in Employee Relations besides you who was also talking with these people?**

Page 48

A. Well, I know that Casey and Nichole got in on some of the discussions, but I can't tell you specifically.

**Q. Did anyone, Mr. Whicker, Mr. Glassey, Mr. Moxham, ever explain to you why it was not possible to shift the matrix training an hour earlier on the Friday?**

MR. PETERSEN: Hold on. Objection, asked and answered, speculation.

Go ahead.

THE WITNESS: Everything was handled behind other doors, meaning it was within Flight Ops and the instructor pool, so I don't know what the discussions were about that at that point.

**Q. (By Mr. Strindberg) And they never gave you an explanation, is what I'm asking?**

MR. PETERSEN: Hold on. Objection, asked and answered.

Go ahead.

THE WITNESS: Same answer. The only explanation I got was they're not going to inconvenience the entire class for one person.

**Q. (By Mr. Strindberg) Just a second here. I thought my skills were improving expedientially about this screen sharing, but I fear they're not.**

Page 49

**Mr. Bryant, when you had these discussions with Mr. Whicker, Mr. Glassey, Mr. Moxham, was there any discussion about whether starting the class earlier and ending it earlier was an inconvenience?**

MR. PETERSEN: Hold on. I'm going to object, asked and answered, speculation, lacks foundation.

Okay. Go ahead.

THE WITNESS: I think the only -- the primary one for Mr. Cassell was that the time frame from the time of notifying that there was an issue to the time of execution of that matrix class was so short and it certainly wouldn't cause everybody in the class to reschedule their date.

**Q. (By Mr. Strindberg) Right. And I understand that, but in regards to these general conversations you described, was there any discussion about whether planning to do that in the future, shifting the schedule slightly, would be an inconvenience if it had been planned out ahead?**

MR. PETERSEN: Objection, lacks foundation, speculation.

Go ahead.

THE WITNESS: I did ask the question of maybe we should plan it out ahead of time so it can

Page 50

end by 5:00 for everybody for every future class, but it never really went anywhere, to my knowledge. I don't remember if I got an explanation why not.

**Q. (By Mr. Strindberg) Again, this doesn't have a label on it. This is Exhibit 5. SkyWest 38 through 39. It starts with an email from Shane Cassell to Jake Whicker. He's asking, "I'm emailing you just to clarify what happened Wednesday afternoon regarding my resignation. As you may recall, in October I submitted a request for religious accommodation regarding my need to have Friday sundown through Saturday sundown free from training and work. SkyWest made accommodations by scheduling me in a different CTP class as well as," and it goes on from there. I won't bother reading it. You certainly can.**

**Did you get a copy of this, or did you at some point see this email that Shane had sent to Jake Whicker?**

A. Yeah. But I don't recall when I saw it. But I did see that and that was kind of, okay, did he resign or not kind of thing. We went through that process. Is he still in class? All those kinds of things. But as far as I didn't see anything in this email that said that it was going to change anything

Page 51

with his current situation, so I waited to see --

**Q. I apologize. Go ahead, Mr. Bryant.**

A. I was kind of waiting to see if he was withdrawing his resignation and trying to continue on, but shortly after that is when I found out, no, that he did, in fact, resign.

**Q. And then this top part is an email from Jake Whicker to Shane Cassell and you and Dave Moxham are listed. I notice here it has your name up there. Does that mean this was printed from your email account, if you know?**

A. I don't know.

**Q. Do you recall receiving a copy of this email that Mr. Whicker was sending to Mr. Cassell?**

A. Yes.

**Q. Did Mr. Whicker talk with you about it before he sent it?**

A. No. Not that I recall.

**Q. Did Dave Moxham talk with you at all about a response to Shane Cassell?**

A. Not that I recall.

**Q. After you received a copy of this email, which is Exhibit 5, did you have any discussions with Mr. Whicker about the particular situation, this Friday class, other than what you have told us? I**

Page 52

**don't want you to repeat yourself.**

A. Like I said, the only thing that I got from this email was did he, in fact, withdraw his resignation and were they going to do anything to allow him to stay in the class, and then shortly after that, I believe we got his termination paperwork.

**Q. Did you try to contact Shane yourself to ask him what was going on?**

A. I'm sure I did, but I don't -- I can't recall what was discussed about this specific email. I had multiple conversations on the phone with Mr. Cassell throughout this whole process, but specifically about this one, I can't recall.

**Q. Did you keep a log or anything of your phone calls?**

A. I did not keep a log. I kept notes that are in the database.

**Q. So when you would have a conversation with someone like Shane, you would make a note of it and put it in the database?**

A. Yes, typically. Sometimes it would be the next day or a couple of days later, whatever, but that's typically -- typically we would make handwritten notes and then I would upload those into

Page 53

the database.

**Q. And what was the database called?**

A. I just -- I can't recall. It's a third-party vendor that we used, and then I know they changed vendors or they changed the program later on, but I don't recall the name of the program.

**Q. And when you say you made "handwritten notes," what would you do, scan them into the system?**

A. No. I would type them in off my notes.

**Q. And do you know when you did that, were they what, arranged by person? In other words, could you pull up a file that said Shane Cassell and have all the notes pertaining to conversations that --**

A. There's a case number assigned to Mr. Cassell in that situation and any documents or anything like that pertaining to that, so we did have the ability to scan and upload. We had to go in and type in notes in different fields, all those kinds of things. I can't say that every conversation is in there, though.

**Q. This Exhibit 5 we just looked at says on the top, "Attachments Cassell_51321_Religious_Accom." Is the 51321 the case number?**

A. It very well could be.

Page 54

MR. PETERSEN: Object, speculation, lack of foundation. He said he didn't know, it could be.
THE WITNESS: Oh, wait. 51321 is his employee number.
**Q. (By Mr. Strindberg) Okay. So in this database you're talking about, there would be a separate case number?**
A. Yes.
MR. STRINDBERG: Why don't we take, I don't know, a nine-minute break here and come back. I have it's 26 after two. Let's come back at 2:35.
THE WITNESS: Okay.
MR. STRINDBERG: Is that okay?
THE WITNESS: Yeah.
MR. STRINDBERG: And I think just stay on and mute yourself.
(Break)
**Q. (By Mr. Strindberg) We have just been talking, Mr. Bryant, about 2016 and how Mr. Cassell started with the training program and then because of this matrix scheduling changed, left SkyWest. Is there anything else you recall about that period, that 2016 period, that you haven't told us about?**
A. I don't think there's anything significant.

Page 55

**Q. And, of course, I meant in regards to Mr. Cassell. I'm sure there was a lot happening in your life. When is the next time or the next thing you heard about Mr. Cassell?**
A. I got an email from Chandler, I think her last name is Larsen, that he had reapplied and that they were aware of the issue that he had before, but he did well on his interview and all his scores and everything, so he looked good and was going to come back. Which is exactly what I recommended he did.
**Q. What you had recommended to Shane?**
A. I recommended him coming back after his termination and -- because they did leave him rehire eligible. Have him reapply in the spring when the time change was more beneficial to him.
**Q. Let me try to, again, share a screen with you. No. That's not it. I apologize.**
(Discussion off the record.)
MR. STRINDBERG: Do you guys see Exhibit 30?
THE WITNESS: Yeah.
**Q. (By Mr. Strindberg) I have put these in date and time order. The bottom is an email from Monica Polad to Jaime Sorensen and Chandler Larsen about -- well, we can tell from the top it's**

Page 56

**apparently about Shane. Who is Monica Polad?**
A. She's kind of the senior recruiter.
**Q. And Jaime Sorensen?**
A. He's the director of recruiting.
**Q. Chandler Larsen?**
A. He's a recruitment specialist.
**Q. And then this top part is an email from Chandler back to Monica and Jaime. It says, "Oh yeah Coy and I have already talked about him because I knew they were going to regret him."**
**What does it mean to "regret him"?**
A. Basically, that you get the letter that says we regret to inform you that you weren't selected.
**Q. And then he goes on to say, "Coy even called Ian and explained how he could make it work and how we can't discriminate based on religion, how we've hired others in the same situation,"**
**Is that something, the sentence I just read, the information in there, is that something you had told Chandler at some point?**
A. Yeah. We had a discussion.
**Q. It says you called Ian. Who is Ian?**
A. Oh, I think he is one of those pilot recruiters, meaning I didn't really work with Ian

Page 57

very closely. He was a -- I think he's a line pilot at some point, and so he's the one that asks the specific questions about their piloting skills as part of the recruitment. And I don't know that they do that full time. I think they do that in addition to their other flight schedule or they have a limited flight schedule and then they do that.
**Q. And did you explain either to Ian or to Chandler how -- well, I guess, I don't understand. Did Ian explain to you how he could make it work or vice versa?**
A. I explained to Ian that the conflict that he had back when he first applied was no longer existing because of the time change and that it would be good to be able to get somebody through that training process with this type of a scheduling conflict to see if the tools available to him, they could make it work. I don't know, at this point, I was aware of anybody who had made it through the training with a specific scheduling conflict that made an attempt to trade out of their date, their scheduling conflicts.
**Q. So you thought --**
A. Everybody up to this point had washed out or resigned before they completed training.

Page 58

**Q. Is that what you told Ian or did you tell both Ian and Chandler that?**

A. I'm sure I talked to both of them about it, but specifically, I can't be sure.

**Q. So you wanted SkyWest to hire him, get him through training so that Shane would then be able to determine if he could make his schedule work to avoid working on the Sabbath. Is that what you are saying?**

A. I think it would have gave us more information to be able to see what that looked like. At this point, like I said, I'm unaware of anybody that had that specific problem make it through training.

**Q. When you say, "how we can't discriminate based on religion," I gather you are not trained as a lawyer. Did you feel that not hiring him would constitute discrimination? Is that what you are saying?**

MR. PETERSEN: Hold on. I'm going to object, calls for a legal conclusion, speculation, lacks foundation.

Go ahead.

**Q. (By Mr. Strindberg) I'm just asking Mr. Bryant to tell us what he meant by that.**

A. My biggest concern was we would end up doing what we're doing right here. And we can't discriminate based on religion. However, in his case, it was not just -- it was the ramifications of his scheduling that was what they were trying to use, and it was a deeply held belief by Mr. Cassell. I believe that wholeheartedly. I respect him for it. I'm not sure I have that same fortitude to be able to resign a lucrative job specifically because of my religion. And so, you know, I had some pretty good opinions of his character based on that. But other than that, I don't think that it was specifically discriminating based on religion, but it just happens to be that's what their religion calls for.

And so, I thought it would have been good for SkyWest, as well, to see that, especially in these times when pilots are short, and they were recruiting heavily in trying to keep up with the demand, to try and figure out a way to where we can open up the window for a lot more applicants. And if we happen to be the only airline that could figure that out, then I made a statement that every Jewish, every Seventh-Day Adventist pilot would come to SkyWest to begin their careers because we've proven that they could do it. But I think it's kind of an industry thing, so...

Page 59

Page 60

**Q. The last sentence says, "Based on conversations Coy has had with Shane we will probably have to get Todd in the loop."**

**Do you know, was Chandler -- or, if you know, was he referring to Todd Emerson?**

A. Absolutely, no doubt.

**Q. Let me see. I always feel like this is an adventure in something here. That was Exhibit 30 that we were just discussing. Let's see how this one works now.**

**Mr. Bryant, do you recall receiving this email from Chandler? I will represent to you it has been marked as -- previously marked as Exhibit 31.**

MR. PETERSEN: What is the Bates number on it, Erik?

MR. STRINDBERG: SkyWest 5.

MR. PETERSEN: Okay.

THE WITNESS: I do remember seeing this. At this point, it really did get into Todd Emerson's hands and trying to figure out what exactly do we do at this point. Because there was multiple back and forths with Mr. Cassell as far as what it was that SkyWest wanted in writing for him to say to get past that point to where he was actually brought on board again. And everything that I recall was they specifically wanted him to say that he would work Saturdays, if he could not use all the tools available and he still had that Saturday to work, what he would do. And the only change from that stance was when he sent the letter that said that, certainly, if he had a delay -- that was the other concern was, if they have a delay somewhere, it was going to get him back after dark, after sunset on a Friday, what would he do. Is he going to leave the passengers stranded? Are we going to have to make sure we have additional reserves available for his routes, or all those kinds of things, and he basically said, no, I will make sure that I will finish that leg of my trip, but he would not fly out the next trip if it would intervene with his schedule, because then you don't have passengers sitting on a plane on a delay.

**Q. (By Mr. Strindberg) You said that SkyWest wanted him to say that he would fly on the Sabbath if he could not avoid doing so by using the tools that SkyWest had provided him. Who told you that?**

A. My computer just -- are you there?

**Q. We can see you. You are muted, Coy.**

A. Now I'm there. Okay. I know I had a specific conversation, multiple conversations with

Page 61

Page 62

Roy Glassey over what the verbiage had to say to meet the standards. And it was, what does he do if he has a conflict with a delay and what is he going to do if he can't -- if he's going to be scheduled there. And he flat out said, I will not work a Saturday, and so that's where it got left. And then they ended up regretting him.

**Q. But are you saying that -- was Roy Glassey telling you that he also wanted Shane to say that he would fly on the Sabbath if these tools that you had identified in your letter from the previous year were insufficient to allow him to reschedule around the Sabbath?**

MR. PETERSEN: Hold on. Objection, vague and ambiguous. I'm not quite sure what your question is.

**Q. (By Mr. Strindberg) Well, you had said -- let me rephrase it. Thank you, Scott.**

**You had said that SkyWest wanted him to -- "him" being Shane, wanted Shane to guarantee that he would fly on the Sabbath if he was not able to schedule around it using the tools that SkyWest had provided you, provided him. Is that what Roy Glassey told you?**

A. Yes. That if he's not willing to put that

Page 63

in writing, that he would fly that route or work that shift that he was unable to work around with all the tools, what does he do if it's, you know, I'm not coming into work, then he wasn't going to be rehired.

**Q. Did anyone besides Roy Glassey tell you that?**

A. Not specifically. But I do know that when he sent the letter saying what he would do on a delay, I was told that's not good enough. He needed that other statement on there, and he didn't -- would not do that.

**Q. Chandler said that they needed to get Todd involved in it. Did you have any conversations with Todd --**

A. Yes.

**Q. -- about Mr. Cassell?**

A. Yeah. I had multiple conversations with Todd about that and why it was such a staunch stance. It was a yes or no. It wasn't, well, we'll work something out or something like that. It was that is what it's got to be or we're not going to hire him. And, ultimately, it came down to that is an industry standard, it's been fought in the courts before, using the bidding system and that's how it was going to be.

Page 64

**Q. That's what Todd told you?**

MR. PETERSEN: Hold on. Wait, wait, don't answer the question. So if Todd is giving you a legal opinion or if you are seeking legal advice from Todd, then do not answer the question. If it is other than legal advice, then you can answer the question. Do you understand what I'm saying?

MR. STRINDBERG: Scott, I don't think it is fair to have him determine if it is legal advice or not. I think you guys have to decide whether you are going to object to him answering this first and then --

MR. PETERSEN: Well, all right. I'll ask him, were you seeking legal advice from Mr. Emerson?

THE WITNESS: I'm going to say I was looking for legal guidance.

MR. PETERSEN: Okay. Then don't answer the question.

MR. STRINDBERG: And, Scott, I would say that you guys have waived that because Todd has already testified about a lot of this. Not about this specific conversation, but about --

MR. PETERSEN: I don't -- if he's engaged in HR functions, he's not acting as legal counsel, that's not a privileged activity or discussion. But

Page 65

if he's providing legal advice to others, even in the middle of that process, that's still a protected activity. And I think what we did before when you deposed Todd was you were able to question him on his behavior in an HR function, not in a legal capacity, and that's a difference, and we'll hold to that.

**Q. (By Mr. Strindberg) Okay. I'm not going to push the issue, at least at this point, because I think he's pretty well answered it anyway.**

**I'm getting downright proficient in this. I have shown you a letter I garnered to you dated June 29th. It says, "Thank you for your consideration."**

**Is this the statement that you received from Shane?**

A. Yes.

**Q. What exactly had you told him that you needed or wanted?**

A. Specifically, those two items needed to be inside that memorandum that said what he would do if his flight was delayed by weather, maintenance, whatever, and how he would resolve that issue. And then what he would do if he couldn't get around his Saturday schedule.

**Q. Specifically, you wanted -- did you tell**

Page 66

**him that he needed to say that he would fly on a Saturday if he couldn't get around it through using tools such as dropping and trading?**

A. I think my guidance was they want to know what you're willing to do if you've worked out everything and you still had it on your schedule. I don't know that I told him he had to fly it, because he does have the option of using the Pilot Policy Manual, policy on reliability. It becomes a reliability issue, but I'm not sure what SkyWest would do if he didn't show up that day. Well, I know they would put somebody in the cockpit and fly the route, but I don't know if it's the first time he's going to be terminated. I couldn't answer that question. So I doubt that I told him that he had to fly that day. I think I told him he would be subject to reliability issues according to the Pilot Policy Manual.

**Q. Okay. Just one question and then we'll come back to this one. Let me get another exhibit here ready.**

**This is an email, and I assume this is an email you wrote to Shane, I guess, the day you got his statement. Is that correct, Mr. Bryant?**

A. That is correct.

Page 67

MR. STRINDBERG: And this is SkyWest 7. Scott, some of these weren't labeled, but this has already been labeled as Exhibit 10, Deposition 10.

MR. PETERSEN: That's fine.

**Q. (By Mr. Strindberg) I guess the question I have for you, Mr. Bryant, and maybe we'll need to go back to Exhibit 7, but it says here, "Can you add one more aspect of what happens if your training goes late? As you know our training is not a one time thing because we have recurrent training as well as simulators may go down and the schedule may have to shift."**

**The statement we just looked at, which is Exhibit 11, was that the original statement or the statement -- well, excuse me. Let me ask a foundational question. After you sent your email to Shane, did he modify his statement at all?**

A. He modified the statement several times. This one is specifically coming from the pilot training group as a concern with what happens during training as opposed to what happens on his normal schedule. But, yes, he did modify his memorandum at least two or three times.

**Q. So the one we were just looking at -- let me see if this just pulls it up -- is this the final**

Page 68

**form and statement, can you tell, or --**

A. I'm pretty sure it is the final one. Sorry, I interrupted.

**Q. So it's the final one. So I gather you had talked about Mr. Glassey. You must have talked with someone in training, as well, about it. Who in training had you talked with?**

A. I'm fairly certain it was Jake Whicker, because Jake was -- I had to partner with the management of whatever department, and so Jake was designated as that because he was in training both for the religious accommodation request and throughout that process. So I'm pretty sure it was Jake Whicker, but it could have been anybody from the training side.

**Q. So I gather when you got the initial draft, the letter from Shane, you showed it to both Jake and to Roy Glassey?**

A. Yes.

**Q. Did you show it to anyone else besides those two?**

A. I'm positive I showed it to Casey and Nichole. I don't know if I sent it to Todd or not. But I think at this point, Todd was pretty well engaged with it. So maybe I'm speculating, but I

Page 69

pretty much believe I sent it to him as well.

**Q. What did Tracy and Nichole have to say about the situation, if anything?**

A. Casey?

**Q. Yes. Excuse me.**

A. Kind of along the same line. It was more -- my discussion with Casey and Nichole was more how to navigate within the boundaries of what SkyWest's policy is and the legal ramifications of it and within the -- how far can we take this where those three requirements all merge.

**Q. What was their opinion, if any, on the matter?**

A. I think their opinion was trying to get him through training, if we can. But I think there's a lot of discussion that goes on without my input, if you will, but I'm -- you know, director level meetings and all of those kinds of things I wasn't invited to. But far and wide, I think that we had a common belief that we, from an HR standpoint, would like to see somebody get through the training pipeline to see what the next steps look like, and we had those discussions that, hey, this might be our best shot, because his -- one, he's willing to say I will continue my flight after delay, and he will work

Page 70

around some of the training issues, if possible.

**Q. So when you are saying, "give it a shot," you mean to see if once he was actually out in the field, if he would be able to use the tools that you had set forth in the prior year were sufficient to enable to him to avoid working on the Sabbath. Is that what you're saying?**

A. Yes.

**Q. I have just shown you or pulled up what is labeled as Exhibit 33, SkyWest 9 and 10, and the bottom says, Shane Cassell is writing to "memo regarding the religious beliefs," and he just says, "Please find the memo attached to this email."**

**I gather that's the email we just looked at, which is Exhibit 11. Is that correct?**

A. That's my recollection. And the dates line up.

**Q. And then you forwarded it to Roy Glassey about ten or 12 days later and it says, "Based on the attached email Employee Relations recommends we allow Shane Cassell an opportunity. Certainly it is your call."**

**So when you said, "Employee Relations recommends," you had cleared this with your boss and your boss was in agreement with you, correct?**

Page 71

A. Yes.

**Q. In other words, you're not just expressing your own opinion, you're expressing the opinion of, as you said, the HR department?**

MR. PETERSEN: Hold on. Lacks foundation, speculation. He's not here as a 30(b)(6) witness.

**Q. (By Mr. Strindberg) Well, Casey was the held of the department; is that correct?**

A. Yes.

**Q. And she had told you that, she agreed that they recommended giving Shane an opportunity?**

MR. PETERSEN: Hold on. Hold on. Objection, hearsay.

**Q. (By Mr. Strindberg) It's admissible, though. Go ahead, Mr. Bryant.**

A. Like I said, before the discussions I had between Nichole and Casey, we felt like he did deserve an opportunity to try and use his tools available to him, and I was specifically told to send that email to Roy as a recommendation for the department.

**Q. And who directed you to do that?**

A. It was either Casey or Nichole. I don't recall which.

**Q. There's a reference here, "Based on the**

Page 72

**attached email." What is that referring to? Is that referring to Shane's email or is it referring to some other email?**

A. Shane's email.

**Q. Did Mr. Glassey ever respond to your email?**

A. No. Not to me directly, that I recall. But I think it went to the review board, or the review board is who denied his hire.

**Q. Who is on the review board?**

A. I don't know. I never know who is on there, but they typically have somebody from the pilot group and recruitment. But I don't know. You never know who was on the review board. I just knew there was a group of people that reviewed it.

**Q. When you were having these conversations with Casey or with Nichole, would you make notes and put them in this database you referred to earlier?**

A. Not typically, no.

**Q. What would you typically put in there, what kind of notes?**

A. Anything that's significant, documents or significant terms or findings or something specific that changed the viewpoint of the investigation or the situation. But I think, from all the way through

Page 73

this process, I think from an HR standpoint, it would have been nice to know what it looks like to get somebody through training and see if they can use the tools and navigate through the scheduling process.

And you've got to remember, Casey is also in charge of, over top of recruitment as well, so having enough pilots is important to Casey. And, like I said, we had that discussion, if we can open up to more prospective pilots groups, that helps recruitment, and it also takes this monkey off of HR's back for all the religious accommodations for Saturdays. If we know it will work.

MR. STRINDBERG: One second here. I've pulled up a document. This one has not been marked as an exhibit. It is SkyWest 85 is the Bates number.

So, I believe, Scott, that this will become Exhibit 36, I believe. Is that correct?

MR. PETERSEN: I'm not sure. I thought it was 30. I know it is 30 something. I would ask the reporter.

MR. STRINDBERG: I don't think she has the number.

MR. PETERSEN: That sounds about right.

MR. STRINDBERG: Just a second.

MR. PETERSEN: What was the Bates number

on that, Erik?
MR. STRINDBERG: It's 85. Yeah.
Scott, right now I have it separated out from your production, but I will. I just want just that one page marked as Exhibit 36.
MR. PETERSEN: Okay.
(EXHIBIT 36 WAS MARKED.)
**Q. (By Mr. Strindberg) The bottom of this, Mr. Bryant, starts with an email from Chandler to Jaime and Rachelle Kolb. Do you know who Rachelle Kolb is?**
A. At the time, I believe Rachelle worked in recruitment as well. She moved over sometime to marketing, but I don't know when.
**Q. And then it says, "How does this sound to you guys," and then there is a bottom part here. Well, the part I haven't highlighted right here.**
A. Okay.
**Q. Is Chandler suggesting that they use this language, is that -- well, have you ever seen this document before?**
A. Yes, I've seen it. Those are the notes that they put in ISOM's, which you can see above, ISOM's is the recruitment database where they keep track of every applicant through the process. And


so, when they regret somebody, they go in there and put notes in there as to why they regret it. So, therefore, when somebody reapplies later on, they can pull up their previous notes of that applicant. That's when it was put into ISOM's, if I'm seeing it right.
**Q. So Chandler -- does it appear he is running it by Jaime and Rachelle to see if the language is okay? Is that what is going on here?**
MR. PETERSEN: Hold on. Objection, lacks foundation, it's speculation.
**Q. (By Mr. Strindberg) Go ahead, Mr. Bryant.**
A. The reason I say that is you can see the ISOM address up above. That specifically is the disposition field in ISOM's.
**Q. When you say "disposition field," what does that mean?**
A. That's what's the end result. That's the final notes.
**Q. And I guess the top part, Rachelle is simply responding to Chandler. Did they run this ISOM note past you before it was entered?**
A. No. I don't normally see them.
**Q. I assume at some point you learned that they were not going to hire Mr. Cassell. How did you**


**learn that?**
A. I probably heard it from several people, but until it was final, I don't know. I know that Chandler and I had many discussions. I think Chandler had less optimism that he was going to make it through the process than others. But I can't say when I got -- I know I didn't get something from Flight Ops saying we're not going to regret him or anything. That communication is between recruitment and the review board. I think Chandler -- I think the first person that told me was Chandler came over and told me that we were going to regret him.
**Q. At some point, did you receive a copy of the letter that they sent to Mr. Cassell?**
A. No. I don't think -- I don't believe so.
**Q. Let me just pull that up.**
A. I may have looked at it on her computer screen or something, but I don't...
**Q. This is an exhibit that has previously been marked as Exhibit 34. You say you may have looked at it on your computer screen. Who are you referring to?**
A. Chandler's.
**Q. Have you ever seen this document before?**
A. I have.


**Q. And you think you viewed it on Chandler's computer screen. Is that what you are saying?**
A. I think that was the first time I saw it.
MR. PETERSEN: What is the Bates number, Erik?
MR. STRINDBERG: It is Cassell 176. It is previously marked as Exhibit 34.
**Q. (By Mr. Strindberg) Any other information you have about the decision not to hire Mr. Cassell in 2017?**
A. No. Like I said, I think we did our due diligence and pushed it up to Flight Ops with our recommendation from Employee Relations, and everything after that, I was kind of away from. I didn't -- I wasn't involved in.
**Q. When we first started the deposition, I asked about you leaving SkyWest and you indicated that there was friction that had developed, which you believed, in part, was because, in a couple of cases, you were fighting for the employee. Do you remember saying that to me earlier?**
A. (Nodding head in the affirmative.)
**Q. Is this one of those cases that you are talking about?**
A. I think I left this case with a little bit

Page 78

of -- a little disheartened that we didn't give him a shot, but I don't think that was a serious consideration on my side. It was one of many small battles that you have that, you know, some go your way, some they don't. This one, I perceived as this is, you know, it became okay. How long is it going to be until the next one because we knew that there would be others coming. The ones I'm talking about were clear, in my opinion, that we should not have taken the action we did.

**Q. What kind of cases were those?**

A. Customer service --

MR. PETERSEN: Coy, hold on. Objection, this is completely irrelevant. It's harassing. It's outside the scope of the claims being made.

MR. STRINDBERG: I just want a general idea, Scott. I'm not going to belabor this.

**Q. (By Mr. Strindberg) Go ahead.**

A. Well, again, some of it might have been my personal outlook, but, ultimately, I believe that it takes the people running the company and you have got to take better care of your people. But, like I said, we had a high turnover rate, specifically in customer service. That was the most frustrating on my side. But there were a couple of different cases

Page 79

that I felt like the employee didn't deserve the action that was taken.

MR. STRINDBERG: Okay. Let's take a break. I need to consult with Todd. Just give us a few minutes.

Mr. Bryant, Scott Petersen may have a few questions for you then, as well.

MR. PETERSEN: Ten minutes, Erik, or what do you want to do? Do you want more than that?

MR. STRINDBERG: No. No. It probably won't even be that much.

MR. PETERSEN: Okay.

(Break)

MR. STRINDBERG: I'm done, Scott. If you have any questions.

EXAMINATION

BY MR. PETERSEN:

**Q. I just have a few questions, Mr. Bryant, and I appreciate your patience and your willingness to talk to us today.**

**I just want to talk on a few topics that you have already talked about. One, particularly, I think you talked about the matrix training that Mr. Cassell was in line to do and that bled over into his Sabbath on a particular Friday night. Do you**

Page 80

**remember that discussion?**

A. (Nodding head in the affirmative.) Yes.

**Q. Yes. Okay. So have you ever actually learned matrix training?**

A. No.

**Q. You have never, like, trained in it or had any classes that you could say, yeah, I know what that's all about?**

A. I'm not even sure we knew it was called matrix training when we were going through this process. It was just a class that was required is what I was told.

**Q. Okay. So you are not aware, for example, who is involved in matrix training, the number of people that are required to, say, teach a class or do whatever it is, the activities that are done during a matrix class; is that right?**

A. That is very right.

**Q. Do you know whether or not the students in the matrix class are paired or not paired or in groups? Do you know anything about that?**

A. I have been told they were paired, but other than that, I don't know. I do not know that it was. The same issue with the simulator training where they were in groups, yellow, orange, blue.

Page 81

**Q. So are you familiar with what it takes to schedule matrix training? By that, I mean, like how far ahead of time SkyWest needs to schedule that training, what kind of logistics are involved?**

A. I'm fully unqualified to answer any part of that.

**Q. Are you familiar with what are called reserve pilots?**

A. I am.

**Q. What is your understanding of what a reserve pilot is?**

A. So, essentially, they have a certain amount of pilots. They have two categories of the reserve. One is a short one and one is a long-term reserve. I think the timelines are if you are on the short reserve, you've got to be able to get on that plane within two hours. Long reserve is, I believe, 12 hours. And so they keep a certain amount of reserve pilots at their beckon, if you will. While they are on reserve, they don't make as much money as if they are flying the aircraft. While they're flying the aircraft, they start getting paid as a flying pilot. The minute when they release the brake and when they put the brake on at the other end after they land, and their time changes, their salary, it

Page 82

goes to the stipend, all that kind of stuff.
**Q. So the information you have just given, is that information that you just sort of learned as you were there at SkyWest, or did you actually get trained on what you just described, when a pilot's pay begins and ends, what a reserve pilot is, et cetera?**
A. I had lots of reasons to learn that. I don't think -- there was no formal instruction, if that's what you're asking.
**Q. Okay.**
A. It was more as things came up, I had to ask them questions of, okay, why are they concerned about somebody departed early, released a brake before the flight attendant said they were ready, those kinds of things. On the reverse side, it was specifically a case where I had somebody who had to commute while he was on reserve from Phoenix to LA and he just flat out said, I can't afford to go down there and sit in an airport and not get paid as a pilot, because he would have to book himself a hotel room if he was on short reserve. And so he ended up resigning and moving back to Australia.
**Q. So a short reserve is somebody that actually sits at the airport on reserve status**

Page 83

**waiting to be called? Is that your --**
A. They don't have to be at the airport, but they have to be able to respond within two hours. And part of the reliability is if they miss the phone call, that they have to receive that phone call that says, hey, you're now going to transition from reserve to active pilot.
**Q. So are you aware as to whether when somebody comes out of training as a new pilot for SkyWest, they don't start out as a captain; is that right?**
A. That's not necessarily true, because we hire people that are captain qualified, so...
**Q. Okay.**
A. And then you put them through training to get into a SkyWest aircraft. But the majority of the new pilots that are first officers, are first officers, and so, no, they're not typically captains.
**Q. And do you know whether Cassell was training to be a captain or a first officer?**
A. First officer.
**Q. And do you know whether pilots that come out of training initially as first officers are assigned to be reserve pilots initially?**
A. I'm not going to say 100 percent, but --

Page 84

and it's also based on domicile. Some domiciles have very high seniority and some have low seniority. So the timeline of how long you are on reserve is different per domicile. But I'm not aware of anybody who went directly in and got a line, but I'm not saying it didn't happen, either. It's just something that I would not be aware of.
**Q. When you say you're not aware of anyone that went in and got a line, you mean that actually flew planes not as a reserve pilot right out of the --**
A. Yeah. When you're a line pilot, you get a schedule of your flights. When you're on reserve, you get a schedule of when you are on reserve, so that --
**Q. I'm sorry. Go ahead.**
A. I just don't know. I can't answer the question because I don't know how many go on and get a line and what the average time is. I never got that far. It would have been nice research to have, but I never got that far.
**Q. And are you aware of any pilot who came out of training as a first officer as a reserve pilot who was able to avoid working a Saturday or a Friday for the entire time -- hold on, let me finish -- for**

Page 85

**the entire time that they were a reserve pilot?**
A. I do not, but I never asked the question, either.
**Q. You are not someone who is familiar with crew scheduling and how all the statistics work there at all?**
A. No. I have been made aware of a study that they did and that out of 100 pilots, all 100 got a Saturday scheduled. I don't know how many made an effort to get that Saturday off or how successful anybody was on any day of the week to reschedule themselves on something, let's say, a Sunday that people don't want to work a Sunday or somebody likes Monday night football, or whatever. I honestly don't know what the success rate is of any pilot trying to trade out of a shift, but I do know that the pilots told me that flexibility was their number one issue.
**Q. Are you familiar with SAPA? Do you know what that stands for?**
A. Yes. Airline Pilot Association.
**Q. SkyWest Airline --**
A. SkyWest Airline.
**Q. Do you know what SAPA is? What is your understanding as to what SAPA is?**
A. It's a collective bargaining entity and

they elect their members, their leadership, if you will. They vote on things. They have representatives when they are terminated. They represent the pilot on a termination board. And they certainly work out the pay schedules and all of that kind of stuff.

**Q. Are you familiar with the Pilot Policy Manual?**

A. I am familiar. I'm not an expert.

**Q. Have you read it all the way through?**

A. I have.

**Q. But if I said, hey, does it talk about X, maybe you would remember, maybe you wouldn't, something like that?**

A. That would be a correct way of putting it.

**Q. Do you know whether, in your understanding, the Pilot Policy Manual is something that is negotiated between SAPA and SkyWest?**

A. It is.

**Q. Have you ever been involved in any of those meetings where those negotiations took place?**

A. No. The only thing I'm aware of is when it's coming due for removal on a whatever, SkyWest really -- the environment at SkyWest changes and so -- because that negotiation is going on and we don't



want to spoil the negotiations.

**Q. So when you say the atmosphere or environment, how does it change? How do things change, in your opinion?**

A. I would say we're a little less transparent, meaning if we're working a specific case or something, sometimes we want to keep those discussions internal more, because if it gets into the SAPA lane, it can change the discussion about the Pilot Policy Manual or whatever they're negotiating.

**Q. Is it fair to say, in your experience and your understanding, that the pilots would like some things that SkyWest maybe doesn't want to give them? Does SkyWest want some things that maybe the pilots don't want to accept?**

MR. STRINDBERG: I object. He has already indicated that he has not taken part in those discussions.

**Q. (By Mr. Petersen) Okay. Go ahead. What is your understanding?**

A. My understanding is almost every company has those same issues.

**Q. I think you indicated that you were not the one who was authorized to hire Mr. Cassell ultimately in the summer and fall of 2017; is that**



**fair?**

A. I'm not authorized to hire anybody.

**Q. Do you know whether the Employee Relations Department was authorized to hire him?**

A. Not the Employee Relations.

**Q. Do you know who was authorized to hire Mr. Cassell?**

A. I'm assuming that the recruitment side of our office could hire, but I don't know if it is the final say. Flight Ops or Customer Service or anybody else. I think they make the recommendation and then the final say is by the department head.

**Q. So you were shown a document, and I can't remember what exhibit number it was, Erik, but it was SkyWest number 9. Do you remember?**

**I'm going to show you -- can you see this document which has a big, like, block and then it says, "Begin forward message"? Do you see that?**

A. Yes.

**Q. And at the bottom it is SkyWest 00009, and I think we talked about this document with Mr. Strindberg, and I just can't remember and for some reason, I didn't write the number down on this exhibit. But do you remember what this exhibit is?**

MR. STRINDBERG: It's Exhibit 33, Scott.



**Q. (By Mr. Petersen) Okay. I'm referring to what has previously been marked as Exhibit 33, and it says in here -- this is an email from you to Roy Glassey that says, "Roy, Based on the attached email Employee Relations recommends we allow Shane Cassell an opportunity. Certainly it is your call."**

**First of all, was there a discussion with you and others at Employee Relations about the language to be used in this email?**

A. I believe -- my recollection is Casey said, send Roy an email with our recommendation.

**Q. So did you have, like, an actual meeting with you and Casey and anyone else in Employee Relations about what will be the department's position in relation to the hiring of Shane Cassell?**

A. I don't think they referred to it as a department position, but I was told to send an email to Roy with our recommendation.

**Q. Okay. Were you aware as to -- well, I think you testified that Mr. Cassell indicated on multiple occasions that barring some emergency or unforeseen circumstance, that he would not work a scheduled flight that overlapped on his Sabbath. Is that fair?**

A. I don't know exactly how to answer that

Page 90

because of the way you phrased the question.
**Q. Okay.**
A. You said -- he made it clear he would not work a Saturday, it's against his strongly held religious beliefs.
**Q. Okay. And if he were not -- if he were unwilling to work on a scheduled Saturday, I think you testified he could use SkyWest tools to try to get somebody else to cover that Saturday, right?**
A. Correct.
**Q. And that was an accommodation or an option that SkyWest gave him that you actually discussed with him in your interactions with him; is that right?**
A. Correct.
**Q. Now, if he had worked -- if he had been scheduled for a Saturday and he couldn't get it off through those other tools and he was unable or unwilling to work that Saturday, do you know what would happen from SkyWest's standpoint?**
A. I would -- I do not, because there's nothing explicit on -- as I -- I know I stated before, I don't know if he's going to get disciplined based on the first time that happens or the fourth time or the sixth time or the 27th time. There's

Page 91

nothing in writing anywhere, and I know that because we had instances of other pilots having other reliability issues that one chief pilot might handle it different than another chief pilot, but there's so many different factors that, I mean, as far as attitude, about what their history looks like on other things, or, you know, that kind of stuff, there's, you know, other complaints that has nothing to do with reliability, you know. So all those different factors weigh in on it, so I know that they're handled on a case-by-case basis. I just don't know what the decision making cycle looks like for that.
**Q. So you are unaware as to what the effect or the result would be for Mr. Cassell, but what would SkyWest do with that flight that now didn't have a pilot?**
A. They would bring somebody in from reserve.
**Q. I'm sorry. What did you say?**
A. They would activate one of the reserves to fulfill that role. No different than if somebody calls in sick or gets pulled off the plane because they're intoxicated. There's lots of reasons why you have to replace a pilot.
**Q. So SkyWest would find somebody else who**

Page 92

**was otherwise not scheduled to fly, to fly that flight; is that fair?**
A. Well, they would be -- most likely they would pull them off reserve. I'm unaware -- my screen just went blank again. I'm assuming you can hear me.
**Q. Yes, we can hear you.**
A. I'm unaware of any flight that didn't have enough reserves sitting there to fulfill the flight. But there's been times where a plane broke down and we would shuttle somebody from one airport to another to pick up a flight.
**Q. Is it fair to say that if you had so many reserves and Mr. Cassell refused to fly on a Saturday, that one of those reserves would now be required to fly that flight; is that right?**
A. Just like any other pilot would that called off.
**Q. You also said that -- I think to Mr. Strindberg's, in response to one of his questions, that the failure to hire Mr. Cassell left you a little disheartened that they didn't give him a shot; is that right?**
A. That is correct.
**Q. So what did you mean by "give him a shot"?**

Page 93

**What does that mean to you? What did you mean by that?**
A. Meaning the conflict that he had in training in the year prior didn't exist anymore because of the time change. So they didn't give him a shot to get him through training, knowing that that problem didn't exist for him anymore. The problem that he had that he resigned for did not apply in the spring. Which is exactly the recommendation I gave him, was come back in the spring when the time change is more beneficial to your schedule.
**Q. Do you know if Mr. Cassell had said, look, I don't want to work Saturdays, but if I can't get it off, I will work Saturdays, do you know whether SkyWest would have hired him?**
A. I'm fairly certain they would have. I heard from multiple people, Todd being one of them, that was something that if he would have said that, he probably would be hired.
**Q. Did you ever hear while you were at SkyWest anyone make any disparaging or derogatory remarks about Mr. Cassell's religion?**
A. No.
**Q. About the Seventh-Day Adventists in general?**

Page 94

A. I think the only comment I ever heard about Seventh-Day Adventists is we had a couple and there's going to be more.

**Q. Did you ever hear people speak with admiration about his faithfulness in observing his Sabbath day?**

A. Absolutely. I think a lot of people felt that his deep-seated belief was admirable, honorable, and we wished more people would have some of that.

**Q. Do you have any idea or has anyone ever told you how much it costs for SkyWest to train a new pilot to become a first officer?**

A. We had a couple of issues with that, both in discussions about what do we do when somebody gets through training and just says I'm done, I quit, and what the tenure is. But it really came up with a different case regarding age, but I was told $60,000 for that initial training. I don't know if that includes CTP, but I know it includes the ground school, plus the simulator side of it, and that includes also the cost of instructors, classroom space, simulator rental, housing, transportation, all those costs.

MR. PETERSEN: All right. Give me two seconds to confirm with my Todd and I'll get back. I

Page 95

think I may be done. So hold on a second.

(Off the record)

MR. PETERSEN: No, I don't have any more questions at this time. Do you have any more, Erik?

MR. STRINDBERG: Yes, I have just a couple.

FURTHER EXAMINATION

BY MR. STRINDBERG:

**Q. On this reliability issue, you said it was up to the chief pilot and the domicile at what point someone might be disciplined for unexcused absences. Do you have any idea, based on any cases you were involved in, did you ever see a situation in which a pilot who missed one or two nights, in other words, had unexcused absences on one or two occasions was disciplined?**

A. When you say the number one or two, I can't say for sure, but I do -- the only thing I recall is getting caught in a lie about why they missed a flight was disciplined. Other than that, I think it was more than one or two where they really had a problem. But with that being said, it's not just dropping the whole flight, it's also tardiness and some of those kinds of factors. Reliability is important.

Page 96

**Q. And someone with more than just one occasion, a couple occasions, and if they were disciplined, I mean, would they usually say they did have reliability issues, would they -- would SkyWest, back in 2016, 2017 fire them right away or would they tend to put them on some kind of performance improvement plan, if you know?**

MR. PETERSEN: Lacks foundation, speculation.

**Q. (By Mr. Strindberg) Go. Ahead?**

A. So there were a few cases that there were some discipline handed out, whether it's a counseling statement or things like that. Typically, it starts out with a call from the chief pilot saying, hey, knucklehead, but -- and then it would grow from there. In terms of termination, I would see the terminations when they came through, because I did all the pilot records that goes to the next airline and so I would see all the terminations of every pilot, but as far as all it would say is reliability. It didn't say how many, so I'm -- I don't have that information.

**Q. And then you made a statement -- I just want to make sure I understood it. You said something like when you were there, you knew of no**

Page 97

**situation when a reserve wasn't available to take a flight? Is that what you said?**

A. That is correct.

**Q. And how would you know that information?**

A. Well, I'm not saying it didn't happen. I'm saying I'm not aware of it.

**Q. Okay. Is that something you would have been notified of? If there had been no reserve available, would you have gotten involved in that situation?**

A. Only if they were going to do discipline. But we tended to know all of the Flight Ops statuses. They do a briefing every day, you know, that I could sit in on, and I did frequently, mainly to build better rapport with the pilot group, but you would see what's the weather, what's going on at all the different airports, what their delay rates are and all of that kind of stuff. And so, when there was a major issue, usually we knew about it. And so I would say leaving a plane full of people because of lack of a pilot to -- you know, it would be a big deal, but, you know, there's lots of reasons that the flight is canceled, but we kept a pretty good awareness on how many flights are canceled. The reasons why, it's not always clear.

Page 98

**Q. And these Flight Ops briefings, who would hold them?**
A. The dispatch. It was up in the dispatch area, but it was held by Flight Ops.
**Q. Was there some written document that was given out to each one of them?**
A. It was a PowerPoint slide.
**Q. Was that done every day?**
A. I think so.
**Q. So did they have a different PowerPoint every day?**
A. I believe so.
**Q. And do you remember, was there one person who was responsible for giving it?**
A. Yes. I can't tell you who. I think it was the director of dispatch who weighed in on it, but there was a lot of stuff from Flight Ops as well. There were logistical things in that briefing, you know. Sometimes you've got aircraft in the wrong spots and it causes delays and some of those things too, weather delays, and everything trickles down. It's amazing. I was well educated and shocked, to be quite honest with you, how one small thing can trickle down to 14 different airports, meaning the aircraft doesn't leave when it's supposed to, so, therefore, it causes delays all the way down the line.

Page 99

MR. STRINDBERG: Okay. That's all I have.
FURTHER EXAMINATION
BY MR. PETERSEN:
**Q. Two more questions. Mr. Bryant, are you aware when you were at SkyWest of any flights that were canceled for lack of a crew or a whole crew?**
A. Yes. Usually having to do with sickness or illness.
**Q. But, in fact --**
A. But you get a new crew in there.
**Q. Why do you say that? If a pilot is not showing up, why is a flight canceled if it's sickness as opposed to, you know, showing up drunk or just refusing to fly? Why is that different to you?**
A. Because they fly at different airports other than our domicile. So I believe the reserves sit at the domiciles, but we fly to, let's say, South Dakota where it is not a domicile, but the flight lands there, offloads the passengers and picks up some more passengers and continues on. So if the issue is the pilot becomes sick in South Dakota, somebody from Chicago can't get to South Dakota in a timely manner, either due to weather or anything like that, but they don't have a reserve sitting in South Dakota. So sometimes it's a safety issue because the pilots time out, you know. Because the delay, they can't use that crew that's sitting there because of their time. There's sleep/rest cycles, all that kind of stuff, that puts them in a non-flyable status.

Page 100

**Q. Is it fair to say, in your experience, that SkyWest is trying everything it can not to cancel or delay its flights?**
A. Certainly. That's the number one goal. They get measured on that by other airlines, which is who we fly for. Who SkyWest flies for.
**Q. In fact, are you aware that there are financial incentives to SkyWest if they can maintain a flight schedule that has the least amount or a lesser amount of either delayed or canceled flights?**
A. There's metrics for baggage handling, all of those kinds of incentives, yes.
**Q. My last question. Have you ever seen a case or investigated a case where a pilot simply refuses to work when scheduled?**
A. The cases I was involved in had nothing to do with refusal, but there were some sensitive things, like the pilot believed he was in a -- was going to move into that non-flyable status. There was some discussion about when they were woken up in the morning and all those kinds of things. And some would call off sick, and so there was a push to try and trim that down of how many people were calling in sick, and so the discussion was we can't make somebody fly once they tell us they're sick, which becomes a safety issue, so the safety department got involved in that discussion as well. But I'm not aware of anybody who flat out said I'm not flying that flight.

Page 101

MR. PETERSEN: Okay. That's all I have.
MR. STRINDBERG: That was more than two questions, Scott.
MR. PETERSEN: Sorry. You're right.
MR. STRINDBERG: I have nothing further.
Mr. Bryant, you have the opportunity, if you choose, of getting a copy of this deposition transcript and going over it, and if the court reporter has made any errors in transcribing what you said, you can correct them, or if you have misspoken, you can correct that, but you would have to explain why you are making the change. Do you want to have an opportunity to review this transcript?
THE WITNESS: I certainly would.
MR. STRINDBERG: Lisa, could you send a

Page 102

copy of the transcript directly to Mr. Bryant for his review?

You have 30 days once you receive it to review it and send it back.

MR. PETERSEN: There will be a little sheet that comes with it and it will ask if you have any corrections. So as you read it, it will say, you know, you put in the line, the page number, the line number, what it says, what it should have said, kind of a thing. Make sense?

THE WITNESS: Yeah.

(The remote deposition concluded at 4:06 p.m.)

* * *

(Signature was requested.)

Page 103

VERIFICATION

STATE OF _____________)
                      ) ss.
COUNTY OF ____________)

I, COY BRYANT, being first duly sworn remotely on my oath, depose and say:

That I am the witness named in the foregoing deposition taken the 14th day of December, 2020, consisting of pages numbered 1 to 102, inclusive; that I have read the said deposition and know the contents thereof; that the questions contained therein were propounded to me; that the answers to said questions were given by me, and that the answers as contained therein (or as corrected by me therein) are true and correct.

Corrections Made: Yes_______ No_______

_________________________
COY BRYANT

Subscribed and sworn to before me this ________ day of ________, 2020, at __________________, Utah.

_____________________________
Notary Public for Utah
Residing at______________, Utah.
My Commission Expires: ________.

Page 104

REPORTER'S CERTIFICATE

STATE OF SALT LAKE )
                   ) ss.
COUNTY OF UTAH     )

I, LISA BERNARDO, Certified Shorthand Reporter and Registered Professional Reporter in and for the State of Utah, do hereby certify:

That prior to being examined, the witness named in the foregoing deposition was duly sworn remotely by me to testify to the truth, the whole truth and nothing but the truth;

That said deposition was taken down by me in shorthand at the time and place therein named and thereafter reduced to typewriting under my direction, and that the foregoing transcript contains a full, true and verbatim record of said deposition.

I further certify that I have no interest in the event of the action.

WITNESS my hand and seal this 19th day of October, 2020.

Lisa Bernardo
_________________________
LISA BERNARDO
CSR, RPR

**Exhibits**

**Exhibit 36** 73:17 74:5,7

**$**

**$30,000** 10:5
**$60,000** 94:17

**0**

**00009** 88:20
**00021** 40:12
**05** 6:21

**1**

**1** 30:19
**10** 30:18 67:3 70:10
**100** 36:15,25 83:25 85:8
**11** 67:14 70:15
**12** 70:19 81:18
**1266** 4:21
**13** 30:12
**14** 40:11 98:24
**15-6** 39:3
**17** 32:12
**176** 77:6
**18** 32:12
**19** 32:12
**1989** 5:5 7:16
**1996** 5:10
**1st** 10:11

**2**

**20** 19:22
**2016** 5:19 12:20 28:15 30:19 42:17 44:7 54:19,23 96:5
**2017** 12:20 28:15 42:17 77:10 87:25 96:5
**2018** 9:21 11:23 13:10
**25** 8:5
**26** 30:15 54:11
**27th** 90:25
**29th** 5:6 65:12
**2:35** 54:11

**3**

**3,000** 13:2
**30** 22:24 55:20 60:8 73:19 102:3
**30(b)(6)** 71:6
**30th** 5:20 7:8 9:21 10:12
**31** 60:13
**33** 70:10 88:25 89:2
**34** 76:20 77:7
**35** 23:22
**36** 73:17 74:5,7
**38** 50:5
**39** 50:6
**3:00** 46:12

**4**

**4:06** 102:13

**5**

**5** 50:5 51:23 53:21 60:16
**51321** 53:23 54:3
**53** 9:1
**5:00** 50:1

**6**

**6** 32:12
**640th** 6:13
**6:00** 45:7

**7**

**7** 67:1,7

**8**

**84765** 4:22
**85** 73:15 74:2

**9**

**9** 70:10 88:15
**90** 43:21

**A**

**ability** 53:17
**absence** 43:11
**absences** 95:11, 15
**Absolutely** 30:25 60:6 94:7
**academy** 6:9,11, 12
**accept** 87:15
**accepted** 23:4
**accommodate** 45:25 47:7
**accommodation** 16:5,20 17:10,11, 15 18:1,10 19:17 25:3 31:22 32:6, 24 33:10 39:12, 14,20,23 40:17 50:11 68:12 90:11
**accommodations** 15:17,19,20,21 17:5 20:2,5,6,25 24:22 38:16 50:13 73:11
**account** 51:11
**Act** 28:11
**acting** 64:24
**action** 43:7 78:10 79:2
**activate** 91:20
**active** 83:7
**activities** 80:16
**activity** 64:25 65:3
**actual** 89:12
**add** 67:7
**add-on** 46:15
**adding** 13:3
**addition** 57:5
**additional** 61:11
**address** 4:19,21 75:14
**addressed** 42:25
**adjustments** 45:23
**admin** 13:16
**administrative** 5:25 11:11
**admirable** 94:8
**admiration** 94:5
**admissible** 71:14
**advanced** 8:22
**Adventist** 20:24 21:12 59:22
**Adventists** 20:18 93:24 94:2
**adventure** 60:8
**advice** 64:4,6,9, 14 65:1
**affairs** 28:5
**affect** 45:12,16
**affecting** 44:19
**affirmative** 77:22 80:2
**afford** 82:19
**afforded** 33:24 41:10
**afternoon** 4:12 50:8
**age** 23:18 94:17
**agree** 40:19
**agreed** 34:12 71:10
**agreement** 33:13 34:11 40:14,20 70:25
**ahead** 19:13,20, 21 21:21 35:1,2 37:20 42:23 44:21 48:10,19 49:8,20, 23,25 51:2 58:22 71:15 75:12 78:18 81:3 84:16 87:19 96:10
**Air** 7:23
**aircraft** 14:6 28:24,25 29:3 81:21,22 83:16 98:19,25
**airline** 14:19,25 41:19 59:20 85:20,21,22 96:18
**airlines** 4:11 14:4,5 26:21 35:16 100:11
**airport** 29:2 44:10 82:20,25 83:2 92:11
**airports** 36:3 97:17 98:24 99:17
**alcohol** 28:7
**allegations** 13:22

**alleviate** 36:2
**amazing** 98:22
**ambiguous** 16:16 19:12 62:15
**amount** 81:13,18 100:15,16
**answering** 64:11
**Antarctica** 5:17
**anybody's** 46:2
**anymore** 93:4,7
**apologize** 51:2 55:17
**apparently** 56:1
**applicant** 74:25 75:4
**applicants** 59:19
**applied** 9:6 57:13
**apply** 9:13 11:17 93:8
**approximate** 38:4
**area** 8:17 12:24 98:4
**arise** 43:18
**arranged** 53:11
**artillery** 5:12
**asks** 57:2
**aspect** 67:8
**assign** 29:8
**assigned** 12:24 13:1 24:24 25:13 27:8 28:16 53:14 83:24
**assignment** 13:9,15 42:16 43:9
**assist** 9:5
**assistance** 9:4
**association** 36:17 85:20
**assume** 4:16 66:22 75:24
**assuming** 88:8 92:5
**assumption** 18:19
**atmosphere** 87:2
**attached** 70:13,20 72:1 89:4
**Attachments** 53:22
**attempt** 21:24 57:21
**attendant** 20:11 82:15
**attitude** 91:6
**attorney** 4:16
**August** 9:21 11:22
**Australia** 82:23
**authorized** 87:24 88:2,4,6
**availability** 26:15,21
**average** 84:19
**avoid** 33:23 41:10 58:7 61:20 70:6 84:24
**aware** 22:1 27:4,24 44:2 55:7 57:19 80:13 83:8 84:4,7,8,22 85:7 86:22 89:19 97:6 99:7 100:13 101:9
**awareness** 97:24
**awesome** 10:13

**B**

**B-R-Y-A-N-T** 4:20
**back** 7:14 8:8 10:4,17 11:7 12:20 39:13 42:16 44:17,23 45:11,15 54:10,11 55:10,12 56:8 57:13 60:21 61:8 66:20 67:7 73:11 82:23 93:10 94:25 96:5 102:4
**background** 4:24
**baggage** 13:4 100:17
**bargaining** 85:25
**barring** 89:21
**base** 14:10
**based** 23:3 24:15 25:13 26:15,20 41:6 56:17 58:15 59:2,10,12 60:1 70:19 71:25 84:1 89:4 90:24 95:12
**basic** 8:20
**basically** 7:12 16:9 33:8,20 56:12 61:13
**basis** 43:12 91:11
**Bates** 30:1 60:14 73:15,25 77:4
**battles** 78:4
**beckon** 81:19
**begin** 59:23 88:18
**begins** 82:6
**begun** 17:24
**behavior** 65:5
**belabor** 78:17
**belief** 59:5 69:20 94:8
**beliefs** 70:12 90:5
**believed** 77:19 100:24
**belong** 28:5
**belongs** 28:4
**Belov** 39:15,16,21 40:4
**beneficial** 55:15 93:11
**benefits** 14:8
**Bernardo** 19:3
**bid** 21:8 22:11,24,25 23:3,9 24:18 27:3,5 36:22 40:2 41:12
**bidding** 22:13,23 33:11 36:14 40:2 63:24
**big** 6:5 88:17 97:21
**bigger** 28:2
**biggest** 36:7 58:25
**bit** 4:24 24:10 25:2 31:6,25 37:8 77:25
**blank** 92:5
**bled** 79:24
**block** 7:12 88:17
**blocks** 25:13
**blue** 25:9 80:25
**board** 38:8 60:24 72:8,9,10,14 76:10 86:4
**boards** 38:9
**book** 82:21
**boss** 10:15 12:15 70:24,25
**bother** 50:15
**bottom** 11:15 32:22 55:23 70:11 74:8,16 88:20
**boundaries** 69:8
**brain** 16:15
**brake** 81:23,24 82:14
**break** 10:8 30:7,10 54:10,17 79:4,13
**breaking** 13:23
**briefing** 97:13 98:18
**briefings** 98:1
**brigade** 5:14
**bring** 91:18
**broke** 92:10
**brought** 11:7,18 33:18 60:24
**Bryant** 4:3,9,20 13:19 17:6 18:21 19:13,16 29:14 30:17 32:13,22 40:13 49:1 51:2 54:19 58:24 60:11 66:24 67:6 71:15 74:9 75:12 79:6,18 99:6 101:16 102:1
**build** 97:14
**built** 7:10 41:17
**bunch** 7:21
**button** 32:17
**buy** 26:23

**C**

**C-O-Y** 4:20
**call** 7:5,13 8:18 12:9 13:24 37:1 39:3 43:14 44:8,16 45:3,4 70:22 83:5 89:6 96:14 101:3
**called** 4:4 11:10 31:18,19 37:22 44:10,14,23 45:15 53:2 56:16,23 80:9 81:7 83:1 92:18
**calling** 32:4 101:4
**calls** 10:23 11:1 37:18 52:16 58:20 59:13 91:22

**cancel** 100:9
**canceled** 97:23, 24 99:8,14 100:16
**capacity** 65:5
**captain** 8:10 25:6 41:18 83:10,13,20
**captain's** 8:20
**captains** 83:18
**car** 8:1
**care** 10:2 78:22
**career** 5:1,3 8:20, 23 12:11
**careers** 59:23
**case** 53:14,24 54:7 59:3 77:25 82:17 87:6 94:17 100:20
**case-by-case** 91:11
**cases** 11:7 77:19, 23 78:11,25 95:12 96:11 100:22
**Casey** 9:8 10:15 12:17,18 33:7,14 34:15 35:9 37:7, 14,15,22 38:3 40:21 48:1 68:22 69:4,7 71:7,17,23 72:17 73:5,7 89:10,13
**Casey's** 37:1
**Cassell** 4:10 17:21 19:25 32:23 33:4 44:7,23 46:4 47:7 49:10 50:7 51:8,14,20 52:13 53:12,15 54:19 55:2,4 59:5 60:22 63:16 70:11,21 75:25 76:14 77:6, 9 79:24 83:19 87:24 88:7 89:5, 15,20 91:15 92:14,21 93:12
**Cassell's** 20:14 21:1,23 93:22
**Cassell_51321_religious_accom** 53:23
**Castle's** 17:19
**categories** 81:13
**categorize** 20:2, 4
**categorizing** 19:24
**caught** 95:19
**caused** 10:3
**Cedar** 9:1
**cetera** 82:7
**Chandler** 55:5,24 56:5,8,21 57:9 58:2 60:4,12 63:12 74:9,19 75:7,21 76:4,5,10, 11
**Chandler's** 76:23 77:1
**change** 23:8 25:24 28:24 33:11 45:5,12 50:25 55:15 57:14 61:4 87:3,4,9 93:5,10 101:22
**changed** 10:18 24:5 28:18,25 29:5 45:7 53:5 54:21 72:24
**changing** 24:23 47:20
**Chapman** 9:8 12:16
**character** 59:10
**charge** 73:6
**check** 13:6 44:16
**chemical** 6:5
**Chicago** 99:24
**chief** 5:14 44:1,3, 4 91:3,4 95:10 96:14
**choose** 22:23
101:17
**circumstance** 89:22
**City** 9:1
**claims** 78:15
**Clara** 4:21,22
**clarify** 17:4 37:25 50:8
**class** 5:8 31:2,6 46:20 48:22 49:3, 12,14 50:1,14,23 51:25 52:5 80:11, 15,17,20
**classes** 8:22 24:23 80:7
**classroom** 27:6 46:5,7 94:21
**clear** 18:20 42:8 78:9 90:3 97:25
**cleared** 70:24
**close** 35:22
**closely** 6:7 57:1
**closer** 35:21 43:13
**cockpit** 66:12
**code** 25:17
**coded** 11:19 25:8
**coding** 25:14
**collective** 85:25
**college** 8:11,21
**colonel** 6:21,23
**color** 23:19 25:8, 14,17
**command** 8:21
**commander** 5:13 39:4
**commands** 5:13
**comment** 94:1
**commission** 5:10
**common** 6:25
31:7 33:21 69:20
**communication** 76:9
**Community** 12:2 35:20
**commute** 37:11 82:18
**company** 5:13 26:14 39:9 78:21 87:21
**complaint** 14:19 15:7 16:15
**complaints** 91:8
**complete** 40:18
**completed** 57:25
**completely** 31:9 78:14
**computer** 61:22 76:17,21 77:2
**concern** 58:25 61:7 67:20
**concerned** 82:13
**concerns** 40:1
**concluded** 102:13
**conclusion** 58:20
**confirm** 94:25
**conflict** 44:11 45:20 46:17 57:12,17,20 62:3 93:3
**conflicts** 57:22
**confused** 30:20
**consideration** 65:13 78:3
**considered** 39:5 40:5
**Constant** 8:22
**constitute** 58:17
**constitutes** 43:8
**consult** 79:4
**contact** 52:8
**continents** 5:16
**continue** 51:4 69:25
**continues** 99:22
**contracting** 12:9
**contracts** 12:8
**conversation** 31:15,17 37:24 52:19 53:19 61:25 64:22
**conversations** 38:3 49:17 52:12 53:13 60:2 61:25 63:13,17 72:16
**coordinate** 39:19
**copy** 29:21 34:9 50:17 51:13,22 76:13 101:17 102:1
**correct** 7:1 11:23 41:4,5 42:6,7 44:5 66:24,25 70:15,25 71:8 73:17 86:15 90:10,15 92:24 97:3 101:20,21
**corrections** 102:7
**cost** 94:21
**costs** 94:11,23
**counsel** 64:24
**counseling** 96:12
**counters** 13:5
**counties** 12:5
**County** 12:1
**couple** 6:10 11:7 20:18 24:25 38:5 52:23 77:19 78:25 94:2,13 95:6 96:2
**courses** 8:14,19
**court** 101:18
**courts** 63:23

**cover** 90:9
**Coy** 4:3,20 16:11 21:21 56:9,15 60:2 61:23 78:13
**CPT** 31:10
**craft** 33:7 40:22
**cramped** 16:15
**credits** 8:5,9
**crew** 23:9 24:2 29:9 36:21 85:5 99:8,12 100:4
**CTP** 31:2 50:14 94:19
**current** 4:19,21 6:15 51:1
**customer** 13:3,5, 17 20:21 78:12,24 88:10
**cycle** 91:12
**cycles** 100:5

D

**dad** 7:23
**Dakota** 99:20,23, 24 100:2
**dark** 61:8
**database** 18:4 43:3 52:18,21 53:1,2 54:6 72:18 74:24
**date** 5:20 30:19 38:3,4 49:14 55:23 57:21
**dated** 30:18 65:11
**dates** 24:8 70:16
**daughter** 10:7
**Dave** 26:2,4 47:15 51:8,19
**Dave's** 26:3
**day** 28:13 46:6,11 52:23 66:11,16,23 85:11 94:6 97:13 98:8,11
**day's** 46:15
**days** 21:25 22:24 52:23 70:19 102:3
**deal** 97:22
**dealing** 15:16
**dear** 39:2
**decide** 8:24 64:10
**decided** 24:7
**decision** 77:9 91:12
**decisions** 29:7
**dedicated** 6:4
**deep-seated** 94:8
**deeply** 59:5
**degree** 8:11,13
**delay** 61:6,7,17 62:3 63:9 69:25 97:17 100:3,9
**delayed** 65:21 100:16
**delays** 98:20,21 99:1
**demand** 59:18
**denied** 72:9
**Denver** 22:3 26:9,13 47:16
**departed** 82:14
**department** 9:11 11:14 28:2,3,4,6, 7,8 68:10 71:4,8, 21 88:4,12 89:17 101:7
**department's** 89:14
**deposed** 65:4
**deposition** 67:3 77:16 101:17 102:13
**derogatory** 93:21
**describe** 23:18
**deserve** 71:18 79:1
**designated** 68:11
**desirable** 41:13
**desire** 33:25
**detail** 31:25
**determine** 58:7 64:9
**determined** 40:25
**Detroit** 28:23
**developed** 77:18
**development** 8:19
**difference** 65:6
**difficult** 22:3 25:19
**digit** 24:12,13
**diligence** 77:12
**ding** 43:16
**direct** 12:14
**directed** 71:22
**direction** 5:11,12
**directly** 12:6 20:10,23 72:7 84:5 102:1
**director** 12:17 56:4 69:17 98:16
**director's** 23:16
**disagreed** 11:9
**disaster** 6:5
**disciplinary** 43:7
**discipline** 14:10, 11 96:12 97:11
**disciplined** 90:23 95:11,16,20 96:3
**disclose** 24:1 39:17
**discriminate** 56:17 58:14 59:2
**discriminating** 59:12
**discrimination** 4:11 13:22 15:17 58:17
**discuss** 14:22 36:17
**discussed** 38:18 52:11 90:12
**discussing** 34:14 35:18 38:2 60:9
**discussion** 29:13 32:20 34:1 35:7 45:4 49:3,17 55:18 56:22 64:25 69:7,16 73:8 80:1 87:9 89:7 101:1,5, 8
**discussions** 26:8 46:6 47:2,14 48:2,14 49:1 51:23 69:23 71:16 76:4 87:8,18 94:14
**disheartened** 78:1 92:22
**disparaging** 93:21
**dispatch** 98:3,16
**disposition** 75:15,16
**distinguished** 5:1
**distracting** 11:6, 10
**document** 44:2 73:14 74:21 76:24 88:13,17,21 98:5
**documentation** 43:14
**documents** 15:15 28:10 53:15 72:22
**dollars** 12:10
**domicile** 14:14 22:22,23 28:17, 20,22 35:21 36:15 84:1,4 95:10 99:18,20
**domiciles** 23:1,4, 8 29:4,8 44:4 84:1 99:19
**doors** 48:12
**doubt** 60:6 66:15
**download** 32:11, 17
**downright** 65:10
**draft** 68:17
**drawing** 7:7
**dress** 20:8
**drop** 41:24 42:1, 8,10,13,14 43:15, 18
**dropped** 42:17
**dropping** 43:9 66:3 95:23
**drops** 21:8 42:9
**Drug** 28:7
**drunk** 99:15
**due** 77:11 86:23 99:25
**duly** 4:4
**duties** 13:19

E

**E3** 5:8
**E6** 5:8
**earlier** 36:1 44:15 46:8 47:11 48:6 49:4 72:18 77:21
**early** 46:20 82:14
**easier** 18:23 25:2 36:5,12

**educated** 98:22
**effect** 91:14
**effort** 14:5 85:10
**efforts** 6:6
**elect** 86:1
**eligible** 11:19 55:14
**email** 30:18,23 32:19,21 33:8 39:11 40:20 50:6, 18,25 51:7,10,14, 22 52:3,11 55:5, 23 56:7 60:12 66:22,23 67:16 70:13,14,20 71:20 72:1,2,3,4,6 74:9 89:3,4,9,11,17
**emailing** 50:7
**emergency** 12:2 89:21
**Emerson** 4:16 9:9 18:13 60:5 64:14
**Emerson's** 60:19
**employee** 9:15 11:8 12:21 13:7, 19 27:8 28:1 32:23 34:8 35:12 47:24 54:4 70:20, 23 77:13,20 79:1 88:3,5 89:5,8,13
**employees** 10:3 14:24,25
**employment** 10:25 12:13
**enable** 70:6
**end** 6:23 21:12 50:1 58:25 75:18 81:24
**ended** 44:15 46:11 62:6 82:22
**ending** 49:4
**ends** 82:6
**engaged** 64:23 68:25
**enlisted** 5:5,7 6:23
**entailed** 22:22
**entered** 16:9 75:22
**enters** 6:22
**entire** 26:5 46:19 48:22 84:25 85:1
**entity** 85:25
**environment** 86:24 87:3
**ER** 12:16
**Erik** 4:9 19:2 60:15 74:1 77:5 79:8 88:14 95:4
**errors** 101:19
**essentially** 34:11 41:5 42:24 81:12
**evening** 21:22
**exact** 5:20 15:24
**EXAMINATION** 4:7 79:16 95:7 99:4
**examined** 4:5
**excuse** 5:22 8:3 44:21 67:15 69:5
**execution** 49:12
**exercises** 5:15
**exhibit** 29:18 30:12 32:12 40:10,11 50:5 51:23 53:21 55:19 60:8,13 66:20 67:3,7,14 70:10, 15 73:15,17 74:5, 7 76:19,20 77:7 88:14,24,25 89:2
**exhibits** 29:15,23
**exist** 93:4,7
**existing** 57:14
**expediently** 48:24
**experience** 87:11 100:7
**expert** 86:9
**explain** 32:1,7 33:14 39:8 45:16 48:5 57:8,10 101:21
**explained** 25:3 31:20 32:1,3 33:17,20 44:24 56:16 57:12
**explaining** 14:1
**explanation** 48:16,21 50:3
**explicit** 90:22
**explosion** 6:5
**expressing** 71:2, 3
**eye** 19:9

**F**

**face-to-face** 15:9
**fact** 51:6 52:3 99:11 100:13
**factors** 91:5,10 95:24
**failure** 92:21
**fair** 18:19 64:9 87:11 88:1 89:24 92:2,13 100:7
**fairly** 5:1 68:8 93:16
**fairs** 27:17
**faithfulness** 94:5
**fall** 43:21 87:25
**familiar** 81:1,7 85:4,18 86:7,9
**family** 9:3
**fast** 23:24 37:13
**fear** 48:25
**February** 5:5
**feel** 58:16 60:7
**fell** 25:21
**felt** 10:18,21 71:17 79:1 94:7
**FEMA** 6:7 8:14 12:4
**field** 70:4 75:15, 16
**fields** 53:18
**fighting** 11:8 77:20
**figure** 38:21 59:18,20 60:20
**figured** 29:24
**file** 53:12
**fill** 28:21 32:7
**filled** 17:7
**fills** 18:2
**final** 6:20 9:10 40:16 67:25 68:2, 4 75:19 76:3 88:10,12
**financial** 100:14
**find** 11:12 32:16 37:7 70:13 91:25
**findings** 72:23
**fine** 30:9 45:8 67:4
**finish** 61:14 84:25
**fire** 5:11,12 96:5
**fit** 44:16
**fits** 12:11
**flat** 62:5 82:19 101:9
**flew** 14:3 84:10
**flexibility** 38:14 85:17
**flies** 100:12
**flight** 14:8 20:10 22:21 29:9 42:25 43:19 48:12 57:6, 7 65:21 69:25 76:8 77:12 82:15 88:10 89:23 91:16 92:2,8,9,12,16 95:20,23 97:2,12, 23 98:1,4,17 99:14,20 100:15 101:10
**flights** 43:22 84:13 97:24 99:7 100:9,16
**flown** 23:5
**fly** 14:15 29:2 41:16,20 42:20 61:14,19 62:10,21 63:1 66:1,7,12,16 92:1,14,16 99:16, 17,19 100:12 101:6
**flying** 14:6 19:25 28:22 29:1 41:22 81:21,22,23 101:9
**focus** 35:5
**focused** 38:21
**focusing** 10:20
**football** 85:14
**Force** 7:24
**form** 17:10 18:3, 13 19:1 32:24 33:1,3 39:12 68:1
**formal** 14:23 15:1 16:25 17:6 18:1 44:1 47:17 82:9
**formally** 6:14
**forms** 17:7 31:22 32:9
**forths** 60:22
**fortitude** 59:7
**forward** 88:18
**forwarded** 70:18
**fought** 63:23
**found** 5:17 51:5
**foundation** 16:17,25 19:12 21:20 37:19 42:21 49:7,22 54:2

58:21 71:5 75:11 96:8
**foundational** 67:16
**four-day** 41:15
**fourth** 24:13 90:24
**frame** 39:24 45:6, 21 49:10
**free** 50:12
**frequently** 28:18 97:14
**friction** 77:18
**Friday** 21:22 41:3 44:12 45:12 47:10 48:7 50:11 51:25 61:9 79:25 84:24
**front** 29:15
**frustrating** 78:24
**frustration** 10:3
**frustrations** 10:1
**fulfill** 91:21 92:9
**full** 9:15 57:5 97:20
**fully** 81:5
**function** 65:5
**functions** 5:24 64:24
**funds** 12:10
**future** 47:10 49:18 50:1

**G**

**G1** 5:24 6:9
**G2** 5:25
**G3** 5:25 6:8
**G4** 6:1
**gain** 24:9
**garnered** 65:11
**gather** 7:1 12:7 18:18 19:16 32:23 58:15 68:4,16 70:14
**gave** 37:7 39:17 48:15 58:9 90:12 93:9
**gear** 20:13
**general** 35:4 49:16 78:16 93:25
**George** 8:24 9:2, 5
**give** 4:19,24 10:13 23:21 30:4 31:14 36:14,24 38:13 70:2 78:1 79:4 87:13 92:22, 25 93:5 94:24
**giving** 64:3 71:11 98:14
**Glassey** 35:8 37:22 43:25 47:14 48:4 49:2 62:1,8, 23 63:5 68:5,18 70:18 72:5 89:4
**goal** 100:10
**good** 5:17 22:12 35:15 55:9 57:15 59:9,14 63:9 97:23
**graduate** 7:21 8:4
**grant** 12:4,5 33:9, 15
**grasp** 22:12,14
**great** 7:12
**green** 37:7
**ground** 24:9 94:19
**group** 25:13 67:20 72:13,15 97:15
**groups** 20:2 25:19,20,22,24 73:9 80:21,25
**grow** 96:15
**grueling** 27:15
**guarantee** 21:4,6 34:19 62:20
**Guard** 6:16 35:24
**guess** 20:15 57:9 66:23 67:5 75:20
**guidance** 64:16 66:4
**guys** 55:19 64:10, 20 74:16

**H**

**hair** 23:18,20
**handed** 96:12
**handle** 15:14,16, 19 91:3
**handled** 16:6,21 17:4 18:1,2,11,12 19:18 20:9,17,21 24:3 27:12 43:24 48:11 91:11
**handlers** 13:4
**handling** 100:17
**hands** 60:20
**handwritten** 52:25 53:7
**happen** 42:20 59:20 84:6 90:20 97:5
**happened** 9:24 29:3 42:17 50:8
**happening** 55:2
**harassing** 78:14
**harassment** 13:22 15:14
**hard** 30:18 36:9, 10
**head** 20:13 77:22 80:2 88:12
**heads** 31:14
**hear** 26:19 92:6,7 93:20 94:4
**heard** 55:4 76:2 93:17 94:1
**hearsay** 71:13
**heavily** 59:17
**height** 23:21
**held** 23:14 59:5 71:8 90:4 98:4
**helped** 33:7
**helps** 73:9
**hey** 24:16 25:1 36:13,21 37:1 38:11 41:21 69:23 83:6 86:12 96:14
**high** 43:5 78:23 84:2
**higher** 24:10 36:23
**highest** 24:19
**highlighted** 42:4 74:17
**Hinckley** 30:21 31:4
**hire** 58:5 63:21 72:9 75:25 77:9 83:13 87:24 88:2, 4,6,9 92:21
**hired** 9:14 31:11 56:18 93:15,19
**hiring** 27:10,12 58:16 89:15
**historical** 41:6
**history** 15:5 91:6
**hit** 32:17
**hold** 16:8 18:20 34:22 37:18 48:8, 17 49:5 58:19 62:14 64:2 65:6 71:5,12 75:10 78:13 84:25 95:1 98:2
**home** 14:14 35:21,22 36:15 44:10
**Homeland** 6:4
**honest** 98:23
**honestly** 27:4 85:14
**honor** 40:25
**honorable** 94:8
**hopes** 39:18
**hotel** 82:21
**hour** 44:15 46:8, 20 48:6
**hours** 23:5 41:17, 20 81:17,18 83:3
**house** 10:14
**housing** 94:22
**HR** 64:24 65:5 69:20 71:4 73:1
**HR's** 73:11
**human** 6:3
**hung** 44:13

**I**

**Ian** 56:16,23,25 57:8,10,12 58:1,2
**idea** 27:6 36:11 78:17 94:10 95:12
**ideas** 35:13
**identified** 42:3 62:11
**identify** 30:1
**ignorance** 5:22
**ill** 42:12
**illness** 99:10
**imagine** 8:16
**immediately** 10:6,18
**important** 39:9 73:7 95:25
**impossible** 25:18
**improper** 14:20

**improve** 38:12, 24
**improvement** 28:11 96:7
**improving** 35:5 48:24
**incentives** 100:14,18
**include** 38:16
**included** 32:23
**includes** 94:19, 21
**inconvenience** 48:22 49:4,20
**inconveniencing** 46:21
**increments** 12:12
**indirectly** 20:10
**individual** 17:17
**industry** 59:25 63:22
**inform** 56:13
**informal** 17:1,8
**information** 16:10 18:5 39:18 41:6 56:20 58:10 77:8 82:2,3 96:22 97:4
**initial** 68:16 94:18
**initially** 83:23,24
**input** 18:5 69:16
**inside** 65:20
**instance** 28:19, 25 41:14
**instances** 91:2
**Institution** 6:14
**instructed** 37:15
**instruction** 46:15 82:9
**instructor** 26:5 45:24 47:16 48:13
**instructors** 22:8 26:10 94:21
**insufficient** 62:12
**intelligence** 5:25
**interactions** 90:13
**internal** 87:8
**interrupted** 44:22 68:3
**intervene** 61:15
**interview** 9:10 55:8
**interviewed** 9:7
**interviewing** 27:12
**interviews** 9:10 27:17
**intoxicated** 91:23
**investigate** 14:21
**investigated** 100:20
**investigation** 14:24 15:18 39:4 72:24
**investigations** 13:21,25 15:13
**invited** 69:19
**involved** 20:15 45:21 63:13 77:15 80:14 81:4 86:20 95:13 97:9 100:22 101:8
**involving** 17:15
**irrelevant** 78:14
**ISOM** 75:14,22
**ISOM's** 74:23,24 75:5,15
**issue** 14:2 17:14 19:25 20:16,17 21:22 31:10,12 35:4 36:8 38:15 45:24 47:11 49:11 55:7 65:8,22 66:10 80:24 85:17 95:9 97:19 99:23 100:2 101:7
**issues** 13:23 15:16 22:6 35:17, 18 43:2,5,17 66:17 70:1 87:22 91:3 94:13 96:4
**items** 23:12 65:19

**J**

**Jaime** 9:12 55:24 56:3,8 74:10 75:8
**Jake** 22:8 26:1 33:19 34:15 40:15 44:14 46:24 47:1, 5,15 50:7,18 51:8 68:8,9,10,14,18
**January** 10:11
**Jewish** 59:21
**job** 4:13 7:19,25 9:6,17 10:4,16 11:12 12:3 13:19 27:17 35:11 59:8
**joined** 7:2,3,16, 20,22
**jump** 41:18
**jumping** 35:15
**June** 5:19 7:8 10:12 65:12
**Junior** 10:5

**K**

**Kentucky** 44:9
**kind** 8:2 10:14,17, 21 11:8,16 14:23 15:4,6 16:1,15 18:16 20:13 22:9 28:19,20 31:23 33:12,17 35:18 38:23 39:1,7,8,9, 20 40:16 41:21 42:1 43:25 45:18 46:13 50:21,22 51:3 56:2 59:24 69:6 72:21 77:14 78:11 81:4 82:1 86:6 91:7 96:6 97:18 100:5 102:9
**kinds** 17:12 50:23 53:18 61:12 69:18 82:16 95:24 100:18 101:2
**knew** 56:10 72:14 78:7 80:9 96:25 97:19
**knowing** 93:6
**knowledge** 50:2
**knucklehead** 96:15
**Kolb** 74:10,11
**Kosovo** 5:14

**L**

**LA** 82:18
**label** 50:5
**labeled** 29:18,19 67:2,3 70:10
**lack** 54:1 97:21 99:8
**lacks** 19:12 21:19 37:19 42:21 49:6, 21 58:21 71:5 75:10 96:8
**lady** 23:10 36:20
**lady's** 23:13
**laid** 16:17,25
**land** 81:25
**lands** 99:21
**lane** 87:9
**language** 74:20 75:9 89:9
**large** 21:24
**Larsen** 55:6,24 56:5
**late** 43:16 67:9
**lawsuit** 4:10
**lawyer** 58:16
**lead** 12:16
**leader** 5:13 39:5
**leadership** 86:1
**leading** 32:5
**leap** 5:5
**learn** 44:6 76:1 82:8
**learned** 75:24 80:4 82:3
**lease** 26:16,21
**leasing** 26:13
**leave** 5:18 7:6,8, 9,10,11,12,13 9:20,22 11:11,13 13:16 35:23 42:12 55:13 61:9 98:25
**leaves** 36:3
**leaving** 44:7 77:17 97:20
**left** 7:2,3 8:2 9:17 11:22 13:9,12 22:1 54:21 62:6 77:25 92:21
**leg** 61:14
**legal** 58:20 64:4, 6,9,14,16,24 65:1, 5 69:9
**length** 18:6 37:8
**lengthy** 5:1
**lesser** 100:16
**letter** 56:12 61:5 62:11 63:8 65:11 68:17 76:14
**level** 10:2 69:17
**lie** 95:19
**lieutenant** 6:21, 23
**life** 35:6,17 36:9 38:12,15,25 39:6 55:3

**light** 23:20 37:7
**likes** 85:13
**limited** 14:23 25:14 57:6
**Lisa** 19:3 101:25
**list** 36:23
**listed** 51:9
**live** 9:1 36:24
**loans** 7:22 8:1
**log** 52:15,17
**Logan** 8:7
**logistical** 98:18
**logistics** 6:1 81:4
**long** 11:3 78:6 81:17 84:3
**long-term** 81:14
**longer** 57:13
**looked** 7:24 9:4 39:11 53:21 55:9 58:10 67:13 70:14 76:17,21
**loop** 60:3
**lose** 11:14
**loss** 35:15 37:9
**lost** 29:5
**lot** 12:8,11 18:22 25:19 27:16,23 34:21 35:3,10 36:2 42:11 55:2 59:19 64:21 69:16 94:7 98:17
**lots** 14:2 41:17 82:8 91:23 97:22
**low** 84:2
**lucrative** 23:5 59:8

**M**

**M-O-X-H-A-M** 26:4
**made** 18:11 21:15 50:13 53:7 57:19,21 59:21 78:15 85:7,9 90:3 96:23 101:19
**Madsen** 9:8 10:15 12:17,18
**maintain** 41:22 100:14
**maintenance** 65:21
**major** 41:18 97:19
**majority** 24:11 38:13 83:16
**make** 8:10 12:14 14:18 18:9 21:17,24 22:2 25:1 29:7 36:4,11 41:18,20 45:20,23 52:20,24 56:16 57:10,18 58:7,12 61:10,13 72:17 76:5 81:20 88:11 93:21 96:24 101:5 102:10
**makes** 18:25
**making** 19:5 35:5,11 38:16 91:12 101:22
**man** 5:14 12:18,19
**manage** 12:4
**managed** 32:10
**management** 12:2 34:12 38:10 68:10
**manager** 9:16 12:4,10,13,16 13:7,20 17:19 27:8
**managers** 10:25 12:21
**manner** 99:25
**manual** 34:5,8 37:2 66:9,18 86:8,17 87:10
**March** 7:7
**marked** 32:12 40:11 60:13 73:14 74:5,7 76:20 77:7 89:2
**marketing** 74:14
**matrix** 44:11 46:4 47:8 48:6 49:12 54:21 79:23 80:4,10,14,17,20 81:2
**matter** 69:13
**Mcfarland** 4:14
**meaning** 26:21 48:12 56:25 87:6 93:3 98:24
**meant** 16:17 45:16 55:1 58:24
**measured** 100:11
**medical** 17:11 28:7 43:13
**meet** 27:19,23 62:1
**meeting** 40:17 89:12
**meetings** 69:18 86:21
**members** 86:1
**memo** 70:11,13
**memorandum** 33:13 40:14,20,21 65:20 67:22
**merge** 69:11
**message** 88:18
**metric** 43:20,23
**metrics** 100:17
**middle** 40:24 65:2
**Mikhail** 39:14
**miles** 9:2 36:15,25
**military** 5:1,3,18,23 6:9,11,12,16 7:2,3,16,20 8:16,23 12:7 35:23 36:6 39:4 42:12,19
**millions** 12:10
**mind** 10:17
**mine** 10:24
**minor** 45:19
**minute** 81:23
**minutes** 79:5,8
**missed** 95:14,20
**misspoken** 101:20
**modified** 67:18
**modify** 67:17,22
**moment** 7:14
**Monday** 85:14
**monetary** 38:22
**money** 12:11 38:23 41:20 81:20
**Monica** 55:24 56:1,8
**monkey** 73:10
**month** 13:14
**months** 38:6
**morale** 39:6
**morning** 46:8 101:2
**move** 8:25 100:25
**moved** 74:13
**moving** 82:23
**Moxham** 26:2,4 47:15 48:5 49:2 51:8,19
**multiple** 52:12 60:21 61:25 63:17 89:21 93:17
**mute** 54:16
**muted** 61:23

**N**

**names** 26:10
**National** 6:16
**nature** 21:3
**navigate** 69:8 73:4
**necessarily** 43:11 83:12
**needed** 9:3 22:21 40:19 63:9,12 65:18,19 66:1
**negotiated** 86:18
**negotiating** 87:10
**negotiation** 86:25
**negotiations** 86:21 87:1
**nice** 73:2 84:20
**Nichole** 9:8 10:19 12:16 33:7,14 34:15 35:9 40:22 48:1 68:23 69:2,7 71:17,23 72:17
**night** 79:25 85:14
**nights** 22:21 95:14
**nine-minute** 54:10
**nitpicking** 10:21
**nodding** 77:22 80:2
**non-flyable** 100:6,25
**non-monetary** 38:24
**normal** 46:10 67:21
**north** 9:2
**note** 52:20 75:22
**notes** 52:17,25 53:8,9,13,18

72:17,21 74:22 75:2,4,19
**notice** 51:9
**notified** 97:8
**notifying** 49:11
**nuclear** 6:5
**number** 15:24 16:4,20 17:25 18:10 23:5 24:12, 13 30:1 32:4 35:20 40:10 53:14,24 54:4,7 60:14 73:15,22,25 77:4 80:14 85:17 88:14,15,23 95:17 100:10 102:8,9
**numbers** 35:16 36:22 37:10

**O**

**object** 16:14 19:1,11 42:21 49:6 54:1 58:20 64:11 87:16
**objection** 16:14, 23 18:24 19:5,19 21:19 34:24 37:18 48:8,17 49:21 62:14 71:13 75:10 78:13
**objections** 18:21
**observing** 94:5
**occasion** 96:2
**occasions** 89:21 95:15 96:2
**October** 10:9 45:6 50:10
**offend** 23:24
**offer** 10:16 21:7 33:10 34:5 41:8
**offered** 10:4
**offering** 40:17
**offers** 7:25
**office** 6:3 23:16 37:1 88:9
**officer** 5:9,11,12, 16 8:19 25:5,16 83:20,21 84:23 94:12
**officers** 83:17,18, 23
**offloads** 99:21
**older** 9:2
**onboard** 31:9
**onboarding** 28:6,9
**open** 59:19 73:8
**operations** 5:15, 16,21 6:1 8:22 42:25 43:20
**opinion** 35:14 64:4 69:12,14 71:3 78:9 87:4
**opinions** 59:10
**opportunity** 70:21 71:11,18 89:6 101:16,23
**opposed** 67:21 99:15
**Ops** 29:10 48:12 76:8 77:12 88:10 97:12 98:1,4,17
**optimism** 76:5
**option** 66:8 90:11
**options** 7:24 45:9
**orange** 25:9 80:25
**order** 40:18 55:23
**original** 67:14
**originally** 37:5
**outcome** 21:1,14
**outlook** 78:20
**over-strenuous** 41:22
**overlapped** 89:23
**oversaw** 26:5

**P**

**p.m.** 44:12 102:13
**paid** 81:22 82:20
**pair** 25:4 39:25 40:2
**paired** 25:22 80:20,22
**paperwork** 27:20 28:11 32:7 52:7
**paragraph** 40:24 42:15
**parents** 9:1
**Parkway** 4:21
**part** 4:13 27:2 28:1,8 32:8 34:7, 11 45:20 46:10 51:7 56:7 57:4 74:16,17 75:20 77:19 81:5 83:4 87:17
**partner** 14:5 25:4,21 68:9
**passengers** 61:10,16 99:21,22
**past** 60:23 75:22
**patience** 79:19
**pattern** 43:4
**pay** 8:1 39:1 82:6 86:5
**payment** 8:1
**peer** 38:11
**people** 7:13 11:4, 6,11 13:5 17:7 23:1,7,8 25:2,15, 23 26:8 28:3,4,5, 6,8 33:21 35:21 36:14 37:9,11 41:23 45:17 46:21 47:2,19,25 72:15 76:2 78:21,22 80:15 83:13 85:13 93:17 94:4,7,9 97:20 101:4
**perceived** 78:5
**percent** 43:21 83:25
**performance** 96:6
**period** 18:14 19:23 54:22,23
**periods** 22:15
**permission** 39:17
**person** 6:23 14:20 18:2,22 47:4 48:22 53:11 76:11 98:13
**personal** 43:17 78:20
**personnel** 43:3
**pertaining** 53:13, 16
**Petersen** 4:17 16:8,13,22 18:20 19:10,19 21:19 26:18 29:11,21,25 30:7,16 34:22,24 37:18 42:21 48:8, 17 49:5,21 54:1 58:19 60:14,17 62:14 64:2,13,17, 23 67:4 71:5,12 73:18,23,25 74:6 75:10 77:4 78:13 79:6,8,12,17 87:19 89:1 94:24 95:3 96:8 99:5 101:11,14 102:5
**Phoenix** 82:18
**phone** 15:10 45:3,4 52:12,16 83:4,5
**phrased** 90:1
**pick** 24:19 25:16 92:12
**picked** 29:5
**picks** 42:2 99:21
**piece** 26:5
**pilot** 13:23 14:19, 22 15:7,8 27:21 28:11 31:6 33:23 34:4 39:14 41:16 42:9,14,16 43:3 56:24 57:1 59:22 66:8,17 67:19 72:13 81:11,23 82:6,21 83:7,9 84:10,12,22,23 85:1,15,20 86:4,7, 17 87:10 91:3,4, 17,24 92:17 94:12 95:10,14 96:14, 18,20 97:15,21 99:13,23 100:20, 24
**pilot's** 82:5
**piloting** 57:3
**pilots** 13:1,2,9, 11,18 14:13 20:20,24 21:12 27:9 28:16 29:1,8 34:12 35:6,15,24 36:8,17 38:7,11, 20 42:5 44:1,3,4 59:16 73:7,9 81:8, 13,19 83:17,22,24 85:8,16 87:12,14 91:2 100:3
**pipeline** 69:22
**place** 46:5 86:21
**places** 23:2
**plan** 47:9 49:25 96:7
**plane** 61:17 81:17 91:22 92:10 97:20
**planes** 84:10
**planned** 49:20
**planning** 49:18
**platoon** 5:13
**players** 4:14
**point** 31:17 41:8 44:6 45:9 46:3 47:21 48:14 50:18 56:21 57:2,18,24 58:11 60:19,21,24 65:8 68:24 75:24

76:13 95:10
**points** 36:24 43:6
**Polad** 55:24 56:1
**policies** 10:1 13:23
**policy** 11:13 14:1 34:5,8 37:2 66:8, 9,17 69:9 86:7,17 87:10
**pool** 48:13
**poor** 39:6
**portion** 45:14
**position** 9:13,14 11:17 13:8 23:14 89:15,17
**positions** 6:2 23:1
**positive** 68:22
**possibly** 46:7 47:6,20
**posted** 36:6
**potentially** 43:7
**Powerpoint** 98:7,10
**practices** 38:17
**prepared** 6:6
**present** 36:13
**president** 9:11
**pressure** 36:2
**pretty** 24:5 27:15 29:9 35:15 37:13 59:9 65:9 68:2,13, 24 69:1 97:23
**previous** 62:11 75:4
**previously** 32:11 60:13 76:19 77:7 89:2
**primarily** 5:21 7:23 22:7,8,20 25:20 29:10 36:7 38:6,20 43:24
**primary** 6:1 21:22 49:10
**print** 29:15
**printed** 29:17 51:10
**prior** 70:5 93:4
**priority** 24:10,19 36:23 41:16
**private** 5:7
**privileged** 64:25
**problem** 13:24 14:4 47:12 58:12 93:7 95:22
**process** 22:23 25:7,11 27:10 31:24 33:20 40:3, 18 46:14 50:23 52:13 57:16 65:2 68:13 73:1,4 74:25 76:6 80:11
**production** 74:4
**professional** 8:18
**proficient** 65:10
**program** 8:17 12:9 24:8 27:3 43:1 44:7 53:5,6 54:20
**promoted** 5:8
**prospective** 73:9
**protected** 65:2
**proven** 59:23
**provide** 34:18 35:25
**provided** 61:21 62:23
**providing** 34:2 65:1
**public** 28:5
**pull** 14:7 39:10 53:12 75:4 76:16 92:4
**pulled** 11:4 13:11 32:11 37:10 70:9
73:14 91:22
**pulling** 30:5
**pulls** 67:25
**push** 28:21 65:8 101:3
**pushed** 77:12
**pushing** 43:25
**put** 8:17 11:11 15:23 18:9 22:25 38:3 52:21 55:22 62:25 66:12 72:18,20 74:23 75:2,5 81:24 83:15 96:6 102:8
**puts** 100:6
**putting** 86:15

**Q**

**qualified** 83:13
**quality** 35:6,17 36:9 38:12,15,25 39:5
**quarter** 10:8
**question** 16:12 18:25 49:24 62:15 64:3,5,7,18 65:4 66:15,19 67:5,16 84:18 85:2 90:1 100:19
**questioning** 27:22
**questions** 57:3 79:7,15,18 82:13 92:21 95:4 99:6 101:13
**quick** 30:7,8
**quit** 94:15

**R**

**Rachelle** 74:10, 12 75:8,20
**radar** 46:2,16
**raise** 10:6
**ramifications** 59:3 69:9
**ran** 6:3,9
**ranch** 9:3
**rank** 6:20
**rapport** 97:15
**rate** 78:23 85:15
**rates** 37:9 97:17
**re-call** 6:18
**re-write** 37:2
**read** 56:20 86:10 102:7
**reading** 50:15
**ready** 7:21 66:21 82:15
**real** 6:24 23:24
**reapplied** 55:6
**reapplies** 75:3
**reapply** 55:14
**reason** 5:17 7:23 32:3 75:13 88:23
**reasons** 23:8 42:11 82:8 91:23 97:22,25
**reassigned** 42:11
**recall** 9:7 23:14 24:14 25:24 30:23 34:4,7,14 35:18 39:20 50:9,20 51:13,18,21 52:11,14 53:3,6 54:22 60:11,25 71:24 72:7 95:19
**receive** 76:13 83:5 102:3
**received** 33:3 51:22 65:14
**receiving** 30:23 31:16 51:13 60:11
**recollection** 70:16 89:10
**recommendation** 39:25 71:20 77:13 88:11 89:11,18 93:9
**recommended** 55:10,11,12 71:11
**recommends** 70:20,24 89:5
**record** 14:14 18:24 29:11,13 32:20 35:21,22 36:16 43:3 55:18 95:2
**recorded** 11:1
**recording** 10:23
**records** 16:1 28:11 96:18
**recovery** 6:6
**recruiter** 56:2
**recruiters** 27:13 56:25
**recruiting** 6:2 56:4 59:17
**recruitment** 17:20,23 27:14, 19,21,24 28:4 30:22 56:6 57:4 72:13 73:6,10 74:13,24 76:9 88:8
**recurrent** 67:10
**refer** 28:9
**reference** 71:25
**referred** 72:18 89:16
**referring** 31:4 41:2 46:23 60:5 72:1,2 76:22 89:1
**refusal** 100:23
**refused** 92:14
**refuses** 100:21
**refusing** 99:16
**Regiment** 6:13

**regional** 6:13 8:21
**regret** 56:10,11, 13 75:1,2 76:8,12
**regretting** 62:7
**regular** 22:20
**rehire** 11:20 55:13
**rehired** 63:4
**related** 12:6
**relation** 89:15
**relations** 9:16 12:13,21 13:7,20 27:8 28:1 47:24 70:20,23 77:13 88:3,5 89:5,8,14
**relationship** 10:19,25
**release** 81:23
**released** 11:19 82:14
**reliability** 13:23 42:25 43:2,5,6,15, 16 66:9,10,17 83:4 91:3,9 95:9, 24 96:4,20
**relieved** 6:17
**religion** 20:6 39:23 40:5 56:17 58:15 59:2,9,12, 13 93:22
**religious** 4:11 15:16,17,19 16:5, 20 17:5,9,11,15, 25 18:10 19:17 20:4 31:22 32:24 38:16 39:12,22 40:16 50:10 68:12 70:12 73:11 90:5
**remarks** 93:22
**remember** 20:11, 14 23:11,13,16 26:10 33:18 39:23 40:5 47:17 50:3 60:18 73:5 77:20 80:1 86:13 88:14, 15,22,24 98:13
**remote** 102:13
**remotely** 4:5
**removal** 86:23
**rent** 8:1
**rental** 94:22
**renting** 26:14
**repeat** 52:1
**repeated** 43:12
**rephrase** 62:18
**replace** 91:24
**report** 14:7
**reporter** 73:20 101:19
**represent** 4:10 60:12 86:4
**representatives** 38:10 86:3
**represents** 4:15
**request** 16:24 17:1 20:15 25:3 32:6,23 33:16 41:1,2 46:1 50:10 68:12
**requested** 20:3, 25 39:14,21 102:15
**requests** 15:21 16:5,20 17:5,6,8 18:1,2,10 19:17 21:2 22:5 24:21
**require** 43:13
**required** 80:11, 15 92:16
**requirements** 42:12 69:11
**reschedule** 49:14 62:12 85:11
**rescheduled** 41:25
**research** 36:18, 19 37:6,8,15 38:2 84:20
**reserve** 35:25 81:8,11,14,15,16, 17,19,20 82:6,18, 22,24,25 83:7,24 84:3,10,13,14,23 85:1 91:18 92:4 97:1,8 100:1
**reserves** 6:16 36:2 61:11 91:20 92:9,14,15 99:18
**resign** 50:22 51:6 59:8
**resignation** 50:9 51:4 52:4
**resigned** 57:25 93:8
**resigning** 45:11 82:23
**resolve** 65:22
**resource** 6:3
**respect** 59:6
**respond** 72:5 83:3
**responding** 75:21
**response** 6:4 33:7,8 34:16 40:23 51:20 92:20
**responsible** 98:14
**result** 75:18 91:15
**retention** 35:23 36:4
**retired** 6:20 7:23
**retirement** 6:18
**retiring** 8:25
**reverse** 82:16
**review** 34:10 72:8,9,10,14 76:10 101:23 102:2,4
**reviewed** 72:15
**road** 33:22
**role** 32:5 91:21
**room** 82:22
**ROTC** 10:5
**route** 63:1 66:13
**routes** 23:6 41:13,14 61:12
**Roy** 35:8 37:21 38:1 43:25 47:14 62:1,8,23 63:5 68:18 70:18 71:20 89:3,4,11,18
**rude** 15:2 19:1
**run** 7:11 36:22 45:9 75:21
**running** 75:8 78:21

**S**

**Sabbath** 20:1 39:24 40:6 58:8 61:19 62:10,13,21 70:6 79:25 89:23 94:6
**safety** 100:2 101:7
**salary** 81:25
**Santa** 4:21
**SAPA** 34:12 38:9 85:18,23,24 86:18 87:9
**sat** 23:15
**Saturday** 21:5,9 31:3 33:16 40:5 41:3,8,11 50:12 61:3 62:5 65:24 66:2 84:24 85:9, 10 90:4,7,9,17,19 92:15
**Saturdays** 31:13 33:21 34:20 61:2 73:12 93:13,14
**save** 39:11
**scan** 53:8,17
**schedule** 22:4 24:3,4,6 25:12 26:24 33:11 35:25 36:6,7 38:14 39:19 41:6 46:10, 19 47:10,20 49:19 57:6,7 58:7 61:16 62:22 65:24 66:6 67:11,22 81:2,3 84:13,14 93:11 100:15
**scheduled** 21:5 31:2 33:16,21 34:19 41:3,7 43:22 62:4 85:9 89:23 90:7,17 92:1 100:21
**schedulers** 22:11,19
**schedules** 22:21 41:12 86:5
**scheduling** 11:15 20:16 22:5, 10,20 23:9 24:2 29:9 36:5,21 41:1 50:13 54:21 57:16,20,22 59:4 73:4 85:5
**school** 5:10 7:15, 17,18 8:6 10:7 24:9 94:20
**schooling** 8:12
**scope** 78:15
**scores** 55:8
**Scott** 4:16 16:12 19:7 29:22 30:14 40:11 62:18 64:8, 19 67:2 73:16 74:3 78:17 79:6, 14 88:25 101:13
**screen** 32:15 40:8 48:25 55:16 76:18,21 77:2 92:5
**scroll** 32:13
**seat** 27:5
**Seattle** 28:25
**seconds** 30:4 94:25

**Security** 24:12
**seeking** 64:4,14
**selected** 56:14
**selection** 27:5
**sell** 10:14
**send** 17:10 29:21 31:21 71:19 89:11,17 101:25 102:4
**sending** 51:14
**senior** 56:2
**seniority** 11:14 22:13,16 23:3,12 24:7,9,15 36:14, 24 84:2
**sense** 18:25 102:10
**sensitive** 100:23
**sentence** 56:19 60:1
**separate** 54:7
**separated** 74:3
**separation** 7:13 39:1
**separations** 7:13
**September** 30:19
**served** 5:11,23 6:2
**service** 13:3,5,17 20:22 42:19 78:12,24 88:10
**Services** 12:2
**set** 70:5
**sets** 44:13
**Seventh-day** 20:18,24 21:11 59:22 93:24 94:2
**sexual** 13:22 15:13
**Shane** 4:10,15 17:19,21 20:14 21:23 31:19 32:22 39:12,13 50:6,18 51:8,20 52:8,20 53:12 55:11 56:1 58:6 60:2 62:9,20 65:15 66:23 67:17 68:17 70:11,21 71:11 89:5,15
**Shane's** 72:2,4
**share** 40:8 55:16
**shared** 40:9
**sharing** 48:25
**sheet** 102:6
**shift** 22:16 41:11, 24,25 42:9,13,14, 18 44:14 46:19 47:4 48:6 63:2 67:12 85:16
**shifting** 49:19
**shifts** 11:15 24:17 33:24 36:10 37:11
**shocked** 35:16 98:22
**short** 8:5 46:1 49:13 59:16 81:14,16 82:22,24
**shortly** 11:9 31:21 36:25 51:5 52:5
**shot** 69:24 70:2 78:2 92:23,25 93:6
**show** 43:21 45:2 66:11 68:20 88:16
**showed** 68:17,22
**showing** 99:14, 15
**shown** 65:11 70:9 88:13
**shut** 37:13
**shuttle** 92:11
**sick** 42:18 43:10 91:22 99:23 101:3,5,6
**sickness** 99:9,14
**side** 30:20 68:15 78:3,25 82:16 88:8 94:20
**sign** 33:12 40:15
**signature** 102:15
**significant** 54:25 72:22,23
**similar** 21:3,10, 23 24:6 47:11
**simply** 42:9 75:21 100:20
**simulator** 22:3, 14,17 24:17,23,24 25:5,11,17 26:9, 24 27:1 80:24 94:20,22
**simulators** 26:13,22 67:11
**sit** 11:3 36:17 38:9 82:20 97:14 99:19
**sits** 36:23 82:25
**sitting** 9:25 23:21 61:17 92:9 100:1, 4
**situation** 51:1,24 53:15 56:18 69:3 72:25 95:13 97:1, 10
**sixth** 90:25
**skills** 48:24 57:3
**Sky** 28:13
**Skywest** 4:10,25 5:19 7:2,4,7 9:6, 18,20,25 11:12,18 14:2,3 21:13 24:8 26:12 30:14 31:8 32:12 33:24 35:5, 12 36:1,3 37:9 38:12 40:12 42:5 47:3,6 50:5,13 54:21 58:5 59:15, 23 60:16,23 61:18,21 62:19,22 66:10 67:1 70:10 73:15 77:17 81:3 82:4 83:10,16 85:21,22 86:18, 23,24 87:13,14 88:15,20 90:8,12 91:16,25 93:15,21 94:11 96:4 99:7 100:8,12,14
**Skywest's** 17:10 69:8 90:20
**sleep/rest** 100:5
**slide** 98:7
**slightly** 47:20 49:19
**slowly** 13:2
**small** 78:3 98:23
**smaller** 12:12
**smooth** 14:21
**Social** 24:11,12
**sooner** 41:19
**Sorensen** 9:12 55:24 56:3
**sort** 13:16 18:8 20:1,15 82:3
**sound** 74:15
**sounds** 73:23
**South** 99:19,23, 24 100:1
**space** 94:22
**speak** 94:4
**specialist** 30:22 56:6
**specific** 27:21 33:9,15 41:1 52:11 57:3,20 58:12 61:25 64:22 72:23 87:6
**specifically** 7:22 9:4 10:19 23:11 24:25 35:3 37:21 38:18 48:3 52:14 58:4 59:8,11 61:1 63:7 65:19,25 67:19 71:19 75:14 78:23 82:17
**speculating** 68:25
**speculation** 21:20 37:19 42:22 48:9 49:6,22 54:1 58:20 71:6 75:11 96:9
**spell** 4:18
**Spencer** 30:21
**spend** 6:8 12:12
**spent** 5:6 12:8
**spoil** 87:1
**spots** 26:22 98:20
**spring** 45:11 55:14 93:9,10
**St** 8:24 9:2,5
**staff** 5:14 6:2 8:21
**stance** 14:2 61:5 63:18
**standard** 63:23
**standards** 62:2
**standby** 14:3
**standpoint** 69:20 73:1 90:20
**stands** 85:19
**start** 8:19 22:7 28:12 43:12 46:20 81:22 83:10
**started** 5:19 7:6, 7,25 10:20,22 11:1 13:3 21:24 24:9 31:23 38:5,6 54:20 77:16
**starting** 28:20 46:7 49:3
**starts** 50:6 74:9 96:13
**state** 4:18 8:7
**stated** 90:22
**statement** 15:1 59:21 63:10 65:14 66:24 67:13,14,

15,17,18 68:1 96:13,23
**stations** 13:4,6, 17
**statistics** 18:17 85:5
**status** 6:15 82:25 100:6,25
**statuses** 97:12
**staunch** 63:18
**stay** 52:5 54:15
**stayed** 25:10
**staying** 21:13
**step** 33:5 40:16
**steps** 69:22
**stick** 35:14
**stipend** 82:1
**stop** 37:4,14
**stranded** 61:10
**strange** 6:24
**Strindberg** 4:8,9 16:11,18 17:3 18:18 19:3,6,15, 21 21:21 27:1 29:14,22 30:3,9, 11,14,17 32:21 35:2 37:23 48:15, 23 49:15 50:4 54:5,9,13,15,18 55:19,22 58:23 60:16 61:18 62:17 64:8,19 65:7 67:1, 5 71:7,14 73:13, 21,24 74:2,8 75:12 77:6,8 78:16,18 79:3,10, 14 87:16 88:22,25 95:5,8 96:10 99:3 101:12,15,25
**Strindberg's** 92:20
**strongly** 90:4
**student** 7:22 8:1
**students** 45:24 80:19
**study** 85:7
**stuff** 8:2,14 10:14,21 11:16 15:6 18:16 20:13 27:17,20,22 33:12 39:1,7,9 42:2 82:1 86:6 91:7 97:18 98:17 100:6
**subject** 43:6 66:16
**subjects** 35:10 39:2
**submitted** 50:10
**success** 85:15
**successful** 85:10
**sufficient** 70:5
**suggesting** 74:19
**summer** 87:25
**sun** 44:13
**Sunday** 85:12,13
**sundown** 41:3,4 45:8 50:12
**sunset** 61:8
**supervisor** 33:19
**supposed** 98:25
**suspend** 14:8
**suspension** 43:6
**swag** 19:23
**swap** 33:11 41:12
**swapped** 27:14
**switch** 23:1 25:6, 15,18,22
**switched** 25:20
**sworn** 4:4
**system** 22:12,13 53:8 63:24

**T**

**tagged** 39:8
**takes** 73:10 78:21 81:1
**taking** 4:13 10:2
**talk** 11:4 15:8,11 22:6 24:22 33:4 38:7,25 47:6 51:16,19 79:20,21 86:12
**talked** 10:10 22:10 23:11 25:1, 23,25 26:7 33:6 34:21 35:3,8,9,23 36:20 38:20 40:21 46:9 47:9,16,19, 23 56:9 58:3 68:5, 7 79:22,23 88:21
**talking** 17:6 22:19 40:21 47:5, 25 54:6,19 77:24 78:8
**tank** 5:14
**tardiness** 95:23
**tattoos** 20:9
**teach** 10:4 80:15
**team** 25:9,10
**teams** 25:8
**telling** 62:9
**ten** 36:24 70:19 79:8
**tend** 11:2 15:5 96:6
**tended** 97:12
**tenure** 94:16
**term** 16:14,23 47:23
**terminal** 7:5,9
**terminate** 14:9 45:10
**terminated** 45:3 66:14 86:3
**termination** 38:8 43:7 47:22 52:6 55:13 86:4 96:16
**terminations** 96:17,19
**terms** 72:23 96:16
**testified** 4:5 46:4 64:21 89:20 90:8
**testing** 28:7
**thing** 14:22 38:23 46:13 50:22 52:2 55:3 59:25 67:10 86:22 95:18 98:23 102:10
**things** 10:18 14:21 15:14 17:12 23:19 27:15 38:24 43:25 50:24 53:19 61:12 69:18 82:12,16 86:2 87:3,13,14 91:7 96:13 98:18,20 100:24 101:2
**third-party** 53:4
**thought** 46:10,12 48:24 57:23 59:14 73:18
**throwing** 35:13
**ticketing** 13:6
**time** 6:8,9 7:3 9:15 10:13 11:3 13:2,24 14:6 17:9, 17 18:6 22:3,15 25:13,16 26:23 27:14 35:11 36:21 37:8 39:11,24 42:16 44:9 45:5,6, 7,8,12,21,23 46:10 49:10,11, 12,25 55:3,15,23 57:5,14 66:13 67:9 74:12 77:3 81:3,25 84:19,25 85:1 90:24,25 93:5,10 95:4 100:3,5
**timeframe** 44:15
**timeline** 46:1 84:3
**timelines** 81:15
**timely** 99:25
**times** 24:24 59:16 67:18,23 92:10
**title** 12:3 23:17 26:6
**today** 79:20
**Todd** 4:14 9:8 60:3,5,19 63:12, 14,18 64:1,3,5,20 65:4 68:23,24 79:4 93:17 94:25
**told** 10:6,10,15 11:5,10,11 25:18 26:15,20,22 31:21 36:18 37:1,3,5,14, 21 44:10 45:1,9, 18 47:3 51:25 54:23 56:21 58:1 61:21 62:24 63:9 64:1 65:17 66:7, 15,16 71:10,19 76:11,12 80:12,22 85:17 89:17 94:11,17
**Tom** 4:15
**tons** 5:15
**tools** 21:7 33:10, 23 34:3 41:9 42:3, 4 57:17 61:2,20 62:10,22 63:3 66:3 70:4 71:18 73:4 90:8,18
**top** 39:13 51:7 53:22 55:25 56:7 73:6 75:20
**topic** 38:19
**topics** 79:21
**totally** 6:17
**tough** 33:22
**toxic** 39:5
**track** 18:16 43:2 74:25
**Tracy** 37:25 69:2
**trade** 36:9 41:11 57:21 85:16
**trades** 21:8

**trading** 66:3
**train** 94:11
**trained** 29:2 58:15 80:6 82:5
**trainees** 27:3
**training** 5:9 6:13 8:17 12:7 21:16, 18 22:3,10,14,17 24:2,3,17 27:2 44:7,11 45:14 46:5,7 47:8,20 48:6 50:12 54:20 57:16,20,25 58:6, 13 67:8,9,10,20, 21 68:6,7,11,15 69:15,21 70:1 73:3 79:23 80:4, 10,14,24 81:2,4 83:9,15,20,23 84:23 93:4,6 94:15,18
**transcribing** 101:19
**transcript** 101:18,23 102:1
**transition** 83:6
**transparent** 87:6
**transportation** 94:22
**travel** 14:3,16
**traveled** 27:16
**traveling** 38:8
**trickle** 98:24
**trickles** 98:21
**tricky** 26:25
**trim** 101:4
**trip** 61:14,15
**trips** 41:15
**true** 83:12
**Tuesday** 45:22
**turnover** 78:23
**two-week** 46:14
**two-year** 19:23
**type** 14:22 27:22 28:25 37:5 53:9, 18 57:16
**types** 20:2
**typical** 46:11
**typically** 15:8 17:14 52:22,24 72:12,19,20 83:18 96:13

### U

**ultimately** 9:14 10:4,12 11:6,18 37:12 63:22 78:20 87:25
**unable** 40:25 44:18 63:2 90:18
**unaware** 46:14 58:11 91:14 92:4, 8
**undergraduate** 8:13
**understand** 14:18 49:16 57:9 64:7
**understanding** 24:7 27:22 81:10 85:24 86:17 87:12,20,21
**understood** 96:24
**unexcused** 42:15 43:8,9,11 95:11,15
**unforeseen** 89:22
**unfortunate** 45:5
**University** 8:7
**unqualified** 81:5
**unusual** 6:22
**unwilling** 90:7,19
**upload** 52:25 53:17
**upstairs** 22:11, 19 37:12 38:1
**usual** 34:2
**Utah** 4:22 6:12 8:7

### V

**vacancies** 23:2
**vague** 16:16 19:12 62:14
**variety** 23:7 35:10
**vendor** 53:4
**vendors** 53:5
**verbiage** 62:1
**versa** 57:11
**vice** 9:11 57:11
**viewed** 77:1
**viewpoint** 72:24
**violations** 14:3, 17
**virtually** 29:23
**voluntarily** 9:22
**vote** 86:2

### W

**W2** 28:11
**wait** 54:3 64:2
**waited** 51:1
**waiting** 51:3 83:1
**waived** 64:20
**walk** 11:3
**wall** 35:13
**wanted** 10:6,9 23:8 31:14 39:8 58:5 60:23 61:1, 19 62:9,19,20 65:18,25
**washed** 57:24
**Washington** 12:1
**weather** 65:21 97:16 98:21 99:25
**Wednesday** 45:22 50:8
**week** 85:11
**weeks** 10:10
**weigh** 91:10
**weighed** 98:16
**weird** 22:4
**West** 28:13
**Whicker** 22:8 26:1 33:19 34:15 40:15 44:14,21 45:15 46:6,25 47:5,15 48:4 49:2 50:7,19 51:8,14, 16,24 68:8,14
**wholeheartedly** 59:6
**wide** 69:19
**willingness** 79:19
**wind** 17:9,13,14
**window** 59:19
**wished** 94:9
**withdraw** 52:3
**withdrawing** 51:4
**woken** 101:1
**woman** 12:18
**wording** 40:22
**words** 20:7 53:11 71:2 95:14
**work** 4:25 10:21 11:15 21:12 22:1 28:13 31:3,12 33:25 41:1,24 42:5,15 43:9 50:13 56:16,25 57:10,18 58:7 61:1,3 62:5 63:1, 2,4,19 69:25 73:12 85:5,13 86:5 89:22 90:4,7, 19 93:13,14 100:21
**work-related** 14:16
**worked** 6:3,7 12:1 20:22 22:16 37:9 66:5 74:12 90:16
**working** 7:15,19 11:25 20:1 21:8 28:23 41:10 58:8 70:6 84:24 87:6
**works** 60:10
**write** 88:23
**writing** 17:1 60:23 63:1 70:11 91:1
**written** 40:19 44:1 47:18 98:5
**wrong** 98:19
**wrote** 39:13 66:23

### Y

**year** 5:5 10:6 62:11 70:5 93:4
**years** 5:7,9 6:10 18:15
**yellow** 25:9 80:25

### Z

**Zoom** 18:23

# EXHIBIT 2

CASSELL

vs

SKYWEST, INC.

SHANE ANDREW CASSELL

September 28, 2020

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH - CENTRAL DIVISION

* * *

SHANE ANDREW CASSELL, )
)
Plaintiff, ) Case No.
) 2:19-cv-00149-JNP-EJF
v. )
) Videoconference
SKYWEST, INC., d/b/a ) Deposition of:
SKYWEST AIRLINES, )
) SHANE ANDREW CASSELL
Defendant. )
)
)
)
)
)
)

* * *

Monday, September 28, 2020
9:41 a.m. MDT

Remotely Via Zoom

* * *

Jessica Croxford
Registered Professional Reporter

APPEARANCES

For the Plaintiff: Erik Strindberg
STRINDBERG & SCHOLNICK, LLC
675 East 2100 South
Suite 350
Salt Lake City, Utah 84106
Todd R. McFarland
GENERAL CONFERENCE OF
SEVENTH-DAY ADVENTISTS
12501 Old Columbia Pike
Silver Spring, Maryland
20902

For the Defendant: Scott M. Petersen
FABIAN VANCOTT
215 South State Street
Suite 1200
Salt Lake City, Utah
84111-2323
Todd Emerson
SKYWEST AIRLINES
444 South River Road
St. George, Utah 84790

* * *



INDEX


| EXAMINATION | PAGE |
|---|---|
| By Mr. Petersen | 5 |

| EXHIBITS | | PAGE |
|---|---|---|
| No. 1 | Employment Application History, Aug 1, 2016 - Present, CASSELL 43 - 193 | 63 |
| No. 2 | Wage and Tax Statements, CASSELL 191 - 193 | 92 |
| No. 3 | Schedule, CASSELL 177 - 190 | 95 |
| No. 4 | Saturday Matrix Lab, Dec. 10, 2016, SkyWest_000588 | 109 |
| No. 5 | Email Correspondence, Subject: Clarification of Yesterday Events, SkyWest_000038 - 39 | 118 |
| No. 6 | Email Correspondence, Subject: Religious Accommodation Form, SkyWest_000017 - 19 | 120 |
| No. 7 | December 8, 2016, Letter, Re: Shane Cassell, SkyWest_000042 - 43 | 128 |
| No. 8 | February 3, 2017, Letter, Re: Shane Cassell, SkyWest_000001 - 2 | 143 |
| No. 9 | CRJ Domicile Request, SkyWest_000049 | 151 |


(Continued on next page)




| EXHIBITS (Continued) | | PAGE |
|---|---|---|
| No. 10 | Email Correspondence, Re: Letter Regarding Religious Beliefs, SkyWest_000007 | 155 |
| No. 11 | June 29, 2017 Letter from Shane Cassell, SkyWest_000006 | 156 |
| No. 12 | Pay Stubs, Benefits Overview, Manager Assessment, CASSELL 216 - 221 | 174 |
| No. 13 | Email Correspondence, Subject: Shane Cassell, SkyWest_000026 | 190 |
| No. 14 | October 27, 2016, Memorandum of Agreement, SkyWest_000021 | 192 |
| No. 15 | Pairing Optimization Factors, SkyWest_000061 | 197 |
| No. 16 | PBS User Guide, SkyWest_300 - 303 | 202 |
| No. 17 | Standard Practice Policies Excerpt, SkyWest_000418 - 421 | 203 |
| No. 18 | Crew Flight & Duty Time Record, CASSELL 194 - 215 | 206 |
| No. 19 | Corrective Action and Employment Separation, Standard Practice 3024 Excerpt, SkyWest_000546 - 547 | 214 |


* * *



PROCEEDINGS

SHANE ANDREW CASSELL,

the plaintiff, called as a witness by and on behalf of the defendant, being duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. PETERSEN:

Q. Mr. Cassell, thank you for joining us via Zoom. My name is Scott Petersen. I represent SkyWest Airlines in defense of the discrimination suit you've brought.

I'm going to ask you a bunch of questions. I'm sure that your counsel has spoken to you in some measure about certain rules, but I'm just going to go over so that I know that you understand this.

Because your deposition is being taken today, what's happening is, the young lady in -- on the screen, Jessica, is writing down everything that's being said by anybody on this Zoom call. And as a result, we need that record, which will be in writing, to be clear. And that means that we need to listen to the questions that are asked and wait until they're asked before we respond.

Does that make sense?

A. Yes.

6

Q. And it's important -- you know, when we talk to each other, we use a lot of grunting and nodding and shaking of our heads, but that won't look good on paper when this is all done. It will look the same whether you've shaken your head or nodded your head. So it's important to be audible in our responses, yeses and noes and not do what we all do, which is, you know, grunt and say "uh-huh" and "huh-uh" because that kind of looks the same.
Does that make sense?
A. Yes.
Q. I will be asking you a lot of questions. Your counsel may be objecting. I would just ask that you wait until I'm done asking the question before you respond so that you understand the question. If you do not understand the question, please let me know, and I will try to rephrase it in such a manner that you do understand it.
Any questions with that?
A. No.
Q. And you understand you've been placed under oath; is that correct?
A. Correct.
Q. And what do you understand the oath to mean?

7

A. That I have to tell the truth. I can't make things up. I can't falsify anything.
Q. You understand that there are penalties associated with people who do not tell the truth under oath?
A. Yes, I do.
Q. Okay. I will let you take a break if you need a break, but I will just ask that if I have asked you a question, I'm going to require that you answer the question before we take the break.
Does that make sense?
A. Yes.
Q. Are you on any medications today?
A. Am I on any medications?
Q. Yes.
A. No.
Q. All right. Is there any reason why you would not be able to testify truthfully today?
A. No.
Q. Is there any reason why you would not be able to recall, to the best of your recollection, facts and circumstances?
A. No.
Q. All right. Then please give me your full name.

8

A. My full name is Shane Andrew Cassell.
Q. And what's your date of birth, Mr. Cassell?
A. My date of birth is [redacted].
Q. And your current address?
A. [redacted]
Q. How long have you been there?
A. Just under two years.
Q. All right. And before that, were you in Nebraska?
A. Yes.
Q. Same place, just different apartment or home or whatever?
A. Yeah, different apartment.
Q. Okay. Have you ever been deposed before?
A. I have not.
Q. I'm going to ask you some kind of goofy questions that may seem goofy to you, but they're kind of important. But just bear with me.
Have you ever been convicted of a crime?
A. No, I have not.
Q. Have you ever been arrested?
A. No, I have not.
Q. Have you ever been in a lawsuit before?

9

A. No.
Q. All right. I want to talk to you a little bit about your employment history.
Can you just tell me when you graduated from high school?
A. Yeah. I graduated from high school in the spring of 2010.
Q. And what high school was it?
A. Spring Valley Academy.
Q. Where was that?
A. Centerville, Ohio.
Q. All right. And then did you get a job after high school?
A. No. I went to college.
Q. All right. What college did you go to?
A. I attended Andrews University in Berrien Springs, Michigan.
Q. Did you graduate?
A. I did. 2014.
Q. And what did you graduate in -- with?
A. I graduated with a bachelor's in technology in aviation.
Q. Is that what -- were you intending to be a pilot when you went to Andrews?
A. Yes.

10

Q. Is that a college that gears people toward becoming pilots, or is that just a college -- like a regular college that gives bachelor's degrees in a variety of places?
A. It's a liberal arts college, and they happen to have an aviation program.
Q. I see.
When you graduated in 2014, what did you do?
A. I had a job lined up as an aerial photographer based in Lowell, Indiana.
Q. And you did that for a while?
A. Yeah. I did that until 2016.
Q. All right. And then what did you do in 2016?
A. I applied at SkyWest.
Q. Had you -- in 2016 when you applied at SkyWest, did you have a pilot's license?
A. Yes.
Q. And then is that something that you get from getting your degree at Andrews?
A. Yes.
Q. But you hadn't applied or -- I'm sorry.
You hadn't worked for any kind of airline prior to applying for SkyWest?

11

A. That's correct.
Q. Let me ask you this: Where were you living at the time that you applied at SkyWest Airlines?
A. When I applied, I was living in Lowell, Indiana.
Q. And why did you apply at SkyWest?
A. Well, SkyWest had and still has an excellent reputation in the industry of stability, a growing fleet, good training, good work culture, compared to a lot of other regionals that don't quite have the same standards that SkyWest does. And I wanted to be a part of a company where the pilots enjoy going to work, that had a good work culture, that had good training and good stability. So that was very attractive to me about SkyWest.
Q. At the time that you applied, did you do any research to decide what kind of a schedule you would be working with at SkyWest?
A. Yeah. I knew an individual that was working there, and I spent extensive time on the phone with him discussing how his schedule was. I actually knew several people that were working there, but one in particular that I spent a lot of time on the phone with, discussing how the schedule

12

was handled, from training all the way through being a line pilot.
Q. Who was this individual you're talking about?
A. His name is Steve Horne.
Q. H-O-R-N or R-N-E?
A. R-N-E.
Q. And was he a pilot?
A. He was.
Q. Do you know how long he had worked at SkyWest?
A. I don't know exactly. It was eight -- somewhere between eight and ten years.
Q. Okay. How did you know him?
A. He -- I was -- I was given his number by a former professor of mine from Andrews.
Q. Okay. And other than your pilot's license, do you have any other professional licenses besides like -- not talking about a driver's license, but a professional license of sorts?
A. I'm a flight instructor, and I'm also a ground instructor for aviation-related topics.
Q. How long have you had your flight instructor's license?
A. I got it in March of 2013, so six, seven

13

years.
Q. And your ground instructor's license, how long have you had that one?
A. I don't remember the year I got it, but it was no later than 2014.
Q. Have you ever had your -- either your flight instructor, your ground instructor, or your pilot's licenses suspended or revoked?
A. No, sir.
Q. Have you ever been disciplined by any industry or trade group relative to those licenses?
A. No.
Q. Tell me -- I apologize, but tell me again when you applied to SkyWest.
A. I applied to SkyWest in the summer of 2016.
Q. And at the time, when you were speaking to Mr. Horne, did any -- did the discussion about work schedule come up?
A. Yeah. That was the majority of what we discussed about in our conversations, was the schedule.
Q. What -- do you know, does Mr. Horne have a particular religion that he belongs to?
A. He's also Seventh-day Adventist.

14

Q. And he's a pilot for SkyWest?
A. He -- yeah, he was working there. He no longer works there.
Q. When did he quit? Do you know?
A. I don't know when he quit.
Q. Or was he terminated, I guess? Do you know if he quit or was terminated?
A. I -- I presume he was not terminated. He's now flying for another carrier, a major airline. So my presumption is that he wouldn't have been able to get that job if he was terminated.
Q. Do you know what airline he's working for now?
A. FedEx.
Q. FedEx?
A. Uh-huh.
Q. Okay. That's a "yes," right?
A. Yes, he's -- yeah, he's working for FedEx.
Q. At the beginning when I said you've got to respond with audibles, that's what I mean, as opposed to "uh-huh."
A. Sorry about that.
Q. It's hard to read. No, it's okay. I'm just trying not to -- so you're not offended.
A. Yeah.

15

Q. All right. And you are also a Seventh-day Adventist; is that right?
A. That is correct.
Q. And have you been that essentially your whole life?
A. Yeah. I was -- I guess you could say I was born into it. My parents were both Seventh-day Adventists, and they raised me in the church. I made the decision to be a baptized member when I was 10 years old.
Q. And what -- in relation to your religious views about the Sabbath, can you explain those to me?
A. Yeah, I can. So Seventh-day Adventists believe that the Sabbath starts at Friday sundown and ends at Saturday sundown. During this period, we follow what's -- what's written in Exodus Chapter 20, in the 4th Commandment that we're not supposed to do any work between -- in that time period. It's a day of rest from kind of the responsibilities of the world, and we don't partake in commerce or anything like that.
Q. And the sundown, how do you determine what Friday sundown to Saturday sundown is?
A. Well, it kind of depends on who you ask.

16

But most Adventists will just look at the sundown calendar. Like on the iPhone, it will tell you when sundown is, or you can go to timeanddate.com and it will also tell you. And that's how my family's always -- that's what my family has used. We use the sundown time.
Q. From your phone? Your handheld?
A. Phone or some form of computer.
Q. Okay. And then when it comes to work, you indicated that your religious beliefs prohibit work during the Sabbath; is that right?
A. Correct.
Q. And does that apply regardless of what your work is?
A. Well, I would say that the exception here, if you want to call it that, would be if -- if it's an unforeseen circumstance. So there was a question asked of me later on by SkyWest, would there be any situation you would be willing to work on the Sabbath. I say, yes, if there was an emergency; if someone's life was in danger; maybe there was a maintenance delay or a weather delay that caused us to get stuck at an outstation that was not a SkyWest domicile. I would be more than happy to bring that aircraft back to the domicile.

17

And the reason I'm willing to do this is because I look at the example of Jesus in the New Testament, and he was not afraid to work in terms of healing on the Sabbath, doing good on the Sabbath. And so I can within -- I can, with good conscience and staying within my religious beliefs, do something like that. But a regularly scheduled event, I would not do during the Sabbath.
Q. So what about -- from your religious beliefs, what about a first responder like a police officer or a firefighter or an ambulance driver? If you were to choose one of those occupations, is that -- does that also prohibit you from working on the Sabbath even though you might be a police officer or a firefighter in your religious belief?
MR. STRINDBERG: I'm going to object to the question. It's not relevant.
But, Shane, you can try to answer.
A. I think it depends on the individual. Some individuals choose not to. Others do. Me personally, I don't know that I have an answer for that necessarily because I don't work in that industry. I would have to consider all the options.
I know that I don't have a problem with healing on the Sabbath. So if somebody asks me to

18

help with a healing project, I would be more than happy to do that.
Q. (BY MR. PETERSEN): If you had been asked to be, say, a highway patrolman on -- or -- well, let me ask you this: From your religious point of view for a Seventh-day Adventist to be, say, a highway patrolman, would it, from your position -- I'm not asking from your church's, but from your personal belief, would it be appropriate for that person to work on the Sabbath to do highway patrol duties that may or may not involve any kind of healing?
MR. STRINDBERG: Object again. Not relevant. And I don't know if Shane is an expert in these type of religious questions.
MR. PETERSEN: I'm not asking for his expert opinion. I just want his belief.
Q. (BY MR. PETERSEN): Go ahead, Shane.
A. My belief is that if an individual chose -- that was Seventh-day Adventist chose to be a highway patrolman, I would not have a problem with them working, and neither -- if I was in that situation, I would do it.
Q. You would, you said? I'm sorry.
A. Yes, I would.

19

Q. Okay. Okay. And then why is it that you do not work on the Sabbath?
A. Why is it that I don't work on the Sabbath?
Q. Yeah.
A. Well, like I said, Seventh-day Adventists believe, based off the 4th Commandment, the seventh day of the week is the Sabbath. It starts Friday sundown through Saturday sundown. And in the 4th Commandment, it states, "On that day, you shall do no work."
Q. So the difference for, say, a highway patrolman versus a pilot, is there a -- from your religious belief, what's the difference to you there, if there is one?
A. Well, police officers are called to serve and protect. You have to have that in society to retain law and order. If an individual that is an airline pilot is not able to show up, people don't go on their vacations, et cetera, it's not a -- in my mind, it is not as crucial of a position to healing and protecting and serving in society.
Q. Okay. And you sincerely believe that not working on the Sabbath -- you sincerely hold that belief, that you should not be working on the

20

Sabbath, which you've identified as Friday sundown to Saturday sundown?
A. I do.
Q. And your belief in that doctrine or that principle, where does that come from, do you know, your belief?
A. Yeah. The 4th Commandment found in Exodus 20. That's what my church believes and that's what I believe.
Q. And how long have you held that belief? Do you know?
A. As long as I can remember being taught it.
Q. Do you know if Mr. Horne worked on the -- on your Sabbath?
A. Mr. Horne told me he had never worked on a Sabbath at SkyWest Airlines.
Q. Did you ever talk to Mr. Horne about his time as a trainee at SkyWest?
A. I did. He said that he did not have difficulties getting through training in regards to keeping the Sabbath.
Q. Was Mr. Horne ever a reserve pilot, that you know of?
A. Yeah, he was.
Q. Do you know where he was domiciled as a

21

reserve pilot?
A. I -- I do not.
Q. Do you know when he was a reserve pilot, like what year?
A. I don't.
Q. And I know I asked you how long he worked there, and I can't recall your answer. So I apologize.
But do you remember?
A. It was somewhere between eight and ten years. He had been there for a while.
Q. Okay. And you're not sure -- do you know where he was domiciled when you were speaking to him?
A. Yes. When I started speaking with him, he was domiciled in Chicago, and then he switched to Detroit.
Q. I'm sorry. Then he switched to Detroit?
A. Yes.
Q. Okay. And your understanding is that Mr. Horne never worked a Saturday or a Sabbath, as you've identified and described it, ever at SkyWest?
A. That is correct.
Q. And that understanding comes from Mr. Horne?

22

A. Yes. Conversations we had.
Q. All right. And when you asked him -- or did you ever ask him how he avoided Saturday or Sabbath work?
A. Yeah. That was the majority of our conversations, me asking him, "How did you handle this situation" or "What did you do in this situation?" And he was very helpful in explaining how he had gotten through.
Q. And how did he get through?
A. Well, so as a line pilot, he -- as his seniority group, he was able to bid out of it. When he was younger, he would use things like trading and dropping trips and stuff like that. He told me that when it came to training and IOE, he was able to make requests with the individuals who scheduled those to avoid being placed on -- on a schedule that went over a Sabbath.
Q. Do you know how many flights SkyWest flew each day at the time that you applied?
A. I don't.
Q. Do you know how many flights SkyWest flew at the time that Mr. Horne worked for SkyWest?
A. I do not.
Q. Do you have any understanding as to

23

whether the amount of work and the number of flights that SkyWest took while Mr. Horne was there increased from the time he started versus the time he left?
A. Well, I -- I'm sure that the amount increased because I know that SkyWest was growing.
Q. Okay. Had you talked to anyone else at SkyWest that avoided a particular day of work?
A. Before I was training, no.
Q. How about while you were training?
A. It was still Steve.
Q. So was Steve the only person that you're aware of who was able, from your understanding, to avoid working any particular day of the week there in flying for SkyWest?
A. I'm aware of one other individual who started after I left.
Q. And who was that?
A. His name is Michael Wahlen.
Q. How do you spell his last name? Do you know?
A. W-A-H-L-E-N.
Q. And what day did he try to avoid working?
A. Sabbath, Saturday -- Friday sundown through Saturday sundown.

24

Q. Is he also a Seventh-day Adventist?
A. He is.
Q. And a pilot?
A. Uh-huh. Yes.
Q. Do you know when he started working at SkyWest?
A. He started January or February of 2017. I don't know the exact day he started.
Q. And from your understanding, to this day or to the last time you spoke with him, he had not worked a Sabbath?
A. That is correct.
Q. And did you ask him how he avoided it?
A. Yeah, I did. And he shared the same things. The way he organized his bids, there were some that he told me he had to trade and drop during -- as a line pilot. During training, he was able to -- his training schedule was different than mine, so he didn't have the -- the same set of issues that I did. But he was also able to make requests within the training department to not be scheduled when there were areas that were out of his control with the bidding process.
Q. Let me ask you about Mr. Horne.
Is his first name with a P-H or a V? Do

25

you know?
A. Steven is his first name.
Q. S-T-E-V-E-N or S-T-E-P-H-E-N? Do you know?
A. I don't. I think it's a V, but I don't know.
Q. Okay. Is Mr. Wahlen still at SkyWest?
A. He is, yes.
Q. Do you know if he's a captain or a first officer?
A. He's a first officer, last I knew.
Q. Do you know where he's domiciled last you spoke with him?
A. Detroit.
Q. And do you know if Mr. Horne was a captain or a first officer?
A. Mr. Horne was a captain.
Q. And how long has Mr. Wahlen been at SkyWest? Do you know?
A. He started in early 2017, so it would be a little -- three, almost four years now.
Q. All right. And Mr. Horne was almost -- something like ten, that you were -- that you recall?
A. Yes.

26

Q. And -- all right. So let me ask you about your training, then.
You -- you were hired as a pilot by SkyWest in the fall of 2016; is that right?
A. Yes.
Q. Do you remember the month?
A. That I was hired?
Q. Yeah. It's not a trick question. If you don't remember, I get it.
A. Yeah, I don't remember when I received my conditional job offer. I -- yeah.
Q. And you applied at SkyWest because you thought they were essentially a better regional airline than their competitors?
A. Yeah.
Q. And you spoke with Mr. Horne.
How many conversations did you have with Mr. Horne before you applied to SkyWest?
A. At least four or five, that I can remember.
Q. How did you know him?
A. He -- I was given his contact information by a former professor of mine. I never actually met him face-to-face.
Q. Okay. And at the time that you applied,

27

what did you understand your schedule would be like at SkyWest as a trainee? Did you -- or if you had an understanding at the time?
A. Certainly. So in the interview, I asked what the schedule during training was, and they told me that ground school would be Monday through Friday from 8:00 to 5:00, your normal business hours, and that simulators, they couldn't give me, but they told me that it would be random based off simulator availability.
Q. Did you let them know at that time that you were unwilling to work on the Sabbath?
A. No, I did not.
Q. Did you have any concerns that you would be required to work on your Sabbath, at least with simulator training?
A. I had concerns. But I spoke with Steve, and he -- he told me about his experience and that there was usually some simulator slots that you could avoid Saturdays with -- or the Sabbath time period with.
Q. What did Steve do to avoid that simulator training on the Sabbath? Did he tell you?
A. Yeah. He told me he just picked the ones that didn't have a time period over Sabbath. So

28

sometimes he might be starting at 4:00 in the morning or ending at 2:30 in the morning. He picked the least desirable ones. Or if he couldn't, he told me that the option to trade with another classmate was available as well.
Q. And did he explain how you would do a trade with another classmate?
A. No, I don't think he did.
Q. All right. And then when you started, you're accepted at SkyWest as a pilot, correct?
A. Yes.
Q. And you began training?
A. Yeah, I began training.
Q. And where did training take place?
A. The first portion was a CTP course in Atlanta, Georgia.
Q. And what is a CTP? What does that stand for?
A. I don't know what "CTP" stands for, but I do know that the purpose of the course is for all pilots who fly for a 121 carrier, such as SkyWest Airlines, have to have an airline transport pilot license. In order to get that license, you have to go through a course that's called the "CTP course." It's three or four days of ground school

29

and ten hours of simulator time where they teach you about how -- basically, how to fly a jet safely. And then once passing that, you can -- you're eligible to take the ATP test.
Q. So when you applied at SkyWest, did you apply to fly a particular plane or just whichever one they wanted to assign you to?
A. I chose the CRJ due to the fact that it was -- it was going to be easier to avoid working on sabbaths in that airframe.
Q. And how did you have that understanding, that if you applied to fly the CRJ, it would easier to avoid sabbaths?
A. I was told that the other airframe was in higher demand, so everybody that had higher seniority in the company was wanting to go to that airframe. And they were hiring newer hires into it, but they were not getting very good schedules. Their seniority did not grow as quickly. So I chose the other one due to the fact that I would have a better chance of my seniority growing faster, which would allow me to bid out of flying during the Sabbath period.
Q. So at the time that you applied, you understood that SkyWest had a seniority system of

some sort --
A. Yeah.
Q. -- for purposes of deciding when people would fly?
A. Yes.
Q. Tell me what you understood the seniority system to be at the time that you applied.
A. I understood that the seniority system was based off of date of hire. And based off of that, you were assigned a schedule based off of your bid preferences in the PBS system.
Q. And you said "PBS system." What's that?
A. Preferential bidding system.
Q. Is that PBS something unique to SkyWest, or is that something that, in your understanding, applies in the industry?
A. As far as I know, there's only one airline that doesn't have that, and they might have switched.
Q. And who is the airline that doesn't have it?
A. PSA Airlines.
Q. Who do you currently work for?
A. Who do I currently work for?
Q. Right.



A. I work for Silverhawk Aviation.
Q. And have you worked for Silverhawk Aviation since your application for a job at SkyWest?
A. I started at Silverhawk Aviation in the fall of 2017.
Q. What's your position there?
A. I'm the assistant chief pilot.
Q. All right. Let me ask you a little bit about Silverhawk Aviation and your job there.
Assistant chief pilot, is that what you were since being hired in the fall of 2017?
A. No. I started at Silverhawk as a captain, a direct entry captain on a King Air 90 aircraft. From there, they allowed me to become a training pilot, an instructor pilot on that airframe. That happened in the summer of 2018.
In the fall of 2019, they added a second airframe to my job description. I became a second-in-command on a Cessna Citation and as well as becoming a check airman on a King Air 90 that I was flying.
Q. On the King Air 90?
A. Yes.
Q. Did you have to go through training with



Silverhawk?
A. Yes, I did.
Q. And how long is training there?
A. It was broken up into sections. The first two or three -- actually, the first month I was there, it was all computer-based training, which I did on my own at home. The -- then they sent me to FlightSafety, which is a simulation company, to get training in the King Air 90 simulator, and that was ten days.
Q. And where was that?
A. Wichita, Kansas.
Q. And so it went for -- it was ten consecutive days?
A. The total time was ten days. I had Saturday off.
Q. Did everybody have Saturday off?
A. Yes.
Q. So you worked Sunday?
A. Uh-huh.
Q. And not Saturday?
A. Correct. Yeah. I had class on Sunday.
Q. Are you aware that Sunday is the Sabbath for some people?
A. Yes, I do.



Q. Do you know whether anyone at Silverhawk during that time sought to have Sunday off?
A. I'm not aware of any.
I would like to clarify that -- that I was the only one from Silverhawk attending at the FlightSafety course.
Q. Okay. So did you ask to have that Saturday off?
A. I did.
Q. And they were okay with that?
A. They were okay with it. Originally, we had Sunday off, and they just moved the class over one day.
Q. So they switched the Sunday for Saturday?
A. Correct.
Q. I see.
How many pilots are at Silverhawk Aviation at the time that you applied in the fall of 2017?
A. Oh. I don't know.
Q. Does Silverhawk have a seniority system to determine what -- who flies what routes?
A. Not like SkyWest.
Q. All right. Explain their seniority system, if they have one.
A. Sure. So our seniority system, if you

would like -- if you even want to call it that, is basically, we take into consideration the amount of time a pilot has been working at the company when assigning schedules. We work a ten and five, ten days on, five days off, and we have three rotations. Pilots choose their first, second, and third choice. The pilots with the highest seniority are awarded which -- whatever they wanted, and then it goes down from there.

Secondly, when it comes to upgrades in aircraft, if a pilot wants to move into a new airframe or would like to upgrade from first officer to captain, we look at seniority as well as qualifications, because some that have higher seniority may not have the qualifications.

But we do take -- if there are two pilots that equally qualified, we will usually look at the -- how long the pilot has been at the -- with the company and take that into consideration as well.

Q. You said that you are currently the assistant chief pilot; is that right?
A. That's correct.
Q. So how many pilot -- is there a chief pilot?



A. Yes.
Q. Is it just one?
A. One chief pilot, two assistant chief pilots.
Q. All right. And so would that make you one of the more senior pilots at Silverhawk?
A. I'm in the top ten currently.
Q. So do you have any idea how many -- I know I asked you before and you were kind of thinking about it, and then I started asking more questions.

How many pilots does Silverhawk currently have, and then how many did it have in 2017?
A. Currently, we have right around 40 pilots. I don't know the exact number, but I know it's very close to 40. In 2017, it was less. I don't know how much less.
Q. And of those 40, do you know how many of them have been there -- have higher seniority than you? Best guess. If you don't know, you're not -- you know, your educated guess.
A. Educated guess, I'd say six or seven of them.
Q. So is it fair to say that Silverhawk -- is it sort of a stepping stone for pilots to get experience and then move on to a larger airline or a



different kind of airline?
A. Some pilots have chosen to view it that way. There are others that live in the Lincoln, Nebraska/Omaha, Nebraska area that are very happy to stay here and grow with the company. When I started, I think that that was kind of how Silverhawk was viewed. But in the last three years, we've grown quite a bit. We've added larger aircraft, more aircraft of the same type that we had. And so pilots are starting to stick around longer.
Q. Do you know how many aircraft Silverhawk flies?
A. Currently, we have 16 aircraft.
Q. 16 aircraft, is that more or less the same as it had in 2017? Do you know?
A. No. In 2017, we had -- give me a second. Let me think here. We had nine.
Q. So it's a growing company?
A. Yes.
Q. Is it a passenger flight company or is it cargo?
A. We're passengers. We fly charter on-demand as well as aircraft -- we provide aircraft management for aircraft owners.



Q. What does that mean, "aircraft management for aircraft owners"?
A. So aircraft management essentially would be -- let's say you owned your own jet but you didn't have a pilot. You would -- basically, Silverhawk would handle all of that for you. So we would provide maintenance. We would provide a crew, handling at outstations, et cetera.
Q. Of the 40 pilots you mentioned currently, do you know of those -- how many would you estimate are captains and how many are first officers?
A. Estimate that about 25 would be captains.
Q. And 15 first officers?
A. Roughly, yes.
Q. So does every flight require a captain and a first officer?
A. Depends on the airframe. We have five aircraft that require only one pilot. They're small enough that we can do that. All the jet aircraft require two pilots.
Q. So the five that require one pilot, those are prop planes?
A. Yeah. They're turboprops.
Q. Other than the private jets that people own, does Silverhawk own -- fly more than two types

of jets? How many types of planes does it fly?
A. We have five types.
Q. Of the five types, how many are turboprops versus jets?
A. One. One is a turboprop.
Q. Are you licensed or are you qualified to fly the turbo?
A. Yes, I am.
Q. And then the jets?
A. I fly one of the types of jets, yes.
Q. Is it fair to say that, to fly a different type of jet, you have to get training for that specific jet?
A. Yes.
Q. So how many -- so you can fly one turboprop and one type of the four other jets that Silverhawk flies; is that right?
A. That's -- that's what I do, yes.
Q. So how many pilots fly your type of jet and your turboprop? Do you know?
A. As captains, one. As first officers, we have three that do both.
Q. And at Silverhawk, can you fill in for a first officer, or do you have to be trained to be a first officer and vice versa?



A. As a captain, I can fill in for a first officer.
Q. But they can't fill in to be a captain, I suspect?
A. That is correct.
Q. So am I understanding this right that when you fly for Silverhawk, there are four -- or there's only one other person who can take your place on the jet that you fly or the turboprop?
A. No. That's -- that's not correct. I might have not been clear.
So there are pilots that are qualified on the same aircraft that I am. I am one of two captains that are qualified on both the King Airs and the Citations. We have other captains that are only qualified on the King Airs. We have other captains that are only qualified on the Citation jets that I fly. We have some captains that are qualified on the Citations and then some other jets that are larger.
80 percent or so of the pilot group at Silverhawk is qualified on two airframes.
Q. The turboprop is the King Air and the jet is the Citation?
A. That is correct.



Q. And which one of those two do you spend most of your time flying?
A. That depends on -- that depends on the schedule. The last two months, I spent more time flying the turboprop because that's where the need was. Historically, since I became a captain in the Citations, I've spent more time flying them overall.
Q. Do you get a schedule at Silverhawk on a weekly basis? a monthly basis? How often do you know when you're going to be flying?
A. So, like I mentioned earlier, we work a ten-and-five rotation. We're on call ten days, and then we have five days off. And that is scheduled in six-month periods. We bid twice a year for that.
Within those ten days, I am expected to be available within two hours of the Lincoln Airport to be -- to fly. Some flights have -- are pop-up trips. They happen the day of. Some flights are scheduled two or three weeks out. It's largely dependent on the client's needs.
So there's really no -- there's no way to determine how many days I'll be flying within those ten days. Sometimes I fly all ten. Sometimes I am only -- I'm just sitting on call and I only flew two or three of them.



Q. And so in terms of how you get paid, if you're on call, do you get paid the same as if you're flying, or do you get paid differently?
A. We're salary here, so we get paid the same regardless.
Q. Okay. And what's the salary that you make currently at Silverhawk?
A. I'm currently making 82,000 a year.
Q. Do you get benefits at Silverhawk?
A. I do. I have a 401(k) with a company match available to me. I have health insurance, dental, vision available to me as well.
Q. Do you participate in the 401(k)?
A. Not currently.
Q. So you don't put any money into the 401(k), and you receive no match from the company?
A. That is correct.
Q. Does the company subsidize -- pay some of your health insurance premium?
A. They do.
Q. Do you know what percentage or what actual amount per month they contribute for you?
A. So my plan that I have -- I don't know how it works with the other ones. But the plan I have is a high-deductible health savings account. The

42

company covers all of the premiums on that, so I don't pay anything.
Q. Do you put any money aside into that health savings account on a monthly basis?
A. I do. And the company contributes as well. Silverhawk contributes $1,000 a year, and I'm contributing $20 a month to add on to that.
Q. And in that, you pay for your preventive and your normal items, health care items out of that health savings account?
A. Yes.
Q. And then at some point, if you have some sort of expense that's significant, you'll reach a certain point that your insurance will then start covering you. Is that fair?
A. Yeah. The deductible is 6,500.
Q. Do you have options for different kinds of coverage that would maybe not have such a high deductible or require a health savings account?
A. Yeah. There are -- there are options with a lower deductible. There's one that was slightly lower, and then there was, I think, a $2,000 deductible. I chose not to participate in those plans.
Q. And why not?

43

A. I'm a fairly healthy guy. I had been using the lower deductible ones in the past and hadn't been -- I hadn't needed any major treatment. So I guess I just took a personal gamble on staying healthy.
Q. And what about your dental plan?
A. Dental plan and vision is separate. I don't remember exactly -- I'm sorry?
Q. No, I'm sorry. I cut you off. I apologize.
A. That's okay.
I don't remember exactly how much I pay per paycheck for those. It's not a very high amount. I think it's around $20 a paycheck.
Q. For both the dental and vision together?
A. Correct.
Q. And then do you have any idea how much Silverhawk is paying on your behalf?
A. I do not.
Q. Do you know if they're paying anything?
A. I've always presumed they were, but I guess I don't know.
MR. PETERSEN: (Inaudible.)
MR. STRINDBERG: What was that, Scott?
MR. PETERSEN: Sorry. I'm just taking

44

notes.
Q. (BY MR. PETERSEN): Tell me, Shane, are there other benefits that you get as a pilot for Silverhawk? Do you have flight benefits?
A. Silverhawk employees have access to the company aircraft at cost. So if I wanted to take one of the jets, I could use it at cost, which is still very expensive, so I don't.
And we're also allowed to fly on any unsold empty legs, repositioning legs. So sometimes a client will want to go to Fort Lauderdale, Florida, for example, for two weeks. We're not going to leave the airplane down there for two weeks. We'll fly it back. So it'll come back empty. And if a Silverhawk employee happened to be in South Florida, they could hitch a ride back to Lincoln for free on the company aircraft.
Empty legs don't happen very often. And when they do, it's typically between Lincoln and Omaha or some close city that's within driving distance.
Q. About how often do you fly? Or does it vary, as you were indicating, dramatically?
A. Yeah, it varies dramatically. Earlier this year, March, April, May, we did not fly a whole

45

lot. I don't think many people were. In July, we flew, as a company, nearly 600 hours. I was flying -- on average, I was flying -- out of the ten days, I was either flying or gone eight of those days.
Q. So getting back to -- you're saying you fly both the King Air and the Citation.
And when you're flying the King Air, is that schedule different than if you're flying the Citation in terms of seniority?
A. No, not really. It's just -- it's just based off of what pilot happens to be available that day. So if they were holding me -- if they were keeping my schedule clear in anticipation of a trip and a Citation going, and then that trip canceled and then they needed help in the King Air, I would just get whatever they needed. And it might be the worst trip ever. But I would happen to be available that day, so I'm going to do it.
Q. And when you get your schedule for either of those planes, is that an electronic item that you get off of some system similar to what you described as the PBS, or is that just a paper schedule that's handed to you? How does that work?
A. Yeah. So we use a program called

46

"JetInsight" for all of our scheduling. And the way that that works is, flights themselves at Silverhawk are not assigned based off seniority at all. It's -- we have a trip, and we have these two available pilots that are both available, and we just plug them in.
So schedule is -- is just randomly assigned to pilots within their ten-day on-call period. And it's pushed through JetInsight. All the pilots have an application on their -- on their iPads. The company issues an iPad to each pilot. It has this application for JetInsight on there, and the flights show up in there.
Q. So is it fair to say, then, that flights are not assigned at Silverhawk based on the seniority of the pilots?
A. Yeah, that's fair to say.
Q. And so if you said, "I don't want to work on, you know, Friday sundown to Saturday sundown," and you got assigned -- well, let me ask: Would you then simply not be assigned a flight that's on Friday sundown to Saturday sundown?
A. That's how it's -- the agreement between myself and the company has been.
Q. Okay. Do you know if there's any sort of

47

a pilots' association that's involved in your -- in the pilots' bargaining of terms and conditions of employment at Silverhawk?
A. We don't have one.
Q. Do you know if there have been any efforts to form one?
A. Not to my knowledge.
Q. Do you have any idea about how long -- I mean, I'm -- you -- let me back up.
You indicated that there's about 40 pilots currently. 25 captains, 15 first officers. And your seniority, you're in the top ten or so; is that right? Did I understand that right?
A. Yeah.
Q. So that suggests to me -- you've been there about three years, maybe getting close to four -- that there's a fair amount of turnover; is that fair?
A. We have some turnover. It looks -- it looks worse than it actually is simply because of how fast my seniority grew there. We also went from 9 aircraft to 16 aircraft in the last two years, so we've had to hire a lot of pilots after me.
Q. I see.
A. I'm aware of a handful of individuals that

48

left to better things or different things. But it's not -- it's not a consistent overturn where we're constantly having to hire to replace. Most of our hiring has been to accommodate the added aircraft.
Q. All right. So is it fair to say, then, that, from your understanding, most of the pilots, around 30 or so, give or take, have less than four years' experience with Silverhawk?
A. Yeah.
Q. And those that have left, have they gone on to major airlines or regional airlines? Or do you have any idea?
A. Some have gone to regionals. Some have gone and worked for larger corporate or charter outfits. Some of them were terminated, and I don't know what they're doing now. Some of them chose to go and just have a complete career change.
Q. Do you know if any of the other 40 pilots are Seventh-day Adventists?
A. We have one.
Q. And does that person, does he or she fly on your Sabbath?
A. No, he does not.
Q. Okay. And have any of the other pilots requested -- at Silverhawk requested to have a

49

particular day of the week off, like Sunday?
A. No.
Q. Do you know if there have been any conflicts because of you or this other person -- this other pilot not having to work Saturdays?
A. What do you mean by "conflicts"? Like, difficulties in scheduling or actual, like, pilots being disgruntled?
Q. Yeah. Either one. I mean, particularly the latter. So a pilot suggesting, "Hey, I want Saturdays off, and Shane gets them off every time, and that -- that's not fair."
A. There has been -- there have been a couple of pilots that have been frustrated by that, definitely.
Q. And has the company made any formal announcement or response to that, that you're aware of?
A. Nothing formal, that I'm aware of. I know that the chief pilot has discussed with some of them explaining why they give myself and this other individual that particular time period off.
Q. And from your point of view, has that satisfied them?
A. It stops the -- the complaining. I

don't -- I mean, I don't know what's going on in their heads, but it's definitely stopped the complaining.

Q. What did the chief pilot say was the reason that you guys got that Saturday off?

A. Religious observance reasons.

Q. Okay. And it's your understanding that Mr. Wahlen, Michael Wahlen, at SkyWest has never had to work a Saturday?

A. That's my understanding.

Q. And do you have that understanding because that's what he told you?

A. Yes.

Q. So getting back to -- you said that at Silverhawk, they don't have a seniority-based flight assignment.

So what happens if there are four of five pilots for a particular flight on a particular day? How does the company decide, if you know, to whom to assign the flight?

A. Well, we'll typically look at how much each pilot has flown. And if one pilot has flown more, we'll try to schedule them -- try to not schedule them during that day and schedule somebody that's flown less, if possible. But some days, we



just have lots of flights going, so everybody that's available has to fly.

Q. Okay. But that's -- if you're not currently assigned a flight at Silverhawk, you are on call, so to speak, and you may be assigned a flight. Then you have a certain amount -- I think you said two hours -- to get into the airport and be ready to fly; is that right?

A. That's correct.

Q. Okay. And I may have asked you this. I apologize.

Have you worked a Saturday since 2017?

A. No.

MR. PETERSEN: Do you need to take a break, Jessica?

THE REPORTER: Maybe a five-, ten-minute break would be great.

(Recess taken, 10:40 a.m. to 10:56 a.m.)

Q. (BY MR. PETERSEN): Mr. Cassell, do you understand you're still under oath?

A. I do.

Q. Okay. Let me ask you a few more questions about kind of how flights work at Silverhawk.

A question I had is, I think you said that you fly ten on and then five off; is that right --



or work, you work ten on, five off with Silverhawk?

A. That's correct.

Q. So with your Sabbath, how do you work that since ten days on is always going to cover a Sabbath?

A. Yeah. So, like I mentioned, I have an agreement with the company that I don't fly from Friday sundown to Saturday sundown, so they don't schedule me during that time period. If somebody was dying or something, I would make an exception to that, of course, for emergencies, things like that. But they don't schedule me during that time period.

I do get scheduled for trips that maybe leave on a Friday and come back on a Sunday. So I'll leave Friday morning. I'll sit in a hotel on Saturday, and then we'll fly back Sunday. So that happens quite often.

Q. What about the -- I think you mentioned there were some on-call assignments that your company gives out for those whose planes you're maintaining, I guess, or you're flying for them.

What happens when you get an assignment for somebody who wants to fly on your Sabbath?

A. They give it to another pilot.

Q. Oh. So is there never -- has there never



been a time when there are -- no one's available and you take that flight?

A. I've -- we haven't run into that. They've gone through great lengths to avoid scheduling me on that day, and they have been good to their word on that.

MR. STRINDBERG: And, Scott, can I --

Shane, you're talking about Saturday. We should clarify. As Shane said before, the Sabbath is sundown Friday to sundown Saturday. So there may be some instances -- Shane would have to clarify this -- where he's flown after sundown on Saturday. So when you use the term "Saturday" and "Sabbath" interchangeably, it's a little confusing.

MR. PETERSEN: I understand.

Q. (BY MR. PETERSEN): So to that point, Mr. Cassell, if you were asked to fly in the evening on a Saturday after sundown, that doesn't violate your Sabbath, correct?

A. Not at all. I've done that on occasion.

And I would just like to point out, right before we went on break, you asked me if I had ever flown on a Saturday. In my head, I was thinking Sabbath, so I answered no. I have not flown during the Sabbath hours. I have flown after the Sabbath

54

hours, so...
Q. Okay. Okay. So you mentioned that SkyWest was a -- I think you called it a part one -- a Part 121 or a 121 Part airline.
Do you know what part of the code governs Silverhawk?
A. Yeah. Part 135 as well as Part 91.
Q. 135 and 91?
A. Correct.
Q. And I'm not asking for a legal opinion. But when you say "135" or "91," that's obviously different from Part 121.
In your understanding, what is the difference?
A. Part 121 is scheduled air carrier operations like an airline. Part 135 would be on-demand charter where, if someone's calling and asking, "Hey, I need a jet to go to such-and-such a place," they don't own the aircraft; they're just chartering the jet, but it's on-demand.
Part 91 would be owners or a company. It's something internal, maybe.
Q. So that's like a corporate jet that just needs pilots?
A. Yes.

55

Q. And then -- so when you say that you -- you're a passenger airline, it's all privately owned jets?
A. Correct.
Q. Okay. And you own some of those jets -- by "you," I mean your company -- owns some of those jets or planes, and you lease them to people under some sort of charter agreement where you're going to fly their people at the times that they've requested to the places they've requested. Is that fair?
A. That's correct.
Q. Is there a limit on where you fly in your company?
A. So Silverhawk is limited to the lower 48 of the United States. We can fly to Canada, we can fly to the Caribbean, we can fly to Mexico, and we can fly to Central America. That is within our -- our operation specifications.
Q. So -- and then when -- you were saying that you were ten days on and five days off, but you don't have to work the Saturday or the Sabbath that Friday to Saturday evening.
What does the company do so that you don't have to work that day?
A. Well, a lot of times, they'll try to

56

schedule me on trips that sit over the weekend, and they'll put a note in the scheduling software to not quote additional trips on -- during that time. Also, sometimes they'll ask me, "Hey, the first day or last day of your rotation is on a Saturday. Would you be okay with working into one of your days off so that we can use you -- better utilize you with the schedule?" And, of course, I have no problem with that because they're helping me, and so I can help them.
Q. Do they ever have to call in somebody to fill in for you on that Sabbath?
A. They have had to do that before.
Q. Is that where that -- you've mentioned before that a couple of pilots have complained that it wasn't really fair that you got your Saturdays off and they had to work those days? Is that when that would happen, because they were being asked to come in and work when they were otherwise scheduled off?
A. They have the choice to say yes or no on their days off. Even if they answer the phone, they don't have to say yes. And if they do come in, they're paid $500 for working that day regardless of how long the flight is.

57

Q. So Silverhawk pays extra to its pilots to cover your Sabbath?
A. Yes, sometimes. Not always. It has happened before.
Q. And what would happen at Silverhawk if no one was willing to cover you on your Sabbath? What would -- what -- would you work that Sabbath?
A. No, I would not.
Q. What would be the result, then? Do you know?
A. We've never run into that issue. We've never really discussed that. I don't know how they would handle that.
Q. If no one were willing to fly it and you were unwilling to fly it on that -- because of your Sabbath, wouldn't the company have to cancel the flight?
A. Most likely. Or tell the client that they just didn't have any pilots available. Anything --
Q. Do you know what --
A. I'm sorry.
Q. -- the company -- sorry. Go ahead. I cut you off.
A. Anything within 48 hours, the company has the right to refuse. So if a client says, "Hey, I

58

want to leave Saturday morning" and I'm the only pilot available but they call, like, within 12 hours, the company has the right to say, "I'm sorry. We don't have the pilot staffing available." And they've done that on occasion, not with Saturdays, but with -- with just examples of that coming up, pop-up trips. We do our best to accommodate it, but it might have to leave earlier or later.

Outside of 48 hours, we can usually schedule trips in different aircraft. We can do crew swaps, changes on the schedule to accommodate the needs, which is why we've been able to accommodate two pilots that don't fly from Friday sundown to Saturday sundown.

Q. If the company doesn't make that flight, though, it doesn't earn that revenue; isn't that right?
A. Yeah.
Q. And are you aware of any flights that Silverhawk has had to cancel because you are unwilling to work on your Sabbath?
A. I'm not aware of any.
Q. Has anyone told you that that's happened?
A. No one has shared that information with

59

me.
Q. Okay. In your understanding, is there different requirements to fly for a Part 135 or Part 91 airline versus a Part 121 airline?
A. I know that there are different requirements in terms of pilot qualifications. I know that airlines such as SkyWest that are operating under 121 have -- tend to have a broader training program. There's more to cover there, so training sometimes takes longer.
Q. Do you know whether the 121 airline also has different hours requirements for its pilots?
A. In terms of, like, duty day limitations, like how long a pilot can be on duty?
Q. Right.
A. I know under Part 135, we're allowed to be on duty for 14 hours, and then we're required to have 10 hours of rest. I -- I seem to recall 121 being the same, but I don't know if it is the same. I know that they have similar requirements.
Q. Okay. Do you know whether it requires more pilots to be available to fly a 121 -- a Part 121 airline versus a Part 91 or a Part 135 airline?
A. I don't know that it necessarily does or

60

does not. I think it just depends on how the company chooses to operate. Some 121 carriers are -- are more thinly staffed than others. Like, some 135 companies are very -- are staffed fairly robustly, and others are not. It just depends on -- depends on how much work the company has, how many airplanes.
Q. Have you had any discussions with Steven Horne since he left SkyWest and is working at FedEx?
A. Nothing formal. Just a Facebook comment or two. Like, I saw that he was working there, and I just told him congratulations.
Q. Do you know whether he has worked Saturdays while flying for FedEx?
A. I have no idea.
Q. You've not asked him that question?
A. I've not asked him, no.
Q. But it's your understanding that he never worked for SkyWest on a Saturday when he was a pilot?
A. That is my understanding.
Q. Whether he was a first officer or a captain?
A. Correct.

61

Q. Okay. Bouncing back, so I apologize because I kind of got off in the weeds for a bit.

I want to talk to you about any other benefits at Silverhawk besides the health, the dental, the vision, and the availability of a 401(k).
A. Like, I think I mentioned, use of company aircraft at cost.
Q. Yes, you did. Okay.

And the empty legs, free flights at any unsold legs, correct?
A. Yes. Yes.
Q. But you said those were infrequent and mostly to Omaha and Lincoln?
A. Yeah. They're usually very short hops. They're available to you for whatever reason you wanted to get on, though.
Q. Okay. Do you -- but you don't have any flight benefits on any other airlines?
A. No. We don't have jump seat privileges or anything like that with any carriers.
Q. When you left SkyWest, did you apply at any other airlines besides Silverhawk?
A. Yeah. I applied at quite a few different companies of all different sorts: cargo, air

62

ambulance, other airlines, like air carriers, like, similar to SkyWest, as well as charter and corporate. It was at least 20 different places over the span of -- from November through August.
Q. So I'm going to show you what's Bates-numbered CASSELL 43 through 193.
A. Okay.
Q. And I'm zipping through here. Whoops, that's not exactly what I was hoping it would be, so I hope I didn't just jack this up. Hold on one second.
MR. STRINDBERG: You probably did, Scott.
MR. PETERSEN: I'm sure I did. I have no defense to that. Seriously. All right. Here it is. I think this one's it. Well, no, it's not. But I'm going to do it, so I'll just use this.
Q. (BY MR. PETERSEN): It's CASSELL 43 through 193. And I -- I'm not -- I get that that's a lot of pages, 150 pages. But I want to talk to you initially about pages 43 through 176.
And there's a -- do you see this first page? It says, "Employment application."
Can you guys see this, by the way?
A. Yes, I can.
Q. Okay. So this is a document that was sent

63

over from your attorneys indicating -- it says, "Employment application history. August 1, 2016, to the present." And the present's probably a month or so ago or a few weeks. I'm not exactly sure. I'm not trying to trick you on that.
But as I glance through here -- and I want to mark this as Exhibit A -- or we will just go with 1.
MR. PETERSEN: Do you do 1's, Jessica? Or --
THE REPORTER: Usually, we do numbers.
MR. PETERSEN: In fact, Erik, do you have a problem if we just go numerically so we don't have Cassell 1 and then, you know, Emerson 1? It can all just be 1, 2, 3. Or what -- do you have any thoughts on that?
MR. STRINDBERG: Let me think about that. That's -- I prefer doing that, so probably yes.
MR. PETERSEN: Okay. Well, for now -- so I want to mark these as Exhibit A [sic].
(Exhibit 1 was marked.)
Q. (BY MR. PETERSEN): And then as I kind of skim through these, there's an Arrow Air.
Is that a place that you applied to, Mr. Cassell?

64

A. Yeah.
MR. STRINDBERG: Scott, these documents, I don't know how -- I'm not a wizard at this, either. But the document view is very small.
MR. PETERSEN: I'll try to make it bigger.
(A discussion was held off the record.)
Q. (BY MR. PETERSEN): How's that?
A. I can read that.
Q. Can you read that? So I want to just talk bigger picture about this.
So this is Arrow Air, correct?
A. Yes.
Q. And you -- is that a passenger airline or a cargo airline?
A. I'm trying to remember. This was -- I believe this was an air ambulance operation, the particular position I was applying for here.
Q. Okay. And then there's Silverhawk, and that had a cover letter and a resume. I'm just skimming through this because what I'm trying to get at is whether these documents that we've talked about with the Bates range we've talked about constitute part of your employment efforts after SkyWest to become employed. Essentially, it's what you did when you were not hired at SkyWest until you

65

were hired at Silverhawk. That's what I'm trying to get at.
A. Okay.
Q. Did you have a chance to review the documents before they were sent over?
A. I -- I did have a chance to look through them, yes.
Q. And in your best recollection -- and I'm happy to go through slowly if you want, and I'm just trying to save time -- do they more or less -- do they account fairly and accurately for your efforts to get employment after not getting hired at SkyWest?
A. I believe they do.
MR. STRINDBERG: Scott, are you asking -- this is Erik.
Scott, are you asking if there are other places he applied where he didn't have documents that we were able to furnish to you? Is that what you're asking?
MR. PETERSEN: Yes.
Q. (BY MR. PETERSEN): Do you understand that, Mr. Cassell?
A. There was one other place, and they did hire me part-time. I just walked into the place,

66

and I handed my resume. It was a flight school in Middletown, Ohio. I was hired part-time.
Q. What was that company called?
A. Middletown Regional Flight Training Institution. They might be in here and I just missed it. But that place, I know I didn't have a formal application with, so that could be missing.
Q. And you were hired as a flight instructor?
A. I was hired as a part-time flight instructor.
Q. Do you know how much you made?
A. I was making $22 an hour.
Q. And do you know how many hours you worked a week?
A. It was never more than 20, 15 to 20.
Q. And how long did you work there?
A. I worked there from December of 2016 until early August of 2017.
(Interruption.)
MR. PETERSEN: I don't know if that's mine, just so you-all know. My computer got all switched over a week ago. And so if it's dinging, I apologize. I don't think I can turn it off. Unless it's somebody else. The fact that I don't even know should tell you something about me and my IT

67

expertise.
Q. (BY MR. PETERSEN): All right. December of 2016 to early August 2017?
A. Yeah.
Q. Okay. Did you get offers from any of these other companies that you applied to?
A. Let me think here. I know -- I can think of two places that offered me positions that I turned down because it wasn't really going -- either it wasn't going to work with the schedule or they provided no benefits. And it was actually going -- I couldn't afford to take the job based off what they were willing to pay.
Q. And timing-wise, you went from -- because I believe that your -- when SkyWest told you you would not be hired on after training -- or in -- that was in July of 2017; is that correct?
A. Yes.
Q. So from July of 2017 until you were hired by Silverhawk -- and the month escapes me.
Do you know the month you were hired at Silverhawk?
A. I believe the -- the job offer was given to me sometime in July.
Q. All right. So -- and I'm looking -- in

68

fact, I'm looking at what's Bates-numbers CASSELL 56, 056 and 057. This looks like an email chain with a John Geary at Silverhawk Aviation.
Do you see that?
A. Yes. Oh, yes. Yes.
Q. And it says at the end -- I'm looking at the very top of the page that's CASSELL 57, it says, "Long story short, I believe you would make an excellent addition to our team, and I would like to offer you a position as King Air 90 and Cirrus captain."
So were you -- I mean, how is it that you didn't have to become a first officer at Silverhawk before you became a captain, I guess? That's my -- kind of a question I have.
A. Sure. So my -- for Part 135, there's no written requirement in the regulations that, in order to be a captain, you have to have accumulated a certain amount of flight time under that part of -- or under that operation. Like at SkyWest, I believe -- and I could be slightly off here, but I believe you have to have roughly 1,000 hours of Part 121 time to upgrade to captain.
Under Part 135, since some of these operations are single-pilot, you can be hired as a

69

captain. You just have to meet a certain time requirement, which is specified within that Part 135, which I -- I had that -- I had quite a bit over that time requirement. So they were willing to hire me as a captain.
Q. Okay. So you got to skip the first-officer position and go right in as a captain; is that right?
A. That is correct.
Q. Okay. And then this is dated July 25, 2017.
Do you know from that time, more or less, when you started working at Silverhawk?
A. My official date of hire at Silverhawk is September 6, 2017.
Q. September 6, 2017?
A. Yes.
Q. All right. So between the first time that you applied and were trained at SkyWest, which was in the fall and the winter of 2016, until -- and we can talk -- we'll talk about dates then -- until you were hired in September, September 6, 2017, with Silverhawk, did you -- other than the job you just mentioned at this Middletown Regional Flight Company, did you have any other employment?

70

A. I did not.
Q. And you were applying for positions during that time, based on the documents that were sent to me?
A. Yeah.
Q. And you're not aware of any other -- other than what we talked about with Middletown Regional Flight, any other efforts to get employment that would have any paper relative to that -- those efforts that have not been disclosed? Do you understand my question?
A. Yeah. I'm -- I'm thinking if there were any others.
MR. STRINDBERG: And, Shane, if you need to look through each one of these documents, you can.
A. I -- I have looked through these, the employment applications and stuff. I -- I've put this together as well.
Q. (BY MR. PETERSEN): So the question -- again, it's not intended to be a trick question, but I want it to be comprehensive, which is, is this the universe of documents, that you're aware of, that demonstrates your employment efforts from the time that you left training at SkyWest in the winter of

71

2016 and the time you were hired by Silverhawk Aviation on September 6th of 2017?
A. One other comes to mind. I applied to be an Uber driver, but they told me my car was too old.
Q. Okay.
A. So that didn't work.
Q. Do you have any documents that would support that?
A. I -- I could possibly dig them up. I would have to look for them. I don't know where they would be.
Q. All right. Other than that, any other airline efforts?
A. None that I'm aware of.
Q. Or other career efforts?
A. No, none that I'm aware of.
Q. Getting back to the time differences.
So when you were made a captain upon being hired at Silverhawk, do you know whether -- you mentioned that your understanding of a Part 121 airline is that it required to go -- to become a captain for a Part 121 airline, you had to have a certain number of Part 121 flight hours; is that right?
A. That's how I understand it.

72

Q. And when you say "flight hours," those are actual hours from, sort of, take-off to landing?
A. Yeah, essentially. I'm not sure how SkyWest chooses to count, if they count it from when the plane pushes or if it's take-off. But it would be something of that sort.
Q. And is it your understanding also that in order to get those flight hours, you would have to do that as a first officer before becoming a captain?
A. That's how I understand it, yes.
Q. All right. You never became a captain at SkyWest; isn't that right?
A. Correct.
Q. And did you actually ever fly a SkyWest plane when you were working there?
A. No. I never did.
Q. So is it, in your estimation, easier to acquire the kind of flight time that you need to become a captain at a company like Silverhawk that is governed by different regulatory parts than to become a captain at a company that's governed by Part 121, like SkyWest?
A. I wouldn't say it's necessarily easier. It requires hard work either way. There are

73

definitely more opportunities available to those who take advantage of them. But, you know, you can be a flight instructor like I was for years and bill time that way and go straight to 135, or you could do the same thing and go to a 121.
Both -- yeah, I guess if -- there are more opportunities available for individuals to bill time to become a -- a captain under 135 if the company is hiring at the bare minimum.
Q. All right. Have you spoken to Mr. Wahlen since you left SkyWest?
A. Yeah.
Q. And what was the nature of the conversations that you had with him after leaving SkyWest?
A. All different natures. Mr. Wahlen and I have been friends since 2010, and we've kept in touch. So we've discussed things regarding work as well as just things in our own lives. A good friend of mine.
Q. Did he seem surprised that you were not hired by SkyWest?
A. The second time?
Q. Yes.
A. He did, yeah.

74

Q. Did he explain why he was surprised?
A. Yeah. SkyWest, in the summer of 2017, as were most every carrier that I was aware of, were very hungry for pilots as there was a lot of overturn from retirements and majors and pilots being called up from regionals hired up in majors. So they were looking to replace, as well as parent airlines were adding more routes.
Q. And that would suggest to you, and I think it suggested to Mr. Wahlen as you're explaining it, that SkyWest needed more pilots, not less pilots; is that right?
A. Yes.
Q. Do you know if Mr. Wahlen has spoken to you, say, in the last year about his schedule for the last year?
A. He's probably -- I think he's mentioned it once or twice what -- like, specifically what days he was flying. There have been no -- no concerns or, "Hey, guys" -- you know, he hasn't -- he hasn't reached out to me about any concerns he has regarding his schedule.
Q. Okay. Do you know whether he's indicated to you if he's had to work on your Sabbath this year?

75

A. He -- he -- I know he has not worked on Sabbath this year.
Q. And you know that because that's what he told you?
A. He's told me that, yes.
Q. Okay. And that's why he seemed surprised that SkyWest, given the need for pilots, would suggest that you wouldn't be hired?
A. Yeah.
Q. Okay. Do you know how many hours it requires working for a Part 121 airline to go from being a first officer to a captain, how many 121 hours?
MR. STRINDBERG: Objection. Asked and answered.
Q. (BY MR. PETERSEN): All right. You probably did.
Was that 1,000? Is that what you told me?
A. Yes.
Q. Okay. Fair enough.
Do you know whether SkyWest had specific hours that were required just to be hired, flight hours just to be hired as a pilot, a first officer?
A. Yeah. Pilots that were applying had to meet some form of airline transport pilot minimums

76

whether -- and this is where -- depending on the training program you went through while you were getting your pilot's licenses, depended on how many hours that could be. For those coming from the military, it was 750. If you went through the program I went through, which was a unstructured training program, it was 1,500. And it could be any -- anything in between there depending on where the training came from.
Q. Does Silverhawk have the same hours requirements?
A. Silverhawk requires for their -- for the position I filled, it had to meet full ATP minimums, which is 1,500 hours.
Q. When you say "ATP," what does that stand for?
A. Sorry. Airline transport pilot.
Q. And that's -- is that the same kind of hours as what would be required to be a pilot at SkyWest?
A. That would be the maximum. So to be a -- to be a first officer at SkyWest, pilots could apply -- or could apply under restricted airline transport pilot minimums, which means that they could obtain a restricted airline transport pilot

77

license, allowing them to act as second in command.
But when you -- my understanding is, when you became a captain, the restriction was lifted from your airline transport pilot license.
Q. All right. You applied at SkyWest at least twice to be a pilot, right?
A. That's correct.
Q. And the first time was in the fall of 2016?
A. The first time was in the summer of 2015.
Q. And when you applied in 2015, you applied just to be a pilot and go through the SkyWest training so that you could fly the CRJ?
A. That is correct.
Q. And your complaint references what you've stated as "certification training program," CTP.
Is that -- what do you mean by that?
A. I'm sorry. You cut out there. Could you repeat the question?
Q. Sorry. Every time I turn my head, I think it's not very good, so I'll try to keep it straight. This Zoom thing's kind of got my notes and --
So you mentioned in your complaint that, at SkyWest, you went through what's called -- what you labeled as "certification training program,"

78

paragraph 14 of your complaint.
Is that what -- is that pilot training?
A. Yeah. So earlier I -- I might have mentioned, in order to take the airline transport pilot written test, you had -- the FAA, Federal Aviation Administration, mandated that all pilots take a -- had to go through this CTP, or certification training program, course, which was -- it was three or four days of ground school, discussing jet aerodynamics, jet systems, stuff like that. And then it was ten hours in a simulator, full-motion simulator in a transport category aircraft. Since this was required and SkyWest was needing pilots, SkyWest was providing the course.
Q. Do you know whether -- do you get paid to go through that training course?
A. I think my -- yeah, my paycheck reflected that, so I was paid to do that.
Q. Do you know how much you were paid?
A. I -- training guarantee at the time was 65 hours paid at 36.50 an hour, I seem to recall. But that's -- that's my recollection. 65 hours paid out at 36.50 an hour, and it's 65 hours of pay monthly during training.
Q. And how long was the training? Do you

79

know?
A. The CTP course?
Q. Yes.
A. I was there for a week and a half.
Q. When you say "there," where is "there"?
A. I'm sorry. Atlanta, Georgia.
Q. And you're not from Atlanta?
A. No, I am not.
Q. So did you have to get a hotel or rent a house or something?
A. SkyWest provided lodging for us.
Q. What about your flight from where you were to Atlanta?
A. They provided a flight from -- yeah, from where I was to Atlanta.
Q. Did they feed you?
A. No.
Q. How about transportation? Did you have transportation from the airport to the hotel and to your training?
A. There was an airport shuttle that was operated by the hotel -- sorry. There was a hotel shuttle between the airport and the hotel. It was operated by the hotel. And there was a shuttle between -- I seem to recall there being a shuttle

80

between the hotel and the training center, but it was right across the street, so most everyone decided to walk.
Q. Okay. But other than your food and your incidentals, everything else was paid for by SkyWest while you were training?
A. Yeah. That's -- that's my -- I would say SkyWest provided lodging, and they provided the airfare to and from, that I know.
Q. Okay. Do you know how much SkyWest -- how much it cost SkyWest to train you?
A. I have -- I don't know how much it cost them to train me.
Q. Did you have any discussions with Mr. Horne or Mr. Wahlen about those costs?
A. No, I did not.
Q. And nobody at SkyWest ever explained to you what the cost of your training would be?
A. No.
Q. All right. So did you successfully complete your training in Atlanta?
A. I did, yeah. I completed the CTP course.
Q. And when the Sabbath came around in Atlanta, what did you do when Friday sundown rolled around?

81

A. I'm not sure I understand exactly what you're asking. Like, what I did personally or how I handled the potential conflict?
Q. Yeah, that's fair.
So your training, did it ever bleed into your Sabbath while you were in Atlanta?
A. Yeah. The schedule for the CTP course was given to me sometime before. I believe it was in October, that the schedule was given to me. And I saw that I was scheduled Sabbath -- Saturday morning for a simulator session. So I reached out to the individual who was in charge of scheduling. I explained my predicament, and they agreed to move me to a different simulator slot that gave me Saturday off.
Q. Do you know how many simulators are accessible in that training facility in Atlanta?
A. I don't know how many are accessible.
Q. Do you know whether SkyWest owns those simulators or leases them?
A. I -- I don't know.
Q. Do you have any idea how much it costs?
A. I don't know how much it costs.
Q. Okay. But at the time that you're in Atlanta, you were able to reschedule your simulator

82

training so that you did not have to do your simulator training on a Saturday; is that right?
A. Yeah, that's correct. They --
Q. When did they switch it to?
A. They switched it to -- I think my first simulator session was on Monday, and it was over by Wednesday. It was only three nights.
Q. Okay. So they -- you were originally scheduled for Saturday to Monday, and you ended up getting Monday to Wednesday? Is that -- am I getting that right?
A. That's -- I recall being scheduled Saturday through Monday, and they switched it, yeah. That's correct.
Q. Okay. And so you successfully completed the CTP program.
And what happened next?
A. So I finished that on Wednesday. They flew us to Salt Lake City where our ground training would start for SkyWest from Atlanta. They -- I believe we left the next day. And so we had Friday off to take our -- our written test for the airline transport pilot license, which everybody that was flying out there with me did on Friday.
And then SkyWest had put us in a hotel

83

where -- for when we would take the test, and then they moved us to a different hotel on Sunday where we were going to remain for our ground training, which was going to start on Monday.
MR. PETERSEN: So, Jessica, do you need another break, or can you go until noon?
THE REPORTER: I can go until noon. That's fine. Thanks for asking.
(A discussion was held off the record.)
Q. (BY MR. PETERSEN): So after that, the flight to Salt Lake and the lodging, all of that, that continued to be paid for by SkyWest?
A. Yeah. SkyWest provided lodging for the pilots that were in training.
Q. And you continued to be paid for the time that you were required to be at places and continue your testing at the 36.50 an hour; is that right?
A. That's my understanding.
Q. Okay. All right. So after that testing, then, you're still not a first officer yet, or are you a first officer? Do you know?
A. No. I am -- I'm sorry. I'm interrupting.
No. I -- I guess -- I applied for the position of first officer. I don't know if SkyWest would have considered me a first officer until after

84

I passed my check ride or not, though. I don't think they would have. I guess "first officer in training" would be a good way of describing what I was.
Q. Okay. You weren't flying actual passenger flights, though, right?
A. That's correct.
Q. And while you're in this training and then when you're taking your test in Salt Lake City, are you speaking with Mr. Horne or Mr. Wahlen? I can't remember his name now.
A. Mr. Wahlen?
Q. Wahlen. Sorry.
A. I was speaking with Mr. Horne. I called him once. And then I -- I think I -- I was in touch with Mr. Wahlen just explaining to him, "Hey, this is what happened. This is what you can expect in training." He had some questions. That's all.
Q. Did you ever -- sorry. I didn't mean to cut you off. Go ahead and finish.
A. He was starting after I was, so that's why he was curious.
Q. Did you ever talk to them about what it would be like to be a reserve pilot?
A. Yeah. I spoke with Steve about that, and

85

he shared -- he just shared how he bid and traded, et cetera, to get reserve periods that were outside of the Sabbath hours.
Q. So you -- there are no reserve pilots at Silverhawk that are reserve pilots by title. Is that fair?
A. Yeah, that's fair. That's correct.
Q. You act as reserve pilots in a way, I suspect, because you're there on call at times for anyone who needs a plane to go.
Is that fair, too?
A. Yeah, that's correct.
Q. But there are pilots that are specifically provided the job duties of reserve pilot at SkyWest; is that right?
A. That's how I understand it, yes.
Q. And those pilots are not scheduled a particular leg or line, correct?
A. That's correct.
Q. Tell me what you understand the duties of a reserve pilot at SkyWest to be, if you have an understanding.
A. So I -- I'm sorry. Finish.
Q. Yeah. If your understanding has changed from the 2016 time period when you were applying --

or the 2015 time period to now, I'd like to know the change. But, otherwise, just tell me what your understanding has been about what a reserve pilot does at SkyWest.
A. Certainly. So my understanding -- and this is based off of my limited knowledge -- is that SkyWest had a reserve pool. The pilots were expected to be available. I think it was a two-hour callout for -- if a pilot were to get sick or maybe a flight got delayed inbound and the crew wasn't going to make it to their next airplane, whatever multitude of reasons that the crew couldn't make it to the flight they were supposed to be on, they would call a reserve crew in that was expected to be at the airplane within two hours. They were essentially paid to be available.
Q. Are you familiar with something called a "ready-reserve"?
A. Yeah. The pilot sits at the airport.
Q. And is that different from the reserve duties you just described of being available in two hours?
A. Yeah, that would be different. I -- I -- I recall there being different levels of reserve. There was short-call, long-call, and ready-reserve.



Q. Yeah. And the short-call, is that a time frame that was shorter than the two hours you just described?
A. My understanding is, short-call reserve was two hours, unless it's changed.
Q. And then long call was what?
A. I think it was a 12-hour callout.
Q. Okay. Have you ever heard of a callout being a 30-minute callout?
A. I have not, no.
Q. Okay. And a ready-reserve, tell me how the duties of a ready-reserve differ from the short- or long-call reserves, if you know?
A. Well, the ready -- sorry?
Q. I said if you know.
A. I don't -- like I said, I have very limited knowledge on this because I never experienced it. But my understanding is, ready-reserve sits in the crew lounge or somewhere at the airport with their phone on, and they -- they could be -- you know, they're probably going to be the ones that are called first for anything that's an immediate need, versus the other ones would be categorized for less immediate and maybe, like, up to half a day out with a 12-hour callout.



Q. And what -- do you have any idea as to what the purpose of a reservist is?
A. Yeah.
Q. Go ahead.
A. The reserve pilot essentially fills in when there's a need in the company. Like I said, maybe a crew misses a connection somewhere and they're going to be late, and so the flight they were supposed to be on isn't going to have a crew available if it's going to leave on time. So they call a reservist in, hoping that they'll be there in time to get the flight off on time.
Q. Do you know whether reservists tend to be more senior or more junior pilots?
A. My understanding is, it's a mix of both. Typically, all your new pilots will start off on reserve. But I have heard of senior pilots that like to bid reserve because they live in -- at base close to the airport, and they can just stay at home and get paid.
Q. Do you know whether they're paid -- the reservists are paid as much as those who actually fly a line?
A. My understanding is, reservists are given a 76-hour guarantee. And if they exceed that, then



great. If not, they're going to get paid for at least 76 hours for being available.
Q. And do you know whether that's true on -- at SkyWest, the 76 hours? Is that what your understanding is, is that SkyWest did that?
A. Yeah. My understanding is, SkyWest's minimum guarantee is 76 hours.
Q. Would you sit -- at SkyWest, had you been hired as a pilot and were scheduled as a reservist on your Saturday, would you have sat at the airport as a reservist, a ready reservist over your Sabbath?
A. No. I -- I was -- as I understood, you had to be specifically placed on ready-reserve. That wasn't a choice you had. So if they asked me to do that, I mean, I wasn't willing to take a flight assignment on Sabbath -- during the Sabbath hours that were scheduled out. I would have tried to trade that with some other pilot, drop it, and pick up something else. I would have done my best to move my schedule around so it wasn't a conflict.
Q. And if you had been unable to get somebody to take it, would you have then sat ready-reserve at the airport?
A. No, I wouldn't have.
Q. Would you have called off sick if you had

90

not been able to fly -- so let me back up.
So let's say that you were hired by SkyWest as a ready reservist and scheduled for Saturday, or for your Sabbath.
And when I say "Sabbath," you know I'm talking Friday sundown to Saturday sundown, right?
A. Yes. Yes.
Q. And you're unable to swap it with somebody. You said you would not fly it.
What would you do at that time -- at that point?
MR. STRINDBERG: I'm going to object to the question. You're asking him to speculate. He was never in that position, Scott. So I don't know if he knows how he would have handled it.
Q. (BY MR. PETERSEN): Let me assume that that's the position that you're in, Mr. Cassell.
By the way, is it "Cassell" or "Cassell"? Am I even pronouncing your name right?
A. It's "Cassell."
Q. Okay. I apologize. I've heard it both ways, and I've been saying "Cassell" the whole time. I meant to ask you, so I apologize. I apparently was right anyway, so...
A. No, it's -- I go by both. I hear both all

91

the time, so it's no problem.
Q. Okay. So if you had been asked and you couldn't get it off, did you -- had you thought to yourself what you would do at the time?
A. Yeah. I would have called -- if it got to the point where it was beyond my ability to trade, drop, et cetera, I would have called -- probably would have called crew scheduling and let them know. And if they couldn't do anything, I would have called the base chief pilot and let them know that I wasn't going to be available.
I'm not the kind of person that wasn't going to show up unannounced. I would have let -- I would have given as much notice as I was able to to the appropriate individuals, explaining what was going on.
Q. And you wouldn't have lied about it to say like "I'm sick" or anything along those nature -- that nature, right?
A. No. I -- I think that would be dishonest. That doesn't -- I think it's counterintuitive. Later on in the commandments, it talks about not bearing false witness. So break one to not break another doesn't make sense to me.
Q. Okay. Fair enough. So that I can move

92

off, I'm going to switch gears before lunch.
I am showing you now what are Bates-numbered CASSELL 191 through 193.
Do you see those documents? They're wage and tax statements, W-2s.
A. Yeah.
Q. And I'm looking at the employer on the first one, which is 191.
MR. PETERSEN: And by the way, Jessica, I'd like to mark this one as Exhibit 2, which is -- it'll be Bates numbers 191 to 193.
(Exhibit 2 was marked.)
Q. (BY MR. PETERSEN): The first one, 191, the employer is Middletown Regional Flight Training Institute.
Is that the entity you mentioned earlier that you worked for part-time from December 2016 until early August 2017?
A. Yes, that would be them.
Q. And that indicates that your compensation, your W-2 wages, were, what, $7,198.30; is that right?
A. Yes, that's correct.
Q. Were you given any other compensation through them that is not reported on this W-2?

93

A. Not that I remember.
Q. Okay. Now I'm going to the next page, CASSELL 192. And this one has Silverhawk Aviation, Inc.
Do you see that one?
A. Yes.
Q. And that one -- oh, let me go back first. 191 is for 2017.
Did you get a W-2 from Middletown Regional Flight that's from 2016?
A. Yes, I -- I would have.
MR. PETERSEN: All right. I -- unless I'm missing it, I don't think I have that one, Erik. Is there a way to get the W-2 for 2016 from Middletown Regional Flight?
MR. STRINDBERG: Do you mean 2017?
MR. PETERSEN: Well, this is 2017. I'm looking for 2016 since he said he worked from December 2016 until early August 2017. So, presumably, he would get two W-2s.
MR. STRINDBERG: I will ask Shane to try to find it.
MR. PETERSEN: Okay.
Q. (BY MR. PETERSEN): Then going to 192, this is -- says it's Silverhawk, and this is also a

94

2017 W-2. And it shows $14,575.18.
Does that seem to you -- or do you have any reason to think that that's not the amount of income that Silverhawk paid you in the year 2017 for your work for them?
A. That all looks correct.
Q. Then I'm going to the last page, which is 193. This is a 2018 W-2 that shows wages of 58,544.91 for work at Silverhawk.
Have you got any other compensation in 2018 from Silverhawk besides that that is shown?
A. No.
Q. Do you have any -- did you receive any compensation from any other employer in 2018, that you're aware of?
A. No.
Q. How about 2017? Any other income besides what it shows on the two W-2s we've already gone over indicating income from Silverhawk and from Middletown Regional Flight?
A. No, not that I can remember. Just those two companies.
Q. All right. And you don't have any 2016 W-2 statements from any other entities, other than we think you got one from Silverhawk -- or from --

95

yeah -- or Middletown. Sorry.
MR. STRINDBERG: Scott, we produced a bunch of other tax information, I think, ten days ago. I don't know if it included his other W-2s, but you might want to check those as well.
MR. PETERSEN: Okay. Fair enough. Thank you.
Q. (BY MR. PETERSEN): All right. Then I want to go and mark as Exhibit 3 CASSELL -- if I had done this the way I thought I did it last night, this would not be an issue because this would be a separate file. But, apparently, I didn't do it right, so I apologize. My other files, I think, are better.
This is marked CASSELL 177 through CASSELL 190.
(Exhibit 3 was marked.)
Q. (BY MR. PETERSEN): I'd like to mark that as Exhibit 3 and have you -- as soon as I get up there. I'm sorry. I'm probably bugging your eyes out. I apologize.
Can you -- do you recognize these documents, Shane?
A. Yeah. That was -- there was a request made that I get the schedule that I worked at

96

Silverhawk. And this was at the time what I was able to produce as far back as December 2018. We changed scheduling software at that point, so anything before then was lost.
Q. Okay. And the schedule that I'm looking at -- and I get it's probably really small where you're at, but it looks like it's -- you've got December 2018, January 2019, February 2019. So it looks like it's by month that there's a schedule.
Is that -- is that a -- well, let me ask this: What are these? What does this show? What do these documents show? Is this something that's handed to you or that you see online? Are you creating this? What are these?
A. This is what's -- this is one view of the schedule that I have available to me. This information can be found -- I sent some duty logs that are a lot cleaner than this that show a day-by-day kind of in a line format that'll give the same information as this. It's a lot cleaner.
MR. STRINDBERG: And we produced those to you, Scott, ten days ago.
MR. PETERSEN: Yeah, I'll talk to you about them.
Q. (BY MR. PETERSEN): So these -- there's

97

nothing in these documents that are not shown in those later day-by-day schedule documents? Is that a fair statement?
A. Yeah, that's correct. And even on these, I was unable to remove some company events like maintenance and other random company flights that they put on there. So not -- not all of this is entirely reflective of my schedule. This was just the best I could come up with at the time.
Q. So just -- and then I'll move on.
But what are the difference -- what's the difference between the gray, the yellow, and the blue, if anything?
A. I'm looking.
MR. STRINDBERG: Can you make them bigger there, Scott?
MR. PETERSEN: Yeah. It'll bump them off the page, but I can do that. Yes.
Q. (BY MR. PETERSEN): Is that big enough for you, Mr. Cassell?
A. Yeah, I can see that.
So it appears that the gray is -- anything with a line through it, like the dash -- diagonal lines appear to be maintenance. I don't know why some are gray, some are blue, and some are yellow,

98

though.
Q. Okay. This is not a calendar you prepared; this is something that you pulled off of your company's system?
A. Correct. Yeah. I recognize that it's kind of difficult to read.
Q. And if I were to click on one of these and open it up, it would probably give me more information about the event. Is that fair?
A. Yeah, it would. Anything that says "Silverhawk" is something to do with maintenance or a company flight. Anything else, you'll see it doesn't have the lines through it. That's -- that's all -- those were revenue flights of some sort.
Q. So do you see my cursor, my little hand? I'm circling around. Just to give me an example, I'm looking at this blue one, 12a Silverhawk maintenance, Lincoln-Lincoln.
That's not a flight?
A. Correct, yeah. That was just a -- they pulled an aircraft in for maintenance.
Q. But the one above it that's yellow, Silverhawk Link-Link, that means that is a flight?
A. No. That also looks like maintenance. Like I said, I don't -- I don't entirely remember

99

what the key here was.
So if you look at NPPD, Lincoln to Lincoln right next to it on December 18, 2018.
Q. Yes.
A. Do you see how that doesn't have lines going through it like the other ones do?
Q. Right.
A. That was a flight that I did.
Q. And these are your -- the other question is: This is your schedule, not somebody else's schedule?
A. Yeah, that's my schedule.
(Reporter clarification.)
A. It is my schedule.
Q. So best you can tell -- we'll get to the other documents. From this document, if it has -- if it doesn't have the vertical lines, the slanted lines through them, that shows a flight?
A. Yes. Oh, hang on. I know what the colors are now. It just came to me.
So the colors represent aircraft types.
Q. So this gray one on December 10, 2018, that shows that you did a flight in a -- whatever aircraft the gray represents?
A. Yes.

100

Q. What does "Bryan Heart" stand for?
A. Bryan Heart was the name of the client we flew. It's a hospital.
Q. And then LNK to LNK, what does that mean?
A. So LNK is the airport identifier for Lincoln. We flew from Lincoln to another airport and back to Lincoln. So the trip started and ended in Lincoln.
Q. I see. Okay. Okay.
MR. STRINDBERG: Scott?
MR. PETERSEN: Yeah.
MR. STRINDBERG: Not to tell you how to do your job. But Shane earlier said, you know, that he's paid a salary, so the number of hours he flies is not really that important, I would assume.
MR. PETERSEN: Well, I'm just trying to find out what the schedule is.
MR. STRINDBERG: Okay.
Q. (BY MR. PETERSEN): I mean, I'm assuming, Mr. Cassell, that the gray one here, I'd have to -- would it actually indicate how many hours you flew for that flight?
A. It would -- it would not show how many were flown. And that's why, like, the duty logs that I sent at a later date do show, like, how much

101

flight time was logged, how many hours I was on duty, et cetera, where these just show what was scheduled.
Q. Do you get tips or bonuses for what you fly?
A. If I work on a day that I was scheduled off within my five days off or vacation time that I would have taken, I get paid $500 per day. Some clients --
Q. Plus --
A. I'm sorry. What?
Q. Plus -- I'm sorry.
Just plus your salary?
A. Yes.
Q. In addition to salary. Okay.
A. And then some clients do tip. It doesn't happen very often.
Q. Do you have -- I mean, like, if I said, "How much have you made in -- or how much did you make in 2019 in tips," do you have any idea?
A. I have no idea. Maybe $200. Nothing -- it's not a small amount, but it's not a substantial amount, either.
Q. But you think it's less than $1,000 for the whole year?

A. Yeah. I think it's definitely less than 1,000 for the whole year.

MR. PETERSEN: Okay. All right. Why don't we take a break, and I'll have better documents next time, too.

(Recess taken, 12:05 p.m. to 12:35 p.m.)

Q. (BY MR. PETERSEN): All right. Mr. Cassell, do you understand you're still under oath?

A. I understand.

Q. All right. When you finished your certified training program and then you were flown out to Salt Lake City, how long did your training in Salt Lake City continue? And this is back in the fall of 2015.

A. My understanding was, my training was supposed to go at least another four weeks. I did not stay through the entirety of that. I made it through about a week and a half.

Q. A week and a half.

And then were you paid for that week and a half?

A. To the best of my knowledge, yes.

Q. And then what happened at the week and a half?



A. So after the first week, we had a test over what we covered on the first week on Tuesday. And they gave us a schedule of what was to come over the next -- I think it was the next three weeks.

And the -- that first Friday, there was an event that was scheduled -- it had two parts. Pilots could choose which part they wanted to be a part of. There was a 4:00 to 6:00 p.m. and then there was a 6:00 to 8:00 p.m. This event they called the "matrix session" where they would essentially be teaching pilots. They call them "flows." And what that is is you -- basically, they're teaching you which button, which switch to flip when -- for which phase of flights for takeoff. You flip these in this order. For landing, you want to do these in this order, et cetera.

Sundown was at 5:00 p.m. in Salt Lake City, so neither of those options were going to work. So as soon as I was given that schedule, I went to the class teacher and I said -- I explained my predicament.

And he said, "Well, you need to get in touch with Mr. Jake Whicker." He was not in his office, so I got his phone number from his secretary and -- I believe she was his secretary. And she



said, "Give him a call. He'll call you back."

So I called him. And later that evening, he called me back explaining that there might be a way to accommodate me. Come visit him the next day at lunch.

So the next day at lunch -- excuse me.

Q. Do you need a break?

MR. STRINDBERG: Do you need some water there, Shane?

THE WITNESS: I have a little bit here. Give me -- pardon me for just a second.

MR. PETERSEN: Yeah, no, take a second here.

THE WITNESS: All right. I think I'm okay now.

Q. (BY MR. PETERSEN): Okay.

A. So, yeah. He called me, and he said they might be able to do something to help me, to come visit him the next day at lunch.

I showed up at his office the next day at lunch, and he said he had not had a chance to talk to anybody at that point. This would have been Wednesday afternoon.

So lunch break was over. We all went back into class. And not too long later, maybe 30,



45 minutes after we started class, he came and called me out of class to come to his office. He explained to me that SkyWest would not be providing an accommodation and that I had three options available to me: I could make it work with my religion and show up to the required training event; I could not show up and be fired; or I could resign, effective immediately.

Given the fact that the night before, he said that there might be something that they could do for me, I was kind of expecting a conversation about that. So I was kind of taken by surprise. And I chose to resign because I did not want to put on my record that I had been fired, especially from a airline. So I resigned, effective immediately. And, yeah, that's -- that's basically how it went.

Q. And I think we said that this was in 2015.

But isn't it in 2016? Are we talking about 2016, December?

A. Oh, yes. So I guess some clarification on this. I was confused. I applied in 2015. They offered me a job. The company I was currently working -- had been working at offered me a promotion to chief pilot. And so I weighed my career options, and I thought that, from a career

106

standpoint, the chief pilot position would be better.
I got into that position and did not enjoy it. So I applied in 2016 with SkyWest again. And this is when all this happened, was in 2016.
Q. Okay. And the company that you applied for in 2015 -- that you applied for.
The company you were working for in 2015, who were they?
A. That company was called "AirScout."
Q. And what kind of company is AirScout?
A. They did aerial photography.
Q. And how long did you work for AirScout?
A. I worked for AirScout during the summers of 2013, 2014, and 2015, and 2016. And fall of 2015, I went full-time, and I worked there through winter as well.
Q. And what did they pay you? How did they pay you?
A. So 2013, 2014, and through the summer of 2015, I was paid per flight hour. I was paid $35 per flight hour. And then from fall of 2015 through fall of 2016, the year that I was a chief pilot, I was paid a salary of 36,000 a year.
Q. Did they offer you any benefits?

107

A. No benefit. One benefit was, they provided housing, which they took the payment out of my paycheck pretax. That was the only benefit.
Q. Where was this?
A. Lowell, Indiana.
Q. So did you get at W-2 in 2016?
A. From AirScout?
Q. Yeah.
A. I -- yeah, I would have.
Q. Do you know whether it's been produced? That's not a trick question. Just -- I don't know.
A. No. My understanding was, the documents that were requested were from 2017 and onwards, so I produced nothing for 2016.
Q. Okay. But you worked -- did you work with AirScout, then, between the time that you resigned at SkyWest and the time that you were not hired by SkyWest in July of 2017?
A. I did not work for AirScout beyond when I left in 2016.
Q. Okay. In hindsight, do you think that was a good idea, that you worked for AirScout instead of the offer with SkyWest, the initial one?
A. Oh, I don't know. I think there's advantages to both, and there were disadvantages to

108

the decision I made, too. I gained some invaluable experience in management that I think helped me get into the position that I'm in now. But it definitely was not the most fun I've ever had at a job. So I think it could have gone either way.
Q. Yeah, well, I was going to ask, what was it that you did not like about your job at AirScout?
A. I was working 80 hours a week.
Q. Were you working on your Sabbath?
A. No, I was not working on Sabbath. But they -- they expected long days. And I would get done with a long flight day, and I'd have a bunch of other problems I had to deal with. And it just -- it wasn't enjoyable.
And other -- other things that I don't necessarily want to get into between myself and other parties that didn't always see eye to eye. But it just wasn't fun.
Q. So if you were not working on your Sabbath, you were putting in 13 hours a day?
A. Roughly.
Q. And the things that you didn't -- that you struggled with with other pilots, did those have to do with your religious beliefs or your religion?
A. No, I didn't have -- I didn't have major

109

conflicts with any of the pilots there.
Q. How many pilots did AirScout employ?
A. Including myself, we had 11.
Q. And how many aircraft did they fly?
A. Four.
Q. Same aircraft?
A. No. These were small single-engine piston-powered aircraft. They're very, like -- four-seaters, including the pilot.
Q. Okay. So I'm showing you what is marked SkyWest 588, and which I would like to mark as Exhibit 4.
(Exhibit 4 was marked.)
Q. (BY MR. PETERSEN): Do you recognize this document at all, Mr. Cassell? Have you seen it before?
A. No.
Q. All right. I am going to just represent to you that it's a Saturday matrix lab for December 10, 2016. I guess -- and it says "instructor" down here at the bottom left going up, Dave Cannon.
Do you recall whether Dave Cannon was your instructor in December of 2016?
A. I do not remember any names of my

110

instructors.
Q. All right. But it was -- so it was clear, though, at the time, wasn't it, that you had -- that you were going to be scheduled for training that would bleed over into your Sabbath, and you raised that issue with your instructor at the time?
A. Correct.
Q. And who was -- what was Jake Whicker -- what did you think -- what was his position at the time?
A. Mr. Wicker's position was, he was the CRJ training manager, I think is -- was his title. He was the head of training for the CRJ.
Q. And do you know a Dave Cannon?
A. I -- I might have had classes from him, but I don't remember any names beyond Jake's.
Q. Okay. Those -- do you know how many you were training with at SkyWest at the time?
A. There was a little over 30 in the class, I think. Somewhere between 30 and 40.
Q. Do you know whether any of the others were Seventh-day Adventists?
A. I'm not aware of any that were. There might have been, but they didn't make themselves known if that was the case.

111

Q. Okay. So when you requested that you not work your Sabbath or that it not bleed into your Sabbath, tell me how that came about.
How did you first learn that you were going to be working on your Sabbath and that you -- you know, what did you do at that point? Help me understand kind of the steps as to what happened.
A. Sure. So after we took our test on Tuesday over the previous week's content, they gave us a new binder. The -- I'll provide some clarification. The first week was over -- it was company indoc. So we cover company policies, regulations, operations, specifications, things that apply to how you operate at SkyWest.
The second, third, and fourth weeks and anything beyond that -- I don't remember if it was beyond that, but we were going to talk about the aircraft specifically, getting into the systems, how did the landing gear work, how does the fuel system work, the electrical system, et cetera.
So after the test on Tuesday, they gave us a new binder with material for the upcoming weeks. And it had a schedule in there as well on the first page. I looked it over, and I saw the date and times for that Friday evening.

112

And that's when I -- I brought it -- we had a break in class. And I went to the teacher, and I explained -- like I said, I explained my predicament to him. And that's when he referred me to Mr. Whicker.
Q. Who was the teacher of the class?
A. I don't remember his name.
Q. Did you talk to either the teacher or Mr. Whicker about whether you could talk to anyone else in your class to see if they would be willing to swap with you? Or were you going to be working over your Sabbath no matter what? In other words -- let me back up.
From what you can see on your schedule, was everybody going to be working over your Sabbath?
A. Yeah. The whole class was scheduled to either be in the 6:00 to 8:00 -- or, sorry, 4:00 to 6:00 or 6:00 to 8:00 time slot on Friday evening.
Q. So what did you think the options would have been, that you would have preferred at the time if the whole class was working during your Sabbath?
A. Sure. I would have been perfectly fine with some one-on-one time with one of the teachers. I would have been happy to come in after class any of the eight days leading up to that or afterwards

113

before the next session -- because there were four of those matrix sessions -- to make up for it. I would have been happy to come in on a weekend day. If it came down to it, I would have even accepted them putting me in a class later on that didn't have the conflict.
Q. Did the schedule that you got that was working into Friday, was that classroom time or was that simulator time? Do you remember what the class activity was supposed to be?
A. Yeah. So it was -- I guess -- I guess it would be considered classroom time because it wasn't in a simulator. What they did is, they took several touch screen monitors, and they lined them up in a position that simulated the flight deck of the CRJ aircraft. And from there, they would have us -- they told us they were going to have us be going through the sequences and pushing different buttons going through -- like I said, they called them "flows." So you have your takeoff flow. These are the buttons you push when you're getting ready to take off. This is the after-takeoff flow. You do these buttons next.
And that was the point of these matrix sessions. They have four of them scheduled

114

throughout the system -- the systems training. It was going to be done at the simulator building, but it wasn't going to be in a simulator, was my understanding.
Q. Were you aware of other times where the same activity was taking place, or were you just assuming that, if you got scheduled with another class, it might be in a different time other than that Friday?
A. My hope was that it would be different with another class. And I would have been willing to wait until sundown was after 6:00 p.m. or however late it needed to be to make that work.
Q. Did you bring all that up with your teacher or with Mr. Whicker?
A. No. I was never given the opportunity.
Q. All right. So when your teacher said, "Come talk to Mr. Whicker," then that was the next day?
A. That was the day of. So that was on Tuesday, as I recall. And I went to his office. He was in a meeting. So I got his phone number. I called him after class let out at 5:00. He called me back around 11:00 p.m. or so and asked me to come see him the next day.

115

Q. So on Wednesday, you went in and saw Mr. Whicker?
A. Correct.
Q. On a time that wasn't training time, I'm assuming?
A. It was during lunch.
Q. All right. And you sat down at his office, or did he come to you? How did that go?
A. I went to his office, and he told me he had not had a chance to speak with anybody about possible accommodations and that he would come and pull me out of class later, or he would come find me later and we would talk.
And then about 30 or 45 minutes after lunch break had ended, he came and pulled me out of class. And that's when he told me that they were not going to make an accommodation.
Q. Did he have somebody with him?
A. He had a -- in the office, between he and I, there was nobody. When I signed the resignation paperwork, he called in a -- one of the secretaries. And I recall him having -- I recall him having been on the phone, or maybe he had Mr. Coy Bryant on the phone still. I know he had been talking to him. I don't recall if Mr. Bryant was still on the phone

116

with him or not, though.
Q. When he pulled you out after that 30 to 45 minutes later, what did he say? Tell me what the conversation was, the substance of it.
A. The summary of the conversation -- I don't remember exactly how it went. But the summary of the conversation was that SkyWest was not going to be providing an accommodation, and I had three options available to me. I could make it work with my religion, and I can show up to the event on Friday evening; I could not show up to the event, and I would be terminated; or I could resign, effective immediately.
And I was kind of caught off-guard with the options that were given to me, given that he had mentioned the night before that he thought there could be an accommodation made. So being kind of caught off-guard, I chose the latter of resigning because I didn't want to report that I had been fired. I didn't want to be fired.
Q. So did he say, "SkyWest will not provide it" or "SkyWest cannot"? Do you remember his exact words?
A. I recall it being "SkyWest would not." It wasn't a "can."

117

Q. Did he say why not?
A. He didn't explain why.
Q. Did you ask him?
A. No. I was completely caught off-guard.
Q. Okay. Did you ask for some time to think about it?
A. No, I didn't.
Q. So he offered you could either work it, not show up and be terminated, or resign.
Did he explain to you why he was offering you a resignation?
A. No.
Q. And you picked resignation in order to avoid having a resume that said you were terminated by SkyWest, right?
A. That's correct.
Q. And did you have any other follow-up conversations with Mr. Whicker?
A. Yes. The next day, I sent an email asking for clarification of the events. I don't remember exactly what I said in the email, but I -- I think -- I think I said, "If I misunderstood anything," and I -- I asked him if I misunderstood the fact that I would have been terminated. I said, "I apologize, and I'd like my job back, if possible.

Or if not, you know, this is what it is, but I would like some clarification on what happened."
I believe that email is some -- yeah, right there.
Q. So I'm showing you what's been Bates-numbered SkyWest 38 to 39, which looks like an email chain between you and Jake Whicker; is that right?
A. Correct.
Q. And you just mentioned that you emailed something to Mr. Whicker the next day, which I guess would be Thursday, December 1st?
A. Yeah.
Q. That's what your email looks like.
So tell me what these two emails show, if you know.
A. Sure. Let me read through them.
Q. Sure.
MR. STRINDBERG: Scott, are you going to mark these?
MR. PETERSEN: Yes. This would be Exhibit 5, I believe.
(Exhibit 5 was marked.)
Q. (BY MR. PETERSEN): And, Mr. Cassell, you just tell me when you're ready.



Are you good, Mr. Cassell, or are you still reading?
A. I'm still reading.
Q. I'm not trying to push you. I'm really not. I just didn't know if you were waiting for me.
A. No, it's fine.
Okay. I've read it.
Q. So this first one, which is your email dated December 1, 2016, tell me what the purpose of that email was.
A. Just to make sure that I hadn't acted irrationally. I got caught up in -- I guess my emotions kind of clouded my judgment a little bit, or I perceived that they may have.
Like I said, I was not expecting to be given those three options. I was expecting to have a conversation of, well, these are some options we have for you. The very least being, we'll have you just go to a different ground school and start this over again, which was not provided. I felt as though I had kind of been backed into a corner, which is why I sent that email.
Q. Okay. And then his response, is that what's above?
A. Yeah.



Q. And he references an October 27, 2016, letter, a signed letter regarding your request for religious accommodation. I want to pull that up.
Does this look like -- and I'm adding your email that accompanied that from you and then a response from Coy Bryant.
But let me just go back to -- these are Bates-numbered SkyWest 17 through 19.
Do you recognize those documents?
A. I do recognize them.
Q. Tell me what they are.
A. So this was a document that they requested that I fill out. When I asked -- when I initially requested to have the simulator time switch during the CTP course, they provided this document for me to train out as well -- or, sorry, for me to fill out as well for training and that I was to send it to Coy Bryant.
Q. Okay. And you did that?
A. I did.
MR. PETERSEN: So I want to mark this as Exhibit 6, I believe it is.
(Exhibit 6 was marked.)
Q. (BY MR. PETERSEN): Then there's a response. If you look at Bates number 17, there's a



response on October 27, 2016, from Coy Bryant that says, "The other pilot that has requested accommodation is Mikhail Belov. He gave me permission to disclose this information to you in hopes that you can coordinate your schedule."
Do you know what he's talking about?
A. Yeah. There was another pilot that had requested a form of accommodation. I believe it was also Friday sundown through Saturday sundown off. He was not Seventh-day Adventist. I reached out to him, and we discovered that we were not in the same class.
Q. So that didn't help you in any kind of coordinating efforts?
A. That's correct.
Q. Do you know whether Mr. Belov had to work on that Friday to Saturday time period?
A. I'm not aware.
Q. Did he ever tell you whether SkyWest had agreed that he could not -- that he didn't have to work that day?
A. He didn't mention it.
Q. Okay. So you had one call with him, you think, and that's as far as that went?
A. Yeah. I think we texted back and forth a

122

couple messages, and then we realized we were not in the same class. So we realized that nothing was going to work there.
Q. So not being in the same class, why did that make it so it wouldn't work?
A. The schedules were most likely going to be different, and we wouldn't have been able to pair up together in any events.
Q. So then going back to Exhibit --
MR. PETERSEN: Is this 4, Jessica, this one here, the one we marked previously?
MR. STRINDBERG: 5, I think.
MR. PETERSEN: So the one we just marked, was that 6?
THE REPORTER: Yes, the last one was 6.
Q. (BY MR. PETERSEN): Okay. Then 5. Okay. Thank you there.
So looking back at Exhibit 5, Mr. Cassell, the response -- there's a response in here from Mr. Whicker saying, "It has been determined." This is the bullet points. Do you see that paragraph? And this is on December 2, 2016. "It has been determined that we are unable to honor the specific request with work scheduling... We have provided FO Cassell with tools..." And then there's a

123

sub-bullet point. "Options include pursuit of schedule changes as defined by company and departmental resources." And there's an even further indented bullet point, "Drop/trade shift, bid for desired work..."
Do you recognize that wording from Mr. Whicker?
A. Yeah. They sent a letter with a response regarding my request for accommodation.
Q. And was -- this is back in October?
A. Yes.
Q. Did that letter, that you can recall, explain that they -- that SkyWest was unable to honor your request to have Friday at sundown to Saturday at sundown off?
A. They told me that they couldn't guarantee anything and that they gave me these tools listed in this email.
Q. Okay. And what did you understand the tools to be?
A. Trading, drop shifts, bid for desired work, none of which applied to training because it was all assigned, except for simulators, is my understanding.
Q. So at the time, your understanding was

124

that you couldn't trade any of your training sessions other than the simulator time; is that right?
A. Correct.
Q. And to trade the simulator time, how would you have traded that?
A. I don't know exactly how things work. But my understanding is, if -- if you got a simulator session that you didn't like and you wanted to try and trade with somebody that had one that you did like, you just approach the pilot and ask if they would be willing to trade.
Q. Okay. And did you ever have occasion to do that at SkyWest?
A. No. I never got to simulators.
Q. Okay. If I look at the third paragraph of Mr. Whicker's email, it says, "You were assigned to report to and attend a shift that begins tonight, Friday, December 2, 2016, at 1600 and would end at 1800."
So yours started at 4:00 p.m. and went to 6:00 p.m., right?
A. Yeah, that would have been it.
Q. So the other -- the rest -- there was a chunk of the class that had your scheduled 4:00 to

125

6:00 time period, and then the other group of the class had a 6:00 to 8:00 p.m. time period?
A. Yes.
Q. And then it says, "This shift is a normal part of CRJ ground training."
Do you agree with that?
A. Yeah. Everybody had to go through it.
Q. Then it said -- it says, "And, unfortunately, there were no alternative shifts for which you could trade or bid for in accordance with established practices."
Do you agree with that?
A. They didn't have any scheduled alternative shifts, no.
Q. And that's because you're in training as opposed to bidding for a line of some sort. Is that fair?
A. Correct.
Q. Okay. Then it says, "The training in this shift is required training and must be completed in its entirety."
Do you agree with that sentence?
A. Yes.
Q. Did you have that discussion with Mr. Whicker or anyone else at -- like Mr. Bryant or

126

anyone else at SkyWest at or around the October 27, 2016, time period?
A. No, not that I recall.
Q. All right. When you received the email from Mr. Whicker, did you respond to it? Is that the 3:28 email -- or, I mean, not -- I'm sorry.
Did you respond to this email? Not the December 1st at 3:28 email. That's the one you sent to them on the 1st.
He responded on the 2nd, correct?
A. Yeah, he respond -- yeah. He replied on Friday, is what it looks like.
Q. Okay. And then did you reply to him?
A. I don't remember if I replied or not. Yeah, I don't -- I don't recall if I did or not.
Q. He says at the second to last paragraph, "After weighing your options, you stated that you were unwilling to attend the training as scheduled this evening."
Is that true?
A. Correct.
Q. And then it says, "Subsequently, you resigned your employment with SkyWest Airlines."
I think you said you did that in order to avoid it showing up as a termination on your resume;

127

is that right?
A. Correct.
Q. And then it says, "Had you continued your employment and didn't report for or complete the assignment, your employment would have been terminated as this is a required job function."
Is that consistent with what they told you at or around December 2nd or December 1st?
A. Yes.
Q. Okay. And then it says, "I have attached your religious accommodation request and a copy of the termination paperwork. If you have any further questions, please work directly with Coy Bryant on this issue."
Do you recall whether -- it looks to me from the email that there was a copy of the accommodation form and then your termination paperwork.
Do you remember receiving those at the time?
A. I did receive them.
Q. Okay. So at this point, you had resigned from SkyWest. And then shortly thereafter, you filed a discrimination charge against SkyWest; is that correct?

128

A. That's correct.
Q. And is it -- was the basis for the discrimination charge that they didn't work with you to give you an alternative means of finishing that training?
A. Yeah.
Q. And then at some point, you withdrew that discrimination charge; is that right?
A. That's correct.
Q. All right. I'm going to show you another document. This is a document that's Bates-numbered SkyWest 42 to SkyWest 43.
(Exhibit 7 was marked.)
Q. (BY MR. PETERSEN): Do you see this document?
A. Yes.
Q. It's a letter from Todd Reinach. I don't know how you say that. Reinach, Reinach.
Do you know how to pronounce that?
A. Reinach.
Q. Reinach? Okay.
And it's dated December 8, 2016.
Have you ever seen this letter?
A. Yes. He -- Mr. Reinach sent it to me.
Q. All right. And do you know why it was

129

sent to you? Not by your attorney, but why SkyWest sent this letter to you?
A. I don't remember if SkyWest sent this to me or if this was -- Alan sent this to me.
Q. Yeah, sorry. That was a bad question. I wasn't trying to get at who literally sent it to you.
Do you know -- were you ever told what the purpose of this letter was?
A. No.
Q. All right. I'm going to look at -- just go over this letter really quickly with you.
The second paragraph says, "SkyWest employs more than 4,000 pilots."
Do you know -- do you have any reason to disagree that that's an estimate of the number of pilots that SkyWest employed in December of 2016?
A. I have no reason to disagree with that.
Q. And then the second -- the third paragraph says, "As such, we have developed a robust seniority system with shift trades and vacation days to help employees manage their work schedules."
Do you agree with that sentence as a characterization of SkyWest's seniority system?
A. I agree.

130

Q. And then it says, "As Mr. Cassell gains seniority, he will be able to utilize these tools to avoid working on the Sabbath."
Do you agree with that sentence?
A. I agree.
Q. And it says, "However, over the course of his first few years of employment, when Mr. Cassell has low seniority, he will absolutely and unavoidably be required to work on Saturday and other holidays, as more senior pilots typically avoid working those days."
I want to -- there's a lot in there, but let me ask you one question.
Is it your experience that more senior pilots typically avoid working Saturdays and holidays?
A. In my experience, that is not necessarily the case. I -- I have spoken with some pilots who chose -- go to overnights. They didn't care if they flew over the weekend. Most pilots don't seem to care if they have to fly on a Sunday or a Saturday, typically. They understand the line of work we're in. They're more interested in if the trip is good or not. For example, someone might choose an overnight in Nashville, Tennessee over Flint,

131

Michigan, even if that meant that they had to fly on a weekend.
Q. Okay. What about the statement, "As Mr. Cassell gains seniority, he will be able" -- I'm sorry. I already asked you that.
"Over the course of his first few years of employment, when Mr. Cassell has low seniority, he will absolutely and unavoidably be required to work on Saturday and other holidays."
Do you agree with that sentence as it relates to working as a pilot at SkyWest?
A. I do not agree with that. As I've said, I know pilots that have avoided it.
Q. Okay. And then the avoiding working Saturdays is through the trading and the seniority and the bid system that you've described. Is that fair?
A. Yes.
Q. Okay. The last paragraph says, "Mr. Cassell resigned from our flight training program because a training class would extend one hour into the Sabbath."
Is that accurate?
A. That's accurate.
Q. "I admire his faithfulness. But if he

132

returns, he will unavoidably be tasked with working on all or part of the Sabbath for several years to come."
You disagree with that?
A. I do.
Q. Now look at the rest of that sentence -- of that paragraph, "If he has changed his position on Sabbath observance or if he can think of another acceptable accommodation, please let me know and I would be pleased to discuss it with you."
Did you or anyone on your behalf discuss with SkyWest alternative accommodations to just the seniority system and the trading that we've already discussed with SkyWest?
A. I -- I believe I gave some ideas to Mr. Reinach. Whether or not he passed those on, I am not aware.
Q. Okay. I'm not looking for a discussion with Mr. Reinach. I don't need to know what you guys discussed. But can you -- do you -- let me word it a different way.
What other options do you see that SkyWest could have employed at this time, other than what we've already discussed with the bidding system and the swapping, that could have allowed you to work

133

for SkyWest while still avoiding working on your Sabbath?
A. Certainly. So I'm going to discuss training because this is an area where the system really is not -- it's not implemented.
With training and other training events that are scheduled like this, pilots who have these requests could come to the training manager, and the training manager could look for people within the training department that would be willing to do a session over a weekend or after hours on class -- class days to help those that do need to accommodate -- those types of accommodations, help them get the training that they needed so they can still complete the course.
I was willing to come in on a Sunday and do two hours. It might have been less time, even, because instead of teaching a group of 20, they would be teaching a group of just myself. So we could have done that. I would have also been happy to come in after 5:00 p.m. and work with somebody one-on-one. That was not something that was ever offered to me.
I would have also been willing to wait and do my class later on in the year, maybe in April or

maybe even May or so when the sun went down later to avoid running into this conflict.
I was not aware that this was going to be a problem. Had I known, I wouldn't have even started class at this time. So in the interview, they told me class -- ground school would be from 8:00 to 5:00 Monday through Friday.
Q. Okay. But I thought that you told me that your earlier -- when you filled out what is Exhibit 6, I believe, that -- I'm looking at it now, that there was not a sure -- they couldn't guarantee you wouldn't work a Saturday.
Was that not in reference to training?
A. It did not sound to me as though their response from SkyWest was in reference to training.
Q. So look at page SkyWest 18. It says -- and I'm looking at number 1. It says, "Describe the purpose of your request for a religious accommodation."
It states, "The purpose is to request accommodations with work and training so that I'm able to uphold my deeply held, sincere religious convictions as a Seventh-day Adventist Christian."
Is that language you wrote, or did somebody else write that?



A. I wrote this.
Q. So doesn't that suggest you were talking about training as well?
A. Yes.
Q. And so when they responded that they couldn't guarantee what you were seeking for an accommodation, you didn't understand that it applied to training back then?
A. The tools -- they said that they gave me tools, which would be the bidding system, trading, and dropping. And I knew enough about the training program that that didn't work for that. You were assigned a schedule in the classroom. I can't trade classroom days with another pilot. That wasn't available to me.
Q. And then if you look at number 3 on the same SkyWest 18, it says, "I am asking that I not be scheduled for work shifts or training functions during the period of Friday sundown through Saturday sundown. My religious convictions do not limit my ability to perform the essential functions of my job as a pilot. I am just requesting this time off each week."
So -- and those are your words?
A. Those are my words.



Q. So is it a fair statement to say that you could perform your job's essential functions so long as the performance of those functions did not fall on your Sabbath or otherwise be an emergency -- I know you have an exception for the emergency area. I'm not talking about that. I'm talking about nonemergency items -- that you are able to perform the essential functions of your job, but not if those functions require work on that Sabbath that are nonessential -- or nonemergency?
Hold on. I think you've got an objection coming.
MR. STRINDBERG: The way you phrased it -- yes, I do object. You're basically asking for a legal conclusion since you've used the phrase "essential functions of the job," because it's assuming that working on Saturday is an essential function of the job. So I object to the question as asking for a legal conclusion.
MR. PETERSEN: So let me rephrase it.
Q. (BY MR. PETERSEN): And I'm not using "essential functions of the job" in a legal sense. I'm using it because those are the words you used, Mr. Cassell.
So when you say, "It does not limit my



ability to perform the essential functions of my job as a pilot," is it your position, Mr. Cassell, that working on your Sabbath is not an essential job function?
MR. STRINDBERG: Same objection.
Q. (BY MR. PETERSEN): Go ahead. Essential function of your job as you've listed it.
A. Well, I would choose not to work on Saturday -- or during the Sabbath.
Q. Okay. Do you -- is it your position -- and this -- I'm just asking for your belief, and it's not a legal question that I'm asking for.
But who gets to decide what the job's essential functions are? You or the employer?
A. I think the employer would determine what the essential functions are. They're the ones writing the job description.
Q. Okay. So if SkyWest said to you, "Hey, Mr. Cassell, it's an essential function that you work on some Saturdays whether you want to or not," what would be your response to that?
MR. STRINDBERG: Again, I object. You're asking for a legal conclusion.
Q. (BY MR. PETERSEN): All right. I don't want a legal conclusion. I understand the

objection. But I want your understanding, Mr. Cassell, your opinion.
A. I would -- I would tell them I wouldn't be able to work on Saturdays. I would explain that I would be happy to work on Sundays. I'd request an accommodation at that point.
(A discussion was held off the record.)
MR. PETERSEN: Okay. 42 to 43 I want to mark as Exhibit 7.
(A discussion was held off the record.)
Q. (BY MR. PETERSEN): Do you know whether SkyWest flies -- has flights that go out 24 -- or every single day, 365 days a year, Mr. Cassell?
A. I know they have flights every day.
Q. So you would be familiar that they fly every Saturday?
A. Yeah.
Q. And every Friday and every Sunday?
A. Yes.
Q. And that hasn't changed since before you applied at SkyWest; isn't that correct?
A. Yeah.
Q. Do you know whether SkyWest requires its pilots to be available to fly 24 hours a day, 7 days a week, 365 days a year?



A. The job description when I applied required travel on holidays and weekends.
Q. Wouldn't that suggest to you that they had -- that SkyWest required its pilots to be available to fly any day of the year?
A. Yeah.
Q. When you and Mr. Whicker were discussing at the time of the resignation, did you have any discussions with him about what the schedule would be like after training?
A. He mentioned that I would fight this particular request I had until I gained enough seniority. And I knew that I would. Being low seniority, you get when nobody else wants. And as you gain seniority, you're able to pick. And, yeah, we had that discussion briefly.
Q. Did he explain to you that it would be more difficult or less difficult after training to get Saturdays off?
A. He didn't say either way. He just mentioned being low seniority, you will have a hard time getting your weekends off. And I -- I acknowledge that. And, again, I have no problem taking flights on Sunday or after sundown on Saturday.



Q. Do you know whether he -- you would have -- if you had decided at that time to work the shift or to, you know, go to the training class, there wouldn't have been any additional piece of paper for you to complete or fill out in order to make that decision, would there?
A. I'm not following what you mean.
Q. So at the time, you said they had a form for you to fill out when you resigned; is that right?
A. Correct.
Q. There wasn't a form for just saying, "I'm going to stay and work the shift," right?
A. Correct.
Q. That would have been just, okay, thanks and we'll see you back here when it's time --
A. Yes.
Q. -- right?
A. Yes.
Q. And if you had failed to show and were going to be terminated, were you aware, did they mention a written form or any kind of piece of paper you would need to fill out to take that route?
A. No, they didn't talk about that.
Q. So the only thing that really required a



form that you were made aware of at that time was a resignation; is that correct?
A. Yeah, that I was aware of. I don't know how their termination process works.
Q. Did you say anything to anyone else, Mr. Horne or anyone else, about your resignation?
A. Yeah. I called Steve and I called Michael and I shared what I had experienced. And Steve was very surprised. And I called Michael because I knew he was coming into class just after me, and I told him he might want to wait until the sun goes down later because he still had the option to move his class date back.
Q. So what did he do? Do you know?
A. I don't -- I think he checked sundown times, and he was going to be there at a time where sundown was late enough that it wouldn't have been a problem. So I believe he stayed with his original class date, Michael Wahlen did.
Q. And I mentioned that, in February of 2017, you filed a charge of discrimination. You withdrew that charge.
Why did you withdraw it?
A. I withdrew that -- well, I had applied a third time at SkyWest in the summer of 2017 because

142

I was not having luck finding work elsewhere. So I withdrew the charge as an act of good faith that I was willing to let the whole thing go if they would give me another chance.
Q. And did it surprised you that SkyWest was willing to look at you again?
A. I -- I guess in my recollection, I didn't really know what to expect. I could have seen it going either way. I knew SkyWest needed pilots badly, but I also knew that there was a little bit of history between myself and the company and was very hopeful that they wouldn't hold that against me. They invited me to an interview.
Q. Did you talk to anybody before you decided to apply again? Anybody at SkyWest. I'm sorry.
A. I spoke with Steve and Michael again and just said, "Hey, this is what I'm considering" and got their opinions on it. I asked Michael some questions about training, some experiences he had had because he had been through it a lot more recently than Steve had. And then I made the decision to pull the trigger and go ahead and reapply.
Q. I'm going to show you Bates number SkyWest 1 through 2 .

143

Do you see this document? It's a letter from Todd Emerson to Alan Reinach.
MR. STRINDBERG: We're going to make this Exhibit 8?
MR. PETERSEN: This is Exhibit 8, yes.
(Exhibit 8 was marked.)
Q. (BY MR. PETERSEN): Do you recognize or have you ever seen this document, Mr. Cassell?
A. Yes, I have seen this document. It was sent to me.
Q. Was it sent to you around the earlier part of February?
A. I don't remember when it was sent to me. I don't -- yeah, I don't remember. I know that Alan sent me some correspondences that he had had with SkyWest, but I don't remember when it was given to me.
Q. Okay. So it says, "I am writing in reply to your December 12th letter. You felt my statement that Mr. Cassell 'will absolutely and unavoidably be required to work on Saturday and other holidays' was speculation."
Did you have a sense yourself -- and I'm not talking about your discussions with Mr. Reinach. I don't want to know those.

144

I just want to know, did you -- I think you said that you thought Mr. Emerson's statement that you would have to work Saturday after training was incorrect; is that right?
A. Based off of other pilots' experiences, I would say yes.
Q. Then -- so the sentence of the second paragraph says, "My statement was drawn from conversations with the leadership in our crew scheduling department and based on their long experience."
Did you have any discussions with anyone at -- in the leadership of SkyWest crew scheduling department regarding Saturday work for Sabbath, your Sabbath work?
A. I did not.
Q. The letter says, "Since receiving your letter, I directed an analyst in the flight operations department to review the schedules for 100 recently hired pilots over the past 12 months, including Mr. Cassell's classmates. No matter what scheduling preferences they requested, each pilot got a schedule that required them to work on a Saturday."
Do you have any reason to believe that

145

that's incorrect?
A. I have no reason to believe that that is incorrect.
Q. Does that surprise -- let's say that that's exactly right, that that's true.
Does that surprise you?
A. Not really.
Q. And why is that, that it doesn't surprise you?
A. Low seniority. You get kind of the bottom of the barrel.
Q. So then the next sentence that Mr. Emerson says, where he says, "None of the 100 pilots, no matter how they bid or attempted to drop or swap an undesirable trip, were able to avoid Saturday work."
Do you know whether there were any Seventh-day Adventists in the 100 pilots he's talking about?
A. I -- I'm not aware. I don't know -- I don't know the parameters for the -- which he selected the 100 recently hired pilots.
Q. Okay. If, in fact, they all worked a Saturday, what would be your explanation as to why every one of them worked at least one Saturday? Do you -- let me rephrase that.

146

You said it didn't surprise you that -- assuming this is true, it didn't surprise you.

And I guess my question is, why would it not surprise you that nobody could get a Saturday off in all the 100 pilots?

MR. STRINDBERG: Objection. You're assuming facts not in evidence. Specifically, you're assuming that some of these 100 pilots wanted Saturday off. There's no evidence to that effect, Scott.

MR. PETERSEN: That's what I'm getting at.

Q. (BY MR. PETERSEN): Why are you surprised if I say this is true? You said you're not surprised. I want to know why.

A. Sure. In talking with my classmates, the general attitude that a lot of them had that I spoke with was, they knew they were just going to get what they were going to get. They were expecting to work on weekends. They weren't going to necessarily try to bid out of it. They were going to take what gave them the most flight hours, because the ability to upgrade was at -- so short -- and by "upgrade," I mean move from first officer to captain.

Their concern was not days-of-the-week work. Their concern was, let me get as much flight

147

time as I can; what days, what trips will give me the most flight time so that I can upgrade to captain as soon as possible.

You know, a lot of people were able to do that within a year to 14 months, 12 to 14 months, saying that they were able to upgrade quickly, which is great. But that was what they had to do. They had to fly as much as possible to get that 1,000 hours of 121 time. That's what their concern was.

Q. Okay. Mr. Emerson makes this statement in -- before the end of the second paragraph: "This is because all Monday-to-Friday trips were selected by senior pilots."

Do you agree with that?

A. Yeah, that -- I would -- that does not surprise me.

Q. And then he says, "This is not surprising as most employees attempt to match their work schedules with their family schedules where spouses and children are typically free on the weekends."

Does that seem -- would you agree with that?

A. I would agree with that generally, yeah. Like I said, I've talked with some that don't care about that. But I know that there are some that do,

148

so, yes.

Q. Do you know whether there's at a -- a Part 121 -- 121 airline, whether there are more flights on, say, Monday through Friday than there are on Saturdays or Sundays? Do you know?

A. I don't know how the schedules were -- I have no idea what the -- what the schedules are like.

Q. Do you know whether Saturdays is a comparatively lighter time to fly?

A. I don't know.

Q. Then going to the next paragraph, it says, "I am sorry that I did not specifically address your concern with training schedules. I would be pleased to discuss how training schedules could be altered to accommodate Seventh-day Adventists who wish to observe the Sabbath. However, in the case of Mr. Cassell, unless he is willing to work on the Sabbath after he leaves training, resuming his training would be futile."

Do you agree -- well, let me ask first: Did you have any discussions with SkyWest after February 3, 2017, regarding how training schedules might be altered to accommodate your Sabbath observance?

149

A. No, I didn't.

Q. Do you -- did you direct anybody to?

A. No. I --

Q. Go ahead. Sorry.

A. I had left correspondence between SkyWest and myself between Alan Reinach and SkyWest. And he was not -- he was not communicating things to me right away.

Q. Okay. I want to get to the last sentence of this paragraph: "In the case of Mr. Cassell, unless he is willing to work on the Sabbath after he leaves training, resuming his training would be futile."

Do you disagree with that sentence?

A. Yeah. Based off the experiences of other pilots, I would.

Q. All right. And that experience, just to summarize, is, it was your belief that there was a way you could work it out as these others, in your understanding, had done where you could work there as a pilot without working on your Sabbath?

A. Correct.

Q. All right. And the accommodation wasn't -- didn't require any additional work on SkyWest's part; it was use of the seniority and

150

trading and bidding system? Or was there something additional that you thought needed to happen in order to accomplish that goal?
A. At that point, from the -- from what I had heard from other pilots, once you were out of training, it could be done with the trade, bid, drop process.
Q. So the last sentence of this letter, which is on Bates number 2, "We believe that a balancing of these religious preferences is best met through our seniority system, and the courts have concurred." Forget the courts part.
Do you believe that SkyWest's seniority system provided a proper balance of religious preferences such that you could, within that seniority system, avoid working your Sabbath?
A. I think that it gave an opportunity for it.
Q. Without a guarantee?
A. Without a guarantee.
Q. And if it had turned out that you had not been able to get that Sabbath off, you would not have worked it outside of it being an emergency, correct?
A. That is correct.

151

Q. And you would not have lied to SkyWest about, say, "I'm going to be sick" when you're not sick. Isn't that fair, too?
A. That's correct.
Q. And so what the fallout of that would have been is just speculative to you at this point?
A. Yeah. Like I -- like I mentioned, as soon it got to the point where I knew -- I would have known I wouldn't be able to get out of a trip that was on a Saturday, I would have called crew scheduling, or maybe the chief pilot would have been the better person to call. I'm not familiar with the policies. It's been quite some time.
I would have called somebody and let them know, "This is what's happening. I will not be attending this work shift" so that they could get a reserve pilot who didn't have a problem working on Saturdays on that shift.
Q. Okay. I'm going to show you what has -- I'm wanting to mark as Exhibit 9.
(Exhibit 9 was marked.)
Q. (BY MR. PETERSEN): Do you recognize this document, Mr. Cassell? It's SkyWest Bates number 49.
A. Yes, I do recognize this.

152

Q. Tell me what it is, if you recognize it.
A. Yeah. So they -- they handed us a domicile request, and we were able to put what domiciles we wanted on there.
Q. And I have you on line 20, and then there's a -- the whole line is filled out. And I guess the request -- your first choice is DTW.
Isn't that Detroit?
A. That's correct.
Q. And then ORD, is that Chicago?
A. Correct.
Q. And then SEA, is that Seattle?
A. That's correct.
Q. COS?
A. Colorado Springs.
Q. DEN is Denver?
A. Uh-huh. Yes.
Q. PHX is Phoenix?
A. Yes.
Q. Is that SLC? I'm sorry. I'm on the wrong one.
Is that FAT?
A. Fresno, California.
Q. Okay. And then fill out the next three for me because I can't read them very well.

153

A. Sure. MSP would Minneapolis, Saint Paul; SFO would be San Francisco; and SLC would be Salt Lake City, Utah.
Q. So that was the order of preference you had for a domicile?
A. Correct.
Q. And what was the reasoning, if any, for your rank order there?
A. Sure. They had told us that everybody in class was getting Detroit or Chicago. So those -- I put whichever two -- Detroit's slightly closer to where I would have been living, which was in Cincinnati, Ohio, so I put that as my first one. And then O'Hare was my second one because that was just a little bit further. And I knew I was going to end up with one of those two based off of seniority.
Q. And is the rank order of your domicile request -- did you have any intent that, by rank ordering this way, it might make it more or less easy for you to get Saturday -- your Sabbath off from work?
A. Yeah. I knew that I would either get sent to Detroit or Chicago. I knew that Detroit was a little more junior than Chicago. The pilots there

154

had lower seniority. So I had the ability to let my seniority grow faster in a base like Detroit as opposed to a base like Chicago, which, while still junior, it would have taken a little bit longer. So I went with what I believed to be the best option for that, which is Detroit.
Q. Do you know how many pilots fly out of -- are domiciled in Detroit, how many SkyWest pilots?
A. I have no idea how many pilots are there.
Q. And you don't have any idea how many of those pilots are first officers?
A. I don't.
Q. Do you know how many ready reservists they had at the time, you know, in November of 2016 in Detroit?
A. I don't know.
Q. Do you know how many long or short reservists they used at the time at this domicile?
A. I do not know.
Q. Okay. Then the Seattle, the Colorado Springs, those others, are those sort of wish list items, or were they all part of your plan to try to pick the most junior domicile so that you could rise up more senior quicker?
A. Those were wish list items. I knew that I wasn't going to get anything beyond that point, so I just started filling in blanks just because I thought we had to fill all of them out.

155

Q. Okay. Did you talk to anybody else in your class that -- this list of 34, about which ones you should put or that they were putting?
A. Yeah. There was discussion at -- over -- over dinner or lunch. People -- everybody had where they wanted to be, and everybody had where they felt like they would end up.
Q. Okay. All right. I'm going to show you an email. This is an email from Coy Bryant to you, it looks like. It's dated June 29, 2017.
Do you recognize this email?
A. Yes. That email was in response to a memo I sent regarding exceptions to when I would work during the Sabbath hours.
Q. All right. Hold on, then. So I want to mark this one as Exhibit 10. Mark this one as Exhibit 10, but I want to talk about Exhibit 11 first.
(Exhibit 10 was marked.)
Q. (BY MR. PETERSEN): So let me show you --
(A discussion was held off the record.)
Q. (BY MR. PETERSEN): This one I would like to make -- this one will be Exhibit 10, and this one I want to mark as Exhibit 11.

156

(Exhibit 11 was marked.)
Q. (BY MR. PETERSEN): Do you recognize this document, Mr. Cassell?
A. Yes, I do.
Q. Tell me what it is.
It's Bates number 6, by the way. SkyWest 6.
A. So this document was in response to -- well, I'll back up a little bit.
So when I interviewed at SkyWest, long story short, they didn't know I had worked there before. So when that came out, they asked me why I quit. I explained to them sort of what happened. And they told me that they weren't going to tell me no, but they would have to discuss with HR at corporate.
A couple of days after the interview, I got a phone call -- I believe it was a phone call -- from Coy Bryant where he said that he wanted to know kind of what were some exceptions, like what are the parameters of this when you would or wouldn't be able to work on the Sabbath.
So this document was what I sent to him in response to his question.

157

Q. Okay. So let me go over this with you real quick. I'm going to start the second sentence. You state, "I would like to say up front that it has never been my plan nor intent to be a liability to SkyWest Airline as an employee."
What did you mean by "liability"?
A. I don't want to cause problems for them in any way, whether -- with scheduling specifically, is what I meant by that.
MR. PETERSEN: Okay. And, by the way, before I get going into this, Jessica, do you need a break?
THE REPORTER: I'm okay if everyone else is.
MR. PETERSEN: All right. I'll keep going. You just let me know, then. How about that?
THE REPORTER: Oh, thanks so much.
Q. (BY MR. PETERSEN): And then it says -- you say, "Since my graduation from university, I have observed from the outside as SkyWest has grown into a regional airline powerhouse." And then you say you want -- essentially, that you want to work with SkyWest and you wanted to be a pilot.
You state -- and this is the sentence

158

started "given."
"Given my desire to be a pilot for SkyWest, I would like to assure SkyWest management that I will not let my religious beliefs come in the way of allowing SkyWest to operate and function as it always has, with a high level of quality, timeliness, and overall success."
So I think you recognize that SkyWest flies every day of the week.
How, without working on your Sabbath, would you not let your religious beliefs come in the way of allowing SkyWest to operate and function?
A. Well, like I said, I would give adequate notice to the base chief pilot or crew scheduling that I wasn't going to be able to be at a -- on a flight, if I couldn't get out of it, over the Sabbath hours so that they could have somebody to take my place to avoid the flight being delayed.
Q. Okay. And then two sentences later, you say, "I realize that SkyWest cannot guarantee that I will be provided a schedule that will always allow me to observe my beliefs." And it keeps going.
So at that point, that's an acknowledgment I think that we've already gone over, that you might get a schedule that unavoidably has you working a

159

Sabbath; is that correct?
A. Uh-huh. Yes, that's correct.
Q. And then you state, "Therefore, it has and will continue to be my intent to use the tools that SkyWest has provided to either bid out of, drop, or trade a shift that may conflict with my beliefs."
So if I understand that part of your sentence, that's you suggesting that you will use the bidding system and the tools in place through that bidding system to get out of working on your Sabbath, correct?
A. Correct.
Q. Let me ask you this. You state in here, "bid out of, drop, or trade a shift." I want to talk about each one of those three items.
How do you bid out of a shift at SkyWest? Or how did -- at the time you wrote this, what was your understanding as to how you bid out of a shift?
A. So my understanding -- granted, I never used the system, so I might have not been completely understanding of every aspect of it. But from those who were in SkyWest that I was speaking with that were getting out of working on Saturdays, you would just select what days you don't want to be on or you would select days you do want to be on.

160

A lot of -- so the two Adventists that I was speaking with said that they just selected their flights to start on Sunday mornings, early Sunday mornings, because that's still the weekend. Not a whole lot of people wanted that, and they had a lot of success with that.
Q. So that's -- that would be just how you bid your legs, the flights, right?
A. Yes.
Q. Okay. And then you say, "Drop."
What does "dropping a shift" mean?
A. This one, I don't know exactly how it works, because I know there are work rules related to it, things you can and can't do.
But my understanding is, you are able to drop flights as long as you didn't go below a certain amount of hours of flight time. So if you were going to drop, you had to -- to go below that certain hours, you had to pick something else up somewhere else to make it so that you were still working enough for the company.
Q. Did dropping a flight have any -- in your understanding, did it require that you have somebody to pick it up, or was it just "dropped" dropped?
A. My understanding is, you could drop.

161

Q. And somehow SkyWest would get somebody to take it?
A. Yeah. They had, like, open-time boards where they would pay extra for pilots to come in and do shifts that didn't have a crew, stuff like that.
Q. Okay. But if somebody didn't take your offer -- well, let me back up.
When you say "pay somebody extra to take the shift," is that you paying them extra, or is that SkyWest paying them extra?
A. SkyWest would pay extra for certain flights.
Q. Okay. And so if you wanted to drop a shift but you were unaware of anybody that would pick it up, your understanding was, you could still drop it and SkyWest would simply have to get somebody to work that shift?
A. That's how I understood it.
Q. And that understanding, does that come from Mr. Horne and Mr. Wahlen? Is it "Wahlen"?
A. Wahlen.
Q. Wahlen. Sorry.
A. That, and other pilots I knew at SkyWest that were doing the -- that were using the system. I have other acquaintances that are not Adventists

that work there or have worked there.
Q. Do you know whether there was a written policy behind how shifts could be bid and dropped and how all that worked? Like, some writing?
A. Yeah. I believe there was, but I -- I didn't know how it worked because I never got to that point.
Q. Okay. And then you say "or trade a shift."
Tell me how trading a shift is different than bidding out of or dropping a shift.
A. Trading a shift would be if you were unable to drop or you got something on your bid that you didn't like. You could trade what you had with another pilot as long as it was within the legal duty-day parameters for both of you. So --
Q. So as long as -- sorry. Go ahead.
A. I was going to say, maybe I have a trip that's Saturday and Sunday, and then I have the rest of the week off for some reason. And somebody else has a three-day that goes Monday, Wednesday, Thursday, but they had the weekend off. But my trip has more flight time. Maybe the other person would want it, so we would trade.
Q. I see. And as long as both of you were



not over your flight hours or whatever the regulations required that you not go over in terms of time, then you could trade with them?
A. That's how I understood it, yes.
Q. So let me ask this: Why would you ever just drop a flight if you could always trade?
A. It might be easier to drop a flight than -- rather than trade it, because to trade, you have to have somebody else that wants it. To drop a flight, you just drop it.
And, again, I don't know all the work rules associated with that. I know that there were some restrictions with it, but I'm not -- I don't know them. I know that there were some.
Q. Is it possible that the drop and trade is really one policy, that you can drop but only if somebody's willing to take it? Does that ring a bell to you at all?
A. That could be the case.
Q. Okay. Okay. When you say, "They have offered to teach me how to properly use the system in order to create a schedule that both meets company and personal needs," who's the "they" that you're referring to here?
A. The mentors I had within SkyWest. That



would have been Steve Horne and Mike Wahlen.
Q. Okay. And then you said, "I'm willing to bid for the most undesirable flights, stay at the most junior base, and fly the most junior aircraft in order to avoid conflicts with corporate policy."
Help me understand what undesirable flights, junior bases, and junior aircraft -- how would those three items help you avoid Saturday -- or a Sabbath work?
A. Well, there was definitely a pecking order when it came to what aircraft you flew there. All the senior pilots wanted to fly the newer ERJ aircraft, and so they would bid to switch into that one. Those with low seniority that got into -- that did manage to get into the ERJ sat reserve for a long time. And even when they did get off reserve, they didn't really have a lot of control over their schedule.
Those that flew the CRJ were able to have their seniority grow quickly because, you know, people were trying to get out of that airframe. People didn't really like to fly it. So if I stay in that airframe, my seniority grows quicker and I'm able to have more control over my schedule .
Regarding bases, everybody likes to live



in Denver or San Francisco or Seattle. They're beautiful cities with a lot to do. Nobody really wants to live in Detroit or Chicago, especially an airline like SkyWest attracted a lot of West Coast pilots because there weren't a whole lot of airlines that had West Coast bases. So if you wanted to fly for an airline, you would pick SkyWest if you lived in Los Angeles or Salt Lake or Denver because of the bases. So they were trying to get out of Detroit or Chicago or Minneapolis as soon as they could, which caused your -- helped your seniority grow there quickly.
Regarding undesirable shifts, some people might like getting up early. I don't think most people like to go to work at 5:00 in the morning, though. So if I bid for flights that left at 5:00 a.m., I probably had a better chance of getting those than if I bid for flights that left at noon. Flights that left on Sunday would probably be more likely to fall into my -- fall into my bid rather than flights that left on Monday or Tuesday as a junior pilot.
Flights that get back late, too. Maybe they land at midnight or 1:00 in the morning and they have minimum rest. You're on ten hours of

166

rest, and then you go again.
Q. So -- but you understand, right, that at the time, seniority determined your domicile, correct?
A. Correct.
Q. And seniority was set for you based on the -- the 34 in your training class, you guys got rank-ordered by some system. But within that class, you had a seniority, and then that class was junior to everybody else that was already a pilot; is that right?
A. That's right.
Q. And so when you picked domiciles, your class was subject to everybody else's initial preference, correct?
A. Correct.
Q. And then once you're there, isn't it true that the captains had a seniority system and the first officers had a seniority system? Let me rephrase it.
When you were bidding for something out of training, you would be a first officer, correct?
A. Yes.
Q. And you're not bidding for a captain's spot, correct?

167

A. Correct.
Q. So you're bidding against other first officers under the seniority system?
A. That's correct.
Q. Okay. And so when you say you're willing to take flights, it's the flights that are available to you as a first officer at the domicile where you've been placed, correct?
A. Correct.
Q. All right. And then you state in here, "If there was an unforeseen circumstance, such as, but not necessarily limited to, a maintenance delay at an outstation and my duty time's extended, I would be willing to fly the aircraft back to base as my concern for the safety and well-being of my passengers falls within my religious beliefs."
So if I understand that sentence, and consistent with what you've testified to earlier today, if you are starting a flight that is intended to either end or begin outside of your Sabbath, and for reasons that are unforeseen, it bleeds one way or the other, you would be willing to take that flight for the benefit of the passengers?
A. Yes.
Q. And finish the flight, really, is, I

168

think, what you're contending there?
A. Yeah.
Q. And then you state, as your tenure increases, "my likelihood of conflict decreases due to my increase in seniority, allowing the system to work as designed."
Essentially, as you become senior, you can -- you have more power to ensure that you're not working on your Sabbath; is that right?
A. That's correct.
Q. In the second paragraph, the third sentence, you state, "I do not expect SkyWest to give me special or preferential treatment."
And if I understand that sentence, that's your way of saying you're willing to work within SkyWest's seniority system, correct?
A. Yeah. I'm willing to work with them as they see fit, yeah.
Q. And that if that system -- okay.
And then you say, "At the same time, I appreciate SkyWest's stance as being an equal opportunity employer."
What did you mean by that sentence?
A. Well, SkyWest claims on their website to be an equal opportunity employer, meaning that they

169

don't discriminate against an employee based off of race, religion, disability. There's other things I'm sure that are in there, but I know that those three are included in that.
Q. When you say that you do not expect SkyWest "to give me special or preferential treatment," if you request a religious accommodation, is it your belief that that's not a special or preferential treatment?
A. I would see special or preferential treatment outside of the law, them going far -- I don't expect SkyWest to do anything that would be unreasonable. I'm not asking for -- I never felt that I was asking for anything unreasonable, and that's what I mean by this.
Q. Okay.
A. That's -- that's what I mean.
Q. So "special or preferential" in that sentence is referring to something beyond what the law would require?
A. Correct.
Q. Okay. You state that you will bring -- "I will also bring ideas and recommendations as to how we can work through the problems together so that SkyWest does not feel that I view my beliefs as an

170

entitlement."
Were there any recommendations that you had and wanted to give SkyWest that you were unable to give them?
A. Yeah. I mean, I don't -- I don't feel that I personally was ever given that opportunity. It appears that, in correspondence between Alan Reinach and Tom Emerson, that the question was raised. However, it was never -- I -- I don't know. It appears that it was never addressed.
Q. When you wrote this letter on June 29, 2017, why didn't you put in what you were asking for if you felt like you didn't have the opportunity before?
A. Well, I -- that's a good question. I guess I was answering the question that was given to me, and I wasn't really going to go beyond that at that point.
Q. Okay.
A. I didn't want to be pushy and tell people how to do their jobs.
Q. Okay. Now going back to Exhibit 10, I believe. This is the Thursday, June 29th email from Coy Bryant.
Is this in response to the letter we just

171

reviewed?
A. Yeah.
Q. And what were the circumstances that surrounded getting this email? Do you know?
A. I guess the original copy may not have said anything about training. And then I added -- I would have to look at the previous one to see if there was a training aspect added to this or if there's a second one that has it. He wanted to know how I would handle training.
Q. Okay.
MR. STRINDBERG: Scott, would this be a good time to take a short break?
MR. PETERSEN: Yeah, actually, it is a good time. Let's take a five-minute break.
(Recess taken, 2:06 p.m. to 2:13 p.m.)
Q. (BY MR. PETERSEN): Mr. Cassell, you understand you're still under oath, correct?
A. I understand.
Q. So is there any reason that you applied to fly again for SkyWest in June -- or in the summer of 2017 as opposed to another time of year?
A. Yeah. I -- I felt that if -- if I applied and started work when the sun was going down late in the evening, that I had a better chance of avoiding

172

the problem I had back in the wintertime.
Q. Well, and this is a sincere question.
The worship -- your Sabbath worship actually shrinks as the days of the year get shorter and lengthens as the days get longer; is that true?
A. It's still a 24-hour period. It just shifts when it starts. So in the wintertime, it ends early on Saturday because the sun goes down at 4:30 or 5:00 p.m., so then it's over. But in the summertime, it would be -- it would end later -- start later and end later.
Q. So what would you do in, like, some of the northern parts of Alaska where you get very little sunlight? Does that -- is it a different process to figure out what the Sabbath is?
MR. STRINDBERG: I was going to object because you're asking him to speculate, although I have much the same thought about, what if you were, like, in Iceland, but --
Q. (BY MR. PETERSEN): I'm very -- I understand your point. And it's easy to do when you live in a place like, you know, the United States where we -- we have a fair amount of daylight always at some point. But just curiously speaking, have you thought about that, or is there a doctrinal

173

point on that?
MR. STRINDBERG: Todd, can you explain?
MR. MCFARLAND: Yeah. And, Mr. Petersen, I am happy to explain this to you. I mean, I'll let his -- the only way I'm weighing in here is as an Adventist.
There are church approaches on this and ways this is handled historically. I'm happy to talk about that later. But I don't know if this is really something that Mr. Cassell should be expected to know.
MR. PETERSEN: Okay. No, that's fair.
Q. (BY MR. PETERSEN): You don't have anything to add, Mr. Cassell?
A. Yeah. I don't really know what they do up there. I've never been there.
Q. Okay. Fair enough. And I agree. It's not exactly relevant. I'm just very curious because of kind of how you're calculating it, so...
MR. MCFARLAND: And I'll be happy to explain how it's historically been handled once we -- yeah, on a break.
MR. PETERSEN: Okay.
Q. (BY MR. PETERSEN): All right. I'm going to show you what have been marked as Exhibit -- this

174

would be Exhibit 12.
(Exhibit 12 was marked.)
Q. (BY MR. PETERSEN): And it's Bates numbers CASSELL 216 to 218 and then 219 to 221. So 216 to 221. Because the way the documents are placed, it looks kind of small right now. Let me blow that thing up.
All right. Mr. Cassell, do you recognize Exhibit 11 [sic], especially the -- for now, the Bates number CASSELL 216 through 218?
A. Okay.
Q. Do you see those documents?
A. I do.
Q. There's three of them.
Tell me what they are.
A. These appear to be year-to-date pay stubs between myself and my current employer.
Q. Okay. And when I look at -- and I'm looking at number 216, and this has a pay period beginning of 12/2/2018 and ending on 12/15/2018. It says "80 hours."
You may or may not have worked 80 hours, is that right, that pay period; it's just that you're salaried? So is that just part of your wage statement, or did you actually work 80 hours?

175

A. No. That's -- as pilots, they told us to put in 40 hours a week. Some weeks we worked more; some weeks we worked less. It's just how they determine us to be full-time or not.
Q. Okay. And then you have vacation -- some paid vacation and paid sick leave; is that true?
A. True.
Q. I'm looking at the vacation and sick here.
Is that -- how much paid sick leave do you get a year?
A. 40 hours a year, and we get 80 hours of vacation a year.
Q. Can you use vacation for sick leave, if necessary?
A. You can, yeah.
Q. And then there's a statement that says, "Pay correction, 192.30."
What is that? Do you see that? I'm circling it with my little --
A. Yeah, I see that. They might have messed my paycheck up.
Q. All right. Then I'm looking at your taxes and withholdings. You have federal income tax, Medicare, social security, NE withholding.
Is that your state income tax withholding?

176

A. Yeah. "NE" is Nebraska.
Q. Okay. And then Medicare employee additional tax doesn't have -- it doesn't show anything there.
And then I look at the right where it says "adjustments." Do you see that, this area right in here?
A. Yes.
Q. Yes?
A. Yes.
Q. Principal vision pretax, $2.16.
Is that a payment for your vision benefits?
A. Yes.
Q. And then the dental, Principal dental pretax, $6.40; is that right?
A. Uh-huh. Yes.
Q. Then what is Assurity critical Ill?
A. Oh. So that would be critical illness insurance. The best I can describe it is, a portion of my health insurance that I'm able to enroll in that writes -- like, if I were to break my arm, they would write me a check for a lump sum while I was out.
Q. And even though it says "minus 1.4," is

177

that a dollar forty that they're taking out? Is that what that means?
A. Yeah. It's not very expensive. It's pretty nice to have.
Q. And then "expense reimbursement," it shows "1." What is that? Is that a dollar that has been put into your expense reimbursement for the year? Or tell me what that line is.
A. Yeah. I don't know why it says "1." What I presume is the case here is, I had to pay extra for -- on my phone plan when I flew into Canada, which cost me money personally. So they reimbursed that expense. I don't know why it's listed as 1. It could be that they gave me one expense reimbursement year to date. That was probably what they're getting at there.
Q. And then the total year-to-date salary, it also shows a $7,108 bonus. I asked you about bonuses before.
What is this bonus number for?
A. So there's a number of situations where Silverhawk will pay bonuses, one of which being working on a day off, and that's paid as a day rate. So if I work three of my days off, I would get $500 for each day.

178

They would also give bonuses based off of performance. And so, like, for fuel consumption specifically, if we were able to operate a flight over our -- all of our flights over a quarter and come in under a certain amount of fuel burn, target fuel burn, they would pay us up to $1,000 bonus per quarter.
Q. And so the fact that it says your current rate is 500, that would -- like what you were saying, is working on a day off?
A. Correct.
Q. Year-to-date is not a round number to 500. That's because you're getting some sort of fuel -- the fuel bonus in there or something like that?
A. I don't know why that's not a round number, to be perfectly honest with you. There could have been other things that they awarded me that caused it to be off that -- like that. But I -- I don't know.
Q. Okay. And then the next document, 217, says -- 12/20/2019 is the date on it. It's pay period beginning 12/1/2019 and ending 12/14/2019.
And it has over on the right a whole slew of additional adjustments. The H SA employee that didn't show up before.

179

Critical illness, I'm assuming that's your Assurity critical?
A. Yeah.
Q. Is that what used to be that?
A. Yeah. I know we changed providers at one point.
Q. Okay. And then you got the Principal vision and Principal dental.
And then accident insurance pretax?
A. Yeah.
Q. What is that?
A. You know, that might actually be the -- the one that they pay out if I broke my arm. And then critical illness, I don't remember exactly what that one is. The accident insurance is where they pay out a lump sum for an accident like a broken arm or a leg. Critical illness, I don't remember.
Q. How would I find out -- I need to compare these benefits with what SkyWest offers.
So how would I find out what this critical illness is and this accident insurance is?
MR. STRINDBERG: Scott, if I can interject. We'll -- I'll have my client get specific information on that and pass it on to you. It sounds like one of them is some sort of

180

short-term disability plan. I will get him to ask his employer specifics on those.
MR. PETERSEN: Okay.
Q. (BY MR. PETERSEN): And then 64-, I'm looking up here at your salary, year to date. And this is 2019, 12/14, pay period ending 12/14. It shows 64,480.71.
You indicated that you were normally paid --
A. 82,000.
Q. -- 82,000.
So where do we get to 82- from 64- in 14 days?
MR. STRINDBERG: I think you're looking at a 2019 slip, Scott. He's talking about -- he said his salary was 82- for this year.
Q. (BY MR. PETERSEN): Is that right? So in 2019, you made less than 82-?
A. Correct.
Q. Do you know how much you made in 2019?
A. It would have been roughly 65,000. I had -- I had a lot of promotions. I wouldn't say "a lot." I had a couple promotions. And the introduction of a pay scale at my company was -- allowed everybody to get paid a little more.

181

So what I was doing, as a captain on the Citations -- which I upgraded to not long after I became a first officer on the Citations. Captain's starting pay for year number 2, which I would have been in, was 67,500. But I didn't upgrade -- I didn't start getting paid as such until April, which is why it's not reflected right away like that. I think -- I didn't start making 67,5 until almost the middle of the year.
Q. Okay. So when you say that you're paid 82,000, that's 82,000 and change, not -- currently, not counting bonus money. Is that fair?
A. Yeah, that's correct.
Q. And if I look at 2019 -- and this looks like it's almost the year-end payment but not quite. You've got one more payment that's coming at the end -- you know, the 5th of January or something for the end of December of 2019. You made --
A. Yeah.
Q. -- 10,450.
And is that an average year of bonus for you?
A. No.
Q. Is it low or high?
A. That seems high.

182

Q. So you worked there since the end of 2016. So you have a full year in '17, a full year in '18, and then this in '19. And then, you know, we're in October, almost, of 2020.
Do you know what your bonus was in relation to $10,450 in 2018 and 2017?
A. I would have to look at pay stubs to figure that out. Maybe I just underestimated how much I was making in bonuses. But the 10 -- 10,400 seems high. But the more I think about it, the more I realize that that could be accurate because I did work quite a few days off.
Q. If I look at this thing back in -- this is your similar time period in 2018. It says "7,108."
A. Yeah.
Q. But there's some differences between these two years to me, in that the second one shows 64,000, but it also shows there's a separate line item, your salary, vacation, and your bonus. And then it also shows a separate item for profit sharing.
Tell me what the profit-sharing is.
A. Profit sharing, they just take a chunk of the profits we made as a company, a percentage, and they distribute it throughout the pilot group. So

183

that would have been what I got paid that year in profit sharing.
Q. Do you know what -- did you receive profit sharing in 2018 and 2017 as well?
A. I don't recall getting profit sharing in 2017, but I did in 2018.
Q. I guess what I'm trying to get at is, I'm trying to figure out -- if I look at this pay stub, which is CASSELL 217, if you're making something above 65-, this looks to me like in 2019, if you count your bonus, your profit sharing, and your salary, that you were making about 79,000. More than that. It will be 80- by the time you get paid again.
A. Uh-huh, yeah.
Q. Or something close to that, right? I'm roughing here, so if we're down a couple thousand. But that included all of your bonus. And I get that you're saying that you made less in 2019 than you made in 2020, but I'm trying to figure out how much -- what's the difference.
So you have W-2s for all of those years, from 2016 forward, I'm assuming?
A. Yeah, I have those available.
MR. PETERSEN: Okay. I don't think we

184

have all of those, Erik. So I would like to ask if we can get the W-2s for all -- from 2016 forward. We may have -- I think we have one or two of those years. I don't think we have all four -- well, three years because 2020 is not done yet.
MR. STRINDBERG: Okay. I'm writing it down. Probably it would be good if you could remind me, though.
MR. PETERSEN: Okay.
Q. (BY MR. PETERSEN): All right. Then I want to look at -- I'm going to shrink this now.
So looking at 219 and 220. I'm going to shrink them down again a little more.
Can you see these? I can't get them to go the whole screen, but --
A. I can see them.
Q. What are they?
A. They're benefits that are available to me as an employee of Silverhawk Aviation.
Q. So are these printed off a website? Or, I mean, is this -- what is -- what am I looking at? What are these copies of?
A. Yeah. So this is -- this is a screenshot through an employee portal that I have access to as a Silverhawk employee that gives -- it shows me what

185

benefits I have and what I'm enrolled in. So anything with a red dot next to it, I'm enrolled in.
Q. Okay. So when I look at this, I see a red dot on your health savings account and that you don't put anything in. The company pays 182.05, correct? Page number 219, CASSELL 219.
A. Yes. Scroll to the -- scroll over to the right a little bit. That's interesting.
Q. And it says "every other week."
A. I think that's what the company is paying as a principal, not what I'm contributing.
Q. I see that in the middle, it says, "Employee, 0."
A. Yeah. I don't -- I don't pay anything to be enrolled in that. I do contribute to it, but -- yeah. So the company -- that must be where the company shows what they're contributing in terms of premiums.
Q. Okay. It says "UHC HSA." And then if you go to the next page, there's an HSA that says "West Gate Bank account." And your contribution, it shows -- well, it says $10 and 38. It doesn't really say whose is whose.
A. I'm 10. And then I think if you look -- so it would just go up. "Employee pays," and then

186

you go straight down from and it shows "10." Company pays 38.46.
Q. So is that the HSA you were talking about?
A. That is the HSA.
Q. So are there two HSAs, one at West Gate Bank account and one at UHC?
A. No. So the UHC HSA plan, that's the insurance plan. And the savings account itself is associated with West Gate Bank.
Q. Okay. And then going up to 219, it says, "Principal dental." You pay 13.87 every other week, and the company pays zero, correct?
A. Yeah.
Q. And then Principal vision, you pay 4.69 every other week and the company pays zero?
A. Correct.
Q. And then going down, voluntary accident, you pay a dollar; the company pays a dollar every other week.
Is that accidental death and dismemberment insurance? Do you know?
A. I'm not positive.
Q. Okay. And then this critical -- voluntary critical illness. You pay $1.40; the company doesn't pay anything.

187

You're not quite sure what that is, either, correct?
A. Yeah. I would have to dig into my benefits package to figure out what it is exactly.
(A discussion was held off the record.)
MR. PETERSEN: This one, again, I thought was split, but apparently not because I'm an idiot, so...
MR. STRINDBERG: Don't sell yourself short, Scott.
Q. (BY MR. PETERSEN): All right. The last one, Manager Assessment.
What is that, Mr. Cassell?
A. That is the one written performance review that I have for my time at Silverhawk.
Q. Okay. And that was given to you on February 11, 2019?
A. Correct.
Q. And that's the sum total of it, is -- the two questions are answered by your supervisor, Mr. James Allen?
A. Yeah.
Q. All right. Did you meet with him?
A. Nope. It just showed up one day on my account.

188

Q. Okay. And you've received no other performance reviews since you've been at Silverhawk?
A. I received one at the end of my first year, but it was just an in-person meeting where they basically told me they were happy with my performance. All my performance reviews, the two I've had -- there's this one that's in writing, and that was the extent of it. There was no verbal meeting or anything like that. And then the first one was just a meeting where they sat down with me and they said, "Hey, you're doing a good job."
And everything else has just kind of been in passing, a pat on the back or, "Hey, we need you to do this differently" or something. I haven't had any negative feedback on my performance here, though.
Q. Is Mr. Allen a Seventh-day Adventist?
A. He is not.
Q. Do you know of any others that belong to that religion at Silverhawk?
A. There's one other pilot.
Q. And he's a pilot?
A. He's a pilot.
Q. What's his name?
MR. STRINDBERG: Objection. I don't --

189

what's the relevancy of this, Scott? I think it's --
MR. PETERSEN: Well --
MR. STRINDBERG: It serves no purpose.
MR. PETERSEN: Well, I -- if I -- if he wants to tell me that Mr. Cassell's worked on Saturday or Mr. Cassell has told him something significant about the religion that impacts what he's testified to today, I think it's worth knowing.
MR. STRINDBERG: No, I disagree. We gave you his logs so you can see whether or not he's worked on Saturdays. So I don't think this -- I think starting to contact other people that Mr. Cassell works with has some real risks. And we would object to it, and I'm going to instruct the witness not to answer that question.
MR. PETERSEN: I don't think you're entitled to instruct him not to answer.
MR. STRINDBERG: I'm going to instruct him whether I'm entitled to or not.
MR. PETERSEN: Okay. I'll just note for the record, then, that I asked for the name of the person who is also a Seventh-day Adventist at Silverhawk, and Mr. Cassell was instructed not to answer that question, which I think is inappropriate

190

under the rules.
MR. STRINDBERG: Well, I think it's an inappropriate question. And in the scope of a deposition, there's no other way that I can prevent that information from coming out when I don't think it's an appropriate question but I think runs some risks. This is the type of stuff we were talking about before, Scott, when you wanted to subpoena his employer. So that's why I'm doing it.
If we argue about it later and we come to some other conclusion, we'll provide you with a name. But I'm not going to have him answer the question.
MR. PETERSEN: All right. I'm still leaving my objection on there.
MR. STRINDBERG: Understood.
Q. (BY MR. PETERSEN): I'm going to show you an email that was sent. And I'm not -- I just want to know if you've seen this email. It's an email from Spencer Hinckley to Coy Bryant. It's dated September 1, 2016.
Do you see this -- have you ever seen this email, Mr. Cassell?
A. I saw it just a couple of days ago.
(Exhibit 13 was marked.)

191

Q. (BY MR. PETERSEN): And this is Exhibit 13. SkyWest 26.
I'm just going to ask you if you were aware at or about this early September 2016 time period. It says in the middle of the email, "We have scheduled him into a CTP class that will allow him to not work on Saturday. However, he will definitely be scheduled for reserve duties on a Saturday when he is online."
Did you have an understanding back in September of 2016 that if you were -- that if you passed your training, that you would be scheduled for reserve duties on Saturday?
A. I knew that there was a chance that it could happen.
Q. And then it says, "This will pose a problem for us."
Do you have any idea what he might be talking about?
A. I reckon scheduling.
Q. Okay. "I wanted to give you a heads-up so you can have that conversation with him."
Did Mr. Bryant have a conversation with you after September 1, 2016, about your Sabbath posing a problem for scheduling for reserve duties

192

once you passed training?
A. I recall getting a phone call from him in relation to the request-for-religious-accommodation form that was sent to me where they discussed that they couldn't guarantee that when I was on the line as a pilot that the bidding process would keep me free from Saturdays. Nothing that we haven't discussed previously. It's kind of the same tune there.
Q. All right. I'm going to show you Exhibit 14.
(Exhibit 14 was marked.)
Q. (BY MR. PETERSEN): This is SkyWest number 21.
Have you seen this document before, Mr. Cassell?
A. Yes, I have.
Q. Tell me what it is.
A. This was SkyWest's response to my request for religious accommodation.
Q. Okay. And if you look at the second paragraph, it says, "After extensive evaluation and consideration of the request, as well as evaluation of the quality, safety, operational impact, as well as training footprint structure for SkyWest, it has

193

been determined that we are unable to honor the specific request with work scheduling."
My question is, what's the specific request that is referenced here?
A. Well, it would be what I requested in my request for religious accommodation. I asked that they keep me from being scheduled during Friday -- during the Sabbath period for training and work events.
Q. And I'm going to click on this.
Is this the request you're talking about? I can't remember which exhibit it is, but it's SkyWest 17 through 19.
Is this the request?
A. That is the request.
Q. What's that?
A. That is the request.
Q. All right. And it's number 3 specifically, right? "I am asking that I not be scheduled for work shifts or training functions during the period of Friday sundown through Saturday sundown. My religious convictions do not limit my ability to perform the essential functions of my job as a pilot. I am just requesting this time off each week."

194

That's the specific request that's referred to in that memorandum?
A. That is correct.
Q. Okay. And it then says, "However, as an accommodation, we have provided FO Cassell" -- that's First Officer Cassell?
A. Yes.
Q. -- "with tools to meet his religious requirements."
And those tools are the bidding system we've already gone over probably two or three times. Am I right? Or are there other tools we have not yet discussed?
A. No. That's what it -- drop, trade, shift, yeah, that's the bidding -- that's all done within the bidding system.
Q. All right. And then it says, "As standard for all pilots, unexcused work assignments will be addressed as defined by the flight operations reliability program PPM 3006."
Do you know what that's referring to?
A. That would be a written policy they have on how they discipline pilots.
Q. At the time that you received this October 27th memorandum, did you have an

195

understanding that, if you refused to work a Saturday as scheduled and you couldn't get somebody to take your shift, that the refusal to work would result in discipline?
A. I understood that.
Q. Did you understand that that discipline could include termination?
A. I understood that as well.
Q. Did you -- at this point when you got this memorandum -- I'm assuming you got a copy since your signature's there. Is that fair?
A. Yeah.
Q. And then under your signature -- just before I forget -- is this your handwriting under your signature?
A. Yes, that is mine.
Q. It says, "My signature does not relinquish my request for religious accommodation."
What did you intend by writing that?
A. I wrote that there because I didn't want my signature -- I didn't basically -- basically, I did not want to sign away any chance of a potential accommodation coming forth later.
Q. Okay. So if I go back to the center -- the middle of the second paragraph, it says,

196

"However, as an accommodation, we have provided FO Cassell with tools to meet his religious requirements."
Is your handwritten signature below your -- is your handwriting below your signature an indication that you didn't agree that this was an accommodation being offered to you?
A. Well, that's a standard tool given to every pilot that works at SkyWest. They have that bid -- the ability to bid, drop, trade shifts. So I didn't really feel as though it was an accommodation because it was -- it was available to everybody and it's standard practice for everyone who puts their schedule together.
Q. So your writing under your signature is, essentially, an acknowledgment that you're not waiving your position that there should be more than what's listed in Exhibit 14?
A. Yeah. And, again, like when you get into training, I don't have the ability in all situations to bid, drop, or trade. That's when things are assigned, and I need assistance -- I might need assistance from somebody in management to help me by moving a shift or scheduling a separate shift in that situation, which is why I wrote that as well.

197

Again, like I said, I didn't want to sign away any potential opportunity for an accommodation that could have made itself known in the future. I didn't want to sign that away, which is why I put that comment.
Q. When you got this and you signed this, did you then thereafter go look up PPM 3006?
A. No. This was before I started class, so I didn't have access to any of these documents, that I recall.
Q. Okay. Did anybody contest your handwriting at the bottom? Was anyone upset that you wrote that there?
A. If they were, they never made mention of it to me.
Q. Okay. I'm going to show you what's been marked as -- well, I want to mark as Exhibit 15. And this is Bates number SkyWest 61.
(Exhibit 15 was marked.)
Q. (BY MR. PETERSEN): Do you recognize that document at all? Have you ever seen it?
A. I saw it a couple of days ago. I have no idea where it's from.
Q. It indicates that SkyWest mainland partners provides SkyWest with the flights that

198

SkyWest is responsible for operating on any given day in a bid period.
Do you understand that SkyWest has no flights that are not either a Delta or a United or an American or an Alaskan flight? In your understanding, do you know whether there are actual SkyWest flights that are on SkyWest planes under SkyWest's logo?
A. My understanding is, all their flights came from Delta, United, American, Alaska. They don't operate -- maybe they do now. I don't know. But my understanding was, all their flights were operated for those carriers.
Q. Okay. And the dates and times of those flights, do you know whether those dates and times were determined by SkyWest or by its partner, like Delta or American?
A. I don't know who determined when the flights would leave.
Q. Do you know what "pairing optimization" means? Do you have any understanding?
A. I do not know, though it clearly states it in the document if I would have just continued to read.
Q. Were you ever explained that there was a

199

probationary period at SkyWest when you were a reserve pilot?
A. Yeah. I knew I would be on probation. I don't remember what the -- how long it was.
Q. And what did you understand probation to mean when it says you're on probation? What's your understanding? I'm not asking for a legal conclusion. I just want to know what your understanding was.
A. They would kind of be monitoring you a little more closely to see how you fit in at the company, if you had any number of incidents or occurrences that would require disciplinary action. Are you on time, do your -- you know, are there complaints about your dress and attire, showing up in uniform, stuff like that. You know, they're just kind of looking to make sure you are doing everything that's expected of you.
Q. Do you know whether you had more performance reviews on probation than when you're not on probation? Did anyone talk to you about that?
A. I seem to recall them mentioning, like, for the first year, you had to get captains to fill out a certain form for you. And if you didn't, then

200

it could be met with disciplinary action. But I don't remember anything beyond what I've just said.
Q. Did you have any understanding that, as a probationary employee, you had less security in your employment than if you were not a probationary employee?
A. Yeah, I was -- I was aware of that.
Q. Have you ever heard of the word "pilot reliability"?
A. I -- I guess -- what do you mean?
Q. Just if you've heard that word, "pilot reliability." Is that a reference to punctuality or a timely -- you know, attendance? Do you know?
A. Yeah. I mean, it would make sense that that would be, though I don't know what definition SkyWest would choose to use it. There could be more than just that.
Q. Okay. I'm going to show you -- well, let me go back to Exhibit 15 here. Or 16. Is it 16?
THE REPORTER: It's 15.
Q. (BY MR. PETERSEN): 15. So if -- you've never -- have you ever heard of these five criteria being used for determining how lines are assigned?
A. No. I -- I was -- I don't -- like I said, I never got to get into the bidding system and how

201

everything worked. I knew that there were some criterias, but I was not made aware of how they determined things aside from seniority.
Q. Okay. And you've mentioned PBS, the preferential bidding system, but you're not aware as to what goes into that system for determining how lines are assigned; is that correct? Other than seniority. Sorry.
A. I know seniority, and I know they have to keep things legal within the time requirements and duty days and everything. And I think that first officers are allowed to put a captain or two on their no-fly list, guys they don't want to fly with for whatever reason.
Yeah, I mean, they're going to -- you know, each -- each domicile is -- or each pilot is matched up with another one in their domicile. So they're not going to -- or at least I don't think they would assign a Seattle-based pilot with a Detroit-based pilot.
Q. Do you know if that ever happens? I mean, is it that you could be paired with somebody on a line that's not from your domicile?
A. I -- I would think not, but I don't know.
Q. Okay. I'm going to show you what's been

202

marked as Exhibit -- what I want to mark as Exhibit 16. This is SkyWest 300 through 303.
(Exhibit 16 was marked.)
Q. (BY MR. PETERSEN): Do you see this document?
A. I see it.
Q. Have you ever seen this before?
A. I saw just this section of it a couple of days ago.
Q. Okay. You didn't ever look up any kind of a online or paper user guide that was titled "PBS User Guide"?
A. No, I never did.
Q. Okay. And I'll just represent that this is just a few pages of the guide that I pulled out to show you.
But did you ever look at anything that looks like this, "Introduction" or "Advantages of PBS" or "User Guide Overview"?
A. The document very well could have been provided to me. There was a lot of things provided to me the first week of training, and I was not focused on things like this that weren't applicable during training. So it could have been provided to me. I might have looked at it, but I don't recall

203

ever opening this document.
Q. Okay. I'm going to show you what I would like to mark as Exhibit 17.
(Exhibit 17 was marked.)
Q. (BY MR. PETERSEN): And this is a section, I'll represent to you, of SkyWest's sort of standard practice policies. And this is Bates-numbered 418 to 421.
Have you ever seen this section of SkyWest's policies and procedures?
A. I saw this excerpt a couple of days ago, and I do recall getting a copy of the employee policy or the pilot policy manual on the EF -- the -- they gave us a Windows Surface tablet when we started training. I know this was on there. I don't -- I don't remember if I looked at this specific part of it or not, though.
Q. All right. You don't recall reviewing anything that looked like this or looking at this? It doesn't ring your recollection that you reviewed this at the time -- either of your resignation from SkyWest or at the later time when you reapplied in the summer of 2017. Is that fair?
A. That's fair, yeah. I know that they -- that they didn't pull this out and go through it

204

when I resigned.
Q. They did not, you're saying?
A. Yeah. If they did, I didn't see it. They weren't quoting from it.
Q. Okay. Do you see, though, under 3A, "Consistent reliability is expected of all company pilots; therefore, it is the pilot's responsibility to be available at the report-for-duty time"?
Would you agree with that statement?
A. I would agree with that statement.
Q. And was that your understanding in 2016 and 2017 that that was SkyWest's policy?
A. Yeah.
Q. Okay. Had you ever heard of a scheduled assignment deviation or a SAD?
A. It sounds familiar, like it was mentioned.
Q. But you -- but sitting here today, you don't remember a specific -- either you investigating as to what it meant or having any specific discussions with anybody about SAD?
A. My recollection -- I'm sorry.
Q. Sorry. Go ahead.
A. My recollection is, it was mentioned in ground school during indoc when we went through -- they went through some company policies. That's

205

when I seem to recall remembering it.
Q. Okay. Under Sick Calls under 4D, do you see this? It says, "Any pilot who is found to have falsified a sick-leave claim, falsely claimed to be ill, or failed to return from sick leave or a leave of absence as soon as physically able to do so will be subject to immediate termination."
Did you know that that was SkyWest's policy at the time in 2016, 2017?
A. I probably read it in there and would have been aware of it.
Q. Okay. All right.
But if I asked you to comment on some of this, you don't have any specific recollection of having reviewed this particular policy?
A. Not -- nothing that sticks out. Like I said, I -- I do believe that some of this stuff was mentioned during indoc, company indoc, but I don't -- I don't remember how much time was spent on it, if there was any test over it. I think it was just a, "Hey, this is where you can find all this information" kind of talk.
Q. Okay. All right. I'm going to show you what I would like to mark as Exhibit 18. And it is labeled CASSELL 194 through 215. It is labeled

206

"confidential."
(Exhibit 18 was marked.)
Q. (BY MR. PETERSEN): Can you -- do you recognize -- it's a fair amount of documents, but they all look similar.
Do you know what these are?
A. These are my duty logs, and that would date as far back as December of 2018.
Q. Okay. So what I'd like you to do is just take this first one, CASSELL 194 of Exhibit 18, and tell me -- help me understand how to read this.
MR. STRINDBERG: Would you blow that up a little bit, Scott?
MR. PETERSEN: Yeah. It's going to go -- yeah. I'm going to have to go back and forth because it's going to -- it's going to make it so I can't -- it's not on the same page. Tell me when.
Is that good enough, Erik?
MR. STRINDBERG: Yeah, it is. Thank you.
Q. (BY MR. PETERSEN): Okay. So let me start, Mr. Cassell -- help me understand -- first of all, like, I'm looking at this first one, and it says "December of 2018."
Does that mean it's for the whole month?
A. Yes.

207

Q. All right. So then if I go back to the left here, what do the Date columns mean? And why are they numerical orders as opposed to an actual date?
A. Well, the first one would be December 1. All of this is assumed to be December of 2018 since it's marked in the top right-hand corner as that. And then you go all the way down to December 1st.
Q. Okay.
A. (Inaudible.)
(Reporter clarification.)
A. It goes -- it would -- it should go down to the 31st of December.
Q. Like that?
A. Yes.
Q. Okay.
A. So this was the first month we used it, so we were still trying to figure out exactly how to do it properly. So if you scroll further down, you would find one that's more accurately filled out. But I can tell you what's going on here.
Q. Well, let's do one that's got more in it.
Is the second month a better one?
A. Yeah, the second month would be better.
Q. All right. This is January 2019?

208

A. Yeah.
Q. Okay.
A. So this is my crew flight and duty record, January 1st. If you scroll all the way to the right, you'll see the type of assignment that it was. This was a 24-hour rest period. I was off.
Then if you go down to the next line, which would be January 2nd, I flew a flight from Lincoln up to XVG and back down to Lincoln. It was Part 135. That's what the "Reg" says. Within the columns, just working right to left, I had no night landings; two day takeoffs; two day landings; no holds; no instrument approaches.
I -- and then the numbers here, IFR hours, 0.7 flying in clouds or in limited visibility. "Comm hours" would be "commercial hours." It was 3.8 hours. "PIC" would be "pilot in command." "SIC" would be "second in command."
So it shows that I had 3.8 PIC, pilot in command, hours. Rest hours, I had 18.3 hours of rest. And it's saying that I was on duty for 5 hours and 40 minutes. The time on was -- and this is in UTC time. So this would have been 10:30 -- or, no, this is close to 6:00. So it would have been 9:30 and it would be 4:10. So that's when I

209

went on duty and then when I was off duty.
Q. Okay.
A. Aircraft type, BE9L, that's a King Air. That's the craft registration. November 390PS, N390PS.
Q. So the "A/C type" is aircraft type?
A. Yeah, aircraft type and registration is there. BE9L is the type. N390PS is the aircraft's registration.
Q. Okay. So you get -- you're on salary. But what it shows is from the 1st to the 6th, you only worked on the 2nd, correct?
A. Yeah, that's correct.
Q. Then you worked on the 7th. You had two flights on the same day. That's why they both show the "7" there?
A. Yes.
Q. Then what's the "NA" for the rest hours?
A. That's saying that the rest hours, there was not -- it was not applicable because there was no rest requirement prior to the flight --
Q. Okay.
A. -- which, with Part 91, you will get that. There's no regulation governing how much -- how much a pilot can fly, how long they can be on duty, and

210

how much rest they have to have when operating under Part 91.
Q. All right. I know that because I go to the far right, and it tells me the part?
A. It should say. And, yeah --
Q. The first one says "135," and then the second one says "91."
A. Yeah. So the 135 flight was first, and then the 91 flight was second. And since the flight 91 -- Part 91 flight was second, there was no requirement for me to have been rested prior to that flight.
Q. So on the 7th, you had a total of three takeoffs in the day, three takeoffs -- or landings in the day, and one takeoff at night, and one landing at night?
A. That's what it appears to say, yeah. Uh-huh. Yeah, that's right.
Q. Is this month -- this month shows one, two, three, four, five, six, seven, eight days that you worked.
Is that a typical month?
A. No. That's pretty light.
Q. So when I go down to -- let's take the 20 -- line 20 there, the 20th.

211

You're in training?
A. Yeah.
Q. You're getting paid for eight hours, but you're not actually flying anything?
A. Correct. I was in class. I was doing class from -- oh, those times don't match up. I think I might have accidentally put local time instead of UTC time in there. Like I said, we were new, and we were still trying to figure the system out at this point. But, yeah, I was only in training for eight hours that day.
Q. Okay. Okay. All right.
MR. PETERSEN: Do you want to take a five-minute break? I'm getting toward the end here.
(Recess taken, 3:07 p.m. to 3:16 p.m.)
Q. (BY MR. PETERSEN): Mr. Cassell, you understand you're still under oath, correct?
A. I understand.
Q. So I want to ask you just some follow-up questions. I know we talked about earlier on the domicile selection your willingness to pick the worst domiciles -- or the most junior domiciles, the worst flights because they're mostly going to be left for the junior pilots.
Did you have an understanding -- and I

212

think I asked it, but I'm not sure I know what your answer was. I may have moved on before I got it.
Do you realize that there's a seniority system for first officers and a seniority system for a pilot such that -- let me just finish -- such that when you become senior as a first officer, if you want to be a pilot, you switch over and go back down to the bottom of that seniority pile as it relates to those pilots? Did you have that understanding when you were training or flying at SkyWest?
A. Yeah, I had that understanding. I knew that, to upgrade to a captain position, you'd go back to the bottom. I knew some people chose to wait a little bit so that when they upgraded to captain, their seniority would be a little higher.
So my understanding was, the company's seniority system allowed you to -- it's compared against other employees. You don't start all over again at the bottom of the list when you upgrade to captain if you wait to upgrade longer than your fellow peers that have the same seniority numbers that you might.
Q. So if I understand that right, then, what you're saying is, if you had worked as a first officer for, say, 15 years and you then wanted to

213

become a pilot, that 15 years of seniority would -- how -- in your understanding, when you decided to become a pilot, where would that -- those 15 years help you in the pilot seniority list, the captain seniority list?
A. Certainly. So, as I understand it, if you -- if I were to upgrade to captain as soon as I had the seniority and qualifications to do so, I would be very junior. If someone that remained a first officer longer than I did -- let's say we were hired at the same time -- and I switched right away to captain as soon as I was able to and they waited another two years, they would not start beneath me on the seniority list for captains. They would still be where they were. Let's say they were above me to begin with. They would still be above me as a captain when it comes to seniority.
Q. And is that understanding from -- where do you get that understanding, that that's how the seniority system would work across first officer to captain?
A. From pilots I've spoken to that work there.
Q. Does that include Steve Horne?
A. Yes.

214

Q. And Mr. Wahlen?
A. Yes.
Q. Okay. I'm going to show you --
MR. PETERSEN: Is this 19, Jessica?
THE REPORTER: Yes, it is.
(Exhibit 19 was marked.)
Q. (BY MR. PETERSEN): I'm showing you another chunk of the standard practice -- SkyWest's, essentially, policies and procedures. This one entitled "Corrective Action Process," do you see that? It's Bates-numbered SkyWest 546 to 547.
Do you recognize this portion of the policy and procedures manual?
A. I saw it a few days ago with all the other documents that were sent to me, and I'm -- there's a chance that I looked over it in training. But I -- aside from that, no.
Q. Okay. What are your current plans at Silverhawk? You've been there for almost four years now, and you're assistant chief pilot.
What -- are you vying to be the chief pilot of the airline?
A. Not necessarily. But the chief pilot we have currently is very good at what he does, and I have no aspirations to push him out and take that

215

spot. Or if it became available, I would -- I don't really know what I would do.
Q. Are you looking to move to another company, another airline?
A. Not necessarily. I would never say I'm never looking, but I'm happy with what I'm doing currently.
Q. You're not engaged currently in any efforts to seek other employment other than Silverhawk?
A. Correct.
Q. And do you receive regular or yearly raises at Silverhawk currently?
A. We get -- we get yearly raises.
Q. Do you know how much those raises are?
A. Under the current pay scale for a captain, it's $2,500 a year in the salary increase.
Q. And is there a cap on that?
A. I think the cap is ten years.
Q. So it would be 2,500 a year times ten, so $25,000 of potential increase over the next ten years?
A. Yeah.
Q. And do you know whether the chief pilot is -- if you were to take the chief pilot's

216

position, would that change that analysis you just gave about the 25,000 over ten years?
A. I think that it remains the same.
Q. Do you know how much the chief pilot is making?
A. I don't know how much the chief pilot is making.
Q. All right. Has Silverhawk suggested that there will be any additional benefits offered or employer-paid portions of the current benefits?
A. To be -- if I were to become the chief pilot?
Q. No. Just, do they have any plans to pay more towards benefits or to offer benefits they don't currently offer?
A. Not to my knowledge.
Q. Any more bonus plans or bonus incentives that have been discussed by Silverhawk?
A. Not to my knowledge. I know that -- the only thing I know of is, there's been talks of changing the pay scale to increase pilot pay at Silverhawk. But aside from that, I've heard nothing. I don't know how much. I don't know when it would go into effect, nothing like that. I just know there's been talks of it.

217

Q. But it would be pay increases for all of you as pilots?
A. It should be, yes.
Q. And no idea if we're talking about $1,000 or $10,000?
A. Correct.
Q. Okay. If I were to explain to you that switching from a first officer to a captain at SkyWest meant that you went to the bottom of the captain seniority list at the domicile in which you were situated, would that discourage you, in your mind, from switching over if you became a senior first officer and were able to secure no Sabbath work?
A. It would prevent me from doing it. I would wait until I had the seniority to have a good schedule as a captain before I would make the switch.
Q. So do you think -- it's your understanding that you could secure a captain's schedule before becoming a captain?
A. I'm not entirely certain what you mean.
Q. Sure. You indicated, if I understood you right, that you would make sure that you had secured a good captain's schedule before making the switch

218

from first officer to captain; is that right?
A. I see what you're saying.
Yes, I would wait -- the key here would be, I would want my seniority to be high enough so that when I made the switch from first officer to captain, I could have a very good expectation I would be able to get Saturdays off, the Sabbath period off.
Q. I see. So your understanding is that the difference between seniority of captains and first officers still goes back to seniority with the company, not a seniority difference between first officers and captains, per se?
A. That's correct. That's how I understand it.
Q. Okay. And if your understanding was incorrect and that a switch from first officer to captain meant -- if the result was, you switched from first officer to captain, you're going to go back to the bottom of the captain seniority list for purposes of seniority, scheduling, and all of that, would that make you think about staying as a first officer if, as a first officer, you were able to secure no Sabbath work?
MR. STRINDBERG: I'm going to object to

219

the question. You're asking him to speculate.
Q. (BY MR. PETERSEN): Go ahead. Do you understand what I'm saying?
A. I understand what you're saying. Yeah, I think that would discourage me. I'm not saying I wouldn't upgrade to captain. It would definitely -- I would definitely -- it would be a calculated move when I did, though.
Q. Okay. And what are your -- do you have any long-term plans as to kind of where you see yourself in five years or ten years?
A. Flying airplanes. Yeah, I don't -- I don't know that I -- I don't know. Like I said, I'm very happy here at Silverhawk. I don't have any plans to leave. I like the company. I like where I'm living. It's a good situation for me right now.
Q. What's your year of birth? I'm sorry. I asked you and you told me. But I didn't write it down.
A. No problem. [redacted].
Q. Do you -- I mean, could you see yourself retiring at Silverhawk?
A. Potentially. Maybe. I don't know what the future holds for the industry, for the company, for myself.

220

Q. I see. Has COVID-19 affected your plans for your future?
A. Not really too terribly -- too terribly bad -- too badly. I can't talk. I -- it definitely has affected -- it affected my company a little bit when it hit initially when everybody quit flying. But we've -- we've found that we've had no decrease in demand from last year this year. People will still fly privately. So it hasn't necessarily changed anything here.
Q. What if switching from first officer to captain at SkyWest meant you had to go not only to the bottom of the captain list, but you had to be a reserve pilot again and risk having -- being scheduled as a ready-reserve on your Sabbath?
MR. STRINDBERG: Same objection. Asking him to speculate.
Q. (BY MR. PETERSEN): Go ahead.
Would that be another reason that might discourage you from switching from first officer to captain?
MR. STRINDBERG: Same objection.
Q. (BY MR. PETERSEN): Go ahead.
A. As I said before, I think it would make me -- it would be a calculated move when I did it.

221

Like, I wouldn't do it in the middle of winter. I would do it in the summertime when the sun went down later, et cetera. I mean, I think it would be discouraging to anybody regardless of whether or not they hold that religious belief. Nobody wants to have a bad schedule.
Q. Is it fair to say that -- did you have a specific intent when you started -- when you applied for SkyWest on any of the three times you applied, that I -- "My goal is to be a pilot"? Or did you say, "My goal is to be a captain" or "My goal is to be a first officer" or "I want to be a chief pilot"?
Did you have any particular goals at those times?
A. Yeah. My -- my hope was that I would be able to upgrade to captain and let my seniority increase so that I could get a base in the mountains, Denver or Colorado Springs, and be able to hold that base with a good schedule as a captain and potentially even move into being a line check airman for the company.
Q. Are you a line check airman currently for your company?
A. I'm a check airman currently, yes.
Q. And you're a captain currently?

222

A. Yes.
Q. Have you found the mountains that you're looking for?
A. Not in Lincoln, Nebraska. But Denver is six hours away, so it's all right.
Q. Okay. Gotcha. You mentioned early on that pretty much most airlines have a seniority system of some sort; is that right?
A. Correct.
Q. In your understanding?
A. As I understand it, yes.
Q. Do you have an understanding as to whether SkyWest's seniority base system is significantly different from other seniority systems in the airline industry, in your understanding?
A. As I understand it, SkyWest doesn't have a union; they just have the pilots' association.
Q. Is that SAPA you're talking about, the SkyWest Airline Pilots Association?
A. Yes.
Q. And you say they're not a union; is that right?
A. They don't -- they don't claim to be a union like the Airline Pilots Association or Teamsters does.

223

Q. Okay. Do you know whether "SAPA" -- that's what I'm going to say for reference to SkyWest Airlines Pilots Association.
Do you know whether SAPA negotiated with SkyWest management on behalf of pilots?
A. As I understand, they do.
Q. Do you know whether or not -- do you have any understanding as to whether SAPA has negotiated the terms and conditions of SkyWest's seniority system?
A. I do not know who was responsible for negotiating that.
Q. Have you ever seen anything that looked like some sort of collective bargaining agreement between SAPA and SkyWest Airlines?
A. Not that I recall.
Q. You've never seen a writing electronically or in hard copy that looked like some sort of CBA, collective bargaining agreement?
A. If it was shown to me, I did not know that that was what I was looking at.
Q. Okay. In your discussions with Mr. Horne or Mr. Wahlen, did they ever discuss SAPA?
A. Not really. They -- they really didn't talk about it. I know -- I know it was brought up

224

once or twice, but it was just like, "Yeah, this is our" -- Steve brought it up once or twice. He's like, "Yeah, this is who we have. Instead of a union, we have SAPA."
Q. Did they suggest that that was a negative, that somehow SAPA didn't represent them?
A. No, not necessarily.
Q. Have you had any discussions with any of the other airlines with whom you've applied prior to working for Silverhawk regarding accommodations to your religious observance needs?
A. Yeah. With -- I applied at Republic Airline, I applied at PSA, and I applied at GoJet as well. And with each of them, I had the discussion, and I got the same response from PSA and GoJet. They -- they told me that they were not -- they didn't say they wouldn't hire me, but they said, "You're going to run into problems." And Republic would not even interview me.
Q. "Problems," meaning conflicts with your Sabbath?
A. Yeah.
Q. Do you know whether those airline companies had seniority systems?
A. Republic and GoJet have -- to the best of

225

my knowledge, have the PBS system. And then at the time, PSA had what they call a "SAP," schedule adjustment period. It works a little bit differently, from what I've been told, but I couldn't give you the details on that.
Q. But they would not even consider hiring you because they -- it was their position that you were going to have problems with scheduling?
A. GoJet and PSA offered me jobs, but they told me that they could not guarantee anything. Republic would not interview me.
Q. Have you filed any discrimination charges against either of those three companies?
A. I have not.
Q. Why not?
A. Well, I had one going with SkyWest, and I didn't want to take on a bunch of legal work, I guess. I didn't want to -- I didn't want to fight more than I -- I don't know. SkyWest was enough for me.
Q. Okay. Do you believe that the way those airlines treated you in telling you that they couldn't guarantee no work on the Sabbath was a violation of the law?
MR. STRINDBERG: Objection. Objection.

226

Misstates his testimony.
Q. (BY MR. PETERSEN): Okay. Let me back up a little bit.
Do you have any -- do you believe that the way those other three airlines treated you was legal, in your understanding?
MR. STRINDBERG: I'm going to object to the question. That calls for a legal conclusion. He's not a lawyer.
Q. (BY MR. PETERSEN): Go ahead. What's your understanding?
A. Well -- allow me a minute to think. So they never stated that they would fire me over it. They just said, "We can't guarantee that your schedule will be free from Saturday conflicts." And then they -- they said, "We're offering you a job, but understand that this is what you'll be up against here."
I never got to a point where I felt that I needed to ask them for an accommodation because I never got into training with them. So in what they said, they told me, "Hey, yes, you're going to be up against this is, and we'd like to offer you a job." So I don't feel that that was illegal.
Republic choosing not to interview me,

227

that potentially could -- I could probably make a case out of that, maybe. I don't know. I would be more likely to. But at the moment, I don't have a desire to do so.
Q. The PSA offer and the other offer, why didn't you take one of those?
A. Because it was going to be the same situation that I ran into at SkyWest for an airline.
Q. You realized that you're going to have problems ensuring your Sabbath free of work?
A. Yes.
Q. Correct?
A. Correct.
Q. And that was essentially a deal-breaker for you for employment purposes?
A. Yeah.
Q. Okay. All right. Do you think that SkyWest's -- do you -- are you aware of any airline that's a Part 121 airline that indicated that -- that indicated to you that they would be able to accommodate your religious Sabbath without problems, similar to what you've been told by PSA and SkyWest and the other airline? I can't remember that other airline's name. It's not Republic. The other one.
A. I'm not aware of any airlines that -- that

228

have guaranteed such.
Q. Do you believe that SkyWest's failure to hire you in the summer of 2017 was caused by your filing a complaint against SkyWest in February of 2017?
A. I -- I believe the reason that they -- that SkyWest chose not to hire me could have had something to do with that, in addition to the fact that I had requested an accommodation in the past.
Q. All right. Did somebody make you think that? I mean, did anyone say anything to you at SkyWest that would indicate to you that SkyWest was upset or angry about the fact that you had filed a discrimination charge in February of 2017?
A. No.
Q. Did anyone at SkyWest indicate to you that they were upset or angry because you had earlier requested an accommodation at the end of 2016?
A. No.
Q. Other than your belief that you think it's based in one of those two items, do you have any other statement or document or evidence that you're aware of at SkyWest that would support your belief that SkyWest's decision not to hire you was related to a prior request for accommodation or a prior

229

discrimination charge?
MR. STRINDBERG: Object to the question. You're asking him basically to do the work of an attorney to determine what facts support his claim, and that's not an appropriate question.
MR. PETERSEN: I'm going to ask it.
Q. (BY MR. PETERSEN): I just want to know if you have any other evidence or comment or piece of paper.
A. I personally do not.
Q. Okay. Are you aware of anybody who possesses such a piece of paper or evidence at this point?
A. My attorney might.
Q. Okay. And your belief as to why you resigned, your position on that is that you were not willing to work it the day -- that portion of your Sabbath that was -- that your training session was bleeding into, and you didn't want to be terminated, which you knew was inevitable if you didn't work it, is that right, and that's why you resigned?
A. That's why I resigned, yes.
Q. Okay. And while I know that you believe that SkyWest may have not hired you in 2017 in part because of -- in whole or in part because of your

230

request for accommodation earlier or your filing the charge, that's not what SkyWest told you was the reason for not hiring you; isn't that right?
A. SkyWest sent me an email saying that they were not going to hire me. I don't remember exactly what was in that email.
Q. Do you recall anything along the lines of it being -- that it being your -- that the -- that SkyWest's position was that there would be no way you could avoid Saturday work at some point as a newly hired reserve pilot?
A. SkyWest had -- they made that position clear in emails that they sent back and forth between Todd Emerson and Alan Reinach.
Q. And even as far back as February 2017's letter from Todd to Mr. Reinach, it indicated the same thing; isn't that right?
A. Yes.
MR. PETERSEN: All right. Let me take a five-minute break. I may be done.
Are you going to ask any questions, Erik? I'm assuming not.
MR. STRINDBERG: Probably not. But it depends what else you come up with.
MR. PETERSEN: All right. Let's take five

231

minutes, and then I may be done or I may have a couple of last-minute questions. So just give me a second.
(Recess taken, 3:44 p.m. to 3:50 p.m.)
MR. PETERSEN: All right. Going back on.
I don't have any more questions at this time.
MR. STRINDBERG: We don't have any, either.
We'll read and sign. Jessica, could you send the transcript to me and I'll get it to Shane?
THE REPORTER: Sure.
Copy orders?
MR. STRINDBERG: For myself, I just want it electronically.
MR. PETERSEN: Digital is fine with me.
(Signature requested.)
(Whereupon, the taking of this deposition was concluded at 3:50 p.m.)
* * *
Original transcript filed with Mr. Petersen.
Reading copy submitted to Mr. Strindberg.

232

C E R T I F I C A T E

STATE OF UTAH )
COUNTY OF __________ )

I HEREBY CERTIFY that I have read the foregoing testimony consisting of 227 pages, numbered from 5 through 231 inclusive, and the same is a true and correct transcription of said testimony except as I have indicated said changes on the enclosed errata sheet.

_____________________
SHANE ANDREW CASSELL

Subscribed and sworn to at __________________
this ______ day of __________________ 20___.

____________________
Notary Public

My commission expires:
* * *

233

C E R T I F I C A T E

STATE OF UTAH )
COUNTY OF SALT LAKE )

THIS IS TO CERTIFY that the deposition of SHANE ANDREW CASSELL was taken before me, Jessica Croxford, a Registered Professional Reporter in and for the State of Utah;

that the said witness was by me, before examination, duly sworn to testify the truth, the whole truth, and nothing but the truth in said cause;

that the testimony was reported by me in Stenotype, and thereafter transcribed by computer under my supervision, and that a full, true, and correct transcription is set forth in the foregoing pages.

I further certify that I am not of kin or otherwise associated with any of the parties to said cause of action and that I am not interested in the event thereof.

WITNESS MY HAND this 8th day of October, 2020.

_____________________
Jessica Croxford, RPR

## Exhibits


**Cassell Exhibit 01** 63:21
**Cassell Exhibit 02** 92:10, 12
**Cassell Exhibit 03** 95:9, 17,19
**Cassell Exhibit 04** 109:12,13
**Cassell Exhibit 05** 118:21,22,23 122:18
**Cassell Exhibit 06** 120:22,23 134:10
**Cassell Exhibit 07** 128:13 138:9
**Cassell Exhibit 08** 143:4, 5,6
**Cassell Exhibit 09** 151:20,21
**Cassell Exhibit 10** 155:19,20,22 156:1 170:22
**Cassell Exhibit 11** 155:20 156:2,3 174:9
**Cassell Exhibit 12** 174:1, 2
**Cassell Exhibit 13** 190:25 191:1,2
**Cassell Exhibit 14** 192:11,12 196:18
**Cassell Exhibit 15** 197:17,19 200:19
**Cassell Exhibit 16** 202:2, 3
**Cassell Exhibit 17** 203:3, 4
**Cassell Exhibit 18** 205:24 206:2,10
**Cassell Exhibit 19** 214:6


## $


**$1,000** 42:6 101:24 178:6 217:4
**$1.40** 186:24
**$10** 185:22
**$10,000** 217:5
**$10,450** 182:6
**$14,575.18** 94:1
**$2,000** 42:22
**$2,500** 215:17
**$2.16** 176:11
**$20** 42:7 43:14
**$200** 101:21
**$22** 66:12
**$25,000** 215:21
**$35** 106:21
**$500** 56:24 101:8 177:24
**$6.40** 176:16
**$7,108** 177:18
**$7,198.30** 92:21


## 0


**0** 185:13
**0.7** 208:15
**056** 68:2
**057** 68:2


## 1


**1** 63:2,8,14,15,21 119:9 134:17 142:25 177:6,9,13 190:21 191:24 207:5
**1's** 63:9
**1,000** 68:22 75:18 102:2 147:8
**1,500** 76:7,14
**1.4** 176:25
**10** 15:10 59:18 99:22 109:20 155:19,20,22 156:1 170:22 182:9 185:24 186:1
**10,400** 182:9
**10,450** 181:20
**100** 144:20 145:13,17,21 146:5,8
**10:30** 208:23
**10:40** 51:18
**10:56** 51:18
**11** 109:3 155:20 156:2,3 174:9 187:17
**11:00** 114:24
**12** 58:3 144:20 147:5 174:1,2
**12-hour** 87:7,25
**12/1/2019** 178:22
**12/14** 180:6
**12/14/2019** 178:22
**12/15/2018** 174:20
**12/2/2018** 174:20
**12/20/2019** 178:21
**121** 28:21 54:4,12,15 59:4, 8,11,18,22,23 60:2 68:23 71:20,22,23 72:23 73:5 75:11,13 147:9 148:3 227:19
**12:05** 102:6
**12:35** 102:6
**12a** 98:17
**12th** 143:19
**13** 108:20 190:25 191:2
**13.87** 186:11
**135** 54:7,8,11,16 59:3,16, 23 60:4 68:16,24 69:3 73:4,8 208:10 210:6,8
**14** 59:17 78:1 147:5 180:13 192:11,12 196:18
**15** 37:13 47:11 66:15 197:17,19 200:19,20,21 212:25 213:1,3
**150** 62:19
**16** 36:14,15 47:22 200:19 202:2,3
**1600** 124:19
**17** 120:8,25 182:2 193:13 203:3,4
**176** 62:20
**177** 95:15
**18** 8:4 99:3 134:16 135:17 182:2 205:24 206:2,10
**18.3** 208:20
**1800** 124:20
**182.05** 185:5
**19** 120:8 182:3 193:13 214:4,6
**190** 95:16
**191** 92:3,8,11,13 93:8
**192** 93:3,24
**192.30** 175:17
**193** 62:6,18 92:3,11 94:8
**194** 205:25 206:10
**1991** 8:4 219:20
**1:00** 165:24
**1st** 118:12 126:8,9 127:8 207:8 208:4 209:11


## 2


**2** 63:15 92:10,12 122:22 124:19 142:25 150:9 181:4
**2,500** 215:20
**20** 15:18 20:8 62:3 66:15 133:18 152:5 210:25
**2010** 9:7 73:17
**2013** 12:25 106:15,20
**2014** 9:19 10:8 13:5 106:15,20
**2015** 77:10,11 86:1 102:15 105:17,21 106:7,8,15,16, 21,22
**2016** 10:13,15,17 13:16 26:4 63:2 66:17 67:3 69:20 71:1 77:9 85:25 92:17 93:10,14,18,19 94:23 105:18,19 106:4,5,15,23 107:6,14,20 109:20,24 119:9 120:1 121:1 122:22 124:19 126:2 128:22 129:17 154:14 182:1 183:23 184:2 190:21 191:4,11,24 204:11 205:9 228:18
**2017** 24:7 25:20 31:6,12 33:18 35:12,15 36:16,17 51:12 66:18 67:3,17,19 69:11,15,16,22 71:2 74:2 92:18 93:8,16,17,19 94:1, 4,17 107:13,18 141:20,25 148:23 155:13 170:12 171:22 182:6 183:4,6 203:23 204:12 205:9 228:3,5,14 229:24
**2017's** 230:15
**2018** 31:17 94:8,11,14 96:2,8 99:3,22 182:6,14 183:4,6 206:8,23 207:6
**2019** 31:18 96:8 101:20 180:6,15,18,20 181:14,18 183:10,19 187:17 207:25
**2020** 182:4 183:20 184:5
**20th** 210:25
**21** 192:14
**2121** 8:6
**215** 205:25
**216** 174:4,10,19
**217** 178:20 183:9
**218** 174:4,10
**219** 174:4 184:12 185:6 186:10
**220** 184:12
**221** 174:4,5
**24** 138:12,24
**24-hour** 172:6 208:6
**25** 37:12 47:11 69:10
**25,000** 216:2
**26** 191:2
**27** 120:1 121:1 126:1
**27th** 194:25
**29** 155:13 170:11
**29th** 170:23
**2:06** 171:16
**2:13** 171:16
**2:30** 28:2
**2nd** 126:10 127:8 208:8 209:12

## 3


**3** 63:15 95:9,17,19 135:16 148:23 193:18
**3.8** 208:17,19
**30** 48:7 104:25 110:19,20 115:14 116:2
**30-minute** 87:9
**300** 202:2
**3006** 194:20 197:7
**303** 202:2
**31st** 207:13
**34** 155:5 166:7
**36,000** 106:24
**36.50** 78:21,23 83:17
**365** 138:13,25
**38** 118:6 185:22
**38.46** 186:2
**39** 118:6
**390PS** 209:4
**3:07** 211:15
**3:16** 211:15
**3:28** 126:6,8
**3:44** 231:4
**3:50** 231:4,19
**3A** 204:5


## 4


**4** 109:12,13 122:10
**4,000** 129:14
**4.69** 186:14
**40** 35:13,15,17 37:9 47:10 48:18 110:20 175:2,11 208:22
**401(k)** 41:10,13,16 61:6
**418** 203:7
**42** 128:12 138:8
**421** 203:8
**43** 62:6,17,20 128:12 138:8
**45** 105:1 115:14 116:3
**48** 55:14 57:24 58:10
**49** 151:24
**4:00** 28:1 103:8 112:17 124:21,25
**4:10** 208:25
**4:30** 172:9
**4D** 205:2
**4th** 15:18 19:7,9 20:7


## 5


**5** 118:22,23 122:12,16,18 208:21
**500** 178:9,12
**546** 214:11
**547** 214:11
**56** 68:2
**57** 68:7
**58,544.91** 94:9
**588** 109:11
**5:00** 27:7 103:17 114:23 133:21 134:7 165:15,17 172:9
**5th** 181:17


## 6


**6** 69:15,16,22 120:22,23 122:14,15 134:10 156:8,9
**6,500** 42:16
**600** 45:2
**61** 197:18
**64,000** 182:18
**64,480.71** 180:7
**64-** 180:4,12
**65** 78:21,22,23
**65,000** 180:21
**65-** 183:10
**67,5** 181:8
**67,500** 181:5
**68522** 8:7
**6:00** 103:8,9 112:17,18 114:12 124:22 125:1,2 208:24
**6th** 71:2 209:11


## 7


**7** 128:13 138:9,24 209:16
**7,108** 182:14
**750** 76:5
**76** 89:2,4,7
**76-hour** 88:25
**79,000** 183:12
**7th** 209:14 210:13


## 8


**8** 128:22 143:4,5,6
**80** 39:21 108:8 174:21,22, 25 175:11
**80-** 183:13
**82,000** 41:8 180:10,11 181:11
**82-** 180:12,16,18
**8:00** 27:7 103:9 112:17,18 125:2 134:7


## 9


**9** 47:22 151:20,21
**90** 31:14,21,23 32:9 68:10
**91** 54:7,8,11,21 59:4,23 209:23 210:2,7,9,10
**9:30** 208:25


## A


**a.m.** 51:18 165:17
**A/c** 209:6
**ability** 91:6 135:21 137:1 146:21 154:1 193:23 196:10,20
**absence** 205:6
**absolutely** 130:8 131:8 143:20
**Academy** 9:9
**acceptable** 132:9
**accepted** 28:10 113:4
**access** 44:5 184:24 197:9
**accessible** 81:17,18
**accident** 179:9,15,16,21 186:17
**accidental** 186:20
**accidentally** 211:7
**accommodate** 48:4 58:8, 12,14 104:4 133:13 148:16,24 227:21
**accommodation** 105:4 115:17 116:8,17 120:3 121:3,8 123:9 127:11,17 132:9 134:19 135:7 138:6 149:23 169:8 192:20 193:6 194:5 195:18,23 196:1,7, 11 197:2 226:20 228:9,18, 25 230:1
**accommodations** 115:11 132:12 133:13 134:21 224:10
**accompanied** 120:5
**accomplish** 150:3
**accordance** 125:10
**account** 41:25 42:4,10,19 65:11 185:4,21 186:6,8 187:25
**accumulated** 68:18
**accurate** 131:23,24 182:11
**accurately** 65:11 207:20
**acknowledge** 139:23
**acknowledgment** 158:23 196:16
**acquaintances** 161:25
**acquire** 72:19
**act** 77:1 85:8 142:2
**acted** 119:11
**action** 199:13 200:1 214:10
**activity** 113:10 114:6
**actual** 41:21 49:7 72:2 84:5 198:6 207:3
**add** 42:7 173:14
**added** 31:18 36:8 48:4 171:6,8
**adding** 74:8 120:4
**addition** 68:9 101:15 228:8
**additional** 56:3 140:4 149:24 150:2 176:3 178:24 216:9
**address** 8:5 148:13
**addressed** 170:10 194:19
**adequate** 158:13
**adjustment** 225:3
**adjustments** 176:6 178:24
**Administration** 78:6
**admire** 131:25
**advantage** 73:2
**advantages** 107:25 202:18
**Adventist** 13:25 15:2 18:6, 20 24:1 121:10 134:23 173:6 188:17 189:23
**Adventists** 15:8,14 16:1 19:6 48:19 110:22 145:17 148:16 160:1 161:25
**aerial** 10:10 106:12
**aerodynamics** 78:10
**affected** 220:1,5
**afford** 67:12
**afraid** 17:3
**after-takeoff** 113:22
**afternoon** 104:23
**agree** 125:6,12,22 129:23, 25 130:4,5 131:10,12 147:14,21,23 148:21

173:17 196:6 204:9,10
**agreed** 81:13 121:20
**agreement** 46:23 52:7 55:8 223:14,19
**ahead** 18:18 57:22 84:20 88:4 137:6 142:22 149:4 162:17 204:22 219:2 220:18,23 226:10
**air** 31:14,21,23 32:9 39:23 45:7,8,16 54:15 61:25 62:1 63:23 64:11,16 68:10 209:3
**aircraft** 16:25 31:14 34:11 36:9,12,14,15,24,25 37:1, 2,3,18,19 39:13 44:6,17 47:22 48:4 54:19 58:11 61:8 78:13 98:21 99:21,24 109:4,6,8 111:18 113:16 164:4,7,11,13 167:14 209:3,6,7
**aircraft's** 209:8
**airfare** 80:9
**airframe** 29:10,14,17 31:16,19 34:12 37:17 164:21,23
**airframes** 39:22
**airline** 10:24 14:10,12 19:19 26:14 28:22 30:17, 20 35:25 36:1 54:4,16 55:2 59:4,11,23,24 64:13,14 71:13,21,22 75:11,25 76:17,23,25 77:4 78:4 82:22 105:15 148:3 157:6, 22 165:4,7 214:22 215:4 222:15,19,24 224:13,23 227:8,18,19,23
**airline's** 227:24
**airlines** 5:10 11:4 20:16 28:22 30:22 48:11 59:7 61:19,23 62:1 74:8 126:23 165:5 222:7 223:3,15 224:9 225:22 226:5 227:25
**airman** 31:21 221:21,22,24
**airplane** 44:13 86:11,15
**airplanes** 60:7 219:12
**airport** 40:16 51:7 79:19, 21,23 86:19 87:20 88:19 89:10,23 100:5,6
**Airs** 39:14,16
**Airscout** 106:10,11,13,14 107:7,16,19,22 108:7 109:2
**Alan** 129:4 143:2,14 149:6 170:8 230:14
**Alaska** 172:13 198:10
**Alaskan** 198:5
**Allen** 187:21 188:17
**allowed** 31:15 44:9 59:16 132:25 180:25 201:12 212:17
**allowing** 77:1 158:5,12 168:5
**altered** 148:15,24
**alternative** 125:9,13 128:4 132:12
**ambulance** 17:11 62:1 64:16
**America** 55:17
**American** 198:5,10,17
**amount** 23:1,5 34:2 41:22 43:14 47:17 51:6 68:19 94:3 101:22,23 160:17 172:23 178:5 206:4
**analysis** 216:1
**analyst** 144:18
**Andrew** 5:2 8:1
**Andrews** 9:16,24 10:21 12:16
**Angeles** 165:8
**angry** 228:13,17
**announcement** 49:17
**answering** 170:16
**anticipation** 45:14
**apartment** 8:13,15
**apologize** 13:13 21:8 43:10 51:11 61:1 66:23 90:21,23 95:13,21 117:25
**apparently** 90:23 95:12 187:7
**appears** 97:22 170:7,10 210:17
**applicable** 202:23 209:20
**application** 31:3 46:10,12 62:22 63:2 66:7
**applications** 70:18
**applied** 10:16,17,23 11:3, 5,17 13:14,15 22:20 26:12, 18,25 29:5,12,24 30:7 33:18 61:24 63:24 65:18 67:6 69:19 71:3 77:5,11 83:23 105:21 106:4,6,7 123:22 135:7 138:21 139:1 141:24 171:20,23 221:8,9 224:9,12,13
**applies** 30:16
**apply** 11:7 16:13 29:6 61:22 76:23 111:14 142:15
**applying** 10:25 64:17 70:2 75:24 85:25
**approach** 124:11
**approaches** 173:7 208:13
**April** 8:4 44:25 133:25
181:6
**area** 36:4 133:4 136:5 176:6
**areas** 24:22
**argue** 190:10
**arm** 176:22 179:13,16
**arrested** 8:23
**Arrow** 63:23 64:11
**arts** 10:5
**asks** 17:25
**aspect** 159:21 171:8
**aspirations** 214:25
**Assessment** 187:12
**assign** 29:7 50:20 201:19
**assigned** 30:10 46:3,8,15, 20,21 51:4,5 123:23 124:17 135:13 196:22 200:23 201:7
**assigning** 34:4
**assignment** 50:16 52:22 89:16 127:5 204:15 208:5
**assignments** 52:19 194:18
**assistance** 196:22,23
**assistant** 31:8,11 34:22 35:3 214:20
**association** 47:1 222:17, 19,24 223:3
**assume** 90:16 100:15
**assumed** 207:6
**assuming** 100:19 114:7 115:5 136:17 146:2,7,8 179:1 183:23 195:10 230:22
**assure** 158:3
**Assurity** 176:18 179:2
**Atlanta** 28:16 79:6,7,13,15 80:21,24 81:6,17,25 82:20
**ATP** 29:4 76:13,15
**attached** 127:10
**attempt** 147:18
**attempted** 145:14
**attend** 124:18 126:18
**attendance** 200:13
**attended** 9:16
**attending** 33:5 151:16
**attire** 199:15
**attitude** 146:16
**attorney** 129:1 229:4,14
**attorneys** 63:1
**attracted** 165:4
**attractive** 11:16
**audible** 6:6
**audibles** 14:20
**August** 62:4 63:2 66:18 67:3 92:18 93:19
**availability** 27:10 61:5
**average** 45:3 181:21
**aviation** 9:22 10:6 31:1,3, 5,10 33:17 68:3 71:2 78:6 93:3 184:19
**aviation-related** 12:22
**avoid** 22:17 23:14,23 27:20,22 29:9,13 53:4 117:14 126:25 130:3,11,15 134:2 145:15 150:16 158:18 164:5,8 230:10
**avoided** 22:3 23:8 24:13 131:13
**avoiding** 131:14 133:1 171:25
**awarded** 34:7 178:17
**aware** 23:13,16 32:23 33:3 47:25 49:17,19 58:20,23 70:6,23 71:14,16 74:3 94:15 110:23 114:5 121:18 132:17 134:3 140:21 141:1,3 145:19 191:4 200:7 201:2,5 205:11 227:18,25 228:23 229:11

B

**bachelor's** 9:21 10:3
**back** 16:25 44:14,16 45:6 47:9 50:14 52:14,16 61:1 71:17 90:1 93:7 96:2 100:7 102:14 104:1,3,24 112:13 114:24 117:25 120:7 121:25 122:9,18 123:10 135:8 140:16 141:13 156:11 161:7 165:23 167:14 170:22 172:1 182:13 188:13 191:10 195:24 200:19 206:8,15 207:1 208:9 212:7,13 218:11,20 226:2 230:13,15 231:5
**backed** 119:21
**bad** 129:5 220:4 221:6
**badly** 142:10 220:4
**balance** 150:14
**balancing** 150:9
**Bank** 185:21 186:6,9
**baptized** 15:9
**bare** 73:9
**bargaining** 47:2 223:14, 19

**barrel** 145:11
**base** 88:18 91:10 154:2,3 158:14 164:4 167:14 221:17,19 222:13
**based** 10:11 19:7 27:9 30:9,10 45:12 46:3,15 67:12 70:3 86:6 144:5,10 149:15 153:16 166:6 169:1 178:1 228:21
**bases** 164:7,25 165:6,9
**basically** 29:2 34:2 37:5 103:12 105:16 136:14 188:5 195:21 229:3
**basis** 40:9 42:4 128:2
**Bates** 64:22 92:11 120:25 142:24 150:9 151:23 156:8 174:3,10 197:18
**Bates-numbered** 62:6 92:3 118:6 120:8 128:11 203:7 214:11
**Bates-numbers** 68:1
**BE9L** 209:3,8
**bear** 8:20
**bearing** 91:23
**beautiful** 165:2
**began** 28:12,13
**begin** 167:20 213:16
**beginning** 14:19 174:20 178:22
**begins** 124:18
**behalf** 5:3 43:18 132:11 223:5
**belief** 17:15 18:9,17,19 19:14,25 20:4,6,10 137:11 149:18 169:8 221:5 228:20,23 229:15
**beliefs** 16:10 17:6,10 108:24 158:4,11,22 159:6 167:16 169:25
**believed** 154:5
**believes** 20:8
**bell** 163:18
**belong** 188:19
**belongs** 13:24
**Belov** 121:3,16
**beneath** 213:13
**benefit** 107:1,3 167:23
**benefits** 41:9 44:3,4 61:4, 19 67:11 106:25 176:13 179:19 184:18 185:1 187:4 216:9,10,14
**Berrien** 9:16
**bid** 22:12 29:22 30:10 40:14 85:1 88:18 123:5,21 125:10 131:16 145:14 146:20 150:6 159:5,14,16, 18 160:8 162:3,13 164:3, 13 165:16,18,20 196:10,21 198:2
**bidding** 24:23 30:13 125:16 132:24 135:10 150:1 159:9,10 162:11 166:21,24 167:2 192:6 194:10,15,16 200:25 201:5
**bids** 24:15
**big** 97:19
**bigger** 64:5,10 97:15
**bill** 73:3,7
**binder** 111:10,22
**birth** 8:2,4 219:17
**bit** 9:3 31:9 36:8 61:2 69:3 104:10 119:13 142:10 153:15 154:4 156:11 185:8 206:13 212:14 220:5 225:3 226:3
**blanks** 155:2
**bleed** 81:5 110:5 111:2
**bleeding** 229:19
**bleeds** 167:21
**blow** 174:6 206:12
**blue** 97:13,25 98:17
**boards** 161:3
**bonus** 177:18,20 178:6,14 181:12,21 182:5,19 183:11,18 216:17
**bonuses** 101:4 177:19,22 178:1 182:9
**born** 15:7
**bottom** 109:21 145:10 197:12 212:8,13,19 217:9 218:20 220:13
**Bouncing** 61:1
**break** 7:7,8,10 51:15,17 53:22 83:6 91:23 102:4 104:7,24 112:2 115:15 157:13 171:13,15 173:22 176:22 211:14 230:20
**briefly** 139:16
**bring** 16:24 114:14 169:22, 23
**broader** 59:8
**broke** 179:13
**broken** 32:4 179:16
**brought** 5:11 112:1 223:25 224:2
**Bryan** 100:1,2
**Bryant** 115:23,25 120:6,18 121:1 125:25 127:13 155:12 156:21 170:24 190:20 191:23
**bugging** 95:20
**building** 114:2
**bullet** 122:21 123:4
**bump** 97:17
**bunch** 5:12 95:3 108:12 225:17
**burn** 178:5,6
**business** 27:7
**button** 103:13
**buttons** 113:18,21,23

## C

**calculated** 219:7 220:25
**calculating** 173:19
**calendar** 16:2 98:2
**California** 152:23
**call** 5:19 16:16 34:1 40:12, 24 41:2 51:5 56:11 58:2 85:9 86:14 87:6 88:11 103:11 104:1 121:23 151:12 156:20 192:2 225:2
**called** 5:3 19:16 28:24 45:25 54:3 66:3 74:6 77:24 84:14 86:17 87:22 89:25 91:5,7,8,10 103:10 104:2, 3,17 105:2 106:10 113:19 114:23 115:21 141:7,9 151:10,14
**calling** 54:17
**callout** 86:9 87:7,8,9,25
**calls** 205:2 226:8
**Canada** 55:15 177:11
**cancel** 57:16 58:21
**canceled** 45:15
**Cannon** 109:22,23 110:14
**cap** 215:18,19
**captain** 25:9,15,17 31:13, 14 34:13 37:15 39:1,3 40:6 60:24 68:11,14,18,23 69:1, 5,7 71:18,22 72:10,12,20, 22 73:8 75:12 77:3 146:23 147:3 181:1 201:12 212:12,15,20 213:4,7,12, 17,21 215:16 217:8,10,17, 21 218:1,6,18,19,20 219:6 220:12,13,21 221:11,16, 19,25
**captain's** 166:24 181:3 217:20,25
**captains** 37:11,12 38:21 39:14,15,17,18 47:11 166:18 199:24 213:14 218:10,13
**car** 71:4
**care** 42:9 130:19,21 147:24
**career** 48:17 71:15 105:25
**cargo** 36:22 61:25 64:14
**Caribbean** 55:16
**carrier** 14:9 28:21 54:15 74:3
**carriers** 60:2 61:21 62:1 198:13
**case** 110:25 130:18 148:17 149:10 163:19 177:10 227:2
**Cassell** 5:2,8 8:1,3 51:19 53:17 62:6,17 63:14,25 65:23 68:2,7 90:17,18,20, 22 92:3 93:3 95:9,15,16 97:20 100:20 102:8 109:15 118:24 119:1 122:18,25 130:1,7 131:4,7,20 136:24 137:2,19 138:2,13 143:8, 20 148:18 149:10 151:23 156:5 171:17 173:10,14 174:4,8,10 183:9 185:6 187:13 189:7,14,24 190:23 192:16 194:5,6 196:2 205:25 206:10,21 211:16
**Cassell's** 144:21 189:6
**categorized** 87:24
**category** 78:12
**caught** 116:14,18 117:4 119:12
**caused** 16:22 165:11 178:18 228:3
**CBA** 223:18
**center** 80:1 195:24
**Centerville** 9:11
**Central** 55:17
**certification** 77:16,25 78:8
**certified** 102:12
**Cessna** 31:20
**cetera** 19:20 37:8 85:2 91:7 101:2 103:16 111:20 221:3
**chain** 68:3 118:7
**chance** 29:21 65:4,6 104:21 115:10 142:4 165:17 171:25 191:14 195:22 214:16
**change** 48:17 86:2 181:11 216:1
**changed** 85:24 87:5 96:3 132:7 138:20 179:5 220:10
**changing** 216:21
**Chapter** 15:18
**characterization** 129:24

**charge** 81:12 127:24 128:3,8 141:21,22 142:2 228:14 229:1 230:2
**charges** 225:12
**charter** 36:23 48:14 54:17 55:8 62:2
**chartering** 54:20
**check** 31:21 84:1 95:5 176:23 221:20,22,24
**checked** 141:15
**Chicago** 21:16 152:10 153:10,24,25 154:3 165:3, 10
**chief** 31:8,11 34:22,24 35:3 49:20 50:4 91:10 105:24 106:1,23 151:11 158:14 214:20,21,23 215:24,25 216:4,6,11 221:12
**children** 147:20
**choice** 34:6 56:21 89:14 152:7
**choose** 17:12,20 34:6 103:7 130:24 137:8 200:16
**chooses** 60:2 72:4
**choosing** 226:25
**chose** 18:20 29:8,19 42:23 48:16 105:13 116:18 130:19 212:13 228:7
**chosen** 36:2
**Christian** 134:23
**chunk** 124:25 182:23 214:8
**church** 15:8 20:8 173:7
**church's** 18:8
**Cincinnati** 153:13
**circling** 98:16 175:19
**circumstance** 16:17 167:11
**circumstances** 7:22 171:3
**Cirrus** 68:10
**Citation** 31:20 39:17,24 45:7,10,15
**Citations** 39:15,19 40:7 181:2,3
**cities** 165:2
**city** 44:20 82:19 84:9 102:13,14 103:18 153:3
**claim** 205:4 222:23 229:4
**claimed** 205:4
**claims** 168:24
**clarification** 99:13 105:20 111:11 117:20 118:2 207:11
**clarify** 33:4 53:9,11
**class** 32:22 33:12 103:20 104:25 105:1,2 110:19 112:2,6,10,16,21,24 113:5, 9 114:8,11,23 115:12,16 121:12 122:2,4 124:25 125:2 131:21 133:11,12,25 134:5,6 140:3 141:10,13, 19 153:10 155:5 166:7,8,9, 14 191:6 197:8 211:5,6
**classes** 110:15
**classmate** 28:5,7
**classmates** 144:21 146:15
**classroom** 113:8,12 135:13,14
**cleaner** 96:18,20
**clear** 5:21 39:11 45:14 110:2 230:13
**click** 98:7 193:10
**client** 44:11 57:18,25 100:2 179:23
**client's** 40:20
**clients** 101:9,16
**close** 35:15 44:20 47:16 88:19 183:16 208:24
**closely** 199:11
**closer** 153:11
**clouded** 119:13
**clouds** 208:15
**Coast** 165:4,6
**code** 54:5
**collective** 223:14,19
**college** 9:14,15 10:1,2,3,5
**Colorado** 152:15 154:20 221:18
**colors** 99:19,21
**columns** 207:2 208:11
**Comm** 208:16
**command** 77:1 208:17,18, 20
**Commandment** 15:18 19:7,10 20:7
**commandments** 91:22
**comment** 60:11 197:5 205:13 229:8
**commerce** 15:22
**commercial** 208:16
**communicating** 149:7
**companies** 60:4 61:25 67:6 94:22 224:24 225:13
**company** 11:13 29:16 32:8 34:3,19 36:5,19,21 41:10,16,18 42:1,5 44:6,17 45:2 46:11,24 49:16 50:19 52:7,20 54:21 55:6,13,23 57:16,22,24 58:3,16 60:2,6 61:7 66:3 69:25 72:20,22 73:8 88:6 97:5,6 98:12 105:22 106:6,8,10,11 111:12 123:2 142:11 160:21 163:23 180:24 182:24 185:5,10,16,17 186:2,12,15,18,24 199:12 204:6,25 205:18 215:4 218:12 219:15,24 220:5 221:21,23
**company's** 98:4 212:16
**comparatively** 148:10
**compare** 179:18
**compared** 11:11 212:17
**compensation** 92:20,24 94:10,14
**competitors** 26:14
**complained** 56:15
**complaining** 49:25 50:3
**complaint** 77:15,23 78:1 228:4
**complaints** 199:15
**complete** 48:17 80:21 127:4 133:15 140:5
**completed** 80:22 82:15 125:20
**completely** 117:4 159:20
**comprehensive** 70:22
**computer** 16:8 66:21
**computer-based** 32:6
**concern** 146:24,25 147:9 148:14 167:15
**concerns** 27:14,17 74:19, 21
**concluded** 231:19
**conclusion** 136:15,19 137:23,25 190:11 199:8 226:8
**concurred** 150:12
**conditional** 26:11
**conditions** 47:2 223:9
**confidential** 206:1
**conflict** 81:3 89:20 113:6 134:2 159:6 168:4
**conflicts** 49:4,6 109:1 164:5 224:20 226:15
**confused** 105:21
**confusing** 53:14
**congratulations** 60:13
**connection** 88:7
**conscience** 17:6
**consecutive** 32:14
**consideration** 34:2,19 192:23
**considered** 83:25 113:12
**consistent** 48:2 127:7 167:18 204:6
**constantly** 48:3
**constitute** 64:23
**consumption** 178:2
**contact** 26:22 189:13
**contending** 168:1
**content** 111:9
**contest** 197:11
**continue** 83:16 102:14 159:4
**continued** 83:12,15 127:3 198:23
**contribute** 41:22 185:15
**contributes** 42:5,6
**contributing** 42:7 185:11, 17
**contribution** 185:21
**control** 24:23 164:17,24
**conversation** 105:11 116:4,5,7 119:17 191:22, 23
**conversations** 13:21 22:1,6 26:17 73:14 117:18 144:9
**convicted** 8:21
**convictions** 134:23 135:20 193:22
**coordinate** 121:5
**coordinating** 121:14
**copies** 184:22
**copy** 127:11,16 171:5 195:10 203:12 223:18 231:13,22
**corner** 119:21 207:7
**corporate** 48:14 54:23 62:3 156:18 164:5
**correct** 6:22,23 11:1 15:3 16:12 21:23 24:12 28:10 32:22 33:15 34:23 39:5,10, 25 41:17 43:16 51:9 52:2 53:19 54:9 55:4,11 60:25 61:11 64:11 67:17 69:9 72:14 77:7,14 82:3,14 84:7 85:7,12,18,19 92:23 94:6 97:4 98:5,20 110:7 115:3 117:16 118:9 121:15 124:4 125:18 126:10,21 127:2,25 128:1,9 138:21 140:11,14 141:2 149:22 150:24,25 151:4 152:9,11,13 153:6 159:1,2,11,12 166:4,5,15,

16,22,25 167:1,4,8,9 168:10,16 169:21 171:18 178:11 180:19 181:13 185:6 186:12,16 187:2,18 194:3 201:7 209:12,13 211:5,17 215:11 217:6 218:14 222:9 227:12,13
**correction** 175:17
**Corrective** 214:10
**correspondence** 149:5 170:7
**correspondences** 143:15
**COS** 152:14
**cost** 44:6,7 61:8 80:11,12, 18 177:12
**costs** 80:15 81:22,23
**counsel** 5:13 6:13
**count** 72:4 183:11
**counterintuitive** 91:21
**counting** 181:12
**couple** 49:13 56:15 122:1 156:19 180:23 183:17 190:24 197:22 202:8 203:11 231:2
**courts** 150:11,12
**cover** 52:4 57:2,6 59:9 64:19 111:12
**coverage** 42:18
**covered** 103:2
**covering** 42:15
**covers** 42:1
**COVID-19** 220:1
**Coy** 115:23 120:6,18 121:1 127:13 155:12 156:21 170:24 190:20
**craft** 209:4
**create** 163:22
**creating** 96:14
**crew** 37:7 58:12 86:10,12, 14 87:19 88:7,9 91:8 144:9,13 151:10 158:14 161:5 208:3
**crime** 8:21
**criteria** 200:22
**criterias** 201:2
**critical** 176:18,19 179:1,2, 14,17,20 186:23,24
**CRJ** 29:8,12 77:13 110:11, 13 113:15 125:5 164:19
**crucial** 19:21
**CTP** 28:15,17,19,24 77:16 78:7 79:2 80:22 81:7 82:16 120:15 191:6
**culture** 11:10,15
**curious** 84:22 173:18
**curiously** 172:24
**current** 8:5 174:17 178:8 214:18 215:16 216:10
**cursor** 98:15
**cut** 43:9 57:23 77:18 84:20

### D

**danger** 16:21
**dash** 97:23
**date** 8:2,4 30:9 69:14 100:25 111:24 141:13,19 177:15 178:21 180:5 206:8 207:2,4
**dated** 69:10 119:9 128:22 155:13 190:20
**dates** 69:21 198:14,15
**Dave** 109:22,23 110:14
**day** 15:20 19:8,10 22:20 23:8,14,23 24:8,9 33:13 40:18 45:13,19 49:1 50:18, 24 53:5 55:24 56:5,24 59:13 82:21 87:25 101:6,8 104:4,6,19,20 108:12,20 113:3 114:19,20,25 117:19 118:11 121:21 138:13,14, 24 139:5 158:9 177:23,25 178:10 187:24 198:2 208:12 209:15 210:14,15 211:11 229:17
**day-by-day** 96:19 97:2
**daylight** 172:23
**days** 28:25 32:10,14,15 34:5 40:12,13,15,22,23 45:4,5 50:25 52:4 55:20 56:6,17,22 74:18 78:9 95:3 96:22 101:7 108:11 112:25 129:21 130:11 133:12 135:14 138:13,24,25 147:1 156:19 159:24,25 172:4,5 177:24 180:13 182:12 190:24 197:22 201:11 202:9 203:11 210:20 214:14
**days-of-the-week** 146:24
**deal** 108:13
**deal-breaker** 227:14
**death** 186:20
**December** 66:17 67:2 92:17 93:19 96:2,8 99:3,22 105:19 109:20,24 118:12 119:9 122:22 124:19 126:8 127:8 128:22 129:17 143:19 181:18 206:8,23 207:5,6,8,13
**decide** 11:18 50:19 137:13
**decided** 80:3 140:2 142:14 213:2
**deciding** 30:3
**decision** 15:9 108:1 140:6 142:22 228:24
**deck** 113:15
**decrease** 220:7
**decreases** 168:4
**deductible** 42:16,19,21,23 43:2
**deeply** 134:22
**defendant** 5:4
**defense** 5:10 62:14
**defined** 123:2 194:19
**definition** 200:15
**degree** 10:21
**degrees** 10:3
**delay** 16:22 167:12
**delayed** 86:10 158:18
**Delta** 198:4,10,17
**demand** 29:15 220:8
**demonstrates** 70:24
**DEN** 152:16
**dental** 41:12 43:6,7,15 61:5 176:15 179:8 186:11
**Denver** 152:16 165:1,8 221:18 222:4
**department** 24:21 133:10 144:10,14,19
**departmental** 123:3
**depended** 76:3
**dependent** 40:20
**depending** 76:1,8
**depends** 15:25 17:19 37:17 40:3 60:1,5,6 230:24
**deposed** 8:16
**deposition** 5:16 190:4 231:18
**describe** 134:17 176:20
**describing** 84:3
**description** 31:19 137:17 139:1
**designed** 168:6
**desirable** 28:3
**desire** 158:2 227:4
**desired** 123:5,21
**details** 225:5
**determine** 15:23 33:21 40:22 137:15 175:4 229:4
**determined** 122:20,23 166:3 193:1 198:16,18 201:3
**determining** 200:23 201:6
**Detroit** 21:17,18 25:14 152:8 153:10,24 154:2,6,8, 15 165:3,9
**Detroit's** 153:11
**Detroit-based** 201:20
**developed** 129:20
**deviation** 204:15
**diagonal** 97:23
**differ** 87:12
**difference** 19:12,14 54:14 97:11,12 183:21 218:10,12
**differences** 71:17 182:16
**differently** 41:3 188:14 225:4
**difficult** 98:6 139:18
**difficulties** 20:20 49:7
**dig** 71:9 187:3
**Digital** 231:16
**dinging** 66:22
**dinner** 155:8
**direct** 31:14 149:2
**directed** 144:18
**directly** 127:13
**disability** 169:2 180:1
**disadvantages** 107:25
**disagree** 129:16,18 132:4 149:14 189:10
**disciplinary** 199:13 200:1
**discipline** 194:23 195:4,6
**disciplined** 13:10
**disclose** 121:4
**disclosed** 70:10
**discourage** 217:11 219:5 220:20
**discouraging** 221:4
**discovered** 121:11
**discriminate** 169:1
**discrimination** 5:10 127:24 128:3,8 141:21 225:12 228:14 229:1
**discuss** 132:10,11 133:3 148:15 156:17 223:23
**discussed** 13:21 49:20 57:12 73:18 132:14,20,24 192:4,8 194:13 216:18
**discussing** 11:22,25 78:10 139:7
**discussion** 13:18 64:6 83:9 125:24 132:18 138:7, 10 139:16 155:7,24 187:5 224:14

**discussions** 60:8 80:14 139:9 143:24 144:12 148:22 204:20 223:22 224:8
**disgruntled** 49:8
**dishonest** 91:20
**dismemberment** 186:20
**distance** 44:21
**distribute** 182:25
**doctrinal** 172:25
**doctrine** 20:4
**document** 62:25 64:4 99:16 109:15 120:12,15 128:11,15 143:1,8,9 151:23 156:5,10,25 178:20 192:15 197:21 198:23 202:5,20 203:1 228:22
**documents** 64:2,21 65:5, 18 70:3,15,23 71:7 92:4 95:23 96:12 97:1,2 99:16 102:5 107:12 120:9 174:5, 12 197:9 206:4 214:15
**dollar** 177:1,6 186:18
**domicile** 16:24,25 152:3 153:5,18 154:18,23 166:3 167:7 201:16,17,23 211:21 217:10
**domiciled** 20:25 21:13,16 25:12 154:8
**domiciles** 152:4 166:13 211:22
**dot** 185:2,4
**dramatically** 44:23,24
**drawn** 144:8
**dress** 199:15
**driver** 17:11 71:4
**driver's** 12:19
**driving** 44:20
**drop** 24:16 89:18 91:7 123:21 145:14 150:6 159:5,14 160:10,16,18,25 161:13,16 162:13 163:6,7, 9,10,15,16 194:14 196:10, 21
**Drop/trade** 123:4
**dropped** 160:24 162:3
**dropping** 22:14 135:11 160:11,22 162:11
**DTW** 152:7
**due** 29:8,20 168:4
**duly** 5:4
**duties** 18:11 85:14,20 86:21 87:12 191:8,13,25
**duty** 59:13,14,17 96:17 100:24 101:2 167:13 201:11 206:7 208:3,21 209:1,25
**duty-day** 162:16
**dying** 52:10

**E**

**earlier** 40:11 44:24 58:8 78:3 92:16 100:13 134:9 143:11 167:18 211:20 228:17 230:1
**early** 25:20 66:18 67:3 92:18 93:19 160:3 165:14 172:8 191:4 222:6
**earn** 58:17
**easier** 29:9,12 72:18,24 163:7
**easy** 153:21 172:21
**educated** 35:20,21
**EF** 203:13
**effect** 146:9 216:24
**effective** 105:8,15 116:13
**efforts** 47:5 64:23 65:11 70:8,10,24 71:13,15 121:14 215:9
**electrical** 111:20
**electronic** 45:21
**electronically** 223:17 231:15
**eligible** 29:4
**else's** 99:10 166:14
**email** 68:2 117:19,21 118:3,7,14 119:8,10,22 120:5 123:18 124:17 126:4,6,7,8 127:16 155:12, 14,15 170:23 171:4 190:18,19,23 191:5 230:4, 6
**emailed** 118:10
**emails** 118:15 230:13
**emergencies** 52:11
**emergency** 16:20 136:4,5 150:23
**Emerson** 63:14 143:2 145:12 147:10 170:8 230:14
**Emerson's** 144:2
**emotions** 119:13
**employ** 109:2
**employed** 64:24 129:17 132:23
**employee** 44:15 157:6 169:1 176:2 178:24 184:19,24,25 185:13,25 200:4,6 203:12
**employees** 44:5 129:22 147:18 212:18
**employer** 92:7,14 94:14 137:14,15 168:22,25 174:17 180:2 190:9
**employer-paid** 216:10
**employment** 9:3 47:3 62:22 63:2 64:23 65:12 69:25 70:8,18,24 126:23 127:4,5 130:7 131:7 200:5 215:9 227:15
**employs** 129:14
**empty** 44:10,15,18 61:10
**end** 68:6 124:19 147:11 153:16 155:10 167:20 172:10,11 181:17,18 182:1 188:3 211:14 228:18
**ended** 82:9 100:7 115:15
**ending** 28:2 174:20 178:22 180:6
**ends** 15:16 172:8
**engaged** 215:8
**enjoy** 11:14 106:3
**enjoyable** 108:14
**enroll** 176:21
**enrolled** 185:1,2,15
**ensure** 168:8
**ensuring** 227:10
**entirety** 102:18 125:21
**entities** 94:24
**entitled** 189:18,20 214:10
**entitlement** 170:1
**entity** 92:16
**entry** 31:14
**equal** 168:21,25
**equally** 34:17
**Erik** 63:12 65:16 93:13 184:1 206:18 230:21
**ERJ** 164:12,15
**escapes** 67:20
**essential** 135:21 136:2,8, 16,17,22 137:1,3,6,14,16, 19 193:23
**essentially** 15:4 26:13 37:3 64:24 72:3 86:16 88:5 103:11 157:23 168:7 196:16 214:9 227:14
**established** 125:11
**estimate** 37:10,12 129:16
**estimation** 72:18
**evaluation** 192:22,23
**evening** 53:17 55:22 104:2 111:25 112:18 116:11 126:19 171:25
**event** 17:8 98:9 103:6,9 105:6 116:10,11
**events** 97:5 117:20 122:8 133:6 193:9
**evidence** 146:7,9 228:22 229:8,12
**exact** 24:8 35:14 116:22
**EXAMINATION** 5:6
**examined** 5:4
**examples** 58:6
**exceed** 88:25
**excellent** 11:9 68:9
**exception** 16:15 52:10 136:5
**exceptions** 155:16 156:22
**excerpt** 203:11
**excuse** 104:6
**exhibit** 63:7,20,21 92:10, 12 95:9,17,19 109:12,13 118:21,23 120:22,23 122:9,18 128:13 134:10 138:9 143:4,5,6 151:20,21 155:19,20,22 156:1,2,3 170:22 173:25 174:1,2,9 190:25 191:1 192:11,12 193:12 196:18 197:17,19 200:19 202:1,2,3 203:3,4 205:24 206:2,10 214:6
**Exodus** 15:17 20:8
**expect** 84:17 142:8 168:12 169:5,12
**expectation** 218:6
**expected** 40:15 86:8,14 108:11 173:10 199:18 204:6
**expecting** 105:11 119:15, 16 146:18
**expense** 42:13 177:5,7,13, 14
**expensive** 44:8 177:3
**experience** 27:18 35:25 48:8 108:2 130:14,17 144:11 149:17
**experienced** 87:18 141:8
**experiences** 142:19 144:5 149:15
**expert** 18:14,17
**expertise** 67:1
**explain** 15:12 28:6 33:23 74:1 117:2,10 123:13 138:4 139:17 173:2,4,21 217:7
**explained** 80:17 81:13 103:20 105:3 112:3 156:15 198:25

**explaining** 22:8 49:21 74:10 84:16 91:15 104:3
**explanation** 145:23
**extend** 131:21
**extended** 167:13
**extensive** 11:21 192:22
**extent** 188:8
**extra** 57:1 161:4,8,9,10,11 177:10
**eye** 108:17
**eyes** 95:20

F

**FAA** 78:5
**face-to-face** 26:24
**Facebook** 60:11
**facility** 81:17
**fact** 29:8,20 63:12 66:24 68:1 105:9 117:24 145:22 178:8 228:8,13
**facts** 7:22 146:7 229:4
**failed** 140:20 205:5
**failure** 228:2
**fair** 35:23 38:11 42:15 46:14,17 47:17,18 48:5 49:12 55:10 56:16 75:20 81:4 85:6,7,11 91:25 95:6 97:3 98:9 125:17 131:17 136:1 151:3 172:23 173:12,17 181:12 195:11 203:23,24 206:4 221:7
**fairly** 43:1 60:4 65:11
**faith** 142:2
**faithfulness** 131:25
**fall** 26:4 31:6,12,18 33:18 69:20 77:8 102:15 106:15, 22,23 136:3 165:20
**fallout** 151:5
**falls** 167:16
**false** 91:23
**falsely** 205:4
**falsified** 205:4
**falsify** 7:2
**familiar** 86:17 138:15 151:12 204:16
**family** 16:5 147:19
**family's** 16:4
**fast** 47:21
**faster** 29:21 154:2
**FAT** 152:22
**February** 24:7 96:8 141:20 143:12 148:23 187:17
228:4,14 230:15
**federal** 78:5 175:23
**Fedex** 14:14,15,18 60:10, 15
**feed** 79:16
**feedback** 188:15
**feel** 169:25 170:5 196:11 226:24
**fellow** 212:21
**felt** 119:20 143:19 155:9 169:13 170:13 171:23 226:19
**fight** 139:11 225:18
**figure** 172:15 182:8 183:8, 20 187:4 207:18 211:9
**file** 95:12
**filed** 127:24 141:21 225:12 228:13 231:21
**files** 95:13
**filing** 228:4 230:1
**fill** 38:23 39:1,3 56:12 120:13,16 140:5,9,23 152:24 155:3 199:24
**filled** 76:13 134:9 152:6 207:20
**filling** 155:2
**fills** 88:5
**find** 93:22 100:17 115:12 179:18,20 205:21 207:20
**finding** 142:1
**fine** 83:8 112:22 119:6 231:16
**finish** 84:20 85:23 167:25 212:5
**finished** 82:18 102:11
**finishing** 128:4
**fire** 226:13
**fired** 105:7,14 116:20
**firefighter** 17:11,15
**first-officer** 69:7
**fit** 168:18 199:11
**five-** 51:16
**five-minute** 171:15 211:14 230:20
**fleet** 11:10
**flew** 22:19,22 40:24 45:2 82:19 100:3,6,21 130:20 164:11,19 177:11 208:8
**flies** 33:21 36:13 38:17 100:14 138:12 158:9
**flight** 12:21,23 13:7 36:21 37:15 44:4 46:21 50:15,18, 20 51:4,6 53:2 56:25 57:17 58:16 61:19 66:1,4,8,9
68:19 69:24 70:8 71:23 72:1,8,19 73:3 75:22 79:12,14 83:11 86:10,13 88:8,12 89:16 92:14 93:10, 15 94:20 98:12,19,23 99:8, 18,23 100:22 101:1 106:21,22 108:12 113:15 131:20 144:18 146:21,25 147:2 158:16,18 160:17,22 162:23 163:1,6,7,10 167:19,23,25 178:3 194:19 198:5 208:3,8 209:21 210:8,9,10,12
**flights** 22:19,22 23:1 40:17,18 46:2,13,14 51:1, 23 58:20 61:10 84:6 97:6 98:14 103:14 138:12,14 139:24 148:4 160:3,8,16 161:12 164:3,7 165:16,18, 19,21,23 167:6 178:4 197:25 198:4,7,9,12,15,19 209:15 211:23
**Flightsafety** 32:8 33:6
**Flint** 130:25
**flip** 103:14,15
**Florida** 44:12,16
**flow** 113:20,22
**flown** 50:22,25 53:12,23, 24,25 100:24 102:12
**flows** 103:12 113:20
**fly** 28:21 29:2,6,12 30:4 36:23 37:25 38:1,7,10,11, 15,19 39:7,9,18 40:17,23 44:9,14,22,25 45:7 48:21 51:2,8,25 52:7,16,23 53:17 55:9,12,15,16,17 57:14,15 58:14 59:3,22 72:15 77:13 88:23 90:1,9 101:5 109:4 130:21 131:1 138:15,24 139:5 147:8 148:10 154:7 164:4,12,22 165:6 167:14 171:21 201:13 209:25 220:9
**flying** 14:9 23:15 29:22 31:22 40:2,5,7,10,22 41:3 45:3,4,8,9 52:21 60:15 74:19 82:24 84:5 208:15 211:4 212:10 219:12 220:6
**FO** 122:25 194:5 196:2
**focused** 202:23
**follow** 15:17
**follow-up** 117:17 211:19
**food** 80:4
**footprint** 192:25
**forget** 150:12 195:14
**form** 16:8 47:6 75:25 121:8 127:17 140:8,12,22 141:1 192:4 199:25
**formal** 49:16,19 60:11 66:7
**format** 96:19
**Fort** 44:11
**forty** 177:1
**forward** 183:23 184:2
**found** 20:7 96:17 205:3 220:7 222:2
**four-seaters** 109:9
**fourth** 111:15
**frame** 87:2
**Francisco** 153:2 165:1
**free** 44:17 61:10 147:20 192:7 226:15 227:10
**Fresno** 152:23
**Friday** 15:15,24 19:8 20:1 23:24 27:6 46:19,22 52:8, 14,15 53:10 55:22 58:14 80:24 82:21,24 90:6 103:5 111:25 112:18 113:8 114:9 116:11 121:9,17 123:14 124:19 126:12 134:7 135:19 138:18 148:4 193:7,21
**friend** 73:19
**friends** 73:17
**front** 157:4
**frustrated** 49:14
**fuel** 111:19 178:2,5,6,13,14
**full** 7:24 8:1 76:13 182:2
**full-motion** 78:12
**full-time** 106:16 175:4
**fun** 108:4,18
**function** 127:6 136:18 137:4,7,19 158:5,12
**functions** 135:18,21 136:2,3,8,9,16,22 137:1, 14,16 193:20,23
**furnish** 65:19
**futile** 148:20 149:13
**future** 197:3 219:24 220:2

G

**gain** 139:15
**gained** 108:1 139:12
**gains** 130:1 131:4
**gamble** 43:4
**Garfield** 8:6
**Gate** 185:21 186:5,9
**gave** 81:14 103:3 111:9,21 121:3 123:17 132:15 135:9 146:20 150:17 177:14 189:10 203:14 216:2
**gear** 111:19

**gears** 10:1 92:1
**Geary** 68:3
**general** 146:16
**generally** 147:23
**Georgia** 28:16 79:6
**give** 7:24 27:8 36:17 48:7 49:21 52:24 96:19 98:8,16 104:1,11 128:4 142:4 147:1 158:13 168:13 169:6 170:3,4 178:1 191:21 225:5 231:2
**glance** 63:6
**goal** 150:3 221:10,11
**goals** 221:13
**Gojet** 224:13,15,25 225:9
**good** 6:4 11:10,14,15 17:4,5 29:18 53:5 73:19 77:21 84:3 107:22 119:1 130:23 142:2 170:15 171:13,15 184:7 188:11 206:18 214:24 217:16,25 218:6 219:16 221:19
**goofy** 8:18,19
**Gotcha** 222:6
**governed** 72:21,22
**governing** 209:24
**governs** 54:5
**graduate** 9:18,20
**graduated** 9:4,6,21 10:8
**graduation** 157:20
**granted** 159:19
**gray** 97:12,22,25 99:22,24 100:20
**great** 51:17 53:4 89:1 147:7
**grew** 47:21
**ground** 12:22 13:2,7 27:6 28:25 78:9 82:19 83:3 119:19 125:5 134:6 204:24
**group** 13:11 22:12 39:21 125:1 133:18,19 182:25
**grow** 29:19 36:5 154:2 164:20 165:11
**growing** 11:10 23:6 29:21 36:19
**grown** 36:8 157:21
**grows** 164:23
**grunt** 6:8
**grunting** 6:2
**guarantee** 78:20 88:25 89:7 123:16 134:11 135:6 150:19,20 158:20 192:5 225:10,23 226:14
**guaranteed** 228:1
**guess** 14:6 15:6 35:19,20,21 43:4,22 52:21 68:14 73:6 83:23 84:2 105:20 109:20 113:11 118:11 119:12 142:7 146:3 152:7 170:16 171:5 183:7 200:10 225:18
**guide** 202:11,12,15,19
**guy** 43:1
**guys** 50:5 62:23 74:20 132:20 166:7 201:13

**H**

**H-O-R-N** 12:6
**half** 79:4 87:25 102:19,20,22,25
**hand** 98:15
**handed** 45:24 66:1 96:13 152:2
**handful** 47:25
**handheld** 16:7
**handle** 22:6 37:6 57:13 171:10
**handled** 12:1 81:3 90:15 173:8,21
**handling** 37:8
**handwriting** 195:14 196:5 197:12
**handwritten** 196:4
**hang** 99:19
**happen** 10:6 40:18 44:18 45:18 56:18 57:5 101:17 150:2 191:15
**happened** 31:17 44:15 57:4 58:24 82:17 84:17 102:24 106:5 111:7 118:2 156:15
**happening** 5:17 151:15
**happy** 16:24 18:2 36:4 65:9 112:24 113:3 133:20 138:5 173:4,8,20 188:5 215:6 219:14
**hard** 14:23 72:25 139:21 223:18
**He'll** 104:1
**head** 6:5,6 53:23 77:20 110:13
**heads** 6:3 50:2
**heads-up** 191:21
**healing** 17:4,25 18:1,12 19:22
**health** 41:11,19,25 42:4,9,10,19 61:4 176:21 185:4
**healthy** 43:1,5
**hear** 90:25
**heard** 87:8 88:17 90:21 150:5 200:8,11,22 204:14 216:22
**Heart** 100:1,2
**held** 20:10 64:6 83:9 134:22 138:7,10 155:24 187:5
**helped** 108:2 165:11
**helpful** 22:8
**helping** 56:9
**Hey** 49:10 54:18 56:4 57:25 74:20 84:16 137:18 142:17 188:11,13 205:21 226:22
**high** 9:5,6,8,13 42:18 43:13 158:6 181:24,25 182:10 218:4
**high-deductible** 41:25
**higher** 29:15 34:14 35:18 212:15
**highest** 34:7
**highway** 18:4,7,10,21 19:12
**Hinckley** 190:20
**hindsight** 107:21
**hire** 30:9 47:23 48:3 65:25 69:5,14 224:17 228:3,7,24 230:5
**hired** 26:3,7 31:12 64:25 65:1,12 66:2,8,9 67:16,19,21 68:25 69:22 71:1,19 73:22 74:6 75:8,22,23 89:9 90:2 107:17 144:20 145:21 213:11 229:24 230:11
**hires** 29:17
**hiring** 29:17 48:4 73:9 225:6 230:3
**historically** 40:6 173:8,21
**history** 9:3 63:2 142:11
**hit** 220:6
**hitch** 44:16
**hold** 19:24 62:10 136:11 142:12 155:18 221:5,19
**holding** 45:13
**holds** 208:13 219:24
**holidays** 130:10,16 131:9 139:2
**holidays'** 143:21
**home** 8:14 32:7 88:19
**honest** 178:16
**honor** 122:23 123:14 193:1
**hope** 62:10 114:10 221:15
**hopeful** 142:12
**hopes** 121:5
**hoping** 62:9 88:11
**hops** 61:15
**Horne** 12:5 13:18,23 20:13,15,17,22 21:21,25 22:23 23:2 24:24 25:15,17,22 26:16,18 60:9 80:15 84:10,14 141:6 161:20 164:1 213:24 223:22
**hospital** 100:3
**hotel** 52:15 79:9,19,22,23,24 80:1 82:25 83:2
**hour** 66:12 78:21,23 83:17 106:21,22 131:22
**hours** 27:7 29:1 40:16 45:2 51:7 53:25 54:1 57:24 58:3,10 59:12,17,18 66:13 68:22 71:23 72:1,2,8 75:10,13,22,23 76:4,10,14,19 78:11,21,22,23 85:3 86:15,22 87:2,5 89:2,4,7,17 100:14,21 101:1 108:8,20 133:11,17 138:24 146:21 147:9 155:17 158:17 160:17,19 163:1 165:25 174:21,22,25 175:2,11 208:14,16,17,20,22 209:18,19 211:3,11 222:5
**house** 79:10
**housing** 107:2
**How's** 64:7
**HR** 156:17
**HSA** 185:19,20 186:3,4,7
**HSAS** 186:5
**huh-uh** 6:9
**hungry** 74:4

**I**

**Iceland** 172:19
**idea** 35:8 43:17 47:8 48:12 60:16 81:22 88:1 101:20,21 107:22 148:7 154:9,10 191:18 197:23 217:4
**ideas** 132:15 169:23
**identified** 20:1 21:22
**identifier** 100:5
**idiot** 187:7
**IFR** 208:14
**Ill** 176:18
**ill** 205:5
**illegal** 226:24
**illness** 176:19 179:1,14,17,21 186:24

**immediately** 105:8,15 116:13
**impact** 192:24
**impacts** 189:8
**implemented** 133:5
**important** 6:1,6 8:20 100:15
**in-person** 188:4
**inappropriate** 189:25 190:3
**Inaudible** 43:23 207:10
**inbound** 86:10
**incentives** 216:17
**incidentals** 80:5
**incidents** 199:12
**include** 123:1 195:7 213:24
**included** 95:4 169:4 183:18
**including** 109:3,9 144:21
**income** 94:4,17,19 175:23, 25
**incorrect** 144:4 145:1,3 218:17
**increase** 168:5 215:17,21 216:21 221:17
**increased** 23:3,6
**increases** 168:4 217:1
**indented** 123:4
**Indiana** 10:11 11:6 107:5
**indicating** 44:23 63:1 94:19
**indication** 196:6
**individual** 11:20 12:3 17:19 18:19 19:18 23:16 49:22 81:12
**individuals** 17:20 22:16 47:25 73:7 91:15
**indoc** 111:12 204:24 205:18
**industry** 11:9 13:11 17:23 30:16 219:24 222:15
**inevitable** 229:20
**information** 26:22 58:25 95:3 96:17,20 98:9 121:4 179:24 190:5 205:22
**infrequent** 61:13
**initial** 107:23 166:14
**initially** 62:20 120:13 220:6
**instances** 53:11
**Institute** 92:15
**Institution** 66:5
**instruct** 189:15,18,19
**instructed** 189:24
**instructor** 12:21,22 13:7 31:16 66:8,10 73:3 109:21, 24 110:6
**instructor's** 12:24 13:2
**instructors** 110:1
**instrument** 208:13
**insurance** 41:11,19 42:14 176:20,21 179:9,15,21 186:8,21
**intend** 195:19
**intended** 70:21 167:19
**intending** 9:23
**intent** 153:19 157:5 159:4 221:8
**interchangeably** 53:14
**interested** 130:23
**interesting** 185:8
**interject** 179:23
**internal** 54:22
**interrupting** 83:22
**Interruption** 66:19
**interview** 27:4 134:5 142:13 156:19 224:19 225:11 226:25
**interviewed** 156:12
**introduction** 180:24 202:18
**invaluable** 108:1
**investigating** 204:19
**invited** 142:13
**involve** 18:11
**involved** 47:1
**IOE** 22:15
**ipad** 46:11
**ipads** 46:11
**iphone** 16:2
**irrationally** 119:12
**issue** 57:11 95:11 110:6 127:14
**issues** 24:20 46:11
**item** 45:21 182:19,20
**items** 42:9 136:7 154:22, 25 159:15 164:8 228:21

## J

**jack** 62:10
**Jake** 103:23 110:8 118:7
**Jake's** 110:16
**James** 187:21
**January** 24:7 96:8 181:17 207:25 208:4,8
**Jessica** 5:18 51:15 63:9 83:5 92:9 122:10 157:12 214:4 231:10
**Jesus** 17:2
**jet** 29:2 37:4,19 38:12,13, 19 39:9,23 54:18,20,23 78:10
**Jetinsight** 46:1,9,12
**jets** 37:24 38:1,4,9,10,16 39:18,19 44:7 55:3,5,7
**job** 9:12 10:10 14:11 26:11 31:3,10,19 67:12,23 69:23 85:14 100:13 105:22 108:5,7 117:25 127:6 135:21 136:8,16,18,22 137:1,3,7,17 139:1 188:11 193:23 226:16,23
**job's** 136:2 137:13
**jobs** 170:21 225:9
**John** 68:3
**joining** 5:8
**judgment** 119:13
**July** 45:1 67:17,19,24 69:10 107:18
**jump** 61:20
**June** 155:13 170:11,23 171:21
**junior** 88:14 153:25 154:4, 23 164:4,7 165:22 166:9 211:22,24 213:9

## K

**Kansas** 32:12
**keeping** 20:21 45:14
**key** 99:1 218:3
**kind** 6:9 8:18,20 10:24 11:18 15:20,25 18:11 35:9 36:1,6 51:23 61:2 63:22 68:15 72:19 76:18 77:22 91:12 96:19 98:6 105:11, 12 106:11 111:7 116:14,17 119:13,21 121:13 140:22 145:10 156:22 173:19 174:6 188:12 192:8 199:10,17 202:10 205:22 219:10
**kinds** 42:17
**King** 31:14,21,23 32:9 39:14,16,23 45:7,8,16 68:10 209:3
**knew** 11:20,23 25:11 135:11 139:13 141:9 142:9,10 146:17 151:8 153:15,23,24 154:25 161:23 191:14 199:3 201:1 212:11,13 229:20
**knowing** 189:9
**knowledge** 47:7 86:6 87:17 102:23 216:16,19 225:1

## L

**lab** 109:19
**labeled** 77:25 205:25
**lady** 5:17
**Lake** 82:19 83:11 84:9 102:13,14 103:17 153:3 165:8
**land** 165:24
**landing** 72:2 103:15 111:19 210:16
**landings** 208:12 210:14
**language** 134:24
**largely** 40:19
**larger** 35:25 36:8 39:20 48:14
**last-minute** 231:2
**late** 88:8 114:13 141:17 165:23 171:24
**Lauderdale** 44:11
**law** 19:18 169:11,20 225:24
**lawsuit** 8:25
**lawyer** 226:9
**leadership** 144:9,13
**leading** 112:25
**learn** 111:4
**lease** 55:7
**leases** 81:20
**leave** 44:13 52:14,15 58:1, 8 88:10 175:6,9,13 198:19 205:5 219:15
**leaves** 148:19 149:12
**leaving** 73:14 190:15
**left** 23:4,17 48:1,10 60:9 61:22 70:25 73:11 82:21 107:20 109:21 149:5 165:16,18,19,21 207:2 208:11 211:24
**leg** 85:18 179:17
**legal** 54:10 136:15,19,22 137:12,23,25 162:15 199:7 201:10 225:17 226:6,8
**legs** 44:10,18 61:10,11 160:8
**lengthens** 172:5

**lengths** 53:4
**letter** 64:19 120:2 123:8,12 128:17,23 129:2,9,12 143:1,19 144:17,18 150:8 170:11,25 230:16
**level** 158:6
**levels** 86:24
**liability** 157:5,7
**liberal** 10:5
**license** 10:18 12:18,20,24 13:2 28:23 77:1,4 82:23
**licensed** 38:6
**licenses** 12:18 13:8,11 76:3
**lied** 91:17 151:1
**life** 15:5 16:21
**lifted** 77:3
**light** 210:23
**lighter** 148:10
**likelihood** 168:4
**likes** 164:25
**limit** 55:12 135:20 136:25 193:22
**limitations** 59:13
**limited** 55:14 86:6 87:17 167:12 208:15
**Lincoln** 8:6 36:3 40:16 44:17,19 61:14 99:2 100:6, 7,8 208:9 222:4
**Lincoln-lincoln** 98:18
**lined** 10:10 113:14
**lines** 97:24 98:13 99:5,17, 18 200:23 201:7 230:7
**Link-link** 98:23
**list** 154:21,25 155:5 201:13 212:19 213:4,5,14 217:10 218:20 220:13
**listed** 123:17 137:7 177:13 196:18
**listen** 5:22
**literally** 129:6
**live** 36:3 88:18 164:25 165:3 172:22
**lived** 165:7
**lives** 73:19
**living** 11:3,5 153:12 219:16
**LNK** 100:4,5
**local** 211:7
**lodging** 79:11 80:8 83:11, 13
**logged** 101:1
**logo** 198:8
**logs** 96:17 100:24 189:11 206:7
**long** 8:8 12:10,23 13:3 20:10,12 21:6 25:18 32:3 34:18 47:8 56:25 59:14 66:16 68:8 78:25 87:6 102:13 104:25 106:13 108:11,12 136:2 144:10 154:17 156:12 160:16 162:15,17,25 164:16 181:2 199:4 209:25
**long-call** 86:25 87:13
**long-term** 219:10
**longer** 14:3 36:11 59:10 154:4 172:5 212:20 213:10
**looked** 70:17 111:24 202:25 203:16,19 214:16 223:13,18
**Los** 165:8
**lost** 96:4
**lot** 6:2,12 11:11,24 45:1 47:23 55:25 62:19 74:4 96:18,20 130:12 142:20 146:16 147:4 160:1,5 164:17 165:2,4,5 180:22, 23 202:21
**lots** 51:1
**lounge** 87:19
**low** 130:8 131:7 139:13,21 145:10 164:14 181:24
**Lowell** 10:11 11:5 107:5
**lower** 42:21,22 43:2 55:14 154:1
**luck** 142:1
**lump** 176:23 179:16
**lunch** 92:1 104:5,6,19,21, 24 115:6,15 155:8

**M**

**made** 15:9 49:16 66:11 71:18 95:25 101:19 102:18 108:1 116:17 141:1 142:21 180:18,20 181:18 182:24 183:19,20 197:3,14 201:2 218:5 230:12
**mainland** 197:24
**maintaining** 52:21
**maintenance** 16:22 37:7 97:6,24 98:11,18,21,24 167:12
**major** 14:9 43:3 48:11 108:25
**majority** 13:20 22:5
**majors** 74:5,6
**make** 5:24 6:10 7:2,11 22:16 24:20 35:5 41:6 52:10 58:16 64:5 68:8 86:11,12 91:24 97:15 101:20 105:5 110:24 113:2 114:13 115:17 116:9 119:11 122:5 140:6 143:3 153:20 156:1 160:20 199:17 200:14 206:16 217:17,24 218:22 220:24 227:1 228:10
**makes** 147:10
**making** 41:8 66:12 181:8 182:9 183:9,12 216:5,7 217:25
**manage** 129:22 164:15
**management** 36:25 37:1, 3 108:2 158:3 196:23 223:5
**manager** 110:12 133:8,9 187:12
**mandated** 78:6
**manner** 6:18
**manual** 203:13 214:13
**March** 12:25 44:25
**mark** 63:7,20 92:10 95:9, 18 109:11 118:20 120:21 138:9 151:20 155:19 156:2 197:17 202:1 203:3 205:24
**marked** 63:21 92:12 95:15, 17 109:10,13 118:23 120:23 122:11,13 128:13 143:6 151:21 155:22 156:3 173:25 174:2 190:25 192:12 197:17,19 202:1,3 203:4 206:2 207:7 214:6
**match** 41:11,16 147:18 211:6
**matched** 201:17
**material** 111:22
**matrix** 103:10 109:19 113:2,24
**matter** 112:12 144:21 145:14
**maximum** 76:21
**MCFARLAND** 173:3,20
**meaning** 168:25 224:20
**means** 5:21 76:24 98:23 128:4 177:2 198:21
**meant** 90:23 131:1 157:10 204:19 217:9 218:18 220:12
**measure** 5:14
**Medicare** 175:24 176:2
**medications** 7:13,14
**meet** 69:1 75:25 76:13 187:23 194:8 196:2
**meeting** 114:22 188:4,9, 10
**meets** 163:22
**member** 15:9
**memo** 155:15
**memorandum** 194:2,25 195:10
**mention** 121:22 140:22 197:14
**mentioned** 37:9 40:11 52:6,18 54:2 56:14 61:7 69:24 71:20 74:17 77:23 78:4 92:16 116:16 118:10 139:11,21 141:20 151:7 201:4 204:16,23 205:18 222:6
**mentioning** 199:23
**mentors** 163:25
**messages** 122:1
**messed** 175:20
**met** 26:23 150:10 200:1
**Mexico** 55:16
**Michael** 23:19 50:8 141:7, 9,19 142:16,18
**Michigan** 9:17 131:1
**middle** 181:9 185:12 191:5 195:25 221:1
**Middletown** 66:2,4 69:24 70:7 92:14 93:9,14 94:20 95:1
**midnight** 165:24
**Mike** 164:1
**Mikhail** 121:3
**military** 76:5
**mind** 19:21 71:3 217:12
**mine** 12:16 24:19 26:23 66:21 73:20 195:16
**minimum** 73:9 89:7 165:25
**minimums** 75:25 76:13,24
**Minneapolis** 153:1 165:10
**minus** 176:25
**minute** 226:12
**minutes** 105:1 115:14 116:3 208:22 231:1
**missed** 66:6
**misses** 88:7
**missing** 66:7 93:13
**Misstates** 226:1
**misunderstood** 117:22, 23
**mix** 88:15
**moment** 227:3

**Monday** 27:6 82:6,9,10,13 83:4 134:7 148:4 162:21 165:21
**Monday-to-friday** 147:12
**money** 41:15 42:3 177:12 181:12
**monitoring** 199:10
**monitors** 113:14
**month** 26:6 32:5 41:22 42:7 63:3 67:20,21 96:9 206:24 207:17,23,24 210:19,22
**monthly** 40:9 42:4 78:24
**months** 40:4 144:20 147:5
**morning** 28:2 52:15 58:1 81:10 165:15,24
**mornings** 160:3,4
**mountains** 221:18 222:2
**move** 34:11 35:25 81:13 89:20 91:25 97:10 141:12 146:23 215:3 219:7 220:25 221:20
**moved** 33:12 83:2 212:2
**moving** 196:24
**MSP** 153:1
**multitude** 86:12

## N

**N390ps** 209:5,8
**NA** 209:18
**names** 109:25 110:16
**Nashville** 130:25
**nature** 73:13 91:18,19
**natures** 73:16
**NE** 175:24 176:1
**Nebraska** 8:7,11 36:4 176:1 222:4
**Nebraska/omaha** 36:4
**necessarily** 17:22 59:25 72:24 108:16 130:17 146:19 167:12 214:23 215:5 220:9 224:7
**needed** 43:3 45:16,17 74:11 114:13 133:14 142:9 150:2 226:20
**needing** 78:14
**negative** 188:15 224:5
**negotiated** 223:4,8
**negotiating** 223:12
**newer** 29:17 164:12
**newly** 230:11
**nice** 177:4
**night** 95:10 105:9 116:16 208:11 210:15,16
**nights** 82:7
**no-fly** 201:13
**nodded** 6:6
**nodding** 6:3
**noes** 6:7
**nonemergency** 136:7,10
**nonessential** 136:10
**noon** 83:6,7 165:18
**normal** 27:7 42:9 125:4
**northern** 172:13
**note** 56:2 189:21
**notes** 44:1 77:22
**notice** 91:14 158:14
**November** 62:4 154:14 209:4
**NPPD** 99:2
**number** 12:15 23:1 35:14 71:23 100:14 103:24 114:22 120:25 129:16 134:17 135:16 142:24 150:9 151:24 156:8 174:10,19 177:20,21 178:12,16 181:4 185:6 192:13 193:18 197:18 199:12
**numbers** 63:11 92:11 174:3 208:14 212:21
**numerical** 207:3
**numerically** 63:13

## O

**O'HARE** 153:14
**oath** 6:22,24 7:5 51:20 102:9 171:18 211:17
**object** 17:16 18:13 90:12 136:14,18 137:22 172:16 189:15 218:25 226:7 229:2
**objecting** 6:13
**objection** 75:14 136:11 137:5 138:1 146:6 188:25 190:15 220:16,22 225:25
**observance** 50:6 132:8 148:25 224:11
**observe** 148:17 158:22
**observed** 157:21
**obtain** 76:25
**occasion** 53:20 58:5 124:13
**occupations** 17:12
**occurrences** 199:13
**October** 81:9 120:1 121:1 123:10 126:1 182:4 194:25
**off-guard** 116:14,18 117:4
**offended** 14:24
**offer** 26:11 67:23 68:10 106:25 107:23 161:7 216:14,15 226:23 227:5
**offered** 67:8 105:22,23 117:8 133:23 163:21 196:7 216:9 225:9
**offering** 117:10 226:16
**offers** 67:5 179:19
**office** 103:24 104:20 105:2 114:21 115:8,9,19
**officer** 17:11,15 25:10,11,16 34:12 37:16 38:24,25 39:2 60:23 68:13 72:9 75:12,23 76:22 83:20,21,24,25 84:2 146:23 166:22 167:7 181:3 194:6 212:6,25 213:10,20 217:8,13 218:1,5,17,19,23 220:11,20 221:12
**officers** 19:16 37:11,13 38:21 47:11 154:11 166:19 167:3 201:12 212:4 218:11,13
**official** 69:14
**Ohio** 9:11 66:2 153:13
**Omaha** 44:20 61:14
**on-call** 46:8 52:19
**on-demand** 36:24 54:17,20
**one's** 53:1 62:15
**one-on-one** 112:23 133:22
**online** 96:13 191:9 202:11
**onwards** 107:13
**open** 98:8
**open-time** 161:3
**opening** 203:1
**operate** 60:2 111:14 158:5,12 178:3 198:11
**operated** 79:22,24 198:13
**operating** 59:8 198:1 210:1
**operation** 55:18 64:16 68:20
**operational** 192:24
**operations** 54:16 68:25 111:13 144:19 194:19
**opinion** 18:17 54:10 138:2
**opinions** 142:18
**opportunities** 73:1,7
**opportunity** 114:16 150:17 168:22,25 170:6,13 197:2
**opposed** 14:21 125:16 154:3 171:22 207:3
**optimization** 198:20
**option** 28:4 141:12 154:5
**options** 17:23 42:17,20 103:18 105:4,25 112:19 116:9,15 119:16,17 123:1 126:17 132:22
**ORD** 152:10
**order** 19:18 28:23 68:18 72:8 78:4 103:15,16 117:13 126:24 140:5 150:3 153:4,8,18 163:22 164:5,10
**ordering** 153:20
**orders** 207:3 231:13
**organized** 24:15
**original** 141:18 171:5 231:21
**originally** 33:11 82:8
**outfits** 48:15
**outstation** 16:23 167:13
**outstations** 37:8
**overnight** 130:25
**overnights** 130:19
**overturn** 48:2 74:5
**Overview** 202:19
**owned** 37:4 55:2
**owners** 36:25 37:2 54:21
**owns** 55:6 81:19

## P

**P-H** 24:25
**p.m.** 102:6 103:8,9,17 114:12,24 124:21,22 125:2 133:21 171:16 172:9 211:15 231:4,19
**package** 187:4
**pages** 62:19,20 202:15
**paid** 41:1,2,3,4 56:24 78:15,18,19,21,22 80:5 83:12,15 86:16 88:20,21,22 89:1 94:4 100:14 101:8 102:21 106:21,24 175:6,9 177:23 180:9,25 181:6,10 183:1,13 211:3
**pair** 122:7
**paired** 201:22
**pairing** 198:20
**paper** 6:4 45:23 70:9 140:5,22 202:11 229:9,12

**paperwork** 115:21 127:12, 18
**paragraph** 78:1 122:21 124:16 126:16 129:13,19 131:19 132:7 144:8 147:11 148:12 149:10 168:11 192:22 195:25
**parameters** 145:20 156:23 162:16
**pardon** 104:11
**parent** 74:7
**parents** 15:7
**part** 11:13 54:3,4,5,7,12, 15,16,21 59:3,4,16,23 64:23 68:16,19,23,24 69:3 71:20,22,23 72:23 75:11 103:7,8 125:5 132:2 143:11 148:3 149:25 150:12 154:22 159:7 174:24 203:17 208:10 209:23 210:2,4,10 227:19 229:24,25
**part-time** 65:25 66:2,9 92:17
**partake** 15:21
**participate** 41:13 42:23
**parties** 108:17
**partner** 198:16
**partners** 197:25
**parts** 72:21 103:6 172:13
**pass** 179:24
**passed** 84:1 132:16 191:12 192:1
**passenger** 36:21 55:2 64:13 84:5
**passengers** 36:23 167:16, 23
**passing** 29:3 188:13
**past** 43:2 144:20 228:9
**pat** 188:13
**patrol** 18:10
**patrolman** 18:4,7,21 19:13
**Paul** 153:1
**pay** 41:18 42:2,8 43:12 67:13 78:23 106:18,19 161:4,8,11 174:16,19,23 175:17 177:10,22 178:6,21 179:13,16 180:6,24 181:4 182:7 183:8 185:14 186:11,14,18,24,25 215:16 216:13,21 217:1
**paycheck** 43:13,14 78:17 107:3 175:21
**paying** 43:18,20 161:9,10 185:10
**payment** 107:2 176:12 181:15,16
**pays** 57:1 185:5,25 186:2, 12,15,18
**PBS** 30:11,12,14 45:23 201:4 202:11,19 225:1
**pecking** 164:10
**peers** 212:21
**penalties** 7:3
**people** 7:4 10:1 11:23 19:19 30:3 32:24 37:24 45:1 55:7,9 133:9 147:4 155:8 160:5 164:21,22 165:13,15 170:20 189:13 212:13 220:8
**perceived** 119:14
**percent** 39:21
**percentage** 41:21 182:24
**perfectly** 112:22 178:16
**perform** 135:21 136:2,7 137:1 193:23
**performance** 136:3 178:2 187:14 188:2,6,15 199:20
**period** 15:16,20 27:21,25 29:23 46:9 49:22 52:9,12 85:25 86:1 121:17 125:1,2 126:2 135:19 172:6 174:19,23 178:22 180:6 182:14 191:5 193:8,21 198:2 199:1 208:6 218:8 225:3
**periods** 40:14 85:2
**permission** 121:4
**person** 18:10 23:12 39:8 48:21 49:4 91:12 151:12 162:23 189:23
**personal** 18:9 43:4 163:23
**personally** 17:21 81:2 170:6 177:12 229:10
**Petersen** 5:7,9 18:3,16,18 43:23,25 44:2 51:14,19 53:15,16 62:13,17 63:9,12, 19,22 64:5,7 65:21,22 66:20 67:2 70:20 75:16 83:5,10 90:16 92:9,13 93:12,17,23,24 95:6,8,18 96:23,25 97:17,19 100:11, 16,19 102:3,7 104:12,16 109:14 118:21,24 120:21, 24 122:10,13,16 128:14 136:20,21 137:6,24 138:8, 11 143:5,7 146:11,12 151:22 155:23,25 156:4 157:11,16,19 171:14,17 172:20 173:3,12,13,23,24 174:3 180:3,4,17 183:25 184:9,10 187:6,11 189:3,5, 17,21 190:14,17 191:1 192:13 197:20 200:21 202:4 203:5 206:3,14,20 211:13,16 214:4,7 219:2 220:18,23 226:2,10 229:6, 7 230:19,25 231:5,16,21
**phase** 103:14
**Phoenix** 152:18
**phone** 11:22,25 16:7,8 56:22 87:20 103:24 114:22 115:23,24,25 156:20 177:11 192:2
**photographer** 10:11
**photography** 106:12
**phrase** 136:15
**phrased** 136:13
**PHX** 152:18
**physically** 205:6
**PIC** 208:17,19
**pick** 89:19 139:15 154:23 160:19,24 161:15 165:7 211:21
**picked** 27:24 28:2 117:13 166:13
**picture** 64:10
**piece** 140:4,22 229:8,12
**pile** 212:8
**pilot** 9:24 12:2,8 14:1 19:13,19 20:22 21:1,3 22:11 24:3,17 26:3 28:10, 23 31:8,11,16 34:3,11,18, 22,24,25 35:3 37:5,18,21 39:21 44:3 45:12 46:11 49:5,10,20 50:4,22 52:24 58:2,4 59:6,14 60:21 75:23,25 76:17,19,24,25 77:4,6,12 78:2,5 82:23 84:24 85:14,21 86:3,9,19 88:5 89:9,18 91:10 105:24 106:1,23 109:9 121:2,7 124:11 131:11 135:14,22 137:2 144:22 149:21 151:11,17 157:24 158:2,14 162:15 165:22 166:10 182:25 188:21,22,23 192:6 193:24 196:9 199:2 200:8, 11 201:16,19,20 203:13 205:3 208:17,19 209:25 212:5,7 213:1,3,4 214:20, 22,23 215:24 216:4,6,12, 21 220:14 221:10,12 230:11
**pilot's** 10:18 12:17 13:8 76:3 204:7 215:25
**pilots** 10:2 11:14 28:21 33:17 34:6,7,16 35:4,6,11, 13,24 36:2,10 37:9,20 38:19 39:12 46:5,8,10,16 47:10,23 48:6,18,24 49:7, 14 50:18 54:24 56:15 57:1, 19 58:14 59:12,22 74:4,5, 11 75:7,24 76:22 78:6,14 83:14 85:4,5,8,13,17 86:7 88:14,16,17 103:7,11 108:23 109:1,2 129:14,17 130:10,15,18,20 131:13 133:7 138:24 139:4 142:9 144:20 145:13,17,21 146:5,8 147:13 149:16 150:5 153:25 154:7,8,9,11 161:4,23 164:12 165:5 175:1 194:18,23 204:7 211:24 212:9 213:22 217:2 222:19,24 223:3,5
**pilots'** 47:1,2 144:5 222:17
**piston-powered** 109:8
**place** 8:13 28:14 39:8 54:19 63:24 65:24,25 66:6 114:6 158:18 159:9 172:22
**places** 10:4 55:10 62:3 65:18 67:8 83:16
**plaintiff** 5:3
**plan** 41:23,24 43:6,7 154:22 157:5 177:11 180:1 186:7,8
**plane** 29:6 72:5,16 85:10
**planes** 37:22 38:1 45:21 52:20 55:7 198:7
**plans** 42:24 214:18 216:13,17 219:10,15 220:1
**pleased** 132:10 148:14
**plug** 46:6
**point** 18:5 42:12,14 49:23 53:16,21 90:11 91:6 96:3 104:22 111:6 113:24 123:1,4 127:22 128:7 138:6 150:4 151:6,8 155:1 158:23 162:7 170:18 172:21,24 173:1 179:6 195:9 211:10 226:19 229:13 230:10
**points** 122:21
**police** 17:10,14 19:16
**policies** 111:12 151:13 203:7,10 204:25 214:9
**policy** 162:3 163:16 164:5 194:22 203:13 204:12 205:9,15 214:13
**pool** 86:7
**pop-up** 40:17 58:7
**portal** 184:24
**portion** 28:15 176:20 214:12 229:17
**portions** 216:10
**pose** 191:16
**posing** 191:25
**position** 18:7 19:21 31:7 64:17 68:10 69:7 76:13 83:24 90:14,17 106:1,3 108:3 110:9,11 113:15 132:7 137:2,10 196:17

212:12 216:1 225:7 229:16 230:9,12
**positions** 67:8 70:2
**positive** 186:22
**possesses** 229:12
**possibly** 71:9
**potential** 81:3 195:22 197:2 215:21
**potentially** 219:23 221:20 227:1
**power** 168:8
**powerhouse** 157:22
**PPM** 194:20 197:7
**practice** 196:13 203:7 214:8
**practices** 125:11
**predicament** 81:13 103:21 112:4
**prefer** 63:18
**preference** 153:4 166:15
**preferences** 30:11 144:22 150:10,15
**preferential** 30:13 168:13 169:6,9,10,18 201:5
**preferred** 112:20
**premium** 41:19
**premiums** 42:1 185:18
**prepared** 98:3
**present** 63:3
**present's** 63:3
**presume** 14:8 177:10
**presumed** 43:21
**presumption** 14:10
**pretax** 107:3 176:11,16 179:9
**pretty** 177:4 210:23 222:7
**prevent** 190:4 217:15
**preventive** 42:8
**previous** 111:9 171:7
**previously** 122:11 192:8
**principal** 176:11,15 179:7, 8 185:11 186:11,14
**principle** 20:5
**printed** 184:20
**prior** 10:25 209:21 210:11 224:9 228:25
**private** 37:24
**privately** 55:2 220:9
**privileges** 61:20
**probation** 199:3,5,6,20,21
**probationary** 199:1 200:4,5
**problem** 17:24 18:21 56:9 63:13 91:1 134:4 139:23 141:18 151:17 172:1 191:17,25 219:20
**problems** 108:13 157:8 169:24 224:18,20 225:8 227:10,21
**procedures** 203:10 214:9, 13
**process** 24:23 141:4 150:7 172:14 192:6 214:10
**produce** 96:2
**produced** 95:2 96:21 107:10,14
**professional** 12:18,20
**professor** 12:16 26:23
**profit** 182:20,23 183:2,3,5, 11
**profit-sharing** 182:22
**profits** 182:24
**program** 10:6 45:25 59:9 76:2,6,7 77:16,25 78:8 82:16 102:12 131:21 135:12 194:20
**prohibit** 16:10 17:13
**project** 18:1
**promotion** 105:24
**promotions** 180:22,23
**pronounce** 128:19
**pronouncing** 90:19
**prop** 37:22
**proper** 150:14
**properly** 163:21 207:19
**protect** 19:17
**protecting** 19:22
**provide** 36:24 37:7 111:10 116:21 190:11
**provided** 67:11 79:11,14 80:8 83:13 85:14 107:2 119:20 120:15 122:24 150:14 158:21 159:5 194:5 196:1 202:21,24
**providers** 179:5
**providing** 78:14 105:3 116:8
**PSA** 30:22 224:13,15 225:2,9 227:5,22
**pull** 115:12 120:3 142:22 203:25
**pulled** 98:3,21 115:15 116:2 202:15
**punctuality** 200:12
**purpose** 28:20 88:2 119:9 129:9 134:18,20 189:4
**purposes** 30:3 218:21 227:15
**pursuit** 123:1
**push** 113:21 119:4 214:25
**pushed** 46:9
**pushes** 72:5
**pushing** 113:18
**pushy** 170:20
**put** 41:15 42:3 56:2 70:18 82:25 97:7 105:13 152:3 153:11,13 155:6 170:12 175:2 177:7 185:5 197:4 201:12 211:7
**puts** 196:13
**putting** 108:20 113:5 155:6

**Q**

**qualifications** 34:14,15 59:6 213:8
**qualified** 34:17 38:6 39:12,14,16,17,19,22
**quality** 158:6 192:24
**quarter** 178:4,7
**question** 6:14,16 7:9,10 16:17 17:17 26:8 51:24 60:17 68:15 70:11,20,21 77:19 90:13 99:9 107:11 129:5 130:13 136:18 137:12 146:3 157:1 170:8, 15,16 172:2 189:16,25 190:3,6,13 193:3 219:1 226:8 229:2,5
**questions** 5:12,22 6:12,19 8:19 18:15 35:10 51:22 84:18 127:13 142:19 187:20 211:20 230:21 231:2,6
**quick** 157:3
**quicker** 154:24 164:23
**quickly** 29:19 129:12 147:6 164:20 165:12
**quit** 14:4,5,7 156:15 220:6
**quote** 56:3
**quoting** 204:4

**R**

**R-N-E** 12:6,7
**race** 169:2
**raised** 15:8 110:5 170:9
**raises** 215:13,14,15
**ran** 227:8
**random** 27:9 97:6
**randomly** 46:7
**range** 64:22
**rank** 153:8,18,19
**rank-ordered** 166:8
**rate** 177:23 178:9
**reach** 42:13
**reached** 74:21 81:11 121:10
**read** 14:23 64:8,9 98:6 118:17 119:7 152:25 198:24 205:10 206:11 231:10
**reading** 119:2,3 231:22
**ready** 51:8 87:14 89:11 90:3 113:21 118:25 154:13
**ready-reserve** 86:18,25 87:11,12,19 89:13,22 220:15
**real** 157:3 189:14
**realize** 158:20 182:11 212:3
**realized** 122:1,2 227:9
**reapplied** 203:22
**reapply** 142:23
**reason** 7:17,20 17:1 50:5 61:16 94:3 129:15,18 144:25 145:2 162:20 171:20 201:14 220:19 228:6 230:3
**reasoning** 153:7
**reasons** 50:6 86:12 167:21
**recall** 7:21 21:7 25:24 59:18 78:21 79:25 82:12 86:24 109:23 114:21 115:22,25 116:24 123:12 126:3,15 127:15 183:5 192:2 197:10 199:23 202:25 203:12,18 205:1 223:16 230:7
**receive** 41:16 94:13 127:21 183:3 215:12
**received** 26:10 126:4 188:1,3 194:24
**receiving** 127:19 144:17
**recently** 142:21 144:20 145:21
**recess** 51:18 102:6 171:16 211:15 231:4
**reckon** 191:20
**recognize** 95:22 98:5 109:14 120:9,10 123:6 143:7 151:22,25 152:1 155:14 156:4 158:8 174:8 197:20 206:4 214:12
**recollection** 7:21 65:8 78:22 142:7 203:20

204:21,23 205:14
**recommendations** 169:23 170:2
**record** 5:20 64:6 83:9 105:14 138:7,10 155:24 187:5 189:22 208:3
**red** 185:2,3
**reference** 134:13,15 200:12 223:2
**referenced** 193:4
**references** 77:15 120:1
**referred** 112:4 194:2
**referring** 163:24 169:19 194:21
**reflected** 78:17 181:7
**reflective** 97:8
**refusal** 195:3
**refuse** 57:25
**refused** 195:1
**Reg** 208:10
**regional** 26:13 48:11 66:4 69:24 70:7 92:14 93:9,15 94:20 157:22
**regionals** 11:11 48:13 74:6
**registration** 209:4,7,9
**regular** 10:3 215:12
**regularly** 17:7
**regulation** 209:24
**regulations** 68:17 111:13 163:2
**regulatory** 72:21
**reimbursed** 177:12
**reimbursement** 177:5,7, 15
**Reinach** 128:17,18,20,21, 24 132:16,19 143:2,24 149:6 170:8 230:14,16
**related** 160:13 228:24
**relates** 131:11 212:8
**relation** 15:11 182:6 192:3
**relative** 13:11 70:9
**relevancy** 189:1
**relevant** 17:17 18:14 173:18
**reliability** 194:20 200:9,12 204:6
**religion** 13:24 105:6 108:24 116:10 169:2 188:20 189:8
**religious** 15:11 16:10 17:6,9,15 18:5,15 19:14 50:6 108:24 120:3 127:11 134:18,22 135:20 150:10, 14 158:4,11 167:16 169:7 192:20 193:6,22 194:8 195:18 196:2 221:5 224:11 227:21
**relinquish** 195:17
**remain** 83:3
**remained** 213:9
**remains** 216:3
**remember** 13:4 20:12 21:9 26:6,9,10,20 43:8,12 64:15 84:11 93:1 94:21 98:25 109:25 110:16 111:16 112:7 113:9 116:6, 22 117:20 126:14 127:19 129:3 143:13,14,16 179:14,17 193:12 199:4 200:2 203:16 204:18 205:19 227:23 230:5
**remembering** 205:1
**remind** 184:7
**remove** 97:5
**rent** 79:9
**repeat** 77:19
**rephrase** 6:17 136:20 145:25 166:20
**replace** 48:3 74:7
**replied** 126:11,14
**reply** 126:13 143:18
**report** 116:19 124:18 127:4
**report-for-duty** 204:8
**reported** 92:25
**reporter** 51:16 63:11 83:7 99:13 122:15 157:14,18 200:20 207:11 214:5 231:12
**repositioning** 44:10
**represent** 5:9 99:21 109:18 202:14 203:6 224:6
**represents** 99:24
**Republic** 224:12,18,25 225:11 226:25 227:24
**reputation** 11:9
**request** 95:24 120:2 122:24 123:9,14 127:11 134:18,20 138:5 139:12 152:3,7 153:19 169:7 192:19,23 193:2,4,6,11,14, 15,17 194:1 195:18 228:25 230:1
**request-for-religious-accommodation** 192:3
**requested** 48:25 55:9,10 107:13 111:1 120:12,14 121:2,8 144:22 193:5 228:9,18 231:17
**requesting** 135:22 193:24
**requests** 22:16 24:21 133:8
**require** 7:9 37:15,18,20,21 42:19 136:9 149:24 160:23 169:20 199:13
**required** 27:15 59:17 71:21 75:22 76:19 78:13 83:16 105:6 125:20 127:6 130:9 131:8 139:2,4 140:25 143:21 144:23 163:2
**requirement** 68:17 69:2,4 209:21 210:11
**requirements** 59:3,6,12, 20 76:11 194:9 196:3 201:10
**requires** 59:21 72:25 75:11 76:12 138:23
**reschedule** 81:25
**research** 11:18
**reserve** 20:22 21:1,3 84:24 85:2,4,5,8,14,21 86:3,7,14, 20,24 87:4 88:5,17,18 151:17 164:15,16 191:8, 13,25 199:2 220:14 230:11
**reserves** 87:13
**reservist** 88:2,11 89:9,11 90:3
**reservists** 88:13,22,24 154:13,18
**resign** 105:7,13 116:12 117:9
**resignation** 115:20 117:11,13 139:8 141:2,6 203:21
**resigned** 105:15 107:16 126:23 127:22 131:20 140:9 204:1 229:16,21,22
**resigning** 116:18
**resources** 123:3
**respond** 5:23 6:15 14:20 126:5,7,11
**responded** 126:10 135:5
**responder** 17:10
**response** 49:17 119:23 120:6,25 121:1 122:19 123:8 134:15 137:21 155:15 156:10 157:1 170:25 192:19 224:15
**responses** 6:7
**responsibilities** 15:21
**responsibility** 204:7
**responsible** 198:1 223:11
**rest** 15:20 59:18 124:24 132:6 162:19 165:25 166:1 208:6,20,21 209:18,19,21 210:1
**rested** 210:11
**restricted** 76:23,25
**restriction** 77:3
**restrictions** 163:13
**result** 5:20 57:9 195:4 218:18
**resume** 64:19 66:1 117:14 126:25
**resuming** 148:19 149:12
**retain** 19:18
**retirements** 74:5
**retiring** 219:22
**return** 205:5
**returns** 132:1
**revenue** 58:17 98:14
**review** 65:4 144:19 187:14
**reviewed** 171:1 203:20 205:15
**reviewing** 203:18
**reviews** 188:2,6 199:20
**revoked** 13:8
**ride** 44:16 84:1
**right-hand** 207:7
**ring** 163:17 203:20
**rise** 154:23
**risk** 220:14
**risks** 189:14 190:7
**robust** 129:20
**robustly** 60:5
**rolled** 80:24
**rotation** 40:12 56:5
**rotations** 34:5
**roughing** 183:17
**roughly** 37:14 68:22 108:21 180:21
**round** 178:12,15
**route** 140:23
**routes** 33:21 74:8
**rules** 5:14 160:13 163:12 190:1
**run** 53:3 57:11 224:18
**running** 134:2
**runs** 190:6

S

**S-T-E-P-H-E-N** 25:3
**S-T-E-V-E-N** 25:3
**SA** 178:24

**Sabbath** 15:12,15 16:11, 20 17:4,5,8,14,25 18:10 19:2,4,8,24 20:1,14,16,21 21:21 22:4,18 23:24 24:11 27:12,15,20,23,25 29:23 32:23 48:22 52:3,5,23 53:9,13,19,24,25 55:21 56:12 57:2,6,7,16 58:22 74:24 75:2 80:23 81:6,10 85:3 89:11,16 90:4,5 108:9,10,20 110:5 111:2,3, 5 112:12,15,21 130:3 131:22 132:2,8 133:2 136:4,9 137:3,9 144:14,15 148:17,19,24 149:11,21 150:16,22 153:21 155:17 156:24 158:10,17 159:1,11 164:9 167:20 168:9 172:3, 15 191:24 193:8 217:13 218:7,24 220:15 224:21 225:23 227:10,21 229:18

**sabbaths** 29:10,13

**SAD** 204:15,20

**safely** 29:2

**safety** 167:15 192:24

**Saint** 153:1

**salaried** 174:24

**salary** 41:4,6 100:14 101:13,15 106:24 177:17 180:5,16 182:19 183:12 209:10 215:17

**Salt** 82:19 83:11 84:9 102:13,14 103:17 153:2 165:8

**San** 153:2 165:1

**SAP** 225:2

**SAPA** 222:18 223:1,4,8,15, 23 224:4,6

**sat** 89:10,22 115:7 164:15 188:10

**satisfied** 49:24

**Saturday** 15:16,24 19:9 20:2 21:21 22:3 23:24,25 32:16,17,21 33:8,14 46:19, 22 50:5,9 51:12 52:8,16 53:8,10,12,13,18,23 55:21, 22 56:5 58:1,15 60:20 81:10,14 82:2,9,13 89:10 90:4,6 109:19 121:9,17 123:15 130:9,21 131:9 134:12 135:19 136:17 137:9 138:16 139:25 143:21 144:3,14,24 145:15,23,24 146:4,9 151:10 153:21 162:19 164:8 172:8 189:7 191:7,9, 13 193:21 195:2 226:15 230:10

**Saturdays** 27:20 49:5,11 56:16 58:6 60:15 130:15 131:15 137:20 138:4 139:19 148:5,9 151:18 159:23 189:12 192:7 218:7

**save** 65:10

**savings** 41:25 42:4,10,19 185:4 186:8

**scale** 180:24 215:16 216:21

**schedule** 11:18,22,25 13:19,22 22:17 24:18 27:1, 5 30:10 40:4,8 45:9,14,20, 23 46:7 50:23,24 52:9,12 56:1,8 58:11,12 67:10 74:15,22 81:7,9 89:20 95:25 96:5,9,16 97:2,8 99:10,11,12,14 100:17 103:3,19 111:23 112:14 113:7 121:5 123:2 135:13 139:9 144:23 158:21,25 163:22 164:18,24 196:14 217:17,20,25 221:6,19 225:2 226:15

**scheduled** 17:7 22:16 24:22 40:13,19 52:13 54:15 56:19 81:10 82:9,12 85:17 89:9,17 90:3 101:3,6 103:6 110:4 112:16 113:25 114:7 124:25 125:13 126:18 133:7 135:18 191:6,8,12 193:7,20 195:2 204:14 220:15

**schedules** 29:18 34:4 122:6 129:22 144:19 147:19 148:6,7,14,15,23

**scheduling** 46:1 49:7 53:4 56:2 81:12 91:8 96:3 122:24 144:10,13,22 151:11 157:9 158:14 191:20,25 193:2 196:24 218:21 225:8

**school** 9:5,6,8,13 27:6 28:25 66:1 78:9 119:19 134:6 204:24

**scope** 190:3

**Scott** 5:9 43:24 53:7 62:12 64:2 65:15,17 90:14 95:2 96:22 97:16 100:10 118:19 146:10 171:12 179:22 180:15 187:10 189:1 190:8 206:13

**screen** 5:18 113:14 184:15

**screenshot** 184:23

**scroll** 185:7 207:19 208:4

**SEA** 152:12

**seat** 61:20

**Seattle** 152:12 154:20 165:1

**Seattle-based** 201:19

**second-in-command** 31:20

**secretaries** 115:21

**secretary** 103:24,25

**section** 202:8 203:5,9

**sections** 32:4

**secure** 217:13,20 218:24

**secured** 217:24

**security** 175:24 200:4

**seek** 215:9

**seeking** 135:6

**select** 159:24,25

**selected** 145:21 147:12 160:2

**selection** 211:21

**sell** 187:9

**send** 120:17 231:11

**senior** 35:6 88:14,17 130:10,14 147:13 154:24 164:12 168:7 212:6 217:12

**seniority** 22:12 29:16,19, 21,25 30:6,8 33:20,23,25 34:7,13,15 35:18 45:10 46:3,16 47:12,21 129:20, 24 130:2,8 131:4,7,15 132:13 139:13,14,15,21 145:10 149:25 150:11,13, 16 153:17 154:1,2 164:14, 20,23 165:11 166:3,6,9,18, 19 167:3 168:5,16 201:3,8, 9 212:3,4,8,15,17,21 213:1,4,5,8,14,17,20 217:10,16 218:4,10,11,12, 20,21 221:16 222:7,13,14 223:9 224:24

**seniority-based** 50:15

**sense** 5:24 6:10 7:11 91:24 136:22 143:23 200:14

**sentence** 125:22 129:23 130:4 131:10 132:6 144:7 145:12 149:9,14 150:8 157:3,25 159:8 167:17 168:12,14,23 169:19

**sentences** 158:19

**separate** 43:7 95:12 182:18,20 196:24

**September** 69:15,16,22 71:2 190:21 191:4,11,24

**sequences** 113:18

**serve** 19:16

**serves** 189:4

**serving** 19:22

**session** 81:11 82:6 103:10 113:1 124:9 133:11 229:18

**sessions** 113:2,25 124:2

**set** 24:19 166:6

**seventh** 19:7

**Seventh-day** 13:25 15:1, 7,14 18:6,20 19:6 24:1 48:19 110:22 121:10 134:23 145:17 148:16 188:17 189:23

**SFO** 153:2

**shaken** 6:5

**shaking** 6:3

**Shane** 5:2 8:1 17:18 18:14, 18 44:2 49:11 53:8,9,11 70:14 93:21 95:23 100:13 104:9 231:11

**shared** 24:14 58:25 85:1 141:8

**sharing** 182:21,23 183:2, 4,5,11

**shift** 123:4 124:18 125:4, 20 129:21 140:3,13 151:16,18 159:6,14,16,18 160:11 161:9,14,17 162:9, 10,11,12 194:14 195:3 196:24

**shifts** 123:21 125:9,14 135:18 161:5 162:3 165:13 172:7 193:20 196:10

**short** 61:15 68:8 146:22 154:17 156:13 171:13 187:10

**short-** 87:12

**short-call** 86:25 87:1,4

**short-term** 180:1

**shorter** 87:2 172:4

**shortly** 127:23

**show** 19:19 46:13 62:5 91:13 96:11,12,18 100:23, 25 101:2 105:6,7 116:10, 11 117:9 118:15 128:10 140:20 142:24 151:19 155:11,23 173:25 176:3 178:25 190:17 192:10 197:16 200:18 201:25 202:16 203:2 205:23 209:15 214:3

**showed** 104:20 187:24

**showing** 92:2 109:10 118:5 126:25 199:15 214:7

**shown** 94:11 97:1 223:20

**shows** 94:1,8,18 99:18,23 177:5,18 180:7 182:17,18, 20 184:25 185:17,22 186:1 208:19 209:11 210:19

**shrink** 184:11,13

**shrinks** 172:4

**shuttle** 79:21,23,24,25

**sic** 63:20 174:9 208:18

**sick** 86:9 89:25 91:18 151:2,3 175:6,8,9,13 205:2,5
**sick-leave** 205:4
**sign** 195:22 197:1,4 231:10
**signature** 195:13,15,17,21 196:4,5,15 231:17
**signature's** 195:11
**signed** 115:20 120:2 197:6
**significant** 42:13 189:8
**significantly** 222:13
**Silverhawk** 31:1,2,5,10,13 32:1 33:1,5,17,20 35:6,11, 23 36:7,12 37:6,25 38:17, 23 39:7,22 40:8 41:7,9 42:6 43:18 44:4,5,15 46:2, 15 47:3 48:8,25 50:15 51:4,23 52:1 54:6 55:14 57:1,5 58:21 61:4,23 64:18 65:1 67:20,22 68:3,13 69:13,14,23 71:1,19 72:20 76:10,12 85:5 93:3,25 94:4,9,11,19,25 96:1 98:11,17,23 177:22 184:19,25 187:15 188:2,20 189:24 214:19 215:10,13 216:8,18,22 219:14,22 224:10
**similar** 45:22 59:20 62:2 182:14 206:5 227:22
**simply** 46:21 47:20 161:16
**simulated** 113:15
**simulation** 32:8
**simulator** 27:9,16,19,22 29:1 32:9 78:11,12 81:11, 14,25 82:2,6 113:9,13 114:2,3 120:14 124:2,5,8
**simulators** 27:8 81:16,20 123:23 124:15
**sincere** 134:22 172:2
**sincerely** 19:23,24
**single** 138:13
**single-engine** 109:7
**single-pilot** 68:25
**sir** 13:9
**sit** 52:15 56:1 89:8
**sits** 86:19 87:19
**sitting** 40:24 204:17
**situated** 217:11
**situation** 16:19 18:23 22:7,8 196:25 219:16 227:8
**situations** 177:21 196:20
**six-month** 40:14
**skim** 63:23
**skimming** 64:20
**skip** 69:6
**Skywest** 5:10 10:16,18,25 11:3,7,8,12,16,19 12:11 13:14,15 14:1 16:18,23 20:16,18 21:22 22:19,22, 23 23:2,6,8,15 24:6 25:7, 19 26:4,12,18 27:2 28:10, 22 29:5,25 30:14 31:4 33:22 50:8 54:3 59:7 60:9, 20 61:22 62:2 64:24,25 65:13 67:15 68:20 69:19 70:25 72:4,13,15,23 73:11, 15,22 74:2,11 75:7,21 76:20,22 77:5,12,24 78:13, 14 79:11 80:5,8,10,11,17 81:19 82:20,25 83:12,13, 24 85:14,21 86:4,7 89:4,5, 8 90:3 105:3 106:4 107:17, 18,23 109:11 110:18 111:14 116:7,21,22,24 117:15 118:6 120:8 121:19 123:13 124:14 126:1,23 127:23,24 128:12 129:1,3, 13,17 131:11 132:12,14,22 133:1 134:15,16 135:17 137:18 138:12,21,23 139:4 141:25 142:5,9,15,25 143:16 144:13 148:22 149:5,6 151:1,23 154:8 156:9,12 157:6,21,24 158:3,5,8,12,20 159:5,16, 22 161:1,10,11,16,23 163:25 165:4,7 168:12,24 169:6,12,25 170:3 171:21 179:19 191:2 192:13,25 193:13 196:9 197:18,24,25 198:1,3,7,16 199:1 200:16 202:2 203:22 212:10 214:11 217:9 220:12 221:9 222:16,19 223:3,5,15 225:16,19 227:8,22 228:4, 7,12,16,23 229:24 230:2,4, 12
**Skywest's** 89:6 129:24 149:25 150:13 168:16,21 192:19 198:8 203:6,10 204:12 205:8 214:8 222:13 223:9 227:18 228:2,24 230:9
**slanted** 99:17
**SLC** 152:20 153:2
**slew** 178:23
**slightly** 42:21 68:21 153:11
**slip** 180:15
**slot** 81:14 112:18
**slots** 27:19
**slowly** 65:9
**small** 37:18 64:4 96:6 101:22 109:7 174:6
**social** 175:24
**society** 19:17,22
**software** 56:2 96:3
**somebody's** 163:17
**someone's** 16:21 54:17
**sort** 30:1 35:24 42:13 46:25 55:8 72:2,6 98:14 125:16 154:21 156:15 178:13 179:25 203:6 222:8 223:14,18
**sorts** 12:20 61:25
**sought** 33:2
**sound** 134:14
**sounds** 179:25 204:16
**South** 44:16
**span** 62:4
**speak** 51:5 115:10
**speaking** 13:17 21:13,15 84:10,14 159:22 160:2 172:24
**special** 168:13 169:6,9,10, 18
**specific** 38:13 75:21 122:23 179:24 193:2,3 194:1 203:17 204:18,20 205:14 221:8
**specifically** 74:18 85:13 89:13 111:18 146:7 148:13 157:9 178:3 193:19
**specifications** 55:18 111:13
**specifics** 180:2
**speculate** 90:13 172:17 219:1 220:17
**speculation** 143:22
**speculative** 151:6
**spell** 23:20
**Spencer** 190:20
**spend** 40:1
**spent** 11:21,24 40:4,7 205:19
**split** 187:7
**spoke** 24:10 25:13 26:16 27:17 84:25 142:16 146:16
**spoken** 5:13 73:10 74:14 130:18 213:22
**spot** 166:25 215:1
**spouses** 147:19
**spring** 9:7,9
**Springs** 9:17 152:15 154:21 221:18
**stability** 11:9,15
**staffed** 60:3,4
**staffing** 58:4
**stance** 168:21
**stand** 28:17 76:15 100:1
**standard** 194:17 196:8,13 203:6 214:8
**standards** 11:12
**standpoint** 106:1
**stands** 28:19
**start** 42:14 82:20 83:4 88:16 119:19 157:3 160:3 172:11 181:6,8 206:21 212:18 213:13
**started** 21:15 23:3,17 24:5,7,8 25:20 28:9 31:5, 13 35:10 36:6 69:13 100:7 105:1 124:21 134:5 155:2 158:1 171:24 197:8 203:15 221:8
**starting** 28:1 36:10 84:21 167:19 181:4 189:13
**starts** 15:15 19:8 172:7
**state** 157:4,25 159:3,13 167:10 168:3,12 169:22 175:25
**stated** 77:16 126:17 226:13
**statement** 97:3 131:3 136:1 143:19 144:2,8 147:10 174:25 175:16 204:9,10 228:22
**statements** 92:5 94:24
**states** 19:10 55:15 134:20 172:22 198:22
**stay** 36:5 88:19 102:18 140:13 164:3,22
**stayed** 141:18
**staying** 17:6 43:4 218:22
**stepping** 35:24
**steps** 111:7
**Steve** 12:5 23:11,12 27:17, 22 84:25 141:7,8 142:16, 21 164:1 213:24 224:2
**Steven** 25:2 60:9
**stick** 36:10
**sticks** 205:16
**stone** 35:24
**stopped** 50:2
**stops** 49:25
**story** 68:8 156:13
**straight** 73:4 77:21 186:1
**street** 8:6 80:2
**Strindberg** 17:16 18:13 43:24 53:7 62:12 63:17 64:2 65:15 70:14 75:14 90:12 93:16,21 95:2 96:21

97:15 100:10,12,18 104:8 118:19 122:12 136:13 137:5,22 143:3 146:6 171:12 172:16 173:2 179:22 180:14 184:6 187:9 188:25 189:4,10,19 190:2, 16 206:12,19 218:25 220:16,22 225:25 226:7 229:2 230:23 231:8,14,22
**structure** 192:25
**struggled** 108:23
**stub** 183:8
**stubs** 174:16 182:7
**stuck** 16:23
**stuff** 22:14 70:18 78:10 161:5 190:7 199:16 205:17
**sub-bullet** 123:1
**subject** 166:14 205:7
**submitted** 231:22
**subpoena** 190:8
**Subsequently** 126:22
**subsidize** 41:18
**substance** 116:4
**substantial** 101:22
**success** 158:7 160:6
**successfully** 80:20 82:15
**such-and-such** 54:18
**suggest** 74:9 75:8 135:2 139:3 224:5
**suggested** 74:10 216:8
**suggesting** 49:10 159:8
**suggests** 47:15
**suit** 5:11
**sum** 176:23 179:16 187:19
**summarize** 149:18
**summary** 116:5,6
**summer** 13:15 31:17 74:2 77:10 106:20 141:25 171:21 203:23 228:3
**summers** 106:14
**summertime** 172:10 221:2
**sun** 134:1 141:11 171:24 172:8 221:2
**Sunday** 32:19,22,23 33:2, 12,14 49:1 52:14,16 83:2 130:21 133:16 138:18 139:24 160:3 162:19 165:19
**Sundays** 138:5 148:5
**sundown** 15:15,16,23,24 16:1,3,6 19:9 20:1,2 23:24, 25 46:19,22 52:8 53:10,12, 18 58:15 80:24 90:6 103:17 114:12 121:9 123:14,15 135:19,20 139:24 141:15,17 193:21, 22
**sunlight** 172:14
**supervisor** 187:20
**support** 71:8 228:23 229:4
**supposed** 15:19 86:13 88:9 102:17 113:10
**Surface** 203:14
**surprise** 105:12 145:4,6,8 146:1,2,4 147:16
**surprised** 73:21 74:1 75:6 141:9 142:5 146:12,14
**surprising** 147:17
**surrounded** 171:4
**suspect** 39:4 85:9
**suspended** 13:8
**swap** 90:8 112:11 145:14
**swapping** 132:25
**swaps** 58:12
**switch** 82:4 92:1 103:13 120:14 164:13 212:7 217:18,25 218:5,17
**switched** 21:16,18 30:19 33:14 66:22 82:5,13 213:11 218:18
**switching** 217:8,12 220:11,20
**sworn** 5:4
**system** 29:25 30:7,8,11, 12,13 33:20,24,25 45:22 98:4 111:19,20 114:1 129:21,24 131:16 132:13, 24 133:4 135:10 150:1,11, 14,16 159:9,10,20 161:24 163:21 166:8,18,19 167:3 168:5,16,19 194:10,16 200:25 201:5,6 211:9 212:4,17 213:20 222:8,13 223:10 225:1
**systems** 78:10 111:18 114:1 222:14 224:24

**T**

**tablet** 203:14
**take-off** 72:2,5
**takeoff** 103:14 113:20 210:15
**takeoffs** 208:12 210:14
**takes** 59:10
**taking** 43:25 84:9 114:6 139:24 177:1 231:18
**talk** 6:2 9:2 20:17 61:3 62:19 64:9 69:21 84:23 96:23 104:21 111:17 112:8,9 114:18 115:13 140:24 142:14 155:4,20 159:15 173:9 199:21 205:22 220:4 223:25
**talked** 23:7 64:21,22 70:7 147:24 211:20
**talking** 12:3,19 53:8 90:6 105:18 115:24 121:6 135:2 136:6 143:24 145:18 146:15 180:15 186:3 190:7 191:19 193:11 217:4 222:18
**talks** 91:22 216:20,25
**target** 178:5
**tasked** 132:1
**taught** 20:12
**tax** 92:5 95:3 175:23,25 176:3
**taxes** 175:22
**teach** 29:1 163:21
**teacher** 103:20 112:2,6,8 114:15,17
**teachers** 112:23
**teaching** 103:11,13 133:18,19
**team** 68:9
**Teamsters** 222:25
**technology** 9:22
**telling** 225:22
**tells** 210:4
**ten** 12:13 21:10 25:23 29:1 32:10,13,15 34:4 35:7 40:12,15,23 45:3 47:12 51:25 52:1,4 55:20 78:11 95:3 96:22 165:25 215:19, 20,21 216:2 219:11
**ten-and-five** 40:12
**ten-day** 46:8
**ten-minute** 51:16
**tend** 59:8 88:13
**Tennessee** 130:25
**tenure** 168:3
**term** 53:13
**terminated** 14:6,7,8,11 48:15 116:12 117:9,14,24 127:6 140:21 229:19
**termination** 126:25 127:12,17 141:4 195:7 205:7
**terms** 17:4 41:1 45:10 47:2 59:6,13 163:2 185:17 223:9
**terribly** 220:3
**test** 29:4 78:5 82:22 83:1 84:9 103:1 111:8,21 205:20
**Testament** 17:3
**testified** 5:5 167:18 189:9
**testify** 7:18
**testimony** 226:1
**testing** 83:17,19
**texted** 121:25
**that'll** 96:19
**thing** 73:5 140:25 142:3 174:7 182:13 216:20 230:17
**thing's** 77:22
**things** 7:2 22:13 24:15 48:1 52:11 73:18,19 108:15,22 111:13 124:7 149:7 160:14 169:2 178:17 196:21 201:3,10 202:21,23
**thinking** 35:9 53:23 70:12
**thinly** 60:3
**thought** 26:13 91:3 95:10 105:25 116:16 134:8 144:2 150:2 155:3 172:18,25 187:6
**thoughts** 63:16
**thousand** 183:17
**three-day** 162:21
**Thursday** 118:12 162:22 170:23
**time** 11:3,17,21,25 13:17 15:19 16:6 20:18 22:20,23 23:3 24:10 26:25 27:3,11, 20,25 29:1,24 30:7 32:15 33:2,18 34:3 40:2,4,7 49:11,22 52:9,12 53:1 56:3 65:10 68:19,23 69:1,4,12, 18 70:3,24 71:1,17 72:19 73:3,7,23 77:8,10,20 78:20 81:24 83:15 85:25 86:1 87:1 88:10,12 90:10,22 91:1,4 96:1 97:9 101:1,7 102:5 107:16,17 110:3,6, 10,18 112:18,20,23 113:8, 9,12 114:8 115:4 117:5 120:14 121:17 123:25 124:2,5 125:1,2 126:2 127:20 132:23 133:17 134:5 135:22 139:8,22 140:2,8,16 141:1,16,25 147:1,2,9 148:10 151:13 154:14,18 159:17 160:17 162:23 163:3 164:16 166:3 168:20 171:13,15,22 182:14 183:13 187:15 191:4 193:24 194:24 199:14 201:10 203:21,22 204:8 205:9,19 208:22,23 211:7,8 213:11 225:2 231:7
**time's** 167:13

**timeanddate.com** 16:3
**timeliness** 158:7
**timely** 200:13
**times** 55:9,25 85:9 111:25 114:5 141:16 194:11 198:14,15 211:6 215:20 221:9,14
**timing-wise** 67:14
**tip** 101:16
**tips** 101:4,20
**title** 85:5 110:12
**titled** 202:11
**today** 5:17 7:13,18 167:19 189:9 204:17
**Todd** 128:17 143:2 173:2 230:14,16
**told** 20:15 22:14 24:16 27:5,9,18,24 28:4 29:14 50:12 58:24 60:13 67:15 71:4 75:4,5,18 113:17 115:9,16 123:16 127:7 129:8 134:6,8 141:10 153:9 156:16 175:1 188:5 189:7 219:18 224:16 225:4,10 226:22 227:22 230:2
**Tom** 170:8
**tonight** 124:18
**tool** 196:8
**tools** 122:25 123:17,20 130:2 135:9,10 159:4,9 194:8,10,12 196:2
**top** 35:7 47:12 68:7 207:7
**topics** 12:22
**total** 32:15 177:17 187:19 210:13
**touch** 73:18 84:15 103:23 113:14
**trade** 13:11 24:16 28:4,7 89:18 91:6 124:1,5,10,12 125:10 135:13 150:6 159:6,14 162:8,14,24 163:3,6,8,15 194:14 196:10,21
**traded** 85:1 124:6
**trades** 129:21
**trading** 22:13 123:21 131:15 132:13 135:10 150:1 162:10,12
**train** 80:11,13 120:16
**trained** 38:24 69:19
**trainee** 20:18 27:2
**training** 11:10,15 12:1 20:20 22:15 23:9,10 24:17, 18,21 26:2 27:5,16,23 28:12,13,14 31:15,25 32:3, 6,9 38:12 59:9,10 66:4 67:16 70:25 76:2,7,9 77:13,16,25 78:2,8,16,20, 24,25 79:20 80:1,6,18,21 81:5,17 82:1,2,19 83:3,14 84:3,8,18 92:14 102:12,13, 16 105:6 110:4,12,13,18 114:1 115:4 120:17 123:22 124:1 125:5,15,19,20 126:18 128:5 131:20,21 133:4,6,8,9,10,14 134:13, 15,21 135:3,8,11,18 139:10,18 140:3 142:19 144:3 148:14,15,19,20,23 149:12 150:6 166:7,22 171:6,8,10 191:12 192:1, 25 193:8,20 196:20 202:22,24 203:15 211:1,11 212:10 214:16 226:21 229:18
**transcript** 231:11,21
**transport** 28:22 75:25 76:17,24,25 77:4 78:4,12 82:23
**transportation** 79:18,19
**travel** 139:2
**treated** 225:22 226:5
**treatment** 43:3 168:13 169:7,9,11
**trick** 26:8 63:5 70:21 107:11
**trigger** 142:22
**trip** 45:14,15,18 46:4 100:7 130:23 145:15 151:9 162:18,22
**trips** 22:14 40:18 52:13 56:1,3 58:7,11 147:1,12
**true** 89:3 126:20 145:5 146:2,13 166:17 172:5 175:6,7
**truth** 7:1,4
**truthfully** 7:18
**Tuesday** 103:2 111:9,21 114:21 165:21
**tune** 192:8
**turbo** 38:7
**turboprop** 38:5,16,20 39:9,23 40:5
**turboprops** 37:23 38:3
**turn** 66:23 77:20
**turned** 67:9 150:21
**turnover** 47:17,19
**two-hour** 86:8
**type** 18:15 36:9 38:12,16, 19 190:7 208:5 209:3,6,7,8
**types** 37:25 38:1,2,3,10 99:21 133:13
**typical** 210:22
**typically** 44:19 50:21 88:16 130:10,15,22 147:20

## U

**Uber** 71:4
**uh-huh** 6:8 14:16,21 24:4 32:20 152:17 159:2 176:17 183:15 210:18
**UHC** 185:19 186:6,7
**unable** 89:21 90:8 97:5 122:23 123:13 162:13 170:3 193:1
**unannounced** 91:13
**unavoidably** 130:9 131:8 132:1 143:20 158:25
**unaware** 161:14
**underestimated** 182:8
**understand** 5:15 6:15,16, 18,21,24 7:3 27:1 47:13 51:20 53:15 65:22 70:11 71:25 72:11 81:1 85:16,20 102:8,10 111:7 123:19 130:22 135:7 137:25 159:7 164:6 166:2 167:17 168:14 171:18,19 172:21 195:6 198:3 199:5 206:11,21 211:17,18 212:23 213:6 218:14 219:3,4 222:11,16 223:6 226:17
**understanding** 21:20,24 22:25 23:13 24:9 27:3 29:11 30:15 39:6 48:6 50:7,10,11 54:13 59:2 60:19,22 71:20 72:7 77:2 83:18 85:22,24 86:3,5 87:4,18 88:15,24 89:5,6 102:16 107:12 114:4 123:24,25 124:8 138:1 149:20 159:18,19,21 160:15,23,25 161:15,19 191:10 195:1 198:6,9,12, 21 199:7,9 200:3 204:11 211:25 212:9,11,16 213:2, 18,19 217:19 218:9,16 222:10,12,15 223:8 226:6, 11
**understood** 29:25 30:6,8 89:12 161:18 163:4 190:16 195:5,8 217:23
**undesirable** 145:15 164:3,6 165:13
**unexcused** 194:18
**unforeseen** 16:17 167:11, 21
**uniform** 199:16
**union** 222:17,21,24 224:4
**unique** 30:14
**United** 55:15 172:22 198:4,10
**universe** 70:23
**university** 9:16 157:20
**unreasonable** 169:13,14
**unsold** 44:10 61:11
**unstructured** 76:6
**unwilling** 27:12 57:15 58:22 126:18
**upcoming** 111:22
**upgrade** 34:12 68:23 146:22 147:2,6 181:5 212:12,19,20 213:7 219:6 221:16
**upgraded** 181:2 212:14
**upgrades** 34:10
**uphold** 134:22
**upset** 197:12 228:13,17
**user** 202:11,12,19
**Utah** 153:3
**UTC** 208:23 211:8
**utilize** 56:7 130:2

## V

**vacation** 101:7 129:21 175:5,6,8,12,13 182:19
**vacations** 19:20
**Valley** 9:9
**varies** 44:24
**variety** 10:4
**vary** 44:23
**verbal** 188:8
**versa** 38:25
**versus** 19:13 23:3 38:4 59:4,23 87:23
**vertical** 99:17
**vice** 38:25
**view** 18:6 36:2 49:23 64:4 96:15 169:25
**viewed** 36:7
**views** 15:12
**violate** 53:18
**violation** 225:24
**visibility** 208:15
**vision** 41:12 43:7,15 61:5 176:11,12 179:8 186:14
**visit** 104:4,19
**voluntary** 186:17,23
**vying** 214:21

## W

**W-2** 92:21,25 93:9,14 94:1, 8,24 107:6
**W-2S** 92:5 93:20 94:18 95:4 183:22 184:2
**W-A-H-L-E-N** 23:22
**wage** 92:4 174:24
**wages** 92:21 94:8
**Wahlen** 23:19 25:7,18 50:8 73:10,16 74:10,14 80:15 84:10,12,13,16 141:19 161:20,21,22 164:1 214:1 223:23
**wait** 5:22 6:14 114:12 133:24 141:11 212:14,20 217:16 218:3
**waited** 213:12
**waiting** 119:5
**waiving** 196:17
**walk** 80:3
**walked** 65:25
**wanted** 11:13 29:7 34:8 44:6 61:17 103:7 124:9 146:8 152:4 155:9 156:21 157:24 160:5 161:13 164:12 165:6 170:3 171:9 190:8 191:21 212:25
**wanting** 29:16 151:20
**water** 104:8
**ways** 90:22 173:8
**weather** 16:22
**website** 168:24 184:20
**Wednesday** 82:7,10,18 104:23 115:1 162:21
**weeds** 61:2
**week** 19:8 23:14 49:1 66:14,22 79:4 102:19,20, 21,24 103:1,2 108:8 111:11 135:23 138:25 158:9 162:20 175:2 185:9 186:11,15,19 193:25 202:22
**week's** 111:9
**weekend** 56:1 113:3 130:20 131:2 133:11 160:4 162:22
**weekends** 139:2,22 146:19 147:20
**weekly** 40:9
**weeks** 40:19 44:12,14 63:4 102:17 103:4 111:15,22 175:2,3
**weighed** 105:24
**weighing** 126:17 173:5
**well-being** 167:15
**West** 8:6 165:4,6 185:20 186:5,9
**whichever** 29:6 153:11
**Whicker** 103:23 110:8 112:5,9 114:15,18 115:2 117:18 118:7,11 122:20 123:7 125:25 126:5 139:7
**Whicker's** 124:17
**Whoops** 62:8
**Wichita** 32:12
**Wicker's** 110:11
**willingness** 211:21
**Windows** 203:14
**winter** 69:20 70:25 106:17 221:1
**wintertime** 172:1,7
**withdraw** 141:23
**withdrew** 128:7 141:21,24 142:2
**withholding** 175:24,25
**withholdings** 175:23
**wizard** 64:3
**word** 53:5 132:21 200:8,11
**wording** 123:6
**words** 112:12 116:23 135:24,25 136:23
**work** 11:10,14 13:18 15:19 16:9,10,14,19 17:3,22 18:10 19:2,3,11 22:4 23:1, 8 27:12,15 30:23,24 31:1 34:4 40:11 45:24 46:18 49:5 50:9 51:23 52:1,3 55:21,24 56:17,19 57:7 58:22 60:6 66:16 67:10 71:6 72:25 73:18 74:24 94:5,9 101:6 103:19 105:5 106:13 107:15,19 111:2, 19,20 114:13 116:9 117:8 121:16,21 122:3,5,24 123:5,22 124:7 127:13 128:3 129:22 130:9,22 131:8 132:25 133:21 134:12,21 135:12,18 136:9 137:8,20 138:4,5 140:2,13 142:1 143:21 144:3,14,15, 23 145:15 146:18,25 147:18 148:18 149:11,19, 20,24 151:16 153:22 155:16 156:24 157:23 160:13 161:17 162:1 163:11 164:9 165:15 168:6,15,17 169:24 171:24 174:25 177:24 182:12 191:7 193:2,8,20 194:18 195:1,3 213:20,22 217:14 218:24 225:17,23 227:10 229:3,17,20 230:10
**worked** 10:24 12:10 20:13, 15 21:6,21 22:23 24:11 31:2 32:19 48:14 51:12 60:14,20 66:13,17 75:1 92:17 93:18 95:25 106:14, 16 107:15,22 145:22,24 150:23 156:13 162:1,4,6 174:22 175:2,3 182:1 189:6,12 201:1 209:12,14 210:21 212:24
**working** 11:19,21,23 14:2, 12,18 17:13 18:22 19:24, 25 23:14,23 24:5 29:9 34:3 56:6,24 60:9,12 69:13 72:16 75:11 105:23 106:8 108:8,9,10,19 111:5 112:11,15,21 113:8 130:3, 11,15 131:11,14 132:1 133:1 136:17 137:3 149:21 150:16 151:17 158:10,25 159:10,23 160:21 168:9 177:23 178:10 208:11 224:10
**works** 14:3 41:24 46:2 141:4 160:13 189:14 196:9 225:3
**world** 15:21
**worse** 47:20
**worship** 172:3
**worst** 45:18 211:22,23
**worth** 189:9
**write** 134:25 176:23 219:18
**writes** 176:22
**writing** 5:18,21 137:17 143:18 162:4 184:6 188:7 195:19 196:15 223:17
**written** 15:17 68:17 78:5 82:22 140:22 162:2 187:14 194:22
**wrong** 152:20
**wrote** 134:24 135:1 159:17 170:11 195:20 196:25 197:13

## X

**XVG** 208:9

## Y

**year** 13:4 21:4 40:14 41:8 42:6 44:25 74:15,16,25 75:2 94:4 101:25 102:2 106:23,24 133:25 138:13, 25 139:5 147:5 171:22 172:4 175:10,11,12 177:7, 15 180:5,16 181:4,9,21 182:2 183:1 188:4 199:24 215:17,20 219:17 220:8
**year-end** 181:15
**year-to-date** 174:16 177:17 178:12
**yearly** 215:12,14
**years** 8:9 12:13 13:1 15:10 21:11 25:21 36:7 47:16,22 73:3 130:7 131:6 132:2 182:17 183:22 184:4,5 212:25 213:1,3,13 214:19 215:19,22 216:2 219:11
**years'** 48:8
**yellow** 97:12,25 98:22
**yeses** 6:7
**you-all** 66:21
**young** 5:17
**younger** 22:13

## Z

**zipping** 62:8
**Zoom** 5:9,19 77:22

# EXHIBIT 3

# Remote Deposition of

# Todd C. Emerson



Date: October 2, 2020

Case: Cassell vs. SkyWest, Inc.

Civil No: 2:19-cv-00149-jnp-dao

*Reporter: Susette M. Snider, CSR, CRR, RPR*

ASSOCIATED REPORTING & VIDEO

*Next-Level Litigation Support*

The Owyhee
1109 Main Street, Suite 220
Boise, Idaho 83702

Phone: (208) 343-4004
Facsimile: (208) 343-4002
production@arvboise.com
arvboise.com

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| SHANE ANDREW CASSELL,<br>Plaintiff,<br>vs.<br>SKYWEST, INC., d/b/a SKYWEST AIRLINES,<br>Defendant. | Civil No. 2:19-cv-00149-jnp-dao<br>Judge Jill N. Parrish<br>Magistrate JudgeDaphne A. Oberg |

REMOTE DEPOSITION OF TODD C. EMERSON

October 2, 2020

Salt Lake City, Utah

Repored by: Susette M. Snider, CSR, CRR, RPR

REMOTE DEPOSITION OF TODD C. EMERSON

BE IT REMEMBERED that the remote deposition of TODD C. EMERSON was taken via videoconference by the Plaintiff before Associated Reporting & Video, Susette M. Snider, Court Reporter in and for the County of Salt Lake, State of Utah, on Friday, the 2nd day of October 2020, commencing at the hour of 10:03 a.m. in the above-entitled matter.

APPEARANCES (Remotely):

For the Plaintiff: STRINDBERG & SCHOLNICK, LLC
By: Erik Strindberg, Esq.
1516 West Hays Street
Boise, Idaho 83702
Telephone: (208) 336-1788
Facsimile: (208) 287-3708
erik@utahjobjustice.com

ASSOCIATED GENERAL COUNSEL
GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS
By: Todd R. McFarkabd, Esq.
12501 Old Columbia Pike
Silver Springs, Maryland 20902-6600
Telephone: (301) 680-6321
Facsimile: (301) 680-6329
mcfarlandt@gc.adventist.org

For the Defendant: FABIAN VANCOTT
By: Scott M. Petersen, Esq.
215 South State Street, Suite 1200
Salt Lake City, Utah 84111
Telephone: (801) 531-8900
Facsimile: (801) 596-2814
spetersen@fabianvancott.com



I N D E X

E X A M I N A T I O N


| TODD C. EMERSON | PAGE |
|---|---|
| By: Mr. Strindberg | 5 |


E X H I B I T S


| NO. | | PAGE |
|---|---|---|
| 23. | Email chain ending with a December 2, 2016 Email from Jake Whicker to Shane Cassell, CASSELL 004-005 | 21 |
| 24. | December 4, 2016 Email from Alan Reinach to Coy Bryant, CASSELL 006 | 30 |
| 25. | December 8, 2016 letter from Todd C. Emerson to Alan Reinach, CASSELL 007-008 | 32 |
| 26. | SkyWest Airlines Pilot Policy Manual, Skywest 389 to Skywest 586 | 44 |
| 27. | February 3, 2017 letter from Todd C. Emerson to Alan J. Reinach, CASSELL 010-011 | 100 |
| 28. | Email chain ending with a February 6, 2017 Email from Todd Emerson to Alan Reinach and Johanna Baker, SkyWest_000003 to 000004 | 117 |
| 29. | Skywest form letter from Chandler Larsen to Shane Cassell, CASSELL 161-162 | 120 |
| 30. | Email chain ending with a June 26, 2017 Email from Chandler Larsen to Monica Sorensen, SkyWest 000081 | 121 |




EXHIBITS (Contd.)


| NO. | | PAGE |
|---|---|---|
| 31. | June 26, 2017 Email from Chandler Larsen to Coy Bryant and Maime Sorensen, SkyWest_000005 | 127 |
| 32. | June 29., 2017 memo from Shane Cassell to Coy Bryant, CASSELL 020 | 131 |
| 33. | Partially redacted Email chain starting with a July 11, 2017 Email from Coy Bryant to Roy Glassey, SkyWest_000009-10 | 134 |
| 34. | July 12, 2017 SkyWest form letter from SkyWest Airlines Recruitment to Shane Cassell, CASSELL 176 | 143 |
| 35. | Position statement of SkyWest Airlines, SkyWest_000012-15 | 148 |




P R O C E E D I N G S

TODD C. EMERSON,
called as a witness, having been first duly sworn remotely, was examined and testified as follows:

EXAMINATION

BY MR. STRINDBERG:

**Q. Please state your full name.**

A. Todd Covey Emerson.

**Q. And your current address?**

A. Work?

**Q. Sure. That's fine.**

A. [redacted]

**Q. May I call you by your first name?**

A. Please.

**Q. So, Todd, I imagine, I could be wrong, that you're fairly familiar with depositions, so I'm not going to go over the preliminaries with you.**

**How long have you been with SkyWest?**

A. Seventeen years.

**Q. And what position do you currently hold with SkyWest?**

A. I'm the director of government and legal

affairs.
**Q. And have you always had that position, Todd?**
A. Yes.
**Q. What involvement, if any, do you have with -- I guess you guys call it the employee relations department?**
A. Yes.
**Q. What involvement do you have with that department?**
A. Generally employee relations works independently of me, but when they run into problems that require legal advice or when a lawyer pops up in one of their cases, then they will walk it over to me seeking legal advice or hand the case off to me to communicate with counsel for the employee or whoever is grieving.
**Q. Okay. Are you the only attorney that SkyWest has, in-house attorney?**
A. Yes.
**Q. And who -- who is the director of employee relations currently?**
A. Casey Madsen, spelled with a C.
**Q. Is that a man or a woman?**
A. That's a man.



**Q. And was Casey Madsen the head of employee relations in 2016 and 2017?**
A. Yes.
**Q. And I assume that Mr. Madsen is located in St. George along with you somewhere?**
A. Yes. We're in the same building.
**Q. How did you become involved in the Shane Cassell issue on his request for accommodation?**
A. I believe my first involvement was when I was contacted by employee relation manager Coy Bryant, who told me he had been contacted by a lawyer representing Mr. Cassell.
MR. STRINDBERG: Let me pull up -- it's offering to give me a tour. I don't want a tour.
MR. PETERSEN: Hit the share screen.
MR. STRINDBERG: Yeah, I want to make sure I have the right screen. Okay.
**Q. (By Mr. Strindberg) Todd, can you see this? This is an Email, I believe, from Alan to Coy Bryant. Were you shown this Email?**
A. Yes.
MR. PETERSEN: Hold on. What time period are you talking about? Are you talking about the time that Coy first spoke with him, Erik?
MR. STRINDBERG: Yeah. I was just about



to get to that. Thanks.
MR. PETERSEN: All right.
**Q. (By Mr. Strindberg) Do you recall when Coy Bryant first contacted you about Mr. Cassell and his request for an accommodation?**
A. I am estimating. I don't have a specific independent recollection, but I'm estimating that Mr. Bryant contacted me on December 5th, 2016, and showed me this Email from Mr. Reinach. That would have been my first involvement in the matter.
**Q. And what did Mr. Bryant tell you about the Shane Cassell situation?**
**Q. He told me that he had received this Email from Mr. Reinach, and I asked him to -- he explained the case to me, and he told me that a trainee pilot, who was a Seventh-Day Adventist, had asked for guaranteed Saturday-free work -- I should say sabbath free, as he counts his sabbath from Friday sundown to Saturday sundown, and that they had gone through the interactive process, "they" being Mr. Bryant, consulting with Jake Whicker, who is a trainer in Salt Lake City, and Mr. Cassell to talk about the rigors of the training course and line flying and what accommodations should be made to help him avoid sabbath work, but that they could not guarantee he**



**would never be assigned Saturday work, that he would thereafter have to decline for some reason and have a conflict with his requirement to be able to fly.**
**Q. Did Coy Bryant use the word "guarantee"? In other words, did he say that Shane was asking him to guarantee that he wouldn't work on the sabbath?**
A. I don't recall if he used the word "guarantee." The conflict boiled down to there were certain instances where Mr. Cassell would be willing to violate his sabbath and others where he would not; but after talking about the reasonable accommodation, the tools, the scheduling, the systems available to him at the end of that process, Mr. Cassell indicated that it was insufficient for his needs and he would still run afoul of his sabbath if that system did not produce a schedule or a result where he was free from sabbath labor.
**Q. Did Mr. Bryant, when he talked with you, tell you what reasonable accommodations and tools that he and Jake Whitaker [sic] had talked with Shane Cassell about?**
A. Jake Whicker, W-i-c-k-e-r [sic].
**Q. Yes. Sorry.**
A. Yes.
**Q. What did he tell you they said to**

**Mr. Cassell about possible accommodations?**
A. He said they discussed the preferential bidding system and seniority scheduling systems used by SkyWest from the first day of training that flowed into line flying and the tools available in those systems to add, drop, swap, trade, bid-avoid, use vacation, all of the different avenues you could adjust -- I'm sorry -- that you could request a particular schedule, and if that schedule was undesirable, you could use other tools to modify that schedule. That's what he discussed with Mr. Cassell.
**Q. And he relayed this to you when he talked with you on or about December 5th?**
A. Yes.
**Q. And I gather that neither Coy Bryant or Jake Whicker are still with SkyWest. Is that correct?**
A. Coy Bryant is not with SkyWest. I don't know about Jake Whicker.
**Q. And what position did Jake have?**
A. He was a training instructor in Salt Lake City. I don't know his specific job title, but he would have led other trainers and supervise them as they ran training classes. He might have done some training himself.



**Q. Did Mr. Bryant, when he talked with you -- first of all, was that an in-person conversation with Mr. Bryant?**
A. Yes.
**Q. And where did it take place?**
A. Right here in this office.
**Q. Did Mr. Bryant discuss with you or tell you what the issue had been when Mr. Cassell was in training?**
A. Yes.
**Q. What did he tell you in that regard?**
A. He told me that Mr. Cassell had been scheduled for matrix training, and that training would violate Mr. Whicker's sabbath because it began on a Friday afternoon or evening and was scheduled to continue past sundown Friday, that Mr. Cassell was unwilling to do that because it violated his religious tenet of not working on the sabbath.
**Q. Did you ask Mr. Bryant if he and Mr. Whicker had explored options for rescheduling that matrix training?**
A. Yes.
**Q. And what did Mr. Bryant say when you asked him?**
A. Mr. Strindberg, I don't recall.



**Q. Erik, please. We've known each other for a while.**
A. Erik, I don't recall. It's either Mr. Bryant or Mr. Whicker who answers my questions about how matrix training -- and I would think Mr. Whicker as the person who conducts it. So whether I got this information from Mr. Bryant or Mr. Whicker, I was informed that the training was tightly scheduled and regulated, that it was done with a partner. You sat at a computer screen that was very close to a flight simulator, but not a flight simulator, and you and your partner working together as a mock flight crew operated this matrix computer for several hours together as a team and that this training needed to be unbroken because immediately the class moves on to the next thing. So rescheduling it would not just mean rescheduling Mr. Cassell but also another classmate who would need to sit with him and operate the matrix in tandem.
They also told me, and I knew independently, that even missing one day of training, particularly at the early stages, would require the trainee to reboot and start over. For example, if they called in sick that day and said, I have the flu, they would not reschedule that class. That



trainee would be pulled from class and then would have to restart training at another class in the future, to highlight the rigorous-type, fast, compacted nature of training to get these pilots on line as fast as possible.
**Q. I gather from what you're saying that at some point you talked with Jake Whicker. Is that correct?**
A. Yes.
**Q. And I'll represent to you that the response -- and we'll look at it in a moment -- your response to Alan Reinach was dated December 8th, 2016.**
A. Yes.
**Q. Does that help you place when you talked with Jake Whicker?**
A. Yes.
**Q. When did you talk with Jake?**
A. Sometime between December 5th and December 8th.
**Q. Was Coy Bryant involved in that conversation when you talked with Jake?**
A. I don't recall if he was present when I telephoned Mr. Whicker.
**Q. Go back for a moment to Coy Bryant, the**

Page 14

**conversation you had with Coy Bryant. Is there anything you recall discussing with Coy Bryant on or about December 5th, 2016?**
A. Not that I can recall at this moment.
**Q. Did Coy show you any of the documents that had been created back when the training issue came up?**
A. Coy came into my office with his file.
**Q. Okay.**
A. In that file there was paperwork. I can't remember, as I sit here today, what I examined with him on December 5th. I have at some point seen the memorandum of accommodation that was signed by Mr. Whicker and by Mr. Cassell. That might have been on December 5th, Erik. It might have been sometime after. I can't tell.
**Q. Okay. I appreciate that.**
**Let me just show you a couple of documents. Maybe that will refresh you. Do you remember if this was one of the documents that you were shown by Coy Bryant on or about December 5th?**
A. I don't recall if this is one of the documents I saw on December 5th.
**Q. Let me scroll up through it. Included with it is this -- and if you can't read it, I can**

Page 15

**blow it up again -- is the request for religious accommodation that Mr. Cassell had filled out back in November. Did Coy show you that document on or about December 5th?**
A. Yes.
**Q. Let me show you another document. Did Coy show you this document on or about December 5th?**
A. I believe so.
**Q. I gather from what you're saying, Todd, that you were not consulted about this memorandum of agreement back in October of 2016?**
MR. PETERSEN: Hold on. I just want to caution the witness.
Don't testify about any attorney-client discussions that -- the fact of being consulted is fine, but don't go any further.
**Q. (By Mr. Strindberg) Unless you want to, Todd.**
MR. PETERSEN: I'm instructing you not to go any further.
MR. STRINDBERG: I understand.
THE WITNESS: I'm going to take a minute and read this.
**Q. (By Mr. Strindberg) Okay.**
A. There's nothing I can tell you about this

Page 16

document. I don't know who wrote it, whether it was Mr. Bryant or Mr. Whicker. Our standard procedure would be for Mr. Bryant to write it in consultation with Mr. Whicker for accuracy and also a plain understanding of how things work in CRJ training and flight operations.
I sometimes review documents like this for a legal consult. I don't remember if I was involved, if I reviewed or edited or gave any legal advice on this document. It's possible, but I don't have an independent memory of being involved with either reviewing or editing or commenting on this document. I do know clearly that it was reviewed by me at least as early as December 5th.
**Q. So what you're saying is you don't remember if you were consulted back in October, but you did review this document prior to responding to Alan Reinach's Email?**
A. That's true. It would be -- it wouldn't be uncommon for Coy to walk something like this to me and say, Would you look at it; this is a tough one. But I don't know if he did. I don't remember. For me the memory sparks at the start of the Reinach Email, my involvement in this matter.
**Q. Okay. I want to highlight here the phrase**

Page 17

**"domicile staffing." Did Mr. Bryant talk with you about domicile staffing?**
A. Yes.
**Q. And what did he say about domicile staffing?**
MR. PETERSEN: For clarification, we're talking about that December 5th time frame?
MR. STRINDBERG: Yes. Thank you, Scott.
THE WITNESS: Domicile staffing relates to post-training and line flying employment. And so when me and Mr. Bryant spoke about that, it would have been in relation to what happens after training. Like I said, I didn't write this, but my understanding as I read this is they're communicating to Mr. Cassell that they're talking about scheduling him as a pilot, not in addition to training, but what he's going to encounter over the course of his career. We're not hiring trainees. We're hiring pilots, of course, to go out and fly.
**Q. (By Mr. Strindberg) Did he explain, though, what he meant by domicile staffing?**
A. Well, if your question is did we talk about this document and ask -- did I ask him what he meant by domicile staffing when he wrote it, I don't remember a conversation like that. When we talked

Page 18

about a reasonable accommodation, what had been done so far for Mr. Cassell and what could be done in the future, we certainly discussed domicile staffing.

**Q. And what in regards to domicile staffing? In other words, how would that affect -- well, did you discuss how domicile staffing might affect someone's ability to avoid working on the sabbath?**

A. We did.

**Q. And what did you and Coy discuss?**

A. I don't have an independent recollection of what we discussed with domicile staffing. But Coy had been with SkyWest for maybe two to three years at that point, and I had been with SkyWest maybe 15, 14 at that point. I wanted to make sure he understood how domicile staffing worked. He's focused, of course, on fixing the training problem, but do we also understand as we divide any kind of accommodation for him that when he hits his first domicile, he will be a reserve with no schedule, typically has to work what other pilots are unwilling or didn't want to work, called in for sick days. And it's going to have an impact certainly on weekends. So having -- making sure that Coy understood, and he did, what happens next with trainees when they enter line flying.

Page 19

**Q. Is it your understanding that in some domiciles -- I think Mr. Glassey has talked about junior domiciles -- that pilots move up the seniority list more quickly than other domiciles.**

A. How pilots move up the seniority list is independent from which domicile they're at. The concepts are not related.

**Q. I understand. But the bidding for lines with flights is done by domicile, correct?**

A. Correct.

**Q. And in some domiciles I assume that there's more pilots leaving, which would affect your ability to bid a better line, better flights, correct? People above you on the seniority list are leaving their domicile, correct?**

A. Yes.

**Q. And, also, when a domicile is adding a lot of junior pilots with less seniority than you, that would also impact your ability to bid lines, correct?**

A. Yes.

**Q. You didn't discuss that with Coy, though?**

A. I don't recall.

**Q. Let's go -- okay. One other document I want to have you look at. Did Coy show you or did Jake Whicker show you this Email which was between**

Page 20

**Whicker and Cassell?**

MR. PETERSEN: Which Email? You're not showing us anything, Erik.

MR. STRINDBERG: Ah. Sorry. I forgot.

MR. PETERSEN: By the way, I just want to point out, too, I'm not sure you're identifying by Bates number the items you've shown so for, so I don't know what kind of record we're going to be looking at.

THE WITNESS: We'll start over. Let's just scratch and go back to 10:05.

MR. STRINDBERG: Thank you, Scott, for telling me.

In that regard, the document that I showed to Todd first, which was Alan's Email, Alan Reinach's Email to Coy Bryant dated December 4th, is marked CASSELL 6. We then looked at the form that had -- well, let me just pull it up. We then looked at what was Exhibit 6, which is SkyWest 17 through 19, and that is the Email that Shane wrote along with the request for religious accommodation that he made.

And then we were looking at -- we were talking about the memorandum of agreement for religious accommodation request. We were looking at Exhibit 14, which was SkyWest 21.

Page 21

Thank you for pointing that out, Scott. It's easy to forget that we're not here in person.

Okay. I've now pulled up the document which is CASSELL 425, and let me go back in my notes here. Scott, do you remember offhand what exhibit number we're up to? I have -- the last one I have was Exhibit 22, which is SkyWest --

MR. PETERSEN: Yeah, I think that's right. I think this would be 23.

MR. STRINDBERG: Okay. So we will mark this exhibit, again, CASSELL 5 -- 4 through 5, as Exhibit 23.

(EXHIBIT 23 WAS IDENTIFIED.)

**Q. (By Mr. Strindberg) Did Mr. Bryant or Mr. Whicker at some point show you this Email chain, which is now Exhibit 23?**

A. At some point, yes.

**Q. Do you recall when?**

A. I do not.

**Q. Was -- was it on or about December 5th, or did you see it at some later point?**

A. I couldn't tell you.

**Q. And is it your understanding that Mr. Cassell was told that if he didn't resign -- that if he didn't show up for the matrix training, that he**

**would be fired?**

A. No, that's not my understanding.

**Q. What is your understanding?**

A. My understanding is that Mr. Whicker explained what happens when a pilot misses a key training event, that typically that pilot has to restart at a different training class maybe weeks or months down the road. It could end up with a termination if they don't come back to class and don't want to be rescheduled. But by missing a key training event, it couldn't be made up in that training footprint but would cause a reboot somewhere down the road.

**Q. Did Mr. Whicker tell you that he had told Mr. Cassell that?**

A. Yes.

**Q. The reason I ask is -- let's look at this. Shane wrote to Jake Whicker on December, and he said:**

**I'm emailing you just to clarify what happened Wednesday afternoon regarding my resignation.**

**And he goes on from there. Do you want to take a moment to read that?**

A. Yeah. Would you give me --

**Q. Yes.**



A. Okay. I've read it.

**Q. Okay. The key -- you know, he -- Mr. Cassell lays out what had occurred, but then he says here:**

**I wanted to clarify with you that if I had, indeed, left at sundown on Friday in the middle of a matrix section, my employment with SkyWest would have been terminated.**

**So he asked Mr. Whicker that, and then Mr. Whicker writes back to him and discusses a number of things, how they had signed this letter regarding the religious accommodation, discusses then how you were assigned to report to and attend the shift that began Friday -- begins tonight Friday, 12/2, at 1600 or 4:00 p.m. and would end at 1800, 6:00 p.m., and how this training is required. It must be completed in its entirety.**

**And then he says here:**

**Had you continued your employment and didn't report to work to complete the assignment, your employment would have been terminated as this is a required job function.**

**Did Mr. Whicker tell you that he had told Mr. Cassell something else, the something else being that if he didn't complete it, he would have to start**



**training again?**

A. My discussion with Mr. Whicker about what happened, he said that Mr. Cassell had come to him and said he was unable to work out a trade with another pilot or use the tools available to him to get out of the Friday evening training and that he didn't understand -- he'd been able to work around it before, but it wasn't working this time; that Mr. Whicker explained to him the importance of being in that class, that it was different than the other event he had circumnavigated and that he needed to be there or it would require him to either restart the training or be terminated, that it couldn't go past that point.

He said that Mr. Cassell was -- it was a quick meeting. He was emotional, maybe upset. It was understandable. This was a deeply held religious belief for him. He had -- it was sort of a rash resignation. He said, Okay, I quit, you know, and -- as an honorable expression of his faith, and that that was the substance of their exchange. It wasn't particularly long, but that he did tell him, If you miss the class, it's going to end your training. You're either going to have to restart or yes, you would be terminated.



**Q. All right. What I'm getting at, though, Todd, you know, this letter from Mr. Whicker -- in Email Mr. Whicker makes no mention of restarting training. It just says "would be terminated." So that's the difference. In other words, you know, between telling someone they would be terminated or giving them the option of starting training at a later date, that's a big difference.**

**Did you -- did you ever ask Mr. Whicker why he hadn't included this option of starting training at a later time in his Email to Mr. Cassell?**

A. Let me correct a little misconception there, Erik. When he says I have included a copy of the termination paperwork, Mr. Cassell had resigned. It's not that we made up our mind and, Here, you're fired. At this point Mr. Cassell had resigned, so Mr. Whicker is giving him a copy of the paperwork that comes along with a resignation and a termination of employment.

So if you're reading this as, we're done talking, you're fired, that's not it. He sent him the form again to continue this discussion with HR, to make that application, and -- and his paperwork that was consistent with that, he resigned a few days earlier.

And so -- and again, my understanding from discussing this with Mr. Whicker is that in their discussion about what would happen on Friday, he did highlight the importance to Mr. Cassell of not missing that class because it would end his -- it would end his training at this point. We couldn't go on without him, or he couldn't go out without us. So he'd have to either reboot or resign.

And I believe the resignation was the way to make it back to another class in the future, so he wasn't terminated for cause or for insubordination, but that he was eligible for rehire and could come back and try again if the schedule was better for him. That was my understanding from talking with Mr. Whicker.

**Q. Okay. So that's what Mr. Whicker told you that he had said to Mr. Cassell?**

A. Yes. The reason my mind goes there, Erik, is the resignation is his lifeboat to another class in the future, which was part of their discussion. The termination for insubordination, he would never be rehired or have a chance, likely, to work at SkyWest again; but this discussion of, well, you could resign and work in the future -- he was allowed to resign. I'll put it to you that way. In



Mr. Whicker's mind, that gave him the opportunity to try again in the future when they could work out another training footprint or scheduling footprint with him. That was the substance of our discussion.

**Q. But did Mr. Whicker tell Mr. Cassell what was in his mind regarding starting another training session?**

MR. PETERSEN: Objection. Speculation. Lacks foundation.

Go ahead.

THE WITNESS: I don't know.

**Q. (By Mr. Strindberg) And you said something -- did I understand this correctly, that Mr. Whicker indicated to you that he had told Shane that he could continue talking with employee relations about an accommodation?**

A. It was my understanding from talking to Mr. Whicker that he was hesitant to do this process without HR's involvement and that he had either asked Shane to reach back out to Coy or Whicker had reached out to Coy Bryant. But there was a discussion of -- I know Mr. Whicker was hesitant to simply end the training or terminate without getting involvement from HR. He -- he knew he was stuck with a situation he didn't have the training or background to resolve



on his own.

**Q. Did either Mr. Whicker or Mr. Bryant tell you that the two of them had talked on this right at the beginning of December about Mr. Cassell and the training issue?**

A. When Mr. Bryant briefed me on December 5th about the Shane Cassell matter, he told me he had been working closely with Jake Whicker and had consulted with him the week of the resignation.

**Q. Did he tell you what he and Mr. Whicker had talked about?**

A. Probably.

**Q. Do you recall what he told you that he and Mr. Whicker had talked about?**

A. Not today. Not at this point.

**Q. Is there anything that would refresh your recollection?**

A. Nothing comes to mind.

**Q. Did you ever ask -- the issue here, this matrix training that started at 4:00 p.m. and ended at 6:00 p.m, at that time of year, sundown is approximately at 5:00 p.m.**

**Did you ever ask Mr. Whicker if it would have been possible to move up the matrix training by an hour so that it started at 3:00 p.m. instead of at**



**4:00 p.m.?**

A. I don't recall.

**Q. These computers that this matrix training is done on, the facility where those computers are located, is that owned by SkyWest?**

A. The facility is owned by SkyWest, yes.

**Q. And does SkyWest control the scheduling for the matrix training?**

A. I don't know.

**Q. And where is that facility located, Todd?**

A. Salt Lake City, Utah, at the Salt Lake International Airport.

**Q. And is it still located there?**

A. Yes.

**Q. And do you know if the computers belong to SkyWest, the computers on which this matrix training is done?**

A. These training devices are extremely expensive, and I know that we own some and we lease some. And we lease from third parties and sometimes have to share with other carriers. I don't know if the matrix device falls into that category as other simulators do, but they can be tens of millions of dollars and thousands of dollars an hour to operate or lease. So whether we have sole control over

Page 30

scheduling these devices or not I couldn't tell you, particularly in December of 2016, as I sit here today.
**Q. Okay. And who would be the best person to ask those type of questions to?**
A. David Moxham.
**Q. Who is David Moxham?**
A. He is the director of training for flight operations.
**Q. How is his last name spelled?**
A. M-o-x-h-a-m.
**Q. And where is he -- where does he work out of?**
A. I believe he resides in Denver, Colorado, and he's principally stationed at our Denver training facility, although he spends a good deal of time at the Salt Lake training facility.
**Q. Okay. So we started out -- I had shown you the Email from Alan Reinach to Coy Bryant that started this discussion, which is Cassell 6. Why don't we mark that as Exhibit 24.**
(EXHIBIT 24 WAS IDENTIFIED.)
MR. STRINDBERG: And, Scott, you and I, I think at some point next week, will need to probably sit and make sure we have all the exhibits properly

Page 31

marked and identified, since --
MR. PETERSEN: Okay.
MR. STRINDBERG: -- it's been a little chaotic.
**Q. (By Mr. Strindberg) And if at any point you need a break, Todd, just tell me.**
MR. PETERSEN: I'm having a sinus headache or something, so I want to go take some drugs if I can at some point, so in the next 15 or 10.
MR. STRINDBERG: Let's take a break until eleven o'clock. Is that okay?
MR. PETERSEN: That's okay.
THE WITNESS: If my counsel needs drugs, can I switch to another lawyer, Erik? Will you allow?
(Laughter.)
(Recess from 10:52 a.m. to 11:09 a.m.)
MR. STRINDBERG: Okay. Let's go back on the record.
**Q. (By Mr. Strindberg) Okay. So we were -- we had started all this -- we were looking at -- and I will share the screen -- what's now been marked as Exhibit 24, CASSELL 006. Todd, you told us about the conversation you had with Coy Bryant; then you told us about a conversation you believe you had with Jake**

Page 32

**Whicker on the phone. Have you told us everything that you can recall about your conversation with Jake Whicker?**
A. Yes.
**Q. Okay. I'm going to show you a document. It's a letter -- appears to be a letter dated December 8th, 2016. It's CASSELL 007 through 008. Let's designate that as Exhibit 25.**
(EXHIBIT 25 WAS IDENTIFIED.)
**Q. (By Mr. Strindberg) Todd, is this a letter that you authored? Is that your signature on the second page?**
A. I authored it, and that is my signature.
**Q. Prior to sending this letter, which is dated December 8th, 2016, to Alan Reinach, did you talk with anyone else besides Coy Bryant and Jake Whicker about Mr. Cassell?**
A. Yes.
**Q. Who else did you speak with?**
A. Sarah Wimberly.
**Q. And who is Sarah Wimberly? In other words, what position does she hold?**
A. She's a lawyer.
**Q. Is she employed by SkyWest?**
A. No.

Page 33

**Q. Do you know who she's employed by?**
A. The law firm of Ford & Harrison.
**Q. And where are they located?**
A. Several offices across the country. She's in Atlanta.
**Q. What was the purpose for speaking with Sarah Wimberly?**
A. I was seeking her legal counsel.
**Q. You don't care, I imagine, to tell us what you and she discussed, do you?**
MR. PETERSEN: I direct you not to answer on the basis of attorney-client privilege.
**Q. (By Mr. Strindberg) Besides Coy Bryant, Jake Whicker, and Sarah Wimberly, did you speak with anyone else about Mr. Cassell and his request for an accommodation prior to sending this letter to Alan Reinach, "this letter" being Exhibit 25?**
A. I have no memory of speaking to anybody else.
**Q. In this letter you talk about the robust seniority system. I have that highlighted. What is your understanding of who developed the seniority system and when it started?**
A. My understanding is the pilot seniority system at SkyWest, it predates me, so it began in the

Page 34

late '70s, early '80s as a way to schedule the pilots. I couldn't give you an exact date.
**Q. And so we're clear, there's this pilot association called SAPA?**
A. Yes.
**Q. SAPA does not have a collective bargaining agreement with SkyWest?**
A. It does. SkyWest and SAPA are subject to the collective bargaining agreement.
**Q. And have you produced that document to us?**
A. I don't know.
**Q. What is that document called?**
A. The Pilot Policy Manual, PPM.
**Q. So you believe that the Pilot Policy Manual is a collective bargaining agreement?**
A. Yes. Let me amend my answer. I know you have reviewed parts of our collective bargaining agreement with Mr. Glassey and Mr. Spagnolo; so I don't know if the entire thing has been produced, but you certainly have portions of it.
MR. PETERSEN: We have produced it.
MR. STRINDBERG: Right. I don't think there's any question there.
**Q. (By Mr. Strindberg) So it's your opinion that the Pilot Policy Manual is a collective**

Page 35

**bargaining agreement?**
A. Yes.
MR. PETERSEN: Hold on. Objection. Calls for a legal conclusion.
Go ahead.
THE WITNESS: Same answer.
**Q. (By Mr. Strindberg) And let me explore that. Can SkyWest make changes to that collective bargaining agreement unilaterally?**
A. No.
**Q. To that policy manual unilaterally?**
A. No.
**Q. What is the process that SkyWest has to go through to make changes to that Pilot Policy Manual?**
A. Anytime management or the pilot group wish to alter one of the terms and conditions found in the collective bargaining agreement, one side or the other will call for a meeting. It's generally between the president of SAPA and his board and the members of management to oversee that policy issue, and they will bargain and negotiate for a change to the contract. It is not closed. It's open and amendable and can be changed at any time if the parties agree.
**Q. And what happens if the parties don't**

Page 36

**agree on the change?**
A. Then there's no change.
**Q. Is SAPA recognized by any governmental agencies as a union representing pilots?**
MR. PETERSEN: Hold on.
Objection. Calls for a legal conclusion.
Go ahead.
THE WITNESS: What do you mean by governmental agency?
**Q. (By Mr. Strindberg) Well, any agency associated with either the federal government or the state government. Does anyone recognize SAPA as an independent union?**
MR. PETERSEN: Same objections.
THE WITNESS: You mean agency in the executive branch of the federal government?
**Q. (By Mr. Strindberg) Any branch of the federal government.**
A. I'm not aware of any agency recognizing SAPA as a union, no.
**Q. Let me show you another document, Todd. This is the Pilot Policy Manual or portions thereof, and I will designate -- it starts at SkyWest 389. And it's not continuous, but I will designate this as Exhibit 26.**

Page 37

MR. PETERSEN: Hey, Erik, do you want to designate the entire manual as Exhibit 26 so that when we refer to it we can just refer to the pages?
MR. STRINDBERG: I was just going to suggest that. I don't have all the pages here, but let's agree that we will --
MR. PETERSEN: I do. Just let me -- just give me a second. Keep going, and I'll pipe in in a minute.
MR. STRINDBERG: Okay.
**Q. (By Mr. Strindberg) Todd, one other question about this policy manual. You said that if there was going to be a change, SkyWest would meet with the -- usually with the president of SAPA.**
**Who is the president of SAPA currently?**
A. Currently it is Aric Arnold. He spells it A-r-i-c.
**Q. I was thinking you were spelling Arnold there for a moment.**
**Okay. And do you know how long Aric Arnold has been president?**
A. I would estimate four years.
**Q. If you know, is the president of SAPA elected?**
A. Yes.

Page 38

**Q. So you had said earlier that if SkyWest wanted to make a change in the policy manual that it would meet generally with the president of SAPA. Did I understand you correctly?**
A. Yes.
**Q. And if, say, the parties, you and Mr. Arnold, agree on some change, does that change get voted on by the members of SAPA?**
A. Sometimes.
**Q. When would it be voted on by members and when wouldn't it be voted on?**
MR. PETERSEN: Objection. Calls for a legal conclusion.
Go ahead.
THE WITNESS: My understanding is that SAPA has empowered its president and executive board to negotiate on its behalf and enter into agreements on certain policies which do not require an entire membership vote to ratify. However, anytime we negotiate pay and compensation, any change to the pilot pay package is put out to the pilot group for a ratifying vote.
**Q. (By Mr. Strindberg) The pay scale, though, is not contained in the Pilot Policy Manual, is it?**

Page 39

A. I believe that it is.
**Q. Okay. So you believe that pay issues are voted on, but other changes to the Pilot Policy Manual are not subject to a vote by the membership?**
A. Erik, I don't know where SAPA draws the line between what it decides to put out to a pilot vote versus what it negotiates or is empowered to negotiate without a pilot ratification. I can tell you that issues of compensation always go out to a pilot vote, and they're sometimes bundled with other policy changes.
But I also know that the president of SAPA can -- he's authorized to sign a policy change on behalf of SAPA. Say it's three words in a paragraph that get changed. I have seen it where the president of SAPA has signed on behalf of the membership without asking 5,000 pilots to vote on a three-word policy change.
Does that make sense?
**Q. Yes. Thank you for the clarification.**
**Do all of the pilots at SkyWest belong to SAPA?**
A. Yes.
**Q. When you become a pilot at SAPA [sic], are you automatically enrolled as a member of SAPA?**

Page 40

A. When you become a pilot at SkyWest, you are automatically a member of SAPA, yes.
**Q. And do the pilots pay dues to SAPA?**
A. They do not.
**Q. Who funds SAPA? In other words, like, I assume the president gets some money or some compensation for being president. Who pays for that?**
A. The president of SAPA's compensation is paid for by SkyWest Airlines.
**Q. And the president of SAPA, does he have duties other than being president of SAPA?**
A. The president of SAPA is a captain who is licensed and qualified to operate his aircraft and will fly from time to time to remain current on that aircraft and is compensated for line and revenue flying. But the majority of his time is spent doing SAPA business, so it is a hybrid of line flying pay and compensation for his full-time work at SAPA.
Does that make sense?
**Q. Yes. I missed a word you said. Is -- predominantly his time is spent on SAPA business? Is that what you were saying? You broke up there.**
A. Yes.
**Q. Are there any other members of the executive team of SAPA who also devote a predominant**

Page 41

**amount of their time to SAPA business?**
A. I don't know.
**Q. The other people on the executive team or executive board at SAPA, are they also paid by SkyWest?**
A. Yes.
**Q. If SAPA feels that there's -- that SkyWest has violated the Pilot Policy Manual, does it have a right to file a grievance over that violation?**
A. Yes.
**Q. And who does that grievance get filed with?**
A. The vice president of flight operations.
**Q. And the vice president of flight operations, is that Mr. Glassey?**
A. No.
**Q. Who is that?**
A. Tracy Gallo.
**Q. Is that a man or a woman?**
A. That's a man.
**Q. And if SAPA does not like a decision that Tracy Gallo makes, does it have a right to go to arbitration, which would involve a hearing before a neutral hearing officer?**
A. We have not negotiated an arbitration

Page 42

provision with SAPA in our CBA.

**Q. So the answer, then, is no, they cannot go to arbitration over a decision of Tracy Gallo's?**

A. It could. SkyWest would have to agree to arbitrate. There is no arbitration right found in the CBA.

**Q. Okay. Thank you.**

**Do the pilots at SkyWest have the right to strike if they're not satisfied with, say, the wage scale that's being offered?**

A. Yes.

MR. PETERSEN: Objection. Calls for a legal conclusion.

Go ahead.

**Q. (By Mr. Strindberg) I didn't hear your answer, Todd.**

A. Yes.

**Q. And has that ever occurred?**

A. Not to my knowledge.

**Q. And what would SkyWest do if its pilots went on strike? Would it fire them?**

MR. PETERSEN: Objection. Calls for a legal conclusion, speculation, and to the extent it involves attorney-client privilege.

MR. STRINDBERG: I didn't hear you, Scott.

Page 43

MR. PETERSEN: Can you hear me?

MR. STRINDBERG: Yeah. I heard your objection, but there was something you added on --

MR. PETERSEN: Yeah. I just -- and to the extent it calls for attorney-client privilege. Are you saying whether they have the right to fire or whether that's a business decision that SkyWest would make? The first may be a legal conclusion, but it's not attorney-client. The second is.

MR. STRINDBERG: So are you instructing him not to answer?

MR. PETERSEN: Well, I want a clarification on your question before I instruct him. Are you suggesting in theory they have a right to fire them if they strike? Or are you saying would they, in fact, fire them if they strike?

MR. STRINDBERG: Well, I'm sort of asking both.

MR. PETERSEN: All right. Well, if I don't get clarification, I'm going to claim that it calls for attorney-client privilege and instruct Mr. Emerson not to answer.

MR. STRINDBERG: And you believe it's attorney-client privilege about whether they would fire a pilot who went on strike; is that correct?

Page 44

MR. PETERSEN: Yeah. You're asking their legal counsel whether the company would fire its employees if they strike, and that's a legal -- that's asking him what his legal opinion would be about it.

**Q. (By Mr. Strindberg) Okay. Does the company have any policies regarding how it will deal with pilots that go on strike, any written policies?**

A. I don't know. It's possible.

**Q. But you're not aware of them, sitting there?**

A. I would have to do some research.

**Q. Okay.**

MR. PETERSEN: As a side note, before you move on, the Bates numbers for the Pilot Policy Manual are SkyWest 389 to SkyWest 586.

MR. STRINDBERG: Okay. And we'll make that -- when we get all of our exhibits together, we'll make that Exhibit 26; is that correct?

MR. PETERSEN: Yeah.

MR. STRINDBERG: Okay.

(EXHIBIT 26 WAS IDENTIFIED.)

**Q. (By Mr. Strindberg) Todd, I'm going to have you look in a second at part of that manual, policy manual. It's -- SkyWest 529 is the page number. Let me share that with you. Okay. And it is titled "Seniority Standard Practice 3021."**

Page 45

**Are you familiar with that provision in the policy manual?**

A. I am.

**Q. I want to draw your attention to Section 1A(3) and specifically this line which I've highlighted which reads:**

> **Except as otherwise provided in this policy manual, seniority will govern all pilots in the case of upgrade, displacement, filling of vacancies, furlough, recall, or assignment due to expansion or reduction in schedule -- schedules.**

**There's no mention made there of seniority governing regarding bidding. Is there some provision somewhere in this manual that you're aware of in which it says that seniority shall govern in regards to bidding? I ask that because I could not find any such provision, Todd.**

A. Assignment due to expansion or reduction in schedules refers to the flight assignments that pilots receive every month. If the schedules -- let me just say this covers bidding, but I'm not aware -- I could do some research and look; but if you're

Page 46

asking whether the word "bidding" appears in the Pilot Policy Manual, it's a huge document and I'd need to do some research.
**Q. So I understand your answer, you believe this last bit here that -- this last phrase, "assignment due to expansion or reduction in schedules," it's your opinion that that covers bidding rights? Is that what you were telling me?**
A. Among many things, one of the things that would fall under that would be pilot bidding for their schedules, yes.
**Q. All right. But you're not aware offhand of any specific language which says seniority will govern in the case of bidding?**
A. Not off the top of my head, no.
**Q. Okay. And let's go back to Exhibit 25, which is your letter dated December 8th. It says here -- let me highlight it here. This whole paragraph or sentence there, sentence fragment.**
**...over the course of his first few years of employment, when Mr. Cassell has low seniority, he will absolutely and unavoidably be required to work on Saturday and other holidays.**
**What was the factual basis for you saying that, Todd?**

Page 47

A. There are two or three bases. First one, over the course of my employment at SkyWest, I've had occasion to interact with pilots as they wished to negotiate different terms of their collective bargaining agreement and improve their quality of life; and a constant refrain from new hire pilots is that it is next to impossible to get a weekend or a holiday off.
So a new pilot will say, I've never seen my son play soccer. He plays soccer every Saturday, and I've missed nine of his last ten games. How do we fix that? Or a pilot say, I haven't opened presents with my children on Christmas in two years. How do we fix that?
And as we analyze certain fixes, it all comes back to the seniority-based bidding system and the marketplace for shifts and schedules that these pilots compete for. The only way really to address that problem that new hire pilots face is to renegotiate seniority and status, which SAPA has never been willing to do as a group. That's the first basis.
The second basis is speaking to a crew scheduler by the name of Jay Oyler about this problem and having Jay walk me through the difficulties of a

Page 48

new hire pilot on reserve avoiding weekend and holiday work.
**Q. And did you -- Okay. That's two. Any other bases for that statement?**
A. The third one would be speaking to Roy Glassey about the same subject.
**Q. Any other basis for that statement that he would absolutely and unavoidably be required to work on Saturdays and other holidays?**
A. That's all that comes to mind.
**Q. You said you -- in response to junior pilots complaining about working on Saturdays or weekends and holidays, you analyzed certain fixes. What types of fixes were you looking at?**
A. Those fixes would involve moving away from scheduling, compensating, rewarding pilots based on their seniority and moving to a merit or some other system of incentives where a junior pilot would be as -- as easy to get a Saturday off as a more senior pilot.
But, again, as I said, that would take sacrificing seniority, which is a sacred cow in the industry, and certainly to the pilot group. They much prefer to be compensated and scheduled and rewarded based on their seniority more than any other

Page 49

factor. So reducing or eliminating a pilot's seniority has typically been a non-starter in any negotiation.
**Q. And who has told you that the seniority -- pilot seniority is a sacred cow? Has someone said that to you or something like that, or is that something you've picked up in the course of your interactions with pilots?**
A. "Sacred cow" is my term.
**Q. All right. But has someone said to you something similar along those lines, that seniority is super important to the pilots?**
A. Yes.
**Q. And who has said that to you?**
A. Current and past presidents of SAPA, as well as members of management who have engaged in these discussions before and found them very difficult to alter or change.
**Q. Has SkyWest tried to change the seniority system or how it worked?**
A. Yes.
**Q. On how many occasions?**
A. I couldn't tell you. It comes up from time to time at contract negotiations. It usually doesn't get very far.

Page 50

**Q. And when you say "contract negotiations," you mean negotiations regarding the pay scale; is that correct?**

A. Pay scale and work rules and quality of life issues for the pilots, yes.

**Q. When did your discussion with Jay Oyler regarding this issue of working on Saturdays and holidays come up?**

A. I had multiple discussions with Mr. Oyler on this subject. The first one would have been the week of December 5 --

**Q. So we talked --**

A. -- briefly, and then extensively throughout the month of December and January.

**Q. So what did you and Jay talk about during the week of December 5th in regard to schedule issues?**

A. We talked about how pilot seniority works in relation to scheduling, particularly for a new hire pilot.

**Q. Do you recall any other specifics of that conversation?**

A. I was dialed in on Mr. Cassell's concern, so I was asking Mr. Oyler to teach me about how pilots are scheduled, how they bid, what the

Page 51

preferences are and if it was possible for a new hire pilot to bid-avoid sabbath work with success over the long haul.

**Q. Did you ever talk, as you recall -- and I can pull it up if you want, the memorandum that you thought Coy Bryant prepared. This was a discussion of tools or reasonable accommodations, including dropping flights, swapping, trading, things like that.**

**Did you have any discussions with Jay Oyler about whether a new hire might avoid working on the sabbath using those tools or what you referred to as reasonable accommodations that were offered to Shane?**

A. Yes.

**Q. And when did you have that discussion with Mr. Oyler?**

A. Multiple discussions with Mr. Oyler that would have commenced the week of December 5 and --

**Q. Go ahead.**

A. -- and through February of 2017.

**Q. Can you separate those discussions out, or do they blend together?**

A. That has been my labor all day, Erik. I've tried very hard to -- I've seen all of the

Page 52

documents, of course, and I'm trying to parse in my mind specific conversations and first times that I've seen things. So I can only tell you that I spoke to Jay Oyler prior to writing my December 8th letter about the ability of a pilot to successfully avoid Saturday assignments during their first year or so until they had enough seniority to use their tools more effectively.

Now, I already understood all the tools just from working here for 14 years. Asking him what a bid-avoid is or a swap or a trade, that I already had foundational knowledge of. We discussed probabilities and likelihoods if -- of avoiding a sabbath assignment for a new hire pilot in the first 12 months. I didn't have those answers, and I needed his expertise to help.

**Q. And what did Mr. Oyler tell you, did he say to you?**

A. It was his opinion it would be impossible for a new hire pilot to avoid weekend or holiday work completely, guaranteed, never get stuck with one of those assignments. He viewed that as an impossibility within the first 12 months.

**Q. And that was his opinion, I gather, is what you're telling us?**

Page 53

A. Yes.

**Q. And that -- these discussions included using not only the bid process but these other tools or reasonable accommodations you talked about, such as dropping flights, posting them on the board, trades, swaps, those types of things?**

A. Yes.

**Q. Did you specifically talk about those other tools with Mr. Oyler?**

A. I don't know if we spoke about each tool separately or said taking all the tools at a pilot's disposal in their first year. The conversation, I believe, at least from my side, was, Jay, if a pilot makes their only choice, only preference to avoid Saturday, that is the only thing they care about, using all the tools at their disposal, could they avoid Saturday work? And his response was no.

**Q. What position did Jay have at the time?**

A. He had the same position that Steve Spagnolo occupies now, which I believe is the manager of crew support scheduling.

**Q. And is Jay still with SkyWest?**

A. No. He left, and Steve-O took his position.

**Q. Do you know why Jay left?**

Page 54

A. I don't know why.
**Q. Do you know where he's currently working, if he's working?**
A. I believe Jay is at another airline. I don't know which one.
**Q. How is his last name said?**
A. O-y-l-e-r.
**Q. I assume at the time you were talking with him in early 2017 -- or late 2016 or early 2017, he was living in St. George. Is that correct?**
A. I don't know where Jay lived, but he worked at headquarters in St. George.
**Q. Do you know where he lives now?**
A. I do not.
**Q. Did you -- during this period of time -- and I gather you're using the December through early February time period because you wrote this letter on December 8th, and as we'll look later in your mass communications to and from Alan Reinach were about February, early February, February 6th. Is that correct? Do you remember that?**
A. That's right. In mid-February we -- Mr. Reinach and I met at a mediation the following year and had verbal communications, but I don't recall any other written communication with Mr. Reinach after February of 2017.

Page 55

**Q. Did you during that period of time make any effort to determine if there were any other Seventh-Day Adventists who were working for SkyWest?**
A. No.
**Q. Have you ever tried to determine if there were other Seventh-Day Adventists working for SkyWest, whether they were able to avoid working on the sabbath?**
A. No.
**Q. And let me broaden that, because there's obviously some other religious groups, I'm thinking of religious Orthodox Jews, who would not work on the sabbath, either. Have you ever tried to find out if you have any Jewish pilots who observe the sabbath who work for SkyWest?**
A. Your question is have I tried to find out. Certainly they've come to my attention over time, but we don't have a database where we track employees by religion. I would have no way of knowing how many or whether any particular employee was a Seventh-Day Adventist unless they self-identified as such. So I am aware that we have Orthodox Jewish employees as well as Seventh-Day Adventists as that is brought to my attention through their self-identification.

Page 56

**Q. And are any of these Orthodox Jews pilots?**
A. Yes.
**Q. And do they observe the sabbath?**
MR. PETERSEN: Objection. Speculation. Go ahead.
THE WITNESS: I know of one orthodox SkyWest pilot who observed the sabbath. I don't know if all the other Orthodox Jewish pilots that work for us observe the sabbath or not.
**Q. (By Mr. Strindberg) And when did this -- this Orthodox Jewish pilot you've referred to who observes the sabbath, when did he or she start working for SkyWest?**
A. I don't know.
**Q. And what is that person's name?**
A. I don't know.
**Q. And do you know whether or not this one Orthodox Jewish pilot was able to avoid working on the sabbath by using these various tools you've identified?**
A. He was not.
**Q. And how do you know that?**
A. I was told that by Roy Glassey.
**Q. And when did Roy Glassey tell you that?**
A. I don't remember the first time, but it was recently brought to my attention in preparation for my deposition and his.

Page 57

**Q. You said you're also aware that there are some Seventh-Day Adventist pilots working for SkyWest?**
A. Yes.
**Q. And how did you learn that?**
A. I believe through Mr. Reinach during the course of discovery this week.
**Q. And when did Mr. Reinach tell you that there were Seventh-Day Adventist pilots working for SkyWest?**
A. During the course of the mediation.
**Q. And did you ever attempt to determine who those pilots were and ask them if they were able to avoid working on the sabbath?**
A. I don't know how to answer. Let me just say I'm hesitant, because all of this happens in a mediation, Erik. I don't know if I'm legally able to disclose the conversations that were had at that mediation and the names that were offered and how -- I simply don't know, and I don't want to violate the terms of the mediation agreement.
But I can generally tell you that Mr. Reinach gave the names of some Seventh-Day

Page 58

Adventists who were successful pilots at other flying operations and said some had attempted to apply at SkyWest and not made it very far.

And then you also have Mr. Emerson, Seventh-Day Adventists actually working for you now, whether you know it or not. He didn't give me their names I think out of -- I don't know why, some caution. And the discussion -- and I don't know --

Scott, I don't know, like, designate this part? I mean, I'm talking to you.

MR. PETERSEN: Well, let me just -- let me just --

THE WITNESS: I mean, we're talking among the parties, everybody --

MR. PETERSEN: Hold on a second, Todd.

So I wasn't at the mediation, Erik. My understanding is, though, that it was -- it was agreed to be confidential. And so, you know, I didn't -- I haven't looked at any kind of signed confidentiality statement there. We're not in a position to want to unilaterally breach confidentiality at that mediation, so I -- I mean, I'll put the ball in your court, Erik, as far as that goes, because I wasn't there. But I did ask if the mediation -- if Todd's understanding of the mediation

Page 59

was it was confidential, and the answer is yes, so we're not inclined to disclose what was confidential in that mediation.

MR. STRINDBERG: I'm not really asking what happened at the mediation or what was said at the mediation. I'm more asking if, based on what he learned at the mediation, Todd then contacted Seventh-Day Adventist pilots to see if they were able to avoid working on the sabbath.

MR. PETERSEN: Well, that's a different set of questions than what I heard. I heard you asking him what these conversations with Mr. Reinach were on, whether those pilots existed and then their names. And if those were disclosed to him in the mediation, I would instruct him not to answer them based on confidentiality.

If the answer is after the mediation you looked up certain pilots to see if they were able to avoid Saturday work, I think that's a fair question, generally, but not if it requires him to disclose the names and those names were somehow disclosed during the mediation.

So maybe -- I mean, what you're saying to me now, Erik, is a little different than my understanding of what your line of questions were.

Page 60

MR. STRINDBERG: Right.

MR. McFARLAND: This is Todd. And maybe I'm just being particularly dense. I mean, I agree that mediations are generally confidential, but that's usually with the same people that were involved. I mean, even though it's different people, I mean, neither Erik nor I nor you, Scott, were there. We all represent the same people, so I don't see how -- I agree it's confidential, but I don't see how discussing it in this would violate confidentiality. We may have to mark part of this deposition as being confidential, but maybe I'm missing something.

MR. PETERSEN: Well, I wasn't counsel for SkyWest in the mediation, so if he discloses it to me and then I'm aware -- we haven't designated this deposition to be confidential, so if it were used in a motion or at a hearing, it would not be confidential at that point. I'm just trying to avoid any allegation that we somehow are disclosing outside of the confines of that mediation any information that we agreed at the time to be confidential.

MR. STRINDBERG: My understanding of the confidentiality in mediation is somewhat different. I mean, you know, obviously you can't disclose, you

Page 61

know, or use, say, at trial something -- say, Yes, SkyWest offered us money in the mediation to settle this. I mean, that would clearly be -- something like that would be inappropriate, not just based on the confidentiality in mediation. But discussing a name or names that came up, I don't see how that would be prohibited. But let me ask --

THE WITNESS: Can I just -- can we take a break and let me consult with my counsel? I'm concerned about breaking an agreement, and I don't want to do that for my own personal liability. So --

**Q. (By Mr. Strindberg) Let me ask one -- let me ask a foundation question. This was a mediation with Mr. Cassell and his attorney?**

A. Mr. Cassell was present along with Alan Reinach and a mediator I believe from the Equal Opportunity Employment Commission.

MR. PETERSEN: And I just want to point out that usually in those -- and I'm not talking about a legal confidentially, it's that the parties agree; they sign a document. And the mediator for both EEOC and UALE generally say to the parties, Everybody knows that the discussions and conversations had are confidential so that you could be free to say what you think. And I have always

Page 62

interpreted that -- and I couldn't repeat any of the language of the little signature you do, but you do sign something. And I've always interpreted that as it means, look, if I say stuff to you that would -- maybe isn't involving the amount we're offering or the amount you want to accept or you're demanding, but all the discussions about the facts of the case given in that mediation are kept confidential. That's my understanding.

But I haven't -- you know, I've looked at that document. I just don't want SkyWest to breach an agreement it made with the EEOC and your client. And since I wasn't there, I mean, the disclosure to me is not -- is outside the confines of that mediation, is kind of what -- I just want to be careful.

MR. STRINDBERG: Right. And I'm not so much interested in names. I mean, if I were to ask Mr. Emerson if he was given the names of any SkyWest pilots at that mediation, Seventh-Day Adventist pilots, and did he subsequently try to contact them to determine if they were able to avoid working on the sabbath, would you object to that?

MR. PETERSEN: In those subsequent conversations he would be -- you'd be asking him to disclose the names of those people? Let me talk to Todd, and then let's get back to you. Because I want to get more information about the confidentiality.

Page 63

MR. STRINDBERG: Okay. Let's take a two-minute break.

MR. PETERSEN: Okay.

(Recess from 12:02 p.m. to 12:19 p.m.)

MR. PETERSEN: So, Erik, I've got a couple of things. SkyWest is willing to talk about the mediation, but only if both parties on the record agree to waive confidentiality. And that's a concern to us as a bigger picture thing.

But I also am not convinced that -- I think your line of questions, -- I don't know that you need to go there, because your line of questions can be taken along with just the communications that we all know in the record are back and forth between Mr. Reinach and Todd.

MR. STRINDBERG: Right.

MR. PETERSEN: Does that make sense?

MR. STRINDBERG: Yeah, I agree. We sort of got off in this tangent because your client first said that he didn't know about any Seventh-Day Adventist pilots because they don't keep records of it, but then he mentioned that he learned the names

Page 64

of some at this mediation. That's the only reason we got there. I just want to know if he's talked with any Seventh-Day Adventist pilots working for SkyWest and, if so, whether they've been able to avoid working on the sabbath. I don't really care --

MR. PETERSEN: Yeah. I mean, we would prefer -- let's not do anything about the mediation and instead just ask the questions I think directly --

MR. STRINDBERG: One second, Scott. Let me have a few minutes. Alan just called me. Hold on.

MR. PETERSEN: Okay.

(Recess from 12:20 p.m. to 12:24 p.m.)

MR. STRINDBERG: Okay. Let's go back on the record.

Todd Emerson, you're muted.

**Q. (By Mr. Strindberg) Okay. Let's try to avoid this whole mediation issue. Todd, have you ever talked with any Seventh-Day Adventist pilot working for SkyWest and asked them if they were able to avoid working on the sabbath?**

A. No.

**Q. You had mentioned that there was an Orthodox Jewish pilot. Have you talked with that person?**

Page 65

A. No.

**Q. You got the information about that pilot from Mr. Glassey, you said?**

A. He refreshed my recollection, yes.

**Q. So you -- when you say he refreshed your recollection, you had talked with this pilot at some point, the Orthodox Jewish pilot?**

A. I have never spoken to the Orthodox Jewish pilot. In the course of my responsibilities, legal puzzles like this will come up from time to time in over 17 years. That one was rattling around in the back of my brain, and Mr. Glassey reminded me of the time that an Orthodox Jewish pilot requested a sabbath exemption and how we dealt with it.

**Q. How did you deal with it?**

A. The same way.

MR. PETERSEN: Whoa, whoa, whoa. If the question is how did SkyWest deal with it, that's fine.

MR. STRINDBERG: Yeah.

MR. PETERSEN: If it's how you dealt with it, Todd, then don't answer that.

So what's the -- is that SkyWest --

**Q. (By Mr. Strindberg) How did SkyWest**

Page 66

**address that request?**

MR. PETERSEN: Go ahead.

THE WITNESS: It is my understanding that we engaged in the interactive process with this pilot who ran into conflicts with sabbath observance. He was offered the preferential bidding system and its various tools as an accommodation. He understood that -- or came to the belief that that accommodation would not guarantee him a sabbath-free schedule and chose to resign.

**Q. (By Mr. Strindberg) Did he -- did he resign before he actually started flying for SkyWest?**

A. It is my understanding that he was flying for SkyWest and at some point received -- Erik, I think, if I remember correctly, he became observant sometime over the course of being a pilot. Let me make sure I've got that right. So I believe he trained and was flying without being sabbath observant, and then there was a renaissance or conversion of faith where it became important to him to have the sabbath free. And then we couldn't work it out, and he resigned.

**Q. Okay. Thank you. Well, that was a long detour for no apparent reason, but that's how it goes.**

Page 67

**Todd, I'm going to go back to your letter of December 8th. You mention here:**

**He will absolutely and unavoidably be required to work on Saturdays and other holidays.**

**I gather from this that the more senior pilots who want holidays off often seek to have holidays off. Is that correct?**

A. That has been my experience, yes.

**Q. Does SkyWest have any difficulty in filling flights that occur on holidays?**

A. Yes.

**Q. And how does SkyWest address that issue?**

A. There's a combination of factors that come into play with a very popular holiday, we'll say Christmas. So a bid will go out. Somebody low seniority will end up with a Christmas trip on their schedule. They will try to add, drop, swap, or get rid of it and cannot. They -- they become suddenly ill on Christmas Eve, and reserve is then pulled up to handle that trip so that we are able to cover the flight.

So between a combination of having extra reserves available around the holidays and emphasizing the importance of pilot reliability, we

Page 68

do get those holidays covered. But the difficulty is there. It's just incredibly important to a lot of people, and they'll do everything possible to avoid working them, which means sometimes dipping into our reserves who will end up flying on that holiday.

**Q. We were talking about the -- your statement here that you absolutely and unavoidably would be required work on Saturdays and other holidays, and you said you talked with Jay Oyler and Roy Glassey.**

**Tell me about the discussions you had with Roy Glassey which led you to believe that Mr. Cassell would absolutely and unavoidably be required to work on Saturdays?**

A. The conversation with both gentlemen was informational for me. I'm not a crew scheduler and I'm not a chief pilot, so I don't really know how it works unless somebody teaches me. So the point of speaking to Mr. Glassey as a chief pilot who runs a domicile and seen it work in action, and then Mr. Oyler, who had actually been tasked with assembling the schedules and filling in reserves when somebody didn't make it, was to answer my question about whether or not a Seventh-Day Adventist could successfully avoid Saturday work. So I talked to

Page 69

both of them because they had different perspectives.

**Q. And did Mr. Glassey say anything different than Mr. Oyler had said to you?**

A. No. He said from his experience as a chief pilot it would be incredibly difficult to impossible for a new hire pilot to not work a Saturday sabbath over the course of his first year.

**Q. Did either of them know whether or not there had ever been a pilot with SkyWest who had attempted to avoid working on the sabbath?**

A. Yes. I believe Mr. Glassey was the chief who dealt with the Orthodox Jewish pilot --

**Q. Okay.**

A. -- who was attempting to do that.

**Q. Was there ever any discussion around this time, this December to February time frame that we've been talking about, any discussion with either Mr. Oyler or Mr. Glassey or anything about, say, allowing Mr. Cassell not to work on Saturdays in exchange for him being required to work on some of these holidays which SkyWest has trouble filling?**

A. I don't recall.

**Q. So when you say you don't recall, does that mean you didn't have any conversations, or does it mean you might have had some of those**

**conversations and just don't remember them?**
A. It would be improbable to have that conversation from SkyWest's side as something SkyWest would do to the schedule, as we would be constrained from doing that under the seniority bidding system we have negotiated with the pilots. What you just suggested would be an excellent idea for Mr. Cassell to attempt, to trade a holiday for a weekend under the PBS system. But for SkyWest to agree to do that and impose it would violate our CBA, and we couldn't do it without violating the contract.
So asking me if we had that discussion, maybe. It wouldn't last long, because you're suggesting that we violate the CBA. So if Roy raised that or I raised that, somebody would have said, The pilots will go bananas if you do that.
**Q. Did you -- did either you or did you ever direct anyone to talk with SAPA to see if they might be willing to work with SkyWest to accommodate Mr. Cassell's request for a sabbath off?**
A. Erik, I'm not being tough. That was compound. There was, like, three or four things in there. Can you just break up that question up a little bit?
**Q. Sure. Did you -- in regards to**



**Mr. Cassell, did you ever contact SAPA to ask if they might be willing to work with SkyWest to accommodate Mr. Cassell's request?**
A. I did not.
**Q. Did you ever direct anyone or ask anyone to contact SAPA to ask them if they would work with SkyWest to accommodate Mr. Cassell's request?**
A. I did not.
**Q. Did you ever tell SAPA that there was this issue that had come up with a request for a sabbath accommodation?**
A. I have likely had hundreds of conversations with the president or board of SAPA since this incident. We certainly talked about it. I don't know when or in what context, but it wouldn't surprise me that SAPA knows about it and had discussions.
**Q. But do you have a recollection of ever asking them whether in regards to Shane or someone else, you know, Hey, SAPA, if we have an issue that comes up for a request for a sabbath accommodation, would you be willing to work with us to try to accommodate the pilot?**
A. Yes.
**Q. You've had those discussions?**



A. Yes.
**Q. And with whom at SAPA?**
A. Aric Arnold.
**Q. And do you recall when those conversations took place?**
A. Winter of 2019.
**Q. Why were you discussing that with Aric Arnold in the winter of 2019?**
A. I met with SAPA in the winter of 2019 for a long-ranging meeting, maybe four to five hours long, where we discussed this CBA, SAPA's bylaws and 10 to 15 open items and issues that they wanted to discuss. In the course of that discussion -- and I don't know if it was specific to Mr. Cassell or generally -- I raised the issue of whether SAPA had flexibility from their side to compromise seniority and allow one of their pilots seeking an accommodation to, I don't know, be granted a waiver or find a way to put it into the CBA to grant more flexibility in these areas.
**Q. And who were you meeting with from SAPA?**
A. I met with the SAPA board. The entire board wasn't present. It might have been their executive board. I believe there are 20 members of the SAPA board and maybe five that constitute their



executive board, which would be the president, vice president, secretary and perhaps a couple others. I see the room; there's five to six people in it. I know Aric Arnold is there. I couldn't identify, as I sit here today, the other attendees.
**Q. And where did the meeting take place?**
A. Denver, Colorado.
**Q. And were there minutes taken of that meeting?**
A. I don't know.
**Q. Were there recordings made of that meeting?**
A. I didn't take any minutes or make any recordings.
**Q. Was there any kind of a memorandum prepared after the meeting detailing what had been discussed and agreed upon?**
A. I don't know. I didn't prepare a memorandum.
**Q. So explain to me, this issue of sabbath observance, was that specifically discussed? I guess I didn't quite follow you. Was that a specific topic?**
A. It was like this. I'm going to call you Mr. Strindberg because I'm going to use the word

Page 74

"Aric," but Aric means Aric Arnold. So I would say I said something along the line of, Aric, we have from time to time pilots who want particular days off for sabbath observance or other religious holidays, Yom Kippur, Ramadan, Easter. It comes up. Is there a way -- is there any way for us to work this into the contract so that we can get there?

Aric's response is, I don't see how any of the other pilots will give up their seniority and put at risk working at Christmas, Easter or something else for somebody else who wants it. You get into the difficult position of determining what a deeply held religious belief is.

**Q. Let me interrupt you. Is that -- are you saying what Aric said to you?**

A. I'm summarizing. My question is, What do you think, Aric? Can we get to a place in the contract where we can negotiate exceptions into the seniority for a religious observance, and the answer was no. He explained his answer, but in the end it was no.

**Q. What was the explanation he gave you?**

A. Too hard to juggle with 5,000 pilots. What if they all want Christmas? How can you distinguish between somebody who's religiously

Page 75

observant and really wants Christmas versus some dude who just wants off Christmas? Everybody's going to want off Christmas. I can't deal with 5,000 pilots yelling at me over who gets Christmas. We have to stick with the system.

**Q. Going back for a moment regarding this idea, this holiday -- trading holidays for Saturday work, when you were having those discussions with Coy Bryant and Jake Whicker in early December before you wrote the December 8th letter, did that idea ever come up?**

MR. PETERSEN: What idea?

**Q. (By Mr. Strindberg) The idea that maybe one accommodation would be to allow Mr. Cassell to not work on the sabbath in exchange for requiring him to work on these holidays that SkyWest had trouble staffing.**

A. I don't recall it coming up.

**Q. Thank you.**

**In this letter -- and I'll pull it back up on the screen -- in the last line there, you talk about another acceptable accommodation. Did you have anything in mind when you used that phrase, "another acceptable accommodation"?**

A. I -- what I had in mind was whether

Page 76

Mr. Reinach or Mr. Cassell had any other ideas to discuss --

**Q. Okay. And what --**

A. -- to accommodate his needs.

**Q. Are you able to tell us what would have been an acceptable accommodation from SkyWest's point of view?**

MR. PETERSEN: No, don't answer that. That's attorney-client privilege if there's something published; but if that's something he's conjuring up because of discussions internally, I'd say don't answer that question.

MR. STRINDBERG: Well, Scott, he's talking about an acceptable accommodation, so I'm trying to determine what would have constituted an acceptable accommodation. He's used the phrase. I think I'm entitled to know that, particularly in the context of this lawsuit.

MR. PETERSEN: All right. So -- well, with that clarification -- so your question is was there an acceptable accommodation he had in mind in relation to Cassell at the time this was going on? Is that what your question is?

MR. STRINDBERG: No. It's broader than that. He's talking about another acceptable

Page 77

accommodation, and I guess I'm asking him to define what would have constituted an acceptable accommodation from SkyWest's point of view.

MR. PETERSEN: I guess if you can limit it to what he was thinking at the time, I'm okay with that, but not something that would come up later on down the road, if anything.

Does that make sense?

So, Todd, I'm going to instruct you to answer -- if you can come up with -- if there's a response to that question relative to the time frame, go ahead.

THE WITNESS: I'm sorry. Would you restate the question?

**Q. (By Mr. Strindberg) Back in December of 2016 when you wrote this letter, you used the phrase "another acceptable accommodation." What would SkyWest have considered to be an acceptable accommodation at that time?**

A. I don't know.

**Q. One question -- and maybe you're not the person to answer this, Todd, but when pilots are on reserve, is seniority an issue as far as the days they bid for, or are the days that people are on reserve just assigned by someone in --**

Page 78

A. You're right, I'm not the person to ask; but it is my understanding that a reservist with higher seniority will get the reserve schedule they prefer ahead of a reservist with lower seniority.
**Q. Do you know, are the -- are reserves -- reserve pilots regularly used by SkyWest, or are they just there for emergencies?**
MR. PETERSEN: Objection as to vague and confusing.
Go ahead, Todd, if you understand what he's saying.
THE WITNESS: I do understand what you're saying. From my experience and understanding in the legal department divorced from operations, it is my understanding that reserves are regularly used and called upon to handle flights.
**Q. (By Mr. Strindberg) Do you know -- I'll show you -- let me pull it up. As you know, we were looking at Exhibit 22 at some point, which was this chart that had been prepared showing the number of reserves by jurisdiction -- or by domicile, I should say, broken down by captains and then by first officer.**
**Do you have any idea -- like, for example, in January of 2017 this shows, you know, like, 8**

Page 79

**reservists in Detroit and 23 in Chicago. Is MSP Minneapolis?**
A. Yes.
**Q. So it shows 57 at Minneapolis.**
**Do you have any idea how many of those pilots, reserve pilots at those jurisdictions would have actually been asked to cover a shift or a flight?**
A. Not with any certainty, no.
**Q. Knowing that you're not certain, what would be your answer?**
MR. PETERSEN: Objection. Calls for speculation.
Go ahead, Todd, if you can.
THE WITNESS: I'll give you my business understanding. Pilots are expensive. We don't like to pay them to sit around and do nothing. We're going to schedule reserves because historically that particular domicile has drawn heavily on or not at all on reserves. And so going off of years' worth of experience, historical demand and operations, one domicile may have a much higher complement of reserves than another, but it is due to need and historical experience of needing to -- if we're going to take off and land and complete our flights on

Page 80

time, we may very well need to call reserves in to handle it.
Minneapolis you pointed to is a very large hub for Delta Air Lines, and it doesn't surprise me at all to see that amount of reserves there so that we can supply flexibility around the system. The fact that they're sitting in Minneapolis doesn't mean they're just needed for Minneapolis; it means they're sitting in a hub and we can put them on an airplane and get them to Tallahassee really quickly for a problem there.
And Scott's going to club me for saying too much, because I can't help it, but those reserves, you're wrong to think of them just sitting in one city. They're sitting in a hub where they can be dispatched all over the country as quickly as possible to meet a need. So it's not just that Minneapolis pilots don't come to work like they should or have poor lockability, it's just that we can dispatch reserves from Minneapolis much better than we can from Sioux Falls, South Dakota.
Not a two-word answer. Sorry, Scott.
MR. PETERSEN: I instruct you not to answer on our communications.
THE WITNESS: Erik, the longer you wear me

Page 81

down, I'm just going to keep yapping. So keep going. I'll give you my Social Security number; I'll tell you where all the secrets are.
**Q. (By Mr. Strindberg) I don't want your Social Security number.**
**So I gather that what you're saying is SkyWest obviously doesn't want to ever have to cancel a flight, because that costs money, and that's, I guess, balanced against you don't want too many reserve pilots sitting around because that also costs SkyWest money?**
A. Half of that's right. We don't want too many reserves sitting around, because it costs money. Canceling a flight, the money is a small aspect of it. Canceling of a flight causes massive disruptions for the passengers, for the crews and for our partners. So we're graded from Delta and United and American for how reliable we are, and late and canceled flights are hard on our business relationship and obviously very hard on passengers who want to be at a wedding tomorrow in Fresno but their flight canceled.
So the -- the difficulty of canceled flights -- one particular canceled flight isn't going to cost a tremendous amount of money, but it's going

Page 82

to cost a lot more in passenger goodwill and goodwill of our partners.
MR. STRINDBERG: Thank you.
Scott, I have a bit more here. Do you guys want to take a break and grab something to eat?
MR. PETERSEN: Yeah, I'd like to. I mean, I don't know what Todd is thinking. I could go on if you need to, but I have a small reserve tank that needs to be refilled on a regular basis. I may not look small, but I have a small tank.
MR. STRINDBERG: Why don't we take a half hour. It's now five minutes to one. Let's come back at 25 minutes after one.
(Recess from 12:54 p.m. to 1:34 p.m.)
**Q. (By Mr. Strindberg) I just wanted to follow up on a couple of things about the reserves. You said that there was, like, historical data on how many reserve pilots were needed. Who would have that information at SkyWest?**
A. Steve-O would be a good place to start. That's who I would call. I said Steve-O, like a nickname, which stands for Steve Spagnolo, S-p-a-g-n-o-l-o. He goes by Steve-O. That's Steve with a v, a dash, and a capital O.
**Q. So you're saying I can just give him a**

Page 83

**buzz, right?**
MR. PETERSEN: No.
THE WITNESS: But -- well, I don't -- I'm happy to give that information to Erik in some form if you'd like to analyze it.
**Q. (By Mr. Strindberg) Okay. Let's go --**
A. By that I mean historical reserve needs in these different domiciles, whatever. Send us an interrogatory and I'll give you the data.
MR. PETERSEN: By the way, Erik, too, just to clarify, you asked Todd if there was any reference in the Pilot Policy Manual to bidding. There's actually a huge section, so I was going to just clarify. I don't think Todd realized that.
THE WITNESS: Oh, no, I did. It's a bad memory exam, but SP3O17 covers scheduling and preferential bidding in the Pilot Policy Manual.
MR. PETERSEN: For your reference, Erik, it starts on page 489, SkyWest 489. I have not looked to where it ends, but that's the chunk. I meant to bring that up while you were talking to him, and I got sidetracked. So, sorry.
**Q. (By Mr. Strindberg) Okay. So, Todd, just to refresh your recollection, we have been talking about the letter you sent to Alan Reinach on**

Page 84

**December 8th. Let's actually move forward a little bit. I'm going to show you a letter dated December 12th from Alan Reinach, which is addressed to you.**
**Do you recall receiving this letter from Alan?**
A. I do.
**Q. And I'll represent to you -- we can look at it, and we will in a second -- you didn't respond to this until February 3rd of 2017. Why was there a delay in responding to him?**
A. I remember reading Mr. Reinach's letter, and he claimed that I had not addressed his concerns and I didn't provide any factual basis for my assertion that his client would unavoidably be scheduled to work on his sabbath during the initial period of his employment.
**Q. That's the part I have highlighted there in yellow.**
A. Yeah. So I decided to direct Mr. Oyler to back up his opinion with research that was data based more than him opening up something on a computer screen and looking at it, saying, It will never work, I've never seen it work, can't think of a time I've ever seen it, to actually draw a sample set from this

Page 85

time period that I could show to Mr. Reinach to further the discussion and help us find that reasonable accommodation if there was one.
So this took about a month, maybe a little bit longer. December is a very busy time for any airline, and especially us. So around Thanksgiving and Christmas is all hands on deck. I don't think we had an analyst who was free to do this until after the new year.
**Q. Did you give Mr. Oyler any specific instructions on how to go about his analysis, or did you just say you wanted backup for this opinion?**
A. No. I -- I asked him to study a hundred pilots that had been recently hired and see if in the first year of their employment they were able to avoid working on a Saturday. That was the parameters of the research assignment I gave him.
**Q. Okay. Did Mr. Oyler do the research, or did he assign it to someone else?**
A. It's my understanding he assigned it to an analyst in his department.
**Q. And who was that?**
A. I don't know.
**Q. Did you have any discussions with that analyst directly?**

Page 86

A. No.
**Q. Is this what you received back from the analyst, obviously without the names blacked out?**
A. No.
**Q. What did you receive from the analyst?**
A. I didn't receive anything from the analyst.
**Q. Did you receive anything from Mr. Oyler?**
A. No.
**Q. How was the results of that investigation communicated to you?**
A. Via conversation with Mr. Oyler.
**Q. And when did that take place?**
A. Sometime at the end of January 2017.
**Q. And what did -- and where did this conversation take place?**
A. SkyWest headquarters.
**Q. And who was involved in the conversation?**
A. Myself and Mr. Oyler.
**Q. And tell us what he said and what you said.**
A. I was pressing Mr. Oyler for the results of the research because I knew that Mr. Reinach was waiting for a reply. So the initial conversations would have been follow-ups: Are you done? How's it

Page 87

coming?
And at some point in the end of January Mr. Oyler called me and said, We've got this study done. And I asked him what the results were, and he reported that of the 100 pilots that they studied hired in 2016, and maybe even a little earlier, but of a hundred pilots that he could see a year's worth of their schedule, that none of those 100 pilots had successfully avoided working on a Saturday.
**Q. And do you know how Mr. Oyler or the person he assigned to do the task did the actual analysis, what they looked at, what parameters they used?**
A. Other than the parameters I gave them -- I don't even know if they followed those parameters, to tell you the truth, because I didn't see the data or question the analyst. I followed up with Jay on my question, Having done the research, did you find 100 pilots you could track for 12 months recently hired? Were any of them able to avoid Saturday work? I don't know if I put Friday night in there. I think we discussed it, and it was too difficult or onerous. And I said, Fine, let's just stick with Saturday for now and see what we get.
And the report came back of 100 recently

Page 88

hired pilots tracked for 12 months, which would include most, if not all of their reserve period, did any avoid a Saturday work assignment. And his answer was all of the 100 pilots have worked a Saturday. They were not able to avoid it. At least one; I don't know how many.
But I was looking for a percentage. I gave him a hundred because I thought he'd come back and say, no, 97 percent had to work a Sunday, and so he -- well, actually, all of them. 100 percent of those pilots somewhere along the way had to work a Saturday was his answer.
**Q. I'm going to pull up again what's been marked as SkyWest 1858 and 1859. And we've previously marked this as an exhibit. It's Exhibit 20.**
**Have you ever seen this document before? Just a second. I haven't shared it. I apologize. Have you ever seen this document before?**
A. Yes.
**Q. When did you see it for the first time?**
A. Earlier this year. I'm going to say spring.
**Q. And what were the circumstances under which you first saw it?**

Page 89

A. This document was created to respond to interrogatories and requests for production issued by your client.
**Q. So this document, Exhibit 20, SkyWest 1858 and 59, does not reflect the research that Mr. Oyler did back in early 2017?**
MR. PETERSEN: Mischaracterizes his testimony.
**Q. (By Mr. Strindberg) Todd?**
A. Yeah, I heard you. I don't know if it does or not.
**Q. What do you understand Exhibit 20 to be, then?**
A. Exhibit 20 was created with the following parameters. Not having actually received a physical report from Mr. Oyler and Mr. Oyler no longer being here, we went back to the data set, and I asked an analyst to track 100 pilots that had been hired in early 2016 and track their Saturdays worked to replicate the research assignment that I had handed to Mr. Oyler in February of -- January of 2017.
**Q. Do you know how closely this replicated what Mr. Oyler did?**
A. Like I said earlier and you pointed out, Erik, I don't know how Jay ordered the research from

his analyst, and I don't know which analyst he used. So I gave this analyst the same instructions I gave Jay, to go with that same data set and pull the same sort of report.
It is my hope and intention that it replicates or gives the same data that Jay drew and saw and reported, but I can't tell you if I have captured the same 100 pilots that Jay looked at or, you know, if I've got 95 out of 100 or 10 are missing. I can't tell you for sure if this is a perfect replication of the research that Mr. Oyler did.
But the data still exist, so the instruction to this analyst was to replicate the same assignment that was given to Mr. Oyler, and this is the report that he generated on my instructions.
**Q. And who was the analyst you asked to do this?**
A. His name is Paxton, P-a-x-t-o-n. Let me -- if you'll allow me to look up his last name, I'll spell it correctly for you.
**Q. Go ahead.**
A. It's a little bit exotic. Last name Catten, C-a-t-t-e-n.
**Q. And do you know how Mr. Catten chose the**


**100 pilots?**
A. I do not.
**Q. The left-hand column here, the employee numbers, how are employee numbers given out?**
A. The first line is 53,197.
**Q. Right.**
A. The first employee ever hired at SkyWest, his employee number is 1.
**Q. Okay.**
A. This employee was the 53,197th employee hired.
**Q. Okay. So someone I noticed on here, like, a 20 -- 27000, that employee, that pilot would have been hired a lot sooner than -- or a lot earlier than the pilot who has No. 53000, correct?**
A. Not necessarily. That indicates to me that this is a rehire and that this employee might have been hired 10 to 15 years ago, quit, left and has now returned. Your employee number will never change. You won't get a second employee number if you are a rehire, so seeing a number half the size of the other ones tells me he's a rehire.
**Q. Did you tell -- I guess I'm just trying to get at, I mean, did you tell him to look at pilots hired between two dates, two certain dates, or what?**


A. Yes.
**Q. What were those dates?**
A. I told him to begin with January 1, 2016 --
**Q. And --**
A. -- and start tracking from there. I also said I wanted to capture pilots that would have historically been hired around Mr. Cassell's time when he was hired in October. This analyst pointed out that if we start back at January 1, 2016, we may not actually capture his class. We get a hundred people before we get there. So he adjusted his search closer to March or April to get there.
So, as I understand it, his hundred pilots that he chose were hired or went through class in early 2016 but didn't start actually flying until April, March -- April, May of 2016, which would get us closer to Mr. Cassell's class to track what happened after that.
So to answer your question, he altered the research assignment that I initially gave him.
**Q. And do you know -- so did this include the pilots who were in that class that Mr. Cassell was in in November of 2016?**
A. I don't know. I'd need to double-check


that.
**Q. Do you know why these -- you've explained this one variance, the 20 -- 20-something-thousand number, but do you know why the numbers are not consecutive?**
A. I think this chart is ordered -- I think it's ordered by the pilot's name, which has been redacted.
**Q. Okay. And this is Saturdays worked, and there's a series of numbers here. For what period of time is that? In other words, numbers of Saturdays worked, during what time period or length of time?**
A. I believe it's out of a 12-month period, although, as you can see, several of these pilots quit before they made it to 12 months. So it's however much they worked in the first year of their employment for these 100 pilots. They might have quit in training, as some did. They might have made it the full 12 months.
**Q. Do you know what domiciles these pilots were assigned to after training?**
A. I don't.
**Q. SkyWest answered one of our interrogatories that I recall indicating that the pilots hired in late 2016 and 2017 were basically or**

Page 94

**entirely being sent to Detroit or Minneapolis or Chicago. Does that comport with your understanding?**
A. Yes.
**Q. Do you know if these hundred pilots, other than the ones who washed out or terminated in training, were all from those three domiciles?**
A. I -- I don't know with any certainty. The majority of them would certainly go to those domiciles, although a few of them may have landed in others.
**Q. And why would you say the majority certainly would have been in one of those three domiciles?**
A. Those three domiciles are major hubs. Detroit is a major hub for Delta; Chicago is a major hub for United; Minnesota is a major hub for Delta. And so these are excellent staging points for new hires and reserves to be based so that they can fill in for flying as needed out of those hubs, but also then immediately dispatched to other locations and fill in as needed for missing pilots. So new pilots tend to go to reserve and tend to go to major hubs in the system.
**Q. What are the major hubs for SkyWest?**
A. Now or --

Page 95

MR. PETERSEN: Let me -- I'm going to object. It's vague and ambiguous. Are you asking for where SkyWest major hubs are or where another airline's major hub is where SkyWest has a presence?
MR. STRINDBERG: The latter.4.
MR. PETERSEN: Okay.
THE WITNESS: I'm sorry. Now I'm confused. Do you want Delta's hubs or SkyWest hubs?
**Q. (By Mr. Strindberg) Well, you talked about Minneapolis, Chicago, and Detroit being major hubs for Delta and United.**
A. Yes.
**Q. So are there other major hubs for the carriers that SkyWest works with?**
A. Yes.
**Q. And where are those other major hubs?**
A. Atlanta is a major hub for Delta. So is Cincinnati, so is Detroit, so is Minneapolis, so is Seattle. United's major hubs are Houston, Los Angeles, Denver, San Francisco, and Chicago. American --
**Q. Any other --**
A. -- major hubs are Dallas; Dulles, which is also a major hub for United; Phoenix. And Alaska Airlines' major hubs are Seattle, Portland,

Page 96

San Francisco and Los Angeles.
**Q. And are those the four -- what do you call them? A parent company -- not parent companies. How do you refer to Delta, United, American and Alaska?**
A. They are either code share partners or major airlines or our contract partners. We do regional flying for those four carriers.
**Q. And Salt Lake City is not considered a major hub?**
A. Sorry. It is. That is a major Delta hub. Thank you.
**Q. And does Delta fly to -- does SkyWest have other what it would consider major hubs that are other than these cities that you've given me?**
A. No.
**Q. And so I understand what you're saying, is the reason that people are -- that new pilots would be sent to Minneapolis, Detroit and Chicago is because if they're on the reserve board, it's easier to get them to lesser airports, smaller airports to fill in as needed?**
A. That's right. Those three airports are located in the Midwest, making it easier to get someplace in the country versus a domicile like Los Angeles or Seattle. There's a bunch of reserves

Page 97

there. They are helpful regionally, but you can't do much with them nationally.
**Q. Were Detroit, Minneapolis and Chicago new hubs in 2016?**
A. No.
**Q. Had they been growing? And by that I mean were there more flights out of those hubs that SkyWest was covering since 2016, not including this year?**
A. I don't know that data. It's certainly shrinking this year.
**Q. Do you know -- if Paxton Catten, when he did this list, or Mr. Oyler back in 2017, do you know if either of them actually contacted any of these pilots who are on the list?**
A. If they did, they didn't tell me, and it would be extremely surprising if they did. Their job was to crunch data.
**Q. The reason I ask is you used the term that these studies showed that pilots were not able to successfully avoid working on a Saturday. You don't know based on this data whether or not any of these pilots attempted to avoid working on Saturday, do you?**
A. I couldn't tell you which, if any,

particular pilot attempted to avoid working on Saturday. When I questioned Mr. Oyler, I said, Can you see their preferences?
Yes.
Can you tell whether or not they attempted to bid-avoid Saturday?
His answer was, Saturday, Sunday, Easter, holidays, yes. They -- those are popular bid-avoids.
**Q. So --**
A. We didn't drill down to anything beyond that.
**Q. So are you saying that Mr. Oyler back in 2017 looked at the monthly bid preferences for each one of the pilots that was on his list to determine if they had tried to bid around a Saturday or holiday at that point?**
A. He looked at some and then stopped.
THE REPORTER: I'm sorry. I didn't hear the question.
**Q. (By Mr. Strindberg) Do you know how many pilots he looked at their preferences for?**
A. I don't.
**Q. Do you know if Paxton Catten did the same thing earlier this year or whenever it was when he created this document by looking at bidding**



**preferences for these pilots?**
A. I don't know. That wasn't his assignment.
**Q. So after getting Alan Reinach's letter from December 12th, is there anything else you did in preparation for responding to that letter besides having Mr. Oyler crunch the data?**
A. I don't recall doing anything else to prepare to respond to the letter.
**Q. Did you talk with anyone else other than Glassey or the other people you mentioned about the issue?**
A. At some point I spoke with Lori Hunt, who is my supervisor, and kept her apprised of my work, which would have included this.
**Q. What position does Lori Hunt have?**
A. She's the vice president of people.
**Q. Was she over human -- employee relations as well?**
A. She is.
**Q. And the purpose for speaking with her was what?**
A. To keep her updated on the projects I was working on.
**Q. It wasn't substantive? In other words, you weren't asking her whether she thought**



**Mr. Cassell could be accommodated; you were just telling her what was going on?**
A. Yes.
**Q. Okay. Todd, I'm showing you what's been marked -- it hasn't been marked. It's Cassell 10 to 11.**
MR. PETERSEN: There is a SkyWest version that we did mark as an exhibit in Mr. Cassell's depo, I believe, but you can -- it was a SkyWest version, so you can mark this one.
MR. STRINDBERG: I guess we're up to Exhibit 26.
(A discussion was held off the record.)
MR. PETERSEN: It's 27. 26 is your Pilot Policy Manual.
(EXHIBIT 27 WAS IDENTIFIED.)
**Q. (By Mr. Strindberg) Okay. Exhibit 27, which is Cassell 10 and 11, Todd, can you tell us what this is?**
A. Would you mind pulling it down a little further?
This is a letter I authored to Mr. Reinach on February 3rd, 2017.
**Q. That's your signature there?**
A. It is.



**Q. I want you to look at this paragraph here where you discuss the training schedules. You say:**
**I would be pleased to discuss how training schedules could be altered to accommodate Seventh-Day Adventists who wish to observe the sabbath. However, in the case of Mr. Cassell, unless he is willing to work on the sabbath after he leaves training, resuming his training would be futile.**
**Are you saying in there that it would have been possible to accommodate Mr. Cassell's sabbath beliefs during the training session, or during training.**
A. It appeared that that had already happened in his prior trip through training when he was doing CBT training and had another class where there was conflicts. The training department was able to work around it until he ran into matrix training where they couldn't. But there had been some flexibility in the training department that we could continue to explore, and I was happy to do it. But we needed to have a better understanding of what happens once he's out on a line, so I wanted to have that discussion with Mr. Reinach.
**Q. And you're also aware that perhaps some of**

Page 102

**the, like, matrix conflict could have been avoided if that class had occurred, say, during June of the year when days are longer so that sundown is later on Friday, correct?**
A. If the same scenario that happened on December 3rd happened in June?
**Q. Right.**
A. It would not have caused a conflict, as I understand Mr. Cassell's religious requirements.
**Q. You say:**
**However, in the case of Mr. Cassell, unless he is willing to work on the sabbath after he leaves training, resuming his training would be futile.**
**Why were you not willing or unwilling to allow him to go through training and for him to determine whether he could avoid working on the sabbath using the tools that you say were available to him?**
A. Because Mr. Cassell at that point had declined the accommodation offered to him and made it clear that if the accommodation still results in a Saturday schedule that he could not add, drop, or swap, he would refuse to fly it.
**Q. When had he declined accommodation?**

Page 103

A. With his discussions with human resources and Mr. Whicker they had with him I believe in October and again in December, as they came to understand his religious requirements, it was ultimately a guarantee of sabbath-free scheduling with some exceptions for emergencies or other issues; but if he had been handed a sabbath schedule on Tuesday and he could not add, swap, or drop it, he would decline to work it because that would not be an emergent situation or a continuation of a flight that he had already began, which was a rejection of the accommodation we offered.
**Q. So, Todd, are you saying that if he had said to -- and maybe you're not the person that can answer this. If he had said to Coy Bryant or Jake Whicker back in November of 2016, Okay, that accommodation is acceptable, you would have allowed -- you would have made an accommodation in his training schedule to allow him to continue?**
A. You've got two parts there.
**Q. I do.**
A. I don't -- I don't know if --
MR. PETERSEN: Hold on. I'm going to object. It's a compound question. Go ahead.
MR. STRINDBERG: It's actually not.

Page 104

**Q. (By Mr. Strindberg) Go ahead.**
A. If Mr. Cassell had accepted the reasonable accommodation, his training would have continued, certainly. If -- it's difficult because you've mixed two things there, Erik.
Let me go to his training. If there had been a reasonable accommodation we could have worked out with his training and he says, I accept these terms and conditions of my employment, I will use the preferential bidding system and all the tools available to me to avoid sabbath work, but if I get a sabbath assignment, I'll do it, he would absolutely be hired, kept on and kept in the system.
**Q. Well, I guess the question, though, is he was forced to quit because he was told that they couldn't adjust his matrix training on December 6, 2016. If he had -- and I'm not necessarily agreeing with what you said, but if he had said, Yes, the accommodation you're giving me as far as using these tools is enough, would there have been an adjustment made regarding his matrix training back in December of 2016?**
A. I don't know. I don't believe so. They're two different issues.
**Q. Right. He resigned instead of being**

Page 105

**terminated because SkyWest refused to give him an accommodation during his training session, correct?**
MR. PETERSEN: Mischaracterizes his testimony. Calls for a legal conclusion.
THE WITNESS: SkyWest did give him an accommodation during his training session. Mr. Cassell found that to be insufficient for his needs and rejected it.
**Q. (By Mr. Strindberg) Yeah, but, Todd, you just said that I was conflating issues, and now your answer is doing the same thing.**
**During the training session, okay, when he was scheduled for the matrix training on December 2nd, which would have run into the sabbath, SkyWest refused to accommodate him in training by changing that schedule or assigning him to a different matrix training, correct?**
A. Correct.
**Q. The accommodation, as you call it, that was offered to him had nothing to do with training, it had to do with what happened when he became a pilot and was actually flying for SkyWest, correct?**
A. Well, both. The accommodation is the seniority-based scheduling system, which applied to him in both departments. My -- and you're right,

Page 106

it's easy to conflate the two. But if he returns in the summertime, as you spoke earlier, and never runs into a sundown problem on Friday -- and the other accommodations that had previously been made for him in training, with his CBT training and the other mentioned somewhere saying, you know, you did this twice for me, how come you can't do it now, those apparently were accommodations that training could make.

So there is a blend of accommodations that are not an undue burden and are possible for SkyWest to make and some that SkyWest does not. So if he had returned in the summertime and the sundown problem was not an issue for matrix training, my point is we still haven't resolved the elephant in the room, which is what happens for the next ten months when you actually fly the line.

**Q. I understand your position.**

**Do you know how the matrix classes or sessions were assigned? In other words, my understanding is that someone in the training department assigned people to the various matrix training slots; it was not something that was bid on based on seniority. Is that your understanding as well?**

Page 107

A. No.

**Q. What is your understanding of how the matrix sessions were assigned?**

A. Matrix sessions were posted and made available for pilots to choose when to go to matrix training based on their seniority. They go in pairs because the matrix has to be operated by two pilots at once. The pilot in that pair with the highest seniority will have the first pick of matrix scheduled training classes. The pair pilot with the lowest seniority will get what's left over.

I don't know how Mr. Cassell or and his partner shook out in this situation, but I do know that their matrix training was assigned on a seniority-based scheduling system. It was not randomly assigned by the company.

**Q. And how do you know that to be the fact?**

A. I learned that from Dave Moxham, the director of training that we spoke about earlier.

**Q. And where was the matrix classes or matrix class slots posted?**

A. I don't know.

**Q. David Moxham has basically taken Jake Whicker's position; is that correct?**

A. No. He has always been there and would

Page 108

have been Jake Whicker's boss at the time.

**Q. Who's taking Jake Whicker's position?**

A. I don't know. We're not doing any training right now. We haven't hired a pilot in six months; so...

**Q. I won't ask you why.**

**How much has your schedules been cut back, if I may ask?**

A. In April it was cut back 70 percent.

**Q. Wow.**

A. It has climbed gradually to about 50 to 60 percent and holding.

**Q. Do you know how the partners in the training class -- you said two people had to go into whatever -- the matrix simulator at one time. Do you know how partners were chosen?**

A. It's my understanding that they chose each other. They would pair up.

**Q. Do you know -- did you ever ask Mr. Whicker if he asked anyone who had more seniority to bid for a better matrix class if they would be willing to switch and allow Mr. Cassell to take their place?**

A. My understanding is that all of those options were explained to Mr. Cassell, and he

Page 109

attempted those, was unable to work it out with the other pilots to get a schedule that was agreeable to him.

**Q. Do you know if any of the matrix classes, back in that period, right around December 1st, if any of them were scheduled during daylight hours on a day other than Saturday?**

A. I don't know.

**Q. Do you know if Mr. Whicker or anyone else in the training department tried to help Mr. Cassell switch matrix classes or matrix partners?**

A. The help that I understood he received was guidance and instruction on using those tools to interface with other pilots to get the schedule that he wanted.

**Q. I don't know if, like, someone -- do you know how many pilots there were in that class?**

A. I do not.

**Q. And what's a typical class -- what was a typical class?**

MR. PETERSEN: You're talking about in 2017, middle of 2017, right?

MR. STRINDBERG: Late 2016.

MR. PETERSEN: Late 2016, okay.

THE WITNESS: Roughly 30 pilots.

Page 110

**Q. (By Mr. Strindberg) Do you know if Mr. Whicker or anyone in the training department got up in front of the class and asked if anyone would be willing to trade with Mr. Cassell?**
A. I do not.
**Q. Okay. In your letter -- let's go back to it -- you talk -- I just highlighted or will highlight it.**
**My statement was drawn from conversation with the leadership in our crew scheduling department and based on their long experiences.**
**Who is the leadership you're referring to there.**
A. The director of crew scheduling is a woman named Anita Spencer. Her second in command was Jay Oyler. That's who I mean when I talk about the leadership of the crew scheduling department.
**Q. And is Anita still there?**
A. Yes.
**Q. And I gather crew scheduling, their function is to schedule pilots and to schedule reserve pilots. Is that correct?**
A. Among other things, yes.
**Q. What other things do they do?**
A. I understand that they receive all the

Page 111

flying assignments from our major partners about a month and a half to two months in advance. And then they pair that flying with aircraft type and pilots available and certified to fly those aircraft, and they attempt to build the most efficient schedules possible and then put together a schedule that is published and available for bid to not only the pilots, but also the flight attendants, who access the preferential bidding system to bid for and obtain a schedule for the following month.
**Q. So did you -- prior to sending out this February 3rd letter to Alan, did you also talk with Anita Spencer about the issue?**
A. Yes.
**Q. And when did you talk with Ms. Spencer about it?**
A. My first call on this issue was likely to her all the way back in December. Anita's response then and ever since has been, it would seem impossible to me to avoid a Saturday schedule, but you should talk to Jay Oyler. He runs this day in and day out and knows it backwards and forwards.
So she gave me an opinion based on her experience, which is, like, 30 years of doing this; but because she wasn't hands-on and running the

Page 112

system like Jay did, she referred me to him.
So when I say my statement was drawn from conversations with the leadership, I got Anita's opinion, but her referral to our subject matter expert, Jay Oyler.
**Q. Did you have other conversations with Anita Spencer about the possible accommodations for Mr. Cassell other than --**
A. No.
**Q. And have you told us about all your conversations with Jay Oyler about the subject matter of accommodations for Mr. Cassell?**
A. I would estimate I had four to five conversations with Mr. Oyler over this time period. It's difficult for me to parse them, but I could tell you there was an initial discussion in December in preparation for answering Mr. Reinarch's letter and more extensive fact-based data research conversations with him over December and January to prepare the February 3rd letter.
**Q. Do you recall the substance of any of those subsequent conversations?**
A. Some of them were follow-ups on where is my data, question, will we see the report soon, how's it coming, his staffing issues. And then once the

Page 113

report was produced, longer questions with him about what it meant, what he did, how do you know no pilot was ever required to work on a Saturday? So he answered probably 20 to 30 of my questions on that as he referred to whatever data report his people gave him in the preparation for the February 3rd record.
I couldn't give you the dates. I can tell you that the most substantive conversations happened at the end of January, early February, and the first conversation in December.
**Q. Do you recall any of the other questions you asked Mr. Oyler?**
A. I asked him if he could see their bidding preferences. Can you tell if they tried to avoid a Saturday, for example. He said yes, he could see that.
**Q. And this is where he apparently looked at the monthly preferences or bids that these people had put in; is that correct?**
A. Some of them.
**Q. Some of them?**
A. His comment was, Todd, you're asking now for me to do thousands of records. You take a hundred pilots times 12 months, you've got 1,200 bids and all of their preferences. And I didn't do that,

Page 114

but I'll start to look. What do you want to look for?

Then did any of them make it a high priority not to work a Saturday? And as he looked at a report, he said, I am seeing that. Do you want me to look at all 1200?

I said no.

**Q. What do you mean made it a high priority?**

A. So as Mr. Spagnolo testified, there were several layers of preferences that a pilot could put into the system.

**Q. I think seven layers. Right?**

A. Yes. And within those layers are multiple preferences as well, so you might have 20 to 30 different variables. And I understand it works where if you -- whatever you put in first and make your highest priority, the algorithm will then do its best to give you that if it's left over. If your number one choice is no Saturday flying and it's now your turn to come to the market and get some work, but all the remaining work is Saturday flying, then your second choice will now be honored. Your first choice will be ignored because it couldn't be filled. The second choice is I never want to work with Jeff Smith, and then they'll see, oh, Jeff is on these

Page 115

four flights. So then you'll get what you want --

**Q. So do you --**

A. -- to avoid another crew member, for example.

**Q. So do you know if any of those pilots you looked at actually put as their number one preference no Saturday flying?**

A. I recall asking Jay, Look at it for me. You don't have to look -- spend weeks on it, but tell me if bid-avoiding Saturday is something you see high ranked and appearing often.

**Q. Yeah. And when I --**

A. He got back to me later and said, Yes, I'm not going to look at all 1200. I've looked at a couple. I'm telling you I see it all the time; they want their weekends off and holidays and a Saturday avoid is common.

**Q. And when you say I've made it a higher priority, you're not saying they made it number one priority, but it was -- what? -- one of their top -- what? -- two, three, four, five preferences?**

A. That's what I understood him to be saying, yes.

**Q. Okay. So there's not a precise --**

A. By the way, Erik, they don't fill out all

Page 116

30, right? At some point you go, Here's the things I want; here's the things I don't want. And they may not complete the rest of the preferences. So they may not care what day of the week they work, and so it's just not even listed at all.

**Q. All right. I remember that from the manual. You don't have to fill out every level of preference.**

**You referred to Mr. Oyler, and then later this year using the data set, crunching information on the data set. What were you meaning there? What are you referring to when you say "the data set"?**

A. I probably misspoke. What I mean is all of this data still exists. It's --

**Q. It's what? You broke up.**

A. It's knowable.

**Q. Okay.**

A. The data still exists, so although Jay Oyler did not deliver a report to me in 2017 when your client asked to us produce the data, reports, information that I referred to in my letter, this is our best effort at replicating the research that was done then. It may not be spot on, granted; but the data exists. And we could query it any number of different ways. I did my best to replicate the study

Page 117

that was done in 2017.

**Q. And does that data still exist? In other words, Mr. Glassey wasn't clear about that on how far back the bids -- the monthly bids were kept. Do you have any idea?**

A. We didn't go -- so let me clarify. I don't know that this is drawn from the monthly bids. This data is drawn from what happened. So what actually happened we have. Did you work Saturday? When were you hired? How many Saturdays did you work? And at the time you can see bid and bid preferences. I don't know how long those bids and bid preferences are archived or stored. I don't know.

**Q. All right. Sorry. Just a second. Pulled up the wrong document here.**

**I'm going to show you a document which has been Bates stamped SkyWest 3 -- 3 and 4. We'll make that Exhibit 28.**

(EXHIBIT 28 WAS IDENTIFIED.)

**Q. (By Mr. Strindberg) I guess it starts, Todd, with an Email from Johanna Baker and Alan Reinach, and she's forwarding, I assume, your February 3rd letter.**

**Who is Ms. Baker?**

Page 118

A. She's a paralegal that works for SkyWest Airlines.
**Q. Okay. And the attachment that -- it says:**
**Please see Todd Emerson's response letter.**
**That's the letter we just looked at, correct?**
A. Yes.
**Q. And do you recall receiving this Email back from Mr. Reinach?**
A. I do.
**Q. And you then responded to him later that same day?**
A. Yes.
**Q. Did you have any follow-up conversations with Mr. Reinach prior to the mediation that you both attended?**
A. I don't believe I ever had a conversation with Mr. Reinach until the mediation, and I believe this is the end of our written communication until the mediation.
**Q. Was there any written communication after the mediation with Mr. Reinach?**
A. I don't believe so.
**Q. Have you ever had any written communications with Todd McFarland?**

Page 119

A. That's possible. I see him copied here. So this is an example of a written communication with Mr. McFarland, but I believe that's because Mr. Reinach copied him on his earlier message. But a direct written letter to Mr. McFarland, I -- it might have happened if he took over from Mr. Reinach. I think I spent my time communicating only with Mr. Reinach, but there might be communication like this with Mr. McFarland.
**Q. Okay. Did you learn at some point that Mr. Cassell had reapplied for a position with SkyWest? And I don't know exactly when the application was, either May or June of 2017.**
A. Yes.
**Q. And how did you learn that?**
A. Coy Bryant brought it to my attention.
**Q. And how did he bring it to your attention?**
A. I believe he walked into my office with a copy of an Email that he received from Mr. Cassell and told me that he had reapplied and maybe had even been interviewed for a position at SkyWest and had run into the same issue with can he get a guaranteed sabbath-free schedule.
**Q. Let me show you a document. I've shown you a document. It's CASSELL -- marked CASSELL 161 0to 162. We'll make that Exhibit 29.**

Page 120

(EXHIBIT 29 WAS IDENTIFIED.)
**Q. (By Mr. Strindberg) Have you ever seen this document before?**
A. Can you tell me the Bates numbers again, Erik?
**Q. 161 --**
A. To 62?
**Q. -- to 162.**
MR. PETERSEN: Okay.
MR. STRINDBERG: You can see it on your screen, can't you, Scott?
MR. PETERSEN: Yeah. Well, some of it. You just had it above the numbers so I couldn't see the numbers.
MR. STRINDBERG: Okay. I did that purposely.
MR. PETERSEN: I bet you did.
**Q. (By Mr. Strindberg) Todd, do you remember -- have you ever seen this document before?**
A. This is a form letter with some variation. I've seen this form letter before. This particular letter addressed to Mr. Cassell I can't say. This might be the first time I've ever seen it.
**Q. I'm going to show you another document. It's SkyWest 81.**

Page 121

MR. STRINDBERG: Do you see that, Scott?
MR. PETERSEN: I can't see the Bates number, but that's fine.
MR. STRINDBERG: We're going to mark that Exhibit 30.
(EXHIBIT 30 WAS IDENTIFIED.)
**Q. (By Mr. Strindberg) And these are a series of emails between Chandler Larsen, Jaime Sorensen and Monica Polad.**
**Who is Chandler Larsen?**
A. Chandler Larsen is a woman who used to work in our human resources department.
**Q. And she's no longer there?**
A. She's not.
**Q. And who is Monica Polad?**
A. Monica is also a specialist who works with the human resources department.
**Q. Is she still there?**
A. Yes.
**Q. And Jaime Sorensen, who is that?**
A. She's a manager in the human resources department, and she still works here.
**Q. But Chandler does not, is what you're saying?**

Page 122

A. That's correct.
**Q. Have you ever seen this document, Exhibit 30, before?**
A. Yes.
**Q. And when did you first see it?**
A. During document production.
**Q. Did you see it back in June of 2017?**
A. No.
**Q. Did you -- at any point have you had any conversations with Chandler, Monica or Jaime regarding Mr. Cassell or his request for accommodation?**
MR. PETERSEN: Hold on. Prior to June of 2017. If you've had discussions with them since then, don't answer that.
MR. STRINDBERG: Why can't he answer it since then?
MR. PETERSEN: Because we're in litigation. If he's had discussions with them since litigation has started, it would be in his capacity as counsel for SkyWest. Those would be attorney-client.
MR. STRINDBERG: Not all communications that an attorney has are attorney-client privileged, and so --

Page 123

MR. PETERSEN: I understand. That's why you're asking about this. My point is -- well, I guess maybe I'm premature. You ask him the time, place, manner of the communications, and then I'll respond then.
MR. STRINDBERG: Okay.
**Q. (By Mr. Strindberg) At any time have you had any conversations with Chandler, Monica or Jaime about Mr. Cassell or request of an accommodation he had made?**
A. Yes.
**Q. When did those conversations -- conversation or conversations take place and with whom was it, or were they?**
A. I have never had a conversation with Chandler Larsen about Shane Cassell. I have never had a conversation with Monica Polad about Shane Cassell. I have had several conversations with Jaime Sorensen about Shane Cassell and broadly how we handle requests for accommodations during the recruiting process.
**Q. And these conversations with Jaime, did they take place before or after June 26th, 2017?**
A. I don't recall any discussions with Jaime about this matter prior to the last two years. All

Page 124

of my conversations with her have happened since the inception of the litigation.
**Q. Okay. And you considered them to be giving -- those conversations, you were giving her legal advice?**
MR. PETERSEN: If you want to hold on, let me think about that and talk with --
MR. STRINDBERG: If the answer is -- if he says yes, I'm not going to claim he's waived the privilege, if that helps.
MR. PETERSEN: Okay. Yes, it does help.
I just would clarify, Todd, if it's seeking by her or you giving legal advice, then the answer is it's attorney-client privileged and you do not answer the question.
THE WITNESS: My conversations with Jaime were me seeking information from her about how our recruiting process interfaces with applicants who request a religious accommodation at the start, in interview or before they make it to training, and how -- what her processes are for handling those. But it was more to educate me, to help me give advice to the company. So I don't know if that's work product or helped me form my mental impressions, but I'm asking her questions to help me do my job.

Page 125

MR. PETERSEN: Erik, I'm okay if you ask him about what she told him.
MR. STRINDBERG: Okay.
**Q. (By Mr. Strindberg) What did Jaime tell you in the course of those conversations?**
A. She told me that pilot recruiting is a team effort by the flight operations who sometimes use actual pilots to go out, interview, evaluate and help us hire pilots. And, also, the employee relations department is involved. And employee relations is there for these type of questions, because pilot recruiters are not trained to handle them and may have an immediate response that, Well, if you won't commit to work 365 days of the year, you're not qualified for this job. That would truly be the case unless that person said, But it's for a religious reason.
That pilot and recruiter is not trained to handle that, so then it would get kicked over to HR for analysis. That was help, and then instruction back to flight operations on whether they should accept or reject the applicant. That's what she told me.
**Q. And do you know why all three of these people got involved in this situation of rehiring or**

**possible rehiring of Shane in June of 2017?**

MR. PETERSEN: I'll object as speculation. Lacks foundation. He testified he hadn't seen the documents.

But here's my point, Todd. You can answer that if you have a factual basis for that decision that comes prior to the litigation.

MR. STRINDBERG: Right. And I asked him why. So I'm really asking a yes, no question; then if he says yes, I'll ask him why or how he knows that.

THE WITNESS: Yes.

**Q. (By Mr. Strindberg) And how do you -- tell me why all three of them got involved in the Cassell rehire -- possible rehire in June of 2017.**

MR. PETERSEN: Only if that is based on percipient knowledge -- well, knowledge contemporaneous with the events, not that came out after the fact.

THE WITNESS: Chandler has copied in her boss and another worker who has the ability to help her with this problem. That's why Chandler has copied Jaime. Jaime was her boss. And -- I'm sorry. That was Monica. So Jaime is both Monica and Chandler's boss. So I'm reading this backwards.



Monica has flagged it, has copied her peer, Chandler, and sent it to her boss, Jaime, with this question. And then we see Chandler's response above back to her peer and to her boss. It doesn't surprise me to see these three people engaged in this topic.

**Q. Let me show you another document. It's Bates numbered SkyWest 5, and we will make it Exhibit 31.**

(EXHIBIT 31 WAS IDENTIFIED.)

**Q. (By Mr. Strindberg) Have you ever seen this document before, Todd?**

A. Yes.

**Q. And when did you first see it?**

A. During the production stage of this litigation.

**Q. So when Coy Bryant informed you that Shane had reapplied at SkyWest, he didn't show you this document?**

A. I don't recall Coy sharing this Email with me in our meeting, no.

**Q. Do you know -- and I realize you didn't write this or were copied on it, but Chandler talks about:**

**I don't think I can actually regret him on those circumstances, so how would you like to**



**move forward?**

**Do you know what she means by "I don't think I can actually regret him"?**

MR. PETERSEN: Objection. Speculation. Lacks foundation.

MR. STRINDBERG: But, Scott, again, I'm asking him if he knows what she's referring to.

MR. PETERSEN: Okay. I understand. Go ahead.

THE WITNESS: I understand what Chandler's saying. Is that your question?

**Q. (By Mr. Strindberg) Basically. It really gets down to what does it mean, "regret"? What does that term mean?**

A. Well, it's regret like a regret letter: We regret to inform you we can't hire you. It doesn't mean we'll regret it if we do hire him. "Regret" is a term of art in our recruiting department, so it's a euphemism for "reject."

**Q. Okay.**

A. That's what she means. I don't think I can actually reject him under those circumstances, so how would you like me to move forward? Chandler is a recruitment/hiring specialist. She's flagged this issue and kicked it up the chain to two different



managers who can help her. That's what she's doing.

**Q. And she also refers here to "our review board." Do you know what the review board is that --**

A. Yes.

**Q. -- she's referring to?**

**What is that?**

A. It's my understanding that when we interview and recruit pilots, their first interview is with a single recruiter, typically a pilot, not someone from HR. And that pilot is reviewing their qualifications, experience, their résumés and giving them verbal quizzes to see if they understand aeronautics and flying and are worth a deeper look. They also ask basic questions to see if they understand the job and are willing to perform it.

If one of those recruiters thinks they've found a qualified applicant that presents a problem that they can't resolve, they kick it up to a review board, which is three or four recruiters who meet together to discuss the issue. Also, I understand those are all flight operations. They're pilots or employees from flight operations.

So I understand this letter to mean that Shane Cassell's recruiter liked him, recommended him, but flagged the scheduling conflict and sent it up to

the review board, who said we can't hire him because of his scheduling conflicts. But Chandler did her job and caught it or weighed in and said I don't think in this case we can regret him based on his refusal to work Saturday, because it's a religious issue that has legal implications.

So she has stopped the process of rejecting or regretting him and looped it in to Coy and Jaime for review from their subject matter expertise, and she's taken it away from flight operations, because they may not know what they're doing when it comes to accommodating an applicant who asks for a religious exemption to our scheduling policies.

**Q. And when you talked with Coy and he told you that -- about this reapplication by Shane Cassell, did he come and meet with you in the office again?**

A. Yes.

**Q. But he didn't bring this Email with him?**

A. I don't recall seeing it.

**Q. Do you recall him bringing any documents to you?**

A. Yes.

**Q. What do you recall him bringing to you?**



A. He brought an Email he received from Shane Cassell.

**Q. Okay.**

MR. PETERSEN: Hey, Erik, in five minutes or so or when you're done with this, I need a break to use the restroom, if that's okay.

MR. STRINDBERG: Let's take a break right now.

Let's just mark this. I just pull up Cassell 20, and we'll make that Exhibit 32.

Let's take a break now.

(EXHIBIT 32 WAS IDENTIFIED.)

(Recess from 2:56 p.m. to 3:08 p.m.)

MR. STRINDBERG: Okay, let's continue.

**Q. (By Mr. Strindberg) We're getting close there, Todd.**

**I'm going to show you what we just marked as Exhibit 32, which is a letter, memo from Shane to Mr. Coy Bryant.**

**Did you ask Coy Bryant to get some more information from Shane?**

A. Yes.

**Q. And what did you ask Mr. Bryant to do?**

A. I asked Mr. Bryant to clarify with Shane whether, if he was handed a Saturday schedule through



the PBS bidding system that he could not add, drop, or trade after having used all of the tools at his disposal, would he refuse to fly, because this Email doesn't quite answer that question. It has several scenarios, but it's still missing the central question.

**Q. Okay. I think you're anticipating some questions I'm going to ask. Let's just back up for a moment.**

**So you apparently had talked with Coy Bryant sometime before June 29th regarding Mr. Cassell's new application for employment; is that correct?**

A. No. I'm sorry. When we left off in the deposition, I told you that I had a conversation with Coy in my office and that this was the document he brought with him. That was my re-engagement in Mr. Cassell's reapplication to SkyWest.

**Q. So you didn't ask Mr. Bryant to get this document from Shane himself; he already had it when he came to speak with you?**

A. Well, I guess as I sit here I don't know. My recollection is that Coy Bryant sometime in June 2017 brought it to my attention that Mr. Cassell had reapplied, had the same religious requirements



and that it had landed back in his department to work out the problem or the accommodation.

And I got -- maybe -- we had that conversation before this Email came in, but for me it's a good marker in time for my re-engagement. It would have been that week, that day, certainly that month, not prior. But since my last communication with Alan Reinach I didn't have anything to do with this matter, so Mr. Bryant approached me again to inform me that Mr. Cassell had reapplied and the application was pending.

**Q. And when he informed you of that, did he have the document we were just looking at, 32, which was Shane's statement?**

A. I don't know. But at some point in that time frame we reviewed this document together.

**Q. Okay. Let's -- we'll get back to that document in a second.**

**Let's look at this document. It is a series of emails. It starts with a portion blacked out, attorney work product.**

(Cell phone interruption.)

MR. STRINDBERG: Sorry. That was Siri wanting to take part in the deposition.

MR. PETERSEN: That was not Siri. That

was an English Dude.
MR. STRINDBERG: I know. No, that's my Siri.
THE WITNESS: Sounded like Cedric.
MR. STRINDBERG: I apologize for that.
**Q. (By Mr. Strindberg) Okay. So this is a series of emails. It's SkyWest 9 and 10. We will mark these as Exhibit 33.**
(EXHIBIT 33 WAS IDENTIFIED.)
**Q. (By Mr. Strindberg) Have you ever seen this before? It starts, first of all, with an Email from Shane to Coy, subject: Memo regarding religious beliefs. And I don't know if it was deposition or otherwise. Shane has said that the document we just looked at, Exhibit 32, is what was attached to this Email. And then Coy, I guess, sends to it Glassey, and then I assume it goes to some attorney. I don't know if it was you or not.**
**But does that refresh your recollection of when or how you ended up seeing Exhibit 32, which is Shane's statement?**
A. Yes, it does.
**Q. So tell me, what's been refreshed?**
A. Okay. So the -- I'm off a couple weeks. Shane sends this Email on Thursday, June 29, to Coy,



who 12 days later sends an Email to Roy Glassey saying he's read it and he thinks it has solved the problem. At that point I can tell you that Roy responds to me and Coy with questions about the Email and asked me to re-engage in the issue. And Coy and I then meet. So the meeting I'm describing happens on or after July 11th.
**Q. And these -- these questions --**
A. That's the re-engagement now in the case. That's -- I'm now re-engaged.
**Q. And these questions that Roy posed, they were -- what? -- in the form of an Email?**
A. Yes.
MR. STRINDBERG: Scott, I don't think that's been produced to us.
MR. PETERSEN: What you see is blocked out. I need to look at that, given where we are.
MR. STRINDBERG: Okay. Yeah. Because I'm not sure if --
THE WITNESS: That Email was sent to me seeking legal advice and copied Coy. So you understand, if there's a log, this is Roy Glassey to Coy Bryant and Todd Emerson. That's the next Email, and it's Roy seeking legal advice.
**Q. (By Mr. Strindberg) Okay. So you got**



**that -- is there a date -- I don't have the loggings on me. What's the date that Roy forwarded this to you, the part that's been blocked out?**
A. I don't know without the log.
**Q. But sometime, I gather, in July?**
A. I think the same day.
**Q. Okay. And based on the Email that you get from Roy with these questions, do you then contact Coy and set up a time to meet with him?**
A. Roy's Email is the impetus for our meeting. I don't know if Coy came to me or I called him.
**Q. And he came in, and he had -- did he have with him what we've previously marked as Exhibit 32, which is Cassell's memo to him, or letter, dated June 29th?**
A. Yes. It might have been electronic. We might have pulled it up and looked together at it on a screen, or it might have been a piece of paper. But we reviewed this Email together.
**Q. And I assume you read it and you saw it, and I've highlighted part of it, that Shane was saying that, I realize that SkyWest cannot guarantee that I will be provided a schedule, and he goes on to talk about how he intends to use these tools that**



**we've talked about to either bid out of, drop or trade a shift that may conflict with my beliefs. He then discusses a mentor, and he goes on from there.**
**I assume you read that part which he claims he was not asking for a guarantee. Correct?**
A. I read that part, correct.
**Q. After you reviewed this with Coy, what did you and he talk about?**
A. How to respond to Mr. Cassell with some follow-up questions about the accommodation he's seeking and what he is and is not willing to do.
**Q. Anything else you asked or told Coy?**
A. Anything else would be legal advice that I offered him.
**Q. But did you direct or ask Coy to talk with Mr. Cassell again to answer some questions?**
A. I did.
**Q. And what were those questions you asked him to ask Mr. Cassell?**
A. I asked him to find out from Mr. Cassell if, after using all the tools available to him, he ended up with a Saturday schedule; and then using all the tools available to him under the PBS system to avoid that Saturday schedule, he was nonetheless saddled with a sabbath Saturday schedule, would he

Page 138

work it or decline it. We need to know his answer to that question.

**Q. And do you know if Mr. Bryant then contacted Shane Cassell?**

A. I don't know. I can't tell you for sure. It's my understanding that he did what I asked him to do. And I don't know if it was an Email or telephone call, but Coy responded sometime down the road that ultimately Mr. Cassell required a guarantee that he ultimately not be scheduled on a sabbath.

**Q. And this response to you from Coy, was it in writing or orally?**

A. Most of our communication was in person. We worked very close to each other geographically in the building. So I have no independent recollection other than to say Coy and I discussed this case 95 percent of the time and wrote about it or sent emails maybe for a very small sliver of the communication as we consulted.

**Q. And did Coy use the term "guarantee"? In other words, did he say that Cassell wanted a guarantee that he wouldn't have to work on a sabbath?**

A. Might have said "assurance" or another synonym for guarantee, but that's how I remember it.

**Q. And how did you respond to Mr. Bryant?**

Page 139

A. I reminded Mr. Bryant that we can't make those assurances or guarantees or promises due to our contractual obligation to run the scheduling system the way we negotiated it with SAPA.

**Q. Did you ask Mr. Bryant to contact SAPA and see if they might be willing to help SkyWest accommodate Mr. Cassell's request?**

A. No.

MR. PETERSEN: I think you're getting into legal discussions with Mr. Emerson with the actors that are dealing with your client, so I'm going to -- I'm going to instruct him not to answer those types of questions from here on. You're way in the gray area, which is --

MR. STRINDBERG: Right. I understand what you're saying, Scott. I think it's -- you know, the legal advice is apparent. I mean, I think we all know what position SkyWest took on this, so, you know.

MR. PETERSEN: Well, I realize that. And, look, I'm trying to be -- I understand what you're doing, and we're trying to be cooperative on that; but selective waiver is not generally allowed in attorney-client communications. And so, you know, I'm not -- I think we've tried to limit what Todd's

Page 140

testified to as to what his actual involvement has been as the HR -- when he puts on the HR hat versus the legal hat. I think we're now in an area where I'm not comfortable, I think, that he's got the HR hat on.

MR. STRINDBERG: Okay. I understand that, and you guys have been very cooperative. I mean, if you allow him to answer as to what he told Coy Bryant, I would not consider that a waiver of anything beyond that conversation, if that helps.

MR. PETERSEN: Well -- and I think he answered it, so -- didn't he?

THE WITNESS: I believe the question was did I ask him to go to SAPA and get a waiver.

MR. PETERSEN: Yeah, and he said no.

**Q. (By Mr. Strindberg) And did you tell Coy that without the, what you say, assurance about Shane Cassell -- did you ask or did you tell Coy that because SkyWest could not assure that Cassell would never work on a sabbath that you could not -- SkyWest would not hire him?**

MR. PETERSEN: Let me just caution you, Todd. So to the extent that you're a decision-maker on the business side, I think it's a fair question. To the extent that you're advising those who would be

Page 141

decision-makers on the business side, then do not answer that.

Do you want to take a break and just let us talk that through for a couple of minutes?

MR. STRINDBERG: Sure.

THE WITNESS: That would be helpful. Thank you.

(Recess from 3;25 p.m. to 3:29 p.m.)

MR. STRINDBERG: Let's go back on the record.

**Q. (By Mr. Strindberg) Mr. Emerson, do you know who made the decision not to rehire Shane Cassell?**

A. I'm sorry. Just a minute. Is that -- I'm sorry. Just a minute.

(A discussion was held off the record.)

THE WITNESS: I'm sorry. What was your question?

**Q. (By Mr. Strindberg) My question was who made the decision not to rehire Shane Cassell?**

(A discussion was held off the record.)

MR. PETERSEN: Hold on.

(A discussion was held off the record.)

THE WITNESS: I remember the question; I can answer it. I don't know for sure as I sit here

today. I'd have to do some research.

**Q. (By Mr. Strindberg) Do you know who would have the authority to make the decision not to hire someone?**

A. Roy Glassey certainly. The members of that pilot review board, they could have stopped it before it got to Roy. It appeared that Roy was engaged at this point, so I gave instruction and legal advice to Coy. He left with that, and I don't know who ultimately made the decision not to rehire, whether that was the pilot recruiter, pilot review board, Mr. Glassey.

But the ultimate authority for hiring and firing pilots comes from the flight operations department, not from HR and not from me. We are advisors who typically give them a full appraisal of the situation, and then they act upon our advice.

**Q. I can't remember exactly what Mr. Glassey told us. Was he the chief pilot by July of 2017?**

MR. PETERSEN: If you remember.

THE WITNESS: I don't know his position in 2017. The top chief pilot -- there's a designation on our FAA certificate for chief pilot. That is Tracy --

THE REPORTER: Tracy who? I'm sorry.



THE WITNESS: Next in line of command is Roy, and I believe he was at the time. And whatever Roy's position was at that time, that decision made it to him.

MR. PETERSEN: I'll tell you, Erik, my notes from his depo say it was 2016 when he was made company chief pilot and director of flight operations.

MR. STRINDBERG: Thank you.

I'm going to pull up another document here. It's Cassell 176. We will mark it as Exhibit 34.

(EXHIBIT 34 WAS IDENTIFIED.)

**Q. (By Mr. Strindberg) This appears to be some sort of a form letter. Have you seen this letter before, Todd?**

A. No.

**Q. Were you aware that someone from SkyWest Airlines Recruitment was going to reject Shane's application before it was sent out?**

A. No.

**Q. Let's change subjects for moment. I gather from some of the documents that you guys provided to us that other employees have asked for religious accommodation over the years; is that**



**correct?**

A. Yes.

**Q. And some of those other people have requested similar accommodations in the form of not having to work the sabbath. Has SkyWest ever granted such accommodation?**

A. Not to my knowledge.

**Q. Have there been other requests for religious accommodation received by SkyWest other than for shift issues, and by that, not having to work a particular shift or day?**

A. Yes.

**Q. And what have those been?**

A. We've had employees ask for -- to pray, alterations to their uniform or permission to wear unapproved garments, hats, head coverings that would violate our uniform policy, and they've asked for an exception to wear their religious clothing or jewelry, tattoos, body piercings and --

**Q. Are tattoos and body piercings religious in nature?**

A. There are some religions in the South Pacific where the tattoos are of religious significance and genealogy and play a part in their religion. And we have a policy where they're not



allowed to have visible tattoos on certain parts of your body and work here. We grant an exception for those employees who seek a religious accommodation with a bona fide religious belief that requires that tattoo.

Coptic Christians also require a tattoo on their arms or hands, sign of the cross that's visible that demonstrates their religious devotion.

And I am aware we've granted exceptions for all of those.

**Q. So when you say "all of those," have you provided time for people to pray?**

A. Yes.

**Q. Are these people who are Muslim?**

A. Yes.

**Q. And how about these alterations to the uniform? Do you recall what those requests were for?**

A. Yes. Several Muslim employees and some Jewish employees have asked to wear head or hair coverings that are not part of the uniform as part of their religious practice. We have allowed those in most cases.

**Q. Do you recall how many times you've allowed it?**

A. Unless the head covering presents a safety

Page 146

or identification issue, they have always been granted, so the answer is it's a standing permit unless a flight attendant must wear a full burka where all you can see are my eye slits. My entire uniform is covered.

Those present safety issues in the event of being able to identify the crew member and to visually impair that crew member in the event of an emergency, smoke in the cabin. When we used to have propellers, those head scarves could get caught in the propellers so we would have to work around those, but otherwise, most head coverings have been approved.

**Q. And tattoos and body piercings have also been allowed on occasion?**

A. I'm aware of tattoos being allowed and body piercings denied because it was not a bona fide religious belief.

**Q. So you've not granted anyone accommodation of a tattoo or body piercing?**

A. Tattoos, yes. The single body piercing that came to my attention, I believe it was denied.

**Q. Okay. Any other request for religious accommodations that you've entertained?**

A. Yes. A Christian woman working on the

Page 147

ramp I want to say in Montana asked to be able to wear a very long skirt from the hip to the ankle as part of her religious observance. These skirts are generally denied; we require pants because there's moving belt loaders and parts and having loose, flowing fabric is a safety issue.

She came up with a tight latex, spandex-type skirt that didn't flow or reduce the safety issue of getting caught on the belt, and that accommodation was granted if her skirt was not free flowing and posed a safety issue.

**Q. Any other requests for religious accommodations that you can recall?**

A. We've had Latter-Day Saints ask for extended leave to perform missions. Those have been denied.

**Q. Have any Latter-Day Saint pilots asked for time off for missions?**

A. Yes.

**Q. Have they been rehired, then, when they return from their mission?**

A. I don't know.

**Q. What kind of accommodation are they asking for, then?**

A. They're asking to go on a two- or

Page 148

three-year leave of absence to perform missionary service and then return as if they never left. They wished to accumulate seniority and not lose benefits of their time at the company. That was denied. Whether that person returned and was rehired, they would have been hired at the bottom of the seniority list, and they would start working their way back up again.

**Q. And you referred to "that person." Was there just one person?**

A. One comes to mind. There may have been more.

**Q. Okay. One last --**

A. If they're eligible -- eligible for rehire. If they left to perform missionary work, they're not disqualified in the future; they're just not put on a long leave.

**Q. Okay. One last document and we'll be done.**

**I've pulled up a document that's marked SkyWest 12 through 15, and we'll mark that as Exhibit 35.**

(EXHIBIT 35 WAS IDENTIFIED.)

**Q. (By Mr. Strindberg) And, Todd, have you ever -- as it says up in the upper right-hand corner,**

Page 149

**"SkyWest Airlines Response." This is a position statement of SkyWest Airlines that I gather was filed in response to Mr. Shane's [sic] second charge of discrimination.**

**Have you ever seen this before?**

A. Yes.

**Q. Did you have anything to do with preparing this document?**

A. I did not author this document.

**Q. Do you know who --**

A. I don't know if I reviewed or edited or gave any advice on this document.

**Q. You don't remember if you did?**

A. I don't remember.

**Q. Who -- who authored it? Do you know?**

A. I don't know.

**Q. Is there someone in employee relations who is designated the person to respond to EEOC charges?**

A. Every ER manager responds to the EEOC charges that fall under their jurisdiction. At this time Coy Bryant was handling flight operations, and it is very likely that Coy Bryant is the author of this document. But I can't tell you for sure.

MR. STRINDBERG: Okay. Let's take a short break. I want to touch bases with Todd, and we'll

finish up.
MR. PETERSEN: All right. So how long do you want? Fifteen? Five? Ten?
MR. STRINDBERG: Five minutes.
(Recess from 3:45 p.m. to 3:50 p.m.)
MR. STRINDBERG: Okay. I have nothing further, Todd. Thank you.
Scott, do you have any questions?
MR. PETERSEN: I don't have any questions.
And, Susette, we would like to read and sign.
MR. STRINDBERG: And I want electronic copy, both the full size and the mini size.
THE REPORTER: Okay.
MR. PETERSEN: And I'd like the electronic copy that has the mini that's searchable and the appendix.
MR. STRINDBERG: I don't want a word index.

(The remote deposition concluded at 3:51 p.m.)
* * *
(Signature was requested.)



VERIFICATION

STATE OF _____________)
)  ss.
COUNTY OF ____________)

I, TODD C. EMERSON, being first duly sworn on my oath, depose and say:

That I am the witness named in the foregoing deposition taken the 2nd day of October, 2020, consisting of pages numbered 1 to 150, inclusive; that I have read the said deposition and know the contents thereof; that the questions contained therein were propounded to me; that the answers to said questions were given by me, and that the answers as contained therein (or as corrected by me therein) are true and correct.

Corrections Made: Yes______ No______

______________________________
TODD C. EMERSON

Subscribed and sworn to before me this ________ day of ________, 2020, at _________________, Utah.

______________________________
Notary Public for Utah
Residing at_____________, Utah.
My Commission Expires: ________.



REPORTER'S CERTIFICATE

STATE OF SALT LAKE )
)  ss.
COUNTY OF UTAH )

I, SUSETTE M. SNIDER, Certified Shorthand Reporter and Registered Professional Reporter in and for the State of Utah, do hereby certify:

That prior to being examined, the witness named in the foregoing deposition was duly sworn remotely by me to testify to the truth, the whole truth and nothing but the truth;

That said deposition was taken down by me in shorthand at the time and place therein named and thereafter reduced to typewriting under my direction, and that the foregoing transcript contains a full, true and verbatim record of said deposition.

I further certify that I have no interest in the event of the action.

WITNESS my hand and seal this 19th day of October, 2020.

______________________________
SUSETTE M. SNIDER
CSR, CRR, RPR

**Exhibits**

**Exhibit 23** 21:12, 13,16

**Exhibit 24** 30:21, 22 31:23

**Exhibit 25** 32:8,9 33:17 46:16

**Exhibit 26** 36:25 37:2 44:19,22 100:12

**Exhibit 27** 100:16,17

**Exhibit 28** 117:19,20

**Exhibit 29** 120:1, 2

**Exhibit 30** 121:6, 7 122:3

**Exhibit 31** 127:8, 9

**Exhibit 32** 131:10,12,18 134:15,20 136:14

**Exhibit 33** 134:8, 9

**Exhibit 34** 143:12,13

**Exhibit 35** 148:22,23

**0**

**006** 31:23

**007** 32:7

**008** 32:7

**0to** 120:1

**1**

**1** 91:8 92:3,10

**1,200** 113:24

**10** 31:9 72:12 90:9 91:18 100:5,18 134:7

**100** 87:5,8,18,25 88:4,10 89:18 90:8,9 91:1 93:17

**10:05** 20:11

**10:52** 31:17

**11** 100:6,18

**11:09** 31:17

**11th** 135:7

**12** 52:15,23 87:19 88:1 93:15,19 113:24 135:1 148:21

**12-month** 93:13

**12/2** 23:14

**1200** 114:6 115:14

**12:02** 63:7

**12:19** 63:7

**12:20** 64:14

**12:24** 64:14

**12:54** 82:14

**12th** 84:3 99:4

**14** 18:13 20:25 52:10

**15** 18:13 31:9 72:12 91:18 148:21

**1600** 23:14

**161** 119:25 120:7

**162** 120:1,9

**17** 20:19 65:12

**176** 143:11

**1800** 23:15

**1858** 88:14 89:4

**1859** 88:14

**19** 20:19

**1:34** 82:14

**1A(3)** 45:7

**1st** 109:5

**2**

**20** 72:24 88:16 89:4,12,14 91:13 93:3 113:4 114:14 131:10

**20-something-thousand** 93:3

**2016** 7:2 8:8 13:13 14:3 15:11 30:2 32:7,15 54:9 77:16 87:6 89:19 92:4,10,16,17,24 93:25 97:4,8 103:16 104:17,22 109:23,24 143:6

**2017** 7:2 51:21 54:9 55:1 78:25 84:10 86:14 89:6, 21 93:25 97:13 98:13 100:23 109:22 116:19 117:1 119:13 122:7,14 123:23 126:1,15 132:24 142:19,22

**2019** 72:6,8,9

**21** 20:25

**22** 21:7 78:19

**23** 21:9,12,13,16 79:1

**24** 30:21,22 31:23

**25** 32:8,9 33:17 46:16 82:13

**26** 36:25 37:2 44:19,22 100:12, 14

**26th** 123:23

**27** 100:14,16,17

**27000** 91:13

**28** 117:19,20

**29** 120:1,2 134:25

**29th** 132:11 136:16

**2:56** 131:13

**2nd** 105:14

**3**

**3** 117:18

**30** 109:25 111:24 113:4 114:14 116:1 121:6,7 122:3

**3021** 45:2

**31** 127:8,9

**32** 131:10,12,18 133:13 134:15,20 136:14

**33** 134:8,9

**34** 143:12,13

**35** 148:22,23

**365** 125:14

**389** 36:23 44:16

**3:00** 28:25

**3:08** 131:13

**3:29** 141:8

**3:45** 150:5

**3:50** 150:5

**3:51** 150:21

**3;25** 141:8

**3rd** 84:10 100:23 102:6 111:12 112:20 113:6 117:24

**4**

**4** 21:11 117:18

**425** 21:4

**444** 5:14

**489** 83:19

**4:00** 23:15 28:20 29:1

**4th** 20:16

**5**

**5** 21:11 50:11 51:19 127:7

**5,000** 39:17 74:23 75:3

**50** 108:11

**529** 44:25

**53,197** 91:5

**53,197th** 91:10

**53000** 91:15

**57** 79:4

**586** 44:16

**59** 89:5

**5:00** 28:22

**5th** 8:8 10:13 13:19 14:3,12,15, 21,23 15:4,7 16:14 17:7 21:20 28:6 50:16

**6**

**6** 20:17,19 30:20 104:16

**60** 108:12

**62** 120:8

**6:00** 23:15 28:21

**6th** 54:20

**7**

**70** 108:9

**70s** 34:1

**8**

**8** 78:25

**80s** 34:1

**81** 121:1

**84790** 5:15

**8th** 13:12,20 32:7, 15 46:17 52:4 54:18 67:2 75:10 84:1

**9**

**9** 134:7
**95** 90:9 138:17
**97** 88:9

**A**

**A-R-I-C** 37:17
**a.m.** 31:17
**ability** 18:7 19:13,19 52:5 126:21
**absence** 148:1
**absolutely** 46:22 48:8 67:3 68:7,13 104:12
**accept** 62:6 104:8 125:22
**acceptable** 75:22,24 76:6,14, 15,21,25 77:2,17, 18 103:17
**accepted** 104:2
**access** 111:8
**accommodate** 70:19 71:2,7,23 76:4 101:4,11 105:15 139:7
**accommodated** 100:1
**accommodating** 130:12
**accommodation** 7:8 8:5 9:11 14:13 15:2 18:1,18 20:21,24 23:12 27:16 33:16 66:7, 8 71:11,21 72:18 75:14,22,24 76:6, 14,16,21 77:1,3, 17,19 85:3 102:21,22,25 103:12,17,18 104:3,7,19 105:2, 6,19,23 122:12 123:9 124:19 133:2 137:10 143:25 144:6,9 145:3 146:19 147:10,23
**accommodations** 8:24 9:19 10:1 51:7,13 53:4 106:4,8,10 112:7, 12 123:20 144:4 146:24 147:13
**accumulate** 148:3
**accuracy** 16:4
**act** 142:17
**action** 68:20
**actors** 139:11
**actual** 87:11 125:8 140:1
**add** 10:6 67:18 102:23 103:8 132:1
**added** 43:3
**adding** 19:17
**addition** 17:16
**address** 5:11 47:18 66:1 67:13
**addressed** 84:3, 13 120:23
**adjust** 10:8 104:16
**adjusted** 92:12
**adjustment** 104:20
**advance** 111:2
**Adventist** 8:16 55:22 57:4,11 59:8 62:20 63:24 64:3,20 68:24
**Adventists** 55:4, 7,24 58:1,5 101:5
**advice** 6:13,15 16:9 124:5,13,22 135:21,24 137:13 139:17 142:9,17 149:12
**advising** 140:25
**advisors** 142:16
**aeronautics** 129:13
**affairs** 6:1
**affect** 18:5,6 19:12
**afoul** 9:15
**afternoon** 11:15 22:20
**agencies** 36:4
**agency** 36:9,10, 15,19
**agree** 35:24 36:1 37:6 38:7 42:4 60:3,9 61:21 63:11,21 70:9
**agreeable** 109:2
**agreed** 58:18 60:22 73:17
**agreeing** 104:17
**agreement** 15:11 20:23 34:7,9,15, 18 35:1,9,17 47:5 57:23 61:10 62:12
**agreements** 38:17
**ahead** 27:10 35:5 36:7 38:14 42:14 51:20 56:5 66:2 77:12 78:4,10 79:14 90:22 103:24 104:1 128:9
**Air** 80:4
**aircraft** 40:13,15 111:3,4
**airline** 54:4 85:6
**airline's** 95:4
**airlines** 40:9 96:6 118:2 143:19 149:1,2
**Airlines'** 95:25
**airplane** 80:9
**Airport** 29:12
**airports** 96:20,22
**Alan** 7:19 13:12 16:18 20:15 30:19 32:15 33:16 54:19 61:15 64:11 83:25 84:3,6 99:3 111:12 117:22 133:8
**Alan's** 20:15
**Alaska** 95:24 96:4
**algorithm** 114:17
**allegation** 60:20
**allowed** 26:24 103:18 139:23 145:1,21,24 146:15,16
**allowing** 69:19
**alter** 35:16 49:18
**alterations** 144:15 145:16
**altered** 92:20 101:4
**ambiguous** 95:2
**amend** 34:16
**amendable** 35:23
**American** 81:18 95:21 96:4
**amount** 41:1 62:5,6 80:5 81:25
**analysis** 85:11 87:12 125:20
**analyst** 85:8,21, 25 86:3,5,7 87:17 89:18 90:1,2,14, 17 92:9
**analyze** 47:15 83:5
**analyzed** 48:13
**Angeles** 95:20 96:1,25
**Anita** 110:15,18 111:13 112:7
**Anita's** 111:18 112:3
**ankle** 147:2
**answering** 112:17
**answers** 12:4 52:15
**anticipating** 132:7
**anytime** 35:15 38:19
**apologize** 88:18 134:5
**apparent** 66:24 139:17
**apparently** 106:8 113:17 132:10
**appeared** 101:14 142:7
**appearing** 115:11
**appears** 32:6 46:1 143:14
**appendix** 150:17
**applicant** 125:22 129:17 130:12
**applicants** 124:18
**application** 25:23 119:13 132:12 133:11 143:20
**applied** 105:24
**apply** 58:2
**appraisal** 142:16
**apprised** 99:13

**approached** 133:9
**approved** 146:13
**approximately** 28:22
**April** 92:13,17 108:9
**arbitrate** 42:5
**arbitration** 41:23,25 42:3,5
**archived** 117:13
**area** 139:14 140:3
**areas** 72:20
**Aric** 37:16,20 72:3,7 73:4 74:1, 2,15,17
**Aric's** 74:8
**arms** 145:7
**Arnold** 37:16,18, 21 38:7 72:3,8 73:4 74:1
**art** 128:18
**asks** 130:13
**aspect** 81:14
**assembling** 68:22
**assertion** 84:15
**assign** 85:19
**assigned** 9:1 23:13 77:25 85:20 87:11 93:21 106:20,22 107:3, 14,16
**assigning** 105:16
**assignment** 23:21 45:12,21 46:6 52:14 85:17 88:3 89:20 90:15 92:21 99:2 104:12
**assignments** 45:22 52:6,22 111:1
**association** 34:4
**assume** 7:4 19:11 40:6 54:8 117:23 134:17 136:21 137:4
**assurance** 138:23 140:17
**assurances** 139:2
**assure** 140:19
**Atlanta** 33:5 95:17
**attached** 134:15
**attachment** 118:3
**attempt** 57:14 70:8 111:5
**attempted** 58:2 69:10 97:23 98:1, 5 109:1
**attempting** 69:14
**attend** 23:13
**attendant** 146:3
**attendants** 111:8
**attended** 118:16
**attendees** 73:5
**attention** 45:6 55:18,25 57:1 119:16,17 132:24 146:22
**attorney** 6:18,19 61:14 122:24 133:21 134:17
**attorney-client** 15:14 33:12 42:24 43:5,9,21,24 76:9 122:22,24 124:14 139:24
**author** 149:9,22
**authored** 32:11, 13 100:22 149:15
**authority** 142:3, 13
**authorized** 39:13
**automatically** 39:25 40:2
**avenues** 10:7
**avoid** 8:24 18:7 51:11 52:5,20 53:14,17 55:8 56:18 57:16 59:9, 19 60:19 62:22 64:4,19,22 68:3, 25 69:10 85:16 87:20 88:3,5 97:21,23 98:1 102:17 104:11 111:20 113:14 115:3,17 137:24
**avoided** 87:9 102:1
**avoiding** 48:1 52:13
**aware** 36:19 44:10 45:17,24 46:12 55:23 57:3 60:16 101:25 143:18 145:9 146:16

**B**

**back** 13:25 14:6 15:2,11 16:16 20:11 21:4 22:9 23:10 26:10,13 27:20 31:18 46:16 47:16 63:2,17 64:15 65:13 67:1 75:6,20 77:15 82:12 84:21 86:2 87:25 88:8 89:6, 17 92:10 97:13 98:12 103:16 104:21 108:7,9 109:5 110:6 111:18 115:13 117:4 118:9 122:7 125:21 127:3 132:8 133:1,17 141:9 148:7
**background** 27:25
**backup** 85:12
**backwards** 111:22 126:25
**bad** 83:15
**Baker** 117:22,25
**balanced** 81:9
**ball** 58:23
**bananas** 70:16
**bargain** 35:21
**bargaining** 34:6, 9,15,17 35:1,9,17 47:5
**based** 48:16,25 59:6,16 61:4 84:21 94:18 97:22 106:24 107:6 110:11 111:23 126:16 130:4 136:7
**bases** 47:1 48:4 149:25
**basic** 129:14
**basically** 93:25 107:23 128:12
**basis** 33:12 46:24 47:22,23 48:7 82:9 84:14 126:6
**Bates** 20:7 44:15 117:18 120:5 121:3 127:7
**began** 11:14 23:14 33:25 103:11
**begin** 92:3
**beginning** 28:4
**begins** 23:14
**behalf** 38:17 39:14,16
**belief** 24:18 66:8 74:13 145:4 146:18
**beliefs** 101:12 134:13 137:2
**belong** 29:15 39:21
**belt** 147:5,9
**benefits** 148:3
**bet** 120:18
**bid** 19:13,19 50:25 53:3 67:16 77:24 98:13,15 106:23 108:21 111:7,9 117:11,13 137:1
**bid-avoid** 10:6 51:2 52:11 98:6
**bid-avoiding** 115:10
**bid-avoids** 98:8
**bidding** 10:3 19:8 45:16,19,24 46:1, 8,10,14 47:16 66:6 70:5 83:12, 17 98:25 104:10 111:9 113:13 132:1
**bids** 113:18,24 117:4,7,12
**big** 25:8
**bigger** 63:12
**bit** 46:5 70:24 82:4 84:2 85:5 90:23
**blacked** 86:3 133:20
**blend** 51:23 106:10
**blocked** 135:16 136:3
**blow** 15:1
**board** 35:19 38:16 41:4 53:5 71:13 72:22,23, 24,25 73:1 96:19 129:3,19 130:1 142:6,12
**body** 144:19,20 145:2 146:14,17, 20,21

**boiled** 9:8
**bona** 145:4 146:17
**boss** 108:1 126:21,23,25 127:2,4
**bottom** 148:6
**brain** 65:13
**branch** 36:16,17
**breach** 58:21 62:11
**break** 31:6,10 61:9 63:5 70:23 82:5 131:5,7,11 141:3 149:25
**breaking** 61:10
**briefed** 28:6
**briefly** 50:13
**bring** 83:21 119:17 130:20
**bringing** 130:22, 25
**broaden** 55:11
**broader** 76:24
**broadly** 123:19
**broke** 40:22 116:15
**broken** 78:22
**brought** 55:24 57:1 119:16 131:1 132:17,24
**Bryant** 7:11,20 8:4,8,11,20 9:4,18 10:15,18 11:1,3,7, 19,23 12:4,7 13:21,25 14:1,2, 21 16:2,3 17:1,11 20:16 21:14 27:21 28:2,6 30:19 31:24 32:16 33:13 51:6 75:9 103:15 119:16 127:16 131:19,20,23,24 132:11,19,23 133:9 135:23 138:3,25 139:1,5 140:9 149:21,22
**build** 111:5
**building** 7:6 138:15
**bunch** 96:25
**bundled** 39:10
**burden** 106:11
**burka** 146:3
**business** 40:17, 21 41:1 43:7 79:15 81:19 140:24 141:1
**busy** 85:5
**buzz** 83:1
**bylaws** 72:11

### C

**C-A-T-T-E-N** 90:24
**cabin** 146:9
**call** 5:16 6:6 35:18 73:24 80:1 82:21 96:2 105:19 111:17 138:8
**called** 5:4 12:24 18:21 34:4,12 64:11 78:16 87:3 136:11
**calls** 35:3 36:6 38:12 42:12,22 43:5,21 79:12 105:4
**cancel** 81:7
**canceled** 81:19, 22,23,24
**Canceling** 81:14, 15
**capacity** 122:20
**capital** 82:24
**captain** 40:12
**captains** 78:22
**capture** 92:7,11
**captured** 90:8
**care** 33:9 53:15 64:5 116:4
**career** 17:18
**careful** 62:16
**carriers** 29:21 95:14 96:7
**case** 6:15 8:15 45:11 46:14 62:7 101:6 102:11 125:16 130:4 135:9 138:16
**cases** 6:14 145:22
**Casey** 6:23 7:1
**Cassell** 7:8,12 8:4,12,22 9:9,13, 21 10:1,11 11:8, 12,16 12:18 14:14 15:2 17:15 18:2 20:1,17 21:4,11, 24 22:15 23:3,24 24:3,15 25:11,14, 16 26:4,17 27:5 28:4,7 30:20 31:23 32:7,17 33:15 46:21 61:14,15 68:12 69:19 70:7 71:1 72:14 75:14 76:1, 22 92:23 100:1,5, 18 101:6 102:11, 20 104:2 105:7 107:12 108:22,25 109:10 110:4 112:8,12 119:11, 19,25 120:23 122:11 123:9,16, 18,19 126:15 130:17 131:2,10 132:24 133:10 137:9,16,19,20 138:4,9,21 140:18,19 141:13, 20 143:11
**Cassell's** 50:23 70:20 71:3,7 92:8, 18 100:8 101:11 102:9 129:24 132:12,18 136:15 139:7
**category** 29:22
**Catten** 90:24,25 97:12 98:23
**caught** 130:3 146:10 147:9
**caused** 102:8
**caution** 15:13 58:8 140:22
**CBA** 42:1,6 70:10,14 72:11,19
**CBT** 101:16 106:5
**Cedric** 134:4
**cell** 133:22
**central** 132:5
**certainty** 79:9 94:7
**certificate** 142:23
**certified** 111:4
**chain** 21:15 128:25
**chance** 26:22
**Chandler** 121:9, 11,12,24 122:10 123:8,16 126:20, 22 127:1,22 128:23 130:2
**Chandler's** 126:25 127:3 128:10
**change** 35:21 36:1,2 37:13 38:2, 7,20 39:13,18 49:18,19 91:20 143:22
**changed** 35:23 39:15
**changing** 105:16
**chaotic** 31:4
**charge** 149:3
**charges** 149:18, 20
**chart** 78:20 93:6
**Chicago** 79:1 94:2,15 95:10,20 96:18 97:3
**chief** 68:17,19 69:5,11 142:19, 22,23 143:7
**children** 47:13
**choice** 53:14 114:19,22,24
**choose** 107:5
**chose** 66:10 90:25 92:15 108:17
**chosen** 108:16
**Christian** 146:25
**Christians** 145:6
**Christmas** 47:13 67:16,17,20 74:10,24 75:1,2,3, 4 85:7
**chunk** 83:20
**Cincinnati** 95:18
**circumnavigated** 24:11
**circumstances** 88:24 127:25 128:22
**cities** 96:14
**city** 8:22 10:22 29:11 80:15 96:8
**claim** 43:20 124:9
**claimed** 84:13
**claims** 137:5
**clarification** 17:6 39:20 43:13,20 76:20
**clarify** 22:19 23:5 83:11,14 117:6 124:12 131:24
**class** 12:16,25 13:1,2 22:7,9

24:10,23 26:5,10, 19 92:11,15,18,23 101:16 102:2 107:21 108:14,21 109:17,19,20 110:3

**classes** 10:24 106:19 107:10,20 109:4,11

**classmate** 12:18

**clear** 34:3 102:22 117:3

**client** 62:12 63:22 84:15 89:3 116:20 139:11

**climbed** 108:11

**close** 12:11 131:15 138:14

**closed** 35:22

**closely** 28:8 89:22

**closer** 92:13,18

**clothing** 144:18

**club** 80:12

**code** 96:5

**collective** 34:6,9, 15,17,25 35:8,17 47:4

**Colorado** 30:14 73:7

**column** 91:3

**combination** 67:14,23

**comfortable** 140:4

**command** 110:15 143:1

**commenced** 51:19

**comment** 113:22

**commenting** 16:12

**Commission** 61:17

**commit** 125:14

**common** 115:17

**communicate** 6:16

**communicated** 86:11

**communicating** 17:14 119:7

**communication** 54:25 118:19,21 119:2,8 133:7 138:13,19

**communications** 54:19,24 63:16 80:24 118:25 122:23 123:4 139:24

**compacted** 13:4

**companies** 96:3

**company** 44:2,7 96:3 107:16 124:23 143:7 148:4

**compensated** 40:15 48:24

**compensating** 48:16

**compensation** 38:20 39:9 40:7,8, 18

**compete** 47:18

**complaining** 48:12

**complement** 79:22

**complete** 23:20, 25 79:25 116:3

**completed** 23:16

**completely** 52:21

**comport** 94:2

**compound** 70:22 103:24

**compromise** 72:16

**computer** 12:10, 14 84:22

**computers** 29:3, 4,15,16

**concepts** 19:7

**concern** 50:23 63:11

**concerned** 61:10

**concerns** 84:13

**concluded** 150:21

**conclusion** 35:4 36:6 38:13 42:13, 23 43:8 105:4

**conditions** 35:16 104:9

**conducts** 12:6

**confidential** 58:18 59:1,2 60:4, 9,12,17,19,22 61:24 62:8

**confidentiality** 58:20,22 59:16 60:11,24 61:5 63:3,11

**confidentially** 61:20

**confines** 60:21 62:14

**conflate** 106:1

**conflating** 105:10

**conflict** 9:3,8 102:1,8 129:25 137:2

**conflicts** 66:5 101:17 130:2

**confused** 95:8

**confusing** 78:9

**conjuring** 76:10

**consecutive** 93:5

**considered** 77:18 96:8 124:3

**consistent** 25:24

**constant** 47:6

**constitute** 72:25

**constituted** 76:15 77:2

**constrained** 70:4

**consult** 16:8 61:9

**consultation** 16:3

**consulted** 15:10, 15 16:16 28:9 138:19

**consulting** 8:21

**contact** 62:21 71:1,6 136:8 139:5

**contacted** 7:10, 11 8:4,8 59:7 97:14 138:4

**contained** 38:24

**contemporaneous** 126:18

**context** 71:15 76:17

**continuation** 103:10

**continue** 11:16 25:22 27:15 101:20 103:19 131:14

**continued** 23:19 104:3

**continuous** 36:24

**contract** 35:22 49:24 50:1 70:11 74:7,18 96:6

**contractual** 139:3

**control** 29:7,25

**conversation** 11:2 13:22 14:1 17:25 31:24,25 32:2 50:22 53:12 68:15 70:3 86:12, 16,18 110:9 113:10 118:17 123:13,15,17 132:15 133:4 140:10

**conversations** 52:2 57:20 59:12 61:24 62:25 69:24 70:1 71:13 72:4 86:24 112:3,6,11, 14,18,22 113:8 118:14 122:10 123:8,12,13,18,22 124:1,4,16 125:5

**conversion** 66:20

**convinced** 63:13

**cooperative** 139:22 140:7

**copied** 119:1,4 126:20,23 127:1, 22 135:21

**Coptic** 145:6

**copy** 25:13,17 119:19 150:13,16

**corner** 148:25

**correct** 10:17 13:8 19:9,10,14, 15,19 25:12 43:25 44:19 50:3 54:10, 21 67:8 91:15 102:4 105:2,17, 18,22 107:24 110:22 113:19 118:6 122:1 132:13 137:5,6 144:1

**correctly** 27:13 38:4 66:15 90:21

**cost** 81:25 82:1

**costs** 81:8,10,13

**counsel** 6:16 31:13 33:8 44:2 60:14 61:9 122:21

**country** 33:4 80:16 96:24
**counts** 8:18
**couple** 14:18 63:8 73:2 82:16 115:15 134:24 141:4
**court** 58:23
**cover** 67:21 79:7
**covered** 68:1 146:5
**covering** 97:8 145:25
**coverings** 144:16 145:20 146:12
**covers** 45:24 46:7 83:16
**Covey** 5:10
**cow** 48:22 49:5,9
**Coy** 7:10,19,24 8:4 9:4 10:15,18 13:21,25 14:1,2,5, 8,21 15:3,6 16:20 18:9,11,23 19:21, 24 20:16 27:20,21 30:19 31:24 32:16 33:13 51:6 75:8 103:15 119:16 127:16,19 130:8, 15 131:19,20 132:10,16,23 134:12,16,25 135:4,5,21,23 136:9,11 137:7, 12,15 138:8,11, 16,20 140:8,16,18 142:9 149:21,22
**created** 14:6 89:1,14 98:25
**crew** 12:13 47:23 53:21 68:16 110:10,14,17,20 115:3 146:7,8
**crews** 81:16
**CRJ** 16:5
**cross** 145:7
**crunch** 97:18 99:6
**crunching** 116:10
**current** 5:11 40:14 49:15
**cut** 108:7,9

**D**

**Dakota** 80:21
**Dallas** 95:23
**dash** 82:24
**data** 82:17 83:9 84:21 87:16 89:17 90:3,6,13 97:10, 18,22 99:6 112:18,24 113:5 116:10,11,12,14, 18,20,24 117:2,8
**database** 55:19
**date** 25:8 34:2 136:1,2
**dated** 13:12 20:16 32:6,15 46:17 84:2 136:15
**dates** 91:25 92:2 113:7
**Dave** 107:18
**David** 30:6,7 107:23
**day** 10:4 12:21,24 51:24 109:7 111:21,22 116:4 118:12 133:6 136:6 144:11
**daylight** 109:6
**days** 18:21 25:24 74:3 77:23,24 102:3 125:14 135:1
**deal** 30:16 44:7 65:16,19 75:3
**dealing** 139:11
**dealt** 65:15,22 69:12
**December** 8:8 10:13 13:12,19,20 14:3,12,15,21,23 15:4,7 16:14 17:7 20:16 21:20 22:18 28:4,6 30:2 32:7, 15 46:17 50:11, 14,16 51:19 52:4 54:16,18 67:2 69:16 75:9,10 77:15 84:1,3 85:5 99:4 102:6 103:3 104:16,21 105:14 109:5 111:18 112:16,19 113:10
**decided** 84:20
**decides** 39:6
**decision** 41:21 42:3 43:7 126:6 141:12,20 142:3, 10 143:3
**decision-maker** 140:23
**decision-makers** 141:1
**deck** 85:7
**decline** 9:2 103:9 138:1
**declined** 102:21, 25
**deeper** 129:13
**deeply** 24:17 74:12
**define** 77:1
**delay** 84:11
**deliver** 116:19
**Delta** 80:4 81:17 94:15,16 95:11,17 96:4,10,12
**Delta's** 95:8
**demand** 79:21
**demanding** 62:6
**demonstrates** 145:8
**denied** 146:17,22 147:4,16 148:4
**dense** 60:3
**Denver** 30:14,15 73:7 95:20
**department** 6:7, 10 78:14 85:21 101:17,20 106:22 109:10 110:2,11, 17 121:13,18,23 125:10 128:19 133:1 142:15
**departments** 105:25
**depo** 100:8 143:6
**deposition** 57:2 60:12,17 132:15 133:24 134:13 150:21
**depositions** 5:19
**describing** 135:6
**designate** 32:8 36:23,24 37:2 58:9
**designated** 60:16 149:18
**designation** 142:22
**detailing** 73:16
**determine** 55:3,6 57:14 62:22 76:15 98:14 102:17
**determining** 74:12
**detour** 66:24
**Detroit** 79:1 94:1, 15 95:10,18 96:18 97:3
**developed** 33:22
**device** 29:22
**devices** 29:18 30:1
**devote** 40:25
**devotion** 145:8
**dialed** 50:23
**difference** 25:5,8
**difficult** 49:18 69:5 74:12 87:22 104:4 112:15
**difficulties** 47:25
**difficulty** 67:10 68:1 81:23
**dipping** 68:4
**direct** 33:11 70:18 71:5 84:20 119:5 137:15
**directly** 64:9 85:25
**director** 5:25 6:21 30:8 107:19 110:14 143:7
**disclose** 57:20 59:2,20 60:25 63:1
**disclosed** 59:14, 21
**discloses** 60:15
**disclosing** 60:20
**disclosure** 62:13
**discovery** 57:9
**discrimination** 149:4
**discuss** 11:7 18:6,9 19:21 72:13 76:2 101:2, 3 129:20
**discussed** 10:2, 11 18:3,11 33:10 52:12 72:11 73:17,21 87:22 138:16
**discusses** 23:10, 12 137:3
**discussing** 14:2 26:2 60:10 61:5 72:7
**discussion** 24:2

25:22 26:3,20,23 27:4,21 30:20 50:6 51:6,16 58:8 69:15,17 70:12 72:13 85:2 100:13 101:23 112:16 141:16,21,23

**discussions** 15:15 49:17 50:9 51:10,18,22 53:2 61:23 62:7 68:11 71:17,25 75:8 76:11 85:24 103:1 122:14,19 123:24 139:10

**dispatch** 80:20

**dispatched** 80:16 94:20

**displacement** 45:11

**disposal** 53:12, 16 132:3

**disqualified** 148:16

**disruptions** 81:15

**distinguish** 74:25

**divide** 18:17

**divorced** 78:14

**document** 15:3, 6,7 16:1,10,12,17 17:23 19:23 20:14 21:3 32:5 34:10, 12 36:21 46:2 61:21 62:11 88:17,19 89:1,4 98:25 117:16,17 119:24,25 120:4, 20,25 122:2,6 127:6,11,18 132:16,20 133:13, 16,18,19 134:14 143:10 148:18,20 149:8,9,12,23

**documents** 14:5, 19,20,23 16:7 52:1 126:4 130:22 143:23

**dollars** 29:24

**domicile** 17:1,2, 4,9,21,24 18:3,4, 6,11,15,19 19:6,9, 15,17 68:20 78:21 79:19,22 96:24

**domiciles** 19:2,3, 4,11 83:8 93:20 94:6,9,13,14

**double-check** 92:25

**draw** 45:6 84:25

**drawn** 79:19 110:9 112:2 117:7,8

**draws** 39:5

**drew** 90:6

**drill** 98:10

**drop** 10:6 67:18 102:23 103:8 132:1 137:1

**dropping** 51:8 53:5

**drugs** 31:8,13

**dude** 75:1 134:1

**due** 45:12,21 46:6 79:23 139:2

**dues** 40:3

**Dulles** 95:23

**duly** 5:4

**duties** 40:11

E

**earlier** 25:25 38:1 87:6 88:22 89:24 91:14 98:24 106:2 107:19 119:4

**early** 12:22 16:14 34:1 54:9,16,20 75:9 89:6,19 92:16 113:9

**easier** 96:19,23

**Easter** 74:5,10

98:7

**easy** 21:2 48:19 106:1

**eat** 82:5

**edited** 16:9 149:11

**editing** 16:12

**educate** 124:22

**EEOC** 61:22 62:12 149:18,19

**effectively** 52:8

**efficient** 111:5

**effort** 55:3 116:22 125:7

**elected** 37:24

**electronic** 136:17 150:12,15

**elephant** 106:15

**eleven** 31:11

**eligible** 26:12 148:14

**eliminating** 49:1

**Email** 7:19,20 8:9,13 16:18,24 19:25 20:2,15,16, 20 21:15 25:3,11 30:19 117:22 118:8 119:19 127:19 130:20 131:1 132:3 133:4 134:11,16,25 135:1,4,12,20,23 136:7,10,20 138:7

**emailing** 22:19

**emails** 121:9 133:20 134:7 138:18

**emergencies** 78:7 103:6

**emergency** 146:9

**emergent** 103:10

**Emerson** 5:3,10 43:22 58:4 62:19

64:17 135:23 139:10 141:11

**Emerson's** 118:4

**emotional** 24:16

**emphasizing** 67:25

**employed** 32:24 33:1

**employee** 6:6,11, 16,21 7:1,10 27:15 55:21 91:3, 4,7,8,10,13,17,19, 20 99:17 125:9,10 149:17

**employees** 44:3 55:19,23 129:22 143:24 144:14 145:3,18,19

**employment** 17:10 23:7,19,21 25:19 46:21 47:2 61:17 84:17 85:15 93:17 104:9 132:12

**empowered** 38:16 39:7

**encounter** 17:17

**end** 9:13 22:8 23:15 24:23 26:5, 6 27:22 67:17 68:5 74:20 86:14 87:2 113:9 118:19

**ended** 28:20 134:20 137:22

**ends** 83:20

**engaged** 49:16 66:4 127:5 142:8

**English** 134:1

**enrolled** 39:25

**enter** 18:24 38:17

**entertained** 146:24

**entire** 34:19 37:2 38:18 72:22 146:4

**entirety** 23:17

**entitled** 76:17

**Equal** 61:16

**ER** 149:19

**Erik** 7:24 12:1,3 14:15 20:3 25:13 26:18 31:14 37:1 39:5 51:24 57:19 58:16,23 59:24 60:7 63:8 66:14 70:21 80:25 83:4, 10,18 89:25 104:5 115:25 120:6 125:1 131:4 143:5

**estimate** 37:22 112:13

**estimating** 8:6,7

**euphemism** 128:19

**evaluate** 125:8

**Eve** 67:20

**evening** 11:15 24:6

**event** 22:6,11 24:11 146:6,8

**events** 126:18

**Everybody's** 75:2

**exact** 34:2

**exam** 83:16

**EXAMINATION** 5:7

**examined** 5:5 14:11

**excellent** 70:7 94:17

**exception** 144:18 145:2

**exceptions** 74:18 103:6 145:9

**exchange** 24:21 69:20 75:15

**executive** 36:16 38:16 40:25 41:3, 4 72:24 73:1

**exemption** 65:15 130:13
**exhibit** 20:19,25 21:5,7,11,12,13, 16 30:21,22 31:23 32:8,9 33:17 36:25 37:2 44:19, 22 46:16 78:19 88:15,16 89:4,12, 14 100:8,12,16,17 117:19,20 120:1,2 121:6,7 122:3 127:8,9 131:10, 12,18 134:8,9,15, 20 136:14 143:12, 13 148:22,23
**exhibits** 30:25 44:18
**exist** 90:13 117:2
**existed** 59:13
**exists** 116:14,18, 24
**exotic** 90:23
**expansion** 45:13,21 46:6
**expensive** 29:19 79:16
**experience** 67:9 69:4 78:13 79:21, 24 111:24 129:11
**experiences** 110:11
**expert** 112:5
**expertise** 52:16 130:10
**explain** 17:20 73:20
**explained** 8:14 22:5 24:9 74:20 93:2 108:25
**explanation** 74:22
**explore** 35:7 101:21
**explored** 11:20
**expression** 24:20
**extended** 147:15
**extensive** 112:18
**extensively** 50:13
**extent** 42:23 43:5 140:23,25
**extra** 67:23
**extremely** 29:18 97:17
**eye** 146:4

**F**

**FAA** 142:23
**fabric** 147:6
**face** 47:19
**facility** 29:4,6,10 30:16,17
**fact** 15:15 43:16 80:7 107:17 126:19
**fact-based** 112:18
**factor** 49:1
**factors** 67:14
**facts** 62:7
**factual** 46:24 84:14 126:6
**fair** 59:19 140:24
**fairly** 5:19
**faith** 24:20 66:20
**fall** 46:10 149:20
**falls** 29:22 80:21
**familiar** 5:19 45:3
**fast** 13:3,5
**February** 51:21 54:17,20 55:1 69:16 84:10 89:21 100:23 111:12 112:20 113:6,9 117:24
**federal** 36:11,16, 18
**feels** 41:7
**fide** 145:4 146:17
**Fifteen** 150:3
**file** 14:8,10 41:9
**filed** 41:11 149:2
**fill** 94:18,21 96:21 115:25 116:7
**filled** 15:2 114:23
**filling** 45:11 67:11 68:22 69:21
**find** 45:19 55:14, 17 72:19 85:2 87:18 137:20
**fine** 5:13 15:16 65:20 87:23 121:4
**finish** 150:1
**fire** 42:21 43:6,15, 16,25 44:2
**fired** 22:1 25:16, 21
**firing** 142:14
**firm** 33:2
**fix** 47:12,14
**fixes** 47:15 48:13, 14,15
**fixing** 18:16
**flagged** 127:1 128:24 129:25
**flexibility** 72:16, 20 80:6 101:19
**flight** 12:11,12,13 16:6 30:8 41:13, 14 45:22 67:22 79:8 81:8,14,15, 22,24 103:10 111:8 125:7,21 129:21,22 130:10 142:14 143:7 146:3 149:21
**flights** 19:9,13 51:8 53:5 67:11 78:16 79:25 81:19,24 97:7 115:1
**flow** 147:8
**flowed** 10:4
**flowing** 147:6,11
**flu** 12:25
**fly** 9:3 17:19 40:14 96:12 102:24 106:17 111:4 132:3
**flying** 8:23 10:5 17:10 18:25 40:16,17 58:1 66:12,13,18 68:5 92:16 94:19 96:7 105:22 111:1,3 114:19,21 115:7 129:13
**focused** 18:15
**follow** 73:22 82:16
**follow-up** 118:14 137:10
**follow-ups** 86:25 112:23
**footprint** 22:12 27:3
**forced** 104:15
**Ford** 33:2
**forget** 21:2
**forgot** 20:4
**form** 20:17 25:22 83:4 120:21,22 124:24 135:12 143:15 144:4
**forward** 84:1 128:1,23
**forwarded** 136:2
**forwarding** 117:23
**forwards** 111:22
**found** 35:16 42:5 49:17 105:7 129:17
**foundation** 27:9 61:13 126:3 128:5
**foundational** 52:12
**fragment** 46:19
**frame** 17:7 69:16 77:11 133:16
**Francisco** 95:20 96:1
**free** 8:18 9:16 61:25 66:21 85:8 147:10
**Fresno** 81:21
**Friday** 8:18 11:15,16 23:6,14 24:6 26:3 87:21 102:4 106:3
**front** 110:3
**full** 5:9 93:19 142:16 146:3 150:13
**full-time** 40:18
**function** 23:22 110:21
**funds** 40:5
**furlough** 45:12
**futile** 101:9 102:14
**future** 13:3 18:3 26:10,20,24 27:2 148:16

**G**

**Gallo** 41:18,22
**Gallo's** 42:3
**games** 47:11
**garments** 144:16
**gather** 10:15 13:6 15:9 52:24 54:16 67:6 81:6 110:20 136:5 143:23

149:2
**gave** 16:9 27:1 57:25 74:22 85:17 87:14 88:8 90:2 92:21 111:23 113:5 142:8 149:12
**genealogy** 144:24
**generally** 6:11 35:18 38:3 57:24 59:20 60:4 61:22 72:15 139:23 147:4
**generated** 90:16
**gentlemen** 68:15
**geographically** 138:14
**George** 5:14 7:5 54:10,12
**get all** 44:18
**give** 7:14 22:24 34:2 37:8 58:6 74:9 79:15 81:2 82:25 83:4,9 85:10 105:1,5 113:7 114:18 124:22 142:16
**giving** 25:7,17 104:19 124:4,13 129:11
**Glassey** 19:2 34:18 41:15 48:6 56:23,24 65:4,13 68:10,12,19 69:2, 11,18 99:10 117:3 134:16 135:1,22 142:5,12,18
**good** 30:16 82:20 133:5
**goodwill** 82:1
**govern** 45:10,18 46:14
**governing** 45:16
**government** 5:25 36:11,12,16, 18
**governmental** 36:3,9
**grab** 82:5
**graded** 81:17
**gradually** 108:11
**grant** 72:19 145:2
**granted** 72:18 116:23 144:5 145:9 146:2,19 147:10
**gray** 139:14
**grievance** 41:9, 11
**grieving** 6:17
**group** 35:15 38:21 47:21 48:23
**groups** 55:12
**growing** 97:6
**guarantee** 8:25 9:4,6,8 66:9 103:5 136:23 137:5 138:9,20,22,24
**guaranteed** 8:17 52:21 119:22
**guarantees** 139:2
**guess** 6:6 73:21 77:1,4 81:9 91:23 100:11 104:14 117:21 123:3 132:22 134:16
**guidance** 109:13
**guys** 6:6 82:5 140:7 143:23

**H**

**hair** 145:19
**half** 81:12 82:11 91:21 111:2
**hand** 6:15
**handed** 89:20 103:7 131:25
**handle** 67:21 78:16 80:2 123:20 125:12,19
**handling** 124:21 149:21
**hands** 85:7 145:7
**hands-on** 111:25
**happen** 26:3
**happened** 22:20 24:3 59:5 92:19 101:14 102:5,6 105:21 113:8 117:8,9 119:6 124:1
**happy** 83:4 101:21
**hard** 51:25 74:23 81:19,20
**Harrison** 33:2
**hat** 140:2,3,5
**hats** 144:16
**haul** 51:3
**head** 7:1 46:15 144:16 145:19,25 146:10,12
**headache** 31:7
**headquarters** 54:12 86:17
**hear** 42:15,25 43:1 98:18
**heard** 43:2 59:11 89:10
**hearing** 41:23,24 60:18
**heavily** 79:19
**held** 24:17 74:13 100:13 141:16,21, 23
**helped** 124:24
**helpful** 97:1 141:6
**helps** 124:10 140:10
**hesitant** 27:18,22 57:18
**Hey** 37:1 71:20 131:4
**high** 114:3,8 115:10
**higher** 78:3 79:22 115:18
**highest** 107:8 114:17
**highlight** 13:3 16:25 26:4 46:18 110:8
**highlighted** 33:21 45:8 84:18 110:7 136:22
**hip** 147:2
**hire** 47:6,19 48:1 50:20 51:1,11 52:14,20 69:6 125:9 128:16,17 130:1 140:21 142:3
**hired** 85:14 87:6, 19 88:1 89:18 91:7,11,14,18,25 92:8,9,15 93:25 104:13 108:4 117:10 148:6
**hires** 94:18
**hiring** 17:18 142:13
**historical** 79:21, 24 82:17 83:7
**historically** 79:18 92:8
**Hit** 7:15
**hits** 18:18
**hold** 5:23 7:22 15:12 32:22 35:3 36:5 58:15 64:11 103:23 122:13 124:6 141:22
**holding** 108:12
**holiday** 47:8 48:2 52:20 67:15 68:5 70:8 75:7 98:15
**holidays** 46:23 48:9,13 50:8 67:5, 7,8,11,24 68:1,9 69:21 74:4 75:7, 16 98:8 115:16
**honorable** 24:20
**honored** 114:22
**hope** 90:5
**hour** 28:25 29:24 82:12
**hours** 12:14 72:10 109:6
**Houston** 95:19
**how's** 86:25 112:24
**HR** 25:22 27:24 125:19 129:10 140:2,4 142:15
**HR's** 27:19
**hub** 80:4,9,15 94:15,16 95:4,17, 24 96:9,10
**hubs** 94:14,19, 22,24 95:3,8,11, 13,16,19,23,25 96:13 97:4,7
**huge** 46:2 83:13
**human** 99:17 103:1 121:13,18, 22
**hundred** 85:13 87:7 88:8 92:11, 14 94:4 113:24
**hundreds** 71:12
**Hunt** 99:12,15
**hybrid** 40:17

**I**

**idea** 70:7 75:7,10, 12,13 78:24 79:5 117:5
**ideas** 76:1

**identification** 146:1
**identified** 21:13 30:22 31:1 32:9 44:22 56:20 100:16 117:20 120:2 121:7 127:9 131:12 134:9 143:13 148:23
**identify** 73:4 146:7
**identifying** 20:6
**ill** 67:20
**imagine** 5:18 33:9
**immediately** 12:16 94:20
**impact** 18:22 19:19
**impair** 146:8
**impetus** 136:10
**implications** 130:6
**importance** 24:9 26:4 67:25
**important** 49:12 66:20 68:2
**impose** 70:10
**impossibility** 52:23
**impossible** 47:7 52:19 69:6 111:20
**impressions** 124:24
**improbable** 70:2
**improve** 47:5
**in-house** 6:19
**in-person** 11:2
**inappropriate** 61:4
**incentives** 48:18
**inception** 124:2
**incident** 71:14
**inclined** 59:2
**include** 88:2 92:22
**included** 14:24 25:10,13 53:2 99:14
**including** 51:7 97:8
**incredibly** 68:2 69:5
**independent** 8:7 16:11 18:10 19:6 36:13 138:15
**independently** 6:12 12:21
**index** 150:19
**indicating** 93:24
**industry** 48:23
**inform** 128:16 133:10
**information** 12:7 60:21 63:3 65:3 82:19 83:4 116:10,21 124:17 131:21
**informational** 68:16
**informed** 12:8 127:16 133:12
**initial** 84:16 86:24 112:16
**initially** 92:21
**instances** 9:9
**instruct** 43:13,21 59:15 77:9 80:23 139:12
**instructing** 15:19 43:10
**instruction** 90:14 109:13 125:20 142:8
**instructions** 85:11 90:2,16
**instructor** 10:21
**insubordination** 26:11,21
**insufficient** 9:14 105:7
**intends** 136:25
**intention** 90:5
**interact** 47:3
**interactions** 49:8
**interactive** 8:20 66:4
**interested** 62:18
**interface** 109:14
**interfaces** 124:18
**internally** 76:11
**International** 29:12
**interpreted** 62:1, 3
**interrogatories** 89:2 93:24
**interrogatory** 83:9
**interrupt** 74:14
**interruption** 133:22
**interview** 124:20 125:8 129:8
**interviewed** 119:21
**investigation** 86:10
**involve** 41:23 48:15
**involved** 7:7 13:21 16:8,11 60:6 86:18 125:10,25 126:14
**involvement** 6:5, 9 7:9 8:10 16:24 27:19,23 140:1
**involves** 42:24
**involving** 62:5
**issue** 7:8 11:8 14:6 28:5,19 35:20 50:7 64:19 67:13 71:10,20 72:15 73:20 77:23 99:11 106:14 111:13,17 119:22 128:25 129:20 130:6 135:5 146:1 147:6,9,11
**issued** 89:2
**issues** 39:2,9 50:5,17 72:12 103:6 104:24 105:10 112:25 144:10 146:6
**items** 20:7 72:12

J

**Jaime** 121:9,21 122:10 123:8,18, 22,24 124:16 125:4 126:23,24 127:2 130:9
**Jake** 8:21 9:20,22 10:16,19,20 13:7, 16,18,22 19:25 22:18 28:8 31:25 32:2,16 33:14 75:9 103:15 107:23 108:1,2
**January** 50:14 78:25 86:14 87:2 89:21 92:3,10 112:19 113:9
**Jay** 47:24,25 50:6,15 51:10 52:4 53:13,18,22, 25 54:4,11 68:9 87:17 89:25 90:3, 6,8 110:15 111:21 112:1,5,11 115:8 116:18
**Jeff** 114:24,25
**jewelry** 144:19
**Jewish** 55:15,23 56:8,11,18 64:25 65:8,9,14 69:12 145:19
**Jews** 55:13 56:1
**job** 10:22 23:22 97:17 124:25 125:15 129:15 130:3
**Johanna** 117:22
**juggle** 74:23
**July** 135:7 136:5 142:19
**June** 102:2,6 119:13 122:7,13 123:23 126:1,15 132:11,24 134:25 136:16
**junior** 19:3,18 48:11,18
**jurisdiction** 78:21 149:20
**jurisdictions** 79:6

K

**key** 22:5,10 23:2
**kick** 129:18
**kicked** 125:19 128:25
**kind** 18:17 20:8 58:19 62:15 73:15 147:23
**Kippur** 74:5
**knew** 12:20 27:24 86:23
**knowable** 116:16
**knowing** 55:20 79:10
**knowledge** 42:19 52:12 126:17 144:7

L

**labor** 9:17 51:24
**Lacks** 27:9 126:3 128:5
**Lake** 8:22 10:22 29:11 30:17 96:8
**land** 79:25
**landed** 94:9 133:1
**language** 46:13 62:2
**large** 80:3
**Larsen** 121:9,11, 12 123:16
**late** 34:1 54:9 81:18 93:25 109:23,24
**latex** 147:7
**Latter-day** 147:14,17
**latter.4.** 95:5
**Laughter** 31:16
**law** 33:2
**lawsuit** 76:18
**lawyer** 6:13 7:11 31:14 32:23
**layers** 114:10,12, 13
**lays** 23:3
**leadership** 110:10,12,17 112:3
**learn** 57:7 119:10,15
**learned** 59:7 63:25 107:18
**lease** 29:19,20,25
**leave** 147:15 148:1,17
**leaves** 101:8 102:13
**leaving** 19:12,15
**led** 10:23 68:12
**left** 23:6 53:23,25 91:18 107:11 114:18 132:14 142:9 148:2,15
**left-hand** 91:3
**legal** 5:25 6:13,15 16:8,9 33:8 35:4 36:6 38:13 42:13, 23 43:8 44:2,3,4 61:20 65:10 78:14 105:4 124:5,13 130:6 135:21,24 137:13 139:10,17 140:3 142:9
**legally** 57:19
**length** 93:12
**lesser** 96:20
**letter** 23:11 25:2 32:6,11,14 33:16, 17,20 46:17 52:4 54:17 67:1 75:10, 20 77:16 83:25 84:2,5,12 99:3,5,8 100:22 110:6 111:12 112:17,20 116:21 117:24 118:4,5 119:5 120:21,22,23 128:15 129:23 131:18 136:15 143:15,16
**level** 116:7
**liability** 61:11
**licensed** 40:13
**life** 47:6 50:5
**lifeboat** 26:19
**likelihoods** 52:13
**limit** 77:4 139:25
**lines** 19:8,19 49:11 80:4
**list** 19:4,5,14 97:13,15 98:14 148:7
**listed** 116:5
**litigation** 122:19, 20 124:2 126:7 127:15
**lived** 54:11
**lives** 54:13
**living** 54:10
**loaders** 147:5
**located** 7:4 29:5, 10,13 33:3 96:23
**locations** 94:20
**lockability** 80:19
**log** 135:22 136:4
**loggings** 136:1
**long** 5:21 24:22 37:20 51:3 66:23 70:13 72:11 110:11 117:12 147:2 148:17 150:2
**long-ranging** 72:10
**longer** 80:25 85:5 89:16 102:3 113:1 121:14
**looked** 20:17,18 58:19 59:18 62:10 83:20 87:12 90:8 98:13,17,21 113:17 114:4 115:6,14 118:5 134:15 136:18
**looped** 130:8
**loose** 147:5
**Lori** 99:12,15
**Los** 95:20 96:1,25
**lose** 148:3
**lot** 19:17 68:2 82:1 91:14
**low** 46:21 67:16
**lower** 78:4
**lowest** 107:11

M

**M-O-X-H-A-M** 30:11
**made** 8:24 20:21 22:11 25:15 45:15 58:3 62:12 73:11 93:15,18 102:21 103:18 104:21 106:4 107:4 114:8 115:18,19 123:10 141:12,20 142:10 143:3,6
**Madsen** 6:23 7:1, 4
**major** 94:14,15, 16,22,24 95:3,4, 10,13,16,17,19, 23,24,25 96:6,9, 10,13 111:1
**majority** 40:16 94:8,11
**make** 7:16 18:14 25:23 26:10 30:25 35:8,14 38:2 39:19 40:19 43:8 44:17,19 55:2 63:20 66:17 68:23 73:13 77:8 106:9, 12 114:3,16 117:18 120:1 124:20 127:7 131:10 139:1 142:3
**makes** 25:3 41:22 53:14
**making** 18:23 96:23
**man** 6:24,25 41:19,20
**management** 35:15,20 49:16
**manager** 7:10 53:20 121:22 149:19
**managers** 129:1
**manner** 123:4
**manual** 34:13,15, 25 35:11,14 36:22 37:2,12 38:2,24 39:4 41:8 44:16, 24,25 45:4,10,17 46:2 83:12,17 100:15 116:7
**March** 92:13,17
**mark** 21:10 30:21 60:11 100:8,10 121:5 131:9 134:8 143:11 148:21
**marked** 20:16 31:1,22 88:14,15 100:5 119:25 131:17 136:14 148:20
**marker** 133:5
**market** 114:20
**marketplace** 47:17
**mass** 54:18
**massive** 81:15
**matrix** 11:13,21 12:5,13,19 21:25 23:7 28:20,24 29:3,8,16,22 101:18 102:1 104:16,21 105:13, 17 106:14,19,22 107:3,4,5,7,9,14, 20 108:15,21 109:4,11
**matter** 8:10 16:24 28:7 112:4,11 123:25 130:9 133:9
**Mcfarland** 60:2 118:25 119:3,5,9
**meaning** 116:11
**means** 62:4 68:4 74:1 80:8 128:2, 21
**meant** 17:21,24 83:21 113:2
**mediation** 54:23 57:13,19,21,23

58:16,22,25 59:3, 5,6,7,15,17,22 60:15,21,24 61:2, 5,13 62:8,15,20 63:10 64:1,7,19 118:15,18,20,22

**mediations** 60:4

**mediator** 61:16, 21

**meet** 37:13 38:3 80:17 129:19 130:17 135:6 136:9

**meeting** 24:16 35:18 72:10,21 73:6,9,12,16 127:20 135:6 136:11

**member** 39:25 40:2 115:3 146:7, 8

**members** 35:20 38:8,10 40:24 49:16 72:24 142:5

**membership** 38:19 39:4,16

**memo** 131:18 134:12 136:15

**memorandum** 14:13 15:10 20:23 51:5 73:15,19

**memory** 16:11, 23 33:18 83:16

**mental** 124:24

**mention** 25:3 45:15 67:2

**mentioned** 63:25 64:24 99:10 106:6

**mentor** 137:3

**merit** 48:17

**message** 119:4

**met** 54:23 72:9,22

**mid-february** 54:22

**middle** 23:7

109:22

**Midwest** 96:23

**millions** 29:23

**mind** 25:15 26:18 27:1,6 28:18 48:10 52:2 75:23, 25 76:21 100:20 148:11

**mini** 150:13,16

**Minneapolis** 79:2,4 80:3,7,8, 18,20 94:1 95:10, 18 96:18 97:3

**Minnesota** 94:16

**minute** 15:22 37:9 141:14,15

**minutes** 64:11 73:8,13 82:12,13 131:4 141:4 150:4

**Mischaracterizes** 89:7 105:3

**misconception** 25:12

**missed** 40:20 47:11

**misses** 22:5

**missing** 12:21 22:10 26:5 60:13 90:10 94:21 132:5

**mission** 147:21

**missionary** 148:1,15

**missions** 147:15, 18

**misspoke** 116:13

**mixed** 104:4

**mock** 12:13

**modify** 10:10

**moment** 13:11, 25 14:4 22:23 37:19 75:6 132:9 143:22

**money** 40:6 61:2 81:8,11,13,14,25

**Monica** 121:10, 16,17 122:10 123:8,17 126:24 127:1

**Montana** 147:1

**month** 45:23 50:14 85:4 111:2, 10 133:7

**monthly** 98:13 113:18 117:4,7

**months** 22:8 52:15,23 87:19 88:1 93:15,19 106:16 108:5 111:2 113:24

**motion** 60:18

**move** 19:3,5 28:24 44:15 84:1 128:1,23

**moves** 12:16

**moving** 48:15,17 147:5

**Moxham** 30:6,7 107:18,23

**MSP** 79:1

**multiple** 50:9 51:18 114:13

**Muslim** 145:14, 18

**muted** 64:17

**N**

**named** 110:15

**names** 57:21,25 58:7 59:14,21 61:6 62:18,19 63:1,25 86:3

**nationally** 97:2

**nature** 13:4 144:21

**necessarily** 91:16 104:17

**needed** 12:15 24:11 52:15 80:8 82:18 94:19,21 96:21 101:21

**needing** 79:24

**negotiate** 35:21 38:17,20 39:8 47:4 74:18

**negotiated** 41:25 70:6 139:4

**negotiates** 39:7

**negotiation** 49:3

**negotiations** 49:24 50:1,2

**neutral** 41:24

**nickname** 82:22

**night** 87:21

**non-starter** 49:2

**nonetheless** 137:24

**note** 44:14

**notes** 21:4 143:6

**noticed** 91:12

**November** 15:3 92:24 103:16

**number** 20:7 21:6 23:10 45:1 78:20 81:2,5 91:8, 19,20,21 93:4 114:18 115:6,19 116:24 121:4

**numbered** 127:7

**numbers** 44:15 91:4 93:4,10,11 120:5,14,15

**O**

**O-Y-L-E-R** 54:7

**object** 62:23 95:2 103:24 126:2

**objection** 27:8 35:3 36:6 38:12 42:12,22 43:3 56:4 78:8 79:12 128:4

**objections** 36:14

**obligation** 139:3

**observance** 66:5 73:21 74:4,19 147:3

**observant** 66:15, 19 75:1

**observe** 55:15 56:3,9 101:5

**observed** 56:7

**observes** 56:12

**obtain** 111:9

**occasion** 47:3 146:15

**occasions** 49:22

**occupies** 53:20

**occur** 67:11

**occurred** 23:3 42:18 102:2

**October** 15:11 16:16 92:9 103:3

**offered** 42:10 51:13 57:21 61:2 66:6 102:21 103:12 105:20 137:14

**offering** 7:14 62:5

**offhand** 21:5 46:12

**office** 11:6 14:8 119:18 130:17 132:16

**officer** 41:24 78:23

**offices** 33:4

**onerous** 87:22

**open** 35:22 72:12

**opened** 47:12

**opening** 84:22

**operate** 12:19 29:24 40:13

**operated** 12:13 107:7

**operations** 16:6 30:9 41:13,15 58:2 78:14 79:21 125:7,21 129:21, 22 130:11 142:14 143:8 149:21

**opinion** 34:24 44:4 46:7 52:19, 24 84:21 85:12 111:23 112:4

**opportunity** 27:1 61:17

**option** 25:7,10

**options** 11:20 108:25

**orally** 138:12

**ordered** 89:25 93:6,7

**orthodox** 55:13, 23 56:1,6,8,11,18 64:25 65:8,9,14 69:12

**oversee** 35:20

**owned** 29:5,6

**Oyler** 47:24 50:6, 9,24 51:11,17,18 52:4,17 53:9 68:9, 21 69:3,18 84:20 85:10,18 86:8,12, 19,22 87:3,10 89:5,16,21,23 90:11,15 97:13 98:2,12 99:6 110:16 111:21 112:5,11,14 113:12 116:9,19

**P**

**P-A-X-T-O-N** 90:19

**p.m** 28:21

**p.m.** 23:15 28:20, 22,25 29:1 63:7 64:14 82:14 131:13 141:8

150:5,21

**Pacific** 144:23

**package** 38:21

**pages** 37:3,5

**paid** 40:9 41:4

**pair** 107:8,10 108:18 111:3

**pairs** 107:6

**pants** 147:4

**paper** 136:19

**paperwork** 14:10 25:14,17,23

**paragraph** 39:14 46:19 101:1

**paralegal** 118:1

**parameters** 85:16 87:12,14,15 89:15

**parent** 96:3

**parse** 52:1 112:15

**part** 26:20 44:24 58:10 60:11 84:18 133:24 136:3,22 137:4,6 144:24 145:20 147:3

**parties** 29:20 35:24,25 38:6 58:14 61:20,22 63:10

**partner** 12:10,12 107:13

**partners** 81:17 82:2 96:5,6 108:13,16 109:11 111:1

**parts** 34:17 103:20 145:1 147:5

**passenger** 82:1

**passengers** 81:16,20

**past** 11:16 24:13 49:15

**Paxton** 90:19 97:12 98:23

**pay** 38:20,21,23 39:2 40:3,17 50:2, 4 79:17

**pays** 40:7

**PBS** 70:9 132:1 137:23

**peer** 127:1,4

**pending** 133:11

**people** 19:14 41:3 60:5,6,8 63:1 68:3 73:3 77:24 92:12 96:17 99:10,16 106:22 108:14 113:5,18 125:25 127:5 144:3 145:12,14

**percent** 88:9,10 108:9,12 138:17

**percentage** 88:7

**percipient** 126:17

**perfect** 90:11

**perform** 129:15 147:15 148:1,15

**period** 7:22 54:15,17 55:2 84:17 85:1 88:2 93:10,12,13 109:5 112:14

**permission** 144:15

**permit** 146:2

**person** 12:6 21:2 30:4 65:1 77:22 78:1 87:11 103:14 125:16 138:13 148:5,9,10 149:18

**person's** 56:15

**personal** 61:11

**perspectives** 69:1

**PETERSEN** 7:15, 22 8:2 15:12,19 17:6 20:2,5 21:8 27:8 31:2,7,12 33:11 34:21 35:3 36:5,14 37:1,7 38:12 42:12,22 43:1,4,12,19 44:1, 14,20 56:4 58:11, 15 59:10 60:14 61:18 62:24 63:6, 8,20 64:6,13 65:18,22 66:2 75:12 76:8,19 77:4 78:8 79:12 80:23 82:6 83:2, 10,18 89:7 95:1,6 100:7,14 103:23 105:3 109:21,24 120:10,13,18 121:3 122:13,18 123:1 124:6,11 125:1 126:2,16 128:4,8 131:4 133:25 135:16 139:9,20 140:11, 15,22 141:22 142:20 143:5 150:2,9,15

**Phoenix** 95:24

**phone** 32:1 133:22

**phrase** 16:25 46:5 75:23 76:16 77:16

**physical** 89:15

**pick** 107:9

**picked** 49:7

**picture** 63:12

**piece** 136:19

**piercing** 146:20, 21

**piercings** 144:19,20 146:14, 17

**pilot** 8:15 17:16 22:5,6 24:5 33:24 34:3,13,14,25 35:14,15 36:22 38:21,24 39:3,6,8, 10,24 40:1 41:8 43:25 44:15 46:2, 10 47:9,12 48:1, 18,20,23 49:5 50:18,20 51:2 52:5,14,20 53:13 56:7,11,18 64:20, 25 65:3,7,8,10,14 66:4,16 67:25 68:17,19 69:5,6,9, 12 71:23 83:12,17 91:13,15 98:1 100:14 105:22 107:8,10 108:4 113:2 114:10 125:6,12,18 129:9,10 142:6, 11,19,22,23 143:7

**pilot's** 49:1 53:11 93:7

**pilots** 13:4 17:19 18:20 19:3,5,12, 18 34:2 36:4 39:17,21 40:3 42:8,20 44:8 45:10,23 47:3,6, 18,19 48:12,16 49:8,12 50:5,25 55:15 56:1,8 57:4, 11,15 58:1 59:8, 13,18 62:20,21 63:24 64:3 67:7 70:6,16 72:17 74:3,9,23 75:3 77:22 78:6 79:6, 16 80:18 81:10 82:18 85:14 87:5, 7,8,19 88:1,4,11 89:18 90:8 91:1, 24 92:7,14,23 93:14,17,20,25 94:4,21 96:17 97:15,20,23 98:14,21 99:1 107:5,7 109:2,14, 17,25 110:21,22 111:3,8 113:24 115:5 125:8,9 129:8,21 142:14 147:17

**pipe** 37:8

**place** 11:5 13:15 72:5 73:6 74:17 82:20 86:13,16 108:23 123:4,13,

23
**plain** 16:4
**play** 47:10 67:15 144:24
**plays** 47:10
**pleased** 101:3
**point** 13:7 14:12 18:13,14 20:6 21:15,17,21 24:14 25:16 26:6 28:15 30:24 31:5,9 60:19 61:18 65:8 66:14 68:18 76:6 77:3 78:19 87:2 98:16 99:12 102:20 106:14 116:1 119:10 122:9 123:2 126:5 133:15 135:3 142:8
**pointed** 80:3 89:24 92:9
**pointing** 21:1
**points** 94:17
**Polad** 121:10,16 123:17
**policies** 38:18 44:7,8 130:14
**policy** 34:13,14, 25 35:11,14,20 36:22 37:12 38:2, 24 39:3,11,13,18 41:8 44:15,25 45:4,10 46:2 83:12,17 100:15 144:17,25
**poor** 80:19
**pops** 6:13
**popular** 67:15 98:8
**portion** 133:20
**portions** 34:20 36:22
**Portland** 95:25
**posed** 135:11 147:11
**position** 5:23 6:2 10:20 32:22 53:18,19,24 58:21 74:12 99:15 106:18 107:24 108:2 119:11,21 139:18 142:21 143:3 149:1
**post-training** 17:10
**posted** 107:4,21
**posting** 53:5
**PPM** 34:13
**practice** 45:2 145:21
**pray** 144:14 145:12
**precise** 115:24
**predates** 33:25
**predominant** 40:25
**predominantly** 40:21
**prefer** 48:24 64:7 78:4
**preference** 53:14 115:6 116:8
**preferences** 51:1 98:3,13,21 99:1 113:14,18,25 114:10,14 115:21 116:3 117:12,13
**preferential** 10:2 66:6 83:17 104:10 111:9
**preliminaries** 5:20
**premature** 123:3
**preparation** 57:1 99:5 112:17 113:6
**prepare** 73:18 99:8 112:19
**prepared** 51:6 73:16 78:20
**preparing** 149:7
**presence** 95:4
**present** 13:23 61:15 72:23 146:6
**presents** 47:13 129:17 145:25
**president** 35:19 37:14,15,21,23 38:3,16 39:12,15 40:6,7,8,10,11,12 41:13,14 71:13 73:1,2 99:16
**presidents** 49:15
**pressing** 86:22
**previously** 88:15 106:4 136:14
**principally** 30:15
**prior** 16:17 32:14 33:16 52:4 101:15 111:11 118:15 122:13 123:25 126:7 133:7
**priority** 114:4,8, 17 115:19,20
**privilege** 33:12 42:24 43:5,21,24 76:9 124:10
**privileged** 122:24 124:14
**probabilities** 52:13
**problem** 18:16 47:19,24 80:11 106:3,13 126:22 129:17 133:2 135:3
**problems** 6:12
**procedure** 16:2
**process** 8:20 9:13 27:18 35:13 53:3 66:4 123:21 124:18 130:7
**processes** 124:21
**produce** 9:16
116:20
**produced** 34:10, 19,21 113:1 135:15
**product** 124:24 133:21
**production** 89:2 122:6 127:14
**prohibited** 61:7
**projects** 99:22
**promises** 139:2
**propellers** 146:10,11
**properly** 30:25
**provide** 84:14
**provided** 45:9 136:24 143:24 145:12
**provision** 42:1 45:3,16,20
**published** 76:10 111:7
**pull** 7:13 20:18 51:5 75:20 78:18 88:13 90:3 131:9 143:10
**pulled** 13:1 21:3 67:20 117:15 136:18 148:20
**pulling** 100:20
**purpose** 33:6 99:20
**purposely** 120:17
**put** 26:25 38:21 39:6 58:23 72:19 74:9 80:9 87:21 111:6 113:19 114:10,16 115:6 148:17
**puts** 140:2
**puzzles** 65:11

**Q**

**qualifications** 129:11
**qualified** 40:13 125:15 129:17
**quality** 47:5 50:4
**query** 116:24
**question** 17:22 34:23 37:12 43:13 55:17 59:19 61:13 65:19 68:23 70:23 74:16 76:12,20,23 77:11,14,21 87:17,18 92:20 98:19 103:24 104:14 112:24 124:15 126:9 127:2 128:11 132:4,6 138:2 140:13,24 141:18, 19,24
**questioned** 98:2
**questions** 12:4 30:5 59:11,25 63:14,15 64:8 113:1,4,11 124:25 125:11 129:14 132:8 135:4,8,11 136:8 137:10,16, 18 139:13 150:8,9
**quick** 24:16
**quickly** 19:4 80:10,16
**quit** 24:19 91:18 93:15,18 104:15
**quizzes** 129:12

**R**

**raised** 70:14,15 72:15
**Ramadan** 74:5
**ramp** 147:1
**ran** 10:24 66:5 101:18

**randomly** 107:16

**ranked** 115:11

**rash** 24:18

**ratification** 39:8

**ratify** 38:19

**ratifying** 38:22

**rattling** 65:12

**re-engage** 135:5

**re-engaged** 135:10

**re-engagement** 132:17 133:5 135:9

**reach** 27:20

**reached** 27:20

**read** 14:25 15:23 17:14 22:23 23:1 135:2 136:21 137:4,6 150:10

**reading** 25:20 84:12 126:25

**reads** 45:8

**realize** 127:21 136:23 139:20

**realized** 83:14

**reapplication** 130:16 132:18

**reapplied** 119:11,20 127:17 132:25 133:10

**reason** 9:2 22:17 26:18 64:1 66:24 96:17 97:19 125:17

**reasonable** 9:11, 19 18:1 51:7,13 53:4 85:3 104:2,7

**reboot** 12:23 22:12 26:8

**recall** 8:3 9:7 11:25 12:3 13:23 14:2,4,22 19:22 21:18 28:13 29:2 32:2 45:12 50:21 51:4 54:25 69:22, 23 72:4 75:18 84:5 93:24 99:7 112:21 113:11 115:8 118:8 123:24 127:19 130:21,22,25 145:17,23 147:13

**receive** 45:23 86:5,6,8 110:25

**received** 8:13 66:14 86:2 89:15 109:12 119:19 131:1 144:9

**receiving** 84:5 118:8

**recently** 57:1 85:14 87:19,25

**recess** 31:17 63:7 64:14 82:14 131:13 141:8 150:5

**recognize** 36:12

**recognized** 36:3

**recognizing** 36:19

**recollection** 8:7 18:10 28:17 65:5, 7 71:18 83:24 132:23 134:19 138:15

**recommended** 129:24

**record** 20:8 31:19 63:10,17 64:16 100:13 113:6 141:10,16,21,23

**recordings** 73:11,14

**records** 63:24 113:23

**recruit** 129:8

**recruiter** 125:18 129:9,24 142:11

**recruiters** 125:12 129:16,19

**recruiting** 123:21 124:18 125:6 128:18

**Recruitment** 143:19

**recruitment/ hiring** 128:24

**redacted** 93:8

**reduce** 147:8

**reducing** 49:1

**reduction** 45:13, 21 46:6

**refer** 37:3 96:4

**reference** 83:11, 18

**referral** 112:4

**referred** 51:12 56:11 112:1 113:5 116:9,21 148:9

**referring** 110:12 116:12 128:7 129:5

**refers** 45:22 129:2

**refilled** 82:9

**reflect** 89:5

**refrain** 47:6

**refresh** 14:19 28:16 83:24 134:19

**refreshed** 65:5,6 134:23

**refusal** 130:5

**refuse** 102:24 132:3

**refused** 105:1,15

**regard** 11:11 20:14 50:16

**regional** 96:7

**regionally** 97:1

**regret** 127:24 128:3,13,15,16, 17,18 130:4

**regretting** 130:8

**regular** 82:9

**regularly** 78:6,15

**regulated** 12:9

**rehire** 26:12 91:17,21,22 126:15 141:12,20 142:10 148:15

**rehired** 26:22 147:20 148:5

**rehiring** 125:25 126:1

**Reinach** 8:9,14 13:12 16:23 30:19 32:15 33:17 54:19,23 55:1 57:8,10,25 59:12 61:16 63:18 76:1 83:25 84:3 85:1 86:23 100:22 101:24 117:23 118:9,15,18,22 119:4,6,8 133:8

**Reinach's** 16:18 20:15 84:12 99:3

**Reinarch's** 112:17

**reject** 125:22 128:19,22 143:19

**rejected** 105:8

**rejecting** 130:8

**rejection** 103:11

**related** 19:7

**relates** 17:9

**relation** 7:10 17:12 50:19 76:22

**relations** 6:7,11, 22 7:2 27:16 99:17 125:10,11 149:17

**relationship** 81:20

**relative** 77:11

**relayed** 10:12

**reliability** 67:25

**reliable** 81:18

**religion** 55:20 144:25

**religions** 144:22

**religious** 11:18 15:1 20:21,24 23:12 24:17 55:12,13 74:4,13, 19 102:9 103:4 124:19 125:17 130:5,13 132:25 134:12 143:25 144:9,18,20,23 145:3,4,8,21 146:18,23 147:3, 12

**religiously** 74:25

**remain** 40:14

**remaining** 114:21

**remember** 14:11, 20 16:8,16,22 17:25 21:5 54:21 56:25 66:15 70:1 84:12 116:6 120:20 138:24 141:24 142:18,20 149:13,14

**reminded** 65:13 139:1

**remote** 150:21

**remotely** 5:5

**renaissance** 66:19

**renegotiate** 47:20

**repeat** 62:1

**replicate** 89:20 90:14 116:25

**replicated** 89:22

**replicates** 90:6

**replicating** 116:22

**replication** 90:11

**reply** 86:24
**report** 23:13,20 87:25 89:16 90:4, 16 112:24 113:1,5 114:5 116:19
**reported** 87:5 90:7
**REPORTER** 98:18 142:25 150:14
**reports** 116:20
**represent** 13:10 60:8 84:8
**representing** 7:12 36:4
**request** 7:8 8:5 10:8 15:1 20:21, 24 33:15 66:1 70:20 71:3,7,10, 21 122:11 123:9 124:19 139:7 146:23
**requested** 65:14 144:4 150:23
**requests** 89:2 123:20 144:8 145:17 147:12
**require** 6:13 12:22 24:12 38:18 145:6 147:4
**required** 23:16, 22 46:23 48:8 67:4 68:8,13 69:20 113:3 138:9
**requirement** 9:3
**requirements** 102:9 103:4 132:25
**requires** 59:20 145:4
**requiring** 75:15
**reschedule** 12:25
**rescheduled** 22:10
**rescheduling** 11:20 12:17
**research** 44:12 45:25 46:3 84:21 85:17,18 86:23 87:18 89:5,20,25 90:11 92:21 112:18 116:22 142:1
**reserve** 18:19 48:1 67:20 77:23, 25 78:3,6 79:6 81:10 82:8,18 83:7 88:2 94:22 96:19 110:22
**reserves** 67:24 68:5,22 78:5,15, 21 79:18,20,23 80:1,5,14,20 81:13 82:16 94:18 96:25
**reservist** 78:2,4
**reservists** 79:1
**resides** 30:14
**resign** 21:24 26:8,24,25 66:10, 12
**resignation** 22:21 24:19 25:18 26:9,19 28:9
**resigned** 25:14, 16,24 66:22 104:25
**resolve** 27:25 129:18
**resolved** 106:15
**resources** 103:1 121:13,18,22
**respond** 84:9 89:1 99:8 123:5 137:9 138:25 149:18
**responded** 118:11 138:8
**responding** 16:17 84:11 99:5
**responds** 135:4 149:19
**response** 13:11, 12 48:11 53:17 74:8 77:11 111:18 118:4 125:13 127:3 138:11 149:1,3
**responsibilities** 65:10
**rest** 116:3
**restart** 13:2 22:7 24:12,24
**restarting** 25:3
**restate** 77:14
**restroom** 131:6
**result** 9:16
**results** 86:10,22 87:4 102:22
**resuming** 101:8 102:13
**return** 147:21 148:2
**returned** 91:19 106:13 148:5
**returns** 106:1
**revenue** 40:15
**review** 16:7,17 129:2,3,18 130:1, 9 142:6,11
**reviewed** 16:9,13 34:17 133:16 136:20 137:7 149:11
**reviewing** 16:12 129:10
**rewarded** 48:25
**rewarding** 48:16
**rid** 67:19
**right-hand** 148:25
**rights** 46:8
**rigorous-type** 13:3
**rigors** 8:23
**risk** 74:10
**River** 5:14
**road** 5:14 22:8,13 77:7 138:8
**robust** 33:20
**room** 73:3 106:15
**Roughly** 109:25
**Roy** 48:5 56:23, 24 68:10,12 70:14 135:1,3,11,22,24 136:2,8 142:5,7 143:2
**Roy's** 136:10 143:3
**rules** 50:4
**run** 6:12 9:15 105:14 119:22 139:3
**running** 111:25
**runs** 68:19 106:2 111:21
**résumés** 129:11

**S**

**S-P-A-G-N-O-L-O** 82:23
**sabbath** 8:17,18, 25 9:6,10,15,17 11:14,18 18:7 51:2,12 52:14 55:9,14,15 56:3,7, 9,12,19 57:16 59:9 62:23 64:5, 22 65:15 66:5,18, 21 69:7,10 70:20 71:10,21 73:20 74:4 75:15 84:16 101:6,7,11 102:12,18 103:7 104:11,12 105:14 137:25 138:10,22 140:20 144:5
**sabbath-free** 66:9 103:5 119:23
**sacred** 48:22 49:5,9
**sacrificing** 48:22
**saddled** 137:25
**safety** 145:25 146:6 147:6,9,11
**Saint** 147:17
**Saints** 147:14
**Salt** 8:22 10:22 29:11 30:17 96:8
**sample** 84:25
**San** 95:20 96:1
**SAPA** 34:4,6,8 35:19 36:3,12,20 37:14,15,23 38:3, 8,16 39:5,12,14, 16,22,24,25 40:2, 3,5,10,11,12,17, 18,21,25 41:1,4,7, 21 42:1 47:20 49:15 70:18 71:1, 6,9,13,16,20 72:2, 9,15,21,22,25 139:4,5 140:14
**SAPA's** 40:8 72:11
**Sarah** 32:20,21 33:7,14
**sat** 12:10
**satisfied** 42:9
**Saturday** 8:19 9:1 46:23 47:10 48:19 52:6 53:15, 17 59:19 68:25 69:7 75:7 85:16 87:9,20,23 88:3,4, 12 97:21,23 98:2, 6,7,15 102:23 109:7 111:20 113:3,15 114:4, 19,21 115:7,10,16 117:9 130:5 131:25 137:22,24, 25
**Saturday-free** 8:17

**Saturdays** 48:9, 12 50:7 67:4 68:8, 14 69:19 89:19 93:9,11 117:10

**scale** 38:23 42:10 50:2,4

**scarves** 146:10

**scenario** 102:5

**scenarios** 132:5

**schedule** 9:16 10:9,11 18:19 26:13 34:1 45:13 50:16 66:9 67:18 70:4 78:3 79:18 87:8 102:23 103:7,19 105:16 109:2,14 110:21 111:6,10,20 119:23 131:25 136:24 137:22,24, 25

**scheduled** 11:13,15 12:9 48:24 50:25 84:16 105:13 107:10 109:6 138:10

**scheduler** 47:24 68:16

**schedules** 45:14,22,23 46:7, 11 47:17 68:22 101:2,4 108:7 111:5

**scheduling** 9:12 10:3 17:15 27:3 29:7 30:1 48:16 50:19 53:21 83:16 103:5 105:24 107:15 110:10,14, 17,20 129:25 130:2,13 139:3

**Scott** 17:8 20:12 21:1,5 30:23 42:25 58:9 60:7 64:10 76:13 80:22 82:4 120:12 121:2 128:6 135:14 139:16 150:8

**Scott's** 80:12

**scratch** 20:11

**screen** 7:15,17 12:10 31:22 75:21 84:23 120:12 136:19

**scroll** 14:24

**search** 92:13

**searchable** 150:16

**Seattle** 95:19,25 96:25

**secretary** 73:2

**secrets** 81:3

**section** 23:7 45:7 83:13

**Security** 81:2,5

**seek** 67:7 145:3

**seeking** 6:15 33:8 72:17 124:13,17 135:21, 24 137:11

**selective** 139:23

**self-identification** 55:25

**self-identified** 55:22

**Send** 83:8

**sending** 32:14 33:16 111:11

**sends** 134:16,25 135:1

**senior** 48:19 67:6

**seniority** 10:3 19:3,5,14,18 33:21,22,24 45:2, 10,15,18 46:13,22 47:20 48:17,22,25 49:2,4,5,11,19 50:18 52:7 67:17 70:5 72:16 74:9, 19 77:23 78:3,4 106:24 107:6,9,11 108:20 148:3,6

**seniority-based** 47:16 105:24 107:15

**sense** 39:19 40:19 63:20 77:8

**sentence** 46:19

**separate** 51:22

**separately** 53:11

**series** 93:10 121:9 133:20 134:7

**service** 148:2

**session** 27:7 101:12 105:2,6,12

**sessions** 106:20 107:3,4

**set** 59:11 84:25 89:17 90:3 116:10,11,12 136:9

**settle** 61:2

**Seventeen** 5:22

**Seventh-day** 8:16 55:4,7,21,24 57:4,11,25 58:5 59:8 62:20 63:23 64:3,20 68:24 101:5

**Shane** 7:7 8:12 9:5,20 20:20 22:18 27:14,20 28:7 51:14 71:19 123:16,17,19 126:1 127:16 129:24 130:16 131:1,18,21,24 132:20 134:12,14, 25 136:22 138:4 140:17 141:12,20

**Shane's** 133:14 134:21 143:19 149:3

**share** 7:15 29:21 31:22 45:1 96:5

**shared** 88:18

**sharing** 127:19

**shift** 23:13 79:7 137:2 144:10,11

**shifts** 47:17

**shook** 107:13

**short** 149:24

**show** 14:5,18 15:3,6,7 19:24,25 21:15,25 32:5 36:21 78:18 84:2 85:1 117:17 119:24 120:25 127:6,17 131:17

**showed** 8:9 20:14 97:20

**showing** 20:3 78:20 100:4

**shown** 7:20 14:21 20:7 30:18 119:24

**shows** 78:25 79:4

**shrinking** 97:11

**sic** 9:20,22 39:24 149:3

**sick** 12:24 18:21

**side** 35:17 44:14 53:13 70:3 72:16 140:24 141:1

**sidetracked** 83:22

**sign** 39:13 61:21 62:3 145:7 150:11

**signature** 32:11, 13 62:2 100:24 150:23

**signed** 14:13 23:11 39:16 58:19

**significance** 144:24

**similar** 49:11 144:4

**simply** 27:22 57:22

**simulator** 12:11, 12 108:15

**simulators** 29:23

**single** 129:9 146:21

**sinus** 31:7

**Sioux** 80:21

**Siri** 133:23,25 134:3

**sit** 12:19 14:11 30:2,25 73:5 79:17 132:22 141:25

**sitting** 44:10 80:7,9,14,15 81:10,13

**situation** 8:12 27:24 103:10 107:13 125:25 142:17

**size** 91:21 150:13

**skirt** 147:2,8,10

**skirts** 147:3

**Skywest** 5:21,24 6:19 10:4,16,18 18:12,13 20:19,25 21:7 23:8 26:23 29:5,6,7,16 32:24 33:25 34:7,8 35:8, 13 36:23 37:13 38:1 39:21 40:1,9 41:5,7 42:4,8,20 43:7 44:16,25 47:2 49:19 53:22 55:4,8,16 56:7,13 57:5,12 58:3 60:15 61:2 62:11, 19 63:9 64:3,21 65:19,24,25 66:12,14 67:10,13 69:9,21 70:3,9,19 71:2,7 75:16 77:18 78:6 81:7, 11 82:19 83:19 86:17 88:14 89:4 91:7 93:23 94:24 95:3,4,8,14 96:12 97:8 100:7,9 105:1,5,15,22 106:11,12 117:18 118:1 119:12,21 121:1 122:21

127:7,17 132:18 134:7 136:23 139:6,18 140:19, 20 143:18 144:5,9 148:21 149:1,2

**Skywest's** 70:3 76:6 77:3

**slits** 146:4

**sliver** 138:18

**slots** 106:23 107:21

**small** 81:14 82:8, 10 138:18

**smaller** 96:20

**Smith** 114:25

**smoke** 146:9

**soccer** 47:10

**Social** 81:2,5

**sole** 29:25

**solved** 135:2

**someone's** 18:7

**someplace** 96:24

**son** 47:10

**sooner** 91:14

**Sorensen** 121:10,21 123:19

**sort** 24:18 43:17 63:21 90:4 143:15

**Sounded** 134:4

**South** 5:14 80:21 144:22

**SP3O17** 83:16

**Spagnolo** 34:18 53:20 82:22 114:9

**spandex-type** 147:8

**sparks** 16:23

**speak** 32:19 33:14 132:21

**speaking** 33:6,18 47:23 48:5 68:19 99:20

**specialist** 121:17 128:24

**specific** 8:6 10:22 46:13 52:2 72:14 73:22 85:10

**specifically** 45:7 53:8 73:21

**specifics** 50:21

**speculation** 27:8 42:23 56:4 79:13 126:2 128:4

**spell** 90:21

**spelled** 6:23 30:10

**spelling** 37:18

**spells** 37:16

**Spencer** 110:15 111:13,15 112:7

**spend** 115:9

**spends** 30:16

**spent** 40:16,21 119:7

**spoke** 7:24 17:11 52:3 53:10 99:12 106:2 107:19

**spoken** 65:9

**spot** 116:23

**spring** 88:23

**St** 5:14 7:5 54:10, 12

**staffing** 17:1,2,5, 9,21,24 18:3,4,6, 11,15 75:17 112:25

**stage** 127:14

**stages** 12:22

**staging** 94:17

**stamped** 117:18

**standard** 16:2 45:2

**standing** 146:2

**stands** 82:22

**start** 12:23 16:23 20:10 23:25 56:12 82:20 92:6,10,16 114:1 124:19 148:7

**started** 28:20,25 30:18,20 31:21 33:23 66:12 122:20

**starting** 25:7,10 27:6

**starts** 36:23 83:19 117:21 133:20 134:11

**state** 5:9 36:12

**statement** 48:4,7 58:20 68:7 110:9 112:2 133:14 134:21 149:2

**stationed** 30:15

**status** 47:20

**Steve** 53:19 82:22,23

**Steve-o** 53:23 82:20,21,23

**stick** 75:5 87:23

**stopped** 98:17 130:7 142:6

**stored** 117:13

**strike** 42:9,21 43:15,16,25 44:3, 8

**Strindberg** 5:8 7:13,16,18,25 8:3 11:25 15:17,21,24 17:8,20 20:4,12 21:10,14 27:12 30:23 31:3,5,10, 18,20 32:10 33:13 34:22,24 35:7 36:10,17 37:4,10, 11 38:23 42:15,25 43:2,10,17,23 44:6,17,21,23 56:10 59:4 60:1, 23 61:12 62:17 63:4,19,21 64:10, 15,18 65:21,25 66:11 73:25 75:13 76:13,24 77:15 78:17 81:4 82:3, 11,15 83:6,23 89:9 95:5,9 98:20 100:11,17 103:25 104:1 105:9 109:23 110:1 117:21 120:3,11, 16,19 121:2,5,8 122:16,23 123:6,7 124:8 125:3,4 126:8,13 127:10 128:6,12 131:7, 14,15 133:23 134:2,5,6,10 135:14,18,25 139:15 140:6,16 141:5,9,11,19 142:2 143:9,14 148:24 149:24 150:4,6,12,18

**stuck** 27:24 52:21

**studied** 87:5

**studies** 97:20

**study** 85:13 87:3 116:25

**stuff** 62:4

**subject** 34:8 39:4 48:6 50:10 112:4, 11 130:9 134:12

**subjects** 143:22

**subsequent** 62:24 112:22

**subsequently** 62:21

**substance** 24:21 27:4 112:21

**substantive** 99:24 113:8

**success** 51:2

**successful** 58:1

**successfully** 52:5 68:25 87:9 97:21

**suddenly** 67:19

**suggest** 37:5

**suggested** 70:7

**suggesting** 43:14 70:14

**summarizing** 74:16

**summertime** 106:2,13

**Sunday** 88:9 98:7

**sundown** 8:18,19 11:16 23:6 28:21 102:3 106:3,13

**super** 49:12

**supervise** 10:23

**supervisor** 99:13

**supply** 80:6

**support** 53:21

**surprise** 71:16 80:4 127:4

**surprising** 97:17

**Susette** 150:10

**swap** 10:6 52:11 67:18 102:24 103:8

**swapping** 51:8

**swaps** 53:6

**switch** 31:14 108:22 109:11

**sworn** 5:4

**synonym** 138:24

**system** 9:15 10:3 33:21,23,25 47:16 48:18 49:20 66:6 70:5,9 75:5 80:6 94:23 104:10,13 105:24 107:15 111:9 112:1 114:11 132:1 137:23 139:3

**systems** 9:12 10:3,6

**T**

**taking** 53:11 108:2

**talk** 8:22 13:18 17:1,22 32:16 33:20 50:15 51:4 53:8 63:1,9 70:18 75:21 99:9 110:7, 16 111:12,15,21 124:7 136:25 137:8,15 141:4

**talked** 9:18,20 10:12 11:1 13:7, 15,22 17:25 19:2 28:3,11,14 50:12, 18 53:4 64:2,20, 25 65:7 68:9,25 71:14 95:9 130:15 132:10 137:1

**talking** 7:23 9:11 17:7,15 20:23 25:21 26:14 27:15,17 54:8 58:10,13 61:19 68:6 69:17 76:13, 25 83:21,24 109:21

**talks** 127:22

**Tallahassee** 80:10

**tandem** 12:19

**tangent** 63:22

**tank** 82:8,10

**task** 87:11

**tasked** 68:21

**tattoo** 145:5,6 146:20

**tattoos** 144:19, 20,23 145:1 146:14,16,21

**teach** 50:24

**teaches** 68:18

**team** 12:14 40:25 41:3 125:7

**telephone** 138:7

**telephoned** 13:24

**telling** 20:13 25:6 46:8 52:25 100:2 115:15

**tells** 91:22

**ten** 47:11 106:16 150:3

**tend** 94:22

**tenet** 11:18

**tens** 29:23

**term** 49:9 97:19 128:14,18 138:20

**terminate** 27:23

**terminated** 23:8, 22 24:13,25 25:4, 6 26:11 94:5 105:1

**termination** 22:9 25:14,18 26:21

**terms** 35:16 47:4 57:23 104:9

**testified** 5:5 114:9 126:3 140:1

**testify** 15:14

**testimony** 89:8 105:4

**Thanksgiving** 85:6

**theory** 43:14

**thereof** 36:22

**thing** 12:16 34:19 53:15 63:12 98:24 105:11

**things** 16:5 23:11 46:9 51:8 52:3 53:6 63:9 70:22 82:16 104:5 110:23,24 116:1,2

**thinking** 37:18 55:12 77:5 82:7

**thinks** 129:16 135:2

**thought** 51:6 88:8 99:25

**thousands** 29:24 113:23

**three-word** 39:17

**three-year** 148:1

**Thursday** 134:25

**tight** 147:7

**tightly** 12:9

**time** 7:22,24 17:7 24:8 25:11 28:21 30:16 35:23 40:14,16,21 41:1 49:24 53:18 54:8, 15,17 55:2,18 56:25 60:22 65:11,14 69:16 74:3 76:22 77:5, 11,19 80:1 84:24 85:1,5 88:21 92:8 93:11,12 108:1,15 112:14 115:15 117:11 119:7 120:24 123:3,7 133:5,16 136:9 138:17 143:2,3 145:12 147:18 148:4 149:21

**times** 52:2 113:24 145:23

**title** 10:22

**titled** 45:2

**today** 14:11 28:15 30:3 73:5 142:1

**Todd** 5:3,10,18 6:3 7:18 15:9,18 20:15 25:2 29:10 31:6,23 32:10 36:21 37:11 42:16 44:23 45:20 46:25 58:15 59:7 60:2 63:2,18 64:17,19 65:23 67:1 77:9, 22 78:10 79:14 82:7 83:11,14,23 89:9 100:4,18 103:13 105:9 113:22 117:22 118:4,25 120:19 124:12 126:5 127:11 131:16 135:23 140:23 143:16 148:24 149:25 150:7

**Todd's** 58:25 139:25

**told** 7:11 8:13,15 11:12 12:20 21:24 22:14 23:23 26:16 27:14 28:7,13 31:23,24 32:1 49:4 56:23 92:3 104:15 112:10 119:20 125:2,6,22 130:15 132:15 137:12 140:8 142:19

**tomorrow** 81:21

**tonight** 23:14

**tool** 53:10

**tools** 9:12,19 10:5,10 24:5 51:7, 12 52:7,9 53:3,9, 11,16 56:19 66:7 102:18 104:10,20 109:13 132:2 136:25 137:21,23

**top** 46:15 115:20 142:22

**topic** 73:23 127:5

**touch** 149:25

**tough** 16:21 70:21

**tour** 7:14

**track** 55:19 87:19 89:18,19 92:18

**tracked** 88:1

**tracking** 92:6

**Tracy** 41:18,22 42:3 142:24,25

**trade** 10:6 24:4 52:11 70:8 110:4 132:2 137:2

**trades** 53:6

**trading** 51:8 75:7

**trained** 66:18 125:12,18

**trainee** 8:15 12:23 13:1

**trainees** 17:18 18:24

**trainer** 8:21

**trainers** 10:23

**training** 8:23 10:4,21,24,25 11:9,13,21 12:5,8, 15,21 13:2,4 14:6 16:5 17:12,16 18:16 21:25 22:6, 7,11,12 23:16 24:1,6,13,23 25:4, 7,11 26:6 27:3,6, 23,25 28:5,20,24 29:3,8,16,18 30:8, 15,17 93:18,21 94:6 101:2,3,8,12, 13,15,16,17,18,20 102:13,16 103:19 104:3,6,8,16,21 105:2,6,12,13,15, 17,20 106:5,8,14, 21,23 107:6,10, 14,19 108:4,14 109:10 110:2 124:20

**tremendous** 81:25

**trial** 61:1

**trip** 67:17,21 101:15

**trouble** 69:21 75:16

**true** 16:19

**truth** 87:16

**Tuesday** 103:8

**turn** 114:20

**two-** 147:25

**two-minute** 63:5

**two-word** 80:22

**type** 30:5 111:3 125:11

**types** 48:14 53:6 139:13

**typical** 109:19,20

**typically** 18:20 22:6 49:2 129:9 142:16

**U**

**UALE** 61:22

**ultimate** 142:13

**ultimately** 103:5 138:9,10 142:10

**unable** 24:4 109:1

**unapproved** 144:16

**unavoidably** 46:22 48:8 67:3 68:7,13 84:15

**unbroken** 12:15

**uncommon** 16:20

**understand** 15:21 18:17 19:8 24:7 27:13 38:4 46:4 78:10,12 89:12 92:14 96:16 102:9 103:4 106:18 110:25 114:15 123:1 128:8,10 129:12, 15,20,23 135:22 139:15,21 140:6

**understandable** 24:17

**understanding** 16:5 17:14 19:1 21:23 22:2,3,4 26:1,14 27:17 33:22,24 38:15 58:17,25 59:25 60:23 62:9 66:3, 13 78:2,13,15 79:16 85:20 94:2 101:22 106:21,24 107:2 108:17,24 129:7 138:6

**understood** 18:14,23 52:9 66:7 109:12 115:22

**undesirable** 10:10

**undue** 106:11

**uniform** 144:15, 17 145:17,20 146:5

**unilaterally** 35:9, 11 58:21

**union** 36:4,13,20

**United** 81:17 94:16 95:11,24 96:4

**United's** 95:19

**unwilling** 11:17 18:20 102:15

**updated** 99:22

**upgrade** 45:11

**upper** 148:25

**upset** 24:16

**Utah** 5:14 29:11

**V**

**vacancies** 45:12

**vacation** 10:7

**vague** 78:8 95:2

**variables** 114:15

**variance** 93:3

**variation** 120:21

**verbal** 54:24 129:12

**version** 100:7,9

**versus** 39:7 75:1 96:24 140:2

**vice** 41:13,14 73:1 99:16

**view** 76:7 77:3

**viewed** 52:22

**violate** 9:10 11:14 57:22 60:10 70:10,14 144:17

**violated** 11:17 41:8

**violating** 70:11

**violation** 41:9

**visible** 145:1,7

**visually** 146:8

**vote** 38:19,22 39:4,7,10,17

**voted** 38:8,10,11 39:3

**W**

**W-I-C-K-E-R** 9:22

**wage** 42:9

**waiting** 86:24

**waive** 63:11

**waived** 124:9

**waiver** 72:18 139:23 140:9,14

**walk** 6:14 16:20 47:25

**walked** 119:18

**wanted** 18:14 23:5 38:2 72:12 82:15 85:12 92:7 101:23 109:15 138:21

**wanting** 133:24

**washed** 94:5

**ways** 116:25

**wear** 80:25 144:15,18 145:19 146:3 147:2

**wedding** 81:21

**Wednesday** 22:20

**week** 28:9 30:24 50:11,16 51:19 57:9 116:4 133:6

**weekend** 47:7 48:1 52:20 70:8

**weekends** 18:22 48:13 115:16

**weeks** 22:7 115:9 134:24

**weighed** 130:3

**Whicker** 8:21 9:22 10:16,19 11:20 12:4,6,8 13:7,16,24 14:14 16:2,4 19:25 20:1 21:15 22:4,14,18 23:9,10,23 24:2,9 25:2,3,9,17 26:2, 15,16 27:5,14,18, 20,22 28:2,8,10, 14,23 32:1,3,17 33:14 75:9 103:2, 16 108:20 109:9 110:2

**Whicker's** 11:14 27:1 107:24 108:1,2

**Whitaker** 9:20

**whoa** 65:18

**Wimberly** 32:20, 21 33:7,14

**winter** 72:6,8,9

**wished** 47:3 148:3

**woman** 6:24 41:19 110:14 121:12 146:25

**word** 9:4,7 40:20 46:1 73:25 150:18

**words** 9:5 18:5 25:5 32:22 39:14 40:5 93:11 99:24 106:20 117:3 138:21

**work** 5:12 8:17,25 9:1,6 16:5 18:20, 21 23:20 24:4,7 26:22,24 27:2 30:12 40:18 46:23 48:2,8 50:4 51:2 52:20 53:17 55:13,16 56:8 59:19 66:21 67:4 68:8,13,20,25 69:6,19,20 70:19 71:2,6,22 74:6 75:8,15,16 80:18 84:16,23,24 87:20 88:3,9,11 99:13 101:7,17 102:12 103:9 104:11 109:1 113:3 114:4,20,21,24 116:4 117:9,11 121:13 124:23 125:14 130:5 133:1,21 138:1,22 140:20 144:5,11 145:2 146:11 148:15

**worked** 18:15 49:20 54:12 88:4 89:19 93:9,12,16 104:7 138:14

**worker** 126:21

**working** 11:18 12:12 18:7 24:8 28:8 48:12 50:7 51:11 52:10 54:2, 3 55:4,7,8 56:13, 18 57:4,11,16 58:5 59:9 62:22 64:3,5,21,22 68:4 69:10 74:10 85:16 87:9 97:21,23 98:1 99:23 102:17 146:25 148:7

**works** 6:11 50:18 68:18 95:14 114:15 118:1 121:17,23

**worth** 79:20 87:7 129:13

**Wow** 108:10

**write** 16:3 17:13 127:22

**writes** 23:10

**writing** 52:4 138:12

**written** 44:8 54:25 118:19,21, 24 119:2,5

**wrong** 5:18 80:14 117:16

**wrote** 16:1 17:24 20:20 22:18 54:17 75:10 77:16 138:17

Y

**yapping** 81:1

**year** 28:21 52:6 53:12 54:24 69:7 85:9,15 88:22 93:16 97:9,11 98:24 102:2 116:10 125:14

**year's** 87:7

**years** 5:22 18:12 37:22 46:20 47:13 52:10 65:12 91:18 111:24 123:25 143:25

**years'** 79:20

**yelling** 75:4

**yellow** 84:19

**Yom** 74:5

# EXHIBIT 4

# Remote Deposition of
# Justin Esplin

Date: March 3, 2021

Case: Cassell vs. SkyWest, Inc.

Case No: 2:19-cv-00149-jnp-dao

*Reporter: Heidi Hunter, CSR, RPR, CCR*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

SHANE ANDREW CASSELL, )
)
Plaintiff, )
) Civil No. 2:19-cv-00149-jnp-dao
vs. )
) Judge Jill N. Parrish
SKYWEST, INC., d/b/a ) Magistrate JudgeDaphne A. Oberg
SKYWEST AIRLINES, )
)
Defendant. )
____________________________)

REMOTE DEPOSITION OF JUSTIN ESPLIN

March 3, 2021

Salt Lake City, Utah

Repored by: Heidi Hunter, CSR, RPR, CCR

REMOTE DEPOSITION OF JUSTIN ESPLIN

BE IT REMEMBERED that the remote deposition of JUSTIN ESPLIN was taken via videoconference by the Plaintiff before Associated Reporting & Video, Heidi Hunter, Court Reporter in and for the County of Salt Lake, State of Utah, on Wednesday, the 3rd day of March, 2021, commencing at the hour of 10:00 a.m. in the above-entitled matter.

APPEARANCES (Remotely):

For the Plaintiff: STRINDBERG & SCHOLNICK, LLC
By: Erik Strindberg, Esq.
1516 West Hays Street
Boise, Idaho 83702
Telephone: (208) 336-1788
Facsimile: (208) 287-3708
erik@utahjobjustice.com

ASSOCIATED GENERAL COUNSEL
GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS
By: Todd R. McFarkabd, Esq.
12501 Old Columbia Pike
Silver Springs, Maryland 20902-6600
Telephone: (301) 680-6321
Facsimile: (301) 680-6329
mcfarlandt@gc.adventist.org

For the Defendant: FABIAN VANCOTT
By: Tanner J. Bean, Esq.
215 South State Street, Suite 1200
Salt Lake City, Utah 84111
Telephone: (801) 531-8900
Facsimile: (801) 596-2814
tbean@fabianvancott.com

Also Present: Todd C. Emerson



INDEX

EXAMINATION


| JUSTIN ESPLIN | PAGE |
|---|---|
| By: Mr. Strindberg | 4 |


EXHIBITS


| NO. | | PAGE |
|---|---|---|
| 46. | Verification of Interrogatories 5-15 | 12 |
| 47. | Flight information Re: Stephen Horne and Michael Wahlen | 51 |




PROCEEDINGS

JUSTIN ESPLIN,
called as a witness, having been first duly sworn remotely, was examined and testified as follows:

EXAMINATION

BY MR. STRINDBERG:
Q Good morning, Mr. Esplin. My name is Erik Strindberg. I'll be taking the deposition.
MR. STRINDBERG: Heidi, I had one question, I'll be able to share my screen?
(Off-record discussion.)
Q (BY MR. STRINDBERG) Mr. Esplin, what is your current work address?
A 44 South River Road, St. George, Utah, 84790.
Q Have you ever had your deposition taken before?
A No.
Q Well, let me just go over the ground rules very generally. I will be asking you a series of questions. Try to let me finish my questions before you answer and I will do the same to you.
You're under oath, so you need to answer truthfully and completely. You also need to answer



audibly using words. Shaking your head or going "uh-huh" or "huh-uh" doesn't lead to a clean record.
If at some point you need a break let me know. The only restriction to that is if there's a question pending, please answer the question before we take a break. Do you understand those instructions?
A Yes.
Q Is there anything that would prevent you from answering completely and truthfully today?
A No.
Q You're currently employed by Skywest, correct?
A Correct.
Q What job do you currently have?
A Vice president of information technology.
Q How long have you held that position?
A Since October of 2018.
Q Were you employed by Skywest before that?
A Yes.
Q When did you start your employment with Skywest?
A May 2001.
Q What was the first position you held at Skywest?
A Software engineer.
Q And how long did you hold that position?

Page 6

A Until April 2008.
Q And then what position did you move into, Mr. Esplin?
A Director of application development.
Q And what was your -- what were your job duties as director of applications?
A I was over all software development internal to the company as well as software support for third-party applications inside the company and reporting databases, things like that.
Q What was the next position you held with Skywest?
A I held that position until my current position in October of 2018.
Q And as vice president of information technology, what generally are your job duties?
A I'm over all technology at Skywest, whether it be information or computer systems, data center network. Anything related to information technology I'm in charge of that.
Q How many people report to you?
A Sixty-two under my supervision. I have three people that report directly to me.
Q How many, sorry?
A Three people that report directly to me, 62 in

Page 7

my organization.
Q We're here today to ask you about some of the information that you collected to respond to our fifth set of discovery. Is that your understanding of why you're here?
A Yes, that's correct.
Q What was your involvement in answering those interrogatories questions, which involved collecting data?
MR. BEAN: Erik, I'll object to the answer to the question. It calls for any privilege information. So Justin, to the extent you can answer avoiding conversations with counsel, that sort of a thing, you can answer.
MR. STRINDBERG: Tanner, I mean, if you gave him instructions such as you need to collect the data to answer Interrogatory Number 7, for example, I don't think that's privileged. I mean, that's just sort of a technical communication.
MR. BEAN: And I think you may be right on that. I'm just talking about conversations, molding question and answer back and forth: What does this question mean, that sort of thing. But he can certainly testify to how he acted on the instructions given.
MR. STRINDBERG: Okay. Let's bring it that

Page 8

way.
Q (BY MR. STRINDBERG) Mr. Esplin, what were you asked to do in regards to responding to our fifth set of written discovery?
A I provided a list of reports or data sets that were needed. I went down each one of those on the list and pulled the data from the operational database that had that information and provided that information to our legal counsel.
Q Did you do that personally? Did you personally pull the data or did you have someone at your direction do it?
A I personally pulled it.
Q And you said you pulled it from the operational database. Was there one particular program that you were looking at or different programs or different databases?
A Yes. Our software system that we use to manage crew schedules, pilot schedules, is named Sabre CrewTrac. Sabre is the software company, CrewTrac is the name of the application. So the data that I pulled came from the CrewTrac database.
Q Okay. How about -- some of the questions we asked you, like 10, I think there are 10, had to do with number of flights, things like that. Did that come from

Page 9

the same database or was that a different database?
A Sabre as a responding application called flight track that shares flight information with CrewTrac. Some of -- I believe one report levered that Flight Track data to get more flight information that was not part of the CrewTrac database.
Q Okay.
A From those two systems from the Sabre, Sabre Software Suite.
Q Okay. I'm going to ask you some more questions about what you did obviously, and I have specific questions about the information you found. But I want to show you before we begin Exhibit 22. Can you see that?
A I do not see anything yet.
MR. BEAN: I can see it on my end, Erik. It might just be a delay.
Q (BY MR. STRINDBERG) It's a colored chart. Mr. Esplin, is that coming up?
A All I see right now is five video screens.
Q Let stop the screen share and do it again. There we go. You're the tech guy, you should probably do this.
A That's probably true.
I'm looking at a different screen, so if I'm

Page 10

not looking at your eyes, you'll know why.
Q The background to this exhibit was -- it was -- we did an earlier deposition of Steve O., as he's called, in crew scheduling, and he prepared -- he gave this to us and supposedly shows the lines and number of reserves per jurisdiction -- or excuse me, per domicile, and it goes through the end of October of last year, and it's divided -- there's one page with a CRJ, the captains, the CA, and first officers. And the next page is for a different aircraft.
Have you ever seen this exhibit before?
A Yes. I was not involved in pulling this data but I have seen this screen.
Q Do you know where the data came from? Because one of the general questions I'm going to have for you is the data on here seems to be different than what you pulled in some instances.
A I do not know where this data came from.
Q Did you -- did you have the opportunity, Mr. Esplin, to compare any of the numbers from this Exhibit 22 and the data and the numbers you obtained?
A To a high level, yes.
Q Let me explain what my concern is. For example, let's go to June. Detroit, Steve said that the number of lines, which 118, plus the number of

Page 11

reserves -- I should go down to the next column. So the 113 plus 10 equals the number of first officers who were stationed at that domicile. But your numbers -- and I'm just remembering off the top of my head. Your figures in response to Interrogatory 7A shows almost twice that number and the number you came out with was something like 264. I can show that you number if you want.
But do you have any idea why there's such a discrepancy?
A Like I said, I didn't pull this information. So I don't know exactly where this data came from on the screen -- report on the screen. But the data I pulled came from the CrewTrac database and showed all active first officers employed by Skywest that had been assigned to the Detroit domicile during those months.
Now the number I pulled will include first officers that may have still been in training that were on leave of absence or that had not started actively flying there, but they had still been assigned to that Detroit domicile. So I can that see there would potentially be additional numbers when pulling directly from the CrewTrac database than where they generated this report here.
Q In your experience, one of the statements that Steve said was that the number of lines look like, for

Page 12

example, under June of '17, has number of lines in Detroit is 113, that one can figure that there was one first officer per line.
Does that comport with your understanding?
A You know, I'm not an expert on crew scheduling. I'm the information behind the crew schedules. But a line typically is not equal to a pilot, from what I understand. A line is a line of flying I guess.
Q What do you understand -- is there a relationship between a line and number of pilots?
A From my understanding, like I said, I'm not an expert on this, so it's not something I'm really qualified to testify to. But from what I understand, a line is a line of flights for the month that could be flown by a person. But whether that corresponds to how many pilots are needed in that domicile for that month I can't testify to that.
Q And I assume in that regard, a line can have a different number of flights in it? I mean, there's not a set number of flights per line?
A Correct. Right. As far as my understanding that would be correct.
(EXHIBIT 46 WAS MARKED.)
Q Let me have you look at an exhibit which we

Page 13

will mark Exhibit 46. And this is the verification of Interrogatories 5 through 15. And I presume that that's your electronic signature on there?
A That's correct.
Q What was your understanding you were doing when you signed this verification?
A That I had reviewed the responses to the interrogatories. I looked up those numbers and confirmed that the data was accurate according to my understanding.
Q Were you verifying the data or the actual answers to the interrogatories?
A The answers to interrogatories.
Q I'm going to show you -- I guess I should start at page 1 -- the actual interrogatory answer, just so you can get oriented, is the response to the fifth set of written discovery, which we're going to focus on pretty much today. And on page 2, there's certain limitations that are set forth there. Responses are limited to the domicile Detroit and Detroit domiciled first officers as one.
Are all the data you provided is limited just to Detroit and Detroit-based first officers; is that correct?
A For the most part, yes. There was some data

Page 14

we provided that tracked a history of some crew member in multiple domiciles and so that wouldn't be on the Detroit domicile.
Q It would or wouldn't, I'm sorry?
A It would. We tracked the history of a couple pilots that were similar in seniority and that went through multiple domiciles, that went beyond the restrictions here.
Q But the information that you provided, these are the Interrogatories 7 through 10 in particular where we asked all that information about number of pilots who were on reserve status, things like that. That's all limited I gather to Detroit; is that correct?
A That's correct.
Q And the information you provided in response to Interrogatory 7, 8, 9, and 10, I assume is also limited to officers who were qualified to fly the CRJ aircraft; is that correct?
A Yes, that's correct.
Q And then Number 3 there is information is limited to Fridays, Saturdays, and Sundays. Was that the case -- was that limitation applied to all of the data or just some? The reason I asked is we'll see it as we look at the spreadsheets. Some of the spreadsheets you put Friday, Saturday, and Sunday;

Page 15

Friday, Saturday, and Sunday, in other ones you didn't reference a particular -- those three days. I'm just wondering if some of the information you provided went beyond Friday, Saturday and Sundays?
A I can't remember which datasets fell into which numbers here, but I do remember there were some datasets that show flying all days of the week. And that probably would have referenced to the other two crew members that I assume are seniority or a couple of other crew members that we pulled data for. For the most part it was only Friday, Saturday, and Sunday that we pulled data for, unless it was specifically requested.
Q Just so we're clear, Mr. Esplin, I know what you're referring to, we'd asked you about the seniority -- or the two pilots who would have bracketed Mr. Cassell if he had been hired. I'm not going to ask you about those today.
A Okay.
Q If at some point as we're going through this, your spreadsheets, if the data is not just limited to Friday, Saturday and Sundays, please let me know, okay?
A Okay.
Q And then lastly it says, "The use of the term line has been interpreted to mean pairing, flight or

Page 16

assignment." How would you define pairing? That's P-A-I-R-I-N-G.
A Like I said, I'm the IT data guy. I don't deal with the crew schedules on the front end like that. But my understanding of a pairing is a group of flights that are lumped together to be assigned to a crew member to fly that group of flights. And it may extend for one day or multiple days.
Q Okay. And the term "flight," what does that mean?
A We typically refer to a flight as one segment from an origin to a destination.
Q So from Detroit to Chicago would be a flight, correct?
A (Nods head).
Q They also in here indicated assignment, the term "assignment." What does that mean? What's the definition of that?
A In this regard, an assignment could probably mean a couple of things. In the crew scheduling software, an assignment could be an assignment to sit on call reserve for the day. And depending how it's used, it might be assigned to fly a flight. Like I said, I'm not exactly sure how it was used in these questions off the top of my head.

Page 17

MR. STRINDBERG: Tanner, may I ask Todd a question?
MR. BEAN: My Todd?
MR. STRINDBERG: Yes.
Todd, do you have a copy of your response to our interrogatories handy there in written form? The reason I ask is I'm going to pull up these spreadsheets and I don't think I have room to --
MR. EMMERSON: He has a hard copy in front of him.
MR. STRINDBERG: Okay. That would be good. So that way when we're looking at the spreadsheets, I'm going to go over it by answer.
Q (BY MR. STRINDBERG) Mr. Esplin, before we get into the spreadsheets, we were provided some corrections last night by your attorney, Mr. Bean, which helpfully answered some of the questions I had, but how was it that you realized that there had been errors made in, I guess, regards to 7A -- well, 7A, 7C and 9C I think it was?
A Well, as I was reviewing the interrogatories and the data in the spread -- that was provided, some of the data was not exactly what was requested on those interrogatories. And so I felt it was important to issue a corrections for that data that was not lined up

Page 18

as I understood it.
Q For example, in 7, the response Interrogatory 7A asked for the number of first officers who were employed by Skywest at, let's say, at Detroit. And your corrected answer is added one person. How did that come about?
A Well, in the initial report that I provided to our legal team, I provided the raw data of all of the pilots that fit that report. And then it was later summarized into the final spreadsheet. And I compared my initial raw data report to the final summary number and realized everyone was off by one. So that was more of a human error, I think, in compiling that file.
Q This raw data that you then converted to a spreadsheet, did you do the conversion to the spreadsheet?
A No.
Q Do you know who did?
A I do not know personally who did.
Q What form was the raw data in that you provided to whomever created the spreadsheet?
A I provided it an Excel spreadsheet, but it was not a summarized number that ended up in the final spreadsheet here.
Q Let's look at, for example -- I guess I'm

Page 19

still sharing the screen.
This is Exhibit 39. This the spreadsheet that was provided to us by your attorney, the original spreadsheet. Was this what you provided to your attorneys or was it in a different format?
A It was a different form that I provided.
Q What did it look like, what was that formula?
A The form I provided for 7A was a spreadsheet that listed the employee number and name of every first officer in Detroit for those months.
Q Okay.
A And additional data too. It was more in line for each pilot.
Q So for example here on 7A, this would be on corrected 7A, it shows 264. You provided some data that showed that had 264 lines?
A It had 265 lines but somehow it got 264.
Q Let me can close my screen.
MR. STRINDBERG: Todd we'll have to -- or excuse me, Tanner, we're going to have to go over the exhibits to make sure, because I prenumbered them. So perhaps after this deposition we can sit down and figure out which exhibits we've actually used.
MR. BEAN: Sure thing.
Q (BY MR. STRINDBERG) What I've introduced here

Page 20

I've premarked as Exhibit 50. And I will represent to you what I -- what we did this morning, Mr. Esplin, is we took the corrected spreadsheet that we were provided last night by Mr. Bean and we divided -- we took the columns, and we put them together with the old columns so you can compare.
A Okay.
Q And they're just copied directly from that spreadsheet, which we could also introduce. Just so you know, if there's any question about the accuracy of the 50, we can certainly provide you a corrected spreadsheet. It was just copied from the corrections.
So this 7A asked for the number of first officers who were employed by Skywest for each week. And I gather you provided it to us for each month; is that correct?
A That's correct.
Q And you indicated before, when we were going -- I was asking about Exhibit 22, you said that this number included people or first officers who actually not yet able to fly; is that correct?
A That's my understanding, yes.
Q Is there a way of determining, say, for example, in June of 2017, there was 265 pilots that show up here. Is there a way of determining which -- what

Page 21

number, what percentage of those were still in training?
A I don't know the exact answer to that. There may be training data that could be reviewed to bring that -- to gather that information but I don't know.
Q So how did you go about pulling up these numbers then, if it may include people who are still in training?
A I pulled -- I ran a database query against the CrewTrac database that showed all employees employed by Skywest that were assigned to the Detroit domicile as a first officer.
Q So what we pull up is once the first officer had been assigned to Detroit, whether or not they're still in training, they would have been included in that answer to this query; is that correct?
A That's correct.
Q Did you limit it to first officers who were qualified or who were qualifying on the CRJ?
A I limited it to first officers that were designated as CRJ first officers. They may not have been finished with their qualification training yet, but they were designated as a CRJ first officer.
Q If someone was cross certified, I don't know if that's a correct term, both on the CRJ and on the ERJ, would they have shown up in this number?

Page 22

A It depends. If their primary aircraft that they were designated in CrewTrac at the time was CRJ, they would have been included, even they were qualified on a different aircraft type. But if their primary aircraft was a different aircraft type, but they were also qualified for CRJ, they would not have shown up on this list.
Q Okay. Thank you.
Again, you sort of answered this before. As we mentioned when we looked at Exhibit 22, according to that deponent's testimony, he added the lines and the number of reserve pilots in. It came out to a much different number. It was about half these numbers here. But you have no idea why there's that difference between Exhibit 22 and 7A; is that correct?
A I have an idea what would cause a discrepancy as I've described, that my number would include pilots that were still in training or on leave of absence or other military leave, things like that, they can still be counted and assigned to the Detroit domicile but would not be considered an active flying pilot or active reserve pilot for that month. That would explain why my number may have been higher and somewhat significantly hire. Those numbers can range widely.
Q But, you know, you've not compared them.

Page 23

That's just your supposition?
A That's my understanding. I've not tried to rectified the differences between these two numbers.
Q I'm going to go on 7B. This is in response to interrogatory that says for each month the bidding period during the relevant period, the number of first officers at each domicile that had enough seniority to bid a line and were actually flying that month. How did you obtain this information?
A It came from the same CrewTrac database. And this time, I only counted pilots that were designated as a block folder in CrewTrac. A block folder typically means one that is flying a line.
Q So the software allows you to make that query, I gather?
A Each pilot is clearly designated as a block folder or a reserve. And so, yes, I can filter that data based on that designation.
Q And I'll represent to you that this number -- the numbers in 7B are fairly close to the numbers that show up on Exhibit 22. They're off by a little bit here and there. But, again, you haven't compared those, have you?
A I have not compared the reason why they may be off a little bit. I have some idea of why.

Page 24

Q Steve Spagnola who introduced Exhibit 22, I believe is in crew scheduling. Did they have access to the same CrewTrac system?
A Yes, they're the ones that use the same CrewTrac system.
Q 7C, that's the original one. This is big enough for you to see here?
A Yes.
Q Okay. So the original numbers you gave us were actually the pilots who flew and what the new number is that reserve pilots that could have flown. What does that mean exactly could have flown?
A The way I understood it and the numbers I reported on the corrected sheet were anybody that was categorized as a reserve pilot in CrewTrac that was either assigned to sit on call reserve for that day or was on call and have been assigned to fly on that day. So I included anyone that was sitting on call or that was flying on that day that was a reserve first officer in Detroit.
Q So if there was reserve pilots who were off that day, in other words, had not been assigned reserve status, they would not show up in these numbers?
A Correct. If they were reserve but not scheduled to sit reserve that day and were not flying,

Page 25

then they were not counted here.
Q I would assume then if you subtract the reserve pilots who were assigned to fly, which is the number you originally gave us, if you subtract that from the numbers which were assigned, which is the new number you gave us, that would -- that should equal the numbers in it you gave us in response to Question Number 9A; is that correct?
A I'd have to look at Question Number 9.
Q 9A is for each day during the relevant period the number of first officers at Detroit who were on reserve duty who were not required to fly that day. I can pull up 9A here.
A I would expect those to be similar.
Q For example, like if you look here on 6/2, the 49 minus 44 should be 5, but you have a 9A as a 4. The next one seems to be correct as the next one, but then like 6/9 is off by one. Do you know why there's some minor discrepancies, why in some cases?
A I haven't looked into why there would be a discrepancy here. But I can see that if -- someone that's in training that's maybe doing a training flight would still be considered a reserve crew member and may get counted as flying on that day, even though they're really not available as a reserve to fly that day. I

Page 26

don't know if that makes sense.
A training pilot could be counted as a reserve on some of these reports when they're not really sitting reserve, because they're categorized as reserve in CrewTrac. You can see minor differences between of that.
Q Okay. Let me have you look now at Exhibit 8A, or excuse me, column 8A, the question there was for each day during the relevant period, the number of first officers at each domicile, if they were not scheduled to fly that day, who were not available to fly regardless of the reason.
So tell us what this number represents under 8A then.
A So the data I pulled for that one, to remind myself here, I reported on every Detroit first officer of CRJ that was not flying or did not have another work-related assignment on their schedule such as sitting reserve.
Q The number 8A, did that equal -- is that end up equaling -- you took the number from 7A and subtracted the numbers in B and C, would that be equal?
A I would expect it a little bit off. 8A would not count a pilot that, for example, had a simulator section on that day, because that would be considered a

Page 27

work assignment. So 8A did not include those types of pilots or had other grounds for working training class or work-related assignment.
Q So just so I make sure I understand. So 8A then, first officers of Detroit who on that day 6/2, 6/3, whatever, had no assignment, either as a reserve or to fly a line.
A Yes, or a training class or any other work-related assignment.
Q So maybe you won't know the answer to this. Would they have been available if necessary to call up to fly if need be?
A No. Typically that's why we included them on this list. They were -- they did not have anything on their schedule that was allowing them to work that day. So they would not have been available to fly.
Q But is there some provision say -- and I don't know if this ever happens that Skywest runs out of, say, reserve pilots. Can they, on an emergency basis, call up people who were not on reserve?
A I can't speak to that. I don't know the policies surrounding crew scheduling and if they're allowed to call people when they're not sitting reserve that day.
Q Okay. I pulled up column 8B. And the

Page 28

question there was for each day during the relevant period the number of first officers out of Detroit who had been -- who had been a line or trip that was operating on that day who not have been available to fly regardless of the reason. How did you go about obtaining this information?
A This was a report of anyone Detroit first officers CRJ that was designated as a block folder in CrewTrac who had one of list of I think it was 19 absence codes on their schedule, meaning that they were unavailable to fly a flight that they were assigned to fly that day.
Q Okay. And 8C asked the same question but for first officers who were on reserve duty. So I gather those are the people who -- first officers who had been assigned on those days as reserve, but for some reason were not able to fly that day or became unavailable; is that correct?
A That's correct.
Q And you said there's some 17 or 18 different reasons?
A There's a list of absence codes they call them, which would indicate that a pilot deviated from scheduled assignment. They could not fly or sit reserve for that day, and they report of reserve crew members

Page 29

that had those absence codes on their schedule on that day.
Q Another exhibit we're going to look at, let me pull it up now, Exhibit 41, we had asked for employees who were absent, first officer was absent on these particular days. And we were provided with this, which is Exhibit 41. Originally it was provided in Skywest documents 1956 through 2049 and then we were provided with this spreadsheet.
Did you prepare this information in Exhibit 41 as well?
A Yes.
Q Now, you have just referred to 17 or 18 different absence codes. Here we're only given 11. So are there other absence codes that exist that were not included on Exhibit 41?
A There are other absent codes. I would have to prepare the list, but this report came from -- was related to the pilot reliability report that our chief pilots use and it uses these specific codes to track that pilot reliability. The absence codes that were used for -- that pulls in A, B, and C, I believe they had a longer list of codes that would indicate unavailable to fly that day.
MR. STRINDBERG: Tanner, would you be willing

Page 30

to provide us with a list of those with those absence codes that were used on 8B and 8C?
MR. BEAN: I think we would be, yep.
Q (BY MR. STRINDBERG) So would I be correct then that, sir, that the numbers in 8B and 8C should roughly correlate with the numbers in Exhibit 41?
A I would think they would be close, but I have not compared the two to see how close they are.
Q Okay. Let's look at column 9A, the interrogatories for each day, again, this was limited to three days, the number of first officers at each domicile who were on reserve duty who were not required to fly that day. How did you go about obtaining this information?
A From the CrewTrac database I pulled a list of pilots who were assigned a reserve, on-call code on their schedule that did not have any flights on that day.
Q Were you able to tell from that -- we've been told there's three different types of reserve status. Were you able to tell from that or can you tell from that information or that database what type of reserve status they were on?
A I did not do that in the report I provided. I just include everyone that had a reserve code regardless

Page 31

of what kind.
Q Is it possible to break it down by the type of reserve status they were in?
A Likely so. We'd have to discuss that with crew scheduling and have them identify which codes are the short call versus long call.
Q This information that would show that for every Friday, Saturday, and Sunday during the relevant period, there was one or more reserve pilots who -- first officer reserve pilots who were available to fly if they had been needed; is that correct?
A Reviewing the question to make sure I answer correctly.
Q Want me to go over this list? I guess I'm getting at there's no -- there does not appear to be any Friday, Saturday or Sunday period -- I apologize if those messages keep coming up. I haven't figured out how to block them -- where there were no reserve pilots available. In other words, there was always at least one reserve pilot available on each of these days during the relevant period; is that correct?
A I can't say that's correct without looking at each day. I have not looked at that report for that reason to see if there was any zeros on that day; or if a day was left out and it was zero.

Page 32

Q Exhibit 9A is limited to Friday, Saturdays and Sundays. And just scrolling down that, there's no zeros. So that would mean that there was always a reserve pilot available, correct?
A That would mean there was always reserve -- pilot that had a reserve assignment on their schedule on that day.
Q But they might not have been available to fly; is that what you're saying?
A I'm saying that I didn't make that determination. I just reported on whether they had reserve assignment on their schedule. I can't speak to the rules or reasons a pilot could or couldn't be called up to fly that day, but I just reported that they had a reserve assignment on their schedule that day.
Q Is it possible to determine if there were any Friday, Saturday and Sundays where there were no reserve pilots available to actually fly?
A I don't know if that is hundred percent possible historically, but we'd have to look at qualification and eligibility and how many days available they had and what flights were needed to be covered that day. I don't know all the specifics that would go into determining if someone could flown that day or not.

Page 33

Q Okay. So it's possible -- just want to make sure I understand, that when we look at these numbers, we'd asked for any reserve pilots, first officers, who were not required to fly that day. You're saying they may have been listed as reserve, but they may have been off doing something else such as a check ride or something like that?
A I'm not speculating what they could have been off doing. I don't know how long they were sitting in reserve. They could have been sitting in reserve for 10 minutes in the afternoon or reserve all day. Those type of factors would indicate whether they were available to fly or not at a specific time for a specific flight.
Q But in other words, these people who were -- in response to 9A, the officers listed here, what you're saying is they may have been on reserve for too long a period to take a flight at something, but they were not off doing something else. They were not off doing training or anything like that, correct?
A I can't say what they were doing the entire day. All I can say is that I counted the number of pilots that had a reserve assignment on that day for one minute or longer.
Q Who were not asked to fly?
A Did not fly on that day, yes.

Page 34

Q Let's look at 9B. And this is one of the ones that you provided a correction for. And that correction answers some of the -- one of the big questions I had. And I gather the information that you've now provided us, of all the pilots who were on reserve duty, which I think is on that day, which was set forth in 7C, this is the number that were actually given flights; is that correct?
A Yes, that's correct. Any reserve -- Detroit first officer CRJ designated as a reserve in CrewTrac that flew a flight on that day.
Q So the numbers -- if you added the number in 9A with the number in 9B, that should equal the number that was set forth in 7C, correct?
A I can't say that they should or should not equal, but 9A report on a.m. reserve (inaudible) on that day and the report in zero that flew a flight on that day.
Q But 7C was you told us were all the pilots who were on reserve duty for that day, 9B is the reserve pilots who actually flew, and 9A is the pilots in any one day who are on reserve status who did not fly.
So if you take the pilots who flew and the ones did not fly, that should equal the total number of pilots who were on reserve status for that day, correct?

Page 35

A I'm just reviewing 7C, to make sure -- okay, so 7C -- yes, I would think those should correlate. I have not compared the number to see if they do.
Q Here you have, for example, 9A, there were four reserve pilots who didn't fly and 44 who flew. And if we look at 7C for that same day.
A That's the old 7C.
Q Sorry. The new and improve 7C would be -- comes out to 49. It was off by one. Do you know why it would be off by any amount?
A Without look at the specifics I can't say, but I can speculate that it could be a training flight of someone that is a reserve crew member flying a training flight but is not really a reserve. Training pilots are considered reserving when they're not sitting reserve. So it probably will be something in that realm that would cause this to be slightly different.
Q Look at another one 9A. Sixty-three was 40 and we have 9 and 31. So, for example, on that Saturday it would match up?
A I would expect it to be very close but a training pilot could throw that off a little bit because they're lumped with the reserve when they're not really reserve.
Q What could be the reasons why someone would be

Page 36

listed as a reserve pilot and not available to fly?
A Sorry, say that one more time.
Q Why would someone be listed as reserve but then not be available to fly?
A Well, listed as reserve can mean a couple of different things. As I indicated, every pilot is categorized as a block holder or a reserve. And so reserve encompasses anybody that's not a block holder. But all of those reserves are not really reserve pilots. It could be sitting reserve on-call or available to fly, they might be in training, they might not be qualified, they might be on military leave. They might have other reasons why they're not eligible to fly, but they're still considered a reserve pilot in that domicile.
Q Okay. 9C asked for the number of first officers at Detroit who bid a line or trip -- excuse me. I'm reading the wrong.
Actually, 9C is the number of first officers each domicile who are on reserve duty who are required to fill in for an absent or unavailable first officer from the same domicile. And then 9D asked for the number of reserve officers who covered flights for a first officer in a different domicile. And the question I have is: Shouldn't 9C and 9D equal 9B? They do not. They're not even close.

Page 37

A Well, yeah, they may not equal each other. From my perspective, we pulled all these individually and did not try to correlate the data. 9C we reported on any Detroit first officer reserve that was flying a pairing out of Detroit, but we excluded any training pairings or any pairings that were flying from a different base than Detroit. And so the exclusion of the training pairings probably would explain the discrepancy.
Q But I mean, there's a large discrepancy, like in 6/2, for first officers who were required to fill in for an absent or unavailable first officer from the same domicile, the number is 15. And then you look at 79D, filling for someone outside of the domicile is one. So that comes to 16. But yet in the number of reserve pilots who flew on that day are 44. It's not like they're off by one or two, it's a huge number.
A Without looking at the details, I can't explain exactly why that number is different. But I can say that in 9C and D we excluded any training pairings and that could explain a lot of the discrepancy. There were a lot of pilots at that time in Detroit that were training pilots.
Q So 9B includes training flights?
A 9B and C -- sorry, yes. Hold on. 9B was

Page 38

simply reported anyone designated as a reserve in CrewTrac that had a flight on that day, and that did include training flights as well because they were categorized as reserve crew member.
Q For example, like in 6/2, when you add up 9C and 9D, it comes to 16, but yet 44 people flew that day, so that would be a 28 pilot difference. I mean, is it possible they're running 28 training flights on that day? That would be more training flights than -- more pilots who are in training flights than were actually being used to fill in for other pilots. Is that possible?
A I can't comment on how likely that is. I assume it's possible. If you remember back on 7A, my number of 265 was a 100-something higher than the actually lines that were reported on that other report, which indicates there's probably a large number of training pilots during those months. So I would imagine the training flights would be pretty active during those months.
Q Is it possible -- because what we were trying to get at is in 9B is -- well, ask for first officer who were assigned to fly that day, is first officers who filled in for another pilot on that day. Is it possible to get those numbers?

Page 39

A It would be possible to get those numbers. That's not how the request came to me and that's not what we produced, but it will be possible to get those numbers.
Q So you could rerun the numbers for 9B to just -- to exclude any kind of training flights, anything like that, correct?
A Correct.
Q And if you did that, should -- at that point should the number in 9B equal basically the numbers in 9C and 9D?
A Yes, I would expect them to be equal.
MR. STRINDBERG: Tanner, are you willing to have Mr. Esplin do that? Not this minute.
MR. BEAN: We can talk about that. I think we won't have an issue, perhaps we can put in our formal correction if we do. Obviously the understanding of what 9B was perhaps between counsel was not solid.
MR. STRINDBERG: Okay. We've been going for a little over an hour. Let's take a seven-minute break.
(Recess from 11:07 to 11:15.)
Q (BY MR. STRINDBERG) Okay. Any changes or modifications you need to make to any of your prior testimony?
A No.

Page 40

Q I'm not very computer literate, but when you did these -- so explain to me, when you did these searches, does this cyber database just allow you to ask for this information? Did you have to draft your own program? What did you do to get this data?
A The Sabre database, yes, we had direct access to the Sabre database. And for reporting such as this and other types of reports, we pull the data out of the cyber database into our own database that allows us to be a little more ad hoc with our queries and reporting.
Q What how do you run a report in Sabre?
A I run a report -- there's CAD reports in Sabre that the users can run, but they did not cover the requests here, so I had to write custom queries in the database behind the scenes not using the Sabre CrewTrac application. I had to query the data directly from the database.
Q So you basically had to write your own little program?
A Write my own script or query or filter, however you want to call it, pull the data that they were looking for.
Q Okay. Let's go on to -- switch places -- I don't think we need the other one anymore. 10A was in response to the number of lines that were being operated

Page 41

out of Detroit on each of these days. Is that what this information shows or does it show something else?
A We reported the number of flights, not the number of lines.
Q So this would include flights that a pilot from another domicile had come into Detroit and then left out of Detroit that day, that would include that number?
A No. This would only include flights that were part of a Detroit pairing, which was flown by a Detroit first officer.
Q And did the flights have to originate? This 311 number, is that the number of flights that originated out of Detroit or pairings that originated out of Detroit?
A That would be a pairing that originated out of Detroit. But a pairing as you recall is a group of flights that may extend for multiple days. So that pairing would start in Detroit, but it may fly all over the country, but those flights are still part of that Detroit pairing. So any flight flown on that day as part of the Detroit pairing (inaudible).
Q You broke up there. Was what?
A Sorry?
Q You said the pairing would be part of that

Page 42

number?
A No. A pairing is a group of flights, and we reported here the number of flights flown on that day. So, for example, on June 2nd, there were 311 flights flown that were part of a Detroit pairing.
Q The Detroit -- when you say "Detroit pairing," you mean a pairing that originated from Detroit?
A Yes. And that pairing may have started two days ago and extended for four days. And so there were there flights on June 2nd that were flown by a Detroit first officer in his Detroit pairing on that day.
MR. STRINDBERG: Tanner, this is going to be one. We are going to have to talk about.
MR. BEAN: Okay.
Q (BY MR. STRINDBERG) I think we were trying to get the information of the number of flights that went out of Detroit that day. 10B it says the number of lines that were being operated out of each domicile where a reserve first officer was assigned to fly. So I guess I don't understand -- tell us what -- what data you asked for here because I don't understand how there could be more lines being flown by a reserve first officer than there were reserve first officers.
A In the same regard as 10A, in 10B we also reported the number of flights, not the number the

Page 43

lines.
Q So these numbers could include flights by reserve pilots whose reserve status had started some other day. Is that what you're saying?
A I'm saying that -- so, for example, on June 2nd, we had 131 flights flown by a Detroit reserve first officer. Now, one Detroit first officer may have flown five flights on that day, so it was counted five times. That's why that number will be higher than the number on reserves.
Q Do you know if -- say you're on reserve on June 2nd but not on June 3rd and you get assigned a pairing on June 2nd, which is a two-day pairing, would the pilot then take the second leg of that pairing, or do they bring in another reserve pilot?
A I can't to speak how crew scheduling assigns reserves, but if a reserve is assigned a pairing they're expected to fly that pairing.
Q So in other words, like this number of 131, this could have included flights flown by reserve first officers whose reserve day was something other than June 2nd?
A That's correct.
Q And 10C is for each domicile, the number of lines per day that could not be flown because a first

Page 44

officer was not available. First of all, we asked in terms of lines but you answered this in terms of flights, correct?
A That's correct.
Q And then in your answer, you qualified that. You said that the information your system, the Sabre CrewTrac system, does not track whether a captain, first officer, or a combination of the two were the cause of the cancellation; is that correct?
A That's correct.
Q Is there some other program that would tell us whether a first officer or the lack of a first officer caused any of these cancellations?
A No. A Sabre is the program that tracks that information. It does track when a flight was canceled because of a pilot issue. It does not designate whether that was a first officer issue, a captain issue, or a combination, or some other issue with the pilot staffing. It's not as granular as you're hoping to report on here.
Q As one might hope. One second here.
Let me just -- I want to check one thing here. I'm going to show you what we will mark as Exhibit 40.
(EXHIBIT # WAS MARKED.)

Page 45

Q And I'll represent to you what we did was we took the information from column 9A and column 10C, and 10C being the flight cancellations, and we compared that with whether or not there were any first officers available on Friday, Saturday, and Sunday.
And we found that in each one of these days where you showed some cancellations, not the weekdays. We're not concerned about weekdays, but on the weekend days, that there were always reserve officers, reserve first officers available.
Would that -- would that indicate to you that it was not the lack of a first officer which caused the flight to be canceled?
A No, that would not necessarily indicate that.
Q Why not?
A The flights may have been in different times of day than when they were available on reserve for one. The flights may have been at a location where they were not sitting reserve, may have been a Detroit pairing, but the flight was in Chicago and we couldn't get them to Chicago in time. Things like that. If no reserve is available, it may not have been timely or even possible to get them to that flight on time.
Q But like, for example, on 10/20/17 it shows there were first unused first officers in Detroit and

Page 46

there was one flight missed. I mean, that would -- there must have been a first officer in Detroit available, right?
A I would say there were reserve first officers in Detroit on that day, or that they were available when that flight needed to be flown, I cannot comment.
Q When you pulled up this information on flight cancellations due to missing crew, did you provide or obtain information on what specific flights were canceled?
A Yes. I produced a list of specific flights that were canceled and the comment and reason why they were canceled.
Q And what did this comment say?
A It's a free text comment that may say: Missing pilot or may say, "Pilot got sick." Or it's just a free text comment that has a bunch of different random texts.
Q As you've just indicated, when you responded to 10C for each domicile for Detroit the number of flights per day that could not be flown, that might have been a flight that -- a trip that started in Detroit but the flight could not be flown might have been between two other locations other than Detroit.
A That's correct.

Page 47

Q And -- I mean, there were reserve pilots in other places besides Detroit. So the problem may have been that there was not a reserve pilot in a different domicile, correct?
A Possible.
Q Is it possible, Mr. Esplin, to narrow down from 10C whether the reason that the flight was canceled was because of lack of first officers in Detroit?
A I don't believe it's hundred percent possible to do that accurately.
Q Okay. I'll share the screen again. These are probably fairly straightforward: Interrogatory Number 11A was for each domicile per bid period the number of lines. And I assume that needs to be changed to the number of flights that were traded their slot between first officers. So how did you go about obtaining this information?
A This information was pulled from our SkedPlus application, which is a self-service web application that crew members use to trade pairings with each other or with the company. And I ran a report of all transactions that were successful in this SkedPlus application. That's what number you see here.
Q Did you have to write your own query or is that a standard report that can be run in SkedPlus?

Page 48

A I had to write my own query for that as well.
Q And then 11B, I gather you also did that through SkedPlus, that was number the lines that were posted by a first officer?
A Yes. It came from SkedPlus, and this was a count of all transactions in SkedPlus by a Detroit first officer that were successful or unsuccessful or that were never attempted to be picked up by another crew member. So it essentially is a representation of all transactions attempted in SkedPlus by reserve -- a Detroit first officer.
Q What's the difference between being unsuccessful or not being picked up by another officer?
A So unsuccessful might be that I had a pairing out there that I wanted someone to pick up. My buddy tried to pick it up and trade with me. But it was denied because of legality or some other reason that was not eligible to be on his schedule. So that would be a failed or unsuccessful transaction.
Not picked up could be a pairing that I put out there to be picked up but nobody attempted to pick up it. So there was never any attempt to try to get that pairing, that was counted as one attempt or one posted pairing that was unsuccessful.
Q And the SkedPlus system, there have been

Page 49

references other depositions to sort of posting it on the open board, that's what you were referring to?
A The swap board or open time are two terms they use.
Q I'm going show you again we looked at briefly before, Exhibit 41. What exactly were you asked to do in creating Exhibit 41?
A I don't remember the exact wording of the request that came to me. But in essence it was -- they want the absences that are reported in the crew reliability tool used by the chief pilots. So we want an extract of that data is essentially how the request came to me.
Q Is the crew reliability reports, did that come from Sabre or is that some other system?
A Yes. It originates from Sabre. We pulled the data out of Sabre, and it's stored in our own database and used to report in those reports.
Q So did you also for this one have to write your own query?
A Yes.
Q And I've asked you this before: You're not exactly sure why the numbers here differ from the numbers that were given to us in answer to Interrogatory Number 8A; is that correct?

Page 50

A I don't remember what 8A was.
Q 8A was for each day during the relevant period the number of first officers at Detroit who were not available to fly regardless of the reason.
A Yeah. That was a different filter, different set that were used to pull that report. They're unrelated data.
Q I didn't understand that answer, Mr. Esplin. What do you mean they're unrelated data?
A I didn't use the same filter on those two interrogatories there. For 8A not available to fly. I reported on anyone that was not flying and not assigned a reserve on that day. And in this report, I reported anybody that had a specific absent code on their schedule. So it was two different unrelated requests as far as I was concerned.
Q I misspoke. I meant in regards to 8C. The reason that the information on 8C is different than --
A Yeah. I recall 8C used a larger list of absent codes, which is why it would probably be slightly different than the one that came from the crew reliability shorter list of absent codes.
Q And the codes you used would show up if we were provided with the queries you used for each of these spreadsheets?

Page 51

A Yes.
(EXHIBIT 47 WAS MARKED.)
Q I'm going to show you what we have marked as exhibit or will be marked as Exhibit 47. We asked for information regarding Stephen Horne and a Michael Wahlen. Did you obtain this information as well or were responsible for generating this information?
A Yes.
Q Did you do it through the Sabre CrewTrac?
A The data came from CrewTrac combined with some data from Flight Track, the other Sabre application.
Q Did you have to write your own query to do this?
A Yes.
Q How were you -- was there some way when did these queries, does it check to make sure that the pilot actually flew the flights on those specific days?
A Yes. This query only included flights that were not canceled that were flown by this crew member as an operating crew member. It did not include what we would call a deadhead where they're just sitting in a seat but not actually flying a plane.
Q Whenever a pilot flies a leg or whatever, do they have to enter something that would show they were actually the pilot on that flight?

Page 52

A Yes, pilots have to check in for a flight or activate for a flight.
Q Who do they check in with or activate with?
A They have an application on their iPad that lets them activate for a flight, which validates that they are the right pilot sitting on the right airplane activating for the correct flight.
Q When they activate, somehow that is included or goes into the CrewTrac or Flight Track database?
A It's recorded in a database. It's not recorded in a CrewTrac or Flight Track.
Q What database is it recorded in?
A It's an in-house database that we use to track those activations.
Q Did you search that in-house database in preparing this information for Horne and Wallen?
A No. We didn't need to check that information. That information validates they're on the right flight, but the actual schedules assigned to them in CrewTrac is the system of record of what they flew. And I looked at the schedules in CrewTrac and Flight Track to report this information.
Q Isn't it possible that the pilot is assigned a flight that they may not end up flying it?
A No, that's not possible. If the pilot didn't

Page 53

fly a flight or was not on the correct flight, that would be identified before that flight departs. We would have accurate information for who flew that flight.
Q Say a pilot is scheduled to fly a flight, he gets sick an hour before and a reserve is called in, would that information show up in the CrewTrac or Flight Track, or is this something that would only show up in your in-house database?
A It would absolutely show up in CrewTrac and Flight Track. When that pilot calls in sick, he is removed from that flight, he or she, and the new pilot is assigned to that flight. The new pilot also has to activate before they fly that flight, unless they are assigned to that flight in CrewTrac and Flight Track.
Q I'm not understanding you said when they check in through their iPad, it goes not into Sabre but into an in-house program.
A The timestamp of their check-in is stored into our in-house program, but the check-in itself does compare against a CrewTrac database to make sure they are assigned to that flight. That's what allows the check in to go through, I guess is what I was saying.
MR. STRINDBERG: Let's take a five minute or whatever, look at my notes and see if there's anything

Page 54

else.

(Recess from 11:44 to 11:51.)

Q (BY MR. STRINDBERG) When did the pilot -- if you know, when did the pilots start using the iPads to check in?

A Off the top of my head, I don't have the exact date, it's been three or four years ago.

Q Okay. And before then how did they check in?

A Before then they would check in for their pairing, and I can't recall what type of validation happened before each flight. I can't speak to that right now.

MR. STRINDBERG: Tanner, I have no further questions, but I would like to keep this deposition open because I think we need to have you guys rerun some of the numbers. When we see those, if we have any questions, I'd like to have the chance to ask Mr. Esplin about those new numbers.

MR. BEAN: Well, obviously we'll have to chat about that, but I think some of those things shouldn't be an issue.

MR. STRINDBERG: Okay. Thank you Mr. Esplin for your time on this.

MR. BEAN: I don't have any questions.

Page 55

(The remote deposition concluded at 11:52 a.m.)

* * *

(Signature was requested.)

Page 56

VERIFICATION

STATE OF _____________)
) ss.
COUNTY OF ____________)

I, JUSTIN ESPLIN, being first duly sworn remotely on my oath, depose and say:

That I am the witness named in the foregoing remote deposition taken the 3rd day of March, 2021, consisting of pages numbered 1 to 55, inclusive; that I have read the said deposition and know the contents thereof; that the questions contained therein were propounded to me; that the answers to said questions were given by me, and that the answers as contained therein (or as corrected by me therein) are true and correct.

Corrections Made: Yes_______ No_______

_________________________
JUSTIN ESPLIN

Subscribed and sworn to before me this ________ day of ________, 2021, at _________________, Utah.

_____________________________
Notary Public for Utah
Residing at_____________, Utah.
My Commission Expires: ________.

Page 57

REPORTER'S CERTIFICATE

STATE OF SALT LAKE )
) ss.
COUNTY OF UTAH )

I, HEIDI HUNTER, Certified Shorthand Reporter and Registered Professional Reporter in and for the State of Utah, do hereby certify:

That prior to being examined, the witness named in the foregoing deposition was duly sworn remotely by me to testify to the truth, the whole truth and nothing but the truth;

That said deposition was taken down by me in shorthand at the time and place therein named and thereafter reduced to typewriting under my direction, and that the foregoing transcript contains a full, true and verbatim record of said deposition.

I further certify that I have no interest in the event of the action.

WITNESS my hand and seal this 17th day of March, 2021.

______________________
HEIDI HUNTER
CSR, RPR, CCR

Exhibits

Exhibit 46 12:24 13:1
Exhibit 47 51:2,4

1

1 13:15
10 8:24 11:2 14:10,16 33:10
10/20/17 45:24
100-something 38:15
10A 40:24 42:24
10B 42:17,24
10C 43:24 45:2,3 46:20 47:7
11 29:14
113 11:2 12:2
118 10:25
11:07 39:21
11:15 39:21
11:44 54:2
11:51 54:2
11:52 55:1
11A 47:13
11B 48:2
131 43:6,19
15 13:2 37:13
16 37:15 38:6
17 12:1 28:20 29:13
18 28:20 29:13
19 28:9
1956 29:8

2

2 13:18
2001 5:21
2008 6:1
2017 20:24
2018 5:16 6:14
2049 29:8
22 9:13 10:21 20:19 22:10,15 23:21 24:1
264 11:7 19:15, 16,17
265 19:17 20:24 38:15
28 38:7,8
2nd 42:4,10 43:6, 12,13,22

3

3 14:20
31 35:19
311 41:13 42:4
39 19:2
3rd 43:12

4

4 25:16
40 35:18 44:23
41 29:4,7,10,16 30:6 49:6,7
44 4:16 25:16 35:5 37:16 38:6
46 12:24 13:1
47 51:2,4
49 25:16 35:9

5

5 13:2 25:16
50 20:1,11

6

6/2 25:15 27:5 37:11 38:5
6/3 27:6
6/9 25:18
62 6:25

7

7 7:17 14:10,16 18:2
79D 37:13
7A 11:5 17:19 18:3 19:8,14,15 20:13 22:15 26:21 38:14
7B 23:4,20
7C 17:19 24:6 34:6,14,19 35:1,2, 6,7,8

8

8 14:16
84790 4:16
8A 26:7,8,14,20, 23 27:1,4 49:25 50:1,2,11
8B 27:25 30:2,5
8C 28:13 30:2,5 50:17,18,19

9

9 14:16 25:9 35:19
9A 25:7,10,13,16 30:9 32:1 33:15 34:13,16,21 35:4, 18 45:2
9B 34:1,13,20 36:24 37:24,25 38:22 39:5,10,18
9C 17:19 36:15, 18,24 37:3,20 38:5 39:11
9D 36:21,24 38:6 39:11

A

a.m. 34:16 55:1
absence 11:18 22:18 28:10,22 29:1,14,15,21 30:1
absences 49:10
absent 29:5,17 36:20 37:12 50:14,20,22
absolutely 53:10
access 24:2 40:6
accuracy 20:10
accurate 13:9 53:3
accurately 47:10
acted 7:24
activate 52:2,3,5, 8 53:14
activating 52:7
activations 52:14
active 11:13 22:21 38:19
actively 11:18
actual 13:11,15 52:19
ad 40:10
add 38:5
added 18:5 22:11 34:12
additional 11:21 19:12
address 4:15
afternoon 33:11
aircraft 10:10 14:18 22:1,4,5
airplane 52:6
allowed 27:23
allowing 27:15
amount 35:10
answering 5:9 7:7
answers 13:12, 13 34:3
anymore 40:24
apologize 31:16
application 6:4 8:21 9:2 40:16 47:19,23 51:11 52:4
applications 6:6, 9
applied 14:22
April 6:1
assigned 11:15, 19 16:6,23 21:10, 13 22:20 24:16, 17,22 25:3,5 28:11,16 30:16 38:23 42:19 43:12,17 50:12 52:19,23 53:13, 15,22
assignment 16:1,16,17,19,21 26:18 27:1,3,6,9 28:24 32:6,12,15 33:22
assigns 43:16
assume 12:19 14:16 15:9 25:2 38:14 47:14
attempt 48:22,23
attempted 48:8, 10,21
attorney 17:16 19:3
attorneys 19:5
audibly 5:1
avoiding 7:12

## B

**back** 7:22 38:14
**background** 10:2
**base** 37:7
**based** 23:18
**basically** 39:10 40:18
**basis** 27:19
**Bean** 7:10,20 9:16 17:3,16 19:24 20:4 30:3 39:15 42:14 54:19,24
**begin** 9:13
**bid** 23:8 36:16 47:13
**bidding** 23:5
**big** 24:6 34:3
**bit** 23:21,25 26:23 35:22
**block** 23:12,16 28:8 31:18 36:7,8
**board** 49:2,3
**bracketed** 15:16
**break** 5:3,6 31:2 39:20
**briefly** 49:5
**bring** 7:25 21:3 43:15
**broke** 41:23
**buddy** 48:15
**bunch** 46:17

## C

**CA** 10:9
**CAD** 40:12
**call** 16:22 24:16,17,18 27:11,19,23 28:22 31:6 40:21 51:21
**called** 4:4 9:2 10:4 32:13 53:6
**calls** 7:11 53:11
**canceled** 44:15 45:13 46:10,12,13 47:7 51:19
**cancellation** 44:9
**cancellations** 44:13 45:3,7 46:8
**captain** 44:7,17
**captains** 10:9
**case** 14:22
**cases** 25:19
**Cassell** 15:17
**categorized** 24:15 26:4 36:7 38:4
**caused** 44:13 45:12
**center** 6:18
**certified** 21:23
**chance** 54:17
**changed** 47:14
**charge** 6:19
**chart** 9:18
**chat** 54:19
**check** 33:6 44:22 51:16 52:1,3,17 53:16,23 54:5,8,9
**check-in** 53:19,20
**Chicago** 16:13 45:20,21
**chief** 29:19 49:11
**class** 27:2,8
**clean** 5:2
**clear** 15:14
**close** 19:18 23:20 30:7,8 35:21 36:25
**code** 30:16,25 50:14
**codes** 28:10,22 29:1,14,15,17,20,21,23 30:2 31:5 50:20,22,23
**collect** 7:16
**collected** 7:3
**collecting** 7:8
**colored** 9:18
**column** 11:1 26:8 27:25 30:9 45:2
**columns** 20:5
**combination** 44:8,18
**combined** 51:10
**comment** 38:13 46:6,12,14,15,17
**communication** 7:19
**company** 6:8,9 8:20 47:21
**compare** 10:20 20:6 53:21
**compared** 18:10 22:25 23:22,24 30:8 35:3 45:3
**compiling** 18:13
**completely** 4:25 5:9
**comport** 12:4
**computer** 6:18 40:1
**concern** 10:23
**concerned** 45:8 50:16
**concluded** 55:1
**confirmed** 13:9
**considered** 22:21 25:23 26:25 35:15 36:14
**conversations** 7:13,21
**conversion** 18:15
**converted** 18:14
**copied** 20:8,12
**copy** 17:5,9
**correct** 5:11,12 7:6 12:22,23 13:4,24 14:13,14,18,19 16:14 20:16,17,21 21:15,16,24 22:15 24:24 25:8,17 28:18,19 30:4 31:11,21,22 32:4 33:19 34:8,9,14,25 39:7,8 43:23 44:3,4,9,10 46:25 47:4 49:25 52:7 53:1
**corrected** 18:5 19:15 20:3,11 24:14
**correction** 34:2 39:17
**corrections** 17:15,25 20:12
**correctly** 31:13
**correlate** 30:6 35:2 37:3
**corresponds** 12:16
**counsel** 7:13 8:9 39:18
**count** 26:24 48:6
**counted** 22:20 23:11 25:1,24 26:2 33:21 43:8 48:23
**country** 41:20
**couple** 14:5 15:9 16:20 36:5
**cover** 40:13
**covered** 32:23 36:22
**created** 18:21
**creating** 49:7
**crew** 8:19 10:4 12:5,6 14:1 15:9,10 16:4,6,20 24:2 25:23 27:22 28:25 31:5 35:13 38:4 43:16 46:8 47:20 48:8 49:10,14 50:21 51:19,20
**Crewtrac** 8:20,22 9:4,6 11:13,22 21:9 22:2 23:10,12 24:3,5,15 26:5 28:9 30:15 34:10 38:2 40:15 44:7 51:9,10 52:9,11,19,21 53:7,10,15,21
**CRJ** 10:8 14:17 21:18,20,22,24 22:2,6 26:17 28:8 34:10
**cross** 21:23
**current** 4:15 6:13
**custom** 40:14
**cyber** 40:3,9

## D

**data** 6:18 7:9,16 8:5,7,11,21 9:5 10:12,14,16,18,21 11:11,12 13:9,11,22,25 14:23 15:10,12,21 16:3 17:22,23,25 18:8,11,14,20 19:12,15 21:3 23:18 26:15 37:3 40:5,8,16,21 42:20 49:12,17 50:7,9 51:10,11
**database** 8:7,15,22 9:1,6 11:13,22 21:8,9 23:10 30:15,22 40:3,6,7,9,15,17 49:17 52:9,10,12,13,15 53:9,21

**databases** 6:10 8:17
**datasets** 15:5,7
**date** 54:7
**day** 16:8,22 24:16,17,19,22,25 25:10,12,24,25 26:9,11,25 27:5, 15,24 28:1,4,12, 17,25 29:2,24 30:10,13,18 31:23,24,25 32:7, 14,15,23,25 33:4, 11,21,22,25 34:6, 11,17,18,20,22,25 35:6 37:16 38:2,6, 9,23,24 41:7,21 42:3,11,17 43:4,8, 21,25 45:17 46:5, 21 50:2,13
**days** 15:2,7 16:8 28:16 29:6 30:11 31:20 32:21 41:1, 18 42:9 45:6,9 51:17
**deadhead** 51:21
**deal** 16:4
**define** 16:1
**definition** 16:18
**delay** 9:17
**denied** 48:17
**departs** 53:2
**depending** 16:22
**depends** 22:1
**deponent's** 22:11
**deposition** 4:10, 17 10:3 19:22 54:14 55:1
**depositions** 49:1
**designate** 44:16
**designated** 21:20,22 22:2 23:11,16 28:8 34:10 38:1
**designation** 23:18
**destination** 16:12
**details** 37:18
**determination** 32:11
**determine** 32:16
**determining** 20:23,25 32:24
**Detroit** 10:24 11:15,20 12:2 13:20,23 14:3,13 16:13 18:4 19:10 21:10,13 22:20 24:20 25:11 26:16 27:5 28:2,7 34:9 36:16 37:4,5,7,22 41:1,6,7,10,14,15, 17,19,21,22 42:5, 6,7,10,11,17 43:6, 7 45:19,25 46:2,5, 20,22,24 47:2,8 48:6,11 50:3
**Detroit-based** 13:23
**development** 6:4,7
**deviated** 28:23
**differ** 49:23
**difference** 22:14 38:7 48:12
**differences** 23:3 26:5
**direct** 40:6
**direction** 8:12
**directly** 6:23,25 11:21 20:8 40:16
**director** 6:4,6
**discovery** 7:4 8:4 13:17
**discrepancies** 25:19
**discrepancy** 11:9 22:16 25:21 37:9,10,21
**discuss** 31:4
**discussion** 4:13
**divided** 10:8 20:4
**documents** 29:8
**domicile** 10:6 11:3,15,20 12:17 13:20 14:3 21:10 22:20 23:7 26:10 30:12 36:14,19, 21,23 37:13,14 41:6 42:18 43:24 46:20 47:4,13
**domiciled** 13:20
**domiciles** 14:2,7
**draft** 40:4
**due** 46:8
**duly** 4:4
**duties** 6:5,16
**duty** 25:12 28:14 30:12 34:5,20 36:19

**E**

**earlier** 10:3
**electronic** 13:3
**eligibility** 32:21
**eligible** 36:13 48:18
**emergency** 27:19
**EMMERSON** 17:9
**employed** 5:11, 17 11:14 18:4 20:14 21:9
**employee** 19:9
**employees** 21:9 29:4
**employment** 5:19
**encompasses** 36:8
**end** 9:16 10:7 16:4 26:20 52:24
**ended** 18:23
**engineer** 5:24
**enter** 51:24
**entire** 33:20
**equal** 12:7 25:6 26:20,22 34:13, 16,24 36:24 37:1 39:10,12
**equaling** 26:21
**equals** 11:2
**Erik** 4:9 7:10 9:16
**ERJ** 21:25
**error** 18:13
**errors** 17:18
**Esplin** 4:3,9,14 6:3 8:2 9:19 10:20 15:14 17:14 20:2 39:14 47:6 50:8 54:17,22
**essence** 49:9
**essentially** 48:9 49:12
**exact** 21:2 49:8 54:6
**EXAMINATION** 4:7
**examined** 4:5
**Excel** 18:22
**exclude** 39:6
**excluded** 37:5,20
**exclusion** 37:7
**excuse** 10:6 19:20 26:8 36:16
**exhibit** 9:13 10:2, 11,21 12:24,25 13:1 19:2 20:1,19 22:10,15 23:21 24:1 26:7 29:3,4, 7,10,16 30:6 32:1 44:23,24 49:6,7 51:2,4
**exhibits** 19:21,23
**exist** 29:15
**expect** 25:14 26:23 35:21 39:12
**expected** 43:18
**experience** 11:24
**expert** 12:5,13
**explain** 10:23 22:22 37:8,19,21 40:2
**extend** 16:7 41:18
**extended** 42:9
**extent** 7:12
**extract** 49:12
**eyes** 10:1

**F**

**factors** 33:12
**failed** 48:19
**fairly** 23:20 47:12
**fell** 15:5
**felt** 17:24
**figure** 12:2 19:22
**figured** 31:17
**figures** 11:4
**file** 18:13
**fill** 36:20 37:11 38:11
**filled** 38:24
**filling** 37:14
**filter** 23:17 40:20 50:5,10
**final** 18:10,11,23
**finish** 4:22
**finished** 21:21

**fit** 18:9

**flew** 24:10 34:11, 17,21,23 35:5 37:16 38:6 51:17 52:20 53:3

**flies** 51:23

**flight** 9:3,5 15:25 16:9,11,13,23 25:22 28:11 33:13,17 34:11,17 35:12,14 38:2 41:21 44:15 45:3, 13,20,23 46:1,6,7, 22,23 47:7 51:11, 25 52:1,2,5,7,9, 11,18,21,24 53:1, 2,4,5,7,11,12,13, 14,15,22 54:11

**flights** 8:25 12:15,20,21 16:5, 7 30:17 32:22 34:7 36:22 37:24 38:3,8,9,10,19 39:6 41:3,5,9,12, 13,18,20 42:2,3,4, 10,16,25 43:2,6,8, 20 44:3 45:16,18 46:9,11,21 47:15 51:17,18

**flown** 12:16 24:11,12 32:24 41:10,21 42:3,5, 10,22 43:6,8,20, 25 46:6,21,23 51:19

**fly** 14:17 16:7,23 20:21 24:17 25:3, 12,25 26:11 27:7, 12,16 28:4,11,12, 17,24 29:24 30:13 31:10 32:8,14,18 33:4,13,24,25 34:22,24 35:5 36:1,4,10,13 38:23 41:19 42:19 43:18 50:4,11 53:1,5,14

**flying** 11:19 12:9 15:7 22:21 23:8, 13 24:19,25 25:24 26:17 35:13 37:4, 6 50:12 51:22 52:24

**focus** 13:17

**folder** 23:12,17 28:8

**form** 17:6 18:20 19:6,8

**formal** 39:16

**format** 19:5

**formula** 19:7

**found** 9:12 45:6

**free** 46:15,17

**Friday** 14:25 15:1,4,11,22 31:8, 16 32:1,17 45:5

**Fridays** 14:21

**front** 16:4 17:9

**G**

**gather** 14:13 20:15 21:4 23:15 28:14 34:4 48:2

**gave** 7:15 10:4 24:9 25:4,6,7

**general** 10:15

**generally** 4:21 6:16

**generated** 11:22

**generating** 51:7

**George** 4:16

**good** 4:9 17:11

**granular** 44:19

**ground** 4:20

**grounds** 27:2

**group** 16:5,7 41:17 42:2

**guess** 12:9 13:14 17:19 18:25 31:14 42:20 53:23

**guy** 9:22 16:3

**guys** 54:15

**H**

**half** 22:13

**handy** 17:6

**happened** 54:11

**hard** 17:9

**head** 5:1 11:4 16:15,25 54:6

**Heidi** 4:11

**held** 5:15,22 6:11, 13

**helpfully** 17:16

**high** 10:22

**higher** 22:23 38:15 43:9

**hire** 22:24

**hired** 15:17

**historically** 32:20

**history** 14:1,5

**hoc** 40:10

**hold** 5:25 37:25

**holder** 36:7,8

**hope** 44:21

**hoping** 44:19

**Horne** 51:5 52:16

**hour** 39:20 53:6

**huge** 37:17

**huh-uh** 5:2

**human** 18:13

**hundred** 32:19 47:9

**I**

**idea** 11:8 22:14, 16 23:25

**identified** 53:2

**identify** 31:5

**imagine** 38:18

**important** 17:24

**improve** 35:8

**in-house** 52:13, 15 53:9,18,20

**inaudible** 34:16 41:22

**include** 11:16 21:6 22:17 27:1 30:25 38:3 41:5,7, 9 43:2 51:20

**included** 20:20 21:14 22:3 24:18 27:13 29:16 43:20 51:18 52:8

**includes** 37:24

**individually** 37:2

**information** 5:14 6:15,18,19 7:3,11 8:8 9:3,5,12 11:10 12:6 14:9,11,15, 20 15:3 21:4 23:9 28:6 29:10 30:14, 22 31:7 34:4 40:4 41:2 42:16 44:6, 15 45:2 46:7,9 47:17,18 50:18 51:5,6,7 52:16,17, 18,22 53:3,7

**initial** 18:7,11

**inside** 6:9

**instances** 10:17

**instructions** 5:6 7:16,24

**internal** 6:7

**interpreted** 15:25

**interrogatories** 7:8 13:2,8,12,13 14:10 17:6,21,24 30:10 50:11

**interrogatory** 7:17 11:5 13:15 14:16 18:2 23:5 47:12 49:24

**introduce** 20:9

**introduced** 19:25 24:1

**involved** 7:8 10:12

**involvement** 7:7

**ipad** 52:4 53:17

**ipads** 54:4

**issue** 17:25 39:16 44:16,17,18 54:21

**J**

**job** 5:13 6:5,16

**June** 10:24 12:1 20:24 42:4,10 43:6,12,13,22

**jurisdiction** 10:6

**Justin** 4:3 7:12

**K**

**kind** 31:1 39:6

**L**

**lack** 44:12 45:12 47:8

**large** 37:10 38:17

**larger** 50:19

**lastly** 15:24

**lead** 5:2

**leave** 11:18 22:18,19 36:12

**left** 31:25 41:7

**leg** 43:14 51:23

**legal** 8:9 18:8

**legality** 48:17

**lets** 52:5

**level** 10:22

**levered** 9:4

**limit** 21:17

**limitation** 14:22

**limitations** 13:19

**limited** 13:20,22 14:13,17,21 15:21 21:19 30:10 32:1

**lined** 17:25

**lines** 10:5,25 11:25 12:1 19:16, 17 22:11 38:16 40:25 41:4 42:18, 22 43:1,25 44:2 47:14 48:3

**list** 8:5,6 22:7 27:14 28:9,22 29:18,23 30:1,15 31:14 46:11 50:19,22

**listed** 19:9 33:5, 15 36:1,3,5

**literate** 40:1

**location** 45:18

**locations** 46:24

**long** 5:15,25 31:6 33:9,16

**longer** 29:23 33:23

**looked** 13:8 22:10 25:20 31:23 49:5 52:20

**lot** 37:21,22

**lumped** 16:6 35:23

**M**

**made** 17:18

**make** 19:21 23:14 27:4 31:12 32:10 33:1 35:1 39:23 51:16 53:21

**makes** 26:1

**manage** 8:19

**mark** 13:1 44:23

**marked** 12:24 44:25 51:2,3,4

**match** 35:20

**meaning** 28:10

**means** 23:13

**meant** 50:17

**member** 14:1 16:6 25:23 35:13 38:4 48:9 51:19, 20

**members** 15:9, 10 28:25 47:20

**mentioned** 22:10

**messages** 31:17

**Michael** 51:5

**military** 22:19 36:12

**minor** 25:19 26:5

**minus** 25:16

**minute** 33:23 39:14 53:24

**minutes** 33:11

**missed** 46:1

**missing** 46:8,16

**misspoke** 50:17

**modifications** 39:23

**molding** 7:21

**month** 12:15,17 20:15 22:22 23:5, 8

**months** 11:15 19:10 38:18,20

**morning** 4:9 20:2

**move** 6:2

**multiple** 14:2,7 16:8 41:18

**N**

**named** 8:19

**narrow** 47:6

**necessarily** 45:14

**needed** 8:6 12:17 31:11 32:22 46:6

**network** 6:18

**night** 17:16 20:4

**nods** 16:15

**notes** 53:25

**number** 7:17 8:25 10:5,25 11:2, 6,7,16,25 12:1,11, 20,21 14:11,20 18:3,11,23 19:9 20:13,20 21:1,25 22:12,13,17,23 23:6,19 24:11 25:4,5,7,9,11 26:9,13,20,21 28:2 30:11 33:21 34:7,12,13,24 35:3 36:15,18,22 37:13,15,17,19 38:15,17 39:10 40:25 41:3,4,8,13 42:1,3,16,17,25 43:9,10,19,24 46:20 47:12,13, 15,23 48:3 49:25 50:3

**numbers** 10:20, 21 11:3,21 13:8 15:6 21:6 22:13, 24 23:3,20 24:9, 13,23 25:5,6 26:22 30:5,6 33:2 34:12 38:25 39:1, 4,5,10 43:2 49:23, 24 54:16,18

**O**

**oath** 4:24

**object** 7:10

**obtain** 23:9 46:9 51:6

**obtained** 10:21

**obtaining** 28:6 30:13 47:16

**October** 5:16 6:14 10:7

**off-record** 4:13

**officer** 12:3 19:10 21:11,12,22 24:19 26:16 29:5 31:10 34:10 36:20,23 37:4,12 38:22 41:11 42:11,19,23 43:7 44:1,8,12,17 45:12 46:2 48:4,7, 11,13

**officers** 10:9 11:2,14,17 13:21, 23 14:17 18:3 20:14,20 21:17, 19,20 23:7 25:11 26:10 27:5 28:2,8, 14,15 30:11 33:3, 15 36:16,18,22 37:11 38:23 42:23 43:21 45:4,9,10, 25 46:4 47:8,16 50:3

**on-call** 30:16 36:10

**open** 49:2,3 54:14

**operated** 40:25 42:18

**operating** 28:4 51:20

**operational** 8:7, 15

**opportunity** 10:19

**organization** 7:1

**oriented** 13:16

**origin** 16:12

**original** 19:3 24:6,9

**originally** 25:4 29:7

**originate** 41:12

**originated** 41:14, 16 42:7

**originates** 49:16

**P**

**P-A-I-R-I-N-G** 16:2

**pairing** 15:25 16:1,5 37:5 41:10, 16,17,19,21,22,25 42:2,5,6,7,8,11 43:13,14,17,18 45:19 48:14,20, 23,24 54:10

**pairings** 37:6,8, 20 41:14 47:20

**part** 9:6 13:25 15:11 41:10,20, 22,25 42:5

**pending** 5:5

**people** 6:21,23, 25 20:20 21:6 27:20,23 28:15 33:14 38:6

**percent** 32:19 47:9

**percentage** 21:1

**period** 23:6 25:10 26:9 28:2 31:9,16, 21 33:17 47:13 50:2

**person** 12:16 18:5

**personally** 8:10, 11,13 18:19

**perspective** 37:2

**pick** 48:15,16,21

**picked** 48:8,13, 20,21

**pilot** 8:19 12:8 19:13 22:21,22 23:16 24:15 26:2, 24 28:23 29:19,21 31:20 32:4,6,13 35:22 36:1,6,14 38:7,24 41:5 43:14,15 44:16,18

46:16 47:3 51:16, 23,25 52:6,23,25 53:5,11,12,13 54:3
**pilots** 12:11,17 14:6,11 15:16 18:9 20:24 22:12, 17 23:11 24:10, 11,21 25:3 27:2, 19 29:20 30:16 31:9,10,18 32:18 33:3,22 34:5,19, 21,23,25 35:5,14 36:9 37:16,22,23 38:10,11,18 43:3 47:1 49:11 52:1 54:4
**places** 40:23 47:2
**plane** 51:22
**point** 5:3 15:20 39:9
**policies** 27:22
**position** 5:15,22, 25 6:2,11,13
**posted** 48:4,24
**posting** 49:1
**potentially** 11:21
**premarked** 20:1
**prenumbered** 19:21
**prepare** 29:10,18
**prepared** 10:4
**preparing** 52:16
**president** 5:14 6:15
**presume** 13:2
**pretty** 13:18 38:19
**prevent** 5:8
**primary** 22:1,4
**prior** 39:23
**privilege** 7:11
**privileged** 7:18
**problem** 47:2
**produced** 39:3 46:11
**program** 8:15 40:5,19 44:11,14 53:18,20
**programs** 8:16
**provide** 20:11 30:1 46:8
**provided** 8:5,8 13:22 14:1,9,15 15:3 17:15,22 18:7,8,21,22 19:3, 4,6,8,15 20:3,15 29:6,7,8 30:24 34:2,4 50:24
**provision** 27:17
**pull** 8:11 11:10 17:7 21:12 25:13 29:4 40:8,21 50:6
**pulled** 8:7,13,14, 21 10:17 11:12,16 15:10,12 21:8 26:15 27:25 30:15 37:2 46:7 47:18 49:16
**pulling** 10:12 11:21 21:5
**pulls** 29:22
**put** 14:25 20:5 39:16 48:20

**Q**

**qualification** 21:21 32:21
**qualified** 12:14 14:17 21:18 22:3, 6 36:11 44:5
**qualifying** 21:18
**queries** 40:10,14 50:24 51:16
**query** 21:8,15 23:14 40:16,20 47:24 48:1 49:20 51:12,18
**question** 4:11 5:4,5 7:11,22,23 17:2 20:10 25:7,9 26:8 28:1,13 31:12 36:23
**questions** 4:22 7:8 8:23 9:11,12 10:15 16:24 17:17 34:3 54:14,17,24

**R**

**ran** 21:8 47:21
**random** 46:18
**range** 22:24
**raw** 18:8,11,14,20
**reading** 36:17
**realized** 17:18 18:12
**realm** 35:16
**reason** 14:23 17:7 23:24 26:12 28:5,16 31:24 46:12 47:7 48:17 50:4,18
**reasons** 28:21 32:13 35:25 36:13
**recall** 41:17 50:19 54:10
**recess** 39:21 54:2
**record** 5:2 52:20
**recorded** 52:10, 11,12
**rectified** 23:3
**refer** 16:11
**reference** 15:2
**referenced** 15:8
**references** 49:1
**referred** 29:13
**referring** 15:15 49:2
**regard** 12:19 16:19 42:24
**related** 6:19 29:19
**relationship** 12:11
**relevant** 23:6 25:10 26:9 28:1 31:8,21 50:2
**reliability** 29:19, 21 49:11,14 50:22
**remember** 15:5,6 38:14 49:8 50:1
**remembering** 11:4
**remind** 26:15
**remote** 55:1
**remotely** 4:5
**removed** 53:12
**report** 6:21,23,25 9:4 11:12,23 18:7, 9,11 28:7,25 29:18,19 30:24 31:23 34:16,17 38:16 40:11,12 44:20 47:21,25 49:18 50:6,13 52:21
**reported** 24:14 26:16 32:11,14 37:3 38:1,16 41:3 42:3,25 49:10 50:12,13
**reporting** 6:10 40:7,10
**reports** 8:5 26:3 40:8,12 49:14,18
**represent** 20:1 23:19 45:1
**representation** 48:9
**represents** 26:13
**request** 39:2 49:9,12
**requested** 15:13 17:23 55:3
**requests** 40:14 50:15
**required** 25:12 30:12 33:4 36:19 37:11
**rerun** 39:5 54:15
**reserve** 14:12 16:22 22:12,22 23:17 24:11,15, 16,19,21,22,24,25 25:3,12,23,25 26:2,4,19 27:6,19, 20,23 28:14,16, 24,25 30:12,16, 20,22,25 31:3,9, 10,18,20 32:4,5,6, 12,15,17 33:3,5, 10,11,16,22 34:5, 9,10,16,20,22,25 35:5,13,14,15,23, 24 36:1,3,5,7,8,9, 10,14,19,22 37:4, 15 38:1,4 42:19, 22,23 43:3,6,11, 15,17,20,21 45:9, 17,19,21 46:4 47:1,3 48:10 50:13 53:6
**reserves** 10:6 11:1 36:9 43:10, 17
**reserving** 35:15
**respond** 7:3
**responded** 46:19
**responding** 8:3 9:2
**response** 11:5 13:16 14:15 17:5 18:2 23:4 25:7 33:15 40:25
**responses** 13:7, 19
**responsible** 51:7
**restriction** 5:4
**restrictions** 14:8
**reviewed** 13:7 21:3
**reviewing** 17:21

31:12 35:1
**ride** 33:6
**River** 4:16
**Road** 4:16
**room** 17:8
**roughly** 30:5
**rules** 4:20 32:13
**run** 40:11,12,13 47:25
**running** 38:8
**runs** 27:18

S

**Sabre** 8:19,20 9:2,8 40:6,7,11, 12,15 44:6,14 49:15,16,17 51:9, 11 53:17
**Saturday** 14:25 15:1,4,11,22 31:8, 16 32:17 35:19 45:5
**Saturdays** 14:21 32:1
**scenes** 40:15
**schedule** 26:18 27:15 28:10 29:1 30:17 32:6,12,15 48:18 50:15
**scheduled** 24:25 26:10 28:24 53:5
**schedules** 8:19 12:7 16:4 52:19, 21
**scheduling** 10:4 12:6 16:20 24:2 27:22 31:5 43:16
**screen** 4:12 9:21, 25 10:13 11:12 19:1,18 47:11
**screens** 9:20
**script** 40:20
**scrolling** 32:2
**search** 52:15
**searches** 40:3
**seat** 51:22
**section** 26:25
**segment** 16:11
**self-service** 47:19
**seniority** 14:6 15:9,16 23:7
**sense** 26:1
**series** 4:21
**set** 7:4 8:3 12:21 13:17,19 34:6,14 50:6
**sets** 8:5
**seven-minute** 39:20
**Shaking** 5:1
**share** 4:12 9:21 47:11
**shares** 9:3
**sharing** 19:1
**sheet** 24:14
**short** 31:6
**shorter** 50:22
**show** 9:13 11:7 13:14 15:7 20:24 23:21 24:23 31:7 41:2 44:23 49:5 50:23 51:3,24 53:7,8,10
**showed** 11:13 19:16 21:9 45:7
**shown** 21:25 22:6
**shows** 10:5 11:5 19:15 41:2 45:24
**sick** 46:16 53:6, 11
**signature** 13:3 55:3
**signed** 13:6
**significantly** 22:23
**similar** 14:6 25:14
**simply** 38:1
**simulator** 26:24
**sir** 30:5
**sit** 16:21 19:22 24:16,25 28:24
**sitting** 24:18 26:3,19 27:23 33:9,10 35:15 36:10 45:19 51:21 52:6
**Sixty-three** 35:18
**Sixty-two** 6:22
**Skedplus** 47:18, 22,25 48:3,5,6,10, 25
**Skywest** 5:11,17, 20,23 6:12,17 11:14 18:4 20:14 21:10 27:18 29:7
**slightly** 35:17 50:20
**slot** 47:15
**software** 5:24 6:7,8 8:18,20 9:9 16:21 23:14
**solid** 39:18
**sort** 7:13,18,23 22:9 49:1
**South** 4:16
**Spagnola** 24:1
**speak** 27:21 32:12 43:16 54:11
**specific** 9:12 29:20 33:13 46:9, 11 50:14 51:17
**specifically** 15:12
**specifics** 32:23 35:11
**speculate** 35:12
**speculating** 33:8
**spread** 17:22
**spreadsheet** 18:10,15,16,21, 22,24 19:2,4,8 20:3,9,12 29:9
**spreadsheets** 14:24,25 15:21 17:7,12,15 50:25
**St** 4:16
**staffing** 44:19
**standard** 47:25
**start** 5:19 13:15 41:19 54:4
**started** 11:18 42:8 43:3 46:22
**statements** 11:24
**stationed** 11:3
**status** 14:12 24:23 30:20,23 31:3 34:22,25 43:3
**Stephen** 51:5
**Steve** 10:3,24 11:25 24:1
**stop** 9:21
**stored** 49:17 53:19
**straightforward** 47:12
**Strindberg** 4:8, 10,11,14 7:15,25 8:2 9:18 17:1,4, 11,14 19:19,25 29:25 30:4 39:13, 19,22 42:12,15 53:24 54:3,13,22
**subtract** 25:2,4
**subtracted** 26:22
**successful** 47:22 48:7
**Suite** 9:9
**summarized** 18:10,23
**summary** 18:11
**Sunday** 14:25 15:1,11 31:8,16 45:5
**Sundays** 14:21 15:4,22 32:2,17
**supervision** 6:22
**support** 6:8
**supposedly** 10:5
**supposition** 23:1
**surrounding** 27:22
**swap** 49:3
**switch** 40:23
**sworn** 4:4
**system** 8:18 24:3,5 44:6,7 48:25 49:15 52:20
**systems** 6:18 9:8

T

**taking** 4:10
**talk** 39:15 42:13
**talking** 7:21
**Tanner** 7:15 17:1 19:20 29:25 39:13 42:12 54:13
**team** 18:8
**tech** 9:22
**technical** 7:19
**technology** 5:14 6:16,17,19
**term** 15:24 16:9, 17 21:24
**terms** 44:2 49:3
**testified** 4:5

**testify** 7:24 12:14,18

**testimony** 22:11 39:24

**text** 46:15,17

**texts** 46:18

**thing** 7:13,23 19:24 44:22

**things** 6:10 8:25 14:12 16:20 22:19 36:6 45:21 54:20

**third-party** 6:9

**throw** 35:22

**time** 22:2 23:11 33:13 36:2 37:22 45:21,23 49:3 54:23

**timely** 45:22

**times** 43:9 45:16

**timestamp** 53:19

**today** 5:9 7:2 13:18 15:18

**Todd** 17:1,3,5 19:19

**told** 30:20 34:19

**tool** 49:11

**top** 11:4 16:25 54:6

**total** 34:24

**track** 9:3,5 29:20 44:7,15 51:11 52:9,11,13,21 53:8,11,15

**tracked** 14:1,5

**tracks** 44:14

**trade** 47:20 48:16

**traded** 47:15

**training** 11:17 21:1,3,7,14,21 22:18 25:22 26:2 27:2,8 33:19 35:12,13,14,22 36:11 37:5,8,20, 23,24 38:3,8,9,10, 18,19 39:6

**transaction** 48:19

**transactions** 47:22 48:6,10

**trip** 28:3 36:16 46:22

**true** 9:24

**truthfully** 4:25 5:9

**two-day** 43:13

**type** 22:4,5 30:22 31:2 33:11 54:10

**types** 27:1 30:20 40:8

**typically** 12:7 16:11 23:12 27:13

**U**

**uh-huh** 5:2

**unavailable** 28:11,17 29:24 36:20 37:12

**understand** 5:6 12:8,10,14 27:4 33:2 42:20,21 50:8

**understanding** 7:4 12:4,12,22 13:5,10 16:5 20:22 23:2 39:17 53:16

**understood** 18:1 24:13

**unrelated** 50:7,9, 15

**unsuccessful** 48:7,13,14,19,24

**unused** 45:25

**users** 40:13

**Utah** 4:16

**V**

**validates** 52:5,18

**validation** 54:10

**verification** 13:1, 6

**verifying** 13:11

**versus** 31:6

**vice** 5:14 6:15

**video** 9:20

**W**

**Wahlen** 51:6

**Wallen** 52:16

**wanted** 48:15

**web** 47:19

**week** 15:7 20:14

**weekdays** 45:7,8

**weekend** 45:8

**whomever** 18:21

**widely** 22:24

**wondering** 15:3

**wording** 49:8

**words** 5:1 24:22 31:19 33:14 43:19

**work** 4:15 27:1,15

**work-related** 26:18 27:3,9

**working** 27:2

**write** 40:14,18,20 47:24 48:1 49:19 51:12

**written** 8:4 13:17 17:6

**wrong** 36:17

**Y**

**year** 10:7

**years** 54:7

**Z**

**zeros** 31:24 32:3

# EXHIBIT 5

# Remote 30(b)(6) Deposition of SkyWest Airlines

## Roy William Glassey, Jr.



Date: September 30, 2020

Case: Cassell vs. SkyWest, Inc.

Civil No: 2:19-cv-00149-jnp-dao

*Reporter: Vicky McDaniel, CSR, RMR*

ASSOCIATED REPORTING & VIDEO

*Next-Level Litigation Support*

The Owyhee
1109 Main Street, Suite 220
Boise, Idaho 83702

Phone: (208) 343-4004
Facsimile: (208) 343-4002
production@arvboise.com
arvboise.com

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| SHANE ANDREW CASSELL, Plaintiff, | Civil No. 2:19-cv-00149-jnp-dao |
| vs. | Judge Jill N. Parrish |
| SKYWEST, INC., d/b/a SKYWEST AIRLINES, Defendant. | Magistrate JudgeDaphne A. Oberg |

REMOTE 30(b)(6) DEPOSITION OF SKYWEST AIRLINES

ROY WILLIAM GLASSEY, JR.

September 30, 2020

Salt Lake City, Utah

Repored by: Vicky McDaniel, CSR, RMR

REMOTE 30(b)(6) DEPOSITION OF SKYWEST AIRLINES

BE IT REMEMBERED that the remote deposition of ROY WILLIAM GLASSEY, JR., 30(b)(6) designee for SKYWEST AIRLINES was taken via videoconference by the Plaintiff before Associated Reporting & Video, Vicky McDaniel, Court Reporter in and for the County of Salt Lake, State of Utah, on Wednesday, the 30th day of September, 2020, commencing at the hour of 9:36 a.m. in the above-entitled matter.

APPEARANCES (Remotely):

For the Plaintiff: STRINDBERG & SCHOLNICK, LLC
By: Erik Strindberg, Esq.
1516 West Hays Street
Boise, Idaho 83702
Telephone: (208) 336-1788
Facsimile: (208) 287-3708
erik@utahjobjustice.com

ASSOCIATED GENERAL COUNSEL
GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS
By: Todd R. McFarkabd, Esq.
12501 Old Columbia Pike
Silver Springs, Maryland 20902-6600
Telephone: (301) 680-6321
Facsimile: (301) 680-6329
mcfarlandt@gc.adventist.org

For the Defendant: FABIAN VANCOTT
By: Scott M. Petersen, Esq.
215 South State Street, Suite 1200
Salt Lake City, Utah 84111
Telephone: (801) 531-8900
Facsimile: (801) 596-2814
spetersen@fabianvancott.com



I N D E X

E X A M I N A T I O N

ROY WILLIAM GLASSEY, JR. PAGE

By: Mr. Strindberg................................4

E X H I B I T S

(No exhibits marked.)



P R O C E E D I N G S

ROY WILLIAM GLASSEY, JR.,
called as a witness, having been first duly sworn,
was examined and testified as follows:

EXAMINATION

BY MR. STRINDBERG:

**Q. Please state your full name.**

A. My name is Roy William Glassey, Jr.

**Q. Mr. Glassey, what's your current address?**

A. [redacted].

**Q. Have you ever had your deposition taken before, Mr. Glassey?**

A. I recall several years ago. I don't recall the date. I believe it was in the mid to late '90s. So to answer your question, yes.

**Q. Okay. Well, let me just go over a couple of rules. You understand you're under oath, so you need to tell the truth. Is there anything that would prevent you from doing so today?**

A. No.

**Q. I will be asking you a series of questions. Try to let me finish before you start answering. If you don't understand one of my**



**questions, let me know, and I will try to rephrase it. And I guess most importantly, you need to answer using words. Shaking your head or going "uh-huh" doesn't lead to a clear record. Is that understood?**

A. Understood.

**Q. Where are you currently employed, Mr. Glassey?**

A. I'm employed with SkyWest Airlines.

**Q. And when did you start employment with SkyWest?**

A. April 29th, 1991.

**Q. And I imagine you've had a number of different jobs there?**

A. I have.

**Q. Okay. What was the first position you held at SkyWest?**

A. First officer in the Metroliner.

**Q. And where were you flying out of?**

A. My first domicile was San Luis Obispo, California.

**Q. Okay. What was the next position you had?**

A. Next position was first officer in the EMB 120 Brazilia aircraft.

**Q. And where was your domicile?**

A. I was domiciled in San Diego, California.

Page 6

**Q. This first position out of San Luis Obispo, how long were you in that position?**
A. Oh, I'll estimate, but approximately 13 months.
**Q. And how long were you first officer in San Diego?**
A. First officer in San Diego until approximately -- I'll estimate approximately three and a half years after my date of hire.
**Q. So that's when you stopped being a first officer in San Diego, three and a half years after your hire?**
A. Correct. That's when I attended upgrade training for captain, my next position.
**Q. And what plane did you start flying as captain?**
A. I went back to the Fairchild Metroliner aircraft.
**Q. And where were you flying out of?**
A. San Diego.
**Q. How long did you hold that position?**
A. I'd have to look in my old notes, but I held that until approximately April of 1996.
**Q. Okay. What position did you move into then?**

Page 7

A. I became a flight instructor, and as a flight instructor I qualified as captain in the EMB 120 Brazilia and maintained qualifications in the Metroliner. So I worked in both aircraft.
**Q. And as a flight instructor, where were you stationed?**
A. Well, my domicile, my crew domicile remained San Diego; however, Salt Lake City was our primary location for training. Although we did use other locations for training, but Salt Lake City was the primary location for instruction activities.
**Q. So as a flight instructor would you continue to fly lines out of San Diego, or were you just doing flight instruction?**
A. Well, a bit of both. Initially, a flight instructor position was a salaried position where the flight director duties were primary and flying activities were secondary. That changed in structure apposition approximately within the year due to the need for pilots. And so as an instructor I would bid a line in the Brazilia aircraft, and I was responsible to fly that particular plane as assigned in addition to instructor activities that would replace line activities.
**Q. So you started that in April of '96. How**

Page 8

**long were you a flight instructor?**
A. I was a flight instructor until approximately April, late April of 2006.
**Q. So during that ten-year period, how much time, roughly, would you spend as a flight instructor versus as a line pilot?**
A. Oh, that's difficult to estimate. I can't give you an accurate answer without just making a guess at that.
**Q. Give me your best estimate. I mean, how many -- would you -- let me ask it this way. As a flight instructor, would you come up to Salt Lake to teach classes up here for new hires?**
A. Well, my primary duties as a flight instructor was to teach simulator sessions. So in the flight simulator, the full-motion flight simulators that we use to train flight deck procedures. And then also I was a line check airman, so I did fly the line, conducting line training with new first officers and captains and check rides on existing crew members.
So there were quite a few different duties. Some months I would just fly the line with no instructional activity because we needed coverage; other months it would be a mix. So every month was a

Page 9

bit different.
**Q. Were most of the flight instruction duties out of Salt Lake during that period of time?**
A. No. Salt Lake was one location. Early on it was primary, then we used additional locations. Long Beach, California was used, a training center in Long Beach at Flight Safety International was used. Also Seattle and also Ft. Lauderdale.
**Q. In addition to Salt Lake?**
A. In addition, correct.
**Q. And were there facilities for doing simulator training in each one of those places?**
A. Yes, but those were simulator locations.
**Q. Okay. And did you during that ten-year period work out of all those locations at various times?**
A. I did.
**Q. What position did you transition to in 2006, late April of 2006?**
A. Chief pilot of the Chicago domicile. And to clarify: the chief pilot position was official February the 1st of 2006. I continued assisting as a flight instructor for weeks after that position until we had adequate coverage, so I did a bit of both. But the position change was February 1st of 2006.

Page 10

**Q. And how -- these various changes and positions, would you have to bid for them? How would you go about getting a new position with SkyWest?**
A. Well, these particular positions were not -- a chief pilot position is not a line position, it's a management position. So the opening is posted per our policy. There's an application and interview and selection process, and I was successful.
**Q. How long did you hold the chief pilot position in Chicago?**
A. Well, I held that position until I moved into my current position. During my tenure as chief pilot in Chicago, there were some changes in oversight structure. For instance, additional domiciles were added to my oversight structure, my system. We just added different domiciles and realigned domiciles as need be. But I held that position from February 1st, 2006 until August -- I don't recall the specific date, but August of 2016.
**Q. And you said during that I guess ten-year period there were other domiciles besides Chicago added to your -- I guess that you were supervising? Would that be fair to say?**
A. Correct.
**Q. What were those other domiciles, and when were they added?**

Page 11

A. Well, I don't know specifically when they were added unless I do some research. However, the domicile locations that were added, in no particular order, were Houston, Atlanta, Denver, Colorado Springs, Minneapolis, and Detroit.
**Q. Is that the order they were added in?**
A. No.
**Q. Do you recall what the order was they were added in?**
A. No.
**Q. So as they added these -- you've named six other domiciles. Were you the chief pilot over all of them at one time?**
A. At one time, yes. And I had -- in each location I had assistant chief pilots or supervisors.
**Q. Do you remember -- did that change at some point where they started assigning chief pilots at the specific domiciles?**
A. No. That's part of our oversight structure where we have -- well, maybe I don't understand your question.
**Q. Well, you said you were chief pilot. You worked out of Chicago, correct?**
A. Correct.

Page 12

**Q. And that there were assistant chief pilots in I guess Houston, Atlanta, Denver, Colorado Springs, Minneapolis, and Detroit. And what I was asking or trying to ask was at some point did they replace, say, in Houston the assistant chief pilot with a full chief pilot, or did they always remain assistant chief pilots?**
A. No. So each location would develop as our system would develop with staffing and flight schedules and such. So my position as Chicago chief pilot became the original chief pilot position. The region included those domiciles that I mentioned. And as our business progresses, changes, so does the oversight needs in each of those locations. For instance, Atlanta had been open for some time and eventually closed, then years later it reopened.
So that's just the nature of the airline business. So when we have a business need to have personnel in a certain location, a certain city, we can establish a new domicile, and with the domicile we need oversight.
MR. PETERSEN: Did his audio cut out for anybody else?
(A discussion was held off the record.)
**Q. (By Mr. Strindberg) So do you recall when Minneapolis was added to your -- or became under your oversight?**

Page 13

A. Not specifically, no.
**Q. Can you give me a general idea?**
A. It was -- I believe it was in summer of 2016 it was established as a new domicile. I'm sorry. I might be mixing that up with Detroit. I believe it was -- I don't recall when Minneapolis was established specifically.
**Q. So you think Detroit was summer of 2016; Minneapolis was sometime before that?**
A. If I recall, Minneapolis was prior to Detroit. Detroit was -- I recall opening Detroit sometime in 2016. I don't recall exactly when.
**Q. And how much before that was Minneapolis opened?**
A. I do not recall.
**Q. Do you know, does Minneapolis still just have an assistant chief pilot?**
A. No. Minneapolis has a chief pilot and then two supervisors.
**Q. How about Detroit? Does it still have an assistant chief pilot, or does it now warrant a chief pilot?**
A. Detroit currently has an assistant chief

Page 14

pilot on site and a regional chief pilot with regional oversight. Every domicile has a chief pilot.
**Q. Okay. I thought, though, you said that as they added a place like Houston, Atlanta, Denver, that they assigned assistant chief pilots.**
A. Are you asking if the chief pilot is on site physically as a primary work location, or if there's a chief pilot that the pilots report to?
**Q. I don't know if I can even clarify that. Are chief pilots on site at each domicile?**
A. Chief pilots have oversight in specific domiciles, and they have specific days that they will be on site at those domiciles.
**Q. Okay.**
A. Can't be more than one place at once.
**Q. Well, except in Harry Potter. So as a chief pilot, you said you became a chief pilot in Chicago and then they added these other domiciles under you. Is that correct? Am I understanding that correctly?**
A. Correct.
**Q. And as they added them, you would appoint or the company would appoint assistant chief pilots? Is that correct?**

Page 15

A. Yes. In the additional domiciles I would assure that we had a staff or pilot oversight.
**Q. And that staff would be headed by an assistant chief pilot?**
A. No. That staff would be headed by me.
Maybe I'll -- the chief pilot is the manager level leader over the grouping of domiciles in his region, his or her region, and each station will have, or each domicile will have a staff. There will be necessary staffing, whether an assistant chief pilot or flight operations supervisor. But we have a staff that's on site, and then the regional chief pilot would maintain oversight of the region.
**Q. Okay. But I guess you're using -- I am confused because you're using the terms "assistant chief pilot" versus a "chief pilot" and a "regional chief pilot." A regional chief pilot is over what?** A number of different domiciles?
A. The domiciles that are assigned to his particular region.
**Q. So in 2016, how many regional chief pilots were there for SkyWest, if you know?**
A. I recall six.
**Q. Okay. And then in -- and how many different domiciles were there in 2016 for SkyWest?**

Page 16

MR. PETERSEN: Objection. Outside the scope.
**Q. (By Mr. Strindberg) Go ahead.**
A. Well, it varies. We've had as many as 20 domiciles. I don't recall specifically how many were in the time frame you mentioned.
**Q. Okay. And then in these other domiciles, going back to Houston, Atlanta, Denver, Colorado Springs, Minneapolis, and Detroit, you said there would be a staff on site. And who -- was the assistant chief pilot the head of that staff in each one of those domiciles that were under you as you were chief pilot in Chicago?**
A. You're asking me who was in charge of a specific domicile?
**Q. Yes.**
A. Well, the assistant chief pilots would assist. They provide a local supervisory presence.
**Q. That's what I mean. That's what I asked.**
A. Correct.
**Q. As you said, you couldn't be in more than one place at a time?**
A. Correct.
**Q. But you had ultimate authority over those domiciles?**

Page 17

A. Correct.
**Q. But you then said at some point Minneapolis got its own chief pilot? Was that sort of an upgrade? Did the domicile grow as far as number of flights that warranted having a chief pilot on site?**
A. I don't recall if Minneapolis had a full chief pilot or an assistant chief pilot initially during the opening.
**Q. Now does it have a chief pilot?**
A. Yes. Minneapolis has a chief pilot and two supervisors as operations staff on site.
**Q. In August of 2016, what position did you move into?**
A. Company chief pilot/director of flight operations.
**Q. So you're now over all of the regional chief pilots and chief pilots beneath them? Is that correct?**
A. Yes.
**Q. Let me just ask directly, what are your job duties as company chief pilot/director of --**
A. There are numerous job duties that are listed. You may have access to the listing SB3100. But in general, my position is to fulfill the Part

Page 18

119 chief pilot responsibilities for the company as well as maintain oversight of the pilots to assure compliance with policy procedures and ultimately -- or maintain safety of operations.

**Q. And what physical location do you work out of now?**

A. My primary work location is headquarters. However, I also work out of -- as needed, I move around the system to other domiciles as well.

**Q. Headquarters is in St. George?**

A. Headquarters is St. George, Utah.

**Q. You have been designated to answer questions about attendance issues, and we sort of have a catch-all category, impact on other pilots if Cassell had been hired and not required to fly on the Sabbath. Is that correct?**

A. Say that again, please.

**Q. You've been designated as the person to answer certain questions regarding attendance and then some sort of catch-all other issues regarding the impact on other pilots if Cassell, my client, had been hired. Is that correct?**

A. I presume so. That's the reason for this deposition.

**Q. Well, what were you told was the reason**

Page 19

**for your deposition today?**

A. I'll answer yes to that.

**Q. Yes to what? That --**

A. What you just asked me.

**Q. Okay.**

MR. PETERSEN: Do you want to restate that?

MR. STRINDBERG: No, that's fine.

**Q. (By Mr. Strindberg) What have you done to prepare for this deposition?**

A. Just general briefing as to the deposition process and what my function would be.

**Q. Did you review any documents?**

A. I actually looked in the attendance policy at SP3006, which I actually review quite often.

**Q. Okay. Anything else you looked at?**

A. Just the general pilot policy manual.

**Q. Okay.**

A. Well, you've seen that as everything from reserve policy to attendance to everything for the pilots.

**Q. Just opening a document here. Okay. So let me ask a general question, and maybe we can drill down on some stuff. I assume that SkyWest requires its pilots to fly their assigned flights. Correct?**

Page 20

A. Yes.

**Q. But I assume at times that pilots for one reason or another cannot fly a flight, don't want to, whatever. How does SkyWest handle that?**

A. Well, can you be more specific?

**Q. Well, I guess, first of all, if a pilot doesn't show up or calls -- well, let me start from the beginning. If a pilot's not able to fly a flight, a line, what are they supposed to do?**

A. Well, those details, we have a very specific reliability program that outlines the process for the pilots. You're asking if a pilot cannot fly a trip today, what would he do?

**Q. Correct. What is the process that they're supposed to do?**

A. The pilot would contact that crew support, which is our scheduling department, and/or OCC, the Operations Control Center. But the primary point of contact would be crew support to let them know they are unavailable.

**Q. And where is crew support located?**

A. In headquarters in St. George.

**Q. And when the pilot contacts crew support, is he or she asked any information or asked why they're not allowed to -- or not, not allowed -- why**

Page 21

**they're unable to fly a trip?**

A. Well, that depends on who takes the call, what they ask. I don't know what they're asking with each call. But the pilot policy directs the pilot to provide a reason for their absence, which would be illness, emergency, fatigue, for example.

**Q. Okay. So if a pilot has called in, he or she says they can't fly, what happens next at SkyWest as far as covering that flight?**

A. Well, the crew support department, scheduling, will utilize resources to prevent the cancellation of set flights. Notably, a reserve is called if available. There are different things that they will have to do depending on the situation, but they will work to cover the flights.

**Q. What different things would they have to do to cover a flight other than calling a reserve?**

A. Call a reserve if available. And if a reserve is not available, they have some other resources they could try, which are not always successful. They could post a trip in open time to be picked up if there's somebody that's available and willing to pick that up on an off day. They can reflow other pilots' trips so they're not flying their planned schedule, they're flying something

Page 22

different to cover for the person that was absent. It's not as simple as just calling a reserve.

**Q. But the first thing they would try to do is see if there was a reserve at that domicile to cover that flight; is that correct?**

A. Correct.

**Q. And I gather -- maybe you don't know this, but we've been told that in 2017 most of the new pilots coming out were being assigned to either Minneapolis, Detroit, or Chicago as their domiciles. Are you -- do you understand that to be the case?**

A. Those are known to be more junior domiciles.

**Q. More junior? Is that what you said?**

A. Yes.

**Q. And what do you mean by "more junior"?**

MR. PETERSEN: Hold on. I want to make an objection first, Roy. If I'm going to make an objection -- I don't know if you can hear me, Todd or Roy, but just make sure I get my objection in before you respond.

I want to object that this is outside the scope of his 30(b)(6) testimony.

Okay, go ahead. If you can answer it, go ahead.

Page 23

THE WITNESS: Okay. Restate the question, please.

**Q. (By Mr. Strindberg) You said that Chicago, Minneapolis, and Detroit were referred to as junior, more junior domiciles. What do you mean by that?**

A. Traditionally, yes.

**Q. What do you mean by that, though, "more junior"?**

A. Pilots that are new to the company are likely to be assigned one of those locations based on their seniority.

**Q. Why is that?**

MR. PETERSEN: Objection. Same objections.

MR. STRINDBERG: Scott, can we -- don't answer that question. Scott, let me just go to this gallery view. I understand what he's been designated to talk about. It sounds to me like, though, the witness yesterday, there were certain questions that the witness could not answer, specifically how many new or additional pilots had been assigned to these three domiciles, how many pilots had been transferred out, changes in seniority, those type of things. It seems to me like, because of Mr. Glassey's experience

Page 24

with the company, that he might be able to answer those questions. And I think since the witness yesterday could not answer those questions, that I should be allowed to question him about it.

MR. PETERSEN: The questions you asked yesterday were statistical questions. It wasn't -- that was just whether he knew those actual numbers. And -- I mean, you can ask Mr. Glassey. If he knows the answer, he can answer them, but he's not here to testify on behalf of SkyWest as to those topics. So --

MR. STRINDBERG: Well, but Scott, this is what I'm asking you about. Your witness yesterday could not answer certain questions about those domiciles, pilots going in, flights and whatnot. It seems to me that Mr. Glassey is really the person who should have been designated to answer those questions. So what I'm asking is if I may question him about that as part of this 30(b)(6) deposition. If not, we'll just notice his deposition up for another time.

MR. PETERSEN: Well, like I said, you can ask Mr. Glassey the questions. It's outside the scope of what he's been designated to testify about. I have not discussed those issues with Mr. Glassey at

Page 25

all, and I don't know what he knows. So as I understand the federal rules, you can ask Mr. Glassey in his individual capacity if he knows the answer. If he does, he can state the answer. But he's not being designated as a SkyWest representative on those topics.

MR. STRINDBERG: Yeah, but the person you designated could not answer those questions, and that's why we kept the deposition open.

MR. PETERSEN: I understand what you're saying. I don't think -- I mean, ask Mr. Glassey. I'll be shocked if Mr. Glassey knows the statistics that you asked yesterday. That's not something people have in their head. And that would be something that would be a big test of memory, even to have a 30(b)(6) witness that has that information in their head. But go ahead and ask him. If he knows, he can answer it.

I think what you want, Erik, are the answers to interrogatories. I mean, ask us the questions and we can get you -- we can do the math and analyze the data to pull the statistics that you asked yesterday and provide those to you in response to an interrogatory. That's the appropriate method. I'm not trying to be difficult. I'm saying what you

Page 26

want are numbers based on statistics that vary over time, vary over location; and I would be very shocked if Mr. Glassey knows that in his head. Go ahead.

MR. STRINDBERG: He might have a pretty good idea. I don't expect him to know, you know, absolute numbers. And as I said, we will send you some interrogatories and requests for production of documents on those topics that were not answered. But it seems to me that Mr. Glassey might be able to answer some of these questions, and I think that they should be part of his 30(b)(6), since Steve-O yesterday could not answer them.

MR. PETERSEN: Well, like I said, I'm not going to change that position, because that's not what we -- that SkyWest has prepped him to testify about. If he knows the answer and it turns out it's the correct answer, then, you know, we can forego you needing to send an interrogatory on it. But I'm not going to agree today right now that he's the SkyWest company representative on the topics for which he's not designated. That's all I'm saying.

MR. STRINDBERG: SkyWest had an obligation, though, to designate someone who can answer all of those questions, and Mr. Spagnolo was not able to answer all of those questions. So yeah,

Page 27

I'm asking, basically, if you will designate him to answer questions that Mr. Spagnolo was not able to answer.

MR. PETERSEN: And the answer is right now, no, I'm not going to say that he's the new SkyWest designee when we've not even had the chance to explore that with him. I mean, as you just indicated, Erik -- look, I'm not trying to be tough, difficult to you here. But you know how this works. And SkyWest gets to designate its employees, its representatives and talk to them; and if it needs to explore with that witness what they know or what they need to learn, then it will do that so that you get the proper -- the proper answers that you need.

MR. STRINDBERG: But Scott, you failed to do that in regards to a number of the topics we designated. I'm trying to save everyone time, okay? Maybe Mr. Glassey knows some of this information. Maybe he can help us ask the right questions in regard to some of this information. I'm trying to save you time, trying to save me time. I'm trying to save Mr. Glassey time. I assume he has better things to do than sitting for depositions.

MR. PETERSEN: Well, like I said, ask him the questions. And if his answers at the end of the

Page 28

day we can analyze with SkyWest and it turns out that he's right, then I have no problem going back meeting with you and saying, hey, the testimony that Mr. Glassey gave was correct, and we'll allow that to be designated as 30(b)(6) testimony. But I can't say that now without -- without any kind of preparation ahead of time. So that's -- I think that's a fair compromise.

MR. STRINDBERG: Thank you.

**Q. (By Mr. Strindberg) Okay, Mr. Glassey. We were talking about Minneapolis, Chicago, and Detroit domiciles, and you said they're referred to as junior domiciles. I think you then said -- I asked you why they're referred to as more junior domiciles, and you said younger -- or new pilots, I should say, are assigned to those domiciles. Is that correct?**

A. Well, in many cases, yes. In general. However, it's all based on seniority. Pilots put in their preference, and seniority dictates their assignment.

**Q. But when someone's in training, I know they designate which domiciles they'd like to go to, but then the company assigns them a domicile out of training. Is that correct?**

Page 29

A. Domiciles are awarded based on seniority requests.

**Q. Right. But for a training class, it's the seniority within that training class is how they're assigned. In other words, if the person with the most seniority in the training class wants to go to Detroit, he or she would get that choice. Correct?**

MR. PETERSEN: Let me just make a -- so we don't re-argue this, I'm going to object to this whole line of questioning as it's outside the scope, given the discussion we just had. I just don't want to be viewed as having waived my right to object.

Does that make sense, Erik?

MR. STRINDBERG: Agreed. Agreed.

MR. PETERSEN: Okay.

**Q. (By Mr. Strindberg) I'm more interested, Mr. Glassey, in people coming out of training classes, okay? I understand we covered transfers between domiciles for established pilots. But someone coming out of training class, yes, they use the seniority within the training class to give people their choices or not give them their choices; but generally SkyWest will decide which domiciles new hirees are going to be assigned to. Correct?**

A. Well, what do you mean SkyWest will

Page 30

decide? SkyWest doesn't decide. The seniority system decides.

**Q. Decides which domicile. We were told that in 2017 the new hirees from this class in the middle of 2017 were all sent to either Detroit, Minneapolis, and Chicago. That's something that SkyWest decided, correct?**

MR. PETERSEN: Hold on. Objection. Mischaracterizes the prior testimony.

**Q. (By Mr. Strindberg) You can answer.**

A. The way you framed up the question, I'm not -- not sure I understand your question.

**Q. What don't you understand?**

A. Well, perhaps restate the question for me. Restate your question.

**Q. We were told that in the summer of 2017 new hirees, new pilot hirees for SkyWest after they got out of training were sent either to Detroit, Minneapolis, or Chicago. And what I asked was is it true that it was SkyWest that decided that those new hirees would go to one of those three domiciles?**

MR. PETERSEN: Objection. Vague and ambiguous; mischaracterizes prior testimony.

**Q. (By Mr. Strindberg) Go ahead and answer, Mr. Glassey.**

Page 31

A. I'm not looking at the class awards or the domicile awards of 2017. I would have to look at those awards. But the awards are based on seniority, and within the -- I don't remember what we had in 2017 -- 20 domiciles when there were openings. I always put in their preference. They're screened by seniority and awarded on seniority. So I don't know how else to answer your question accurately.

**Q. Well, why is it, then -- SkyWest has told us this; this information has come from SkyWest -- that in 2017, that class in the middle of the year, all of the hirees went to Detroit, Minneapolis, and Chicago. Are you saying that every person in that class wanted to go to one of those three cities?**

A. I'm not saying that.

MR. PETERSEN: Hold on. I want to object. Look, I'm okay with you asking him questions relative to the items that you claim Mr. Spagnolo didn't respond to yesterday. But he testified to all of this stuff yesterday. This isn't a spot for you to try to get different testimony from a different 30(b)(6) witness who wasn't designated on this topic.

MR. STRINDBERG: I am not trying to get different testimony, Scott. I'm trying to lay some foundation for some of these questions about pilots

Page 32

who have been transferred in and out of some of these domiciles. That's all.

MR. PETERSEN: Ask him -- ask him the numerical questions you had yesterday, and if he can answer them, you can ask how he knows. But this doesn't seem to me to get there. What it looks like to me is you're just trying to get him to testify to the same things that Mr. Spagnolo already testified to.

MR. STRINDBERG: No, I'm not.

MR. McFARLAND: Let's take a break and let Erik and I talk. Okay?

(Recess from 10:18 a.m. to 10:30 a.m.)

**Q. (By Mr. Strindberg) Mr. Glassey, I apologize. I think we were speaking past each other before we took a break. Let me try to clarify what I was trying to get at. Is my assumption correct that it's SkyWest that decides how many pilots are needed in each domicile?**

A. Well, are you asking me if SkyWest makes a business decision on how many pilots are needed to support the flying out of each location?

**Q. Yes.**

A. Well, certainly.

**Q. So if in 2017 the hirees, as I said, we**

Page 33

**were told all went to Detroit, Minneapolis, or Chicago, I gather that that's where SkyWest decided that it needed additional pilots. Is that correct?**

A. I don't know where everybody went in 2017.

**Q. I'm representing to you -- SkyWest told us that all the hirees, at least from the middle of 2017, went to those three domiciles. Was that because that's where SkyWest needed additional pilots, additional first officers?**

A. Again, I don't know where specifically everybody in 2017 was assigned as a new first officer. But, you know, per your previous question, the company knows where or determines where personnel staffing is needed. So the bidding system works and, based on seniority, pilots get assigned where they're left to be assigned. Not everybody gets their first choice.

**Q. Do you know where -- which domiciles SkyWest needed additional pilots in in 2017?**

A. Not without extensive historical research, I don't know.

**Q. Since you were over those areas, at least until 2016, do you know if Detroit, Minneapolis, and Chicago needed additional first officers in 2016 and 2017?**

Page 34

MR. PETERSEN: Objection. Lacks foundation. Speculation. Go ahead.
Same objection as the continuing one, by the way, just because we took a break.
MR. STRINDBERG: That's fine.
MR. PETERSEN: Okay.
THE WITNESS: Well, again, I would have to look at -- do some research, quite frankly, to give you accurate numbers, which I don't have off the top of my head. But pilots were certainly assigned to those domiciles.
**Q. (By Mr. Strindberg) And is that because they were needed in those domiciles? Is that why they were assigned there?**
A. We wouldn't assign a pilot to a domicile they're not needed in.
**Q. Were those three domiciles growing, and by that I mean having more flights in the 2016-2017 period?**
A. I'd have to -- I can't answer that without looking at numbers. Domiciles grow. Domiciles grow and shrink continually based on several factors. So I can't answer that question with any specific data.
**Q. I don't need specific data. I'm just trying to get a feel, Mr. Glassey, if Minneapolis,**

Page 35

**Detroit, and Chicago in that 2016-2017 time period were generally growing as far as the number of flights out of each domicile.**
A. Again, I would have to look at data, but probably. We've had growth in those areas.
**Q. And, again, and this all started, you had said that those domiciles tended to be more junior. And what did you mean by that?**
MR. PETERSEN: Objection. Asked and answered.
Go ahead.
**Q. (By Mr. Strindberg) Go ahead.**
A. Well, newer pilots generally would be assigned to the domiciles that -- so a junior domicile, that's just a slang phrase for a domicile that generally has pilots of lower seniority. And those are generally lower domicile seniority.
**Q. And why were those three domiciles, as you say, referred to as -- slang as "junior domiciles"?**
MR. PETERSEN: Objection. Lacks foundation. Speculation. Go ahead.
**Q. (By Mr. Strindberg) Go ahead, Mr. Glassey.**
A. I just answered that.
**Q. I guess the way to ask this: why were**

Page 36

**there more junior pilots being assigned to those domiciles in 2016 and 2017?**
A. Well, we would have to ask the more senior pilots why they did not want to be domiciled in one of those locations when they had a chance to bid for them.
**Q. Do you know how many new or additional first officers were assigned or transferred into Detroit, Minneapolis, and Chicago in 2017?**
A. No.
**Q. Do you know how many pilots, or specifically first officers left or were transferred out of those three domiciles in 2017?**
A. I don't know that.
**Q. Were there more first officers being assigned or transferred into those three domiciles than were leaving those domiciles in 2017?**
A. I don't know.
**Q. You don't know if the domiciles were growing or not is what you're saying?**
A. It depends upon the month and the year. It's very dynamic.
**Q. And what causes that change -- why is it so dynamic? What causes that?**
A. Our partners -- well, we have a flight

Page 37

schedule to maintain with our partners, and when they give us more flying we need more pilots. When they -- the flying from one location to another, based on the schedules, we need to just assure that we have adequate staffing in each location where the flying is.
It's -- it's very common in the airline business that one domicile that has a lot of flying one month can shrink and flying can move to another domicile. On the other side, it can grow. Flying moves around with the market.
**Q. Huh. Okay. Do you have any idea how many of the pilots in those three domiciles -- Detroit, Chicago and Minneapolis -- were required to take flights that included flying time between Friday sundown and Saturday sundown near 2017 to 2020?**
A. I don't know.
**Q. Do you have any idea --**
A. Are you asking me how many pilots were required to fly on a time frame?
**Q. Yes.**
A. Many were scheduled initially to protect the schedule. I don't have a number for you.
**Q. Are Saturdays busy days or slower days, generally, for flights?**

Page 38

A. Saturdays, I don't know if Saturday is different, but there's substantial flying on Saturdays. Seven days a week there's substantial flying being covered.
**Q. Do you know how in 2017, 2018, in those three domiciles how quickly a first officer would move up the seniority list for that domicile?**
A. That's impossible to answer without other information. It depends on attrition, it depends on the flight schedule that month, depends on the projected flight schedules. I can't answer that question accurately. We've had periods here where pilots who expect to be on reserve for a very limited time frame end up being on reserve for several years, such as back in the 2009 era when there was a slowdown in the aviation business. So I can't answer that question accurately.
**Q. Is there a slowdown -- I assume there's a slowdown in the aviation business this year. Correct?**
A. Certainly.
**Q. Prior to this year, 2017, 2018, 2019, was the aviation business generally growing?**
A. In which area?
**Q. Again, Detroit, Chicago, and Minneapolis.**

Page 39

A. I don't know. I'd have to look at historic data to see what the previous requirements were based on the requirements of the time frame you're mentioning. But we were hiring pilots.
**Q. Which, I gather, means that there was need for more pilots, which means there was more flights in that period of time. Is that correct?**
A. There are several factors that affect the need for pilots -- attrition, flight schedule. There's other things that affect the need for pilot numbers, but attrition was driving a need for pilots.
**Q. What was causing the attrition --**
MR. PETERSEN: Objection. Lacks foundation.
**Q. (By Mr. Strindberg) -- in that three-year period?**
A. What do you mean what was causing the attrition?
**Q. Well, I assume that attrition can -- people get too old to fly, people die, people move to other airlines. That's what I mean. That's what I'm asking.**
A. Yes, all of the above.
**Q. Was there one factor that was causing the attrition more than other factors?**

Page 40

A. I'd have to look for -- look at the detail for accuracy, but we had attrition for pilots going to other carriers, other positions. Again, I can't answer that with any accuracy without referring to a report.
**Q. No, and I understand that, Mr. Glassey. I'm just assuming that as a chief pilot you have sort of a feel for what's happening with your pilot group. So I'm not asking you to give me, you know, a specific number, 67 percent left because of this reason. I'm just asking generally what your understanding was as to why pilots were leaving.**
A. General drivers were pilots leaving for positions with other carriers, different types of carriers. There were positions opening up in these other carriers due to many things. We do know about some retirements because of mandatory retirement age that created positions at the other carriers that some of our pilots would choose to seek employment at those other carriers. Again, a multitude, but probably more industry movement.
**Q. Do you have any idea in these three domiciles we've been talking about -- Detroit, Minneapolis, and Chicago -- how long a first officer coming out of training could expect to be on reserve**

Page 41

**status?**
A. I don't know.
**Q. Is that information available anywhere?**
A. It's dynamic, but reserve status -- the expectation, and this is -- I don't -- unfortunately, this is anecdotal, but the expectation is reserve lasts several months. That's the expectation.
**Q. Uh-huh.**
A. New pilots expect to be on reserve for several months in a more junior domicile. If they coincidentally live in one of those more junior domiciles, that's a better situation than somebody that does not reside in that particular geographic location, and they have to commute and set up housing and other things to be available.
**Q. The expectation was at least several months is what you're saying?**
A. Could be.
**Q. In 2017, do you know -- were any of these first officers who were coming out of training in those three domiciles, were any of them going directly to bidding on lines, bidding on routes, or were they all going to reserves?**
A. I don't know. If any received a line it would be an anomaly, but I don't know specifically.

Page 42

**Q. Okay. I'm going to show you a document. Can you see this document, Mr. Glassey?**
A. I can, yes.
**Q. Is this the pilot reliability policy you were referring to before?**
A. Well, this is the section in our pilot policy manual that addresses the pilot reliability program.
**Q. I have a couple of questions. And this is part of the policy manual that you reviewed prior to this deposition; is that correct?**
A. Yes. I review this entire policy fairly often.
**Q. Is it your responsibility as the chief pilot to determine if a pilot is going to be disciplined for being -- for missing flights?**
A. Ultimately, yes.
**Q. So this is really the crux of what I'm asking, want to ask you about. It says here: "Excessive occurrences and schedule assignment deviations." What is an occurrence, first of all?**
A. Well, I believe it's defined in here. An occurrence is an absence from duty.
**Q. So someone not flying an assigned flight, is that an occurrence?**

Page 43

A. If somebody is absent, unable to come to work or late or otherwise disruptive in the schedule -- well, the best way to describe it is right out of the policy here. It's --
**Q. Is that these various items here?**
A. Absences, correct. So "occurrence" is used just as a phrase that if somebody is unavailable to work, it's an occurrence.
**Q. And if an occurrence occurs -- I apologize for that -- does someone then get a schedule assignment deviation, a SAD?**
A. It depends on the reason for the occurrence. The SADs are defined. The schedule assignment deviation is a type of an absence. It could be a late report, it can be failure to show up, it can be calling off absent within I believe it's 30 minutes of the scheduled report time. Those are coded as SAD, S-A-D. There are different codings for different absence types. SAD is just one of those codings.
**Q. Okay. And I'll just go down here. I believe SADs are covered --**
A. There it is, yeah.
**Q. Right. So if a pilot -- you said -- say a pilot can't make a flight because he or she is sick.**

Page 44

**Would that result in a SAD?**
A. No. That would result in a sick call.
**Q. What if a pilot were to drop -- or not show up for a flight or notify crew scheduling that he could not fly at a particular day because it was his Sabbath? Would that result in a SAD?**
MR. PETERSEN: Objection. It's vague and ambiguous.
THE WITNESS: A SAD is very specifically defined here. A SAD is an absence coding for one of these items. So if somebody is unavailable for any reason within -- you know, and they notify crew support late, that would be coded as a SAD. If they notify -- it says there in subpart E, or line E, a pilot calls in sick no sooner than 30 minutes before is required, whether they want to go golfing, fishing, whatever they want to do, even if they are sick, based on your previous question, technically that would be a SAD if they call off sick or ill within 30 minutes of their report time.
So SADs have to do with those items that are listed there specifically. An absence is an absence. However, absences are coded differently based on the nature of the absence.
**Q. (By Mr. Strindberg) And who does the**

Page 45

**coding?**
A. Initially, it's crew support who receives the call.
**Q. Okay. And you said "initially." What happens after the crew support gets the call and fills out a SAD? Who does it go to at that point?**
A. Well, it goes in the pilot's reliability history page. And there are reports that can be drawn to review reliability, which is a daily operation of the chief pilots, and they would see who's called off absent and the reasoning.
**Q. So in Minneapolis and Detroit where you said you, at least initially, had assistant chief pilots, are those the ones who are looking at these reliability reports?**
A. All the full-time chief pilots and assistants as necessary in their particular areas of oversight.
**Q. At what point would a pilot receive discipline for being absent, for missing a flight?**
A. Well, that could happen on the initial call. It depends on the nature of the absence.
**Q. Well, this lawsuit involves -- our client is a Seventh-Day Adventist and will not fly between Friday sundown and Saturday sundown, his Sabbath.**

Page 46

**What if he had been hired and called in and said, I can't fly this flight because it is on my Sabbath? What kind of a SAD would that be coded as?**
A. That wouldn't be -- the problem is it doesn't matter what the reason is. If a pilot is able to fly but refuses to, that's in violation of our pilot policy manual.
**Q. Okay.**
A. If he calls and says, I'm going fishing on Saturday or I'm going golfing on Wednesday. If they're able to fly, they have an obligation to meet and they won't meet it, it's a willful disregard for the reliability program which they've agreed to. So it could be the first instance that they would receive discipline.
**Q. And what type of discipline would they receive, say, on a first occurrence of that kind of call-off?**
A. Well, we look at each absence, each on its own merits, look at extenuating circumstances. But if it's simple disregard for a schedule based on something else -- well, we have a pilot -- they're scheduled to fly and they just choose not to; they're able to fly, they're scheduled to fly, and they decide not to fly, that could result in termination.

Page 47

**Q. On the first occurrence?**
A. It could.
**Q. Does it generally?**
A. Generally what we try to do is -- we'll refer to human resources for something that -- like what you described. But if a pilot just states that they have a reason that they cannot fly and they don't fly, we just toss it over to human resources to determine if there's something else. But if somebody just doesn't want to fly because it's Wednesday, they're obligated to fly. They have to maintain a schedule.
The point is we have employees that have an obligation, and they need to meet that obligation. If they can't meet the obligation, we'll look at individual circumstances; And if it's something as you described, we send it over to human resources. They're trained to look at how to deal with these.
**Q. When you say something that I described, you mean where a pilot calls off because of religious beliefs?**
A. Well, that's what you mentioned. In my view, I'm looking at just a pilot calling off for any reason. So we look at each absence, and if it's in the area that you mentioned, we refer it to human

Page 48

resources.
**Q. Do all missed flights result in human resources being called, or just certain types?**
A. Well, there are certain things that are out of our area of expertise. So if I have a pilot that calls me and states that he has a -- he just doesn't want to fly because he's riding a motorcycle on Tuesday afternoon, that's not something I would send to human resources. If there's something that goes beyond that, as you described, I would refer it to human resources.
**Q. Have you ever had a situation where a pilot has said he couldn't fly on a particular day because of religious observance?**
A. Yes.
**Q. More than one?**
A. I don't recall. I just -- I remember -- I vaguely remember one, and I just referred it to HR.
**Q. And what was the circumstance? What do you remember about that occurrence?**
A. I don't remember specifically. Just, the pilot needed a day off for an observation, and I said -- I referred it to human resources.
**Q. And do you know, was that pilot disciplined for that?**

Page 49

A. I don't -- I don't recall what led up to that specifically. But it was -- it was just dealt with by HR.
**Q. Let me have you look at -- while we're looking, let me look back at this policy, Mr. Glassey. Under "Attendance" it says "unnecessary and/or excessive occurrences from duty are considered failure to assume responsibility." Is what constitutes an excessive occurrence defined anywhere? I haven't seen it in your policies.**
A. Excessive, again, we look at the individual circumstance. One could certainly be excessive if it's irresponsible. If it's something the pilot's been counseled, disciplined, and then it continues, it becomes excessive. If you're looking for just a number, there are too many variables.
However, a pilot illness, pilots cannot fly when they are ill. That's against regulations and safety practices. Pilots must be fit for flight. If they're not fit for flight, they call off sick. Those would be excused, certainly. And we can request a, quote, doctor's excuse if need be if there are excessive sick calls, to determine if the pilot is misusing the attendance policy.
**Q. You said "we." You used the term "we."**

Page 50

**Who makes those determinations of whether something's excessive or something's excused?**
A. Well, the pilot's supervisor, their assigned chief pilot reviews these.
**Q. So if Mr. Cassell, for example, had been assigned to Detroit, that would be the assistant chief pilot located in Detroit would look into the reasons for his absence?**
A. It could be, yes, under direction of the region chief pilot as well.
**Q. When you were regional chief pilot over that area, would you be notified by your assistant chiefs when someone was absent?**
A. Possibly, yes. Most likely, because we all look at the same absence reports. So I would know at the same time the assistant would know.
**Q. And are those absence reports generated daily?**
A. Yes. They're continuously generated.
**Q. Okay. Let me look at -- let me just pull up another document here. I've pulled up policy 3024, "Corrective Action and Employment Separation." Are you familiar with this policy?**
A. I am.
**Q. And reading through this -- well, in**

Page 51

**introduction it says: "List of factors which might affect the chief pilot's decision-making process," and that's in reference to level of discipline. The term "chief pilot," is that referring to the chief pilot or assistant chief pilot at the specific domicile?**
A. It is referring to the chief pilot who will work in coordination with his assistants, his staff.
**Q. So when you were the regional chief pilot, you would be the one who would decide if someone should be disciplined and what level of discipline?**
A. Yes.
**Q. And then you have -- there's categories of inappropriate behavior, and there's several categories, A through F. Are you familiar with those categories?**
A. I am.
**Q. And if someone were to call off, say, I cannot fly because of religious observance, which category would that fall under?**
A. If that was -- I would send that over to human resources for review.
**Q. And who in human resources would you interface with?**

Page 52

A. Employee relations is the first point of contact.
**Q. Is there a specific person there?**
A. Well, there's a team.
**Q. So there's no one person you call?**
A. Well, there are those we work with, you know, and that varies, but there's -- you have a director of human resources. There are also the managers of -- I'm sorry; director of employee relations, and then there are the managers of employee relations. So I can give you a list of names that are there today. Is that what you're asking?
**Q. Well --**
A. I would contact the position of manager of employee relations contact.
**Q. Are the managers of employee relations assigned geographic territories? Is that how you would decide who to call?**
A. I don't -- I don't know how they assign them. They generally have somebody that is working with each department, but I don't know their structure.
**Q. And once the matter was referred to human resources, specifically a pilot calling off for**

Page 53

**religious observance reasons, what would happen then after human resources was informed?**
A. Are you asking me what human resources would do?
**Q. Well, what you know. I mean, if you know what human resources does, you know, that's fine; you can answer it. But what, as far as you know, would happen next? In other words --**
A. My understanding is employee relations would -- an HR team would engage in the interactive process to determine if they can make a -- or if a reasonable accommodation can be made.
**Q. Okay. And would they inform you as the chief pilot what was going on?**
A. I don't understand your question. You mean during the interactive process or the conclusion?
**Q. Both, during the interactive process and the -- once it was done.**
A. Well, I'd have to defer to them regarding the details of the process. I presume they would -- during the process if information is needed, I would presume that they would do whatever they needed to do to seek information. But at the conclusion I would be informed whether a reasonable accommodation was

Page 54

made or not or what the accommodation was. I would just follow their direction.

**Q. Would HR also tell you as the chief pilot which category of inappropriate behavior that call-off fell into?**

A. That's really not what -- I don't think that's relevant here. They would let us know if there is a reasonable accommodation and what it is or not.

**Q. And if there was not, what would happen? What would you as the chief pilot do at that point?**

A. Well, we would treat the absence based on its -- the circumstances surrounding the absence.

**Q. Right. What I'm trying to get at is there's these different -- under these policies there's what are called -- well, first of all, it starts out, it talks about the chief pilot and the decision-making process. That decision-making process is referring to the disciplinary process, correct?**

A. Well, the decision-making processes refer to the appropriate corrective action for the infraction.

**Q. Okay. So -- and then -- we use the term "corrective action." And then it goes on that**

Page 55

**there's categories of inappropriate behavior, and there's six different categories. And you said in the situation I gave you where someone calls off for religious observance reasons, you would refer it to HR; they would, you think, engage in the interactive process. Would they -- say they came back and said there was no accommodation we can make. Would you as the chief pilot then decide which category of inappropriate behavior this fell into?**

A. Well, again, we would determine the appropriate level of corrective action if the pilot -- if it's determined the pilot is obligated to fly that schedule, we would notify the pilot and likely document -- we would document that in a corrective action document to assure that -- and provide counsel and coaching to assure that pilot knows what the obligation is.

**Q. Right. The levels of corrective action are next. There's verbal warning, written warning, letter of instruction, counseling statement, suspension, and separation. Is it up to -- when you were chief pilot, or now your replacement is chief pilot, regional chief pilot, were you the person that would decide what level of corrective action was warranted if someone missed a flight for religious**

Page 56

**observance reasons?**

A. Well, again, what you stated would be referred to HR. And if that pilot is obligated to fly the schedule as assigned, it doesn't matter what the reason of the absence is; they failed to comply with the reliability program. If there's a reasonable accommodation made, we assist with that pilot's, you know, helping them with fulfilling their needs with the accommodation.

But to answer your question, it doesn't matter why they're not there. If there's no accommodation that applies, we would follow the reliability program. And if you look at the levels, it's self-explanatory. There are several levels of corrective action that we would select, based on the circumstances.

**Q. And who decides which level to select of the corrective action?**

A. Well, it says in the policy the chief pilot, and that would be in conjunction with me. So we work together. I work with the region chief pilots, and we determine what's appropriate corrective action for the circumstance.

**Q. What does SkyWest typically do -- and I understand, Mr. Glassey, that there's different**

Page 57

**reasons why people might call off. Some might be, you know, a better excuse, you know, than others. But say someone just calls off and it's an unexcused absence. Typically, what would SkyWest do on the first occurrence?**

A. Well, it -- again, I need more detail to answer that. But we could do anything up to and including termination. The deciding factor is if a pilot is able but not willing, that becomes -- that moves into the realm of insubordination. If a pilot is willing but unable, we would look at the circumstances. For instance -- well, it's really that simple.

**Q. Okay. Have you as chief pilot ever disciplined someone or fired someone the first time that they fail to take a flight, even though they're able to do so but they're unwilling?**

A. I don't remember. Likely there have been several terminations. I'd have to look back. But it's very unusual that we have a pilot who -- it's very unusual for any pilot to state they're just not going to fly, and they're able but unwilling.

**Q. What I'm trying to get at -- and I understand what you're saying that there's different variables, obviously, so you can't have a firm rule.**

Page 58

**But generally, does SkyWest give someone a chance? In other words, if you miss a flight, there's no good reason for it; in your words, you're able but unwilling to take the flight, would you typically issue first a counseling statement to that person, or would you go directly to termination?**
A. It depends on the circumstance.
**Q. Have you ever terminated someone after they miss one flight?**
MR. PETERSEN: Asked and answered. Go ahead.
THE WITNESS: Again, I'd have to look back. I've been doing this for several years, and we have terminated pilots for failure to comply with reliability.
**Q. (By Mr. Strindberg) Right. I'm just trying to understand at what level of failure to comply with reliability would you terminate someone?**
A. Well, I've answered that. Insubordination. You know, when reliability -- noncompliance to the reliability program is just part of an insubordination act. That pilot would be terminated. We don't tolerate insubordination.
**Q. If a pilot were to say, I can't fly because of my religious beliefs, would you consider**

Page 59

**that to be insubordination?**
A. I would refer that to human resources.
MR. PETERSEN: I want to object. It calls for a legal conclusion.
**Q. (By Mr. Strindberg) You said that HR would look to see if there could be an accomodation. What if HR came back and said, there is no accommodation? You as chief pilot then have to decide, as you told us, that you have to decide if it warrants discipline. So what I'm asking is under those circumstances, HR has come back and said there's no accommodation we can grant for this pilot, would you consider that pilot's refusal to fly for religious reasons insubordination?**
A. I would consider that pilot's refusal to fly if they are willing -- or, I'm sorry -- if they are able to fly but just unwilling and outside of our requirements and there's no accommodation, I would consider that refusal to fly, and that would be an unexcused absence for whatever reason. They don't have an accommodation not to fly. So they're able, they're just unwilling. So that is treated consistently.
**Q. Okay. I'm just asking -- you said it's treated consistently. What would typically happen on**

Page 60

**the first occasion?**
MR. PETERSEN: Objection. Asked and answered.
MR. STRINDBERG: Well, he hasn't answered it.
**Q. (By Mr. Strindberg) Let me ask a better question. If someone decides they want to go golfing and calls off, says, I'm not going to take this flight because I'm going golfing, you consider that to be the same as someone who says, I can't take this flight for religious reasons?**
MR. PETERSEN: Objection. Calls for a legal conclusion.
Go ahead.
THE WITNESS: In that case there's a pilot who is scheduled, has an obligation, who is able but unwilling, would result in corrective action.
**Q. (By Mr. Strindberg) So is the answer to my question yes, that you would consider those to be equivalent?**
MR. PETERSEN: Same objections. Go ahead.
THE WITNESS: If a pilot is scheduled and unwilling to meet their obligation for any reason, that's an unexcused absence and it requires corrective action.

Page 61

**Q. (By Mr. Strindberg) Okay. So is the answer to my question you would treat a pilot who calls off for -- because they want to golf the same as someone would calls off for religious reasons, you would treat those the same?**
MR. PETERSEN: The same objections; asked and answered. Go ahead.
THE WITNESS: I've already answered that question. We have a pilot who has an obligation, they're refusing to meet their employment obligation, requires corrective action.
**Q. (By Mr. Strindberg) Someone who calls off to golf versus someone who calls off for religious reasons, would they receive the same level of discipline?**
MR. PETERSEN: Same objections. Now, you've asked that question -- I know you don't like his answer, but it's still an answer. He's answered it about four times.
MR. STRINDBERG: He actually hasn't, but the question stands.
**Q. (By Mr. Strindberg) Would they warrant the same level of discipline?**
A. When a pilot refuses their obligation, they're subject to corrective action.

Page 62

**Q. I'm asking if they would be subject to the same level of corrective action. There are six levels of corrective action in the policy. That's all I'm asking.**
A. Well, is this the first occurrence? Second?
**Q. Yes.**
A. Third? They would be -- yeah.
**Q. Yeah what? They would be treated the same?**
A. Well, we have a policy, and we apply it fairly and consistently. So the answer is yes.
**Q. Okay. Thank you.**
**And in the past, in your experience, have you generally fired someone for their first unexcused absence?**
MR. PETERSEN: Objection. Asked and answered.
**Q. (By Mr. Strindberg) You can answer, Mr. Glassey.**
A. Well, again, I don't remember. Possibly. I'd have to look back at records.
**Q. That was one of the questions we asked, whether there's a certain number of assigned flights a pilot can miss or not take without being**

Page 63

**disciplined; and I'm just wondering if there's a pattern. In other words, someone's late in my office, okay. If it happens once or twice, it's not a big deal. If it's a consistent issue, it becomes a bigger deal and may warrant discipline up to termination.**
**I'm just wondering if there's some -- whether it's formal or informal, if there's some -- you as the chief pilot, if you have some practice that you follow. In other words, you give someone one free miss, so to speak. They do it again, then they're terminated. That's all I'm getting at.**
A. Okay. Well, again, there are levels of discipline in our step corrective action process, and we can move to any level that's appropriate for the infraction. So one absence that's unexcused could, in theory, end up in termination. We would more likely counsel, correct, and define expectations for that pilot moving forward; and then if it continues or it occurs again, it would likely end up in a higher form of discipline, potentially termination.
**Q. Okay. That's what I was getting at. Would you consider before termination suspending that pilot for some period of time? Have you ever done that?**

Page 64

A. Policy requires that, so we would suspend and then review the case.
**Q. And who does the review of the case?**
A. Well, the pilot's supervisor. Employee relations, if need be.
**Q. And then decides what after they review the case?**
A. We determine the appropriate level of corrective action, based on the facts of the individual case.
**Q. A suspension, though, without pay is one of those possible levels of corrective action, correct?**
A. It's possible, yes.
**Q. Have you as chief pilot used that level of corrective action?**
A. Oh, I'm sure I have. I've used administrative leave, suspension, both with and without pay. Normally it's with, while it's under review, and then we adjust pay status if need be.
**Q. When you were the regional -- well, even now, when you're a regional chief pilot, now as the chief chief pilot, I mean, is it -- who has the most influence on the level of discipline? Is it the chief pilot who is located at the domicile, or are**

Page 65

**you the person that makes the final decisions regarding discipline or corrective action?**
A. I'm not sure what you mean by "who has the most influence."
**Q. Well, in other words, does the -- say the missed flight happens in Detroit and there's an assistant chief pilot there. Does that assistant chief pilot make a recommendation that goes to the regional pilot that then goes to you? What's the sort of process by which you decide what level of corrective action to take?**
A. Well, the process is I would -- we would discuss the occurrence and then follow the standard -- follow the process to gather the facts, investigate. I'm not sure what you're -- are you asking without -- without authorization from me?
**Q. Well, I'm trying to find out the process. In other words, some companies, the immediate supervisor can recommend discipline, and the next level supervisor then has to approve it. In other companies the immediate supervisor can't recommend or decide on discipline; it has to come from higher up. So I'm just trying to find out who actually makes the actual decision as to what level of discipline or, in your terminology, corrective action is applied.**

Page 66

A. Oh. Ultimately it would be me. And the assistants who have front line supervisory duties would certainly report the facts and assist with their chief pilot and ultimately me on what the appropriate follow-up would be.

**Q. Okay. So it's sort of a group process is what you're describing?**

A. Well, we assure we follow the appropriate channels and make sure that the discipline or corrective action is fair and consistent and accurate and within policy.

**Q. Are there records kept anywhere? You talk about fair and consistent. Are there records kept anywhere which would -- that you can look at and say, oh, in this prior case we did X, Y, and Z?**

A. Well, certainly records are kept.

**Q. When you're faced with a situation, some policy violation, whether it be a missed flight or something else, you keep talking about you want it to be consistent. Is there something you can refer to which will show you what you or SkyWest has done in other similar situations?**

A. Well, we have records on each employee that contain details on everything an employee record would contain.

Page 67

**Q. Right. But you talk about discipline being consistent. In other words, am I correct in saying that you want employee B to be treated consistently with employee A? Is that what you're saying?**

A. Well, I said that we -- we use fairness and consistency in our policy application. Are you asking if there's a benchmark for missed days or if we keep records on personnel? I'm not sure I understand what you're asking me.

**Q. Well, how do you make sure that the level of corrective action you use is consistent between different pilots?**

A. Well, we apply it as the policy guides us to.

**Q. Right. But the policy doesn't tell you which level of corrective action to use. It says that the chief pilot decides. So I'm just trying to decide if there's -- or find out how you as the chief pilot determine or make sure that the discipline you're giving to a pilot is consistent with what you've done in the past.**

A. Well, the policy, and we read that, the policy does provide guidance to review the individual circumstance, if there are extenuating

Page 68

circumstances -- I'm paraphrasing, but it provides for that, so we do that with each individual. We don't look at circumstances with one pilot and ignore circumstances with another pilot.

**Q. Right. I guess I -- what are you not understanding what I'm asking? In other words, when you used the term -- let me see if I can explain myself. You used the term you want discipline to be consistent. That to me means that you want it to be consistent between pilots who do the same thing. So I'm just wondering how you make sure you're consistent between pilots so that you don't discipline one pilot more harshly than another pilot.**

A. We apply the policy consistently. We come out -- now, are you asking if I compare --

**Q. Yes --**

A. -- a current case with a previous case?

**Q. Yes.**

A. We can.

**Q. Do you do that?**

A. We can, yes.

**Q. And are there records kept which allow you to make the comparison? I mean, do you have a chart somewhere which shows for people who missed one flight we generally give them, you know, level four,**

Page 69

**counseling statement? Is there some records you have that you can refer to?**

A. We have individual pilot records that we can look at for similar infractions.

**Q. But there's no -- it's not been compiled somewhere that you can look at; you have to go to the individual files?**

A. Well, we have several sources of information. Are you focused on any infraction or attendance?

**Q. Attendance. That's what we've been talking about.**

A. Okay. With attendance we actually have a -- we have several information sources. We have a daily report. We can pull a report for any time frame, and that will show -- one benchmark we use is the 12-month running total of absences, and we can see if the pilots are above or below the company-wide average.

But then we would need to look at individual pilot records to see what the circumstances were, because with -- there's multiple different circumstances regarding absences. So we would take a look at -- we can take a look at those if need be.

Page 70

But if you're asking for a chart that I go in and I put in three absences here and move up to the sick column and it indicates something, that's too simple. These are people that we need to work with to determine what drove the absence, to determine if the absence was driven by willful negligence, insubordination, illness -- the list goes on.

**Q. Thank you. Okay, let me go on to another topic which I think should be fairly quick. And the question that's posed -- I'll just read it. It says: "What would the impact on other pilots be if Cassell had been hired and not required to fly on the Sabbath?"**

**In other words, if you had granted his request for religious accommodation, and "you" being SkyWest, so that he didn't have to fly on the Sabbath, what would the impact be on other pilots?**

A. Well, it could be extensive. The circumstance, regardless of the reason for not flying on a Saturday or that time frame, we would have a pilot who does not have the seniority, based on our collective bargaining agreement, which is our pilot policy manual, that pilot that is granted that exception not to work on that specific day would --

Page 71

it would require somebody else would have to work that for him. It would be out of seniority order, so it would be in breach of the policy that our nearly 5,300 pilots follow and live by.

So not only would it be a seniority violation, there is a domino effect. A reserve pilot would have to be called to cover the trip that is now open for that particular reason. If there's no reserve pilot to call, we would have to call in others on their off days and pay overtime. We would disrupt multiple -- potentially disrupt multiple other schedules trying to amend schedules, reflow pilots to get the flying covered if we did not have a reserve pilot. It's a simple breach of seniority, and it's unfair to everybody that's senior to that pilot.

**Q. Have you ever been in any situations where pilots believe there's been a breach of seniority in regards to bidding trips?**

A. There have been questions, yes. We're not bidding trips, to answer your question.

**Q. Well, for bidding trips. In other words, where a pilot says, hey, look, I have more seniority than this other pilot; I wanted this trip but he got it. Has that type of situation ever come up?**

Page 72

MR. PETERSEN: Hold on. Objection. It's outside the scope.

Go ahead. Go ahead, Roy.

THE WITNESS: Again, that scenario would cause severe disruption to that pilot that feels that seniority was breached. It's a situation where a pilot who's compliant with our policies and seniority system has been wronged if that happened. So we don't do that. We follow the policy.

**Q. (By Mr. Strindberg) In 2016 when Mr. Cassell applied for a job, he asked for an accommodation of being excused from flying on the Sabbath. Did anyone consult with you about that to see if it would be possible to accommodate that request?**

A. I don't recall being consulted about that, no.

MR. STRINDBERG: Okay. Let's take a break, then we can wrap this up.

MR. PETERSEN: How long?

MR. MCFARLAND: Ten minutes.

(Recess from 11:34 a.m. to 11:45 a.m.)

**Q. (By Mr. Strindberg) Mr. Glassey, a couple of things I need to clarify. You talked about that there was some report that you can look at that**

Page 73

**showed company averages regarding absences. Is that correct?**

A. Yeah. There's a couple things. There's a report that we can pull that just shows who's absent and what their counts are; but there's a report that all the pilots get that shows them their reliability specifically, and it shows them the company-wide average as well.

**Q. So it's two different reports, you're saying?**

A. Well, there's reports that we use as managers to track pilots, and then pilots actually have access to see what their particular performance is for attendance. Again, we use "reliability" and "attendance" interchangeably.

**Q. And the reports that the managers use regarding reliability or attendance, does that have a name, that report?**

A. I guess crew reliability.

**Q. So if we -- the reason I'm asking is this is a document we may want to ask SkyWest for. So if I were to ask for the managers' report on crew reliability, that would be sufficient so that SkyWest would know what I'm looking for, this report that you've stated?**

Page 74

A. I'm not sure. It's a tool that we use to track reliability, so I'm not sure if it would serve your purpose as a report or not. But it's what we can do to look and see who was absent yesterday or last month or whatever.

**Q. But I gather -- you said there was some report that sort of tracks so you could look at averages, like, over what, a 12-month period, something like that?**

A. Well, it's just a raw average of total missed days. But, again, those days, every day has a specific circumstance, and that's not reflected in this report. This report just shows a name, a number.

**Q. So, what, it would have like Joe Jones, three absences, that type of thing? Is that what you're saying?**

A. It could, yes.

**Q. And for what period of time is that report? I mean, do you do it by year or month, or what?**

A. We look at it daily to see who called out absent throughout the day. We can look at it throughout the day. You know, we track attendance, and that's one of the tools we use to see if our

Page 75

people are coming to work or not.

**Q. Right. But I thought -- the way you made it sound like is that there was some report that would give you company averages for absences over some period of time.**

A. The pilots, they select a link on their particular -- on our SkyWest Online page, and it shows a graph that shows their absence count in the last 12 months.

**Q. Okay.**

A. And it totals -- just a count, just to give them an idea of how many days they've missed. Emergency code, sick code, SAD code, other absences such as fatigue or -- they're not in there. But it just shows them. And, again, it's just a raw number with no detail.

But it also shows the company-wide average. For instance, I think last time I looked at it, it was 5.3 days. And that average could be anything. That's sick days where pilots cannot legally fly because they're physically ill. So if somebody gets the flu or -- well, the flu's a great example. If a pilot has a four-day trip, two days off and then another four-day trip and they can't fly those trips, that will show eight absences. But

Page 76

they're eight excused absences because that pilot was physically ill and not legal to fly per the medical requirements and fitness for duty requirements.

**Q. I understand what you're saying. But you say, like, you'll have a number five. For what period of time is that? I mean, like, is it a 12-month period? A calendar year?**

A. Well, on this particular display, the crews look at it. It shows a rolling 12-month total.

**Q. And what is that report called?**

A. I'd have to look at it. I think it's called Crew Reliability -- or My Reliability I think is what it's called. I'd have to look. I don't recall without looking at it.

**Q. And the managers have a similar report they can look at?**

A. Well, the managers have more information, certainly, because crew reliability -- well, there's a few reasons behind this. You know, the managers need tools to track their subordinates. However, the pilots need to know what their reliability is, because that encourages good reliability. We need -- we're an airline, we're scheduled, and we need scheduled pilots to be available as scheduled.

So if a pilot looks at their attendance,

Page 77

you know, the rolling 12-month history and the numbers are getting up for whatever reason, that should be motivation to comply with the reliability program and not get in trouble.

**Q. No, and I understand that. I'm not arguing with you regarding the issue of reliability. I'm just trying to understand the data that the company has.**

**Does the -- I assume the managers can look at some sort of an average that, on average, each pilot has, you know, missed X number of days per year. Do you have access to that type of data?**

A. Are you asking about an individual pilot or all the pilots together to see an average?

**Q. All the pilots together.**

A. Well, they can see what the 12-month average is, just like the pilots can access the rolling reliability history.

**Q. Okay. And that's -- again, you called it the managers' crew reliability report?**

A. No. There are different tools as far as the -- I don't recall the title. I believe the one that pilots look at, you can see the row and it's called My Reliability. But, again, I'd have to look at that to see what the exact title is. And then

Page 78

there's a crew reliability tool we can use to see who has been absent.
**Q. And that crew reliability report that you look at, does it show you averages for the company for a 12-month period?**
A. That particular one does not show averages. There's other sources to determine where the average is, average missed days over the entire pilot population.
**Q. Is that a different report?**
A. Yeah. The report I'm referring to as a tool is to determine who has had a recent absence. I can put in the date range, usually. You know, for instance, I can put in yesterday's date and then today's date, the end date default, and select pilots. It even shows flight attendants. But I'll select pilots, and then it will show who has not been at work. And it will show the code, if they're sick or emergency or if there's a SAD.
So that's how we can quickly see who the recent absences are to determine -- and look in nearly real time to determine that particular pilot's history. We can contact for a well-being check or whatever the case may be. And if it turns out to be a pilot that just is unwilling to work, then, well,

Page 79

that's another conversation.
**Q. Right. We've -- we've talked about that.**
A. Right.
**Q. And is there some -- does this report also give you the ability to look at sort of averages, in other words, look at, you know, not specific employees but generally what's happening with the pilots and absences?**
A. Well, it would be just a list of names. If someone called off absent, then we would see their name on the absence list.
**Q. Right. But is there some report that you can pull up which shows, on average, pilots are missing, to use your numbers, five days a year?**
A. I -- that goes back to the My Reliability graph. And there's another tool that's available that has that running total. When we look at an individual pilot's reliability record it will show what the average is. It's just another data point that's on that where we see what that pilot's reliability history is. But it shows a number like, say, 5.3 or whatever, which is just -- a number just for a quick comparison with the average.
**Q. Okay. But the average is also part of this crew reliability report?**

Page 80

A. We're talking about two different tools. So there's a tool that I use that we can use that just pulls up the absences for the selected time frame, and then there's also a crew reliability tool. It's really not used very much because the other tool is more efficient. But it shows a particular pilot's reliability history, and one of the data points, it shows just the average.
**Q. Okay. And that's called the crew reliability tool?**
A. I don't recall. I'd have to look at it to see what it's called.
**Q. So one's the report and one is the tool?**
A. They're both just tools. They're tools where we can follow up with our individual pilots and see what their reliability is.
**Q. And is it safe to say -- or correct to say, I should say, that the more advance notice you have of pilots being absent, the easier it is to fill that or take care of that absence?**
A. Not always. Certainly last-minute absences are more difficult, generally. But if a pilot states that they will not be available for a trip, it can be difficult to cover because they tell us well in advance. It can be difficult to get it

Page 81

covered without a disruption.
**Q. And the first -- the first thing you indicated earlier, and I just want to make sure I understand this, you indicated earlier the first thing you do to cover an absence is to see if there is a reserve pilot available. Is that correct?**
A. Well, I would have to defer that question to crew support. But normally we look to determine -- that's why we have reserves. Reserves are the last line of defense to prevent flight cancellations when a reserve -- when somebody is absent or calls out absent, we would look to see if there's a reserve pilot to cover that. If there are multiple absences, the reserve pool can be used up and then we don't have reserves. Or if there's additional -- there are several other reasons for reserve pilot use. But if there is an absence, yes, we would look at the resources we have available to cover, and crew support takes care of that.
**Q. Is there a particular person in crew support who does that?**
A. There's a whole team in crew support that takes care of that.
**Q. Who's the head of that team?**
A. Well, the director of crew support is

Page 82

Anita Spencer.

**Q. Okay. And the tools include -- just so I understand, it can be using a reserve, rescheduling pilots from other trips? Is that correct?**

A. Well, it's -- yeah, whatever we have to do to cover the flights and avoid costly cancellations and delays that disrupt the rest of the system. So normally a reserve call-out is the perfect scenario, or if there's an absence, we call the reserve. But if the reserves are used or if they are limited on their available duty time, we have other things that have to happen to protect the flying line.

**Q. And those other things are what? Just so I understand.**

A. Well, a trip can be posted into open time for crew members to pick up the trip. The trip can be dismantled. For instance, there might be four or five or six legs of flying, for example, that need to be reassigned to several other crew members to fly those additional flight legs.

What can happen is if there's a crew flying a trip that has an extended overnight stay that they're planning maybe a 17, 24, or 30-hour overnight rest in an out station, now they can be on minimum rest so they prepare for, you know, the trip

Page 83

that they're assigned. And then to protect the -- pick up the slack for the absentee pilot, now they might be on minimum legal rest. There can be a fatigue issue.

So -- but to answer your question, you know, yeah, we prefer to just put on a reserve if we have one. That's not always possible. We just have to do what we can to protect our passengers. The passengers are affected. Oftentimes the flights might have to run late just to run at all, so now the passengers are delayed. Our partners are not happy with running delayed flights.

**Q. Are absences sort of an ongoing issue that are dealt with or have to be dealt with every day?**

A. Well, with 5,300 pilots there are certainly a few absences, but most of our pilots work as assigned.

**Q. No, I understand that. But for the way you're describing it, I'm just trying to get a feel for how often reserves have to call out or one of these other methods, posting a trip, that type of thing, happens. I mean, is it a regular occurrence?**

MR. PETERSEN: I'm going to object. It's outside the scope.

**Q. (By Mr. Strindberg) Go ahead,**

Page 84

**Mr. Glassey.**

A. Well, it's difficult to answer that and cover all A's. We recently had severe weather in the southeast, hurricanes, where crew members, pilots and flight attendants were having situations where they had to -- you know, they had difficulty getting to work or they had emergencies at home, so we used the reserve pilots very quickly. Fires out west, same scenario.

But as far as just a regular day-to-day operation, aside from illnesses -- again, I can't answer that question with any form of accuracy without looking at reports. But our pilots just report to work as scheduled unless there's a compelling reason not to, such as an illness.

**Q. Right. I'm not talking about whether it's an excused or unexcused absence. I'm just saying it sounds like an ongoing issue that the company has to deal with on a regular basis is covering absences, whatever the reason for the absence.**

MR. PETERSEN: Objection. Vague and ambiguous.

Go ahead.

**Q. (By Mr. Strindberg) Can you answer the question?**

Page 85

A. Can you restate it? I'm not sure what you're asking. We're a business with a lot of employees. There's bound to be an absence here and there.

**Q. I'm just saying is it a regular occurrence dealing with absences?**

A. Define "regular."

**Q. Every day.**

A. I would guess yes. With 5,300-ish pilots, there are going to be absences here and there. Pilots get sick.

**Q. I understand. You said there's a whole team of crew support that deals with absences and having to reschedule pilots?**

A. The schedulers deal with schedules. And, again, I would defer that question to crew support for detail information. But I have schedules, and if there is an issue that requires schedule changes, whether it's an absence, whether it's a partner need, whether it's a test flight, whether it's -- the list goes on. The schedulers assign the schedules, and when something happens where a schedule requires modification, the schedulers facilitate that.

**Q. Who is responsible for calling or using a reserve pilot? Does that come through crew support,**

Page 86

**or does the chief pilot in the domicile make that decision?**

MR. PETERSEN: Objection. It's outside the scope.

Go ahead if you can.

A. Well, if you're asking who notifies the reserve pilot about a schedule --

**Q. Right.**

A. Yeah, the scheduler will notify the reserve pilot of their new schedule.

**Q. Okay. You had talked to me -- I asked you questions about if a pilot could not fly a particular flight because of religious observance reasons, and you said you would consult with HR or employee relations at that point. Is it employee relations which determines whether or not the absence is excused or not?**

MR. PETERSEN: Objection. Asked and answered.

Go ahead.

THE WITNESS: Well, I don't know how to answer that question. There are variables. Now, they would let us know if a reasonable accommodation is granted or not.

**Q. (By Mr. Strindberg) So they make that**

Page 87

**determination?**

MR. PETERSEN: Same objection.

**Q. (By Mr. Strindberg) Go ahead.**

A. I'm not -- I don't know what -- exactly what they do. That's out of my area of expertise. So the case is referred, and then I receive -- I would receive the notification if the accommodation is granted or not.

**Q. Have you ever heard the term "undue hardship" used in regards to whether a request can be accommodated?**

A. I don't recall hearing that.

**Q. Do you know what the term means?**

MR. PETERSEN: Objection. Calls for a legal conclusion.

MR. STRINDBERG: I'm just asking his knowledge, if he knows what it means.

THE WITNESS: In what context are you asking?

**Q. (By Mr. Strindberg) Well, particularly a request for a religious accommodation.**

MR. PETERSEN: Same objection.

THE WITNESS: I would just refer to HR on that. If I heard that term, it's -- I would refer that back to HR.

Page 88

**Q. (By Mr. Strindberg) So HR would determine whether or not granting the accommodation would cause an undue hardship for the company?**

MR. PETERSEN: Same objection.

THE WITNESS: Are you asking me if the company would endure a undue hardship for the accommodation?

**Q. (By Mr. Strindberg) I'm just trying to find out who makes the decision whether granting the accommodation would cause an undue hardship on the company. Is it the chief pilot or is it employee relations?**

MR. PETERSEN: Same objection.

THE WITNESS: I'm not sure I can answer that question. I just turn it over to employee relations or HR, and we -- and wait for the conclusion.

MR. STRINDBERG: Okay. One second here.

I have no further questions. Thank you, Mr.

Scott, do you have any questions?

MR. PETERSEN: I have no questions. But we will read and sign.

(The remote deposition concluded at 12:09 p.m.)

* * *

(Signature was requested.)

Page 89

VERIFICATION

STATE OF ______________)
                                              ) ss.
COUNTY OF _____________)

I, ROY WILLIAM GLASSEY, JR., being first duly sworn on my oath,depose and say:

That I am the witness named in the foregoing deposition taken the 30th day of September, 2020, consisting of pages numbered 1 to 88, inclusive; that I have read the said deposition and know the contents thereof; that the questions contained therein were propounded to me; that the answers to said questions were given by me, and that the answers as contained therein (or as corrected by me therein) are true and correct.

Corrections Made: Yes_______ No_______

________________________________
ROY WILLIAM GLASSEY, JR.

Subscribed and sworn to before me this ________ day of ________, 2020, at _________________, Utah

______________________________
Notary Public for Idaho
Residing at_____________, Utah.
My Commission Expires: _______.

REPORTER'S CERTIFICATE

STATE OF SALT LAKE )
) ss.
COUNTY OF UTAH )

I, VICKY McDANIEL, Certified Shorthand Reporter and Registered Professional Reporter in and for the State of Utah, do hereby certify:

That prior to being examined, the witness named in the foregoing deposition was duly sworn remotely by me to testify to the truth, the whole truth and nothing but the truth;

That said deposition was taken down by me in shorthand at the time and place therein named and thereafter reduced to typewriting under my direction, and that the foregoing transcript contains a full, true and verbatim record of said deposition.

I further certify that I have no interest in the event of the action.

WITNESS my hand and seal this 8th day of October, 2020.

Vicky McDaniel

VICKY McDANIEL
CSR, RMR

**1**

**10:18** 32:13
**10:30** 32:13
**119** 18:1
**11:34** 72:22
**11:45** 72:22
**12** 75:9
**12-month** 69:17 74:8 76:7,9 77:1, 16 78:5
**120** 5:23 7:3
**12:09** 88:23
**13** 6:4
**17** 82:23
**1991** 5:11
**1996** 6:23
**1st** 9:22,25 10:18

**2**

**20** 16:4 31:5
**2006** 8:3 9:19,22, 25 10:18
**2009** 38:15
**2016** 10:19 13:6, 10,14 15:21,25 17:13 33:23,24 36:2 72:10
**2016-2017** 34:18 35:1
**2017** 22:8 30:4,5, 16 31:2,5,11 32:25 33:4,7,11, 19,25 36:2,9,13, 17 37:16 38:5,22 41:19
**2018** 38:5,22
**2019** 38:22
**2020** 37:16
**20702** 4:10
**24** 82:23
**29th** 5:11

**3**

**30** 43:17 44:15,20
**30(b)(6)** 22:23 24:19 25:16 26:11 28:5 31:22
**30-hour** 82:23
**3024** 50:22

**5**

**5,300** 71:4 83:15
**5,300-ish** 85:9
**5.3** 75:19 79:22

**6**

**60047** 4:12
**67** 40:10

**9**

**90s** 4:17
**96** 7:25

**A**

**A's** 84:3
**a.m.** 32:13 72:22
**ability** 79:5
**absence** 21:5 42:23 43:14,19 44:10,22,23,24 45:22 46:19 47:24 50:8,15,17 54:12, 13 56:5 57:4 59:20 60:24 62:16 63:16 70:5,6 75:8 78:12 79:11 80:20 81:5,17 82:9 84:17,20 85:3,19 86:16
**absences** 43:6 44:23 69:17,23 70:2 73:1 74:16 75:4,13,25 76:1 78:21 79:8 80:3, 22 81:14 83:13,16 84:19 85:6,10,13
**absent** 22:1 43:1, 16 45:11,20 50:13 73:4 74:4,23 78:2 79:10 80:19 81:12
**absentee** 83:2
**absolute** 26:6
**access** 17:24 73:13 77:12,17
**accommodate** 72:14
**accommodated** 87:11
**accommodation** 53:12,25 54:1,8 55:7 56:7,9,12 59:8,12,18,21 70:16 72:12 86:23 87:7,21 88:2,7,10
**accomodation** 59:6
**accuracy** 40:2,4 84:12
**accurate** 8:8 34:9 66:10
**accurately** 31:8 38:12,17
**act** 58:22
**action** 50:22 54:22,25 55:11, 15,18,24 56:15, 18,23 60:17,25 61:11,25 62:2,3 63:14 64:9,12,16 65:2,11,25 66:10 67:12,17
**activities** 7:11, 18,23,24
**activity** 8:24
**actual** 24:7 65:24
**added** 10:15,16, 22 11:1,3,4,7,10, 12 13:1 14:5,19, 23
**addition** 7:23 9:9,10
**additional** 9:5 10:14 15:1 23:22 33:3,8,9,19,24 36:7 81:16 82:20
**address** 4:9
**addresses** 42:7
**adequate** 9:24 37:5
**adjust** 64:20
**administrative** 64:18
**advance** 80:18, 25
**Adventist** 45:24
**affect** 39:8,10 51:2
**affected** 83:9
**afternoon** 48:8
**age** 40:17
**agree** 26:19
**agreed** 29:14 46:13
**agreement** 70:23
**ahead** 16:3 22:24,25 25:17 26:3 28:7 30:24 34:2 35:11,12,21, 22 58:11 60:14,21 61:7 72:3 83:25 84:23 86:5,20 87:3
**aircraft** 5:23 6:18 7:4,21
**airline** 12:17 37:7 76:23
**airlines** 5:8 39:21
**airman** 8:18
**allowed** 20:25 24:4
**ambiguous** 30:23 44:8 84:22
**amend** 71:12
**analyze** 25:22 28:1
**and/or** 20:17 49:7
**anecdotal** 41:6
**Anita** 82:1
**anomaly** 41:25
**answering** 4:25
**answers** 25:20 27:14,25
**apologize** 32:15 43:9
**application** 10:7 67:7
**applied** 65:25 72:11
**applies** 56:12
**apply** 62:11 67:14 68:14
**appoint** 14:23,24
**apposition** 7:19
**approve** 65:20
**approximately** 6:3,8,23 7:19 8:3
**April** 5:11 6:23 7:25 8:3 9:19
**area** 38:24 47:25 48:5 50:12 87:5
**areas** 33:22 35:5 45:17
**arguing** 77:6
**assign** 34:15 52:20 85:21
**assigned** 7:22 14:6 15:19 19:25 22:9 23:11,22 28:16 29:5,24 33:11,15,16 34:10,14 35:14

36:1,8,16 42:24 50:4,6 52:18 56:4 62:24 83:1,17

**assigning** 11:18

**assignment** 28:21 42:20 43:11,14

**assigns** 28:24

**assist** 16:18 56:7 66:3

**assistant** 11:16 12:1,5,7 13:19,23, 25 14:6,24 15:4, 10,15 16:11,17 17:8 45:13 50:6, 12,16 51:5 65:7

**assistants** 45:17 51:8 66:2

**assisting** 9:22

**assume** 19:24 20:2 27:22 38:18 39:19 49:8 77:9

**assuming** 40:7

**assumption** 32:17

**assure** 15:2 18:2 37:4 55:15,16 66:8

**Atlanta** 11:5 12:2,15 14:5 16:8

**attendance** 18:13,19 19:14,20 49:6,24 69:10,11, 13 73:14,15,17 74:24 76:25

**attendants** 78:16 84:5

**attended** 6:13

**attrition** 38:9 39:9,11,12,18,19, 25 40:2

**audio** 12:22

**August** 10:18,19 17:13

**authority** 16:24

**authorization** 65:16

**average** 69:19 73:8 74:10 75:18, 19 77:10,14,17 78:8 79:13,19,23, 24 80:8

**averages** 73:1 74:8 75:4 78:4,7 79:5

**aviation** 38:16, 19,23

**avoid** 82:6

**awarded** 29:1 31:7

**awards** 31:1,2,3

**B**

**back** 6:17 16:8 28:2 38:15 49:5 55:6 57:19 58:13 59:7,11 62:22 79:15 87:25

**bargaining** 70:23

**based** 23:11 26:1 28:19 29:1 31:3 33:15 34:22 37:4 39:3 44:18,24 46:21 54:12 56:15 64:9 70:22

**basically** 27:1

**basis** 84:19

**Beach** 9:6,7

**beginning** 20:8

**behalf** 24:10

**behavior** 51:15 54:4 55:1,9

**beliefs** 47:21 58:25

**benchmark** 67:8 69:16

**beneath** 17:18

**bid** 7:20 10:2 36:5

**bidding** 33:14 41:22 71:19,21,22

**big** 25:15 63:4

**bigger** 63:5

**bit** 7:15 9:1,24

**bound** 85:3

**Brazilia** 5:23 7:3, 21

**breach** 71:3,14, 18

**breached** 72:6

**break** 32:11,16 34:4 72:19

**briefing** 19:11

**business** 12:13, 18 32:21 37:8 38:16,19,23 85:2

**busy** 37:24

**C**

**calendar** 76:7

**California** 5:20, 25 9:6

**call** 21:2,4,18 44:2,19 45:3,5,22 49:20 51:19 52:5, 19 57:1 71:9 82:9 83:20

**call-off** 46:18 54:5

**call-out** 82:8

**called** 4:3 21:7,13 45:11 46:1 48:3 54:16 71:7 74:22 76:10,12,13 77:19,24 79:10 80:9,12

**calling** 21:17 22:2 43:16 47:23 52:25 85:24

**calls** 20:7 44:15 46:9 47:20 48:6 49:23 55:3 57:3 59:3 60:8,12 61:3, 4,12,13 81:12 87:14

**cancellation** 21:12

**cancellations** 81:11 82:6

**capacity** 25:3

**captain** 6:14,16 7:2

**captains** 8:20

**care** 80:20 81:19, 23

**carriers** 40:3,14, 15,16,18,20

**case** 22:11 60:15 64:2,3,7,10 66:15 68:17 78:24 87:6

**cases** 28:18

**Cassell** 18:15,21 50:5 70:12 72:11

**catch-all** 18:14, 20

**categories** 51:14,16,17 55:1, 2

**category** 18:14 51:21 54:4 55:8

**causing** 39:12, 17,24

**center** 9:6 20:18

**chance** 27:6 36:5 58:1

**change** 9:25 11:17 26:14 36:23

**changed** 7:18

**channels** 66:9

**charge** 16:14

**chart** 68:23 70:1

**check** 8:18,20 78:23

**Chicago** 9:20 10:10,13,21 11:24 12:10 14:19 16:13 22:10 23:4 28:11 30:6,19 31:13 33:2,24 35:1 36:9 37:14 38:25 40:24

**chief** 9:20,21 10:5,9,12 11:13, 16,18,23 12:1,5,6, 7,10,11 13:19,20, 23,25 14:1,2,6,7, 9,11,12,18,24 15:4,6,11,13,16, 17,21 16:11,13,17 17:3,5,8,10,11,15, 18,22 18:1 40:7 42:14 45:10,13,16 50:4,7,10,11 51:2, 4,5,7,10 53:14 54:3,11,17 55:8, 22,23 56:19,21 57:14 59:8 63:9 64:15,22,23,25 65:7,8 66:4 67:18, 19 86:1 88:11

**chiefs** 50:13

**choice** 29:7 33:17

**choices** 29:22

**choose** 40:19 46:23

**circumstance** 48:19 49:12 56:23 58:7 67:25 70:20 74:12

**circumstances** 46:20 47:16 54:13 56:16 57:12 59:11 68:1,3,4 69:22,23

**cities** 31:14

**city** 7:8,10 12:19

**claim** 31:18

**clarify** 9:21 14:10 32:16 72:24

**class** 29:3,4,6,20, 21 30:4 31:1,11, 14

**classes** 8:13 29:18

**clear** 5:4

**client** 18:21 45:23
**closed** 12:16
**coaching** 55:16
**code** 4:12 75:13 78:18
**coded** 43:18 44:13,23 46:3
**coding** 44:10 45:1
**codings** 43:18,20
**coincidentally** 41:11
**collective** 70:23
**Colorado** 11:5 12:2 16:8
**column** 70:3
**common** 37:7
**commute** 41:14
**companies** 65:18,21
**company** 14:24 17:15,22 18:1 23:10 24:1 26:20 28:24 33:13 73:1 75:4 77:8 78:4 84:18 88:3,6,11
**company-wide** 69:18 73:7 75:17
**compare** 68:15
**comparison** 68:23 79:23
**compelling** 84:15
**compiled** 69:5
**compliance** 18:3
**compliant** 72:7
**comply** 56:5 58:14,18 77:3
**compromise** 28:8
**concluded** 88:23
**conclusion** 53:17,24 59:4 60:13 87:15 88:17
**conducting** 8:19
**confused** 15:15
**conjunction** 56:20
**considered** 49:7
**consistency** 67:7
**consistent** 63:4 66:10,13,20 67:2, 12,21 68:9,10,12
**consistently** 59:23,25 62:12 67:4 68:14
**constitutes** 49:9
**consult** 72:13 86:14
**consulted** 72:16
**contact** 20:16,19 52:2,15,16 78:23
**contacts** 20:23
**context** 87:18
**continually** 34:22
**continue** 7:13
**continued** 9:22
**continues** 49:15 63:19
**continuing** 34:3
**continuously** 50:19
**Control** 20:18
**conversation** 79:1
**coordination** 51:8
**correct** 6:13 9:10 10:24 11:24,25 14:20,22,25 16:20,23 17:1,19 18:16,22 19:25 20:14 22:5,6 26:17 28:4,17,25 29:7,24 30:7 32:17 33:3 38:20 39:7 42:11 43:6 54:20 63:18 64:13 67:2 73:2 80:17 81:6 82:4
**corrective** 50:22 54:22,25 55:11, 15,18,24 56:15, 18,23 60:17,25 61:11,25 62:2,3 63:14 64:9,12,16 65:2,11,25 66:10 67:12,17
**correctly** 14:21
**costly** 82:6
**counsel** 55:16 63:18
**counseled** 49:14
**counseling** 55:20 58:5 69:1
**count** 75:8,11
**counts** 73:5
**couple** 4:18 42:9 72:23 73:3
**cover** 21:15,17 22:1,5 71:7 80:24 81:5,13,19 82:6 84:3
**coverage** 8:24 9:24
**covered** 29:18 38:4 43:22 71:13 81:1
**covering** 21:9 84:19
**created** 40:18
**crew** 7:7 8:21 20:16,19,21,23 21:10 44:4,12 45:2,5 73:19,22 76:12,18 77:20 78:1,3 79:25 80:4, 9 81:8,19,20,22, 25 82:16,19,21 84:4 85:13,16,25
**crews** 76:9
**crux** 42:18
**current** 4:9 10:12 68:17
**cut** 12:22

D

**daily** 45:9 50:18 69:15 74:22
**data** 25:22 34:23, 24 35:4 39:2 77:7, 12 79:19 80:7
**date** 4:16 6:9 10:19 78:13,14,15
**day** 21:23 28:1 44:5 48:13,22 70:25 74:11,23,24 83:14 85:8
**day-to-day** 84:10
**days** 14:13 37:24 38:3 67:8 71:10 74:11 75:12,19, 20,23 77:11 78:8 79:14
**deal** 47:18 63:4,5 84:19 85:15
**dealing** 85:6
**deals** 85:13
**dealt** 49:2 83:14
**decide** 29:23 30:1 46:25 51:11 52:19 55:8,24 59:9 65:10,22 67:19
**decided** 30:6,20 33:2
**decides** 30:2,3 32:18 56:17 60:7 64:6 67:18
**deciding** 57:8
**decision** 32:21 65:24 86:2 88:9
**decision-making** 51:2 54:18,21
**decisions** 65:1
**deck** 8:17
**default** 78:15
**defense** 81:10
**defer** 53:20 81:7 85:16
**define** 63:18 85:7
**defined** 42:22 43:13 44:10 49:9
**delayed** 83:11,12
**delays** 82:7
**Denver** 11:5 12:2 14:5 16:8
**department** 20:17 21:10 52:22
**depending** 21:14
**depends** 21:2 36:21 38:9,10 43:12 45:22 58:7
**deposition** 4:13 18:24 19:1,10,11 24:19,20 25:9 42:11 88:23
**depositions** 27:23
**describe** 43:3
**describing** 66:7 83:19
**designate** 26:23 27:1,10 28:23
**designated** 18:12,18 23:18 24:17,24 25:5,8 26:21 27:17 28:5 31:22
**designee** 27:6
**detail** 40:1 57:6 75:16 85:17
**details** 20:10 53:21 66:24
**determination** 87:1
**determinations**

50:1
**determine** 42:15 47:9 49:23 53:11 55:10 56:22 64:8 67:20 70:5,6 78:7, 12,21,22 81:9 88:1
**determined** 55:12
**determines** 33:13 86:16
**Detroit** 11:6 12:3 13:7,10,13,22,25 16:9 22:10 23:4 28:12 29:7 30:5, 18 31:12 33:1,23 35:1 36:9 37:13 38:25 40:23 45:12 50:6,7 65:6
**develop** 12:8,9
**deviation** 43:11, 14
**deviations** 42:21
**dictates** 28:20
**die** 39:20
**Diego** 5:25 6:6,7, 11,20 7:8,13
**differently** 44:23
**difficult** 8:7 25:25 27:9 80:22,24,25 84:2
**difficulty** 84:6
**direction** 50:9 54:2
**directly** 17:21 41:22 58:6
**director** 7:17 52:8,9 81:25
**directs** 21:4
**disciplinary** 54:19
**discipline** 45:20 46:15,16 51:3,12 59:10 61:15,23 63:5,14,21 64:24 65:2,19,22,24 66:9 67:1,20 68:8, 13
**disciplined** 42:16 48:25 49:14 51:12 57:15 63:1
**discuss** 65:13
**discussed** 24:25
**discussion** 12:24 29:11
**dismantled** 82:17
**display** 76:8
**disregard** 46:12, 21
**disrupt** 71:11 82:7
**disruption** 72:5 81:1
**disruptive** 43:2
**doctor's** 49:22
**document** 19:22 42:1,2 50:21 55:14,15 73:21
**documents** 19:13 26:8
**domicile** 5:19,24 7:7 9:20 11:4 12:20 13:6 14:2, 11 15:9 16:15 17:4 22:4 28:24 30:3 31:2 32:19 34:15 35:3,15,17 37:8,10 38:7 41:10 51:6 64:25 86:1
**domiciled** 5:25 36:4
**domiciles** 10:15, 16,17,21,25 11:13,19 12:12 14:13,14,19 15:1, 7,18,19,25 16:5,7, 12,25 18:9 22:10, 13 23:5,23 24:15 28:12,13,15,16,23 29:1,19,23 30:21 31:5 32:2 33:7,18 34:11,13,17,21 35:7,14,18,19 36:2,13,16,17,19 37:13 38:6 40:23 41:12,21
**domino** 71:6
**drawn** 45:9
**drill** 19:23
**Drive** 4:10
**driven** 70:6
**drivers** 40:13
**driving** 39:11
**drop** 44:3
**drove** 70:5
**due** 7:19 40:16
**duly** 4:3
**duties** 7:17 8:14, 23 9:2 17:22,23 66:2
**duty** 42:23 49:7 76:3 82:11
**dynamic** 36:22, 24 41:4

**E**

**earlier** 81:3,4
**Early** 9:4
**easier** 80:19
**effect** 71:6
**efficient** 80:6
**EMB** 5:22 7:2
**emergencies** 84:7
**emergency** 21:6 75:13 78:19
**employed** 5:6,8
**employee** 52:1,9, 11,16,17 53:9 64:4 66:23,24 67:3,4 86:14,15 88:11,15
**employees** 27:10 47:13 79:7 85:3
**employment** 5:9 40:19 50:22 61:10
**encourages** 76:22
**end** 27:25 38:14 63:17,20 78:15
**endure** 88:6
**engage** 53:10 55:5
**entire** 42:12 78:8
**equivalent** 60:20
**era** 38:15
**Erik** 25:19 27:8 29:13 32:12
**establish** 12:20
**established** 13:6,9 29:19
**estimate** 6:3,8 8:7,10
**eventually** 12:16
**exact** 77:25
**EXAMINATION** 4:5
**examined** 4:4
**exception** 70:25
**excessive** 42:20 49:7,9,11,13,15, 23 50:2
**excuse** 49:22 57:2
**excused** 49:21 50:2 72:12 76:1 84:17 86:17
**existing** 8:21
**expect** 26:5 38:13 40:25 41:9
**expectation** 41:5,6,7,16
**expectations** 63:18
**experience** 23:25 62:14
**expertise** 48:5 87:5
**explain** 68:7
**explore** 27:7,12
**extended** 82:22
**extensive** 33:20 70:19
**extenuating** 46:20 67:25

**F**

**faced** 66:17
**facilitate** 85:23
**facilities** 9:11
**factor** 39:24 57:8
**factors** 34:22 39:8,25 51:1
**facts** 64:9 65:14 66:3
**fail** 57:16
**failed** 27:15 56:5
**failure** 43:15 49:8 58:14,17
**fair** 10:23 28:7 66:10,13
**Fairchild** 6:17
**fairly** 42:12 62:12 70:10
**fairness** 67:6
**fall** 51:21
**familiar** 50:23 51:16
**fatigue** 21:6 75:14 83:4
**February** 9:22,25 10:18
**federal** 25:2
**feel** 34:25 40:8 83:19

**feels** 72:5
**fell** 54:5 55:9
**files** 69:7
**fill** 80:19
**fills** 45:6
**final** 65:1
**find** 65:17,23 67:19 88:9
**fine** 19:8 34:5 53:6
**finish** 4:24
**fired** 57:15 62:15
**Fires** 84:8
**firm** 57:25
**fishing** 44:17 46:9
**fit** 49:19,20
**fitness** 76:3
**flight** 7:1,2,5,12, 14,15,17 8:1,2,5, 12,14,16,17 9:2,7, 23 12:9 15:11 17:15 20:3,9 21:9, 17 22:5 36:25 38:10,11 39:9 42:24 43:25 44:4 45:20 46:2 49:19, 20 55:25 57:16 58:2,4,9 60:9,11 65:6 66:18 68:25 78:16 81:10 82:20 84:5 85:20 86:13
**flights** 17:5 19:25 21:12,15 24:15 34:18 35:3 37:15, 25 39:6 42:16 48:2 62:24 82:6 83:9,12
**flu** 75:22
**flu's** 75:22
**fly** 7:13,22 8:19, 23 18:15 19:25 20:3,8,13 21:1,8 37:20 39:20 44:5 45:24 46:2,6,11, 23,24,25 47:7,8, 10,11 48:7,13 49:18 51:20 55:13 56:4 57:22 58:24 59:13,16,17,19,21 70:13,17 75:21,24 76:2 82:19 86:12
**flying** 5:18 6:15, 19 7:17 21:24,25 32:22 37:2,3,6,8, 9,10,15 38:2,4 42:24 70:20 71:13 72:12 82:12,18,22
**focused** 69:9
**follow** 54:2 56:12 63:10 65:13,14 66:8 71:4 72:9 80:15
**follow-up** 66:5
**forego** 26:17
**form** 63:21 84:12
**formal** 63:8
**forward** 63:19
**foundation** 31:25 34:2 35:21 39:14
**four-day** 75:23, 24
**frame** 16:6 37:20 38:14 39:3 69:16 70:21 80:4
**framed** 30:11
**frankly** 34:8
**free** 63:11
**Friday** 37:15 45:25
**front** 66:2
**Ft** 9:8
**fulfill** 17:25
**fulfilling** 56:8
**full** 4:7 12:6 17:7
**full-motion** 8:16
**full-time** 45:16
**function** 19:12

G

**gallery** 23:18
**gather** 22:7 33:2 39:5 65:14 74:6
**gave** 28:4 55:3
**general** 13:4 17:25 19:11,17,23 28:18 40:13
**generally** 29:23 35:2,13,16,17 37:25 38:23 40:11 47:3,4 52:21 58:1 62:15 68:25 79:7 80:22
**generated** 50:17, 19
**geographic** 41:13 52:18
**George** 18:10,11 20:22
**give** 8:8,10 13:4 29:21,22 34:8 37:2 40:9 52:11 58:1 63:10 68:25 75:4,12 79:5
**giving** 67:21
**Glassey** 4:2,8,9, 14 5:7 24:8,16,23, 25 25:2,11,12 26:3,9 27:18,22 28:4,10 29:17 30:25 32:14 34:25 35:23 40:6 42:2 49:6 56:25 62:20 72:23 84:1
**Glassey's** 23:25
**golf** 61:3,13
**golfing** 44:16 46:10 60:7,9
**good** 26:5 58:2 76:22
**grant** 59:12
**granted** 70:15,24 86:24 87:8
**granting** 88:2,9
**graph** 75:8 79:16
**great** 75:22
**group** 40:8 66:6
**grouping** 15:7
**grow** 17:4 34:21 37:10
**growing** 34:17 35:2 36:20 38:23
**growth** 35:5
**guess** 5:2 8:9 10:20,22 12:2 15:14 20:6 35:25 68:5 73:19 85:9
**guidance** 67:24
**guides** 67:14

H

**half** 6:9,11
**handle** 20:4
**happen** 45:21 53:1,8 54:10 59:25 82:12,21
**happened** 72:8
**happening** 40:8 79:7
**happy** 83:11
**hardship** 87:10 88:3,6,10
**Harry** 14:17
**harshly** 68:13
**head** 5:3 16:11 25:14,17 26:3 34:10 81:24
**headed** 15:3,5
**headquarters** 18:7,10,11 20:22
**hear** 22:19
**heard** 87:9,24
**hearing** 87:12
**held** 5:16 6:23 10:11,17 12:24
**helping** 56:8
**hey** 28:3 71:23
**higher** 63:21 65:22
**hire** 6:9,12
**hired** 18:15,22 46:1 70:13
**hirees** 29:24 30:4,17,21 31:12 32:25 33:6
**hires** 8:13
**hiring** 39:4
**historic** 39:2
**historical** 33:20
**history** 45:8 77:1, 18 78:23 79:21 80:7
**hold** 6:21 10:9 22:17 30:8 31:16 72:1
**home** 84:7
**housing** 41:14
**Houston** 11:5 12:2,5 14:5 16:8
**HR** 48:18 49:3 53:10 54:3 55:5 56:3 59:5,7,11 86:14 87:23,25 88:1,16
**human** 47:5,8,17, 25 48:2,9,11,23 51:23,24 52:8,24 53:2,3,6 59:2
**hurricanes** 84:4

I

**idea** 13:4 26:5 37:12,18 40:22 75:12
**ignore** 68:3

**ill** 44:19 49:18 75:21 76:2
**Illinois** 4:11
**illness** 21:6 49:17 70:7 84:15
**illnesses** 84:11
**imagine** 5:12
**impact** 18:14,21 70:12,18
**importantly** 5:2
**impossible** 38:8
**inappropriate** 51:15 54:4 55:1,9
**include** 82:2
**included** 12:12 37:15
**including** 57:8
**individual** 25:3 47:16 49:12 64:10 67:24 68:2 69:3,7, 21 77:13 79:18 80:15
**industry** 40:21
**influence** 64:24 65:4
**inform** 53:13
**informal** 63:8
**information** 20:24 25:16 27:18,20 31:10 38:9 41:3 53:22, 24 69:9,14 76:17 85:17
**informed** 53:2,25
**infraction** 54:23 63:16 69:9
**infractions** 69:4
**initial** 45:21
**initially** 7:15 17:8 37:22 45:2,4,13
**instance** 10:14 12:15 46:14 57:12 75:18 78:14 82:17
**instruction** 7:11, 14 9:2 55:20
**instructional** 8:24
**instructor** 7:1,2, 5,12,16,20,23 8:1, 2,5,12,15 9:23
**insubordination** 57:10 58:20,22,23 59:1,14 70:7
**interactive** 53:10,16,18 55:5
**interchangeably** 73:15
**interested** 29:16
**interface** 51:25
**International** 9:7
**interrogatories** 25:20 26:7
**interrogatory** 25:24 26:18
**interview** 10:7
**introduction** 51:1
**investigate** 65:15
**involves** 45:23
**irresponsible** 49:13
**issue** 58:5 63:4 77:6 83:4,13 84:18 85:18
**issues** 18:13,20 24:25
**items** 31:18 43:5 44:11,21

J

**job** 17:22,23 72:11
**jobs** 5:13
**Joe** 74:15
**Jones** 74:15
**Jr** 4:2,8
**junior** 22:12,14, 16 23:5,9 28:13, 14 35:7,14,19 36:1 41:10,11

K

**K-I-L-D-E-E-R** 4:11
**Kildeer** 4:10
**kind** 28:6 46:3,17
**knew** 24:7
**knowledge** 87:17

L

**Lacks** 34:1 35:20 39:13
**Lake** 7:8,10 8:12 9:3,4,9
**last-minute** 80:21
**lasts** 41:7
**late** 4:16 8:3 9:19 43:2,15 44:13 63:2 83:10
**Lauderdale** 9:8
**lawsuit** 45:23
**lay** 31:24
**lead** 5:4
**leader** 15:7
**learn** 27:13
**leave** 64:18
**leaving** 36:17 40:12,13
**led** 49:1
**left** 33:16 36:12 40:10
**legal** 59:4 60:13 76:2 83:3 87:15
**legally** 75:21
**legs** 82:18,20
**letter** 55:20
**level** 15:7 51:3,12 55:11,24 56:17 58:17 61:14,23 62:2 63:15 64:8, 15,24 65:10,20,24 67:11,17 68:25
**levels** 55:18 56:13,14 62:3 63:13 64:12
**limited** 38:13 82:10
**lines** 7:13 41:22
**link** 75:6
**list** 38:7 51:1 52:11 70:7 79:9, 11 85:20
**listed** 17:24 44:22
**listing** 17:24
**live** 41:11 71:4
**local** 16:18
**located** 20:21 50:7 64:25
**location** 7:9,11 9:4 11:16 12:8,19 14:8 18:5,7 26:2 32:22 37:3,5 41:14
**locations** 7:10 9:5,13,15 11:4 12:14 23:11 36:5
**long** 4:10 6:2,5,21 8:1 9:6,7 10:9 40:24 72:20
**looked** 19:14,16 75:18
**lot** 37:8 85:2
**lower** 35:16,17
**Luis** 5:19 6:1

M

**made** 53:12 54:1 56:7 75:2
**maintain** 15:13 18:2,4 37:1 47:11
**maintained** 7:3
**make** 22:17,18,20 29:8,13 43:25 53:11 55:7 65:8 66:9 67:11,20 68:11,23 81:3 86:1,25
**makes** 32:20 50:1 65:1,23 88:9
**making** 8:8
**management** 10:6
**manager** 15:7 52:15
**managers** 52:9, 10,17 73:12,16 76:15,17,19 77:9
**managers'** 73:22 77:20
**mandatory** 40:17
**manual** 19:17 42:7,10 46:7 70:24
**market** 37:11
**math** 25:21
**matter** 46:5 52:24 56:4,11
**Mcfarland** 32:11 72:21
**Meadows** 4:10
**means** 39:5,6 68:9 87:13,17
**medical** 76:2
**meet** 46:11,12 47:14,15 60:23 61:10
**meeting** 28:2

**members** 8:21 82:16,19 84:4
**memory** 25:15
**mentioned** 12:12 16:6 47:22,25
**mentioning** 39:4
**merits** 46:20
**method** 25:24
**methods** 83:21
**Metroliner** 5:17 6:17 7:4
**mid** 4:16
**middle** 30:4 31:11 33:6
**minimum** 82:25 83:3
**Minneapolis** 11:6 12:3 13:1,8, 11,12,15,18,20 16:9 17:3,7,11 22:10 23:4 28:11 30:5,19 31:12 33:1,23 34:25 36:9 37:14 38:25 40:24 45:12
**minutes** 43:17 44:15,20 72:21
**mischaracterizes** 30:9,23
**missed** 48:2 55:25 65:6 66:18 67:8 68:24 74:11 75:12 77:11 78:8
**missing** 42:16 45:20 79:14
**misusing** 49:24
**mix** 8:25
**mixing** 13:7
**modification** 85:23
**month** 8:25 36:21 37:9 38:10 74:5, 20
**months** 6:4 8:23, 25 41:7,10,17 75:9
**motivation** 77:3
**motorcycle** 48:7
**move** 6:24 17:14 18:8 37:9 38:7 39:20 63:15 70:2
**moved** 10:11
**movement** 40:21
**moves** 37:11 57:10
**moving** 63:19
**multiple** 69:22 71:11 81:14
**multitude** 40:20

**N**

**named** 11:12
**names** 52:12 79:9
**nature** 12:17 44:24 45:22
**needed** 8:24 18:8 32:18,21 33:3,8, 14,19,24 34:13,16 48:22 53:22,23
**needing** 26:18
**negligence** 70:7
**newer** 35:13
**noncompliance** 58:21
**Notably** 21:12
**notes** 6:22
**notice** 24:20 80:18
**notification** 87:7
**notified** 50:12
**notifies** 86:6
**notify** 44:4,12,14 55:13 86:9
**number** 5:12 15:18 17:5 27:16 35:2 37:23 40:10 49:16 62:24 74:14 75:15 76:5 77:11 79:21,22
**numbers** 24:7 26:1,6 34:9,21 39:11 77:2 79:14
**numerical** 32:4
**numerous** 17:23

**O**

**oath** 4:19
**Obispo** 5:19 6:2
**object** 22:22 29:9,12 31:16 59:3 83:23
**objection** 16:1 22:18,19,20 23:14 30:8,22 34:1,3 35:9,20 39:13 44:7 60:2,12 62:17 72:1 84:21 86:3,18 87:2,14, 22 88:4,13
**objections** 23:15 60:21 61:6,16
**obligated** 47:11 55:12 56:3
**obligation** 26:23 46:11 47:14,15 55:17 60:16,23 61:9,10,24
**observance** 48:14 51:20 53:1 55:4 56:1 86:13
**observation** 48:22
**OCC** 20:17
**occasion** 60:1
**occurrence** 42:21,23,25 43:6, 8,9,13 46:17 47:1 48:20 49:9 57:5 62:5 65:13 83:22 85:5
**occurrences** 42:20 49:7
**occurs** 43:9 63:20
**office** 63:3
**officer** 5:17,22 6:5,7,11 33:12 38:6 40:24
**officers** 8:20 33:9,24 36:8,12, 15 41:20
**official** 9:21
**Oftentimes** 83:9
**one's** 80:13
**ongoing** 83:13 84:18
**Online** 75:7
**open** 12:15 21:21 25:9 71:8 82:15
**opened** 13:16
**opening** 10:6 13:13 17:9 19:22 40:15
**openings** 31:5
**operation** 45:10 84:11
**operations** 15:11 17:12,16 18:4 20:18
**order** 11:5,7,9 71:2
**original** 12:11
**outlines** 20:11
**overnight** 82:22, 24
**oversight** 10:14, 15 11:20 12:14,21 13:2 14:2,12 15:2, 13 18:2 45:18
**overtime** 71:10

**P**

**p.m.** 88:23
**paraphrasing** 68:1
**part** 11:20 17:25 24:19 26:11 42:10 58:21 79:24
**partner** 85:19
**partners** 36:25 37:1 83:11
**passengers** 83:8,9,11
**past** 32:15 62:14 67:22
**pattern** 63:2
**pay** 64:11,19,20 71:10
**people** 25:14 29:17,22 39:20 57:1 68:24 70:4 75:1
**percent** 40:10
**perfect** 82:8
**performance** 73:13
**period** 8:4 9:3,15 10:21 34:19 35:1 39:7,16 63:24 74:8,19 75:5 76:6, 7 78:5
**periods** 38:12
**person** 18:18 22:1 24:16 25:7 29:5 31:13 52:3,5 55:23 58:5 65:1 81:20
**personnel** 12:19 33:13 67:9
**PETERSEN** 12:22 16:1 19:6 22:17 23:14 24:5, 22 25:10 26:13 27:4,24 29:8,15 30:8,22 31:16 32:3 34:1,6 35:9, 20 39:13 44:7 58:10 59:3 60:2, 12,21 61:6,16 62:17 72:1,20

83:23 84:21 86:3, 18 87:2,14,22 88:4,13,21
**phrase** 35:15 43:7
**physical** 18:5
**physically** 14:8 75:21 76:2
**pick** 21:23 82:16 83:2
**picked** 21:22
**pilot** 8:6 9:20,21 10:5,9,13 11:13, 23 12:5,6,11 13:19,20,23,24 14:1,3,7,9,18 15:2,4,6,11,13,16, 17 16:11,13 17:3, 5,8,10,11 18:1 19:17 20:6,12,16, 23 21:4,7 30:17 34:15 39:10 40:7, 8 42:4,6,7,15 43:24,25 44:3,15 45:19 46:5,7,22 47:6,20,23 48:5, 13,22,24 49:17,23 50:4,7,10,11 51:4, 5,7,10 52:25 53:14 54:3,11,17 55:8,12,13,16,22, 23 56:3,20 57:9, 10,14,20,21 58:22,24 59:8,12 60:15,22 61:2,9, 24 62:25 63:9,19, 24 64:15,22,23,25 65:7,8,9 66:4 67:18,20,21 68:3, 4,13 69:3,21 70:22,23,24 71:6, 9,14,16,23,24 72:5,7 75:23 76:1, 25 77:11,13 78:9, 25 80:23 81:6,13, 17 83:2 85:25 86:1,7,10,12 88:11
**pilot's** 20:8 45:7 49:14 50:3 51:2 56:8 59:13,15 64:4 78:22 79:18, 20 80:6
**pilot/director** 17:15,22
**pilots** 7:20 11:16, 18 12:1,7 14:6,9, 11,12,24 15:21 16:17 17:18 18:2, 14,21 19:21,25 20:2,12 22:9 23:10,22,23 24:15 28:15,19 29:19 31:25 32:18,21 33:3,9,15,19 34:10 35:13,16 36:1,4,11 37:2,13, 19 38:13 39:4,6,9, 11 40:2,12,13,19 41:9 45:10,14,16 49:17,19 56:22 58:14 67:13 68:10,12 69:18 70:12,18 71:4,13, 18 73:6,12 75:6, 20 76:21,24 77:14,15,17,23 78:16,17 79:8,13 80:15,19 82:4 83:15,16 84:4,8, 13 85:9,11,14
**pilots'** 21:24
**place** 14:5,16 16:22
**places** 9:12
**plane** 6:15 7:22
**planned** 21:25
**planning** 82:23
**point** 11:18 12:4 17:2 20:18 45:6, 19 47:13 52:1 54:11 79:19 86:15
**points** 80:7
**policies** 49:10 54:15 72:7
**policy** 10:7 18:3 19:14,17,20 21:4 42:4,7,10,12 43:4 46:7 49:5,24 50:21,23 56:19 62:3,11 64:1 66:11,18 67:7,14, 16,23,24 68:14 70:24 71:3 72:9
**pool** 81:14
**population** 78:9
**posed** 70:11
**position** 5:15,21, 22 6:1,2,14,21,24 7:16 9:18,21,23, 25 10:3,5,6,10,11, 12,18 12:10,11 17:13,25 26:14 52:15
**positions** 10:2,4 40:3,14,15,18
**Possibly** 50:14 62:21
**post** 21:21
**posted** 10:6 82:15
**posting** 83:21
**potentially** 63:21 71:11
**Potter** 14:17
**practice** 63:9
**practices** 49:19
**prefer** 83:6
**preference** 28:20 31:6
**preparation** 28:6
**prepare** 19:10 82:25
**prepped** 26:15
**presence** 16:18
**presume** 18:23 53:21,23
**pretty** 26:4
**prevent** 4:21 21:11 81:10
**previous** 33:12 39:2 44:18 68:17
**primary** 7:9,11, 17 8:14 9:5 14:8 18:7 20:18
**prior** 13:12 30:9, 23 38:22 42:10 66:15
**problem** 28:2 46:4
**procedures** 8:18 18:3
**process** 10:8 19:12 20:12,14 51:2 53:11,16,18, 21,22 54:18,19 55:6 63:14 65:10, 12,14,17 66:6
**processes** 54:21
**production** 26:7
**program** 20:11 42:8 46:13 56:6, 13 58:21 77:4
**progresses** 12:13
**projected** 38:11
**proper** 27:14
**protect** 37:22 82:12 83:1,8
**provide** 16:18 21:5 25:23 55:16 67:24
**pull** 25:22 50:20 69:15 73:4 79:13
**pulled** 50:21
**pulls** 80:3
**purpose** 74:3
**put** 28:19 31:6 70:2 78:13,14 83:6

**Q**

**qualifications** 7:3
**qualified** 7:2
**question** 4:17 11:22 19:23 23:1, 17 24:4,18 30:11, 12,14,15 31:8 33:12 34:23 38:12,17 44:18 53:15 56:10 60:7, 19 61:2,9,17,21 70:11 71:21 81:7 83:5 84:12,25 85:16 86:22 88:15
**questioning** 29:10
**questions** 4:24 5:1 18:13,19 23:20 24:2,3,5,6, 14,18,23 25:8,21 26:10,24,25 27:2, 19,25 31:17,25 32:4 42:9 62:23 71:20 86:12 88:19,20,21
**quick** 70:10 79:23
**quickly** 38:6 78:20 84:8
**quote** 49:22

**R**

**range** 78:13
**raw** 74:10 75:15
**re-argue** 29:9
**read** 67:23 70:11 88:22
**reading** 50:25
**real** 78:22
**realigned** 10:17
**realm** 57:10
**reason** 18:23,25 20:3 21:5 40:11 43:12 44:12 46:5 47:7,24 56:5 58:3 59:20 60:23 70:20 71:8 73:20 77:2 84:15,20
**reasonable** 53:12,25 54:8 56:7 86:23
**reasoning** 45:11

**reasons** 50:8 53:1 55:4 56:1 57:1 59:14 60:11 61:4,14 76:19 81:16 86:13
**reassigned** 82:19
**recall** 4:15,16 10:19 11:9 12:25 13:8,12,13,14,17 15:23 16:5 17:7 48:17 49:1 72:16 76:14 77:22 80:11 87:12
**receive** 45:19 46:15,17 61:14 87:6,7
**received** 41:24
**receives** 45:2
**recent** 78:12,21
**recently** 84:3
**recess** 32:13 72:22
**recommend** 65:19,21
**recommendation** 65:8
**record** 5:4 12:24 66:24 79:18
**records** 62:22 66:12,13,16,23 67:9 68:22 69:1,3, 21
**refer** 47:5,25 48:10 54:21 55:4 59:2 66:20 69:2 87:23,24
**reference** 51:3
**referred** 23:4 28:12,14 35:19 48:18,23 52:24 56:3 87:6
**referring** 40:4 42:5 51:4,7 54:19 78:11
**reflected** 74:12
**reflow** 21:24 71:12
**refusal** 59:13,15, 19
**refuses** 46:6 61:24
**refusing** 61:10
**regard** 27:20
**region** 12:12 15:8,13,20 50:10 56:21
**regional** 14:1,2 15:12,16,17,21 17:17 50:11 51:10 55:23 64:21,22 65:9
**regular** 83:22 84:10,19 85:5,7
**regulations** 49:18
**relations** 52:1, 10,11,16,17 53:9 64:5 86:15 88:12, 16
**relative** 31:17
**relevant** 54:7
**reliability** 20:11 42:4,7 45:7,9,15 46:13 56:6,13 58:15,18,20,21 73:6,14,17,19,23 74:2 76:12,18,21, 22 77:3,6,18,20, 24 78:1,3 79:15, 18,21,25 80:4,7, 10,16
**religious** 47:20 48:14 51:20 53:1 55:4,25 58:25 59:14 60:11 61:4, 13 70:16 86:13 87:21
**remain** 12:6
**remained** 7:8
**remember** 11:17 31:4 48:17,18,20, 21 57:18 62:21
**remote** 88:23
**reopened** 12:16
**rephrase** 5:1
**replace** 7:24 12:5
**replacement** 55:22
**report** 14:9 40:5 43:15,17 44:20 66:3 69:15 72:25 73:4,5,18,22,24 74:3,7,13,20 75:3 76:10,15 77:20 78:3,10,11 79:4, 12,25 80:13 84:14
**reports** 45:8,15 50:15,17 73:9,11, 16 84:13
**representative** 25:5 26:20
**representatives** 27:11
**representing** 33:5
**request** 49:22 70:16 72:15 87:10,21
**requested** 88:25
**requests** 26:7 29:2
**require** 71:1
**required** 18:15 37:14,20 44:16 70:13
**requirements** 39:2,3 59:18 76:3
**requires** 19:24 60:24 61:11 64:1 85:18,22
**reschedule** 85:14
**rescheduling** 82:3
**research** 11:3 33:20 34:8
**reserve** 19:20 21:12,17,18,19 22:2,4 38:13,14 40:25 41:4,6,9 71:6,9,14 81:6,11, 13,14,17 82:3,8,9 83:6 84:8 85:25 86:7,10
**reserves** 41:23 81:9,15 82:10 83:20
**reside** 41:13
**resources** 21:11, 20 47:5,8,17 48:1, 3,9,11,23 51:23, 24 52:8,25 53:2,3, 6 59:2 81:18
**respond** 22:21 31:19
**response** 25:23
**responsibilities** 18:1
**responsibility** 42:14 49:8
**responsible** 7:22 85:24
**rest** 82:7,24,25 83:3
**restate** 19:6 23:1 30:14,15 85:1
**result** 44:1,2,6 46:25 48:2 60:17
**retirement** 40:17
**retirements** 40:17
**review** 19:13,15 42:12 45:9 51:23 64:2,3,6,20 67:24
**reviewed** 42:10
**reviews** 50:4
**rides** 8:20
**riding** 48:7
**rolling** 76:9 77:1, 18
**roughly** 8:5
**routes** 41:22
**row** 77:23
**Roy** 4:2,8 22:18, 20 72:3
**rule** 57:25
**rules** 4:19 25:2
**run** 83:10
**running** 69:17 79:17 83:12

### S

**S-A-D** 43:18
**Sabbath** 18:16 44:6 45:25 46:2 70:14,18 72:13
**SAD** 43:11,18,19 44:1,6,9,10,13,19 45:6 46:3 75:13 78:19
**SADS** 43:13,22 44:21
**safe** 80:17
**safety** 9:7 18:4 49:19
**salaried** 7:16
**Salt** 7:8,10 8:12 9:3,4,9
**San** 5:19,25 6:1,5, 7,11,20 7:8,13
**Saturday** 37:16 38:1 45:25 46:10 70:21
**Saturdays** 37:24 38:1,3
**save** 27:17,21,22
**SB3100** 17:24
**scenario** 72:4 82:8 84:9
**schedule** 21:25 37:1,23 38:10 39:9 42:20 43:3, 10,13 46:21 47:12

55:13 56:4 85:18, 22 86:7,10
**scheduled** 37:22 43:17 46:23,24 60:16,22 76:23,24 84:14
**scheduler** 86:9
**schedulers** 85:15,21,23
**schedules** 12:10 37:4 38:11 71:12 85:15,17,21
**scheduling** 20:17 21:11 44:4
**scope** 16:2 22:23 24:24 29:10 72:2 83:24 86:4
**Scott** 23:16,17 24:12 27:15 31:24 88:20
**screened** 31:6
**Seattle** 9:8
**secondary** 7:18
**section** 42:6
**seek** 40:19 53:24
**select** 56:15,17 75:6 78:15,17
**selected** 80:3
**selection** 10:8
**self-explanatory** 56:14
**send** 26:6,18 47:17 48:9 51:22
**senior** 36:3 71:15
**seniority** 23:12, 24 28:19,20 29:1, 4,6,21 30:1 31:3,7 33:15 35:16,17 38:7 70:22 71:2,5, 14,18,23 72:6,7
**sense** 29:13
**separation** 50:22 55:21
**series** 4:23
**serve** 74:2
**sessions** 8:15
**set** 21:12 41:14
**Seventh-day** 45:24
**severe** 72:5 84:3
**Shaking** 5:3
**shocked** 25:12 26:2
**show** 20:7 42:1 43:15 44:4 66:21 69:16 75:25 78:4, 6,17,18 79:18
**showed** 73:1
**shows** 68:24 73:4,6,7 74:13 75:8,15,17 76:9 78:16 79:13,21 80:6,8
**shrink** 34:22 37:9
**sick** 43:25 44:2, 15,18,19 49:20,23 70:3 75:13,20 78:18 85:11
**side** 37:10
**sign** 88:22
**signature** 88:25
**similar** 66:22 69:4 76:15
**simple** 22:2 46:21 57:13 70:4 71:14
**simulator** 8:15, 16 9:12,13
**simulators** 8:17
**site** 14:1,8,11,14 15:12 16:10 17:6, 12
**sitting** 27:23
**situation** 21:14 41:12 48:12 55:3 66:17 71:25 72:6
**situations** 66:22 71:17 84:5
**Skywest** 5:8,10, 16 10:3 15:22,25 19:24 20:4 21:8 24:10 25:5 26:15, 19,22 27:6,10 28:1 29:23,25 30:1,6,17,20 31:9, 10 32:18,20 33:2, 5,8,19 56:24 57:4 58:1 66:21 70:17 73:21,23 75:7
**slack** 83:2
**slang** 35:15,19
**slowdown** 38:16, 18,19
**slower** 37:24
**someone's** 28:22 63:2
**something's** 50:1,2
**sooner** 44:15
**sort** 17:3 18:13, 20 40:7 65:10 66:6 74:7 77:10 79:5 83:13
**sound** 75:3
**sounds** 23:19 84:18
**sources** 69:8,14 78:7
**southeast** 84:4
**SP3006** 19:15
**Spagnolo** 26:24 27:2 31:18 32:8
**speak** 63:11
**speaking** 32:15
**specific** 10:19 11:19 14:12,13 16:15 20:5,11 34:23,24 40:10 51:5 52:3 70:25 74:12 79:6
**specifically** 11:2
13:3,9 16:5 23:21 33:10 36:12 41:25 44:9,22 48:21 49:2 52:25 73:7
**Speculation** 34:2 35:21
**spelled** 4:11
**Spencer** 82:1
**spend** 8:5
**spot** 31:20
**Springs** 11:6 12:3 16:9
**St** 18:10,11 20:22
**staff** 15:2,3,5,9,12 16:10,11 17:12 51:9
**staffing** 12:9 15:10 33:14 37:5
**standard** 65:14
**stands** 61:21
**start** 4:24 5:9 6:15 20:7
**started** 7:25 11:18 35:6
**starts** 54:17
**state** 4:7 25:4 57:21
**stated** 56:2 73:25
**statement** 55:20 58:5 69:1
**states** 47:6 48:6 80:23
**station** 15:8 82:24
**stationed** 7:6
**statistical** 24:6
**statistics** 25:12, 22 26:1
**status** 41:1,4 64:20
**stay** 82:22
**step** 63:14
**Steve-o** 26:11
**stopped** 6:10
**Strindberg** 4:6 12:25 16:3 19:8,9 23:3,16 24:12 25:7 26:4,22 27:15 28:9,10 29:14,16 30:10,24 31:23 32:10,14 34:5,12 35:12,22 39:15 44:25 58:16 59:5 60:4,6,18 61:1,12,20,22 62:19 72:10,18,23 83:25 84:24 86:25 87:3,16,20 88:1,8, 18
**structure** 7:18 10:14,15 11:21 52:23
**stuff** 19:24 31:20
**subject** 61:25 62:1
**subordinates** 76:20
**subpart** 44:14
**substantial** 38:2, 3
**successful** 10:8 21:21
**sufficient** 73:23
**summer** 13:5,10 30:16
**sundown** 37:16 45:25
**supervising** 10:22
**supervisor** 15:11 50:3 64:4 65:19, 20,21
**supervisors** 11:16 13:21 17:12
**supervisory** 16:18 66:2
**support** 20:16, 19,21,23 21:10

32:22 44:13 45:2, 5 81:8,19,21,22, 25 85:13,16,25
**supposed** 20:9, 15
**surrounding** 54:13
**suspend** 64:1
**suspending** 63:23
**suspension** 55:21 64:11,18
**sworn** 4:3
**system** 10:16 12:9 18:9 30:2 33:14 72:8 82:7

T

**takes** 21:2 81:19, 23
**talk** 23:19 27:11 32:12 66:12 67:1
**talked** 72:24 79:2 86:11
**talking** 28:11 40:23 66:19 69:12 80:1 84:16
**talks** 54:17
**teach** 8:13,15
**team** 52:4 53:10 81:22,24 85:13
**technically** 44:18
**Ten** 72:21
**ten-year** 8:4 9:14 10:20
**tended** 35:7
**tenure** 10:12
**term** 49:25 51:4 54:24 68:7,8 87:9, 13,24
**terminate** 58:18
**terminated** 58:8, 14,23 63:12
**termination** 46:25 57:8 58:6 63:6,17,21,23
**terminations** 57:19
**terminology** 65:25
**terms** 15:15
**territories** 52:18
**test** 25:15 85:20
**testified** 4:4 31:19 32:8
**testify** 24:10,24 26:15 32:7
**testimony** 22:23 28:3,5 30:9,23 31:21,24
**theory** 63:17
**thing** 22:3 68:10 74:16 81:2,5 83:22
**things** 21:13,16 23:24 27:22 32:8 39:10 40:16 41:15 48:4 72:24 73:3 82:11,13
**thought** 14:4 75:2
**three-year** 39:15
**time** 8:5 9:3 11:14,15 12:15 16:6,22 21:21 24:21 26:2 27:17, 21,22 28:7 35:1 37:15,20 38:14 39:3,7 43:17 44:20 50:16 57:15 63:24 69:15 70:21 74:19 75:5,18 76:6 78:22 80:3 82:11,15
**times** 9:16 20:2 61:19
**title** 77:22,25
**today** 4:21 19:1 20:13 26:19 52:12
**today's** 78:15
**Todd** 22:19
**told** 18:25 22:8 30:3,16 31:9 33:1, 5 59:9
**tolerate** 58:23
**tool** 74:1 78:1,12 79:16 80:2,4,5,10, 13
**tools** 74:25 76:20 77:21 80:1,14 82:2
**top** 34:9
**topic** 31:22 70:10
**topics** 24:10 25:6 26:8,20 27:16
**toss** 47:8
**total** 69:17 74:10 76:9 79:17
**totals** 75:11
**tough** 27:8
**track** 73:12 74:2, 24 76:20
**tracks** 74:7
**Traditionally** 23:7
**train** 8:17
**trained** 47:18
**training** 6:14 7:9, 10 8:19 9:6,12 28:22,25 29:3,4,6, 17,20,21 30:18 40:25 41:20
**transferred** 23:23 32:1 36:8, 12,16
**transfers** 29:18
**transition** 9:18
**treat** 54:12 61:2,5
**treated** 59:22,25 62:9 67:3
**trip** 20:13 21:1,21 71:7,24 75:23,24 80:24 82:15,16, 22,25 83:21
**trips** 21:24 71:19, 21,22 75:25 82:4
**trouble** 77:4
**true** 30:20
**truth** 4:20
**Tuesday** 48:8
**turn** 88:15
**turns** 26:16 28:1 78:24
**type** 23:24 43:14 46:16 71:25 74:16 77:12 83:21
**types** 40:14 43:19 48:3
**typically** 56:24 57:4 58:4 59:25

U

**uh-huh** 5:3 41:8
**ultimate** 16:24
**ultimately** 18:3 42:17 66:1,4
**unable** 21:1 43:1 57:11
**unavailable** 20:20 43:7 44:11
**understand** 4:19,25 11:22 22:11 23:18 25:2, 10 29:18 30:12,13 40:6 53:15 56:25 57:24 58:17 67:10 76:4 77:5,7 81:4 82:3,14 83:18 85:12
**understanding** 14:20 40:12 53:9 68:6
**understood** 5:4, 5
**undue** 87:9 88:3, 6,10
**unexcused** 57:3 59:20 60:24 62:15 63:16 84:17
**unfair** 71:15
**unnecessary** 49:6
**unusual** 57:20,21
**unwilling** 57:17, 22 58:4 59:17,22 60:17,23 78:25
**upgrade** 6:13 17:4
**Utah** 18:11
**utilize** 21:11

V

**vague** 30:22 44:7 84:21
**vaguely** 48:18
**variables** 49:16 57:25 86:22
**varies** 16:4 52:7
**vary** 26:1,2
**verbal** 55:19
**versus** 8:6 15:16 61:13
**view** 23:18 47:23
**viewed** 29:12
**violation** 46:6 66:18 71:6

W

**wait** 88:16
**waived** 29:12
**wanted** 31:14 71:24
**warning** 55:19
**warrant** 13:23 61:22 63:5

**warranted** 17:5 55:25

**warrants** 59:10

**weather** 84:3

**Wednesday** 46:10 47:10

**week** 38:3

**weeks** 9:23

**well-being** 78:23

**west** 84:8

**whatnot** 24:15

**willful** 46:12 70:6

**William** 4:2,8

**wondering** 63:1, 7 68:11

**words** 5:3 29:5 53:8 58:2,3 63:2, 10 65:5,18 67:2 68:6 70:15 71:22 79:6

**work** 9:15 14:8 18:5,7,8 21:15 43:2,8 51:8 52:6 56:21 70:4,25 71:1 75:1 78:18, 25 83:16 84:7,14

**worked** 7:4 11:24

**working** 52:21

**works** 27:9 33:14

**wrap** 72:19

**written** 55:19

**wronged** 72:8

## Y

**year** 7:19 31:11 36:21 38:19,22 74:20 76:7 77:12 79:14

**years** 4:15 6:9,11 12:16 38:14 58:13

**yesterday** 23:20 24:3,6,13 25:13, 23 26:12 31:19,20 32:4 74:4

**yesterday's** 78:14

**younger** 28:15

## Z

**ZIP** 4:11

# EXHIBIT 6

# Remote Deposition of
# Roy William Glassey, Jr.

Date: February 24, 2021

Case: Cassell vs. SkyWest, Inc.

Case No: 2:19-cv-00149-jnp-dao

*Reporter: Kelly Fine-Jensen, CSR, RPR*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

SHANE ANDREW CASSELL, )
)
Plaintiff, )
) Civil No. 2:19-cv-00149-jnp-dao
vs. )
) Judge Jill N. Parrish
SKYWEST, INC., d/b/a ) Magistrate JudgeDaphne A. Oberg
SKYWEST AIRLINES, )
)
Defendant. )
_______________________________)

REMOTE DEPOSITION OF ROY WILLIAM GLASSEY, JR.

February 24, 2021

Salt Lake City, Utah

Repored by: Kelly Fine-Jensen, CSR, RPR

REMOTE DEPOSITION OF ROY WILLIAM GLASSEY, JR.

BE IT REMEMBERED that the remote deposition of ROY WILLIAM GLASSEY, JR. was taken via videoconference by the Plaintiff before Associated Reporting & Video, Kelly Fine-Jensen, Court Reporter in and for the County of Salt Lake, State Utah, on Wednesday, the 24th day of February, 2021, commencing at the hour of 11:50 a.m. in the bove-entitled matter.

APPEARANCES (Remotely):

For the Plaintiff: STRINDBERG & SCHOLNICK, LLC
By: Erik Strindberg, Esq.
1516 West Hays Street
Boise, Idaho 83702
Telephone: (208) 336-1788
Facsimile: (208) 287-3708
erik@utahjobjustice.com

ASSOCIATED GENERAL COUNSEL
GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS
By: Todd R. McFarkabd, Esq.
12501 Old Columbia Pike
Silver Springs, Maryland 20902-6600
Telephone: (301) 680-6321
Facsimile: (301) 680-6329
mcfarlandt@gc.adventist.org

For the Defendant: FABIAN VANCOTT
By: Tanner J. Bean, Esq.
215 South State Street, Suite 1200
Salt Lake City, Utah 84111
Telephone: (801) 531-8900
Facsimile: (801) 596-2814
tbean@fabianvancott.com

Also Present: Todd C. Emerson



I N D E X

E X A M I N A T I O N


| ROY WILLIAM GLASSEY, JR. | PAGE |
|---|---|
| By: Mr. Strindberg | 4 |


E X H I B I T S


| NO. | | PAGE |
|---|---|---|
| 43. | E-mail String, SkyWest 000079-80 | 33 |
| 44. | Interview Notes, SkyWest 000069-78 | 27 |




P R O C E E D I N G S

ROY WILLIAM GLASSEY, JR.,

called as a witness, having been first duly sworn remotely, was examined and testified as follows:

EXAMINATION

BY MR. STRINDBERG:

Q. Please state your full name.

A. Say again, please?

Q. Please state your full name.

A. Okay. And just so you know, you're sounding a little bit muffled.

My full name is Roy William Glassey, Jr.

Q. Let me double check my microphone.

Well, if you can't hear me, let me know.

A. Yeah. I can hear you now. It just sounded a bit muffled. But it sounds clearer now.

Q. Okay. Sounds good.

So, let's just sort of jump into it. You know, the same rules as last time, answer audibly, using words. If you don't understand one of my questions, please let me know.

You indicated, from the last deposition, that in approximately the middle of 2016 you became



the chief pilot and director of flight ops for SkyWest; is that correct?

A. Yeah. That's in that testimony. I believe it was August 2016. Is that what I said?

Q. And as chief pilot for SkyWest, what are your job duties?

A. Well, I stated that when we spoke previously. That should all be in the records from before.

Q. Well, it wasn't clear. So, could you please tell me what your -- I mean, is chief pilot and director of flight operations one position or two positions?

A. It's -- it's one position. Chief pilot is the FAA equivalent title for the Part 119 responsibilities.

Q. Okay.

A. Director of flight operations is our corporate title.

Q. Okay. And what are your job duties as chief pilot/director of flight ops?

A. Well, those are stated specifically in SB 3100. But, in general, just as I stated before, I'm responsible for assuring safety of the airline, policy, compliance of the pilots, and safe

Page 6

operations.
There are numerous duties. That's why I would refer you back to my previous testimony and/or the SB 3100 reference that lists those out specifically.
Q. Uh-huh (affirmative). So, how do you go about ensuring policy compliance?
A. Can you be more specific? That's a very broad question. We have multiple policies. And as we track the airline and the operation, we just assure that things are running smoothly and as are supposed to run. We have thousands of policies.
So, which specific policies are you asking about?
Q. Well, you said policy compliance is one of our job duties, assuring policy compliance. So, I'm just asking how you go about doing that job duty?
A. Okay. Well, I have a staff. And we monitor and track pilot performance in all areas. We have a very broad collective bargaining agreement, policy manual. We have a flight operations manual. Policies within that. So, we track the -- that's a very broad question for -- for this. We -- we watch the operation very closely. We -- we track the flights. We track the pilots. We stay ahead of

Page 7

that. And when we see something that might not be within compliance, we investigate further.
Q. And how many people report to you directly?
A. Well, I'd have to look at that. But I have a team of chief pilots, with assistant chief pilots and supervisors. And then we have line pilots. And I'd have to look at the latest, but we're in the neighborhood of 5,000 line pilots. That number varies based on attrition and such.
Q. Right. When you say you track flights, what exactly are you tracking and how do you go about tracking it?
A. Again, that's a very broad question. You know, there's a lot that goes into launching a flight. We have an operational control center that tracks flights. They notify me if there is a concern that's noted. We have a scheduling department that schedules flight crews. I'm notified if there's a concern in that area. That's a very broad question. We have a very robust and broad infrastructure for tracking flights to ensure safety.
Q. Right. But you indicated -- and may I call you "Roy"? Is that all right?
A. Certainly. Uh-huh (affirmative).

Page 8

Q. Roy, you indicated that you track flights as part of what you did. So, I'm just asking what you do?
A. Well, that's my responsibility, to keep track of this. I'm fed information from multiple data sources.
Q. Uh-huh (affirmative). And what are you looking for as far as tracking the flights? What kind of aberrations or deviations are you looking for?
A. Again, that's -- that is a very broad question. There are unlimited things with that. I'll -- I'll name a few. I need to track -- I assure that flights are operating on time, safely, without any deviations. I'm notified by the FAA if there are deviations, such as course deviations and such. I ensure that pilots are compliant with the policies. You know, when it has to do with just a flight, moving a flight from point A to point B, I'm looking at all the operational touch points as the information is provided to me.
Q. Prior to 2020, how many flights a day would SkyWest typically operate? Do you have any idea?
A. Prior to what date in 2020?

Page 9

Q. Well, prior to the pandemic sort of causing havoc.
A. Well, I would estimate -- I don't know specifically. But I would estimate prior to the first quarter of 2020, where things slowed down tremendously, I would estimate 2,700 to 2,900 flights per day, depending on the day. But that's a general range. I would have to look at historic data to see what we operated. But that's a general range.
Q. You used the term "deviations." What is a "deviation"?
A. A deviation is any sort of -- as the word implies, it's an excursion from the expected pathway. For instance, if a flight is assigned a flight level of 27,000 feet, and they're at 27,300 feet, they've deviated from their altitude. Same with course. There's -- a flight is supposed to remain on course. And if it deviates off course or if there's an excursion, that's a deviation.
Q. And do you personally keep track of all the deviations from every flight or do other people do that?
A. No. I track what's fed to me that's relevant.
Q. Uh-huh (affirmative). And who -- who is

Page 10

doing the feeding to you?
A. That's a broad question. We have multiple departments and agencies that watch every flight.
Q. Uh-huh (affirmative). So, I gather what you're saying, like crew scheduling will feed you certain information?
A. Yes. If it's in that area.
Q. What kinds of information -- I mean, I can't imagine that they give you information about every flight. What would cause them -- crew scheduling to feed you information, to use your terminology?
A. Well, if -- again, that's a very broad question. You know, with 5,000 pilots, we may have scheduling issues to get flights covered if we have an absence that disrupts the operation. You know, if we need help or assistance with coverage. If we have an absence that results in an operational disruption, such as a delay or a cancelation, I'm certainly notified.
Q. Okay. Do you meet on a regular basis with the head of crew scheduling?
A. What do you mean "a regular basis"?
Q. Well, do you -- let me ask this. Do you ever meet with the director of crew support, let's

Page 11

say?
A. Certainly.
Q. How -- and that's Anita Spencer; correct?
A. Correct.
Q. How often do you meet with her?
A. Just as -- as required. We don't have a standing meeting. We -- we meet when it's appropriate to meet.
Q. How about with the people in crew scheduling, do you have any set time or schedule for meeting with people in crew scheduling?
A. I -- we meet as -- just as I said, we meet when it's appropriate to do so, when there's business to take care of or when we have things to work on. So, as far as a set time, like every Tuesday at four o'clock, no.
Q. Uh-huh (affirmative). The reason I ask, Roy, is when I deposed Coy Bryant, he sort of -- and I can't remember the term he used -- but it sounded like there was some kind of a regular meeting that took place in flight ops to review what was going on.
A. We have multiple meetings.
Q. I'm sure you do.
A. Yeah. We have multiple meetings with various participants. So, you know, your question is

Page 12

very broad. This is a big company, a big airline, a lot of moving parts. We have multiple meetings with multiple individuals.
You asked about a specific meeting with Anita or a standing schedule, it's difficult to answer that question.
Q. So, there's not like a set time that all the directors and flight ops get together?
A. Well, it depends on the week. We have set times and set meetings, and then those meetings get -- times get amended as need be. We do have director meetings, certainly. Every corporation does.
Q. And how often do the directors and flight ops get together?
A. It depends on the week.
Q. Is a weekly meeting scheduled?
A. Normally.
Q. When is it normally scheduled?
A. It depends on the week. You know, the days can change. It gets rescheduled. I'd have to look at my calendar to see what it's scheduled this week. It could be Tuesday and Thursday. It could be Monday, Wednesday, Friday. You know, I don't have it scheduled this week. But, you know, those

Page 13

meetings -- we have the meetings, but the times are somewhat flexible based on our workload.
Q. And these director meetings, who -- who goes to them?
A. Well, they're generally conducted by the vice president -- or the senior vice president of flight operations, Tracy Gallo, and his director core attend the meetings.
Q. And who is that "core"?
A. That would be the director of crew support, Anita Spencer; director of training, which is David Moxham; director of aircraft operations, which is Chris Brown. And then if somebody else needs to be in the meeting for some specific reason, they'll be brought into the meeting as well.
Q. And you didn't name yourself, but I gather you also attend?
A. Okay. Roy Glassey, director of flight operations attends the director meeting.
Q. What I'm trying to get at, Roy -- I'm not trying to pin you down. Because I understand that your schedule probably varies day-to-day. I mean, what does a typical day look like for you? What do you do on a day-to-day basis, typically?
A. A typical day?

Page 14

Q. Yes.
A. Oh, again, that's a very broad question. My typical day is -- depending on the day, the time, I have multiple meetings with various individuals. I meet with my chief pilot team. We review crew issues. We review operational issues. We look at performance, our on-time performance and completion, which is critical to our business success. We review that daily throughout the day. We look at crew member attendance. We look at crew member issues. I -- I -- we'd be here till next week with me telling you all the different things. But that's just a general beginning of the day.
Q. Okay. That's the beginning of the day. What then happens?
A. That's also throughout the day. You know, that all happens -- you know, I get multiple e-mails, messages, calls. We have operational issues. You know, if we have an aircraft issue, a return to field issue, we need to follow up with the crew members. It just goes on and on.
So, my typical day cannot be described as "typical."
Q. You used the term "return to field." What does that mean?

Page 15

A. If an aircraft takes off with a destination in mind and they're unable to continue, they'll have to return -- and asks to return to field for a mechanical issue, we call that a "return to field." That's just an example of some of the operational issues that we might deal with. Obviously, a return to field situation requires follow up with the flight crew. So, I brought that up just to illustrate a typical task.
Q. Okay. And you used the term "we," saying we look at on-time performance, absences, things like that.
When you say, "we," who are you referring to?
A. Well, primarily myself and the chief pilot group, the supervisors, and assistants. My staff.
Q. How many people are there in this chief pilot group?
A. Well, I have -- and I went over that last time we met. So, do you want to refer back to the record? I believe we talked about that; didn't we?
Q. In part. I'm asking you to be more specific.
A. Well, I was very specific last time, from my recollection. I explained the regional oversight

Page 16

structure.
Q. Uh-huh (affirmative).
A. Do you want me to restate that?
Q. Well, how many chief pilots do you have?
A. I have six chief pilots.
Q. And where are they located?
A. We have regions. But their primary work locations would be Portland, Los Angeles, Salt Lake City, Denver, Minneapolis, and Chicago.
Q. And how many assistant chief pilots are there?
A. Oh, I -- I might be off by one or two, but I think I have 28 that are divided among the regions. I'd have to look at my directory.
Q. And then you said below that, there were supervisors? Did I understand that correctly?
A. They're within the 28. So, with the -- or the -- that's a ballpark. We've had a few replacements. But there's assistant chief pilots and flight operation supervisors, whose function -- although their titles are different, the functions are very, very similar. They assist the regional chief pilot.
Q. Okay.
A. Local domicile staffing.

Page 17

Q. We were just deposing Anita Spencer. And she was talking about pilots dropping flights and trading flights and those types of things.
I gather that's something her department takes care of, as opposed to your department; is that correct?
A. Primarily, yes. Yeah.
Q. And you would only get involved, say, in a drop or a trade, that type of thing, if it causes, in your words, an operational issue; is that correct?
A. Correct. That, or breach in seniority, breach in policy.
Q. Do breaches of seniority occur quite often or is it a rare occasion?
A. It -- it's rare because we have very specific policies to prevent that.
Q. But if there is, what happens? Might a pilot make a complaint regarding seniority issues that would come to you?
A. Yes. They could file a complaint. They could file it through the labor group.
Q. And are you the one who would ultimately resolve any seniority issue?
A. Well, I'm -- I assist with that.
Q. And who -- who else is involved in that?

Page 18

A. Well, there are several. You know, the crew support department and -- because there's generally a scheduling issue or whatever. Yeah. Ultimately, comes to me.
Q. Okay. Does Tracy, your boss, get involved as senior VP?
A. He does when he needs to.
Q. And I gather you split your time between Chicago and St. George; is that correct?
A. Yes. My primary work location is St. George. With -- with the pandemic, I've been working remotely into the Chicago area more than normal. But my position does take me around the system. We have several domiciles, and I do need to get out to the domiciles and visit those.
Q. So, understanding that schedules have been changed because of the pandemic, but pre-pandemic, would you travel to each of the domiciles on a regular basis?
A. Yes.
Q. And how many domiciles does SkyWest have?
A. Well, pre-pandemic, 20. We're down to 18.
Q. And how often would you get to those 18 or 20 domiciles?
A. I can't really answer that accurately.

Page 19

Really, as needed. You know, some I would visit more than others based on crew activity and such.
Q. Does your department -- do you call it a "department" that you're over? Is that the terminology you use?
A. Department?
Q. Yeah. Yes.
A. Yeah. Flight operations department. Yes.
Q. Okay. Does the flight operations department get involved in training issues at all?
A. Well, training is within the department. And that's assigned under our director of training.
Q. And who is the director of training?
A. Dave Moxham.
Q. But Dave doesn't report to you; does he? Or does he?
A. No. Dave reports -- David Moxham is the director of training. He reports to the senior vice president of flight operations.
Q. Okay. Is there anyone in your chain of command -- in other words, people who report to you -- who are responsible or get involved in training issues?
A. No. No. Not really. No.
Q. Who makes sure that pilots are -- I gather

Page 20

they have certain -- a pilot has certain like annual requirements they have to meet for training; is that correct?
A. Correct.
Q. And who makes sure that pilots are meeting those requirements?
A. That would be under the training department. Flight operations training, to be specific.
Q. Okay. I'm going to show you a document.
A. Okay. It's on the screen here. Okay.
Q. What I'm showing you is what was previously marked as Exhibit 3. It's a document from Spencer Hinckley to Coy Bryant, from September 1st of 2016.
Have you ever seen this document before?
A. Let me read this.
Q. Please.
A. I don't recall seeing this.
Q. Do you -- who is Spencer Hinckley? Or I should say, what position did Spencer Hinckley have in September 2016?
A. I don't know. I don't know that name.
Q. Were you -- okay. Let me get another document up for you to look at.

Page 21

Okay. Roy, I'm now showing you, with luck, what's been marked as -- previously marked as Exhibit 6. And it starts out -- there's a couple of e-mails. I want to focus on this one here.
So, the e-mail is from Shane Cassell to Coy Bryant, dated October 27, 2016. And the subject is Religious Accommodation Form.
And then in the next -- there's a second page to this, which is the Employee Request for Religious Accommodation, which was filled out by Mr. Cassell.
Have you ever seen that document before?
A. I don't recall seeing this. Let me read through this.
Q. Please.
A. I -- I don't recall seeing this.
Q. Were you notified back in this time frame, the time frame being September to November of 2016, that a newly-hired pilot was asking for a religious accommodation?
A. If that pilot was in training, I would likely not be notified. And I don't recall being notified of this one.
Q. Okay. Okay. Let me show you another exhibit.

Page 22

Okay. This was previously marked as Exhibit 14. It's a Memorandum of Agreement for Religious Accommodation.

This version -- this one is signed by Jake Whicker. Eventually it was also signed by Coy Bryant.

Have you ever seen this document before?

And take whatever time you need to read it.

A. Yeah. Let me read through this.

No. I don't recall seeing this one before.

Q. About that time, around October 27, 2016, did you have any conversations with Jake Whicker regarding granting certain accommodations to Mr. Cassell?

A. I don't recall having a conversation. It wouldn't be up to me to grant the accomodation.

Q. Who would it be up to?

A. Employee relations, HR.

Q. Did Coy Bryant -- did you have any conversations around October 27th with Coy Bryant about granting him certain accommodations, religious accommodations?

A. I don't recall.

Page 23

Q. There was an issue -- I'll represent to you there was an issue that came up about this time, the following month I should say, regarding some scheduling of Matrix training for Mr. Cassell, which led to his resignation.

Was that ever brought to your attention and were you ever brought into the loop on that?

A. Not back then. Just as of -- no, not back when that happened. This was something that I learned when I reviewed the most recent interview notes. But that's...

Q. When you say, "reviewed the most recent interview notes," what are you talking about?

A. Well, Mr. Cassell interviewed. And the interview -- the team takes notes. And it was noted that he had been here in 2016. So, that's really about all I can recall on this. He left training for a scheduling issue.

Q. Let me pull a document up.

Roy, you just referred to reviewing some interview notes. We have here -- and I can scroll through them. Whatever is best for you. They were provided to us by SkyWest. And it appears to be -- it says, "Interview Questions." And then in blue there's some kind of -- I gather -- notes that were

Page 24

taken.

Are these the interview notes that you reviewed?

A. Scroll down for me, if you would, please.

Q. Okay.

A. Stop right there. Okay. And scroll down further. And scroll down further. And scroll down. And scroll down further. Okay. And scroll down further.

Q. These are a series of questions. Let's see when the notes start again.

This appears to be some notes that were done -- the first set of notes was in 2015, I gather. And then this one seems to be from 2016.

A. Yeah. This is not the most recent interview.

Q. Right. Let me keep scrolling.

So, this one, we're on page 5 of 10, seems to be, I gather, an interview he did in 2016. For whatever reason, these are not dated specifically.

Okay. Here, for example, on this page it shows: "Previously interviewed: Yes. 7/15/2016."

And then these notes say, "August 2016, accepted offer. Encountered a scheduling conflict in training. He resigned from SkyWest during Matrix

Page 25

session."

Do you recall reviewing this note?

A. Yes.

Q. I'll keep scrolling so we can get through to the end.

A. Okay.

Q. This is just some notes on the -- some scenario he had to go through.

And then this talks about: "Recognizes how big a deal it is to have a third chance. Appreciates the opportunity."

A. Okay. You can scroll down.

Yeah. This -- this -- I recognize this.

Q. Okay. So, are these -- a moment ago, Roy, you said you reviewed some interview notes. Are these the interview notes you were referring to?

A. These are.

Q. And when did you review them?

A. Well, they were -- I don't recall the date. But following the interview, the file was sent to me for review, which I did.

Q. Following -- I'll represent to you, and I don't think there's any dispute, Mr. Cassell was offered a job in 2015. He turned that down because some -- it had nothing to do with SkyWest. He then

Page 26

was hired in the latter part of 2016, and ran into this conflict in the training, which caused him to resign. And then applied again in 2017. So, there were these three separate interviews and hirings and job offerings.

When was the file sent to you?

A. I don't recall the date. There's an e-mail that would get sent to me. So, I would have to look for that to tell you what date it was sent. But it was post-interview.

Q. Was it -- can you put a year on it? Was it in 2017?

A. Well, is that when this interview occurred? 2017? I believe it was.

Q. The third interview was in 2017, yes.

A. Then it was sent to me shortly after that interview. The comments on this -- well, go ahead.

Q. No. Go ahead. Say what you were going to say.

A. No. This was sent to me after the interview in '17.

Q. Okay. I'll ask you more about that in a second. But --

MR. BEAN: Hey, Erik, did you want to mark that?

Page 27

MR. STRINDBERG: Yes. We will mark that as Exhibit 44. SkyWest 69 through 78 are the Bates numbers it.

Thank you for reminding me.

MR. BEAN: Thank you.

(EXHIBIT 44 WAS MARKED.)

Q. (By Mr. Strindberg) I'm going to ask you about that in a moment, Roy.

At the end of -- end of 2016, Mr. Cassell's attorney sent a letter which referred to Mr. Emerson, Todd Emerson, who I gather is in the room with you. And there was some correspondence that went back and forth between that attorney, a gentleman by the name of Alan Reinach, went back and forth between him and Todd Emerson.

Were you -- did you see any of that correspondence between the two attorneys?

A. No. It does not sound familiar.

Q. Let me show you -- just so we can orient you in time.

I'm showing you what's been marked as exhibit -- previously marked as Exhibit 7.

A. Okay.

Q. This is a letter from Mr. Emerson that was sent to Alan Reinach, addressing some of the issues

Page 28

he had raised -- Mr. Bryant had raised in his e-mail.

A. Okay. Can you scroll down?

Q. Yes.

A. Okay.

Q. Have you ever seen this document before?

A. I don't recall seeing this. No.

Q. Do you recall having any conversations with Mr. Emerson about Mr. Cassell or his request for an accommodation around this time period, which is December of 2016?

MR. BEAN: Erik, I'll object to the extent this goes to any privileged information that you were seeking legal advice in this matter.

MR. STRINDBERG: Are you going to direct him not to answer then?

MR. BEAN: There might be another question or two before we get there.

Q. (By Mr. Strindberg) Well, the general question -- I just want to know if he had any conversations with Todd Emerson about Mr. Cassell or his need for an accommodation around this time, around December of 2017?

MR. BEAN: And, Roy, you can go ahead and answer that.

THE WITNESS: I don't -- I don't recall

Page 29

specifically that. No.

Q. (By Mr. Strindberg) You say you don't recall that "specifically." Is there something generally you recall?

A. No. I'm just -- you were asking the question. And as posed, I don't recall a conversation.

Q. Okay. I can re-share this with you, but in the letter -- let me just share it again.

It says here -- and I can try and outline it. Be really clever.

One of the statements that Mr. Emerson says is: "When Mr. Cassell has low seniority, he will absolutely and unavoidably be required to work on Saturday and other holidays as more senior pilots typically avoid working those days."

Have you at any point had any conversations with Mr. Emerson regarding whether or not someone -- a new pilot could avoid working on Saturdays?

A. Well, it's -- perhaps. Everybody knows -- in my experience, weekends off just are not available for newer pilots. Traditionally, weekend scheduling is put on the more junior pilots. Senior pilots are generally able to have more of an opportunity. And

Page 30

it depends on the base. But junior pilots get stuck working weekends. My experience is they just can't get weekends off.
Q. Okay. My question, though, was: Did you ever talk with Todd Emerson about that topic?
A. I don't recall. Perhaps. I mean, this is several years ago. And we've had lots of conversations about pilot policies and such in general.
Q. Well, I'm specifically referring to Shane Cassell and his request for an accommodation, which was to try and avoid working on his Sabbath, which was Friday night to Saturday night.
A. Again, I don't recall specifically. But in my experience, a junior pilot will -- it's very unlikely a junior pilot would be able to get Fridays, Saturdays, and Sundays off.
Q. But you don't recall having a conversation with Todd Emerson about that issue, about Shane Cassell's requested accommodation?
A. Well, I've just answered that. This is four years ago and I've had several conversations. So, to connect it per your question, I can't answer that accurately.
Q. Several conversations with Todd or with

Page 31

other people?
A. I -- I don't understand what you're asking me.
Q. Well, you just said you've had several conversations. So, I want to know who you've had conversations with?
A. You need to be more specific on the conversations' subject matter. Because my statement was general. I speak with HR. I speak with Todd. I speak with my chief pilots. I speak with the front line pilots.
Who are you asking about a conversation with?
Q. Okay. I'll be more specific. Thank you.
Have you ever talked with Todd Emerson about Shane Cassell and his religious beliefs and the need to have the Sabbath off?
A. Are you asking me if I consult with our legal team if there is somebody that is requesting an accommodation?
Q. Well, I'll ask that next.
I'm first asking specifically about Shane Cassell. Have you ever talked about Shane Cassell with Todd Emerson?
A. I -- I may have. I don't recall

Page 32

specifically. But...
Q. Okay. Have you ever talked with Todd Emerson about any pilot who was requesting some sort of an accommodation because of their religious beliefs or practices?
A. I don't -- I don't recall.
Q. Do you have any recollection of talking with Todd Emerson about an Orthodox Jewish pilot who was requesting the Sabbath off?
A. I -- I don't recall specifically. No. I'd have to look in my notes. I don't recall.
Q. What notes would you look at, Roy?
A. I don't have notes, really, on something like that. I would just -- I don't recall.
Do you have a name for that individual? It might help me recall.
Q. I don't.
Do you recall any conversations with anyone at SkyWest about whether it might be possible to alter someone's schedule so they wouldn't have to work on the Sabbath?
A. I vaguely -- and this might be connected to your earlier question. I vaguely recall a pilot that needed a specific day off. I don't recall which day. And I just sent that over to -- to human

Page 33

resources.
Q. Do you recall who in human resources?
A. I don't recall. Whoever the HR manager was at the time.
Q. What else do you recall about that?
A. That's -- that's about -- really nothing more than that. There was a need for a day off. It was something to refer to HR, so I did.
Q. And do you know what the outcome of that was, of that referral?
A. I -- I don't recall specifically. No.
Q. Do you know of any situations in which SkyWest has granted any type of religious accommodation to a pilot?
A. I don't know.
Q. You don't know of any? And I'm going beyond just scheduling issues, Roy. I'm talking about maybe a religious accommodation regarding a piece of clothing, that type of thing.
A. I don't know.
Q. I'm going to show -- share with you a document which we will mark as Exhibit 43.
(EXHIBIT 43 WAS MARKED.)
Q. (By Mr. Strindberg) And it's a two page document. I'll start at the second page.

Page 34

It is from someone -- a Jason Cordova. Do you know who that is?
A. Yes. Jason is no longer with the company. But Jason was a -- he was part of the interview -- pilot selection team.
Q. And were they -- that pilot selection team, was that part of human resources?
A. Well, no. This -- Jason -- I'm trying to think back. He worked in the pilot sourcing section for flight operations. So, Jason was a coordinator. He conducted interviews, along with the pilot recruiting team.
Q. Okay. And, so, it says: "I've placed the following pilot candidate on the hiring dashboard for your review."
Do you know what the "hiring dashboard" is?
A. That's the software system we use to record interview -- well, keep the resume, the interview notes, and all that. It's the hiring tool.
Q. Okay. And then let's look at this -- I'm going to reduce the size a little bit so we get more of it in here.
It says, "Ian Whiting." First of all, who is Ian Whiting?

Page 35

A. Ian Whiting, he's currently a flight operations analyst. But back in -- that's 2017? Ian was -- he had oversight of the pilot sourcing activities. So, that's why he would be consulted here.
Q. And what do you mean by "pilot sourcing"?
A. Pilot hiring.
Q. It says: "Can you give me a call on this one when you get a moment, please?"
And you say: "Will do."
I assume you did, at some point, talk with Mr. Whiting about Mr. Cassell then?
A. I don't recall if I called him on this or not.
Q. Do you recall receiving this e-mail from Ian regarding Mr. Cassell?
A. I -- well, I suppose I do. I receive several e-mails. This one looks familiar.
Q. Okay. What did you do regarding Mr. Cassell and this e-mail you received from Ian Whiting?
A. Nothing regarding this e-mail.
But if you scroll down to the bottom of that, from Jason Cordova -- down further. Okay. That was sent -- that was sent to Ian. And then I

Page 36

receive something that looks just like that normally.
Q. Well, I gather just -- it appears -- this seems to be a string of e-mails that was put together.
A. Okay.
Q. For example, in other words, this -- this top part with SkyWest -- or, excuse me, the bottom of SkyWest 79 seems to be attached to what's the top of 80, SkyWest 80. And then I guess attached to this, it says, "Shane Cassell resume."
A. That's a standard e-mail that's sent out when there's an applicant that needs further review.
Q. Okay. And then I gather it was forwarded to you from Ian.
Were you also forwarded Shane Cassell's resume?
A. Well, I would have had an e-mail that looked just like that one down there from Jason Cordova for me. So, this one to Ian, he likely was assuring that I had that in my review bin.
Q. So, someone else would have sent it to you directly is what you're saying?
A. Well, right. One of the recruiters. Jason Cordova, perhaps, in this case. I'd have to look. But I imagine I received the same e-mail.

Page 37

Q. Okay.
A. Sent to Ian first and then to me or in duplicate. But I should have received an e-mail.
Q. Okay. So, you recall receiving the e-mail either from Jason Cordova or from Ian Whiting.
What did you do once you got it?
A. I conducted a file review.
Q. And what's involved in conducting a file review?
A. I review the interview notes.
Q. Anything else?
A. Well, review the interview notes, the resume to determine if the applicant will be -- move forward for hire.
Q. Do you do that with every applicant or just ones that are referred to you?
A. Those that are referred to me. They're put in a -- what's called a "review bin."
Q. Okay. And who puts them in the review bin? In this case, would it have been Ian or Jason?
A. No. In this case, it would have been -- whoever is listed on that -- more than likely, Jason, in this case. But whoever conducted the interview that required the further review.
Q. Okay. And what do you recall about your

Page 38

review?
A. Well, I reviewed the application. And it was quite clear that there was a schedule -- the applicant was unable to accommodate the schedule that we were hiring pilots for.
Q. And why was that?
A. What do you mean "why was that"? Why was he unable --
Q. Yeah. What was -- what did you feel was lacking?
A. Well, he expressed that he would -- he had scheduling limitations that he would be inflexible on. And the notation -- if you want to go back to that previous interview note from 2017, I'll point out exactly what was said.
Q. Okay.
A. Yeah. He was inflexible. So, we --
Q. Those were --
A. He stated his insubordination before he even started.
Q. Okay. Just give me one second.
A. Okay.
Q. I'm going to pull up again Exhibit 44. And I'll go down to the bottom.
Are these the notes you're referring to,

Page 39

Roy?
A. I'm not seeing anything on the screen.
Q. Yeah. Sorry. I apologize. Probably rather look at that than me, I'm sure.
A. Okay. So, "Additional Comments. Third interview." It says, "Has expressed unwillingness to be flexible with schedule without any exception."
Q. Is that what you were referring to when you said that he was expressing he would be insubordinate?
A. Yes.
Q. So, once you reviewed these minutes -- or excuse me, these notes, do you recall what else you reviewed?
A. Well, just this -- I don't recall specifically, but anything I had in this document.
And, also, if you move up, it has a statement that he had been hired -- where was it? Just scroll on up, if you would, please.
Q. Well, it says here, "Emphasized the reality of schedule bidding and reserve. Explained that we are a 24/7/365 operation."
Is that what you're referring to or do you want me to keep going?
A. That's one of the lines. But the entire

Page 40

document's looked at.
But it's quite clear from the interview notes that the applicant was unable to work the schedule.
Q. And that was because he had told the -- I assume he had told the interviewers that he needed to have the Sabbath off; is that what you're referring to?
A. I don't know what he told the interviewers, other than he had a schedule restriction and he would be inflexible.
Q. Now, let me show you another document, though.
I've put up what's been marked as Exhibit 11, which is a letter that Shane wrote to Coy Bryant regarding this issue of the Sabbath observance.
Why don't you just take a moment to read that.
Do you want me to make it bigger, Roy?
A. I can see. I'm squinting a little bit.
Q. I can make it a little bigger.
A. That's better right there. Okay.
Okay. Can you scroll down, please? Okay.
Q. Have you ever seen that document before?

Page 41

A. Yes.
Q. When did you see it?
A. I don't recall. Whenever it was sent.
Q. Was this document -- Exhibit 11, was this part of the materials you reviewed?
A. What's that?
Q. Was this document, this letter from Shane outlining his religious beliefs and observances, was that one of the documents you reviewed as you were reviewing his application?
A. No. This was after the application -- this wasn't part of the application process.
So, go to the date on this.
Q. Right. This is June 29th. The e-mails from Ian that we had just looked at were June 22nd. So, about a week earlier.
A. So, what date was the regret notification sent?
Q. Let me show you that document.
This is a document --
A. I can't see it.
Q. Sorry.
A. It's still obscured.
MR. BEAN: I think we might have lost Erik for a second there.

Page 42

(Brief pause.)
Q. (By Mr. Strindberg) I believe this is the regret letter you were referring to, Roy?
A. No. That's -- that looks like the regret. No. I hadn't seen that.
Q. Okay. Well, you were asking for the date of the regret letter. So --
A. No. What I wanted was the date of that memo from Jason Cordova.
Q. That was June -- the one we looked at a moment ago was June 22nd.
A. Okay. And what was the date of the letter that Shane sent?
Q. June 29th.
A. Okay.
Q. And then this was -- Shane was informed on July 12th that he would not be hired.
A. Okay. And you had a question about -- you asked -- did you ask if I reviewed that letter as part of the file review?
Q. Well, part of your review of the situation.
A. No. No. The interview notes are what I reviewed.
Q. Okay. And what did you do after you

Page 43

reviewed the interview notes?
A. I elected to not further the application. I recommended regret.
Q. And who did you recommend that to?
A. What I do with the -- well, I notify our HR team, who puts that in a queue to notify the applicant of the decision.
MR. STRINDBERG: And -- okay. Let's take a break at this point. Todd -- my Todd -- needs a moment. And then we'll get back, say, in ten minutes.
MR. BEAN: Okay.
(Break taken at 12:55 to 1:18 p.m.)
Q. (By Mr. Strindberg) So, Roy, let's just make -- get the dates correct.
The e-mail we looked at from Ian was dated 6/22. Okay.
And the regret letter, which was Exhibit 34, was July 12th. So, 20 days later.
And then we looked at this Exhibit 10, which was the -- excuse me, Exhibit 11 -- which was the --
A. And I can't see that. I'm just seeing where the exhibits were -- okay. Here we go.
Q. Exhibit 11 is dated June 29th.

Page 44

A. Okay.
Q. And you said after reviewing the interview notes, you contacted HR. Do you know when you contacted HR? The date?
A. I don't recall the date.
Q. Do you recall how you contacted them?
A. E-mail response.
MR. STRINDBERG: Tanner, have you produced that e-mail? I don't recall seeing an e-mail from Roy to HR.
MR. BEAN: Let me check the e-mails here real quick.
I could be wrong about this, but I don't have an e-mail from Roy to HR.
THE WITNESS: Well, it could have been a phone call. I don't -- I don't recall, you know. I get these notifications about the review board and I'll reply regret or accept, depending on the file. And sometimes it's a phone call.
Q. (By Mr. Strindberg) And would you have had -- we don't have an e-mail. If you had called them, who would you have called?
A. Whoever sent the notification over. Which would be, in this case -- well, it could be -- it could be anybody that's involved in the hiring

Page 45

process.
Q. But it would likely have been either Jason or Ian?
A. Or a point of contact in HR. Again, I don't recall. It's been four years ago.
Q. And you said a few seconds ago you would have typically, what, just said accept or regret, that type of thing?
A. Yes. It's generally the most efficient. And that's -- yeah.
Q. And do you know if that's what you did in this case?
A. I said I don't recall.
Q. Okay.
A. It's four years ago.
Q. Do you know -- this Exhibit 11, which is June 29th, so approximately seven days after you were notified of the issue with Shane Cassell, do you know if you contacted HR before or after you received this June 29th letter, which is Exhibit 11?
A. Well, I -- the regret decision was made before that letter.
Q. Okay. But you do recall receiving this letter, which is Exhibit 11? I can share that again with you.

Page 46

A. Yeah. If you would pull up that up again.
Oh, yes. I saw that. But long after the regret.
Q. Okay. And did you contact Coy Bryant after you received this letter?
A. I don't -- I don't recall. I believe it was just shown to me.
Q. By whom?
A. I don't -- I don't recall. It's -- I don't know.
Q. Do you recall any conversations with Coy Bryant about getting such a letter from Shane?
A. Only that he still did not indicate unrestricted schedule adherence. He didn't -- he didn't get to the core issue in this letter.
Q. That -- is that what you told Coy Bryant?
A. I don't recall what I told Coy Bryant.
Q. And why do you believe that Mr. Cassell had not gotten to the core issue in this letter?
A. Well, read the letter. It's quite clear.
Q. Well, could you just -- why don't you look at it and tell me what in that letter you feel showed that he didn't get to the core issue?
A. You want me to read the sentences? What do you want me to do?

Page 47

Q. Yes. Why don't you tell me which sentences.
A. Well, I know there's a sentence that's missing.
Okay. Let's take a look here. "SkyWest can rest assured I will represent the company with the utmost professionalism and integrity both on and off the clock. I realize that SkyWest cannot guaranteed that I will be provided a schedule that will always allow me to observe my beliefs. Therefore, it has and will continue to be my intent to use the tools that SkyWest has provided to either bid out of, drop, or trade a shift that may conflict with my beliefs. I have mentors within SkyWest that understand the PBS system. They have offered to teach me how to properly use the system in order to create a schedule that both meets company and personal needs. I'm willing to bid for the most undesirable flights, stay at the most junior base, and fly the most junk aircraft in order to avoid conflicts with corporate policy. If there was an unforeseen circumstance, such as, but not necessarily limited to, a maintenance delay at an out station and my duty time was extended, I would be willing to fly the aircraft back to the base, as my concern for the

Page 48

safety and wellbeing of my passengers falls within my religious beliefs."
Q. Okay.
A. He does not state that if I -- if he bids a schedule for PBS and gets an assignment on the day he wants off, the Sabbath in this case, he does not state that he will -- if he's unsuccessful in utilizing our tools, he will honor the schedule.
Q. Okay. So, are you saying it's not so much what's in this letter as what's not in the letter?
A. He just -- he did not state that if unsuccessful after using all the tools that are available, that he would honor his schedule.
Q. I'm going to have you look at -- okay. And your recollection, just so I'm clear, is by the time you were shown this letter, which is Exhibit 11, you had already told HR not to go forward with hiring Mr. Cassell; is that correct?
A. Correct. Shortly after reviewing those interview notes that you saw, I made my decision to regret.
Q. Okay. Let me show you another document.
Okay. This has previously been marked as Exhibit 30. It's a series of e-mails. One is from Monica Polad, Jaime Sorenson, a copy to Chandler

Page 49

Larsen.
And then on top is from Chandler Larsen back to them.
And do you know who Chandler Larsen is?
A. She was in the HR department.
Q. How about Monica Polad?
A. Yeah. It's down here in the signature line. She's in the HR department.
Q. And Jaime Sorenson, do you know who that is?
A. He's with HR.
Q. Okay. Were any one of those three the people you talked with when you told them to regret Mr. Cassell?
A. I don't recall. They would all be notified when the regret decision is made. But I don't recall.
Q. Okay. There's a sentence here: "Based on conversations Coy has had with Shane, we will probably have to get Todd in the loop."
Coy said that's a reference to Todd Emerson.
Around this time, late June of 2017, did you have any conversations with Todd Emerson about hiring or not hiring Shane Cassell?

Page 50

MR. BEAN: Object. Asked and answered.
Q. (By Mr. Strindberg) Go ahead.
A. Ask that again, please.
Q. In late June of 2017, did you have any conversations with Todd Emerson about hiring or not hiring Shane Cassell?
A. At that time, I don't recall.
Q. So, when you say you don't recall, does that mean it's possible you had some or -- and you just don't recall or are you saying you just didn't have any?
A. It means I don't recall.
Q. Recall whether or not you talked with him; is that what you're saying?
A. You asked the question, and I don't recall if I did or not.
Q. Okay. Thank you.
Let me show you another.
I'm showing you what's been previously marked as Exhibit 10, which is an e-mail from Coy Bryant to Shane Cassell regarding the letter regarding his religious beliefs. It says, "Can you add one more aspect of what happens if your training goes late?"
Have you ever seen this e-mail before?

Page 51

A. No. I don't recall seeing that. No.
Q. I'm showing you, hopefully, some e-mails that have been previously labeled as Exhibit 33. And particularly focusing on this one from Coy Bryant to you, dated July 11, 2017.
Do you recall receiving that one?
A. Yes.
Q. And Coy indicated, as I remember, in his deposition, that attached to this e-mail was that June 29th letter from Cassell.
What, if anything, did you do when you received this e-mail from Coy?
A. What do you mean what did I do?
Q. Well, I assume you read it; right?
A. I -- I read it. But my -- but the regret decision was made long before this -- this came across.
Q. Okay. So, you read it. And then are you saying you didn't do anything further?
A. Well, I'm not sure I understand your question. What do you mean "didn't do anything further"?
Q. Well, when one gets an e-mail, one can read it and trash it or respond to it or it can cause you to take some other actions, like calling someone.

Page 52

Did you do any of those things?
A. I don't recall what I did after reading that.
Q. There is a blacked out part here that says, "Attorney work product," which indicates that an attorney, I think Mr. Emerson, somehow contributed to this discussion.
Does that refresh your recollection of whether or not you had any discussions with Todd Emerson about hiring or not hiring Shane Cassell?
MR. BEAN: And, Erik, I'll object to the content of that conversation obviously as privileged.
Q. (By Mr. Strindberg) Right. And I'm not asking about content. I'm just asking if it refreshes his recollection whether he talked to Todd.
A. Well, I don't recall. If it's blacked out, I can't see what's in there.
Q. I'm going to show you another e-mail here in a second, with any luck.
This is a -- an e-mail which has been previously marked as Exhibit 36. And it's from Chandler to Sorenson and Kolb. And it says, "How does this sound to you guys?"
Have you ever seen this before?
A. No. I don't recall seeing that.

Page 53

Q. Do you -- this is dated July 12th, this e-mail, which is the same day that the regret letter is dated.
You indicated that you saw the e-mail -- the first e-mail referring the matter to you on or about June 22nd.
Do you have any idea why it took HR like another 20 days or so before they sent out the regret letter?
A. I don't know.
Q. There must be situations, I assume, Roy, where you hire pilots who you know are going to have some scheduling conflicts, like military, pilots in the military; correct?
A. Well, we hire military pilots.
Q. Right. And you know that if someone's on active -- you know, in the military, that they're going to have to take leave during the year, throughout the year for practice or whatever, training; is that correct?
A. Well, military pilots follow the approved and legal process for military leave from time to time.
Q. What do you mean the "approved and legal process"?

Page 54

A. Are you familiar with USERRA and the military leave process?
Q. Well, why don't you explain to me what you're referring to.
A. Well, that would be better explained by HR. But you're asking if military pilots take leave, and the answer is some do, some don't.
Q. Well, when you hire someone who's in the military, you know there's a possibility that they're going to take leave at some point for military training. That doesn't prevent SkyWest from hiring those pilots; correct?
A. No.
Q. "No" what?
A. Restate your question. I thought I answered.
Q. Well, yeah. Your "no" is confusing.
A pilot has applied and he or she indicates that they are in the military and that in all likelihood they're going to have to take time off for training, in those situations, would that preclude SkyWest from hiring them?
A. No.
Q. When you say, "no," you mean, no, it would not preclude SkyWest from hiring them; is that correct?
A. Well, that's what you asked me.
Q. Right. I'm just making sure I understand your answer.
The fact that a pilot might have training obligations in the future does not prevent SkyWest from offering them a position; is that correct?
A. Specifically with a military pilot, active military --
Q. Yes.
A. -- it does not preclude hiring.
Q. It does not preclude hiring? I'm sorry. I didn't hear you.
A. Maybe ask the question again. Because you asked about military. Then you asked without using the term "military."
So, ask the question as you intend it --
Q. We're talking about military pilots.
A. Okay.
Q. An applicant comes in, qualified, but they're in the military, and they indicate they're going to, in all likelihood, have time off for training in the future. Does that preclude SkyWest from hiring them?
A. No.

Page 56

Q. And then I was clarifying what you were saying. And you indicated that, no, SkyWest -- or you meant SkyWest would go ahead and offer them a job if they were otherwise qualified; is that correct?
A. If the applicant is otherwise qualified, certainly.
Q. Okay. Give me one second.
Did you, Roy, at any point in this process ever talk to anyone from SAPA to see if they would be willing to, if necessary, make changes in the seniority bidding system to allow Mr. Cassell to avoid working on the Sabbath?
MR. BEAN: I'll just object as to vague. If you could specify the time period a little bit.
Q. (By Mr. Strindberg) Well, at any time in 2016 or 2017, Roy, did you ever talk with anyone in SAPA about whether SAPA might be willing to agree to some modifications in the seniority bidding system to allow someone like Shane Cassell to avoid working on Saturday?
A. I don't recall a conversation like that. No.
Q. Have you ever had such a conversation with SAPA?
A. I just answered that.

Page 57

Q. Well, I was asking specifically about 2016 and 2017. Now I'm expanding it to ever. Have you ever talked with anyone at SAPA about a possible modification to the seniority bidding system to allow someone to avoid working, say, on the Sabbath?
A. No. I don't recall ever having a conversation to that effect. No.
Q. Do you know who Jay Oyler is?
A. Yes.
Q. And does he -- he no longer works for SkyWest; correct?
A. I don't believe he does. No. I believe he left.
Q. Have you -- do you recall ever talking with Jay Oyler about scheduling issues and whether new pilots might be able to avoid working on the Sabbath and using the tools that SkyWest has provided to them?
A. I don't recall any such conversation.
MR. STRINDBERG: I have nothing further. Thank you.
MR. BEAN: No questions on our end.
MR. STRINDBERG: Okay. Do you want the witness to review and sign?
MR. BEAN: I think yes. That would be good.

Page 58

(The remote deposition concluded at 1:42 p.m.)

* * *

(Signature was requested.)

Page 59

VERIFICATION

STATE OF _____________)
) ss.
COUNTY OF ____________)

I, ROY WILLIAM GLASSEY, JR. , being first duly sworn remotely on my oath, depose and say:

That I am the witness named in the foregoing remote deposition taken the 24th day of February, 2021, consisting of pages numbered 1 to 58, inclusive; that I have read the said deposition and know the contents thereof; that the questions contained therein were propounded to me; that the answers to said questions were given by me, and that the answers as contained therein (or as corrected by me therein) are true and correct.

Corrections Made: Yes_______ No_______

______________________________
ROY WILLIAM GLASSEY, JR.

Subscribed and sworn to before me this ________ day of ________, 2021, at _________________, Utah.

_____________________________
Notary Public for Utah
Residing at_____________, Utah.
My Commission Expires: ________.

Page 60

REPORTER'S CERTIFICATE

STATE OF SALT LAKE )
) ss.
COUNTY OF UTAH )

I, KELLY FINE-JENSEN, Certified Shorthand Reporter and Registered Professional Reporter in and for the State of Utah, do hereby certify:

That prior to being examined, the witness named in the foregoing deposition was duly sworn remotely by me to testify to the truth, the whole truth and nothing but the truth;

That said deposition was taken down by me in shorthand at the time and place therein named and thereafter reduced to typewriting under my direction, and that the foregoing transcript contains a full, true and verbatim record of said deposition.

I further certify that I have no interest in the event of the action.

WITNESS my hand and seal this 17th day of March, 2021.

______________________
KELLY FINE-JENSEN
CSR, RPR

**Exhibits**

**Exhibit 43** 33:22, 23
**Exhibit 44** 27:2,6 38:23

**1**

**10** 24:18 43:20 50:20
**11** 40:15 41:4 43:21,25 45:16, 20,24 48:16 51:5
**119** 5:15
**12:55** 43:13
**12th** 42:17 43:19 53:1
**14** 22:2
**17** 26:21
**18** 18:22,23
**1:18** 43:13
**1:42** 58:1
**1st** 20:14

**2**

**2,700** 9:6
**2,900** 9:6
**20** 18:22,24 43:19 53:8
**2015** 24:13 25:24
**2016** 4:25 5:4 20:15,22 21:6,18 22:13 23:16 24:14,19,23 26:1 27:9 28:10 56:16 57:1
**2017** 26:3,12,14, 15 28:22 35:2 38:14 49:23 50:4 51:5 56:16 57:2
**2020** 8:22,25 9:5
**22nd** 41:15 42:11 53:6
**24/7/365** 39:22
**27** 21:6 22:13
**27,000** 9:15
**27,300** 9:15
**27th** 22:22
**28** 16:13,17
**29th** 41:14 42:14 43:25 45:17,20 51:10

**3**

**3** 20:13
**30** 48:24
**3100** 5:23 6:4
**33** 51:3
**34** 43:19
**36** 52:21

**4**

**43** 33:22,23
**44** 27:2,6 38:23

**5**

**5** 24:18
**5,000** 7:9 10:14

**6**

**6** 21:3
**6/22** 43:17
**69** 27:2

**7**

**7** 27:22
**7/15/2016** 24:22
**78** 27:2
**79** 36:8

**8**

**80** 36:9

**A**

**aberrations** 8:9
**absence** 10:16, 18
**absences** 15:11
**absolutely** 29:14
**accept** 44:18 45:7
**accepted** 24:24
**accommodate** 38:4
**accommodation** 21:7,10,20 22:3 28:9,21 30:11,20 31:20 32:4 33:14, 18
**accommodations** 22:15,23,24
**accomodation** 22:18
**accurately** 18:25 30:24
**actions** 51:25
**active** 53:17 55:8
**activities** 35:4
**activity** 19:2
**add** 50:23
**Additional** 39:5
**addressing** 27:25
**adherence** 46:14
**advice** 28:13
**affirmative** 6:6 7:25 8:7 9:25 10:4 11:17 16:2
**agencies** 10:3
**agree** 56:17
**agreement** 6:20 22:2
**ahead** 6:25 26:17,18 28:23 50:2 56:3
**aircraft** 13:12 14:19 15:1 47:20, 25
**airline** 5:24 6:10 12:1
**Alan** 27:14,25
**alter** 32:20
**altitude** 9:16
**amended** 12:11
**analyst** 35:2
**and/or** 6:3
**Angeles** 16:8
**Anita** 11:3 12:5 13:11 17:1
**annual** 20:1
**apologize** 39:3
**appears** 23:23 24:12 36:2
**applicant** 36:12 37:13,15 38:4 40:3 43:7 55:20 56:5
**application** 38:2 41:10,11,12 43:2
**applied** 26:3 54:18
**Appreciates** 25:11
**approved** 53:21, 24
**approximately** 4:25 45:17
**area** 7:20 10:7 18:12
**areas** 6:19
**asks** 15:3
**aspect** 50:23
**assigned** 9:14 19:12
**assignment** 48:5
**assist** 16:22 17:24
**assistance** 10:17
**assistant** 7:6 16:10,19
**assistants** 15:16
**assume** 35:11 40:6 51:14 53:11
**assure** 6:11 8:13
**assured** 47:6
**assuring** 5:24 6:16 36:20
**attached** 36:8,9 51:9
**attend** 13:8,17
**attendance** 14:10
**attends** 13:19
**attention** 23:6
**attorney** 27:10, 13 52:5,6
**attorneys** 27:17
**attrition** 7:10
**audibly** 4:21
**August** 5:4 24:23
**avoid** 29:16,19 30:12 47:20 56:12,19 57:5,16

**B**

**back** 6:3 15:20 21:17 23:8 27:13, 14 34:9 35:2 38:13 43:10 47:25 49:3
**ballpark** 16:18

**bargaining** 6:20
**base** 30:1 47:19, 25
**based** 7:10 13:2 19:2 49:18
**basis** 10:21,23 13:24 18:19
**Bates** 27:2
**BEAN** 26:24 27:5 28:11,16,23 41:24 43:12 44:11 50:1 52:11 56:13 57:22,25
**beginning** 14:13, 14
**beliefs** 31:16 32:5 41:8 47:10, 14 48:2 50:22
**bid** 47:13,18
**bidding** 39:21 56:11,18 57:4
**bids** 48:4
**big** 12:1 25:10
**bigger** 40:20,22
**bin** 36:20 37:18, 20
**bit** 4:13,18 34:22 40:21 56:14
**blacked** 52:4,16
**blue** 23:24
**board** 44:17
**boss** 18:5
**bottom** 35:23 36:7 38:24
**breach** 17:11,12
**breaches** 17:13
**break** 43:9,13
**broad** 6:9,20,23 7:14,20,21 8:11 10:2,13 12:1 14:2
**brought** 13:15 15:8 23:6,7
**Brown** 13:13
**Bryant** 11:18 20:14 21:6 22:6, 21,22 28:1 40:16 46:4,12,16,17 50:21 51:4
**business** 11:13 14:8

**C**

**calendar** 12:22
**call** 7:24 15:4 19:3 35:8 44:16, 19
**called** 4:4 35:13 37:18 44:21,22
**calling** 51:25
**calls** 14:18
**cancelation** 10:19
**candidate** 34:14
**care** 11:14 17:5
**case** 36:24 37:20, 21,23 44:24 45:12 48:6
**Cassell** 21:5,11 22:16 23:4,14 25:23 28:8,20 29:13 30:11 31:16,23 35:12, 16,20 36:10 45:18 46:18 48:18 49:14,25 50:6,21 51:10 52:10 56:11,19
**Cassell's** 27:10 30:20 36:15
**caused** 26:2
**causing** 9:2
**center** 7:16
**chain** 19:20
**chance** 25:10
**Chandler** 48:25 49:2,4 52:22
**change** 12:21
**changed** 18:17
**check** 4:15 44:11
**Chicago** 16:9 18:9,12
**chief** 5:1,5,11,14, 21 7:6 14:5 15:15, 17 16:4,5,10,19, 23 31:10
**Chris** 13:13
**circumstance** 47:22
**City** 16:9
**clarifying** 56:1
**clear** 5:10 38:3 40:2 46:20 48:15
**clearer** 4:18
**clever** 29:11
**clock** 47:8
**closely** 6:24
**clothing** 33:19
**collective** 6:20
**command** 19:21
**comments** 26:17 39:5
**company** 12:1 34:3 47:6,17
**complaint** 17:18, 20
**completion** 14:7
**compliance** 5:25 6:7,15,16 7:2
**compliant** 8:17
**concern** 7:17,20 47:25
**concluded** 58:1
**conducted** 13:5 34:11 37:7,23
**conducting** 37:8
**conflict** 24:24 26:2 47:13
**conflicts** 47:21 53:13
**confusing** 54:17
**connect** 30:23
**connected** 32:22
**consult** 31:18
**consulted** 35:4
**contact** 45:4 46:4
**contacted** 44:3, 4,6 45:19
**content** 52:12,14
**continue** 15:2 47:11
**contributed** 52:6
**control** 7:16
**conversation** 22:17 29:7 30:18 31:12 52:12 56:21,23 57:7,19
**conversations** 22:14,22 28:7,20 29:18 30:8,22,25 31:5,6 32:18 46:11 49:19,24 50:5
**conversations'** 31:8
**coordinator** 34:10
**copy** 48:25
**Cordova** 34:1 35:24 36:19,24 37:5 42:9
**core** 13:7,9 46:15, 19,23
**corporate** 5:19 47:21
**corporation** 12:12
**correct** 5:2 11:3, 4 17:6,10,11 18:9 20:3,4 43:15 48:18,19 53:14,20 54:12 55:1,7 56:4 57:11
**correctly** 16:16
**correspondence** 27:12,17
**couple** 21:3
**coverage** 10:17
**covered** 10:15
**Coy** 11:18 20:14 21:6 22:5,21,22 40:15 46:4,11,16, 17 49:19,21 50:20 51:4,8,12
**create** 47:17
**crew** 10:5,10,22, 25 11:9,11 13:10 14:5,9,10,20 15:8 18:2 19:2
**crews** 7:19
**critical** 14:8

**D**

**daily** 14:9
**dashboard** 34:14,16
**data** 8:6 9:8
**date** 8:25 25:20 26:7,9 41:13,17 42:6,8,12 44:4,5
**dated** 21:6 24:20 43:16,25 51:5 53:1,3
**dates** 43:15
**Dave** 19:14,15,17
**David** 13:12 19:17
**day** 8:22 9:7 13:23,25 14:3,9, 13,14,16,22 32:24,25 33:7 48:5 53:2
**day-to-day** 13:22,24
**days** 12:21 29:16

43:19 45:17 53:8
**deal** 15:6 25:10
**December** 28:10, 22
**decision** 43:7 45:21 48:20 49:16 51:16
**delay** 10:19 47:23
**Denver** 16:9
**department** 7:18 17:4,5 18:2 19:3, 4,6,8,10,11 20:8 49:5,8
**departments** 10:3
**depending** 9:7 14:3 44:18
**depends** 12:9,16, 20 30:1
**deposed** 11:18
**deposing** 17:1
**deposition** 4:24 51:9 58:1
**destination** 15:2
**determine** 37:13
**deviated** 9:16
**deviates** 9:18
**deviation** 9:11, 12,19
**deviations** 8:9, 15,16 9:10,21
**difficult** 12:5
**direct** 28:14
**directly** 7:4 36:22
**director** 5:1,12, 18 10:25 12:12 13:3,7,10,11,12, 18,19 19:12,13,18
**directors** 12:8,14
**directory** 16:14
**discussion** 52:7
**discussions** 52:9
**dispute** 25:23
**disruption** 10:18
**disrupts** 10:16
**divided** 16:13
**document** 20:10, 13,16,25 21:12 22:7 23:19 28:5 33:22,25 39:16 40:12,25 41:4,7, 19,20 48:22
**document's** 40:1
**documents** 41:9
**domicile** 16:25
**domiciles** 18:14, 15,18,21,24
**double** 4:15
**drop** 17:9 47:13
**dropping** 17:2
**duly** 4:4
**duplicate** 37:3
**duties** 5:6,20 6:2, 16
**duty** 6:17 47:24

E

**e-mail** 21:5 26:8 28:1 35:15,20,22 36:11,17,25 37:3, 4 43:16 44:7,9,14, 21 50:20,25 51:9, 12,23 52:18,20 53:2,4,5
**e-mails** 14:17 21:4 35:18 36:3 41:14 44:11 48:24 51:2
**earlier** 32:23 41:16
**effect** 57:7
**efficient** 45:9
**elected** 43:2
**Emerson** 27:11, 15,24 28:8,20 29:12,18 30:5,19 31:15,24 32:3,8 49:22,24 50:5 52:6,10
**Emphasized** 39:20
**Employee** 21:9 22:20
**Encountered** 24:24
**end** 25:5 27:9 57:22
**ensure** 7:22 8:17
**ensuring** 6:7
**entire** 39:25
**equivalent** 5:15
**Erik** 26:24 28:11 41:24 52:11
**estimate** 9:3,4,6
**Eventually** 22:5
**EXAMINATION** 4:7
**examined** 4:5
**exception** 39:7
**excursion** 9:13, 19
**excuse** 36:7 39:13 43:21
**exhibit** 20:13 21:3,25 22:2 27:2, 6,22 33:22,23 38:23 40:15 41:4 43:18,20,21,25 45:16,20,24 48:16,24 50:20 51:3 52:21
**exhibits** 43:24
**expanding** 57:2
**expected** 9:13
**experience** 29:22 30:2,15
**explain** 54:3
**explained** 15:25 39:21 54:5
**expressed** 38:11 39:6
**expressing** 39:9
**extended** 47:24
**extent** 28:11

F

**FAA** 5:15 8:15
**fact** 55:5
**falls** 48:1
**familiar** 27:18 35:18 54:1
**fed** 8:5 9:23
**feed** 10:5,11
**feeding** 10:1
**feel** 38:9 46:22
**feet** 9:15
**field** 14:19,24 15:3,5,7
**file** 17:20,21 25:20 26:6 37:7,8 42:20 44:18
**filled** 21:10
**flexible** 13:2 39:7
**flight** 5:1,12,18, 21 6:21 7:16,19 8:18,19 9:14,17, 21 10:3,10 11:21 12:8,14 13:7,18 15:8 16:20 19:8,9, 19 20:8 34:10 35:1
**flights** 6:25 7:11, 17,22 8:1,8,14,22 9:6 10:15 17:2,3 47:19
**fly** 47:20,24
**focus** 21:4
**focusing** 51:4
**follow** 14:20 15:8 53:21
**Form** 21:7
**forward** 37:14 48:17
**forwarded** 36:13, 15
**frame** 21:17,18
**Friday** 12:24 30:13
**Fridays** 30:16
**front** 31:10
**full** 4:9,11,14
**function** 16:20
**functions** 16:21
**future** 55:6,23

G

**Gallo** 13:7
**gather** 10:4 13:16 17:4 18:8 19:25 23:25 24:13,19 27:11 36:2,13
**general** 5:23 9:7, 9 14:13 28:18 30:9 31:9
**generally** 13:5 18:3 29:4,25 45:9
**gentleman** 27:14
**George** 18:9,11
**give** 10:9 35:8 38:21 56:7
**Glassey** 4:2,14 13:18
**good** 4:19 57:25
**grant** 22:18
**granted** 33:13
**granting** 22:15, 23
**group** 15:16,18 17:21

**guaranteed** 47:9
**guess** 36:9
**guys** 52:23

H

**happened** 23:9
**havoc** 9:2
**head** 10:22
**hear** 4:16,17 55:13
**Hey** 26:24
**Hinckley** 20:14, 20,21
**hire** 37:14 53:12, 15 54:8
**hired** 26:1 39:18 42:17
**hiring** 34:14,16, 20 35:7 38:5 44:25 48:17 49:25 50:5,6 52:10 54:11,22,25 55:11,12,24
**hirings** 26:4
**historic** 9:8
**holidays** 29:15
**honor** 48:8,13
**HR** 22:20 31:9 33:3,8 43:6 44:3, 4,10,14 45:4,19 48:17 49:5,8,11 53:7 54:6
**human** 32:25 33:2 34:7

I

**Ian** 34:24,25 35:1, 2,16,20,25 36:14, 19 37:2,5,20 41:15 43:16 45:3
**idea** 8:24 53:7
**illustrate** 15:9
**imagine** 10:9 36:25
**implies** 9:13
**individual** 32:15
**individuals** 12:3 14:4
**inflexible** 38:12, 17 40:11
**information** 8:5, 21 10:6,8,9,11 28:12
**informed** 42:16
**infrastructure** 7:21
**instance** 9:14
**insubordinate** 39:10
**insubordination** 38:19
**integrity** 47:7
**intend** 55:17
**intent** 47:11
**interview** 23:10, 13,15,21,24 24:2, 16,19 25:15,16,20 26:13,15,17,21 34:4,19,20 37:10, 12,23 38:14 39:6 40:2 42:23 43:1 44:2 48:20
**interviewed** 23:14 24:22
**interviewers** 40:6,10
**interviews** 26:4 34:11
**investigate** 7:2
**involved** 17:8,25 18:5 19:10,22 37:8 44:25
**issue** 14:19,20 15:4 17:10,23 18:3 23:1,2,18 30:19 40:16 45:18 46:15,19,23
**issues** 10:15 14:6,10,18 15:6 17:18 19:10,23 27:25 33:17 57:15

J

**Jaime** 48:25 49:9
**Jake** 22:4,14
**Jason** 34:1,3,4,8, 10 35:24 36:18,24 37:5,20,22 42:9 45:2
**Jay** 57:8,15
**Jewish** 32:8
**job** 5:6,20 6:16,17 25:24 26:5 56:3
**Jr** 4:2,14
**July** 42:17 43:19 51:5 53:1
**jump** 4:20
**June** 41:14,15 42:10,11,14 43:25 45:17,20 49:23 50:4 51:10 53:6
**junior** 29:24 30:1, 15,16 47:19
**junk** 47:20

K

**kind** 8:9 11:20 23:25
**kinds** 10:8
**Kolb** 52:22

L

**labeled** 51:3
**labor** 17:21
**lacking** 38:10
**Lake** 16:8
**Larsen** 49:1,2,4
**late** 49:23 50:4,24
**latest** 7:8
**launching** 7:15
**learned** 23:10
**leave** 53:18,22 54:2,6,10
**led** 23:5
**left** 23:17 57:13
**legal** 28:13 31:19 53:22,24
**letter** 27:10,24 29:9 40:15 41:7 42:3,7,12,19 43:18 45:20,22,24 46:5,12,15,19,20, 22 48:10,16 50:21 51:10 53:2,9
**level** 9:14
**likelihood** 54:20 55:22
**limitations** 38:12
**limited** 47:23
**lines** 39:25
**listed** 37:22
**lists** 6:4
**Local** 16:25
**located** 16:6
**location** 18:10
**locations** 16:8
**long** 46:2 51:16
**longer** 34:3 57:10
**looked** 36:18 40:1 41:15 42:10 43:16,20
**loop** 23:7 49:20
**Los** 16:8
**lost** 41:24
**lot** 7:15 12:2
**lots** 30:7
**low** 29:13
**luck** 21:2 52:19

M

**made** 45:21 48:20 49:16 51:16
**maintenance** 47:23
**make** 17:18 40:20,22 43:15 56:10
**makes** 19:25 20:5
**making** 55:3
**manager** 33:3
**manual** 6:21
**mark** 26:24 27:1 33:22
**marked** 20:13 21:2 22:1 27:6,21, 22 33:23 40:14 48:23 50:20 52:21
**materials** 41:5
**Matrix** 23:4 24:25
**matter** 28:13 31:8 53:5
**means** 50:12
**meant** 56:3
**mechanical** 15:4
**meet** 10:21,25 11:5,7,8,12 14:5 20:2
**meeting** 11:7,11, 20 12:4,17 13:14, 15,19 20:5
**meetings** 11:22, 24 12:2,10,12 13:1,3,8 14:4
**meets** 47:17
**member** 14:10
**members** 14:20
**memo** 42:9
**Memorandum** 22:2

**mentors** 47:14
**messages** 14:18
**met** 15:20
**microphone** 4:15
**middle** 4:25
**military** 53:13,14, 15,17,21,22 54:2, 6,9,10,19 55:8,9, 15,16,18,21
**mind** 15:2
**Minneapolis** 16:9
**minutes** 39:12 43:11
**missing** 47:4
**modification** 57:4
**modifications** 56:18
**moment** 25:14 27:8 35:9 40:18 42:11 43:10
**Monday** 12:24
**Monica** 48:25 49:6
**monitor** 6:19
**month** 23:3
**move** 37:13 39:17
**moving** 8:19 12:2
**Moxham** 13:12 19:14,17
**muffled** 4:13,18
**multiple** 6:9 8:5 10:2 11:22,24 12:2,3 14:4,17

**N**

**necessarily** 47:22
**needed** 19:1 32:24 40:6
**neighborhood** 7:9
**newer** 29:23
**newly-hired** 21:19
**night** 30:13
**normal** 18:13
**notation** 38:13
**note** 25:2 38:14
**noted** 7:18 23:15
**notes** 23:11,13, 15,21,25 24:2,11, 12,13,23 25:7,15, 16 32:11,12,13 34:20 37:10,12 38:25 39:13 40:3 42:23 43:1 44:3 48:20
**notification** 41:17 44:23
**notifications** 44:17
**notified** 7:19 8:15 10:20 21:17,22,23 45:18 49:16
**notify** 7:17 43:5,6
**November** 21:18
**number** 7:10
**numbers** 27:3
**numerous** 6:2

**O**

**object** 28:11 50:1 52:11 56:13
**obligations** 55:6
**obscured** 41:23
**observance** 40:17
**observances** 41:8
**observe** 47:10
**occasion** 17:14
**occur** 17:13
**occurred** 26:14
**October** 21:6 22:13,22
**offer** 24:24 56:3
**offered** 25:24 47:15
**offering** 55:7
**offerings** 26:5
**on-time** 14:7 15:11
**operate** 8:23
**operated** 9:9
**operating** 8:14
**operation** 6:10, 24 10:16 16:20 39:22
**operational** 7:16 8:20 10:18 14:6, 18 15:6 17:10
**operations** 5:12, 18 6:1,21 13:7,12, 19 19:8,9,19 20:8 34:10 35:2
**opportunity** 25:11 29:25
**opposed** 17:5
**ops** 5:1,21 11:21 12:8,15
**order** 47:16,20
**orient** 27:19
**Orthodox** 32:8
**outcome** 33:9
**outline** 29:10
**outlining** 41:8
**oversight** 15:25 35:3
**Oyler** 57:8,15

**P**

**p.m.** 43:13 58:1
**pandemic** 9:1 18:11,17
**part** 5:15 8:2 15:22 26:1 34:4,7 36:7 41:5,12 42:20,21 52:4
**participants** 11:25
**parts** 12:2
**passengers** 48:1
**pathway** 9:13
**pause** 42:1
**PBS** 47:15 48:5
**people** 7:3 9:21 11:9,11 15:17 19:21 31:1 49:13
**performance** 6:19 14:7 15:11
**period** 28:9 56:14
**personal** 47:18
**personally** 9:20
**phone** 44:16,19
**piece** 33:19
**pilot** 5:1,5,11,14 6:19 14:5 15:15, 18 16:23 17:18 20:1 21:19,21 29:19 30:8,15,16 32:3,8,23 33:14 34:5,6,9,11,14 35:3,6,7 54:18 55:5,8
**pilot/director** 5:21
**pilots** 5:25 6:25 7:6,7,8,9 8:17 10:14 16:4,5,10, 19 17:2 19:25 20:5 29:15,23,24 30:1 31:10,11 38:5 53:12,13,15, 21 54:6,12 55:18 57:16
**pin** 13:21
**place** 11:21
**point** 8:19 29:17 35:11 38:14 43:9 45:4 54:10 56:8
**points** 8:20
**Polad** 48:25 49:6
**policies** 6:9,12, 13,22 8:17 17:16 30:8
**policy** 5:25 6:7, 15,16,21 17:12 47:21
**Portland** 16:8
**posed** 29:6
**position** 5:12,14 18:13 20:21 55:7
**positions** 5:13
**possibility** 54:9
**post-interview** 26:10
**practice** 53:19
**practices** 32:5
**pre-pandemic** 18:17,22
**preclude** 54:22, 25 55:11,12,23
**president** 13:6 19:19
**prevent** 17:16 54:11 55:6
**previous** 6:3 38:14
**previously** 5:8 20:13 21:2 22:1 24:22 27:22 48:23 50:19 51:3 52:21
**primarily** 15:15 17:7
**primary** 16:7 18:10
**prior** 8:22,25 9:1, 4
**privileged** 28:12 52:12

**process** 41:12 45:1 53:22,25 54:2 56:8
**produced** 44:8
**product** 52:5
**professionalism** 47:7
**properly** 47:16
**provided** 8:21 23:23 47:9,12 57:17
**pull** 23:19 38:23 46:1
**put** 26:11 29:24 36:3 37:18 40:14
**puts** 37:19 43:6

**Q**

**qualified** 55:20 56:4,5
**quarter** 9:5
**question** 6:9,23 7:14,20 8:12 10:2, 14 11:25 12:6 14:2 28:16,19 29:6 30:4,23 32:23 42:18 50:15 51:21 54:15 55:14,17
**questions** 4:23 23:24 24:10 57:22
**queue** 43:6
**quick** 44:12

**R**

**raised** 28:1
**ran** 26:1
**range** 9:8,9
**rare** 17:14,15
**re-share** 29:8
**read** 20:17 21:13 22:8,10 40:18 46:20,24 51:14, 15,18,24
**reading** 52:2
**real** 44:12
**reality** 39:21
**realize** 47:8
**reason** 11:17 13:14 24:20
**recall** 20:19 21:13,16,22 22:11,17,25 23:17 25:2,19 26:7 28:6, 7,25 29:3,4,6 30:6,14,18 31:25 32:6,10,11,14,16, 18,23,24 33:2,3,5, 11 35:13,15 37:4, 25 39:13,15 41:3 44:5,6,9,16 45:5, 13,23 46:6,9,11, 17 49:15,17 50:7, 8,10,12,13,15 51:1,6 52:2,16,25 56:21 57:6,14,19
**receive** 35:17 36:1
**received** 35:20 36:25 37:3 45:19 46:5 51:12
**receiving** 35:15 37:4 45:23 51:6
**recent** 23:10,12 24:15
**recognize** 25:13
**Recognizes** 25:9
**recollection** 15:25 32:7 48:15 52:8,15
**recommend** 43:4
**recommended** 43:3
**record** 15:21 34:19
**records** 5:8
**recruiters** 36:23
**recruiting** 34:12
**reduce** 34:22
**refer** 6:3 15:20 33:8
**reference** 6:4 49:21
**referral** 33:10
**referred** 23:20 27:10 37:16,17
**referring** 15:13 25:16 30:10 38:25 39:8,23 40:7 42:3 53:5 54:4
**refresh** 52:8
**refreshes** 52:15
**regional** 15:25 16:22
**regions** 16:7,13
**regret** 41:17 42:3, 4,7 43:3,18 44:18 45:7,21 46:3 48:21 49:13,16 51:15 53:2,8
**regular** 10:21,23 11:20 18:19
**Reinach** 27:14, 25
**relations** 22:20
**relevant** 9:24
**religious** 21:7, 10,19 22:3,23 31:16 32:4 33:13, 18 41:8 48:2 50:22
**remain** 9:17
**remember** 11:19 51:8
**reminding** 27:4
**remote** 58:1
**remotely** 4:5 18:12
**replacements** 16:19
**reply** 44:18
**report** 7:3 19:15, 21
**reports** 19:17,18
**represent** 23:1 25:22 47:6
**request** 21:9 28:8 30:11
**requested** 30:20 58:3
**requesting** 31:19 32:3,9
**required** 11:6 29:14 37:24
**requirements** 20:2,6
**requires** 15:7
**rescheduled** 12:21
**reserve** 39:21
**resign** 26:3
**resignation** 23:5
**resigned** 24:25
**resolve** 17:23
**resources** 33:1,2 34:7
**respond** 51:24
**response** 44:7
**responsibilities** 5:16
**responsibility** 8:4
**responsible** 5:24 19:22
**rest** 47:6
**restate** 16:3 54:15
**restriction** 40:11
**results** 10:18
**resume** 34:19 36:10,16 37:13
**return** 14:19,24 15:3,4,7
**review** 11:21 14:5,6,8 25:18,21 34:15 36:12,20 37:7,9,10,12,18, 19,24 38:1 42:20, 21 44:17 57:24
**reviewed** 23:10, 12 24:3 25:15 38:2 39:12,14 41:5,9 42:19,24 43:1
**reviewing** 23:20 25:2 41:10 44:2 48:19
**robust** 7:21
**room** 27:12
**Roy** 4:2,14 7:24 8:1 11:18 13:18, 20 21:1 23:20 25:14 27:8 28:23 32:12 33:17 39:1 40:20 42:3 43:14 44:10,14 53:11 56:8,16
**rules** 4:21
**run** 6:12
**running** 6:11

**S**

**Sabbath** 30:12 31:17 32:9,21 40:7,16 48:6 56:12 57:5,17
**safe** 5:25
**safely** 8:14
**safety** 5:24 7:22 48:1
**Salt** 16:8
**SAPA** 56:9,17,24 57:3
**Saturday** 29:15 30:13 56:20

**Saturdays** 29:20 30:17
**SB** 5:22 6:4
**scenario** 25:8
**schedule** 11:10 12:5 13:22 32:20 38:3,4 39:7,21 40:4,10 46:14 47:9,17 48:5,8,13
**scheduled** 12:17,19,22,25
**schedules** 7:19 18:16
**scheduling** 7:18 10:5,11,15,22 11:10,11 18:3 23:4,18 24:24 29:23 33:17 38:12 53:13 57:15
**screen** 20:11 39:2
**scroll** 23:21 24:4, 6,7,8 25:12 28:2 35:23 39:19 40:24
**scrolling** 24:17 25:4
**seconds** 45:6
**section** 34:9
**seeking** 28:13
**selection** 34:5,6
**senior** 13:6 18:6 19:18 29:15,24
**seniority** 17:11, 13,18,23 29:13 56:11,18 57:4
**sentence** 47:3 49:18
**sentences** 46:24 47:2
**separate** 26:4
**September** 20:14,22 21:18
**series** 24:10 48:24
**session** 25:1
**set** 11:10,15 12:7, 9,10 24:13
**Shane** 21:5 30:10,19 31:16, 22,23 36:10,15 40:15 41:7 42:13, 16 45:18 46:12 49:19,25 50:6,21 52:10 56:19
**share** 29:9 33:21 45:24
**shift** 47:13
**shortly** 26:16 48:19
**show** 20:10 21:24 27:19 33:21 40:12 41:19 48:22 50:18 52:18
**showed** 46:22
**showing** 20:12 21:1 27:21 50:19 51:2
**shown** 46:7 48:16
**shows** 24:22
**sign** 57:24
**signature** 49:7 58:3
**signed** 22:4,5
**similar** 16:22
**situation** 15:7 42:22
**situations** 33:12 53:11 54:21
**size** 34:22
**Skywest** 5:2,5 8:23 18:21 23:23 24:25 25:25 27:2 32:19 33:13 36:7, 8,9 47:5,8,12,14 54:11,22,25 55:6, 23 56:2,3 57:11, 17
**slowed** 9:5
**smoothly** 6:11
**software** 34:18
**someone's** 32:20 53:16
**Sorenson** 48:25 49:9 52:22
**sort** 4:20 9:1,12 11:18 32:3
**sound** 27:18 52:23
**sounded** 4:18 11:19
**sounding** 4:13
**sounds** 4:18,19
**sources** 8:6
**sourcing** 34:9 35:3,6
**speak** 31:9,10
**specific** 6:8,13 12:4 13:14 15:23, 24 17:16 20:9 31:7,14 32:24
**specifically** 5:22 6:5 9:4 24:20 29:1,3 30:10,14 31:22 32:1,10 33:11 39:16 55:8 57:1
**Spencer** 11:3 13:11 17:1 20:14, 20,21
**split** 18:8
**spoke** 5:7
**squinting** 40:21
**St** 18:9,11
**staff** 6:18 15:16
**staffing** 16:25
**standard** 36:11
**standing** 11:7 12:5
**start** 24:11 33:25
**started** 38:20
**starts** 21:3
**state** 4:9,11 48:4, 7,11
**stated** 5:7,22,23 38:19
**statement** 31:8 39:18
**statements** 29:12
**station** 47:23
**stay** 6:25 47:19
**Stop** 24:6
**Strindberg** 4:8 27:1,7 28:14,18 29:2 33:24 42:2 43:8,14 44:8,20 50:2 52:13 56:15 57:20,23
**string** 36:3
**structure** 16:1
**stuck** 30:1
**subject** 21:6 31:8
**success** 14:8
**Sundays** 30:17
**supervisors** 7:7 15:16 16:16,20
**support** 10:25 13:11 18:2
**suppose** 35:17
**supposed** 6:12 9:17
**sworn** 4:4
**system** 18:14 34:18 47:15,16 56:11,18 57:4

**T**

**takes** 15:1 17:5 23:15
**talk** 30:5 35:11 56:9,16
**talked** 15:21 31:15,23 32:2 49:13 50:13 52:15 57:3
**talking** 17:2 23:13 32:7 33:17 55:18 57:14
**talks** 25:9
**Tanner** 44:8
**task** 15:9
**teach** 47:16
**team** 7:6 14:5 23:15 31:19 34:5, 7,12 43:6
**telling** 14:11
**ten** 43:10
**term** 9:10 11:19 14:24 15:10 55:16
**terminology** 10:12 19:5
**testified** 4:5
**testimony** 5:3 6:3
**thing** 17:9 33:19 45:8
**things** 6:11 8:12 9:5 11:14 14:12 15:11 17:3 52:1
**thought** 54:15
**thousands** 6:12
**Thursday** 12:23
**till** 14:11
**time** 4:21 8:14 11:10,15 12:7 14:3 15:20,24 18:8 21:17,18 22:8,13 23:2 27:20 28:9,21 33:4 47:24 48:16 49:23 50:7 53:22, 23 54:20 55:22 56:14,15
**times** 12:10,11 13:1
**title** 5:15,19

**titles** 16:21
**Todd** 27:11,15 28:20 30:5,19,25 31:9,15,24 32:2,8 43:9 49:20,21,24 50:5 52:9,15
**told** 40:5,6,9 46:16,17 48:17 49:13
**tool** 34:20
**tools** 47:12 48:8, 12 57:17
**top** 36:7,8 49:2
**topic** 30:5
**touch** 8:20
**track** 6:10,19,22, 24,25 7:11 8:1,5, 13 9:20,23
**tracking** 7:12,13, 22 8:8
**tracks** 7:17
**Tracy** 13:7 18:5
**trade** 17:9 47:13
**trading** 17:3
**Traditionally** 29:23
**training** 13:11 19:10,11,12,13, 18,23 20:2,7,8 21:21 23:4,17 24:25 26:2 50:23 53:20 54:11,21 55:5,23
**trash** 51:24
**travel** 18:18
**tremendously** 9:6
**Tuesday** 11:15 12:23
**turned** 25:24
**type** 17:9 33:13, 19 45:8
**types** 17:3
**typical** 13:23,25 14:3,22,23 15:9
**typically** 8:23 13:24 29:16 45:7

**U**

**Uh-huh** 6:6 7:25 8:7 9:25 10:4 11:17 16:2
**ultimately** 17:22 18:4
**unable** 15:2 38:4, 8 40:3
**unavoidably** 29:14
**understand** 4:22 13:21 16:16 31:2 47:15 51:20 55:3
**understanding** 18:16
**undesirable** 47:19
**unforeseen** 47:22
**unlimited** 8:12
**unrestricted** 46:14
**unsuccessful** 48:7,12
**unwillingness** 39:6
**USERRA** 54:1
**utilizing** 48:8
**utmost** 47:7

**V**

**vague** 56:13
**vaguely** 32:22,23
**varies** 7:10 13:22
**version** 22:4
**vice** 13:6 19:18
**visit** 18:15 19:1
**VP** 18:6

**W**

**wanted** 42:8
**watch** 6:23 10:3
**Wednesday** 12:24
**week** 12:9,16,20, 23,25 14:11 41:16
**weekend** 29:23
**weekends** 29:22 30:2,3
**weekly** 12:17
**wellbeing** 48:1
**Whicker** 22:5,14
**Whiting** 34:24,25 35:1,12,21 37:5
**William** 4:2,14
**word** 9:12
**words** 4:22 17:10 19:21 36:6
**work** 11:14 16:7 18:10 29:14 32:21 40:3 52:5
**worked** 34:9
**working** 18:12 29:16,19 30:2,12 56:12,19 57:5,16
**workload** 13:2
**works** 57:10
**wrong** 44:13
**wrote** 40:15

**Y**

**year** 26:11 53:18, 19
**years** 30:7,22 45:5,15

# EXHIBIT 7

# Remote 30(b)(6) Deposition of SkyWest Airlines

## Steven Spagnolo



Date: September 29, 2020

Case: Cassell vs. SkyWest, Inc.

Civil No: 2:19-cv-00149-jnp-dao

*Reporter: Vicky McDaniel, CSR, RMR*

ASSOCIATED REPORTING & VIDEO

*Next-Level Litigation Support*

The Owyhee
1109 Main Street, Suite 220
Boise, Idaho 83702

Phone: (208) 343-4004
Facsimile: (208) 343-4002
production@arvboise.com
arvboise.com

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | | |
|---|---|---|
| SHANE ANDREW CASSELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 2:19-cv-00149-jnp-dao |
| vs. | ) | |
| | ) | Judge Jill N. Parrish |
| SKYWEST, INC., d/b/a | ) | Magistrate JudgeDaphne A. Oberg |
| SKYWEST AIRLINES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

REMOTE 30(b)(6) DEPOSITION OF SKYWEST AIRLINES

STEVEN SPAGNOLO

September 29, 2020

Salt Lake City, Utah

Repored by: Vicky McDaniel, CSR, RMR

REMOTE 30(b)(6) DEPOSITION OF SKYWEST AIRLINES

BE IT REMEMBERED that the remote deposition of STEVEN SPAGNOLO, 30(b)(6) designee for SKYWEST AIRLINES was taken via videoconference by the Plaintiff before Associated Reporting & Video, Vicky McDaniel, Court eporter in and for the County of Salt Lake, State of Utah, on Tuesday, the 29th day of September, 2020, commencing at the hour of 9:42 a.m. in the above-entitled matter.

APPEARANCES (Remotely):

For the Plaintiff: STRINDBERG & SCHOLNICK, LLC
By: Erik Strindberg, Esq.
1516 West Hays Street
Boise, Idaho 83702
Telephone: (208) 336-1788
Facsimile: (208) 287-3708
erik@utahjobjustice.com

ASSOCIATED GENERAL COUNSEL
GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS
By: Todd R. McFarkabd, Esq.
12501 Old Columbia Pike
Silver Springs, Maryland 20902-6600
Telephone: (301) 680-6321
Facsimile: (301) 680-6329
mcfarlandt@gc.adventist.org

For the Defendant: FABIAN VANCOTT
By: Scott M. Petersen, Esq.
215 South State Street, Suite 1200
Salt Lake City, Utah 84111
Telephone: (801) 531-8900
Facsimile: (801) 596-2814
spetersen@fabianvancott.com



I N D E X

E X A M I N A T I O N


| STEVEN SPAGNOLO | PAGE |
|---|---|
| By: Mr. Strindberg | 4 |
| Mr. Petersen | 131 |
| Mr. Strindberg | 134 |


E X H I B I T S


| NO. | | PAGE |
|---|---|---|
| 20. | Document provided by Paxton Catten, Skywest 1858 and 1959 (2 Pages) | 14 |
| 21. | Excerpts from Pilot Policy Manual (25 Pages) | 21 |
| 22. | CONFIDENTIAL | 62 |




P R O C E E D I N G S

THE REPORTER: The parties do stipulate to the remote deposition and swearing in of the witness?

MR. STRINDBERG: Agreed.

MR. PETERSEN: Agreed.

STEVEN SPAGNOLO,

called as a witness, having been first duly sworn remotely, was examined and testified as follows:

EXAMINATION

BY MR. STRINDBERG:

**Q. Good morning, Mr. Spagnolo. My name is Erik Strindberg. I represent Shane Cassell.**

**Please state your full name and your current address.**

A. It's Steven, S-t-e-v-e-n, Spagnolo, S-p-a-g-n-o-l-o. My address is [redacted]

**Q. And I gather you're currently employed by SkyWest?**

A. Correct.

**Q. How long have you been employed by SkyWest?**

A. Since May of 2007.

**Q. And what is your current position?**

A. I am manager of crew support resources.



**Q. And what does that job entail?**

A. My responsibilities include -- I oversee our crew administration department. I also oversee invites training and IOE and crew payroll as well. And then -- those are the departments or people that I oversee. And then I don't know if you're looking for a job description or what I do or --

**Q. Yes. Give me some idea of what you do on a day-to-day basis.**

A. Okay. So part of my responsibilities is I work with -- I represent the company when there's a request for policy changes for the pilots and flight attendants. I help give recommendations. I help with writing the policies, reviewing them. I am -- I work on a couple of different teams as well, different committees, fatigue steering committee. I work on a safety concern report committee.

And so on a day-to-day basis I could be working with the administrative work where -- that would be where we place the pilots and flight attendants on their leave of absence stuff. It could be part of master vacation. We handle just any kind of return from a leave, building a schedule. We handle what we call transitions where we will complete a schedule for the following bid month.

We -- just several little things that I do on a daily basis. It's kind of hard to summarize everything, but --

**Q. What is crew -- you said one of the departments was crew administration. What does crew administration do?**

A. So they -- they're the ones that are handling broadcasts. So anytime we have, like, a leave of absence that comes through, they will pull the schedule from the pilot or flight attendant, or sometimes it's broadcast for return to work from a leave of absence. So what they'll do is they'll restore their schedule, build their schedule upon a return from a leave. Or it could be from an OJI return or removal.

They work on what we call preassignments, which are placeholders for the following bid month that block out their schedules so when they go to bid it's already saying that they've got something that they're responsible to do over certain days. So they add those preassignments prior to the bid opening.

They also handle -- I mentioned transitions. So after the bid is over they complete the schedules to make sure that they are -- that they've -- everybody's been given a full line. They



have deconflicted any issues that might be on there, and just -- they set their line for the next month. So they finish that part.

**Q. Okay. So some of those terms hopefully, when we start talking about seniority and bidding, will become -- mean more to me than they do now.**

**You said that you've been designated by the company to answer questions about seniority, domiciles, and bidding system. Is that correct?**

A. Yes.

**Q. And what have you done to prepare for today's deposition?**

A. I've spoken with a few people to familiarize myself a little bit better. I've spoken with the manager of crew planning.

**Q. And who is that?**

A. That's Trisha Bennett.

**Q. Okay.**

A. And I spoke to our director, my boss, Anita Spencer.

**Q. Okay.**

A. I worked with our VP of IT, Justin Esplin, to help pull some data. And I also worked with another manager in our department, Paxton Catten. He helped to pull some data as well.



**Q. What was that first name?**

A. Paxton, P-a-x-t-o-n.

**Q. Okay. Anyone else you spoke with?**

A. I spoke -- or I communicated with one of the crew planners, Tina Eaton. She works in PBS. She's very familiar with the PBS system.

**Q. Did you speak to anyone else?**

A. Our pilot staffing coordinator, Virginia Dorosky.

**Q. Okay. Anyone else you can think of?**

A. I think that covers it.

**Q. What did you speak to Trisha Bennett, the manager of crew planning, about?**

A. So she helped to provide some information on the PBS system. Just -- she helped to get -- point me in the direction of, like, a PBS user guide that kind of helps talk about some of the properties that are located in the PBS system.

**Q. And the PBS system is the actual electronic bidding system; is that correct?**

A. Yeah, that's correct.

**Q. What did you speak with Anita Spencer about?**

A. I spoke to her a little bit about the history of seniority, and I spoke to her about some



of the policy history as well.

**Q. Policy history regarding what?**

A. Regarding the Pilot Policy Manual, or CBA.

**Q. And what is Anita's job?**

A. She's director of crew support.

**Q. So does she report to you?**

A. No, I report to her.

**Q. Then you said you talked with Jason Esplin and Paxton Catten; is that right?**

A. Justin.

**Q. Justin?**

A. Esplin, yes.

**Q. And you said they pulled some data for you; is that correct?**

A. Correct.

**Q. What kind of data?**

A. Justin helped to pull some information, so it was -- it was looking at three of our domiciles -- Chicago, Minneapolis, and Detroit. It was data for each -- the pilot seniority list, each of those domiciles dating back to 2017 to present. And a monthly -- what it looked like on a monthly basis since 2017.

**Q. And is this -- did you have them print out something for you?**

A. That document was a super big document. It was about 1500 pages of an Excel spreadsheet, so yeah, I didn't print it.

**Q. Do you have access to it now?**

A. I do.

**Q. Okay. Are you going to be referring to it during this deposition?**

A. I don't think I'll need to. I guess it depends on questions that might be asked, but I don't think I'll need to.

**Q. What does the spreadsheet show? What kinds of information does it have on it?**

A. It has -- so it has the employee name, employee number, their seniority number. It states whether they were a block holder or a reserve for a particular month, and it has the dates for each month. So it shows the list of all those pilots and those domiciles for each month.

MR. PETERSEN: Let me just interject here, Erik. Do you remember during our meeting to confer under Topic 2 there were several items that looked like they were specific numbers that I indicated there's -- nobody's just going to have this information off the top of their head. And so what we have asked Steve to do is try to familiarize



himself with the information that he was requesting from Topic 2, and's what this is going to. This was under our direction to go find the information per the discussion you and I had.

MR. STRINDBERG: Are you willing, Scott, to share that information with us at some point?

MR. PETERSEN: Well, let's see what the conversation looks like. What we learned is that there are -- it's literally thousands of pages of documents to show information about one particular domicile and the hundreds of pilots that are at that domicile if you break it down by month. So I would say, you know, if you send us a document -- or an interrogatory probably is the better way, we can look at responding to those.

I've asked questions of Mr. Spagnolo. But if -- you know, so I guess the answer is we'll see. Depends on what you ask for and what we can produce. But I guess what I'm trying to say, and this is where my concern lies is these are not documents kept in the ordinary course. This was -- this was information we generated per our discussion with you.

MR. STRINDBERG: Okay. I appreciate that. I mean, however, if he's going to refer to it and rely on it during the deposition, I think we're



entitled to see it.

MR. PETERSEN: Well, I think he said he didn't think he would be relying on it. So, I mean, again, ask the questions and we can address it as you go along, I guess.

**Q. (By Mr. Strindberg) Okay. And Mr. -- can I call you Steven? Is that correct -- okay?**

A. Yeah.

**Q. Do you go by Steven or Steve?**

A. I actually go by Steve-O. It's a nickname.

**Q. Okay, Steve-O.**

A. Steve or Steve-O.

**Q. The spreadsheets that Justin put together, what -- do they have a name on them? What are they called?**

A. Say again. I'm sorry.

**Q. These spreadsheets that Justin put together for you regarding the three domiciles, do they have a name on them?**

A. No. It's just data that was pulled, so there's no -- it's not a report. He just queried the table, I believe, that pulled information from our CrewTrac system. That's our software we use for the scheduling.



**Q. You said Paxton also pulled some data for you?**

A. Correct.

**Q. What did he pull for you?**

A. The information he pulled was a list of I believe it was a hundred pilots in 2017, and looked up to see if those pilots were scheduled or worked on a Saturday in their first year.

**Q. And what does that data look like? Did you print that out?**

A. I don't have that with me, no.

MR. STRINDBERG: Scott, is this the information that was produced to us already?

MR. PETERSEN: Yes.

MR. STRINDBERG: Okay.

MR. PETERSEN: And by the way, Erik, we're not -- we haven't blown off your request for the underlying data on that. It's just that that produced -- when we tried to print it off it produced about like 30,000 pages of documents. So we're trying to get it in a more workable format for you.

MR. STRINDBERG: Sounds good.

**Q. (By Mr. Strindberg) The data that Paxton gave you, how big was it? How long was it?**

A. Honestly, I don't know off the top of my

Page 14

head.
**Q. I'm going to share a document with you, and you can tell me if that's the document. See if I can do this. Are you able to see that, Steve-O?**
A. Yeah.
**Q. Let's mark this document as Exhibit 20, Vicky. It's SkyWest 1858 through 1859.**
(EXHIBIT 20 WAS IDENTIFIED.)
**Q. (By Mr. Strindberg) So is this what Paxton provided to you?**
A. Yes. That looks familiar, yes.
**Q. Okay. This is a two-page document. Did he provide you with anything else, or just this two-page summary?**
A. No, that was it.
**Q. Did you have any discussions with either Justin or Paxton about the data they provided you?**
MR. PETERSEN: Hold on. Objection; vague and ambiguous.
Go ahead. Go ahead.
THE WITNESS: Not that I can recall with Justin. I just asked for the data. With Paxton, yeah, we didn't discuss the actual data contents. I just asked him to help me to produce that so I could turn it over to our team, our legal team.

Page 15

**Q. (By Mr. Strindberg) You said you asked Justin for the data. What specifically did you ask him to provide you?**
A. I asked him to see if he could query those three domiciles that we talked about -- the Chicago, Detroit, Minneapolis for the 2017 to 2020, just trying to get him -- or ask for a list of all the pilots and their seniority for each month during that time frame in each of those domiciles, and I just asked him if he could pull that data somehow.
MR. PETERSEN: I think he's getting mixed up between the two types of documents, Steve-O. The one that was just shown to you is the Saturday work document.
THE WITNESS: Oh, okay. Yeah, so that one -- that one was produced by Paxton, not Justin.
MR. STRINDBERG: Right. I was asking about Justin, Scott.
MR. PETERSEN: Oh, I'm the one out in left field. I apologize.
THE WITNESS: Yeah. So Justin, I just asked him if he could produce something like that. He sent me back a short while later that information, asked if that's what I was looking for. I let him know, yeah, that's what I was looking for.

Page 16

**Q. (By Mr. Strindberg) So it shows -- it's by month by domicile?**
A. Correct.
**Q. And it has, what, the list of each pilot on it and where they rank in the --**
A. Yeah, seniority -- correct. Their seniority number, their information, which domicile they were in for each month in that time frame.
**Q. Does it have any other information about the various pilots?**
A. What do you mean by various information?
**Q. Well, such as what planes they're qualified to fly.**
A. Oh. So I only pulled the CRJ fleet, so I didn't pull any ERJ data, just CRJ fleet.
**Q. And why only CRJ fleet?**
A. That was the fleet that Mr. Cassell was scheduled for or hired to fly.
**Q. So is there a different seniority list for the -- what are the other planes? The ERJ?**
A. There's not. The seniority list is what it is for all pilots. So -- so obviously, it -- you -- yeah, your seniority doesn't change depending on which aircraft you're on. Your seniority is your seniority. So if you transfer, you go from one

Page 17

aircraft to a different aircraft type, your seniority follows you, whatever you're hired with or whatever your pilot seniority was.
**Q. Okay. And you said you talked with Tina Edelson (phonetic) about the PBS system; is that correct?**
A. Yeah. Tina Eaton, correct.
**Q. And what did you discuss with her in regards to that system?**
A. Just asked her basic questions. One, I wanted to get the history from her about when PBS first came into play here at SkyWest, so just the origins of PBS, and asked her about some of the properties of PBS that they can perform or just put in their bid.
**Q. Okay. And lastly, you talked with Virginia -- is it Roskey?**
A. Dorosky.
**Q. Dorosky. And what did you talk with her about?**
A. Just how she -- how that -- the pilot seniority works as far as when they are first hired, when they're assigned a domicile, where in the process they're assigned their first domicile.
**Q. Great. Before we go on, I forgot -- you**

Page 18

**said you hadn't been deposed before. You understand you're under oath, correct?**

A. I have been deposed before.

**Q. Oh, you have?**

A. Yes.

**Q. So you're generally familiar with it. You understand you're under oath, so you're sworn to tell the truth?**

A. Yes, I understand.

**Q. Is there anything that would prevent you from doing so today?**

A. No.

**Q. Okay. What did you talk with Trisha -- is it -- trying to get her last name. Trisha Bennett. You already told me. Anita Spencer you also said you talked with. Is that correct?**

A. Yes.

**Q. Okay. Anything else you did to prepare for today's depo?**

A. I read over the policy, seniority reference in the PPM, the Pilot Policy Manual, just to kind of refresh myself a little bit with it. Read over the PBS users guide a little bit.

**Q. I imagine that was fun reading.**

A. Yeah.

Page 19

**Q. Okay. Well, let's start talking about the seniority system. When was the seniority system developed, and who was involved in developing it?**

A. So seniority, as far as I understand, has been around since the very first pilots here at SkyWest. That would be sometime in the '70s. I don't have an exact date. But they've been -- they've been working on their schedules based on seniority since the very first pilots here.

**Q. And do you know who developed the seniority system?**

A. I don't, no.

**Q. Now, there's some group, I believe it's called SAPA, which represents pilots. Is that correct?**

A. That's correct.

**Q. What was their involvement, if any, in developing the seniority system?**

A. I believe the seniority system was developed before they came into existence.

**Q. When did SAPA come into existence?**

A. I honestly don't know the exact timeline they came in.

**Q. Excuse me one second. I think I'm getting notifications on my Outlook.**

Page 20

(A discussion was held off the record.)

**Q. (By Mr. Strindberg) So I want to -- what role, if any, has SAPA had in changing or modifying or anything like that regarding the seniority system since it's been in existence?**

A. So SAPA's role, they're the representative group for the pilots to initiate or make change or create new policy for the pilots. So anything that's located in the Pilot Policy Manual, which is where seniority is housed is in the Pilot Policy Manual. So if the company or SAPA would like to change that seniority policy, they would have to either present it or agree to it, and it has to be agreed upon from both sides. So they -- that policy can't change without their involvement.

**Q. And what policy are you referring to?**

A. So seniority itself is a specific SP in the Pilot Policy Manual, so there's a section that talks about how seniority is applied.

**Q. I'm going to share a screen with you. Can you see this, Steve-O?**

A. Yes, I can.

**Q. It's titled "Seniority Standard Practice 3021." Is that what you were just referring to regarding the seniority?**

Page 21

A. Yes, that's correct.

MR. STRINDBERG: I'd like to -- what I've done, Scott, if it's okay with you, I have a number of sections from the policy manual, and I want to make them just one exhibit so we're not having multiple exhibits. So Exhibit 21 will be composed of SkyWest document No. 389 to 397, 413 to 422, 511 and 529 to 533.

(EXHIBIT 21 WAS IDENTIFIED.)

MR. PETERSEN: Those are all sections of the policy manual?

MR. STRINDBERG: Yes.

MR. PETERSEN: All right.

**Q. (By Mr. Strindberg) So Steve-O, is this the only place that the seniority is discussed in the manual?**

A. When you say "discussed," what do you mean?

**Q. Is there any other place where the terms and conditions of seniority are set forth, or is this Section 3021 the only place?**

A. Yeah, I believe this is the only place where the terms and conditions would be established. I'm sure it references the word "seniority" in other places, but that would be speaking to how it's

Page 22

applied, not what it is or how it's accrued.

**Q. Okay. So why don't you give me -- instead of me asking specific questions here, why don't you tell me generally how the seniority system works. How is a pilot assigned seniority and how is it used by the pilot thereafter?**

A. Okay. So pilot seniority is established when they first attend their new hire class. Their seniority is determined -- there's a couple of things that can determine how their seniority is established. So if you are a current employee of SkyWest, say you're transferring from a different department, you've been working ground operations, airport operations and you become a pilot, been working for SkyWest, then your seniority is determined on how long you've been with the company. So if there's multiple pilots in the same class that have also -- were current employees of SkyWest, then it depends on who's been with SkyWest the longest to determine their seniority.

Otherwise, if you're a brand-new pilot coming off the street, first being hired, then your seniority is determined by the last four of your Social Security number.

**Q. Okay. So let's not worry at this point about people transferring from one job to another. Let's talk about pilots coming in. So a new pilot coming in, say, when Shane Cassell came in, or if he had come in in 2017, he would have gotten some sort of a seniority number; is that correct?**

Page 23

A. Correct, pilot seniority number.

**Q. And does that number stay the same throughout that pilot's tenure with SkyWest?**

A. Yeah, so long as they don't, you know -- I mean, if they quit and get rehired, then it wouldn't -- they don't get their old seniority number back. But, yeah, as long as their employment's continuous in that position, then it remains the same.

**Q. So would I be correct, then, to say that the old -- the pilot who has the most tenure with SkyWest would have a seniority number of 1?**

A. The pilot with -- the pilot that's been a pilot with SkyWest the longest, yes, would have the seniority of 1, longest tenure.

**Q. Okay. So does -- so say that a pilot who has seniority number 1 retires. Does everyone's number change, or do they just stay the same thereafter?**

A. Oh, sorry. Yeah, so they would move up,

Page 24

basically, based on -- yeah, so they would move up. If that person quit or retired ahead of them, they would all move up by that amount.

**Q. So would they get new seniority numbers?**

A. Yes.

**Q. Okay. So it's not like security numbers where they stay the same forever; these numbers vary depending on who's above you, if they leave or for whatever reason --**

A. Yeah. So their position doesn't change but their seniority number does.

**Q. What do you mean that their position doesn't change?**

A. Meaning where they're at on that seniority list. We can't leapfrog somebody into a different seniority. So they stay in the same position, but that actual number, seniority number does change based on attrition.

**Q. Okay. So when -- I gather that when SkyWest hires pilots, they go through some training so that there's usually a group of pilots who are hired at one time and go through the training at one time. Is that correct?**

A. Correct.

**Q. Within that training class, how are the seniority numbers assigned?**

Page 25

A. So -- so, again, it's based off of their first day of class. We set the date of their seniority, and then from there, where there's multiple people being hired or starting class at the same time, that's where you have to look at if any of those pilots were previous or -- sorry, excuse me -- current SkyWest employees or not, and if they weren't, then that's where they start going off of their -- the last four of their Social Security number to determine where they fall in the seniority list.

**Q. So is the seniority number -- is it an actual number, or do you just use the date of hire?**

A. No, it's a seniority number. So they're given a number right from the beginning, and that puts them in the list wherever they land. And then that number changes based on attrition and that sort of thing.

**Q. Okay, let me share this with you. So this was Exhibit 20 that we looked at.**

A. Okay.

**Q. The left-hand column has -- it says "Employee" and then it has a number.**

A. Uh-huh.

Page 26

**Q. 53197, 54207. Is that the seniority number?**
A. No, that's their employee I.D. number that the company establishes for all employees.
**Q. Okay. So this -- how many digits is a typical seniority number for pilots?**
A. For pilots, one to four digits.
**Q. How many pilots are there employed by SkyWest currently?**
A. I'd be giving a rough estimate, but I believe it's around -- I think we're just a little over 5,000 pilots.
**Q. Okay. So if the seniority -- if your seniority number changes based on whether people above you retire or leave, how often do you get a new seniority number?**
A. Well, there's attrition, you know, sometimes daily. So your seniority number could change on a daily or weekly basis.
**Q. How would the pilot, a pilot know that there's been a change in his or her seniority number?**
A. They can review a seniority list on SkyWestOnline, and that will tell them their current position.
**Q. And who actually assigns the seniority**

Page 27

**date? Who's responsible for that? Or seniority number.**
A. The pilot staffing coordinator is the one that establishes that.
**Q. And who is that?**
A. Virginia Dorosky.
**Q. And is she responsible for changing the seniority list that the pilots can access?**
A. I don't think she actually -- I think she gives the information, but I don't think she does the -- changes the actual list. I don't know that for sure.
**Q. Okay. So once you have the seniority date, what is it used for?**
A. So with your seniority, that's how your schedule is essentially determined. So when you go to bid, your -- your bid for your schedule, your award is going to be awarded based off of your seniority. It's also used for things like master vacation. So when you're requesting master vacation, that's based off of your seniority as well. So your seniority drives a couple of different things.
**Q. Okay. Well, let me make sure I understand it. So if an officer -- and some of this all -- some of these topics overlap, obviously. Is the seniority**

Page 28

**date used to assign pilots to different domiciles?**
A. Yes. That's also used to determine transfers as well.
**Q. How about with new pilots coming in?**
A. Yes.
**Q. How would --**
A. Sorry.
**Q. You know with -- you have a group of, say, 20 pilots coming in in a training class; and my understanding, based on one of the interrogatories, is that in 2017 most of those -- or all of those new pilots were assigned either Chicago, Minneapolis or Detroit. Is that correct?**
A. Yes, correct.
**Q. How -- who decided, or how was it decided which pilot would go to which domicile?**
A. So they -- based on their pilot seniority, they all, while they're in class, will put their preference of where they want to be domiciled. It could be anywhere -- any of the domiciles they can submit a request for, but it's -- depending on where we need to position them is where they're placed. But their seniority will determine -- so say, for example, I'm the most senior in the class and I have Minneapolis as my number one choice, Detroit is my

Page 29

second, Chicago is my third. If I'm the number one in the class, then I'm going to get my first choice of where I want to be placed, because we are filling spots in that Minneapolis domicile.
So each one, you'll go to the next most senior, see if they're -- see their selection where they prefer to be. If there's nobody in that, then they take that opening.
**Q. And I don't know if I let you answer, if I wasn't listening careful enough. And seniority within each class, how is that decided?**
A. Seniority in each class is determined --
MR. PETERSEN: Hold on. Just so that you know, Steve, if I make an objection, just hold off until I make the objection, and then you can answer.
THE WITNESS: Yes.
MR. PETERSEN: I make sure I object. Asked and answered. Go ahead.
THE WITNESS: Yeah. So seniority within each class is based on whether you are a current SkyWest employee or based on your last four digits of your Social Security number.
**Q. (By Mr. Strindberg) And those people who are current SkyWest employees get a higher seniority number -- or I guess lower, really, meaning they're**

Page 30

**higher on the list?**
A. Correct.
**Q. Okay. So for new hires coming in, they have this -- they rank where they want to go, and that uses seniority, their seniority number to sort that out. So, in other words, if you're sending in a class, five people are going to be sent to Minneapolis; and if the people with the five highest seniority numbers all choose Minneapolis, they get their choice. Is that what you're saying?**
A. That's correct.
**Q. Okay. So once they get to a domicile, do they get a different seniority number, or does it stay the same?**
A. No, their seniority always stays the same where they're at on the list. However, where you're at within that specific domicile is important as well, because you're bidding against the rest of those that are in that domicile. So you may be bidding -- out of 150 pilots, you may be pilot number 100 bidding for a specific month. But that could change. You may not be bidding number 100 every month. Again, your total seniority as a pilot never changes. You stay on the list.
But say, for example, you had a senior

Page 31

pilot transfer into that domicile that is senior to you, then that would bump you down the list as far as where your seniority holds in that domicile. Or if one transfers out, then you could be up in the seniority list in that domicile.
**Q. Do you get a separate domicile seniority number, or is that --**
A. They -- yes and no. I mean, you will see where you bid in that seniority, so in essence you have a number of what you bid for that month in that domicile. But you're not -- the company doesn't say, this is your -- we don't issue you a new seniority number, if that makes sense.
**Q. Okay. The computer system somehow knows that pilots with certain seniority numbers are assigned to a certain domicile; is that correct?**
A. Yes, correct.
**Q. So say you're a pilot in Minneapolis and you want to transfer to another domicile. How does or when does seniority come into effect there?**
A. So for transfers, when you want to transfer you would submit for a transfer, and if there's an opening in the domicile that you're looking to transfer into, then we look at all the pilots that are looking to transfer into that

Page 32

domicile and it would be awarded based on their pilot seniority.
So you're matched up against -- there could be pilots -- you're in Minneapolis, another pilot in Chicago, another pilot in Detroit; all three of them want to go to Denver, for example, and there's an opening in Denver. We would look at which of those three pilots has the most pilot seniority to determine who gets the slot in Denver.
**Q. Are there different seniority numbers or dates, whether you're a captain versus a first officer?**
A. No. Your pilot seniority is the same regardless of your position.
**Q. But when -- if someone's a captain and they're bidding on routes, they're competing against other captains and not against the first officers. Correct?**
A. Right. So it's still position specific, equipment specific, and domicile specific when they're bidding. So they're only bidding against other captains in their domicile on the same equipment when they bid.
**Q. What do you mean by "equipment specific"?**
A. Aircraft type. So whether it's ERJ or the

Page 33

CRJ, different aircraft types.
**Q. Are some pilots trained on both types of aircraft?**
A. No. You can only be in one aircraft type at a time.
**Q. I know in the CRJ there's a number of different CRJs. Is that correct?**
A. That's correct, different variants of the CRJ.
**Q. If you qualify on one CRJ, are you qualified in all three?**
A. Not automatically. You do have to do additional training, but we do train -- if you're a CRJ pilot, you will get training on all the variants of the CRJ aircraft.
**Q. Okay. And is that done in the initial training or is it done later?**
A. It's generally done within usually a month or so after their initial training. So, generally speaking, they would get training on the CRJ200 during their Initial Operating Experience; and then once they pass that, they're qualified on the 200 to operate; and then their training is scheduled shortly after that to get experience in the other variants, 700 and the 900.

Page 34

**Q. Okay. So if -- and everyone starts out, I gather, as a first officer. Is that correct?**
A. Correct.
**Q. And at what point can someone transfer or apply to be a captain?**
A. I believe you need a thousand hours in the -- as a first officer.
**Q. Okay. And so what happens when you transfer from -- say you get promoted from first officer to the captain position. And let's just stick within one domicile. Do you go to the bottom of the captain list, or do you -- do you stay sort of in the same place you've been at in seniority?**
A. Yeah, your pilot seniority stays the same. So you could -- I'll give you an example. So you may have a pilot who upgrades very quickly to a captain, say, within a year or year and a half or so they upgrade to captain. And you may have a first officer who has been with SkyWest as a first officer for five years and they decide to upgrade to a captain. That pilot that upgraded very quickly still has the same seniority, pilot seniority that they started with as the one that's been here for five years. So even though the pilot with five years, the first officer seniority may upgrade later than the other pilot,

Page 35

their seniority would supercede because their pilot seniority overall is greater. So they could essentially be -- if they went to the same domicile, they would have better seniority than the pilot that upgraded quickly.
**Q. So let me make sure I understand. Say you have a first officer who was hired in 2015 and a first officer who was hired in 2018, and the pilot in 2018 acquires her thousand hours and upgrades to a captain in 2019. The first officer who was hired earlier, 2015, doesn't upgrade until 2020. Are you saying that that first officer who was hired in 2015, when they transfer or become a captain will go above the person who was hired in 2018 who became a captain earlier or before they did?**
A. That's correct.
**Q. Okay. So you don't -- in other words, when you transfer on the first officer list you don't go to the bottom of the pilot list, you just basically move across according to your seniority number?**
A. Correct, yes.
**Q. What happens when you transfer domiciles? In other words, for example, give me an idea, how many, say, captains are there in Salt Lake City, do**

Page 36

**you know, the Salt Lake City domicile?**
MR. PETERSEN: Hold on. Objection. Vague and ambiguous.
**Q. (By Mr. Strindberg) Currently. I just want an approximate number. I'm not going to hold you to it.**
A. Yeah. So we have two different equipment types in Salt Lake right now. We have ERJ and CRJ both in Salt Lake. Actual number of pilots, I honestly couldn't give you a great number.
**Q. Okay. Let me -- let me just give you this, just make sure I understand. Say a pilot transfers into another domicile where there's 100 pilots, and in that new domicile 50 of those pilots had been hired before the transferee and 50 were hired after the transferee moves over to the domicile. Does that person who's moving over, the transferee, does he or she fit right in the middle, then, of the seniority list?**
A. Yes, correct.
**Q. So you don't start over again when you switch domiciles?**
A. No, you don't.
**Q. You mentioned that seniority was used for bidding for master -- for vacations. Is that**

Page 37

**correct?**
A. Yeah, master vacation, correct.
**Q. What is "master vacation"?**
A. So master vacation is -- the company sets aside a specific number of slots for each domicile position and equipment type, a certain number of guaranteed vacation slots. They're bid on a week at a time, those vacation slots, so they request which week of vacation they would like to -- it's like -- it's done in advance.
So we bid on that on a quarterly basis right now, so they're bidding on three months at a time, and those vacation slots are awarded based on their seniority. So when the master vacation bid closes, then we award those vacation slots based on what their seniority is within that particular domicile and position.
**Q. Does your seniority date also affect how much vacation you get per year if you're a pilot?**
A. Your date doesn't necessarily, but your -- the company has a scale of accrual, so your -- based on your company service, those accrual amounts do increase as your time of service increases. So that would -- so the accrual rates are based off of -- and it's multiplied by the hours that you've worked.

Page 38

So -- so yes, as you get more senior you accrue more vacation or a higher accrual rate, you know, as opposed to someone that's just starting out.

**Q. Okay. Is seniority or seniority numbers used for anything else besides bidding or vacation bidding? I mean, when I say "bidding" I mean bidding on different flights.**

A. The transfers that we talked about, too, it would determine your transfer status. What else? I mean, off the top of my head, I think that's -- that's all I can think of.

**Q. Okay. Are there any circumstances in which someone can move up or down the seniority list?**

MR. PETERSEN: Objection. Asked and answered.

**Q. (By Mr. Strindberg) You say if they leave they lose their seniority, correct?**

A. Correct.

**Q. Is there any way they can move up the seniority list, other than --**

A. No.

**Q. -- attrition?**

A. No.

**Q. I saw in the handbook, and we can look at it, if you're transferring to SkyWest from another**

Page 39

**121 carrier you get some credit seniority wise. Is that correct?**

A. That's more for different, like, pay scale pieces. So you can get experience. So say, for example, if you worked three years at ExpressJet on -- then you can -- when you come to SkyWest, when you go to our pay scale, you would start at year three on the pay scale, not at year one.

**Q. Okay. So seniority also has something to do with the pay scale you're at?**

A. No. Your seniority -- I mean, not your seniority number but your years of service, yes, determine where you land on the pay scale.

**Q. And for pilots, is it an actual calendar year service, or is it years of service based on flight hours?**

A. It's their hire date, their company hire date.

**Q. Is there any difference between any of the domiciles as to how seniority is handled?**

A. No.

**Q. Let's focus on the three domiciles that pilots and new hires in 2017 were being assigned to -- Minneapolis, Detroit, and Chicago. How -- how long were the seniority lists for each of those three**

Page 40

**domiciles in 2017?**

A. I think just in the first month there was -- as I looked at it, there was about 600 total pilots. So in January of 2017, 600 pilots on those lists -- or on the list.

**Q. So January 2017, 600 pilots between -- between all three?**

A. All three, correct.

**Q. And can you break down how many of those pilots were in Minneapolis, how many in Detroit, and how many were in Chicago?**

A. I don't have that number off the top of my head. I could -- I could research that and get that number, yes, but I don't have that number off the top of my head.

**Q. What would you have to do to research it?**

A. That would be part of the information that was pulled from Justin Esplin. So we had to pull it off of that Excel report that he gave me.

**Q. When we take a break, which we will do here shortly, would you be able to look and see how many pilots were assigned to each domicile in 2017, each of those three domiciles?**

A. Yes.

**Q. Okay.**

Page 41

MR. PETERSEN: By a particular month, Erik? Because the domicile numbers may change month to month.

THE WITNESS: Yeah, it's going to change month to month.

**Q. (By Mr. Strindberg) Do they change dramatically month to month?**

A. No, I don't -- I wouldn't say dramatically, no.

**Q. Let's take a 10- or 15-minute break here. Why don't you choose like July of 2017, 2018, 2019, and 2020 and tell me how many pilots were in each of those domiciles.**

A. In July of each of those years?

**Q. Yeah. Let's take July, because that's about when the class was that he was in. So is 15 minutes enough for you to do that?**

A. Yeah, I should be able to pull that in 15 minutes.

**Q. Let's come back at 11 o'clock, then.**

A. Okay.

(Recess from 10:45 a.m. to 11:01 a.m.)

**Q. (By Mr. Strindberg) So I was asking you about the number of pilots in those three domiciles, '17, '18, '19, and '20. What were you able to find**

Page 42

**out?**
A. Okay. So in July of 2017 in Detroit there were 268, Minneapolis 155, Chicago 249.
**Q. Okay. And that's both first officers and captains?**
A. That's just first officers.
**Q. Okay, good. Thank you.**
A. July 2018, Detroit had 237 Minneapolis 256, and Chicago 300.
**Q. Okay.**
A. July 2019, Detroit had 287, Minneapolis 211, Chicago 339. And in July of 2020, Detroit was 199, Minneapolis 220, Chicago 327.
**Q. And is this just first officers on the CJs?**
A. Correct, yes.
**Q. CRJs, right. Sorry.**
A. Yeah.
**Q. Is that the only aircraft that fly out of those three domiciles?**
A. Minneapolis and Chicago both fly the ERJ, but not -- I'd have to check the dates. Minneapolis isn't -- it doesn't go back as far as 2017 on the ERJ.
**Q. Okay. And Detroit is just the CRJs?**

Page 43

A. Correct.
**Q. So the numbers you've given me are first officers who are qualified on CRJs in those three domiciles?**
A. Yes.
**Q. Were you able to determine how fast someone would move up on the seniority list in each of those domiciles, say, in that four-year period?**
A. I -- I don't know, no, how fast they did. Do you mean just off the top of my head?
**Q. From the data you looked at. In other words -- and I'm talking about relative place on the seniority list. Like, in other words, if someone was in Detroit and they came in and they were the bottom person on the totem pole, how long would it take them to rise up in seniority and how fast would they rise up relatively on the list?**
MR. PETERSEN: I'm going to list an objection as vague and ambiguous as to the term "rise up."
Go ahead.
THE WITNESS: Yeah, I don't know exactly how long it takes them. It is -- it's always been a very -- where -- how you move up depending on where you're at, where you're based at, depending on

Page 44

attrition numbers, that sort of thing.
**Q. (By Mr. Strindberg) And this is getting into a little bit of some of the other topics, but I gather new hires are placed on a reserve board. Is that correct, or used as reserve pilots?**
A. It also depends on where they bid, meaning --
**Q. Well, focus on these three domiciles.**
A. Yeah. Generally speaking, when you first come off of training you are going to be a reserve.
**Q. Was that the case for these three domiciles in 2017?**
A. I would have to look at each individual to see when -- when they went on reserve or when they came off reserve. I don't know for sure.
**Q. That data is available, though?**
A. Yes. I could research that.
**Q. And, again, this is somewhat jumping ahead, but is it possible to determine -- would it be possible to determine how long it would take a first officer in each of these domiciles to actually get their first choice for trips?**
A. Can you explain what you mean a little bit by "first choice for trips"?
**Q. And, again, this is jumping ahead. I**

Page 45

**gather in the bidding process each of the pilots bids on the trips that he or she wants. Correct?**
A. Correct.
**Q. And do they rank, you know, number one choice, number two choice, that type of thing?**
A. Yes. There's -- there's different layers within the PBS system where they would put their preferences in.
**Q. Okay. So can you tell, or is there data available which would tell us when a pilot -- first officer in each one of these domiciles was able to get their first preference, their first bid preference?**
A. Yeah, it probably -- it probably exists. I don't know for sure. Going back, historically, looking at that to see if it's something that we have archived on their actual preferences -- yeah, I don't know that for sure.
**Q. I'm just taking a note.**
**What I'm getting at, Steve-O, and obviously I don't want to be -- I'm not trying to hide anything. The issue here is Saturday, you know, flights for Shane Cassell. He, because of his religious beliefs, would not fly on the Sabbath. I'm just trying to find out if he had been assigned one**

Page 46

**of these three domiciles, how long it would have taken him before he could have been guaranteed that he wouldn't have a Saturday flight, in other words, where he could bid flights that did not involve Saturday travel. That's what I'm getting at.**

A. Yeah. That would be very difficult to determine or predict, because there's lots of variables that would go into that. So yeah, that would be hard to say when exactly you could guarantee it. Because it's not even necessarily a guarantee at any point, because it's not as though as you reach a threshold that you stay at that threshold forever.

For example, if -- and 2020 is a good example of this. You may be bidding a line or being able to hold a line and not be on reserve back in 2019, but because the flying is reduced here at SkyWest in 2020 with the COVID, then we may not have as many lines anymore; and so you may have -- you may go from being a line holder to being on reserve in 2020, even though a year has passed.

**Q. Right. But 2020 is an unusual year, I gather. Is that correct?**

A. Yes, it is.

**Q. The reason I ask is because I know there are some pilots in some of the domiciles that have**

Page 47

**enough seniority that they have -- is it called a standing bid, where every month they get the same flights month after month and they're able to hold that because of their advanced seniority?**

A. Yes. The standing bid they can submit -- any pilot can have a standing bid, which just means they don't have to go into the software every month and put it in again, all their settings. They basically just are -- like save settings, this is my preferences for every month.

**Q. Right. Would the -- I gather each domicile has its own chief pilot. Is that correct?**

A. That's correct.

**Q. Would the chief pilot have a pretty good idea about how long it would take before a pilot coming in in 2017 could be guaranteed that he wouldn't have to work on a Saturday?**

A. No, I don't think a chief pilot's the best resource, especially looking backwards. Chief pilots have changed in that time, so they may not even be domiciled in that domicile, or they may oversee multiple domiciles. So, yeah, I don't know that the chief pilot's the best resource.

**Q. Who would be the best resource for trying to determine how long it would be before a pilot**

Page 48

**hired in 2017 could get their first preference on bid choices?**

A. Honestly, you would probably have to just pull up each individual pilot and do research on each individual pilot to determine how long it took them. It's going to vary between -- again, depends on where you're based. It depends on the growth of the company at the time. It depends on where the flying is being allocated. So there's lots of variables that would potentially affect how long you would be on reserve in a particular domicile.

**Q. Okay. These numbers you've given me about the number of first officers in each of the domiciles in the middle of '17, '18, '19, and '20, there's some variation, like Minnesota -- Minneapolis, excuse me, goes 155, and then it goes up by about 100, and then it goes down by a good 45, that type of thing. Detroit also goes -- sort of goes up and down. What causes -- do you know what causes that variance in the number of first officers in those domiciles?**

A. It's all based on our flying and how many block hours we had and where that flying is allocated. It depends on where our partners are requesting us to fly. And so that could change those numbers in each domicile and the number of pilots

Page 49

required to do that flying out of that domicile.

**Q. Can pilots be involuntarily switched between domiciles by SkyWest?**

A. They -- like, a domicile closure could involuntarily force them out, so if a domicile closes then they may be forced out of there. But SkyWest doesn't force pilots out of a domicile that's active.

**Q. Well, but say -- say Detroit, for example, say there's less flights in Detroit and more and more flights out of Chicago. And I don't know if that's the case. I'm just using that as an example. Could SkyWest tell a pilot that they needed to transfer to the Chicago domicile where they could have more hours?**

MR. PETERSEN: Hold on. I just want to object. It's outside the scope of this topic, so this isn't going to bind the company.

Go ahead.

THE WITNESS: Yeah, they don't force them out. They would look to see who wants to go to Chicago and try to award transfers based on who wants to leave there.

**Q. (By Mr. Strindberg) Okay. If someone -- if someone goes out on -- do you know what family medical leave is?**

A. Yes, I do.
**Q. Say a pilot goes out on family medical leave. Does that affect their seniority at all?**
A. No, it doesn't affect their seniority.
**Q. How about if they're gone for a more extended period of time, say, six months because of a serious illness that keeps them out six months? What happens to their seniority number at that point when they come back?**
A. Well, they still --
MR. PETERSEN: Hold on. Hold on. I'm going to object. It's irrelevant and assumes facts not in evidence, and it's outside the scope.
Go ahead.
MR. STRINDBERG: It actually isn't. It's one of the questions that's listed, Scott.
MR. PETERSEN: Based on -- based on illness? I don't see that.
MR. STRINDBERG: Well, it says -- the question was how the seniority system/bidding system operates when a pilot needs leave under the FMLA or accommodation under the ADA.
MR. PETERSEN: You can ask that question.
MR. STRINDBERG: Okay.
**Q. (By Mr. Strindberg) Say a pilot's out for**



**six months and they've been granted leave under the Americans with Disabilities Act because of, say, a serious medical condition. What happens to their seniority place when they come back to work?**
A. Their seniority doesn't change.
**Q. If they're --**
A. It doesn't pause. It doesn't -- they stay the same seniority that they were when they left.
**Q. So the only time you would lose your seniority is, what, if you leave the company for any reason?**
A. Correct.
**Q. What remedy, if any, does a pilot have if he or she does not feel that seniority has been followed in the bidding process?**
A. They can -- they can dispute that claim, generate a file through SAPA, that complaint, and it's researched. If it's determined it was -- it was violated, then it's rectified.
**Q. And who researches -- researches it?**
A. It would depend on what -- what was being objected to or being raised as what the issue was that was violated.
**Q. I assume it would -- could come up if a pilot who has a higher seniority date sees a pilot**



**with a lower seniority date getting a trip that they wanted, right? That's how it would come up?**
A. Yes.
**Q. So they would file a complaint via SAPA, and who would then research it?**
A. That would likely be someone in crew planning. Tina Eaton would be one of those that would research that to see why -- she would provide an explanation of why it was awarded the way it was awarded.
**Q. Do you know if any such complaints have been made in the past?**
A. Yes. I don't know specifics, but yes, I know that people have argued or brought up what they perceived as seniority violations.
**Q. Do you know if those complaints were upheld?**
MR. PETERSEN: Hold on. I'm going to object. It's outside the scope.
Go ahead if you know.
THE WITNESS: Speaking in generalities, I think the majority of the time when that comes up it was the way that they bid; it wasn't because the system didn't award it properly. It's generally because of how they set their settings in the PBS



system why they weren't awarded that specific pairing.
**Q. Okay. Let me just make sure I understand it. If a pilot feels aggrieved by something in the bid process, they feel seniority's been violated, they would go to SAPA, a SAPA rep, or what? How does that work?**
A. Yeah. Any -- they can file what's called a PIC, or Policy Interpretation Complaint, with SAPA, and SAPA brings that to the company. And then we would research it.
**Q. And what happens if the pilot is not satisfied with the answer they get from SkyWest?**
MR. PETERSEN: Objection. It's outside the scope.
Go ahead if you know.
THE WITNESS: Within a PIC they can -- if the -- if they don't get the resolution they're requesting, they can request a response from the vice president of flight operations for a written response of why the decision was made.
**Q. (By Mr. Strindberg) And is the opinion or decision of the flight ops the final word on the subject, or is there some grievance process beyond that?**

MR. PETERSEN: Same objection.
THE WITNESS: Yeah, I'm not aware of what might happen after that.
**Q. (By Mr. Strindberg) I mean, do you know if there's some kind of a grievance process, like where they can go take their grievance to a neutral hearing officer?**
MR. PETERSEN: Same objection. Outside the scope.
THE WITNESS: No. Those grievances are generally handled through that PIC process.
**Q. (By Mr. Strindberg) Okay. Does seniority have anything to do with what plane a pilot is trained to fly?**
A. What do you mean by that?
**Q. Well, my client yesterday when he answered some questions referred to the ERG -- ERJ planes as being more favored by the pilots. In other words, they like to fly them more than they do the CRJs, you know. How does someone -- I know he was being trained on the CRJ. How does someone -- say a pilot wants to be trained on the ERJ. Does that -- does their seniority date have anything to do with whether they get trained on a different plane, the ERJ?**
A. So if there's a class available, then they



can -- the classes are awarded based on seniority. So yes, in a sense they can be. However, a pilot is hired into a specific aircraft, and they know in advance what aircraft or what they're going to be hired into from the beginning. So they can state their preference.
**Q. And I know Scott will object to this being outside the scope, but are ERJs more favored than the CRJs? If you know.**
MR. PETERSEN: Objection. Outside the scope.
Go ahead. If you know.
THE WITNESS: I don't know. I think it's personal preference, but I don't know for sure.
**Q. (By Mr. Strindberg) Do you know if SkyWest is sort of transitioning from the CRJs to the ERJs?**
MR. PETERSEN: Same objection.
THE WITNESS: I don't know of any specific plans to move to an all ERJ fleet, no.
**Q. (By Mr. Strindberg) Who would have that information?**
A. Our executive team.
**Q. And who's in the executive team?**
MR. PETERSEN: Objection. Outside the



scope.
THE WITNESS: That's probably a Wade Steel question.
**Q. (By Mr. Strindberg) What position does Wade Steel have?**
A. Chief operating officer -- chief commercial officer.
MR. PETERSEN: I can't help you, Steve.
By the way, too, Erik, I get -- I'm nervous about where you're headed, because there are trade secrets and business plan and strategies in the area where you're headed; and I just want to make sure that whatever we do here from the moment you asked about plans, SkyWest's plans to move to the ERJ, I want to designate that portion of this deposition confidential, in fact, attorney eyes only confidential, as I don't think business plans have any relevance to the case and ought to be extremely confidential as either a trade secret or just confidential information about the business of the company.
MR. STRINDBERG: Right. I was just trying to flesh out whether the statements that might -- you know, explore the statements my client made yesterday in his deposition. We're not going to sell the



information to anyone. Don't worry.
**Q. (By Mr. Strindberg) Okay. Let's sort of shift focus to the domicile issue. First of all, how would you define a domicile?**
A. The domicile is where a pilot or flight attendants base, meaning that's where their trips would begin and end. That would be considered their home base, if you will.
**Q. And, again, this is overlapping a little bit into the bidding issue; but if someone is -- a pilot's domiciled in Detroit, can he or she bid on flights that begin or end in another domicile?**
A. No.
**Q. And just so we're clear: in 2017 pilot hirees were being sent to Detroit, Minneapolis, and Chicago. Correct?**
A. Yes, they were.
**Q. Were those new domiciles for SkyWest?**
A. No, they're not new domiciles.
**Q. Do you know why new hirees in 2017 were being sent there?**
A. That's where the need was, the demand was for them, so that's where they were being placed.
**Q. During this last, you know, this last year and four prior years, three prior years, do you have**

**any idea or can you obtain the information as to how many new pilots were assigned or transferred into each of those three domiciles?**
A. That information does exist. Yeah, I would have to -- you know, it would require research. But yeah, that data does exist.
**Q. And I assume there's data somewhere that also exists which would tell us how many pilots have transferred out of each of those three domiciles during the last four years?**
A. Correct.
**Q. But you don't have that information currently?**
A. No, I don't.
**Q. Do you know who would have that information?**
A. Probably Virginia Dorosky.
**Q. Do you have any idea in general -- generally, without talking about specific numbers, how many -- whether there's been a good number of pilots who have transferred out of these three domiciles in the last three, four years?**
MR. PETERSEN: Objection. Vague and ambiguous as to the number.
Go ahead if you can.



THE WITNESS: Yeah, I don't have a good number to give you.
**Q. (By Mr. Strindberg) Do you know if there's some domiciles that are sort of disfavored by the pilots?**
MR. PETERSEN: Objection. Lacks foundation and outside the scope.
THE WITNESS: Yeah. What do you mean by "disfavored"?
**Q. (By Mr. Strindberg) Well, I imagine that there's a lot of people who do not want to live in or near Detroit, for example, not to rag on Detroit. But do you know if that's the case, if Detroit is one of those domiciles that pilots don't like to be assigned to?**
A. That's -- that's a tough question. I think it's all personal preference. Is there data suggesting that? I don't know. You would have to research the data to see if, you know, if they're wanting to leave that domicile.
**Q. (By Mr. Strindberg) In this -- and I guess it's really a three-year period from the middle of 2017 to the middle of 2020. Do you know in each of these three domiciles how many of the first officers per month per domicile were getting assigned**



**routes versus how many were on reserve status?**
A. Yes. That data exists. Whether they were on a reserve line or a block line, I don't know the numbers off the top of my head.
**Q. Right. One of the questions we have, and the way it was phrased was how many pilots per month per domicile get assigned routes and how many are put on reserve status. I'm limiting that to first officers. But you don't have that information currently?**
A. So I do actually have that information, the number of lines and the number of reserve lines.
**Q. Okay. So how many -- do you have it broken down by year? How do you have that available?**
A. Yeah, I have it by month and year.
**Q. What are you looking at currently?**
A. It's just some data that I put together myself, pieced together.
MR. PETERSEN: After we conferred -- again, Erik, I -- after we -- after you and I discussed in our meet and confer about these numbers, I asked SkyWest to get those numbers and put them, compile them for Mr. Spagnolo's deposition. So, again, this is not a document in the ordinary course of documents. I instructed them to make it per our



meet and confer.
MR. STRINDBERG: Right. But -- well, thank you.
**Q. (By Mr. Strindberg) Is it possible to get a copy of what you're looking at, Steve-O? It may quicken this deposition.**
A. Yes. I have that available.
MR. STRINDBERG: Scott, is that acceptable? Do you need to look at it?
MR. PETERSEN: Yeah, I would like to look at it, because I haven't seen it. So to the extent that we can take a break and I can have a chance to take a look at it and see what it is, then -- I mean, assuming that it's just something we put together, that's probably acceptable. But I'd like to reserve the right to at least take a look at it first and speak with him.
MR. STRINDBERG: Okay. Why don't we take a ten-minute break. And, Steve, if you could show it to your attorney and then we'll go from there.
MR. McFARLAND: Before we go on break, I just wanted this on the record. Scott, can we agree, though, just so it's clear that so far in the deposition there's nothing that you are citing as confidential or attorneys' eyes only? I know you

Page 62

were concerned about some areas, but based on the responses actually given, which were, I think, I don't know and here's the name of a person who might, nothing -- this is not an "attorneys' eyes only" transcript yet. Is that fair?

MR. PETERSEN: That's right.

MR. McFARLAND: I just wanted to make sure it's clear because, you know, once it becomes that, it becomes a pain to deal with it and everything. So --

MR. PETERSEN: No, no. Fair point. I think that's right.

MR. McFARLAND: Thank you, Todd.

(Recess from 11:36 a.m. to 12:42 p.m.)

MR. STRINDBERG: Let's go back on the record. We had taken a break. You were looking at some documents. You've now produced those to us. Let me pull those up. What we have here is a nicely made chart. It's labeled SkyWest 001927, and I think it goes through 1950. Why don't we label this as Exhibit 22.

(EXHIBIT 22 WAS IDENTIFIED.)

MR. STRINDBERG: Scott, do you have any concern about this information being proprietary?

MR. PETERSEN: Yes, just for sake of -- to

Page 63

be safe, if we could label it confidential for now. The only reason I'm concerned about that is it does indicate not just the amount -- it indicates by domicile the number of pilots that SkyWest is trying to fill in different spots. It could be that it's not. I just haven't thought it through hard enough. So until then can we call it confidential?

MR. STRINDBERG: Yes, agreed.

**Q. (By Mr. Strindberg) So Steve-O, could you tell us how to read this chart?**

A. Yeah. So this is broken down by month that we can see at the top there. The first month is January of '17. It has both CRJ captain and CRJ first officer on this page. What the -- excuse me. On the left-hand side there, that's the domiciles for each. And then you have the lines, which is the targeted number of lines for that -- for each domicile.

**Q. What is a line?**

A. So a line would be the number of people that can hold a full line or a partial line. So we have a -- we have a target number of lines, which is based on the amount of flying that's -- within each domicile, there's a -- there's an average target range that they're trying to meet a credit each

Page 64

month, which is typically about 83 hours or so, on average. And so this is the number of lines that they would target to -- for each pilot to get to that minimum or that average number of hours.

**Q. So let me see if I understand that. So looking at -- on this first page, let's look at the first officer. Out of Detroit it has 73 lines. So does that mean there were 73 times about 80 hours' worth of flying that could be bid on?**

A. Roughly. What the number will indicate is -- so if you add up your lines, targeted lines and your reserves, that's the number of people that are bidding within that domicile.

**Q. Okay. And we'll get into this in a moment. But if you bid a line, are you guaranteed a certain number of hours?**

A. There is a guaranteed line amount, so there's a -- each month there's a number that are guaranteed to get a line. And then there's also -- this is the targeted line. So there's also a period where you've got guaranteed lines and targeted lines where those people aren't guaranteed a line; so if they don't have enough credit to receive a full line, then they have reserve days added to their schedule to bring them up to the credit. So they're kind of a

Page 65

hybrid.

**Q. So this is not the actual number of lines; it's the targeted number of lines?**

A. Correct.

**Q. Let's go to the second page. I gather this is the same thing but for a different aircraft?**

A. Correct.

**Q. And this just goes month by month?**

A. Correct.

**Q. The page I'm looking at now, 1929, how could the number of lines and reserves for pilots or for captains be different than for first officers? How does that work?**

A. So you don't always have a perfectly even amount of captains and first officers within a domicile. You could have attrition. You may not have people that are wanting to transfer into a certain domicile. So there's -- it's not going to be an exact number of captains to first officers every time. We try to be as close as possible, but it won't be exact.

**Q. Okay. Well, I'm not quite following you. Looking at this, does this mean that in May of 2017 there were in Detroit 117 captains assigned to that domicile?**

A. May of 2017, there was 117 bidding in that domicile.
**Q. Okay. So this number is how many captains and/or first officers were actually bidding; is that correct?**
A. Yeah.
**Q. The page I'm looking at, which is SkyWest 1935, under July of 2018 it shows a negative number on reserves. What does that mean under first officer for Detroit?**
A. So a negative would be that there wasn't enough pilots to meet the reserve lines that we're trying to get. So that would likely mean either they're projected to have some coming out of class so that they wouldn't necessarily be in the bid, but they are planning on them graduating and coming out of class and being qualified, and they'll have a reserve schedule built until they can be set up within the bid for the following month.
**Q. Okay. Is there anything else I need to know about these charts?**
A. Just understanding that -- so, again, the lines includes the targeted lines. So some of those are guaranteed, some of them are not. So it's a hybrid where you may have some of those pilots that



fall in that category as having the partial line and partial reserve. So some trips awarded, some reserve awarded in the same month. And then the reserve number, just understanding that's the number of reserve lines, so that means each one of those reserve lines is going to have 18 total duty days in their reserve line, so each one of those pilots.
**Q. So I guessing I'm a little confused. Is this -- is this the number of pilots or the number of lines?**
A. It's -- it's pilots, but it's -- the lines match up with the pilots, the number of pilots. So that's the amount of flying there is for that many pilots, but this is -- these numbers would reflect how many are bidding in that domicile.
**Q. Okay. What constitutes a line?**
A. So a line would be enough pairings to meet the minimum credit hour requirement.
**Q. And what's the minimum credit hour requirement?**
A. 75 hours.
**Q. I started to ask you this. Let me close this out. Just a second.**
**So you don't know, sitting here, how long it would take someone, say someone who was hired in**



**the middle of 2017 to move from a reserve to a -- to be able to bid on actual lines, do you?**
MR. PETERSEN: Objection.
Go ahead.
THE WITNESS: I don't know. Sorry.
**Q. (By Mr. Strindberg) And within the lines, and I guess we'll go over this, but someone can bid on a line but not get their first choice; correct?**
A. That's correct.
**Q. So the next question would be you don't have the information as to how long it would take before not only can someone bid on a line but that they're guaranteed of getting their bid, their first choice?**
A. Yeah, that would be -- that would be difficult to even, I think, extract, because that's still -- it's very vague as far as saying you're going to be guaranteed your first choice of what you want. Unless you're number one in that domicile, you're probably not guaranteed your first choice of what you want.
MR. STRINDBERG: Scott, I notice -- I'm just trying to ask these questions so that we can formulate these in interrogatories to you or get the information.



**Q. (By Mr. Strindberg) Do they keep -- do you know, Steve, if they keep a history of people's bids by month?**
MR. PETERSEN: Hold on. Objection; outside the scope.
Go ahead, Steve, if you know the answer.
THE WITNESS: I don't know to what detail or to how long it's kept for as far as specific bid making, no.
**Q. (By Mr. Strindberg) And do you have any information as to how many pilots, say, in these three domiciles we're talking about -- Detroit, Chicago, and Minneapolis -- for the years 2017 to 2020 have been required to fly between Friday sundown and Saturday sundown?**
A. I don't have that number.
**Q. Do you know who would?**
A. It would likely be similar to the information that was extracted previously from -- that Paxton pulled, and I would say that's one of the documents we reviewed earlier. But it would be -- yeah, it would be something that would be time consuming to try and find all that information. But it's probably there; the data is probably there to be able to extract it.

**Q. Are Paxton and -- I forget the other gentleman's name -- Justin, are they like the data gurus? Is that part of what they do?**

A. So Paxton, within our department he is the -- so he's the manager of systems and standards. So he's kind of our liaison between IT and our department. So if he requests information from IT, he would be the one that would request that, generally. And then Justin Esplin is the vice president of information technology here at SkyWest, so he's familiar with where to pull data.

**Q. Do you know, is there a lot of transferring between domiciles by pilots?**

A. What do you mean by "a lot"?

MR. PETERSEN: Objection. It's vague and ambiguous.

Go ahead.

**Q. (By Mr. Strindberg) Do you know how often pilots transfer between domiciles?**

A. I mean, we generally have transfers every month. As far as like individual pilots, I don't know how often each individual pilot, you know, transfers. That would depend. We generally have a handful of transfers every month.

**Q. And in this chart we just showed -- I'm**



**trying to pull it up again -- where it shows a number of lines, you said that even though it shows a certain number of lines, those lines aren't guaranteed; in other words, some of the pilots bidding on it might get some lines but also some days on reserve. Is that correct?**

A. That's correct.

**Q. Okay. Let's --**

A. There is a guaranteed number of lines, but that's -- but if you're outside the guaranteed number of lines, then you could end up with a hybrid schedule.

**Q. Do you know what the -- my computer's not cooperating. Probably going to crash any moment.**

MR. MCFARLAND: He was very prophetic. Let's go off the record here. I'll call him.

(A discussion was held off the record.)

**Q. (By Mr. Strindberg) So I was about to ask or was asking -- let me just pull that up again, your great little chart.**

**On this chart, Steve, can you tell -- like, I just have the first page, like, it has Detroit, 76 pilot lines and nine reserves. Do you know how many of those 76 were guaranteed?**

A. I could -- I can find out the exact



number. I don't know what it is off the top of my head, but I'm guessing it would be around probably 67, 68, give or take five or so.

**Q. Okay, let's talk more about bidding. Can you give me a general -- to start out with, a general idea on how the bidding process works? So the mechanics of it, and then we can go from there and break it down a little bit.**

A. Sure. So every pilot has their -- their pilot seniority which they're bidding in within their domicile position and equipment. They would enter the -- the Preferential Bidding System, or PBS is the system that we use, the software that we use to be able to bid in.

What they do is each month there's a bidding window that they'll go in and submit their bid for the following bid month, and during that time they would make their selections where they can. They can choose specific preferences that they would like to have, and they can put them in what we call layers. So those layers are kind of like your priority of what you would like to have. And so in each layer you can -- you can submit a number of preferences that you would like. And then --

**Q. How many layers are there?**



A. Seven layers.

**Q. Okay.**

A. So you have the different layers, and then you put in your preferences in each of the layers. And then when it goes to award, it takes the most senior person in that domicile and equipment and position. Then it will look at their layer one, see what they want and award them based on their preferences, what they would like. And then it goes to the second most senior pilot in the domicile. Does the same thing, looks at their layer one. If they can complete a line in their layer one, then it will complete their line in layer one. If it can't complete their line in layer one, it will look at layer two, see if they can complete a line in layer two. It goes on, so on and so forth, until it gets through each pilot that's within the domicile with position and equipment.

**Q. Okay. So when is this bidding window?**

A. It's the 10th through the 15th of each month, and you're bidding on the following month each month.

**Q. And how many -- so you have five days to bid it; is that correct?**

A. That's correct.

**Q. And then at some point are you notified of what you've been awarded?**

A. Yes. So the 10th opens; the 15th is when it closes. It takes the system roughly two to three days to process all the bids and do the awards. And so it's generally around the 18th where we would then start to work on transitions, which is where if, for example, you had one of those pilots that was only -- was not within the guaranteed line range and didn't have enough hours to complete a line, that's where our transition schedulers would go in and add reserve days to complete their line. So they have to have their schedules per policy -- make sure I get the date right here. For pilots, their schedules have to be published by the 22nd at 8 p.m. Mountain Time.

**Q. Okay. Okay. So let me start asking you some specifics, then, about this. And maybe I don't have my terminology correct, but I gather that in these preferences you bid on certain trips. Is that correct? Is that the right terminology?**

A. You can, yeah. Trips, pairings is what we call them, which a pairing is just a set amount of flights that make up one trip. So a pairing length could be one day, two days, three days, and four days. So they can -- they can -- that's one of the



preferences that they can bid on. They can bid for specific trips; they can bid for specific overnights; they can bid for specific days that they want to work. They can bid on report times and release times of the trips. They can bid for a certain amount of layover time or time in the hotel. They can bid to have a certain amount of days off between trips. So there's -- there's a number of different preferences that they can select or put in.

**Q. Do most pilots bid on specific trips or --**

A. They -- I don't know for sure if they -- most pilots bid for specific trips. No, I don't know the answer to that.

**Q. So a trip could be something like Detroit to Chicago, Chicago to Detroit. That could be one trip?**

A. It could. Generally, they're going to be longer than that. You know, like I say, the pairings can be locals. They can be two days, they can be three days. We -- our pairings are generally built -- four days is usually the longest pairing that we'll build. But that pairing could have -- you know, it could be a round trip from Chicago to Detroit, then it goes to, say, Alpena or Lansing overnight, and then comes back to Detroit, does



another round and goes to a different overnight. So, yeah, it's going to be composed of multiple flight segments within that pairing.

**Q. When you say "pairing," what's the definition of the word "pairing"?**

A. It's like another word for trip. So pairing is comprised of approximate flight segments.

**Q. Okay. And when a pilot goes into the system on the 10th to the 15th, is there a list of these trips or --**

A. Yes.

**Q. And who creates that list?**

A. Crew planning builds those pairings.

**Q. And do they stay the same month to month, or do they vary?**

A. They will vary. It depends on the schedule that our partners are asking us to fly.

**Q. Are there some that remain -- in each domicile that remain pretty constant month to month?**

A. Yeah. You'll have some that are --

**Q. But others that vary?**

A. Yeah.

**Q. And you said that -- is the goal just to get each pilot to fly about 75 hours a month? Is that correct?**



A. It -- usually around 80 hours is about the average. But it will take the preferences that the pilot's requesting as well. Some may bid -- they have an option to bid below the minimum, which if the PBS can award that, it will award that. They can request, say they want a credit range of up to 100 hours, and so it can award their preference and they may, you know, get 100 hours. So it just depends on each pilot's seniority and what every other pilot is bidding for as well.

**Q. Okay, I didn't understand your answer there. So what's the minimum that a pilot can fly?**

MR. PETERSEN: Objection. Vague and ambiguous; calls for a legal conclusion.

**Q. (By Mr. Strindberg) Minimum number of hours per policy that a pilot can fly.**

A. So they can -- so there's a guaranteed line amount of 75 hours. They can bid to waive that and say, oh -- down to 58 hours and 36 minutes is the actual minimum, minimum hours that they're supposed to maintain. So they can bid to waive that minimum 75 hours. If a pilot's within the guaranteed number of line amounts and then they put to waive min, then they're not guaranteed the 75 hours that the company would normally guarantee for them. So they could --

Page 78

they're basically saying, I want less hours than the minimum hours you're guaranteeing me. And if the system can award that, then it will award that.

**Q. And how does your seniority affect a bid, like, to waive the number of hours?**

A. So you would need to -- generally speaking, the more senior you are, the better chance you have of getting the waive minimum granted.

**Q. Okay. Let's look at -- I'm going to share a screen with you. This was a document that was provided to us by SkyWest, I think, in response to our question about how flights are paired. Have you ever seen this document before?**

A. I think I just read through the document yesterday. Yes.

**Q. Okay, let's go over it. So the first line: "Our main line partners provide SkyWest with the flights SkyWest is responsible for operating on any given day in a bid period." This is like you told us before. In other words, United or Delta would say, we need these numbers of flights. And would they also tell you where, which locations?**

A. Correct. So they'll send a file that says, we want you to fly to these cities at these times on these days; and they'll give it to us for a

Page 79

month at a time.

**Q. And when does SkyWest receive that?**

A. We typically get that about the first of the month prior to the month that's being bid upon. So, for example, we're about to receive our files for the November bid period here within the next couple of days.

**Q. Okay. The next line says: "These flights are compiled." What does that mean?**

A. So what they do is they take each of the files from our partners and put it into a pairing optimizer, which will look at turn times and different things to make sure that there's -- they're putting these trips together in an efficient manner, essentially, so that they can add them up so you don't have -- you know, it tries to avoid super long sits, because it's inefficient to have a plane sitting on the ground not doing anything. So it will optimize these pairings and kind of come back to say, this is the best utilization for this flight range or flight set.

**Q. So when you say "pairing," do you mean -- is that referring to pairing trips between different locations like Detroit to Chicago, Chicago to Minneapolis, to somewhere else back to Detroit?**

Page 80

**Would that be a pairing of flights? Is that what it refers to?**

A. So that -- the optimization tells you what flights to pair together, and then the planners actually build the pairings themselves. They're the ones that put them into an actual pairing that they bid on.

**Q. And who at SkyWest does the actual pairing?**

A. Crew planning.

**Q. And when it says "separated into fleet types," I'm assuming that's the type of airplane that will be used?**

A. That's correct.

**Q. And is it SkyWest who decides which airplane -- type of airplane to use?**

A. No. Our partners generally tell us what aircraft they want the route to be flown on.

**Q. Okay. And then it says "some factors considered in pairing optimization are, 1, crew domiciles and staffing in each domicile." How does that affect this pairing process?**

A. So depending on how many pilots you have at a specific location, it may -- a certain flight may work better in a different domicile pairing than

Page 81

another, based on the number of pilots you have. So, for example -- trying to think of the city. You may have routing that goes through -- a trip that goes through Houston. But if, for example, you are short on pilots in Houston and you would like that Houston flight to be filled with another pairing in another domicile where there's better staffing, then you can tell it to do that and build it from another domicile. So it may be -- so, say, Denver to Houston, for example, may end up in the Denver pairing instead of the Houston pairing.

**Q. Okay. Would I be correct in saying that most of these -- this type of calculating or calculations are done by the computer --**

A. Yes.

**Q. -- I mean, in some respect?**

**"Crew qualifications in each domicile," what does that refer to?**

A. Just the number of qualified pilots that you have in each domicile.

**Q. No. 3 is "crew legality and crew legality buffers." What does that mean?**

A. So we're bound by federal aviation regulations and specific crew legalities, meaning, for example, how much a pilot can be -- it's called

flight time, which would be essentially the time that they're in the cockpit with the door closed until the door opens again. So they're bound by daily limits, by monthly limits, by yearly limits as well as -- another one is called flight duty period where that would be the amount of time that they're on duty. So from the time that they report until the time that they're done operating the aircraft that day, their flight duty periods. So there's different restrictions on a daily basis for that, on a weekly basis for that, and on a monthly basis for that.

So it will -- when it's creating these pairings, it has to look for that to make sure that there's -- it's not doing too much flight time on a specific day or too much flight duty period, or FDP, on a specific day.

It will also take into consideration rest that's required. Pilots are required to have a certain amount of rest. So they have to make sure the pairings are giving enough room to get their legal rest as well.

**Q. Okay. Number 4 is "operational performance buffers." What is that referring to?**

A. That's talking about you try to give a certain amount of turn times, you know, in certain



markets based on historical data to make sure that when we're filling a trip that's not just efficient but it's also feasible to make sure that we're getting the flights out on time. So it's making sure that there's enough room between the flights that they can still turn around and get that next flight out on time so our operational performance goals are being met.

**Q. Okay. The last one is "crew member qualify of life requests." What is that referring to?**

A. So the pairings themselves are not just simply based on efficiency. There are some representatives from both SAPA and SIA -- SIA is like the equivalent of SAPA for flight attendants. And these people will meet with the planners on a monthly basis and give some feedback as to what types of trips the crew members like. And if we can accommodate some of those requests, try and build the pairings, you know, so that they feel like they're getting some quality of life out of those pairings, then we'll try to accommodate some of those requests as well. So it's -- the company is trying to be efficient, but they're also trying to balance that with quality of life of the crew members as well.



**Q. Is there some type of pairings that crews like more than others?**

A. It depends. There are certain domiciles that tend to like certain pairings better than others. I can give you an example. In Salt Lake City they tend to like split-duty pairings.

**Q. What kind of pairings?**

A. We called split-duty, which what it does is it typically -- it reports late in the evening and it generally just flies one segment, one flight segment, and then they go to a hotel for about six, seven hours or so. And then they come back and fly one flight segment back to the domicile. So it's all considered continuous duty, meaning there's not a legal rest period to break up the two different flight segments and -- so it reports really late and releases really early the next morning. So generally, their rest is occurring during the middle of the day, but they do get, you know, a short rest at the hotel at night. Some people really enjoy that because they can -- you know, it helps for daycare issues or whatever. They can -- they're home during the day. So some just prefer that. They also pay pretty well as well. So --

**Q. This -- and I'll object for Scott. This is outside the scope of questions. But how are pilots paid? Is it by flight hour or --**



A. There's a formula. There's --

MR. PETERSEN: I have an objection. Hold on. I do need to note an objection. Thanks.

Go ahead.

MR. STRINDBERG: I objected for you, Scott.

MR. PETERSEN: I know. I'm not sure the judge thinks that works, though. We'll see.

Go ahead.

THE WITNESS: Yeah, so it depends. The answer is there's a formula that we'll take. It could be based off of their flight time, it could be based on their total duty for that day, or it could be what we call a minimum daily guarantee, which guarantees a certain amount of credit regardless of how long you're on duty for. So, for example, if you just have maybe one flight that takes two hours for one day, you're guaranteed a minimum of four hours total pay for that day with the minimum daily guarantee.

MR. STRINDBERG: Let's mark SkyWest 61 [sic] as Exhibit 23, I believe. Is that correct, Vicky?

Page 86

MR. PETERSEN: I think we already marked this one yesterday, didn't we? Go up and look. Isn't this the one we just went over, 61 [sic]?
MR. STRINDBERG: You're right. Don't mark it. Yeah, I had the paralegal put on the exhibit numbers for the ones we marked already.
MR. PETERSEN: I was actually going to say, I was really impressed that you even put those on.
MR. STRINDBERG: I know, and then I ignored it. Don't tell my paralegal, though. Okay.
**Q. (By Mr. Strindberg) I'm going to call up another -- this is several pages from the PBS guide, and it was previously marked as Exhibit 16. And you said this was the guide you had taken -- you spent hours laboring over, Steve. Is that correct?**
A. I did look over this guide, yes.
**Q. Okay, let's look at -- and I didn't -- as with Scott, I didn't take all of the pages because it gets pretty dense. But let's go -- ask about some of these terms in the index. The first one is "preassigned." What is that referring to?**
A. So preassigned would be, for example, you may have training that's due in a specific month. So we would block that off your schedule and -- so that

Page 87

it doesn't award you a pairing during that time that you're scheduled to be going to training. So that's something that we know in advance you will be off for specific days. It also could be vacation that's already been preapproved, master vacation. So it just blocks your schedule off for a specific amount of time.
**Q. Okay. And when the pairings come up that the pilots can see, does it tell them what type of aircraft is going to be used?**
A. Yes. They can see what aircraft.
**Q. And what happens if a pilot, like, bids on a pairing that is being flown by an aircraft they're not qualified to fly? Is that just rejected by the system?**
A. Yes, the system will reject it.
**Q. The next thing is "off days." What are off days?**
A. Days they're not scheduled to work.
**Q. And who decides what off days the pilot is to have?**
A. The pilot can request specific off days as part of their preferences. But ultimately, their seniority will dictate or determine which off days they have.

Page 88

**Q. I notice, if we look at page 303, in the middle there I have -- it says: "Crew members have the flexibility to choose mixed pairings." What's a mixed pairing?**
A. I don't know what it's referring to on that.
**Q. Then the second one is "days off." So what you're telling me is that even if a pilot requests days off, if they don't have enough seniority they may get assigned a flight or a shift that goes over the day off they designated?**
A. Correct.
**Q. Is there any way to determine how often that occurs?**
A. How often they requested a specific day off but were awarded something over it? Is that what you're asking?
**Q. Yes. Yes.**
A. I don't know if that -- that data is stored anywhere. I don't know for sure.
**Q. While we're on this sentence, the next one is "line values." What is a line value?**
A. So the amount of credit that they're requesting for the month.
**Q. Pairings again you've explained. That's**

Page 89

**this grouping of flights; is that correct? Is that the proper terminology?**
A. Correct.
**Q. "Pairing properties," what does that mean?**
A. Pairing properties would be like things specific within a pairing that they're requesting. So it could be overnight cities, the amount of layover rest they're requesting, specific cities that they're wanting to fly to. So stuff that is contained within a pairing.
**Q. Okay. And is that also -- is that sort of the definition of a pairing property, the next one?**
A. Line property?
**Q. Okay, yeah. Line property, right here.**
A. Yeah. So line property --
MR. PETERSEN: What's the question?
**Q. (By Mr. Strindberg) What is the definition of "line property"?**
A. So line property would be saying, I want these -- like, one-day pairings or two-day pairings or three-day pairings. I want specific days off between these pairings. So it talks about not specific information within the pairing but the types.
**Q. Can you give me an example of that?**

A. Yeah. So you could say, I want to have -- I like two-day pairings, and you can say, I would -- I prefer to have two days in between my different pairings. So you're setting different parameters to award the lines out, not specific parameters within the pairing.

**Q. The next item is "reserve." What is that referring to?**

A. So reserves also bid -- they can bid for specific days. And so it's going to talk about how they can -- how they bid on a reserve line.

**Q. Now, we got into this a little bit earlier, but when people come out of training, when pilots come out of training, are they generally put on the reserve board? Is that what you call it, being on the reserve board?**

A. Yeah. So they'll finish their training. It could be anytime during the month that they finish their training. They won't be in that bid for that specific month that they finish because they -- we don't add them to the bid until they already successfully completed training. So to complete their schedule for that month, we will build them reserve days in order to build up their line for that month, complete their line.



**Q. The month being where they're just completing training, or the following month?**

A. So it depends on the timing of when they complete their training. If they didn't complete their training in time to be entered into the bid for the next month, then we also build them a reserve schedule for the following month.

**Q. And in the three domiciles we're talking about -- Detroit, Minneapolis, and Chicago -- were all the new hires back in 2017 put on the reserve board first, at first?**

A. I don't know that without looking at their schedules.

**Q. What would you have to look at to determine that?**

A. I'd have to pull up each individual pilot and just see what they were scheduled after their completion of training.

**Q. So are records kept that show for pilot A in this month, that pilot got these bids, and the next month that pilot got a different set of bids? Are those records kept somewhere?**

A. So I can -- I can see what their -- what their schedule ended up with. I don't know how long the records are kept or what's kept as far as what



was bid for in that month, bid that month; but I can go back and pull up data to see what they actually completed that month.

**Q. But there's no way -- I gather from what you just said, there's no way of determining whether or not their actual schedule was what they had bid for?**

A. I don't know for sure if they can -- if we can extract that data or not. I don't know how long that's kept for.

**Q. Would that be something for Justin or --**

A. That would --

**Q. -- the other gentleman, Paxton?**

A. Yeah, probably. Justin would probably know. Crew planning might know as well. So Trisha Bennett, manager of crew planning.

**Q. While I'm asking you about reserves, can a pilot, say a pilot has more seniority, can they bid into the reserve pool? In other words, can they decide not to take an assigned line but would rather just be in reserves?**

A. Yes, they can.

**Q. Who decides how many reserve pilots there are going to be per domicile per month?**

A. So that's predetermined based off of --



again, that's that information that we went over at the beginning when we returned back from this -- so that the target lines and reserve lines, those are predetermined based off of the amount of flying that we have in each particular domicile.

**Q. And if someone's on a reserve, do you call it being on the reserve board? What -- how do you refer to it?**

A. I don't know if I understand the question.

**Q. I'm just trying to get a terminology, Steve-O. In other words, if I'm a new pilot and assigned to be a reserve, do you say that they're on the reserve board, or you just refer to them as reserves?**

A. Generally, they're just referred to as reserves, or reserve line holder.

**Q. Reserve line holder, okay. And if someone is a reserve line holder, how many -- are they assigned days they have to be available to work?**

A. Yes. They're given 18 duty days throughout the bid month.

**Q. And what's a duty day?**

A. It would be a reserve availability period, which is 12 hours if you're a short-call reserve or 24 hours if you're a long-call reserve.

Page 94

**Q. So, yeah, yesterday the three terms came up -- short-call reserves, long-call reserves, and ready reserves. Are you familiar with all three terms?**
A. Yes, I am.
**Q. So a short-call reserve, that means what? You have to be ready to fly within 12 hours, you said?**
A. Short-call reserve is a 12-hour reserve availability period, meaning they have 12 hours where they're supposed to be available to answer their phone for a potential assignment. If they are called out, they have two hours to report, or at least two hours to report.
**Q. Okay. Is one 12-hour shift considered a duty day?**
A. Correct.
**Q. What is the long-call reserves?**
A. The long call reserve, they're on for 24 hours that they need to be available to answer their phone. However, their callout, if they're called for an assignment, it's a minimum of 12 hours of notice.
**Q. And this 24-hour shift, is that considered a duty day or is it multiple duty days?**

Page 95

A. That's one duty day.
**Q. Okay. And then what's a ready reserve?**
A. A ready reserve is -- it's a reserve that's already -- it can be just an assignment where you're scheduled to go to the airport and sit at the airport to be available for really -- like a quick call-out. So they have 20 minutes from the time that they're contacted to go to the aircraft. So it would be kind of there to protect last minute stuff that comes up.
**Q. And who decides that which of these categories a reserve line holder is going to be assigned to?**
A. So the policy requires a minimum of 20 percent of all reserve lines be built as long-call reserve, and the rest are all going to be short-call lines. To determine which one you get, again, it's a bid preference, so it would be awarded based on seniority.
**Q. And the ready reserves, is that also something you bid on?**
A. No, it's not. That's just something is that is assigned outside of the bid, similar to like a trip assignment would be given.
**Q. Who does the assignment outside of the**

Page 96

**bid?**
A. The crew scheduling department.
**Q. And what do they base that assignment on?**
A. What do you mean by what do they base the assignment on?
**Q. Well, you said it was done outside of the bid. Who decides -- say in Detroit, I don't know, if you had one of those and there was like 13 reserve lines, I gather what you're telling me is 20 percent of those, or about three of them would be these long-call reserve lines. Is that correct?**
A. Correct.
**Q. And 80 percent would be the short-call reserve line?**
A. Correct.
**Q. Then who -- you said someone in crew scheduling chooses people to be ready reserves to basically go to the airport and sit?**
A. Yeah. So crew schedulers are the ones that handle the daily operation. So they're the ones that are taking sick calls, emergency calls, and re-crewing the daily operation as things unfold. So they're responsible for the planning to make sure that the flights still go out on time. They'll make a determination whether or not we need somebody to

Page 97

sit ready reserve at the airport, and they will make that assignment to either a short call -- well, as a ready reserve assignment, it has to go to a short call. We can't call a long-call reserve to just go sit at the airport, per policy.
**Q. And who do they -- how do they decide which of the short-call reserves will get the duty of being a ready reserve?**
A. So it's all based -- all of our assignments -- again, ready reserve is treated the same as like a trip would be assigned. And so whether it's a trip or a ready reserve, there's specific parameters that we have to meet or follow to determine who that assignment goes to. And so they -- they would follow those parameters and assign it according to the parameters set up in policy.
**Q. And what are those parameters?**
A. For example, bucket is generally the first thing that's considered. And by "bucket" I mean the number of days you're available. We try to match up with the length of the assignment. So if you're only on reserve for one day, then we're going to try to assign a one-day pairing or a ready reserve assignment to that -- to match up with that. It would look at the bucket. It looks at duty and rest

Page 98

considerations, meaning it looks at the pairing's report time and release time. And it will look at how long that duty would be, whether they have been on reserve prior to that time or sitting reserve that day prior to the assignment, or it will look at how much rest that they had from their previous assignment.

So there's lots of different, like, factors that kind of determine the duty and rest considerations. And then if everything is equal on all those, then it looks at seniority and we'll assign it based on seniority.

**Q. I gather that being a ready reserve is not a favorite status among pilots?**

A. It's, again, one of those personal preferences. I would say, generally speaking, yeah, it's not a preferred --

**Q. If someone is a reserve line holder, can they designate the days they want off?**

A. Yes, they can request specific days off. And, again, it would award based on seniority, whether it can accommodate those preferences.

**Q. Is there an ability, like, if you -- someone, let's say Cassell had been working and assigned a Saturday as a reserve line holder. Is**

Page 99

**there somebody he can call and ask if he can go be assigned to a different day?**

A. There is the ability to swap reserve days. There is a set of parameters that have to be met to be able to do so. But yes, there is ability to swap reserve days or trade reserve days with another reserve.

**Q. Are swaps and trades the same thing?**

A. No, because a swap could be like with yourself. A trade would generally be with another pilot.

**Q. How do you swap -- how do you swap with yourself?**

A. So you swap one day for a different day. So you maintain the amount of -- same amount of duty days for the month, but you essentially move it -- make one day a duty day and swap it for an off day, and that off day becomes your duty day and your old duty day becomes your off day.

**Q. And can any of the reserve line holders do that?**

A. They can request it, yes.

**Q. And who decides whether or not the request is granted on a swap?**

A. It's based off of the number of -- based

Page 100

off of our staffing. So it looks at how many reserves we need for each particular day for our minimum reserve staffing level, and it also will look at other -- there's other restrictions that are put in place, meaning you would have to back it up to another set of reserve days.

You can't -- for example, say you have five reserve days in a row and you want to take the last day of that reserve block and just put it into the middle of off days. You can't -- the system won't let you just put a one random reserve day in the middle of off days. You have to have it backed up to another set of reserve days, one of the restrictions.

**Q. So the swaps are approved by the PBS system?**

A. No. It's -- it's done post bid. So after PBS has already awarded them a reserve line, they would request this through what we call SkedPlus is the internal program.

**Q. How is that spelled?**

A. S-k-e-d-P-l-u-s.

**Q. Okay. Okay. And when you enter into the SkedPlus system, where does it go? Where does the request go?**

Page 101

A. So SkedPlus is what the pilots use to view their schedules and exchanges. So they would go in, click on a day, request a swap, and then it goes through a system that reads all the parameters. There's already logic set up to go through all the parameters to see whether or not it can be approved, And it will either automatically approve it or deny it based on whether it meets the parameters or not.

**Q. Are there some days in the week where fewer reserves are needed than other days?**

A. Yeah. Minimum reserve staffing levels can vary. Generally speaking, they're greater on the weekends. We have more of a need for reserves on the weekends.

**Q. Why is that?**

MR. PETERSEN: Objection. Lacks foundation.

Go ahead.

THE WITNESS: Historical data has shown that that's where the majority of our call-offs or absences come are on the weekend.

**Q. (By Mr. Strindberg) Do the chief pilots have any authority to switch reserve days?**

A. You mean for one of their pilots? Is that what you mean?

Page 102

**Q. Yes.**
A. No. They have to follow policy the same.
**Q. What if a number of the reserve line holders all request a certain day off, like July 24th, and it brings the number of reserves down below a minimum? How does the system decide who gets stuck with working that holiday?**
A. That question is kind of broad. It depends on what point you're requesting that time off. Do you mean during the bid? Do you mean after the bid's been awarded? Do you mean prior to the bid's even open? I guess it depends on what specifically -- or when you're asking for that.
**Q. How would you ask for it before the bid's open?**
A. Master vacation. So you would request a specific day off through master vacation.
**Q. And if you ask for it during the bid process, are you more likely to get it than if you request it after the bids are assigned?**
A. Not necessarily, because the bid -- during the bid process it's all done by seniority anyway, so it doesn't up your chances of getting it when you're doing it that time.
Now, after the bid -- I mean, after the

Page 103

bid would be kind of like your last chance to try and get that off. So if you weren't awarded it, you ask for it in the bid -- well, say you ask for it in master vacation and it's already taken, so you ask for it in the bid. The bid didn't award it because of your seniority. Then your last chance would be after the bid you could -- you can still request either time off, like a vacation day post bid, which is determined based on the staffing numbers, or you would request it by trying to trade or swap that day.
**Q. But if, say, a bunch of people, a number of people on reserve all requested the same day off post bid, would it award the most senior people the day off?**
A. Post bid, it's a first come first serve. So whoever requested for it would be looked at first.
**Q. Okay. So a trade is where you trade a day, I'll work Saturday if you work Sunday type of thing?**
A. Correct, with another pilot.
**Q. And a swap is where you swap one of your reserve days for a day off?**
A. Right. You swap -- yeah, swap your reserve and off days around on your schedule.
**Q. And sitting here, you don't know how long**

Page 104

**in 2017 and 2018 a new pilot would be on the reserve status or be in reserve status you, do you?**
A. I don't.
MR. PETERSEN: It's been asked and answered.
Go ahead.
THE WITNESS: I don't.
**Q. (By Mr. Strindberg) And these prioritized layers, you said there were seven different layers?**
A. Correct.
**Q. And is each layer like a group of trips, or can it be like layer one, I want certain days off? What constitutes a layer?**
A. A layer would be whatever preferences -- you could have multiple preferences in a single layer that you're requesting. There's obviously a strategy in bidding that you want to do, and so -- so each layer, you know, if there's something that's, you know, you absolutely need to have off and that's your number one priority, then you may want to just have that thing in that first layer. Because what the system will do is they'll look at every one of those properties that you're requesting in that layer, and it will try to meet all of the things that you're requesting in that layer. If it can't, it's going to

Page 105

move to the next layer.
So if you said I want this specific day off in layer one, but you also said I also want to have four days to overnight in Nashville, and it can't -- it can't award you both of those things that you're requesting, then you may have just lost your opportunity to get the day off that you really wanted. Because it can't give you both things you want in layer one, so it's going to try to go to layer two to get your preferences. So there's definitely a strategy to how you bid.
**Q. Does the system take some of your requests from layer one and add it to part of your request in layer two? Or if it can't meet, say, layer one, it just rejects it totally?**
A. I don't know that for sure. I don't know if it will reject everything. I'm not sure.
**Q. But what you're saying is that if a pilot really needed, say, as in this case, religious accommodation of a Sabbath off, if that was their one -- seriously one request in layer one, they'd be more likely to get it?**
A. No, because it's still -- it's based off of seniority. So just because you have it as your number one thing, you're not -- that doesn't mean

that you're more likely to get it because it's your number one thing. Because if all the pilots senior to you also want that thing, then you're not likely going to get it.

**Q. Right. What I meant was it's more likely you would get it than if you had multiple criteria in that one layer?**

A. So I don't know for sure, but I believe so. That's how that would work.

**Q. Right. Even in that example you just used, if you wanted a particular day off and a four-day trip to Nashville --**

A. Yeah.

**Q. -- you'd most likely --**

A. That's my thinking as to how it would work.

**Q. Excuse me one second.**

MR. PETERSEN: Do you want to take a five-minute break, Erik?

MR. STRINDBERG: Why don't we do that, five minutes. Six after we'll come back.

(Recess from 2:02 p.m. to 2:09 p.m.)

**Q. (By Mr. Strindberg) A couple of other questions on this Exhibit 16. What is the standing bid?**



A. So a standing bid would be, say you want the same preferences every single month. So you don't have to log in the system every month, you can just place a standing bid saying, these are my preferences, this is what I want. This is what I want. You just set it and then you don't have to worry about logging in to request it every month.

**Q. "Monthly bid" is what you've been discussing. This is the bid you enter between the 10th and the 15th of the month?**

A. Correct.

**Q. Reserve bid, anything you need to add with that?**

A. No.

**Q. What's a clearing bid?**

A. Honestly, I don't know just off the top of my head. I think what it -- and it's just speculation, but I think what it means is clearing what your request was. So if you had a standing bid, it's how you would clear that to place your bid. Yeah, without going to the actual document itself, I don't know exactly what it's talking about.

MR. PETERSEN: If you have it there, Erik, maybe you can show him the section. Maybe that would refresh his memory.



MR. STRINDBERG: I don't have the entire PBS guide. I'm just using your exhibit.

MR. PETERSEN: I see.

**Q. (By Mr. Strindberg) Are there -- do you know what the term "stand-up flight" means?**

A. Yeah. So a stand-up -- I refer to it as a split-duty. It's the same thing. So a stand-up is a pairing where they report late in the evening, generally fly one late to an overnight, go to a hotel for six or seven hours, come back and fly one early flight in the morning back to the domicile and finish up.

**Q. And how does that differ from a two-day trip?**

A. There's no rest period on a stand-up -- or a legal rest period on a stand-up as opposed to a two-day would have a full minimum ten hours between.

**Q. You talked about that -- what was it? -- 58 hours and 36 minutes is the minimum number of flight time that a pilot is supposed to have each month. Is that correct?**

A. Credit.

**Q. Credit.**

A. Yes.

**Q. So the credit is somewhat different than a**



**flight hour?**

A. A credit would be composed of flight hours. It could be duty time, it could be deadheading time or time that they are -- they sit in the back of a flight to position, you know, themselves to continue flying. So it's all that credit that's added together. The flight is part of that.

**Q. Is there a maximum amount of flight time that a pilot can have per month?**

A. Yes. It's bound by the legalities or FARs that there are.

**Q. Do you know what it is offhand?**

MR. PETERSEN: Objection. Calls for a legal conclusion, lacks foundation, outside the scope.

Go ahead.

THE WITNESS: A hundred hours in 28 days is the max flight time.

**Q. (By Mr. Strindberg) And does SkyWest use that same maximum?**

MR. PETERSEN: Same objection.

THE WITNESS: No, we have buffers in place.

**Q. (By Mr. Strindberg) Is there a minimum or**

maximum number of flights, not flight hours, but flights that a pilot can do each month?

MR. PETERSEN: Same objections.

THE WITNESS: No, there's not a minimum or maximum number of actual flights.

Q. (By Mr. Strindberg) What happens if a pilot falls beneath the 58.36 -- or 58 hours 36 minutes minimum duty time?

A. Policy states that they could get -- could be responsible for their insurance benefits, for example, if they fall below minimum hours.

Q. If they don't bid on enough lines, though, the system would then automatically give them some reserve status. Is that correct?

A. No. If they don't bid on lines it will award them flying, but it won't be anything that they necessarily requested. It would be essentially what's left over.

Q. Is there ever a situation in any domiciles where not all the lines are bid, in other words, not all of the flight pairings are actually bid for?

A. Yes. So it will -- the system knows what all the pairings are, and so even whether someone requests them or not, you may be awarded a pairing that you didn't request at all.



Q. Is there ever a situation where there's more pairings in the domicile than pilots to fill them?

A. Yes. You may end up where you don't have -- where you have leftover pairings from the bid, which would go into company open time is what we call it. And then the company would be responsible to get those covered, generally with the reserve.

Q. Once the bids come out, and I can't remember which day you said they -- they're published on the 22nd of the month, you said?

A. Correct.

Q. Can pilots at that point trade or attempt to trade pairings?

A. Yes, at 8 p.m. on the 22nd.

Q. "APM," what does that mean?

A. 8 p.m. is the time when it opens.

Q. Oh, eight, is that what you said?

A. Yeah.

Q. How do they go about trading pairings?

A. That's to the SkedPlus system that we talked about a little bit earlier. They would go in, and that's where they can see any company open time. That's where they could go in and request to drop a trip or pick up, trade, that sort of thing.



Q. Okay. You used a new term, "drop." Is that different than trading and swapping?

A. Yes.

Q. What is "dropping"?

A. So depending on our reserve staffing levels, a pilot can request to just simply be -- drop a trip into company open time, meaning they just drop it off the schedule and the company takes responsibility for that trip.

Q. What are their parameters for doing that?

A. We have to have our minimum staffing -- or above our minimum staffing level requirements to be able to drop.

Q. And the minimum staffing -- I'm sorry; this is all these new terms. The minimum staffing level is what, again?

A. The minimum staffing level is something the company determines. It's essentially the number that says this is the number of reserves we would like to have in this domicile on this particular day. And so if there's more reserves than what that minimum reserve number is, then the pilot can drop it. If we're below that number, then they wouldn't be able to drop it.

Q. And is the ability of a pilot to drop a



pair -- do you say drop the pairing? Is that sort of the terminology?

A. Drop, yeah.

Q. And is that -- is that also constrained by how many duty hours that person has?

A. So a drop, they would be restrained by the minimum hours, the 58, 36. So, yeah, they could be restricted from that. But they can use their paid time off to be able to maintain their minimum credit hours.

Q. Is it possible to determine how often, particularly in these three domiciles that we're talking about in 2017 and 2018, pilots were able to just drop pairings?

A. Yes, that data does exist. We would be able to see if requests were made and how many were approved and how many were denied.

Q. And the system, again, is the SkedPlus system?

A. SkedPlus, correct.

MR. PETERSEN: Hold on a second. Is that SkedPlus, P-l-u-s, or SkedPlus with the little plus sign?

THE WITNESS: Technically, it's SkedPlus, P-l-u-s, with the plus after it. So it's kind of

redundant. SkedPlus+.
MR. PETERSEN: Okay.
**Q. (By Mr. Strindberg) How does a pilot use the SkedPlus+ system to initiate a trade?**
A. So a trade would be with another crew member. In a trade they can -- they can post a pairing for trade, meaning they go in and select that trip and say, I would like to trade this trip for a different -- or I'm open. They can put in their comments, I'm open to these certain days, and so they would post that as a trade. And then another pilot can go in and see what trips are posted, and they can -- they can make an offer to that pilot and say, I have this trip on these days, if you'd like to trade. They can propose that trade, and those pilots would just have to accept the trade.
**Q. And are there any constraints on trading?**
MR. PETERSEN: Objection. Asked and answered.
Go ahead.
THE WITNESS: Yes, they still have to meet the legality requirements, so they can't go into anything that would create a crew legality or go into a buffer that we have.
**Q. (By Mr. Strindberg) And the buffer is the number of hours between SkyWest's maximum and a legal maximum a pilot can fly per month?**



A. Yes. So not just flying, but also rest buffers, duty period buffers. But yes, it's whatever the regulation requires and what SkyWest maximum hours are. That would be the buffer.
**Q. And how does -- okay. How does the system work if a pilot wants to swap pairings, in other words, change one of their pairings for another one?**
A. So that would be an exchange. Again, it looks at the minimum reserve staffing levels for the days you're looking to drop. And if we're -- if it's the exact same days, then the system will approve it regardless of the staffing levels, because your minimum reserve number doesn't change; you're just exchanging the exact same days. But if there's any day that's different on the exchange, then we would have to be above our reserve minimum staffing level on the days you're trying to drop for the system to approve it.
**Q. Say if a pilot wants to swap a Monday-Tuesday flight for a Tuesday-Wednesday pairing, okay, and that's approved. Do the Monday flights then get posted on the SkedPlus+ for other people to bid on, or do they just get assigned to reserves?**



A. So they go into open time, same place that they picked the other pairing up from. So it would be available for another pilot to pick up, unless it's within a specific window where we start assigning the trips from open time to reserves.
**Q. So any pairings that are not bid on are put into this open time for people to bid on or to pick up, and -- and if a pilot wants to trade or swap or drop, that also goes into open time?**
A. Correct.
**Q. Is it true that a pilot can offer, say, I want to drop this flight and offer to pay some extra money to another pilot to take it?**
A. Yes, they can post a trip so they're not necessarily looking to trade, but they're just trying to get rid of a pairing. They can put in comments that they're willing to pay X amount of dollars for someone to pick that up.
**Q. Is that called also a drop?**
A. That's still a trade, but it's not -- it's still considered a trade, but it's just a trade down. So you're trading away your pairing, not picking anything else up in exchange.
**Q. Is there any -- do you have any idea, say, in these three domiciles you've been talking about, how -- what percentage of pairings are traded, swapped, or dropped in any one month?**



A. No, not off the top of my head. I'd have to dig through that data.
**Q. And where would that data come from? The SkedPlus+ system?**
A. Yeah, SkedPlus records a lot of transactions.
**Q. I want you to look at -- I'll share this with you. It's been previously marked as Exhibit 14, and this was a memorandum of agreement that Mr. Cassell was asked to sign. And I have highlighted a part there. You can take a moment just to read that.**
A. Yeah, I'm done reading that.
**Q. So we've talked about dropping -- drops and trading. If a pilot drops a flight posted on the SkedPlus system, are they penalized in any way?**
A. No.
**Q. Is there a maximum number of times they can drop trips?**
A. They can trade down once every 24 hours.
**Q. Is trading down different than dropping?**
A. It's the same thing. Trade down is more

Page 118

specific, saying -- it could include an exchange where you, for example, say you trade your three-day pairing for a two-day pairing in open time. Since you're giving away one day back to company open time, that's considered a trade down. So it could be that or just a straight drop of your three-day pairing would also be a trade down. So anything where you reduce the amount of duty days, that you give up more duty days than you pick up, then that's considered a trade down.

**Q. So drops are types of trade-downs?**

A. Correct.

**Q. And if someone trades down or drops and the reserves fall below the minimum level, the system will deny it. Is that correct?**

A. Yes. If by dropping a trip it would bring us at or below our minimum reserves, then it would be denied.

**Q. Does the system give -- if someone wants to drop a pairing, does the system give other pilots an opportunity to pick it up before it's denied?**

A. No. Generally, if they're denied a drop, that's where they would post it to try to have another pilot pick it up.

**Q. Post it as a trade or a trade down?**

Page 119

A. Yeah.

**Q. A trade would not be denied unless, again, it somehow impacted the reserve level?**

A. Or some kind of legality.

**Q. And are there usually -- in these three domiciles were there usually more reserves than the minimum requirement?**

MR. PETERSEN: Objections. Calls for a legal conclusion. Lacks foundation.

Go ahead.

THE WITNESS: Yeah, "it depends" is the answer on that. It varies from month to month. And so during this time frame, it would just depend.

**Q. (By Mr. Strindberg) In this letter it talks about "as an accommodation, we have provided First Officer Cassell with tools to meet his religious requirements," which, as I mentioned before, meant not working from Friday sundown to Saturday sundown. Do you have an opinion as to whether he could have avoided working on the Sabbath through drop, trades -- drops and/or trades until his seniority got high enough so that he could bid out of Saturday flights?**

MR. PETERSEN: Hold on. Objection. Outside the scope; calls for speculation; lacks

Page 120

foundation.

Go ahead.

THE WITNESS: I don't know what time frame you're looking, but I would say in my opinion it would be very difficult for a pilot to be guaranteed to have that time off every single month until they're able to hold the seniority to be able to bid that off. I think that would be very difficult.

**Q. (By Mr. Strindberg) Even in a place like Detroit?**

MR. PETERSEN: Same objections.

Go ahead.

THE WITNESS: Yes, even in a place like Detroit.

**Q. (By Mr. Strindberg) Does SkyWest ever post -- maybe not right now with COVID, but prior to the pandemic, would SkyWest ever post flights other than at the beginning of the bidding cycle?**

MR. PETERSEN: Are you meaning post for bids? Hold on. Posting for bids?

MR. STRINDBERG: Yes. Well, maybe not even posting for bids. Let me ask it a different way.

**Q. (By Mr. Strindberg) You said that you get -- SkyWest would get these requests for these**

Page 121

**flights from the carriers, you know, around the first of the month. Would SkyWest ever -- or does it ever get a request after the first of the month? In other words, Delta says, hey, we need a couple of extra flights from point A to point B after the first of the month?**

A. Yes, we do occasionally get requests like that from our partners.

**Q. And how is that handled by SkyWest? How are those requests filled?**

A. So if we're able to accommodate the request, we would simply build a pairing and publish it in open time, and it would be made available for any pilot to pick up until it falls into the window of assignment for reserves.

**Q. And "open time" is, again, the SkedPlus system?**

A. Open time is -- it's not the SkedPlus system. Open time is all the open trips that don't currently have a pilot or a crew member assigned to one of the positions. So it's what the schedulers use to assign trips to reserves. So it's kind of the pool of all the pairings that might have one position uncovered, and once all that open time comes within a certain window, a time frame, then we start adding

Page 122

reserves to that open time to fill all those positions.

**Q. So I'm clear: so is this open time part of the PBS system, or is it its own system?**

A. No. Open time is -- it is -- it's not really part of a system per se. It's just -- trips from open time could be a result of PBS being unable to award all the pairings in the bid. It could be a result from SkedPlus drops. It could be a result from our partners requesting additional flying posted. So it's just kind of that area where -- that pool where everything's put together on stuff that has any kind of uncovered position on it.

**Q. And do pilots have access to open time?**

A. Yes.

**Q. And can they pick up extra trips or extra pairings from open time, subject, of course, to the legal requirements and whatnot, rest requirements?**

A. Yeah, subject to legal requirements, there are -- there's a restriction on certain pairings in open time. An exception would be a pairing that was granted off with paid time off and vacation or user. If that pairing was granted with vacation user, then that's not open for them to pick up. It's only available for exchange of exact same days.

Page 123

**Q. Okay. Do pilots access the PBS system and the SkedPlus system and open time through, what, various computer programs?**

A. SkyWest Online houses access to those, which is our intranet, our company internet.

**Q. You used the term before, the pilot "calls off." What does that mean?**

A. It's like a sick call or emergency call, something where they remove themselves from duty for whatever reason.

**Q. Can a pilot call off because he or she didn't want to fly on the Sabbath?**

MR. PETERSEN: Objection. Outside the scope; speculation; lacks foundation.

Go ahead.

THE WITNESS: Sorry. Was the question could a pilot --

**Q. (By Mr. Strindberg) Call off.**

A. Yeah, that wouldn't be considered an emergency call, which would fall under the reliability program.

MR. STRINDBERG: And Scott, so I'm clear, this is something that the other witness is going to deal with, the reliability program, because it gets into attendance issues?

Page 124

MR. PETERSEN: That's right, Roy Glassey.

**Q. (By Mr. Strindberg) I think I know the answer to this, but let me ask it. If pilots are out because -- under family medical leave or because of an ADA request, how is that handled in the PBS system?**

MR. PETERSEN: Objection. Vague and ambiguous.

Go ahead.

THE WITNESS: So I guess it depends. Depends. If you're out for an extended period, so several months, then you start, end itself. If you are only out for, say, a week because a spouse is having surgery or something and it's been approved under the FMLA, then that would be preassignment, and that preassignment would go on prior to them bidding, and then the award would come -- would be awarded around that preassignment.

**Q. (By Mr. Strindberg) Okay. I didn't pull it up, but let me just read it to you in Exhibit 16 on page 302 -- why don't we just pull it up. There's a term here, "golden days." What does that refer to?**

A. A golden day is a guaranteed day off. And pilots are given five golden days per year. And they -- similar to master vacation, there's an amount

Page 125

of slots that are predetermined that state you can -- you know, this many pilots can be off on each day, and that's determined on domicile size and that sort of thing. So the pilot can go in and request golden days for specific days to try and guarantee the time off.

**Q. In other words, if a pilot didn't want to fly, say, on Thanksgiving, that could be one of their golden days?**

A. Correct. We do have restrictions on those, so I guess I should specify. You can't do it on a holiday itself. Day of, day before, day after, you can't request a golden day on a company recognized holiday. But yes, that concept is correct.

So if you -- I would say it's probably more -- a better example would be your kid's birthday or your anniversary, you know. If you wanted to make sure that you had the anniversary off so a spouse doesn't get angry at you for forgetting, then you would request a golden day.

**Q. Very civil. I'll pull up Exhibit 20 again. Oops, wrong exhibit. Sorry.**

**Steve, you had said that you had looked at this before. Is that correct?**

Page 126

A. Yes, I've seen it.
**Q. And you looked at it in preparation for this deposition; is that correct?**
A. I'm sorry. I didn't catch the full question.
**Q. Did you look at this in preparation for this deposition?**
A. Yes.
**Q. And what was your purpose in looking at it?**
A. Just to see the information that was obtained through the data that was requested.
**Q. And do you know who prepared this list?**
A. This is something that I requested from Paxton Catten.
**Q. When did you request it?**
A. I don't recall the specific date off the top of my head.
**Q. Was this something you requested because you received the request from Todd Emerson?**
A. Yes.
**Q. And what exactly were you asked to -- what did you ask Paxton to do?**
A. I believe it was a hundred pilots to see if they were able to have, or if they were -- if they worked a Saturday within their first year from being hired, and it was a specific time frame where those hundred pilots came from.

Page 127

**Q. So it says "first Saturday worked." So with these employees, these pilots, do you know when they were hired?**
A. Yeah, that information is available. I don't know exactly off the top of my head, but yeah, that information is available.
**Q. But all of these first Saturdays, I guess, that they worked are listed are sometime in 2017. Does that give you an idea as to when they were first hired?**
A. Again, I don't know off the top of my head. If I recall correctly, I believe it was around November of 2016.
**Q. Okay. And were they from one class or were there multiple classes?**
A. It was a hundred pilots, so there would have been multiple classes.
**Q. How many pilots are typically in a class?**
MR. PETERSEN: Objection. Outside the scope.
Go ahead if you can.
THE WITNESS: I don't know the numbers of how many they -- they fill.

Page 128

**Q. (By Mr. Strindberg) If someone goes into a class in November, say November of 2016, when would they actually start working, i.e., flying?**
A. Generally, the training footprint's about two months. Then they would need to do IOE, or their Initial Operating Experience, which is -- sorry. So two months of ground training, and then Initial Operating Experience would take typically about a month after their ground training to complete the IOE as well. So, generally speaking, about three months would probably be a good estimate from when they first go to class to when they would have a schedule built.
**Q. And IOE is what, exactly?**
A. Initial Operating Experience.
**Q. And what does that involve?**
MR. PETERSEN: Objection -- hold on, hold on. Objection. Outside the scope; lacks foundation; speculation.
Go ahead.
THE WITNESS: That's basically their on-the-job or hands-on training. That's where they're in the aircraft doing -- operating a live flight with a check airman or a pilot that's designated or authorized to do training on an aircraft with a pilot that's in training.

Page 129

**Q. Do you know if any of these hundred pilots that are on Exhibit 20 attempted to avoid working on Saturdays?**
MR. PETERSEN: Same objections.
Go ahead.
THE WITNESS: I don't know.
**Q. (By Mr. Strindberg) So you didn't ask Paxton to look at their -- what they were -- what pairings they had actually bid for?**
A. No. I don't know if the data exists that shows what their actual bid preference was for that. This is just actual data, what actually occurred.
**Q. And the Saturdays worked, would that be the time they actually worked, or could they just be in reserve status? Actually, that's a poor question. Does that mean they flew on that Saturday, or were they just on reserve status?**
A. That would be -- they were paid that day, meaning they could be reserve or it could have been a flight.
**Q. And if we asked, you would be able to tell us the start date for each one of these employees?**
A. Yes.

Page 130

MR. STRINDBERG: Okay, let's take a break. I want to talk with Todd, then we can finish up.
(Recess from 2:52 p.m. to 3:04 p.m.)
MR. STRINDBERG: We have no further questions. We'd like to keep this portion of the deposition open. There were a number of questions I can send, detail them, to you letter that he was not able to answer. So I think we have a right to keep the deposition open. But it's our intent to do what you suggest on some of these things, like changes in the seniority list and whatever, and send you some interrogatories. But we will keep this deposition open in case we have to bring Steve back or some other person to finish answering those questions.
MR. PETERSEN: Well, I'm not going to concede that you can have it open, but that's fine. You know, we're not going to say absolutely no. And so we'll on deal with it as we come, I guess. Make sense?
MR. STRINDBERG: So --
MR. PETERSEN: I do have -- I do have two or three questions I want to ask, actually about eight, that I'm just going to ask in follow-up.
MR. STRINDBERG: Okay.
///

Page 131

EXAMINATION
BY MR. PETERSEN:
**Q. So I just wanted to ask you a couple of questions regarding vacation days, a couple of questions regarding golden days, and then a couple of questions regarding dropping lines or line dropping.**
**First of all, on vacation days, when you're a new hire, how are vacation days awarded to you?**
A. So for vacation, you don't start accruing vacation time until you've been with the company for six months. That's when your vacation time starts to accrue, but you're not eligible to use vacation until you've been with the company for one year.
**Q. Okay. And can you use vacation after lines have been awarded?**
A. Yes, you can request vacation after lines have been awarded. It would be based off of staffing, whether or not we can approve or deny.
**Q. And is seniority a factor in whether or not a vacation request is granted?**
A. It is in master vacation. So pre bid, it is based off of seniority. But post bid, it's not based off of seniority. It's first come, first serve on the request.

Page 132

**Q. Okay. As far as golden day, you testified about golden days. For a new your hire, how are golden days accrued?**
A. So for a new hire, golden days aren't eligible for a new hire until they've had 90 days of employment. Then they are allotted five golden days per calendar year. And the amount of golden day slots that are available, generally there's just one golden day slot per day per position in domicile and equipment. Those -- those are made available once a year where it's opened up, and then it's -- they're awarded on a first come, first serve basis.
So for a new hire, so those are opened up generally in October, so we're -- in a couple of weeks we will open up the golden day slots for 2021. And so once it's open, it will be on a first come, first serve basis. And it's -- like I say, generally speaking, there's one slot per day per position. There's a couple of outliers for a couple domiciles.
**Q. Are there any differences -- first of all, can a -- can a reserve pilot use a golden day after the lines have been awarded?**
A. No. Golden days can't be requested after the lines have been awarded. Golden days are always prebid days that they request. So it's a

Page 133

preassignment.
**Q. So if a pilot got his line, if he got his award, whatever his lines were, and he wanted to use a golden day, you don't get to then use a golden day to sort of trump a day that he didn't like that you were assigned a line?**
A. No, you can't.
**Q. What is the difference, if any, between a golden day and a vacation day?**
A. So golden days and master vacation both have to be requested prior to the first of the month prior to the month that it's being bid on. Then after that has closed, that time period is closed. So, for example, pilots can request master vacation or golden days from November up until October 1st. Once that closes on October 1st, golden days can't be requested at all for November.
You can't request master vacation, either, but you can request vacation post bid. Again, that's determined based off of staffing as opposed to master vacation, which has just available slots with regards to staffing levels. There's a number of slots available for master vacation.
**Q. Last question. As far as dropping lines after they've been awarded, can a reserve drop a**

Page 134

**reserve line?**

A. No. A reserve always has to maintain the 18 duty days. So, yeah, you can't just drop a duty day.

**Q. So when you were testifying about how the process for dropping lines that are -- those are for lines that are not reserve lines; is that correct?**

A. Correct. Dropping a trip into open time would be only for line holders.

MR. PETERSEN: Okay. That's all I've got for now.

FURTHER EXAMINATION

BY MR. STRINDBERG:

**Q. Let me follow up on that, Steve. But a reserve could try to drop one of the reserve days, correct?**

A. Not just, say, drop. They can't just give away a reserve day to the company.

**Q. But they could either -- they could try swapping it or trading it?**

A. Yes. They can swap -- so they can swap to where they have the same amount of duty days, 18 duty days, and just swap it.

**Q. Swap it.**

A. Swap those days. But they can't just

Page 135

straight drop a duty day.

**Q. What happens if on a reserve, say they're scheduled to work five -- have five reserve days in a row and on the first reserve day they get placed into a three-day trip. Does that then constitute three reserve days?**

A. Sorry. Can you repeat that?

**Q. Right. I gather that these reserve days are grouped together. In other words, you might get five of them in a row, correct?**

A. Correct.

**Q. Say on day one, the reserve person is placed into a trip that lasts three days. Does that count, then, as three reserve days for them?**

A. Yeah, those are still duty days. Is that what you're asking?

**Q. Yes.**

A. As far as counting towards the 18 duty days?

**Q. Yes.**

A. Yes, those three days would count towards the 18 duty days.

**Q. Thank you.**

MR. PETERSEN: All right. Thank you. We would like to read and sign.

Page 136

THE WITNESS: Sorry. Just as a follow-up to that, so when you're assigned a trip to you as a reserve, you can't then try and swap a day. Once you've been assigned a trip, you're -- those days are established, basically, on your schedule. Just to clarify.

MR. STRINDBERG: Okay, thank you.

(A discussion was held off the record.)

MR. PETERSEN: Vicky, do you need any information from me for the read and sign? I would to make sure I get the electronic mini that's searchable with the index, and then something for Mr. Spagnolo to read and sign.

MR. STRINDBERG: All right. I would like an electronic version. I would like both the full size electronic and the mini.

(The remote deposition concluded at 3:14 p.m.)

* * *

(Signature was requested.)

Page 137

VERIFICATION

STATE OF ______________)
                        ) ss.
COUNTY OF _____________)

I, STEVEN SPAGNOLO, being first duly sworn on my oath, depose and say:

That I am the witness named in the foregoing deposition taken the 29th day of September, 2020, consisting of pages numbered 1 to 136, inclusive; that I have read the said deposition and know the contents thereof; that the questions contained therein were propounded to me; that the answers to said questions were given by me, and that the answers as contained therein (or as corrected by me therein) are true and correct.

Corrections Made: Yes_______ No_______

________________________________
STEVEN SPAGNOLO

Subscribed and sworn to before me this ________ day of ________, 2020, at __________________, Utah

________________________________
Notary Public for Idaho
Residing at_____________, Utah.
My Commission Expires: _______.

REPORTER'S CERTIFICATE

STATE OF SALT LAKE )
) ss.
COUNTY OF UTAH )

I, VICKY McDANIEL, Certified Shorthand Reporter and Registered Professional Reporter in and for the State of Utah, do hereby certify:

That prior to being examined, the witness named in the foregoing deposition was duly sworn remotely by me to testify to the truth, the whole truth and nothing but the truth;

That said deposition was taken down by me in shorthand at the time and place therein named and thereafter reduced to typewriting under my direction, and that the foregoing transcript contains a full, true and verbatim record of said deposition.

I further certify that I have no interest in the event of the action.

WITNESS my hand and seal this 8th day of October, 2020.

Vicky McDaniel

VICKY McDANIEL
CSR, RMR

**Exhibits**

**Exhibit 20** 14:6,8 25:21 125:22 129:4
**Exhibit 21** 21:6,9
**Exhibit 22 ( CONFIDENTIAL)** 62:21,22

**0**

**001927** 62:19

**1**

**1** 23:17,20,22 80:20
**10-** 41:10
**100** 30:21,22 36:13 48:16 77:6,8
**10:45** 41:22
**10th** 73:20 74:3 76:9 107:10
**11** 41:20
**117** 65:24 66:1
**11:01** 41:22
**11:36** 62:14
**12** 93:24 94:7,10,22
**12-hour** 94:9,15
**121** 39:1
**12:42** 62:14
**13** 96:8
**14** 117:11
**15** 41:17,19
**15-minute** 41:10
**150** 30:20
**1500** 10:2
**155** 42:3 48:16
**15th** 73:20 74:3 76:9 107:10
**16** 86:14 106:24 124:20
**17** 41:25 48:14 63:13
**18** 41:25 48:14 67:6 93:20 134:3,22 135:18,22
**1858** 14:7
**1859** 14:7
**18th** 74:6
**19** 41:25 48:14
**1929** 65:10
**1935** 66:8
**1950** 62:20
**199** 42:13
**1st** 133:15,16

**2**

**2** 10:21 11:2
**20** 14:6,8 25:21 28:9 41:25 48:14 95:7,15 96:9 125:22 129:4
**200** 33:22
**2007** 4:23
**2015** 35:7,11,12
**2016** 127:16 128:3
**2017** 9:21,23 13:6 15:6 23:4 28:11 39:23 40:1,4,6,22 41:11 42:2,23 44:12 47:16 48:1 57:14,20 59:23 65:23 66:1 68:1 69:13 91:10 104:1 113:13 127:11
**2018** 35:8,9,14 41:11 42:8 66:8 104:1 113:13
**2019** 35:10 41:11 42:11 46:16
**2020** 15:6 35:11 41:12 42:12 46:13,17,20,21 59:23 69:14
**2021** 132:15
**21** 21:6,9
**211** 42:12
**22** 62:21,22
**220** 42:13
**22nd** 74:15 111:11,15
**23** 85:24
**237** 42:8
**24** 93:25 94:20 117:23
**24-hour** 94:24
**249** 42:3
**24th** 102:5
**256** 42:9
**268** 42:3
**28** 109:18
**287** 42:11
**2:02** 106:22
**2:09** 106:22
**2:52** 130:3

**3**

**3** 81:21
**30,000** 13:20
**300** 42:9
**302** 124:21
**3021** 20:24 21:21
**303** 88:1
**327** 42:13
**339** 42:12
**36** 77:19 108:19 110:8 113:7
**389** 21:7
**392** 4:16
**397** 21:7
**3:04** 130:3
**3:14** 136:18

**4**

**4** 82:22
**413** 21:7
**422** 21:7
**45** 48:17

**5**

**5,000** 26:12
**50** 36:14,15
**511** 21:7
**529** 21:8
**53197** 26:1
**533** 21:8
**54207** 26:1
**58** 77:19 108:19 110:7 113:7
**58.36** 110:7

**6**

**600** 40:3,4,6
**61** 85:23 86:3
**67** 72:3
**68** 72:3

**7**

**700** 33:25
**70s** 19:6
**73** 64:7,8
**75** 67:21 76:24 77:18,22,24
**76** 71:23,24

**8**

**8** 74:15 111:15,17
**80** 64:8 77:1 96:13
**83** 64:1
**84770** 4:17

**9**

**90** 132:5
**900** 33:25

**A**

**a.m.** 41:22 62:14
**ability** 98:23 99:3,5 112:25
**absence** 5:21 6:9,12
**absences** 101:21
**absolutely** 104:19 130:17
**accept** 114:16
**acceptable** 61:9,15
**access** 10:4 27:8 122:14 123:1,4
**accommodate** 83:19,22 98:22 121:11
**accommodation** 50:22 105:20 119:15
**accrual** 37:21,22,24 38:2
**accrue** 38:2 131:13
**accrued** 22:1 132:3
**accruing** 131:10
**acquires** 35:9

**Act** 51:2
**active** 49:7
**actual** 8:19 14:23 24:17 25:14 27:11 36:9 39:14 45:17 65:2 68:2 77:20 80:6,8 92:6 107:21 110:5 129:13,14
**ADA** 50:22 124:5
**add** 6:21 64:11 74:11 79:15 90:21 105:13 107:12
**added** 64:24 109:7
**adding** 121:25
**additional** 33:13 122:10
**address** 4:14,16 12:4
**administration** 5:3 6:5,6
**administrative** 5:19
**advance** 37:10 55:4 87:3
**advanced** 47:4
**affect** 37:18 48:10 50:3,4 78:4 80:22
**aggrieved** 53:4
**agree** 20:13 61:22
**agreed** 4:4,5 20:13 63:8
**agreement** 117:12
**ahead** 14:20 24:2 29:18 43:21 44:19,25 49:18 50:14 52:20 53:16 55:12 58:25 68:4 69:6 70:17 85:6, 11 101:18 104:6 109:17 114:20 119:10 120:2,12 123:15 124:9 127:24 128:21 129:7
**aircraft** 16:24 17:1 32:25 33:1,3, 4,15 42:19 55:3,4 65:6 80:18 82:8 87:10,11,13 95:8 128:24 129:2
**airman** 128:25
**airplane** 80:12,16
**airport** 22:14 95:5,6 96:18 97:1, 5
**allocated** 48:9,23
**allotted** 132:6
**Alpena** 75:24
**ambiguous** 14:19 36:3 43:19 58:24 70:16 77:14 124:8
**Americans** 51:2
**amount** 24:3 63:3,23 64:17 65:15 67:13 74:22 75:5,7 77:18 82:6, 19,25 85:17 87:6 88:23 89:7 93:4 99:15 109:9 116:18 118:8 124:25 132:7 134:22
**amounts** 37:22 77:23
**and's** 11:2
**and/or** 66:4 119:21
**angry** 125:20
**Anita** 7:20 8:22 18:15
**Anita's** 9:4
**anniversary** 125:18,19
**answering** 130:14
**anymore** 46:18
**anytime** 6:8 90:18
**APM** 111:16
**apologize** 15:20
**applied** 20:19 22:1
**apply** 34:5
**approve** 101:7 115:13,20 131:19
**approved** 100:15 101:6 113:17 115:23 124:14
**approximate** 36:5 76:7
**archived** 45:17
**area** 56:12 122:11
**areas** 62:1
**argued** 52:14
**assign** 28:1 97:15,23 98:12 121:22
**assigned** 17:23, 24 22:5 25:1 28:12 31:16 39:23 40:22 45:25 58:2 59:15,25 60:7 65:24 88:10 92:20 93:12,19 95:13,23 97:11 98:25 99:2 102:20 115:25 121:20 133:6 136:2,4
**assigning** 116:6
**assignment** 94:12,22 95:4,24, 25 96:3,5 97:2,3, 14,21,24 98:5,7 121:15
**assignments** 97:10
**assigns** 26:25
**assume** 51:24 58:7
**assumes** 50:12
**assuming** 61:14 80:12
**attempt** 111:13
**attempted** 129:4
**attend** 22:8
**attendance** 123:25
**attendant** 6:10
**attendants** 5:13, 21 57:6 83:15
**attorney** 56:16 61:20
**attorneys'** 61:25 62:4
**attrition** 24:18 25:18 26:17 38:22 44:1 65:16
**authority** 101:23
**authorized** 129:1
**automatically** 33:12 101:7 110:13
**availability** 93:23 94:10
**average** 63:24 64:2,4 77:2
**aviation** 81:23
**avoid** 79:16 129:4
**avoided** 119:20
**award** 27:18 37:15 49:21 52:24 73:5,8 77:5,7 78:3 87:1 90:5 98:21 103:5,13 105:5 110:16 122:8 124:17 133:3
**awarded** 27:18 32:1 37:13 52:9, 10 53:1 55:1 67:2, 3 74:2 88:16 95:18 100:18 102:11 103:2 110:24 124:17 131:8,16,18 132:12,22,24 133:25
**awards** 74:5
**aware** 54:2

**B**

**back** 9:21 15:23 23:12 41:20 42:23 45:15 46:15 50:9 51:4 62:15 75:25 79:19,25 84:12,13 91:10 92:2 93:2 100:5 106:21 108:10,11 109:5 118:4 130:13
**backed** 100:12
**backwards** 47:19
**balance** 83:24
**base** 57:6,8 96:3, 4
**based** 19:8 24:1, 18 25:2,18 26:14 27:18,21 28:10,17 29:20,21 32:1 37:13,15,21,24 39:15 43:25 48:7, 21 49:21 50:17 55:1 62:1 63:23 73:8 81:1 83:1,13 85:14,15 92:25 93:4 95:18 97:9 98:12,21 99:25 101:8 103:9 105:23 131:18,23, 24 133:20
**basic** 17:10
**basically** 24:1 35:20 47:9 78:1 96:18 128:22 136:5
**basis** 5:9,18 6:2 9:22 26:19 37:11 82:10,11 83:17 132:12,17
**begin** 57:7,12
**beginning** 25:16

55:5 93:2 120:18
**beliefs** 45:24
**beneath** 110:7
**benefits** 110:10
**Bennett** 7:17 8:12 18:14 92:16
**bid** 5:25 6:17,18, 21,23 17:15 27:17 31:9,10 32:23 37:7,11,14 44:6 45:12 46:4 47:2,5, 6 48:1 52:23 53:5 57:11 64:9,15 66:15,19 68:2,7, 12,13 69:8 72:14, 17 73:24 74:19 75:1,2,3,4,5,6,10, 12 77:3,4,18,21 78:4,19 79:4,6 80:7 90:9,11,19, 21 91:5 92:1,6,18 93:21 95:18,21,23 96:1,7 100:17 102:10,18,21,22, 25 103:1,3,5,7,8, 13,15 105:11 106:25 107:1,4,8, 9,12,15,19,20 110:12,15,20,21 111:6 115:25 116:7,8 119:22 120:7 122:8 129:11,13 131:22, 23 133:12,19
**bid's** 102:11,12, 14
**bidding** 7:5,9 8:20 30:18,20,21, 22 32:16,21 36:25 37:12 38:5,6 45:1 46:14 51:15 57:10 64:13 66:1,4 67:15 71:5 72:4,6, 10,12,16 73:19,21 77:10 104:17 120:18 124:16
**bids** 45:1 69:3 74:5 87:12 91:20, 21 102:20 111:9 120:20,22
**big** 10:1 13:24
**bind** 49:17
**birthday** 125:17
**bit** 7:14 8:24 18:22,23 44:3,23 57:10 72:8 90:12 111:22
**block** 6:18 10:15 48:22 60:3 86:25 100:9
**blocks** 87:6
**blown** 13:17
**board** 44:4 90:15, 16 91:11 93:7,13
**boss** 7:19
**bottom** 34:11 35:19 43:14
**bound** 81:23 82:3 109:11
**brand-new** 22:21
**break** 11:12 40:9, 20 41:10 61:12, 19,21 62:16 72:8 84:15 106:19 130:1
**bring** 64:25 118:16 130:13
**brings** 53:10 102:5
**broad** 102:8
**broadcast** 6:11
**broadcasts** 6:8
**broken** 60:14 63:11
**brought** 52:14
**bucket** 97:18,19, 25
**buffer** 114:24,25 115:6
**buffers** 81:22 82:23 109:23 115:4
**build** 6:13 75:22
80:5 81:8 83:19 90:23,24 91:6 121:12
**building** 5:23
**builds** 76:13
**built** 66:18 75:21 95:15 128:14
**bump** 31:2
**bunch** 103:11
**business** 56:11, 17,20

**C**

**calculating** 81:13
**calculations** 81:14
**calendar** 39:14 132:7
**call** 5:24 6:16 12:7 63:7 71:16 72:20 74:22 85:16 86:12 90:15 93:6 94:19 97:2,4 99:1 100:19 111:7 123:8,11,18,20
**call-offs** 101:20
**call-out** 95:7
**called** 4:7 12:16 19:14 47:1 53:8 81:25 82:5 84:8 94:12,22 116:20
**callout** 94:21
**calls** 77:14 96:21 109:14 119:8,25 123:6
**captain** 32:11,15 34:5,10,12,16,18, 20 35:10,13,14 63:13
**captains** 32:17, 22 35:25 42:5 65:12,15,19,24 66:3
**careful** 29:10
**carrier** 39:1
**carriers** 121:1
**case** 44:11 49:11 56:18 59:13 105:19 130:13
**Cassell** 4:12 16:17 23:3 45:23 98:24 117:13 119:16
**catch** 126:4
**categories** 95:12
**category** 67:1
**Catten** 7:24 9:9 126:15
**CBA** 9:3
**chance** 61:12 78:7 103:1,6
**chances** 102:23
**change** 16:23 20:7,11,14 23:23 24:10,13,17 26:19,21 30:22 41:2,4,6 48:24 51:5 115:9,15
**changed** 47:20
**changing** 20:3 27:7
**chart** 62:19 63:10 70:25 71:20,21
**charts** 66:21
**check** 42:22 128:25
**Chicago** 9:19 15:5 28:12 29:1 32:5 39:24 40:11 42:3,9,12,13,21 49:10,13,21 57:16 69:13 75:15,23 79:24 91:9
**chief** 47:12,14,18, 19,23 56:6 101:22
**choice** 28:25 29:2 30:10 44:22, 24 45:5 68:8,14,
18,20
**choices** 48:2
**choose** 30:9 41:11 72:19 88:3
**chooses** 96:17
**Circle** 4:17
**circumstances** 38:12
**cities** 78:24 89:7, 8
**citing** 61:24
**city** 35:25 36:1 81:2 84:6
**civil** 125:22
**CJS** 42:15
**claim** 51:16
**clarify** 136:6
**class** 22:8,17 24:25 25:3,5 28:9, 18,24 29:2,11,12, 20 30:7 41:16 54:25 66:14,17 127:17,21 128:3, 13
**classes** 55:1 127:18,20
**clear** 57:14 61:23 62:8 107:20 122:3 123:22
**clearing** 107:15, 18
**click** 101:3
**client** 54:16 56:24
**close** 65:20 67:22
**closed** 82:2 133:13
**closes** 37:15 49:5 74:4 133:16
**closure** 49:4
**cockpit** 82:2
**column** 25:23
**comments**

114:10 116:17
**commercial** 56:7
**committee** 5:16, 17
**committees** 5:16
**communicated** 8:4
**company** 5:11 7:8 20:11 22:16 26:4 31:11 37:4, 21,22 39:17 48:8 49:17 51:10 53:10 56:21 77:24 83:23 111:6,7,23 112:7, 8,18 118:4 123:5 125:13 131:11,14 134:18
**competing** 32:16
**compile** 60:23
**compiled** 79:9
**complaint** 51:17 52:4 53:9
**complaints** 52:11,16
**complete** 5:25 6:23 73:12,13,14, 15 74:10,12 90:22,25 91:4 128:10
**completed** 90:22 92:3
**completing** 91:2
**completion** 91:18
**composed** 21:6 76:2 109:2
**comprised** 76:7
**computer** 31:14 81:14 123:3
**computer's** 71:13
**concede** 130:16
**concept** 125:14
**concern** 5:17 11:20 62:24
**concerned** 62:1 63:2
**concluded** 136:18
**conclusion** 77:14 109:15 119:9
**condition** 51:3
**conditions** 21:20,23
**confer** 10:20 60:21 61:1
**conferred** 60:19
**confidential** 56:16,17,19,20 61:25 63:1,7
**confused** 67:8
**consideration** 82:17
**considerations** 98:1,10
**considered** 57:7 80:20 84:14 94:15,24 97:19 116:22 118:5,9 123:19
**constant** 76:19
**constitute** 135:5
**constitutes** 67:16 104:13
**constrained** 113:4
**constraints** 114:17
**consuming** 69:23
**contacted** 95:8
**contained** 89:10
**contents** 14:23
**continue** 109:6
**continuous** 23:13 84:14
**conversation** 11:8
**cooperating** 71:14
**coordinator** 8:8 27:3
**copy** 61:5
**correct** 4:20 7:9 8:20,21 9:14,15 12:7 13:3 16:3,6 17:6,7 18:2,16 19:15,16 21:1 23:5,6,15 24:23, 24 28:13,14 30:2, 11 31:16,17 32:18 33:7,8 34:2,3 35:16,22 36:20 37:1,2 38:17,18 39:2 40:8 42:16 43:1 44:5 45:2,3 46:22 47:12,13 51:12 57:16 58:11 65:4,7,9 66:5 68:8,9 71:6,7 73:24,25 74:18,20 76:25 78:23 80:14 81:12 85:24 86:16 88:12 89:1,3 94:17 96:11,12,15 103:20 104:10 107:11 108:21 110:14 111:12 113:20 116:11 118:12,15 125:10, 15,25 126:3 134:7,8,16 135:10,11
**correctly** 127:15
**count** 135:14,21
**counting** 135:18
**couple** 5:15 22:9 27:22 79:6 106:23 121:4 131:3,4,5 132:14,19
**covered** 111:8
**covers** 8:11
**COVID** 46:17 120:16
**crash** 71:14
**create** 20:8 114:23
**creates** 76:12
**creating** 82:12
**credit** 39:1 63:25 64:23,25 67:18,19 77:6 85:17 88:23 108:22,23,25 109:2,7 113:9
**crew** 4:25 5:3,4 6:4,5 7:15 8:5,13 9:5 52:6 76:13 80:10,20 81:17, 21,24 83:9,18,25 88:2 92:15,16 96:2,16,19 114:5, 23 121:20
**crews** 84:1
**Crewtrac** 12:24
**criteria** 106:6
**CRJ** 16:14,15,16 33:1,6,9,10,14,15 36:8 54:21 63:13
**CRJ200** 33:20
**CRJS** 33:7 42:17, 25 43:3 54:19 55:9,16
**current** 4:14,24 22:11,18 25:8 26:23 29:20,24
**cycle** 120:18

**D**

**daily** 6:1 26:18,19 82:3,10 85:16,21 96:20,22
**data** 7:23,25 9:13, 16,19 12:21 13:1, 9,18,23 14:17,22, 23 15:2,10 16:15 43:11 44:16 45:9 58:6,7 59:17,19 60:2,17 69:24 70:2,11 83:1 88:19 92:2,9 101:19 113:15 117:5,6 126:12 129:12,14
**date** 19:7 25:3,14 27:1,14 28:1 37:18,20 39:17,18 51:25 52:1 54:23 74:14 126:17 129:24
**dates** 10:16 32:11 42:22
**dating** 9:21
**day** 25:3 74:24 78:19 82:8,15,16 84:19,23 85:15, 20,21 88:11,15 93:22 94:16,25 95:1 97:22 98:5 99:2,14,17,18,19 100:2,9,11 101:3 102:4,17 103:8, 10,12,14,18,22 105:2,7 106:11 111:10 112:20 115:17 118:4 124:23 125:2,12, 13,21 129:20 132:1,7,9,15,18, 21 133:4,5,9 134:4,18 135:1,4, 12 136:3
**day-to-day** 5:9, 18
**daycare** 84:21
**days** 6:20 64:24 67:6 71:5 73:23 74:5,12,24,25 75:3,7,19,20,21 78:25 79:7 87:4, 17,18,19,20,22,24 88:7,9 89:21 90:3, 10,24 93:19,20 94:25 97:20 98:19,20 99:3,6, 16 100:6,8,10,12, 13 101:9,10,23 103:22,24 104:12 105:4 109:18 114:10,14 115:12, 13,16,19 118:8,9 122:25 124:22,24 125:5,9 131:4,5,7, 8 132:2,3,4,5,6, 23,24,25 133:10,

15,16 134:3,15, 22,23,25 135:3,6, 8,13,14,15,19,21, 22 136:4
**deadheading** 109:4
**deal** 62:9 123:24 130:18
**decide** 34:20 92:20 97:6 102:6
**decided** 28:15 29:11
**decides** 80:15 87:20 92:23 95:11 96:7 99:23
**decision** 53:21, 23
**deconflicted** 7:1
**define** 57:4
**definition** 76:5 89:12,18
**Delta** 78:20 121:4
**demand** 57:22
**denied** 113:17 118:18,21,22 119:2
**dense** 86:20
**Denver** 32:6,7,9 81:9,10
**deny** 101:7 118:15 131:19
**department** 5:3 7:24 22:13 70:4,7 96:2
**departments** 5:5 6:5
**depend** 51:21 70:23 119:13
**depending** 16:23 24:8 28:21 43:24, 25 80:23 112:5
**depends** 10:9 11:18 22:19 44:6 48:6,7,8,23 76:16 77:8 84:3 85:12 91:3 102:9,12 119:11 124:10,11
**depo** 18:19
**deposed** 18:1,3
**deposition** 4:3 7:12 10:7 11:25 56:16,25 60:23 61:6,24 126:3,7 130:6,9,12 136:18
**description** 5:7
**designate** 56:15 98:19
**designated** 7:7 88:11 129:1
**detail** 69:7 130:7
**determination** 96:25
**determine** 22:10, 20 25:11 28:2,23 32:9 38:9 39:13 43:6 44:19,20 46:7 47:25 48:5 87:24 88:13 91:15 95:17 97:14 98:9 113:11
**determined** 22:9, 16,23 27:16 29:12 51:18 103:9 125:3 133:20
**determines** 112:18
**determining** 92:5
**Detroit** 9:19 15:6 28:13,25 32:5 39:24 40:10 42:2, 8,11,12,25 43:14 48:18 49:8,9 57:11,15 59:12,13 64:7 65:24 66:10 69:12 71:23 75:14,15,24,25 79:24,25 91:9 96:7 120:10,14
**developed** 19:3, 10,20
**developing** 19:3, 18
**dictate** 87:24
**differ** 108:13
**difference** 39:19 133:8
**differences** 132:20
**difficult** 46:6 68:16 120:5,8
**dig** 117:5
**digits** 26:5,7 29:21
**direction** 8:16 11:3
**director** 7:19 9:5
**Disabilities** 51:2
**discuss** 14:23 17:8
**discussed** 21:15,17 60:21
**discussing** 107:9
**discussion** 11:4, 22 20:1 71:17 136:8
**discussions** 14:16
**disfavored** 59:4, 9
**dispute** 51:16
**document** 10:1 11:13 14:2,3,6,12 15:14 21:7 60:24 78:10,13,14 107:21
**documents** 11:10,20 13:20 15:12 60:25 62:17 69:21
**dollars** 116:18
**domicile** 11:11, 12 16:2,7 17:23, 24 28:16 29:4 30:12,17,19 31:1, 3,5,6,11,16,19,23 32:1,20,22 34:11 35:3 36:1,13,14, 17 37:5,17 40:22 41:2 47:12,21 48:11,25 49:1,4,5, 7,13 57:3,4,5,12 59:20,25 60:7 63:4,18,24 64:13 65:16,18,25 66:2 67:15 68:19 72:11 73:6,10,17 76:19 80:21,25 81:7,9, 17,20 84:13 92:24 93:5 108:11 111:2 112:20 125:3 132:9
**domiciled** 28:19 47:21 57:11
**domiciles** 7:9 9:18,21 10:18 12:19 15:5,9 28:1, 20 35:23 36:22 39:20,22 40:1,23 41:13,24 42:20 43:4,8 44:8,12,21 45:11 46:1,25 47:22 48:13,20 49:3 57:18,19 58:3,9,22 59:4,14, 24 63:15 69:12 70:13,19 80:21 84:3 91:8 110:19 113:12 117:1 119:6 132:19
**door** 82:2,3
**Dorosky** 8:9 17:18,19 27:6 58:17
**dramatically** 41:7,9
**drives** 27:22
**drop** 111:24 112:1,6,7,13,22, 24,25 113:1,3,6, 14 115:12,19 116:10,13,20 117:22 118:6,20, 22 119:21 133:25 134:3,15,17 135:1
**dropped** 117:3
**dropping** 112:4 117:17,24 118:16 131:6 133:24 134:6,8
**drops** 117:17,18 118:11,13 119:21 122:9
**due** 86:24
**duly** 4:7
**duty** 67:6 82:5,6, 9,15 84:14 85:15, 18 93:20,22 94:16,25 95:1 97:7,25 98:3,9 99:15,17,18,19 109:3 110:8 113:5 115:4 118:8,9 123:9 134:3,22 135:1,15,18,22

E

**earlier** 35:11,15 69:21 90:13 111:22
**early** 84:17 108:10
**Eaton** 8:5 17:7 52:7
**Edelson** 17:5
**effect** 31:20
**efficiency** 83:13
**efficient** 79:14 83:2,24
**electronic** 8:20 136:11,15,16
**eligible** 131:13 132:5
**emergency** 96:21 123:8,20
**Emerson** 126:20
**employed** 4:18, 21 26:8
**employee** 10:13, 14 22:11 25:24 26:3 29:21

**employees** 22:18 25:8 26:4 29:24 127:5 129:24
**employment** 132:6
**employment's** 23:12
**end** 57:7,12 71:11 81:10 111:4 124:12
**ended** 91:24
**enjoy** 84:20
**entail** 5:1
**enter** 72:11 100:23 107:9
**entered** 91:5
**entire** 108:1
**entitled** 12:1
**equal** 98:10
**equipment** 32:20,23,24 36:7 37:6 72:11 73:6, 18 132:10
**equivalent** 83:15
**ERG** 54:17
**Erik** 4:12 10:20 13:16 41:2 56:9 60:20 106:19 107:23
**ERJ** 16:15,20 32:25 36:8 42:21, 24 54:17,22,24 55:20 56:15
**ERJS** 55:8,17
**Esplin** 7:22 9:8, 12 40:18 70:9
**essence** 31:9
**essentially** 27:16 35:3 79:15 82:1 99:16 110:17 112:18
**established** 21:23 22:7,11 136:5
**establishes** 26:4 27:4
**estimate** 26:10 128:12
**evening** 84:9 108:8
**everybody's** 6:25
**everyone's** 23:22
**everything's** 122:12
**evidence** 50:13
**exact** 19:7,22 65:19,21 71:25 115:13,16 122:25
**EXAMINATION** 4:9 131:1 134:12
**examined** 4:8
**Excel** 10:2 40:19
**exception** 122:21
**exchange** 115:10,17 116:24 118:1 122:25
**exchanges** 101:2
**exchanging** 115:16
**excuse** 19:24 25:7 48:15 63:14 106:17
**executive** 55:23, 24
**exhibit** 14:6,8 21:5,6,9 25:21 62:21,22 85:24 86:5,14 106:24 108:2 117:11 124:20 125:22,23 129:4
**exhibits** 21:6
**exist** 58:4,6 113:15
**existence** 19:20, 21 20:5
**exists** 45:14 58:8 60:2 129:12
**experience** 33:21,24 39:4 128:7,9,16
**explain** 44:23
**explained** 88:25
**explanation** 52:9
**explore** 56:24
**Expressjet** 39:5
**extended** 50:6 124:11
**extent** 61:11
**extra** 116:13 121:4 122:16
**extract** 68:16 69:25 92:9
**extracted** 69:19
**extremely** 56:18
**eyes** 56:16 61:25 62:4

**F**

**fact** 56:16
**factor** 131:20
**factors** 80:19 98:9
**facts** 50:12
**fair** 62:5,11
**fall** 25:11 67:1 110:11 118:14 123:20
**falls** 110:7 121:14
**familiar** 8:6 14:11 18:6 70:11 94:3
**familiarize** 7:14 10:25
**family** 49:24 50:2 124:4
**FARS** 109:11
**fast** 43:6,9,16
**fatigue** 5:16
**favored** 54:18 55:8
**favorite** 98:14
**FDP** 82:15
**feasible** 83:3
**federal** 81:23
**feedback** 83:17
**feel** 51:14 53:5 83:20
**feels** 53:4
**fewer** 101:10
**field** 15:20
**file** 51:17 52:4 53:8 78:23
**files** 79:5,11
**fill** 63:5 111:2 122:1 128:1
**filled** 81:6 121:10
**filling** 29:3 83:2
**final** 53:23
**find** 11:3 41:25 45:25 69:23 71:25
**fine** 130:16
**finish** 7:3 90:17, 18,20 108:11 130:2,14
**fit** 36:18
**five-minute** 106:19
**fleet** 16:14,15,16, 17 55:20 80:11
**flesh** 56:23
**flew** 129:18
**flexibility** 88:3
**flies** 84:10
**flight** 5:12,20 6:10 39:16 46:3 53:20,23 57:5 76:2,7 79:20,21 80:24 81:6 82:1,5, 9,14,15 83:6,15 84:10,13,16 85:2, 14,19 88:10 108:5,11,20 109:1,2,5,7,9,19 110:1,21 115:22 116:13 117:18 128:25 129:22
**flights** 38:7 45:23 46:4 47:3 49:9,10 57:12 74:23 78:12,18,21 79:8 80:1,4 83:4,5 89:1 96:24 110:1,2,5 115:24 119:23 120:17 121:1,5
**flown** 80:18 87:13
**fly** 16:13,18 42:19,21 45:24 48:24 54:14,19 69:14 76:17,24 77:12,16 78:24 84:12 87:14 89:9 94:7 108:9,10 115:2 123:12 125:8
**flying** 46:16 48:8, 21,22 49:1 63:23 64:9 67:13 93:4 109:6 110:16 115:3 122:10 128:4
**FMLA** 50:21 124:15
**focus** 39:22 44:8 57:3
**follow** 97:13,15 102:2 134:14
**follow-up** 130:23 136:1
**footprint's** 128:5
**force** 49:5,7,19
**forced** 49:6
**forever** 24:7 46:12

**forget** 70:1
**forgetting** 125:20
**forgot** 17:25
**format** 13:21
**formula** 85:3,13
**formulate** 68:24
**foundation** 59:7 101:17 109:15 119:9 120:1 123:14 128:19
**four-day** 106:12
**four-year** 43:8
**frame** 15:9 16:8 119:13 120:3 121:25 127:2
**Friday** 69:14 119:18
**full** 4:13 6:25 63:21 64:23 108:17 126:4 136:15
**fun** 18:24

G

**gather** 4:18 24:19 34:2 44:4 45:1 46:22 47:11 65:5 74:18 92:4 96:9 98:13 135:8
**gave** 13:24 40:19
**general** 58:18 72:5
**generalities** 52:21
**generally** 18:6 22:4 33:18,19 44:9 52:24 54:11 58:19 70:9,20,23 74:6 75:17,20 78:6 80:17 84:10, 18 90:14 93:15 97:18 98:16 99:10 101:12 108:9 111:8 118:22 128:5,11 132:8, 14,17
**generate** 51:17
**generated** 11:22
**gentleman** 92:13
**gentleman's** 70:2
**George** 4:17
**give** 5:8,13 22:2 34:15 35:24 36:10,11 59:2 72:3,5 78:25 82:24 83:17 84:5 89:25 105:8 110:13 118:8,19, 20 127:12 134:17
**giving** 26:10 82:20 118:4
**Glassey** 124:1
**goal** 76:23
**goals** 83:7
**golden** 124:22, 23,24 125:4,9,13, 21 131:5 132:1,2, 3,4,6,7,9,15,21, 23,24 133:4,9,10, 15,16
**good** 4:11 13:22 42:7 46:13 47:14 48:17 58:20 59:1 128:12
**graduating** 66:16
**granted** 51:1 78:8 99:24 122:22,23 131:21
**great** 17:25 36:10 71:20
**greater** 35:2 101:12
**grievance** 53:24 54:5,6
**grievances** 54:10
**ground** 22:13 79:18 128:8,10
**group** 19:13 20:7 24:21 28:8 104:11
**grouped** 135:9
**grouping** 89:1
**growth** 48:7
**guarantee** 46:9, 10 77:25 85:16,22 125:5
**guaranteed** 37:7 46:2 47:16 64:15, 17,19,21,22 66:24 68:13,18,20 71:4, 9,10,24 74:9 77:17,22,24 85:20 120:5 124:23
**guaranteeing** 78:2
**guarantees** 85:17
**guess** 10:8 11:17,19 12:5 29:25 59:22 68:7 102:12 124:10 125:11 127:10 130:18
**guessing** 67:8 72:2
**guide** 8:16 18:23 86:13,15,17 108:2
**gurus** 70:3

H

**half** 34:17
**handbook** 38:24
**handful** 70:24
**handle** 5:22,24 6:22 96:20
**handled** 39:20 54:11 121:9 124:5
**handling** 6:8
**hands-on** 128:23
**happen** 54:3
**hard** 6:2 46:9 63:6
**head** 10:24 14:1 38:10 40:13,15 43:10 60:4 72:2 107:17 117:4 126:18 127:8,15
**headed** 56:10,12
**hearing** 54:7
**held** 20:1 71:17 136:8
**helped** 7:25 8:14, 15 9:17
**helps** 8:17 84:21
**hey** 121:4
**hide** 45:22
**high** 119:22
**higher** 29:24 30:1 38:2 51:25
**highest** 30:8
**highlighted** 117:14
**hire** 22:8 25:14 39:17 131:8 132:2,4,5,13
**hired** 16:18 17:2, 22 22:22 24:22 25:5 35:7,8,10,12, 14 36:15,16 48:1 55:3,5 67:25 127:2,6,13
**hirees** 57:15,20
**hires** 24:20 30:3 39:23 44:4 91:10
**historical** 83:1 101:19
**historically** 45:15
**history** 8:25 9:1,2 17:11 69:2
**hold** 14:18 29:13, 14 36:2,5 46:15 47:3 49:15 50:11 52:18 63:21 69:4 85:4 113:21 119:24 120:7,20 128:18
**holder** 10:15 46:19 93:16,17,18 95:12 98:18,25
**holders** 99:20 102:4 134:9
**holds** 31:3
**holiday** 102:7 125:12,14
**home** 57:8 84:22
**honestly** 13:25 19:22 36:10 48:3 107:16
**hotel** 75:6 84:11, 20 108:9
**hour** 67:18,19 85:2 109:1
**hours** 34:6 35:9 37:25 39:16 48:22 49:14 64:1,4,16 67:21 74:10 76:24 77:1,7,8,16,18,19, 20,22,24 78:1,2,5 84:12 85:19,20 86:16 93:24,25 94:7,10,13,14,20, 22 108:10,17,19 109:3,18 110:1,7, 11 113:5,7,10 115:1,6 117:23
**hours'** 64:8
**housed** 20:10
**houses** 123:4
**Houston** 81:4,5, 10,11
**hundred** 13:6 109:18 126:24 127:3,19 129:3
**hundreds** 11:11
**hybrid** 65:1 66:25 71:11

I

**I.D.** 26:3

**i.e.** 128:4
**idea** 5:8 35:24 47:15 58:1,18 72:6 116:25 127:12
**IDENTIFIED** 14:8 21:9 62:22
**illness** 50:7,18
**imagine** 18:24 59:10
**impacted** 119:3
**important** 30:17
**impressed** 86:8
**include** 5:2 118:1
**includes** 66:23
**increase** 37:23
**increases** 37:23
**index** 86:21 136:12
**individual** 44:13 48:4,5 70:21,22 91:16
**inefficient** 79:17
**information** 8:14 9:17 10:12,24 11:1,3,6,10,22 12:23 13:5,13 15:23 16:7,9,11 27:10 40:17 55:22 56:20 57:1 58:1,4, 12,16 60:9,11 62:24 68:11,25 69:11,19,23 70:7, 10 89:23 93:1 126:11 127:7,9 136:10
**initial** 33:16,19,21 128:7,8,16
**initiate** 20:7 114:4
**instructed** 60:25
**insurance** 110:10
**intent** 130:9
**interject** 10:19
**internal** 100:20
**internet** 123:5
**Interpretation** 53:9
**interrogatories** 28:10 68:24 130:12
**interrogatory** 11:14
**intranet** 123:5
**invites** 5:4
**involuntarily** 49:2,5
**involve** 46:4 128:17
**involved** 19:3
**involvement** 19:17 20:15
**IOE** 5:4 128:6,10, 15
**irrelevant** 50:12
**issue** 31:12 45:22 51:22 57:3,10
**issues** 7:1 84:22 123:25
**item** 90:7
**items** 10:21

**J**

**January** 40:4,6 63:13
**Jason** 9:8
**job** 5:1,7 9:4 23:1
**judge** 85:10
**July** 41:11,14,15 42:2,8,11,12 66:8 102:5
**jumping** 44:18, 25
**Justin** 7:22 9:10, 11,17 12:14,18 14:17,22 15:2,16, 18,21 40:18 70:2, 9 92:11,14

**K**

**kid's** 125:17
**kind** 5:22 6:2 8:17 9:16 18:22 54:5 64:25 70:6 72:21 79:19 84:7 95:9 98:9 102:8 103:1 113:25 119:4 121:22 122:11,13
**kinds** 10:12

**L**

**label** 62:20 63:1
**labeled** 62:19
**laboring** 86:16
**lacks** 59:6 101:16 109:15 119:9,25 123:14 128:19
**Lake** 35:25 36:1, 8,9 84:5
**land** 25:17 39:13
**Lansing** 75:24
**lastly** 17:16
**lasts** 135:13
**late** 84:9,16 108:8,9
**layer** 72:23 73:7, 11,12,13,14,15 104:11,12,13,14, 15,18,21,23,25 105:1,3,9,10,13, 14,21 106:7
**layers** 45:6 72:21,25 73:1,3,4 104:9
**layover** 75:6 89:8
**leapfrog** 24:15
**learned** 11:8
**leave** 5:21,23 6:9, 12,14 24:8 26:15 38:16 49:22,25 50:3,21 51:1,10 59:20 124:4
**left** 15:19 51:8 110:18
**left-hand** 25:23 63:15
**leftover** 111:5
**legal** 14:25 77:14 82:21 84:15 108:16 109:15 115:1 119:9 122:18,19
**legalities** 81:24 109:11
**legality** 81:21 114:22,23 119:4
**length** 74:23 97:21
**letter** 119:14 130:7
**level** 100:3 112:12,16,17 115:18 118:14 119:3
**levels** 101:11 112:6 115:11,14 133:22
**liaison** 70:6
**lies** 11:20
**life** 83:10,21,25
**limiting** 60:8
**limits** 82:3,4
**lines** 46:18 60:12 63:16,17,22 64:2, 7,11,21 65:2,3,11 66:12,23 67:5,6, 10,11 68:2,6 71:2, 3,5,9,11,23 90:5 93:3 95:15,17 96:9,11 110:12, 15,20 131:6,16,17 132:22,24 133:3, 24 134:6,7
**list** 9:20 10:17 13:5 15:7 16:4,19, 21 24:15 25:12,17 26:22 27:8,11 30:1,16,24 31:2,5 34:12 35:18,19 36:19 38:13,20 40:5 43:7,13,17, 18 76:9,12 126:13 130:11
**listed** 50:16 127:11
**listening** 29:10
**lists** 39:25 40:5
**literally** 11:9
**live** 59:11 128:24
**locals** 75:19
**located** 8:18 20:9
**location** 80:24
**locations** 78:22 79:24
**log** 107:3
**logging** 107:7
**logic** 101:5
**long** 4:21 13:24 22:16 23:9,12 39:25 43:15,23 44:20 46:1 47:15, 25 48:5,10 67:24 68:11 69:8 79:16 85:18 91:24 92:9 94:19 98:3 103:25
**long-call** 93:25 94:2,18 95:15 96:11 97:4
**longer** 75:18
**longest** 22:19 23:19,20 75:21
**looked** 9:22 10:21 13:6 25:21 40:3 43:11 103:16 125:24 126:2
**lose** 38:17 51:9
**lost** 105:6

**lot** 59:11 70:12,14 117:8

**lots** 46:7 48:9 98:8

**lower** 29:25 52:1

M

**made** 52:12 53:21 56:24 62:19 113:16 121:13 132:10

**main** 78:17

**maintain** 77:21 99:15 113:9 134:2

**majority** 52:22 101:20

**make** 6:24 20:7 21:5 27:23 29:14, 15,17 35:6 36:12 53:3 56:12 60:25 62:7 72:18 74:13, 23 79:13 82:13,19 83:1,3 96:23,24 97:1 99:17 114:13 125:18 130:18 136:11

**makes** 31:13

**making** 69:9 83:4

**manager** 4:25 7:15,24 8:13 70:5 92:16

**manner** 79:14

**manual** 9:3 18:21 20:9,10,18 21:4, 11,16

**mark** 14:6 85:23 86:4

**marked** 86:1,6,14 117:11

**markets** 83:1

**master** 5:22 27:19,20 36:25 37:2,3,4,14 87:5 102:16,17 103:4 124:25 131:22 133:10,14,18,20, 23

**match** 67:12 97:20,24

**matched** 32:3

**max** 109:19

**maximum** 109:9, 21 110:1,5 115:1, 2,5 117:21

**Mcfarland** 61:21 62:7,13 71:15

**meaning** 24:14 29:25 44:7 57:6 81:24 84:14 94:10 98:1 100:5 112:7 114:7 120:19 129:21

**means** 47:6 67:5 94:6 107:18 108:5

**meant** 106:5 119:18

**mechanics** 72:7

**medical** 49:25 50:2 51:3 124:4

**meet** 60:21 61:1 63:25 66:12 67:17 83:16 97:13 105:14 114:21 119:16

**meet all** 104:24

**meeting** 10:20

**meets** 101:8

**member** 83:9 114:6 121:20

**members** 83:18, 25 88:2

**memorandum** 117:12

**memory** 107:25

**mentioned** 6:22 36:24 119:17

**met** 83:8 99:4

**middle** 36:18 48:14 59:22,23 68:1 84:18 88:2 100:10,12

**min** 77:23

**mini** 136:11,16

**minimum** 64:4 67:18,19 77:4,12, 15,20,21 78:2,8 85:16,20,21 94:22 95:14 100:3 101:11 102:6 108:17,19 109:25 110:4,8,11 112:11,12,14,15, 17,22 113:7,9 115:11,15,18 118:14,17 119:7

**Minneapolis** 9:19 15:6 28:12, 25 29:4 30:8,9 31:18 32:4 39:24 40:10 42:3,8,11, 13,21,22 48:15 57:15 69:13 79:25 91:9

**Minnesota** 48:15

**minute** 95:9

**minutes** 41:17,19 77:19 95:7 106:21 108:19 110:8

**mixed** 15:11 88:3,4

**modifying** 20:3

**moment** 56:13 64:15 71:14 117:14

**Monday** 115:23

**Monday-tuesday** 115:22

**money** 116:14

**month** 5:25 6:17 7:2 10:16,17,18 11:12 15:8 16:2,8 30:21,23 31:10 33:18 40:2 41:1,2, 3,5,7 47:2,3,7,10 59:25 60:6,15 63:11,12 64:1,18 65:8 66:19 67:3 69:3 70:21,24 72:15,17 73:21,22 76:14,19,24 79:1, 4 86:24 88:24 90:18,20,23,25 91:1,2,6,7,20,21 92:1,3,24 93:21 99:16 107:2,3,7, 10 108:21 109:10 110:2 111:11 115:2 117:3 119:12 120:6 121:2,3,6 128:10 133:11,12

**monthly** 9:22 82:4,11 83:16 107:8

**months** 37:12 50:6,7 51:1 124:12 128:6,8,11 131:12

**morning** 4:11 84:17 108:11

**Mountain** 74:15

**move** 23:25 24:1, 3 35:20 38:13,19 43:7,24 55:20 56:14 68:1 99:16 105:1

**moves** 36:16

**moving** 36:17

**multiple** 21:6 22:17 25:5 47:22 76:2 94:25 104:15 106:6 127:18,20

**multiplied** 37:25

N

**Nashville** 105:4 106:12

**necessarily** 37:20 46:10 66:15 102:21 110:17 116:16

**needed** 49:12 101:10 105:19

**negative** 66:8,11

**nervous** 56:10

**neutral** 54:6

**nicely** 62:18

**nickname** 12:11

**night** 84:20

**nobody's** 10:23

**note** 45:19 85:5

**notice** 68:22 88:1 94:23

**notifications** 19:25

**notified** 74:1

**November** 79:6 127:16 128:3 133:15,17

**number** 10:14 16:7 21:3 22:24 23:5,6,7,11,17,22, 23 24:11,17 25:11,13,14,15, 16,18,24 26:2,3,6, 14,16,18,21 27:2 28:25 29:1,22,25 30:5,13,21,22 31:7,10,13 33:6 35:21 36:5,9,10 37:5,6 39:12 40:12,14 41:24 45:4,5 48:13,20, 25 50:8 58:20,24 59:2 60:12 63:4, 17,20,22 64:2,4, 10,12,16,18 65:2, 3,11,19 66:3,8 67:4,9,12 68:19 69:16 71:1,3,9,10 72:1,23 75:8 77:15,22 78:5 81:1,19 82:22 97:20 99:25 102:3,5 103:11 104:20 105:25 106:2 108:19 110:1,5 112:18, 19,22,23 115:1,15 117:21 130:6 133:22

**numbers** 10:22 24:4,6,7 25:1 30:9

31:15 32:10 38:4 41:2 43:2 44:1 48:12,25 58:19 60:4,21,22 67:14 78:21 86:6 103:9 127:25

## O

**oath** 18:2,7
**object** 29:17 49:16 50:12 52:19 55:7 84:25
**objected** 51:22 85:7
**objection** 14:18 29:14,15 36:2 38:14 43:19 53:14 54:1,8 55:10,18, 25 58:23 59:6 68:3 69:4 70:15 77:13 85:4,5 101:16 109:14,22 114:18 119:24 123:13 124:7 127:22 128:18,19
**objections** 110:3 119:8 120:11 129:6
**obtain** 58:1
**obtained** 126:12
**occasionally** 121:7
**occurred** 129:14
**occurring** 84:18
**occurs** 88:14
**October** 132:14 133:15,16
**offer** 114:13 116:12,13
**offhand** 109:13
**officer** 27:24 32:12 34:2,7,10, 18,19,24 35:7,8, 10,12,18 44:21 45:11 54:7 56:6,7 63:14 64:7 66:9 119:16
**officers** 32:17 42:4,6,14 43:3 48:13,20 59:25 60:9 65:12,15,19 66:4
**OJI** 6:14
**on-the-job** 128:23
**one-day** 89:20 97:23
**Online** 123:4
**Oops** 125:23
**open** 102:12,15 111:6,23 112:7 114:9,10 116:2,6, 8,10 118:3,4 121:13,16,18,19, 24 122:1,3,5,7,14, 17,21,24 123:2 130:6,9,13,16 132:15,16 134:8
**opened** 132:11, 13
**opening** 6:21 29:8 31:23 32:7
**opens** 74:3 82:3 111:17
**operate** 33:23
**operates** 50:21
**operating** 33:21 56:6 78:18 82:8 128:7,9,16,24
**operation** 96:20, 22
**operational** 82:22 83:7
**operations** 22:13,14 53:20
**opinion** 53:22 119:19 120:4
**opportunity** 105:7 118:21
**opposed** 38:3 108:16 133:20
**ops** 53:23
**optimization** 80:3,20
**optimize** 79:19
**optimizer** 79:12
**option** 77:4
**order** 90:24
**ordinary** 11:21 60:24
**origins** 17:13
**outliers** 132:19
**Outlook** 19:25
**overlap** 27:25
**overlapping** 57:9
**overnight** 75:25 76:1 89:7 105:4 108:9
**overnights** 75:2
**oversee** 5:2,3,6 47:21

## P

**P-A-X-T-O-N** 8:2
**P-L-U-S** 113:22, 25
**p.m.** 62:14 74:15 106:22 111:15,17 130:3 136:18
**pages** 10:2 11:9 13:20 86:13,19
**paid** 85:2 113:8 122:22 129:20
**pain** 62:9
**pair** 80:4 113:1
**paired** 78:12
**pairing** 53:2 74:22,23 75:21,22 76:3,4,5,7 79:11, 22,23 80:1,6,9,20, 22,25 81:6,11 87:1,13 88:4 89:4, 5,6,10,12,23 90:6 97:23 108:8 110:24 113:1 114:7 115:23 116:3,17,23 118:3,6,20 121:12 122:21,23
**pairing's** 98:1
**pairings** 67:17 74:21 75:18,20 76:13 79:19 80:5 82:13,20 83:12, 20,21 84:1,4,6,7 87:8 88:3,25 89:20,21,22 90:2, 4 110:21,23 111:2,5,14,20 113:14 115:8,9 116:7 117:2 121:23 122:8,17, 20 129:11
**pandemic** 120:17
**paralegal** 86:5, 11
**parameters** 90:4,5 97:13,15, 16,17 99:4 101:4, 6,8 112:10
**Parkside** 4:16
**part** 5:10,22 7:3 40:17 70:3 87:23 105:13 109:7 117:14 122:3,6
**partial** 63:21 67:1,2
**parties** 4:2
**partners** 48:23 76:17 78:17 79:11 80:17 121:8 122:10
**pass** 33:22
**passed** 46:20
**past** 52:12
**pause** 51:7
**Paxton** 7:24 8:2 9:9 13:1,23 14:10, 17,22 15:16 69:20 70:1,4 92:13 126:15,23 129:10
**pay** 39:3,7,8,10, 13 84:23 85:21 116:13,18
**payroll** 5:4
**PBS** 8:5,6,15,16, 18,19 17:5,11,13, 14 18:23 45:7 52:25 72:12 77:5 86:13 100:15,18 108:2 122:4,7 123:1 124:5
**penalized** 117:19
**people** 5:5 7:13 23:1 25:5 26:14 29:23 30:7,8 52:14 59:11 63:20 64:12,22 65:17 83:16 84:20 90:13 96:17 103:11,12, 13 115:25 116:8
**people's** 69:2
**perceived** 52:15
**percent** 95:15 96:9,13
**percentage** 117:2
**perfectly** 65:14
**perform** 17:14
**performance** 82:23 83:7
**period** 43:8 50:6 59:22 64:20 78:19 79:6 82:5,15 84:15 93:23 94:10 108:15,16 115:4 124:11 133:13
**periods** 82:9
**person** 24:2 35:14 36:17 43:15 62:3 73:6 113:5 130:14 135:12
**personal** 55:14 59:17 98:15

**PETERSEN** 4:5 10:19 11:7 12:2 13:14,16 14:18 15:11,19 21:10,13 29:13,17 36:2 38:14 41:1 43:18 49:15 50:11,17,23 52:18 53:14 54:1, 8 55:10,18,25 56:8 58:23 59:6 60:19 61:10 62:6, 11,25 68:3 69:4 70:15 77:13 85:4, 9 86:1,7 89:16 101:16 104:4 106:18 107:23 108:3 109:14,22 110:3 113:21 114:2,18 119:8,24 120:11,19 123:13 124:1,7 127:22 128:18 129:6 130:15,21 131:2 134:10 135:24 136:9

**phone** 94:12,21

**phonetic** 17:5

**phrased** 60:6

**PIC** 53:9,17 54:11

**pick** 111:25 116:4,9,19 118:9, 21,24 121:14 122:16,24

**picked** 116:3

**picking** 116:23

**pieced** 60:18

**pieces** 39:4

**pilot** 6:10 8:8 9:3, 20 16:4 17:3,21 18:21 20:9,10,18 22:5,6,7,14,21 23:2,6,16,18,19, 21 26:20 27:3 28:16,17 30:20,23 31:1,18 32:1,5,8, 13 33:14 34:14, 16,21,22,24,25 35:1,4,8,19 36:12 37:19 45:10 47:6, 12,14,15,25 48:4, 5 49:12 50:2,21 51:13,25 53:4,12 54:13,21 55:2 57:5,14 64:3 70:22 71:23 72:9, 10 73:10,17 76:8, 24 77:9,12,16 81:25 87:12,20,22 88:8 91:16,19,20, 21 92:18 93:11 99:11 103:20 104:1 105:18 108:20 109:10 110:2,7 112:6,22, 25 114:3,11,13 115:2,8,21 116:4, 9,12,14 117:18 118:24 120:5 121:14,20 123:6, 11,17 125:4,7 128:25 129:2 132:21 133:2

**pilot's** 23:8 47:18,23 50:25 57:11 77:3,9,22

**pilots** 5:12,20 10:17 11:11 13:6, 7 15:8 16:10,22 19:5,9,14 20:7,8 22:17 23:2 24:20, 21 25:7 26:6,7,8, 12 27:8 28:1,4,9, 12 30:20 31:15,25 32:4,8 33:2 36:9, 14 39:14,23 40:4, 6,10,22 41:12,24 44:5 45:1 46:25 47:19 48:25 49:2, 7 54:18 58:2,8,21 59:5,14 60:6 63:4 65:11 66:12,25 67:7,9,11,12,14 69:11 70:13,19,21 71:4 74:8,14 75:10,12 80:23 81:1,5,19 82:18 85:2 87:9 90:14 92:23 98:14 101:1,22,24 106:2 111:2,13 113:13 114:15 118:20 122:14 123:1 124:3,24 125:2 126:24 127:3,5, 19,21 129:3 133:14

**place** 5:20 21:15, 19,21,22 34:13 43:12 51:4 100:5 107:4,20 109:24 116:2 120:9,13

**placeholders** 6:17

**places** 21:25

**plan** 56:11

**plane** 54:13,24 79:17

**planes** 16:12,20 54:17

**planners** 8:5 80:4 83:16

**planning** 7:15 8:13 52:7 66:16 76:13 80:10 92:15,16 96:23

**plans** 55:20 56:14,17

**play** 17:12

**point** 8:16 11:6 22:25 34:4 46:11 50:8 62:11 74:1 102:9 111:13 121:5

**pole** 43:15

**policies** 5:14

**policy** 5:12 9:1,2, 3 18:20,21 20:8,9, 10,12,14,16,18 21:4,11 53:9 74:13 77:16 95:14 97:5,16 102:2 110:9

**pool** 92:19 121:23 122:12

**poor** 129:17

**portion** 56:15 130:5

**position** 4:24 23:13 24:10,12,16 26:24 28:22 32:14,19 34:10 37:6,17 56:4 72:11 73:7,18 109:5 121:23 122:13 132:9,18

**positions** 121:21 122:2

**post** 100:17 103:8,13,15 114:6,11 116:15 118:23,25 120:16, 17,19 131:23 133:19

**posted** 114:12 115:24 117:18 122:11

**posting** 120:20, 22

**potential** 94:12

**potentially** 48:10

**PPM** 18:21

**Practice** 20:23

**pre** 131:22

**preapproved** 87:5

**preassigned** 86:22,23

**preassignment** 124:15,16,18 133:1

**preassignments** 6:16,21

**prebid** 132:25

**predetermined** 92:25 93:4 125:1

**predict** 46:7

**prefer** 29:7 84:23 90:3

**preference** 28:19 45:12,13 48:1 55:6,14 59:17 77:7 95:18 129:13

**preferences** 45:8,17 47:10 72:19,24 73:4,9 74:19 75:1,8 77:2 87:23 98:16,22 104:14,15 105:10 107:2,5

**Preferential** 72:12

**preferred** 98:17

**preparation** 126:2,6

**prepare** 7:11 18:18

**prepared** 126:13

**present** 9:21 20:12

**president** 53:20 70:10

**pretty** 47:14 76:19 84:24 86:20

**prevent** 18:10

**previous** 25:7 98:6

**previously** 69:19 86:14 117:11

**print** 9:24 10:3 13:10,19

**prior** 6:21 57:25 79:4 98:4,5 102:11 120:16 124:16 133:11,12

**prioritized** 104:8

**priority** 72:22 104:20

**process** 17:24 45:1 51:15 53:5, 24 54:5,11 72:6 74:5 80:22 102:19,22 134:6

**produce** 11:18 14:24 15:22

**produced** 13:13, 19 15:16 62:17

**program** 100:20 123:21,24

**programs** 123:3

**projected** 66:14
**promoted** 34:9
**proper** 89:2
**properly** 52:24
**properties** 8:17 17:14 89:4,5 104:23
**property** 89:12, 13,14,15,18,19
**prophetic** 71:15
**propose** 114:15
**proprietary** 62:24
**protect** 95:9
**provide** 8:14 14:13 15:3 52:8 78:17
**provided** 14:10, 17 78:11 119:15
**publish** 121:12
**published** 74:15 111:10
**pull** 6:9 7:23,25 9:17 13:4 15:10 16:15 40:18 41:18 48:4 62:18 70:11 71:1,19 91:16 92:2 124:19,21 125:22
**pulled** 9:13 12:21,23 13:1,5 16:14 40:18 69:20
**purpose** 126:9
**put** 12:14,18 17:14 28:18 45:7 47:8 60:7,17,22 61:14 72:20 73:4 75:9 77:23 79:11 80:6 86:5,8 90:14 91:10 100:4,9,11 114:9 116:8,17 122:12
**puts** 25:17
**putting** 79:14

Q

**qualifications** 81:17
**qualified** 16:13 33:11,22 43:3 66:17 81:19 87:14
**qualify** 33:10 83:10
**quality** 83:21,25
**quarterly** 37:11
**queried** 12:22
**query** 15:4
**question** 50:20, 23 56:3 59:16 68:10 78:12 89:16 93:9 102:8 123:16 126:5 129:17 133:24
**questions** 7:8 10:9 11:16 12:4 17:10 22:3 50:16 54:17 60:5 68:23 85:1 106:24 130:5,6,14,22 131:4,5,6
**quick** 95:6
**quicken** 61:6
**quickly** 34:16,21 35:5
**quit** 23:10 24:2

R

**rag** 59:12
**raised** 51:22
**random** 100:11
**range** 63:25 74:9 77:6 79:20
**rank** 16:5 30:4 45:4
**rate** 38:2
**rates** 37:24
**re-crewing** 96:22
**reach** 46:11
**read** 18:20,22 63:10 78:14 117:15 124:20 135:25 136:10,13
**reading** 18:24 117:16
**reads** 101:4
**ready** 94:3,7 95:2,3,20 96:17 97:1,3,8,10,12,23 98:13
**reason** 24:9 46:24 51:11 63:2 123:10
**recall** 14:21 126:17 127:15
**receive** 64:23 79:2,5
**received** 126:20
**recess** 41:22 62:14 106:22 130:3
**recognized** 125:14
**recommendations** 5:13
**record** 20:1 61:22 62:16 71:16,17 136:8
**records** 91:19, 22,25 117:8
**rectified** 51:19
**reduce** 118:8
**reduced** 46:16
**redundant** 114:1
**refer** 11:24 81:18 93:8,13 108:6 124:22
**reference** 18:21
**references** 21:24
**referred** 54:17 93:15
**referring** 10:6 20:16,24 79:23 82:23 83:10 86:22 88:5 90:8
**refers** 80:2
**reflect** 67:14
**refresh** 18:22 107:25
**regulation** 115:5
**regulations** 81:24
**rehired** 23:10
**reject** 87:16 105:17
**rejected** 87:14
**rejects** 105:15
**relative** 43:12
**release** 75:4 98:2
**releases** 84:17
**relevance** 56:18
**reliability** 123:21,24
**religious** 45:24 105:19 119:17
**rely** 11:25
**relying** 12:3
**remain** 76:18,19
**remains** 23:13
**remedy** 51:13
**remember** 10:20 111:10
**remote** 4:3 136:18
**remotely** 4:8
**removal** 6:15
**remove** 123:9
**rep** 53:6
**repeat** 135:7
**report** 5:17 9:6,7 12:22 40:19 75:4 82:7 94:13,14 98:2 108:8
**REPORTER** 4:2
**reports** 84:9,16
**represent** 4:12 5:11
**representative** 20:6
**representatives** 83:14
**represents** 19:14
**request** 5:12 13:17 28:21 37:8 53:19 70:8 77:6 87:22 98:20 99:22,23 100:19, 25 101:3 102:4, 16,20 103:7,10 105:13,21 107:7, 19 110:25 111:24 112:6 121:3,12 124:5 125:4,13,21 126:16,20 131:17, 21,25 132:25 133:14,18,19
**requested** 88:15 103:12,16 110:17 126:12,14,19 132:23 133:11,17 136:20
**requesting** 11:1 27:20 48:24 53:19 77:3 88:24 89:6,8 102:9 104:16,23, 25 105:6 122:10
**requests** 70:7 83:10,19,22 88:9 105:12 110:24 113:16 120:25 121:7,10
**require** 58:5
**required** 49:1 69:14 82:18
**requirement** 67:18,20 119:7
**requirements** 112:12 114:22 119:17 122:18,19

**requires** 95:14 115:5
**research** 40:13, 16 44:17 48:4 52:5,8 53:11 58:5 59:19
**researched** 51:18
**researches** 51:20
**reserve** 10:15 44:4,5,10,14,15 46:15,19 48:11 60:1,3,8,12 61:15 64:24 66:12,18 67:2,3,5,6,7 68:1 71:6 74:11 90:7, 11,15,16,24 91:6, 10 92:19,23 93:3, 6,7,12,13,16,17, 18,23,24,25 94:6, 9,19 95:2,3,12,15, 16 96:8,11,14 97:1,3,4,8,10,12, 22,23 98:4,13,18, 25 99:3,6,7,20 100:3,6,8,9,11,13, 18 101:11,23 102:3 103:12,22, 24 104:1,2 107:12 110:14 111:8 112:5,22 115:11, 15,18 119:3 129:17,19,21 132:21 133:25 134:1,2,7,15,18 135:2,3,4,6,8,12, 14 136:3
**reserves** 64:12 65:11 66:9 71:23 90:9 92:17,21 93:14,16 94:2,3, 18 95:20 96:17 97:7 100:2 101:10,13 102:5 112:19,21 116:1,6 118:14,17 119:6 121:15,22 122:1
**resolution** 53:18
**resource** 47:19, 23,24
**resources** 4:25
**respect** 81:16
**responding** 11:15
**response** 53:19, 20 78:11
**responses** 62:2
**responsibilities** 5:2,10
**responsibility** 112:9
**responsible** 6:20 27:1,7 78:18 96:23 110:10 111:7
**rest** 30:18 82:17, 19,21 84:15,18,19 89:8 95:16 97:25 98:6,9 108:15,16 115:3 122:18
**restore** 6:13
**restrained** 113:6
**restricted** 113:8
**restriction** 122:20
**restrictions** 82:10 100:4,14 125:10
**result** 122:7,9
**retire** 26:15
**retired** 24:2
**retires** 23:22
**return** 5:23 6:11, 14,15
**returned** 93:2
**review** 26:22
**reviewed** 69:21
**reviewing** 5:14
**rid** 116:17
**rise** 43:16,19
**role** 20:3,6
**room** 82:20 83:5
**Roskey** 17:17
**rough** 26:10
**roughly** 64:10 74:4
**round** 75:23 76:1
**route** 80:18
**routes** 32:16 60:1,7
**routing** 81:3
**row** 100:8 135:4, 10
**Roy** 124:1

**S**

**S-K-E-D-P-L-U-S** 100:22
**S-P-A-G-N-O-L-O** 4:16
**S-T-E-V-E-N** 4:15
**Sabbath** 45:24 105:20 119:20 123:12
**safe** 63:1
**safety** 5:17
**sake** 62:25
**Salt** 35:25 36:1,8, 9 84:5
**SAPA** 19:14,21 20:3,11 51:17 52:4 53:6,9,10 83:14,15
**SAPA's** 20:6
**satisfied** 53:13
**Saturday** 13:8 15:13 45:22 46:3, 5 47:17 69:15 98:25 103:18 119:19,23 127:1,4 129:18
**Saturdays** 127:10 129:5,15
**save** 47:9
**scale** 37:21 39:3, 7,8,10,13
**schedule** 5:23,25 6:10,13 27:16,17 64:24 66:18 71:12 76:17 86:25 87:6 90:23 91:7,24 92:6 103:24 112:8 128:13 136:5
**scheduled** 13:7 16:18 33:23 87:2, 19 91:17 95:5 135:3
**schedulers** 74:11 96:19 121:21
**schedules** 6:18, 24 19:8 74:13,14 91:13 101:2
**scheduling** 12:25 96:2,17
**scope** 49:16 50:13 52:19 53:15 54:9 55:8,11 56:1 59:7 69:5 85:1 109:16 119:25 123:14 127:23 128:19
**Scott** 11:5 13:12 15:18 21:3 50:16 55:7 61:8,22 62:23 68:22 84:25 85:8 86:19 123:22
**screen** 20:20 78:10
**searchable** 136:12
**secret** 56:19
**secrets** 56:11
**section** 20:18 21:21 107:24
**sections** 21:4,10
**security** 22:24 24:6 25:10 29:22
**sees** 51:25
**segment** 84:10, 11,13
**segments** 76:3,7 84:16
**select** 75:9 114:7
**selection** 29:6
**selections** 72:18
**sell** 56:25
**send** 11:13 78:23 130:7,11
**sending** 30:6
**senior** 28:24 29:6 30:25 31:1 38:1 73:6,10 78:7 103:13 106:2
**seniority** 7:5,8 8:25 9:20 10:14 15:8 16:6,7,19,21, 23,24,25 17:1,3, 22 18:20 19:2,4,9, 11,18,19 20:4,10, 12,17,19,23,25 21:15,20,24 22:4, 5,7,9,10,15,20,23 23:5,6,11,17,20, 22 24:4,11,14,16, 17 25:1,4,11,13, 15 26:1,6,13,14, 16,18,21,22,25 27:1,8,13,15,19, 21,22,25 28:17,23 29:10,12,19,24 30:5,9,13,15,23 31:3,5,6,9,12,15, 20 32:2,8,10,13 34:13,14,22,25 35:1,2,4,20 36:19, 24 37:14,16,18 38:4,13,17,20 39:1,9,11,12,20, 25 43:7,13,16 47:1,4 50:3,4,8,20 51:4,5,8,10,14,25 52:1,15 54:12,23 55:1 72:10 77:9 78:4 87:24 88:10 92:18 95:19 98:11,12,21 102:22 103:6

105:24 119:22 120:7 130:11 131:20,23,24
**seniority's** 53:5
**sense** 31:13 55:2 130:19
**sentence** 88:21
**separate** 31:6
**separated** 80:11
**serve** 103:15 131:24 132:12,17
**service** 37:22,23 39:12,15
**set** 7:2 21:20 25:3 52:25 66:18 74:22 79:21 91:21 97:16 99:4 100:6,13 101:5 107:6
**sets** 37:4
**setting** 90:4
**settings** 47:8,9 52:25
**Shane** 4:12 23:3 45:23
**share** 11:6 14:2 20:20 25:20 78:9 117:10
**shift** 57:3 88:10 94:15,24
**short** 15:23 81:4 84:19 97:2,3
**short-call** 93:24 94:2,6,9 95:16 96:13 97:7
**shortly** 33:23 40:21
**show** 10:11 11:10 61:19 91:19 107:24
**showed** 70:25
**shown** 15:13 101:19
**shows** 10:17 16:1 66:8 71:1,2
129:13
**SIA** 83:14
**sic** 85:24 86:3
**sick** 96:21 123:8
**side** 63:15
**sides** 20:14
**sign** 113:23 117:13 135:25 136:10,13
**signature** 136:20
**similar** 69:18 95:23 124:25
**simply** 83:13 112:6 121:12
**single** 104:15 107:2 120:6
**sit** 95:5 96:18 97:1,5 109:4
**sits** 79:17
**sitting** 67:24 79:18 98:4 103:25
**situation** 110:19 111:1
**size** 125:3 136:16
**Skedplus** 100:19,24 101:1 111:21 113:18,20, 22,24 117:8,19 121:16,18 122:9 123:2
**Skedplus+** 114:1,4 115:24 117:7
**Skywest** 4:19,22 14:7 17:12 19:6 21:7 22:12,15,18, 19 23:8,17,19 24:20 25:8 26:9 29:21,24 34:19 38:25 39:6 46:17 49:3,6,12 53:13 55:16 57:18 60:22 62:19 63:4 66:7 70:10 78:11,17,18 79:2 80:8,15 85:23 109:20
115:5 120:15,17, 25 121:2,9 123:4
**Skywest's** 56:14 115:1
**Skywestonline** 26:23
**slot** 32:9 132:9,18
**slots** 37:5,7,8,13, 15 125:1 132:8,15 133:21,22
**Social** 22:24 25:10 29:22
**software** 12:24 47:7 72:13
**someone's** 32:15 93:6
**sort** 23:4 25:18 30:5 34:12 44:1 48:18 55:16 57:2 59:4 89:11 111:25 113:1 125:3 133:5
**Sounds** 13:22
**South** 4:16
**SP** 20:17
**Spagnolo** 4:6,11, 15 11:16 136:13
**Spagnolo's** 60:23
**speak** 8:7,12,22 61:17
**speaking** 21:25 33:20 44:9 52:21 78:7 98:16 101:12 128:11 132:18
**specific** 10:22 20:17 22:3 30:17, 21 32:19,20,24 37:5 53:1 55:3,19 58:19 69:8 72:19 75:2,3,10,12 80:24 81:24 82:15,16 86:24 87:4,6,22 88:15 89:6,8,21,23 90:5, 10,20 97:13 98:20 102:17 105:2 116:5 118:1 125:5
126:17 127:2
**specifically** 15:2 102:13
**specifics** 52:13 74:17
**speculation** 107:18 119:25 123:14 128:20
**spelled** 100:21
**Spencer** 7:20 8:22 18:15
**spent** 86:15
**split-duty** 84:6,8 108:7
**spoke** 7:19 8:3,4, 24,25
**spoken** 7:13,14
**spots** 29:4 63:5
**spouse** 124:13 125:19
**spreadsheet** 10:2,11
**spreadsheets** 12:14,18
**St** 4:17
**staffing** 8:8 27:3 80:21 81:7 100:1, 3 101:11 103:9 112:5,11,12,14, 15,17 115:11,14, 18 131:19 133:20, 22
**stand-up** 108:5, 6,7,15,16
**Standard** 20:23
**standards** 70:5
**standing** 47:2,5, 6 106:24 107:1,4, 19
**start** 7:5 19:1 25:9 36:21 39:7 72:5 74:7,16 116:5 121:25 124:12 128:4 129:24 131:10
**started** 34:22 67:22
**starting** 25:5 38:3
**starts** 34:1 131:12
**state** 4:13 55:5 125:1
**statements** 56:23,24
**states** 10:14 110:9
**status** 38:9 60:1, 8 98:14 104:2 110:14 129:17,19
**stay** 23:7,23 24:7, 16 30:14,24 34:12 46:12 51:7 76:14
**stays** 30:15 34:14
**Steel** 56:2,5
**steering** 5:16
**Steve** 10:25 12:9, 13 29:14 56:8 61:19 69:2,6 71:21 86:16 125:24 130:13 134:14
**Steve-o** 12:10,12, 13 14:4 15:12 20:21 21:14 45:20 61:5 63:9 93:11
**Steven** 4:6,15 12:7,9
**stick** 34:11
**stipulate** 4:2
**stored** 88:20
**straight** 118:6 135:1
**strategies** 56:11
**strategy** 104:16 105:11
**street** 22:22
**Strindberg** 4:4, 10,12 11:5,23

12:6 13:12,15,22, 23 14:9 15:1,17 16:1 20:2 21:2,12, 14 29:23 36:4 38:16 41:6,23 44:2 49:23 50:15, 19,24,25 53:22 54:4,12 55:15,21 56:4,22 57:2 59:3, 10,21 61:2,4,8,18 62:15,23 63:8,9 68:6,22 69:1,10 70:18 71:18 77:15 85:7,23 86:4,10, 12 89:17 101:22 104:8 106:20,23 108:1,4 109:20,25 110:6 114:3,25 119:14 120:9,15, 21,24 123:18,22 124:2,19 128:2 129:9 130:1,4,20, 24 134:13 136:7, 14

**stuck** 102:7

**stuff** 5:21 89:9 95:9 122:12

**subject** 53:24 122:17,19

**submit** 28:21 31:22 47:5 72:16, 23

**successfully** 90:22

**suggest** 130:10

**suggesting** 59:18

**summarize** 6:2

**summary** 14:14

**Sunday** 103:18

**sundown** 69:14, 15 119:18,19

**super** 10:1 79:16

**supercede** 35:1

**support** 4:25 9:5

**supposed** 77:20 94:11 108:20

**surgery** 124:14

**swap** 99:3,5,9,12, 14,17,24 101:3 103:10,21,23 115:8,21 116:9 134:21,23,24,25 136:3

**swapped** 117:3

**swapping** 112:2 134:20

**swaps** 99:8 100:15

**swearing** 4:3

**switch** 36:22 101:23

**switched** 49:2

**sworn** 4:7 18:7

**system** 7:9 8:6, 15,18,19,20 12:24 17:5,9 19:2,11,18, 19 20:4 22:4 31:14 45:7 50:20 52:24 53:1 72:12, 13 74:4 76:9 78:3 87:15,16 100:10, 16,24 101:4 102:6 104:22 105:12 107:3 110:13,22 111:21 113:18,19 114:4 115:7,13,19 117:7,19 118:14, 19,20 121:17,19 122:4,6 123:1,2 124:6

**system/bidding** 50:20

**systems** 70:5

**T**

**table** 12:23

**takes** 43:23 73:5 74:4 85:19 112:8

**taking** 45:19 96:21

**talk** 8:17 17:19 18:13 23:2 72:4 90:10 130:2

**talked** 9:8 15:5 17:4,16 18:16 38:8 108:18 111:22 117:17

**talking** 7:5 19:1 43:12 58:19 69:12 82:24 91:8 107:22 113:13 117:1

**talks** 20:19 89:22 119:15

**target** 63:22,24 64:3 93:3

**targeted** 63:17 64:11,20,21 65:3 66:23

**team** 14:25 55:23, 24

**teams** 5:15

**Technically** 113:24

**technology** 70:10

**telling** 88:8 96:9

**tells** 80:3

**ten** 108:17

**ten-minute** 61:19

**tend** 84:4,6

**tenure** 23:8,16,20

**term** 43:19 108:5 112:1 123:6 124:22

**terminology** 74:18,20 89:2 93:10 113:2

**terms** 7:4 21:19, 23 86:21 94:1,4 112:15

**testified** 4:8 132:1

**testifying** 134:5

**Thanksgiving** 125:8

**thing** 25:19 44:1 45:5 48:17 65:6 73:11 87:17 97:19 99:8 103:19 104:21 105:25 106:2,3 108:7 111:25 117:25 125:4

**things** 6:1 22:9 27:19,22 79:13 89:5 96:22 104:24 105:5,8 130:10

**thinking** 106:15

**thinks** 85:10

**thought** 63:6

**thousand** 34:6 35:9

**thousands** 11:9

**three-day** 89:21 118:2,6 135:5

**three-year** 59:22

**threshold** 46:12

**time** 15:9 16:8 24:22,23 25:6 33:5 37:8,13,23 47:20 48:8 50:6 51:9 52:22 65:20 69:22 72:17 74:15 75:6 79:1 82:1,6, 7,14 83:4,7 85:14 87:1,7 91:5 95:7 96:24 98:2,4 102:9,24 103:8 108:20 109:3,4,9, 19 110:8 111:6, 17,23 112:7 113:9 116:2,6,8,10 118:3,4 119:13 120:3,6 121:13, 16,18,19,24,25 122:1,3,5,7,14,17, 21,22 123:2 125:5 127:2 129:16 131:11,12 133:13 134:8

**timeline** 19:22

**times** 64:8 75:4 78:25 79:12 82:25 117:21

**timing** 91:3

**Tina** 8:5 17:4,7 52:7

**titled** 20:23

**today** 18:11

**today's** 7:12 18:19

**Todd** 62:13 126:20 130:2

**told** 18:15 78:20

**tools** 119:16

**top** 10:24 13:25 38:10 40:12,14 43:10 60:4 63:12 72:1 107:16 117:4 126:18 127:8,14

**topic** 10:21 11:2 49:16

**topics** 27:25 44:3

**total** 30:23 40:3 67:6 85:15,21

**totally** 105:15

**totem** 43:15

**tough** 59:16

**trade** 56:11,19 99:6,10 103:10,17 111:13,14,25 114:4,5,6,7,8,11, 15,16 116:9,16, 21,22 117:23,25 118:2,5,7,10,25 119:2

**trade-downs** 118:11

**traded** 117:2

**trades** 99:8 118:13 119:21

**trading** 111:20 112:2 114:17 116:23 117:18,24 134:20

**train** 33:13

**trained** 33:2 54:14,21,22,24

**training** 5:4 24:20,22,25 28:9 33:13,14,17,19, 20,23 44:10 86:24 87:2 90:13,14,17, 19,22 91:2,4,5,18 128:5,8,10,23 129:1,2

**transactions** 117:9

**transcript** 62:5

**transfer** 16:25 31:1,19,22,24,25 34:4,9 35:13,18, 23 38:9 49:12 65:17 70:19

**transferee** 36:15, 16,18

**transferred** 58:2, 9,21

**transferring** 22:12 23:1 38:25 70:13

**transfers** 28:3 31:4,21 36:13 38:8 49:21 70:20, 23,24

**transition** 74:11

**transitioning** 55:16

**transitions** 5:24 6:23 74:7

**travel** 46:5

**treated** 97:10

**trip** 52:1 74:23 75:14,16,23 76:6 81:3 83:2 95:24 97:11,12 106:12 108:14 111:25 112:7,9 114:8,14 116:15 118:16 134:8 135:5,13 136:2,4

**trips** 44:22,24 45:2 57:6 67:2 74:19,21 75:2,5,7, 10,12 76:10 79:14,23 83:18 104:11 114:12 116:6 117:22 121:19,22 122:6, 16

**Trisha** 7:17 8:12 18:13,14 92:15

**true** 116:12

**trump** 133:5

**truth** 18:8

**Tuesday-wednesday** 115:22

**turn** 14:25 79:12 82:25 83:6

**two-day** 89:20 90:2 108:13,17 118:3

**two-page** 14:12, 14

**type** 17:1 32:25 33:4 37:6 45:5 48:17 80:12,16 81:13 84:1 87:9 103:18

**types** 15:12 33:1, 2 36:8 80:12 83:17 89:24 118:11

**typical** 26:6

**typically** 64:1 79:3 84:9 127:21 128:9

## U

**Uh-huh** 25:25

**ultimately** 87:23

**unable** 122:7

**uncovered** 121:24 122:13

**underlying** 13:18

**understand** 18:1,7,9 19:4 27:23 35:6 36:12 53:3 64:5 77:11 93:9

**understanding** 28:10 66:22 67:4

**unfold** 96:22

**United** 78:20

**unusual** 46:21

**upgrade** 34:18, 20,25 35:11

**upgraded** 34:21 35:5

**upgrades** 34:16 35:9

**upheld** 52:17

**user** 8:16 122:22, 23

**users** 18:23

**Utah** 4:17

**utilization** 79:20

## V

**vacation** 5:22 27:20 37:2,3,4,7, 8,9,13,14,15,19 38:2,5 87:4,5 102:16,17 103:4,8 122:22,23 124:25 131:4,7,8,10,11, 12,13,15,17,21,22 133:9,10,14,18, 19,21,23

**vacations** 36:25

**vague** 14:18 36:2 43:19 58:23 68:17 70:15 77:13 124:7

**values** 88:22

**variables** 46:8 48:9

**variance** 48:19

**variants** 33:8,14, 24

**variation** 48:15

**varies** 119:12

**vary** 24:7 48:6 76:15,16,21 101:12

**version** 136:15

**versus** 32:11 60:1

**vice** 53:19 70:9

**Vicky** 14:7 85:25 136:9

**view** 101:1

**violated** 51:19,23 53:5

**violations** 52:15

**Virginia** 8:8 17:17 27:6 58:17

**VP** 7:22

## W

**Wade** 56:2,5

**waive** 77:18,21, 23 78:5,8

**wanted** 17:11 52:2 61:22 62:7 105:8 106:11 125:18 131:3 133:3

**wanting** 59:20 65:17 89:9

**week** 37:7,9 101:9 124:13

**weekend** 101:21

**weekends** 101:13,14

**weekly** 26:19 82:10

**weeks** 132:15

**whatnot** 122:18

**window** 72:16 73:19 116:5 121:14,25

**wise** 39:1

**word** 21:24 53:23 76:5,6

**words** 30:6 35:17,24 43:12,13 46:3 54:18 71:4 78:20 92:19 93:11 110:20 115:9 121:4 125:7 135:9

**work** 5:11,15,17, 19 6:11,16 15:13 47:17 51:4 53:7 65:13 74:7 75:4 80:25 87:19 93:19 103:18 106:9,16 115:8 135:3

**workable** 13:21

**worked** 7:22,23 13:7 37:25 39:5 127:1,4,11 129:15,16

**working** 5:19 19:8 22:13,15 98:24 102:7 119:18,20 128:4 129:4

**works** 8:5 17:22 22:4 72:6 85:10

**worry** 22:25 57:1 107:7

**worth** 64:9

**writing** 5:14

**written** 53:20

**wrong** 125:23

## Y

**year** 13:8 34:17 37:19 39:7,8,15 46:20,21 57:24 60:14,15 124:24 127:1 131:14 132:7,11

**yearly** 82:4

**years** 34:20,23,24 39:5,12,15 41:14 57:25 58:10,22 69:13

**yesterday** 54:16 56:24 78:15 86:2 94:1

# EXHIBIT 8

# Remote Deposition of Anita Spencer

Date: February 24, 2021

Case: Cassell vs. SkyWest, Inc.

Case No: 2:19-cv-00149-jnp-dao

*Reporter: Kelly Fine-Jensen, CSR, RPR*

ASSOCIATED REPORTING & VIDEO

*Next-Level Litigation Support*

The Owyhee
1109 Main Street, Suite 220
Boise, Idaho 83702

Phone: (208) 343-4004
Facsimile: (208) 343-4002
production@arvboise.com
arvboise.com

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

SHANE ANDREW CASSELL, )
)
Plaintiff, )
) Civil No. 2:19-cv-00149-jnp-dao
vs. )
) Judge Jill N. Parrish
SKYWEST, INC., d/b/a ) Magistrate JudgeDaphne A. Oberg
SKYWEST AIRLINES, )
)
Defendant. )
)

REMOTE DEPOSITION OF ANITA SPENCER

February 24, 2021

Salt Lake City, Utah

Repored by: Kelly Fine-Jensen, CSR, RPR

REMOTE DEPOSITION OF ANITA SPENCER

BE IT REMEMBERED that the remote deposition of ANITA SPENCER was taken via videoconference by the Plaintiff before Associated Reporting & Video, Kelly Fine-Jensen, Court Reporter in and for the County of Salt Lake, State Utah, on Wednesday, the 24th day of February, 2021, commencing at the hour of 9:02 a.m. in the above-entitled matter.

APPEARANCES (Remotely):

For the Plaintiff: STRINDBERG & SCHOLNICK, LLC
By: Erik Strindberg, Esq.
1516 West Hays Street
Boise, Idaho 83702
Telephone: (208) 336-1788
Facsimile: (208) 287-3708
erik@utahjobjustice.com

ASSOCIATED GENERAL COUNSEL
GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS
By: Todd R. McFarkabd, Esq.
12501 Old Columbia Pike
Silver Springs, Maryland 20902-6600
Telephone: (301) 680-6321
Facsimile: (301) 680-6329
mcfarlandt@gc.adventist.org

For the Defendant: FABIAN VANCOTT
By: Tanner J. Bean, Esq.
215 South State Street, Suite 1200
Salt Lake City, Utah 84111
Telephone: (801) 531-8900
Facsimile: (801) 596-2814
tbean@fabianvancott.com

Also Present: Todd C. Emerson



I N D E X

E X A M I N A T I O N


ANITA SPENCER PAGE

By: Mr. Strindberg....................................4


E X H I B I T S


NO. PAGE

39. Spreadsheet (Answering Fifth Set of.............59
Written Discovery)

41. Spreadsheet - Reliability Reports................40




P R O C E E D I N G S

ANITA SPENCER,

called as a witness, having been first duly sworn remotely, was examined and testified as follows:

EXAMINATION

BY MR. STRINDBERG:

**Q. Good morning.**
**My name is Erik Strindberg. I'm an attorney for Shane Cassell in the litigation ongoing against SkyWest.**
**Please state your full name?**
A. Anita Spencer.
**Q. And what is your current work address?**
A. 444 South River Road, St. George, Utah.
**Q. And what is your home address?**
A. [redacted]
**Q. How would you like me to address you this morning, Ms. Spencer?**
A. "Anita" is fine.
**Q. Anita. Okay. And please call me "Erik."**
**Anita, have you ever had your deposition taken before?**
A. Yes.



**Q. On more than one occasion?**
A. Just once.
**Q. Let me just go over the ground rules a little bit.**
**I'm asking you a series of questions.**
**You're under oath, so you need to answer truthfully, to the best of your ability.**
**If at some point you don't understand one of my questions, please let me know.**
**We will take some breaks. But if we're going too long for you and you need a break, please let me know.**
**At times -- I gather you're represented today by Tanner Bean. He may object to certain of my questions. But you still will have to answer that question after he objects, unless he instructs you not to answer, at which point there undoubtedly will be some discussion between the two of us.**
**Do you understand those instructions?**
A. Yes.
**Q. And as you're doing, you need to answer audibly using words. Shaking your head, going, "yes" -- or, you know, up or down or side to side doesn't lead to a clear record.**
**You're currently employed with SkyWest; is**

**that correct?**
A. Yes.
**Q. When did you start with SkyWest?**
A. November of 1983.
**Q. Wow. And what was the first position you had with SkyWest?**
A. I was a ticket agent at the St. George, Utah ticket counter.
**Q. And how long did you hold that position?**
A. I was there for almost a year.
**Q. And then what position did you move into?**
A. I went over to flight operations as their administrative assistant.
**Q. And as the administrative assistant in flight ops -- operations, what were your general job duties?**
A. Back then, in 1984, it was payroll. It was assisting the leadership of the flight operations department. I did uniforms, payroll, scheduling, secretarial duties. Kind of did it all.
**Q. When you say you did uniforms, what do you mean?**
A. I ordered uniforms for the pilots.
**Q. And you said you did scheduling. Was that scheduling of the pilots or scheduling of people in flight ops?**



A. It was scheduling of pilots.
**Q. And back then was that done manually?**
A. Yes. It was done on paper. Yes.
**Q. How long were you the administrative assistant in flight operations?**
A. That one -- the title was administrative assistant. Probably for at least nine years. And then I went to manager of crew scheduling. And then to director of crew support.
**Q. So, you became manager of crew scheduling in, what, roughly 1993; is that correct?**
A. That is -- yes.
**Q. And as manager of crew scheduling, what were your job duties?**
A. With manager of crew scheduling, we did the payroll, the planning, and scheduling of pilots. And, then, with flight attendants.
**Q. When you say, "planning," what are you referring to?**
A. When we build the pairings, we get our -- our flights, our routings from our marketing department. And we take those flights and build them into crew legal pairings for the pilots and flight attendants. And that's their schedule for the month.



**Q. And between 1984 and 1993, was that still being done manually or did you at some point computerize it?**
A. No. We had it automated. Somewhat automated. I think the year -- it was about 1993 when we automated it with a scheduling system.
**Q. And as manager of crew scheduling, to whom did you report? And I don't mean a name. I mean the title you reported to.**
A. It would have been, overall, the vice president of flight operations.
**Q. And when you were manager of crew scheduling, was there a director of crew support?**
A. No. There was not. I reported to the -- I reported really to the director of flight operations. And the titles may have been a little bit different then. But it was director of flight operations and the vice president of flight operations.
**Q. Okay. So, you became director of crew support in approximately 1993?**
A. Yes. Approximately then, yes.
**Q. And is that the position you currently hold?**
A. Yes.



**Q. And as director of crew support, to whom do you report?**
A. I report to the senior vice president of flight operations.
**Q. And who is that, if I may ask?**
A. That is Tracy Gallo.
**Q. Is that a man or a woman?**
A. It is a man.
**Q. And as director of crew support -- and I imagine it's changed over the last 27 years or whatever. But, currently, as director of crew support -- well, I should say in the last few years as director of crew support, what is your general job or your general job duties?**
A. I'm responsible for the crew payroll for the pilots and flight attendants. I am responsible for the scheduling, the planning. All aspects of the scheduling once a crew member has their schedule. Master vacation. We do scheduling of in-flight training as well.
And as of October of 2020, late October of 2020, I do the scheduling of pilot -- my department does the scheduling of pilot training. So, we schedule pilots for training with instructors and a simulator.

Page 10

**Q. Before October of 2020, who was doing the pilot training scheduling?**
A. Pilot schedule training would have been Kim Ence. She was the manager of pilot training.
**Q. And was that a different department?**
A. Yes. It was.
**Q. So, let me make sure I understand this. Your job includes managing the payroll system, I guess, for pilots and flight attendants; is that correct?**
A. Correct.
**Q. And then you said, "planning." Is that, again, putting together various flights?**
A. Yes.
**Q. And help me with the -- before we go on, help me with the terminology. There's different terms floating around.**
**How would you define a "flight"?**
A. A flight is a segment from Salt Lake to Denver. A flight. So, you take the flight and build it -- different flights and build it into a crew pairing. A crew "pairing" is what the crew member will fly in a day. So, each -- each pairing, they have multiple pairings throughout a month to have their monthly bid.

Page 11

**Q. Okay. So, in other words, a pairing might be a series of flights, Salt Lake to Denver, Denver to Detroit, Detroit back to Salt Lake?**
A. Yes. And it could be multiple days as well. It could be anywhere from a one-day pairing to a four-day pairing.
**Q. I've heard the -- and we've used it in some of these depo, and I want to make sure I understand -- the term "line," or number of "lines."**
**What is a line?**
A. A line is their monthly bid. So, the accumulation of the pairings that they are awarded each day throughout the month, that makes their monthly schedule or their monthly line.
**Q. And I gather that a monthly line can include some days on reserve status; is that correct?**
A. If you are a reserve, yes, it will.
There is something called a "composite" line. A composite would have pairings and it would have reserve days.
If you are a reserve line holder, you have reserve.
**Q. Okay. Let me just check one thing here. Make sure I've gotten all these terms. Just looking at some interrogatory answers that SkyWest provided.**

Page 12

**They also use the term "assignment." Do you know what that means?**
A. Yes. An assignment is what they are assigned, a pairing. An assignment could be anything that is requiring of duty. So, an assignment could be a reserve day. An assignment could be a pairing. So, an assignment is something that you are scheduled to do on that day.
**Q. And how many -- a pilot's line or schedule for the month, how many flight hours would that include, typically?**
A. Depending on how they bid and what they're awarded, it could be anywhere from, you know, the minimum of 58.36, up to the maximum of 120 hours of credit for the month, depending on how they bid and what they are awarded based on their seniority.
**Q. And explain, again, so I understand, the reference to "planning," what does that mean?**
A. Planning is the department that takes -- from the beginning, they get their files from our market development department. And what that is is the leg, a flight, and the aircraft routing. So, they take the aircraft routing and each flight that is on the aircraft routing, and they make them into crew legal pairings. They have to be legal with

Page 13

rest, with duty time. So, they are taking those, creating them into pairings.
So, a pairing could have anywhere from, you know, two to, you know, six flights a day within that pairing.
Then once they have the pairings finalized, they go into our system and the pilots will bid on their schedules through a preferential bidding system.
And reserves -- reserves do bid, but they bid on -- on reserve days -- or on their days off rather than on a bid line that has reserve days on it. So, they're asking for Monday, Tuesday, Wednesday or Monday, Tuesday, whatever, and it's awarded based on their preference.
**Q. Okay. And where does the market development department get its information from regarding flights?**
A. They get their information from our four partners.
**Q. And those partners are who?**
A. Alaska, American, Delta, and United.
**Q. And how much lead time, typically, is there between when planning gets these flights from marketing and when you have to build the actual**

Page 14

**pairings?**
A. They are usually -- so, today's February 24th. We're now starting to get our files for April. So, it's six -- four to six weeks, generally, prior to the month beginning.
**Q. At times will you get sort of last minute -- and I use that term loosely -- last minute changes from your partners?**
A. Yes. Yes. We do.
**Q. How often does that occur?**
A. With this last year, frequently.
But in a normal, we -- they call them "bulletins." And we could get those bulletins throughout the month, depending on what schedule changes they request.
We get a preliminary file. Then we get our final file. And then we get bulletins after that.
And once we've published our schedule to our crew members, have that finalized for their pairings to bid on, then we start getting bulletins from our partners.
And it just varies because every partner is different. You could get anywhere from zero to one month we got 15.

Page 15

And it could be anything from a time change to a canceling of a flight and reinstating a different flight.
**Q. Okay. And then you said you also -- and this is prior to October of 2020 -- you were also doing scheduling of in-flight training. What does in-flight training consist of?**
A. In-flight training is we schedule their recurrent and their line check and their initial operating experience.
**Q. What's recurrent training?**
A. Recurrent is CQ. It's their annual training.
**Q. And is that done in the actual airplane?**
A. It's classroom.
**Q. Okay. And what's the line training consist of -- or line check?**
A. Line checks is where you will have an auditor or an instructor go out with a flight attendant and just make sure that they're doing their job properly.
**Q. Just one second here.**
**Okay. So, you've described these various functions. How many people are inclusive of that?**
A. Currently, I have 110.

Page 16

**Q. Wow. And are they -- do you call crew support a department or a division? How do you refer to it?**
A. It is the crew support department.
**Q. And how is it organized? Is it broken up into like divisions? Subdepartments?**
A. It is. It is -- you've got the crew support, then you've got managers or supervisors over each area. So, crew support, I've Steve Spagnolo, who is over the crew payroll and the in-flight training. And, you know, he does a few other -- he does all of our manual writing. He does the policy reviews.
And then I've got Shauna Gardiner, who schedules the day-to-day operation. So, she's looking at everything for today forward, once the pilots have their bid lines. So, we're working on February and March, and she's over that with the crew schedulers.
Then I have a manager, Trisha Bennett, over the crew planning. And she oversees pilot IOE.
**Q. What does that mean, "IOE"?**
A. IOE is initial operating experience. Once they're passed off through a training event, then, if they are a new hire or they have gone through an

Page 17

upgrade -- up for a transition class, they have to have initial operating experience. She does that. And then as of October 2020, she is now also over the scheduling of simulator and training events.
**Q. Okay.**
A. And then I have Virginia, who is a supervisor. And she is over our crew records. And she just started that position when we -- we also took over crew records in October.
**Q. So, Trisha, in crew planning, they're the -- well, what do you call her? Is it a division or a sub department or --**
A. Yeah. Department.
**Q. Okay.**
A. Crew planning department.
**Q. This crew planning department that Trisha's over, they're the ones who put together the pairings; is that correct?**
A. That is correct.
**Q. And then the one that -- I'm sorry. My handwriting is so poor I didn't get it. The person over day-to-day operations?**
A. Yes. She's the manager over crew scheduling.
**Q. And who is that again?**

Page 18

A. Shauna Gardiner.
**Q. So, I gather, does the crew scheduling involve both the bidding process, and then after the bids are -- after assignments are made, any changes that need to be made on a day-to-day basis?**
A. Yes. That goes to the crew scheduling department.
So, once it is passed over, the monthly bid awards are awarded, it's passed from crew planning over -- and their schedules are loaded, and they -- and now those crew schedulers take over.
**Q. And how many people are in crew scheduling?**
A. Crew scheduling, there's approximately 68.
**Q. And how many in crew planning?**
A. Crew planning, there are -- there's a supervisor and three crew planners.
**Q. And over -- and crew payroll, that Steve-O as I remember you said he was referred to -- how many people there?**
A. There's a supervisor and there are currently 13 crew pay coordinators.
**Q. Okay. In crew scheduling, how is that organized? I mean, is that sort of divided up into different groups that do different things?**

Page 19

A. Yes. It is. Within crew scheduling you have your day-to-day schedulers. And then you have operations coordinators. They -- so, there's -- you've got Shauna, who is the manager. Then you've got supervisors over the day-to-day operations. Then you've got the day-to-day schedulers. Then you've got supervisors over the coordinators. And then you've got the coordinators. The coordinators are the ones that are working with the operations control center, dispatch, and they are checking legality. They're doing reflow. They're working with maintenance control, the dispatchers, and ensuring that our crew members are legal all throughout each and every day.
**Q. Okay. So, the day-to-day subdivision, they're the ones who do do the bidding, and then handle any changes that are made after the bids are set?**
A. The bidding, the PBS bidding, once the pairings are complete, all that is done in crew planning.
**Q. Well, okay.**
A. Once that is finalized, that moves over. The schedules are loaded. And then the crew schedulers start working on the schedules from there.

Page 20

**Q. Okay. So, I -- and we'll get into this in a little bit in more detail. But I gather there's a lot of switching that goes on, adds, drops, trading, and swaps and things like that. Who is over that?**
A. That is -- that's Shauna. Her area is over that. They're the day-to-day.
And trades and adds and drops would be considered in the day-to-day.
**Q. Okay. So, they handle the trades, the adds and drops. What exactly then are the operations coordinators doing?**
A. They're the ones working with our maintenance control, our OCC department. And ensuring that the legalities -- that the pilots and flight attendants are legal for their trips.
**Q. So, give me an example then of what -- what an operations coordinator might be doing on any one day.**
A. Okay. So, they're watching legalities within our computer system. And once -- if, say, a pilot -- they're watching their duty time, their flight time. They're making sure that all the reflows -- instead of sending a crew member from Salt Lake to Colorado Springs, we have to send them to Denver, we have to update that in the system and

Page 21

ensure that they are legal before, during, and after any reflow. So, they're watching their flight times all throughout the day. They're watching their duty times throughout the day. Because we've got to reschedule them and call out a reserve if they are exceeding any of the FARs.
**Q. How much flight time can a pilot have in any one day?**
A. They cannot -- the pilots -- you're going to put me to the test on this one.
**Q. Well, you can probably give me any answer because I wouldn't know if you're right or wrong.**
A. They can't go over -- it's within a flight duty period. And it depends on how many legs that they do, what time they started in the day.
I'm going to be honest with you, I would need a little cheat sheet to go over if they started at 4:00 a.m., how many duty hours they could do.
But they -- they cannot go over eight hours in a day.
**Q. Okay. So, I'm gathering that even after the schedules are set by -- in crew planning, that there's a lot of juggling that goes on on a day-to-day basis?**
A. A day-to-day basis, yes, there could be.

Page 22

A. Absolutely. You could be reflown, you know, any time. If a plane breaks down or we have a sick crew member, we do reflow our crew members, yes.
**Q. What does it mean to "reflow" a crew member?**
A. To reflow? If I've got a pilot that calls in sick, as an example, I'll find a pilot that's already working and switch their route to accommodate that sick call until we can get a reserve there to take over for the sick crew member.
**Q. Let's not use 2020. But, say, in 2019, on any one day do you have an idea of how many flights SkyWest handles?**
A. How many flights prior to 2020?
**Q. Yeah.**
A. Yeah. We were doing, depending on the day, it was anywhere from 1,800 to over 2,400 before COVID hit.
**Q. And do you have any idea -- well, are certain days of the week busier than others?**
A. No, not necessarily. You know, you've got -- it depends on the day. But some may be heavier than others. But I'm going to say -- there -- there may be some days. And what those days are, I would have to look at a flow sheet to see what the days are. But some days -- like yesterday may have been a hundred flights less than today. I don't have the exact number, no.

Page 23

**Q. But it's not like you can say Tuesdays are the busiest day? It just varies week by week?**
A. Yeah. I would have to look and see what the flight count is on each day.
**Q. And of these 1,800 to 2,400 flights a day, do you have any idea how many of them get rescheduled or there has to be reflows done?**
A. I don't.
**Q. When did the PBS bidding system go into place?**
A. We've had that for about 15 years. We started -- it was about 15 years ago.
**Q. Besides crew support, what other departments are there within flight op -- operations?**
A. Within flight operations, we have the pilots, which is flight operations. And then we have flight training. And I'm trying to think of Chris Brown's position. I just drew a blank. But we have -- well, we did have safety. We don't have safety anymore. So, flight operations would be the pilots and training.
**Q. So, the department of flight operations has pilots, training, and crew support?**

Page 24

A. Yes.
**Q. And when you say it has the pilots, what does that mean?**
A. That is -- they're responsible for the management of all the pilots for SkyWest.
**Q. And who is currently over the pilot department of flight ops?**
A. Roy Glassey.
**Q. And when you say the management of the pilots, what do you mean?**
A. The chief pilots -- so, you have Roy Glassey. He has chief pilots. And then the pilots. So, pilots report to the chief pilot, and then report to Roy Glassey.
**Q. Okay. So, what are -- what are they doing then on a day-to-day basis?**
A. The chief pilots?
**Q. Yeah. Yeah. In other words, I'm asking more on a department basis. What does that department doing?**
A. They're -- they're over the leadership -- you know, managing the pilot group. And the domiciles within, you know, our system.
**Q. Do they have anything -- does the pilot group have anything to do with scheduling or is that done all by crew scheduling?**

Page 25

A. Crew scheduling. If they have an issue with a crew member that needs -- we need to cover them for any reason, they would call -- they would call the crew scheduling department.
**Q. Okay. So --**
A. They don't do it themselves. No.
**Q. Okay. So, in other words, say they had to take a pilot off line, I don't know, for disciplinary reason, they would then call your department, who's scheduling, and ask for a substitute?**
A. Yes.
**Q. And are all three of these, the pilot department, the training department, the scheduling, are they all located there in St. George?**
A. They -- crew support is here in St. George.
The director of training is based in Denver. They have offices in Denver and Salt Lake.
**Q. Uh-huh (affirmative).**
A. And we also have Chris Brown in flight operations. But for the life of me, I drew a blank on his title.
And then Roy Glassey has an office here in

Page 26

St. George and Chicago, yes.
**Q. And you keep referring to Chris Brown, is he a different department?**
A. No. He's a director in -- and he -- he -- I'm totally drawing a blank on what his title is. But he -- he sets up the -- the -- not qualifications, but he works with Tracy as a director. And I couldn't tell you exactly what he does.
**Q. But he's within your group, within crew scheduling?**
A. No. He's underneath Tracy Gallo. He's a director.
**Q. Steve Spagnolo, when we were deposing him, referred to a pilot staffing coordinator. I think he said her name was Virginia Dorosky?**
A. Yes. She works for me.
**Q. What does she do?**
A. What she does is when pilots want to upgrade, she -- she staffs the classes. So, if somebody wants to upgrade or they want to transition into another airplane, they submit a bid. If they want to transfer domiciles, they submit a bid. And new hires, she does new hire placement, based on the bids that they submit and where our openings are.

Page 27

So, they put it into a computer system, and she awards it based on where the openings are.
**Q. And which department is she -- she's in crew scheduling, I gather?**
A. She is -- she is within crew support. She directs -- she reports directly to me. She's with crew records.
**Q. Okay. There was a reference in the depositions to the CrewTrac system. That's capital C-R-E-W, capital T-R-A-C. What is the CrewTrac system?**
A. The CrewTrac system is our daily scheduling system that we use. So, our crew management system. It has the crew members' schedules. And that's what we use to manage each crews' schedule. So, if somebody calls in sick, we're updating in there. Once they do their PBS bid, it loads into CrewTrac. So, it's our daily management system.
**Q. Mr. Glassey, when we took his deposition initially said that pilots can call into crew support if they need to -- if they're going to be absent or if they need changes made. Is that correct?**
A. That is correct.
**Q. Who would they be calling?**

Page 28

A. The crew schedulers.
**Q. And how many of them are there again?**
A. Within the crew scheduling area, again that includes the coordinators, there's about 68 or so.
**Q. Okay. Back in 2016 and 2017, who was doing scheduling for training?**
A. For training? That is -- would have been Kim Ence.
**Q. Do you know in what department?**
A. Flight training.
**Q. Does that department not exist anymore or has it just been brought under crew scheduling?**
A. The scheduling of it has been brought into crew support, yes, as of October of 2020.
**Q. Do you know -- do you understand or know what SAPA, S-A-P-A, is?**
A. Yes. I do.
**Q. And what is it?**
A. It's the SkyWest Airlines Pilot Association.
**Q. Do you know when that association started?**
A. I don't recall. No.
**Q. Mr. Spagnolo said that he thought the seniority system that's in place at SkyWest started**

Page 29

**before SAPA came into existence. Do you have any knowledge of whether that's true or not?**
A. That is true.
**Q. When did SkyWest start using the seniority system?**
A. As far as an exact year and date, I do not have that. But I would expect that it was in the 1980s. If not earlier. I started in '83. And back then, they had a seniority list.
**Q. Okay. And do you know when SAPA came into existence?**
A. I could not tell you what year, no.
**Q. But it was sometime later, sometime after 1983?**
A. Yes.
**Q. And the seniority system, I gather it's used for bidding purposes; correct?**
A. Yes. You're -- you're bidding seniority -- excuse me. Your seniority is -- your bid is based on your seniority.
**Q. What else is seniority used for?**
A. Seniority? Your bidding, your transfers, your training slot, your monthly -- well, the bidding, the monthly schedule.
**Q. Okay.**

Page 30

A. It's used also for your compensation. So, if you have five years, you're paid this. If you have six years -- so, your seniority -- or your longevity with the company. Not necessarily your seniority.
**Q. I have a couple of sort of cleanup questions about domiciles and some bidding issues.**
**How are staffing levels at each of the domiciles determined?**
A. They are determined by the -- the need of our partners. We have -- we have domiciles -- and they may fluctuate up or down each month. But they are determined by the schedules that our partners give to us. And we monitor how many lines and how many reserves monthly that we need in each of those domiciles.
**Q. And who's doing that monitoring of the lines and reserves?**
A. I do.
**Q. And what do you look at? Is there some program you receive or --**
A. We do it based on how many PBS lines that we have, how many -- there's -- there's a number of items that we're looking at. How many pilots we have going out to training, how many pilots that we have

Page 31

on leave of absence, what our PBS -- what the pairings -- how many pairings that we have within that scheduled month, how many PBS lines we're participating, the total number of pilots in that domicile, how many lines we need, how many reserves we need. There's quite a bit that goes into it.
**Q. And is there some formula for determining how many reserve pilots you need based on the number of lines or flights that are being flown or does that vary?**
A. We have a range, that we try and stay within the range of 18 percent for our reserve compliment in each domicile. Some domiciles may be a little bit higher, depending on what region they're serving and the reserve coverage in it.
**Q. So, it's my understanding the pilots are assigned to a particular domicile; correct?**
A. That is correct.
**Q. So, what happens -- say you're at the bottom of the seniority list and you're in Detroit and the number of pilots needed in Detroit goes down, are you transferred to another domicile? What happens?**
A. If it's just a month fluctuation, then you're on reserve. If you were holding a line and

Page 32

the lines go down because our partner has pulled flying out or redirected that flying, if we -- if we do not anticipate that flying coming back, we just won't award any transfers into that domicile. But if it is a complete reduction, then we would reduce or close the domicile.
But just a monthly fluctuation, it's just -- if you're on the -- I'll say the bubble, if you're on the bubble holding a line or holding reserve, you may be reserved next month if the lines have gone down.
**Q. Okay. And if there's a pattern of reduced flights into the domicile, are pilots then asked to transfer to another domicile?**
A. Yes.
And a pilot can request a transfer at any time. Yes.
**Q. It's my understanding that in -- around the middle of 2017, new pilots were being -- new first officers were being sent to, in particular, Detroit, the Detroit domicile. Do you recall that?**
A. I -- I don't recall the numbers. But where Detroit was a very junior domicile, we were sending quite a few new hires there, yes. As far as a number, I do not know that.

Page 33

**Q. So, who would have made that decision as to we need to send new hires to Detroit? Is that also something you would be determining?**
A. Yes. Virginia and I meet monthly and go through that.
**Q. So, you said as far as reserves, you aim for approximately 18 percent. Would it be 18 percent of the pilots at any one domicile would be on reserve status? Is that what you mean?**
A. Yes.
**Q. I understand that there's three different types of reserve: short call, long call, or ready reserve; is that correct?**
A. Yes.
**Q. What's the difference between the three?**
A. A short call is a 12-hour call. And you -- so, you would be on reserve for a period of 12 hours. And you can be called and be expected to be to the airport within two hours.
Long call, you're on a call for 24 hours. And your expected call is 12.
And --
**Q. You said, "your expected call is 12." What do you mean?**
A. We could call you out and you'd have to

Page 34

report to the airport within 12 hours.
**Q. Okay. Thank you.**
A. And then we have ready reserve. And that ready reserve is an airport ready.
**Q. So, the pilot is in the airport?**
A. Yes. That's correct.
**Q. And who decides how many reserve pilots should be on short call, long call, or ready reserve?**
A. We evaluate that monthly, if you're going to be an a.m. reserve, p.m. reserve.
And the long calls are based on the policy. So, we have -- for the amount of pilots that you have, 20 percent of those pilots that are on reserve have to be considered a long call. They can be converted to a short call throughout the month, but 20 percent of them have to be considered long call. Unless they choose to be short call.
**Q. And that is by policy, you said?**
A. Yes.
**Q. And who decides how many ready reserves there needs to be?**
A. Ready reserves, we'll staff ready reserves on a daily basis at the airports. And it's primarily in our hubs. But that's the day-to-day schedulers that would be doing that.

Page 35

**Q. If you are a reserve pilot -- or reserve status, and say you're a short call, how many 12-hour periods are you on short call in a month?**
A. You could be on short call 15 to -- 16 to 18.
**Q. And if you're on long call reserves, how many days per month?**
A. Same.
**Q. And same for ready reserves?**
A. Yeah. Because they're -- a ready reserve is technically a short call that's been converted to a ready reserve. And it's just part of their short call -- or their reserve day.
**Q. Does that -- does ready reserve, does that vary day-to-day? Like can you anticipate you might need more ready reserves say because of a snowstorm or something?**
A. Yes. It does change day to day.
**Q. And I gather in the bidding process, a pilot, even if they have enough seniority to bid a line, can choose to bid or be a reserve; correct?**
A. They can. Yes.
**Q. Or they can bid some combination, take some flights during the month and serve as a reserve on certain days; correct?**

Page 36

A. No. It's one or the other. It's -- you're either going to bid a line holder or you're going to bid reserve. You can't do -- you can't pick certain pairings and then pick reserve on the rest of the month. It's one or the other.
**Q. But you did say that there's some pilots who -- and I can't remember the term you used -- composite was it?**
A. Yes. It is composite. They're technically considered a reserve. But they are reserve that we will load pairings on and try and get them enough flying to be a full composite. And if they're not a full composite, they do have reserve days on them.
But they're still considered a reserve if they've got reserve days on them.
**Q. Okay. But a pilot then has to choose bidding a line or bidding as a reserve?**
A. Yes. And he'll do that when he's doing -- sorry. Should do that when they're making their PBS bid.
**Q. And I -- I don't think we need to go into it, but I gather the PBS has seven different levels of preferences you can bid?**
A. Yes. They do.

Page 37

**Q. Wow. And if a pilot bids for reserve status, can they choose the days they bid? How does that work?**
A. They can bid days off, but it's all awarded based on seniority.
**Q. Okay. And just so I understand, say you're a pilot in Detroit, how would you know what flights you could actually bid on?**
A. The pairings -- once planning is done with the pairings, they load them into the PBS system. And you can see what pairings are available in that domicile.
**Q. Say in any one domicile not all of the pairings are bid on, what happens then?**
A. They -- if they can -- so, it'll award by seniority. And then any pairings that are left over, it's going to start from the bottom of the seniority and fit in to bid lines that can take the additional pairing. Or it will leave them into what we call "open time."
But we try and fit them in the bid line so we don't have open time.
**Q. So, let me see if I understand. Say a series of flights or pairings are not bid on in Detroit, do you then give those to the person on**

Page 38

**reserve who has the least seniority in Detroit or do you start taking pilots from other domiciles?**
A. Initially, when the PBS is going through and putting all the pairings on, we're going to try and push them onto all the lines first. But if for some reason they don't all fit, then we leave them in open time. Crew members can pick them up on their days off. And if they're not assigned, we will put them on a composite line or reserve.
But, yes, we will also bring -- if we run short on reserves, we will bring a reserve from another domicile.
**Q. And what is "open time"?**
A. Open time is any pairing that is not assigned to a pilot.
**Q. And how do pilots access open time?**
A. Through our system. Through our computer system.
MR. STRINDBERG: Okay. Why don't we -- we've been going almost an hour. Why don't we take a five-minute break and then we'll come back. So, say a minute or two after 10:00.
MR. BEAN: Okay. Sounds good.
(Break taken at 9:57 to 10:05 a.m.)
**Q. (By Mr. Strindberg) Welcome back.**

Page 39

**Anita, we at one point asked -- or one of the requests we asked from SkyWest was: For each day during the relevant period, please produce the crew reliability reports for first officers trained on CRJ provided to managers that Mr. Glassey referred to in his deposition.**
**Did you have -- and we narrowed that down through some discussion to Friday, Saturday, and Sundays, and just for Detroit.**
**Did you have anything to do with collecting the information that SkyWest provided in response to that request?**
A. No. I did not.
**Q. Okay. I'm going to show you now -- I'm going to share my screen with some luck here. Hold on.**
**Anita, can you see this screen?**
A. Yes. I can.
**Q. Okay. Somehow I've managed to lose you, but that's okay.**
MR. STRINDBERG: And, Tanner, we're going to mark this -- it's out of order because of the switch in the depositions. This will be marked as Exhibit 41.
MR. BEAN: Okay.

Page 40

(EXHIBIT 41 WAS MARKED.)
**Q. (By Mr. Strindberg) This was the information provided to us by SkyWest in regards to reliability reports. It was provided to us in two different formats, one of which is this spreadsheet.**
**Do you get these -- these type of reliability report every day, Anita?**
A. No. I do not.
**Q. Does someone in your department get it?**
A. No.
**Q. Do you know to whom this report goes?**
A. I do not. I'm not even sure what this report is.
**Q. But we asked for a "crew reliability report." Do you know what the crew reliability report is?**
A. No. Other than an absence report, I do not. I don't do anything with reliability.
**Q. What is the "absence report"?**
A. Just a report on absences. Crew members that have called off.
**Q. And what format does it come in?**
A. It -- it's just a report that -- I don't know the format. It's a report that you pull off from our system.

Page 41

**Q. Okay. Which system is that?**
A. SkyWestOnline.
**Q. Okay. I want to ask you a couple of questions.**
**There's a Code Key there, do you see that? And it has -- starts with SIC, sick.**
A. Yes.
**Q. I guess that's self-explanatory.**
**Who determines if someone is sick? Is that the pilot's determination?**
A. Yes. They will call in and tell us that they're sick or need to be pulled "emergency."
**Q. Okay. And then the next one is emergency, EMR.**
**What does that refer to? At what point does an absence get coded as "emergency"?**
A. An absence coded as an emergency should be any kind of an absence other than them personally being sick.
**Q. So, could you give me an example?**
A. A family member is sick. Not -- not necessarily themselves that are calling off sick, but maybe they're calling off for a family member.
**Q. Then the next one ONP, as in Paul, off no pay. What does that refer to?**

Page 42

A. Off no pay would be they have been removed off without compensation.
**Q. And who would have removed them?**
A. I would say a chief pilot.
**Q. Okay. So, some sort of a disciplinary action, that type of thing?**
A. Yeah. It could also be if they had to be taken off for a legality reason, off no pay.
**Q. What do you mean a "legality reason"?**
A. If, as I was describing earlier, the people run the reports, if for some reason they had to be removed from their schedule, and with no compensation, if they had a conflict on their schedule.
**Q. Can you give me an example of that?**
A. Let me think. If they had -- let's say they picked up a trip and it conflicted with another trip because of something that they may have done on their schedule, they would be removed on that.
**Q. Okay. And that would be coded as "off no pay"?**
A. Yes. Possibly, yes.
**Q. Who enters these absence codes?**
A. Enters them as far as where? Enters them into the CrewTrac system?

Page 43

**Q. Well, this report we've got of absences, it has Column D absence code. Who puts that in?**
A. Okay. Those would come -- the absence codes are added into CrewTrac. And those would be added by a crew scheduler.
**Q. Okay. Then there's an absence code, ADM, for administrative leave. When would an absence be coded for administrative leave?**
A. Administrative leave would be a code that we would put on requested by a chief pilot.
**Q. Can you give me an example of when something would be coded "admin leave"?**
A. Yes. If a chief pilot calls in and says Pilot A needs to be removed from his trip administrative leave, we just code it as "ADM."
**Q. How does that differ from the prior code, off no pay?**
A. Off no pay is they're just being taken off. A chief pilot could call in and say, you know, Pilot A needs to be removed from their schedule for personal reasons. And if they don't have, you know, any time off to take or they've been denied, based on the chief pilot making the decision, it could be off no pay.
**Q. Okay. FLA, family leave of absence. What**

Page 44

**does that refer to?**
A. That would be if you've been approved for a Family Leave Act. But any type of a family leave approved.
**Q. Military leave of absence, MIL. I assume that is self-explanatory?**
A. That is correct.
**Q. And then the next one EMV, emergency (pulled from vacation bank). What is that referring to and how does it differ from the other "emergency"?**
A. That is if you're calling off emergency and rather than -- "emergency" is removed from what we call your user bank, your user time.
And if you would rather have your emergency compensation taken from your vacation bank, then we put that code in there, EMV. That tells the crew payroll department to remove the emergency from vacation rather than user.
**Q. So, this would be -- the pilot would have to tell someone in crew scheduling that they wanted it pulled from the vacation bank when he actually called in; is that correct?**
A. Correct. Yes.
**Q. The next one is "fatigue." What is that referencing?**

Page 45

A. Fatigue is if you are not fit to complete your schedule as scheduled, you call in and you can call off "fatigue."
**Q. And who makes that determination that someone is not fit?**
A. A crew member.
**Q. Can a chief pilot also make that determination?**
A. The chief pilot would -- no. The crew member calls off. And they call in and say that they're "fatigue."
The chief pilot, if they're calling off for a crew member, they would normally put them down either "emergency" or "administrative leave." They normally do not call and say -- put them down as "fatigue."
The pilot makes that decision that they are "fatigue," and that's the code that we use.
**Q. Okay. OJI, on-the-job injury. I assume that's straight forward, someone's been injured and can't fly, it would get coded as OJI; is that correct?**
A. That is correct.
**Q. The next one is SAD, S-A-D, scheduled assignment deviation. What is that referring to?**

Page 46

A. That is any time -- if you call out a reserve and they do not call you back or they -- it's -- there's a list in our policy of schedule assignment deviations. If a crew member does not meet their report time, they delay a flight, just -- there's a handful of what is called "scheduled assignment deviations." We put those on.
Crew support, crew schedulers, use those primarily when a crew member does not meet their reserve call out time.
**Q. So, it's crew scheduling that determines if someone -- if an absence gets coded as a SAD; is that correct?**
A. Yes. Yes.
**Q. Okay. And then the last one SKV, sick, how is that different from sick which is coded SIC?**
A. That's the same as the "emergency." Rather than using -- sick automatically comes out of a user bank. If you call in sick, you can use your vacation bank rather than your user bank. And that's -- so, SKV and EMV are basically the same. Sick, you're personally sick. Emergency, you're calling in for anything other than you personally being sick.
**Q. Would I be correct in saying that if**

Page 47

**there's an absence in duty, and you're a pilot calling in sick or for an emergency or fatigue, that that -- you usually -- crew scheduling usually doesn't have much notice that that's going to occur; correct?**
A. Sick or emergency, generally we get them the day of. And it could be, you know, hours before their scheduled show time or, in some cases, it is at their show time.
**Q. And I see here, looking at this -- I mean, for example, this first one, September 1st, 2017, it looks like there were 11 first officers in Detroit on that day who were off for one reason or another.**
**Then that Saturday, looks about to be the same number.**
**Is that a pretty typical percentage, would you say, where you have ongoing absences on a daily basis?**
A. I couldn't tell you that that was average.
**Q. Do you -- do you have any way of determining what the average is for pilots?**
A. There's -- you could run an average -- an average report.
**Q. Roy Glassey, in his last deposition, said something about he saw an average company wide for --**

Page 48

**I think he used the figure -- 5.3 days per year pilots were absent.**
**Does that sound about right?**
A. That, I don't know. That -- I don't do the absences with crew members, other than scheduling them.
**Q. Who handles the absences?**
A. It would -- their reliability is all within Roy Glassey's area.
**Q. But if someone calls in sick or there's an emergency, your department then has to do the rescheduling, not Roy Glassey's department?**
A. That is correct.
**Q. So, who -- if a pilot is sick, who do they call? Do they call their chief pilot or do they call your department?**
A. They call crew support.
**Q. And you -- do you then notify someone in Roy Glassey's department?**
A. No. We do not make a phone call to them unless the crew member needs to be transferred.
**Q. What do you mean "transferred"?**
A. If they want to talk to their chief pilot, we would then transfer them.
But, no. We -- if somebody calls in sick,

Page 49

they do not have to be transferred to Roy Glassey or a chief pilot. We take care of the absence and start covering the shift.
**Q. So, are you saying then that -- I'm going to stop sharing the screen.**
**Are you saying then that the chief pilot may never know if a pilot's been absent on any particular day?**
A. The chief pilot has a report that they can run.
**Q. And when you say, "the chief pilot," do you mean Roy Glassey or do you mean chief pilots at the various domiciles?**
A. Both, technically, could run the report.
**Q. And do you know, do they run those reports on a regular basis?**
A. I do not know.
**Q. And I gather when a pilot is absent, say sick, they call in "sick" or "fatigue," you said it was those -- let me make sure, I'm reading my notes here -- that's the operations coordinators that get involved and have to do the reflowing reassignment; is that correct?**
A. No. The operations coordinators -- well, if somebody calls in sick, the scheduler -- the crew

Page 50

scheduling area takes care of it.
The operations coordinators are dealing with reflows, like weather reflows or mechanical reflows and legalities.
**Q. Okay. But the day-to-day -- so, the day-to-day people would then handle the reflows?**
A. Yes.
**Q. Who actually calls out and notifies a reserve that they're needed? Where does that come from?**
A. In crew scheduling.
**Q. Someone in this day-to-day operations?**
A. Yes.
**Q. Does it ever happen when you run out of reserve pilots?**
A. Yes.
**Q. How often does that happen?**
A. It -- it varies. It depends on the operations for the day. And what domicile. How many absence calls we've taken.
**Q. Is that a regular -- a fairly regular occurrence, that you actually run out of pilots -- or run out of reserves?**
A. No. It -- it -- that's a hard question to answer because it varies day-to-day and by position

Page 51

and by domicile. And every day is different.
**Q. Okay. I'm going to share another screen with you.**
**Okay. This has been previously marked as Exhibit 14. It's dated October 27, 2016. It's regarding Shane Cassell. Memorandum of Agreement for Religious Accommodation Request. And it's signed by Shane, Jake Whicker. And I believe eventually it was signed by Coy Bryant as well.**
**Have you ever seen this document before?**
A. No. I have not.
**Q. Back in 2016, Shane was in the training department and submitted a request for a religious accomodation.**
**Did anyone ever tell you back then that he had submitted such a request?**
A. No.
**Q. In the second paragraph there, the second sentence: "It has been determined that we are unable to honor the specific request with work scheduling."**
**That was a request that he not be scheduled on his Sabbath, which was Friday, sundown to Saturday, sundown.**
**But then they say, "However, as an accommodation, we have provided FO Cassell with tools**

Page 52

**to meet his religious requirements. Options include pursuit of schedule changes as defined by company and departmental resources." And then it lists: "Drop/trade shift, bid for desired work assignments, domicile staffing/available shifts."**
**Let me just ask you about those.**
**How would a pilot -- or how could a -- I'll make it specific to Shane. How could Shane have used "bidding for desired work assignments" to avoid working on his Sabbath?**
A. How could he have used those tools?
**Q. Yes. Yes.**
A. Once he is online, we have a program that crew members can add trips, they can drop trips. Those are all based on the availability of reserve staffing. So, dropping a shift -- yeah. That -- it goes back to the reserve staffing and availability that you have in each domicile and each position, if that is available.
The bidding system is where they're talking about "bid for desired work assignments." That's the PBS bidding system that I'm assuming they're talking about there.
Drops would be dropping to another crew member. And if they are able to drop that, then it

Page 53

is now the other crew member, his or her responsibility, to pick that trip up and fly it once it is approved.
**Q. Okay. Well, let me ask you specifically. In this letter, this agreement, they list out these tools. And why don't we go in reverse order.**
**What is "domicile staffing"? How would choosing a domicile help someone avoid working on the Sabbath?**
A. Domicile staffing and available shifts, that -- domicile staffing is going to be your reserve availability, depending on how the domicile is staffed with reserve availability, if you can drop your trip into open time or take user or vacation time.
**Q. Okay. Regarding domicile staffing, what was going on in the middle of, say, 2017 in Detroit? Were there a lot of reserve pilots available?**
A. I do not remember what was happening in that domicile in 2017.
**Q. There's a reference there then to "available shifts."**
**Do you know what that's referring to?**
A. I do not. I -- available shifts would be domicile staffing/available shifts to pick up in open

time. That's -- that would be if there's available shifts for you to trade with or to pick up.

**Q. Okay. "Bidding for desired work assignments," you said this was the monthly bidding through the PBS system; correct?**

A. Yes. PBS is the monthly bidding, yes. Once you are through with all your training and your IOE, then you would get a schedule.

**Q. Okay. So, the tool they're referring to is that a pilot could enter something in the PBS bidding system indicating that he or she didn't want to work on the Sabbath; is that what that's referring to?**

MR. BEAN: I'm just going to object to the point here that, you know, she's referring to what she's assuming here. She doesn't know, you know, what the author of this document meant.

Thank you.

MR. STRINDBERG: Thank you.

**Q. (By Mr. Strindberg) Go ahead, Anita.**

A. Yeah. And on this, the drop -- the shift trade, the work assignments, the domicile staffing, and available shifts are all once they are trained and online and bidding their monthly schedules with pairings.



**Q. And "drop/trade," that's -- that refers to once the bids have been -- or the flights have been assigned for the month, then a pilot can go into this -- the computer and drop and trade shifts; is that correct?**

A. Yes. Once they have a schedule -- once they've completed all training and they have a monthly schedule.

**Q. What's the difference between a "drop" and a "trade"?**

A. A drop is if you're dropping your trip just to open time. And if there is staffing, the company will take ownership of that drop and assign it or leave it into open time for someone else to pick up.

A trade is you're trading your assignment with another pilot.

**Q. So, say someone -- say Shane had a flight on Saturday, and he put it into open time as a drop, would that automatically be accepted by the system if there were enough reserves around or might it somehow be denied?**

A. Can you say that again?

**Q. If someone say -- I'll use Shane. Say he had been assigned a trip that conflicted with the**



**Sabbath and he put that into -- he dropped it into open time, would that drop automatically be accepted or would it sometimes be rejected by the company?**

A. As a line holder, if he was a line holder, he could request to drop that. If there was ample staffing, then it would be -- he would be able to drop that and the company would assign it to a reserve or leave it in open time for someone else to pick up.

**Q. When would he know whether or not his drop had been accepted?**

A. We try and clear those out, you know, as they come in. Sometimes there's a lag. Sometimes there's a few hours lag, just depending on the workload that the crew schedulers have. We try and get to them within 24 hours.

**Q. So, are there people in crew scheduling, I gather, these day-to-day operations people, they're actually monitoring the open board?**

A. Yes.

**Q. There's also been the term used, "pick ups." What is a "pick up"?**

A. A pick up would be picking up from open time. It can be referred to as picking up from another crew member.



**Q. Okay. And is it true that when something -- when a flight -- a pairing goes into open time, it's first come, first serve as to who gets that flight?**

A. When a pairing goes into open time?

**Q. Yes.**

A. Yes.

**Q. So, whichever pilot happens to be monitoring the open time, he or she sees a flight pairing that they like, they can grab it, and seniority is not an issue at that point; correct?**

A. Yes.

**Q. There's also the term "swap." What does that refer to?**

A. Swap would be swapping a -- like you're pairing tomorrow with another pairing on Friday, you're swapping your trip for another trip.

**Q. How is that different, if I may ask, than a trade?**

A. A trade is trading with a pilot. And, swap, you're trading with the company open time.

**Q. Okay. So, a trade is prearranged between pilots, while a swap is just letting go of one trip and you put it in open time and you pick up another trip in open time?**

Page 58

A. Based on availability, yes.
**Q. And then also the term "trade downs" has been used. Do you know what that refers to?**
A. "Trade down"?
**Q. Yes.**
A. No. I do not.
**Q. Can a pilot in open time drop a flight or a pairing and replace it with a reserve day?**
A. No.
**Q. But the company can do that?**
A. The company would only put you on reserve as a line holder if there were legs within your pairing that were canceled or reflowed.
**Q. We asked the company to provide us a whole bunch of information regarding drops and trades and all of these types of things. And they provided us with a series of spreadsheets pertaining to Detroit. And I'll show you those in a minute.**
**But did you have anything to do with the company collecting that information?**
A. No. I did not.
**Q. Okay. I'm going to show you what we will mark as Exhibit 39. And part of the spreadsheet was given to us by SkyWest in answering the Fifth Set of Written Discovery.**

Page 59

(EXHIBIT 39 WAS MARKED.)
**Q. (By Mr. Strindberg) So, let me show you that.**
**Okay. Can you see my screen there?**
A. Yes. I can.
**Q. Okay. I will -- let me read here the -- what this is answering. "For each domicile, per bid period, the number of lines that were traded or swapped between first officers."**
**And I will represent to you that this is -- we agreed that they would just give us this information for Detroit.**
**So, this is the information: The number of lines that were traded or swapped between first officers during this approximately two-year period.**
**Does the number of swaps and trades surprise you or is that just something that happens on a regular basis?**
A. I'm not sure where this data is. And as far as the number of trades, I do not have that information.
**Q. Okay. You would say that -- are you in a position to say that trading and swapping is fairly common among pilots?**
A. Yes. They do have that ability.

Page 60

As far as how many, I do not have that number.
But they do have the availability to do that amongst themselves.
**Q. Let me show you the next one, which is Tab 11(b), as in boy. It says, "For each domicile, per bid period, the number of lines that were posted by a first officer seeking to have another first officer take the line, flight, or trade it for another line or flight.**
**And, again, we just -- by agreement, this was limited to Detroit.**
**And this shows, you know, anywhere between, what, approximately 600 and, roughly, 1,700 flights per month were posted by first officers who wanted to drop or trade.**
**Do you have any knowledge of whether that's pretty typical in most domiciles?**
A. I do not.
**Q. Who would have that information, do you think?**
A. It would have to be pulled out of the system.
**Q. Well, I gather that's where this came from, the system.**

Page 61

A. Yeah. I don't -- I don't know who pulled it or when. I don't -- I don't have the information of if this is typical or not because that is not something that I review.
**Q. But you are in a position to say that posting of trips in open time by pilots is fairly common? In other words, whether they want to trade or get different flights; is that correct?**
A. They do have that available to them. Yes.
**Q. And they have that availability and it's used on a regular basis, I gather; correct?**
A. I -- I would assume so. I -- I don't know how many.
**Q. Okay. Let me just see one other thing.**
**This is part of the same spreadsheet. It's Tab 10(d) of Exhibit 39. It's the number of flights that were covered by a reserve first officer in Detroit on Friday, Saturday, or Sunday during this approximately two-year period.**
**I mean, again, do you -- this is not something you monitor personally; correct?**
A. That is correct.
**Q. Would someone in crew scheduling, day-to-day operations, be monitoring this type of activity?**

Page 62

A. I'm not even sure what this is gathering.
You read that it was reserve call outs or --
**Q. The interrogatory was: The number of lines -- but that was interpreted to mean flights or pairings -- that were being operated out of Detroit where a reserve first officer was assigned to fly, regardless of reason.**
**So, I guess these are the number of flights or pairings where a reserve officer was called out to take a flight in Detroit.**
A. Yeah. I do not -- I do not monitor that, nor pull those reports.
MR. STRINDBERG: And, Tanner, who is the gentleman who you said collected that information again?
MR. BEAN: That's Justin Esplin. He's VP of IT.
We'll be getting a verification to you tomorrow on that.
MR. STRINDBERG: Okay.
**Q. (By Mr. Strindberg) What is -- there's a reference, Anita, to the Sked, S-K-E-D, Plus, P-L-U-S, system.**
**Do you know what that is?**

Page 63

A. I do. It is --
**Q. What is it?**
A. SkedPlus is where crew members can go in to view their schedule and make requests on their schedule.
**Q. What kind of requests?**
A. To add, drop, request vacation.
**Q. Did -- is the SkedPlus system different than the open time system or are they all integrated?**
A. They can view open time within their schedule in the SkedPlus system.
**Q. Okay. It's my understanding that a pilot can also call crew scheduling to request changes; is that correct?**
A. Yes. They can.
**Q. And how does that work?**
A. A crew member can call -- they can call the crew scheduling line and talk to a crew scheduler about changes that they would like to do on their schedule.
They can -- they can request it online through SkedPlus or they can call crew scheduling.
**Q. When they request it online through SkedPlus, does that mean they just post something in open time or do they submit some kind of specific request?**

Page 64

A. They can post it themselves on -- within SkedPlus, yes.
**Q. That would be called "posting it in open time"?**
A. Yeah. Or "request to drop."
**Q. Okay. But, again, they can also -- as you were saying, they can also, instead of doing it online, they can call crew scheduling and say, hey, I would like to make a change?**
A. Yes. They -- they can for certain things.
Like a trade, they're going to do online with the two pilots.
They can request a drop. They can request user vacation.
We generally have them go to SkedPlus first when they do that, before calling crew support.
But a crew scheduler, yes, can help them.
**Q. Why do you have them typically go to SkedPlus first?**
A. Because it puts them in the order that they're received.
**Q. I mean, is it -- does crew scheduling try to work with the pilots when they request modifications to their schedule?**

Page 65

A. As much as possible. They're going to have to evaluate if there's other people in what we call the "queue." Because the pilot could call crew support and jump the queue. And, so, that's why we request that they do it through SkedPlus, because we have to manually check the queue to make sure that there's nobody requesting ahead of them. Schedulers will look at reserve availability and help answer questions that way as well.
**Q. You said there would be a queue. A queue for what?**
A. The SkedPlus queue, where crew members are requesting user time, vacation time. There may be others that have not been processed prior to a pilot calling us.
**Q. So, in other words, a queue might develop if people wanted Christmas off, for example?**
A. Yes. It could. The queue is the requests that are coming in. And it queues them in the order that they've been requested. So, if you've got -- there's ten people in the queue, and another pilot is calling in to crew support, we can't -- we can't bypass that queue. We've got to evaluate that queue before we can process the phone call.
**Q. So, the queue would be a queue of pilots**

Page 66

who maybe wanted to drop a flight or trade a flight, that type of thing?
A. Yeah.
Q. I'm going to show you a document which has been previously marked as Exhibit 24.
There's the number on it.
This is an e-mail that Alan Reinach, who was an attorney representing Mr. Cassell at the time, sent to Coy Bryant regarding the fact that Mr. Cassell was forced to resign his position.
Have you ever seen this document before?
A. No. I have not.
Q. Mr. Reinach's e-mail was responded to by Todd Emerson. And I can show you that document as well.
Have you ever seen this letter before?
A. No. I have not.
Q. Do you recall talking with Mr. Emerson about this situation?
A. No.
Q. At any point?
A. No.
Q. So, you don't recall Mr. Emerson coming to you and asking you whether Mr. Cassell might be able to avoid working on Saturday after he was hired?

Page 67

A. No. I do not.
Q. Has anyone ever asked you that?
A. No.
Q. Do you have an opinion -- we looked at Exhibit 14, where the company provided Mr. Cassell with certain tools, as they called it, which he could use to avoid flying on a Saturday once he was hired.
Do you have an opinion as to whether or not those tools would have allowed him to avoid working on the Sabbath?
A. I don't know that it would have stopped him from working. He has those tools available to him, and if the resources were available, then he could have potentially been successful in dropping his trips.
Q. The company has stipulated that if Mr. Cassell had been hired in 2017, he would have been assigned to Detroit.
I gather in Detroit there were lots of new pilots being assigned there, so people were moving up the seniority list fairly quickly; is that true?
A. I do not recall how the domicile was moving back in 2017.
Q. Have you -- prior to this deposition or being asked to be a deponent here, did you have any

Page 68

idea who Shane Cassell is?
A. No. I did not.
Q. Had you ever heard that name?
A. No.
Q. Do you have any knowledge as to what this litigation is about?
A. No. I do not.
Q. I'll represent to you that Mr. Cassell resigned a position at SkyWest in late 2016 because of a conflict with his training.
I gather at the time, training scheduling was done not in your department; correct?
A. That is correct.
Q. And who was doing it again?
A. It was -- the manager was Kim Ence.
Q. And is she still over training scheduling?
A. No. She is not.
Q. Who is now over training scheduling?
A. Trisha Bennett.
Q. Do you know, does the training scheduling under Trisha Bennett, do they also schedule the Matrix training?
A. The "Matrix training"?
Q. Yes.
A. Can you tell me what Matrix training --

Page 69

Q. Matrix training is some kind of computerized system which -- it's not -- it sort of replicates a pilot being in the cockpit of a plane, sort of one step down from simulators. So, it's some kind of computerized system.
Do you know if the training department, and the training schedule under Trisha Bennett, schedules Matrix training?
A. I believe so. That, I -- I can't confirm.
Q. I gather that would be something that Trisha would have to answer?
A. Yes.
Q. Kim Ence, the prior scheduler, is she still with the company? Do you know?
A. No. She is not.
Q. When did she leave?
A. October of 2020.
Q. Okay. Do you know where she went?
A. I believe she retired.
Q. So, as I was saying, I represented to you that Shane Cassell had to resign his position with SkyWest in the fall of 2016.
He then reapplied and was interviewed the following year, in the early summer of 2017. But SkyWest refused to hire him, saying that they

Page 70

**couldn't accommodate his religious requirements.**
**Did anyone consult you at that time about hiring Mr. Cassell?**
A. No.
**Q. Did anyone ask you at that time, Roy Glassey or anyone, ask you whether or not SkyWest might be able to accommodate his religious -- his request for a religious accommodation?**
A. No.
**Q. I'm going to show you another exhibit.**
**This has been previously marked as Exhibit 22. This was something that Steve Spagnolo used during his deposition.**
**Have you ever seen this document before?**
A. No. I have not.
**Q. He indicated -- in looking, say, at -- and Detroit is DTW; correct?**
A. That is correct.
**Q. On January, it's got 76 lines. That would represent -- would represent 76 separate pilots; is that correct?**
A. That would be correct.
**Q. And the number of reserves would be the number of people on reserves for that month; is that correct?**

Page 71

A. That would be correct.
MR. STRINDBERG: Okay. Let's take a break. And I'll check my notes to see if there's any other questions that I have.
(Break taken at 10:58 to 11:03 a.m.)
**Q. (By Mr. Strindberg) Anita, I just have one or two more questions.**
**I had asked you about whether or not you thought Shane could have avoided working on the Sabbath using these various tools that SkyWest gave him or had available, such as dropping and trading and bidding and things like that, and you said he might have been able to.**
**Who would be -- is there someone who works for you or someone else at SkyWest who would be in a better position to answer that question than you?**
A. No. Because it would be speculation if he could have held it or not. It's all based on if he's -- if he's trying to drop a trip, it's all based on if there were resources available to cover his trip.
**Q. Okay. So, what you're saying -- just let me make sure it's clear -- it would be very hard to determine in the abstract whether or not someone could avoid -- a new pilot could avoid working on the**

Page 72

**Sabbath using the tools available to him or her at SkyWest?**
A. If they -- okay. So, say that again. Because I may have this confused a little bit with what you may be asking. So, you're asking if they could avoid working a Saturday or Sunday?
**Q. Just -- well, the Saturday in this case, the Sabbath, Friday night to Saturday night.**
A. Very unlikely.
**Q. And why do you say, "very unlikely"?**
A. Because he would have been junior in the system. And it would -- it's all based on seniority and preferences of all of those above.
**Q. And are you saying that more senior people tend to try to get the weekends off?**
A. Yes.
**Q. But the dropping and trading and all that stuff, that's not based on seniority; is it?**
A. Dropping and -- trading is based on another crew member wanting to pick your stuff up.
Dropping is if resources are available at the time you are requesting.
**Q. And that's not based on seniority; correct?**
A. It's based on when you submit your

Page 73

request.
**Q. So, as I understand it, you say it's unlikely, but it would very much depend on the domicile and just sort of depend on what's going on in any one week in that domicile as to whether he could avoid working on the Sabbath; is that what you're saying?**
A. It -- it -- can you repeat your question?
MR. STRINDBERG: Kelly, would you read it back?
(Record read as follows:
"QUESTION: So, as I understand it, you say it's unlikely, but it would very much depend on the domicile and just sort of depend on what's going on in any one week in that domicile as to whether he could avoid working on the Sabbath; is that what you're saying?")
THE WITNESS: Yes. It is unlikely that he could bid it. It would depend on the resources available.
MR. STRINDBERG: Thank you.
I have nothing further.
MR. BEAN: No questions from us.
MR. STRINDBERG: Tanner, do you want her to read and review?

Page 74

MR. BEAN: Anita, basically what they're asking you here is you can get a copy of your deposition and you can go through it. And if you find there's any inconsistencies, typos, something that was incorrectly reported, you can read that and give a correction.

Is that something you would want to do?

THE WITNESS: Yes.

MR. BEAN: Okay. And we'll get a copy of that over to you once that's ready.

(The remote deposition concluded at 11:07 a.m.)

* * *

(Signature was requested.)

Page 75

VERIFICATION

STATE OF ______________)
) ss.
COUNTY OF _____________)

I, ANITA SPENCER, being first duly sworn remotely on my oath, depose and say:

That I am the witness named in the foregoing remote deposition taken the 24th day of February, 2021, consisting of pages numbered 1 to 74, inclusive; that I have read the said deposition and know the contents thereof; that the questions contained therein were propounded to me; that the answers to said questions were given by me, and that the answers as contained therein (or as corrected by me therein) are true and correct.

Corrections Made: Yes_______ No_______

___________________________
ANITA SPENCER

Subscribed and sworn to before me this ________ day of ________, 2021, at __________________, Utah.

_______________________________
Notary Public for Utah
Residing at______________, Utah.
My Commission Expires: ________.

Page 76

REPORTER'S CERTIFICATE

STATE OF SALT LAKE )
) ss.
COUNTY OF UTAH )

I, KELLY FINE-JENSEN, Certified Shorthand Reporter and Registered Professional Reporter in and for the State of Utah, do hereby certify:

That prior to being examined, the witness named in the foregoing deposition was duly sworn remotely by me to testify to the truth, the whole truth and nothing but the truth;

That said deposition was taken down by me in shorthand at the time and place therein named and thereafter reduced to typewriting under my direction, and that the foregoing transcript contains a full, true and verbatim record of said deposition.

I further certify that I have no interest in the event of the action.

WITNESS my hand and seal this 17th day of March, 2021.

Kelly Fine-Jensen
________________________
KELLY FINE-JENSEN
CSR, RPR

**Exhibits**

**Exhibit 39** 58:23 59:1 61:16

**Exhibit 41** 39:24 40:1

**1**

**1,700** 60:14

**1,800** 22:17 23:8

**10(d)** 61:16

**10:00** 38:22

**10:05** 38:24

**10:58** 71:5

**11** 47:12

**11(b)** 60:6

**110** 15:25

**11:03** 71:5

**11:07** 74:12

**12** 33:18,21,23 34:1

**12-hour** 33:16 35:2

**120** 12:14

**13** 18:22

**14** 51:5 67:5

**15** 14:25 23:14,15 35:4

**16** 35:4

**18** 31:12 33:7 35:5

**1980s** 29:8

**1983** 6:4 29:14

**1984** 6:17 8:1

**1993** 7:12 8:1,5, 21

**1st** 47:11

**2**

**2,400** 22:17 23:8

**20** 34:13,16

**2016** 28:6 51:5,12 68:9 69:22

**2017** 28:6 32:19 47:11 53:17,20 67:17,23 69:24

**2019** 22:11

**2020** 9:21,22 10:1 15:5 17:3 22:11, 14 28:15 69:17

**2070** 4:18

**22** 70:12

**24** 33:20 56:16 66:5

**24th** 14:3

**2598** 4:18

**27** 9:10 51:5

**3**

**39** 58:23 59:1 61:16

**4**

**41** 39:24 40:1

**444** 4:16

**4:00** 21:18

**5**

**5.3** 48:1

**58.36** 12:14

**6**

**600** 60:14

**68** 18:14 28:4

**7**

**76** 70:19,20

**8**

**83** 29:8

**9**

**9:57** 38:24

**A**

**a.m.** 21:18 34:10 38:24 71:5 74:12

**ability** 5:7 59:25

**absence** 31:1 40:17,19 41:16, 17,18 42:23 43:2, 3,6,7,25 44:5 46:12 47:1 49:2 50:20

**absences** 40:20 43:1 47:17 48:5,7

**absent** 27:22 48:2 49:7,18

**Absolutely** 22:1

**abstract** 71:24

**accepted** 55:20 56:2,11

**access** 38:16

**accommodate** 22:8 70:1,7

**accommodation** 51:7,25 70:8

**accomodation** 51:14

**accumulation** 11:12

**Act** 44:3

**action** 42:6

**activity** 61:25

**actual** 13:25 15:14

**add** 52:14 63:7

**added** 43:4,5

**additional** 37:18

**address** 4:15,17, 19

**adds** 20:3,7,10

**ADM** 43:6,15

**admin** 43:12

**administrative** 6:13,14 7:5,7 43:7,8,9,15 45:14

**affirmative** 25:21

**agent** 6:7

**agreed** 59:11

**agreement** 51:6 53:5 60:11

**ahead** 54:20 65:7

**aim** 33:6

**aircraft** 12:22,23, 24

**Airlines** 28:20

**airplane** 15:14 26:22

**airport** 33:19 34:1,4,5

**airports** 34:23

**Alan** 66:7

**Alaska** 13:22

**allowed** 67:9

**American** 13:22

**amount** 34:12

**ample** 56:5

**Anita** 4:2,14,21, 22,23 39:1,17 40:7 54:20 62:23 71:6 74:1

**annual** 15:12

**answering** 58:24 59:7

**answers** 11:25

**anticipate** 32:3 35:15

**anymore** 23:23 28:12

**approved** 44:2,4 53:3

**approximately** 8:21,22 18:14 33:7 59:15 60:14 61:19

**April** 14:4

**area** 16:9 20:5 28:3 48:9 50:1

**aspects** 9:17

**assign** 55:13 56:7

**assigned** 12:4 31:17 38:8,15 55:3,25 62:7 67:18,20

**assignment** 12:1,3,4,5,6,7 45:25 46:4,7 55:16

**assignments** 18:4 52:4,9,21 54:4,22

**assistant** 6:13,14 7:6,8

**assisting** 6:18

**association** 28:21,22

**assume** 44:5 45:19 61:12

**assuming** 52:22 54:16

**attendant** 15:20

**attendants** 7:18, 25 9:16 10:9 20:15

**attorney** 4:11 66:8

**audibly** 5:22

**auditor** 15:19
**author** 54:17
**automated** 8:4,5, 6
**automatically** 46:18 55:20 56:2
**availability** 52:15,17 53:12,13 58:1 60:3 61:10 65:8
**average** 47:19, 21,22,23,25
**avoid** 52:9 53:8 66:25 67:7,9 71:25 72:6 73:6, 16
**avoided** 71:9
**award** 32:4 37:15
**awarded** 11:12 12:13,16 13:15 18:9 37:5
**awards** 18:9 27:2

B

**back** 6:17 7:3 11:3 28:6 29:8 32:3 38:21,25 46:2 51:12,15 52:17 67:23 73:10
**bank** 44:9,13,15, 21 46:19,20
**based** 12:16 13:15 25:19 26:24 27:2 29:20 30:22 31:8 34:11 37:5 43:22 52:15 58:1 71:18,19 72:12, 18,19,23,25
**basically** 46:21 74:1
**basis** 18:5 21:24, 25 24:17,20 34:23 47:18 49:16 59:18 61:11
**Bean** 5:14 38:23 39:25 54:14 62:17 73:23 74:1,9
**beginning** 12:20 14:5
**Bennett** 16:20 68:19,21 69:7
**bid** 10:25 11:11 12:12,15 13:8,10, 11,12 14:21 16:17 18:9 26:22,23 27:17 29:20 35:20,21,23 36:2, 3,21,24 37:2,4,8, 14,18,21,24 52:4, 21 59:7 60:7 73:19
**bidding** 13:9 18:3 19:16,19 23:12 29:17,18,22,24 30:7 35:19 36:18 52:9,20,22 54:3,4, 6,11,24 71:12
**bids** 18:4 19:17 26:25 37:1 55:2
**bit** 5:4 8:17 20:2 31:6,14 72:4
**blank** 23:21 25:23 26:5
**board** 56:19
**bottom** 31:20 37:17
**boy** 60:6
**break** 5:11 38:21, 24 71:3,5
**breaks** 5:10 22:2
**bring** 38:10,11
**broken** 16:5
**brought** 28:13,14
**Brown** 25:22 26:2
**Brown's** 23:21
**Bryant** 51:9 66:9
**bubble** 32:8,9
**build** 7:21,23 10:20,21 13:25
**bulletins** 14:13, 17,21
**bunch** 58:15
**busier** 22:20
**busiest** 23:5
**bypass** 65:23

C

**C-R-E-W** 27:10
**call** 4:22 14:12 16:1 17:11 21:5 22:9 25:5,6,11 27:21 33:12,16, 20,21,23,25 34:8, 14,15,17 35:2,3,4, 6,11,13 37:19 41:11 43:19 44:13 45:2,3,10,15 46:1, 2,10,19 48:15,17, 20 49:19 62:2 63:13,17,22 64:9 65:3,24
**called** 4:4 11:18 33:18 40:21 44:22 46:6 62:11 64:4 67:6
**calling** 27:25 41:22,23 44:11 45:12 46:23 47:2 64:17 65:15,22
**calls** 22:6 27:16 34:11 43:13 45:10 48:10,25 49:25 50:8,20
**canceled** 58:13
**canceling** 15:2
**capital** 27:9,10
**care** 49:2 50:1
**case** 72:7
**cases** 47:8
**Cassell** 4:11 51:6,25 66:8,10, 24 67:5,17 68:1,8 69:21 70:3
**center** 19:10
**change** 15:2 35:18 64:10
**changed** 9:10
**cheat** 21:17
**check** 11:23 15:9, 17 65:6 71:3
**checking** 19:10
**checks** 15:18
**Chicago** 26:1
**chief** 24:12,13,14, 18 42:4 43:10,13, 19,23 45:7,9,12 48:15,23 49:2,6,9, 11,12
**choose** 34:17 35:21 36:17 37:2
**choosing** 53:8
**Chris** 23:20 25:22 26:2
**Christmas** 65:17
**class** 17:1
**classes** 26:20
**classroom** 15:15
**cleanup** 30:6
**clear** 5:24 56:12 71:23
**close** 32:6
**cockpit** 69:3
**code** 41:5 43:2,6, 9,15,16 44:16 45:18
**coded** 41:16,17 42:20 43:8,12 45:21 46:12,16
**codes** 42:23 43:4
**collected** 62:15
**collecting** 39:11 58:20
**Colorado** 20:24
**Column** 43:2
**combination** 35:23
**common** 59:24 61:7
**company** 30:4 47:25 52:2 55:13 56:3,7 57:21 58:10,11,14,20 67:5,16 69:14
**compensation** 30:1 42:2,13 44:15
**complete** 19:20 32:5 45:1
**completed** 55:7
**compliment** 31:13
**composite** 11:18,19 36:8,9, 12,13 38:9
**computer** 20:20 27:1 38:17 55:4
**computerize** 8:3
**computerized** 69:2,5
**concluded** 74:12
**confirm** 69:9
**conflict** 42:13 68:10
**conflicted** 42:17 55:25
**confused** 72:4
**considered** 20:8 34:14,16 36:10,15
**consist** 15:7,17
**consult** 70:2
**control** 19:9,12 20:13
**converted** 34:15 35:11
**coordinator** 20:17 26:15
**coordinators** 18:22 19:3,7,8 20:11 28:4 49:21, 24 50:2

**copy** 74:2,9

**correct** 6:1 7:12 10:10,11 11:16 17:18,19 27:23,24 29:17 31:17,18 33:13 34:6 35:21, 25 44:7,22,23 45:22,23 46:13,25 47:5 48:13 49:23 54:5 55:5 57:11 61:8,11,21,22 63:14 68:12,13 70:17,18,21,22,25 71:1 72:24

**correction** 74:6

**count** 23:7

**counter** 6:8

**couple** 30:6 41:3

**cover** 25:4 71:20

**coverage** 31:15

**covered** 61:17

**covering** 49:3

**COVID** 22:18

**Coy** 51:9 66:9

**CQ** 15:12

**creating** 13:2

**credit** 12:15

**crew** 7:9,10,11, 14,16,24 8:7,12, 13,20 9:1,9,11,13, 15,18 10:21,22 12:25 14:20 16:1, 4,7,9,10,18,21 17:7,9,10,15,16, 23 18:2,6,9,11,12, 14,15,16,17,18, 22,23 19:1,13,20, 24 20:23 21:22 22:2,3,4,10 23:16 24:1 25:2,3,4,6,17 26:10 27:4,5,7,13, 14,21 28:1,3,13, 15 38:7 39:3 40:14,15,20 43:5 44:17,20 45:6,9, 13 46:4,8,9,11 47:3 48:5,17,21 49:25 50:11 52:14,24 53:1 56:15,17,25 61:23 63:3,13,17,18,22 64:9,17,18,23 65:3,12,22 72:20

**crews'** 27:16

**Crewtrac** 27:9, 10,12,18 42:25 43:4

**CRJ** 39:4

**current** 4:15

**D**

**daily** 27:12,18 34:23 47:17

**data** 59:19

**date** 29:6

**dated** 51:5

**day** 10:23 11:13 12:6,8 13:4 19:14 20:18 21:3,4,8,15, 20 22:12,17,22 23:5,7,8 35:13,18 39:2 40:7 47:7,13 49:8 50:19 51:1 58:8

**day-to-day** 16:15 17:22 18:5 19:2,5, 6,15 20:6,8 21:24, 25 24:17 34:24 35:15 50:5,6,12, 25 56:18 61:24

**days** 11:4,16,20 13:11,12 22:20,24 23:1 35:7,25 36:14,16 37:2,4 38:8 48:1

**dealing** 50:2

**decides** 34:7,20

**decision** 33:1 43:23 45:17

**define** 10:18

**defined** 52:2

**delay** 46:5

**Delta** 13:22

**denied** 43:22 55:22

**Denver** 10:20 11:2 20:25 25:20

**department** 6:19 7:23 9:22 10:5 12:19,21 13:17 16:2,4 17:12,13, 15,16 18:7 20:13 23:25 24:8,20,21 25:6,11,15 26:3 27:3 28:10,12 40:9 44:17 48:11, 12,16,19 51:13 68:12 69:6

**departmental** 52:3

**departments** 23:17

**depend** 73:3,4, 13,14,19

**depending** 12:12,15 14:14 22:16 31:14 53:12 56:14

**depends** 21:14 22:22 50:18

**depo** 11:8

**deponent** 67:25

**deposing** 26:14

**deposition** 4:23 27:20 39:6 47:24 67:24 70:13 74:3, 12

**depositions** 27:9 39:23

**describing** 42:10

**desired** 52:4,9,21 54:3

**detail** 20:2

**determination** 41:10 45:4,8

**determine** 71:24

**determined** 30:9, 10,13 51:19

**determines** 41:9 46:11

**determining** 31:7 33:3 47:21

**Detroit** 11:3 31:20,21 32:21,23 33:2 37:7,25 38:1 39:9 47:12 53:17 58:17 59:12 60:12 61:18 62:6,11 67:18,19 70:17

**develop** 65:16

**development** 12:21 13:17

**deviation** 45:25

**deviations** 46:4, 7

**differ** 43:16 44:10

**difference** 33:15 55:9

**directly** 27:6

**director** 7:10 8:13,15,17,20 9:1, 9,11,13 25:19 26:4,8,13

**directs** 27:6

**disciplinary** 25:10 42:5

**Discovery** 58:25

**discussion** 5:18 39:8

**dispatch** 19:10

**dispatchers** 19:12

**divided** 18:24

**division** 16:2 17:11

**divisions** 16:6

**document** 51:10 54:17 66:4,11,14 70:14

**domicile** 31:5,13, 17,22 32:4,6,13, 14,21,23 33:8 37:12,13 38:12 50:19 51:1 52:5, 18 53:7,8,10,11, 12,16,20,25 54:22 59:7 60:6 67:22 73:4,5,14,15

**domiciles** 24:24 26:23 30:7,9,11, 16 31:13 38:2 49:13 60:18

**Dorosky** 26:16

**downs** 58:2

**drawing** 26:5

**drew** 23:21 25:23

**drop** 52:14,25 53:13 54:21 55:4, 9,11,13,19 56:2,5, 7,10 58:7 60:16 63:7 64:6,14 66:1 71:19

**drop/trade** 52:4 55:1

**dropped** 56:1

**dropping** 52:16, 24 55:11 67:14 71:11 72:17,19,21

**drops** 20:3,7,10 52:24 58:15

**DTW** 70:17

**duly** 4:4

**duties** 6:16,20 7:15 9:14

**duty** 12:5 13:1 20:21 21:3,14,18 47:1

**E**

**e-mail** 66:7,13

**earlier** 29:8 42:10

**early** 69:24

**East** 4:18

**emergency** 41:12,13,16,17

44:8,10,11,12,15, 17 45:14 46:17,22 47:2,6 48:11
**Emerson** 66:14, 18,23
**employed** 5:25
**EMR** 41:14
**EMV** 44:8,16 46:21
**Ence** 10:4 28:9 68:15 69:13
**ensure** 21:1
**ensuring** 19:12 20:14
**enter** 54:10
**enters** 42:23,24
**Erik** 4:10,22
**Esplin** 62:17
**evaluate** 34:9 65:2,23
**event** 16:24
**events** 17:4
**eventually** 51:8
**exact** 23:3 29:6
**EXAMINATION** 4:7
**examined** 4:5
**exceeding** 21:6
**excuse** 29:19
**exhibit** 39:24 40:1 51:5 58:23 59:1 61:16 66:5 67:5 70:10,12
**exist** 28:12
**existence** 29:1, 11
**expect** 29:7
**expected** 33:18, 21,23
**experience** 15:10 16:23 17:2
**explain** 12:17

**F**

**fact** 66:9
**fairly** 50:21 59:23 61:6 67:21
**fall** 69:22
**family** 41:21,23 43:25 44:3
**FARS** 21:6
**fatigue** 44:24 45:1,3,11,16,18 47:2 49:19
**February** 14:3 16:18
**figure** 48:1
**file** 14:16,17
**files** 12:20 14:3
**final** 14:17
**finalized** 13:7 14:20 19:23
**find** 22:7 74:4
**fine** 4:21
**fit** 37:18,21 38:6 45:1,5
**five-minute** 38:21
**FLA** 43:25
**flight** 6:12,15,18 7:1,6,18,24 8:11, 15,17,18 9:4,16 10:9,18,19,20 12:10,22,23 15:2, 3,19 20:15,22 21:2,7,13 23:7,17, 18,19,20,23,25 24:8 25:22 28:11 46:5 55:18 57:2,4, 9 58:7 60:9,10 62:11 66:1
**flights** 7:22,23 10:13,21 11:2 13:4,18,24 22:12, 14 23:2,8 31:9 32:13 35:24 37:8, 24 55:2 60:15 61:8,17 62:5,10
**floating** 10:17
**flow** 22:25
**flown** 31:9
**fluctuate** 30:12
**fluctuation** 31:24 32:7
**fly** 10:23 45:21 53:2 62:7
**flying** 32:2,3 36:12 67:7
**FO** 51:25
**forced** 66:10
**format** 40:22,24
**formats** 40:5
**formula** 31:7
**forward** 16:16 45:20
**four-day** 11:6
**frequently** 14:11
**Friday** 39:8 51:22 57:16 61:18 72:8
**full** 4:13 36:12,13
**functions** 15:24

**G**

**Gallo** 9:6 26:12
**Gardiner** 16:14 18:1
**gather** 5:13 11:15 18:2 20:2 27:4 29:16 35:19 36:23 49:18 56:18 60:24 61:11 67:19 68:11 69:10
**gathering** 21:21 62:1
**gave** 71:10
**general** 6:15 9:13,14
**generally** 14:5 47:6 64:16
**gentleman** 62:15
**George** 4:16,18 6:7 25:16,18 26:1
**give** 20:16 21:11 30:14 37:25 41:20 42:15 43:11 59:11 74:6
**Glassey** 24:9,13, 15 25:25 27:20 39:5 47:24 49:1, 12 70:6
**Glassey's** 48:9, 12,19
**good** 4:9 38:23
**grab** 57:10
**ground** 5:3
**group** 24:23 25:1 26:10
**groups** 18:25
**guess** 10:9 41:8 62:9

**H**

**handful** 46:6
**handle** 19:17 20:9 50:6
**handles** 22:13 48:7
**handwriting** 17:21
**happen** 50:14,17
**happening** 53:19
**hard** 50:24 71:23
**he'll** 36:19
**head** 5:22
**heard** 11:7 68:3
**heavier** 22:23
**held** 71:18
**hey** 64:9
**higher** 31:14
**hire** 16:25 26:24 69:25
**hired** 66:25 67:7, 17
**hires** 26:24 32:24 33:2
**hiring** 70:3
**hit** 22:18
**hold** 6:9 8:24 39:15
**holder** 11:21 36:2 56:4 58:12
**holding** 31:25 32:9
**home** 4:17
**honest** 21:16
**honor** 51:20
**hour** 38:20
**hours** 12:10,14 21:18,20 33:18, 19,20 34:1 47:7 56:14,16
**hubs** 34:24
**hundred** 23:2

**I**

**idea** 22:12,19 23:9 68:1
**imagine** 9:10
**in-flight** 9:19 15:6,7,8 16:10
**include** 11:16 12:11 52:1
**includes** 10:8 28:4
**inclusive** 15:24
**inconsistencies** 74:4
**incorrectly** 74:5
**indicating** 54:11

**information** 13:17,19 39:11 40:3 58:15,20 59:12,13,21 60:20 61:2 62:15

**initial** 15:9 16:23 17:2

**initially** 27:21 38:3

**injured** 45:20

**injury** 45:19

**instructions** 5:19

**instructor** 15:19

**instructors** 9:24

**instructs** 5:16

**integrated** 63:9

**interpreted** 62:5

**interrogatory** 11:25 62:4

**interviewed** 69:23

**involve** 18:3

**involved** 49:22

**IOE** 16:21,22,23 54:8

**issue** 25:3 57:11

**issues** 30:7

**items** 30:24

J

**Jake** 51:8

**January** 70:19

**job** 6:15 7:15 9:13,14 10:8 15:21

**juggling** 21:23

**jump** 65:4

**junior** 32:23 72:11

**Justin** 62:17

K

**Kelly** 73:9

**Key** 41:5

**Kim** 10:4 28:9 68:15 69:13

**kind** 6:20 41:18 63:6,25 69:1,5

**knowledge** 29:2 60:17 68:5

L

**lag** 56:13,14

**Lake** 10:19 11:2,3 20:24 25:20

**late** 9:21 68:9

**lead** 5:24 13:23

**leadership** 6:18 24:22

**leave** 31:1 37:19 38:6 43:7,8,9,12, 15,25 44:3,5 45:14 55:14 56:8 69:16

**left** 37:16

**leg** 12:22

**legal** 7:24 12:25 19:13 20:15 21:1

**legalities** 20:14, 19 50:4

**legality** 19:10 42:8,9

**legs** 21:14 58:12

**letter** 53:5 66:16

**letting** 57:23

**levels** 30:8 36:23

**life** 25:23

**limited** 60:12

**lines** 11:9 16:17 30:14,18,22 31:3, 5,9 32:1,10 37:18 38:5 59:8,14 60:7 62:5 70:19

**list** 29:9 31:20 46:3 53:5 67:21

**lists** 52:3

**litigation** 4:11 68:6

**load** 36:11 37:10

**loaded** 18:10 19:24

**loads** 27:18

**located** 25:16

**long** 5:11 6:9 7:5 33:12,20 34:8,11, 14,16 35:6

**longevity** 30:4

**looked** 67:4

**loosely** 14:7

**lose** 39:19

**lot** 20:3 21:23 53:18

**lots** 67:19

**luck** 39:15

M

**made** 18:4,5 19:17 27:23 33:1

**maintenance** 19:12 20:13

**make** 10:7 11:8, 24 12:24 15:20 45:7 48:20 49:20 52:8 63:4 64:10 65:6 71:23

**makes** 11:13 45:4,17

**making** 20:22 36:20 43:23

**man** 9:7,8

**manage** 27:15

**managed** 39:19

**management** 24:6,10 27:14,19

**manager** 7:9,11, 14,16 8:7,12 10:4 16:20 17:23 19:4 68:15

**managers** 16:8 39:5

**managing** 10:8 24:23

**manual** 16:12

**manually** 7:3 8:2 65:6

**March** 16:18

**mark** 39:22 58:23

**marked** 39:23 40:1 51:4 59:1 66:5 70:11

**market** 12:21 13:16

**marketing** 7:22 13:25

**Master** 9:19

**Matrix** 68:22,23, 25 69:1,8

**maximum** 12:14

**means** 12:2

**meant** 54:17

**mechanical** 50:3

**meet** 33:4 46:5,9 52:1

**member** 9:18 10:22 20:23 22:3, 5,10 25:4 41:21, 23 45:6,10,13 46:4,9 48:21 52:25 53:1 56:25 63:17 72:20

**members** 14:20 19:13 22:3 38:7 40:20 48:5 52:14 63:3 65:12

**members'** 27:14

**Memorandum** 51:6

**middle** 32:19 53:17

**MIL** 44:5

**Military** 44:5

**minimum** 12:14

**minute** 14:7 38:22 58:18

**modifications** 64:25

**Monday** 13:13,14

**monitor** 30:14 61:21 62:12

**monitoring** 30:17 56:19 57:9 61:24

**month** 7:25 10:24 11:13 12:10,15 14:5,14,25 30:12 31:3,24 32:10 34:15 35:3,7,24 36:5 55:3 60:15 70:24

**monthly** 10:25 11:11,14,15 18:8 29:23,24 30:15 32:7 33:4 34:9 54:4,6,24 55:8

**morning** 4:9,20

**move** 6:11

**moves** 19:23

**moving** 67:20,23

**multiple** 10:24 11:4

N

**narrowed** 39:7

**necessarily** 22:21 30:4 41:22

**needed** 31:21 50:9

**night** 72:8

**normal** 14:12

**notes** 49:20 71:3
**notice** 47:4
**notifies** 50:8
**notify** 48:18
**November** 6:4
**number** 11:9 23:3 30:23 31:4,8, 21 32:25 47:15 59:8,13,16,20 60:2,7 61:16 62:4, 9 66:6 70:23,24
**numbers** 32:22

**O**

**oath** 5:6
**object** 5:14 54:14
**objects** 5:16
**OCC** 20:13
**occasion** 5:1
**occur** 14:10 47:4
**occurrence** 50:22
**October** 9:21 10:1 15:5 17:3,9 28:15 51:5 69:17
**office** 25:25
**officer** 60:8 61:17 62:7,10
**officers** 32:20 39:4 47:12 59:9, 15 60:15
**offices** 25:20
**OJI** 45:19,21
**on-the-job** 45:19
**one-day** 11:5
**ongoing** 4:11 47:17
**online** 52:13 54:24 63:21,23 64:9,12
**ONP** 41:24
**op** 23:17
**open** 37:20,22 38:7,13,14,16 53:14,25 55:12, 14,19 56:2,8,19, 23 57:3,5,9,21,24, 25 58:7 61:6 63:9, 10,25 64:4
**openings** 26:25 27:2
**operated** 62:6
**operating** 15:10 16:23 17:2
**operation** 16:15
**operations** 6:12, 15,18 7:6 8:11,16, 18,19 9:4 17:22 19:3,5,9 20:10,17 23:17,18,19,23,25 25:23 49:21,24 50:2,12,19 56:18 61:24
**opinion** 67:4,8
**ops** 6:15 7:1 24:8
**Options** 52:1
**order** 39:22 53:6 64:21 65:19
**ordered** 6:23
**organized** 16:5 18:24
**outs** 62:2
**oversees** 16:21
**ownership** 55:13

**P**

**P-L-U-S** 62:24
**p.m.** 34:10
**paid** 30:2
**pairing** 10:22,23 11:1,5,6 12:4,6 13:3,5 37:19 38:14 57:2,5,10, 16 58:8,13
**pairings** 7:21,24 10:24 11:12,19 12:25 13:2,6 14:1, 21 17:18 19:20 31:2 36:4,11 37:9, 10,11,14,16,24 38:4 54:25 62:6, 10
**paper** 7:4
**paragraph** 51:18
**part** 35:12 58:23 61:15
**participating** 31:4
**partner** 14:23 32:1
**partners** 13:20, 21 14:8,22 30:11, 13
**passed** 16:24 18:8,9
**pattern** 32:12
**Paul** 41:24
**pay** 18:22 41:25 42:1,8,21 43:17, 18,24
**payroll** 6:17,19 7:17 9:15 10:8 16:10 18:18 44:17
**PBS** 19:19 23:12 27:17 30:22 31:1, 3 36:20,23 37:10 38:3 52:22 54:5,6, 10
**people** 6:25 15:24 18:12,20 42:11 50:6 56:17, 18 65:2,17,21 67:20 70:24 72:14
**percent** 31:12 33:7 34:13,16
**percentage** 47:16
**period** 21:14 33:17 39:3 59:8, 15 60:7 61:19
**periods** 35:3
**person** 17:21 37:25
**personal** 43:21
**personally** 41:18 46:22,23 61:21
**pertaining** 58:17
**phone** 48:20 65:24
**pick** 36:3,4 38:7 53:2,25 54:2 55:15 56:9,21,22, 23 57:24 72:20
**picked** 42:17
**picking** 56:23,24
**pilot** 9:22,23 10:2, 3,4 16:21 20:21 21:7 22:6,7 24:7, 14,23,25 25:10,14 26:15 28:20 32:16 34:5 35:1,20 36:17 37:1,7 38:15 42:4 43:10, 13,14,19,20,23 44:19 45:7,9,12, 17 47:1 48:14,15, 23 49:2,6,9,11,18 52:7 54:10 55:3, 17 57:8,20 58:7 63:12 65:3,14,21 69:3 71:25
**pilot's** 12:9 41:10 49:7
**pilots** 6:23,25 7:2,17,24 9:16,24 10:9 13:7 16:17 20:14 21:9 23:19, 24 24:1,3,6,11,12, 13,14,18 26:19 27:21 30:24,25 31:4,8,16,21 32:13,19 33:8 34:7,12,13 36:6 38:2,16 47:21 48:2 49:12 50:15, 22 53:18 57:23 59:24 61:6 64:13, 24 65:25 67:20 70:20
**place** 23:13 28:25
**placement** 26:24
**plane** 22:2 69:3
**planners** 18:17
**planning** 7:17,19 9:17 10:12 12:18, 19 13:24 16:21 17:10,15,16 18:10,15,16 19:21 21:22 37:9
**point** 5:8,17 8:2 39:1 41:15 54:15 57:11 66:21
**policy** 16:12 34:12,18 46:3
**poor** 17:21
**position** 6:5,9,11 8:23 17:8 23:21 50:25 52:18 59:23 61:5 66:10 68:9 69:21 71:16
**Possibly** 42:22
**post** 63:24 64:2
**posted** 60:7,15
**posting** 61:6 64:4
**potentially** 67:14
**prearranged** 57:22
**preference** 13:15
**preferences** 36:24 72:13
**preferential** 13:8
**preliminary** 14:16
**president** 8:11, 18 9:3
**pretty** 47:16 60:18
**previously** 51:4 66:5 70:11
**primarily** 34:23 46:9
**prior** 14:5 15:5

22:14 43:16 65:14 67:24 69:13
**process** 18:3 35:19 65:24
**processed** 65:14
**produce** 39:3
**program** 30:21 52:13
**properly** 15:21
**provide** 58:14
**provided** 11:25 39:5,11 40:3,4 51:25 58:16 67:5
**published** 14:19
**pull** 40:24 62:13
**pulled** 32:1 41:12 44:9,21 60:22 61:1
**purposes** 29:17
**pursuit** 52:2
**push** 38:5
**put** 17:17 21:10 27:1 38:8 43:10 44:16 45:13,15 46:7 55:19 56:1 57:24 58:11
**puts** 43:2 64:21
**putting** 10:13 38:4

Q

**qualifications** 26:7
**question** 5:16 50:24 71:16 73:8, 12
**questions** 5:5,9, 15 30:7 41:4 65:9 71:4,7 73:23
**queue** 65:3,4,6, 10,12,16,18,21, 23,25
**queues** 65:19
**quickly** 67:21

R

**range** 31:11,12
**read** 59:6 62:2 73:9,11,25 74:5
**reading** 49:20
**ready** 33:12 34:3, 4,8,20,22 35:9,10, 12,14,16 74:10
**reapplied** 69:23
**reason** 25:5,11 38:6 42:8,9,11 47:13 62:8
**reasons** 43:21
**reassignment** 49:22
**recall** 28:23 32:21,22 66:18,23 67:22
**receive** 30:21
**received** 64:22
**record** 5:24 73:11
**records** 17:7,9 27:7
**recurrent** 15:9, 11,12
**redirected** 32:2
**reduce** 32:5
**reduced** 32:12
**reduction** 32:5
**refer** 16:2 41:15, 25 44:1 57:14
**reference** 12:18 27:8 53:21 62:23
**referencing** 44:25
**referred** 18:19 26:15 39:5 56:24
**referring** 7:20 26:2 44:9 45:25 53:23 54:9,12,15
**refers** 55:1 58:3
**reflow** 19:11 21:2 22:3,4,6
**reflowed** 58:13
**reflowing** 49:22
**reflown** 22:1
**reflows** 20:23 23:10 50:3,4,6
**refused** 69:25
**region** 31:14
**regular** 49:16 50:21 59:18 61:11
**Reinach** 66:7
**Reinach's** 66:13
**reinstating** 15:2
**rejected** 56:3
**relevant** 39:3
**reliability** 39:4 40:4,7,14,15,18 48:8
**religious** 51:7,13 52:1 70:1,7,8
**remember** 18:19 36:7 53:19
**remote** 74:12
**remotely** 4:5
**remove** 44:17
**removed** 42:1,3, 12,19 43:14,20 44:12
**repeat** 73:8
**replace** 58:8
**replicates** 69:3
**report** 8:8 9:2,3 24:14 34:1 40:7, 11,13,15,16,17, 19,20,23,24 43:1 46:5 47:23 49:9, 14
**reported** 8:9,14, 15 74:5
**reports** 27:6 39:4 40:4 42:11 49:15 62:13
**represent** 59:10 68:8 70:20
**represented** 5:13 69:20
**representing** 66:8
**request** 14:15 32:16 39:12 51:7, 13,16,20,21 56:5 63:7,13,21,23 64:1,6,14,24 65:5 70:8 73:1
**requested** 43:10 65:20 74:14
**requesting** 65:7, 13 72:22
**requests** 39:2 63:4,6 65:18
**requirements** 52:1 70:1
**requiring** 12:5
**reschedule** 21:5
**rescheduled** 23:9
**rescheduling** 48:12
**reserve** 11:16,17, 20,21,22 12:6 13:11,12 21:5 22:9 31:8,12,15, 25 32:10 33:8,12, 13,17 34:3,4,7,8, 10,14 35:1,10,12, 13,14,21,24 36:3, 4,10,11,13,15,16, 18 37:1 38:1,9,11 46:2,10 50:9,15 52:15,17 53:11, 13,18 56:8 58:8, 11 61:17 62:2,7, 10 65:8
**reserved** 32:10
**reserves** 13:10 30:15,18 31:5 33:6 34:20,22 35:6,9,16 38:11 50:23 55:21 70:23,24
**resign** 66:10 69:21
**resigned** 68:9
**resources** 52:3 67:13 71:20 72:21 73:19
**responded** 66:13
**response** 39:12
**responsibility** 53:2
**responsible** 9:15,16 24:5
**rest** 13:1 36:4
**retired** 69:19
**reverse** 53:6
**review** 61:4 73:25
**reviews** 16:13
**River** 4:16
**Road** 4:16
**roughly** 7:12 60:14
**route** 22:8
**routing** 12:22,23, 24
**routings** 7:22
**Roy** 24:9,12,15 25:25 47:24 48:9, 12,19 49:1,12 70:5
**rules** 5:3
**run** 38:10 42:11 47:22 49:10,14,15 50:14,22,23

S

**S-A-D** 45:24
**S-A-P-A** 28:17

**S-K-E-D** 62:23
**Sabbath** 51:22 52:10 53:9 54:12 56:1 67:10 71:10 72:1,8 73:6,16
**SAD** 45:24 46:12
**safety** 23:22,23
**Salt** 10:19 11:2,3 20:23 25:20
**SAPA** 28:17 29:1, 10
**Saturday** 39:8 47:14 51:23 55:19 61:18 66:25 67:7 72:6,7,8
**schedule** 7:25 9:18,24 10:3 11:14 12:9 14:14, 19 15:8 27:16 29:24 42:12,14,19 43:20 45:2 46:3 52:2 54:8 55:6,8 63:4,5,11,20 64:25 68:21 69:7
**scheduled** 12:7 31:3 45:2,24 46:6 47:8 51:22
**scheduler** 43:5 49:25 63:18 64:18 69:13
**schedulers** 16:19 18:11 19:2, 6,25 28:1 34:24 46:8 56:15 65:7
**schedules** 13:8 16:15 18:10 19:24,25 21:22 27:15 30:13 54:24 69:8
**scheduling** 6:19, 24,25 7:2,9,11,14, 16,17 8:6,7,13 9:17,18,19,22,23 10:2 15:6 17:4,24 18:2,6,13,14,23 19:1 25:1,2,3,6, 12,15 26:11 27:4, 13 28:3,7,13,14 44:20 46:11 47:3 48:5 50:1,11 51:20 56:17 61:23 63:13,18,22 64:9, 23 68:11,16,18,20
**screen** 39:15,17 49:5 51:2 59:4
**secretarial** 6:20
**seeking** 60:8
**sees** 57:9
**segment** 10:19
**self-explanatory** 41:8 44:6
**send** 20:24 33:2
**sending** 20:23 32:24
**senior** 9:3 72:14
**seniority** 12:16 28:25 29:4,9,16, 19,20,21,22 30:3, 5 31:20 35:20 37:5,16,17 38:1 57:11 67:21 72:12,18,23
**sentence** 51:19
**separate** 70:20
**September** 47:11
**series** 5:5 11:2 37:24 58:17
**serve** 35:24 57:3
**serving** 31:15
**set** 19:18 21:22 58:24
**sets** 26:6
**Shaking** 5:22
**Shane** 4:11 51:6, 8,12 52:8 55:18, 24 68:1 69:21 71:9
**share** 39:15 51:2
**sharing** 49:5
**Shauna** 16:14 18:1 19:4 20:5
**sheet** 21:17 22:25
**shift** 49:3 52:4,16 54:21
**shifts** 52:5 53:10, 22,24,25 54:2,23 55:4
**short** 33:12,16 34:8,15,17 35:2,3, 4,11,12 38:11
**show** 39:14 47:8, 9 58:18,22 59:2 60:5 66:4,14 70:10
**shows** 60:13
**SIC** 41:6 46:16
**sick** 22:2,7,9,10 27:16 41:6,9,12, 19,21,22 46:15, 16,18,19,22,24 47:2,6 48:10,14, 25 49:19,25
**side** 5:23
**signature** 74:14
**signed** 51:7,9
**simulator** 9:25 17:4
**simulators** 69:4
**situation** 66:19
**Sked** 62:23
**Skedplus** 63:3,8, 11,22,24 64:3,16, 20 65:5,12
**SKV** 46:15,21
**Skywest** 4:12 5:25 6:3,6 11:25 22:13 24:6 28:20, 25 29:4 39:2,11 40:3 58:24 68:9 69:22,25 70:6 71:10,15 72:2
**Skywestonline** 41:2
**slot** 29:23
**snowstorm** 35:16
**someone's** 45:20
**sort** 14:6 18:24 30:6 42:5 69:2,4 73:4,14
**sound** 48:3
**Sounds** 38:23
**South** 4:16,18
**Spagnolo** 16:9 26:14 28:24 70:12
**specific** 51:20 52:8 63:25
**specifically** 53:4
**speculation** 71:17
**Spencer** 4:2,14, 20
**spreadsheet** 40:5 58:23 61:15
**spreadsheets** 58:17
**Springs** 20:24
**St** 4:16,18 6:7 25:16,18 26:1
**staff** 34:22
**staffed** 53:13
**staffing** 26:15 30:8 52:16,17 53:7,10,11,16 54:22 55:12 56:6
**staffing/ available** 52:5 53:25
**staffs** 26:20
**start** 6:3 14:21 19:25 29:4 37:17 38:2 49:2
**started** 17:8 21:15,17 23:15 28:22,25 29:8
**starting** 14:3
**starts** 41:6
**state** 4:13
**status** 11:16 33:9 35:2 37:2
**stay** 31:11
**step** 69:4
**Steve** 16:9 26:14 70:12
**Steve-o** 18:18
**stipulated** 67:16
**stop** 49:5
**stopped** 67:11
**straight** 45:20
**Strindberg** 4:8, 10 38:19,25 39:21 40:2 54:19,20 59:2 62:14,21,22 71:2,6 73:9,21,24
**stuff** 72:18,20
**Subdepartments** 16:6
**subdivision** 19:15
**submit** 26:22,23, 25 63:25 72:25
**submitted** 51:13, 16
**substitute** 25:12
**successful** 67:14
**summer** 69:24
**Sunday** 61:18 72:6
**Sundays** 39:9
**sundown** 51:22, 23
**supervisor** 17:7 18:17,21
**supervisors** 16:8 19:5,7
**support** 7:10 8:13,21 9:1,9,12, 13 16:2,4,8,9 23:16 24:1 25:17 27:5,21 28:15

46:8 48:17 64:17 65:4,22
**surprise** 59:17
**swap** 57:13,15, 21,23
**swapped** 59:9,14
**swapping** 57:15, 17 59:23
**swaps** 20:4 59:16
**switch** 22:8 39:23
**switching** 20:3
**sworn** 4:4
**system** 8:6 10:8 13:7,9 20:20,25 23:12 24:24 27:1, 9,11,12,13,14,19 28:25 29:5,16 37:10 38:17,18 40:25 41:1 42:25 52:20,22 54:5,11 55:20 60:23,25 62:24 63:8,9,11 69:2,5 72:12

## T

**T-R-A-C** 27:10
**Tab** 60:5 61:16
**takes** 12:19 50:1
**taking** 13:1 38:2
**talk** 48:23 63:18
**talking** 52:21,23 66:18
**Tanner** 5:14 39:21 62:14 73:24
**technically** 35:11 36:10 49:14
**tells** 44:16
**ten** 65:21
**tend** 72:15
**term** 11:9 12:1 14:7 36:7 56:21 57:13 58:2
**terminology** 10:16
**terms** 10:17 11:24
**test** 21:10
**testified** 4:5
**thing** 11:23 42:6 61:14 66:2
**things** 18:25 20:4 58:16 64:11 71:12
**thought** 28:24 71:9
**ticket** 6:7,8
**time** 13:1,23 15:1 20:21,22 21:7,15 22:2 32:17 37:20, 22 38:7,13,14,16 43:22 44:13 46:1, 5,10 47:8,9 53:14, 15 54:1 55:12,14, 19 56:2,8,24 57:3, 5,9,21,24,25 58:7 61:6 63:9,10,25 64:5 65:13 66:8 68:11 70:2,5 72:22
**times** 5:13 14:6 21:2,4
**title** 7:7 8:9 25:24 26:5
**titles** 8:16
**today** 5:14 16:16 23:2
**today's** 14:2
**Todd** 66:14
**tomorrow** 57:16 62:20
**tool** 54:9
**tools** 51:25 52:11 53:6 67:6,9,12 71:10 72:1
**total** 31:4
**totally** 26:5
**Tracy** 9:6 26:7,12
**trade** 54:2,22 55:4,10,16 57:19, 20,22 58:2,4 60:9, 16 61:7 64:12 66:1
**traded** 59:8,14
**trades** 20:7,9 58:15 59:16,20
**trading** 20:3 55:16 57:20,21 59:23 71:11 72:17,19
**trained** 39:4 54:23
**training** 9:20,23, 24 10:2,3,4 15:6, 7,8,11,13,16 16:11,24 17:4 23:20,24 24:1 25:15,19 28:7,8, 11 29:23 30:25 51:12 54:7 55:7 68:10,11,16,18, 20,22,23,25 69:1, 6,7,8
**transfer** 26:23 32:14,16 48:24
**transferred** 31:22 48:21,22 49:1
**transfers** 29:22 32:4
**transition** 17:1 26:21
**trip** 42:17,18 43:14 53:2,14 55:11,25 57:17, 23,25 71:19,21
**trips** 20:15 52:14 61:6 67:15
**Trisha** 16:20 17:10 68:19,21 69:7,11
**Trisha's** 17:17
**true** 29:2,3 57:1 67:21
**truthfully** 5:7
**Tuesday** 13:13, 14
**Tuesdays** 23:4
**two-year** 59:15 61:19
**type** 40:6 42:6 44:3 61:24 66:2
**types** 33:12 58:16
**typical** 47:16 60:18 61:3
**typically** 12:11 13:23 64:19
**typos** 74:4

## U

**Uh-huh** 25:21
**unable** 51:19
**underneath** 26:12
**understand** 5:8, 19 10:7 11:9 12:17 28:16 33:11 37:6,23 73:2,12
**understanding** 31:16 32:18 63:12
**undoubtedly** 5:17
**uniforms** 6:19, 21,23
**United** 13:22
**update** 20:25
**updating** 27:17
**upgrade** 17:1 26:20,21
**ups** 56:22
**user** 44:13,18 46:19,20 53:14 64:15 65:13
**Utah** 4:16,18 6:8

## V

**vacation** 9:19 44:9,15,18,21 46:20 53:14 63:7 64:15 65:13
**varies** 14:23 23:5 50:18,25
**vary** 31:10 35:15
**verification** 62:19
**vice** 8:10,18 9:3
**view** 63:4,10
**Virginia** 17:6 26:16 33:4
**VP** 62:17

## W

**wanted** 44:20 60:16 65:17 66:1
**wanting** 72:20
**watching** 20:19, 21 21:2,3
**weather** 50:3
**Wednesday** 13:14
**week** 22:20 23:5 73:5,15
**weekends** 72:15
**weeks** 14:4
**whichever** 57:8
**Whicker** 51:8
**wide** 47:25
**woman** 9:7
**words** 5:22 11:1 24:19 25:9 61:7 65:16
**work** 4:15 37:3 51:20 52:4,9,21 54:3,12,22 63:16 64:24

**working** 16:17 19:9,11,25 20:12 22:8 52:10 53:8 66:25 67:10,12 71:9,25 72:6 73:6, 16

**workload** 56:15

**works** 26:7,17 71:14

**Wow** 6:5 16:1 37:1

**writing** 16:12

**Written** 58:25

**wrong** 21:12

**Y**

**year** 6:10 8:5 14:11 29:6,12 48:1 69:24

**years** 7:8 9:10,12 23:14,15 30:2,3

**yesterday** 23:1

# EXHIBIT 9

# Remote Deposition of Jake Whicker

Date: January 15, 2021

Case: Cassell vs. SkyWest, Inc.

Civil No: 2:19-cv-00149-jnp-dao

*Reporter: Ann Fleming, CSR, RPR*

ASSOCIATED REPORTING & VIDEO

*Next-Level Litigation Support*

The Owyhee
1109 Main Street, Suite 220
Boise, Idaho 83702

Phone: (208) 343-4004
Facsimile: (208) 343-4002
production@arvboise.com
arvboise.com

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| SHANE ANDREW CASSELL,<br><br>Plaintiff,<br><br>vs.<br><br>SKYWEST, INC., d/b/a SKYWEST AIRLINES,<br><br>Defendant. | Civil No. 2:19-cv-00149-jnp-dao<br><br>Judge Jill N. Parrish<br>Magistrate JudgeDaphne A. Oberg |

REMOTE DEPOSITION OF JAKE WHICKER

January 15, 2021

Salt Lake City, Utah

Repored by: Ann Fleming, CSR, RPR

REMOTE DEPOSITION OF JAKE WHICKER

BE IT REMEMBERED that the remote deposition of JAKE WHICKER was taken via videoconference by the Plaintiff before Associated Reporting & Video, Ann Fleming, Court Reporter in and for the County of Salt Lake, State of Utah, on Friday, the 15th day of January, 2021, commencing at the hour of 9:33 a.m. in the above-entitled matter.

APPEARANCES (Remotely):

For the Plaintiff: STRINDBERG & SCHOLNICK, LLC
By: Erik Strindberg, Esq.
1516 West Hays Street
Boise, Idaho 83702
Telephone: (208) 336-1788
Facsimile: (208) 287-3708
erik@utahjobjustice.com

ASSOCIATED GENERAL COUNSEL
GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS
By: Todd R. McFarkabd, Esq.
12501 Old Columbia Pike
Silver Springs, Maryland 20902-6600
Telephone: (301) 680-6321
Facsimile: (301) 680-6329
mcfarlandt@gc.adventist.org

For the Defendant: FABIAN VANCOTT
By: Tanner J. Bean, Esq.
215 South State Street, Suite 1200
Salt Lake City, Utah 84111
Telephone: (801) 531-8900
Facsimile: (801) 596-2814
tbean@fabianvancott.com

Also Present: Todd C. Emerson



I N D E X

E X A M I N A T I O N


JAKE WHICKER PAGE

By: Mr. Strindberg................................4


E X H I B I T S


NO. PAGE

37. Termination/Final Check Request...............53




P R O C E E D I N G S

JAKE WHICKER,
called as a witness, having been first duly sworn remotely, was examined and testified as follows:

EXAMINATION

BY MR. STRINDBERG:

**Q. Good morning, Mr. Whicker. My name is Erik Strindberg. I represent Shane Cassell in a lawsuit we have against SkyWest Airlines -- not SkyWest -- yeah, SkyWest Airlines. Thank you for making yourself available today.**

**You indicated you hadn't had your deposition taken before, so let me go over some ground rules. I will be asking you a series of questions. You need to answer them truthfully and to the best of your ability. If you don't remember something, tell me that. If you don't understand one of my questions, let me know; I'll try to rephrase it.**

**Let's try and not to speak over each other. And that's sometimes hard, particularly on Zoom, but I'll try and let you finish your answers and if you let me finish my questions. What else? Lastly, I guess, you need to answer audibly. Shaking your head**



**and going uh-huh (affirmative) or huh-uh (negative) doesn't leave for a clear record. So yes, no, that type of thing.**

A. Okay.

**Q. Do you understand those instructions?**

A. Yes.

**Q. Please state your name.**

A. Jacob Whicker.

**Q. Mr. Whicker, what is your address?**

A. [redacted].

**Q. Thank you. Is there anything which would prevent you from answering truthfully? In other words, are you tired or taking medication that might interfere with your cognitive abilities?**

A. No.

**Q. Where are you currently employed, Mr. Whicker?**

A. I work for FedEx Express.

**Q. And when did you go to work for FedEx Express?**

A. September of 2018.

**Q. What do you do for FedEx Express?**

A. I'm a pilot crew member.

**Q. Prior to FedEx Express where did you work?**

A. SkyWest Airlines.

Page 6

**Q. Why did you leave SkyWest Airlines, if I might ask?**
A. Just career advancement.
**Q. When did you join SkyWest?**
A. June of 2000.
**Q. And were you at SkyWest continually from June of 2000 until September of 2018?**
A. Affirmative.
**Q. You said affirmative?**
A. Affirmative. Yes.
**Q. And what was the first position you held at SkyWest and how long did you hold it?**
A. I was a pilot at SkyWest for the whole time I was there.
**Q. Did you start out as a captain or first officer? What was your first position?**
A. I was a Brasilia EMB 120 first officer for approximately one year.
**Q. Then what position did you move into?**
A. CRJ first officer for approximately three years.
**Q. And after that?**
A. EMB 120 captain for approximately three years.
**Q. Then?**

Page 7

A. Then a CRJ captain for the balance of the time.
**Q. So when did you start being a captain on the CRJ?**
A. I believe it was around 2007. The dates get a little muddy but, you know, the years, but close to 2007.
**Q. And what was your home domicile?**
A. Salt Lake City.
**Q. When you were the CRJ captain, what routes did you typically fly? Or did it vary every month?**
A. Yeah, it varied. Just wherever SkyWest flew. You want more specifics than that like cities?
**Q. I mean did you have enough seniority at some point to bid a regular line that you flew?**
A. Yes. Well, so a regular -- what do you mean by a regular line?
**Q. I'm using the word to mean where you'd fly the same flights every month.**
A. That rarely happened.
**Q. It's my understanding that at some point you had something to do with the training program, training of pilots?**
A. Yes. Yes.
**Q. When did you start being involved with**

Page 8

**training?**
A. 2010.
**Q. And how long were you -- what position were you in?**
A. In 2010 I was an instructor for the CRJ.
**Q. How long did you hold that position?**
A. I would say -- I'm estimating -- three years.
**Q. What was your next involvement in the training program?**
A. I was a manager for Advanced Qualification Program.
**Q. What was the Advanced Qualification Program?**
A. The Advanced Qualification Program is an FAA sanctioned program for pilot training governed by the Federal Aviation Regulations.
**Q. And do all pilots go through it, all SkyWest pilots?**
A. All SkyWest pilots go through Advanced Qualification, yes.
**Q. And what's involved in this Advanced Qualification Program? Is there classroom work, simulator work? What exactly is involved in it?**
A. The Advanced Qualification Program

Page 9

encompasses training from the very beginning, say, what we call basic indoc through ground school, simulators and includes the initial operating experience in the aircraft. So it concludes at the end of the initial operating experience.
Actually, Advanced Qualification also includes recurrent training as well, the annual recurrent training. So there's the initial portion and the recurrent training portion.
**Q. So the initial portion of Advanced Qualification Program, is that something that all newly hired pilots go through then?**
A. Yes.
**Q. I think we've just been referring to it as the training program, but I gather what you're saying is the formal name is the Advanced Qualification Program, correct?**
A. Yes. And for point of reference, airlines that do not have an Advanced Qualification Program are governed by a certain part of the Federal Aviation Regulations that's separate and it's not advanced. It's old school, so to speak.
**Q. Okay. Maybe at some point I'll ask you about that. I've heard there's been a term referenced, the CTP training. Do you know what that refers to?**

Page 10

A. Probably -- I think it's called Certified Training Program or Commercial -- I'm somewhat sort of familiar with it. I was never directly involved with, but I know what it is.
**Q. Is it part of this initial Advanced Qualification Program?**
A. No, it's not.
**Q. Is it something pilots have to do before they go into this qualification program?**
A. It's completely separate. It's not related at all. In fact, it's not even directly related to an airline.
**Q. Who runs the CTP programs?**
A. You can get a CTP program -- you could buy one privately from anybody, from any company that offers it such as FlightSafety or L3.
**Q. Those are companies?**
A. Yes, those are flight training businesses.
**Q. Back in 2016 and 2017 was SkyWest sending its newly hired people to the CTP programs?**
A. I don't recall the exact dates, but SkyWest did have an in-house -- they did offer a CTP program for new hires who needed an ATP.
**Q. And where was that program located physically?**

Page 11

A. I don't know if it had a central location. The training was conducted wherever SkyWest had resources available, but as far as administration of the program, I'm not certain on that.
**Q. So let's go back to this Advanced Qualification Program. You said you'd been the manager and that would have been approximately 2013?**
A. Yeah.
**Q. And how long did you hold that position?**
A. Actually, you know, that sounds -- no. No. I became a ground -- let's see. Honestly, I would guess it was around 2014-2015, right in there. I know the dates don't line up. I don't know the exact day when I started.
**Q. And when you became the manager for this program, did you continue to fly as well as a pilot?**
A. Yeah.
**Q. So you split your time between the two?**
A. Yeah. I flew very little. The manager ATP job, there was enough work associated with it that I basically flew enough to stay current.
**Q. And how many hours a month is that?**
A. Less than ten.
**Q. And where was this program, the qualification program, where was it physically located?**

Page 12

A. My job was located in Salt Lake City.
**Q. And is that where most of the training for that program occurred or was it spread out?**
A. It's spread out wherever we had training resources.
**Q. So tell me the steps. The pilot, I guess, goes to the CTP program, gets their certification, they then enter this initial qualification program. Tell me how the training is structured. In other words, do they start in the classroom? What goes on?**
A. So are you talking about CTP? What's the question?
**Q. This qualification program that you were involved in that you were the manager of, how is that structured?**
A. You're asking about it from a pilot perspective or from the FAA perspective?
**Q. Well, from a pilot perspective, specifically the program you were manager of, what would happen? A pilot would come in. Were they put in a classroom? What would go on?**
A. Okay. So the Advanced Qualification Program covers training for the entire company and not just for the CRJ, and it has different components to it. It has CRJ qualification, it has CRJ recurrent, it

Page 13

has ERJ qualification, ERJ recurrent, basic indoc. There's an instructor course. There's -- advanced qualification is quite a bit bigger than CRJ training.
So you don't want to talk about Advanced Qualification as much as you want to talk about CRJ training; is that correct?
**Q. Just a second. Yes, but what I'm trying to focus on, Mr. Whicker, is a new pilot, you know, obviously, this case is about Shane Cassell who was hired as a pilot. Someone who is newly hired back in 2016 or 2017, just tell me how the training was structured because I've never been through it. In other words, I know that Shane said he would go to Salt Lake City. So what would happen then? Was he in classes? I just want --**
A. Okay.
**Q. -- the structure.**
A. Alright. Thank you. When a pilot would report for class, they had -- well, first of all, they either had to have an ATP license or they had to have completed that CTP course, which is separate from us.
**Q. Understood.**
A. And then they would have approximately a week of what we call basic indoctrination and that was classroom training and then there was approximately

Page 14

three weeks of CRJ specific training.
**Q. Was that also classroom?**
A. Classroom training, yes. And then approximately five sessions, and I'm using the word approximately because I don't remember the details. It's been a while. But approximately five sessions of what we call FTD or fixed training device training and then approximately 13 full flight simulator sessions. You know, so all of this is interspersed with days off, and the whole process takes between 60 and 100 days to complete.
**Q. And then this approximate five sessions of fixed training, was that what has also been referred to as matrix training?**
A. No. No.
**Q. What is the matrix training?**
A. Matrix training was considered part of ground school. It was supplemental to what the students learned in the classroom, and a matrix device is a computer-aided cockpit.
So the students would, to supplement their classroom training, they would spend approximately eight hours with the matrix devise usually in groups of two with an instructor to help reinforce what they learned in the classroom.

Page 15

**Q. And how many -- when you say eight hours of matrix training, was that all at one time, or was it split up into segments?**
A. If I recall correctly, it was four sessions, two hours each.
**Q. And that was part of you said the ground school?**
A. Yes. Yes. The matrix session coincided with, you know, the previous day or couple of days of lessons.
**Q. Back in 2016 and 2017 -- let me ask you this. In 2016 you were still the manager for this Advanced Qualification Program, correct?**
A. Yeah, correct.
**Q. When did you leave that position?**
A. I was only in that for about one year and then I was the manager for CRJ training for just two years and a couple of months until, up until the time of my departure from SkyWest.
**Q. So what was the difference between being a manager for the Advanced Qualification Program and manager for the CRJ training?**
A. Like I alluded to, the manager for Advanced Qualification is -- it's the administration of training for the entire airline for pilot training and

Page 16

it encompasses a lot of -- well, a lot of paperwork, regulation, compliance with the FAA programs, instructor training; whereas, the managers of CRJ training is specific to CRJ initial and CRJ continuing qualification training.
**Q. So do you recall when you became manager of the CRJ training program?**
A. It was two years and a few months before I left, so I think it was May 2016. That's close.
**Q. So you retained that position until approximately September of 2018?**
A. Correct.
**Q. And did you continue to fly as a pilot when you were the manager of the CRJ training program?**
A. Yes, to maintain currency, yes.
**Q. So you have the ground school, which is you said about a week of indoctrination and then three weeks of CRJ specific classroom thing, which includes training on the matrix, correct?**
A. Correct.
**Q. Then you said they would have approximately five sessions of -- I'm not sure I got it. Fixed training?**
A. Yeah, FTD is the initial, the acronym, and the fixed training device.

Page 17

**Q. Okay. What's involved in that?**
A. Fixed training device moves beyond classroom knowledge like systems knowledge and more into how the pilot is expected to operate the aircraft at SkyWest. So, for example, how you're going to move the switches and when for different phases of flight.
**Q. And where does that training take place? In a classroom?**
A. No, it's in a -- SkyWest used -- at the time they used full flight simulators without the motion.
**Q. And back in 2016 and 2017, where were these full flight simulators for the CRJ's located?**
A. They were at FlightSafety in Salt Lake City. Occasionally we would use them in other locations as well.
**Q. Where is FlightSafety located?**
A. It's at the Salt Lake International Airport.
**Q. Could these full flight simulators that you use as part of the FTD training, could they also be then used for simulator sessions?**
A. Yes.
**Q. And these fixed training device sessions, approximately five sessions, how long did each one**

Page 18

**last?**
A. There was a two-hour briefing prior to the session and the session itself was four hours and then there was 30 minutes to an hour debriefing after the session.
**Q. And there would be five, approximately five of those almost seven-hour sessions?**
A. Yeah.
**Q. Over how long a period of time?**
A. It depended on -- it just depended on the resources and how they were scheduled. Sometimes they were altogether five days in a row and some days, sometimes it was two on and a couple days off or a day off and two more sessions or three more sessions. It just varied on the resources.
**Q. Who did the scheduling for the fixed training device training than the simulator training?**
A. There's a department that scheduled all the resources: Simulators, FTD's, matrix, classroom instructors and it was -- I don't know what you'd call them. It was under the Training Department. There was a group of people that scheduled all of those resources. It was like crew support, but different.
**Q. Where were they located? In St. George?**
A. Correct.

Page 19

**Q. Do you know who the head of that department was who did the scheduling, group that did the scheduling?**
A. Her name was Kim Ence.
**Q. How is the last name spelled?**
A. E-N-C-E.
**Q. And how would that process take place; the scheduling of the FTD and the simulator? In other words, let's assume you have your teaching or these new pilots are in the CRJ specific part of the training. Would you then interface with Ms. Ence and say, look, we have X number of pilots coming up? How did that work?**
A. I did very little planning like projected interface with Kim. The only time I really interfaced with Kim and her team was when things, when there was irregular operations. For example, if a pilot called out sick or if a simulator was inoperative, those types of things, then I would reach out to Kim and we would work out, try to find a solution to fix the schedule. Even then, sometimes I would just make a phone call and say, hey, this pilot missed a session and they would handle it.
**Q. Back in 2016-2017, how many pilots would typically be in this preliminary CRJ training? In**

Page 20

**other words, how big was a typical class?**
A. Estimate between 30, and, boy, you're -- I really have to speculate. SkyWest at the time was hiring between 40 and 80 a month for the CRJ.
**Q. I gather from the way you say it that that was a lot of hires, a lot of hiring?**
A. Yes. Yes. You know, a typical normal time hiring really for any airline would be 20 a month.
**Q. When did this accelerated hiring start?**
A. I'm not exactly sure, but it was around 2015-2016.
**Q. How long did it continue?**
A. Until February this year -- honestly, I have to be honest with you. I left; it was still going in September 2018. That's the last time I was involved with it.
**Q. Okay. I was just smiling because of --**
A. Yeah.
**Q. -- last year has been a little unusual.**
A. It has.
**Q. Particularly in the airline and airplane business.**
A. Yes, it has.
**Q. These simulators that were used for the FTD training and the simulator session, how many**

Page 21

**simulators were there for the CRJ in Salt Lake?**
A. In Salt Lake City I think there were four CRJ simulators in Salt Lake.
**Q. Were they owned by SkyWest or rented by SkyWest; whatever the --**
A. No, they were leased by SkyWest, yes, the contractual agreement with FlightSafety International.
**Q. Did SkyWest lease simulators at any other locations?**
A. Yes.
**Q. Where?**
A. We usually had simulators in Atlanta. We would occasionally use simulator resources in Cincinnati, St. Louis. I think that's it.
**Q. Were there any in Denver?**
A. Oh, yeah. I forgot about Denver. Yes. FlightSafety stood up a facility in Denver probably while I was the manager, but we did have two simulators in Denver.
**Q. Do you know how many you had in Atlanta?**
A. It varied. There were several CRJ simulators there. Other airlines used them as well, but we would have between one and three simulators in Atlanta depending on the month.
**Q. How about Cincinnati?**

Page 22

A. I don't recall. We didn't have a lot of pilots in Cincinnati or St. Louis. We didn't -- you know, if we had a training line that went out there, it was just a few people. It wasn't a lot.

**Q. If a pilot was doing their ground school training, CRJ ground school training in Salt Lake, would they necessarily do their FTD and simulator sessions in Salt Lake or could they be sent to another city?**

A. They could be sent to another city.

**Q. How often would that occur?**

A. Usually the FTD was completed in Salt Lake City but not always. Simulator sessions were often sent elsewhere.

**Q. Why was that?**

A. Just resources. The simulators are used for initial training and continuing qualification training, and, so, it just depended on where, what the company needed to accomplish all of the training objectives for not just initial but for everything. And, so, wherever there were open sessions, they would tend to send the new hires to.

**Q. I gather from what you said earlier, this Kim Ence or her group would do the scheduling?**

A. Yeah.

Page 23

**Q. So she would be the one to say, okay, we need to send X number of pilots to Denver, that type of thing?**

A. Yep.

**Q. And when you were the manager over the CRJ training, did you actually do any of the ground training yourself?**

A. Well, while I was the manager?

**Q. Yeah.**

A. Not that I recall.

**Q. Did you do any of the FTD or simulator training?**

A. I did do a little bit of simulator training for continuing qualification.

**Q. But not for the new hires?**

A. No.

**Q. So what would happen -- let's say, focus first on the matrix training. You said they would have a session with the trainers. Were you bringing in pilots who would help you conduct those kind of trainings like the matrix training?**

A. Matrix training was conducted by ground instructors. It's the same instructors that taught the classroom.

**Q. Were those ground instructors pilots?**

Page 24

A. They didn't have to be, but, generally, yes. There may have been exceptions, but, generally, yes.

**Q. Who conducted the FTD training?**

A. We had dedicated FTD instructors, but there may have been some crossed, like there might have been a ground instructor that also did FTD or there could be and FTD instructor who also taught sim. There was a little bit of crossing.

**Q. Were most of them active pilots? In other words, you were saying when you were the manager you would do some minimal flying to keep certified and qualified. Were these instructors in the same situation where they would do some flying so they could stay qualified?**

A. Yeah, all but just a couple of them were pilots on the SkyWest Airlines seniority list.

**Q. Do you recall who Shane Cassell is?**

A. Yes. I couldn't picture him in a lineup, but I remember interactions with him.

**Q. At some point, did you learn that Shane needed accommodation for his religious beliefs?**

A. Yes.

**Q. How did you learn that?**

A. I don't recall if HR had sent me something

Page 25

or if Shane approached me directly. I don't recall exactly if I learned it from Shane directly or if I learned it from HR. I don't know.

**Q. Let me show you -- and this is really going to be a test of my technological feat. I'll try to share a screen here. Do you see what's been marked as Exhibit 13?**

A. Affirmative.

**Q. Exhibit 13 appears to be an email or something dated September 1st, 2016 from Spencer Hinckley to Coy Bryant. Have you ever seen this email before?**

A. First time I saw it was when -- is it Dunja -- sent it to me. That's the first time I saw it.

**Q. And you said at some point either Shane approached you or someone from HR approached you, is that correct, regarding the need for religious accommodation?**

A. Yes.

**Q. Was it Coy Bryant in HR or someone else?**

A. I don't recall.

**Q. What were you told was needed as far as accommodation?**

A. You know, I don't recall because I don't

know -- there was an email that I think I was cc'd on it or I didn't understand it that referred to previous accommodation for Shane and I didn't know what it was talking about.

And now that I've seen your documents that were shared with me by Dunja, I see that there was an accommodation made of sorts for CTP. I suspect that's what it was, but there was an email thread that I just caught a piece of, and, so, at some point, HR reached out to me, and it could have been Coy or it could have been someone else that said, we may have an accommodation in this class to do.

Whether or not that -- whether or not I saw that before I talked to Shane or after, I don't know.

**Q. When you say that, you're referring to the exhibit we just looked at, September --**

A. No. I've never seen that exhibit that you just showed me.

**Q. So it was some other email chain that you saw?**

A. Yeah. It was just a note that, hey, you may have an accommodation in this class.

**Q. Do you recall who it was from?**

A. I don't.



**Q. Let me . . . I'll share with you hopefully what's been marked as Exhibit 6.**

A. I see it.

**Q. Which is a series of emails between Coy Bryant and Shane Cassell. Are these the emails you recall receiving?**

A. Honestly don't remember.

**Q. Have you ever seen this email or this exhibit before?**

A. I'm not certain that I had or hadn't, this particular email. I don't remember.

**Q. But you recall receiving some email that made some reference to Shane needing a religious accommodation; is that correct?**

A. I remember some traffic, some conversation, some communication about accommodation and I don't even remember, honestly remember, if it was about Shane. Like I don't remember if it was about Shane or about somebody else.

**Q. So were there pilots before Shane Cassell who had requested an accommodation?**

A. I don't know if there were pilots before Shane, but there were a couple of pilots who had requested accommodation.

**Q. What types of accommodations were they**



**requesting?**

A. There was . . . Trying to think of a specific case that I can remember. So, honestly, I can't remember. I know, I just know I've been through this process, this religious accommodation process. I'd gone through it a couple of times with HR and I don't recall if it was before Shane or after Shane and I don't remember who it was.

**Q. While you were the manager over the CRJ training, did you keep any kind of records or files that would somehow list out these accommodation issues?**

A. No.

**Q. Okay. So as I understand what you're saying, at some point you became aware that Shane needed a religious accommodation, and what did you understand that accommodation was that he needed?**

A. I understood that he needed to be relieved from all duty from sundown on Friday night to sundown on Saturday night.

**Q. And you learned that either from HR or from some email you saw or from Shane talking with you directly; is that correct?**

A. Correct.

**Q. What did you do when you received that information regardless of how you received it?**



A. If I knew that there was accommodation needed -- so at some point when I realized, when I recognized that Shane had this need and reached out to HR, I reached out to HR. I don't recall if it was Coy Bryant or Nicole Chapman. Those are the two people I worked with most frequently and I don't recall who it was and I would just ask them to guide me through it. They usually handled the process.

**Q. There was an issue that came up with Shane in 2016 regarding matrix training, scheduling of the matrix training. Does that refresh your recollection at all?**

A. I'm familiar with what it is, yeah, what the issue.

**Q. What do you recall about that issue?**

A. Shane, if I remember correctly, was scheduled for a matrix session that would encroach on the sabbath day because the sun set during the session and he did not want to attend that session.

**Q. How did you learn that? Was it from Shane, or was it from someone else?**

A. It was from Shane.

**Q. And tell us the best of your recollection what he had said to you and what you said to him in the course of that conversation.**

Page 30

A. About that particular session?
**Q. Yes, about that issue, matrix training.**
A. He told me about his religious belief about keeping the sabbath and about how it starts at sunset on Friday and ends at sunset on Saturday. I asked him about the seasons. Like what about summer; does the time change? And he said, yes.
So, essentially, you know, the sabbath day shifts in the summer. It's shorter. I asked him if there was . . . You know, if he was willing to work during that time. He said no. Trying to remember if we talked about anything else about it. That's all I remember specifically asking him about it or talking to him about it.
**Q. What did you do after you had this conversation with him?**
A. I don't recall exactly what I did. Like I don't know. I don't recall if I -- I mean you mean immediately after talking to him?
**Q. Right. I gather what he was saying to you -- tell me if I'm wrong -- is that he had been scheduled for matrix training class that went past sundown on Friday; is that correct?**
A. Uh-huh (affirmative).
**Q. That's a "yes"?**

Page 31

A. Yes.
**Q. So you have a pilot coming to you with a scheduling conflict. What did you do at that point? Did you call someone or email someone about possible schedule changes?**
A. I don't recall the exact timing, but I would have reached out either via phone call or email to HR. I may have reached out to Training, but I don't remember, you know, the scheduler to see if there was another shift. I doubt that I would have done that. Almost certainly, though, would have talked to HR. I would have talked to my boss as well.
**Q. Who was your boss?**
A. His name is David Moxham.
**Q. It's been represented to us that Coy Bryant was the HR person handling this issue at that time. Does that refresh your recollection of who you would have spoken with in HR?**
A. No. I mean I believe you. I worked with Coy a lot. There was a transition between working with Nicole Chapman and Coy Bryant and I don't know when it was.
**Q. What do you recall saying to this person in HR about your conversation with Shane?**
A. I don't recall the exact conversation.

Page 32

**Q. Tell us the best of your recollection what you said.**
A. Honestly don't recall the conversation at all. I don't remember it. I know that it happened. I know I reached out to him, but I don't recall what the conversation was.
**Q. You said you also probably talked with your boss, David Moxham. What do you recall about that conversation?**
A. I told David that I had a student that was unwilling to attend the session due to religious beliefs.
**Q. What did Mr. Moxham say?**
A. I don't remember. I mean he -- I don't recall if he even said anything or if he responded. We were just following the process to -- you know, we identified that there was a concern of religious nature. We went to the HR and followed the guidance that HR provided. Dave didn't get involved in it other than just being aware.
**Q. Let's sort of not back up but go slightly sideways here for a moment. You said that the matrix training that the pilots usually did in groups of two; is that correct?**
A. Yes.

Page 33

**Q. Who assigned those groups? In other words, who assigned the pairings?**
A. Those groups were -- they were assigned during class during the first week of ground school, CRJ ground school, and I think it was based on their bid. So we had a training bid for their training schedule after ground school or -- and I guess it included the matrix. I don't remember exactly how the sessions were assigned now that you mention it. I think they were -- so we had a training bid that handled FTD and sim.
As far as the matrix goes, I don't know how we decided who the students were paired with and at what time.
**Q. Let me show you --**
A. I don't remember.
**Q. Let me show you an exhibit that's been previously marked as Exhibit 4, which is not quite from the same time period we're talking about but it's similar. Can you tell us what Exhibit 4 is? I can blow it up if you want?**
A. It looks like a matrix lab signup, which is separate from what we're talking about.
**Q. What do you mean it's separate from what we're talking about?**

A. It's not formally part of ground school. It's not required training. It's not part of the Advanced Qualification Program. It was a -- this was kind of a -- if I'm understanding what this is, I don't recognize the instructor, but if I understand what this is, we would offer one of the Saturdays during ground school that the students could go to a matrix device and they could sign up for it randomly on their own and we would have one instructor between the four different matrixes.

We would have one instructor available basically to answer questions about the airplane, about the systems, about the switches, about class, about ground school, about the test -- not the test, but the upcoming test, you know, getting ready, preparing for it. It was kind of a just a lab with one instructor that was available.

**Q. So if a student felt that he or she needed additional training, they could sign up to that additional matrix training?**

A. Yes. Yeah. It was a way to get access to an instructor outside of scheduled time.

**Q. Do you recall at all how the regular matrix training was assigned?**

A. I don't. Now that you've asked the



question, I don't. I know the FTD and simulator schedules were bid. I can't remember. I don't remember how we allocated the matrix time. I don't.

You know, when I taught ground school, I don't think we had the matrix devices, and, so, I wasn't intimately involved in that, or at least I don't remember having them. So that process, I don't know how it was handled.

**Q. Was there someone under you who handled the matrix training, so like the manager over matrix training?**

A. No. No. It was part of ground school. No.

**Q. So you said that you recall Shane came to you and he said that there was an issue, a conflict with the sabbath regarding his matrix training; is that correct?**

A. Uh-huh (affirmative).

**Q. That's yes?**

A. Yes.

**Q. And you talked to someone in HR and your boss, David Moxham. Did you do anything else?**

A. Not that I remember.

**Q. Did you make any effort to try to at least reschedule the matrix training for Shane so there**



**wasn't a conflict?**

A. I considered all of the available matrix shifts that we had with instructors available and the matrix available at the same time. All of them encroached on the sabbath.

**Q. Was that typical? Were they always Friday, the Friday evening-Saturday period?**

A. Yes. There was a session from four p.m. to six p.m. and a session from six p.m. to eight p.m.

**Q. On Friday?**

A. On Friday. And if I remember correctly, yes, and during that time of year there had always been an after sunset conflict.

**Q. Was that, when you say there was always a four to six and six to eight matrix training schedule for Fridays, was that for every single class, CRJ class?**

A. Yes, as far as I can remember. There was a time when we had to split classes, you know. When we were hiring a lot, we had to divide -- say we had 80 people in a class. We would divide that class into two classes of 40. I don't remember how, exactly, how we managed the matrix then. I don't recall if there was a, like, a Thursday-Saturday schedule to help manage the number of students. Honestly, I don't recall.



**Q. Would you as the manager get some kind of printout, or was there some kind of a printout posted would show the students when their matrix training was scheduled?**

A. They never gave it to me. I mean I could have gotten it. I could have went and found it somewhere, but they didn't send it to me. I didn't really get involved with the scheduling.

**Q. So this Kim Ence or people under her would create some kind of schedule that was sent out correctly to the student pilots?**

A. For FTD and sim, yes. For matrix, that was handled really in the classroom with the ground school instructors. It was part of class. It was part of the classroom.

**Q. Could there have been some modification of the matrix training so that it didn't encroach on the sabbath?**

A. Not without interrupting ground school itself, the classroom time itself.

**Q. Why is that?**

A. Or scheduling something on a Saturday. In order to get a student in a matrix not on the sabbath, you know, sundown Friday to sundown Saturday, we would have had to let out a class sooner or change a class

Page 38

day. You know, not do class on Friday night or Fridays and do one on Sunday, or we would have had to have made a drastic change that would have been very difficult to manage with the number of students and the resources that we have available such as the matrix and the instructors.

**Q. What hours would typically -- sorry. I didn't phrase that very well. In the ground school, when did it typically start in the morning and when did it typically end each day?**

A. Ground school was scheduled from 8:00 to 5 p.m. every day and on matrix days the students would get out at 3 and that could give them time to get from the training facility over to the matrix, which was not at the hangar, not at the training facility at the time and because of the finite resources, I mean the limited number of matrix devices, half the students would go from 4 to 6 and the other half would go from 6 to 8 p.m.

**Q. Where you said the training facility, where was that in relationship to where these matrix devices were located?**

A. The classrooms were at the SkyWest training facility in Salt Lake City, which is approximately a mile and a half or two miles from

Page 39

FlightSafety. It's also on the airport, but it's just around the bend, so to speak.

**Q. So why did the students need two hours to get from training classroom to FlightSafety?**

A. They would get out of class at three and they would have an hour to get over to FlightSafety and, so, they would either take their own vehicle if they had their own vehicle or they'd take hotel transportation.

Most of them would go -- it was just scheduled for an hour for logistics to get, okay, you're moving out of the classroom at the training facility and those of you that have matrix at four p.m., it starts -- you know, you've got an hour to get there. It's just logistics of transportation.

So, from a company perspective, we have to provide transportation for these people, for these pilots, and, so, logistically getting the people from the training facility to their hotel, which it was adjacent to FlightSafety, sometimes the hotel would take multiple trips.

I mean they have one ten-passenger van and they'd have to make four trips and it just takes time. So there was just a little bit of flex in the schedule.

**Q. This issue with the matrix training came**

Page 40

**up, I'll represent to you and we can look at documents, but it came up right at the end of November 2016, the very beginning of December. And at that time sundown, I'll represent to you, was at about 5 p.m. Was there any discussion that you had with your HR or David Moxham about trying to get Shane and his partner into the matrix, say, like at 3:00 or 3:10 so that he could finish up by 5?**

A. I don't recall a discussion like that, but if we -- I mean if he started at 3:10, he would -- if we did the scheduled session, he'd been done after sundown.

**Q. Do the sessions have to be 2 hours or could they have been 1 hour and 50 minutes?**

A. They were required, they were scheduled per our Advanced Qualification Program to be two hours.

**Q. But did they have to be, I guess what I'm getting at, Mr. Whicker?**

A. If the student was, if the instructor and the student were able to complete the syllabus in less than two hours, that would be okay. Conversely, if the student and the instructor were not able to complete the session in two hours, it would be required to go into an extra session, an additional session, and we saw both.

Page 41

**Q. When you say an additional session, would the session keep going or would another session be scheduled at a later time?**

A. It would have to be scheduled at a later time because the resources, the matrix resources and other resources were so tightly scheduled that there would be another group waiting to start the lesson.

**Q. Was matrix training ever done -- you said it was either Friday/Saturday or Thursday/Saturday. Did you ever back in the end of 2016 do a matrix training on a day other than Saturday, like Thursday/Monday, Friday/Monday, Friday/Sunday, that type of thing?**

A. Not that I recall. Never. We never did that. We never scheduled -- remember, matrix is part of ground school and the idea is that you go to ground school and then you go over to the matrix and you solidify with visual tactile interface what you learned at ground school. So we wouldn't have classroom on Friday and then Sunday or Monday have somebody go to matrix that I recall, wouldn't have somebody go to matrix to learn what they did then. It was designed to go together hand in hand.

**Q. Was there any training at ground school on Sundays?**

Page 42

A. Not -- we had one class that we taught on Sundays. It was what we called differences training for different -- there's three variants of the CRJ. There's a CRJ 200, 700, 900. We did differences ground school on a Sunday.
**Q. How long would that last?**
A. It was one day.
**Q. Would the new pilots go through that, or was that part of the advanced?**
A. They would usually do it after they passed their simulators.
**Q. Was matrix training ever done on a Sunday?**
A. No.
**Q. Would there have been -- I understand what you're saying. You would do the ground school, the classroom training and you wanted people to get into the matrix training at the end of that day. Was there anything, though, that would have prevented you from like having them to the classroom training on Friday and the matrix training on Sunday?**
A. The resource scheduling would be part of it. So we're dealing with matrix is a resource, the classroom is a resource, simulator is a resource, the instructor is also a resource, so instructor availability.

Page 43

We were required to provide time off. I don't remember exactly what time off is required to be provided, but we couldn't, for example, we couldn't train a pilot seven days a week and we weren't allowed to work an instructor seven days a week. So there were constraints in the schedule. I'm not exactly sure how --
**Q. When you say you weren't allowed to, was that an FAA regulation or a SkyWest regulation?**
A. SkyWest policy manual, the pilot policy manual.
**Q. I'm going to show you what's been marked as Exhibit 14. Is that your signature on Exhibit 14?**
A. Yes.
**Q. Did you draft this document?**
A. No.
**Q. Who did?**
A. I don't know.
**Q. Were you consulted about the contents of this document?**
A. Yes. I don't know about this specific document, but, yes. I mean this subject, yes.
**Q. Who did you -- who consulted with you on this subject?**
A. I don't remember if it was Coy or if it

Page 44

was Nicole.
**Q. And the subject being fashion some kind of accommodation for a pilot who needed the sabbath off?**
A. The discussion that was had about this was more about the training footprint and the schedule and the resources. It was more about that.
**Q. What do you mean; the training footprint?**
A. So the training footprint about is there -- you know, could we do -- could we move this session there? Could we move that session here? How does this work? How does matrix and ground school fit together? How does FTD fit with ground school?
So I was asked about how the schedule works, how it's mapped out and how everything fits together with the other resources classrooms, instructors, FTD's, matrix, simulators.
So either Nicole or Coy talked to me about trying to understand how it works. They also talked to me about bidding schedules.
**Q. What do you recall about those discussions about bidding schedules?**
A. We talked about, we definitely talked about FTD and sim training. I don't recall, you know, I do not recall exactly how the students were assigned either that 4:00 session or that 6 p.m. session. I

Page 45

don't recall how that happened in class. I know it happened in class, but that's all I remember.
**Q. Looking at this document, there's this highlighted sentence where it says after extensive evaluation and consideration of the request as well as the evaluation of the quality, safety and operational impact as well as training footprint structure for SkyWest, and it goes on, it's been determined that we are unable to honor the specific request with work schedule.**
**Is this what you were referring to; discussions with either Coy or Nicole about how the training was structured?**
A. I don't know if that line is referencing exactly the discussion I had with them.
**Q. Then there's this, the end of that paragraph there's -- it goes on to say, However, as an accommodation, we have provided FO Cassell with tools to meet his religious requirements. Options include pursuit of schedule changes as defined by company and departmental resources, paren, e.g., drop/trade shift, bid for desired work, assignments, domicile staffing/available shifts. Do you know what that's referencing; these tools?**
A. Yeah. So we invited Shane or encouraged

Page 46

him to try to find other classmates that would allow him, you know, that had shifts that would work for him. Those are the same resources like so let's -- so let's say I'm in class and I've got a wedding that I want to attend, but I have a sim session that's on that day, well, if I can work out a shift trade to make it work, that would work. I mean that's something that was permissible. You know, training, you can't really trade a ground school day per se. It's just scheduled. It is what it is, kinda.

**Q. Mr. Bryant said that these tools were also referring to things that Mr. Cassell could have used to avoid flying on a Saturday once he passed -- once he got out of training. Did you have any discussions with Coy or with Nicole about what would happen regarding scheduling for Mr. Cassell once he was out of training?**

A. No.

**Q. So you don't recall drafting this document. You do recall signing it; is that correct?**

A. Correct.

**Q. And were you present when Shane signed it?**

A. I don't know. Usually I would be the one that -- I mean I would say -- I don't recall specifically if I was with Shane when he signed it, but I suspect he was, but I don't know that for certain.

Page 47

**Q. We've been going for a while.**

A. For example, if I wasn't there, usually I would put by telephone or something like that. I mean that was my -- it was not unheard of for me to notate I was not present.

**Q. So the fact that there's no notation means that you were probably present when you signed it?**

A. Yeah, mostly likely I was there.

**Q. Do you recall any discussions with Shane when you signed it, when he signed it and when you signed it?**

A. No.

**Q. We've been going for a little while. Why don't we take a 10-minute break.**

A. Okay.

**Q. And continue on at 10 to ll.**

(Break)

**Q. I'm going to back up. We've just been looking at Exhibit 14, which is that memorandum of understanding. Let me show you another document here, which actually precedes the Exhibit 14. This is dated 10/27, and Exhibit 14 was -- well, the same date. Were you ever shown this document, Mr. Whicker? It's an email between Shane and Coy Bryant and I'll -- Shane's email refers to I have attached the completed religious**

Page 48

**accommodation form to this email.**

A. I think this is the form that I saw that I mentioned earlier that I saw in an email that passed through. I think that's it. And I hadn't thought of this Mikhail fellow in this email before until I saw these documents that were shared with me by Dunja, but I vaguely remember that.

**Q. Earlier you would you had been testifying that at some point you were shocked that you were copied on an email chain and you didn't quite know what was going on with it; is that correct?**

A. Yeah. I think it was this one.

**Q. And this email chain, which is Exhibit 6, did it also include the Employee Request For Religious Accommodation form?**

A. I don't recall. I don't recall.

**Q. And this discussion you had with HR, with David Moxham discussion I should say, did those take place after you saw Exhibit 6?**

A. Yes.

**Q. You said that Shane came to you; there was this issue with the matrix training. What was the next thing you recall occurring?**

A. I don't recall how many conversations I had with Shane, but I remember that he was -- I believe

Page 49

I spoke to him a couple of times on the phone. I think we had some long conversations. I remember asking him about what he expected to do flying a line, how he expected to hold the sabbath off. I remember asking him if he thought that was possible.

I know at some point he resigned, as well, but as far as, you know, we had two conversations, I don't remember that. I don't remember specific details about how often we talked, but I know that it was more than just the first time he talked to me.

**Q. Did you take notes or anything of any of these conversations?**

A. No, I did not.

**Q. You said one of the topics you talked about was once he was flying a line, if he thought it was possible to avoid flying on the sabbath. Do you recall what he said to you in response to that?**

A. His response was that he knows other Adventists that have never flown -- or that have never had to violate the sabbath. That's what he told me.

**Q. Did you pass that information on to anyone; HR or to Moxham or anyone?**

A. I don't remember if I did or not. I suspect I did, but I don't remember.

**Q. Anything else you recall about these**

Page 50

**conversations with Shane?**
A. I remember that Shane was upset, emotionally distraught. I remember thinking that he talked to his dad a lot about this. So his father was a mentor of sorts, I think. I remember asking Shane -- I remember discussing, you know, all the different options like, hey, Shane, you know, these are your different options. You could -- I mean if you were sick for your matrix sessions, then we would be forced -- that would force us to manage it. And he said, well, I'm not going to do that. I remember because he has great integrity, Shane does. And I wasn't really suggesting that he be sick, but I was -- I was just exploring where he was at with this.
I remember asking him about, you know, if you were here in July, would this be different? This is a discussion we had and he said, yes, it would be totally different.
**Q. Did you have any discussions about him stopping training and starting training in the spring or the summer when the sundown was later?**
A. Other than just the conversation of talking about would this be different if you were here in the summer, I don't remember any other discussion about postponing training or anything of that nature.

Page 51

**Q. I assume since you mentioned it, I assume that there were times that these trainees, someone would get sick and not be able to attend a matrix session. Did that ever occur?**
A. I can't remember a specific time it occurred for matrix. It occurred occasionally in ground school and occasionally in sim. Somebody would get the flu or something. I don't remember a specific case in matrix. It may have happened.
**Q. If someone got sick and couldn't attend a training session, ground school training session, what would you do? How would you handle that?**
A. If you miss a session, there's really not -- we don't have -- we didn't at the time have the resources to get you caught up within the timeframe that was available because everything was so constrained, and, so, what we usually would do is what we call reset somebody and what that meant was that pilot would essentially join the following class. We'd send them home for two, three, four weeks and they would join the following class and start over.
**Q. Was there any discussions with Shane when this issue of the matrix came up about resetting him to a later class?**
A. Not that I recall.

Page 52

**Q. Anything else you recall about these discussions with Shane?**
A. Shane would have been concerned about -- I remember he asked about being terminated. You know, if I -- he asked me specifically if I don't show up for this shift, what's going to happen?
And, you know, he was -- every pilot is very sensitive about being fired because it blacklists you pretty bad; I think more so than a lot of industries. So he was concerned about it. So we discussed that. You know, well, if you resigned, you wouldn't get fired. If you don't show up for your shift -- I don't remember verbally telling him specifically he'd be terminated or anything like that, but I may have.
But we definitely talked about, you know, you could resign if you're worried about being terminated over this. And he was. He was concerned about it.
**Q. Who was the chief pilot for SkyWest at the time; was it Roy Glassey?**
A. The assistant, I honestly don't know. There were two what we call system chief pilots. One was Shane Losee and one was Roy Glassey and I don't know when Roy started.

Page 53

**Q. Did you have at any point a talk with either of them about the situation with Shane?**
A. No.
**Q. I'm going to show you another document.**
MR. STRINDBERG: Tanner, we used this document, but I don't think we labeled it. Did we.
MR. BEAN: It's 637.
MR. STRINDBERG: No, it's SkyWest 00037 see at the bottom there.
MR. BEAN: Yeah. I'm fine with marking it as Exhibit 37, that would be coincidental, the page number.
MR. STRINDBERG: Let's mark the document, which is SkyWest 37 -- that's the Bates number -- as Exhibit 37, ironically enough.
(Exhibit 37 marked)
**Q. Mr. Whicker, do you recall this document? Is that your signature at the bottom?**
A. Yes.
**Q. Below that there is a witness signature. Do you know who that is?**
A. That is Taylor Smith.
**Q. What position did Taylor Smith hold?**
A. Taylor was an admin in training.
**Q. Did you prepare this document?**

Page 54

A. Yes.
**Q. And did you have any discussions with anyone at HR or anyone else regarding this document before you filled it out or while you were filling it out?**
A. No.
**Q. You have up here that he was eligible for rehire. Why did you put that down?**
A. That's a standard code. So when you select, when somebody resigns voluntarily, unless they -- there was a code that was voluntary, eligible to rehire and I can't remember if there is one voluntary ineligible for rehire, but it was like a drop-down list.
**Q. So in other words, if you entered I guess here it says 100 resignation, if you entered that, it would then fill out the rest of the fields saying voluntary, eligible for rehire?**
A. Correct.
**Q. And when you signed this and Shane signed it, where were you? Were you in your office or somewhere else?**
A. The problem is I don't remember exactly where we were, but I remember the event after. I'm almost sure, I'm all but certain we were at the training facility in Salt Lake City.

Page 55

**Q. Did you have an office at the training facility?**
A. Yes. Actually, we must have been at the training facility because Taylor Smith worked there. That's where Taylor worked.
**Q. Once this was signed, what did you with it, this form?**
A. I would have scanned it and emailed it to HR.
**Q. There's some initials up here. Do you know what those represent?**
A. No.
**Q. I'm going to show you another document. It's Exhibit 5 and it starts the bottom is an email from Shane to you dated December 1st and the subject is clarification of yesterday's events. Do you recall receiving this email?**
A. Yes.
**Q. A few moments ago you referred to the event after. What were you referring to?**
A. After he signed his resignation paperwork, I don't know if it was 30 minutes or an hour later, but I left the office to drive home, so it must have been later in the day, and he was walking from the training facility to the hotel and I picked him up and took him to the hotel.

Page 56

**Q. Did you have a discussion while he was in the car with you?**
A. Yes.
**Q. What did the two of you discuss?**
A. Religion.
**Q. What about religion?**
A. About convictions and about integrity and character and about my own faith and his faith. We shared a common belief in Christ and expressed our kind of mutual path trying to keep the sabbath -- we're different faiths -- but keep the sabbath and how we look at it, but we discussed faith.
**Q. Do you recall anything more or more detail about that conversation about keeping the sabbath?**
A. No.
**Q. I gather, and tell me if I'm misinterpreting it, but based on the conversations you had with Shane and your own beliefs, you understood where Shane was coming from and why it was important to him not to work on the sabbath; am I correct?**
A. Yes.
**Q. And did you feel that he was acting honorably when refusing to work on the sabbath?**

Page 57

A. Yes.
**Q. Now, I'm scrolling up on Exhibit 5 and it's an email that you wrote back to Shane the next day, Friday, December 2nd. Was this something you drafted on your own?**
A. I don't remember. I think I did, but I don't remember.
**Q. You say down here at the bottom, had you continued employment and didn't report for or complete the assignment, your employment would have been terminated, as this is a required job function. Are you referring to that if Shane had not attended the matrix training, he would have been fired; is that what that's in reference to?**
A. Yes.
**Q. You sent this or you copied this to Coy Bryant and Dave Moxham. Did you have any discussions with either of them after you sent it to them?**
A. Not that I can remember.
**Q. And up here this reference in the second paragraph clearly signed a letter. That was in reference to the document we looked at before, correct, Exhibit 14?**
A. Yes. I don't know if it was Exhibit 14, but, yes, the religious accommodation letter that Coy

Page 58

had produced for him to sign.
**Q. There's a reference here in this next line says, we have provided. Is that -- who was that a reference to?**
A. I'm guessing SkyWest, generally. Yeah. I'm guessing SkyWest, generally. I don't know if that's a direct quote out of that letter from Coy or not.
**Q. I'm going to stop sharing. Okay, so Shane resigns, which is Exhibit 37, which is dated, I believe, November 30th; he then sends you an email the next day; you respond the following day, December 2nd. Did you have any other conversations with Shane after you responded to him on December 2nd?**
A. Not that I remember.
**Q. Have you ever had any further discussions with Shane after December 2nd at any time?**
A. It's possible that he emailed me or called me or text me. You know, I would say like immediately after that, December 2nd, maybe within a week or two, but in the last couple of years, no.
**Q. Did you learn at some point that there was a series of communications that took place between Shane's attorney and SkyWest, particularly Todd Emerson?**

Page 59

A. No.
**Q. We sent you some of those, Dunja sent you some of those documents, some letters.**
A. Okay.
**Q. Had you ever seen those before we sent them to you? And I'll show you one of them for example. I don't want to belabor the point, but this is Exhibit 7. It's a letter that Mr. Emerson wrote to Alan Reinach. Had you ever seen this letter prior to Dunja sending it to you in preparation for this deposition?**
A. No.
**Q. Were you made aware after around this time period, December 2016, that there was this dialogue between Alan Reinach and Mr. Emerson going on?**
A. No.
**Q. Did you learn at some point in the late spring of 2017 that Mr. Cassell had reapplied for a pilot position at SkyWest?**
A. Ask again?
**Q. Did you learn that the following spring of 2017 that Mr. Cassell reapplied for a position at SkyWest?**
A. I learned that when Dunja reached out to me a month ago or so because I Google searched Shane's

Page 60

name and saw a video where he talked about his second interview.
**Q. I'm going to show you another exhibit. This is previously marked as Exhibit 29. It's, I gather, sort of a form letter but the important part is dated June 15, 2017. It says, We are pleased to invite you to a pilot interview with SkyWest Airlines on 6/22/2017. So you were not informed back in June of 2017 that Mr. Cassell had been invited for an interview?**
A. No.
**Q. I will pull up another document. I've put up Exhibit 11, which is a letter that Shane wrote regarding religious beliefs and his need for an accommodation to the Mr. Coy Bryant. It's dated June 29, 2017. Prior to Dunja sending you this exhibit, had you ever seen that before?**
A. No.
**Q. I'm going to pull up one other. Mr. Whicker, I've put up what's been previously marked as Exhibit 34. It's a letter from SkyWest Airlines, recruitment to Shane dated July 12, 2017 saying that, We regret to inform you that you were not selected for the position at this time.**
**So do you have any knowledge, Mr. Whicker,**

Page 61

**of the fact that -- or the events that occurred in 2017 where Shane applied for another position with SkyWest and SkyWest -- I guess the term they used was regretted, told him that they would not hire him? Do you have any knowledge of what occurred in 2017?**
A. No.
**Q. You were still doing CRJ training in June and July of 2017, were you not?**
A. I was. Affirmative.
**Q. At that time was the matrix training still scheduled for Friday evenings? Would the session take place on Friday evening?**
A. Yes.
**Q. Let's take a quick break. I'm going to confer with my co-counsel and then we can -- I'll probably be done. Mr. Bean may have some questions for you, though, but give us just a few minutes here.**
A. Okay.
(Break)
MR. STRINDBERG: I have no further questions, Mr. Whicker.
MR. BEAN: We don't have any at this time either.
MR. STRINDBERG: So we'll end this deposition. Mr. Whicker, you have the opportunity to

**Page 62**

read and correct this deposition. Would you like a copy of it sent directly to your home and you can go over it and if there are any errors in the transcription or if you misspoke or something, you can make that correction?

MR. BEAN: Looks like he's not getting audio.

(Pause for technical difficulties)

MR. BEAN: Erik, do you have an email address for Jake? I can find it. Okay. Jake can correct me if I'm wrong on this, but I believe his address is [redacted]

(The remote deposition concluded at 11:41 a.m.)

* * *

(Signature was requested.)

**Page 63**

VERIFICATION

STATE OF ______________)
) ss.
COUNTY OF _____________)

I, JAKE WHICKER, being first duly sworn remotely on my oath, depose and say:

That I am the witness named in the foregoing deposition taken the 15th day of January, 2021 consisting of pages numbered 1 to 62, inclusive; that I have read the said deposition and know the contents thereof; that the questions contained therein were propounded to me; that the answers to said questions were given by me, and that the answers as contained therein (or as corrected by me therein) are true and correct.

Corrections Made: Yes_______ No_______

___________________________
JAKE WHICKER

Subscribed and sworn to before me this ________

day of ________, 2021, at __________________, Utah.

_______________________________
Notary Public for Utah
Residing at______________, Utah.
My Commission Expires: ________.

**Page 64**

REPORTER'S CERTIFICATE

STATE OF SALT LAKE )
) ss.
COUNTY OF UTAH )

I, ANN FLEMING, Certified Shorthand Reporter and Registered Professional Reporter in and for the State of Utah, do hereby certify:

That prior to being examined, the witness named in the foregoing deposition was duly sworn remotely by me to testify to the truth, the whole truth and nothing but the truth;

That said deposition was taken down by me in shorthand at the time and place therein named and thereafter reduced to typewriting under my direction, and that the foregoing transcript contains a full, true and verbatim record of said deposition.

I further certify that I have no interest in the event of the action.

WITNESS my hand and seal this 29th day of January, 2021.

Ann Fleming
________________________
ANN FLEMING
CSR, RPR

**Exhibits**

**Exhibit 37** 53:11, 15,16 58:10

**0**

**00037** 53:8

**1**

**1** 40:14
**10** 47:16
**10-minute** 47:14
**10/27** 47:22
**100** 14:10 54:16
**11** 60:13
**11:41** 62:14
**12** 60:22
**120** 6:17,23
**13** 14:8 25:7,9
**14** 43:13 47:19,21, 22 57:23,24
**15** 60:6
**1st** 25:10 55:16

**2**

**2** 40:13
**20** 20:8
**200** 5:10 42:4
**2000** 6:5,7
**2007** 7:5,7
**2010** 8:2,5
**2013** 11:7
**2014-2015** 11:12
**2015-2016** 20:11
**2016** 10:19 13:11 15:11,12 16:9 17:12 25:10 29:10 40:2 41:10 59:14
**2016-2017** 19:24
**2017** 10:19 13:11 15:11 17:12 59:18,22 60:6,9, 16,22 61:1,5,8
**2018** 5:21 6:7 16:11 20:15
**29** 60:4,16
**2nd** 57:4 58:12, 14,17,20

**3**

**3** 38:13
**30** 18:4 20:2 55:23
**30th** 58:11
**34** 60:21
**345** 5:10
**37** 53:11,14,15,16 58:10
**3:00** 40:7
**3:10** 40:7,10

**4**

**4** 33:18,20 38:18
**40** 20:4 36:22
**4:00** 44:25

**5**

**5** 38:11 40:4,8 55:15 57:2
**50** 40:14

**6**

**6** 27:2 38:18 44:25 48:13,19
**6/22/2017** 60:8
**60** 14:10
**637** 53:7

**7**

**7** 59:8
**700** 42:4

**8**

**8** 38:18
**80** 20:4 36:20
**84340** 5:10
**8:00** 38:11

**9**

**900** 42:4

**A**

**a.m.** 62:14
**abilities** 5:14
**ability** 4:18
**accelerated** 20:9
**access** 34:21
**accommodation** 24:22 25:19,24 26:3,7,12,23 27:14,16,21,24 28:5,11,15,16 29:1 44:3 45:18 48:1,15 57:25 60:15
**accommodations** 27:25
**accomplish** 22:19
**acronym** 16:24
**acting** 56:24
**active** 24:10
**additional** 34:19, 20 40:24 41:1
**address** 5:9 62:10,12
**adjacent** 39:20
**admin** 53:24
**administration** 11:3 15:24
**advanced** 8:11, 13,15,20,22,25 9:6,10,16,19,21 10:5 11:5 12:22 13:2,4 15:13,21, 24 34:3 40:16 42:9
**advancement** 6:3
**Adventists** 49:19
**affirmative** 5:1 6:8,9,10 25:8 30:24 35:18 61:9
**agreement** 21:7
**aircraft** 9:4 17:4
**airline** 10:12 15:25 20:8,21
**airlines** 4:11,12 5:25 6:1 9:18 21:22 24:17 60:7, 21
**airplane** 20:21 34:12
**airport** 17:19 39:1
**Alan** 59:9,15
**allocated** 35:3
**allowed** 43:4,8
**alluded** 15:23
**Alright** 13:18
**altogether** 18:12
**annual** 9:7
**answering** 5:12
**answers** 4:23
**appears** 25:9
**applied** 61:2
**approached** 25:1,17
**approximate** 14:12
**approximately** 6:18,20,23 11:7 13:23,25 14:4,5,6, 8,22 16:11,22 17:25 18:6 38:25
**assigned** 33:1,2, 3,9 34:24 44:24
**assignment** 57:10
**assignments** 45:22
**assistant** 52:22
**assume** 19:9 51:1
**Atlanta** 21:12,20, 24
**ATP** 10:23 11:20 13:20
**attached** 47:25
**attend** 29:19 32:11 46:5 51:3, 10
**attended** 57:12
**attorney** 58:24
**audibly** 4:25
**audio** 62:7
**availability** 42:25
**Aviation** 8:17 9:20
**avoid** 46:13 49:16
**aware** 28:14 32:20 59:13

**B**

**back** 10:19 11:5 13:10 15:11 17:12 19:24 32:21 41:10 47:18 57:3 60:8
**bad** 52:9
**balance** 7:1

**based** 33:5 56:19
**basic** 9:2 13:1,24
**basically** 11:21 34:12
**Bates** 53:14
**Bean** 53:7,10 61:16,22 62:6,9
**beginning** 9:1 40:3
**belabor** 59:7
**belief** 30:3 56:11
**beliefs** 24:22 32:12 56:20 60:14
**bend** 39:2
**bid** 7:15 33:6,10 35:2 45:22
**bidding** 44:19,21
**big** 20:1
**bigger** 13:3
**bit** 13:3 23:13 24:9 39:24
**blacklists** 52:8
**blow** 33:21
**boss** 31:12,13 32:8 35:22
**bottom** 53:9,18 55:15 57:8
**boy** 20:2
**Brasilia** 6:17
**break** 47:14,17 61:14,19
**briefing** 18:2
**bringing** 23:19
**Bryant** 25:11,21 27:5 29:5 31:16, 21 46:11 47:24 57:17 60:15
**business** 20:22
**businesses** 10:18
**buy** 10:14

**C**

**call** 9:2 13:24 14:7 18:20 19:21 31:4,7 51:18 52:23
**called** 4:4 10:1 19:17 42:2 58:18
**captain** 6:15,23 7:1,3,10
**car** 56:4
**career** 6:3
**case** 13:9 28:3 51:9
**Cassell** 4:10 13:9 24:18 27:5,20 45:18 46:12,16 59:18,22 60:9
**caught** 26:9 51:15
**cc'd** 26:1
**central** 11:1
**certification** 12:7
**certified** 10:1 24:12
**chain** 26:20 48:10,13
**change** 30:7 37:25 38:3
**Chapman** 29:5 31:21
**character** 56:10
**chief** 52:20,23
**Christ** 56:11
**Cincinnati** 21:14, 25 22:2
**cities** 7:13
**city** 7:9 12:1 13:14 17:15 21:2 22:9,10,13 38:24 55:1
**clarification** 55:17
**class** 13:19 20:1 26:12,23 30:22 33:4 34:13 36:16, 17,21 37:14,25 38:1 39:5 42:1 45:1,2 46:4 51:19, 21,24
**classes** 13:15 36:19,22
**classmates** 46:1
**classroom** 8:23 12:10,21 13:25 14:2,3,19,22,25 16:18 17:3,8 18:19 23:24 37:13,15,20 39:4, 12 41:19 42:16, 19,23
**classrooms** 38:23 44:15
**clear** 5:2
**close** 7:6 16:9
**co-counsel** 61:15
**cockpit** 14:20
**code** 54:9,11
**cognitive** 5:14
**coincided** 15:8
**coincidental** 53:11
**Commercial** 10:2
**common** 56:11
**communication** 27:16
**communications** 58:23
**companies** 10:17
**company** 10:15 12:23 22:19 39:16 45:20
**complete** 14:11 40:20,22 57:9
**completed** 13:21 22:12 47:25
**completely** 10:10
**compliance** 16:2
**components** 12:24
**computer-aided** 14:20
**concern** 32:17
**concerned** 52:3, 10,18
**concluded** 62:14
**concludes** 9:4
**conduct** 23:20
**conducted** 11:2 23:22 24:4
**confer** 61:15
**conflict** 31:3 35:15 36:1,13
**consideration** 45:5
**considered** 14:17 36:2
**constrained** 51:17
**constraints** 43:6
**consulted** 43:19, 23
**contents** 43:19
**continually** 6:6
**continue** 11:16 16:13 20:12 47:16
**continued** 57:9
**continuing** 16:4 22:17 23:14
**contractual** 21:7
**conversation** 27:16 29:25 30:16 31:24,25 32:3,6,9 50:22 56:16
**conversations** 48:24 49:2,7,12 50:1 56:19 58:13
**Conversely** 40:21
**convictions** 56:9
**copied** 48:10 57:16
**copy** 62:2
**correct** 9:17 13:6 15:13,14 16:12, 19,20 18:25 25:18 27:14 28:22,23 30:23 32:24 35:17 46:19,20 48:11 54:19 56:22 57:22 62:1,11
**correction** 62:5
**correctly** 15:4 29:16 36:11 37:11
**couple** 15:9,18 18:13 24:16 27:23 28:6 49:1 58:21
**covers** 12:23
**Coy** 25:11,21 26:10 27:4 29:4 31:15,20,21 43:25 44:17 45:12 46:15 47:24 57:16,25 58:7 60:15
**create** 37:10
**crew** 5:23 18:23
**CRJ** 6:20 7:1,4,10 8:5 12:24,25 13:3, 5 14:1 15:17,22 16:3,4,7,14,18 19:10,25 20:4 21:1,3,21 22:6 23:5 28:9 33:5 36:16 42:3,4 61:7
**CRJ's** 17:13
**crossed** 24:6
**crossing** 24:9
**CTP** 9:25 10:13, 14,20,22 12:7,11 13:21 26:7

**currency** 16:15
**current** 11:21

D

**dad** 50:4
**date** 47:22
**dated** 25:10 47:21 55:16 58:10 60:6,15,22
**dates** 7:5 10:21 11:13
**Dave** 32:19 57:17
**David** 31:14 32:8, 10 35:22 40:5 48:18
**day** 11:13 15:9 18:13 29:18 30:8 38:1,10,12 41:11 42:7,17 46:5,9 55:25 57:4 58:12
**days** 14:9,10 15:9 18:12,13 38:12 43:4,5
**dealing** 42:22
**debriefing** 18:4
**December** 40:3 55:16 57:4 58:12, 14,17,20 59:14
**decided** 33:13
**dedicated** 24:5
**defined** 45:20
**Denver** 21:15,16, 17,19 23:2
**department** 18:18,21 19:2
**departmental** 45:21
**departure** 15:19
**depended** 18:10 22:18
**depending** 21:24
**deposition** 4:15 59:11 61:25 62:1, 14
**designed** 41:22
**desired** 45:22
**detail** 56:15
**details** 14:5 49:8
**determined** 45:8
**device** 14:7,19 16:25 17:2,24 18:17 34:7
**devices** 35:5 38:17,22
**devise** 14:23
**dialogue** 59:14
**difference** 15:20
**differences** 42:2, 4
**difficult** 38:3
**difficulties** 62:8
**direct** 58:7
**directly** 10:3,11 25:1,2 28:22 62:2
**discuss** 56:6
**discussed** 52:11 56:14
**discussing** 50:6
**discussion** 40:5, 9 44:4 45:15 48:17,18 50:17,24 56:3
**discussions** 44:20 45:12 46:14 47:9 50:19 51:22 52:2 54:2 57:17 58:16
**distraught** 50:3
**divide** 36:20,21
**document** 43:15, 20,22 45:3 46:19 47:20,23 53:4,6, 13,17,25 54:3 55:14 57:22 60:12
**documents** 26:5 40:1 48:6 59:3
**domicile** 7:8 45:22
**doubt** 31:10
**draft** 43:15
**drafted** 57:5
**drafting** 46:18
**drastic** 38:3
**drive** 55:24
**drop-down** 54:14
**drop/trade** 45:21
**due** 32:11
**duly** 4:4
**Dunja** 25:14 26:6 48:6 59:2,10,24 60:16
**duty** 28:18

E

**E-N-C-E** 19:6
**e.g.** 45:21
**earlier** 22:23 48:3,8
**East** 5:10
**effort** 35:24
**eligible** 54:7,11, 18
**email** 25:9,11 26:1,8,20 27:8,11, 12 28:21 31:4,7 47:24,25 48:1,3,5, 10,13 55:15,18 57:3 58:11 62:9
**emailed** 55:9 58:18
**emails** 27:4,5
**EMB** 6:17,23
**Emerson** 58:25 59:8,15
**emotionally** 50:3
**employed** 5:16
**Employee** 48:14
**employment** 57:9,10
**Ence** 19:4,11 22:24 37:9
**encompasses** 9:1 16:1
**encouraged** 45:25
**encroach** 29:17 37:17
**encroached** 36:5
**end** 9:4 38:10 40:2 41:10 42:17 45:16 61:24
**ends** 30:5
**enter** 12:8
**entered** 54:15,16
**entire** 12:23 15:25
**Erik** 4:10 62:9
**ERJ** 13:1
**errors** 62:3
**essentially** 30:8 51:19
**Estimate** 20:2
**estimating** 8:7
**evaluation** 45:5, 6
**evening** 61:12
**evening-saturday** 36:7
**evenings** 61:11
**event** 54:24 55:21
**events** 55:17 61:1
**exact** 10:21 11:13 31:6,25
**EXAMINATION** 4:7
**examined** 4:5
**exceptions** 24:2
**exhibit** 25:7,9 26:17,18 27:2,9 33:17,18,20 43:13 47:19,21,22 48:13,19 53:11, 15,16 55:15 57:2, 23,24 58:10 59:8 60:3,4,13,16,21
**expected** 17:4 49:3,4
**experience** 9:3,5
**exploring** 50:14
**Express** 5:18,20, 22,24
**expressed** 56:11
**extensive** 45:4
**extra** 40:24

F

**FAA** 8:16 12:17 16:2 43:9
**facility** 21:17 38:14,15,20,24 39:13,19 55:1,3,5 56:1
**fact** 10:11 47:6 61:1
**faith** 56:10,14
**faiths** 56:13
**familiar** 10:3 29:13
**fashion** 44:2
**father** 50:4
**feat** 25:5
**February** 20:13
**Federal** 8:17 9:20
**Fedex** 5:18,19, 22,24
**feel** 56:24
**fellow** 48:5
**felt** 34:18

**fields** 54:17
**files** 28:10
**fill** 54:17
**filled** 54:4
**filling** 54:4
**find** 19:20 46:1 62:10
**fine** 53:10
**finish** 4:23,24 40:8
**finite** 38:16
**fired** 52:8,12 57:13
**fit** 44:11,12
**fits** 44:14
**fix** 19:20
**fixed** 14:7,13 16:23,25 17:2,24 18:16
**flew** 7:13,15 11:19,21
**flex** 39:24
**flight** 10:18 14:8 17:6,10,13,20
**flights** 7:19
**Flightsafety** 10:16 17:14,17 21:7,17 39:1,4,6, 20
**flown** 49:19
**flu** 51:8
**fly** 7:11,18 11:16 16:13
**flying** 24:12,14 46:13 49:3,15,16
**FO** 45:18
**focus** 13:8 23:17
**footprint** 44:5,7,8 45:7
**force** 50:10
**forced** 50:9
**forgot** 21:16
**form** 48:1,2,15 55:8 60:5
**formal** 9:16
**formally** 34:1
**found** 37:6
**frequently** 29:6
**Friday** 28:18 30:5,23 36:7,10, 11 37:24 38:1 41:20 42:19 57:4 61:11,12
**Friday/monday** 41:12
**Friday/saturday** 41:9
**Friday/sunday** 41:12
**Fridays** 36:16 38:1
**FTD** 14:7 16:24 17:21 19:8 20:25 22:7,12 23:11 24:4,5,7,8 33:11 35:1 37:12 44:12, 23
**FTD's** 18:19 44:16
**full** 14:8 17:10,13, 20
**function** 57:11

G

**gather** 9:15 20:5 22:23 30:20 56:18 60:5
**gave** 37:5
**generally** 24:1,2 58:5,6
**George** 18:24
**give** 38:13 61:17
**Glassey** 52:21,24
**Good** 4:9
**Google** 59:25
**governed** 8:16 9:20
**great** 50:12
**ground** 4:15 9:2 11:11 14:18 15:6 16:16 22:5,6 23:6, 22,25 24:7 33:4,5, 7 34:1,6,14 35:4, 12 37:13,19 38:8, 11 41:16,19,24 42:4,15 44:11,12 46:9 51:7,11
**group** 18:22 19:2 22:24 41:7
**groups** 14:23 32:23 33:1,3
**guess** 4:25 11:12 12:6 33:7 40:17 54:15 61:3
**guessing** 58:5,6
**guidance** 32:18
**guide** 29:7

H

**half** 38:17,18,25
**hand** 41:23
**handle** 19:23 51:12
**handled** 29:8 33:11 35:8,9 37:13
**handling** 31:16
**hangar** 38:15
**happen** 12:20 13:14 23:17 46:15 52:6
**happened** 7:20 32:4 45:1,2 51:9
**hard** 4:22
**head** 4:25 19:1
**heard** 9:24
**held** 6:11
**hey** 19:22 26:22 50:7
**highlighted** 45:4
**Hinckley** 25:11
**hire** 61:4
**hired** 9:12 10:20 13:10
**hires** 10:23 20:6 22:22 23:15
**hiring** 20:4,6,8,9 36:20
**hold** 6:12 8:6 11:9 49:4 53:23
**home** 7:8 51:20 55:24 62:2
**honest** 20:14
**honestly** 11:11 20:13 27:7,17 28:3 32:3 36:25 52:22
**honor** 45:9
**honorably** 56:25
**hotel** 39:8,19,20 56:1,2
**hour** 18:4 39:6, 11,14 40:14 55:23
**hours** 11:22 14:23 15:1,5 18:3 38:7 39:3 40:13, 16,21,23
**HR** 24:25 25:3,17, 21 26:9 28:6,20 29:4 31:8,11,16, 18,24 32:18,19 35:21 40:5 48:17 49:22 54:3 55:10
**huh-uh** 5:1

I

**idea** 41:16
**identified** 32:17
**immediately** 30:19 58:19
**impact** 45:7
**important** 56:21 60:5
**in-house** 10:22
**include** 45:19 48:14
**included** 33:8
**includes** 9:3,7 16:18
**indoc** 9:2 13:1
**indoctrination** 13:24 16:17
**industries** 52:10
**ineligible** 54:13
**inform** 60:23
**information** 28:25 49:21
**informed** 60:8
**initial** 9:3,4,8,10 10:5 12:8 16:4,24 22:17,20
**initials** 55:11
**inoperative** 19:18
**instructions** 5:5
**instructor** 8:5 13:2 14:24 16:3 24:7,8 34:5,9,11, 16,22 40:19,22 42:24 43:5
**instructors** 18:20 23:23,25 24:5,13 36:3 37:14 38:6 44:16
**integrity** 50:12 56:9
**interactions** 24:20
**interface** 19:11, 15 41:18
**interfaced** 19:15
**interfere** 5:13

**International** 17:18 21:7
**interrupting** 37:19
**interspersed** 14:9
**interview** 60:2,7, 10
**intimately** 35:6
**invite** 60:6
**invited** 45:25 60:9
**involved** 7:25 8:22,24 10:3 12:14 17:1 20:15 32:19 35:6 37:8
**involvement** 8:9
**ironically** 53:15
**irregular** 19:17
**issue** 29:9,14,15 30:2 31:16 35:15 39:25 48:22 51:23
**issues** 28:11

**J**

**Jacob** 5:8
**Jake** 4:3 62:10
**Jkwhicker@ gmail.com.** 62:12
**job** 11:20 12:1 57:11
**join** 6:4 51:19,21
**July** 50:16 60:22 61:8
**June** 6:5,7 60:6,8, 15 61:7

**K**

**keeping** 30:4 56:16
**Kim** 19:4,15,16, 19 22:24 37:9
**kind** 23:20 28:10 34:4,16 37:1,2,10 44:2 56:11
**kinda** 46:10
**knew** 29:1
**knowledge** 17:3 60:25 61:5

**L**

**L3** 10:16
**lab** 33:22 34:16
**labeled** 53:6
**Lake** 7:9 12:1 13:14 17:14,18 21:1,2,3 22:6,8,12 38:24 55:1
**Lastly** 4:24
**late** 59:17
**lawsuit** 4:11
**learn** 24:21,24 29:20 41:22 58:22 59:17,21
**learned** 14:19,25 25:2,3 28:20 41:18 59:24
**lease** 21:8
**leased** 21:6
**leave** 5:2 6:1 15:15
**left** 16:9 20:14 55:24
**lesson** 41:7
**lessons** 15:10
**letter** 57:21,25 58:7 59:8,9 60:5, 13,21
**letters** 59:3
**license** 13:20
**limited** 38:16
**lineup** 24:19
**list** 24:17 28:11 54:14
**ll** 47:16
**located** 10:24 11:25 12:1 17:13, 17 18:24 38:22
**location** 11:1
**locations** 17:16 21:9
**logistically** 39:18
**logistics** 39:11, 15
**long** 6:12 8:3,6 11:9 17:25 18:9 20:12 42:6 49:2
**looked** 26:17 57:22
**Losee** 52:24
**lot** 16:1 20:6 22:1, 4 31:20 36:20 50:4 52:9
**Louis** 21:14 22:2

**M**

**made** 26:7 27:13 38:2 59:13
**maintain** 16:15
**make** 19:21 35:24 39:23 46:6 62:5
**making** 4:12
**manage** 36:24 38:4 50:10
**managed** 36:23
**manager** 8:11 11:6,15,19 12:14, 19 15:12,17,21, 22,23 16:6,14 21:18 23:5,8 24:11 28:9 35:10 37:1
**managers** 16:3
**manual** 43:10,11
**mapped** 44:14
**mark** 53:13
**marked** 25:6 27:2 33:18 43:12 53:16 60:4,20
**marking** 53:10
**matrix** 14:14,16, 17,19,23 15:2,8 16:19 18:19 23:18,21,22 29:10,11,17 30:2, 22 32:22 33:8,12, 22 34:7,20,24 35:3,5,10,16,25 36:2,4,15,23 37:3, 12,17,23 38:5,12, 14,17,21 39:13,25 40:7 41:5,8,10,15, 17,21,22 42:12, 17,20,22 44:11,16 48:22 50:9 51:3,6, 9,23 57:13 61:10
**matrixes** 34:10
**means** 47:6
**meant** 51:18
**medication** 5:13
**meet** 45:19
**member** 5:23
**memorandum** 47:19
**mention** 33:9
**mentioned** 48:3 51:1
**mentor** 50:5
**Mikhail** 48:5
**mile** 38:25
**miles** 38:25
**minimal** 24:12
**minutes** 18:4 40:14 55:23 61:17
**misinterpreting** 56:19
**missed** 19:22
**misspoke** 62:4
**modification** 37:16
**moment** 32:22
**moments** 55:20
**Monday** 41:20
**month** 7:11,19 11:22 20:4,8 21:24 59:25
**months** 15:18 16:8
**morning** 4:9 38:9
**motion** 17:11
**move** 6:19 17:5 44:9,10
**moves** 17:2
**moving** 39:12
**Moxham** 31:14 32:8,13 35:22 40:6 48:18 49:22 57:17
**muddy** 7:6
**multiple** 39:21
**mutual** 56:12

**N**

**nature** 32:18 50:25
**necessarily** 22:7
**needed** 10:23 22:19 24:22 25:23 28:15,16,17 29:2 34:18 44:3
**needing** 27:13
**negative** 5:1
**newly** 9:11 10:20 13:10
**Nicole** 29:5 31:21 44:1,17 45:12 46:15

**night** 28:18,19 38:1
**normal** 20:7
**notate** 47:4
**notation** 47:6
**note** 26:22
**notes** 49:11
**November** 40:2 58:11
**number** 19:12 23:2 36:25 38:4, 17 53:12,14

**O**

**objectives** 22:20
**occasionally** 17:15 21:13 51:6, 7
**occur** 22:11 51:4
**occurred** 12:3 51:6 61:1,5
**occurring** 48:23
**offer** 10:22 34:6
**offers** 10:16
**office** 54:21 55:2, 24
**officer** 6:16,17,20
**open** 22:21
**operate** 17:4
**operating** 9:3,5
**operational** 45:6
**operations** 19:17
**opportunity** 61:25
**options** 45:19 50:7,8
**order** 37:23
**owned** 21:4

**P**

**p.m.** 36:8,9 38:12, 19 39:14 40:4 44:25
**paired** 33:13
**pairings** 33:2
**paperwork** 16:1 55:22
**paragraph** 45:17 57:21
**paren** 45:21
**part** 9:20 10:5 14:17 15:6 17:21 19:10 34:1,2 35:12 37:14 41:15 42:9,21 60:5
**partner** 40:6
**pass** 49:21
**passed** 42:10 46:13 48:3
**past** 30:22
**path** 56:12
**pause** 62:8
**people** 10:20 18:22 22:4 29:5 36:21 37:9 39:17, 18 42:16
**period** 18:9 33:19 36:7 59:14
**permissible** 46:8
**person** 31:16,23
**perspective** 12:17,18 39:16
**phases** 17:6
**phone** 19:21 31:7 49:1
**phrase** 38:8
**physically** 10:25 11:25
**picked** 56:1
**picture** 24:19
**piece** 26:9
**pilot** 5:23 6:13 8:16 11:16 12:6, 16,18,20 13:8,10, 18 15:25 16:13 17:4 19:17,22 22:5 31:2 43:4,10 44:3 51:19 52:7, 20 59:19 60:7
**pilots** 7:23 8:18, 19,20 9:12 10:8 19:10,12,24 22:2 23:2,20,25 24:10, 17 27:20,22,23 32:23 37:11 39:18 42:8 52:23
**place** 17:7 19:7 48:19 58:23 61:12
**planning** 19:14
**pleased** 60:6
**point** 7:15,21 9:18,23 24:21 25:16 26:9 28:14 29:2 31:3 48:9 49:6 53:1 58:22 59:7,17
**policy** 43:10
**portion** 9:8,9,10
**position** 6:11,16, 19 8:3,6 11:9 15:15 16:10 53:23 59:19,22 60:24 61:2
**posted** 37:2
**postponing** 50:25
**precedes** 47:21
**preliminary** 19:25
**preparation** 59:10
**prepare** 53:25
**preparing** 34:15
**present** 46:21 47:5,7
**pretty** 52:9
**prevent** 5:12
**prevented** 42:18
**previous** 15:9 26:2
**previously** 33:18 60:4,20
**printout** 37:2
**prior** 5:24 18:2 59:9 60:16
**privately** 10:15
**problem** 54:23
**process** 14:10 19:7 28:5 29:8 32:16 35:7
**produced** 58:1
**program** 7:22 8:10,12,14,15,16, 23,25 9:11,15,17, 19 10:2,6,9,14,23, 24 11:4,6,16,24, 25 12:3,7,8,13,19, 23 15:13,21 16:7, 14 34:3 40:16
**programs** 10:13, 20 16:2
**projected** 19:14
**provide** 39:17 43:1
**provided** 32:19 43:3 45:18 58:3
**pull** 60:12,19
**pursuit** 45:20
**put** 12:20 47:3 54:8 60:12,20

**Q**

**qualification** 8:11,13,15,21,23, 25 9:6,11,16,19 10:6,9 11:6,25 12:8,13,22,25 13:1,3,5 15:13,21, 24 16:5 22:17 23:14 34:3 40:16
**qualified** 24:13, 15
**quality** 45:6
**question** 12:12 35:1
**questions** 4:16, 19,24 34:12 61:16,21
**quick** 61:14
**quote** 58:7

**R**

**randomly** 34:8
**rarely** 7:20
**reach** 19:19
**reached** 26:9 29:3,4 31:7,8 32:5 59:24
**read** 62:1
**ready** 34:15
**realized** 29:2
**reapplied** 59:18, 22
**recall** 10:21 15:4 16:6 22:1 23:10 24:18,25 25:1,22, 25 26:24 27:6,12 28:7 29:4,6,15 30:17,18 31:6,23, 25 32:3,5,8,15 34:23 35:14 36:23,25 40:9 41:14,21 44:20, 23,24 45:1 46:18, 19,23 47:9 48:16, 23,24 49:17,25 51:25 52:1 53:17 55:17 56:15
**received** 28:24, 25
**receiving** 27:6, 12 55:18
**recognize** 34:5

**recognized** 29:3
**recollection** 29:11,23 31:17 32:1
**record** 5:2
**records** 28:10
**recruitment** 60:22
**recurrent** 9:7,8,9 12:25 13:1
**reference** 9:18 27:13 57:14,20,22 58:2,4
**referenced** 9:24
**referencing** 45:14,24
**referred** 14:13 26:2 55:20
**referring** 9:14 26:16 45:11 46:12 55:21 57:12
**refers** 9:25 47:25
**refresh** 29:11 31:17
**refusing** 56:25
**regret** 60:23
**regretted** 61:4
**regular** 7:15,16, 17 34:23
**regulation** 16:2 43:9
**Regulations** 8:17 9:21
**rehire** 54:8,12,13, 18
**Reinach** 59:9,15
**reinforce** 14:24
**related** 10:11,12
**relationship** 38:21
**relieved** 28:17
**religion** 56:7,8
**religious** 24:22 25:18 27:13 28:5, 15 30:3 32:11,17 45:19 47:25 48:14 57:25 60:14
**remember** 4:18 14:5 24:20 27:7, 11,15,17,18 28:3, 4,8 29:16 30:11, 13 31:9 32:4,14 33:8,16 35:2,3,7, 23 36:11,18,22 41:15 43:2,25 45:2 48:7,25 49:2, 4,8,23,24 50:2,3, 5,6,11,15,24 51:5, 8 52:4,13 54:12, 23,24 57:6,7,19 58:15
**remote** 62:14
**remotely** 4:5
**rented** 21:4
**rephrase** 4:20
**report** 13:19 57:9
**represent** 4:10 40:1,4 55:12
**represented** 31:15
**request** 45:5,9 48:14
**requested** 27:21, 24 62:16
**requesting** 28:1
**required** 34:2 40:15,23 43:1,2 57:11
**requirements** 45:19
**reschedule** 35:25
**reset** 51:18
**resetting** 51:23
**resign** 52:17
**resignation** 54:16 55:22
**resigned** 49:6 52:11
**resigns** 54:10 58:10
**resource** 42:21, 22,23,24
**resources** 11:3 12:5 18:11,15,19, 23 21:13 22:16 38:4,16 41:5,6 44:6,15 45:21 46:3 51:15
**respond** 58:12
**responded** 32:15 58:14
**response** 49:17, 18
**rest** 54:17
**retained** 16:10
**routes** 7:10
**row** 18:12
**Roy** 52:21,24,25
**rules** 4:16
**runs** 10:13

**S**

**sabbath** 29:18 30:4,8 35:16 36:5 37:18,23 44:3 49:4,16,20 56:12, 13,16,22,25
**safety** 45:6
**Salt** 7:9 12:1 13:13 17:14,18 21:1,2,3 22:6,8,12 38:24 55:1
**sanctioned** 8:16
**Saturday** 28:19 30:5 37:22,24 41:11 46:13
**Saturdays** 34:6
**scanned** 55:9
**schedule** 19:20 31:5 33:7 36:15, 24 37:10 39:24 43:6 44:5,13 45:10,20
**scheduled** 18:11,18,22 29:17 30:22 34:22 37:4 38:11 39:11 40:11,15 41:3,4,6, 15 46:9 61:11
**scheduler** 31:9
**schedules** 35:2 44:19,21
**scheduling** 18:16 19:2,3,8 22:24 29:10 31:3 37:8,22 42:21 46:16
**school** 9:2,22 14:18 15:7 16:16 22:5,6 33:4,5,7 34:1,7,14 35:4,12 37:14,19 38:8,11 41:16,17,19,24 42:5,15 44:11,12 46:9 51:7,11
**screen** 25:6
**scrolling** 57:2
**searched** 59:25
**seasons** 30:6
**segments** 15:3
**select** 54:10
**selected** 60:23
**send** 22:22 23:2 37:7 51:20
**sending** 10:19 59:10 60:16
**sends** 58:11
**seniority** 7:14 24:17
**sensitive** 52:8
**sentence** 45:4
**separate** 9:21 10:10 13:21 33:23,24
**September** 5:21 6:7 16:11 20:15 25:10 26:17
**series** 4:16 27:4 58:23
**session** 15:8 18:3,5 19:22 20:25 23:19 29:17,18,19 30:1 32:11 36:8,9 40:11,23,24 41:1, 2 44:9,10,25 46:5 51:4,11,13 61:11
**sessions** 14:4,6, 8,12 15:5 16:22 17:22,24,25 18:7, 14 22:8,13,21 33:9 40:13 50:9
**set** 29:18
**seven-hour** 18:7
**Shaking** 4:25
**Shane** 4:10 13:9, 13 24:18,21 25:1, 2,16 26:3,14 27:5, 13,18,19,20,23 28:7,14,21 29:3,9, 16,21,22 31:24 35:14,25 40:6 45:25 46:21,24 47:9,24 48:21,25 50:1,2,5,7,12 51:22 52:2,3,24 53:2 54:20 55:16 56:20,21 57:3,12 58:9,13,17 60:13, 22 61:2
**Shane's** 47:24 58:24 59:25
**share** 25:6 27:1
**shared** 26:6 48:6 56:11
**sharing** 58:9
**shift** 31:10 45:21 46:6 52:6,13
**shifts** 30:9 36:3 45:23 46:2
**shocked** 48:9

**shorter** 30:9
**show** 25:4 33:15, 17 37:3 43:12 47:20 52:5,12 53:4 55:14 59:6 60:3
**showed** 26:19
**shown** 47:23
**sick** 19:18 50:9, 13 51:3,10
**sideways** 32:22
**sign** 34:8,19 58:1
**signature** 43:13 53:18,20 62:16
**signed** 46:21,24 47:7,10,11 54:20 55:7,22 57:21
**signing** 46:19
**signup** 33:22
**sim** 24:8 33:11 37:12 44:23 46:5 51:7
**similar** 33:20
**simulator** 8:24 14:8 17:22 18:17 19:8,18 20:25 21:13 22:7,13 23:11,13 35:1 42:23
**simulators** 9:2 17:10,13,20 18:19 20:24 21:1,3,8,12, 18,22,23 22:16 42:11 44:16
**single** 36:16
**situation** 24:14 53:2
**Skywest** 4:11,12 5:25 6:1,4,6,12,13 7:12 8:19,20 10:19,22 11:2 15:19 17:5,9 20:3 21:4,5,6,8 24:17 38:23 43:9,10 45:8 52:20 53:8, 14 58:5,6,24
59:19,23 60:7,21 61:2,3
**slightly** 32:21
**smiling** 20:17
**Smith** 53:22,23 55:5
**solidify** 41:18
**solution** 19:20
**sooner** 37:25
**sort** 10:2 32:21 60:5
**sorts** 26:7 50:5
**sounds** 11:10
**South** 5:10
**speak** 4:21 9:22 39:2
**specific** 14:1 16:4,18 19:10 28:3 43:21 45:9 49:8 51:5,8
**specifically** 12:19 30:13 46:24 52:5,14
**specifics** 7:13
**speculate** 20:3
**spelled** 19:5
**Spencer** 25:10
**spend** 14:22
**split** 11:18 15:3 36:19
**spoke** 49:1
**spoken** 31:18
**spread** 12:3,4
**spring** 50:20 59:18,21
**St** 18:24 21:14 22:2
**staffing/ available** 45:23
**standard** 54:9
**start** 6:15 7:3,25 12:10 20:9 38:9 41:7 51:21
**started** 11:14 40:10 52:25
**starting** 50:20
**starts** 30:4 39:14 55:15
**state** 5:7
**stay** 11:21 24:15
**steps** 12:6
**stood** 21:17
**stop** 58:9
**stopping** 50:20
**Strindberg** 4:8, 10 53:5,8,13 61:20,24
**structure** 13:17 45:7
**structured** 12:9, 15 13:12 45:13
**student** 32:10 34:18 37:11,23 40:19,20,22
**students** 14:19, 21 33:13 34:7 36:25 37:3 38:4, 12,17 39:3 44:24
**subject** 43:22,24 44:2 55:16
**suggesting** 50:13
**summer** 30:6,9 50:21,24
**sun** 29:18
**Sunday** 38:2 41:20 42:5,12,20
**Sundays** 41:25 42:2
**sundown** 28:18 30:23 37:24 40:3, 12 50:21
**sunset** 30:5 36:13
**supplement** 14:21
**supplemental** 14:18
**support** 18:23
**suspect** 26:7 46:25 49:24
**switches** 17:6 34:13
**sworn** 4:4
**syllabus** 40:20
**system** 52:23
**systems** 17:3 34:13

## T

**tactile** 41:18
**takes** 14:10 39:23
**taking** 5:13
**talk** 13:4,5 53:1
**talked** 26:14 30:12 31:11,12 32:7 35:21 44:17, 18,22 49:9,10,14 50:4 52:16 60:1
**talking** 12:11 26:4 28:21 30:13, 19 33:19,23,25 50:23
**Tanner** 53:5
**taught** 23:23 24:8 35:4 42:1
**Taylor** 53:22,23, 24 55:5,6
**teaching** 19:9
**team** 19:16
**technical** 62:8
**technological** 25:5
**telephone** 47:3
**telling** 52:13
**ten** 11:23
**ten-passenger** 39:22
**tend** 22:22
**term** 9:24 61:3
**terminated** 52:4, 14,18 57:11
**test** 25:5 34:14,15
**testified** 4:5
**testifying** 48:8
**text** 58:19
**thing** 5:3 16:18 23:3 41:13 48:23
**things** 19:16,19 46:12
**thinking** 50:3
**thought** 48:4 49:5,15
**thread** 26:8
**Thursday-saturday** 36:24
**Thursday/monday** 41:12
**Thursday/saturday** 41:9
**tightly** 41:6
**time** 6:14 7:2 11:18 15:2,18 17:10 18:9 19:15 20:3,8,15 25:13, 14 30:7,11 31:17 33:14,19 34:22 35:3 36:4,12,19 37:20 38:13,15 39:23 40:3 41:3,5 43:1,2 49:10 51:5, 14 52:21 58:17 59:13 60:24 61:10,22
**timeframe** 51:15
**times** 28:6 49:1 51:2
**timing** 31:6

**tired** 5:13
**today** 4:13
**Todd** 58:24
**told** 25:23 30:3 32:10 49:20 61:4
**tools** 45:18,24 46:11
**topics** 49:14
**totally** 50:18
**trade** 46:6,9
**traffic** 27:15
**train** 43:4
**trainees** 51:2
**trainers** 23:19
**training** 7:22,23 8:1,10,16 9:1,7,8, 9,15,25 10:2,18 11:2 12:2,4,9,23 13:3,6,11,25 14:1, 3,7,13,14,16,17, 22 15:2,17,22,25 16:3,4,5,7,14,19, 23,25 17:2,7,21, 24 18:17,21 19:10,25 20:25 22:3,6,17,18,19 23:6,7,12,14,18, 21,22 24:4 28:10 29:10,11 30:2,22 31:8 32:23 33:6, 10 34:2,19,20,24 35:10,11,16,25 36:15 37:3,17 38:14,15,20,24 39:4,12,19,25 41:8,11,24 42:2, 12,16,17,19,20 44:5,7,8,23 45:7, 13 46:8,14,16 48:22 50:20,25 51:11 53:24 55:1, 2,5,25 57:13 61:7, 10
**trainings** 23:21
**transcription** 62:4
**transition** 31:20
**transportation** 39:9,15,17
**trips** 39:21,23
**truthfully** 4:17 5:12
**two-hour** 18:2
**type** 5:3 23:2 41:13
**types** 19:18 27:25
**typical** 20:1,7 36:6
**typically** 7:11 19:25 38:7,9,10

**U**

**uh-huh** 5:1 30:24 35:18
**unable** 45:9
**understand** 4:19 5:5 26:2 28:13,16 34:5 42:14 44:18
**understanding** 7:21 34:4 47:20
**understood** 13:22 28:17 56:20
**unheard** 47:4
**unusual** 20:19
**unwilling** 32:11
**upcoming** 34:15
**upset** 50:2
**Utah** 5:10

**V**

**vaguely** 48:7
**van** 39:22
**variants** 42:3
**varied** 7:12 18:15 21:21
**vary** 7:11
**vehicle** 39:7,8
**verbally** 52:13
**video** 60:1
**violate** 49:20
**visual** 41:18
**voluntarily** 54:10
**voluntary** 54:11, 13,18

**W**

**waiting** 41:7
**walking** 55:25
**wanted** 42:16
**wedding** 46:4
**week** 13:24 16:17 33:4 43:4,5 58:20
**weeks** 14:1 16:18 51:20
**Whicker** 4:3,9 5:8,9,17 13:8 40:18 47:23 53:17 60:20,25 61:21,25
**Willard** 5:10
**word** 7:18 14:4
**words** 5:12 12:9 13:13 19:9 20:1 24:11 33:2 54:15
**work** 5:18,19,24 8:23,24 11:20 19:13,20 30:10 43:5 44:11 45:9, 22 46:2,6,7 56:22, 25
**worked** 29:6 31:19 55:5,6
**working** 31:20
**works** 44:14,18
**worried** 52:17
**wrong** 30:21 62:11
**wrote** 57:3 59:8 60:13

**Y**

**year** 6:18 15:16 20:13,19 36:12
**years** 6:21,24 7:6 8:8 15:18 16:8 58:21
**yesterday's** 55:17

**Z**

**Zoom** 4:23

# EXHIBIT 10

Mr. Coy Bryant, et al. June 29, 2017

I understand that SkyWest management is seeking clarity regarding the pursuit of my religious beliefs in light of company policy. I would like to say up front that it has never been my plan nor intent to be a liability to SkyWest airlines as an employee. Since my graduation from university, I have observed from the outside as SkyWest has grown into a regional airline powerhouse. I have the utmost desire to contribute to the success that SkyWest is having in whatever way that I can. It has long been my dream to become an airline pilot, and within that become an airline pilot for SkyWest Airlines. Given my desire to be a pilot for SkyWest, I would like to assure SkyWest management that I will not let my religious beliefs come in the way of allowing SkyWest to operate and function as it always has, with a high level of quality, timeliness, and overall success. I rather feel the opposite. My religion has helped to shape the man that I am today and due to my religious beliefs, I have made the choice to abstain from drugs, alcohol, and an overall negative lifestyle. SkyWest can rest assured that I will represent the company with the utmost professionalism and integrity both on and off the clock. I realize that SkyWest cannot guarantee that I will be provided a schedule that will always allow me to observe my beliefs, therefore it has and will continue to be my intent to use the tools that SkyWest has provided to either bid out of, drop, or trade a shift that may conflict with my beliefs. I have mentors within SkyWest that understand the PBS system. They have offered to teach me how to properly use the system in order to create a schedule that both meets company and personal needs. I am willing to bid for the most undesirable flights, stay at the most junior base, and fly the most junior aircraft in order to avoid conflicts with corporate policy. If there was an unforeseen circumstance, such as (but not necessarily limited to) a maintenance delay at an outstation and my duty time is extended, I would be willing to fly the aircraft back to base as my concern for the safety and well-being of my passengers falls within my religious beliefs. As my tenure increases, my likelihood of conflict decreases due to my increase in seniority, allowing the system to work as designed.

I have the desire and work ethic to make sure that my religious beliefs do not interfere with the day to day operations at SkyWest Airlines. I want SkyWest to know this as well. I do not expect SkyWest to give me special or preferential treatment. At the same time, I appreciate SkyWest's stance as being an Equal Opportunity Employer. As such, if there is a need for an accommodation, I will also bring ideas and recommendations as to how we can work through the problem together so that SkyWest does not feel that I view my beliefs as an entitlement. Such an example could be a simulator breaking during initial training or recurrent training. If I was unable to resolve the issue outside of an accommodation (perhaps another pilot would be willing to trade with me), I would then bring ideas to the appropriate individuals as to how that specific situation could be resolved without interrupting operations while at the same time allowing me to hold to my religious beliefs.

Thank you for your consideration,

Shane Cassell



EX NO. 32
Emerson
DATE 10.2.20
ASSOCIATED REPORTING & VIDEO

# EXHIBIT 11

**Coy Bryant**

EXHIBIT 05

tabbies

**From:** Jake Whicker
**Sent:** Friday, December 02, 2016 2:06 PM
**To:** Shane Cassell
**Cc:** Coy Bryant; Dave Moxham
**Subject:** RE: Clarification of yesterdays events
**Attachments:** CASSELL_51321_RELIGIOUS_ACCOM.pdf; Cassell Term.PNG

Good afternoon Shane,

Thank you for reaching out for clarification on this issue. I understand this is a very important matter for you personally and professionally.

On October 27, 2016, we signed a letter regarding your request for Religious Accommodation. The letter states in part:

- It has been determined that we are unable to honor the specific request with work scheduling...
- We have provided FO Cassell with tools...
    - Options include pursuit of schedule changes as defined by company and departmental resources
        - Drop/trade shift, bid for desired work...

You were assigned to report to and attend a shift that begins tonight (Friday 12/2/16) at 1600 and would end at 1800. This shift is a normal part of CRJ Ground training, and unfortunately there were no alternative shifts for which you could trade or bid for in accordance with established practices. The training in this shift is required training and must be completed in its entirety.

After weighing your options, you stated that you were unwilling to attend the training as scheduled this evening. Subsequently, you resigned your employment with SkyWest Airlines. Had you continued your employment and didn't report for or complete the assignment, your employment would have been terminated as this is a required job function.

I have attached your religious accommodation request and a copy of the termination paperwork. If you have any further questions, please work directly with Coy Bryant on this issue.

Respectfully,

Jake Whicker

**From:** Shane Cassell [mailto:shanecassell1@gmail.com]
**Sent:** Thursday, December 01, 2016 3:28 PM
**To:** Jake Whicker
**Subject:** Clarification of yesterdays events

Jake,

I'm emailing you just to clarify what happened Wednesday afternoon regarding my resignation. As you may recall, in October I submitted a request for religious accommodation regarding my need to have Friday sundown through Saturday sundown free from training and work. SkyWest made accommodations by

scheduling me in a different CTP class as well as scheduling my simulators outside of those requested hours. However, when told there was no accommodation that could be provided for the one hour of the matrix session that I would miss on Friday December 2, it was difficult for me to accept in that moment and when faced with the option to compromise my deeply held religious convictions or resign, my emotions clouded my ability to think clearly and I fear I may have misunderstood part of the situation. I want to clarify with you that if I had indeed left at sundown on Friday in the middle of the matrix session, my employment with SkyWest would have been terminated. If I am wrong in understanding this, I am withdrawing my resignation and would like to go back to class even if it means waiting until another ground school start date and starting over again.

I would also like a copy of the resignation paper that I signed for my records.

Thank you for your time.

Shane

# EXHIBIT 12

| | |
|---|---|
| Jun-17 | 264 |
| Jul-17 | 264 |
| Aug-17 | 326 |
| Sep-17 | 378 |
| Oct-17 | 344 |
| Nov-17 | 282 |
| Dec-17 | 244 |
| Jan-18 | 214 |
| Feb-18 | 229 |
| Mar-18 | 219 |
| Apr-18 | 226 |
| May-18 | 261 |
| Jun-18 | 288 |
| Jul-18 | 229 |
| Aug-18 | 217 |
| Sep-18 | 204 |
| Oct-18 | 191 |
| Nov-18 | 220 |
| Dec-18 | 223 |
| Jan-19 | 219 |
| Feb-19 | 223 |
| Mar-19 | 270 |
| Apr-19 | 282 |
| May-19 | 226 |
| Jun-19 | 237 |
| Jul-19 | 276 |
| Aug-19 | 303 |
| Sep-19 | 277 |
| Oct-19 | 270 |
| Nov-19 | 274 |
| Dec-19 | 256 |

| | |
|---|---|
| Jun-17 | 112 |
| Jul-17 | 144 |
| Aug-17 | 160 |
| Sep-17 | 148 |
| Oct-17 | 168 |
| Nov-17 | 150 |
| Dec-17 | 157 |
| Jan-18 | 136 |
| Feb-18 | 134 |
| Mar-18 | 123 |
| Apr-18 | 124 |
| May-18 | 131 |
| Jun-18 | 145 |
| Jul-18 | 153 |
| Aug-18 | 160 |
| Sep-18 | 144 |
| Oct-18 | 128 |
| Nov-18 | 141 |
| Dec-18 | 137 |
| Jan-19 | 133 |
| Feb-19 | 131 |
| Mar-19 | 140 |
| Apr-19 | 129 |
| May-19 | 134 |
| Jun-19 | 143 |
| Jul-19 | 149 |
| Aug-19 | 149 |
| Sep-19 | 146 |
| Oct-19 | 154 |
| Nov-19 | 137 |
| Dec-19 | 142 |

7(c):

| | |
|---|---|
| 6/2/2017 | 44 |
| 6/3/2017 | 31 |
| 6/4/2017 | 35 |
| 6/9/2017 | 44 |
| 6/10/2017 | 39 |
| 6/11/2017 | 40 |
| 6/16/2017 | 52 |
| 6/17/2017 | 43 |
| 6/18/2017 | 45 |
| 6/23/2017 | 47 |
| 6/24/2017 | 43 |
| 6/25/2017 | 50 |
| 6/30/2017 | 49 |
| 7/1/2017 | 29 |
| 7/2/2017 | 20 |
| 7/7/2017 | 32 |
| 7/8/2017 | 25 |
| 7/9/2017 | 22 |
| 7/14/2017 | 37 |
| 7/15/2017 | 21 |
| 7/16/2017 | 24 |
| 7/21/2017 | 43 |
| 7/22/2017 | 36 |
| 7/23/2017 | 34 |
| 7/28/2017 | 33 |
| 7/29/2017 | 23 |
| 7/30/2017 | 29 |
| 8/4/2017 | 37 |
| 8/5/2017 | 32 |
| 8/6/2017 | 38 |
| 8/11/2017 | 38 |
| 8/12/2017 | 30 |
| 8/13/2017 | 39 |
| 8/18/2017 | 42 |
| 8/19/2017 | 32 |
| 8/20/2017 | 33 |
| 8/25/2017 | 49 |
| 8/26/2017 | 34 |
| 8/27/2017 | 44 |
| 9/1/2017 | 49 |
| 9/2/2017 | 35 |
| 9/3/2017 | 32 |
| 9/8/2017 | 38 |
| 9/9/2017 | 29 |
| 9/10/2017 | 40 |
| 9/15/2017 | 48 |

| | |
|---|---|
| 9/16/2017 | 41 |
| 9/17/2017 | 41 |
| 9/22/2017 | 46 |
| 9/23/2017 | 41 |
| 9/24/2017 | 45 |
| 9/29/2017 | 42 |
| 9/30/2017 | 37 |
| 10/1/2017 | 46 |
| 10/6/2017 | 37 |
| 10/7/2017 | 38 |
| 10/8/2017 | 46 |
| 10/13/2017 | 45 |
| 10/14/2017 | 33 |
| 10/15/2017 | 42 |
| 10/20/2017 | 46 |
| 10/21/2017 | 38 |
| 10/22/2017 | 43 |
| 10/27/2017 | 48 |
| 10/28/2017 | 41 |
| 10/29/2017 | 57 |
| 11/3/2017 | 37 |
| 11/4/2017 | 28 |
| 11/5/2017 | 40 |
| 11/10/2017 | 38 |
| 11/11/2017 | 30 |
| 11/12/2017 | 36 |
| 11/17/2017 | 33 |
| 11/18/2017 | 29 |
| 11/19/2017 | 30 |
| 11/24/2017 | 32 |
| 11/25/2017 | 44 |
| 11/26/2017 | 35 |
| 12/1/2017 | 27 |
| 12/2/2017 | 21 |
| 12/3/2017 | 19 |
| 12/8/2017 | 21 |
| 12/9/2017 | 26 |
| 12/10/2017 | 18 |
| 12/15/2017 | 25 |
| 12/16/2017 | 19 |
| 12/17/2017 | 23 |
| 12/22/2017 | 19 |
| 12/23/2017 | 17 |
| 12/24/2017 | 13 |
| 12/29/2017 | 23 |
| 12/30/2017 | 25 |
| 12/31/2017 | 21 |

| | |
|---|---|
| 1/5/2018 | 19 |
| 1/6/2018 | 12 |
| 1/7/2018 | 13 |
| 1/12/2018 | 24 |
| 1/13/2018 | 15 |
| 1/14/2018 | 12 |
| 1/19/2018 | 22 |
| 1/20/2018 | 17 |
| 1/21/2018 | 19 |
| 1/26/2018 | 28 |
| 1/27/2018 | 18 |
| 1/28/2018 | 18 |
| 2/2/2018 | 21 |
| 2/3/2018 | 7 |
| 2/4/2018 | 11 |
| 2/9/2018 | 22 |
| 2/10/2018 | 13 |
| 2/11/2018 | 14 |
| 2/16/2018 | 30 |
| 2/17/2018 | 21 |
| 2/18/2018 | 16 |
| 2/23/2018 | 25 |
| 2/24/2018 | 14 |
| 2/25/2018 | 22 |
| 3/2/2018 | 27 |
| 3/3/2018 | 16 |
| 3/4/2018 | 14 |
| 3/9/2018 | 30 |
| 3/10/2018 | 21 |
| 3/11/2018 | 16 |
| 3/16/2018 | 20 |
| 3/17/2018 | 13 |
| 3/18/2018 | 13 |
| 3/23/2018 | 29 |
| 3/24/2018 | 22 |
| 3/25/2018 | 23 |
| 3/30/2018 | 32 |
| 3/31/2018 | 27 |
| 4/1/2018 | 26 |
| 4/6/2018 | 26 |
| 4/7/2018 | 12 |
| 4/8/2018 | 19 |
| 4/13/2018 | 25 |
| 4/14/2018 | 15 |
| 4/15/2018 | 28 |
| 4/20/2018 | 27 |
| 4/21/2018 | 22 |

| | |
|---|---|
| 4/22/2018 | 27 |
| 4/27/2018 | 24 |
| 4/28/2018 | 25 |
| 4/29/2018 | 32 |
| 5/4/2018 | 28 |
| 5/5/2018 | 18 |
| 5/6/2018 | 25 |
| 5/11/2018 | 33 |
| 5/12/2018 | 25 |
| 5/13/2018 | 22 |
| 5/18/2018 | 34 |
| 5/19/2018 | 29 |
| 5/20/2018 | 26 |
| 5/25/2018 | 32 |
| 5/26/2018 | 17 |
| 5/27/2018 | 16 |
| 6/1/2018 | 21 |
| 6/2/2018 | 12 |
| 6/3/2018 | 16 |
| 6/8/2018 | 31 |
| 6/9/2018 | 15 |
| 6/10/2018 | 16 |
| 6/15/2018 | 39 |
| 6/16/2018 | 21 |
| 6/17/2018 | 25 |
| 6/22/2018 | 45 |
| 6/23/2018 | 27 |
| 6/24/2018 | 33 |
| 6/29/2018 | 52 |
| 6/30/2018 | 29 |
| 7/1/2018 | 21 |
| 7/6/2018 | 25 |
| 7/7/2018 | 25 |
| 7/8/2018 | 28 |
| 7/13/2018 | 33 |
| 7/14/2018 | 26 |
| 7/15/2018 | 25 |
| 7/20/2018 | 34 |
| 7/21/2018 | 26 |
| 7/22/2018 | 26 |
| 7/27/2018 | 30 |
| 7/28/2018 | 23 |
| 7/29/2018 | 32 |
| 8/3/2018 | 15 |
| 8/4/2018 | 14 |
| 8/5/2018 | 8 |
| 8/10/2018 | 16 |

| | |
|---|---|
| 8/11/2018 | 14 |
| 8/12/2018 | 11 |
| 8/17/2018 | 11 |
| 8/18/2018 | 9 |
| 8/19/2018 | 10 |
| 8/24/2018 | 10 |
| 8/25/2018 | 9 |
| 8/26/2018 | 15 |
| 8/31/2018 | 15 |
| 9/1/2018 | 6 |
| 9/2/2018 | 5 |
| 9/7/2018 | 10 |
| 9/8/2018 | 6 |
| 9/9/2018 | 9 |
| 9/14/2018 | 18 |
| 9/15/2018 | 10 |
| 9/16/2018 | 14 |
| 9/21/2018 | 21 |
| 9/22/2018 | 9 |
| 9/23/2018 | 14 |
| 9/28/2018 | 15 |
| 9/29/2018 | 10 |
| 9/30/2018 | 13 |
| 10/5/2018 | 11 |
| 10/6/2018 | 7 |
| 10/7/2018 | 8 |
| 10/12/2018 | 12 |
| 10/13/2018 | 9 |
| 10/14/2018 | 12 |
| 10/19/2018 | 16 |
| 10/20/2018 | 8 |
| 10/21/2018 | 14 |
| 10/26/2018 | 11 |
| 10/27/2018 | 5 |
| 10/28/2018 | 7 |
| 11/2/2018 | 10 |
| 11/3/2018 | 8 |
| 11/4/2018 | 12 |
| 11/9/2018 | 20 |
| 11/10/2018 | 18 |
| 11/11/2018 | 15 |
| 11/16/2018 | 21 |
| 11/17/2018 | 16 |
| 11/18/2018 | 14 |
| 11/23/2018 | 8 |
| 11/24/2018 | 17 |
| 11/25/2018 | 17 |

| | |
|---|---|
| 11/30/2018 | 15 |
| 12/1/2018 | 11 |
| 12/2/2018 | 12 |
| 12/7/2018 | 16 |
| 12/8/2018 | 9 |
| 12/9/2018 | 7 |
| 12/14/2018 | 21 |
| 12/15/2018 | 10 |
| 12/16/2018 | 16 |
| 12/21/2018 | 17 |
| 12/22/2018 | 20 |
| 12/23/2018 | 17 |
| 12/28/2018 | 22 |
| 12/29/2018 | 23 |
| 12/30/2018 | 21 |
| 1/4/2019 | 14 |
| 1/5/2019 | 13 |
| 1/6/2019 | 17 |
| 1/11/2019 | 5 |
| 1/12/2019 | 7 |
| 1/13/2019 | 6 |
| 1/18/2019 | 22 |
| 1/19/2019 | 9 |
| 1/20/2019 | 16 |
| 1/25/2019 | 14 |
| 1/26/2019 | 11 |
| 1/27/2019 | 11 |
| 2/1/2019 | 18 |
| 2/2/2019 | 14 |
| 2/3/2019 | 10 |
| 2/8/2019 | 21 |
| 2/9/2019 | 14 |
| 2/10/2019 | 11 |
| 2/15/2019 | 24 |
| 2/16/2019 | 11 |
| 2/17/2019 | 14 |
| 2/22/2019 | 18 |
| 2/23/2019 | 9 |
| 2/24/2019 | 10 |
| 3/1/2019 | 17 |
| 3/2/2019 | 8 |
| 3/3/2019 | 8 |
| 3/8/2019 | 16 |
| 3/9/2019 | 12 |
| 3/10/2019 | 13 |
| 3/15/2019 | 18 |
| 3/16/2019 | 13 |

| | |
|---|---|
| 3/17/2019 | 11 |
| 3/22/2019 | 22 |
| 3/23/2019 | 13 |
| 3/24/2019 | 10 |
| 3/29/2019 | 20 |
| 3/30/2019 | 13 |
| 3/31/2019 | 15 |
| 4/5/2019 | 25 |
| 4/6/2019 | 19 |
| 4/7/2019 | 23 |
| 4/12/2019 | 40 |
| 4/13/2019 | 31 |
| 4/14/2019 | 30 |
| 4/19/2019 | 40 |
| 4/20/2019 | 30 |
| 4/21/2019 | 23 |
| 4/26/2019 | 37 |
| 4/27/2019 | 26 |
| 4/28/2019 | 26 |
| 5/3/2019 | 11 |
| 5/4/2019 | 10 |
| 5/5/2019 | 11 |
| 5/10/2019 | 15 |
| 5/11/2019 | 10 |
| 5/12/2019 | 12 |
| 5/17/2019 | 16 |
| 5/18/2019 | 13 |
| 5/19/2019 | 21 |
| 5/24/2019 | 27 |
| 5/25/2019 | 15 |
| 5/26/2019 | 14 |
| 5/31/2019 | 25 |
| 6/1/2019 | 14 |
| 6/2/2019 | 14 |
| 6/7/2019 | 15 |
| 6/8/2019 | 14 |
| 6/9/2019 | 11 |
| 6/14/2019 | 20 |
| 6/15/2019 | 13 |
| 6/16/2019 | 11 |
| 6/21/2019 | 24 |
| 6/22/2019 | 20 |
| 6/23/2019 | 17 |
| 6/28/2019 | 18 |
| 6/29/2019 | 15 |
| 6/30/2019 | 14 |
| 7/5/2019 | 6 |

| | |
|---|---|
| 7/6/2019 | 11 |
| 7/7/2019 | 13 |
| 7/12/2019 | 15 |
| 7/13/2019 | 8 |
| 7/14/2019 | 11 |
| 7/19/2019 | 13 |
| 7/20/2019 | 16 |
| 7/21/2019 | 24 |
| 7/26/2019 | 22 |
| 7/27/2019 | 18 |
| 7/28/2019 | 20 |
| 8/2/2019 | 14 |
| 8/3/2019 | 9 |
| 8/4/2019 | 14 |
| 8/9/2019 | 12 |
| 8/10/2019 | 14 |
| 8/11/2019 | 13 |
| 8/16/2019 | 23 |
| 8/17/2019 | 18 |
| 8/18/2019 | 17 |
| 8/23/2019 | 32 |
| 8/24/2019 | 22 |
| 8/25/2019 | 21 |
| 8/30/2019 | 32 |
| 8/31/2019 | 17 |
| 9/1/2019 | 11 |
| 9/6/2019 | 28 |
| 9/7/2019 | 22 |
| 9/8/2019 | 16 |
| 9/13/2019 | 25 |
| 9/14/2019 | 19 |
| 9/15/2019 | 19 |
| 9/20/2019 | 27 |
| 9/21/2019 | 20 |
| 9/22/2019 | 22 |
| 9/27/2019 | 26 |
| 9/28/2019 | 21 |
| 9/29/2019 | 24 |
| 10/4/2019 | 14 |
| 10/5/2019 | 10 |
| 10/6/2019 | 10 |
| 10/11/2019 | 18 |
| 10/12/2019 | 18 |
| 10/13/2019 | 20 |
| 10/18/2019 | 12 |
| 10/19/2019 | 6 |
| 10/20/2019 | 9 |

| | |
|---|---|
| 10/25/2019 | 23 |
| 10/26/2019 | 16 |
| 10/27/2019 | 16 |
| 11/1/2019 | 14 |
| 11/2/2019 | 8 |
| 11/3/2019 | 16 |
| 11/8/2019 | 19 |
| 11/9/2019 | 9 |
| 11/10/2019 | 11 |
| 11/15/2019 | 23 |
| 11/16/2019 | 11 |
| 11/17/2019 | 18 |
| 11/22/2019 | 20 |
| 11/23/2019 | 17 |
| 11/24/2019 | 15 |
| 11/29/2019 | 20 |
| 11/30/2019 | 29 |
| 12/1/2019 | 18 |
| 12/6/2019 | 13 |
| 12/7/2019 | 12 |
| 12/8/2019 | 12 |
| 12/13/2019 | 17 |
| 12/14/2019 | 13 |
| 12/15/2019 | 8 |
| 12/20/2019 | 21 |
| 12/21/2019 | 21 |
| 12/22/2019 | 15 |
| 12/27/2019 | 13 |
| 12/28/2019 | 9 |
| 12/29/2019 | 8 |

| | |
|---|---|
| 6/2/2017 | 138 |
| 6/3/2017 | 148 |
| 6/4/2017 | 144 |
| 6/9/2017 | 139 |
| 6/10/2017 | 158 |
| 6/11/2017 | 150 |
| 6/16/2017 | 146 |
| 6/17/2017 | 172 |
| 6/18/2017 | 149 |
| 6/23/2017 | 136 |
| 6/24/2017 | 154 |
| 6/25/2017 | 151 |
| 6/30/2017 | 137 |
| 7/1/2017 | 166 |
| 7/2/2017 | 174 |
| 7/7/2017 | 154 |
| 7/8/2017 | 166 |
| 7/9/2017 | 165 |
| 7/14/2017 | 141 |
| 7/15/2017 | 153 |
| 7/16/2017 | 136 |
| 7/21/2017 | 145 |
| 7/22/2017 | 160 |
| 7/23/2017 | 158 |
| 7/28/2017 | 152 |
| 7/29/2017 | 160 |
| 7/30/2017 | 144 |
| 8/4/2017 | 168 |
| 8/5/2017 | 195 |
| 8/6/2017 | 185 |
| 8/11/2017 | 182 |
| 8/12/2017 | 201 |
| 8/13/2017 | 183 |
| 8/18/2017 | 174 |
| 8/19/2017 | 206 |
| 8/20/2017 | 186 |
| 8/25/2017 | 185 |
| 8/26/2017 | 205 |
| 8/27/2017 | 189 |
| 9/1/2017 | 201 |
| 9/2/2017 | 234 |
| 9/3/2017 | 236 |
| 9/8/2017 | 214 |
| 9/9/2017 | 240 |
| 9/10/2017 | 214 |
| 9/15/2017 | 197 |

| | |
|---|---|
| 9/16/2017 | 230 |
| 9/17/2017 | 220 |
| 9/22/2017 | 205 |
| 9/23/2017 | 233 |
| 9/24/2017 | 210 |
| 9/29/2017 | 211 |
| 9/30/2017 | 241 |
| 10/1/2017 | 199 |
| 10/6/2017 | 168 |
| 10/7/2017 | 187 |
| 10/8/2017 | 168 |
| 10/13/2017 | 180 |
| 10/14/2017 | 204 |
| 10/15/2017 | 191 |
| 10/20/2017 | 182 |
| 10/21/2017 | 202 |
| 10/22/2017 | 188 |
| 10/27/2017 | 180 |
| 10/28/2017 | 204 |
| 10/29/2017 | 191 |
| 11/3/2017 | 140 |
| 11/4/2017 | 162 |
| 11/5/2017 | 160 |
| 11/10/2017 | 135 |
| 11/11/2017 | 165 |
| 11/12/2017 | 151 |
| 11/17/2017 | 138 |
| 11/18/2017 | 158 |
| 11/19/2017 | 145 |
| 11/24/2017 | 170 |
| 11/25/2017 | 135 |
| 11/26/2017 | 126 |
| 12/1/2017 | 104 |
| 12/2/2017 | 126 |
| 12/3/2017 | 132 |
| 12/8/2017 | 108 |
| 12/9/2017 | 145 |
| 12/10/2017 | 132 |
| 12/15/2017 | 123 |
| 12/16/2017 | 125 |
| 12/17/2017 | 113 |
| 12/22/2017 | 118 |
| 12/23/2017 | 138 |
| 12/24/2017 | 155 |
| 12/29/2017 | 124 |
| 12/30/2017 | 130 |
| 12/31/2017 | 137 |

| | |
|---|---|
| 1/5/2018 | 108 |
| 1/6/2018 | 125 |
| 1/7/2018 | 119 |
| 1/12/2018 | 92 |
| 1/13/2018 | 123 |
| 1/14/2018 | 113 |
| 1/19/2018 | 110 |
| 1/20/2018 | 130 |
| 1/21/2018 | 118 |
| 1/26/2018 | 113 |
| 1/27/2018 | 129 |
| 1/28/2018 | 110 |
| 2/2/2018 | 93 |
| 2/3/2018 | 135 |
| 2/4/2018 | 124 |
| 2/9/2018 | 113 |
| 2/10/2018 | 124 |
| 2/11/2018 | 113 |
| 2/16/2018 | 97 |
| 2/17/2018 | 120 |
| 2/18/2018 | 117 |
| 2/23/2018 | 103 |
| 2/24/2018 | 119 |
| 2/25/2018 | 107 |
| 3/2/2018 | 93 |
| 3/3/2018 | 132 |
| 3/4/2018 | 109 |
| 3/9/2018 | 90 |
| 3/10/2018 | 120 |
| 3/11/2018 | 112 |
| 3/16/2018 | 103 |
| 3/17/2018 | 119 |
| 3/18/2018 | 110 |
| 3/23/2018 | 94 |
| 3/24/2018 | 124 |
| 3/25/2018 | 113 |
| 3/30/2018 | 110 |
| 3/31/2018 | 127 |
| 4/1/2018 | 103 |
| 4/6/2018 | 117 |
| 4/7/2018 | 118 |
| 4/8/2018 | 107 |
| 4/13/2018 | 106 |
| 4/14/2018 | 129 |
| 4/15/2018 | 102 |
| 4/20/2018 | 98 |
| 4/21/2018 | 125 |

| | |
|---|---|
| 4/22/2018 | 125 |
| 4/27/2018 | 107 |
| 4/28/2018 | 118 |
| 4/29/2018 | 110 |
| 5/4/2018 | 123 |
| 5/5/2018 | 143 |
| 5/6/2018 | 128 |
| 5/11/2018 | 136 |
| 5/12/2018 | 167 |
| 5/13/2018 | 136 |
| 5/18/2018 | 120 |
| 5/19/2018 | 156 |
| 5/20/2018 | 139 |
| 5/25/2018 | 124 |
| 5/26/2018 | 147 |
| 5/27/2018 | 147 |
| 6/1/2018 | 119 |
| 6/2/2018 | 153 |
| 6/3/2018 | 136 |
| 6/8/2018 | 149 |
| 6/9/2018 | 166 |
| 6/10/2018 | 150 |
| 6/15/2018 | 122 |
| 6/16/2018 | 153 |
| 6/17/2018 | 140 |
| 6/22/2018 | 138 |
| 6/23/2018 | 168 |
| 6/24/2018 | 157 |
| 6/29/2018 | 133 |
| 6/30/2018 | 157 |
| 7/1/2018 | 127 |
| 7/6/2018 | 128 |
| 7/7/2018 | 125 |
| 7/8/2018 | 103 |
| 7/13/2018 | 105 |
| 7/14/2018 | 125 |
| 7/15/2018 | 109 |
| 7/20/2018 | 95 |
| 7/21/2018 | 119 |
| 7/22/2018 | 112 |
| 7/27/2018 | 100 |
| 7/28/2018 | 120 |
| 7/29/2018 | 114 |
| 8/3/2018 | 98 |
| 8/4/2018 | 133 |
| 8/5/2018 | 112 |
| 8/10/2018 | 100 |

| | |
|---|---|
| 8/11/2018 | 121 |
| 8/12/2018 | 103 |
| 8/17/2018 | 95 |
| 8/18/2018 | 121 |
| 8/19/2018 | 115 |
| 8/24/2018 | 98 |
| 8/25/2018 | 124 |
| 8/26/2018 | 117 |
| 8/31/2018 | 108 |
| 9/1/2018 | 118 |
| 9/2/2018 | 115 |
| 9/7/2018 | 99 |
| 9/8/2018 | 108 |
| 9/9/2018 | 97 |
| 9/14/2018 | 93 |
| 9/15/2018 | 115 |
| 9/16/2018 | 98 |
| 9/21/2018 | 85 |
| 9/22/2018 | 115 |
| 9/23/2018 | 98 |
| 9/28/2018 | 99 |
| 9/29/2018 | 105 |
| 9/30/2018 | 94 |
| 10/5/2018 | 97 |
| 10/6/2018 | 111 |
| 10/7/2018 | 93 |
| 10/12/2018 | 90 |
| 10/13/2018 | 107 |
| 10/14/2018 | 94 |
| 10/19/2018 | 87 |
| 10/20/2018 | 107 |
| 10/21/2018 | 92 |
| 10/26/2018 | 97 |
| 10/27/2018 | 110 |
| 10/28/2018 | 108 |
| 11/2/2018 | 95 |
| 11/3/2018 | 119 |
| 11/4/2018 | 122 |
| 11/9/2018 | 92 |
| 11/10/2018 | 133 |
| 11/11/2018 | 105 |
| 11/16/2018 | 92 |
| 11/17/2018 | 115 |
| 11/18/2018 | 109 |
| 11/23/2018 | 140 |
| 11/24/2018 | 106 |
| 11/25/2018 | 105 |

| | |
|---|---|
| 11/30/2018 | 87 |
| 12/1/2018 | 124 |
| 12/2/2018 | 116 |
| 12/7/2018 | 111 |
| 12/8/2018 | 144 |
| 12/9/2018 | 118 |
| 12/14/2018 | 100 |
| 12/15/2018 | 133 |
| 12/16/2018 | 118 |
| 12/21/2018 | 108 |
| 12/22/2018 | 113 |
| 12/23/2018 | 116 |
| 12/28/2018 | 118 |
| 12/29/2018 | 118 |
| 12/30/2018 | 122 |
| 1/4/2019 | 108 |
| 1/5/2019 | 125 |
| 1/6/2019 | 113 |
| 1/11/2019 | 94 |
| 1/12/2019 | 121 |
| 1/13/2019 | 109 |
| 1/18/2019 | 103 |
| 1/19/2019 | 112 |
| 1/20/2019 | 115 |
| 1/25/2019 | 90 |
| 1/26/2019 | 97 |
| 1/27/2019 | 90 |
| 2/1/2019 | 77 |
| 2/2/2019 | 131 |
| 2/3/2019 | 124 |
| 2/8/2019 | 91 |
| 2/9/2019 | 95 |
| 2/10/2019 | 96 |
| 2/15/2019 | 94 |
| 2/16/2019 | 101 |
| 2/17/2019 | 99 |
| 2/22/2019 | 93 |
| 2/23/2019 | 113 |
| 2/24/2019 | 121 |
| 3/1/2019 | 99 |
| 3/2/2019 | 146 |
| 3/3/2019 | 151 |
| 3/8/2019 | 113 |
| 3/9/2019 | 169 |
| 3/10/2019 | 145 |
| 3/15/2019 | 118 |
| 3/16/2019 | 134 |

| | |
|---|---|
| 3/17/2019 | 127 |
| 3/22/2019 | 119 |
| 3/23/2019 | 131 |
| 3/24/2019 | 127 |
| 3/29/2019 | 106 |
| 3/30/2019 | 139 |
| 3/31/2019 | 141 |
| 4/5/2019 | 111 |
| 4/6/2019 | 161 |
| 4/7/2019 | 158 |
| 4/12/2019 | 113 |
| 4/13/2019 | 178 |
| 4/14/2019 | 157 |
| 4/19/2019 | 137 |
| 4/20/2019 | 170 |
| 4/21/2019 | 160 |
| 4/26/2019 | 125 |
| 4/27/2019 | 168 |
| 4/28/2019 | 160 |
| 5/3/2019 | 92 |
| 5/4/2019 | 120 |
| 5/5/2019 | 113 |
| 5/10/2019 | 115 |
| 5/11/2019 | 126 |
| 5/12/2019 | 108 |
| 5/17/2019 | 109 |
| 5/18/2019 | 123 |
| 5/19/2019 | 116 |
| 5/24/2019 | 100 |
| 5/25/2019 | 119 |
| 5/26/2019 | 123 |
| 5/31/2019 | 106 |
| 6/1/2019 | 144 |
| 6/2/2019 | 142 |
| 6/7/2019 | 118 |
| 6/8/2019 | 125 |
| 6/9/2019 | 108 |
| 6/14/2019 | 100 |
| 6/15/2019 | 112 |
| 6/16/2019 | 105 |
| 6/21/2019 | 104 |
| 6/22/2019 | 125 |
| 6/23/2019 | 106 |
| 6/28/2019 | 106 |
| 6/29/2019 | 107 |
| 6/30/2019 | 105 |
| 7/5/2019 | 137 |

| | |
|---|---|
| 7/6/2019 | 175 |
| 7/7/2019 | 167 |
| 7/12/2019 | 136 |
| 7/13/2019 | 139 |
| 7/14/2019 | 130 |
| 7/19/2019 | 115 |
| 7/20/2019 | 115 |
| 7/21/2019 | 120 |
| 7/26/2019 | 125 |
| 7/27/2019 | 139 |
| 7/28/2019 | 130 |
| 8/2/2019 | 123 |
| 8/3/2019 | 161 |
| 8/4/2019 | 148 |
| 8/9/2019 | 131 |
| 8/10/2019 | 175 |
| 8/11/2019 | 164 |
| 8/16/2019 | 128 |
| 8/17/2019 | 157 |
| 8/18/2019 | 154 |
| 8/23/2019 | 139 |
| 8/24/2019 | 159 |
| 8/25/2019 | 150 |
| 8/30/2019 | 150 |
| 8/31/2019 | 169 |
| 9/1/2019 | 168 |
| 9/6/2019 | 125 |
| 9/7/2019 | 122 |
| 9/8/2019 | 123 |
| 9/13/2019 | 135 |
| 9/14/2019 | 151 |
| 9/15/2019 | 158 |
| 9/20/2019 | 151 |
| 9/21/2019 | 162 |
| 9/22/2019 | 151 |
| 9/27/2019 | 119 |
| 9/28/2019 | 136 |
| 9/29/2019 | 124 |
| 10/4/2019 | 129 |
| 10/5/2019 | 171 |
| 10/6/2019 | 144 |
| 10/11/2019 | 134 |
| 10/12/2019 | 154 |
| 10/13/2019 | 154 |
| 10/18/2019 | 128 |
| 10/19/2019 | 147 |
| 10/20/2019 | 141 |

| | |
|---|---|
| 10/25/2019 | 126 |
| 10/26/2019 | 142 |
| 10/27/2019 | 141 |
| 11/1/2019 | 130 |
| 11/2/2019 | 156 |
| 11/3/2019 | 142 |
| 11/8/2019 | 121 |
| 11/9/2019 | 163 |
| 11/10/2019 | 146 |
| 11/15/2019 | 132 |
| 11/16/2019 | 138 |
| 11/17/2019 | 150 |
| 11/22/2019 | 124 |
| 11/23/2019 | 132 |
| 11/24/2019 | 138 |
| 11/29/2019 | 180 |
| 11/30/2019 | 142 |
| 12/1/2019 | 138 |
| 12/6/2019 | 109 |
| 12/7/2019 | 150 |
| 12/8/2019 | 138 |
| 12/13/2019 | 120 |
| 12/14/2019 | 148 |
| 12/15/2019 | 141 |
| 12/20/2019 | 142 |
| 12/21/2019 | 147 |
| 12/22/2019 | 149 |
| 12/27/2019 | 145 |
| 12/28/2019 | 130 |
| 12/29/2019 | 129 |

| | |
|---|---|
| 6/2/2017 | 2 |
| 6/3/2017 | 1 |
| 6/16/2017 | 2 |
| 6/18/2017 | 1 |
| 6/23/2017 | 1 |
| 6/24/2017 | 1 |
| 6/25/2017 | 2 |
| 6/30/2017 | 3 |
| 7/1/2017 | 2 |
| 7/2/2017 | 1 |
| 7/7/2017 | 1 |
| 7/8/2017 | 1 |
| 7/9/2017 | 2 |
| 7/14/2017 | 4 |
| 7/15/2017 | 5 |
| 7/16/2017 | 4 |
| 7/21/2017 | 3 |
| 7/22/2017 | 4 |
| 7/23/2017 | 3 |
| 7/28/2017 | 4 |
| 7/29/2017 | 1 |
| 8/4/2017 | 6 |
| 8/5/2017 | 3 |
| 8/6/2017 | 5 |
| 8/11/2017 | 2 |
| 8/12/2017 | 3 |
| 8/13/2017 | 3 |
| 8/18/2017 | 3 |
| 8/19/2017 | 2 |
| 8/20/2017 | 1 |
| 8/25/2017 | 5 |
| 8/26/2017 | 5 |
| 8/27/2017 | 5 |
| 9/1/2017 | 1 |
| 9/2/2017 | 2 |
| 9/3/2017 | 3 |
| 9/8/2017 | 6 |
| 9/9/2017 | 6 |
| 9/10/2017 | 4 |
| 9/15/2017 | 4 |
| 9/16/2017 | 2 |
| 9/17/2017 | 4 |
| 9/22/2017 | 1 |
| 9/23/2017 | 3 |

| | |
|---|---|
| 9/24/2017 | 2 |
| 9/29/2017 | 2 |
| 9/30/2017 | 2 |
| 10/1/2017 | 7 |
| 10/6/2017 | 1 |
| 10/7/2017 | 1 |
| 10/8/2017 | 2 |
| 10/13/2017 | 2 |
| 10/14/2017 | 1 |
| 10/15/2017 | 1 |
| 10/20/2017 | 1 |
| 10/22/2017 | 1 |
| 10/28/2017 | 1 |
| 10/29/2017 | 2 |
| 11/3/2017 | 2 |
| 11/5/2017 | 1 |
| 11/10/2017 | 1 |
| 11/12/2017 | 2 |
| 11/17/2017 | 1 |
| 11/18/2017 | 2 |
| 11/19/2017 | 4 |
| 11/24/2017 | 1 |
| 11/25/2017 | 1 |
| 11/26/2017 | 1 |
| 12/1/2017 | 5 |
| 12/2/2017 | 5 |
| 12/3/2017 | 5 |
| 12/8/2017 | 3 |
| 12/9/2017 | 5 |
| 12/10/2017 | 2 |
| 12/15/2017 | 6 |
| 12/16/2017 | 5 |
| 12/17/2017 | 12 |
| 12/22/2017 | 3 |
| 12/23/2017 | 2 |
| 12/24/2017 | 5 |
| 12/29/2017 | 7 |
| 12/30/2017 | 11 |
| 12/31/2017 | 8 |
| 1/5/2018 | 4 |
| 1/6/2018 | 1 |
| 1/7/2018 | 1 |
| 1/12/2018 | 5 |
| 1/13/2018 | 3 |
| 1/14/2018 | 3 |

| | |
|---|---|
| 1/19/2018 | 6 |
| 1/20/2018 | 6 |
| 1/21/2018 | 5 |
| 1/26/2018 | 5 |
| 1/27/2018 | 5 |
| 1/28/2018 | 4 |
| 2/2/2018 | 1 |
| 2/3/2018 | 2 |
| 2/4/2018 | 3 |
| 2/9/2018 | 4 |
| 2/10/2018 | 1 |
| 2/11/2018 | 5 |
| 2/16/2018 | 4 |
| 2/17/2018 | 1 |
| 2/18/2018 | 2 |
| 2/23/2018 | 4 |
| 2/24/2018 | 3 |
| 2/25/2018 | 4 |
| 3/2/2018 | 2 |
| 3/3/2018 | 1 |
| 3/4/2018 | 2 |
| 3/9/2018 | 4 |
| 3/10/2018 | 3 |
| 3/11/2018 | 3 |
| 3/16/2018 | 1 |
| 3/17/2018 | 1 |
| 3/23/2018 | 4 |
| 3/24/2018 | 2 |
| 3/25/2018 | 3 |
| 3/30/2018 | 2 |
| 3/31/2018 | 1 |
| 4/1/2018 | 2 |
| 4/6/2018 | 3 |
| 4/7/2018 | 1 |
| 4/8/2018 | 1 |
| 4/13/2018 | 3 |
| 4/14/2018 | 1 |
| 4/15/2018 | 2 |
| 4/20/2018 | 3 |
| 4/21/2018 | 2 |
| 4/22/2018 | 4 |
| 4/27/2018 | 1 |
| 4/29/2018 | 5 |
| 5/4/2018 | 1 |
| 5/5/2018 | 1 |

| | |
|---|---|
| 5/6/2018 | 1 |
| 5/11/2018 | 4 |
| 5/12/2018 | 4 |
| 5/13/2018 | 3 |
| 5/18/2018 | 3 |
| 5/19/2018 | 1 |
| 5/25/2018 | 1 |
| 5/26/2018 | 1 |
| 5/27/2018 | 1 |
| 6/1/2018 | 1 |
| 6/2/2018 | 2 |
| 6/3/2018 | 4 |
| 6/8/2018 | 3 |
| 6/9/2018 | 1 |
| 6/10/2018 | 3 |
| 6/15/2018 | 5 |
| 6/16/2018 | 3 |
| 6/17/2018 | 1 |
| 6/22/2018 | 4 |
| 6/23/2018 | 3 |
| 6/24/2018 | 2 |
| 6/29/2018 | 4 |
| 6/30/2018 | 2 |
| 7/1/2018 | 3 |
| 7/7/2018 | 1 |
| 7/8/2018 | 1 |
| 7/13/2018 | 3 |
| 7/14/2018 | 5 |
| 7/15/2018 | 3 |
| 7/20/2018 | 4 |
| 7/21/2018 | 2 |
| 7/22/2018 | 3 |
| 7/27/2018 | 1 |
| 7/28/2018 | 1 |
| 7/29/2018 | 4 |
| 8/3/2018 | 3 |
| 8/4/2018 | 4 |
| 8/5/2018 | 6 |
| 8/10/2018 | 1 |
| 8/11/2018 | 1 |
| 8/12/2018 | 2 |
| 8/17/2018 | 2 |
| 8/18/2018 | 2 |
| 8/19/2018 | 3 |
| 8/24/2018 | 5 |

| | |
|---|---|
| 8/25/2018 | 4 |
| 8/26/2018 | 2 |
| 8/31/2018 | 4 |
| 9/1/2018 | 4 |
| 9/2/2018 | 3 |
| 9/7/2018 | 1 |
| 9/9/2018 | 3 |
| 9/14/2018 | 4 |
| 9/15/2018 | 2 |
| 9/16/2018 | 2 |
| 9/21/2018 | 3 |
| 9/22/2018 | 1 |
| 9/23/2018 | 2 |
| 9/28/2018 | 5 |
| 9/29/2018 | 3 |
| 9/30/2018 | 2 |
| 10/5/2018 | 3 |
| 10/6/2018 | 4 |
| 10/7/2018 | 3 |
| 10/12/2018 | 2 |
| 10/13/2018 | 3 |
| 10/14/2018 | 7 |
| 10/19/2018 | 5 |
| 10/20/2018 | 4 |
| 10/21/2018 | 4 |
| 10/26/2018 | 2 |
| 10/27/2018 | 1 |
| 10/28/2018 | 3 |
| 11/2/2018 | 4 |
| 11/3/2018 | 1 |
| 11/4/2018 | 2 |
| 11/9/2018 | 7 |
| 11/10/2018 | 3 |
| 11/11/2018 | 3 |
| 11/16/2018 | 1 |
| 11/17/2018 | 1 |
| 11/18/2018 | 3 |
| 11/23/2018 | 2 |
| 11/24/2018 | 4 |
| 11/25/2018 | 8 |
| 11/30/2018 | 5 |
| 12/1/2018 | 5 |
| 12/2/2018 | 4 |
| 12/7/2018 | 2 |
| 12/8/2018 | 3 |

| | |
|---|---|
| 12/9/2018 | 2 |
| 12/14/2018 | 5 |
| 12/15/2018 | 2 |
| 12/16/2018 | 2 |
| 12/21/2018 | 7 |
| 12/22/2018 | 3 |
| 12/23/2018 | 4 |
| 12/29/2018 | 3 |
| 12/30/2018 | 2 |
| 1/4/2019 | 3 |
| 1/5/2019 | 3 |
| 1/6/2019 | 2 |
| 1/18/2019 | 5 |
| 1/19/2019 | 3 |
| 1/20/2019 | 4 |
| 1/25/2019 | 2 |
| 1/26/2019 | 1 |
| 1/27/2019 | 2 |
| 2/1/2019 | 2 |
| 2/2/2019 | 2 |
| 2/10/2019 | 2 |
| 2/15/2019 | 3 |
| 2/16/2019 | 3 |
| 2/17/2019 | 2 |
| 2/22/2019 | 3 |
| 2/23/2019 | 3 |
| 2/24/2019 | 4 |
| 3/1/2019 | 2 |
| 3/2/2019 | 2 |
| 3/3/2019 | 3 |
| 3/8/2019 | 1 |
| 3/9/2019 | 1 |
| 3/10/2019 | 2 |
| 3/15/2019 | 4 |
| 3/16/2019 | 4 |
| 3/17/2019 | 2 |
| 3/22/2019 | 5 |
| 3/23/2019 | 2 |
| 3/24/2019 | 2 |
| 3/29/2019 | 1 |
| 3/30/2019 | 3 |
| 3/31/2019 | 3 |
| 4/5/2019 | 2 |
| 4/6/2019 | 1 |
| 4/7/2019 | 3 |

| | |
|---|---|
| 4/12/2019 | 6 |
| 4/13/2019 | 4 |
| 4/14/2019 | 4 |
| 4/19/2019 | 4 |
| 4/20/2019 | 4 |
| 4/21/2019 | 6 |
| 4/26/2019 | 2 |
| 4/27/2019 | 3 |
| 4/28/2019 | 3 |
| 5/3/2019 | 3 |
| 5/4/2019 | 3 |
| 5/5/2019 | 3 |
| 5/10/2019 | 3 |
| 5/11/2019 | 1 |
| 5/12/2019 | 2 |
| 5/18/2019 | 1 |
| 5/19/2019 | 3 |
| 5/24/2019 | 3 |
| 5/25/2019 | 2 |
| 5/26/2019 | 1 |
| 6/1/2019 | 2 |
| 6/2/2019 | 2 |
| 6/7/2019 | 4 |
| 6/8/2019 | 2 |
| 6/9/2019 | 1 |
| 6/14/2019 | 3 |
| 6/15/2019 | 4 |
| 6/16/2019 | 5 |
| 6/21/2019 | 1 |
| 6/22/2019 | 2 |
| 6/23/2019 | 2 |
| 6/28/2019 | 2 |
| 6/29/2019 | 3 |
| 6/30/2019 | 1 |
| 7/5/2019 | 1 |
| 7/6/2019 | 2 |
| 7/7/2019 | 2 |
| 7/12/2019 | 2 |
| 7/14/2019 | 1 |
| 7/19/2019 | 3 |
| 7/20/2019 | 4 |
| 7/21/2019 | 8 |
| 7/26/2019 | 4 |
| 7/27/2019 | 2 |
| 7/28/2019 | 4 |

| | |
|---|---|
| 8/2/2019 | 4 |
| 8/3/2019 | 2 |
| 8/9/2019 | 1 |
| 8/10/2019 | 3 |
| 8/11/2019 | 3 |
| 8/16/2019 | 4 |
| 8/17/2019 | 2 |
| 8/18/2019 | 3 |
| 8/23/2019 | 3 |
| 8/24/2019 | 3 |
| 8/25/2019 | 3 |
| 8/30/2019 | 7 |
| 8/31/2019 | 5 |
| 9/1/2019 | 3 |
| 9/7/2019 | 2 |
| 9/8/2019 | 1 |
| 9/13/2019 | 1 |
| 9/14/2019 | 1 |
| 9/15/2019 | 3 |
| 9/20/2019 | 3 |
| 9/21/2019 | 6 |
| 9/22/2019 | 4 |
| 9/27/2019 | 2 |
| 9/28/2019 | 3 |
| 9/29/2019 | 1 |
| 10/4/2019 | 4 |
| 10/5/2019 | 2 |
| 10/6/2019 | 2 |
| 10/11/2019 | 2 |
| 10/12/2019 | 1 |
| 10/13/2019 | 2 |
| 10/20/2019 | 1 |
| 10/25/2019 | 4 |
| 10/26/2019 | 3 |
| 10/27/2019 | 4 |
| 11/1/2019 | 2 |
| 11/2/2019 | 1 |
| 11/3/2019 | 1 |
| 11/8/2019 | 4 |
| 11/9/2019 | 1 |
| 11/15/2019 | 4 |
| 11/16/2019 | 4 |
| 11/17/2019 | 6 |
| 11/22/2019 | 3 |
| 11/23/2019 | 3 |

| | |
|---|---|
| 11/24/2019 | 3 |
| 11/30/2019 | 2 |
| 12/1/2019 | 6 |
| 12/6/2019 | 2 |
| 12/7/2019 | 1 |
| 12/8/2019 | 3 |
| 12/13/2019 | 2 |
| 12/14/2019 | 4 |
| 12/20/2019 | 7 |
| 12/21/2019 | 7 |
| 12/22/2019 | 6 |
| 12/27/2019 | 3 |
| 12/28/2019 | 3 |
| 12/29/2019 | 2 |

| | |
|---|---|
| 6/2/2017 | 5 |
| 6/3/2017 | 2 |
| 6/4/2017 | 1 |
| 6/11/2017 | 4 |
| 6/17/2017 | 1 |
| 6/18/2017 | 1 |
| 6/23/2017 | 1 |
| 6/24/2017 | 2 |
| 6/25/2017 | 3 |
| 6/30/2017 | 4 |
| 7/7/2017 | 2 |
| 7/8/2017 | 2 |
| 7/21/2017 | 1 |
| 7/22/2017 | 1 |
| 7/23/2017 | 1 |
| 7/29/2017 | 1 |
| 7/30/2017 | 1 |
| 8/11/2017 | 1 |
| 8/12/2017 | 1 |
| 8/13/2017 | 1 |
| 8/18/2017 | 1 |
| 8/19/2017 | 2 |
| 8/20/2017 | 1 |
| 8/25/2017 | 2 |
| 8/26/2017 | 2 |
| 8/27/2017 | 1 |
| 9/1/2017 | 3 |
| 9/2/2017 | 2 |
| 9/3/2017 | 2 |
| 9/8/2017 | 4 |
| 9/9/2017 | 2 |
| 9/10/2017 | 2 |
| 9/15/2017 | 3 |
| 9/16/2017 | 4 |
| 9/17/2017 | 4 |
| 9/22/2017 | 4 |
| 9/23/2017 | 5 |
| 9/24/2017 | 5 |
| 9/29/2017 | 5 |
| 9/30/2017 | 4 |
| 10/1/2017 | 4 |
| 10/6/2017 | 5 |
| 10/7/2017 | 5 |
| 10/8/2017 | 4 |

| | |
|---|---|
| 10/13/2017 | 4 |
| 10/14/2017 | 4 |
| 10/15/2017 | 4 |
| 10/20/2017 | 6 |
| 10/21/2017 | 4 |
| 10/22/2017 | 4 |
| 10/27/2017 | 3 |
| 10/28/2017 | 5 |
| 10/29/2017 | 4 |
| 11/3/2017 | 5 |
| 11/4/2017 | 4 |
| 11/5/2017 | 4 |
| 11/10/2017 | 3 |
| 11/11/2017 | 4 |
| 11/12/2017 | 5 |
| 11/17/2017 | 5 |
| 11/18/2017 | 4 |
| 11/19/2017 | 3 |
| 11/24/2017 | 4 |
| 11/25/2017 | 4 |
| 11/26/2017 | 3 |
| 12/1/2017 | 5 |
| 12/2/2017 | 4 |
| 12/3/2017 | 4 |
| 12/8/2017 | 4 |
| 12/9/2017 | 4 |
| 12/10/2017 | 3 |
| 12/15/2017 | 3 |
| 12/16/2017 | 3 |
| 12/17/2017 | 3 |
| 12/22/2017 | 5 |
| 12/23/2017 | 5 |
| 12/24/2017 | 3 |
| 12/29/2017 | 4 |
| 12/30/2017 | 6 |
| 12/31/2017 | 5 |
| 1/5/2018 | 6 |
| 1/6/2018 | 4 |
| 1/7/2018 | 2 |
| 1/12/2018 | 2 |
| 1/13/2018 | 2 |
| 1/14/2018 | 2 |
| 1/19/2018 | 2 |
| 1/20/2018 | 2 |
| 1/21/2018 | 3 |

| | |
|---|---|
| 1/26/2018 | 3 |
| 1/27/2018 | 2 |
| 1/28/2018 | 2 |
| 2/2/2018 | 4 |
| 2/3/2018 | 3 |
| 2/4/2018 | 3 |
| 2/9/2018 | 1 |
| 2/10/2018 | 3 |
| 2/11/2018 | 2 |
| 2/16/2018 | 3 |
| 2/17/2018 | 3 |
| 2/18/2018 | 3 |
| 2/23/2018 | 2 |
| 2/24/2018 | 2 |
| 2/25/2018 | 3 |
| 3/2/2018 | 1 |
| 3/3/2018 | 1 |
| 3/4/2018 | 2 |
| 3/9/2018 | 2 |
| 3/10/2018 | 2 |
| 3/11/2018 | 2 |
| 3/16/2018 | 1 |
| 3/17/2018 | 1 |
| 3/18/2018 | 1 |
| 3/23/2018 | 1 |
| 3/24/2018 | 1 |
| 3/25/2018 | 1 |
| 3/30/2018 | 2 |
| 3/31/2018 | 2 |
| 4/1/2018 | 2 |
| 4/6/2018 | 2 |
| 4/7/2018 | 1 |
| 4/8/2018 | 2 |
| 4/13/2018 | 3 |
| 4/14/2018 | 2 |
| 4/15/2018 | 2 |
| 4/20/2018 | 3 |
| 4/21/2018 | 3 |
| 4/22/2018 | 3 |
| 4/27/2018 | 2 |
| 4/28/2018 | 3 |
| 4/29/2018 | 3 |
| 5/4/2018 | 2 |
| 5/5/2018 | 2 |
| 5/6/2018 | 3 |

| | |
|---|---|
| 5/11/2018 | 3 |
| 5/12/2018 | 3 |
| 5/13/2018 | 3 |
| 5/18/2018 | 3 |
| 5/19/2018 | 3 |
| 5/20/2018 | 3 |
| 5/25/2018 | 2 |
| 5/26/2018 | 2 |
| 5/27/2018 | 2 |
| 6/1/2018 | 2 |
| 6/2/2018 | 2 |
| 6/3/2018 | 3 |
| 6/8/2018 | 2 |
| 6/9/2018 | 1 |
| 6/10/2018 | 1 |
| 6/15/2018 | 1 |
| 6/16/2018 | 3 |
| 6/17/2018 | 2 |
| 6/22/2018 | 1 |
| 6/23/2018 | 2 |
| 6/24/2018 | 3 |
| 6/29/2018 | 3 |
| 6/30/2018 | 3 |
| 7/1/2018 | 3 |
| 7/6/2018 | 1 |
| 7/7/2018 | 2 |
| 7/8/2018 | 1 |
| 7/13/2018 | 3 |
| 7/14/2018 | 1 |
| 7/15/2018 | 1 |
| 7/20/2018 | 2 |
| 7/21/2018 | 2 |
| 7/22/2018 | 1 |
| 7/27/2018 | 2 |
| 7/28/2018 | 3 |
| 7/29/2018 | 3 |
| 8/3/2018 | 1 |
| 8/4/2018 | 1 |
| 8/5/2018 | 1 |
| 8/10/2018 | 2 |
| 8/11/2018 | 2 |
| 8/12/2018 | 3 |
| 8/17/2018 | 2 |
| 8/18/2018 | 2 |
| 8/19/2018 | 2 |

| | |
|---|---|
| 8/24/2018 | 1 |
| 8/25/2018 | 1 |
| 8/26/2018 | 2 |
| 8/31/2018 | 1 |
| 9/1/2018 | 2 |
| 9/2/2018 | 1 |
| 9/7/2018 | 3 |
| 9/8/2018 | 2 |
| 9/9/2018 | 2 |
| 9/14/2018 | 2 |
| 9/15/2018 | 2 |
| 9/16/2018 | 3 |
| 9/21/2018 | 1 |
| 9/22/2018 | 1 |
| 9/23/2018 | 2 |
| 9/28/2018 | 2 |
| 9/29/2018 | 1 |
| 9/30/2018 | 2 |
| 10/5/2018 | 2 |
| 10/6/2018 | 2 |
| 10/7/2018 | 2 |
| 10/26/2018 | 1 |
| 11/2/2018 | 1 |
| 11/3/2018 | 1 |
| 11/4/2018 | 2 |
| 11/23/2018 | 1 |
| 11/24/2018 | 1 |
| 11/25/2018 | 2 |
| 12/8/2018 | 1 |
| 12/15/2018 | 1 |
| 12/16/2018 | 1 |
| 12/21/2018 | 1 |
| 12/22/2018 | 1 |
| 12/23/2018 | 1 |
| 12/28/2018 | 1 |
| 12/29/2018 | 2 |
| 12/30/2018 | 2 |
| 1/4/2019 | 2 |
| 1/5/2019 | 1 |
| 1/6/2019 | 1 |
| 1/11/2019 | 1 |
| 1/12/2019 | 1 |
| 1/13/2019 | 2 |
| 1/18/2019 | 2 |
| 1/19/2019 | 1 |

| | |
|---|---|
| 1/20/2019 | 1 |
| 1/25/2019 | 3 |
| 1/26/2019 | 2 |
| 1/27/2019 | 2 |
| 2/1/2019 | 2 |
| 2/2/2019 | 1 |
| 2/3/2019 | 2 |
| 2/8/2019 | 3 |
| 2/9/2019 | 2 |
| 2/10/2019 | 2 |
| 2/15/2019 | 1 |
| 2/16/2019 | 1 |
| 2/17/2019 | 1 |
| 2/22/2019 | 2 |
| 2/23/2019 | 3 |
| 2/24/2019 | 4 |
| 3/1/2019 | 3 |
| 3/2/2019 | 1 |
| 3/3/2019 | 3 |
| 3/8/2019 | 4 |
| 3/9/2019 | 2 |
| 3/10/2019 | 2 |
| 3/15/2019 | 2 |
| 3/22/2019 | 1 |
| 3/29/2019 | 1 |
| 3/30/2019 | 2 |
| 3/31/2019 | 4 |
| 4/5/2019 | 1 |
| 4/6/2019 | 2 |
| 4/7/2019 | 2 |
| 4/13/2019 | 1 |
| 4/14/2019 | 1 |
| 4/19/2019 | 1 |
| 4/20/2019 | 1 |
| 4/21/2019 | 1 |
| 4/26/2019 | 1 |
| 4/27/2019 | 1 |
| 4/28/2019 | 3 |
| 5/11/2019 | 1 |
| 5/12/2019 | 1 |
| 5/19/2019 | 1 |
| 5/24/2019 | 1 |
| 5/25/2019 | 1 |
| 6/2/2019 | 1 |
| 6/7/2019 | 1 |

| | |
|---|---|
| 6/8/2019 | 1 |
| 6/9/2019 | 1 |
| 6/14/2019 | 1 |
| 6/15/2019 | 1 |
| 6/16/2019 | 1 |
| 6/21/2019 | 1 |
| 6/22/2019 | 1 |
| 6/23/2019 | 1 |
| 6/28/2019 | 2 |
| 6/29/2019 | 2 |
| 6/30/2019 | 1 |
| 7/12/2019 | 1 |
| 7/13/2019 | 1 |
| 7/14/2019 | 1 |
| 7/28/2019 | 1 |
| 8/2/2019 | 2 |
| 8/3/2019 | 2 |
| 8/4/2019 | 2 |
| 8/10/2019 | 1 |
| 8/16/2019 | 1 |
| 8/17/2019 | 2 |
| 8/18/2019 | 2 |
| 8/23/2019 | 1 |
| 8/24/2019 | 1 |
| 8/30/2019 | 2 |
| 8/31/2019 | 2 |
| 9/1/2019 | 2 |
| 9/6/2019 | 2 |
| 9/7/2019 | 2 |
| 9/8/2019 | 1 |
| 9/13/2019 | 2 |
| 9/14/2019 | 2 |
| 9/15/2019 | 5 |
| 9/20/2019 | 4 |
| 9/21/2019 | 2 |
| 9/22/2019 | 2 |
| 9/27/2019 | 1 |
| 9/28/2019 | 3 |
| 9/29/2019 | 1 |
| 10/13/2019 | 1 |
| 10/20/2019 | 1 |
| 10/25/2019 | 1 |
| 10/26/2019 | 1 |
| 10/27/2019 | 1 |
| 11/1/2019 | 1 |

| | |
|---|---|
| 11/2/2019 | 1 |
| 11/3/2019 | 1 |
| 11/8/2019 | 1 |
| 11/9/2019 | 1 |
| 11/10/2019 | 1 |
| 11/15/2019 | 1 |
| 11/16/2019 | 3 |
| 11/17/2019 | 4 |
| 11/22/2019 | 2 |
| 11/23/2019 | 2 |
| 12/15/2019 | 3 |
| 12/22/2019 | 1 |

| | |
|---|---|
| 6/2/2017 | 4 |
| 6/3/2017 | 9 |
| 6/4/2017 | 13 |
| 6/9/2017 | 9 |
| 6/10/2017 | 12 |
| 6/11/2017 | 9 |
| 6/16/2017 | 4 |
| 6/17/2017 | 7 |
| 6/18/2017 | 12 |
| 6/23/2017 | 8 |
| 6/24/2017 | 12 |
| 6/25/2017 | 7 |
| 6/30/2017 | 9 |
| 7/1/2017 | 1 |
| 7/2/2017 | 1 |
| 7/7/2017 | 1 |
| 7/8/2017 | 3 |
| 7/9/2017 | 3 |
| 7/14/2017 | 1 |
| 7/15/2017 | 4 |
| 7/16/2017 | 4 |
| 7/21/2017 | 1 |
| 7/22/2017 | 6 |
| 7/23/2017 | 4 |
| 7/28/2017 | 1 |
| 7/29/2017 | 7 |
| 7/30/2017 | 10 |
| 8/4/2017 | 1 |
| 8/5/2017 | 2 |
| 8/11/2017 | 2 |
| 8/12/2017 | 1 |
| 8/13/2017 | 6 |
| 8/18/2017 | 10 |
| 8/19/2017 | 5 |
| 8/20/2017 | 13 |
| 8/25/2017 | 8 |
| 8/26/2017 | 16 |
| 8/27/2017 | 13 |
| 9/1/2017 | 4 |
| 9/2/2017 | 7 |
| 9/3/2017 | 7 |
| 9/8/2017 | 5 |
| 9/9/2017 | 8 |
| 9/10/2017 | 5 |

| | |
|---|---|
| 9/15/2017 | 6 |
| 9/16/2017 | 9 |
| 9/17/2017 | 9 |
| 9/22/2017 | 8 |
| 9/23/2017 | 8 |
| 9/24/2017 | 22 |
| 9/29/2017 | 18 |
| 9/30/2017 | 15 |
| 10/1/2017 | 6 |
| 10/6/2017 | 6 |
| 10/7/2017 | 2 |
| 10/8/2017 | 4 |
| 10/13/2017 | 7 |
| 10/14/2017 | 17 |
| 10/15/2017 | 7 |
| 10/20/2017 | 14 |
| 10/21/2017 | 13 |
| 10/22/2017 | 8 |
| 10/27/2017 | 12 |
| 10/28/2017 | 12 |
| 10/29/2017 | 8 |
| 11/3/2017 | 5 |
| 11/4/2017 | 6 |
| 11/5/2017 | 1 |
| 11/10/2017 | 11 |
| 11/11/2017 | 16 |
| 11/12/2017 | 11 |
| 11/17/2017 | 15 |
| 11/18/2017 | 19 |
| 11/19/2017 | 16 |
| 11/24/2017 | 23 |
| 11/25/2017 | 12 |
| 11/26/2017 | 18 |
| 12/1/2017 | 1 |
| 12/2/2017 | 5 |
| 12/3/2017 | 4 |
| 12/8/2017 | 6 |
| 12/9/2017 | 2 |
| 12/10/2017 | 6 |
| 12/15/2017 | 7 |
| 12/16/2017 | 9 |
| 12/17/2017 | 3 |
| 12/22/2017 | 7 |
| 12/23/2017 | 8 |
| 12/24/2017 | 11 |

| | |
|---|---|
| 12/29/2017 | 2 |
| 12/30/2017 | 7 |
| 12/31/2017 | 5 |
| 1/5/2018 | 4 |
| 1/6/2018 | 10 |
| 1/7/2018 | 5 |
| 1/12/2018 | 10 |
| 1/13/2018 | 12 |
| 1/14/2018 | 13 |
| 1/19/2018 | 8 |
| 1/20/2018 | 8 |
| 1/21/2018 | 8 |
| 1/26/2018 | 1 |
| 1/27/2018 | 12 |
| 1/28/2018 | 11 |
| 2/2/2018 | 6 |
| 2/3/2018 | 10 |
| 2/4/2018 | 10 |
| 2/9/2018 | 7 |
| 2/10/2018 | 13 |
| 2/11/2018 | 10 |
| 2/16/2018 | 6 |
| 2/17/2018 | 11 |
| 2/18/2018 | 12 |
| 2/23/2018 | 7 |
| 2/24/2018 | 13 |
| 2/25/2018 | 11 |
| 3/3/2018 | 7 |
| 3/4/2018 | 9 |
| 3/9/2018 | 5 |
| 3/10/2018 | 9 |
| 3/11/2018 | 8 |
| 3/16/2018 | 14 |
| 3/17/2018 | 16 |
| 3/18/2018 | 15 |
| 3/23/2018 | 10 |
| 3/24/2018 | 11 |
| 3/25/2018 | 14 |
| 3/30/2018 | 10 |
| 3/31/2018 | 9 |
| 4/6/2018 | 3 |
| 4/7/2018 | 18 |
| 4/8/2018 | 8 |
| 4/13/2018 | 5 |
| 4/14/2018 | 11 |

| | |
|---|---|
| 4/15/2018 | 3 |
| 4/20/2018 | 12 |
| 4/21/2018 | 15 |
| 4/22/2018 | 9 |
| 4/27/2018 | 15 |
| 4/28/2018 | 12 |
| 4/29/2018 | 7 |
| 5/4/2018 | 4 |
| 5/5/2018 | 7 |
| 5/6/2018 | 4 |
| 5/11/2018 | 3 |
| 5/12/2018 | 5 |
| 5/13/2018 | 11 |
| 5/18/2018 | 11 |
| 5/19/2018 | 8 |
| 5/20/2018 | 10 |
| 5/25/2018 | 7 |
| 5/26/2018 | 13 |
| 5/27/2018 | 19 |
| 6/3/2018 | 2 |
| 6/8/2018 | 3 |
| 6/9/2018 | 8 |
| 6/10/2018 | 7 |
| 6/15/2018 | 2 |
| 6/16/2018 | 7 |
| 6/17/2018 | 1 |
| 6/22/2018 | 6 |
| 6/23/2018 | 7 |
| 6/24/2018 | 8 |
| 6/29/2018 | 5 |
| 6/30/2018 | 6 |
| 7/1/2018 | 1 |
| 7/6/2018 | 5 |
| 7/7/2018 | 5 |
| 7/8/2018 | 2 |
| 7/13/2018 | 2 |
| 7/14/2018 | 7 |
| 7/15/2018 | 6 |
| 7/20/2018 | 6 |
| 7/21/2018 | 5 |
| 7/22/2018 | 1 |
| 7/27/2018 | 11 |
| 7/28/2018 | 16 |
| 7/29/2018 | 8 |
| 8/4/2018 | 3 |

| | |
|---|---|
| 8/5/2018 | 2 |
| 8/10/2018 | 2 |
| 8/11/2018 | 2 |
| 8/17/2018 | 6 |
| 8/18/2018 | 6 |
| 8/19/2018 | 2 |
| 8/24/2018 | 7 |
| 8/25/2018 | 6 |
| 8/31/2018 | 2 |
| 9/1/2018 | 5 |
| 9/2/2018 | 4 |
| 9/7/2018 | 13 |
| 9/8/2018 | 11 |
| 9/9/2018 | 12 |
| 9/14/2018 | 9 |
| 9/15/2018 | 11 |
| 9/16/2018 | 10 |
| 9/21/2018 | 4 |
| 9/22/2018 | 9 |
| 9/23/2018 | 8 |
| 9/28/2018 | 7 |
| 9/29/2018 | 15 |
| 9/30/2018 | 14 |
| 10/6/2018 | 3 |
| 10/7/2018 | 4 |
| 10/12/2018 | 3 |
| 10/13/2018 | 5 |
| 10/14/2018 | 2 |
| 10/19/2018 | 3 |
| 10/20/2018 | 5 |
| 10/21/2018 | 4 |
| 10/26/2018 | 2 |
| 10/27/2018 | 6 |
| 10/28/2018 | 10 |
| 11/2/2018 | 5 |
| 11/3/2018 | 2 |
| 11/4/2018 | 2 |
| 11/9/2018 | 1 |
| 11/10/2018 | 1 |
| 11/11/2018 | 2 |
| 11/17/2018 | 6 |
| 11/18/2018 | 4 |
| 11/23/2018 | 13 |
| 11/24/2018 | 4 |
| 11/25/2018 | 1 |

| | |
|---|---|
| 11/30/2018 | 6 |
| 12/1/2018 | 4 |
| 12/2/2018 | 1 |
| 12/7/2018 | 2 |
| 12/8/2018 | 2 |
| 12/9/2018 | 4 |
| 12/14/2018 | 1 |
| 12/15/2018 | 1 |
| 12/16/2018 | 1 |
| 12/21/2018 | 1 |
| 12/22/2018 | 2 |
| 12/23/2018 | 7 |
| 12/28/2018 | 3 |
| 12/30/2018 | 4 |
| 1/4/2019 | 4 |
| 1/5/2019 | 6 |
| 1/6/2019 | 2 |
| 1/11/2019 | 11 |
| 1/12/2019 | 13 |
| 1/13/2019 | 17 |
| 1/19/2019 | 13 |
| 1/20/2019 | 9 |
| 1/25/2019 | 7 |
| 1/26/2019 | 8 |
| 1/27/2019 | 5 |
| 2/3/2019 | 3 |
| 2/9/2019 | 5 |
| 2/15/2019 | 4 |
| 2/16/2019 | 9 |
| 2/17/2019 | 8 |
| 2/22/2019 | 7 |
| 2/23/2019 | 5 |
| 2/24/2019 | 2 |
| 3/1/2019 | 7 |
| 3/2/2019 | 4 |
| 3/3/2019 | 1 |
| 3/8/2019 | 1 |
| 3/15/2019 | 2 |
| 3/16/2019 | 1 |
| 3/17/2019 | 1 |
| 3/22/2019 | 2 |
| 3/23/2019 | 3 |
| 3/24/2019 | 6 |
| 3/29/2019 | 8 |
| 3/30/2019 | 8 |

| | |
|---|---|
| 4/5/2019 | 6 |
| 4/6/2019 | 1 |
| 4/7/2019 | 1 |
| 4/12/2019 | 2 |
| 4/13/2019 | 4 |
| 4/14/2019 | 5 |
| 4/19/2019 | 5 |
| 4/20/2019 | 8 |
| 4/21/2019 | 6 |
| 4/26/2019 | 3 |
| 4/27/2019 | 10 |
| 4/28/2019 | 10 |
| 5/3/2019 | 4 |
| 5/4/2019 | 3 |
| 5/5/2019 | 6 |
| 5/10/2019 | 2 |
| 5/11/2019 | 5 |
| 5/12/2019 | 10 |
| 5/17/2019 | 7 |
| 5/18/2019 | 7 |
| 5/19/2019 | 3 |
| 5/24/2019 | 2 |
| 5/25/2019 | 3 |
| 5/26/2019 | 8 |
| 5/31/2019 | 10 |
| 6/1/2019 | 1 |
| 6/2/2019 | 1 |
| 6/7/2019 | 3 |
| 6/8/2019 | 2 |
| 6/9/2019 | 4 |
| 6/14/2019 | 2 |
| 6/15/2019 | 3 |
| 6/16/2019 | 3 |
| 6/21/2019 | 5 |
| 6/22/2019 | 8 |
| 6/23/2019 | 4 |
| 6/28/2019 | 9 |
| 6/29/2019 | 8 |
| 6/30/2019 | 14 |
| 7/12/2019 | 1 |
| 7/13/2019 | 4 |
| 7/14/2019 | 3 |
| 7/19/2019 | 1 |
| 7/26/2019 | 2 |
| 7/27/2019 | 6 |

| | |
|---|---|
| 7/28/2019 | 1 |
| 8/3/2019 | 1 |
| 8/4/2019 | 1 |
| 8/9/2019 | 4 |
| 8/10/2019 | 3 |
| 8/11/2019 | 8 |
| 8/17/2019 | 5 |
| 8/18/2019 | 6 |
| 8/23/2019 | 7 |
| 8/24/2019 | 10 |
| 8/25/2019 | 5 |
| 8/30/2019 | 9 |
| 8/31/2019 | 2 |
| 9/1/2019 | 6 |
| 9/6/2019 | 15 |
| 9/7/2019 | 15 |
| 9/8/2019 | 13 |
| 9/13/2019 | 12 |
| 9/14/2019 | 12 |
| 9/15/2019 | 9 |
| 9/20/2019 | 8 |
| 9/21/2019 | 13 |
| 9/22/2019 | 13 |
| 9/27/2019 | 11 |
| 9/28/2019 | 19 |
| 9/29/2019 | 22 |
| 10/4/2019 | 5 |
| 10/5/2019 | 6 |
| 10/6/2019 | 5 |
| 10/11/2019 | 5 |
| 10/12/2019 | 7 |
| 10/13/2019 | 4 |
| 10/18/2019 | 11 |
| 10/19/2019 | 16 |
| 10/20/2019 | 12 |
| 10/25/2019 | 11 |
| 10/26/2019 | 18 |
| 10/27/2019 | 11 |
| 11/1/2019 | 6 |
| 11/2/2019 | 10 |
| 11/3/2019 | 9 |
| 11/8/2019 | 5 |
| 11/9/2019 | 13 |
| 11/10/2019 | 13 |
| 11/15/2019 | 12 |

| | |
|---|---|
| 11/16/2019 | 15 |
| 11/17/2019 | 10 |
| 11/22/2019 | 14 |
| 11/23/2019 | 18 |
| 11/24/2019 | 13 |
| 11/29/2019 | 24 |
| 11/30/2019 | 11 |
| 12/1/2019 | 2 |
| 12/6/2019 | 6 |
| 12/7/2019 | 2 |
| 12/8/2019 | 1 |
| 12/13/2019 | 6 |
| 12/14/2019 | 6 |
| 12/15/2019 | 10 |
| 12/20/2019 | 1 |
| 12/21/2019 | 2 |
| 12/22/2019 | 5 |
| 12/27/2019 | 1 |
| 12/28/2019 | 3 |
| 12/29/2019 | 5 |

| | |
|---|---|
| 6/2/2017 | 131 |
| 6/3/2017 | 79 |
| 6/4/2017 | 106 |
| 6/9/2017 | 147 |
| 6/10/2017 | 105 |
| 6/11/2017 | 110 |
| 6/16/2017 | 148 |
| 6/17/2017 | 105 |
| 6/18/2017 | 126 |
| 6/23/2017 | 145 |
| 6/24/2017 | 123 |
| 6/25/2017 | 144 |
| 6/30/2017 | 133 |
| 7/1/2017 | 77 |
| 7/2/2017 | 64 |
| 7/7/2017 | 99 |
| 7/8/2017 | 65 |
| 7/9/2017 | 61 |
| 7/14/2017 | 101 |
| 7/15/2017 | 67 |
| 7/16/2017 | 70 |
| 7/21/2017 | 133 |
| 7/22/2017 | 111 |
| 7/23/2017 | 93 |
| 7/28/2017 | 97 |
| 7/29/2017 | 72 |
| 7/30/2017 | 86 |
| 8/4/2017 | 124 |
| 8/5/2017 | 90 |
| 8/6/2017 | 108 |
| 8/11/2017 | 120 |
| 8/12/2017 | 87 |
| 8/13/2017 | 118 |
| 8/18/2017 | 142 |
| 8/19/2017 | 92 |
| 8/20/2017 | 112 |
| 8/25/2017 | 147 |
| 8/26/2017 | 99 |
| 8/27/2017 | 139 |
| 9/1/2017 | 130 |
| 9/2/2017 | 89 |
| 9/3/2017 | 87 |
| 9/8/2017 | 123 |
| 9/9/2017 | 69 |
| 9/10/2017 | 119 |
| 9/15/2017 | 166 |

| | |
|---|---|
| 9/16/2017 | 108 |
| 9/17/2017 | 123 |
| 9/22/2017 | 137 |
| 9/23/2017 | 100 |
| 9/24/2017 | 143 |
| 9/29/2017 | 127 |
| 9/30/2017 | 93 |
| 10/1/2017 | 108 |
| 10/6/2017 | 119 |
| 10/7/2017 | 93 |
| 10/8/2017 | 134 |
| 10/13/2017 | 135 |
| 10/14/2017 | 80 |
| 10/15/2017 | 106 |
| 10/20/2017 | 134 |
| 10/21/2017 | 84 |
| 10/22/2017 | 125 |
| 10/27/2017 | 134 |
| 10/28/2017 | 100 |
| 10/29/2017 | 150 |
| 11/3/2017 | 98 |
| 11/4/2017 | 67 |
| 11/5/2017 | 103 |
| 11/10/2017 | 92 |
| 11/11/2017 | 70 |
| 11/12/2017 | 103 |
| 11/17/2017 | 93 |
| 11/18/2017 | 65 |
| 11/19/2017 | 76 |
| 11/24/2017 | 76 |
| 11/25/2017 | 117 |
| 11/26/2017 | 82 |
| 12/1/2017 | 76 |
| 12/2/2017 | 58 |
| 12/3/2017 | 47 |
| 12/8/2017 | 51 |
| 12/9/2017 | 46 |
| 12/10/2017 | 44 |
| 12/15/2017 | 60 |
| 12/16/2017 | 39 |
| 12/17/2017 | 52 |
| 12/22/2017 | 54 |
| 12/23/2017 | 41 |
| 12/24/2017 | 31 |
| 12/29/2017 | 59 |
| 12/30/2017 | 60 |
| 12/31/2017 | 42 |

| | |
|---|---|
| 1/5/2018 | 50 |
| 1/6/2018 | 22 |
| 1/7/2018 | 26 |
| 1/12/2018 | 70 |
| 1/13/2018 | 27 |
| 1/14/2018 | 25 |
| 1/19/2018 | 60 |
| 1/20/2018 | 33 |
| 1/21/2018 | 49 |
| 1/26/2018 | 84 |
| 1/27/2018 | 35 |
| 1/28/2018 | 58 |
| 2/2/2018 | 63 |
| 2/3/2018 | 15 |
| 2/4/2018 | 25 |
| 2/9/2018 | 48 |
| 2/10/2018 | 24 |
| 2/11/2018 | 36 |
| 2/16/2018 | 76 |
| 2/17/2018 | 44 |
| 2/18/2018 | 45 |
| 2/23/2018 | 67 |
| 2/24/2018 | 39 |
| 2/25/2018 | 57 |
| 3/2/2018 | 71 |
| 3/3/2018 | 33 |
| 3/4/2018 | 36 |
| 3/9/2018 | 90 |
| 3/10/2018 | 46 |
| 3/11/2018 | 46 |
| 3/16/2018 | 54 |
| 3/17/2018 | 28 |
| 3/18/2018 | 35 |
| 3/23/2018 | 76 |
| 3/24/2018 | 48 |
| 3/25/2018 | 60 |
| 3/30/2018 | 86 |
| 3/31/2018 | 62 |
| 4/1/2018 | 55 |
| 4/6/2018 | 78 |
| 4/7/2018 | 34 |
| 4/8/2018 | 54 |
| 4/13/2018 | 66 |
| 4/14/2018 | 34 |
| 4/15/2018 | 66 |
| 4/20/2018 | 83 |
| 4/21/2018 | 53 |

| | |
|---|---|
| 4/22/2018 | 67 |
| 4/27/2018 | 72 |
| 4/28/2018 | 63 |
| 4/29/2018 | 88 |
| 5/4/2018 | 87 |
| 5/5/2018 | 43 |
| 5/6/2018 | 61 |
| 5/11/2018 | 100 |
| 5/12/2018 | 55 |
| 5/13/2018 | 58 |
| 5/18/2018 | 98 |
| 5/19/2018 | 71 |
| 5/20/2018 | 64 |
| 5/25/2018 | 93 |
| 5/26/2018 | 39 |
| 5/27/2018 | 38 |
| 6/1/2018 | 64 |
| 6/2/2018 | 30 |
| 6/3/2018 | 40 |
| 6/8/2018 | 105 |
| 6/9/2018 | 37 |
| 6/10/2018 | 46 |
| 6/15/2018 | 112 |
| 6/16/2018 | 48 |
| 6/17/2018 | 63 |
| 6/22/2018 | 126 |
| 6/23/2018 | 67 |
| 6/24/2018 | 96 |
| 6/29/2018 | 135 |
| 6/30/2018 | 77 |
| 7/1/2018 | 64 |
| 7/6/2018 | 76 |
| 7/7/2018 | 68 |
| 7/8/2018 | 88 |
| 7/13/2018 | 96 |
| 7/14/2018 | 67 |
| 7/15/2018 | 57 |
| 7/20/2018 | 94 |
| 7/21/2018 | 52 |
| 7/22/2018 | 65 |
| 7/27/2018 | 76 |
| 7/28/2018 | 51 |
| 7/29/2018 | 69 |
| 8/3/2018 | 44 |
| 8/4/2018 | 31 |
| 8/5/2018 | 27 |
| 8/10/2018 | 50 |

| | |
|---|---|
| 8/11/2018 | 35 |
| 8/12/2018 | 33 |
| 8/17/2018 | 27 |
| 8/18/2018 | 18 |
| 8/19/2018 | 24 |
| 8/24/2018 | 28 |
| 8/25/2018 | 22 |
| 8/26/2018 | 31 |
| 8/31/2018 | 37 |
| 9/1/2018 | 12 |
| 9/2/2018 | 10 |
| 9/7/2018 | 28 |
| 9/8/2018 | 15 |
| 9/9/2018 | 23 |
| 9/14/2018 | 44 |
| 9/15/2018 | 18 |
| 9/16/2018 | 37 |
| 9/21/2018 | 49 |
| 9/22/2018 | 17 |
| 9/23/2018 | 38 |
| 9/28/2018 | 39 |
| 9/29/2018 | 26 |
| 9/30/2018 | 36 |
| 10/5/2018 | 32 |
| 10/6/2018 | 18 |
| 10/7/2018 | 25 |
| 10/12/2018 | 29 |
| 10/13/2018 | 16 |
| 10/14/2018 | 31 |
| 10/19/2018 | 36 |
| 10/20/2018 | 16 |
| 10/21/2018 | 38 |
| 10/26/2018 | 22 |
| 10/27/2018 | 10 |
| 10/28/2018 | 20 |
| 11/2/2018 | 31 |
| 11/3/2018 | 16 |
| 11/4/2018 | 31 |
| 11/9/2018 | 54 |
| 11/10/2018 | 39 |
| 11/11/2018 | 37 |
| 11/16/2018 | 55 |
| 11/17/2018 | 36 |
| 11/18/2018 | 40 |
| 11/23/2018 | 27 |
| 11/24/2018 | 47 |
| 11/25/2018 | 65 |

| | |
|---|---|
| 11/30/2018 | 37 |
| 12/1/2018 | 24 |
| 12/2/2018 | 29 |
| 12/7/2018 | 37 |
| 12/8/2018 | 20 |
| 12/9/2018 | 11 |
| 12/14/2018 | 52 |
| 12/15/2018 | 19 |
| 12/16/2018 | 36 |
| 12/21/2018 | 55 |
| 12/22/2018 | 51 |
| 12/23/2018 | 42 |
| 12/28/2018 | 65 |
| 12/29/2018 | 62 |
| 12/30/2018 | 49 |
| 1/4/2019 | 35 |
| 1/5/2019 | 25 |
| 1/6/2019 | 33 |
| 1/11/2019 | 10 |
| 1/12/2019 | 14 |
| 1/13/2019 | 12 |
| 1/18/2019 | 57 |
| 1/19/2019 | 20 |
| 1/20/2019 | 36 |
| 1/25/2019 | 40 |
| 1/26/2019 | 31 |
| 1/27/2019 | 26 |
| 2/1/2019 | 53 |
| 2/2/2019 | 36 |
| 2/3/2019 | 18 |
| 2/8/2019 | 49 |
| 2/9/2019 | 32 |
| 2/10/2019 | 24 |
| 2/15/2019 | 58 |
| 2/16/2019 | 16 |
| 2/17/2019 | 31 |
| 2/22/2019 | 47 |
| 2/23/2019 | 14 |
| 2/24/2019 | 29 |
| 3/1/2019 | 46 |
| 3/2/2019 | 21 |
| 3/3/2019 | 27 |
| 3/8/2019 | 48 |
| 3/9/2019 | 31 |
| 3/10/2019 | 39 |
| 3/15/2019 | 50 |
| 3/16/2019 | 30 |

| | |
|---|---|
| 3/17/2019 | 31 |
| 3/22/2019 | 64 |
| 3/23/2019 | 38 |
| 3/24/2019 | 26 |
| 3/29/2019 | 70 |
| 3/30/2019 | 32 |
| 3/31/2019 | 34 |
| 4/5/2019 | 71 |
| 4/6/2019 | 40 |
| 4/7/2019 | 60 |
| 4/12/2019 | 113 |
| 4/13/2019 | 72 |
| 4/14/2019 | 79 |
| 4/19/2019 | 116 |
| 4/20/2019 | 69 |
| 4/21/2019 | 58 |
| 4/26/2019 | 104 |
| 4/27/2019 | 62 |
| 4/28/2019 | 62 |
| 5/3/2019 | 39 |
| 5/4/2019 | 21 |
| 5/5/2019 | 28 |
| 5/10/2019 | 42 |
| 5/11/2019 | 21 |
| 5/12/2019 | 29 |
| 5/17/2019 | 45 |
| 5/18/2019 | 31 |
| 5/19/2019 | 57 |
| 5/24/2019 | 73 |
| 5/25/2019 | 34 |
| 5/26/2019 | 32 |
| 5/31/2019 | 76 |
| 6/1/2019 | 31 |
| 6/2/2019 | 39 |
| 6/7/2019 | 48 |
| 6/8/2019 | 28 |
| 6/9/2019 | 36 |
| 6/14/2019 | 59 |
| 6/15/2019 | 34 |
| 6/16/2019 | 40 |
| 6/21/2019 | 65 |
| 6/22/2019 | 53 |
| 6/23/2019 | 50 |
| 6/28/2019 | 63 |
| 6/29/2019 | 38 |
| 6/30/2019 | 33 |
| 7/5/2019 | 16 |

| | |
|---|---|
| 7/6/2019 | 33 |
| 7/7/2019 | 47 |
| 7/12/2019 | 49 |
| 7/13/2019 | 20 |
| 7/14/2019 | 34 |
| 7/19/2019 | 35 |
| 7/20/2019 | 51 |
| 7/21/2019 | 71 |
| 7/26/2019 | 62 |
| 7/27/2019 | 40 |
| 7/28/2019 | 63 |
| 8/2/2019 | 40 |
| 8/3/2019 | 29 |
| 8/4/2019 | 36 |
| 8/9/2019 | 36 |
| 8/10/2019 | 35 |
| 8/11/2019 | 32 |
| 8/16/2019 | 66 |
| 8/17/2019 | 48 |
| 8/18/2019 | 41 |
| 8/23/2019 | 88 |
| 8/24/2019 | 63 |
| 8/25/2019 | 65 |
| 8/30/2019 | 95 |
| 8/31/2019 | 35 |
| 9/1/2019 | 26 |
| 9/6/2019 | 83 |
| 9/7/2019 | 62 |
| 9/8/2019 | 49 |
| 9/13/2019 | 62 |
| 9/14/2019 | 47 |
| 9/15/2019 | 43 |
| 9/20/2019 | 82 |
| 9/21/2019 | 44 |
| 9/22/2019 | 57 |
| 9/27/2019 | 71 |
| 9/28/2019 | 51 |
| 9/29/2019 | 78 |
| 10/4/2019 | 37 |
| 10/5/2019 | 27 |
| 10/6/2019 | 26 |
| 10/11/2019 | 58 |
| 10/12/2019 | 41 |
| 10/13/2019 | 57 |
| 10/18/2019 | 32 |
| 10/19/2019 | 15 |
| 10/20/2019 | 19 |

| | |
|---|---|
| 10/25/2019 | 82 |
| 10/26/2019 | 44 |
| 10/27/2019 | 47 |
| 11/1/2019 | 33 |
| 11/2/2019 | 19 |
| 11/3/2019 | 35 |
| 11/8/2019 | 47 |
| 11/9/2019 | 20 |
| 11/10/2019 | 28 |
| 11/15/2019 | 62 |
| 11/16/2019 | 28 |
| 11/17/2019 | 52 |
| 11/22/2019 | 55 |
| 11/23/2019 | 47 |
| 11/24/2019 | 41 |
| 11/29/2019 | 41 |
| 11/30/2019 | 74 |
| 12/1/2019 | 51 |
| 12/6/2019 | 39 |
| 12/7/2019 | 26 |
| 12/8/2019 | 26 |
| 12/13/2019 | 45 |
| 12/14/2019 | 38 |
| 12/15/2019 | 17 |
| 12/20/2019 | 63 |
| 12/21/2019 | 54 |
| 12/22/2019 | 48 |
| 12/27/2019 | 37 |
| 12/28/2019 | 19 |
| 12/29/2019 | 21 |

| | |
|---|---|
| 6/2/2017 | 15 |
| 6/3/2017 | 11 |
| 6/4/2017 | 13 |
| 6/9/2017 | 19 |
| 6/10/2017 | 18 |
| 6/11/2017 | 18 |
| 6/16/2017 | 30 |
| 6/17/2017 | 27 |
| 6/18/2017 | 28 |
| 6/23/2017 | 24 |
| 6/24/2017 | 19 |
| 6/25/2017 | 23 |
| 6/30/2017 | 23 |
| 7/1/2017 | 10 |
| 7/2/2017 | 7 |
| 7/7/2017 | 9 |
| 7/8/2017 | 6 |
| 7/9/2017 | 4 |
| 7/14/2017 | 12 |
| 7/15/2017 | 9 |
| 7/16/2017 | 10 |
| 7/21/2017 | 8 |
| 7/22/2017 | 10 |
| 7/23/2017 | 10 |
| 7/28/2017 | 12 |
| 7/29/2017 | 8 |
| 7/30/2017 | 10 |
| 8/4/2017 | 13 |
| 8/5/2017 | 15 |
| 8/6/2017 | 17 |
| 8/11/2017 | 13 |
| 8/12/2017 | 11 |
| 8/13/2017 | 16 |
| 8/18/2017 | 13 |
| 8/19/2017 | 14 |
| 8/20/2017 | 14 |
| 8/25/2017 | 19 |
| 8/26/2017 | 14 |
| 8/27/2017 | 18 |
| 9/1/2017 | 17 |
| 9/2/2017 | 14 |
| 9/3/2017 | 16 |
| 9/8/2017 | 12 |
| 9/9/2017 | 15 |
| 9/10/2017 | 21 |
| 9/15/2017 | 24 |

| | |
|---|---|
| 9/16/2017 | 19 |
| 9/17/2017 | 20 |
| 9/22/2017 | 20 |
| 9/23/2017 | 23 |
| 9/24/2017 | 22 |
| 9/29/2017 | 23 |
| 9/30/2017 | 20 |
| 10/1/2017 | 19 |
| 10/6/2017 | 17 |
| 10/7/2017 | 20 |
| 10/8/2017 | 22 |
| 10/13/2017 | 17 |
| 10/14/2017 | 16 |
| 10/15/2017 | 23 |
| 10/20/2017 | 21 |
| 10/21/2017 | 18 |
| 10/22/2017 | 21 |
| 10/27/2017 | 20 |
| 10/28/2017 | 20 |
| 10/29/2017 | 24 |
| 11/3/2017 | 20 |
| 11/4/2017 | 20 |
| 11/5/2017 | 24 |
| 11/10/2017 | 22 |
| 11/11/2017 | 14 |
| 11/12/2017 | 18 |
| 11/17/2017 | 23 |
| 11/18/2017 | 20 |
| 11/19/2017 | 17 |
| 11/24/2017 | 28 |
| 11/25/2017 | 36 |
| 11/26/2017 | 21 |
| 12/1/2017 | 18 |
| 12/2/2017 | 14 |
| 12/3/2017 | 11 |
| 12/8/2017 | 15 |
| 12/9/2017 | 18 |
| 12/10/2017 | 12 |
| 12/15/2017 | 16 |
| 12/16/2017 | 15 |
| 12/17/2017 | 18 |
| 12/22/2017 | 14 |
| 12/23/2017 | 14 |
| 12/24/2017 | 15 |
| 12/29/2017 | 18 |
| 12/30/2017 | 20 |
| 12/31/2017 | 19 |

| | |
|---|---|
| 1/5/2018 | 10 |
| 1/6/2018 | 10 |
| 1/7/2018 | 10 |
| 1/12/2018 | 14 |
| 1/13/2018 | 12 |
| 1/14/2018 | 8 |
| 1/19/2018 | 12 |
| 1/20/2018 | 14 |
| 1/21/2018 | 11 |
| 1/26/2018 | 15 |
| 1/27/2018 | 10 |
| 1/28/2018 | 10 |
| 2/2/2018 | 12 |
| 2/3/2018 | 9 |
| 2/4/2018 | 10 |
| 2/9/2018 | 10 |
| 2/10/2018 | 7 |
| 2/11/2018 | 9 |
| 2/16/2018 | 14 |
| 2/17/2018 | 10 |
| 2/18/2018 | 6 |
| 2/23/2018 | 11 |
| 2/24/2018 | 8 |
| 2/25/2018 | 12 |
| 3/2/2018 | 19 |
| 3/3/2018 | 10 |
| 3/4/2018 | 9 |
| 3/9/2018 | 7 |
| 3/10/2018 | 8 |
| 3/11/2018 | 8 |
| 3/16/2018 | 5 |
| 3/17/2018 | 7 |
| 3/18/2018 | 11 |
| 3/23/2018 | 17 |
| 3/24/2018 | 13 |
| 3/25/2018 | 13 |
| 3/30/2018 | 18 |
| 3/31/2018 | 15 |
| 4/1/2018 | 19 |
| 4/6/2018 | 13 |
| 4/7/2018 | 4 |
| 4/8/2018 | 10 |
| 4/13/2018 | 10 |
| 4/14/2018 | 11 |
| 4/15/2018 | 15 |
| 4/20/2018 | 12 |
| 4/21/2018 | 12 |

| | |
|---|---|
| 4/22/2018 | 14 |
| 4/27/2018 | 11 |
| 4/28/2018 | 14 |
| 4/29/2018 | 18 |
| 5/4/2018 | 11 |
| 5/5/2018 | 8 |
| 5/6/2018 | 10 |
| 5/11/2018 | 12 |
| 5/12/2018 | 14 |
| 5/13/2018 | 11 |
| 5/18/2018 | 9 |
| 5/19/2018 | 10 |
| 5/20/2018 | 10 |
| 5/25/2018 | 11 |
| 5/26/2018 | 9 |
| 5/27/2018 | 7 |
| 6/1/2018 | 7 |
| 6/2/2018 | 5 |
| 6/3/2018 | 3 |
| 6/8/2018 | 8 |
| 6/9/2018 | 6 |
| 6/10/2018 | 6 |
| 6/15/2018 | 13 |
| 6/16/2018 | 10 |
| 6/17/2018 | 13 |
| 6/22/2018 | 12 |
| 6/23/2018 | 13 |
| 6/24/2018 | 10 |
| 6/29/2018 | 21 |
| 6/30/2018 | 11 |
| 7/1/2018 | 5 |
| 7/6/2018 | 6 |
| 7/7/2018 | 6 |
| 7/8/2018 | 10 |
| 7/13/2018 | 14 |
| 7/14/2018 | 14 |
| 7/15/2018 | 14 |
| 7/20/2018 | 15 |
| 7/21/2018 | 16 |
| 7/22/2018 | 18 |
| 7/27/2018 | 15 |
| 7/28/2018 | 15 |
| 7/29/2018 | 21 |
| 8/3/2018 | 12 |
| 8/4/2018 | 10 |
| 8/5/2018 | 8 |
| 8/10/2018 | 10 |

| | |
|---|---|
| 8/11/2018 | 11 |
| 8/12/2018 | 9 |
| 8/17/2018 | 8 |
| 8/18/2018 | 7 |
| 8/19/2018 | 8 |
| 8/24/2018 | 7 |
| 8/25/2018 | 9 |
| 8/26/2018 | 12 |
| 8/31/2018 | 11 |
| 9/1/2018 | 5 |
| 9/2/2018 | 7 |
| 9/7/2018 | 5 |
| 9/8/2018 | 6 |
| 9/9/2018 | 6 |
| 9/14/2018 | 12 |
| 9/15/2018 | 9 |
| 9/16/2018 | 10 |
| 9/21/2018 | 16 |
| 9/22/2018 | 12 |
| 9/23/2018 | 11 |
| 9/28/2018 | 12 |
| 9/29/2018 | 10 |
| 9/30/2018 | 11 |
| 10/5/2018 | 8 |
| 10/6/2018 | 6 |
| 10/7/2018 | 4 |
| 10/12/2018 | 9 |
| 10/13/2018 | 8 |
| 10/14/2018 | 10 |
| 10/19/2018 | 11 |
| 10/20/2018 | 8 |
| 10/21/2018 | 10 |
| 10/26/2018 | 9 |
| 10/27/2018 | 7 |
| 10/28/2018 | 6 |
| 11/2/2018 | 6 |
| 11/3/2018 | 8 |
| 11/4/2018 | 10 |
| 11/9/2018 | 15 |
| 11/10/2018 | 15 |
| 11/11/2018 | 11 |
| 11/16/2018 | 14 |
| 11/17/2018 | 8 |
| 11/18/2018 | 5 |
| 11/23/2018 | 6 |
| 11/24/2018 | 12 |
| 11/25/2018 | 10 |

| | |
|---|---|
| 11/30/2018 | 13 |
| 12/1/2018 | 9 |
| 12/2/2018 | 8 |
| 12/7/2018 | 9 |
| 12/8/2018 | 6 |
| 12/9/2018 | 4 |
| 12/14/2018 | 11 |
| 12/15/2018 | 9 |
| 12/16/2018 | 11 |
| 12/21/2018 | 9 |
| 12/22/2018 | 11 |
| 12/23/2018 | 9 |
| 12/28/2018 | 5 |
| 12/29/2018 | 9 |
| 12/30/2018 | 14 |
| 1/4/2019 | 8 |
| 1/5/2019 | 7 |
| 1/6/2019 | 12 |
| 1/11/2019 | 4 |
| 1/12/2019 | 6 |
| 1/13/2019 | 7 |
| 1/18/2019 | 15 |
| 1/19/2019 | 6 |
| 1/20/2019 | 9 |
| 1/25/2019 | 6 |
| 1/26/2019 | 8 |
| 1/27/2019 | 8 |
| 2/1/2019 | 9 |
| 2/2/2019 | 10 |
| 2/3/2019 | 8 |
| 2/8/2019 | 11 |
| 2/9/2019 | 9 |
| 2/10/2019 | 10 |
| 2/15/2019 | 10 |
| 2/16/2019 | 9 |
| 2/17/2019 | 6 |
| 2/22/2019 | 9 |
| 2/23/2019 | 9 |
| 2/24/2019 | 8 |
| 3/1/2019 | 8 |
| 3/2/2019 | 3 |
| 3/3/2019 | 4 |
| 3/8/2019 | 4 |
| 3/9/2019 | 3 |
| 3/10/2019 | 3 |
| 3/15/2019 | 5 |
| 3/16/2019 | 5 |

| | |
|---|---|
| 3/17/2019 | 5 |
| 3/22/2019 | 7 |
| 3/23/2019 | 8 |
| 3/24/2019 | 7 |
| 3/29/2019 | 5 |
| 3/30/2019 | 7 |
| 3/31/2019 | 11 |
| 4/5/2019 | 4 |
| 4/6/2019 | 8 |
| 4/7/2019 | 9 |
| 4/12/2019 | 17 |
| 4/13/2019 | 14 |
| 4/14/2019 | 12 |
| 4/19/2019 | 15 |
| 4/20/2019 | 13 |
| 4/21/2019 | 11 |
| 4/26/2019 | 11 |
| 4/27/2019 | 12 |
| 4/28/2019 | 15 |
| 5/3/2019 | 5 |
| 5/4/2019 | 6 |
| 5/5/2019 | 5 |
| 5/10/2019 | 7 |
| 5/11/2019 | 5 |
| 5/12/2019 | 6 |
| 5/17/2019 | 7 |
| 5/18/2019 | 7 |
| 5/19/2019 | 11 |
| 5/24/2019 | 10 |
| 5/25/2019 | 10 |
| 5/26/2019 | 5 |
| 5/31/2019 | 9 |
| 6/1/2019 | 8 |
| 6/2/2019 | 10 |
| 6/7/2019 | 5 |
| 6/8/2019 | 10 |
| 6/9/2019 | 7 |
| 6/14/2019 | 9 |
| 6/15/2019 | 9 |
| 6/16/2019 | 11 |
| 6/21/2019 | 8 |
| 6/22/2019 | 8 |
| 6/23/2019 | 10 |
| 6/28/2019 | 7 |
| 6/29/2019 | 11 |
| 6/30/2019 | 8 |
| 7/5/2019 | 5 |

| | |
|---|---|
| 7/6/2019 | 6 |
| 7/7/2019 | 7 |
| 7/12/2019 | 5 |
| 7/13/2019 | 4 |
| 7/14/2019 | 7 |
| 7/19/2019 | 10 |
| 7/20/2019 | 14 |
| 7/21/2019 | 19 |
| 7/26/2019 | 11 |
| 7/27/2019 | 10 |
| 7/28/2019 | 14 |
| 8/2/2019 | 6 |
| 8/3/2019 | 6 |
| 8/4/2019 | 7 |
| 8/9/2019 | 6 |
| 8/10/2019 | 7 |
| 8/11/2019 | 7 |
| 8/16/2019 | 11 |
| 8/17/2019 | 9 |
| 8/18/2019 | 7 |
| 8/23/2019 | 11 |
| 8/24/2019 | 10 |
| 8/25/2019 | 11 |
| 8/30/2019 | 12 |
| 8/31/2019 | 11 |
| 9/1/2019 | 8 |
| 9/6/2019 | 7 |
| 9/7/2019 | 8 |
| 9/8/2019 | 8 |
| 9/13/2019 | 10 |
| 9/14/2019 | 13 |
| 9/15/2019 | 11 |
| 9/20/2019 | 12 |
| 9/21/2019 | 15 |
| 9/22/2019 | 16 |
| 9/27/2019 | 17 |
| 9/28/2019 | 17 |
| 9/29/2019 | 16 |
| 10/4/2019 | 8 |
| 10/5/2019 | 7 |
| 10/6/2019 | 8 |
| 10/11/2019 | 7 |
| 10/12/2019 | 8 |
| 10/13/2019 | 10 |
| 10/18/2019 | 5 |
| 10/19/2019 | 2 |
| 10/20/2019 | 5 |

| | |
|---|---|
| 10/25/2019 | 11 |
| 10/26/2019 | 7 |
| 10/27/2019 | 10 |
| 11/1/2019 | 11 |
| 11/2/2019 | 5 |
| 11/3/2019 | 10 |
| 11/8/2019 | 15 |
| 11/9/2019 | 11 |
| 11/10/2019 | 7 |
| 11/15/2019 | 9 |
| 11/16/2019 | 7 |
| 11/17/2019 | 11 |
| 11/22/2019 | 11 |
| 11/23/2019 | 9 |
| 11/24/2019 | 9 |
| 11/29/2019 | 17 |
| 11/30/2019 | 26 |
| 12/1/2019 | 13 |
| 12/6/2019 | 7 |
| 12/7/2019 | 10 |
| 12/8/2019 | 13 |
| 12/13/2019 | 9 |
| 12/14/2019 | 8 |
| 12/15/2019 | 4 |
| 12/20/2019 | 12 |
| 12/21/2019 | 13 |
| 12/22/2019 | 8 |
| 12/27/2019 | 10 |
| 12/28/2019 | 7 |
| 12/29/2019 | 6 |

| | |
|---|---|
| 6/2/2017 | 1 |
| 6/3/2017 | 1 |
| 6/4/2017 | 1 |
| 6/9/2017 | 2 |
| 6/10/2017 | 2 |
| 6/11/2017 | 3 |
| 6/16/2017 | 4 |
| 6/17/2017 | 4 |
| 6/18/2017 | 7 |
| 6/23/2017 | 7 |
| 6/24/2017 | 7 |
| 6/25/2017 | 6 |
| 6/30/2017 | 8 |
| 7/1/2017 | 3 |
| 7/2/2017 | 1 |
| 7/9/2017 | 1 |
| 7/15/2017 | 1 |
| 7/16/2017 | 1 |
| 7/21/2017 | 1 |
| 7/22/2017 | 1 |
| 7/23/2017 | 5 |
| 7/28/2017 | 2 |
| 7/29/2017 | 4 |
| 7/30/2017 | 4 |
| 8/11/2017 | 3 |
| 8/12/2017 | 4 |
| 8/13/2017 | 1 |
| 8/18/2017 | 1 |
| 8/19/2017 | 3 |
| 8/20/2017 | 4 |
| 9/1/2017 | 3 |
| 9/2/2017 | 3 |
| 9/3/2017 | 3 |
| 9/8/2017 | 5 |
| 9/9/2017 | 4 |
| 9/10/2017 | 3 |
| 9/15/2017 | 5 |
| 9/16/2017 | 6 |
| 9/17/2017 | 6 |
| 9/22/2017 | 7 |
| 9/23/2017 | 5 |
| 9/24/2017 | 5 |
| 9/29/2017 | 1 |
| 9/30/2017 | 2 |

| | |
|---|---|
| 10/1/2017 | 2 |
| 10/6/2017 | 4 |
| 10/7/2017 | 8 |
| 10/8/2017 | 7 |
| 10/13/2017 | 9 |
| 10/14/2017 | 8 |
| 10/15/2017 | 10 |
| 10/20/2017 | 6 |
| 10/21/2017 | 14 |
| 10/22/2017 | 15 |
| 10/27/2017 | 11 |
| 10/28/2017 | 17 |
| 10/29/2017 | 16 |
| 11/3/2017 | 5 |
| 11/4/2017 | 5 |
| 11/5/2017 | 2 |
| 11/10/2017 | 5 |
| 11/11/2017 | 7 |
| 11/12/2017 | 4 |
| 11/17/2017 | 3 |
| 11/18/2017 | 4 |
| 11/19/2017 | 7 |
| 11/24/2017 | 2 |
| 11/25/2017 | 7 |
| 11/26/2017 | 7 |
| 12/1/2017 | 4 |
| 12/2/2017 | 5 |
| 12/3/2017 | 5 |
| 12/9/2017 | 2 |
| 12/10/2017 | 2 |
| 12/15/2017 | 2 |
| 12/16/2017 | 2 |
| 12/17/2017 | 3 |
| 12/22/2017 | 1 |
| 12/23/2017 | 1 |
| 12/24/2017 | 1 |
| 2/2/2018 | 1 |
| 2/3/2018 | 1 |
| 3/9/2018 | 2 |
| 3/10/2018 | 2 |
| 3/11/2018 | 1 |
| 3/16/2018 | 1 |
| 3/17/2018 | 1 |
| 3/23/2018 | 1 |
| 3/24/2018 | 1 |

| | |
|---|---|
| 3/25/2018 | 1 |
| 3/30/2018 | 1 |
| 3/31/2018 | 3 |
| 4/1/2018 | 3 |
| 4/8/2018 | 1 |
| 4/13/2018 | 2 |
| 4/14/2018 | 2 |
| 4/15/2018 | 5 |
| 4/20/2018 | 1 |
| 4/21/2018 | 1 |
| 4/22/2018 | 1 |
| 4/27/2018 | 3 |
| 4/28/2018 | 4 |
| 4/29/2018 | 5 |
| 5/4/2018 | 2 |
| 5/5/2018 | 3 |
| 5/6/2018 | 3 |
| 5/18/2018 | 1 |
| 5/19/2018 | 3 |
| 5/20/2018 | 2 |
| 5/25/2018 | 2 |
| 5/26/2018 | 1 |
| 5/27/2018 | 1 |
| 6/1/2018 | 1 |
| 6/2/2018 | 1 |
| 6/3/2018 | 1 |
| 6/15/2018 | 3 |
| 6/16/2018 | 4 |
| 6/17/2018 | 3 |
| 6/22/2018 | 1 |
| 6/23/2018 | 1 |
| 6/29/2018 | 3 |
| 6/30/2018 | 3 |
| 7/20/2018 | 2 |
| 7/21/2018 | 3 |
| 7/22/2018 | 2 |
| 8/31/2018 | 2 |
| 9/1/2018 | 1 |
| 10/26/2018 | 1 |
| 10/27/2018 | 1 |
| 11/2/2018 | 1 |
| 11/3/2018 | 1 |
| 11/4/2018 | 1 |
| 11/23/2018 | 1 |
| 11/24/2018 | 1 |

| | |
|---|---|
| 11/25/2018 | 1 |
| 12/7/2018 | 2 |
| 12/8/2018 | 3 |
| 12/9/2018 | 3 |
| 12/28/2018 | 2 |
| 12/29/2018 | 2 |
| 12/30/2018 | 1 |
| 1/4/2019 | 5 |
| 1/5/2019 | 4 |
| 1/6/2019 | 3 |
| 1/11/2019 | 1 |
| 1/12/2019 | 1 |
| 1/13/2019 | 1 |
| 1/18/2019 | 2 |
| 1/19/2019 | 2 |
| 1/20/2019 | 2 |
| 1/25/2019 | 1 |
| 1/26/2019 | 1 |
| 1/27/2019 | 1 |
| 2/1/2019 | 1 |
| 2/2/2019 | 1 |
| 2/17/2019 | 3 |
| 2/23/2019 | 1 |
| 2/24/2019 | 1 |
| 4/26/2019 | 4 |
| 4/27/2019 | 4 |
| 4/28/2019 | 3 |
| 5/17/2019 | 1 |
| 5/31/2019 | 1 |
| 6/1/2019 | 1 |
| 6/2/2019 | 1 |
| 6/14/2019 | 1 |
| 9/6/2019 | 1 |
| 9/13/2019 | 1 |
| 9/14/2019 | 1 |
| 9/20/2019 | 1 |
| 9/21/2019 | 1 |
| 9/22/2019 | 1 |
| 10/18/2019 | 1 |
| 10/19/2019 | 1 |
| 11/1/2019 | 3 |
| 11/2/2019 | 3 |
| 11/3/2019 | 4 |

| | |
|---|---|
| 6/2/2017 | 311 |
| 6/3/2017 | 186 |
| 6/4/2017 | 271 |
| 6/9/2017 | 318 |
| 6/10/2017 | 208 |
| 6/11/2017 | 291 |
| 6/16/2017 | 337 |
| 6/17/2017 | 211 |
| 6/18/2017 | 302 |
| 6/23/2017 | 333 |
| 6/24/2017 | 231 |
| 6/25/2017 | 321 |
| 6/30/2017 | 325 |
| 7/1/2017 | 219 |
| 7/2/2017 | 238 |
| 7/7/2017 | 310 |
| 7/8/2017 | 239 |
| 7/9/2017 | 287 |
| 7/14/2017 | 381 |
| 7/15/2017 | 256 |
| 7/16/2017 | 310 |
| 7/21/2017 | 394 |
| 7/22/2017 | 267 |
| 7/23/2017 | 309 |
| 7/28/2017 | 353 |
| 7/29/2017 | 229 |
| 7/30/2017 | 320 |
| 8/4/2017 | 398 |
| 8/5/2017 | 273 |
| 8/6/2017 | 363 |
| 8/11/2017 | 404 |
| 8/12/2017 | 281 |
| 8/13/2017 | 366 |
| 8/18/2017 | 432 |
| 8/19/2017 | 274 |
| 8/20/2017 | 361 |
| 8/25/2017 | 385 |
| 8/26/2017 | 240 |
| 8/27/2017 | 333 |
| 9/1/2017 | 362 |
| 9/2/2017 | 199 |
| 9/3/2017 | 200 |
| 9/8/2017 | 320 |
| 9/9/2017 | 196 |
| 9/10/2017 | 327 |
| 9/15/2017 | 395 |

| | |
|---|---|
| 9/16/2017 | 235 |
| 9/17/2017 | 336 |
| 9/22/2017 | 380 |
| 9/23/2017 | 224 |
| 9/24/2017 | 346 |
| 9/29/2017 | 366 |
| 9/30/2017 | 237 |
| 10/1/2017 | 334 |
| 10/6/2017 | 410 |
| 10/7/2017 | 246 |
| 10/8/2017 | 355 |
| 10/13/2017 | 404 |
| 10/14/2017 | 240 |
| 10/15/2017 | 333 |
| 10/20/2017 | 414 |
| 10/21/2017 | 231 |
| 10/22/2017 | 335 |
| 10/27/2017 | 400 |
| 10/28/2017 | 244 |
| 10/29/2017 | 347 |
| 11/3/2017 | 349 |
| 11/4/2017 | 200 |
| 11/5/2017 | 280 |
| 11/10/2017 | 340 |
| 11/11/2017 | 195 |
| 11/12/2017 | 296 |
| 11/17/2017 | 343 |
| 11/18/2017 | 203 |
| 11/19/2017 | 252 |
| 11/24/2017 | 195 |
| 11/25/2017 | 333 |
| 11/26/2017 | 342 |
| 12/1/2017 | 324 |
| 12/2/2017 | 195 |
| 12/3/2017 | 249 |
| 12/8/2017 | 234 |
| 12/9/2017 | 146 |
| 12/10/2017 | 219 |
| 12/15/2017 | 263 |
| 12/16/2017 | 168 |
| 12/17/2017 | 211 |
| 12/22/2017 | 274 |
| 12/23/2017 | 237 |
| 12/24/2017 | 176 |
| 12/29/2017 | 255 |
| 12/30/2017 | 225 |
| 12/31/2017 | 178 |

| | |
|---|---|
| 1/5/2018 | 256 |
| 1/6/2018 | 160 |
| 1/7/2018 | 244 |
| 1/12/2018 | 271 |
| 1/13/2018 | 136 |
| 1/14/2018 | 163 |
| 1/19/2018 | 257 |
| 1/20/2018 | 142 |
| 1/21/2018 | 228 |
| 1/26/2018 | 292 |
| 1/27/2018 | 155 |
| 1/28/2018 | 247 |
| 2/2/2018 | 266 |
| 2/3/2018 | 122 |
| 2/4/2018 | 135 |
| 2/9/2018 | 190 |
| 2/10/2018 | 128 |
| 2/11/2018 | 188 |
| 2/16/2018 | 280 |
| 2/17/2018 | 143 |
| 2/18/2018 | 173 |
| 2/23/2018 | 256 |
| 2/24/2018 | 167 |
| 2/25/2018 | 234 |
| 3/2/2018 | 273 |
| 3/3/2018 | 153 |
| 3/4/2018 | 202 |
| 3/9/2018 | 276 |
| 3/10/2018 | 147 |
| 3/11/2018 | 212 |
| 3/16/2018 | 248 |
| 3/17/2018 | 135 |
| 3/18/2018 | 189 |
| 3/23/2018 | 261 |
| 3/24/2018 | 162 |
| 3/25/2018 | 221 |
| 3/30/2018 | 248 |
| 3/31/2018 | 174 |
| 4/1/2018 | 229 |
| 4/6/2018 | 248 |
| 4/7/2018 | 144 |
| 4/8/2018 | 231 |
| 4/13/2018 | 251 |
| 4/14/2018 | 111 |
| 4/15/2018 | 209 |
| 4/20/2018 | 267 |
| 4/21/2018 | 154 |

| | |
|---|---|
| 4/22/2018 | 249 |
| 4/27/2018 | 267 |
| 4/28/2018 | 160 |
| 4/29/2018 | 248 |
| 5/4/2018 | 286 |
| 5/5/2018 | 158 |
| 5/6/2018 | 256 |
| 5/11/2018 | 288 |
| 5/12/2018 | 146 |
| 5/13/2018 | 237 |
| 5/18/2018 | 297 |
| 5/19/2018 | 186 |
| 5/20/2018 | 261 |
| 5/25/2018 | 310 |
| 5/26/2018 | 157 |
| 5/27/2018 | 148 |
| 6/1/2018 | 301 |
| 6/2/2018 | 149 |
| 6/3/2018 | 249 |
| 6/8/2018 | 339 |
| 6/9/2018 | 196 |
| 6/10/2018 | 297 |
| 6/15/2018 | 359 |
| 6/16/2018 | 212 |
| 6/17/2018 | 291 |
| 6/22/2018 | 356 |
| 6/23/2018 | 205 |
| 6/24/2018 | 298 |
| 6/29/2018 | 358 |
| 6/30/2018 | 264 |
| 7/1/2018 | 242 |
| 7/6/2018 | 243 |
| 7/7/2018 | 248 |
| 7/8/2018 | 339 |
| 7/13/2018 | 353 |
| 7/14/2018 | 230 |
| 7/15/2018 | 314 |
| 7/20/2018 | 370 |
| 7/21/2018 | 227 |
| 7/22/2018 | 320 |
| 7/27/2018 | 334 |
| 7/28/2018 | 209 |
| 7/29/2018 | 290 |
| 8/3/2018 | 298 |
| 8/4/2018 | 184 |
| 8/5/2018 | 254 |
| 8/10/2018 | 299 |

| | |
|---|---|
| 8/11/2018 | 184 |
| 8/12/2018 | 281 |
| 8/17/2018 | 299 |
| 8/18/2018 | 173 |
| 8/19/2018 | 267 |
| 8/24/2018 | 289 |
| 8/25/2018 | 173 |
| 8/26/2018 | 252 |
| 8/31/2018 | 292 |
| 9/1/2018 | 150 |
| 9/2/2018 | 165 |
| 9/7/2018 | 251 |
| 9/8/2018 | 153 |
| 9/9/2018 | 243 |
| 9/14/2018 | 288 |
| 9/15/2018 | 150 |
| 9/16/2018 | 243 |
| 9/21/2018 | 280 |
| 9/22/2018 | 144 |
| 9/23/2018 | 242 |
| 9/28/2018 | 275 |
| 9/29/2018 | 158 |
| 9/30/2018 | 249 |
| 10/5/2018 | 248 |
| 10/6/2018 | 165 |
| 10/7/2018 | 236 |
| 10/12/2018 | 254 |
| 10/13/2018 | 160 |
| 10/14/2018 | 212 |
| 10/19/2018 | 264 |
| 10/20/2018 | 159 |
| 10/21/2018 | 237 |
| 10/26/2018 | 263 |
| 10/27/2018 | 137 |
| 10/28/2018 | 189 |
| 11/2/2018 | 227 |
| 11/3/2018 | 154 |
| 11/4/2018 | 205 |
| 11/9/2018 | 274 |
| 11/10/2018 | 162 |
| 11/11/2018 | 230 |
| 11/16/2018 | 263 |
| 11/17/2018 | 149 |
| 11/18/2018 | 212 |
| 11/23/2018 | 157 |
| 11/24/2018 | 275 |
| 11/25/2018 | 298 |

| | |
|---|---|
| 11/30/2018 | 250 |
| 12/1/2018 | 139 |
| 12/2/2018 | 218 |
| 12/7/2018 | 237 |
| 12/8/2018 | 130 |
| 12/9/2018 | 182 |
| 12/14/2018 | 235 |
| 12/15/2018 | 131 |
| 12/16/2018 | 224 |
| 12/21/2018 | 260 |
| 12/22/2018 | 206 |
| 12/23/2018 | 216 |
| 12/28/2018 | 245 |
| 12/29/2018 | 212 |
| 12/30/2018 | 210 |
| 1/4/2019 | 194 |
| 1/5/2019 | 141 |
| 1/6/2019 | 195 |
| 1/11/2019 | 223 |
| 1/12/2019 | 139 |
| 1/13/2019 | 183 |
| 1/18/2019 | 253 |
| 1/19/2019 | 113 |
| 1/20/2019 | 145 |
| 1/25/2019 | 245 |
| 1/26/2019 | 146 |
| 1/27/2019 | 218 |
| 2/1/2019 | 265 |
| 2/2/2019 | 147 |
| 2/3/2019 | 131 |
| 2/8/2019 | 232 |
| 2/9/2019 | 144 |
| 2/10/2019 | 182 |
| 2/15/2019 | 248 |
| 2/16/2019 | 126 |
| 2/17/2019 | 153 |
| 2/22/2019 | 236 |
| 2/23/2019 | 129 |
| 2/24/2019 | 168 |
| 3/1/2019 | 269 |
| 3/2/2019 | 181 |
| 3/3/2019 | 212 |
| 3/8/2019 | 253 |
| 3/9/2019 | 186 |
| 3/10/2019 | 246 |
| 3/15/2019 | 278 |
| 3/16/2019 | 183 |

| | |
|---|---|
| 3/17/2019 | 229 |
| 3/22/2019 | 253 |
| 3/23/2019 | 189 |
| 3/24/2019 | 228 |
| 3/29/2019 | 281 |
| 3/30/2019 | 193 |
| 3/31/2019 | 217 |
| 4/5/2019 | 269 |
| 4/6/2019 | 176 |
| 4/7/2019 | 241 |
| 4/12/2019 | 297 |
| 4/13/2019 | 208 |
| 4/14/2019 | 262 |
| 4/19/2019 | 312 |
| 4/20/2019 | 178 |
| 4/21/2019 | 231 |
| 4/26/2019 | 324 |
| 4/27/2019 | 211 |
| 4/28/2019 | 256 |
| 5/3/2019 | 282 |
| 5/4/2019 | 173 |
| 5/5/2019 | 242 |
| 5/10/2019 | 266 |
| 5/11/2019 | 150 |
| 5/12/2019 | 213 |
| 5/17/2019 | 272 |
| 5/18/2019 | 180 |
| 5/19/2019 | 275 |
| 5/24/2019 | 296 |
| 5/25/2019 | 162 |
| 5/26/2019 | 173 |
| 5/31/2019 | 331 |
| 6/1/2019 | 186 |
| 6/2/2019 | 239 |
| 6/7/2019 | 270 |
| 6/8/2019 | 194 |
| 6/9/2019 | 261 |
| 6/14/2019 | 299 |
| 6/15/2019 | 210 |
| 6/16/2019 | 257 |
| 6/21/2019 | 316 |
| 6/22/2019 | 224 |
| 6/23/2019 | 280 |
| 6/28/2019 | 308 |
| 6/29/2019 | 224 |
| 6/30/2019 | 232 |
| 7/5/2019 | 167 |

| | |
|---|---|
| 7/6/2019 | 210 |
| 7/7/2019 | 273 |
| 7/12/2019 | 307 |
| 7/13/2019 | 223 |
| 7/14/2019 | 297 |
| 7/19/2019 | 264 |
| 7/20/2019 | 210 |
| 7/21/2019 | 292 |
| 7/26/2019 | 322 |
| 7/27/2019 | 238 |
| 7/28/2019 | 291 |
| 8/2/2019 | 293 |
| 8/3/2019 | 202 |
| 8/4/2019 | 271 |
| 8/9/2019 | 300 |
| 8/10/2019 | 237 |
| 8/11/2019 | 288 |
| 8/16/2019 | 316 |
| 8/17/2019 | 203 |
| 8/18/2019 | 280 |
| 8/23/2019 | 359 |
| 8/24/2019 | 227 |
| 8/25/2019 | 298 |
| 8/30/2019 | 337 |
| 8/31/2019 | 157 |
| 9/1/2019 | 159 |
| 9/6/2019 | 296 |
| 9/7/2019 | 212 |
| 9/8/2019 | 291 |
| 9/13/2019 | 324 |
| 9/14/2019 | 183 |
| 9/15/2019 | 257 |
| 9/20/2019 | 311 |
| 9/21/2019 | 173 |
| 9/22/2019 | 272 |
| 9/27/2019 | 296 |
| 9/28/2019 | 186 |
| 9/29/2019 | 282 |
| 10/4/2019 | 286 |
| 10/5/2019 | 176 |
| 10/6/2019 | 274 |
| 10/11/2019 | 318 |
| 10/12/2019 | 191 |
| 10/13/2019 | 279 |
| 10/18/2019 | 290 |
| 10/19/2019 | 186 |
| 10/20/2019 | 264 |

| | |
|---|---|
| 10/25/2019 | 325 |
| 10/26/2019 | 186 |
| 10/27/2019 | 265 |
| 11/1/2019 | 225 |
| 11/2/2019 | 153 |
| 11/3/2019 | 243 |
| 11/8/2019 | 279 |
| 11/9/2019 | 174 |
| 11/10/2019 | 245 |
| 11/15/2019 | 288 |
| 11/16/2019 | 173 |
| 11/17/2019 | 243 |
| 11/22/2019 | 279 |
| 11/23/2019 | 184 |
| 11/24/2019 | 222 |
| 11/29/2019 | 141 |
| 11/30/2019 | 279 |
| 12/1/2019 | 255 |
| 12/6/2019 | 262 |
| 12/7/2019 | 168 |
| 12/8/2019 | 227 |
| 12/13/2019 | 270 |
| 12/14/2019 | 187 |
| 12/15/2019 | 222 |
| 12/20/2019 | 284 |
| 12/21/2019 | 218 |
| 12/22/2019 | 226 |
| 12/27/2019 | 232 |
| 12/28/2019 | 214 |
| 12/29/2019 | 216 |

| | |
|---|---|
| 6/2/2017 | 131 |
| 6/3/2017 | 79 |
| 6/4/2017 | 106 |
| 6/9/2017 | 147 |
| 6/10/2017 | 105 |
| 6/11/2017 | 110 |
| 6/16/2017 | 148 |
| 6/17/2017 | 105 |
| 6/18/2017 | 126 |
| 6/23/2017 | 145 |
| 6/24/2017 | 123 |
| 6/25/2017 | 144 |
| 6/30/2017 | 133 |
| 7/1/2017 | 77 |
| 7/2/2017 | 64 |
| 7/7/2017 | 99 |
| 7/8/2017 | 65 |
| 7/9/2017 | 61 |
| 7/14/2017 | 101 |
| 7/15/2017 | 67 |
| 7/16/2017 | 70 |
| 7/21/2017 | 133 |
| 7/22/2017 | 111 |
| 7/23/2017 | 93 |
| 7/28/2017 | 97 |
| 7/29/2017 | 72 |
| 7/30/2017 | 86 |
| 8/4/2017 | 124 |
| 8/5/2017 | 90 |
| 8/6/2017 | 108 |
| 8/11/2017 | 120 |
| 8/12/2017 | 87 |
| 8/13/2017 | 118 |
| 8/18/2017 | 142 |
| 8/19/2017 | 92 |
| 8/20/2017 | 112 |
| 8/25/2017 | 147 |
| 8/26/2017 | 99 |
| 8/27/2017 | 139 |
| 9/1/2017 | 130 |
| 9/2/2017 | 89 |
| 9/3/2017 | 87 |
| 9/8/2017 | 123 |
| 9/9/2017 | 69 |
| 9/10/2017 | 119 |
| 9/15/2017 | 166 |

| | |
|---|---|
| 9/16/2017 | 108 |
| 9/17/2017 | 123 |
| 9/22/2017 | 137 |
| 9/23/2017 | 100 |
| 9/24/2017 | 143 |
| 9/29/2017 | 127 |
| 9/30/2017 | 93 |
| 10/1/2017 | 108 |
| 10/6/2017 | 119 |
| 10/7/2017 | 93 |
| 10/8/2017 | 134 |
| 10/13/2017 | 135 |
| 10/14/2017 | 80 |
| 10/15/2017 | 106 |
| 10/20/2017 | 134 |
| 10/21/2017 | 84 |
| 10/22/2017 | 125 |
| 10/27/2017 | 134 |
| 10/28/2017 | 100 |
| 10/29/2017 | 150 |
| 11/3/2017 | 98 |
| 11/4/2017 | 67 |
| 11/5/2017 | 103 |
| 11/10/2017 | 92 |
| 11/11/2017 | 70 |
| 11/12/2017 | 103 |
| 11/17/2017 | 93 |
| 11/18/2017 | 65 |
| 11/19/2017 | 76 |
| 11/24/2017 | 76 |
| 11/25/2017 | 117 |
| 11/26/2017 | 82 |
| 12/1/2017 | 76 |
| 12/2/2017 | 58 |
| 12/3/2017 | 47 |
| 12/8/2017 | 51 |
| 12/9/2017 | 46 |
| 12/10/2017 | 44 |
| 12/15/2017 | 60 |
| 12/16/2017 | 39 |
| 12/17/2017 | 52 |
| 12/22/2017 | 54 |
| 12/23/2017 | 41 |
| 12/24/2017 | 31 |
| 12/29/2017 | 59 |
| 12/30/2017 | 60 |
| 12/31/2017 | 42 |

| | |
|---|---|
| 1/5/2018 | 50 |
| 1/6/2018 | 22 |
| 1/7/2018 | 26 |
| 1/12/2018 | 70 |
| 1/13/2018 | 27 |
| 1/14/2018 | 25 |
| 1/19/2018 | 60 |
| 1/20/2018 | 33 |
| 1/21/2018 | 49 |
| 1/26/2018 | 84 |
| 1/27/2018 | 35 |
| 1/28/2018 | 58 |
| 2/2/2018 | 63 |
| 2/3/2018 | 15 |
| 2/4/2018 | 25 |
| 2/9/2018 | 48 |
| 2/10/2018 | 24 |
| 2/11/2018 | 36 |
| 2/16/2018 | 76 |
| 2/17/2018 | 44 |
| 2/18/2018 | 45 |
| 2/23/2018 | 67 |
| 2/24/2018 | 39 |
| 2/25/2018 | 57 |
| 3/2/2018 | 71 |
| 3/3/2018 | 33 |
| 3/4/2018 | 36 |
| 3/9/2018 | 90 |
| 3/10/2018 | 46 |
| 3/11/2018 | 46 |
| 3/16/2018 | 54 |
| 3/17/2018 | 28 |
| 3/18/2018 | 35 |
| 3/23/2018 | 76 |
| 3/24/2018 | 48 |
| 3/25/2018 | 60 |
| 3/30/2018 | 86 |
| 3/31/2018 | 62 |
| 4/1/2018 | 55 |
| 4/6/2018 | 78 |
| 4/7/2018 | 34 |
| 4/8/2018 | 54 |
| 4/13/2018 | 66 |
| 4/14/2018 | 34 |
| 4/15/2018 | 66 |
| 4/20/2018 | 83 |
| 4/21/2018 | 53 |

| | |
|---|---|
| 4/22/2018 | 67 |
| 4/27/2018 | 72 |
| 4/28/2018 | 63 |
| 4/29/2018 | 88 |
| 5/4/2018 | 87 |
| 5/5/2018 | 43 |
| 5/6/2018 | 61 |
| 5/11/2018 | 100 |
| 5/12/2018 | 55 |
| 5/13/2018 | 58 |
| 5/18/2018 | 98 |
| 5/19/2018 | 71 |
| 5/20/2018 | 64 |
| 5/25/2018 | 93 |
| 5/26/2018 | 39 |
| 5/27/2018 | 38 |
| 6/1/2018 | 64 |
| 6/2/2018 | 30 |
| 6/3/2018 | 40 |
| 6/8/2018 | 105 |
| 6/9/2018 | 37 |
| 6/10/2018 | 46 |
| 6/15/2018 | 112 |
| 6/16/2018 | 48 |
| 6/17/2018 | 63 |
| 6/22/2018 | 126 |
| 6/23/2018 | 67 |
| 6/24/2018 | 96 |
| 6/29/2018 | 135 |
| 6/30/2018 | 77 |
| 7/1/2018 | 64 |
| 7/6/2018 | 76 |
| 7/7/2018 | 68 |
| 7/8/2018 | 88 |
| 7/13/2018 | 96 |
| 7/14/2018 | 67 |
| 7/15/2018 | 57 |
| 7/20/2018 | 94 |
| 7/21/2018 | 52 |
| 7/22/2018 | 65 |
| 7/27/2018 | 76 |
| 7/28/2018 | 51 |
| 7/29/2018 | 69 |
| 8/3/2018 | 44 |
| 8/4/2018 | 31 |
| 8/5/2018 | 27 |
| 8/10/2018 | 50 |

| | |
|---|---|
| 8/11/2018 | 35 |
| 8/12/2018 | 33 |
| 8/17/2018 | 27 |
| 8/18/2018 | 18 |
| 8/19/2018 | 24 |
| 8/24/2018 | 28 |
| 8/25/2018 | 22 |
| 8/26/2018 | 31 |
| 8/31/2018 | 37 |
| 9/1/2018 | 12 |
| 9/2/2018 | 10 |
| 9/7/2018 | 28 |
| 9/8/2018 | 15 |
| 9/9/2018 | 23 |
| 9/14/2018 | 44 |
| 9/15/2018 | 18 |
| 9/16/2018 | 37 |
| 9/21/2018 | 49 |
| 9/22/2018 | 17 |
| 9/23/2018 | 38 |
| 9/28/2018 | 39 |
| 9/29/2018 | 26 |
| 9/30/2018 | 36 |
| 10/5/2018 | 32 |
| 10/6/2018 | 18 |
| 10/7/2018 | 25 |
| 10/12/2018 | 29 |
| 10/13/2018 | 16 |
| 10/14/2018 | 31 |
| 10/19/2018 | 36 |
| 10/20/2018 | 16 |
| 10/21/2018 | 38 |
| 10/26/2018 | 22 |
| 10/27/2018 | 10 |
| 10/28/2018 | 20 |
| 11/2/2018 | 31 |
| 11/3/2018 | 16 |
| 11/4/2018 | 31 |
| 11/9/2018 | 54 |
| 11/10/2018 | 39 |
| 11/11/2018 | 37 |
| 11/16/2018 | 55 |
| 11/17/2018 | 36 |
| 11/18/2018 | 40 |
| 11/23/2018 | 27 |
| 11/24/2018 | 47 |
| 11/25/2018 | 65 |

| | |
|---|---|
| 11/30/2018 | 37 |
| 12/1/2018 | 24 |
| 12/2/2018 | 29 |
| 12/7/2018 | 37 |
| 12/8/2018 | 20 |
| 12/9/2018 | 11 |
| 12/14/2018 | 52 |
| 12/15/2018 | 19 |
| 12/16/2018 | 36 |
| 12/21/2018 | 55 |
| 12/22/2018 | 51 |
| 12/23/2018 | 42 |
| 12/28/2018 | 65 |
| 12/29/2018 | 62 |
| 12/30/2018 | 49 |
| 1/4/2019 | 35 |
| 1/5/2019 | 25 |
| 1/6/2019 | 33 |
| 1/11/2019 | 10 |
| 1/12/2019 | 14 |
| 1/13/2019 | 12 |
| 1/18/2019 | 57 |
| 1/19/2019 | 20 |
| 1/20/2019 | 36 |
| 1/25/2019 | 40 |
| 1/26/2019 | 31 |
| 1/27/2019 | 26 |
| 2/1/2019 | 53 |
| 2/2/2019 | 36 |
| 2/3/2019 | 18 |
| 2/8/2019 | 49 |
| 2/9/2019 | 32 |
| 2/10/2019 | 24 |
| 2/15/2019 | 58 |
| 2/16/2019 | 16 |
| 2/17/2019 | 31 |
| 2/22/2019 | 47 |
| 2/23/2019 | 14 |
| 2/24/2019 | 29 |
| 3/1/2019 | 46 |
| 3/2/2019 | 21 |
| 3/3/2019 | 27 |
| 3/8/2019 | 48 |
| 3/9/2019 | 31 |
| 3/10/2019 | 39 |
| 3/15/2019 | 50 |
| 3/16/2019 | 30 |

| | |
|---|---|
| 3/17/2019 | 31 |
| 3/22/2019 | 64 |
| 3/23/2019 | 38 |
| 3/24/2019 | 26 |
| 3/29/2019 | 70 |
| 3/30/2019 | 32 |
| 3/31/2019 | 34 |
| 4/5/2019 | 71 |
| 4/6/2019 | 40 |
| 4/7/2019 | 60 |
| 4/12/2019 | 113 |
| 4/13/2019 | 72 |
| 4/14/2019 | 79 |
| 4/19/2019 | 116 |
| 4/20/2019 | 69 |
| 4/21/2019 | 58 |
| 4/26/2019 | 104 |
| 4/27/2019 | 62 |
| 4/28/2019 | 62 |
| 5/3/2019 | 39 |
| 5/4/2019 | 21 |
| 5/5/2019 | 28 |
| 5/10/2019 | 42 |
| 5/11/2019 | 21 |
| 5/12/2019 | 29 |
| 5/17/2019 | 45 |
| 5/18/2019 | 31 |
| 5/19/2019 | 57 |
| 5/24/2019 | 73 |
| 5/25/2019 | 34 |
| 5/26/2019 | 32 |
| 5/31/2019 | 76 |
| 6/1/2019 | 31 |
| 6/2/2019 | 39 |
| 6/7/2019 | 48 |
| 6/8/2019 | 28 |
| 6/9/2019 | 36 |
| 6/14/2019 | 59 |
| 6/15/2019 | 34 |
| 6/16/2019 | 40 |
| 6/21/2019 | 65 |
| 6/22/2019 | 53 |
| 6/23/2019 | 50 |
| 6/28/2019 | 63 |
| 6/29/2019 | 38 |
| 6/30/2019 | 33 |
| 7/5/2019 | 16 |

| | |
|---|---|
| 7/6/2019 | 33 |
| 7/7/2019 | 47 |
| 7/12/2019 | 49 |
| 7/13/2019 | 20 |
| 7/14/2019 | 34 |
| 7/19/2019 | 35 |
| 7/20/2019 | 51 |
| 7/21/2019 | 71 |
| 7/26/2019 | 62 |
| 7/27/2019 | 40 |
| 7/28/2019 | 63 |
| 8/2/2019 | 40 |
| 8/3/2019 | 29 |
| 8/4/2019 | 36 |
| 8/9/2019 | 36 |
| 8/10/2019 | 35 |
| 8/11/2019 | 32 |
| 8/16/2019 | 66 |
| 8/17/2019 | 48 |
| 8/18/2019 | 41 |
| 8/23/2019 | 88 |
| 8/24/2019 | 63 |
| 8/25/2019 | 65 |
| 8/30/2019 | 95 |
| 8/31/2019 | 35 |
| 9/1/2019 | 26 |
| 9/6/2019 | 83 |
| 9/7/2019 | 62 |
| 9/8/2019 | 49 |
| 9/13/2019 | 62 |
| 9/14/2019 | 47 |
| 9/15/2019 | 43 |
| 9/20/2019 | 82 |
| 9/21/2019 | 44 |
| 9/22/2019 | 57 |
| 9/27/2019 | 71 |
| 9/28/2019 | 51 |
| 9/29/2019 | 78 |
| 10/4/2019 | 37 |
| 10/5/2019 | 27 |
| 10/6/2019 | 26 |
| 10/11/2019 | 58 |
| 10/12/2019 | 41 |
| 10/13/2019 | 57 |
| 10/18/2019 | 32 |
| 10/19/2019 | 15 |
| 10/20/2019 | 19 |

| | |
|---|---|
| 10/25/2019 | 82 |
| 10/26/2019 | 44 |
| 10/27/2019 | 47 |
| 11/1/2019 | 33 |
| 11/2/2019 | 19 |
| 11/3/2019 | 35 |
| 11/8/2019 | 47 |
| 11/9/2019 | 20 |
| 11/10/2019 | 28 |
| 11/15/2019 | 62 |
| 11/16/2019 | 28 |
| 11/17/2019 | 52 |
| 11/22/2019 | 55 |
| 11/23/2019 | 47 |
| 11/24/2019 | 41 |
| 11/29/2019 | 41 |
| 11/30/2019 | 74 |
| 12/1/2019 | 51 |
| 12/6/2019 | 39 |
| 12/7/2019 | 26 |
| 12/8/2019 | 26 |
| 12/13/2019 | 45 |
| 12/14/2019 | 38 |
| 12/15/2019 | 17 |
| 12/20/2019 | 63 |
| 12/21/2019 | 54 |
| 12/22/2019 | 48 |
| 12/27/2019 | 37 |
| 12/28/2019 | 19 |
| 12/29/2019 | 21 |

| | |
|---|---|
| 7/20/2017 | 1 |
| 7/22/2017 | 1 |
| 8/22/2017 | 2 |
| 10/1/2017 | 1 |
| 10/9/2017 | 5 |
| 10/15/2017 | 1 |
| 10/16/2017 | 3 |
| 10/19/2017 | 1 |
| 10/20/2017 | 1 |
| 12/23/2017 | 2 |
| 12/30/2017 | 1 |
| 1/22/2018 | 1 |
| 3/4/2018 | 1 |
| 3/10/2019 | 1 |
| 6/2/2019 | 1 |
| 7/22/2019 | 1 |
| 10/27/2019 | 1 |
| 12/17/2019 | 1 |
| 12/28/2019 | 2 |

| | |
|---|---|
| Jun-17 | 158 |
| Jul-17 | 125 |
| Aug-17 | 272 |
| Sep-17 | 372 |
| Oct-17 | 522 |
| Nov-17 | 261 |
| Dec-17 | 146 |
| Jan-18 | 206 |
| Feb-18 | 169 |
| Mar-18 | 174 |
| Apr-18 | 146 |
| May-18 | 132 |
| Jun-18 | 126 |
| Jul-18 | 164 |
| Aug-18 | 178 |
| Sep-18 | 166 |
| Oct-18 | 150 |
| Nov-18 | 143 |
| Dec-18 | 123 |
| Jan-19 | 152 |
| Feb-19 | 133 |
| Mar-19 | 148 |
| Apr-19 | 142 |
| May-19 | 133 |
| Jun-19 | 187 |
| Jul-19 | 221 |
| Aug-19 | 203 |
| Sep-19 | 224 |
| Oct-19 | 223 |
| Nov-19 | 216 |
| Dec-19 | 165 |

7(c):

| | |
|---|---|
| Jun-17 | 597 |
| Jul-17 | 954 |
| Aug-17 | 1338 |
| Sep-17 | 1387 |
| Oct-17 | 1690 |
| Nov-17 | 1206 |
| Dec-17 | 1130 |
| Jan-18 | 1106 |
| Feb-18 | 778 |
| Mar-18 | 893 |
| Apr-18 | 486 |
| May-18 | 567 |
| Jun-18 | 625 |
| Jul-18 | 809 |
| Aug-18 | 843 |
| Sep-18 | 632 |
| Oct-18 | 634 |
| Nov-18 | 620 |
| Dec-18 | 632 |
| Jan-19 | 614 |
| Feb-19 | 609 |
| Mar-19 | 793 |
| Apr-19 | 708 |
| May-19 | 843 |
| Jun-19 | 924 |
| Jul-19 | 1254 |
| Aug-19 | 1019 |
| Sep-19 | 874 |
| Oct-19 | 868 |
| Nov-19 | 934 |
| Dec-19 | 624 |

7(c):

| *Pilot 58148* | Domicile | Domicile Seniority | Total Domicile FOs |
|---|---|---|---|
| Aug-17 | TRN | 117 | 172 |
| Sep-17 | DTW | 369 | 384 |
| Oct-17 | DTW | 328 | 349 |
| Nov-17 | ORD | 244 | 328 |
| Dec-17 | SFO | 60 | 62 |
| Jan-18 | SFO | 56 | 58 |
| Feb-18 | SFO | 55 | 56 |
| Mar-18 | SFO | 53 | 60 |
| Apr-18 | SFO | 50 | 55 |
| May-18 | SFO | 48 | 53 |
| Jun-18 | SFO | 47 | 50 |
| Jul-18 | DEN | 110 | 144 |
| Aug-18 | DEN | 108 | 150 |
| Sep-18 | DEN | 103 | 143 |
| Oct-18 | DEN | 101 | 143 |
| Nov-18 | DEN | 84 | 135 |
| Dec-18 | DEN | 79 | 153 |
| Jan-19 | DEN | 77 | 147 |
| Feb-19 | DEN | 76 | 150 |
| Mar-19 | DEN | 75 | 150 |
| Apr-19 | DEN | 67 | 162 |
| May-19 | DEN | 64 | 162 |
| Jun-19 | DEN | 58 | 171 |
| Jul-19 | DEN | 54 | 169 |
| Aug-19 | DEN | 51 | 168 |
| Sep-19 | DEN | 45 | 164 |
| Oct-19 | DEN | 44 | 161 |
| Nov-19 | COS | 17 | 65 |
| Dec-19 | COS | 51 | 66 |

| *Pilot 57893* | Domicile | Domicile Seniority | Total Domicile FOs |
|---|---|---|---|
| Aug-17 | TRN | 119 | 172 |
| Sep-17 | DTW | 371 | 384 |
| Oct-17 | DTW | 330 | 349 |
| Nov-17 | DTW | 257 | 288 |
| Dec-17 | DTW | 213 | 249 |
| Jan-18 | DTW | 168 | 219 |
| Feb-18 | DTW | 157 | 233 |
| Mar-18 | DTW | 141 | 223 |
| Apr-18 | DTW | 130 | 234 |
| May-18 | DTW | 116 | 268 |
| Jun-18 | DTW | 109 | 302 |
| Jul-18 | DTW | 96 | 237 |
| Aug-18 | DTW | 95 | 223 |
| Sep-18 | DTW | 87 | 210 |
| Oct-18 | DTW | 85 | 196 |
| Nov-18 | DTW | 74 | 228 |
| Dec-18 | DTW | 71 | 229 |
| Jan-19 | DTW | 71 | 223 |
| Feb-19 | DTW | 67 | 229 |
| Mar-19 | DTW | 56 | 277 |
| Apr-19 | DTW | 52 | 294 |
| May-19 | DTW | 46 | 235 |
| Jun-19 | DTW | 37 | 245 |
| Jul-19 | DTW | 37 | 287 |
| Aug-19 | DTW | 36 | 312 |
| Sep-19 | DTW | 34 | 285 |
| Oct-19 | DTW | 30 | 276 |
| Nov-19 | DTW | 29 | 278 |
| Dec-19 | DTW | 24 | 263 |

# EXHIBIT 13

Esplin
03/03/2021
47
ARV

## Stephen Horne All Days Work History

| Flight | FlightDate | DayOfWeek | ACType | Tail | Origin | Dest | FlightHours | DepartureLocal | ArrivalLocal | Posi | EmpNo |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5865 | 7/17/2007 | Tuesday | CRJ | N955SW | DEN | FAR | 1.6666 | 7/17/2007 15:34 | 7/17/2007 18:14 | FO | 31651 |
| 5865 | 7/17/2007 | Tuesday | CRJ | N955SW | FAR | DEN | 1.8333 | 7/17/2007 18:49 | 7/17/2007 19:39 | FO | 31651 |
| 5859 | 7/17/2007 | Tuesday | CRJ | N955SW | DEN | EUG | 2.7 | 7/17/2007 20:55 | 7/17/2007 22:37 | FO | 31651 |
| 3895 | 7/18/2007 | Wednesday | CRJ | N454SW | EUG | SLC | 2 | 7/18/2007 13:02 | 7/18/2007 16:02 | FO | 31651 |
| 3869 | 7/18/2007 | Wednesday | CRJ | N431SW | SLC | RNO | 1.5333 | 7/18/2007 17:03 | 7/18/2007 17:35 | FO | 31651 |
| 3872 | 7/18/2007 | Wednesday | CRJ | N431SW | RNO | SLC | 1.4166 | 7/18/2007 17:53 | 7/18/2007 20:18 | FO | 31651 |
| 3872 | 7/18/2007 | Wednesday | CRJ | N405SW | SLC | COS | 1.45 | 7/18/2007 21:15 | 7/18/2007 22:42 | FO | 31651 |
| 6619 | 7/19/2007 | Thursday | CRJ | N915SW | COS | DEN | 0.7166 | 7/19/2007 19:37 | 7/19/2007 20:20 | FO | 31651 |
| 5824 | 7/19/2007 | Thursday | CRJ | N915SW | DEN | MEM | 3.1166 | 7/19/2007 20:47 | 7/20/2007 0:54 | FO | 31651 |
| 6607 | 7/20/2007 | Friday | CRJ | N915SW | MEM | DEN | 2.45 | 7/20/2007 9:51 | 7/20/2007 11:18 | FO | 31651 |
| 6268 | 7/24/2007 | Tuesday | CRJ | N983SW | ORD | CRW | 1.4333 | 7/24/2007 14:23 | 7/24/2007 16:49 | FO | 31651 |
| 6268 | 7/24/2007 | Tuesday | CRJ | N983SW | CRW | ORD | 1.6333 | 7/24/2007 17:15 | 7/24/2007 17:53 | FO | 31651 |
| 5923 | 7/24/2007 | Tuesday | CRJ | N910SW | ORD | CID | 0.8666 | 7/24/2007 18:50 | 7/24/2007 19:42 | FO | 31651 |
| 6656 | 7/24/2007 | Tuesday | CRJ | N910SW | CID | ORD | 1.05 | 7/24/2007 19:56 | 7/24/2007 20:59 | FO | 31651 |
| 6663 | 7/24/2007 | Tuesday | CRJ | N910SW | ORD | MLI | 0.9 | 7/24/2007 22:14 | 7/24/2007 23:08 | FO | 31651 |
| 6724 | 7/25/2007 | Wednesday | CRJ | N944SW | MLI | ORD | 0.95 | 7/25/2007 19:17 | 7/25/2007 20:14 | FO | 31651 |
| 6218 | 7/25/2007 | Wednesday | CRJ | N944SW | ORD | HPN | 2.6833 | 7/25/2007 20:50 | 7/26/2007 0:31 | FO | 31651 |
| 5853 | 7/26/2007 | Thursday | CRJ | N912SW | HPN | ORD | 4.2166 | 7/26/2007 15:03 | 7/26/2007 18:16 | FO | 31651 |
| 6153 | 7/26/2007 | Thursday | CRJ | N912SW | ORD | ATW | 0.9 | 7/26/2007 18:48 | 7/26/2007 19:42 | FO | 31651 |
| 6691 | 7/27/2007 | Friday | CRJ | N405SW | ATW | ORD | 1.2833 | 7/27/2007 5:55 | 7/27/2007 7:12 | FO | 31651 |
| 6254 | 7/27/2007 | Friday | CRJ | N919SW | ORD | ICT | 2.3166 | 7/27/2007 8:04 | 7/27/2007 10:23 | FO | 31651 |
| 6254 | 7/27/2007 | Friday | CRJ | N919SW | ICT | ORD | 2.1666 | 7/27/2007 11:04 | 7/27/2007 13:14 | FO | 31651 |
| 6100 | 7/27/2007 | Friday | CRJ | N919SW | ORD | AZO | 0.7 | 7/27/2007 13:53 | 7/27/2007 15:35 | FO | 31651 |
| 6100 | 7/27/2007 | Friday | CRJ | N919SW | AZO | ORD | 1.4333 | 7/27/2007 15:59 | 7/27/2007 16:25 | FO | 31651 |
| 3824 | 7/31/2007 | Tuesday | CRJ | N453SW | SLC | GEG | 1.85 | 7/31/2007 8:41 | 7/31/2007 9:32 | FO | 31651 |
| 3987 | 7/31/2007 | Tuesday | CRJ | N453SW | GEG | SLC | 1.55 | 7/31/2007 9:59 | 7/31/2007 12:32 | FO | 31651 |
| 3987 | 7/31/2007 | Tuesday | CRJ | N453SW | SLC | BZN | 1.2833 | 7/31/2007 12:54 | 7/31/2007 14:11 | FO | 31651 |
| 3935 | 7/31/2007 | Tuesday | CRJ | N453SW | BZN | SLC | 1.3166 | 7/31/2007 14:34 | 7/31/2007 15:53 | FO | 31651 |
| 3752 | 8/1/2007 | Wednesday | CRJ | N408SW | SLC | BZN | 1.3 | 8/1/2007 11:07 | 8/1/2007 12:25 | FO | 31651 |
| 3874 | 8/1/2007 | Wednesday | CRJ | N408SW | BZN | SLC | 1.3 | 8/1/2007 12:48 | 8/1/2007 14:06 | FO | 31651 |
| 3745 | 8/1/2007 | Wednesday | CRJ | N408SW | SLC | OAK | 1.9666 | 8/1/2007 14:47 | 8/1/2007 15:45 | FO | 31651 |
| 3779 | 8/1/2007 | Wednesday | CRJ | N408SW | OAK | SLC | 1.65 | 8/1/2007 16:07 | 8/1/2007 18:46 | FO | 31651 |
| 4011 | 8/2/2007 | Thursday | CR7 | N368CA | SLC | IAH | 3.3666 | 8/2/2007 10:25 | 8/2/2007 14:47 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6101 | 8/3/2007 | Friday | CR6 | N753SK | IAH | DEN | 2.2166 | 8/3/2007 5:59 | 8/3/2007 7:12 | FO | 31651 |
| 5822 | 8/3/2007 | Friday | CR6 | N715SK | DEN | GRR | 2.4166 | 8/3/2007 10:11 | 8/3/2007 14:36 | FO | 31651 |
| 5822 | 8/3/2007 | Friday | CR6 | N715SK | GRR | DEN | 2.6166 | 8/3/2007 15:03 | 8/3/2007 15:40 | FO | 31651 |
| 5919 | 8/8/2007 | Wednesday | CRJ | N969SW | ORD | CID | 1.0166 | 8/8/2007 6:36 | 8/8/2007 7:37 | FO | 31651 |
| 5937 | 8/8/2007 | Wednesday | CRJ | N969SW | CID | DEN | 2.05 | 8/8/2007 8:52 | 8/8/2007 9:55 | FO | 31651 |
| 6399 | 8/8/2007 | Wednesday | CRJ | N910SW | DEN | FCA | 2.4333 | 8/8/2007 11:54 | 8/8/2007 14:20 | FO | 31651 |
| 6394 | 8/9/2007 | Thursday | CRJ | N915SW | FCA | DEN | 2.1333 | 8/9/2007 7:35 | 8/9/2007 9:43 | FO | 31651 |
| 5832 | 8/9/2007 | Thursday | CRJ | N918SW | DEN | MSN | 2.2166 | 8/9/2007 10:29 | 8/9/2007 13:42 | FO | 31651 |
| 6090 | 8/10/2007 | Friday | CRJ | N962SW | MSN | ORD | 0.8833 | 8/10/2007 6:37 | 8/10/2007 7:30 | FO | 31651 |
| 5921 | 8/10/2007 | Friday | CRJ | N962SW | ORD | FAR | 1.8833 | 8/10/2007 8:19 | 8/10/2007 10:12 | FO | 31651 |
| 5921 | 8/10/2007 | Friday | CRJ | N962SW | FAR | ORD | 1.75 | 8/10/2007 10:37 | 8/10/2007 12:22 | FO | 31651 |
| 6087 | 8/10/2007 | Friday | CRJ | N962SW | ORD | SPI | 0.9 | 8/10/2007 13:09 | 8/10/2007 14:03 | FO | 31651 |
| 6206 | 8/11/2007 | Saturday | CRJ | N969SW | SPI | ORD | 0.9833 | 8/11/2007 5:50 | 8/11/2007 6:49 | FO | 31651 |
| 6549 | 8/11/2007 | Saturday | CRJ | N959SW | ORD | SGF | 1.5666 | 8/11/2007 8:10 | 8/11/2007 9:44 | FO | 31651 |
| 6549 | 8/11/2007 | Saturday | CRJ | N959SW | SGF | ORD | 1.4666 | 8/11/2007 10:12 | 8/11/2007 11:40 | FO | 31651 |
| 6123 | 8/11/2007 | Saturday | CRJ | N930SW | ORD | SDF | 1.3 | 8/11/2007 13:05 | 8/11/2007 15:23 | FO | 31651 |
| 6027 | 8/11/2007 | Saturday | CRJ | N930SW | SDF | ORD | 1.2333 | 8/11/2007 15:57 | 8/11/2007 16:11 | FO | 31651 |
| 6646 | 8/12/2007 | Sunday | CRJ | N983SW | ORD | SYR | 1.8166 | 8/12/2007 6:03 | 8/12/2007 8:52 | FO | 31651 |
| 5801 | 8/12/2007 | Sunday | CRJ | N983SW | SYR | ORD | 2 | 8/12/2007 9:23 | 8/12/2007 10:23 | FO | 31651 |
| 6100 | 8/12/2007 | Sunday | CRJ | N926SW | ORD | AZO | 0.6666 | 8/12/2007 13:05 | 8/12/2007 14:45 | FO | 31651 |
| 6100 | 8/12/2007 | Sunday | CRJ | N926SW | AZO | ORD | 1.0333 | 8/12/2007 15:18 | 8/12/2007 15:20 | FO | 31651 |
| 6673 | 8/16/2007 | Thursday | CR6 | N767SK | ORD | YOW | 1.6166 | 8/16/2007 16:33 | 8/16/2007 19:10 | FO | 31651 |
| 6704 | 8/16/2007 | Thursday | CR6 | N767SK | YOW | ORD | 2.3 | 8/16/2007 19:49 | 8/16/2007 21:07 | FO | 31651 |
| 6210 | 8/17/2007 | Friday | CRJ | N938SW | ORD | DAY | 1.1333 | 8/17/2007 10:58 | 8/17/2007 13:06 | FO | 31651 |
| 6210 | 8/17/2007 | Friday | CRJ | N938SW | DAY | ORD | 1.8666 | 8/17/2007 13:28 | 8/17/2007 14:20 | FO | 31651 |
| 6189 | 8/17/2007 | Friday | CRJ | N923SW | ORD | XNA | 1.9166 | 8/17/2007 16:20 | 8/17/2007 18:15 | FO | 31651 |
| 6189 | 8/17/2007 | Friday | CRJ | N923SW | XNA | ORD | 1.7833 | 8/17/2007 18:37 | 8/17/2007 20:24 | FO | 31651 |
| 6076 | 8/17/2007 | Friday | CRJ | N923SW | ORD | LEX | 1.1166 | 8/17/2007 20:56 | 8/17/2007 23:03 | FO | 31651 |
| 6196 | 8/18/2007 | Saturday | CRJ | N924SW | LEX | ORD | 1.5666 | 8/18/2007 13:21 | 8/18/2007 13:55 | FO | 31651 |
| 6268 | 8/18/2007 | Saturday | CRJ | N924SW | ORD | CRW | 1.5833 | 8/18/2007 14:26 | 8/18/2007 17:01 | FO | 31651 |
| 6268 | 8/18/2007 | Saturday | CRJ | N924SW | CRW | ORD | 1.4833 | 8/18/2007 17:45 | 8/18/2007 18:14 | FO | 31651 |
| 6579 | 8/18/2007 | Saturday | CRJ | N924SW | ORD | BNA | 1.5166 | 8/18/2007 18:59 | 8/18/2007 20:30 | FO | 31651 |
| 6664 | 8/19/2007 | Sunday | CRJ | N924SW | BNA | ORD | 1.8666 | 8/19/2007 6:43 | 8/19/2007 8:35 | FO | 31651 |
| 5919 | 8/22/2007 | Wednesday | CRJ | N905SW | ORD | CID | 0.9833 | 8/22/2007 8:11 | 8/22/2007 9:10 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5937 | 8/22/2007 | Wednesday | CRJ | N905SW | CID | DEN | 2.1166 | 8/22/2007 9:47 | 8/22/2007 10:54 | FO | 31651 |
| 6399 | 8/22/2007 | Wednesday | CRJ | N952SW | DEN | FCA | 2.25 | 8/22/2007 12:50 | 8/22/2007 15:05 | FO | 31651 |
| 6394 | 8/23/2007 | Thursday | CRJ | N953SW | FCA | DEN | 2.1166 | 8/23/2007 7:03 | 8/23/2007 9:10 | FO | 31651 |
| 5832 | 8/23/2007 | Thursday | CRJ | N953SW | DEN | MSN | 2.1833 | 8/23/2007 10:24 | 8/23/2007 13:35 | FO | 31651 |
| 6090 | 8/24/2007 | Friday | CRJ | N938SW | MSN | ORD | 0.8666 | 8/24/2007 6:53 | 8/24/2007 7:45 | FO | 31651 |
| 5921 | 8/24/2007 | Friday | CRJ | N938SW | ORD | FAR | 2.0166 | 8/24/2007 8:24 | 8/24/2007 10:25 | FO | 31651 |
| 5921 | 8/24/2007 | Friday | CRJ | N938SW | FAR | ORD | 1.7333 | 8/24/2007 11:00 | 8/24/2007 12:44 | FO | 31651 |
| 6087 | 8/24/2007 | Friday | CRJ | N938SW | ORD | SPI | 0.9833 | 8/24/2007 13:14 | 8/24/2007 14:13 | FO | 31651 |
| 6206 | 8/25/2007 | Saturday | CRJ | N909SW | SPI | ORD | 0.85 | 8/25/2007 5:51 | 8/25/2007 6:42 | FO | 31651 |
| 6019 | 8/25/2007 | Saturday | CRJ | N909SW | ORD | MKE | 0.8166 | 8/25/2007 7:27 | 8/25/2007 8:16 | FO | 31651 |
| 6227 | 8/25/2007 | Saturday | CRJ | N909SW | MKE | ORD | 0.7666 | 8/25/2007 8:47 | 8/25/2007 9:33 | FO | 31651 |
| 6210 | 8/25/2007 | Saturday | CRJ | N412SW | ORD | DAY | 1 | 8/25/2007 11:04 | 8/25/2007 13:04 | FO | 31651 |
| 6210 | 8/25/2007 | Saturday | CRJ | N412SW | DAY | ORD | 0.95 | 8/25/2007 13:26 | 8/25/2007 13:23 | FO | 31651 |
| 6100 | 8/26/2007 | Sunday | CRJ | N980SW | ORD | AZO | 0.85 | 8/26/2007 13:09 | 8/26/2007 15:00 | FO | 31651 |
| 6100 | 8/26/2007 | Sunday | CRJ | N980SW | AZO | ORD | 0.9833 | 8/26/2007 15:21 | 8/26/2007 15:20 | FO | 31651 |
| 6079 | 8/26/2007 | Sunday | CRJ | N960SW | ORD | RDU | 2.2833 | 8/26/2007 16:31 | 8/26/2007 19:48 | FO | 31651 |
| 6079 | 8/26/2007 | Sunday | CRJ | N960SW | RDU | ORD | 2.4166 | 8/26/2007 19:59 | 8/26/2007 21:24 | FO | 31651 |
| 6646 | 9/1/2007 | Saturday | CRJ | N928SW | ORD | SYR | 1.7666 | 9/1/2007 6:47 | 9/1/2007 9:33 | FO | 31651 |
| 5801 | 9/1/2007 | Saturday | CRJ | N928SW | SYR | ORD | 1.9 | 9/1/2007 10:08 | 9/1/2007 11:02 | FO | 31651 |
| 5800 | 9/1/2007 | Saturday | CRJ | N928SW | ORD | YWG | 1.95 | 9/1/2007 12:08 | 9/1/2007 14:05 | FO | 31651 |
| 6110 | 9/2/2007 | Sunday | CRJ | N915SW | YWG | DEN | 2.4166 | 9/2/2007 7:40 | 9/2/2007 9:05 | FO | 31651 |
| 5900 | 9/2/2007 | Sunday | CRJ | N915SW | DEN | LNK | 1.3666 | 9/2/2007 9:53 | 9/2/2007 12:15 | FO | 31651 |
| 6245 | 9/2/2007 | Sunday | CRJ | N915SW | LNK | ORD | 1.5166 | 9/2/2007 12:38 | 9/2/2007 14:09 | FO | 31651 |
| 6663 | 9/3/2007 | Monday | CRJ | N975SW | ORD | MLI | 0.7 | 9/3/2007 22:18 | 9/3/2007 23:00 | FO | 31651 |
| 6714 | 9/4/2007 | Tuesday | CRJ | N975SW | MLI | ORD | 0.7166 | 9/4/2007 5:58 | 9/4/2007 6:41 | FO | 31651 |
| 5950 | 9/5/2007 | Wednesday | CRJ | N986SW | ORD | LEX | 1.5166 | 9/5/2007 7:15 | 9/5/2007 9:46 | FO | 31651 |
| 5950 | 9/5/2007 | Wednesday | CRJ | N986SW | LEX | ORD | 1.4666 | 9/5/2007 10:04 | 9/5/2007 10:32 | FO | 31651 |
| 5846 | 9/5/2007 | Wednesday | CRJ | N973SW | ORD | LAN | 1.1 | 9/5/2007 13:03 | 9/5/2007 15:09 | FO | 31651 |
| 5852 | 9/5/2007 | Wednesday | CRJ | N973SW | LAN | ORD | 1.05 | 9/5/2007 15:32 | 9/5/2007 15:35 | FO | 31651 |
| 5982 | 9/5/2007 | Wednesday | CRJ | N962SW | ORD | AZO | 1.1333 | 9/5/2007 18:02 | 9/5/2007 20:10 | FO | 31651 |
| 5982 | 9/5/2007 | Wednesday | CRJ | N962SW | AZO | ORD | 0.8833 | 9/5/2007 20:19 | 9/5/2007 20:12 | FO | 31651 |
| 5853 | 9/9/2007 | Sunday | CR6 | N715SK | ORD | CID | 1.0333 | 9/9/2007 12:15 | 9/9/2007 13:17 | FO | 31651 |
| 6655 | 9/9/2007 | Sunday | CR6 | N715SK | CID | DEN | 2.1166 | 9/9/2007 13:44 | 9/9/2007 14:51 | FO | 31651 |
| 6565 | 9/9/2007 | Sunday | CR6 | N771SK | DEN | TUS | 2.1333 | 9/9/2007 17:34 | 9/9/2007 18:42 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6509 | 9/10/2007 | Monday | CR6 | N730SK | TUS | LAX | 1.6166 | 9/10/2007 8:18 | 9/10/2007 9:55 | FO | 31651 |
| 5985 | 9/10/2007 | Monday | CR6 | N773SK | LAX | SAT | 2.8666 | 9/10/2007 12:04 | 9/10/2007 16:56 | FO | 31651 |
| 5884 | 9/10/2007 | Monday | CR6 | N773SK | SAT | ORD | 2.75 | 9/10/2007 17:34 | 9/10/2007 20:19 | FO | 31651 |
| 5923 | 9/11/2007 | Tuesday | CRJ | N917SW | ORD | CID | 1.0833 | 9/11/2007 21:36 | 9/11/2007 22:41 | FO | 31651 |
| 6036 | 9/12/2007 | Wednesday | CRJ | N917SW | CID | ORD | 0.8833 | 9/12/2007 5:50 | 9/12/2007 6:43 | FO | 31651 |
| 5829 | 9/15/2007 | Saturday | CRJ | N910SW | ORD | OMA | 1.5333 | 9/15/2007 6:09 | 9/15/2007 7:41 | FO | 31651 |
| 5829 | 9/15/2007 | Saturday | CRJ | N910SW | OMA | ORD | 1.3333 | 9/15/2007 8:11 | 9/15/2007 9:31 | FO | 31651 |
| 6154 | 9/15/2007 | Saturday | CRJ | N910SW | ORD | GRR | 0.7833 | 9/15/2007 10:40 | 9/15/2007 12:27 | FO | 31651 |
| 6154 | 9/15/2007 | Saturday | CRJ | N910SW | GRR | ORD | 0.9833 | 9/15/2007 12:58 | 9/15/2007 12:57 | FO | 31651 |
| 6015 | 9/16/2007 | Sunday | CRJ | N967SW | ORD | ROA | 1.8333 | 9/16/2007 13:36 | 9/16/2007 16:26 | FO | 31651 |
| 6015 | 9/16/2007 | Sunday | CRJ | N967SW | ROA | ORD | 1.6666 | 9/16/2007 16:52 | 9/16/2007 17:32 | FO | 31651 |
| 6017 | 9/16/2007 | Sunday | CRJ | N967SW | ORD | LAN | 1.1 | 9/16/2007 18:07 | 9/16/2007 20:13 | FO | 31651 |
| 6017 | 9/16/2007 | Sunday | CRJ | N967SW | LAN | ORD | 1.05 | 9/16/2007 20:29 | 9/16/2007 20:32 | FO | 31651 |
| 5891 | 9/16/2007 | Sunday | CRJ | N967SW | ORD | GRB | 0.8833 | 9/16/2007 21:20 | 9/16/2007 22:13 | FO | 31651 |
| 5844 | 9/17/2007 | Monday | CRJ | N960SW | GRB | ORD | 1.0833 | 9/17/2007 11:34 | 9/17/2007 12:39 | FO | 31651 |
| 6039 | 9/17/2007 | Monday | CRJ | N971SW | ORD | XNA | 1.6333 | 9/17/2007 14:56 | 9/17/2007 16:34 | FO | 31651 |
| 6039 | 9/17/2007 | Monday | CRJ | N971SW | XNA | ORD | 1.9 | 9/17/2007 17:10 | 9/17/2007 19:04 | FO | 31651 |
| 6004 | 9/17/2007 | Monday | CRJ | N971SW | ORD | MBS | 1.05 | 9/17/2007 19:31 | 9/17/2007 21:34 | FO | 31651 |
| 5896 | 9/18/2007 | Tuesday | CRJ | N945SW | MBS | ORD | 1.1333 | 9/18/2007 18:16 | 9/18/2007 18:24 | FO | 31651 |
| 5902 | 9/18/2007 | Tuesday | CRJ | N945SW | ORD | BHM | 1.85 | 9/18/2007 19:08 | 9/18/2007 20:59 | FO | 31651 |
| 5862 | 9/19/2007 | Wednesday | CRJ | N932SW | BHM | ORD | 2.1 | 9/19/2007 15:54 | 9/19/2007 18:00 | FO | 31651 |
| 5931 | 9/19/2007 | Wednesday | CRJ | N932SW | ORD | CID | 1.0333 | 9/19/2007 18:20 | 9/19/2007 19:22 | FO | 31651 |
| 5920 | 9/19/2007 | Wednesday | CRJ | N932SW | CID | ORD | 1.0333 | 9/19/2007 19:36 | 9/19/2007 20:38 | FO | 31651 |
| 6059 | 9/23/2007 | Sunday | CRJ | N967SW | ORD | SBN | 0.8666 | 9/23/2007 13:57 | 9/23/2007 15:49 | FO | 31651 |
| 6059 | 9/23/2007 | Sunday | CRJ | N967SW | SBN | ORD | 0.7666 | 9/23/2007 16:16 | 9/23/2007 16:02 | FO | 31651 |
| 6161 | 9/23/2007 | Sunday | CRJ | N967SW | ORD | SBN | 0.8 | 9/23/2007 16:42 | 9/23/2007 18:30 | FO | 31651 |
| 6161 | 9/23/2007 | Sunday | CRJ | N967SW | SBN | ORD | 0.8333 | 9/23/2007 18:57 | 9/23/2007 18:47 | FO | 31651 |
| 6015 | 9/24/2007 | Monday | CRJ | N412SW | ORD | ROA | 1.9166 | 9/24/2007 13:39 | 9/24/2007 16:34 | FO | 31651 |
| 6015 | 9/24/2007 | Monday | CRJ | N412SW | ROA | ORD | 1.8333 | 9/24/2007 16:57 | 9/24/2007 17:47 | FO | 31651 |
| 6017 | 9/24/2007 | Monday | CRJ | N412SW | ORD | LAN | 0.9333 | 9/24/2007 18:08 | 9/24/2007 20:04 | FO | 31651 |
| 6017 | 9/24/2007 | Monday | CRJ | N412SW | LAN | ORD | 0.8333 | 9/24/2007 20:35 | 9/24/2007 20:25 | FO | 31651 |
| 5891 | 9/24/2007 | Monday | CRJ | N956SW | ORD | GRB | 0.7833 | 9/24/2007 21:28 | 9/24/2007 22:15 | FO | 31651 |
| 5844 | 9/25/2007 | Tuesday | CRJ | N958SW | GRB | ORD | 0.8 | 9/25/2007 11:34 | 9/25/2007 12:22 | FO | 31651 |
| 6039 | 9/25/2007 | Tuesday | CRJ | N969SW | ORD | XNA | 2.6666 | 9/25/2007 15:06 | 9/25/2007 17:46 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6039 | 9/25/2007 | Tuesday | CRJ | N969SW | XNA | ORD | 2.15 | 9/25/2007 19:07 | 9/25/2007 21:16 | FO | 31651 |
| 6004 | 9/25/2007 | Tuesday | CRJ | N969SW | ORD | MBS | 1.1333 | 9/25/2007 21:41 | 9/25/2007 23:49 | FO | 31651 |
| 5896 | 9/26/2007 | Wednesday | CRJ | N961SW | MBS | ORD | 1.1666 | 9/26/2007 18:13 | 9/26/2007 18:23 | FO | 31651 |
| 5902 | 9/26/2007 | Wednesday | CRJ | N917SW | ORD | BHM | 1.85 | 9/26/2007 19:10 | 9/26/2007 21:01 | FO | 31651 |
| 5862 | 9/27/2007 | Thursday | CRJ | N939SW | BHM | ORD | 2.2166 | 9/27/2007 15:40 | 9/27/2007 17:53 | FO | 31651 |
| 5931 | 9/27/2007 | Thursday | CRJ | N939SW | ORD | CID | 0.8333 | 9/27/2007 18:14 | 9/27/2007 19:04 | FO | 31651 |
| 5920 | 9/27/2007 | Thursday | CRJ | N939SW | CID | ORD | 1.45 | 9/27/2007 19:35 | 9/27/2007 21:02 | FO | 31651 |
| 6059 | 9/30/2007 | Sunday | CRJ | N976SW | ORD | SBN | 0.9 | 9/30/2007 13:58 | 9/30/2007 15:52 | FO | 31651 |
| 6059 | 9/30/2007 | Sunday | CRJ | N976SW | SBN | ORD | 1.0166 | 9/30/2007 16:12 | 9/30/2007 16:13 | FO | 31651 |
| 6161 | 9/30/2007 | Sunday | CRJ | N976SW | ORD | SBN | 0.6833 | 9/30/2007 16:46 | 9/30/2007 18:27 | FO | 31651 |
| 6161 | 9/30/2007 | Sunday | CRJ | N976SW | SBN | ORD | 0.8166 | 9/30/2007 19:00 | 9/30/2007 18:49 | FO | 31651 |
| 5955 | 10/1/2007 | Monday | CRJ | N980SW | ORD | PIA | 1 | 10/1/2007 13:36 | 10/1/2007 14:36 | FO | 31651 |
| 5955 | 10/1/2007 | Monday | CRJ | N980SW | PIA | ORD | 1 | 10/1/2007 14:59 | 10/1/2007 15:59 | FO | 31651 |
| 5826 | 10/1/2007 | Monday | CRJ | N980SW | ORD | MKE | 0.8333 | 10/1/2007 16:25 | 10/1/2007 17:15 | FO | 31651 |
| 5885 | 10/1/2007 | Monday | CRJ | N980SW | MKE | DEN | 2.7 | 10/1/2007 17:40 | 10/1/2007 19:22 | FO | 31651 |
| 6026 | 10/1/2007 | Monday | CRJ | N980SW | DEN | ORD | 2.5333 | 10/1/2007 19:59 | 10/1/2007 23:31 | FO | 31651 |
| 5828 | 10/2/2007 | Tuesday | CRJ | N943SW | MKE | ORD | 0.5833 | 10/2/2007 14:03 | 10/2/2007 14:38 | FO | 31651 |
| 6657 | 10/2/2007 | Tuesday | CRJ | N943SW | ORD | YWG | 2.2833 | 10/2/2007 15:15 | 10/2/2007 17:32 | FO | 31651 |
| 6657 | 10/2/2007 | Tuesday | CRJ | N943SW | YWG | ORD | 2.2166 | 10/2/2007 17:58 | 10/2/2007 20:11 | FO | 31651 |
| 5821 | 10/7/2007 | Sunday | CR6 | N750SK | ORD | YYC | 3.4166 | 10/7/2007 15:38 | 10/7/2007 18:03 | FO | 31651 |
| 6381 | 10/7/2007 | Sunday | CR6 | N750SK | YYC | SFO | 2.8333 | 10/7/2007 18:41 | 10/7/2007 20:31 | FO | 31651 |
| 6502 | 10/8/2007 | Monday | CR6 | N732SK | SFO | YEG | 2.6 | 10/8/2007 18:10 | 10/8/2007 21:46 | FO | 31651 |
| 6624 | 10/9/2007 | Tuesday | CR6 | N764SK | YEG | DEN | 2.6166 | 10/9/2007 11:58 | 10/9/2007 14:35 | FO | 31651 |
| 6361 | 10/9/2007 | Tuesday | CR6 | N764SK | DEN | COS | 0.65 | 10/9/2007 15:01 | 10/9/2007 15:40 | FO | 31651 |
| 6025 | 10/9/2007 | Tuesday | CR6 | N764SK | COS | ORD | 2.6333 | 10/9/2007 16:16 | 10/9/2007 19:54 | FO | 31651 |
| 5988 | 10/9/2007 | Tuesday | CR6 | N774SK | ORD | MKE | 0.7166 | 10/9/2007 22:19 | 10/9/2007 23:02 | FO | 31651 |
| 5942 | 10/10/2007 | Wednesday | CR6 | N762SK | MKE | ORD | 1.0833 | 10/10/2007 19:50 | 10/10/2007 20:55 | FO | 31651 |
| 6044 | 10/13/2007 | Saturday | CR6 | N768SK | ORD | YOW | 1.75 | 10/13/2007 18:35 | 10/13/2007 21:20 | FO | 31651 |
| 6614 | 10/14/2007 | Sunday | CR6 | N715SK | YOW | ORD | 2 | 10/14/2007 22:17 | 10/14/2007 23:17 | FO | 31651 |
| 5817 | 10/15/2007 | Monday | CRJ | N983SW | ORD | FWA | 1 | 10/15/2007 11:03 | 10/15/2007 13:03 | FO | 31651 |
| 5900 | 10/15/2007 | Monday | CRJ | N983SW | FWA | ORD | 0.8 | 10/15/2007 13:28 | 10/15/2007 13:16 | FO | 31651 |
| 6039 | 10/15/2007 | Monday | CRJ | N943SW | ORD | XNA | 1.95 | 10/15/2007 14:54 | 10/15/2007 16:51 | FO | 31651 |
| 6039 | 10/15/2007 | Monday | CRJ | N943SW | XNA | ORD | 1.5166 | 10/15/2007 17:20 | 10/15/2007 18:51 | FO | 31651 |
| 6004 | 10/15/2007 | Monday | CRJ | N943SW | ORD | MBS | 1 | 10/15/2007 19:28 | 10/15/2007 21:28 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5896 | 10/16/2007 | Tuesday | CRJ | N905SW | MBS | ORD | 1.1 | 10/16/2007 19:10 | 10/16/2007 19:16 | FO | 31651 |
| 5902 | 10/16/2007 | Tuesday | CRJ | N905SW | ORD | BHM | 1.6833 | 10/16/2007 19:38 | 10/16/2007 21:19 | FO | 31651 |
| 5862 | 10/17/2007 | Wednesday | CRJ | N917SW | BHM | ORD | 2.05 | 10/17/2007 15:52 | 10/17/2007 17:55 | FO | 31651 |
| 5931 | 10/17/2007 | Wednesday | CRJ | N917SW | ORD | CID | 1.15 | 10/17/2007 18:15 | 10/17/2007 19:24 | FO | 31651 |
| 5920 | 10/17/2007 | Wednesday | CRJ | N917SW | CID | ORD | 1.5833 | 10/17/2007 19:49 | 10/17/2007 21:24 | FO | 31651 |
| 5887 | 10/17/2007 | Wednesday | CRJ | N917SW | ORD | ATW | 0.8833 | 10/17/2007 22:17 | 10/17/2007 23:10 | FO | 31651 |
| 6055 | 10/18/2007 | Thursday | CRJ | N928SW | ATW | ORD | 0.9166 | 10/18/2007 21:43 | 10/18/2007 22:38 | FO | 31651 |
| 5869 | 10/21/2007 | Sunday | CR6 | N712SK | ORD | DFW | 2.55 | 10/21/2007 6:40 | 10/21/2007 9:13 | FO | 31651 |
| 5869 | 10/21/2007 | Sunday | CR6 | N712SK | DFW | ORD | 2.3 | 10/21/2007 9:37 | 10/21/2007 11:55 | FO | 31651 |
| 5800 | 10/21/2007 | Sunday | CR6 | N712SK | ORD | SAV | 2.1166 | 10/21/2007 13:08 | 10/21/2007 16:15 | FO | 31651 |
| 5864 | 10/22/2007 | Monday | CR6 | N727SK | SAV | ORD | 2.3333 | 10/22/2007 7:24 | 10/22/2007 8:44 | FO | 31651 |
| 5948 | 10/22/2007 | Monday | CR6 | N727SK | ORD | PIA | 1.1666 | 10/22/2007 9:43 | 10/22/2007 10:53 | FO | 31651 |
| 5964 | 10/23/2007 | Tuesday | CR6 | N773SK | PIA | ORD | 0.7166 | 10/23/2007 6:04 | 10/23/2007 6:47 | FO | 31651 |
| 6035 | 10/23/2007 | Tuesday | CR6 | N758SK | ORD | BZN | 3.0666 | 10/23/2007 10:08 | 10/23/2007 12:12 | FO | 31651 |
| 6034 | 10/23/2007 | Tuesday | CR6 | N758SK | BZN | ORD | 2.8333 | 10/23/2007 13:11 | 10/23/2007 17:01 | FO | 31651 |
| 5968 | 10/24/2007 | Wednesday | CRJ | N967SW | ORD | LEX | 1.9166 | 10/24/2007 14:36 | 10/24/2007 17:31 | FO | 31651 |
| 5968 | 10/24/2007 | Wednesday | CRJ | N967SW | LEX | ORD | 1.2833 | 10/24/2007 17:47 | 10/24/2007 18:04 | FO | 31651 |
| 5917 | 10/24/2007 | Wednesday | CRJ | N967SW | ORD | MKE | 0.8833 | 10/24/2007 18:27 | 10/24/2007 19:20 | FO | 31651 |
| 5903 | 10/24/2007 | Wednesday | CRJ | N967SW | MKE | ORD | 0.9333 | 10/24/2007 19:41 | 10/24/2007 20:37 | FO | 31651 |
| 5840 | 10/24/2007 | Wednesday | CRJ | N967SW | ORD | SYR | 1.55 | 10/24/2007 21:14 | 10/24/2007 23:47 | FO | 31651 |
| 5806 | 10/25/2007 | Thursday | CRJ | N951SW | SYR | ORD | 2.0833 | 10/25/2007 19:13 | 10/25/2007 20:18 | FO | 31651 |
| 6023 | 10/25/2007 | Thursday | CRJ | N951SW | ORD | LAN | 1.0166 | 10/25/2007 21:11 | 10/25/2007 23:12 | FO | 31651 |
| 6001 | 10/31/2007 | Wednesday | CR6 | N755SK | ORD | OMA | 1.6 | 10/31/2007 15:13 | 10/31/2007 16:49 | FO | 31651 |
| 6001 | 10/31/2007 | Wednesday | CR6 | N755SK | OMA | ORD | 1.3166 | 10/31/2007 17:14 | 10/31/2007 18:33 | FO | 31651 |
| 5974 | 10/31/2007 | Wednesday | CR6 | N755SK | ORD | ORF | 2.0333 | 10/31/2007 19:23 | 10/31/2007 22:25 | FO | 31651 |
| 6460 | 11/1/2007 | Thursday | CR6 | N755SK | ORF | ORD | 2.35 | 11/1/2007 8:44 | 11/1/2007 10:05 | FO | 31651 |
| 5821 | 11/4/2007 | Sunday | CR6 | N772SK | ORD | YYC | 4.0833 | 11/4/2007 15:26 | 11/4/2007 18:31 | FO | 31651 |
| 6381 | 11/4/2007 | Sunday | CR6 | N772SK | YYC | SFO | 3.8166 | 11/4/2007 19:33 | 11/4/2007 22:22 | FO | 31651 |
| 6397 | 11/5/2007 | Monday | CR6 | N705SK | SFO | ONT | 1.3166 | 11/5/2007 14:16 | 11/5/2007 15:35 | FO | 31651 |
| 6397 | 11/5/2007 | Monday | CR6 | N705SK | ONT | SFO | 1.1833 | 11/5/2007 16:02 | 11/5/2007 17:13 | FO | 31651 |
| 6502 | 11/5/2007 | Monday | CR6 | N705SK | SFO | YEG | 2.9 | 11/5/2007 18:52 | 11/5/2007 22:46 | FO | 31651 |
| 6546 | 11/6/2007 | Tuesday | CR6 | N712SK | YEG | DEN | 2.4833 | 11/6/2007 14:56 | 11/6/2007 17:25 | FO | 31651 |
| 6604 | 11/6/2007 | Tuesday | CR6 | N754SK | DEN | BHM | 2.3166 | 11/6/2007 19:22 | 11/6/2007 22:41 | FO | 31651 |
| 5818 | 11/7/2007 | Wednesday | CR6 | N760SK | BHM | ORD | 2.2 | 11/7/2007 14:00 | 11/7/2007 16:12 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5864 | 11/7/2007 | Wednesday | CR6 | N752SK | ORD | DAY | 0.9333 | 11/7/2007 17:42 | 11/7/2007 19:38 | FO | 31651 |
| 5856 | 11/7/2007 | Wednesday | CR6 | N752SK | DAY | ORD | 1.5 | 11/7/2007 20:14 | 11/7/2007 20:44 | FO | 31651 |
| 5941 | 11/8/2007 | Thursday | CR6 | N732SK | ORD | MKE | 0.75 | 11/8/2007 7:29 | 11/8/2007 8:14 | FO | 31651 |
| 5945 | 11/8/2007 | Thursday | CR6 | N732SK | MKE | ORD | 0.6333 | 11/8/2007 8:57 | 11/8/2007 9:35 | FO | 31651 |
| 6760 | 11/8/2007 | Thursday | CR6 | N732SK | ORD | SDF | 1.1666 | 11/8/2007 10:43 | 11/8/2007 12:53 | FO | 31651 |
| 6760 | 11/8/2007 | Thursday | CR6 | N732SK | SDF | ORD | 1.4833 | 11/8/2007 13:28 | 11/8/2007 13:57 | FO | 31651 |
| 5963 | 11/11/2007 | Sunday | CRJ | N967SW | ORD | PIA | 0.7166 | 11/11/2007 13:09 | 11/11/2007 13:52 | FO | 31651 |
| 5963 | 11/11/2007 | Sunday | CRJ | N967SW | PIA | ORD | 0.7833 | 11/11/2007 14:18 | 11/11/2007 15:05 | FO | 31651 |
| 5829 | 11/11/2007 | Sunday | CRJ | N917SW | ORD | MKE | 0.8333 | 11/11/2007 17:18 | 11/11/2007 18:08 | FO | 31651 |
| 5891 | 11/11/2007 | Sunday | CRJ | N917SW | MKE | ORD | 0.65 | 11/11/2007 18:43 | 11/11/2007 19:22 | FO | 31651 |
| 5983 | 11/11/2007 | Sunday | CRJ | N913SW | ORD | SGF | 1.8 | 11/11/2007 20:26 | 11/11/2007 22:14 | FO | 31651 |
| 6763 | 11/12/2007 | Monday | CRJ | N948SW | SGF | DEN | 2.5 | 11/12/2007 8:35 | 11/12/2007 10:05 | FO | 31651 |
| 6673 | 11/12/2007 | Monday | CRJ | N932SW | DEN | RFD | 1.8833 | 11/12/2007 10:57 | 11/12/2007 13:50 | FO | 31651 |
| 6689 | 11/13/2007 | Tuesday | CRJ | N936SW | RFD | DEN | 2.7166 | 11/13/2007 5:51 | 11/13/2007 7:34 | FO | 31651 |
| 6736 | 11/13/2007 | Tuesday | CRJ | N936SW | DEN | RAP | 1.1166 | 11/13/2007 8:16 | 11/13/2007 9:23 | FO | 31651 |
| 6736 | 11/13/2007 | Tuesday | CRJ | N936SW | RAP | DEN | 1.1833 | 11/13/2007 9:53 | 11/13/2007 11:04 | FO | 31651 |
| 6399 | 11/13/2007 | Tuesday | CRJ | N936SW | DEN | FCA | 2.4333 | 11/13/2007 11:52 | 11/13/2007 14:18 | FO | 31651 |
| 6394 | 11/14/2007 | Wednesday | CRJ | N967SW | FCA | DEN | 1.9666 | 11/14/2007 6:37 | 11/14/2007 8:35 | FO | 31651 |
| 6605 | 11/14/2007 | Wednesday | CRJ | N967SW | DEN | MLI | 1.7166 | 11/14/2007 10:01 | 11/14/2007 12:44 | FO | 31651 |
| 6033 | 11/14/2007 | Wednesday | CRJ | N967SW | MLI | ORD | 0.9666 | 11/14/2007 13:28 | 11/14/2007 14:26 | FO | 31651 |
| 6218 | 11/20/2007 | Tuesday | CRJ | N967SW | ORD | HPN | 2.1833 | 11/20/2007 20:41 | 11/20/2007 23:52 | FO | 31651 |
| 5887 | 11/21/2007 | Wednesday | CRJ | N963SW | HPN | ORD | 4.6333 | 11/21/2007 15:04 | 11/21/2007 18:42 | FO | 31651 |
| 6153 | 11/21/2007 | Wednesday | CRJ | N963SW | ORD | ATW | 0.8833 | 11/21/2007 19:17 | 11/21/2007 20:10 | FO | 31651 |
| 6153 | 11/21/2007 | Wednesday | CRJ | N963SW | ATW | ORD | 1.75 | 11/21/2007 20:24 | 11/21/2007 22:09 | FO | 31651 |
| 5805 | 11/21/2007 | Wednesday | CRJ | N956SW | ORD | YWG | 2.7666 | 11/21/2007 22:49 | 11/22/2007 1:35 | FO | 31651 |
| 6403 | 11/22/2007 | Thursday | CRJ | N971SW | YWG | ORD | 2.1333 | 11/22/2007 14:59 | 11/22/2007 17:07 | FO | 31651 |
| 6761 | 11/22/2007 | Thursday | CRJ | N971SW | ORD | LNK | 1.5 | 11/22/2007 19:51 | 11/22/2007 21:21 | FO | 31651 |
| 6450 | 11/23/2007 | Friday | CRJ | N956SW | LNK | ORD | 1.6166 | 11/23/2007 15:29 | 11/23/2007 17:06 | FO | 31651 |
| 5821 | 12/2/2007 | Sunday | CR6 | N756SK | ORD | YYC | 4.1666 | 12/2/2007 17:05 | 12/2/2007 20:15 | FO | 31651 |
| 6381 | 12/2/2007 | Sunday | CR6 | N756SK | YYC | SFO | 3.0333 | 12/2/2007 20:37 | 12/2/2007 22:39 | FO | 31651 |
| 6397 | 12/3/2007 | Monday | CR6 | N758SK | SFO | ONT | 1.35 | 12/3/2007 16:05 | 12/3/2007 17:26 | FO | 31651 |
| 6397 | 12/3/2007 | Monday | CR6 | N758SK | ONT | SFO | 1.2333 | 12/3/2007 17:55 | 12/3/2007 19:09 | FO | 31651 |
| 6502 | 12/3/2007 | Monday | CR6 | N755SK | SFO | YEG | 2.6333 | 12/3/2007 20:51 | 12/4/2007 0:29 | FO | 31651 |
| 6546 | 12/4/2007 | Tuesday | CR6 | N764SK | YEG | DEN | 2.7666 | 12/4/2007 14:55 | 12/4/2007 17:41 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6604 | 12/4/2007 | Tuesday | CR6 | N702SK | DEN | BHM | 2.2333 | 12/4/2007 19:22 | 12/4/2007 22:36 | FO | 31651 |
| 5818 | 12/5/2007 | Wednesday | CR6 | N764SK | BHM | ORD | 2.0666 | 12/5/2007 16:09 | 12/5/2007 18:13 | FO | 31651 |
| 5929 | 12/9/2007 | Sunday | CR6 | N770SK | ORD | BOI | 3.8833 | 12/9/2007 10:44 | 12/9/2007 13:37 | FO | 31651 |
| 6383 | 12/9/2007 | Sunday | CR6 | N770SK | BOI | SFO | 1.4166 | 12/9/2007 14:02 | 12/9/2007 14:27 | FO | 31651 |
| 6352 | 12/9/2007 | Sunday | CR6 | N740SK | SFO | TUS | 2.0166 | 12/9/2007 18:00 | 12/9/2007 21:01 | FO | 31651 |
| 6509 | 12/10/2007 | Monday | CR6 | N767SK | TUS | LAX | 1.4833 | 12/10/2007 8:59 | 12/10/2007 9:28 | FO | 31651 |
| 5996 | 12/10/2007 | Monday | CR6 | N753SK | LAX | SAT | 2.8833 | 12/10/2007 13:38 | 12/10/2007 18:31 | FO | 31651 |
| 6435 | 12/11/2007 | Tuesday | CR6 | N724SK | SAT | LAX | 3.15 | 12/11/2007 5:51 | 12/11/2007 7:00 | FO | 31651 |
| 6452 | 12/11/2007 | Tuesday | CR6 | N713SK | LAX | TUS | 1.45 | 12/11/2007 7:55 | 12/11/2007 10:22 | FO | 31651 |
| 6644 | 12/12/2007 | Wednesday | CR6 | N753SK | TUS | DEN | 2.05 | 12/12/2007 5:56 | 12/12/2007 7:59 | FO | 31651 |
| 6668 | 12/12/2007 | Wednesday | CR6 | N702SK | DEN | FAR | 1.85 | 12/12/2007 9:51 | 12/12/2007 12:42 | FO | 31651 |
| 6026 | 12/12/2007 | Wednesday | CR6 | N702SK | FAR | ORD | 1.85 | 12/12/2007 13:12 | 12/12/2007 15:03 | FO | 31651 |
| 6023 | 12/13/2007 | Thursday | CR6 | N718SK | ORD | MEM | 1.7333 | 12/13/2007 15:50 | 12/13/2007 17:34 | FO | 31651 |
| 6023 | 12/13/2007 | Thursday | CR6 | N718SK | MEM | ORD | 1.5833 | 12/13/2007 18:03 | 12/13/2007 19:38 | FO | 31651 |
| 5923 | 12/16/2007 | Sunday | CRJ | N967SW | ORD | SBN | 0.95 | 12/16/2007 6:50 | 12/16/2007 8:47 | FO | 31651 |
| 5928 | 12/16/2007 | Sunday | CRJ | N967SW | SBN | ORD | 1.1166 | 12/16/2007 9:27 | 12/16/2007 9:34 | FO | 31651 |
| 6403 | 12/16/2007 | Sunday | CRJ | N915SW | ORD | YWG | 2.1 | 12/16/2007 12:31 | 12/16/2007 14:37 | FO | 31651 |
| 5808 | 12/17/2007 | Monday | CRJ | N951SW | YWG | ORD | 2.4833 | 12/17/2007 6:58 | 12/17/2007 9:27 | FO | 31651 |
| 5869 | 12/17/2007 | Monday | CRJ | N951SW | ORD | PIA | 0.85 | 12/17/2007 9:55 | 12/17/2007 10:46 | FO | 31651 |
| 5869 | 12/17/2007 | Monday | CRJ | N951SW | PIA | ORD | 0.85 | 12/17/2007 11:50 | 12/17/2007 12:41 | FO | 31651 |
| 5984 | 12/18/2007 | Tuesday | CRJ | N919SW | ORD | GRB | 0.9333 | 12/18/2007 21:39 | 12/18/2007 22:35 | FO | 31651 |
| 5962 | 12/19/2007 | Wednesday | CRJ | N919SW | GRB | ORD | 0.9333 | 12/19/2007 5:53 | 12/19/2007 6:49 | FO | 31651 |
| 6752 | 12/23/2007 | Sunday | CR6 | N765SK | ORD | SYR | 1.9166 | 12/23/2007 6:37 | 12/23/2007 9:32 | FO | 31651 |
| 6752 | 12/23/2007 | Sunday | CR6 | N765SK | SYR | ORD | 2.4 | 12/23/2007 10:04 | 12/23/2007 11:28 | FO | 31651 |
| 5829 | 12/23/2007 | Sunday | CR6 | N778SK | ORD | MKE | 1.2333 | 12/23/2007 18:18 | 12/23/2007 19:32 | FO | 31651 |
| 6042 | 12/24/2007 | Monday | CR6 | N765SK | MKE | ORD | 0.6333 | 12/24/2007 6:16 | 12/24/2007 6:54 | FO | 31651 |
| 5947 | 12/27/2007 | Thursday | CRJ | N929SW | ORD | BNA | 1.6 | 12/27/2007 8:07 | 12/27/2007 9:43 | FO | 31651 |
| 5947 | 12/27/2007 | Thursday | CRJ | N929SW | BNA | ORD | 1.7166 | 12/27/2007 10:17 | 12/27/2007 12:00 | FO | 31651 |
| 5914 | 12/27/2007 | Thursday | CRJ | N980SW | ORD | MKE | 0.6666 | 12/27/2007 13:19 | 12/27/2007 13:59 | FO | 31651 |
| 6731 | 12/28/2007 | Friday | CRJ | N927SW | MKE | DEN | 2.7166 | 12/28/2007 7:35 | 12/28/2007 9:18 | FO | 31651 |
| 6605 | 12/28/2007 | Friday | CRJ | N927SW | DEN | MLI | 1.9833 | 12/28/2007 10:04 | 12/28/2007 13:03 | FO | 31651 |
| 5877 | 12/28/2007 | Friday | CRJ | N927SW | MLI | ORD | 1.0833 | 12/28/2007 16:23 | 12/28/2007 17:28 | FO | 31651 |
| 6018 | 12/30/2007 | Sunday | CRJ | N927SW | ORD | ICT | 2.0333 | 12/30/2007 11:49 | 12/30/2007 13:51 | FO | 31651 |
| 6018 | 12/30/2007 | Sunday | CRJ | N927SW | ICT | ORD | 1.75 | 12/30/2007 14:27 | 12/30/2007 16:12 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5904 | 12/30/2007 | Sunday | CRJ | N916SW | ORD | TVC | 1.1833 | 12/30/2007 20:05 | 12/30/2007 22:16 | FO | 31651 |
| 5902 | 12/31/2007 | Monday | CRJ | N910SW | TVC | TVC | 1.35 | 12/31/2007 17:01 | 12/31/2007 18:22 | FO | 31651 |
| 5902 | 12/31/2007 | Monday | CRJ | N910SW | TVC | ORD | 1.0666 | 12/31/2007 19:04 | 12/31/2007 19:08 | FO | 31651 |
| 5981 | 12/31/2007 | Monday | CRJ | N910SW | ORD | FAR | 2.25 | 12/31/2007 20:27 | 12/31/2007 22:42 | FO | 31651 |
| 5849 | 1/1/2008 | Tuesday | CRJ | N954SW | FAR | DEN | 1.8833 | 1/1/2008 13:03 | 1/1/2008 13:56 | FO | 31651 |
| 6754 | 1/1/2008 | Tuesday | CRJ | N952SW | DEN | FSD | 1.85 | 1/1/2008 15:27 | 1/1/2008 18:18 | FO | 31651 |
| 6324 | 1/1/2008 | Tuesday | CRJ | N952SW | FSD | ORD | 1.7833 | 1/1/2008 20:31 | 1/1/2008 22:18 | FO | 31651 |
| 5992 | 1/7/2008 | Monday | CRJ | N939SW | ORD | SDF | 1.5 | 1/7/2008 6:56 | 1/7/2008 9:26 | FO | 31651 |
| 5992 | 1/7/2008 | Monday | CRJ | N939SW | SDF | ORD | 2.55 | 1/7/2008 9:58 | 1/7/2008 11:31 | FO | 31651 |
| 5873 | 1/7/2008 | Monday | CRJ | N939SW | ORD | ORD | 2.4 | 1/7/2008 12:04 | 1/7/2008 14:28 | FO | 31651 |
| 6085 | 1/8/2008 | Tuesday | CRJ | N925SW | ORD | AZO | 0.8 | 1/8/2008 6:33 | 1/8/2008 8:21 | FO | 31651 |
| 6085 | 1/8/2008 | Tuesday | CRJ | N925SW | AZO | ORD | 1.2833 | 1/8/2008 8:58 | 1/8/2008 9:15 | FO | 31651 |
| 6755 | 1/8/2008 | Tuesday | CRJ | N925SW | ORD | YWG | 2.0166 | 1/8/2008 10:00 | 1/8/2008 12:01 | FO | 31651 |
| 5808 | 1/9/2008 | Wednesday | CRJ | N941SW | YWG | ORD | 2.35 | 1/9/2008 7:06 | 1/9/2008 9:27 | FO | 31651 |
| 5915 | 1/9/2008 | Wednesday | CRJ | N936SW | ORD | MLI | 0.7833 | 1/9/2008 10:44 | 1/9/2008 11:31 | FO | 31651 |
| 5912 | 1/9/2008 | Wednesday | CRJ | N936SW | MLI | ORD | 0.8166 | 1/9/2008 11:47 | 1/9/2008 12:36 | FO | 31651 |
| 5806 | 1/9/2008 | Wednesday | CRJ | N936SW | ORD | FSD | 1.55 | 1/9/2008 12:54 | 1/9/2008 14:27 | FO | 31651 |
| 5968 | 1/10/2008 | Thursday | CRJ | N930SW | FSD | ORD | 1.4666 | 1/10/2008 5:32 | 1/10/2008 7:00 | FO | 31651 |
| 6017 | 1/10/2008 | Thursday | CRJ | N930SW | ORD | ICT | 2.2 | 1/10/2008 7:58 | 1/10/2008 10:10 | FO | 31651 |
| 6017 | 1/10/2008 | Thursday | CRJ | N930SW | ICT | ORD | 1.7833 | 1/10/2008 10:35 | 1/10/2008 12:22 | FO | 31651 |
| 6168 | 1/12/2008 | Saturday | CRJ | N979SW | ORD | MBS | 1.05 | 1/12/2008 18:13 | 1/12/2008 20:16 | FO | 31651 |
| 6050 | 1/13/2008 | Sunday | CRJ | N979SW | MBS | ORD | 1.0666 | 1/13/2008 5:50 | 1/13/2008 5:54 | FO | 31651 |
| 6041 | 1/13/2008 | Sunday | CRJ | N971SW | ORD | CID | 0.95 | 1/13/2008 7:56 | 1/13/2008 8:53 | FO | 31651 |
| 6041 | 1/13/2008 | Sunday | CRJ | N971SW | CID | ORD | 1.2 | 1/13/2008 9:49 | 1/13/2008 11:01 | FO | 31651 |
| 5992 | 1/14/2008 | Monday | CRJ | N918SW | ORD | SDF | 1.2166 | 1/14/2008 7:27 | 1/14/2008 9:40 | FO | 31651 |
| 5992 | 1/14/2008 | Monday | CRJ | N918SW | SDF | ORD | 1.7333 | 1/14/2008 10:31 | 1/14/2008 11:15 | FO | 31651 |
| 5873 | 1/14/2008 | Monday | CRJ | N918SW | ORD | MSN | 0.7 | 1/14/2008 11:47 | 1/14/2008 12:29 | FO | 31651 |
| 6012 | 1/15/2008 | Tuesday | CRJ | N956SW | MSN | ORD | 0.9666 | 1/15/2008 4:42 | 1/15/2008 5:40 | FO | 31651 |
| 6085 | 1/15/2008 | Tuesday | CRJ | N956SW | ORD | AZO | 0.95 | 1/15/2008 6:31 | 1/15/2008 8:28 | FO | 31651 |
| 6085 | 1/15/2008 | Tuesday | CRJ | N956SW | AZO | ORD | 1.0166 | 1/15/2008 9:01 | 1/15/2008 9:02 | FO | 31651 |
| 6755 | 1/15/2008 | Tuesday | CRJ | N956SW | ORD | YWG | 2.35 | 1/15/2008 9:39 | 1/15/2008 12:00 | FO | 31651 |
| 5808 | 1/16/2008 | Wednesday | CRJ | N916SW | YWG | ORD | 2.75 | 1/16/2008 6:54 | 1/16/2008 9:39 | FO | 31651 |
| 5915 | 1/16/2008 | Wednesday | CRJ | N916SW | ORD | MLI | 0.8666 | 1/16/2008 10:02 | 1/16/2008 10:54 | FO | 31651 |
| 5912 | 1/16/2008 | Wednesday | CRJ | N916SW | MLI | ORD | 0.85 | 1/16/2008 11:18 | 1/16/2008 12:09 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5806 | 1/16/2008 | Wednesday | CRJ | N916SW | ORD | FSD | 1.6166 | 1/16/2008 12:40 | 1/16/2008 14:17 | FO | 31651 |
| 5968 | 1/17/2008 | Thursday | CRJ | N939SW | FSD | ORD | 1.6 | 1/17/2008 5:36 | 1/17/2008 7:12 | FO | 31651 |
| 6017 | 1/17/2008 | Thursday | CRJ | N939SW | ORD | ICT | 2.05 | 1/17/2008 8:07 | 1/17/2008 10:10 | FO | 31651 |
| 6017 | 1/17/2008 | Thursday | CRJ | N939SW | ICT | ORD | 1.9166 | 1/17/2008 12:18 | 1/17/2008 14:13 | FO | 31651 |
| 5809 | 1/20/2008 | Sunday | CR6 | N778SK | ORD | YYC | 3.8333 | 1/20/2008 9:42 | 1/20/2008 12:32 | FO | 31651 |
| 6421 | 1/20/2008 | Sunday | CR6 | N778SK | YYC | SFO | 2.7666 | 1/20/2008 13:13 | 1/20/2008 14:59 | FO | 31651 |
| 6388 | 1/21/2008 | Monday | CR6 | N708SK | SFO | BOI | 1.6833 | 1/21/2008 17:38 | 1/21/2008 20:19 | FO | 31651 |
| 6388 | 1/21/2008 | Monday | CR6 | N708SK | BOI | SFO | 1.9833 | 1/21/2008 21:02 | 1/21/2008 22:01 | FO | 31651 |
| 6334 | 1/21/2008 | Monday | CR6 | N708SK | SFO | EUG | 1.3833 | 1/21/2008 22:32 | 1/21/2008 23:55 | FO | 31651 |
| 6408 | 1/22/2008 | Tuesday | CR6 | N706SK | EUG | SFO | 1.7333 | 1/22/2008 17:03 | 1/22/2008 18:47 | FO | 31651 |
| 6398 | 1/22/2008 | Tuesday | CR6 | N706SK | SFO | BOI | 1.4833 | 1/22/2008 19:10 | 1/22/2008 21:39 | FO | 31651 |
| 6100 | 1/23/2008 | Wednesday | CR6 | N755SK | BOI | ORD | 3.5 | 1/23/2008 6:57 | 1/23/2008 11:27 | FO | 31651 |
| 5962 | 2/1/2008 | Friday | CR6 | N771SK | PIT | ORD | 1.9166 | 2/1/2008 19:51 | 2/1/2008 20:46 | FO | 31651 |
| 6290 | 2/3/2008 | Sunday | CRJ | N908SW | ORD | SBN | 0.75 | 2/3/2008 6:50 | 2/3/2008 8:35 | FO | 31651 |
| 6290 | 2/3/2008 | Sunday | CRJ | N908SW | SBN | ORD | 0.75 | 2/3/2008 9:10 | 2/3/2008 8:55 | FO | 31651 |
| 6207 | 2/3/2008 | Sunday | CRJ | N908SW | ORD | GRB | 0.9666 | 2/3/2008 10:00 | 2/3/2008 10:58 | FO | 31651 |
| 6207 | 2/3/2008 | Sunday | CRJ | N908SW | GRB | ORD | 1.2833 | 2/3/2008 11:28 | 2/3/2008 12:45 | FO | 31651 |
| 5970 | 2/4/2008 | Monday | CRJ | N959SW | GRB | ORD | 1.1 | 2/4/2008 5:51 | 2/4/2008 6:57 | FO | 31651 |
| 5802 | 2/10/2008 | Sunday | CRJ | N986SW | ORD | LEX | 1.2333 | 2/10/2008 14:32 | 2/10/2008 16:46 | FO | 31651 |
| 5802 | 2/10/2008 | Sunday | CRJ | N986SW | LEX | ORD | 1.4666 | 2/10/2008 17:53 | 2/10/2008 18:21 | FO | 31651 |
| 5843 | 2/10/2008 | Sunday | CRJ | N975SW | ORD | MKE | 0.7333 | 2/10/2008 19:17 | 2/10/2008 20:01 | FO | 31651 |
| 5863 | 2/10/2008 | Sunday | CRJ | N975SW | MKE | ORD | 1.1 | 2/10/2008 20:13 | 2/10/2008 21:19 | FO | 31651 |
| 5982 | 2/10/2008 | Sunday | CRJ | N975SW | ORD | FWA | 0.8 | 2/10/2008 21:42 | 2/10/2008 23:30 | FO | 31651 |
| 6024 | 2/11/2008 | Monday | CRJ | N951SW | FWA | ORD | 1.45 | 2/11/2008 20:19 | 2/11/2008 20:46 | FO | 31651 |
| 5805 | 2/11/2008 | Monday | CRJ | N951SW | ORD | YWG | 2.0666 | 2/11/2008 21:22 | 2/11/2008 23:26 | FO | 31651 |
| 6755 | 2/12/2008 | Tuesday | CRJ | N929SW | YWG | ORD | 2.2 | 2/12/2008 16:46 | 2/12/2008 18:58 | FO | 31651 |
| 5984 | 2/12/2008 | Tuesday | CRJ | N928SW | ORD | GRB | 1.15 | 2/12/2008 22:43 | 2/12/2008 23:52 | FO | 31651 |
| 6755 | 2/17/2008 | Sunday | CRJ | N953SW | ORD | ORD | 0.2666 | 2/17/2008 9:49 | 2/17/2008 10:05 | FO | 31651 |
| 6755 | 2/17/2008 | Sunday | CRJ | N937SW | ORD | YWG | 2.0833 | 2/17/2008 11:23 | 2/17/2008 13:28 | FO | 31651 |
| 6730 | 2/18/2008 | Monday | CRJ | N978SW | YWG | DEN | 2.5833 | 2/18/2008 7:51 | 2/18/2008 9:26 | FO | 31651 |
| 6632 | 2/18/2008 | Monday | CRJ | N978SW | DEN | SGF | 1.95 | 2/18/2008 10:09 | 2/18/2008 13:06 | FO | 31651 |
| 6000 | 2/18/2008 | Monday | CRJ | N978SW | SGF | ORD | 1.6333 | 2/18/2008 15:08 | 2/18/2008 16:46 | FO | 31651 |
| 5821 | 3/2/2008 | Sunday | CR6 | N706SK | ORD | YYC | 3.6333 | 3/2/2008 15:17 | 3/2/2008 17:55 | FO | 31651 |
| 6381 | 3/2/2008 | Sunday | CR6 | N706SK | YYC | SFO | 2.5833 | 3/2/2008 18:49 | 3/2/2008 20:24 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6414 | 3/3/2008 | Monday | CR6 | N708SK | SFO | YYC | 2.65 | 3/3/2008 21:27 | 3/4/2008 1:06 | FO | 31651 |
| 5834 | 3/4/2008 | Tuesday | CR6 | N727SK | YYC | ORD | 3.3333 | 3/4/2008 15:41 | 3/4/2008 20:01 | FO | 31651 |
| 5914 | 3/4/2008 | Tuesday | CR6 | N773SK | ORD | YOW | 1.65 | 3/4/2008 21:13 | 3/4/2008 23:52 | FO | 31651 |
| 6097 | 3/5/2008 | Wednesday | CR6 | N703SK | YOW | ORD | 3.2833 | 3/5/2008 12:46 | 3/5/2008 15:03 | FO | 31651 |
| 5992 | 3/9/2008 | Sunday | CRJ | N466SW | ORD | SDF | 1.3666 | 3/9/2008 7:08 | 3/9/2008 9:30 | FO | 31651 |
| 5992 | 3/9/2008 | Sunday | CRJ | N466SW | SDF | ORD | 1.1833 | 3/9/2008 9:49 | 3/9/2008 10:00 | FO | 31651 |
| 5807 | 3/9/2008 | Sunday | CRJ | N958SW | ORD | IND | 1 | 3/9/2008 11:08 | 3/9/2008 13:08 | FO | 31651 |
| 6098 | 3/9/2008 | Sunday | CRJ | N958SW | IND | ORD | 2.3833 | 3/9/2008 13:37 | 3/9/2008 15:00 | FO | 31651 |
| 6062 | 3/9/2008 | Sunday | CRJ | N958SW | ORD | MKE | 0.7166 | 3/9/2008 15:56 | 3/9/2008 16:39 | FO | 31651 |
| 6731 | 3/10/2008 | Monday | CRJ | N936SW | MKE | DEN | 2.6 | 3/10/2008 7:41 | 3/10/2008 9:17 | FO | 31651 |
| 6541 | 3/10/2008 | Monday | CRJ | N936SW | DEN | BIS | 1.7166 | 3/10/2008 10:17 | 3/10/2008 13:00 | FO | 31651 |
| 6635 | 3/11/2008 | Tuesday | CRJ | N963SW | BIS | DEN | 1.6166 | 3/11/2008 5:54 | 3/11/2008 6:31 | FO | 31651 |
| 5957 | 3/11/2008 | Tuesday | CRJ | N963SW | DEN | DRO | 1.1833 | 3/11/2008 8:24 | 3/11/2008 9:35 | FO | 31651 |
| 5957 | 3/11/2008 | Tuesday | CRJ | N963SW | DRO | DEN | 1.15 | 3/11/2008 10:11 | 3/11/2008 11:20 | FO | 31651 |
| 6399 | 3/11/2008 | Tuesday | CRJ | N941SW | DEN | FCA | 2.3 | 3/11/2008 12:06 | 3/11/2008 14:24 | FO | 31651 |
| 6394 | 3/12/2008 | Wednesday | CRJ | N971SW | FCA | DEN | 2.0333 | 3/12/2008 6:00 | 3/12/2008 8:02 | FO | 31651 |
| 6605 | 3/12/2008 | Wednesday | CRJ | N971SW | DEN | MLI | 1.8833 | 3/12/2008 9:53 | 3/12/2008 12:46 | FO | 31651 |
| 6090 | 3/12/2008 | Wednesday | CRJ | N971SW | MLI | ORD | 0.6833 | 3/12/2008 13:14 | 3/12/2008 13:55 | FO | 31651 |
| 5964 | 3/18/2008 | Tuesday | CRJ | N920SW | ORD | GRB | 0.9 | 3/18/2008 6:38 | 3/18/2008 7:32 | FO | 31651 |
| 5964 | 3/18/2008 | Tuesday | CRJ | N920SW | GRB | ORD | 1.3666 | 3/18/2008 8:30 | 3/18/2008 9:52 | FO | 31651 |
| 6820 | 3/23/2008 | Sunday | CR6 | N745SK | ORD | ORF | 2 | 3/23/2008 6:13 | 3/23/2008 9:13 | FO | 31651 |
| 5993 | 3/24/2008 | Monday | CR6 | N771SK | ORF | ORD | 2.3 | 3/24/2008 5:59 | 3/24/2008 7:17 | FO | 31651 |
| 5893 | 3/24/2008 | Monday | CR6 | N715SK | ORD | BOI | 4.1666 | 3/24/2008 9:47 | 3/24/2008 12:57 | FO | 31651 |
| 6359 | 3/25/2008 | Tuesday | CR6 | N752SK | BOI | SFO | 1.85 | 3/25/2008 6:34 | 3/25/2008 7:25 | FO | 31651 |
| 6390 | 3/25/2008 | Tuesday | CR6 | N772SK | SFO | SNA | 1.35 | 3/25/2008 9:47 | 3/25/2008 11:08 | FO | 31651 |
| 6390 | 3/25/2008 | Tuesday | CR6 | N772SK | SNA | SFO | 1.3333 | 3/25/2008 11:40 | 3/25/2008 13:00 | FO | 31651 |
| 6115 | 3/26/2008 | Wednesday | CR6 | N755SK | SFO | YEG | 2.9166 | 3/26/2008 8:04 | 3/26/2008 11:59 | FO | 31651 |
| 5800 | 3/26/2008 | Wednesday | CR6 | N755SK | YEG | ORD | 2.9 | 3/26/2008 12:37 | 3/26/2008 16:31 | FO | 31651 |
| 6085 | 3/30/2008 | Sunday | CRJ | N983SW | ORD | AZO | 0.7666 | 3/30/2008 6:38 | 3/30/2008 8:24 | FO | 31651 |
| 6085 | 3/30/2008 | Sunday | CRJ | N983SW | AZO | ORD | 0.9833 | 3/30/2008 9:00 | 3/30/2008 8:59 | FO | 31651 |
| 6039 | 3/31/2008 | Monday | CRJ | N916SW | DSM | ORD | 1.3166 | 3/31/2008 7:20 | 3/31/2008 8:39 | FO | 31651 |
| 5934 | 3/31/2008 | Monday | CRJ | N916SW | ORD | TVC | 1.1 | 3/31/2008 8:58 | 3/31/2008 11:04 | FO | 31651 |
| 5934 | 3/31/2008 | Monday | CRJ | N916SW | TVC | ORD | 1.75 | 3/31/2008 14:25 | 3/31/2008 15:10 | FO | 31651 |
| 5966 | 4/1/2008 | Tuesday | CRJ | N958SW | ORD | SPI | 1 | 4/1/2008 7:55 | 4/1/2008 8:55 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5966 | 4/1/2008 | Tuesday | CRJ | N958SW | SPI | ORD | 1.1333 | 4/1/2008 9:31 | 4/1/2008 10:39 | FO | 31651 |
| 6730 | 4/2/2008 | Wednesday | CRJ | N959SW | YWG | DEN | 2.8 | 4/2/2008 7:55 | 4/2/2008 9:43 | FO | 31651 |
| 6724 | 4/2/2008 | Wednesday | CRJ | N951SW | DEN | MKE | 2.2666 | 4/2/2008 10:32 | 4/2/2008 13:48 | FO | 31651 |
| 5828 | 4/2/2008 | Wednesday | CRJ | N951SW | MKE | ORD | 0.6333 | 4/2/2008 14:20 | 4/2/2008 14:58 | FO | 31651 |
| 5942 | 4/6/2008 | Sunday | CRJ | N938SW | ORD | LAN | 0.9333 | 4/6/2008 13:06 | 4/6/2008 15:02 | FO | 31651 |
| 5988 | 4/6/2008 | Sunday | CRJ | N938SW | LAN | ORD | 0.9666 | 4/6/2008 15:32 | 4/6/2008 15:30 | FO | 31651 |
| 6047 | 4/6/2008 | Sunday | CRJ | N956SW | ORD | MLI | 1 | 4/6/2008 17:46 | 4/6/2008 18:46 | FO | 31651 |
| 6054 | 4/6/2008 | Sunday | CRJ | N956SW | MLI | DEN | 2.25 | 4/6/2008 19:17 | 4/6/2008 20:32 | FO | 31651 |
| 6704 | 4/6/2008 | Sunday | CRJ | N956SW | DEN | LNK | 1.1 | 4/6/2008 20:54 | 4/6/2008 23:00 | FO | 31651 |
| 5880 | 4/7/2008 | Monday | CRJ | N930SW | LNK | DEN | 1.5 | 4/7/2008 16:00 | 4/7/2008 16:30 | FO | 31651 |
| 6629 | 4/7/2008 | Monday | CRJ | N983SW | DEN | SBA | 2.6166 | 4/7/2008 18:20 | 4/7/2008 19:57 | FO | 31651 |
| 6682 | 4/8/2008 | Tuesday | CRJ | N983SW | SBA | DEN | 2.2833 | 4/8/2008 5:50 | 4/8/2008 9:07 | FO | 31651 |
| 6618 | 4/8/2008 | Tuesday | CRJ | N983SW | DEN | FSD | 1.4 | 4/8/2008 10:08 | 4/8/2008 12:32 | FO | 31651 |
| 5877 | 4/9/2008 | Wednesday | CRJ | N961SW | FSD | ORD | 1.6666 | 4/9/2008 5:52 | 4/9/2008 7:32 | FO | 31651 |
| 6174 | 4/9/2008 | Wednesday | CRJ | N961SW | ORD | FSD | 1.5833 | 4/9/2008 7:57 | 4/9/2008 9:32 | FO | 31651 |
| 6174 | 4/9/2008 | Wednesday | CRJ | N961SW | FSD | ORD | 1.3166 | 4/9/2008 9:56 | 4/9/2008 11:15 | FO | 31651 |
| 5965 | 4/9/2008 | Wednesday | CRJ | N909SW | ORD | SGF | 1.5 | 4/9/2008 13:02 | 4/9/2008 14:32 | FO | 31651 |
| 6464 | 4/9/2008 | Wednesday | CRJ | N909SW | SGF | ORD | 1.3833 | 4/9/2008 14:57 | 4/9/2008 16:20 | FO | 31651 |
| 6017 | 4/13/2008 | Sunday | CRJ | N986SW | ORD | ICT | 1.9 | 4/13/2008 8:04 | 4/13/2008 9:58 | FO | 31651 |
| 6017 | 4/13/2008 | Sunday | CRJ | N986SW | ICT | ORD | 1.7333 | 4/13/2008 10:34 | 4/13/2008 12:18 | FO | 31651 |
| 5866 | 4/13/2008 | Sunday | CRJ | N986SW | ORD | LNK | 1.55 | 4/13/2008 12:54 | 4/13/2008 14:27 | FO | 31651 |
| 6038 | 4/14/2008 | Monday | CRJ | N906SW | LNK | ORD | 1.5666 | 4/14/2008 5:53 | 4/14/2008 7:27 | FO | 31651 |
| 5907 | 4/14/2008 | Monday | CRJ | N906SW | ORD | MKE | 0.6833 | 4/14/2008 8:08 | 4/14/2008 8:49 | FO | 31651 |
| 5909 | 4/14/2008 | Monday | CRJ | N906SW | MKE | ORD | 0.85 | 4/14/2008 9:13 | 4/14/2008 10:04 | FO | 31651 |
| 5873 | 4/14/2008 | Monday | CRJ | N906SW | ORD | MSN | 0.6833 | 4/14/2008 10:35 | 4/14/2008 11:16 | FO | 31651 |
| 5873 | 4/14/2008 | Monday | CRJ | N906SW | MSN | ORD | 0.7333 | 4/14/2008 11:38 | 4/14/2008 12:22 | FO | 31651 |
| 5942 | 4/14/2008 | Monday | CRJ | N906SW | ORD | LAN | 0.9 | 4/14/2008 13:10 | 4/14/2008 15:04 | FO | 31651 |
| 6102 | 4/15/2008 | Tuesday | CRJ | N971SW | LAN | ORD | 1.0166 | 4/15/2008 5:55 | 4/15/2008 5:56 | FO | 31651 |
| 5936 | 4/15/2008 | Tuesday | CRJ | N971SW | ORD | LAN | 0.95 | 4/15/2008 6:32 | 4/15/2008 8:29 | FO | 31651 |
| 5936 | 4/15/2008 | Tuesday | CRJ | N971SW | LAN | ORD | 0.9666 | 4/15/2008 8:56 | 4/15/2008 8:54 | FO | 31651 |
| 6015 | 4/15/2008 | Tuesday | CRJ | N971SW | ORD | FAR | 1.6833 | 4/15/2008 9:33 | 4/15/2008 11:14 | FO | 31651 |
| 6031 | 4/16/2008 | Wednesday | CRJ | N935SW | FAR | ORD | 1.5833 | 4/16/2008 5:50 | 4/16/2008 7:25 | FO | 31651 |
| 5863 | 4/16/2008 | Wednesday | CRJ | N935SW | ORD | SGF | 1.3166 | 4/16/2008 8:11 | 4/16/2008 9:30 | FO | 31651 |
| 6598 | 4/16/2008 | Wednesday | CRJ | N935SW | SGF | ORD | 1.2166 | 4/16/2008 10:01 | 4/16/2008 11:14 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6017 | 4/20/2008 | Sunday | CRJ | N465SW | ORD | ICT | 1.8833 | 4/20/2008 8:03 | 4/20/2008 9:56 | FO | 31651 |
| 6017 | 4/20/2008 | Sunday | CRJ | N465SW | ICT | ORD | 1.7833 | 4/20/2008 10:29 | 4/20/2008 12:16 | FO | 31651 |
| 5866 | 4/20/2008 | Sunday | CRJ | N465SW | ORD | LNK | 1.6166 | 4/20/2008 12:47 | 4/20/2008 14:24 | FO | 31651 |
| 6038 | 4/21/2008 | Monday | CRJ | N946SW | LNK | ORD | 1.4833 | 4/21/2008 5:50 | 4/21/2008 7:19 | FO | 31651 |
| 5907 | 4/21/2008 | Monday | CRJ | N946SW | ORD | MKE | 0.7833 | 4/21/2008 7:51 | 4/21/2008 8:38 | FO | 31651 |
| 5909 | 4/21/2008 | Monday | CRJ | N946SW | MKE | ORD | 0.8333 | 4/21/2008 9:07 | 4/21/2008 9:57 | FO | 31651 |
| 5873 | 4/21/2008 | Monday | CRJ | N946SW | ORD | MSN | 0.6166 | 4/21/2008 10:23 | 4/21/2008 11:00 | FO | 31651 |
| 5873 | 4/21/2008 | Monday | CRJ | N946SW | MSN | ORD | 0.6333 | 4/21/2008 11:27 | 4/21/2008 12:05 | FO | 31651 |
| 5942 | 4/21/2008 | Monday | CRJ | N946SW | ORD | LAN | 0.7833 | 4/21/2008 13:06 | 4/21/2008 14:53 | FO | 31651 |
| 6102 | 4/22/2008 | Tuesday | CRJ | N971SW | LAN | ORD | 0.9 | 4/22/2008 5:49 | 4/22/2008 5:43 | FO | 31651 |
| 5936 | 4/22/2008 | Tuesday | CRJ | N952SW | ORD | LAN | 0.9333 | 4/22/2008 6:28 | 4/22/2008 8:24 | FO | 31651 |
| 5936 | 4/22/2008 | Tuesday | CRJ | N952SW | LAN | ORD | 0.85 | 4/22/2008 8:54 | 4/22/2008 8:45 | FO | 31651 |
| 6015 | 4/22/2008 | Tuesday | CRJ | N952SW | ORD | FAR | 1.95 | 4/22/2008 9:41 | 4/22/2008 11:38 | FO | 31651 |
| 6031 | 4/23/2008 | Wednesday | CRJ | N982SW | FAR | ORD | 1.5166 | 4/23/2008 5:50 | 4/23/2008 7:21 | FO | 31651 |
| 5863 | 4/23/2008 | Wednesday | CRJ | N982SW | ORD | SGF | 2.0166 | 4/23/2008 8:01 | 4/23/2008 10:02 | FO | 31651 |
| 6598 | 4/23/2008 | Wednesday | CRJ | N982SW | SGF | ORD | 1.25 | 4/23/2008 10:18 | 4/23/2008 11:33 | FO | 31651 |
| 5899 | 4/27/2008 | Sunday | CRJ | N934SW | ORD | AZO | 0.9666 | 4/27/2008 13:04 | 4/27/2008 15:02 | FO | 31651 |
| 5899 | 4/27/2008 | Sunday | CRJ | N934SW | AZO | ORD | 0.9 | 4/27/2008 15:21 | 4/27/2008 15:15 | FO | 31651 |
| 5979 | 4/27/2008 | Sunday | CRJ | N926SW | ORD | AZO | 0.8166 | 4/27/2008 16:56 | 4/27/2008 18:45 | FO | 31651 |
| 5943 | 4/27/2008 | Sunday | CRJ | N926SW | AZO | ORD | 1.4333 | 4/27/2008 19:04 | 4/27/2008 19:30 | FO | 31651 |
| 5981 | 4/27/2008 | Sunday | CRJ | N926SW | ORD | FAR | 1.7166 | 4/27/2008 20:00 | 4/27/2008 21:43 | FO | 31651 |
| 5849 | 4/28/2008 | Monday | CRJ | N903SW | FAR | DEN | 1.95 | 4/28/2008 11:59 | 4/28/2008 12:56 | FO | 31651 |
| 6708 | 4/28/2008 | Monday | CRJ | N929SW | DEN | LNK | 1.2666 | 4/28/2008 15:32 | 4/28/2008 17:48 | FO | 31651 |
| 6052 | 4/28/2008 | Monday | CRJ | N929SW | LNK | ORD | 1.45 | 4/28/2008 20:27 | 4/28/2008 21:54 | FO | 31651 |
| 5917 | 5/4/2008 | Sunday | CRJ | N948SW | ORD | FSD | 1.55 | 5/4/2008 17:27 | 5/4/2008 19:00 | FO | 31651 |
| 6569 | 5/4/2008 | Sunday | CRJ | N948SW | FSD | DEN | 1.7833 | 5/4/2008 19:25 | 5/4/2008 20:12 | FO | 31651 |
| 6561 | 5/4/2008 | Sunday | CRJ | N948SW | DEN | GTF | 1.9 | 5/4/2008 21:20 | 5/4/2008 23:14 | FO | 31651 |
| 6615 | 5/5/2008 | Monday | CRJ | N918SW | GTF | DEN | 1.75 | 5/5/2008 15:53 | 5/5/2008 17:38 | FO | 31651 |
| 6101 | 5/5/2008 | Monday | CRJ | N918SW | DEN | PIA | 1.95 | 5/5/2008 18:50 | 5/5/2008 21:47 | FO | 31651 |
| 6103 | 5/6/2008 | Tuesday | CRJ | N918SW | PIA | DEN | 2.45 | 5/6/2008 8:07 | 5/6/2008 9:34 | FO | 31651 |
| 6632 | 5/6/2008 | Tuesday | CRJ | N918SW | DEN | SGF | 2.1 | 5/6/2008 10:12 | 5/6/2008 13:18 | FO | 31651 |
| 5999 | 5/7/2008 | Wednesday | CRJ | N983SW | SGF | ORD | 1.4 | 5/7/2008 5:52 | 5/7/2008 7:16 | FO | 31651 |
| 5855 | 5/7/2008 | Wednesday | CRJ | N983SW | ORD | ATW | 1.5666 | 5/7/2008 7:52 | 5/7/2008 9:26 | FO | 31651 |
| 5855 | 5/7/2008 | Wednesday | CRJ | N983SW | ATW | ORD | 1.1333 | 5/7/2008 9:42 | 5/7/2008 10:50 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6051 | 5/7/2008 | Wednesday | CRJ | N928SW | ORD | IND | 1.1 | 5/7/2008 11:48 | 5/7/2008 13:54 | FO | 31651 |
| 6010 | 5/7/2008 | Wednesday | CRJ | N928SW | IND | ORD | 1.0333 | 5/7/2008 14:58 | 5/7/2008 15:00 | FO | 31651 |
| 6149 | 5/11/2008 | Sunday | CRJ | N928SW | ORD | ROA | 1.75 | 5/11/2008 6:28 | 5/11/2008 9:13 | FO | 31651 |
| 6149 | 5/11/2008 | Sunday | CRJ | N928SW | ROA | ORD | 2.0333 | 5/11/2008 9:34 | 5/11/2008 10:36 | FO | 31651 |
| 6011 | 5/11/2008 | Sunday | CRJ | N928SW | ORD | LEX | 1.25 | 5/11/2008 11:00 | 5/11/2008 13:15 | FO | 31651 |
| 6030 | 5/12/2008 | Monday | CRJ | N953SW | LEX | ORD | 1.35 | 5/12/2008 5:52 | 5/12/2008 6:13 | FO | 31651 |
| 6017 | 5/12/2008 | Monday | CRJ | N413SW | ORD | ICT | 1.7666 | 5/12/2008 8:46 | 5/12/2008 10:32 | FO | 31651 |
| 6017 | 5/12/2008 | Monday | CRJ | N413SW | ICT | ORD | 1.5833 | 5/12/2008 10:56 | 5/12/2008 12:31 | FO | 31651 |
| 5963 | 5/12/2008 | Monday | CRJ | N961SW | ORD | PIA | 0.8333 | 5/12/2008 13:03 | 5/12/2008 13:53 | FO | 31651 |
| 5998 | 5/13/2008 | Tuesday | CRJ | N923SW | PIA | ORD | 0.8 | 5/13/2008 5:53 | 5/13/2008 6:41 | FO | 31651 |
| 5875 | 5/13/2008 | Tuesday | CRJ | N979SW | ORD | CID | 1.3333 | 5/13/2008 7:50 | 5/13/2008 9:10 | FO | 31651 |
| 5875 | 5/13/2008 | Tuesday | CRJ | N979SW | CID | ORD | 0.85 | 5/13/2008 9:28 | 5/13/2008 10:19 | FO | 31651 |
| 6051 | 5/13/2008 | Tuesday | CRJ | N979SW | ORD | IND | 1.1 | 5/13/2008 11:03 | 5/13/2008 13:09 | FO | 31651 |
| 6010 | 5/13/2008 | Tuesday | CRJ | N979SW | IND | ORD | 1.1666 | 5/13/2008 13:34 | 5/13/2008 13:44 | FO | 31651 |
| 5819 | 5/18/2008 | Sunday | CRJ | N945SW | ORD | LNK | 1.5666 | 5/18/2008 8:17 | 5/18/2008 9:51 | FO | 31651 |
| 5819 | 5/18/2008 | Sunday | CRJ | N945SW | LNK | ORD | 1.3833 | 5/18/2008 10:21 | 5/18/2008 11:44 | FO | 31651 |
| 5952 | 5/18/2008 | Sunday | CRJ | N945SW | ORD | TUL | 1.7166 | 5/18/2008 12:29 | 5/18/2008 14:12 | FO | 31651 |
| 5925 | 5/19/2008 | Monday | CRJ | N932SW | TUL | ORD | 1.9833 | 5/19/2008 5:59 | 5/19/2008 7:58 | FO | 31651 |
| 5811 | 5/19/2008 | Monday | CRJ | N973SW | ORD | BMI | 0.7833 | 5/19/2008 10:07 | 5/19/2008 10:54 | FO | 31651 |
| 5811 | 5/19/2008 | Monday | CRJ | N973SW | BMI | ORD | 0.9166 | 5/19/2008 11:31 | 5/19/2008 12:26 | FO | 31651 |
| 6212 | 5/19/2008 | Monday | CRJ | N973SW | ORD | MBS | 0.9166 | 5/19/2008 13:09 | 5/19/2008 15:04 | FO | 31651 |
| 6129 | 5/20/2008 | Tuesday | CRJ | N927SW | MBS | ORD | 1.05 | 5/20/2008 5:48 | 5/20/2008 5:51 | FO | 31651 |
| 6207 | 5/20/2008 | Tuesday | CRJ | N927SW | ORD | FWA | 0.9 | 5/20/2008 6:50 | 5/20/2008 8:44 | FO | 31651 |
| 6207 | 5/20/2008 | Tuesday | CRJ | N927SW | FWA | ORD | 0.8833 | 5/20/2008 9:21 | 5/20/2008 9:14 | FO | 31651 |
| 6760 | 5/20/2008 | Tuesday | CRJ | N948SW | ORD | SDF | 1.5166 | 5/20/2008 10:35 | 5/20/2008 13:06 | FO | 31651 |
| 5910 | 5/21/2008 | Wednesday | CRJ | N465SW | SDF | ORD | 1.4333 | 5/21/2008 5:55 | 5/21/2008 6:21 | FO | 31651 |
| 6016 | 5/21/2008 | Wednesday | CRJ | N956SW | ORD | HPN | 2.3333 | 5/21/2008 6:58 | 5/21/2008 10:18 | FO | 31651 |
| 5831 | 5/21/2008 | Wednesday | CRJ | N956SW | HPN | ORD | 2.2166 | 5/21/2008 11:59 | 5/21/2008 13:12 | FO | 31651 |
| 6136 | 5/25/2008 | Sunday | CRJ | N964SW | ORD | TUL | 1.7833 | 5/25/2008 15:16 | 5/25/2008 17:03 | FO | 31651 |
| 6136 | 5/25/2008 | Sunday | CRJ | N964SW | TUL | ORD | 1.7333 | 5/25/2008 18:01 | 5/25/2008 19:45 | FO | 31651 |
| 5984 | 5/25/2008 | Sunday | CRJ | N964SW | ORD | GRB | 1.0333 | 5/25/2008 21:24 | 5/25/2008 22:26 | FO | 31651 |
| 6156 | 5/26/2008 | Monday | CRJ | N959SW | GRB | ORD | 0.85 | 5/26/2008 14:40 | 5/26/2008 15:31 | FO | 31651 |
| 6164 | 5/26/2008 | Monday | CRJ | N959SW | ORD | MBS | 0.95 | 5/26/2008 16:22 | 5/26/2008 18:19 | FO | 31651 |
| 6164 | 5/26/2008 | Monday | CRJ | N959SW | MBS | ORD | 1.3833 | 5/26/2008 18:45 | 5/26/2008 19:08 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6161 | 5/26/2008 | Monday | CRJ | N959SW | ORD | MBS | 1.05 | 5/26/2008 19:43 | 5/26/2008 21:46 | FO | 31651 |
| 6212 | 5/27/2008 | Tuesday | CRJ | N909SW | MBS | ORD | 1.1333 | 5/27/2008 15:33 | 5/27/2008 15:41 | FO | 31651 |
| 6768 | 5/27/2008 | Tuesday | CRJ | N909SW | ORD | DAY | 1.0833 | 5/27/2008 16:26 | 5/27/2008 18:31 | FO | 31651 |
| 6768 | 5/27/2008 | Tuesday | CRJ | N909SW | DAY | ORD | 1.4166 | 5/27/2008 18:55 | 5/27/2008 19:20 | FO | 31651 |
| 5857 | 5/27/2008 | Tuesday | CRJ | N941SW | ORD | PIA | 0.6666 | 5/27/2008 21:43 | 5/27/2008 22:23 | FO | 31651 |
| 5963 | 5/28/2008 | Wednesday | CRJ | N465SW | PIA | ORD | 0.85 | 5/28/2008 14:25 | 5/28/2008 15:16 | FO | 31651 |
| 6047 | 5/28/2008 | Wednesday | CRJ | N939SW | ORD | MLI | 0.7833 | 5/28/2008 16:59 | 5/28/2008 17:46 | FO | 31651 |
| 6054 | 5/28/2008 | Wednesday | CRJ | N939SW | MLI | DEN | 2.5333 | 5/28/2008 18:15 | 5/28/2008 19:47 | FO | 31651 |
| 6148 | 6/1/2008 | Sunday | CRJ | N932SW | ORD | RAP | 2.35 | 6/1/2008 12:06 | 6/1/2008 13:27 | FO | 31651 |
| 6148 | 6/1/2008 | Sunday | CRJ | N932SW | RAP | ORD | 2.1666 | 6/1/2008 13:50 | 6/1/2008 17:00 | FO | 31651 |
| 5982 | 6/1/2008 | Sunday | CRJ | N932SW | ORD | GRB | 0.9 | 6/1/2008 17:41 | 6/1/2008 18:35 | FO | 31651 |
| 5982 | 6/1/2008 | Sunday | CRJ | N932SW | GRB | ORD | 0.8833 | 6/1/2008 18:56 | 6/1/2008 19:49 | FO | 31651 |
| 5970 | 6/1/2008 | Sunday | CRJ | N932SW | ORD | LAN | 0.85 | 6/1/2008 20:44 | 6/1/2008 22:35 | FO | 31651 |
| 5988 | 6/2/2008 | Monday | CRJ | N925SW | LAN | ORD | 1 | 6/2/2008 15:52 | 6/2/2008 15:52 | FO | 31651 |
| 6768 | 6/2/2008 | Monday | CRJ | N925SW | ORD | DAY | 1.2833 | 6/2/2008 16:23 | 6/2/2008 18:40 | FO | 31651 |
| 6768 | 6/2/2008 | Monday | CRJ | N925SW | DAY | ORD | 1.2 | 6/2/2008 19:00 | 6/2/2008 19:12 | FO | 31651 |
| 5983 | 6/2/2008 | Monday | CRJ | N965SW | ORD | SGF | 1.4333 | 6/2/2008 20:23 | 6/2/2008 21:49 | FO | 31651 |
| 6000 | 6/3/2008 | Tuesday | CRJ | N971SW | SGF | ORD | 1.85 | 6/3/2008 16:16 | 6/3/2008 18:07 | FO | 31651 |
| 5944 | 6/3/2008 | Tuesday | CRJ | N971SW | ORD | FAR | 2.2833 | 6/3/2008 18:39 | 6/3/2008 20:56 | FO | 31651 |
| 5944 | 6/3/2008 | Tuesday | CRJ | N971SW | FAR | ORD | 1.8666 | 6/3/2008 21:16 | 6/3/2008 23:08 | FO | 31651 |
| 5970 | 6/3/2008 | Tuesday | CRJ | N971SW | ORD | LAN | 1.0333 | 6/3/2008 23:29 | 6/4/2008 1:31 | FO | 31651 |
| 5832 | 6/9/2008 | Monday | CRJ | N982SW | ORD | BNA | 1.5833 | 6/9/2008 6:44 | 6/9/2008 8:19 | FO | 31651 |
| 5879 | 6/9/2008 | Monday | CRJ | N982SW | BNA | DEN | 2.95 | 6/9/2008 8:49 | 6/9/2008 10:46 | FO | 31651 |
| 6718 | 6/9/2008 | Monday | CRJ | N982SW | DEN | XNA | 2.15 | 6/9/2008 11:19 | 6/9/2008 14:28 | FO | 31651 |
| 6014 | 6/10/2008 | Tuesday | CRJ | N963SW | XNA | ORD | 1.6166 | 6/10/2008 6:57 | 6/10/2008 8:34 | FO | 31651 |
| 5897 | 6/10/2008 | Tuesday | CRJ | N923SW | ORD | LAN | 0.9333 | 6/10/2008 10:51 | 6/10/2008 12:47 | FO | 31651 |
| 5861 | 6/10/2008 | Tuesday | CRJ | N923SW | LAN | ORD | 0.9166 | 6/10/2008 13:20 | 6/10/2008 13:15 | FO | 31651 |
| 5868 | 6/10/2008 | Tuesday | CRJ | N923SW | ORD | AVP | 1.65 | 6/10/2008 13:59 | 6/10/2008 16:38 | FO | 31651 |
| 5873 | 6/11/2008 | Wednesday | CRJ | N465SW | AVP | ORD | 2.2666 | 6/11/2008 6:00 | 6/11/2008 7:16 | FO | 31651 |
| 5966 | 6/11/2008 | Wednesday | CRJ | N465SW | ORD | SPI | 0.8833 | 6/11/2008 7:53 | 6/11/2008 8:46 | FO | 31651 |
| 5966 | 6/11/2008 | Wednesday | CRJ | N465SW | SPI | ORD | 0.8333 | 6/11/2008 9:29 | 6/11/2008 10:19 | FO | 31651 |
| 5853 | 6/11/2008 | Wednesday | CRJ | N937SW | ORD | CID | 0.9166 | 6/11/2008 12:57 | 6/11/2008 13:52 | FO | 31651 |
| 6050 | 6/12/2008 | Thursday | CRJ | N936SW | CID | ORD | 0.95 | 6/12/2008 4:58 | 6/12/2008 5:55 | FO | 31651 |
| 5870 | 6/12/2008 | Thursday | CRJ | N971SW | ORD | TYS | 1.4666 | 6/12/2008 6:39 | 6/12/2008 9:07 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5881 | 6/12/2008 | Thursday | CRJ | N971SW | TYS | ORD | 1.5333 | 6/12/2008 9:44 | 6/12/2008 10:16 | FO | 31651 |
| 6018 | 6/22/2008 | Sunday | CRJ | N930SW | ORD | ICT | 1.9333 | 6/22/2008 13:02 | 6/22/2008 14:58 | FO | 31651 |
| 6018 | 6/22/2008 | Sunday | CRJ | N930SW | ICT | ORD | 2.5833 | 6/22/2008 15:51 | 6/22/2008 18:26 | FO | 31651 |
| 5979 | 6/22/2008 | Sunday | CRJ | N930SW | ORD | AZO | 1.1166 | 6/22/2008 18:57 | 6/22/2008 21:04 | FO | 31651 |
| 5943 | 6/22/2008 | Sunday | CRJ | N930SW | AZO | ORD | 0.9 | 6/22/2008 21:24 | 6/22/2008 21:18 | FO | 31651 |
| 5857 | 6/22/2008 | Sunday | CRJ | N930SW | ORD | PIA | 0.8833 | 6/22/2008 21:55 | 6/22/2008 22:48 | FO | 31651 |
| 5963 | 6/23/2008 | Monday | CRJ | N909SW | PIA | ORD | 0.8166 | 6/23/2008 14:26 | 6/23/2008 15:15 | FO | 31651 |
| 5836 | 6/23/2008 | Monday | CRJ | N909SW | ORD | CAK | 1.3166 | 6/23/2008 15:53 | 6/23/2008 18:12 | FO | 31651 |
| 5836 | 6/23/2008 | Monday | CRJ | N909SW | CAK | ORD | 1.4333 | 6/23/2008 18:37 | 6/23/2008 19:03 | FO | 31651 |
| 6081 | 6/23/2008 | Monday | CRJ | N909SW | ORD | TUL | 1.95 | 6/23/2008 19:59 | 6/23/2008 21:56 | FO | 31651 |
| 6091 | 6/24/2008 | Tuesday | CRJ | N928SW | TUL | ORD | 1.8 | 6/24/2008 14:53 | 6/24/2008 16:41 | FO | 31651 |
| 5876 | 6/24/2008 | Tuesday | CRJ | N928SW | ORD | IND | 0.9833 | 6/24/2008 17:27 | 6/24/2008 19:26 | FO | 31651 |
| 5885 | 6/24/2008 | Tuesday | CRJ | N928SW | IND | ORD | 1.15 | 6/24/2008 19:51 | 6/24/2008 20:00 | FO | 31651 |
| 6125 | 6/24/2008 | Tuesday | CRJ | N928SW | ORD | ATW | 0.7833 | 6/24/2008 22:28 | 6/24/2008 23:15 | FO | 31651 |
| 6153 | 6/25/2008 | Wednesday | CRJ | N916SW | ATW | ORD | 0.7833 | 6/25/2008 20:08 | 6/25/2008 20:55 | FO | 31651 |
| 5963 | 6/29/2008 | Sunday | CRJ | N465SW | ORD | PIA | 0.7666 | 6/29/2008 13:18 | 6/29/2008 14:04 | FO | 31651 |
| 5998 | 6/30/2008 | Monday | CRJ | N910SW | PIA | ORD | 0.8 | 6/30/2008 5:55 | 6/30/2008 6:43 | FO | 31651 |
| 5966 | 6/30/2008 | Monday | CRJ | N910SW | ORD | SPI | 1.0166 | 6/30/2008 7:55 | 6/30/2008 8:56 | FO | 31651 |
| 5966 | 6/30/2008 | Monday | CRJ | N910SW | SPI | ORD | 0.9166 | 6/30/2008 9:19 | 6/30/2008 10:14 | FO | 31651 |
| 6011 | 6/30/2008 | Monday | CRJ | N925SW | ORD | LEX | 1.2 | 6/30/2008 11:15 | 6/30/2008 13:27 | FO | 31651 |
| 6030 | 7/1/2008 | Tuesday | CRJ | N943SW | LEX | ORD | 1.3333 | 7/1/2008 5:44 | 7/1/2008 6:04 | FO | 31651 |
| 5870 | 7/1/2008 | Tuesday | CRJ | N943SW | ORD | TYS | 1.4333 | 7/1/2008 6:40 | 7/1/2008 9:06 | FO | 31651 |
| 5881 | 7/1/2008 | Tuesday | CRJ | N943SW | TYS | ORD | 1.6166 | 7/1/2008 9:47 | 7/1/2008 10:24 | FO | 31651 |
| 6529 | 7/1/2008 | Tuesday | CRJ | N939SW | ORD | MSN | 0.8166 | 7/1/2008 13:18 | 7/1/2008 14:07 | FO | 31651 |
| 5860 | 7/2/2008 | Wednesday | CRJ | N906SW | MSN | ORD | 1.15 | 7/2/2008 5:13 | 7/2/2008 6:22 | FO | 31651 |
| 5864 | 7/2/2008 | Wednesday | CRJ | N906SW | ORD | GRR | 0.7833 | 7/2/2008 7:22 | 7/2/2008 9:09 | FO | 31651 |
| 5949 | 7/2/2008 | Wednesday | CRJ | N906SW | GRR | ORD | 0.8166 | 7/2/2008 9:33 | 7/2/2008 9:22 | FO | 31651 |
| 6755 | 7/2/2008 | Wednesday | CRJ | N906SW | ORD | YWG | 2.2166 | 7/2/2008 10:33 | 7/2/2008 12:46 | FO | 31651 |
| 6755 | 7/2/2008 | Wednesday | CRJ | N906SW | YWG | ORD | 2.2333 | 7/2/2008 13:11 | 7/2/2008 15:25 | FO | 31651 |
| 6045 | 7/8/2008 | Tuesday | CRJ | N935SW | ORD | FSD | 1.5166 | 7/8/2008 9:44 | 7/8/2008 11:15 | FO | 31651 |
| 6743 | 7/8/2008 | Tuesday | CRJ | N935SW | FSD | DEN | 1.6 | 7/8/2008 11:51 | 7/8/2008 12:27 | FO | 31651 |
| 5969 | 7/8/2008 | Tuesday | CRJ | N928SW | DEN | HLN | 1.7666 | 7/8/2008 13:44 | 7/8/2008 15:30 | FO | 31651 |
| 5990 | 7/9/2008 | Wednesday | CRJ | N954SW | HLN | DEN | 1.6666 | 7/9/2008 6:26 | 7/9/2008 8:06 | FO | 31651 |
| 6668 | 7/9/2008 | Wednesday | CRJ | N954SW | DEN | FAR | 1.9 | 7/9/2008 10:06 | 7/9/2008 13:00 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6031 | 7/10/2008 | Thursday | CRJ | N970SW | FAR | ORD | 1.7166 | 7/10/2008 5:40 | 7/10/2008 7:23 | FO | 31651 |
| 6044 | 7/10/2008 | Thursday | CRJ | N928SW | ORD | SYR | 1.7 | 7/10/2008 9:05 | 7/10/2008 11:47 | FO | 31651 |
| 6044 | 7/10/2008 | Thursday | CRJ | N928SW | SYR | ORD | 2.0166 | 7/10/2008 12:26 | 7/10/2008 13:27 | FO | 31651 |
| 5818 | 7/10/2008 | Thursday | CRJ | N928SW | ORD | TYS | 1.6333 | 7/10/2008 13:59 | 7/10/2008 16:37 | FO | 31651 |
| 6563 | 7/11/2008 | Friday | CRJ | N466SW | TYS | ORD | 1.6666 | 7/11/2008 6:07 | 7/11/2008 6:47 | FO | 31651 |
| 6036 | 7/11/2008 | Friday | CRJ | N466SW | ORD | TVC | 0.9833 | 7/11/2008 7:28 | 7/11/2008 9:27 | FO | 31651 |
| 6036 | 7/11/2008 | Friday | CRJ | N466SW | TVC | ORD | 0.9666 | 7/11/2008 10:19 | 7/11/2008 10:17 | FO | 31651 |
| 5850 | 7/14/2008 | Monday | CRJ | N955SW | ORD | MKE | 0.8333 | 7/14/2008 19:13 | 7/14/2008 20:03 | FO | 31651 |
| 6047 | 7/14/2008 | Monday | CRJ | N955SW | MKE | ORD | 0.8833 | 7/14/2008 20:20 | 7/14/2008 21:13 | FO | 31651 |
| 5857 | 7/14/2008 | Monday | CRJ | N955SW | ORD | PIA | 1.0333 | 7/14/2008 22:08 | 7/14/2008 23:10 | FO | 31651 |
| 5963 | 7/15/2008 | Tuesday | CRJ | N983SW | PIA | ORD | 0.8333 | 7/15/2008 14:48 | 7/15/2008 15:38 | FO | 31651 |
| 6077 | 7/15/2008 | Tuesday | CRJ | N465SW | ORD | SGF | 1.5 | 7/15/2008 17:05 | 7/15/2008 18:35 | FO | 31651 |
| 6077 | 7/15/2008 | Tuesday | CRJ | N465SW | SGF | ORD | 1.6333 | 7/15/2008 18:55 | 7/15/2008 20:33 | FO | 31651 |
| 5944 | 7/16/2008 | Wednesday | CRJ | N927SW | ORD | FAR | 2.0166 | 7/16/2008 15:55 | 7/16/2008 17:56 | FO | 31651 |
| 5944 | 7/16/2008 | Wednesday | CRJ | N927SW | FAR | ORD | 1.85 | 7/16/2008 18:18 | 7/16/2008 20:09 | FO | 31651 |
| 6246 | 7/16/2008 | Wednesday | CRJ | N927SW | ORD | SDF | 1.5666 | 7/16/2008 21:44 | 7/17/2008 0:18 | FO | 31651 |
| 6027 | 7/17/2008 | Thursday | CRJ | N908SW | SDF | ORD | 1.4333 | 7/17/2008 15:59 | 7/17/2008 16:25 | FO | 31651 |
| 5876 | 7/17/2008 | Thursday | CRJ | N928SW | ORD | IND | 0.9833 | 7/17/2008 18:06 | 7/17/2008 20:05 | FO | 31651 |
| 5885 | 7/17/2008 | Thursday | CRJ | N928SW | IND | ORD | 1.1 | 7/17/2008 20:35 | 7/17/2008 20:41 | FO | 31651 |
| 5951 | 7/20/2008 | Sunday | CRJ | N961SW | ORD | MEM | 1.5333 | 7/20/2008 7:58 | 7/20/2008 9:30 | FO | 31651 |
| 5951 | 7/20/2008 | Sunday | CRJ | N961SW | MEM | ORD | 1.7333 | 7/20/2008 10:00 | 7/20/2008 11:44 | FO | 31651 |
| 5963 | 7/20/2008 | Sunday | CRJ | N983SW | ORD | PIA | 0.75 | 7/20/2008 13:19 | 7/20/2008 14:04 | FO | 31651 |
| 5998 | 7/21/2008 | Monday | CRJ | N983SW | PIA | ORD | 1 | 7/21/2008 5:59 | 7/21/2008 6:59 | FO | 31651 |
| 6028 | 7/21/2008 | Monday | CRJ | N969SW | ORD | MSN | 0.9166 | 7/21/2008 10:09 | 7/21/2008 11:04 | FO | 31651 |
| 6601 | 7/21/2008 | Monday | CRJ | N969SW | MSN | DEN | 2.3666 | 7/21/2008 11:22 | 7/21/2008 12:44 | FO | 31651 |
| 6377 | 7/21/2008 | Monday | CRJ | N969SW | DEN | CPR | 0.9 | 7/21/2008 13:08 | 7/21/2008 14:02 | FO | 31651 |
| 6385 | 7/22/2008 | Tuesday | CRJ | N946SW | CPR | DEN | 0.95 | 7/22/2008 6:05 | 7/22/2008 7:02 | FO | 31651 |
| 5951 | 7/27/2008 | Sunday | CRJ | N964SW | ORD | MEM | 1.5666 | 7/27/2008 8:01 | 7/27/2008 9:35 | FO | 31651 |
| 5951 | 7/27/2008 | Sunday | CRJ | N964SW | MEM | ORD | 1.7166 | 7/27/2008 10:02 | 7/27/2008 11:45 | FO | 31651 |
| 5963 | 7/27/2008 | Sunday | CRJ | N971SW | ORD | PIA | 0.8333 | 7/27/2008 13:11 | 7/27/2008 14:01 | FO | 31651 |
| 5998 | 7/28/2008 | Monday | CRJ | N919SW | PIA | ORD | 1.2166 | 7/28/2008 5:55 | 7/28/2008 7:08 | FO | 31651 |
| 6028 | 7/28/2008 | Monday | CRJ | N927SW | ORD | MSN | 0.8833 | 7/28/2008 8:01 | 7/28/2008 8:54 | FO | 31651 |
| 6601 | 7/28/2008 | Monday | CRJ | N927SW | MSN | DEN | 2.3666 | 7/28/2008 9:09 | 7/28/2008 10:31 | FO | 31651 |
| 6377 | 7/28/2008 | Monday | CRJ | N927SW | DEN | CPR | 0.9833 | 7/28/2008 11:15 | 7/28/2008 12:14 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6385 | 7/29/2008 | Tuesday | CRJ | N932SW | CPR | DEN | 0.9166 | 7/29/2008 5:55 | 7/29/2008 6:50 | FO | 31651 |
| 5957 | 7/29/2008 | Tuesday | CRJ | N932SW | DEN | DRO | 0.9166 | 7/29/2008 8:04 | 7/29/2008 8:59 | FO | 31651 |
| 5957 | 7/29/2008 | Tuesday | CRJ | N932SW | DRO | DEN | 0.95 | 7/29/2008 9:45 | 7/29/2008 10:42 | FO | 31651 |
| 6545 | 7/29/2008 | Tuesday | CRJ | N932SW | DEN | PSC | 2.2833 | 7/29/2008 11:37 | 7/29/2008 12:54 | FO | 31651 |
| 6722 | 7/30/2008 | Wednesday | CRJ | N970SW | PSC | DEN | 2.1333 | 7/30/2008 5:52 | 7/30/2008 9:00 | FO | 31651 |
| 6724 | 7/30/2008 | Wednesday | CRJ | N925SW | DEN | MKE | 2.5333 | 7/30/2008 10:25 | 7/30/2008 13:57 | FO | 31651 |
| 5828 | 7/30/2008 | Wednesday | CRJ | N925SW | MKE | ORD | 0.6166 | 7/30/2008 14:20 | 7/30/2008 14:57 | FO | 31651 |
| 5870 | 8/4/2008 | Monday | CRJ | N959SW | ORD | TYS | 1.65 | 8/4/2008 6:53 | 8/4/2008 9:32 | FO | 31651 |
| 5881 | 8/4/2008 | Monday | CRJ | N959SW | TYS | ORD | 1.7 | 8/4/2008 14:17 | 8/4/2008 14:59 | FO | 31651 |
| 5853 | 8/4/2008 | Monday | CRJ | N959SW | ORD | CID | 0.8333 | 8/4/2008 15:31 | 8/4/2008 16:21 | FO | 31651 |
| 6050 | 8/5/2008 | Tuesday | CRJ | N934SW | CID | ORD | 0.9 | 8/5/2008 5:13 | 8/5/2008 6:07 | FO | 31651 |
| 5840 | 8/5/2008 | Tuesday | CRJ | N934SW | ORD | ROA | 1.6333 | 8/5/2008 6:46 | 8/5/2008 9:24 | FO | 31651 |
| 5930 | 8/5/2008 | Tuesday | CRJ | N934SW | ROA | ORD | 1.7 | 8/5/2008 9:53 | 8/5/2008 10:35 | FO | 31651 |
| 5928 | 8/5/2008 | Tuesday | CRJ | N934SW | ORD | MLI | 0.7333 | 8/5/2008 11:50 | 8/5/2008 12:34 | FO | 31651 |
| 6090 | 8/5/2008 | Tuesday | CRJ | N934SW | MLI | ORD | 0.75 | 8/5/2008 13:13 | 8/5/2008 13:58 | FO | 31651 |
| 6246 | 8/6/2008 | Wednesday | CRJ | N936SW | ORD | SDF | 1.1166 | 8/6/2008 21:55 | 8/7/2008 0:02 | FO | 31651 |
| 6027 | 8/7/2008 | Thursday | CRJ | N412SW | SDF | ORD | 1.45 | 8/7/2008 15:54 | 8/7/2008 16:21 | FO | 31651 |
| 5979 | 8/7/2008 | Thursday | CRJ | N412SW | ORD | AZO | 0.7333 | 8/7/2008 16:52 | 8/7/2008 18:36 | FO | 31651 |
| 5943 | 8/7/2008 | Thursday | CRJ | N412SW | AZO | ORD | 0.8333 | 8/7/2008 19:01 | 8/7/2008 18:51 | FO | 31651 |
| 5981 | 8/7/2008 | Thursday | CRJ | N412SW | ORD | FAR | 1.7 | 8/7/2008 20:21 | 8/7/2008 22:03 | FO | 31651 |
| 6026 | 8/8/2008 | Friday | CRJ | N962SW | FAR | ORD | 1.5666 | 8/8/2008 13:35 | 8/8/2008 15:09 | FO | 31651 |
| 6087 | 8/10/2008 | Sunday | CRJ | N956SW | ORD | MEM | 1.6833 | 8/10/2008 11:54 | 8/10/2008 13:35 | FO | 31651 |
| 5848 | 8/10/2008 | Sunday | CRJ | N956SW | MEM | ORD | 1.7833 | 8/10/2008 14:04 | 8/10/2008 15:51 | FO | 31651 |
| 6153 | 8/10/2008 | Sunday | CRJ | N956SW | ORD | ATW | 0.7666 | 8/10/2008 17:10 | 8/10/2008 17:56 | FO | 31651 |
| 6153 | 8/10/2008 | Sunday | CRJ | N956SW | ATW | ORD | 1.0166 | 8/10/2008 18:11 | 8/10/2008 19:12 | FO | 31651 |
| 6761 | 8/10/2008 | Sunday | CRJ | N956SW | ORD | LNK | 1.5833 | 8/10/2008 20:43 | 8/10/2008 22:18 | FO | 31651 |
| 6450 | 8/11/2008 | Monday | CRJ | N939SW | LNK | ORD | 1.6 | 8/11/2008 14:43 | 8/11/2008 16:19 | FO | 31651 |
| 6153 | 8/11/2008 | Monday | CRJ | N939SW | ORD | ATW | 0.75 | 8/11/2008 16:49 | 8/11/2008 17:34 | FO | 31651 |
| 6153 | 8/11/2008 | Monday | CRJ | N939SW | ATW | ORD | 0.8 | 8/11/2008 18:05 | 8/11/2008 18:53 | FO | 31651 |
| 6043 | 8/11/2008 | Monday | CRJ | N939SW | ORD | CRW | 1.5166 | 8/11/2008 19:43 | 8/11/2008 22:14 | FO | 31651 |
| 5932 | 8/12/2008 | Tuesday | CRJ | N986SW | CRW | ORD | 1.3333 | 8/12/2008 17:05 | 8/12/2008 17:25 | FO | 31651 |
| 6485 | 8/12/2008 | Tuesday | CRJ | N986SW | ORD | SGF | 1.45 | 8/12/2008 18:23 | 8/12/2008 19:50 | FO | 31651 |
| 5999 | 8/13/2008 | Wednesday | CRJ | N986SW | SGF | ORD | 1.3333 | 8/13/2008 5:59 | 8/13/2008 7:19 | FO | 31651 |
| 5851 | 8/13/2008 | Wednesday | CRJ | N986SW | ORD | XNA | 1.5666 | 8/13/2008 8:08 | 8/13/2008 9:42 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5851 | 8/13/2008 | Wednesday | CRJ | N986SW | XNA | ORD | 1.4 | 8/13/2008 10:07 | 8/13/2008 11:31 | FO | 31651 |
| 5908 | 8/17/2008 | Sunday | CR6 | N724SK | ORD | SAV | 2.1666 | 8/17/2008 8:58 | 8/17/2008 12:08 | FO | 31651 |
| 5877 | 8/17/2008 | Sunday | CR6 | N724SK | SAV | ORD | 2.35 | 8/17/2008 12:31 | 8/17/2008 13:52 | FO | 31651 |
| 6228 | 8/24/2008 | Sunday | CRJ | N909SW | ORD | MSN | 1.1 | 8/24/2008 17:57 | 8/24/2008 19:03 | FO | 31651 |
| 6228 | 8/24/2008 | Sunday | CRJ | N909SW | MSN | ORD | 1.1166 | 8/24/2008 19:20 | 8/24/2008 20:27 | FO | 31651 |
| 5914 | 8/24/2008 | Sunday | CRJ | N909SW | ORD | ABE | 1.7333 | 8/24/2008 20:55 | 8/24/2008 23:39 | FO | 31651 |
| 5929 | 8/25/2008 | Monday | CRJ | N946SW | ABE | ORD | 2.2166 | 8/25/2008 12:25 | 8/25/2008 13:38 | FO | 31651 |
| 5801 | 8/25/2008 | Monday | CRJ | N947SW | ORD | DSM | 1.0666 | 8/25/2008 15:12 | 8/25/2008 16:16 | FO | 31651 |
| 5801 | 8/25/2008 | Monday | CRJ | N947SW | DSM | ORD | 1.2166 | 8/25/2008 16:49 | 8/25/2008 18:02 | FO | 31651 |
| 5985 | 8/25/2008 | Monday | CRJ | N947SW | ORD | LEX | 1.1166 | 8/25/2008 19:36 | 8/25/2008 21:43 | FO | 31651 |
| 6011 | 8/26/2008 | Tuesday | CRJ | N957SW | LEX | ORD | 1.3833 | 8/26/2008 13:42 | 8/26/2008 14:05 | FO | 31651 |
| 5944 | 8/26/2008 | Tuesday | CRJ | N957SW | ORD | FAR | 2.6333 | 8/26/2008 16:29 | 8/26/2008 19:07 | FO | 31651 |
| 6701 | 8/27/2008 | Wednesday | CRJ | N923SW | FAR | DEN | 1.9166 | 8/27/2008 6:17 | 8/27/2008 7:12 | FO | 31651 |
| 6632 | 8/27/2008 | Wednesday | CRJ | N923SW | DEN | SGF | 2.0166 | 8/27/2008 9:58 | 8/27/2008 12:59 | FO | 31651 |
| 6000 | 8/27/2008 | Wednesday | CRJ | N923SW | SGF | ORD | 1.4833 | 8/27/2008 13:16 | 8/27/2008 14:45 | FO | 31651 |
| 5928 | 8/28/2008 | Thursday | CRJ | N906SW | ORD | MLI | 0.9166 | 8/28/2008 11:53 | 8/28/2008 12:48 | FO | 31651 |
| 6090 | 8/28/2008 | Thursday | CRJ | N906SW | MLI | ORD | 0.75 | 8/28/2008 13:14 | 8/28/2008 13:59 | FO | 31651 |
| 5937 | 8/28/2008 | Thursday | CRJ | N906SW | ORD | ATW | 0.8666 | 8/28/2008 14:36 | 8/28/2008 15:28 | FO | 31651 |
| 5894 | 8/29/2008 | Friday | CRJ | N935SW | ATW | ORD | 0.7 | 8/29/2008 6:53 | 8/29/2008 7:35 | FO | 31651 |
| 5873 | 8/29/2008 | Friday | CRJ | N958SW | ORD | MSN | 0.85 | 8/29/2008 10:01 | 8/29/2008 10:52 | FO | 31651 |
| 5873 | 8/29/2008 | Friday | CRJ | N958SW | MSN | ORD | 0.75 | 8/29/2008 11:08 | 8/29/2008 11:53 | FO | 31651 |
| 5899 | 8/29/2008 | Friday | CRJ | N958SW | ORD | AZO | 0.9666 | 8/29/2008 13:13 | 8/29/2008 15:11 | FO | 31651 |
| 5899 | 8/29/2008 | Friday | CRJ | N958SW | AZO | ORD | 0.8333 | 8/29/2008 15:25 | 8/29/2008 15:15 | FO | 31651 |
| 6661 | 9/7/2008 | Sunday | CRJ | N964SW | ORD | SPI | 0.8833 | 9/7/2008 13:11 | 9/7/2008 14:04 | FO | 31651 |
| 6661 | 9/7/2008 | Sunday | CRJ | N964SW | SPI | ORD | 0.9833 | 9/7/2008 14:34 | 9/7/2008 15:33 | FO | 31651 |
| 6426 | 9/7/2008 | Sunday | CRJ | N964SW | ORD | MBS | 0.9333 | 9/7/2008 16:26 | 9/7/2008 18:22 | FO | 31651 |
| 5974 | 9/8/2008 | Monday | CRJ | N913SW | MBS | ORD | 1.1166 | 9/8/2008 5:53 | 9/8/2008 6:00 | FO | 31651 |
| 5832 | 9/8/2008 | Monday | CRJ | N913SW | ORD | BNA | 1.4333 | 9/8/2008 6:39 | 9/8/2008 8:05 | FO | 31651 |
| 6664 | 9/9/2008 | Tuesday | CRJ | N466SW | BNA | ORD | 1.5333 | 9/9/2008 5:59 | 9/9/2008 7:31 | FO | 31651 |
| 6017 | 9/9/2008 | Tuesday | CRJ | N466SW | ORD | ICT | 1.9666 | 9/9/2008 8:06 | 9/9/2008 10:04 | FO | 31651 |
| 6017 | 9/9/2008 | Tuesday | CRJ | N466SW | ICT | ORD | 1.8833 | 9/9/2008 10:36 | 9/9/2008 12:29 | FO | 31651 |
| 6529 | 9/9/2008 | Tuesday | CRJ | N466SW | ORD | MSN | 0.8 | 9/9/2008 13:15 | 9/9/2008 14:03 | FO | 31651 |
| 5860 | 9/10/2008 | Wednesday | CRJ | N924SW | MSN | ORD | 0.7666 | 9/10/2008 5:05 | 9/10/2008 5:51 | FO | 31651 |
| 6085 | 9/10/2008 | Wednesday | CRJ | N924SW | ORD | AZO | 0.6166 | 9/10/2008 6:26 | 9/10/2008 8:03 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6085 | 9/10/2008 | Wednesday | CRJ | N924SW | AZO | ORD | 0.7 | 9/10/2008 8:43 | 9/10/2008 8:25 | FO | 31651 |
| 6044 | 9/10/2008 | Wednesday | CRJ | N924SW | ORD | SYR | 1.5833 | 9/10/2008 9:03 | 9/10/2008 11:38 | FO | 31651 |
| 6044 | 9/10/2008 | Wednesday | CRJ | N924SW | SYR | ORD | 1.8166 | 9/10/2008 12:14 | 9/10/2008 13:03 | FO | 31651 |
| 6087 | 9/14/2008 | Sunday | CRJ | N965SW | ORD | MEM | 2.0833 | 9/14/2008 11:58 | 9/14/2008 14:03 | FO | 31651 |
| 5848 | 9/14/2008 | Sunday | CRJ | N965SW | MEM | ORD | 2.05 | 9/14/2008 16:14 | 9/14/2008 18:17 | FO | 31651 |
| 6024 | 9/14/2008 | Sunday | CRJ | N965SW | ORD | FWA | 0.9333 | 9/14/2008 18:41 | 9/14/2008 20:37 | FO | 31651 |
| 6024 | 9/14/2008 | Sunday | CRJ | N965SW | FWA | ORD | 1.1833 | 9/14/2008 20:59 | 9/14/2008 21:10 | FO | 31651 |
| 6761 | 9/14/2008 | Sunday | CRJ | N965SW | ORD | LNK | 1.55 | 9/14/2008 21:33 | 9/14/2008 23:06 | FO | 31651 |
| 6450 | 9/15/2008 | Monday | CRJ | N443SW | LNK | ORD | 1.5833 | 9/15/2008 14:43 | 9/15/2008 16:18 | FO | 31651 |
| 5979 | 9/15/2008 | Monday | CRJ | N443SW | ORD | AZO | 0.7166 | 9/15/2008 16:54 | 9/15/2008 18:37 | FO | 31651 |
| 5943 | 9/15/2008 | Monday | CRJ | N443SW | AZO | ORD | 0.9 | 9/15/2008 19:02 | 9/15/2008 18:56 | FO | 31651 |
| 5805 | 9/15/2008 | Monday | CRJ | N443SW | ORD | YWG | 2.4166 | 9/15/2008 20:08 | 9/15/2008 22:33 | FO | 31651 |
| 6162 | 9/16/2008 | Tuesday | CRJ | N443SW | YWG | ORD | 1.8166 | 9/16/2008 9:46 | 9/16/2008 11:35 | FO | 31651 |
| 5932 | 9/16/2008 | Tuesday | CRJ | N443SW | ORD | CRW | 1.3666 | 9/16/2008 14:03 | 9/16/2008 16:25 | FO | 31651 |
| 6143 | 9/17/2008 | Wednesday | CRJ | N953SW | CRW | ORD | 1.5166 | 9/17/2008 6:32 | 9/17/2008 7:03 | FO | 31651 |
| 5843 | 9/17/2008 | Wednesday | CRJ | N952SW | ORD | FSD | 1.55 | 9/17/2008 7:56 | 9/17/2008 9:29 | FO | 31651 |
| 6251 | 9/17/2008 | Wednesday | CRJ | N952SW | FSD | ORD | 1.5166 | 9/17/2008 10:03 | 9/17/2008 11:34 | FO | 31651 |
| 6752 | 9/21/2008 | Sunday | CRJ | N927SW | ORD | SYR | 1.65 | 9/21/2008 6:00 | 9/21/2008 8:39 | FO | 31651 |
| 6752 | 9/21/2008 | Sunday | CRJ | N927SW | SYR | ORD | 1.85 | 9/21/2008 9:12 | 9/21/2008 10:03 | FO | 31651 |
| 6459 | 9/21/2008 | Sunday | CRJ | N405SW | ORD | ATW | 0.8333 | 9/21/2008 13:05 | 9/21/2008 13:55 | FO | 31651 |
| 6691 | 9/22/2008 | Monday | CRJ | N908SW | ATW | ORD | 0.75 | 9/22/2008 6:09 | 9/22/2008 6:54 | FO | 31651 |
| 5954 | 9/22/2008 | Monday | CRJ | N908SW | ORD | LEX | 1.1833 | 9/22/2008 7:21 | 9/22/2008 9:32 | FO | 31651 |
| 5954 | 9/22/2008 | Monday | CRJ | N908SW | LEX | ORD | 1.4 | 9/22/2008 9:59 | 9/22/2008 10:23 | FO | 31651 |
| 6542 | 9/22/2008 | Monday | CRJ | N908SW | ORD | IND | 1.05 | 9/22/2008 10:56 | 9/22/2008 12:59 | FO | 31651 |
| 6049 | 9/22/2008 | Monday | CRJ | N908SW | IND | ORD | 1 | 9/22/2008 13:29 | 9/22/2008 13:29 | FO | 31651 |
| 6585 | 9/22/2008 | Monday | CRJ | N959SW | ORD | CWA | 0.9 | 9/22/2008 15:37 | 9/22/2008 16:31 | FO | 31651 |
| 6504 | 9/23/2008 | Tuesday | CRJ | N406SW | CWA | ORD | 0.9166 | 9/23/2008 5:51 | 9/23/2008 6:46 | FO | 31651 |
| 6552 | 9/23/2008 | Tuesday | CRJ | N406SW | ORD | MKE | 0.6666 | 9/23/2008 7:50 | 9/23/2008 8:30 | FO | 31651 |
| 6568 | 9/23/2008 | Tuesday | CRJ | N406SW | MKE | ORD | 0.6 | 9/23/2008 9:01 | 9/23/2008 9:37 | FO | 31651 |
| 5826 | 9/23/2008 | Tuesday | CRJ | N406SW | ORD | MKE | 0.6666 | 9/23/2008 10:32 | 9/23/2008 11:12 | FO | 31651 |
| 5826 | 9/23/2008 | Tuesday | CRJ | N406SW | MKE | ORD | 0.7666 | 9/23/2008 11:40 | 9/23/2008 12:26 | FO | 31651 |
| 5963 | 9/23/2008 | Tuesday | CRJ | N925SW | ORD | PIA | 0.9166 | 9/23/2008 13:05 | 9/23/2008 14:00 | FO | 31651 |
| 5998 | 9/24/2008 | Wednesday | CRJ | N924SW | PIA | ORD | 0.8166 | 9/24/2008 6:06 | 9/24/2008 6:55 | FO | 31651 |
| 5970 | 9/24/2008 | Wednesday | CRJ | N924SW | ORD | DAY | 0.9666 | 9/24/2008 7:27 | 9/24/2008 9:25 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5970 | 9/24/2008 | Wednesday | CRJ | N924SW | DAY | ORD | 0.9666 | 9/24/2008 9:58 | 9/24/2008 9:56 | FO | 31651 |
| 6337 | 9/24/2008 | Wednesday | CRJ | N698BR | ORD | MSN | 0.75 | 9/24/2008 12:01 | 9/24/2008 12:46 | FO | 31651 |
| 6337 | 9/24/2008 | Wednesday | CRJ | N698BR | MSN | ORD | 0.6833 | 9/24/2008 13:12 | 9/24/2008 13:53 | FO | 31651 |
| 6769 | 9/28/2008 | Sunday | CRJ | N938SW | DEN | FAR | 1.95 | 9/28/2008 15:57 | 9/28/2008 18:54 | FO | 31651 |
| 6769 | 9/28/2008 | Sunday | CRJ | N938SW | FAR | DEN | 2 | 9/28/2008 19:20 | 9/28/2008 20:20 | FO | 31651 |
| 6739 | 9/28/2008 | Sunday | CRJ | N938SW | DEN | ELP | 1.65 | 9/28/2008 21:14 | 9/28/2008 22:53 | FO | 31651 |
| 6695 | 9/29/2008 | Monday | CRJ | N907SW | ELP | DEN | 1.8166 | 9/29/2008 12:57 | 9/29/2008 14:46 | FO | 31651 |
| 6158 | 9/29/2008 | Monday | CRJ | N959SW | DEN | YWG | 2.35 | 9/29/2008 16:54 | 9/29/2008 20:15 | FO | 31651 |
| 6730 | 9/30/2008 | Tuesday | CRJ | N929SW | YWG | DEN | 2.1166 | 9/30/2008 7:57 | 9/30/2008 9:04 | FO | 31651 |
| 6718 | 9/30/2008 | Tuesday | CRJ | N929SW | DEN | XNA | 2.0333 | 9/30/2008 9:57 | 9/30/2008 12:59 | FO | 31651 |
| 6014 | 10/1/2008 | Wednesday | CRJ | N907SW | XNA | ORD | 1.6833 | 10/1/2008 6:47 | 10/1/2008 8:28 | FO | 31651 |
| 5826 | 10/1/2008 | Wednesday | CRJ | N405SW | ORD | MSN | 0.7833 | 10/1/2008 10:18 | 10/1/2008 11:05 | FO | 31651 |
| 5826 | 10/1/2008 | Wednesday | CRJ | N405SW | MSN | ORD | 1.0333 | 10/1/2008 11:31 | 10/1/2008 12:33 | FO | 31651 |
| 5946 | 10/5/2008 | Sunday | CRJ | N710BR | ORD | ICT | 1.7 | 10/5/2008 15:39 | 10/5/2008 17:21 | FO | 31651 |
| 5946 | 10/5/2008 | Sunday | CRJ | N710BR | ICT | ORD | 1.6333 | 10/5/2008 17:42 | 10/5/2008 19:20 | FO | 31651 |
| 5822 | 10/5/2008 | Sunday | CRJ | N710BR | ORD | AVP | 1.7333 | 10/5/2008 20:59 | 10/5/2008 23:43 | FO | 31651 |
| 5868 | 10/6/2008 | Monday | CRJ | N971SW | AVP | ORD | 2.0333 | 10/6/2008 17:15 | 10/6/2008 18:17 | FO | 31651 |
| 6040 | 10/6/2008 | Monday | CRJ | N971SW | ORD | BHM | 1.7666 | 10/6/2008 18:54 | 10/6/2008 20:40 | FO | 31651 |
| 6297 | 10/7/2008 | Tuesday | CRJ | N971SW | BHM | ORD | 1.8333 | 10/7/2008 6:39 | 10/7/2008 8:29 | FO | 31651 |
| 5826 | 10/7/2008 | Tuesday | CRJ | N917SW | ORD | MSN | 0.6666 | 10/7/2008 10:22 | 10/7/2008 11:02 | FO | 31651 |
| 5826 | 10/7/2008 | Tuesday | CRJ | N917SW | MSN | ORD | 0.8666 | 10/7/2008 11:28 | 10/7/2008 12:20 | FO | 31651 |
| 5970 | 10/12/2008 | Sunday | CRJ | N928SW | ORD | DAY | 1.1 | 10/12/2008 8:00 | 10/12/2008 10:06 | FO | 31651 |
| 5970 | 10/12/2008 | Sunday | CRJ | N928SW | DAY | ORD | 1.0166 | 10/12/2008 10:39 | 10/12/2008 10:40 | FO | 31651 |
| 5866 | 10/12/2008 | Sunday | CRJ | N953SW | ORD | LNK | 1.5833 | 10/12/2008 12:49 | 10/12/2008 14:24 | FO | 31651 |
| 6764 | 10/13/2008 | Monday | CRJ | N945SW | LNK | DEN | 1.5833 | 10/13/2008 6:50 | 10/13/2008 7:25 | FO | 31651 |
| 6555 | 10/13/2008 | Monday | CRJ | N945SW | DEN | GJT | 0.95 | 10/13/2008 8:17 | 10/13/2008 9:14 | FO | 31651 |
| 6555 | 10/13/2008 | Monday | CRJ | N945SW | GJT | DEN | 0.9166 | 10/13/2008 9:51 | 10/13/2008 10:46 | FO | 31651 |
| 6241 | 10/13/2008 | Monday | CRJ | N908SW | DEN | MTJ | 1.1 | 10/13/2008 11:31 | 10/13/2008 12:37 | FO | 31651 |
| 5801 | 10/14/2008 | Tuesday | CRJ | N918SW | MTJ | DEN | 1.0333 | 10/14/2008 6:17 | 10/14/2008 7:19 | FO | 31651 |
| 5900 | 10/14/2008 | Tuesday | CRJ | N918SW | DEN | LNK | 1.2666 | 10/14/2008 9:59 | 10/14/2008 12:15 | FO | 31651 |
| 6351 | 10/14/2008 | Tuesday | CRJ | N918SW | LNK | DEN | 1.4333 | 10/14/2008 12:43 | 10/14/2008 13:09 | FO | 31651 |
| 5969 | 10/14/2008 | Tuesday | CRJ | N918SW | DEN | HLN | 1.8 | 10/14/2008 13:42 | 10/14/2008 15:30 | FO | 31651 |
| 5990 | 10/15/2008 | Wednesday | CRJ | N970SW | HLN | DEN | 1.8666 | 10/15/2008 6:39 | 10/15/2008 8:31 | FO | 31651 |
| 6616 | 10/15/2008 | Wednesday | CRJ | N970SW | DEN | CID | 1.8 | 10/15/2008 10:00 | 10/15/2008 12:48 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6006 | 10/15/2008 | Wednesday | CRJ | N970SW | CID | ORD | 1.4833 | 10/15/2008 13:55 | 10/15/2008 15:24 | FO | 31651 |
| 5970 | 10/19/2008 | Sunday | CRJ | N924SW | ORD | DAY | 1.0833 | 10/19/2008 8:01 | 10/19/2008 10:06 | FO | 31651 |
| 5970 | 10/19/2008 | Sunday | CRJ | N924SW | DAY | ORD | 1.0666 | 10/19/2008 10:42 | 10/19/2008 10:46 | FO | 31651 |
| 5866 | 10/19/2008 | Sunday | CRJ | N405SW | ORD | LNK | 1.4666 | 10/19/2008 12:52 | 10/19/2008 14:20 | FO | 31651 |
| 6764 | 10/20/2008 | Monday | CRJ | N918SW | LNK | DEN | 1.5666 | 10/20/2008 6:54 | 10/20/2008 7:28 | FO | 31651 |
| 6555 | 10/20/2008 | Monday | CRJ | N918SW | DEN | GJT | 0.8666 | 10/20/2008 8:03 | 10/20/2008 8:55 | FO | 31651 |
| 6555 | 10/20/2008 | Monday | CRJ | N918SW | GJT | DEN | 1.1333 | 10/20/2008 9:33 | 10/20/2008 10:41 | FO | 31651 |
| 6241 | 10/20/2008 | Monday | CRJ | N918SW | DEN | MTJ | 0.9 | 10/20/2008 11:34 | 10/20/2008 12:28 | FO | 31651 |
| 5801 | 10/21/2008 | Tuesday | CRJ | N934SW | MTJ | DEN | 1.0333 | 10/21/2008 6:20 | 10/21/2008 7:22 | FO | 31651 |
| 6064 | 10/21/2008 | Tuesday | CRJ | N934SW | DEN | BZN | 1.8833 | 10/21/2008 8:02 | 10/21/2008 9:55 | FO | 31651 |
| 6064 | 10/21/2008 | Tuesday | CRJ | N934SW | BZN | DEN | 1.5333 | 10/21/2008 10:14 | 10/21/2008 11:46 | FO | 31651 |
| 5969 | 10/21/2008 | Tuesday | CRJ | N969SW | DEN | HLN | 1.7666 | 10/21/2008 13:43 | 10/21/2008 15:29 | FO | 31651 |
| 5990 | 10/22/2008 | Wednesday | CRJ | N924SW | HLN | DEN | 1.6166 | 10/22/2008 6:41 | 10/22/2008 8:18 | FO | 31651 |
| 6616 | 10/22/2008 | Wednesday | CRJ | N466SW | DEN | CID | 2.0333 | 10/22/2008 10:00 | 10/22/2008 13:02 | FO | 31651 |
| 6006 | 10/22/2008 | Wednesday | CRJ | N466SW | CID | ORD | 0.9666 | 10/22/2008 13:20 | 10/22/2008 14:18 | FO | 31651 |
| 6552 | 10/26/2008 | Sunday | CRJ | N969SW | ORD | MKE | 0.6333 | 10/26/2008 6:55 | 10/26/2008 7:33 | FO | 31651 |
| 6568 | 10/26/2008 | Sunday | CRJ | N969SW | MKE | ORD | 0.5666 | 10/26/2008 8:07 | 10/26/2008 8:41 | FO | 31651 |
| 6650 | 10/26/2008 | Sunday | CRJ | N969SW | ORD | MLI | 0.95 | 10/26/2008 10:04 | 10/26/2008 11:01 | FO | 31651 |
| 5920 | 10/27/2008 | Monday | CRJ | N973SW | MLI | DEN | 2.25 | 10/27/2008 5:58 | 10/27/2008 7:13 | FO | 31651 |
| 6736 | 10/27/2008 | Monday | CRJ | N973SW | DEN | RAP | 1.25 | 10/27/2008 8:10 | 10/27/2008 9:25 | FO | 31651 |
| 6736 | 10/27/2008 | Monday | CRJ | N973SW | RAP | DEN | 1.0666 | 10/27/2008 10:08 | 10/27/2008 11:12 | FO | 31651 |
| 6554 | 10/27/2008 | Monday | CRJ | N943SW | DEN | FAR | 1.9 | 10/27/2008 12:56 | 10/27/2008 15:50 | FO | 31651 |
| 6031 | 10/28/2008 | Tuesday | CRJ | N935SW | FAR | ORD | 1.6166 | 10/28/2008 5:52 | 10/28/2008 7:29 | FO | 31651 |
| 6459 | 10/31/2008 | Friday | CRJ | N953SW | ORD | ATW | 0.9166 | 10/31/2008 12:04 | 10/31/2008 12:59 | FO | 31651 |
| 6459 | 10/31/2008 | Friday | CRJ | N953SW | ATW | ORD | 0.8 | 10/31/2008 13:20 | 10/31/2008 14:08 | FO | 31651 |
| 5937 | 10/31/2008 | Friday | CRJ | N953SW | ORD | ATW | 0.75 | 10/31/2008 14:45 | 10/31/2008 15:30 | FO | 31651 |
| 5937 | 10/31/2008 | Friday | CRJ | N953SW | ATW | ORD | 0.7666 | 10/31/2008 16:01 | 10/31/2008 16:47 | FO | 31651 |
| 5981 | 11/1/2008 | Saturday | CRJ | N925SW | ORD | FAR | 1.8333 | 11/1/2008 20:22 | 11/1/2008 22:12 | FO | 31651 |
| 6026 | 11/2/2008 | Sunday | CRJ | N926SW | FAR | ORD | 1.6 | 11/2/2008 13:24 | 11/2/2008 15:00 | FO | 31651 |
| 5889 | 11/2/2008 | Sunday | CRJ | N971SW | ORD | MSN | 0.85 | 11/2/2008 17:04 | 11/2/2008 17:55 | FO | 31651 |
| 5889 | 11/2/2008 | Sunday | CRJ | N971SW | MSN | ORD | 1.0333 | 11/2/2008 18:27 | 11/2/2008 19:29 | FO | 31651 |
| 5805 | 11/2/2008 | Sunday | CRJ | N971SW | ORD | YWG | 2.35 | 11/2/2008 19:59 | 11/2/2008 22:20 | FO | 31651 |
| 6562 | 11/3/2008 | Monday | CRJ | N930SW | YWG | DEN | 2.35 | 11/3/2008 13:49 | 11/3/2008 15:10 | FO | 31651 |
| 5922 | 11/3/2008 | Monday | CRJ | N930SW | DEN | LNK | 1.3666 | 11/3/2008 15:46 | 11/3/2008 18:08 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6052 | 11/3/2008 | Monday | CRJ | N930SW | LNK | ORD | 1.8666 | 11/3/2008 18:34 | 11/3/2008 20:26 | FO | 31651 |
| 6138 | 11/8/2008 | Saturday | CRJ | N906SW | ORD | SDF | 1.2333 | 11/8/2008 21:05 | 11/8/2008 23:19 | FO | 31651 |
| 6760 | 11/9/2008 | Sunday | CRJ | N916SW | SDF | ORD | 1.5833 | 11/9/2008 13:45 | 11/9/2008 14:20 | FO | 31651 |
| 6585 | 11/9/2008 | Sunday | CRJ | N916SW | ORD | CWA | 1 | 11/9/2008 14:55 | 11/9/2008 15:55 | FO | 31651 |
| 6594 | 11/9/2008 | Sunday | CRJ | N916SW | CWA | ORD | 0.95 | 11/9/2008 16:20 | 11/9/2008 17:17 | FO | 31651 |
| 6060 | 11/9/2008 | Sunday | CRJ | N916SW | ORD | LAN | 1.5166 | 11/9/2008 18:08 | 11/9/2008 20:39 | FO | 31651 |
| 6060 | 11/9/2008 | Sunday | CRJ | N916SW | LAN | ORD | 0.8333 | 11/9/2008 20:56 | 11/9/2008 20:46 | FO | 31651 |
| 6761 | 11/23/2008 | Sunday | CRJ | N939SW | ORD | LNK | 1.8 | 11/23/2008 20:12 | 11/23/2008 22:00 | FO | 31651 |
| 6450 | 11/24/2008 | Monday | CRJ | N964SW | LNK | ORD | 1.65 | 11/24/2008 15:02 | 11/24/2008 16:41 | FO | 31651 |
| 6083 | 11/24/2008 | Monday | CRJ | N964SW | ORD | LNK | 1.6333 | 11/24/2008 17:14 | 11/24/2008 18:52 | FO | 31651 |
| 5959 | 11/24/2008 | Monday | CRJ | N964SW | LNK | DEN | 1.4333 | 11/24/2008 19:27 | 11/24/2008 19:53 | FO | 31651 |
| 6715 | 11/24/2008 | Monday | CRJ | N964SW | DEN | MSO | 1.9666 | 11/24/2008 21:25 | 11/24/2008 23:23 | FO | 31651 |
| 6719 | 11/25/2008 | Tuesday | CRJ | N973SW | MSO | DEN | 1.85 | 11/25/2008 16:09 | 11/25/2008 18:00 | FO | 31651 |
| 6648 | 11/25/2008 | Tuesday | CRJ | N973SW | DEN | YWG | 2.1833 | 11/25/2008 18:59 | 11/25/2008 22:10 | FO | 31651 |
| 6670 | 11/26/2008 | Wednesday | CRJ | N934SW | YWG | ORD | 2.2166 | 11/26/2008 14:49 | 11/26/2008 17:02 | FO | 31651 |
| 6060 | 11/26/2008 | Wednesday | CRJ | N934SW | ORD | LAN | 0.7166 | 11/26/2008 17:54 | 11/26/2008 19:37 | FO | 31651 |
| 6060 | 11/26/2008 | Wednesday | CRJ | N934SW | LAN | ORD | 1.4333 | 11/26/2008 20:08 | 11/26/2008 20:34 | FO | 31651 |
| 5954 | 11/27/2008 | Thursday | CRJ | N947SW | ORD | LEX | 1.2 | 11/27/2008 8:07 | 11/27/2008 10:19 | FO | 31651 |
| 5954 | 11/27/2008 | Thursday | CRJ | N947SW | LEX | ORD | 1.7833 | 11/27/2008 10:50 | 11/27/2008 11:37 | FO | 31651 |
| 5932 | 11/27/2008 | Thursday | CRJ | N961SW | ORD | CRW | 1.25 | 11/27/2008 14:08 | 11/27/2008 16:23 | FO | 31651 |
| 6143 | 11/28/2008 | Friday | CRJ | N961SW | CRW | ORD | 1.4833 | 11/28/2008 8:17 | 11/28/2008 8:46 | FO | 31651 |
| 6198 | 12/7/2008 | Sunday | CR6 | N715SK | ORD | SDF | 0.9666 | 12/7/2008 16:25 | 12/7/2008 18:23 | FO | 31651 |
| 6198 | 12/7/2008 | Sunday | CR6 | N715SK | SDF | ORD | 1.6833 | 12/7/2008 18:46 | 12/7/2008 19:27 | FO | 31651 |
| 6220 | 12/7/2008 | Sunday | CR6 | N730SK | ORD | BOI | 4.0666 | 12/7/2008 21:24 | 12/8/2008 0:28 | FO | 31651 |
| 5856 | 12/8/2008 | Monday | CR6 | N702SK | BOI | ORD | 3.0333 | 12/8/2008 11:00 | 12/8/2008 15:02 | FO | 31651 |
| 6189 | 12/15/2008 | Monday | CRJ | N906SW | ORD | XNA | 2.0166 | 12/15/2008 16:53 | 12/15/2008 18:54 | FO | 31651 |
| 5858 | 12/15/2008 | Monday | CRJ | N906SW | XNA | ORD | 1.65 | 12/15/2008 19:24 | 12/15/2008 21:03 | FO | 31651 |
| 6012 | 12/23/2008 | Tuesday | CRJ | N960SW | ORD | BHM | 1.9 | 12/23/2008 6:45 | 12/23/2008 8:39 | FO | 31651 |
| 6012 | 12/23/2008 | Tuesday | CRJ | N960SW | BHM | ORD | 2.1666 | 12/23/2008 13:19 | 12/23/2008 15:29 | FO | 31651 |
| 5961 | 12/25/2008 | Thursday | CRJ | N907SW | ORD | PIA | 0.7666 | 12/25/2008 16:56 | 12/25/2008 17:42 | FO | 31651 |
| 5961 | 12/25/2008 | Thursday | CRJ | N907SW | PIA | ORD | 0.85 | 12/25/2008 18:10 | 12/25/2008 19:01 | FO | 31651 |
| 5815 | 12/31/2008 | Wednesday | CR6 | N764SK | ORD | CID | 0.95 | 12/31/2008 20:58 | 12/31/2008 21:55 | FO | 31651 |
| 6050 | 1/1/2009 | Thursday | CR6 | N764SK | CID | ORD | 0.9 | 1/1/2009 5:55 | 1/1/2009 6:49 | FO | 31651 |
| 6426 | 1/2/2009 | Friday | CRJ | N982SW | ORD | MBS | 0.9 | 1/2/2009 15:58 | 1/2/2009 17:52 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6426 | 1/2/2009 | Friday | CRJ | N982SW | MBS | ORD | 1.2166 | 1/2/2009 18:27 | 1/2/2009 18:40 | FO | 31651 |
| 6476 | 1/8/2009 | Thursday | CRJ | N909SW | ORD | CVG | 1.3 | 1/8/2009 16:02 | 1/8/2009 18:20 | FO | 31651 |
| 6476 | 1/8/2009 | Thursday | CRJ | N909SW | CVG | ORD | 1.6333 | 1/8/2009 18:46 | 1/8/2009 19:24 | FO | 31651 |
| 5903 | 1/14/2009 | Wednesday | CRJ | N919SW | ORD | ICT | 1.9166 | 1/14/2009 20:07 | 1/14/2009 22:02 | FO | 31651 |
| 6018 | 1/15/2009 | Thursday | CRJ | N915SW | ICT | ORD | 1.8666 | 1/15/2009 14:20 | 1/15/2009 16:12 | FO | 31651 |
| 5991 | 1/15/2009 | Thursday | CRJ | N963SW | ORD | XNA | 1.8166 | 1/15/2009 21:15 | 1/15/2009 23:04 | FO | 31651 |
| 6681 | 1/16/2009 | Friday | CRJ | N932SW | XNA | DEN | 2 | 1/16/2009 8:45 | 1/16/2009 9:45 | FO | 31651 |
| 6724 | 1/16/2009 | Friday | CRJ | N932SW | DEN | MKE | 2.65 | 1/16/2009 10:19 | 1/16/2009 13:58 | FO | 31651 |
| 5828 | 1/16/2009 | Friday | CRJ | N932SW | MKE | ORD | 0.8666 | 1/16/2009 14:18 | 1/16/2009 15:10 | FO | 31651 |
| 5905 | 1/20/2009 | Tuesday | CRJ | N961SW | ORD | MSN | 0.7333 | 1/20/2009 17:07 | 1/20/2009 17:51 | FO | 31651 |
| 6261 | 1/20/2009 | Tuesday | CRJ | N961SW | MSN | ORD | 0.8 | 1/20/2009 18:16 | 1/20/2009 19:04 | FO | 31651 |
| 5805 | 1/20/2009 | Tuesday | CRJ | N961SW | ORD | YWG | 2.2833 | 1/20/2009 19:52 | 1/20/2009 22:09 | FO | 31651 |
| 6162 | 1/21/2009 | Wednesday | CRJ | N976SW | YWG | ORD | 2.2833 | 1/21/2009 9:30 | 1/21/2009 11:47 | FO | 31651 |
| 6091 | 1/21/2009 | Wednesday | CRJ | N976SW | ORD | TUL | 1.7833 | 1/21/2009 12:43 | 1/21/2009 14:30 | FO | 31651 |
| 6091 | 1/21/2009 | Wednesday | CRJ | N976SW | TUL | ORD | 2.0833 | 1/21/2009 15:11 | 1/21/2009 17:16 | FO | 31651 |
| 6011 | 1/22/2009 | Thursday | CRJ | N980SW | ORD | LEX | 1.1333 | 1/22/2009 10:46 | 1/22/2009 12:54 | FO | 31651 |
| 6030 | 1/23/2009 | Friday | CRJ | N980SW | LEX | ORD | 1.2666 | 1/23/2009 5:58 | 1/23/2009 6:14 | FO | 31651 |
| 6657 | 2/1/2009 | Sunday | CRJ | N935SW | ORD | FAR | 2.4833 | 2/1/2009 15:08 | 2/1/2009 17:37 | FO | 31651 |
| 6657 | 2/1/2009 | Sunday | CRJ | N935SW | FAR | YWG | 1.0833 | 2/1/2009 17:56 | 2/1/2009 19:01 | FO | 31651 |
| 5911 | 2/1/2009 | Sunday | CRJ | N935SW | YWG | DEN | 2.2 | 2/1/2009 19:19 | 2/1/2009 20:31 | FO | 31651 |
| 6634 | 2/1/2009 | Sunday | CRJ | N935SW | DEN | SGF | 1.8166 | 2/1/2009 20:46 | 2/1/2009 23:35 | FO | 31651 |
| 6603 | 2/2/2009 | Monday | CRJ | N935SW | SGF | DEN | 2.2333 | 2/2/2009 18:49 | 2/2/2009 20:03 | FO | 31651 |
| 5989 | 2/2/2009 | Monday | CRJ | N937SW | DEN | HLN | 2.4166 | 2/2/2009 21:09 | 2/2/2009 23:34 | FO | 31651 |
| 5969 | 2/3/2009 | Tuesday | CRJ | N969SW | HLN | DEN | 1.6833 | 2/3/2009 15:16 | 2/3/2009 16:57 | FO | 31651 |
| 6631 | 2/3/2009 | Tuesday | CRJ | N969SW | DEN | BZN | 2 | 2/3/2009 17:55 | 2/3/2009 19:55 | FO | 31651 |
| 6646 | 2/4/2009 | Wednesday | CRJ | N969SW | BZN | DEN | 1.5166 | 2/4/2009 7:21 | 2/4/2009 8:52 | FO | 31651 |
| 6668 | 2/4/2009 | Wednesday | CRJ | N969SW | DEN | FAR | 1.8333 | 2/4/2009 10:09 | 2/4/2009 12:59 | FO | 31651 |
| 6026 | 2/4/2009 | Wednesday | CRJ | N969SW | FAR | ORD | 1.3833 | 2/4/2009 13:22 | 2/4/2009 14:45 | FO | 31651 |
| 6403 | 2/8/2009 | Sunday | CRJ | N908SW | ORD | YWG | 2.1166 | 2/8/2009 11:56 | 2/8/2009 14:03 | FO | 31651 |
| 6670 | 2/8/2009 | Sunday | CRJ | N908SW | YWG | ORD | 1.9666 | 2/8/2009 14:44 | 2/8/2009 16:42 | FO | 31651 |
| 5903 | 2/8/2009 | Sunday | CRJ | N969SW | ORD | ICT | 1.8166 | 2/8/2009 19:59 | 2/8/2009 21:48 | FO | 31651 |
| 6018 | 2/9/2009 | Monday | CRJ | N967SW | ICT | ORD | 1.7333 | 2/9/2009 14:49 | 2/9/2009 16:33 | FO | 31651 |
| 5985 | 2/9/2009 | Monday | CRJ | N973SW | ORD | LEX | 1.4666 | 2/9/2009 18:40 | 2/9/2009 21:08 | FO | 31651 |
| 5802 | 2/10/2009 | Tuesday | CRJ | N908SW | LEX | ORD | 1.1166 | 2/10/2009 17:40 | 2/10/2009 17:47 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5985 | 2/10/2009 | Tuesday | CRJ | N918SW | ORD | LEX | 1.1833 | 2/10/2009 18:42 | 2/10/2009 20:53 | FO | 31651 |
| 6011 | 2/11/2009 | Wednesday | CRJ | N975SW | LEX | ORD | 1.7333 | 2/11/2009 14:19 | 2/11/2009 15:03 | FO | 31651 |
| 6505 | 2/22/2009 | Sunday | CRJ | N986SW | ORD | MSN | 0.85 | 2/22/2009 9:53 | 2/22/2009 10:44 | FO | 31651 |
| 6505 | 2/22/2009 | Sunday | CRJ | N986SW | MSN | ORD | 1 | 2/22/2009 11:20 | 2/22/2009 12:20 | FO | 31651 |
| 5965 | 2/22/2009 | Sunday | CRJ | N986SW | ORD | FSD | 1.45 | 2/22/2009 12:50 | 2/22/2009 14:17 | FO | 31651 |
| 5894 | 2/23/2009 | Monday | CRJ | N944SW | FSD | ORD | 1.45 | 2/23/2009 5:52 | 2/23/2009 7:19 | FO | 31651 |
| 6259 | 2/23/2009 | Monday | CRJ | N944SW | ORD | PIA | 0.6 | 2/23/2009 7:59 | 2/23/2009 8:35 | FO | 31651 |
| 6259 | 2/23/2009 | Monday | CRJ | N944SW | PIA | ORD | 1.05 | 2/23/2009 9:12 | 2/23/2009 10:15 | FO | 31651 |
| 5853 | 2/23/2009 | Monday | CRJ | N913SW | ORD | ORD | 0.0833 | 2/23/2009 12:03 | 2/23/2009 12:08 | FO | 31651 |
| 5853 | 2/23/2009 | Monday | CRJ | N945SW | ORD | CID | 0.9 | 2/23/2009 14:28 | 2/23/2009 15:22 | FO | 31651 |
| 5884 | 2/24/2009 | Tuesday | CRJ | N912SW | CID | ORD | 0.75 | 2/24/2009 6:54 | 2/24/2009 7:39 | FO | 31651 |
| 5988 | 2/24/2009 | Tuesday | CRJ | N912SW | ORD | SYR | 1.6666 | 2/24/2009 9:10 | 2/24/2009 11:50 | FO | 31651 |
| 5988 | 2/24/2009 | Tuesday | CRJ | N912SW | SYR | ORD | 1.8833 | 2/24/2009 12:16 | 2/24/2009 13:09 | FO | 31651 |
| 6657 | 2/24/2009 | Tuesday | CRJ | N910SW | ORD | YWG | 2.2166 | 2/24/2009 15:17 | 2/24/2009 17:30 | FO | 31651 |
| 5808 | 2/25/2009 | Wednesday | CRJ | N939SW | YWG | ORD | 2.3 | 2/25/2009 6:39 | 2/25/2009 8:57 | FO | 31651 |
| 5994 | 2/25/2009 | Wednesday | CRJ | N907SW | ORD | IND | 0.9 | 2/25/2009 11:23 | 2/25/2009 13:17 | FO | 31651 |
| 6049 | 2/25/2009 | Wednesday | CRJ | N907SW | IND | ORD | 0.95 | 2/25/2009 13:48 | 2/25/2009 13:45 | FO | 31651 |
| 5932 | 3/1/2009 | Sunday | CRJ | N929SW | ORD | CRW | 1.5666 | 3/1/2009 14:37 | 3/1/2009 17:11 | FO | 31651 |
| 5932 | 3/1/2009 | Sunday | CRJ | N929SW | CRW | ORD | 1.6 | 3/1/2009 17:33 | 3/1/2009 18:09 | FO | 31651 |
| 5985 | 3/1/2009 | Sunday | CRJ | N406SW | ORD | ORD | 1.0666 | 3/1/2009 18:46 | 3/1/2009 19:50 | FO | 31651 |
| 5985 | 3/1/2009 | Sunday | CRJ | N951SW | ORD | LEX | 1.45 | 3/1/2009 20:57 | 3/1/2009 23:24 | FO | 31651 |
| 6011 | 3/2/2009 | Monday | CRJ | N907SW | LEX | LEX | 0.7833 | 3/2/2009 13:39 | 3/2/2009 14:26 | FO | 31651 |
| 6011 | 3/2/2009 | Monday | CRJ | N907SW | LEX | ORD | 1.7166 | 3/2/2009 14:50 | 3/2/2009 15:33 | FO | 31651 |
| 6217 | 3/2/2009 | Monday | CRJ | N907SW | ORD | TUL | 1.9166 | 3/2/2009 16:13 | 3/2/2009 18:08 | FO | 31651 |
| 6217 | 3/2/2009 | Monday | CRJ | N907SW | TUL | ORD | 2.6333 | 3/2/2009 18:25 | 3/2/2009 21:03 | FO | 31651 |
| 5970 | 3/5/2009 | Thursday | CRJ | N919SW | ORD | LAN | 0.9666 | 3/5/2009 6:07 | 3/5/2009 8:05 | FO | 31651 |
| 5936 | 3/5/2009 | Thursday | CRJ | N919SW | LAN | ORD | 1.0833 | 3/5/2009 8:30 | 3/5/2009 8:35 | FO | 31651 |
| 5835 | 3/5/2009 | Thursday | CRJ | N919SW | ORD | CVG | 1.2833 | 3/5/2009 9:22 | 3/5/2009 11:39 | FO | 31651 |
| 5835 | 3/5/2009 | Thursday | CRJ | N919SW | CVG | ORD | 1.4333 | 3/5/2009 12:04 | 3/5/2009 12:30 | FO | 31651 |
| 6585 | 3/5/2009 | Thursday | CRJ | N941SW | ORD | CWA | 1.2166 | 3/5/2009 14:30 | 3/5/2009 15:43 | FO | 31651 |
| 6202 | 3/9/2009 | Monday | CRJ | N967SW | ORD | CAK | 1.15 | 3/9/2009 7:51 | 3/9/2009 10:00 | FO | 31651 |
| 6202 | 3/9/2009 | Monday | CRJ | N967SW | CAK | ORD | 1.3666 | 3/9/2009 10:36 | 3/9/2009 10:58 | FO | 31651 |
| 5840 | 3/9/2009 | Monday | CRJ | N920SW | ORD | BNA | 1.3666 | 3/9/2009 13:08 | 3/9/2009 14:30 | FO | 31651 |
| 1000 | 3/10/2009 | Tuesday | CRJ | N935SW | BNA | DEN | 2.9666 | 3/10/2009 15:04 | 3/10/2009 17:02 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6476 | 3/22/2009 | Sunday | CRJ | N912SW | ORD | CVG | 1.1 | 3/22/2009 15:54 | 3/22/2009 18:00 | FO | 31651 |
| 6476 | 3/22/2009 | Sunday | CRJ | N912SW | CVG | ORD | 1.2333 | 3/22/2009 18:42 | 3/22/2009 18:56 | FO | 31651 |
| 5984 | 3/22/2009 | Sunday | CRJ | N912SW | ORD | GRB | 0.7333 | 3/22/2009 20:01 | 3/22/2009 20:45 | FO | 31651 |
| 6758 | 3/23/2009 | Monday | CRJ | N960SW | GRB | ORD | 0.85 | 3/23/2009 14:35 | 3/23/2009 15:26 | FO | 31651 |
| 6274 | 3/23/2009 | Monday | CRJ | N960SW | ORD | HPN | 2.0833 | 3/23/2009 15:56 | 3/23/2009 19:01 | FO | 31651 |
| 6531 | 3/23/2009 | Monday | CRJ | N960SW | HPN | ORD | 2.45 | 3/23/2009 19:30 | 3/23/2009 20:57 | FO | 31651 |
| 5970 | 3/26/2009 | Thursday | CRJ | N946SW | ORD | LAN | 0.7333 | 3/26/2009 6:11 | 3/26/2009 7:55 | FO | 31651 |
| 5936 | 3/26/2009 | Thursday | CRJ | N946SW | LAN | ORD | 1.05 | 3/26/2009 8:33 | 3/26/2009 8:36 | FO | 31651 |
| 5835 | 3/26/2009 | Thursday | CRJ | N909SW | ORD | CVG | 1.25 | 3/26/2009 9:33 | 3/26/2009 11:48 | FO | 31651 |
| 5835 | 3/26/2009 | Thursday | CRJ | N909SW | CVG | ORD | 1.15 | 3/26/2009 12:04 | 3/26/2009 12:13 | FO | 31651 |
| 6585 | 3/26/2009 | Thursday | CRJ | N927SW | ORD | CWA | 0.8666 | 3/26/2009 14:30 | 3/26/2009 15:22 | FO | 31651 |
| 6504 | 3/27/2009 | Friday | CRJ | N935SW | CWA | ORD | 0.8833 | 3/27/2009 5:53 | 3/27/2009 6:46 | FO | 31651 |
| 6259 | 3/27/2009 | Friday | CRJ | N935SW | ORD | PIA | 0.7166 | 3/27/2009 8:00 | 3/27/2009 8:43 | FO | 31651 |
| 6259 | 3/27/2009 | Friday | CRJ | N935SW | PIA | ORD | 0.6333 | 3/27/2009 9:27 | 3/27/2009 10:05 | FO | 31651 |
| 5947 | 3/29/2009 | Sunday | CRJ | N935SW | ORD | BNA | 1.2166 | 3/29/2009 18:21 | 3/29/2009 19:34 | FO | 31651 |
| 6122 | 3/30/2009 | Monday | CRJ | N951SW | ORD | SBN | 0.6666 | 3/30/2009 16:52 | 3/30/2009 18:32 | FO | 31651 |
| 6122 | 3/30/2009 | Monday | CRJ | N951SW | SBN | ORD | 0.75 | 3/30/2009 19:04 | 3/30/2009 18:49 | FO | 31651 |
| 6289 | 3/30/2009 | Monday | CRJ | N951SW | ORD | PIA | 0.9 | 3/30/2009 19:53 | 3/30/2009 20:47 | FO | 31651 |
| 5963 | 3/31/2009 | Tuesday | CRJ | N955SW | PIA | ORD | 1.1833 | 3/31/2009 14:25 | 3/31/2009 15:36 | FO | 31651 |
| 5954 | 4/6/2009 | Monday | CRJ | N971SW | ORD | LEX | 1.2333 | 4/6/2009 8:06 | 4/6/2009 10:20 | FO | 31651 |
| 5954 | 4/6/2009 | Monday | CRJ | N971SW | LEX | ORD | 1.3333 | 4/6/2009 10:51 | 4/6/2009 11:11 | FO | 31651 |
| 6018 | 4/6/2009 | Monday | CRJ | N971SW | ORD | ICT | 1.6833 | 4/6/2009 12:00 | 4/6/2009 13:41 | FO | 31651 |
| 5880 | 4/7/2009 | Tuesday | CRJ | N943SW | ICT | ORD | 1.6833 | 4/7/2009 5:51 | 4/7/2009 7:32 | FO | 31651 |
| 6755 | 4/7/2009 | Tuesday | CRJ | N943SW | ORD | YWG | 2.2 | 4/7/2009 9:53 | 4/7/2009 12:05 | FO | 31651 |
| 6755 | 4/7/2009 | Tuesday | CRJ | N943SW | YWG | ORD | 1.9833 | 4/7/2009 12:39 | 4/7/2009 14:38 | FO | 31651 |
| 5932 | 4/7/2009 | Tuesday | CRJ | N971SW | ORD | CRW | 1.3666 | 4/7/2009 16:40 | 4/7/2009 19:02 | FO | 31651 |
| 6143 | 4/8/2009 | Wednesday | CRJ | N971SW | CRW | ORD | 1.4333 | 4/8/2009 5:54 | 4/8/2009 6:20 | FO | 31651 |
| 5950 | 4/8/2009 | Wednesday | CRJ | N982SW | ORD | MKE | 0.6 | 4/8/2009 7:02 | 4/8/2009 7:38 | FO | 31651 |
| 5950 | 4/8/2009 | Wednesday | CRJ | N982SW | MKE | ORD | 0.6 | 4/8/2009 8:10 | 4/8/2009 8:46 | FO | 31651 |
| 6045 | 4/8/2009 | Wednesday | CRJ | N982SW | ORD | FSD | 1.4833 | 4/8/2009 9:40 | 4/8/2009 11:09 | FO | 31651 |
| 6584 | 4/9/2009 | Thursday | CRJ | N918SW | FSD | ORD | 1.55 | 4/9/2009 5:53 | 4/9/2009 7:26 | FO | 31651 |
| 6671 | 4/9/2009 | Thursday | CRJ | N915SW | ORD | GRB | 1.0333 | 4/9/2009 7:59 | 4/9/2009 9:01 | FO | 31651 |
| 6671 | 4/9/2009 | Thursday | CRJ | N915SW | GRB | ORD | 0.9333 | 4/9/2009 9:29 | 4/9/2009 10:25 | FO | 31651 |
| 6012 | 4/12/2009 | Sunday | CRJ | N948SW | ORD | BHM | 1.7 | 4/12/2009 6:45 | 4/12/2009 8:27 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5883 | 4/12/2009 | Sunday | CRJ | N948SW | BHM | ORD | 2.0666 | 4/12/2009 9:04 | 4/12/2009 11:08 | FO | 31651 |
| 5963 | 4/12/2009 | Sunday | CRJ | N903SW | ORD | PIA | 0.75 | 4/12/2009 13:04 | 4/12/2009 13:49 | FO | 31651 |
| 5998 | 4/13/2009 | Monday | CRJ | N916SW | PIA | ORD | 0.7833 | 4/13/2009 5:59 | 4/13/2009 6:46 | FO | 31651 |
| 6197 | 4/13/2009 | Monday | CRJ | N916SW | ORD | MLI | 0.85 | 4/13/2009 8:10 | 4/13/2009 9:01 | FO | 31651 |
| 6197 | 4/13/2009 | Monday | CRJ | N916SW | MLI | ORD | 0.85 | 4/13/2009 9:25 | 4/13/2009 10:16 | FO | 31651 |
| 5866 | 4/13/2009 | Monday | CRJ | N465SW | ORD | LNK | 1.4666 | 4/13/2009 12:13 | 4/13/2009 13:41 | FO | 31651 |
| 6764 | 4/14/2009 | Tuesday | CRJ | N954SW | LNK | DEN | 1.6166 | 4/14/2009 6:59 | 4/14/2009 7:36 | FO | 31651 |
| 6736 | 4/14/2009 | Tuesday | CRJ | N954SW | DEN | RAP | 1.05 | 4/14/2009 8:09 | 4/14/2009 9:12 | FO | 31651 |
| 6736 | 4/14/2009 | Tuesday | CRJ | N954SW | RAP | DEN | 1.15 | 4/14/2009 9:46 | 4/14/2009 10:55 | FO | 31651 |
| 6735 | 4/14/2009 | Tuesday | CRJ | N946SW | DEN | MSO | 1.9666 | 4/14/2009 11:29 | 4/14/2009 13:27 | FO | 31651 |
| 6734 | 4/15/2009 | Wednesday | CRJ | N947SW | MSO | DEN | 2.3 | 4/15/2009 7:07 | 4/15/2009 9:25 | FO | 31651 |
| 6618 | 4/15/2009 | Wednesday | CRJ | N947SW | DEN | FSD | 1.5666 | 4/15/2009 10:04 | 4/15/2009 12:38 | FO | 31651 |
| 6547 | 4/15/2009 | Wednesday | CRJ | N947SW | FSD | ORD | 1.35 | 4/15/2009 13:04 | 4/15/2009 14:25 | FO | 31651 |
| 5950 | 4/26/2009 | Sunday | CRJ | N954SW | ORD | MKE | 0.6 | 4/26/2009 7:05 | 4/26/2009 7:41 | FO | 31651 |
| 5950 | 4/26/2009 | Sunday | CRJ | N954SW | MKE | ORD | 0.65 | 4/26/2009 8:11 | 4/26/2009 8:50 | FO | 31651 |
| 5960 | 4/26/2009 | Sunday | CRJ | N954SW | ORD | GRB | 2.2333 | 4/26/2009 10:03 | 4/26/2009 12:17 | FO | 31651 |
| 5960 | 4/26/2009 | Sunday | CRJ | N954SW | GRB | ORD | 0.9666 | 4/26/2009 12:52 | 4/26/2009 13:50 | FO | 31651 |
| 6123 | 4/26/2009 | Sunday | CRJ | N954SW | ORD | SDF | 1.1166 | 4/26/2009 14:21 | 4/26/2009 16:28 | FO | 31651 |
| 5939 | 4/27/2009 | Monday | CRJ | N973SW | SDF | ORD | 1.2333 | 4/27/2009 5:50 | 4/27/2009 6:04 | FO | 31651 |
| 6016 | 4/27/2009 | Monday | CRJ | N973SW | ORD | HPN | 2 | 4/27/2009 6:55 | 4/27/2009 9:55 | FO | 31651 |
| 6016 | 4/27/2009 | Monday | CRJ | N973SW | HPN | ORD | 2.25 | 4/27/2009 11:59 | 4/27/2009 13:14 | FO | 31651 |
| 6752 | 5/10/2009 | Sunday | CRJ | N958SW | ORD | SYR | 1.75 | 5/10/2009 6:23 | 5/10/2009 9:08 | FO | 31651 |
| 6752 | 5/10/2009 | Sunday | CRJ | N958SW | SYR | ORD | 2.0666 | 5/10/2009 9:33 | 5/10/2009 10:37 | FO | 31651 |
| 6589 | 5/11/2009 | Monday | CRJ | N903SW | YWG | DEN | 2.2166 | 5/11/2009 5:55 | 5/11/2009 7:08 | FO | 31651 |
| 5900 | 5/11/2009 | Monday | CRJ | N903SW | DEN | LNK | 1.15 | 5/11/2009 10:01 | 5/11/2009 12:10 | FO | 31651 |
| 5900 | 5/11/2009 | Monday | CRJ | N903SW | LNK | DEN | 1.5333 | 5/11/2009 12:52 | 5/11/2009 13:24 | FO | 31651 |
| 6615 | 5/11/2009 | Monday | CRJ | N903SW | DEN | GTF | 1.9666 | 5/11/2009 13:57 | 5/11/2009 15:55 | FO | 31651 |
| 6600 | 5/12/2009 | Tuesday | CRJ | N908SW | GTF | DEN | 1.7 | 5/12/2009 7:06 | 5/12/2009 8:48 | FO | 31651 |
| 5907 | 5/12/2009 | Tuesday | CRJ | N908SW | DEN | ABQ | 1.8 | 5/12/2009 10:01 | 5/12/2009 11:49 | FO | 31651 |
| 5907 | 5/12/2009 | Tuesday | CRJ | N908SW | ABQ | DEN | 1.2333 | 5/12/2009 12:13 | 5/12/2009 13:27 | FO | 31651 |
| 5922 | 5/12/2009 | Tuesday | CRJ | N956SW | DEN | LNK | 1.4 | 5/12/2009 15:47 | 5/12/2009 18:11 | FO | 31651 |
| 6038 | 5/13/2009 | Wednesday | CRJ | N903SW | LNK | ORD | 1.8166 | 5/13/2009 5:57 | 5/13/2009 7:46 | FO | 31651 |
| 6259 | 5/13/2009 | Wednesday | CRJ | N917SW | ORD | PIA | 1.0833 | 5/13/2009 8:28 | 5/13/2009 9:33 | FO | 31651 |
| 6259 | 5/13/2009 | Wednesday | CRJ | N917SW | PIA | ORD | 0.9666 | 5/13/2009 10:39 | 5/13/2009 11:37 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5905 | 5/24/2009 | Sunday | CRJ | N935SW | ORD | SDF | 1.1833 | 5/24/2009 8:02 | 5/24/2009 10:13 | FO | 31651 |
| 5905 | 5/24/2009 | Sunday | CRJ | N935SW | SDF | ORD | 1.1666 | 5/24/2009 10:44 | 5/24/2009 10:54 | FO | 31651 |
| 6459 | 5/24/2009 | Sunday | CRJ | N935SW | ORD | ATW | 0.7666 | 5/24/2009 11:52 | 5/24/2009 12:38 | FO | 31651 |
| 6459 | 5/24/2009 | Sunday | CRJ | N935SW | ATW | ORD | 0.7333 | 5/24/2009 13:10 | 5/24/2009 13:54 | FO | 31651 |
| 6657 | 5/24/2009 | Sunday | CRJ | N935SW | ORD | YWG | 2.1166 | 5/24/2009 15:05 | 5/24/2009 17:12 | FO | 31651 |
| 6730 | 5/25/2009 | Monday | CRJ | N935SW | YWG | DEN | 2.5166 | 5/25/2009 7:56 | 5/25/2009 9:27 | FO | 31651 |
| 5990 | 5/26/2009 | Tuesday | CRJ | N947SW | HLN | DEN | 1.7333 | 5/26/2009 7:10 | 5/26/2009 8:54 | FO | 31651 |
| 5907 | 5/26/2009 | Tuesday | CRJ | N947SW | DEN | ABQ | 1.3333 | 5/26/2009 10:01 | 5/26/2009 11:21 | FO | 31651 |
| 5907 | 5/26/2009 | Tuesday | CRJ | N947SW | ABQ | DEN | 1.2333 | 5/26/2009 11:46 | 5/26/2009 13:00 | FO | 31651 |
| 5922 | 5/26/2009 | Tuesday | CRJ | N465SW | DEN | LNK | 1.3333 | 5/26/2009 15:57 | 5/26/2009 18:17 | FO | 31651 |
| 6038 | 5/27/2009 | Wednesday | CRJ | N960SW | LNK | ORD | 1.6166 | 5/27/2009 5:59 | 5/27/2009 7:36 | FO | 31651 |
| 6259 | 5/27/2009 | Wednesday | CRJ | N960SW | ORD | PIA | 0.9166 | 5/27/2009 8:06 | 5/27/2009 9:01 | FO | 31651 |
| 6259 | 5/27/2009 | Wednesday | CRJ | N960SW | PIA | ORD | 1.1166 | 5/27/2009 9:30 | 5/27/2009 10:37 | FO | 31651 |
| 6023 | 5/31/2009 | Sunday | CRJ | N948SW | ORD | MEM | 1.6666 | 5/31/2009 15:57 | 5/31/2009 17:37 | FO | 31651 |
| 6023 | 5/31/2009 | Sunday | CRJ | N948SW | MEM | ORD | 1.85 | 5/31/2009 18:14 | 5/31/2009 20:05 | FO | 31651 |
| 6218 | 5/31/2009 | Sunday | CRJ | N962SW | ORD | HPN | 1.95 | 5/31/2009 21:39 | 6/1/2009 0:36 | FO | 31651 |
| 6059 | 6/1/2009 | Monday | CR6 | N751SK | HPN | ORD | 2.5333 | 6/1/2009 16:07 | 6/1/2009 17:39 | FO | 31651 |
| 6761 | 6/1/2009 | Monday | CRJ | N951SW | ORD | LNK | 1.7 | 6/1/2009 21:35 | 6/1/2009 23:17 | FO | 31651 |
| 6052 | 6/2/2009 | Tuesday | CRJ | N971SW | LNK | ORD | 1.7166 | 6/2/2009 18:56 | 6/2/2009 20:39 | FO | 31651 |
| 6803 | 6/2/2009 | Tuesday | CRJ | N971SW | ORD | SDF | 1.1166 | 6/2/2009 21:21 | 6/2/2009 23:28 | FO | 31651 |
| 5944 | 6/3/2009 | Wednesday | CRJ | N952SW | ORD | FAR | 1.8666 | 6/3/2009 16:02 | 6/3/2009 17:54 | FO | 31651 |
| 5944 | 6/3/2009 | Wednesday | CRJ | N952SW | FAR | ORD | 1.8 | 6/3/2009 18:10 | 6/3/2009 19:58 | FO | 31651 |
| 6025 | 6/14/2009 | Sunday | CRJ | N930SW | ORD | FWA | 0.6833 | 6/14/2009 13:40 | 6/14/2009 15:21 | FO | 31651 |
| 6025 | 6/14/2009 | Sunday | CRJ | N930SW | FWA | ORD | 0.8833 | 6/14/2009 16:01 | 6/14/2009 15:54 | FO | 31651 |
| 5958 | 6/14/2009 | Sunday | CRJ | N930SW | ORD | IND | 0.9166 | 6/14/2009 16:33 | 6/14/2009 18:28 | FO | 31651 |
| 5958 | 6/14/2009 | Sunday | CRJ | N930SW | IND | ORD | 1.2333 | 6/14/2009 19:01 | 6/14/2009 19:15 | FO | 31651 |
| 5985 | 6/14/2009 | Sunday | CRJ | N930SW | ORD | LEX | 1.0833 | 6/14/2009 20:15 | 6/14/2009 22:20 | FO | 31651 |
| 6486 | 6/15/2009 | Monday | CRJ | N975SW | LEX | ORD | 1.3 | 6/15/2009 16:41 | 6/15/2009 16:59 | FO | 31651 |
| 6223 | 6/15/2009 | Monday | CRJ | N975SW | ORD | YQB | 2.2833 | 6/15/2009 18:51 | 6/15/2009 22:08 | FO | 31651 |
| 6441 | 6/16/2009 | Tuesday | CRJ | N938SW | YQB | GRR | 2.5666 | 6/16/2009 16:52 | 6/16/2009 19:26 | FO | 31651 |
| 6441 | 6/16/2009 | Tuesday | CRJ | N938SW | GRR | ORD | 2.2 | 6/16/2009 19:36 | 6/16/2009 20:48 | FO | 31651 |
| 6218 | 6/16/2009 | Tuesday | CRJ | N938SW | ORD | HPN | 2.3333 | 6/16/2009 22:14 | 6/17/2009 1:34 | FO | 31651 |
| 6059 | 6/17/2009 | Wednesday | CRJ | N905SW | HPN | ORD | 2.3333 | 6/17/2009 14:39 | 6/17/2009 15:59 | FO | 31651 |
| 5810 | 6/21/2009 | Sunday | CRJ | N969SW | ORD | MKE | 0.6666 | 6/21/2009 7:26 | 6/21/2009 8:06 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6731 | 6/21/2009 | Sunday | CRJ | N969SW | MKE | DEN | 2.7833 | 6/21/2009 8:35 | 6/21/2009 10:22 | FO | 31651 |
| 5977 | 6/21/2009 | Sunday | CRJ | N964SW | DEN | ELP | 1.7666 | 6/21/2009 12:34 | 6/21/2009 14:20 | FO | 31651 |
| 6228 | 6/22/2009 | Monday | CRJ | N967SW | ELP | DEN | 1.7666 | 6/22/2009 7:35 | 6/22/2009 9:21 | FO | 31651 |
| 6618 | 6/22/2009 | Monday | CRJ | N956SW | DEN | FSD | 1.5666 | 6/22/2009 10:29 | 6/22/2009 13:03 | FO | 31651 |
| 6147 | 6/23/2009 | Tuesday | CRJ | N908SW | FSD | ORD | 1.45 | 6/23/2009 5:51 | 6/23/2009 7:18 | FO | 31651 |
| 6689 | 6/23/2009 | Tuesday | CRJ | N908SW | ORD | MSN | 0.8666 | 6/23/2009 8:03 | 6/23/2009 8:55 | FO | 31651 |
| 6601 | 6/23/2009 | Tuesday | CRJ | N908SW | MSN | DEN | 2.35 | 6/23/2009 9:17 | 6/23/2009 10:38 | FO | 31651 |
| 6146 | 6/23/2009 | Tuesday | CRJ | N919SW | DEN | XNA | 1.75 | 6/23/2009 13:37 | 6/23/2009 16:22 | FO | 31651 |
| 6014 | 6/24/2009 | Wednesday | CRJ | N944SW | XNA | ORD | 1.5666 | 6/24/2009 7:05 | 6/24/2009 8:39 | FO | 31651 |
| 6494 | 6/28/2009 | Sunday | CRJ | N906SW | ORD | BIS | 2.15 | 6/28/2009 12:17 | 6/28/2009 14:26 | FO | 31651 |
| 6494 | 6/28/2009 | Sunday | CRJ | N906SW | BIS | ORD | 1.7833 | 6/28/2009 15:04 | 6/28/2009 16:51 | FO | 31651 |
| 6161 | 6/28/2009 | Sunday | CRJ | N906SW | ORD | YWG | 2.4 | 6/28/2009 17:48 | 6/28/2009 20:12 | FO | 31651 |
| 6162 | 6/29/2009 | Monday | CRJ | N906SW | YWG | ORD | 1.9666 | 6/29/2009 8:57 | 6/29/2009 10:55 | FO | 31651 |
| 5962 | 6/29/2009 | Monday | CRJ | N955SW | ORD | YQB | 2.3 | 6/29/2009 12:56 | 6/29/2009 16:14 | FO | 31651 |
| 5915 | 6/30/2009 | Tuesday | CRJ | N443SW | YQB | ORD | 2.6166 | 6/30/2009 8:20 | 6/30/2009 9:57 | FO | 31651 |
| 6403 | 6/30/2009 | Tuesday | CRJ | N443SW | ORD | YWG | 2.4 | 6/30/2009 11:49 | 6/30/2009 14:13 | FO | 31651 |
| 6757 | 7/1/2009 | Wednesday | CRJ | N971SW | YWG | ORD | 2.1666 | 7/1/2009 6:47 | 7/1/2009 8:57 | FO | 31651 |
| 5934 | 7/1/2009 | Wednesday | CRJ | N971SW | ORD | CWA | 1.0666 | 7/1/2009 9:53 | 7/1/2009 10:57 | FO | 31651 |
| 5934 | 7/1/2009 | Wednesday | CRJ | N971SW | CWA | ORD | 1.2333 | 7/1/2009 11:14 | 7/1/2009 12:28 | FO | 31651 |
| 6025 | 7/1/2009 | Wednesday | CRJ | N903SW | ORD | FWA | 0.8333 | 7/1/2009 13:49 | 7/1/2009 15:39 | FO | 31651 |
| 6025 | 7/1/2009 | Wednesday | CRJ | N903SW | FWA | ORD | 0.7666 | 7/1/2009 16:04 | 7/1/2009 15:50 | FO | 31651 |
| 6271 | 7/6/2009 | Monday | CRJ | N905SW | ORD | FWA | 0.8 | 7/6/2009 6:40 | 7/6/2009 8:28 | FO | 31651 |
| 6271 | 7/6/2009 | Monday | CRJ | N905SW | FWA | ORD | 0.95 | 7/6/2009 8:54 | 7/6/2009 8:51 | FO | 31651 |
| 6118 | 7/6/2009 | Monday | CRJ | N905SW | ORD | ATW | 1 | 7/6/2009 9:45 | 7/6/2009 10:45 | FO | 31651 |
| 5918 | 7/6/2009 | Monday | CRJ | N905SW | ATW | ORD | 0.95 | 7/6/2009 11:11 | 7/6/2009 12:08 | FO | 31651 |
| 6450 | 7/6/2009 | Monday | CRJ | N905SW | ORD | LNK | 1.45 | 7/6/2009 12:37 | 7/6/2009 14:04 | FO | 31651 |
| 6764 | 7/7/2009 | Tuesday | CRJ | N937SW | LNK | DEN | 1.3333 | 7/7/2009 6:45 | 7/7/2009 7:05 | FO | 31651 |
| 6583 | 7/7/2009 | Tuesday | CRJ | N937SW | DEN | COS | 0.55 | 7/7/2009 7:59 | 7/7/2009 8:32 | FO | 31651 |
| 6583 | 7/7/2009 | Tuesday | CRJ | N937SW | COS | DEN | 0.7 | 7/7/2009 9:05 | 7/7/2009 9:47 | FO | 31651 |
| 6618 | 7/7/2009 | Tuesday | CRJ | N937SW | DEN | FSD | 1.6333 | 7/7/2009 10:37 | 7/7/2009 13:15 | FO | 31651 |
| 6147 | 7/8/2009 | Wednesday | CRJ | N967SW | FSD | ORD | 1.3666 | 7/8/2009 6:17 | 7/8/2009 7:39 | FO | 31651 |
| 6689 | 7/8/2009 | Wednesday | CRJ | N967SW | ORD | MSN | 0.6833 | 7/8/2009 8:01 | 7/8/2009 8:42 | FO | 31651 |
| 6601 | 7/8/2009 | Wednesday | CRJ | N967SW | MSN | DEN | 2.3166 | 7/8/2009 9:10 | 7/8/2009 10:29 | FO | 31651 |
| 5806 | 7/8/2009 | Wednesday | CRJ | N967SW | DEN | YQR | 2.2 | 7/8/2009 11:18 | 7/8/2009 13:30 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5805 | 7/9/2009 | Thursday | CRJ | N465SW | YQR | DEN | 2.1833 | 7/9/2009 6:33 | 7/9/2009 8:44 | FO | 31651 |
| 6724 | 7/9/2009 | Thursday | CRJ | N465SW | DEN | MKE | 2.55 | 7/9/2009 10:08 | 7/9/2009 13:41 | FO | 31651 |
| 6640 | 7/9/2009 | Thursday | CRJ | N465SW | MKE | ORD | 0.5833 | 7/9/2009 14:07 | 7/9/2009 14:42 | FO | 31651 |
| 6025 | 7/12/2009 | Sunday | CRJ | N983SW | ORD | FWA | 0.7833 | 7/12/2009 14:52 | 7/12/2009 16:39 | FO | 31651 |
| 6025 | 7/12/2009 | Sunday | CRJ | N983SW | FWA | ORD | 0.7666 | 7/12/2009 16:59 | 7/12/2009 16:45 | FO | 31651 |
| 5958 | 7/12/2009 | Sunday | CRJ | N983SW | ORD | IND | 0.8833 | 7/12/2009 17:10 | 7/12/2009 19:03 | FO | 31651 |
| 5958 | 7/12/2009 | Sunday | CRJ | N983SW | IND | ORD | 1.2833 | 7/12/2009 19:27 | 7/12/2009 19:44 | FO | 31651 |
| 5985 | 7/12/2009 | Sunday | CRJ | N417SW | ORD | LEX | 1.0666 | 7/12/2009 20:15 | 7/12/2009 22:19 | FO | 31651 |
| 6486 | 7/13/2009 | Monday | CRJ | N915SW | LEX | ORD | 1.5 | 7/13/2009 16:45 | 7/13/2009 17:15 | FO | 31651 |
| 6223 | 7/13/2009 | Monday | CRJ | N964SW | ORD | YQB | 2.45 | 7/13/2009 18:50 | 7/13/2009 22:17 | FO | 31651 |
| 6441 | 7/14/2009 | Tuesday | CRJ | N965SW | YQB | ORD | 2.55 | 7/14/2009 16:53 | 7/14/2009 18:26 | FO | 31651 |
| 6015 | 7/19/2009 | Sunday | CRJ | N928SW | ORD | FAR | 1.75 | 7/19/2009 9:43 | 7/19/2009 11:28 | FO | 31651 |
| 6235 | 7/19/2009 | Sunday | CRJ | N928SW | FAR | DEN | 1.7833 | 7/19/2009 12:00 | 7/19/2009 12:47 | FO | 31651 |
| 5969 | 7/19/2009 | Sunday | CRJ | N699BR | DEN | HLN | 1.8833 | 7/19/2009 14:21 | 7/19/2009 16:14 | FO | 31651 |
| 5990 | 7/20/2009 | Monday | CRJ | N980SW | HLN | DEN | 1.85 | 7/20/2009 6:54 | 7/20/2009 8:45 | FO | 31651 |
| 6590 | 7/20/2009 | Monday | CRJ | N961SW | DEN | MEM | 2.5166 | 7/20/2009 10:31 | 7/20/2009 14:02 | FO | 31651 |
| 6607 | 7/21/2009 | Tuesday | CRJ | N912SW | MEM | DEN | 2.8666 | 7/21/2009 8:10 | 7/21/2009 10:02 | FO | 31651 |
| 6088 | 7/21/2009 | Tuesday | CRJ | N912SW | DEN | ICT | 1.4666 | 7/21/2009 10:30 | 7/21/2009 12:58 | FO | 31651 |
| 5815 | 7/22/2009 | Wednesday | CRJ | N967SW | ICT | ORD | 1.6166 | 7/22/2009 7:43 | 7/22/2009 9:20 | FO | 31651 |
| 5824 | 7/22/2009 | Wednesday | CRJ | N938SW | ORD | MSN | 0.7833 | 7/22/2009 10:14 | 7/22/2009 11:01 | FO | 31651 |
| 5824 | 7/22/2009 | Wednesday | CRJ | N938SW | MSN | ORD | 1.1833 | 7/22/2009 11:29 | 7/22/2009 12:40 | FO | 31651 |
| 5932 | 7/22/2009 | Wednesday | CRJ | N959SW | ORD | CRW | 1.4333 | 7/22/2009 13:56 | 7/22/2009 16:22 | FO | 31651 |
| 5932 | 7/22/2009 | Wednesday | CRJ | N959SW | CRW | ORD | 1.4166 | 7/22/2009 17:32 | 7/22/2009 17:57 | FO | 31651 |
| 6657 | 7/26/2009 | Sunday | CRJ | N947SW | ORD | YWG | 2.1333 | 7/26/2009 15:30 | 7/26/2009 17:38 | FO | 31651 |
| 6576 | 7/26/2009 | Sunday | CRJ | N947SW | YWG | DEN | 2.3 | 7/26/2009 18:08 | 7/26/2009 19:26 | FO | 31651 |
| 6728 | 7/26/2009 | Sunday | CRJ | N937SW | DEN | MKE | 2.3333 | 7/26/2009 20:10 | 7/26/2009 23:30 | FO | 31651 |
| 5809 | 7/27/2009 | Monday | CRJ | N910SW | MKE | ORD | 0.6833 | 7/27/2009 16:07 | 7/27/2009 16:48 | FO | 31651 |
| 5855 | 7/27/2009 | Monday | CRJ | N905SW | ORD | MKE | 0.75 | 7/27/2009 17:55 | 7/27/2009 18:40 | FO | 31651 |
| 5855 | 7/27/2009 | Monday | CRJ | N905SW | MKE | ORD | 1.1833 | 7/27/2009 19:07 | 7/27/2009 20:18 | FO | 31651 |
| 5862 | 7/27/2009 | Monday | CRJ | N905SW | ORD | YOW | 2.0333 | 7/27/2009 20:59 | 7/28/2009 0:01 | FO | 31651 |
| 6744 | 7/28/2009 | Tuesday | CRJ | N971SW | YOW | ORD | 2 | 7/28/2009 11:44 | 7/28/2009 12:44 | FO | 31651 |
| 6025 | 7/28/2009 | Tuesday | CRJ | N947SW | ORD | FWA | 1.1166 | 7/28/2009 14:49 | 7/28/2009 16:56 | FO | 31651 |
| 6025 | 7/28/2009 | Tuesday | CRJ | N947SW | FWA | ORD | 0.9333 | 7/28/2009 17:16 | 7/28/2009 17:12 | FO | 31651 |
| 5958 | 7/28/2009 | Tuesday | CRJ | N947SW | ORD | ORD | 1.15 | 7/28/2009 17:46 | 7/28/2009 18:55 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5958 | 7/28/2009 | Tuesday | CRJ | N947SW | ORD | IND | 1.9166 | 7/28/2009 19:14 | 7/28/2009 22:09 | FO | 31651 |
| 5958 | 7/28/2009 | Tuesday | CRJ | N947SW | IND | ORD | 1.1666 | 7/28/2009 22:32 | 7/28/2009 22:42 | FO | 31651 |
| 5982 | 7/29/2009 | Wednesday | CRJ | N975SW | ORD | FWA | 0.8833 | 7/29/2009 18:05 | 7/29/2009 19:58 | FO | 31651 |
| 5982 | 7/29/2009 | Wednesday | CRJ | N975SW | FWA | ORD | 0.85 | 7/29/2009 20:21 | 7/29/2009 20:12 | FO | 31651 |
| 6449 | 8/2/2009 | Sunday | CR6 | N767SK | ORD | SLC | 3.1833 | 8/2/2009 17:31 | 8/2/2009 19:42 | FO | 31651 |
| 6469 | 8/2/2009 | Sunday | CR6 | N767SK | SLC | LAX | 1.8833 | 8/2/2009 20:43 | 8/2/2009 21:36 | FO | 31651 |
| 6521 | 8/2/2009 | Sunday | CR6 | N767SK | LAX | SJC | 1.1333 | 8/2/2009 22:30 | 8/2/2009 23:38 | FO | 31651 |
| 6519 | 8/3/2009 | Monday | CRJ | N967SW | SJC | LAX | 1.35 | 8/3/2009 18:21 | 8/3/2009 19:42 | FO | 31651 |
| 6436 | 8/3/2009 | Monday | CR6 | N745SK | LAX | ABQ | 1.8666 | 8/3/2009 22:16 | 8/4/2009 1:08 | FO | 31651 |
| 6473 | 8/4/2009 | Tuesday | CR6 | N740SK | ABQ | LAX | 2.0166 | 8/4/2009 10:54 | 8/4/2009 11:55 | FO | 31651 |
| 6442 | 8/4/2009 | Tuesday | CR6 | N760SK | LAX | OKC | 2.85 | 8/4/2009 12:50 | 8/4/2009 17:41 | FO | 31651 |
| 6707 | 8/4/2009 | Tuesday | CR6 | N760SK | OKC | ORD | 2.05 | 8/4/2009 18:11 | 8/4/2009 20:14 | FO | 31651 |
| 5878 | 8/10/2009 | Monday | CR6 | N764SK | ORD | DSM | 1.1333 | 8/10/2009 6:48 | 8/10/2009 7:56 | FO | 31651 |
| 5929 | 8/10/2009 | Monday | CR6 | N764SK | DSM | ORD | 1.3333 | 8/10/2009 8:27 | 8/10/2009 9:47 | FO | 31651 |
| 5868 | 8/10/2009 | Monday | CRJ | N954SW | ORD | AVP | 1.7833 | 8/10/2009 13:56 | 8/10/2009 16:43 | FO | 31651 |
| 5760 | 8/11/2009 | Tuesday | CRJ | N907SW | AVP | ORD | 2.1 | 8/11/2009 6:06 | 8/11/2009 7:12 | FO | 31651 |
| 6746 | 8/11/2009 | Tuesday | CRJ | N907SW | ORD | XNA | 1.6333 | 8/11/2009 7:55 | 8/11/2009 9:33 | FO | 31651 |
| 6681 | 8/11/2009 | Tuesday | CRJ | N907SW | XNA | DEN | 2.3333 | 8/11/2009 10:08 | 8/11/2009 11:28 | FO | 31651 |
| 5977 | 8/11/2009 | Tuesday | CRJ | N912SW | DEN | ELP | 1.6666 | 8/11/2009 12:32 | 8/11/2009 14:12 | FO | 31651 |
| 6228 | 8/12/2009 | Wednesday | CRJ | N962SW | ELP | DEN | 1.8 | 8/12/2009 7:45 | 8/12/2009 9:33 | FO | 31651 |
| 6724 | 8/12/2009 | Wednesday | CRJ | N962SW | DEN | MKE | 2.2833 | 8/12/2009 10:11 | 8/12/2009 13:28 | FO | 31651 |
| 5804 | 8/13/2009 | Thursday | CRJ | N905SW | MKE | ORD | 0.6666 | 8/13/2009 6:39 | 8/13/2009 7:19 | FO | 31651 |
| 5964 | 8/13/2009 | Thursday | CRJ | N980SW | ORD | GRB | 0.8 | 8/13/2009 8:02 | 8/13/2009 8:50 | FO | 31651 |
| 5964 | 8/13/2009 | Thursday | CRJ | N980SW | GRB | ORD | 0.7666 | 8/13/2009 9:27 | 8/13/2009 10:13 | FO | 31651 |
| 6617 | 8/13/2009 | Thursday | CRJ | N905SW | ORD | TVC | 0.8833 | 8/13/2009 11:32 | 8/13/2009 13:25 | FO | 31651 |
| 6617 | 8/13/2009 | Thursday | CRJ | N905SW | TVC | ORD | 0.9666 | 8/13/2009 13:59 | 8/13/2009 13:57 | FO | 31651 |
| 6118 | 8/17/2009 | Monday | CRJ | N919SW | ORD | ATW | 1.0833 | 8/17/2009 9:49 | 8/17/2009 10:54 | FO | 31651 |
| 5918 | 8/17/2009 | Monday | CRJ | N919SW | ATW | ORD | 0.9666 | 8/17/2009 11:22 | 8/17/2009 12:20 | FO | 31651 |
| 5962 | 8/17/2009 | Monday | CRJ | N413SW | ORD | YQB | 2.25 | 8/17/2009 13:37 | 8/17/2009 16:52 | FO | 31651 |
| 5915 | 8/18/2009 | Tuesday | CRJ | N918SW | YQB | ORD | 2.7 | 8/18/2009 8:13 | 8/18/2009 9:55 | FO | 31651 |
| 6403 | 8/18/2009 | Tuesday | CRJ | N918SW | ORD | YWG | 2.1833 | 8/18/2009 11:49 | 8/18/2009 14:00 | FO | 31651 |
| 6757 | 8/19/2009 | Wednesday | CRJ | N709BR | YWG | ORD | 2 | 8/19/2009 6:50 | 8/19/2009 8:50 | FO | 31651 |
| 5934 | 8/19/2009 | Wednesday | CRJ | N709BR | ORD | CWA | 1.0666 | 8/19/2009 9:40 | 8/19/2009 10:44 | FO | 31651 |
| 5934 | 8/19/2009 | Wednesday | CRJ | N709BR | CWA | ORD | 1.05 | 8/19/2009 11:13 | 8/19/2009 12:16 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6509 | 8/23/2009 | Sunday | CRJ | N927SW | ORD | DAY | 0.9833 | 8/23/2009 6:55 | 8/23/2009 8:54 | FO | 31651 |
| 6506 | 8/23/2009 | Sunday | CRJ | N927SW | DAY | ORD | 1.0166 | 8/23/2009 9:35 | 8/23/2009 9:36 | FO | 31651 |
| 6631 | 8/23/2009 | Sunday | CRJ | N927SW | ORD | MKE | 0.6 | 8/23/2009 10:23 | 8/23/2009 10:59 | FO | 31651 |
| 6631 | 8/23/2009 | Sunday | CRJ | N927SW | MKE | ORD | 0.6 | 8/23/2009 11:31 | 8/23/2009 12:07 | FO | 31651 |
| 6486 | 8/23/2009 | Sunday | CRJ | N927SW | ORD | LEX | 1.1833 | 8/23/2009 13:19 | 8/23/2009 15:30 | FO | 31651 |
| 6030 | 8/24/2009 | Monday | CRJ | N964SW | LEX | ORD | 1.2833 | 8/24/2009 5:56 | 8/24/2009 6:13 | FO | 31651 |
| 6744 | 8/24/2009 | Monday | CRJ | N976SW | ORD | YOW | 1.9 | 8/24/2009 7:43 | 8/24/2009 10:37 | FO | 31651 |
| 6547 | 8/25/2009 | Tuesday | CRJ | N953SW | YOW | ORD | 2.0333 | 8/25/2009 6:48 | 8/25/2009 7:50 | FO | 31651 |
| 5934 | 8/25/2009 | Tuesday | CRJ | N912SW | ORD | ORD | 1.9 | 8/25/2009 9:48 | 8/25/2009 11:42 | FO | 31651 |
| 6486 | 8/25/2009 | Tuesday | CRJ | N912SW | ORD | LEX | 1.1166 | 8/25/2009 13:25 | 8/25/2009 15:32 | FO | 31651 |
| 6030 | 8/26/2009 | Wednesday | CRJ | N412SW | LEX | ORD | 1.5 | 8/26/2009 6:10 | 8/26/2009 6:40 | FO | 31651 |
| 6016 | 8/26/2009 | Wednesday | CRJ | N412SW | ORD | HPN | 2.45 | 8/26/2009 7:12 | 8/26/2009 10:39 | FO | 31651 |
| 6016 | 8/26/2009 | Wednesday | CRJ | N412SW | HPN | ORD | 3.1 | 8/26/2009 12:00 | 8/26/2009 14:06 | FO | 31651 |
| 6752 | 8/30/2009 | Sunday | CRJ | N986CA | ORD | SYR | 1.6666 | 8/30/2009 6:40 | 8/30/2009 9:20 | FO | 31651 |
| 6752 | 8/30/2009 | Sunday | CRJ | N986CA | SYR | ORD | 1.8166 | 8/30/2009 9:51 | 8/30/2009 10:40 | FO | 31651 |
| 6403 | 8/30/2009 | Sunday | CRJ | N986CA | ORD | YWG | 2 | 8/30/2009 11:49 | 8/30/2009 13:49 | FO | 31651 |
| 6757 | 8/31/2009 | Monday | CRJ | N965SW | YWG | ORD | 1.9666 | 8/31/2009 6:46 | 8/31/2009 8:44 | FO | 31651 |
| 6118 | 8/31/2009 | Monday | CRJ | N965SW | ORD | ATW | 0.7 | 8/31/2009 9:46 | 8/31/2009 10:28 | FO | 31651 |
| 5918 | 8/31/2009 | Monday | CRJ | N965SW | ATW | ORD | 0.8 | 8/31/2009 11:09 | 8/31/2009 11:57 | FO | 31651 |
| 5962 | 8/31/2009 | Monday | CRJ | N956SW | ORD | YQB | 2.0333 | 8/31/2009 13:44 | 8/31/2009 16:46 | FO | 31651 |
| 5915 | 9/1/2009 | Tuesday | CRJ | N962SW | YQB | ORD | 2.25 | 9/1/2009 8:12 | 9/1/2009 9:27 | FO | 31651 |
| 6403 | 9/1/2009 | Tuesday | CRJ | N962SW | ORD | YWG | 2.15 | 9/1/2009 11:48 | 9/1/2009 13:57 | FO | 31651 |
| 6757 | 9/2/2009 | Wednesday | CRJ | N941SW | YWG | ORD | 1.9666 | 9/2/2009 6:54 | 9/2/2009 8:52 | FO | 31651 |
| 6761 | 9/7/2009 | Monday | CRJ | N406SW | ORD | LNK | 1.4166 | 9/7/2009 20:58 | 9/7/2009 22:23 | FO | 31651 |
| 6450 | 9/8/2009 | Tuesday | CRJ | N960SW | LNK | ORD | 1.4666 | 9/8/2009 14:39 | 9/8/2009 16:07 | FO | 31651 |
| 6197 | 9/8/2009 | Tuesday | CRJ | N938SW | ORD | MLI | 0.75 | 9/8/2009 17:21 | 9/8/2009 18:06 | FO | 31651 |
| 5751 | 9/8/2009 | Tuesday | CRJ | N938SW | MLI | DEN | 2.2666 | 9/8/2009 18:32 | 9/8/2009 19:48 | FO | 31651 |
| 5989 | 9/8/2009 | Tuesday | CRJ | N938SW | DEN | HLN | 1.7333 | 9/8/2009 21:04 | 9/8/2009 22:48 | FO | 31651 |
| 5969 | 9/9/2009 | Wednesday | CRJ | N948SW | HLN | DEN | 1.6666 | 9/9/2009 13:35 | 9/9/2009 15:15 | FO | 31651 |
| 6660 | 9/9/2009 | Wednesday | CRJ | N948SW | DEN | CID | 1.8833 | 9/9/2009 15:53 | 9/9/2009 18:46 | FO | 31651 |
| 5980 | 9/9/2009 | Wednesday | CRJ | N948SW | CID | ORD | 0.9333 | 9/9/2009 19:12 | 9/9/2009 20:08 | FO | 31651 |
| 4595 | 9/14/2009 | Monday | CR9 | N815SK | SLC | SJC | 1.8833 | 9/14/2009 11:20 | 9/14/2009 12:13 | FO | 31651 |
| 4468 | 9/15/2009 | Tuesday | CR7 | N668CA | SJC | SLC | 1.85 | 9/15/2009 6:00 | 9/15/2009 8:51 | FO | 31651 |
| 4582 | 9/15/2009 | Tuesday | CR9 | N822SK | SLC | IAH | 2.9833 | 9/15/2009 13:38 | 9/15/2009 17:37 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4455 | 9/16/2009 | Wednesday | CR9 | N802SK | IAH | SLC | 2.85 | 9/16/2009 16:24 | 9/16/2009 18:15 | FO | 31651 |
| 4564 | 9/16/2009 | Wednesday | CR9 | N802SK | SLC | DFW | 2.6833 | 9/16/2009 20:00 | 9/16/2009 23:41 | FO | 31651 |
| 4445 | 9/17/2009 | Thursday | CR9 | N812SK | DFW | SLC | 2.4333 | 9/17/2009 14:35 | 9/17/2009 16:01 | FO | 31651 |
| 4624 | 9/17/2009 | Thursday | CR9 | N812SK | SLC | ORD | 2.95 | 9/17/2009 17:28 | 9/17/2009 21:25 | FO | 31651 |
| 4643 | 9/18/2009 | Friday | CR9 | N812SK | ORD | SLC | 3.0166 | 9/18/2009 7:35 | 9/18/2009 9:36 | FO | 31651 |
| 5946 | 9/20/2009 | Sunday | CRJ | N955SW | ORD | ICT | 1.7166 | 9/20/2009 15:45 | 9/20/2009 17:28 | FO | 31651 |
| 5946 | 9/20/2009 | Sunday | CRJ | N955SW | ICT | ORD | 1.7666 | 9/20/2009 18:02 | 9/20/2009 19:48 | FO | 31651 |
| 5869 | 9/20/2009 | Sunday | CRJ | N955SW | ORD | TUL | 1.8666 | 9/20/2009 20:43 | 9/20/2009 22:35 | FO | 31651 |
| 6569 | 9/21/2009 | Monday | CRJ | N955SW | TUL | DEN | 2.1166 | 9/21/2009 8:53 | 9/21/2009 10:00 | FO | 31651 |
| 5900 | 9/21/2009 | Monday | CRJ | N955SW | DEN | LNK | 1.4333 | 9/21/2009 10:24 | 9/21/2009 12:50 | FO | 31651 |
| 6038 | 9/22/2009 | Tuesday | CRJ | N947SW | LNK | ORD | 1.45 | 9/22/2009 5:51 | 9/22/2009 7:18 | FO | 31651 |
| 6518 | 9/22/2009 | Tuesday | CRJ | N947SW | ORD | LNK | 1.6 | 9/22/2009 8:00 | 9/22/2009 9:36 | FO | 31651 |
| 6518 | 9/22/2009 | Tuesday | CRJ | N947SW | LNK | ORD | 1.5 | 9/22/2009 10:04 | 9/22/2009 11:34 | FO | 31651 |
| 6529 | 9/22/2009 | Tuesday | CRJ | N952SW | ORD | MSN | 1.5666 | 9/22/2009 13:28 | 9/22/2009 15:02 | FO | 31651 |
| 5840 | 9/23/2009 | Wednesday | CRJ | N938SW | MSN | ORD | 0.9833 | 9/23/2009 8:31 | 9/23/2009 9:30 | FO | 31651 |
| 6090 | 9/23/2009 | Wednesday | CRJ | N938SW | ORD | CVG | 1.1166 | 9/23/2009 9:57 | 9/23/2009 12:04 | FO | 31651 |
| 6090 | 9/23/2009 | Wednesday | CRJ | N938SW | CVG | ORD | 1.65 | 9/23/2009 12:44 | 9/23/2009 13:23 | FO | 31651 |
| 5993 | 9/23/2009 | Wednesday | CRJ | N938SW | ORD | LAN | 0.8666 | 9/23/2009 13:50 | 9/23/2009 15:42 | FO | 31651 |
| 5993 | 9/23/2009 | Wednesday | CRJ | N938SW | LAN | ORD | 1.05 | 9/23/2009 16:08 | 9/23/2009 16:11 | FO | 31651 |
| 6585 | 9/27/2009 | Sunday | CRJ | N939SW | ORD | CWA | 0.9166 | 9/27/2009 15:30 | 9/27/2009 16:25 | FO | 31651 |
| 6594 | 9/27/2009 | Sunday | CRJ | N939SW | CWA | ORD | 1.0833 | 9/27/2009 16:55 | 9/27/2009 18:00 | FO | 31651 |
| 6043 | 9/27/2009 | Sunday | CRJ | N976SW | ORD | CRW | 1.6166 | 9/27/2009 20:04 | 9/27/2009 22:41 | FO | 31651 |
| 5932 | 9/28/2009 | Monday | CRJ | N980SW | CRW | ORD | 1.35 | 9/28/2009 16:40 | 9/28/2009 17:01 | FO | 31651 |
| 5982 | 9/28/2009 | Monday | CRJ | N980SW | ORD | FWA | 0.8666 | 9/28/2009 17:54 | 9/28/2009 19:46 | FO | 31651 |
| 5982 | 9/28/2009 | Monday | CRJ | N980SW | FWA | ORD | 0.8166 | 9/28/2009 20:07 | 9/28/2009 19:56 | FO | 31651 |
| 6761 | 9/28/2009 | Monday | CRJ | N980SW | ORD | LNK | 1.3833 | 9/28/2009 20:52 | 9/28/2009 22:15 | FO | 31651 |
| 6450 | 9/29/2009 | Tuesday | CRJ | N923SW | LNK | ORD | 1.7 | 9/29/2009 14:43 | 9/29/2009 16:25 | FO | 31651 |
| 6225 | 9/29/2009 | Tuesday | CRJ | N923SW | ORD | MLI | 0.75 | 9/29/2009 17:12 | 9/29/2009 17:57 | FO | 31651 |
| 5751 | 9/29/2009 | Tuesday | CRJ | N923SW | MLI | DEN | 2.15 | 9/29/2009 18:36 | 9/29/2009 19:45 | FO | 31651 |
| 5989 | 9/29/2009 | Tuesday | CRJ | N923SW | DEN | HLN | 1.8833 | 9/29/2009 20:56 | 9/29/2009 22:49 | FO | 31651 |
| 5969 | 9/30/2009 | Wednesday | CRJ | N472CA | HLN | DEN | 1.9833 | 9/30/2009 13:39 | 9/30/2009 15:38 | FO | 31651 |
| 6660 | 9/30/2009 | Wednesday | CRJ | N472CA | DEN | CID | 1.85 | 9/30/2009 15:58 | 9/30/2009 18:49 | FO | 31651 |
| 5980 | 9/30/2009 | Wednesday | CRJ | N472CA | CID | ORD | 1.0333 | 9/30/2009 19:12 | 9/30/2009 20:14 | FO | 31651 |
| 4815 | 10/4/2009 | Sunday | CRJ | N410SW | SLC | SFO | 2.1 | 10/4/2009 13:43 | 10/4/2009 14:49 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4818 | 10/4/2009 | Sunday | CRJ | N410SW | SFO | SLC | 1.85 | 10/4/2009 15:27 | 10/4/2009 18:18 | FO | 31651 |
| 4644 | 10/4/2009 | Sunday | CRJ | N423SW | SLC | YYC | 2.1333 | 10/4/2009 20:04 | 10/4/2009 22:12 | FO | 31651 |
| 4661 | 10/5/2009 | Monday | CRJ | N915EV | YYC | SLC | 1.9 | 10/5/2009 16:48 | 10/5/2009 18:42 | FO | 31651 |
| 4508 | 10/5/2009 | Monday | CRJ | N915EV | SLC | BIL | 1.6333 | 10/5/2009 20:24 | 10/5/2009 22:02 | FO | 31651 |
| 4517 | 10/6/2009 | Tuesday | CRJ | N452SW | BIL | SLC | 1.3833 | 10/6/2009 7:27 | 10/6/2009 8:50 | FO | 31651 |
| 5870 | 10/11/2009 | Sunday | CR6 | N707SK | ORD | TYS | 1.4333 | 10/11/2009 6:08 | 10/11/2009 8:34 | FO | 31651 |
| 6733 | 10/11/2009 | Sunday | CR6 | N707SK | TYS | DEN | 3.5 | 10/11/2009 9:17 | 10/11/2009 10:47 | FO | 31651 |
| 6663 | 10/11/2009 | Sunday | CR6 | N765SK | DEN | EUG | 2.7166 | 10/11/2009 11:46 | 10/11/2009 13:29 | FO | 31651 |
| 6401 | 10/12/2009 | Monday | CR6 | N768SK | EUG | SFO | 1.5166 | 10/12/2009 6:06 | 10/12/2009 7:37 | FO | 31651 |
| 6115 | 10/12/2009 | Monday | CR6 | N768SK | SFO | YEG | 2.8666 | 10/12/2009 8:22 | 10/12/2009 12:14 | FO | 31651 |
| 6421 | 10/13/2009 | Tuesday | CR6 | N707SK | YEG | SFO | 3.4 | 10/13/2009 6:24 | 10/13/2009 8:48 | FO | 31651 |
| 6336 | 10/13/2009 | Tuesday | CR6 | N707SK | SFO | RNO | 1.15 | 10/13/2009 9:18 | 10/13/2009 10:27 | FO | 31651 |
| 6336 | 10/14/2009 | Wednesday | CR6 | N773SK | RNO | SFO | 1.1333 | 10/14/2009 13:30 | 10/14/2009 14:38 | FO | 31651 |
| 5777 | 10/18/2009 | Sunday | CRJ | N955SW | ORD | ICT | 1.8166 | 10/18/2009 17:03 | 10/18/2009 18:52 | FO | 31651 |
| 5780 | 10/19/2009 | Monday | CRJ | N955SW | ICT | ORD | 1.7 | 10/19/2009 7:31 | 10/19/2009 9:13 | FO | 31651 |
| 5873 | 10/19/2009 | Monday | CRJ | N908SW | ORD | MSN | 0.7333 | 10/19/2009 10:22 | 10/19/2009 11:06 | FO | 31651 |
| 5873 | 10/19/2009 | Monday | CRJ | N908SW | MSN | ORD | 0.85 | 10/19/2009 11:35 | 10/19/2009 12:26 | FO | 31651 |
| 5932 | 10/19/2009 | Monday | CRJ | N699BR | ORD | CRW | 1.4 | 10/19/2009 13:51 | 10/19/2009 16:15 | FO | 31651 |
| 6143 | 10/20/2009 | Tuesday | CRJ | N934SW | CRW | ORD | 1.5 | 10/20/2009 5:56 | 10/20/2009 6:26 | FO | 31651 |
| 5934 | 10/20/2009 | Tuesday | CRJ | N934SW | ORD | CWA | 1.0166 | 10/20/2009 7:01 | 10/20/2009 8:02 | FO | 31651 |
| 5772 | 10/20/2009 | Tuesday | CRJ | N934SW | CWA | ORD | 0.9166 | 10/20/2009 8:26 | 10/20/2009 9:21 | FO | 31651 |
| 6760 | 10/20/2009 | Tuesday | CRJ | N969SW | ORD | SDF | 1.1833 | 10/20/2009 10:54 | 10/20/2009 13:05 | FO | 31651 |
| 5939 | 10/21/2009 | Wednesday | CRJ | N910SW | SDF | ORD | 1.2166 | 10/21/2009 5:57 | 10/21/2009 6:10 | FO | 31651 |
| 5979 | 10/21/2009 | Wednesday | CRJ | N910SW | ORD | CVG | 1.1333 | 10/21/2009 6:47 | 10/21/2009 8:55 | FO | 31651 |
| 5979 | 10/21/2009 | Wednesday | CRJ | N910SW | CVG | ORD | 1.05 | 10/21/2009 9:33 | 10/21/2009 9:36 | FO | 31651 |
| 6768 | 10/25/2009 | Sunday | CR6 | N752SK | ORD | DAY | 1.0166 | 10/25/2009 16:26 | 10/25/2009 18:27 | FO | 31651 |
| 6768 | 10/25/2009 | Sunday | CR6 | N752SK | DAY | ORD | 1.0833 | 10/25/2009 19:07 | 10/25/2009 19:12 | FO | 31651 |
| 5903 | 10/25/2009 | Sunday | CR6 | N752SK | ORD | ICT | 2 | 10/25/2009 19:58 | 10/25/2009 21:58 | FO | 31651 |
| 6093 | 10/26/2009 | Monday | CR6 | N752SK | ICT | DEN | 1.5 | 10/26/2009 16:25 | 10/26/2009 16:55 | FO | 31651 |
| 6677 | 10/26/2009 | Monday | CR6 | N762SK | DEN | FAT | 2.35 | 10/26/2009 18:09 | 10/26/2009 19:30 | FO | 31651 |
| 6024 | 10/27/2009 | Tuesday | CR6 | N762SK | FAT | LAX | 0.9 | 10/27/2009 5:42 | 10/27/2009 6:36 | FO | 31651 |
| 6499 | 10/27/2009 | Tuesday | CR6 | N772SK | LAX | SJC | 1.4666 | 10/27/2009 7:50 | 10/27/2009 9:18 | FO | 31651 |
| 6499 | 10/27/2009 | Tuesday | CR6 | N772SK | SJC | LAX | 1.2 | 10/27/2009 9:38 | 10/27/2009 10:50 | FO | 31651 |
| 6499 | 10/28/2009 | Wednesday | CR6 | N756SK | LAX | SJC | 1.45 | 10/28/2009 7:48 | 10/28/2009 9:15 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6499 | 10/28/2009 | Wednesday | CR6 | N756SK | SJC | LAX | 1.1166 | 10/28/2009 9:41 | 10/28/2009 10:48 | FO | 31651 |
| 6219 | 10/28/2009 | Wednesday | CR6 | N716SK | LAX | DFW | 3.0166 | 10/28/2009 12:33 | 10/28/2009 17:34 | FO | 31651 |
| 6705 | 10/28/2009 | Wednesday | CR6 | N716SK | DFW | ORD | 2.05 | 10/28/2009 18:00 | 10/28/2009 20:03 | FO | 31651 |
| 4464 | 10/29/2009 | Thursday | CRJ | N699BR | ORD | CVG | 1.5333 | 10/29/2009 18:22 | 10/29/2009 20:54 | FO | 31651 |
| 4520 | 10/29/2009 | Thursday | CRJ | N699BR | CVG | BNA | 1.0166 | 10/29/2009 21:21 | 10/29/2009 21:22 | FO | 31651 |
| 4525 | 10/30/2009 | Friday | CRJ | N699BR | BNA | CVG | 0.9833 | 10/30/2009 6:12 | 10/30/2009 8:11 | FO | 31651 |
| 4525 | 10/30/2009 | Friday | CRJ | N699BR | CVG | MKE | 1.2666 | 10/30/2009 8:47 | 10/30/2009 9:03 | FO | 31651 |
| 4523 | 10/30/2009 | Friday | CRJ | N699BR | MKE | CVG | 1.3333 | 10/30/2009 10:44 | 10/30/2009 13:04 | FO | 31651 |
| 4447 | 10/30/2009 | Friday | CRJ | N699BR | CVG | ORD | 1.5666 | 10/30/2009 14:13 | 10/30/2009 14:47 | FO | 31651 |
| 5899 | 11/2/2009 | Monday | CRJ | N466SW | ORD | LIT | 1.6666 | 11/2/2009 8:23 | 11/2/2009 10:03 | FO | 31651 |
| 5899 | 11/2/2009 | Monday | CRJ | N466SW | LIT | ORD | 1.5166 | 11/2/2009 10:37 | 11/2/2009 12:08 | FO | 31651 |
| 5963 | 11/2/2009 | Monday | CRJ | N466SW | ORD | PIA | 0.85 | 11/2/2009 13:02 | 11/2/2009 13:53 | FO | 31651 |
| 5998 | 11/3/2009 | Tuesday | CRJ | N466SW | PIA | ORD | 0.95 | 11/3/2009 5:54 | 11/3/2009 6:51 | FO | 31651 |
| 6197 | 11/3/2009 | Tuesday | CRJ | N466SW | ORD | MLI | 0.6333 | 11/3/2009 8:14 | 11/3/2009 8:52 | FO | 31651 |
| 6197 | 11/3/2009 | Tuesday | CRJ | N466SW | MLI | ORD | 0.7166 | 11/3/2009 9:34 | 11/3/2009 10:17 | FO | 31651 |
| 6018 | 11/3/2009 | Tuesday | CRJ | N479CA | ORD | ICT | 1.8333 | 11/3/2009 12:05 | 11/3/2009 13:55 | FO | 31651 |
| 5880 | 11/4/2009 | Wednesday | CRJ | N943SW | ICT | ORD | 1.4666 | 11/4/2009 5:49 | 11/4/2009 7:17 | FO | 31651 |
| 6744 | 11/4/2009 | Wednesday | CRJ | N943SW | ORD | YOW | 1.7833 | 11/4/2009 8:28 | 11/4/2009 11:15 | FO | 31651 |
| 6547 | 11/5/2009 | Thursday | CRJ | N937SW | YOW | ORD | 2.2333 | 11/5/2009 6:31 | 11/5/2009 7:45 | FO | 31651 |
| 5937 | 11/5/2009 | Thursday | CRJ | N937SW | ORD | DSM | 1.0833 | 11/5/2009 8:32 | 11/5/2009 9:37 | FO | 31651 |
| 6224 | 11/5/2009 | Thursday | CRJ | N937SW | DSM | ORD | 1.2833 | 11/5/2009 10:41 | 11/5/2009 11:58 | FO | 31651 |
| 5981 | 11/9/2009 | Monday | CRJ | N403SW | ORD | FAR | 1.7666 | 11/9/2009 21:45 | 11/9/2009 23:31 | FO | 31651 |
| 6554 | 11/10/2009 | Tuesday | CRJ | N944SW | FAR | DEN | 1.95 | 11/10/2009 16:15 | 11/10/2009 17:12 | FO | 31651 |
| 6702 | 11/10/2009 | Tuesday | CRJ | N944SW | DEN | FAR | 1.6833 | 11/10/2009 19:35 | 11/10/2009 22:16 | FO | 31651 |
| 6026 | 11/11/2009 | Wednesday | CRJ | N946SW | FAR | ORD | 1.5833 | 11/11/2009 13:18 | 11/11/2009 14:53 | FO | 31651 |
| 6274 | 11/11/2009 | Wednesday | CRJ | N979SW | ORD | HPN | 2.0333 | 11/11/2009 16:15 | 11/11/2009 19:17 | FO | 31651 |
| 6274 | 11/11/2009 | Wednesday | CRJ | N979SW | HPN | ORD | 1.9166 | 11/11/2009 19:49 | 11/11/2009 20:44 | FO | 31651 |
| 5964 | 11/15/2009 | Sunday | CRJ | N913SW | ORD | GRB | 0.75 | 11/15/2009 7:22 | 11/15/2009 8:07 | FO | 31651 |
| 5964 | 11/15/2009 | Sunday | CRJ | N913SW | GRB | ORD | 0.75 | 11/15/2009 8:39 | 11/15/2009 9:24 | FO | 31651 |
| 6459 | 11/15/2009 | Sunday | CRJ | N471CA | ORD | ATW | 0.7666 | 11/15/2009 11:52 | 11/15/2009 12:38 | FO | 31651 |
| 6137 | 11/16/2009 | Monday | CRJ | N953SW | ATW | DEN | 2.4166 | 11/16/2009 8:08 | 11/16/2009 9:33 | FO | 31651 |
| 6615 | 11/16/2009 | Monday | CRJ | N953SW | DEN | GTF | 1.9166 | 11/16/2009 10:36 | 11/16/2009 12:31 | FO | 31651 |
| 6600 | 11/17/2009 | Tuesday | CRJ | N973SW | GTF | DEN | 1.7833 | 11/17/2009 7:27 | 11/17/2009 9:14 | FO | 31651 |
| 6724 | 11/17/2009 | Tuesday | CRJ | N406SW | DEN | MKE | 2.5333 | 11/17/2009 10:06 | 11/17/2009 13:38 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5851 | 11/18/2009 | Wednesday | CRJ | N939SW | MKE | ORD | 0.75 | 11/18/2009 5:00 | 11/18/2009 5:45 | FO | 31651 |
| 6225 | 11/18/2009 | Wednesday | CRJ | N939SW | ORD | LAN | 0.8 | 11/18/2009 6:22 | 11/18/2009 8:10 | FO | 31651 |
| 6225 | 11/18/2009 | Wednesday | CRJ | N939SW | LAN | ORD | 1.0166 | 11/18/2009 8:40 | 11/18/2009 8:41 | FO | 31651 |
| 6755 | 11/18/2009 | Wednesday | CRJ | N958SW | ORD | YWG | 2 | 11/18/2009 10:17 | 11/18/2009 12:17 | FO | 31651 |
| 6755 | 11/18/2009 | Wednesday | CRJ | N958SW | YWG | ORD | 2.15 | 11/18/2009 12:37 | 11/18/2009 14:46 | FO | 31651 |
| 5861 | 11/21/2009 | Saturday | CR6 | N748SK | ORD | YYC | 3.45 | 11/21/2009 18:00 | 11/21/2009 20:27 | FO | 31651 |
| 6392 | 11/22/2009 | Sunday | CR6 | N770SK | YYC | SFO | 2.6166 | 11/22/2009 19:00 | 11/22/2009 20:37 | FO | 31651 |
| 6412 | 11/22/2009 | Sunday | CR6 | N770SK | SFO | EUG | 1.4 | 11/22/2009 22:21 | 11/22/2009 23:45 | FO | 31651 |
| 6406 | 11/23/2009 | Monday | CR6 | N753SK | EUG | SFO | 1.4666 | 11/23/2009 13:43 | 11/23/2009 15:11 | FO | 31651 |
| 6106 | 11/23/2009 | Monday | CR6 | N730SK | SFO | PDX | 1.6166 | 11/23/2009 17:09 | 11/23/2009 18:46 | FO | 31651 |
| 6082 | 11/23/2009 | Monday | CR6 | N730SK | PDX | LAX | 2.1833 | 11/23/2009 19:27 | 11/23/2009 21:38 | FO | 31651 |
| 6462 | 11/23/2009 | Monday | CR6 | N730SK | LAX | SMF | 1.2 | 11/23/2009 22:29 | 11/23/2009 23:41 | FO | 31651 |
| 6467 | 11/24/2009 | Tuesday | CR6 | N724SK | SMF | LAX | 1.4666 | 11/24/2009 10:44 | 11/24/2009 12:12 | FO | 31651 |
| 6442 | 11/24/2009 | Tuesday | CR6 | N771SK | LAX | OKC | 2.65 | 11/24/2009 12:52 | 11/24/2009 17:31 | FO | 31651 |
| 5873 | 11/24/2009 | Tuesday | CR6 | N771SK | OKC | ORD | 2.75 | 11/24/2009 18:02 | 11/24/2009 20:47 | FO | 31651 |
| 6657 | 11/29/2009 | Sunday | CRJ | N905SW | ORD | YWG | 2 | 11/29/2009 15:32 | 11/29/2009 17:32 | FO | 31651 |
| 6576 | 11/29/2009 | Sunday | CRJ | N905SW | YWG | DEN | 2.4666 | 11/29/2009 18:00 | 11/29/2009 19:28 | FO | 31651 |
| 6538 | 11/29/2009 | Sunday | CRJ | N472CA | DEN | DEN | 1.2666 | 11/29/2009 20:55 | 11/29/2009 22:11 | FO | 31651 |
| 5976 | 11/30/2009 | Monday | CRJ | N961SW | DEN | MSN | 2.0666 | 11/30/2009 17:03 | 11/30/2009 20:07 | FO | 31651 |
| 6261 | 11/30/2009 | Monday | CRJ | N961SW | MSN | ORD | 0.6833 | 11/30/2009 20:21 | 11/30/2009 21:02 | FO | 31651 |
| 6218 | 11/30/2009 | Monday | CRJ | N961SW | ORD | HPN | 1.8666 | 11/30/2009 21:32 | 12/1/2009 0:24 | FO | 31651 |
| 6059 | 12/1/2009 | Tuesday | CRJ | N961SW | HPN | ORD | 2.5666 | 12/1/2009 14:21 | 12/1/2009 15:55 | FO | 31651 |
| 5847 | 12/1/2009 | Tuesday | CRJ | N961SW | ORD | DSM | 1.1 | 12/1/2009 17:02 | 12/1/2009 18:08 | FO | 31651 |
| 6334 | 12/1/2009 | Tuesday | CRJ | N961SW | DSM | ORD | 1.3 | 12/1/2009 18:53 | 12/1/2009 20:11 | FO | 31651 |
| 6485 | 12/6/2009 | Sunday | CRJ | N935SW | ORD | SGF | 1.55 | 12/6/2009 15:42 | 12/6/2009 17:15 | FO | 31651 |
| 6603 | 12/6/2009 | Sunday | CRJ | N935SW | SGF | DEN | 2.5666 | 12/6/2009 17:51 | 12/6/2009 19:25 | FO | 31651 |
| 6036 | 12/6/2009 | Sunday | CRJ | N935SW | DEN | DEN | 0.8833 | 12/6/2009 21:10 | 12/6/2009 22:03 | FO | 31651 |
| 6036 | 12/6/2009 | Sunday | CRJ | N935SW | DEN | CPR | 1.6666 | 12/6/2009 22:06 | 12/6/2009 23:46 | FO | 31651 |
| 5777 | 12/7/2009 | Monday | CRJ | N960SW | CPR | DEN | 1 | 12/7/2009 13:31 | 12/7/2009 14:31 | FO | 31651 |
| 5931 | 12/7/2009 | Monday | CRJ | N960SW | DEN | RDM | 2.9166 | 12/7/2009 15:17 | 12/7/2009 17:12 | FO | 31651 |
| 6831 | 12/7/2009 | Monday | CRJ | N960SW | RDM | SFO | 1.9666 | 12/7/2009 17:32 | 12/7/2009 19:30 | FO | 31651 |
| 6623 | 12/7/2009 | Monday | CRJ | N960SW | SFO | MFR | 1.45 | 12/7/2009 19:54 | 12/7/2009 21:21 | FO | 31651 |
| 6568 | 12/8/2009 | Tuesday | CRJ | N960SW | MFR | SFO | 1.5833 | 12/8/2009 8:40 | 12/8/2009 10:15 | FO | 31651 |
| 6396 | 12/8/2009 | Tuesday | CRJ | N960SW | SFO | BUR | 1.3 | 12/8/2009 12:31 | 12/8/2009 13:49 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6276 | 12/8/2009 | Tuesday | CRJ | N960SW | BUR | DEN | 2.1166 | 12/8/2009 14:42 | 12/8/2009 17:49 | FO | 31651 |
| 5957 | 12/8/2009 | Tuesday | CRJ | N960SW | DEN | RAP | 1.4833 | 12/8/2009 19:23 | 12/8/2009 20:52 | FO | 31651 |
| 6122 | 12/9/2009 | Wednesday | CRJ | N979SW | RAP | DEN | 2.3 | 12/9/2009 8:09 | 12/9/2009 10:27 | FO | 31651 |
| 6606 | 12/9/2009 | Wednesday | CRJ | N979SW | DEN | MLI | 2.05 | 12/9/2009 10:51 | 12/9/2009 13:54 | FO | 31651 |
| 6090 | 12/9/2009 | Wednesday | CRJ | N979SW | MLI | ORD | 1.1333 | 12/9/2009 14:18 | 12/9/2009 15:26 | FO | 31651 |
| 6485 | 12/14/2009 | Monday | CRJ | N932SW | ORD | SGF | 1.9 | 12/14/2009 15:41 | 12/14/2009 17:35 | FO | 31651 |
| 6603 | 12/14/2009 | Monday | CRJ | N932SW | SGF | DEN | 2.0833 | 12/14/2009 17:58 | 12/14/2009 19:03 | FO | 31651 |
| 6633 | 12/14/2009 | Monday | CRJ | N982SW | DEN | TUS | 1.8833 | 12/14/2009 20:57 | 12/14/2009 22:50 | FO | 31651 |
| 5881 | 12/15/2009 | Tuesday | CRJ | N930SW | TUS | SFO | 2.25 | 12/15/2009 17:24 | 12/15/2009 18:39 | FO | 31651 |
| 6124 | 12/15/2009 | Tuesday | CRJ | N962SW | SFO | YYJ | 2.0333 | 12/15/2009 19:39 | 12/15/2009 21:41 | FO | 31651 |
| 6055 | 12/16/2009 | Wednesday | CRJ | N929SW | YYJ | SFO | 2.3166 | 12/16/2009 16:46 | 12/16/2009 19:05 | FO | 31651 |
| 6370 | 12/16/2009 | Wednesday | CRJ | N929SW | SFO | RDM | 1.4666 | 12/16/2009 20:25 | 12/16/2009 21:53 | FO | 31651 |
| 5928 | 12/17/2009 | Thursday | CRJ | N959SW | RDM | DEN | 2.25 | 12/17/2009 11:16 | 12/17/2009 14:31 | FO | 31651 |
| 6376 | 12/17/2009 | Thursday | CRJ | N903SW | DEN | OMA | 1.4333 | 12/17/2009 16:01 | 12/17/2009 18:27 | FO | 31651 |
| 5834 | 12/17/2009 | Thursday | CRJ | N903SW | OMA | ORD | 1.75 | 12/17/2009 18:51 | 12/17/2009 20:36 | FO | 31651 |
| 6494 | 12/21/2009 | Monday | CRJ | N917SW | ORD | BIS | 2.2833 | 12/21/2009 12:32 | 12/21/2009 14:49 | FO | 31651 |
| 6494 | 12/21/2009 | Monday | CRJ | N917SW | BIS | ORD | 2.3 | 12/21/2009 15:08 | 12/21/2009 17:26 | FO | 31651 |
| 6592 | 12/21/2009 | Monday | CRJ | N403SW | ORD | AVL | 1.5333 | 12/21/2009 19:07 | 12/21/2009 21:39 | FO | 31651 |
| 6340 | 12/22/2009 | Tuesday | CRJ | N924SW | AVL | ORD | 2.0833 | 12/22/2009 20:16 | 12/22/2009 21:21 | FO | 31651 |
| 6223 | 12/22/2009 | Tuesday | CRJ | N955SW | ORD | YQB | 2.5333 | 12/22/2009 23:32 | 12/23/2009 3:04 | FO | 31651 |
| 6767 | 12/29/2009 | Tuesday | CR6 | N705SK | ORD | SAT | 2.95 | 12/29/2009 17:52 | 12/29/2009 20:49 | FO | 31651 |
| 6253 | 12/30/2009 | Wednesday | CR6 | N705SK | SAT | SFO | 4.05 | 12/30/2009 7:00 | 12/30/2009 9:03 | FO | 31651 |
| 6380 | 12/30/2009 | Wednesday | CR6 | N705SK | SFO | BOI | 1.55 | 12/30/2009 9:37 | 12/30/2009 12:10 | FO | 31651 |
| 6536 | 12/31/2009 | Thursday | CR6 | N793SK | BOI | SFO | 1.7833 | 12/31/2009 8:19 | 12/31/2009 9:06 | FO | 31651 |
| 6252 | 12/31/2009 | Thursday | CR6 | N726SK | SFO | SAT | 3.2833 | 12/31/2009 13:21 | 12/31/2009 18:38 | FO | 31651 |
| 5824 | 1/1/2010 | Friday | CR6 | N788SK | SAT | DEN | 2.5666 | 1/1/2010 6:07 | 1/1/2010 7:41 | FO | 31651 |
| 6158 | 1/1/2010 | Friday | CR6 | N746SK | DEN | SAT | 2.3 | 1/1/2010 8:34 | 1/1/2010 11:52 | FO | 31651 |
| 6089 | 1/1/2010 | Friday | CR6 | N746SK | SAT | ORD | 2.7333 | 1/1/2010 12:26 | 1/1/2010 15:10 | FO | 31651 |
| 4738 | 1/10/2010 | Sunday | CRJ | N438SW | SLC | PDX | 1.85 | 1/10/2010 13:47 | 1/10/2010 14:38 | FO | 31651 |
| 4691 | 1/10/2010 | Sunday | CRJ | N438SW | PDX | SLC | 1.6833 | 1/10/2010 15:39 | 1/10/2010 18:20 | FO | 31651 |
| 4691 | 1/10/2010 | Sunday | CRJ | N438SW | SLC | MSO | 1.8166 | 1/10/2010 20:05 | 1/10/2010 21:54 | FO | 31651 |
| 4469 | 1/11/2010 | Monday | CRJ | N910EV | MSO | SLC | 1.5166 | 1/11/2010 7:42 | 1/11/2010 9:13 | FO | 31651 |
| 4710 | 1/11/2010 | Monday | CRJ | N910EV | SLC | MTJ | 1.1 | 1/11/2010 11:12 | 1/11/2010 12:18 | FO | 31651 |
| 4597 | 1/11/2010 | Monday | CRJ | N910EV | MTJ | SLC | 0.8666 | 1/11/2010 13:08 | 1/11/2010 14:00 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4597 | 1/11/2010 | Monday | CRJ | N910EV | SLC | ONT | 1.6666 | 1/11/2010 15:07 | 1/11/2010 15:47 | FO | 31651 |
| 4602 | 1/12/2010 | Tuesday | CRJ | N431SW | ONT | SLC | 2.1333 | 1/12/2010 5:58 | 1/12/2010 9:06 | FO | 31651 |
| 4572 | 1/12/2010 | Tuesday | CRJ | N431SW | SLC | HLN | 1.3166 | 1/12/2010 11:10 | 1/12/2010 12:29 | FO | 31651 |
| 4654 | 1/13/2010 | Wednesday | CRJ | N409SW | HLN | SLC | 1.75 | 1/13/2010 6:02 | 1/13/2010 7:47 | FO | 31651 |
| 4531 | 1/13/2010 | Wednesday | CRJ | N409SW | SLC | SJC | 2.15 | 1/13/2010 8:31 | 1/13/2010 9:40 | FO | 31651 |
| 4530 | 1/13/2010 | Wednesday | CRJ | N409SW | SJC | SLC | 1.6833 | 1/13/2010 10:04 | 1/13/2010 12:45 | FO | 31651 |
| 4453 | 1/17/2010 | Sunday | CRJ | N864AS | SLC | BZN | 1.25 | 1/17/2010 13:41 | 1/17/2010 14:56 | FO | 31651 |
| 4567 | 1/17/2010 | Sunday | CRJ | N864AS | BZN | SLC | 1.1833 | 1/17/2010 16:47 | 1/17/2010 17:58 | FO | 31651 |
| 4551 | 1/17/2010 | Sunday | CRJ | N864AS | SLC | BUR | 2.2333 | 1/17/2010 19:56 | 1/17/2010 21:10 | FO | 31651 |
| 4640 | 1/18/2010 | Monday | CRJ | N864AS | BUR | SLC | 1.9166 | 1/18/2010 7:10 | 1/18/2010 10:05 | FO | 31651 |
| 4680 | 1/18/2010 | Monday | CRJ | N864AS | SLC | EUG | 2 | 1/18/2010 11:25 | 1/18/2010 12:25 | FO | 31651 |
| 4681 | 1/19/2010 | Tuesday | CRJ | N408SW | EUG | SLC | 1.9833 | 1/19/2010 5:56 | 1/19/2010 8:55 | FO | 31651 |
| 4560 | 1/19/2010 | Tuesday | CRJ | N408SW | SLC | GJT | 1.0833 | 1/19/2010 11:16 | 1/19/2010 12:21 | FO | 31651 |
| 4765 | 1/19/2010 | Tuesday | CRJ | N408SW | GJT | SLC | 1.1333 | 1/19/2010 14:57 | 1/19/2010 16:05 | FO | 31651 |
| 4666 | 1/19/2010 | Tuesday | CRJ | N408SW | SLC | BZN | 1.45 | 1/19/2010 16:58 | 1/19/2010 18:25 | FO | 31651 |
| 4670 | 1/20/2010 | Wednesday | CRJ | N423SW | BZN | SLC | 1.4166 | 1/20/2010 6:20 | 1/20/2010 7:45 | FO | 31651 |
| 4735 | 1/20/2010 | Wednesday | CRJ | N423SW | SLC | ONT | 2.2333 | 1/20/2010 8:26 | 1/20/2010 9:40 | FO | 31651 |
| 4756 | 1/20/2010 | Wednesday | CRJ | N423SW | ONT | SLC | 1.7666 | 1/20/2010 10:02 | 1/20/2010 12:48 | FO | 31651 |
| 6639 | 1/24/2010 | Sunday | CRJ | N988CA | DEN | BZN | 1.7666 | 1/24/2010 14:25 | 1/24/2010 16:11 | FO | 31651 |
| 6639 | 1/24/2010 | Sunday | CRJ | N988CA | BZN | DEN | 1.75 | 1/24/2010 16:40 | 1/24/2010 18:25 | FO | 31651 |
| 6728 | 1/24/2010 | Sunday | CRJ | N948SW | DEN | MKE | 2.4666 | 1/24/2010 19:15 | 1/24/2010 22:43 | FO | 31651 |
| 4616 | 1/25/2010 | Monday | CRJ | N439SW | MKE | CVG | 1.4333 | 1/25/2010 16:15 | 1/25/2010 18:41 | FO | 31651 |
| 4616 | 1/25/2010 | Monday | CRJ | N439SW | CVG | FWA | 1.2 | 1/25/2010 20:36 | 1/25/2010 21:48 | FO | 31651 |
| 4443 | 1/26/2010 | Tuesday | CRJ | N866AS | FWA | CVG | 0.7666 | 1/26/2010 17:44 | 1/26/2010 18:30 | FO | 31651 |
| 4443 | 1/26/2010 | Tuesday | CRJ | N442SW | CVG | MKE | 1.35 | 1/26/2010 20:13 | 1/26/2010 20:34 | FO | 31651 |
| 5804 | 1/27/2010 | Wednesday | CRJ | N934SW | MKE | ORD | 0.75 | 1/27/2010 6:41 | 1/27/2010 7:26 | FO | 31651 |
| 5810 | 1/27/2010 | Wednesday | CRJ | N934SW | ORD | MKE | 0.7 | 1/27/2010 7:48 | 1/27/2010 8:30 | FO | 31651 |
| 6731 | 1/27/2010 | Wednesday | CRJ | N934SW | MKE | DEN | 2.75 | 1/27/2010 8:55 | 1/27/2010 10:40 | FO | 31651 |
| 5869 | 1/27/2010 | Wednesday | CRJ | N908SW | DEN | DRO | 1.1 | 1/27/2010 11:46 | 1/27/2010 12:52 | FO | 31651 |
| 5869 | 1/27/2010 | Wednesday | CRJ | N908SW | DRO | DEN | 1.0166 | 1/27/2010 13:37 | 1/27/2010 14:38 | FO | 31651 |
| 4738 | 1/31/2010 | Sunday | CRJ | N452SW | SLC | PDX | 1.95 | 1/31/2010 14:53 | 1/31/2010 15:50 | FO | 31651 |
| 4691 | 1/31/2010 | Sunday | CRJ | N452SW | PDX | SLC | 1.6833 | 1/31/2010 16:24 | 1/31/2010 19:05 | FO | 31651 |
| 4691 | 1/31/2010 | Sunday | CRJ | N435SW | SLC | MSO | 1.8333 | 1/31/2010 20:07 | 1/31/2010 21:57 | FO | 31651 |
| 4469 | 2/1/2010 | Monday | CRJ | N910EV | MSO | SLC | 1.6 | 2/1/2010 7:37 | 2/1/2010 9:13 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4710 | 2/1/2010 | Monday | CRJ | N910EV | SLC | MTJ | 1.05 | 2/1/2010 11:15 | 2/1/2010 12:18 | FO | 31651 |
| 4597 | 2/1/2010 | Monday | CRJ | N910EV | MTJ | SLC | 1.3 | 2/1/2010 12:52 | 2/1/2010 14:10 | FO | 31651 |
| 4597 | 2/1/2010 | Monday | CRJ | N910EV | SLC | ONT | 1.6833 | 2/1/2010 15:06 | 2/1/2010 15:47 | FO | 31651 |
| 4602 | 2/2/2010 | Tuesday | CRJ | N449SW | ONT | SLC | 1.8 | 2/2/2010 5:58 | 2/2/2010 8:46 | FO | 31651 |
| 4572 | 2/2/2010 | Tuesday | CRJ | N449SW | SLC | HLN | 1.45 | 2/2/2010 11:06 | 2/2/2010 12:33 | FO | 31651 |
| 4654 | 2/3/2010 | Wednesday | CRJ | N449SW | HLN | SLC | 1.65 | 2/3/2010 6:07 | 2/3/2010 7:46 | FO | 31651 |
| 4531 | 2/3/2010 | Wednesday | CRJ | N449SW | SLC | SJC | 1.9166 | 2/3/2010 8:30 | 2/3/2010 9:25 | FO | 31651 |
| 4530 | 2/3/2010 | Wednesday | CRJ | N449SW | SJC | SLC | 1.7833 | 2/3/2010 10:01 | 2/3/2010 12:48 | FO | 31651 |
| 4530 | 2/7/2010 | Sunday | CRJ | N912EV | SLC | MSO | 1.55 | 2/7/2010 13:49 | 2/7/2010 15:22 | FO | 31651 |
| 4697 | 2/7/2010 | Sunday | CRJ | N912EV | MSO | SLC | 1.2833 | 2/7/2010 16:46 | 2/7/2010 18:03 | FO | 31651 |
| 4697 | 2/7/2010 | Sunday | CRJ | N912EV | SLC | PDX | 1.95 | 2/7/2010 19:56 | 2/7/2010 20:53 | FO | 31651 |
| 4685 | 2/8/2010 | Monday | CRJ | N912EV | PDX | SLC | 2.0166 | 2/8/2010 7:07 | 2/8/2010 10:08 | FO | 31651 |
| 4685 | 2/8/2010 | Monday | CRJ | N430SW | SLC | PSP | 1.8166 | 2/8/2010 11:10 | 2/8/2010 11:59 | FO | 31651 |
| 5835 | 2/9/2010 | Tuesday | CRJ | N479CA | PSP | DEN | 2.4 | 2/9/2010 7:25 | 2/9/2010 10:49 | FO | 31651 |
| 5869 | 2/9/2010 | Tuesday | CRJ | N945SW | DEN | DRO | 1.25 | 2/9/2010 11:51 | 2/9/2010 13:06 | FO | 31651 |
| 5869 | 2/9/2010 | Tuesday | CRJ | N945SW | DRO | DEN | 1.0166 | 2/9/2010 13:38 | 2/9/2010 14:39 | FO | 31651 |
| 6029 | 2/9/2010 | Tuesday | CRJ | N468CA | DEN | COS | 0.7 | 2/9/2010 18:42 | 2/9/2010 19:24 | FO | 31651 |
| 6005 | 2/10/2010 | Wednesday | CRJ | N973SW | COS | DEN | 0.9 | 2/10/2010 9:54 | 2/10/2010 10:48 | FO | 31651 |
| 6765 | 2/10/2010 | Wednesday | CRJ | N973SW | DEN | BZN | 1.8 | 2/10/2010 11:27 | 2/10/2010 13:15 | FO | 31651 |
| 5994 | 2/10/2010 | Wednesday | CRJ | N973SW | BZN | SFO | 2.45 | 2/10/2010 13:43 | 2/10/2010 15:10 | FO | 31651 |
| 6418 | 2/10/2010 | Wednesday | CRJ | N935SW | SFO | SLC | 1.7333 | 2/10/2010 19:20 | 2/10/2010 22:04 | FO | 31651 |
| 4785 | 2/15/2010 | Monday | CRJ | N915EV | SLC | RNO | 1.4833 | 2/15/2010 16:58 | 2/15/2010 17:27 | FO | 31651 |
| 4563 | 2/15/2010 | Monday | CRJ | N915EV | RNO | SLC | 1.5166 | 2/15/2010 17:54 | 2/15/2010 20:25 | FO | 31651 |
| 4601 | 2/15/2010 | Monday | CRJ | N915EV | SLC | ONT | 1.5833 | 2/15/2010 21:32 | 2/15/2010 22:07 | FO | 31651 |
| 6438 | 2/16/2010 | Tuesday | CRJ | N965SW | ONT | SFO | 1.1666 | 2/16/2010 15:20 | 2/16/2010 16:30 | FO | 31651 |
| 6337 | 2/16/2010 | Tuesday | CRJ | N965SW | SFO | GEG | 2.0666 | 2/16/2010 16:47 | 2/16/2010 18:51 | FO | 31651 |
| 6337 | 2/16/2010 | Tuesday | CRJ | N965SW | GEG | SFO | 1.9333 | 2/16/2010 19:11 | 2/16/2010 21:07 | FO | 31651 |
| 5896 | 2/16/2010 | Tuesday | CRJ | N965SW | SFO | ONT | 1.35 | 2/16/2010 21:35 | 2/16/2010 22:56 | FO | 31651 |
| 4760 | 2/17/2010 | Wednesday | CRJ | N453SW | ONT | SLC | 1.65 | 2/17/2010 12:53 | 2/17/2010 15:32 | FO | 31651 |
| 4506 | 2/17/2010 | Wednesday | CRJ | N453SW | SLC | BOI | 1.0833 | 2/17/2010 17:04 | 2/17/2010 18:09 | FO | 31651 |
| 4751 | 2/17/2010 | Wednesday | CRJ | N453SW | BOI | SLC | 1.2833 | 2/17/2010 18:32 | 2/17/2010 19:49 | FO | 31651 |
| 4684 | 2/17/2010 | Wednesday | CRJ | N453SW | SLC | EUG | 1.95 | 2/17/2010 21:24 | 2/17/2010 22:21 | FO | 31651 |
| 6408 | 2/18/2010 | Thursday | CRJ | N913SW | EUG | SFO | 1.65 | 2/18/2010 15:03 | 2/18/2010 16:42 | FO | 31651 |
| 6418 | 2/18/2010 | Thursday | CRJ | N946SW | SFO | SLC | 1.6333 | 2/18/2010 19:38 | 2/18/2010 22:16 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6560 | 2/22/2010 | Monday | CRJ | N916SW | DEN | TUS | 2.0833 | 2/22/2010 14:27 | 2/22/2010 16:32 | FO | 31651 |
| 6369 | 2/23/2010 | Tuesday | CRJ | N952SW | TUS | SFO | 2.7 | 2/23/2010 5:50 | 2/23/2010 7:32 | FO | 31651 |
| 6826 | 2/23/2010 | Tuesday | CRJ | N952SW | SFO | ONT | 1.35 | 2/23/2010 7:46 | 2/23/2010 9:07 | FO | 31651 |
| 6134 | 2/23/2010 | Tuesday | CRJ | N952SW | ONT | SFO | 2.0666 | 2/23/2010 9:27 | 2/23/2010 11:31 | FO | 31651 |
| 6054 | 2/23/2010 | Tuesday | CRJ | N952SW | SFO | YYJ | 2.4166 | 2/23/2010 11:52 | 2/23/2010 14:17 | FO | 31651 |
| 6125 | 2/24/2010 | Wednesday | CRJ | N417SW | YYJ | SFO | 2.4833 | 2/24/2010 6:52 | 2/24/2010 9:21 | FO | 31651 |
| 6350 | 2/24/2010 | Wednesday | CRJ | N417SW | SFO | ONT | 1.3666 | 2/24/2010 11:41 | 2/24/2010 13:03 | FO | 31651 |
| 6330 | 2/25/2010 | Thursday | CRJ | N417SW | ONT | SFO | 1.55 | 2/25/2010 7:09 | 2/25/2010 8:42 | FO | 31651 |
| 6330 | 2/25/2010 | Thursday | CRJ | N417SW | SFO | PSC | 2.1 | 2/25/2010 9:03 | 2/25/2010 11:09 | FO | 31651 |
| 5909 | 2/25/2010 | Thursday | CRJ | N417SW | PSC | DEN | 2.65 | 2/25/2010 11:28 | 2/25/2010 15:07 | FO | 31651 |
| 4459 | 3/1/2010 | Monday | CR9 | N800SK | SLC | SFO | 2.0166 | 3/1/2010 15:57 | 3/1/2010 16:58 | FO | 31651 |
| 6348 | 3/2/2010 | Tuesday | CR6 | N732SK | SFO | YYC | 2.5666 | 3/2/2010 8:23 | 3/2/2010 11:57 | FO | 31651 |
| 6399 | 3/2/2010 | Tuesday | CR6 | N732SK | YYC | ORD | 3.55 | 3/2/2010 12:48 | 3/2/2010 17:21 | FO | 31651 |
| 5978 | 3/2/2010 | Tuesday | CR6 | N756SK | ORD | DAY | 1.0333 | 3/2/2010 18:51 | 3/2/2010 20:53 | FO | 31651 |
| 6760 | 3/3/2010 | Wednesday | CR6 | N756SK | DAY | ORD | 1.1833 | 3/3/2010 7:37 | 3/3/2010 7:48 | FO | 31651 |
| 5893 | 3/3/2010 | Wednesday | CR6 | N707SK | ORD | BOI | 3.2666 | 3/3/2010 9:45 | 3/3/2010 12:01 | FO | 31651 |
| 4598 | 3/4/2010 | Thursday | CR7 | N368CA | BOI | SLC | 1.2333 | 3/4/2010 8:55 | 3/4/2010 10:09 | FO | 31651 |
| 4655 | 3/4/2010 | Thursday | CR7 | N368CA | SLC | YVR | 2.2166 | 3/4/2010 11:00 | 3/4/2010 12:13 | FO | 31651 |
| 4589 | 3/4/2010 | Thursday | CR7 | N368CA | YVR | SLC | 2.2166 | 3/4/2010 12:55 | 3/4/2010 16:08 | FO | 31651 |
| 4678 | 3/7/2010 | Sunday | CRJ | N912EV | SLC | OKC | 2.5833 | 3/7/2010 19:48 | 3/7/2010 23:23 | FO | 31651 |
| 4488 | 3/8/2010 | Monday | CRJ | N416SW | OKC | MSP | 2.05 | 3/8/2010 13:02 | 3/8/2010 15:05 | FO | 31651 |
| 4488 | 3/8/2010 | Monday | CRJ | N416SW | MSP | DLH | 0.9333 | 3/8/2010 16:15 | 3/8/2010 17:11 | FO | 31651 |
| 4548 | 3/8/2010 | Monday | CRJ | N416SW | DLH | MSP | 1.2166 | 3/8/2010 17:35 | 3/8/2010 18:48 | FO | 31651 |
| 4624 | 3/8/2010 | Monday | CRJ | N416SW | MSP | RST | 0.7166 | 3/8/2010 19:35 | 3/8/2010 20:18 | FO | 31651 |
| 4608 | 3/9/2010 | Tuesday | CRJ | N416SW | RST | MSP | 1.1666 | 3/9/2010 6:42 | 3/9/2010 7:52 | FO | 31651 |
| 4608 | 3/9/2010 | Tuesday | CRJ | N416SW | MSP | OKC | 2.15 | 3/9/2010 10:08 | 3/9/2010 12:17 | FO | 31651 |
| 4451 | 3/10/2010 | Wednesday | CRJ | N448SW | OKC | SLC | 2.65 | 3/10/2010 8:23 | 3/10/2010 10:02 | FO | 31651 |
| 4456 | 3/10/2010 | Wednesday | CRJ | N448SW | SLC | LWS | 1.4333 | 3/10/2010 11:03 | 3/10/2010 11:29 | FO | 31651 |
| 4460 | 3/10/2010 | Wednesday | CRJ | N448SW | LWS | SLC | 1.3666 | 3/10/2010 12:12 | 3/10/2010 14:34 | FO | 31651 |
| 4666 | 3/14/2010 | Sunday | CRJ | N912EV | SLC | BZN | 1.4333 | 3/14/2010 15:29 | 3/14/2010 16:55 | FO | 31651 |
| 4649 | 3/14/2010 | Sunday | CRJ | N912EV | BZN | SLC | 1.2 | 3/14/2010 17:20 | 3/14/2010 18:32 | FO | 31651 |
| 4600 | 3/14/2010 | Sunday | CRJ | N912EV | SLC | GTF | 1.6166 | 3/14/2010 20:05 | 3/14/2010 21:42 | FO | 31651 |
| 4711 | 3/15/2010 | Monday | CRJ | N439SW | GTF | SLC | 1.4833 | 3/15/2010 13:06 | 3/15/2010 14:35 | FO | 31651 |
| 4597 | 3/15/2010 | Monday | CRJ | N439SW | SLC | ONT | 1.6 | 3/15/2010 15:05 | 3/15/2010 15:41 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4754 | 3/15/2010 | Monday | CRJ | N439SW | ONT | SLC | 1.7833 | 3/15/2010 16:16 | 3/15/2010 19:03 | FO | 31651 |
| 4522 | 3/15/2010 | Monday | CRJ | N439SW | SLC | ONT | 1.5 | 3/15/2010 19:40 | 3/15/2010 20:10 | FO | 31651 |
| 4525 | 3/16/2010 | Tuesday | CRJ | N439SW | ONT | SLC | 1.7 | 3/16/2010 7:45 | 3/16/2010 10:27 | FO | 31651 |
| 4599 | 3/16/2010 | Tuesday | CRJ | N439SW | SLC | GTF | 1.5333 | 3/16/2010 11:06 | 3/16/2010 12:38 | FO | 31651 |
| 4554 | 3/17/2010 | Wednesday | CRJ | N461SW | GTF | SLC | 1.7333 | 3/17/2010 6:16 | 3/17/2010 8:00 | FO | 31651 |
| 4647 | 3/17/2010 | Wednesday | CRJ | N461SW | SLC | BUR | 2.0833 | 3/17/2010 8:21 | 3/17/2010 9:26 | FO | 31651 |
| 4536 | 3/17/2010 | Wednesday | CRJ | N461SW | BUR | SLC | 1.85 | 3/17/2010 9:49 | 3/17/2010 12:40 | FO | 31651 |
| 4732 | 3/23/2010 | Tuesday | CR7 | N603SK | SLC | TUL | 2.3333 | 3/23/2010 13:56 | 3/23/2010 17:16 | FO | 31651 |
| 4619 | 3/23/2010 | Tuesday | CR7 | N603SK | TUL | SLC | 2.5666 | 3/23/2010 17:43 | 3/23/2010 19:17 | FO | 31651 |
| 4764 | 3/23/2010 | Tuesday | CR7 | N603SK | SLC | JAC | 0.9 | 3/23/2010 19:54 | 3/23/2010 20:48 | FO | 31651 |
| 4781 | 3/24/2010 | Wednesday | CR7 | N603SK | JAC | SLC | 1.0833 | 3/24/2010 6:53 | 3/24/2010 7:58 | FO | 31651 |
| 4494 | 3/24/2010 | Wednesday | CR7 | N603SK | SLC | GEG | 1.8333 | 3/24/2010 8:53 | 3/24/2010 9:43 | FO | 31651 |
| 4533 | 3/25/2010 | Thursday | CR9 | N803SK | GEG | SLC | 1.7 | 3/25/2010 4:58 | 3/25/2010 7:40 | FO | 31651 |
| 4494 | 3/25/2010 | Thursday | CR7 | N613SK | SLC | GEG | 1.5166 | 3/25/2010 8:49 | 3/25/2010 9:20 | FO | 31651 |
| 4533 | 3/26/2010 | Friday | CR9 | N823SK | GEG | SLC | 1.6166 | 3/26/2010 4:55 | 3/26/2010 7:32 | FO | 31651 |
| 4466 | 3/26/2010 | Friday | CR9 | N823SK | SLC | DFW | 2.5166 | 3/26/2010 8:27 | 3/26/2010 11:58 | FO | 31651 |
| 4687 | 3/26/2010 | Friday | CR9 | N823SK | DFW | SLC | 2.7833 | 3/26/2010 12:38 | 3/26/2010 14:25 | FO | 31651 |
| 5890 | 3/29/2010 | Monday | CRJ | N932SW | DEN | PSC | 2.55 | 3/29/2010 15:01 | 3/29/2010 16:34 | FO | 31651 |
| 6140 | 3/29/2010 | Monday | CRJ | N932SW | PSC | SFO | 2.4166 | 3/29/2010 17:01 | 3/29/2010 19:26 | FO | 31651 |
| 6623 | 3/29/2010 | Monday | CRJ | N932SW | SFO | MFR | 1.3 | 3/29/2010 20:45 | 3/29/2010 22:03 | FO | 31651 |
| 6568 | 3/30/2010 | Tuesday | CRJ | N932SW | MFR | SFO | 1.6166 | 3/30/2010 8:05 | 3/30/2010 9:42 | FO | 31651 |
| 6055 | 3/30/2010 | Tuesday | CRJ | N986CA | SFO | YYJ | 2.2166 | 3/30/2010 13:22 | 3/30/2010 15:35 | FO | 31651 |
| 6125 | 3/31/2010 | Wednesday | CRJ | N930SW | YYJ | SFO | 2.3 | 3/31/2010 6:49 | 3/31/2010 9:07 | FO | 31651 |
| 6438 | 3/31/2010 | Wednesday | CRJ | N468CA | SFO | ONT | 1.3666 | 3/31/2010 11:34 | 3/31/2010 12:56 | FO | 31651 |
| 6330 | 4/1/2010 | Thursday | CRJ | N927SW | ONT | SFO | 1.45 | 4/1/2010 7:18 | 4/1/2010 8:45 | FO | 31651 |
| 6330 | 4/1/2010 | Thursday | CRJ | N927SW | SFO | PSC | 2.1166 | 4/1/2010 9:09 | 4/1/2010 11:16 | FO | 31651 |
| 5909 | 4/1/2010 | Thursday | CRJ | N927SW | PSC | DEN | 2.35 | 4/1/2010 12:01 | 4/1/2010 15:22 | FO | 31651 |
| 5802 | 4/5/2010 | Monday | CR6 | N746SK | DEN | PDX | 2.8333 | 4/5/2010 9:03 | 4/5/2010 10:53 | FO | 31651 |
| 5802 | 4/5/2010 | Monday | CR6 | N746SK | PDX | DEN | 2.6 | 4/5/2010 11:28 | 4/5/2010 15:04 | FO | 31651 |
| 6006 | 4/5/2010 | Monday | CR6 | N727SK | DEN | SAT | 2.1166 | 4/5/2010 17:43 | 4/5/2010 20:50 | FO | 31651 |
| 4461 | 4/6/2010 | Tuesday | CR9 | N817SK | SAT | ATL | 2.25 | 4/6/2010 17:45 | 4/6/2010 21:00 | FO | 31651 |
| 4442 | 4/6/2010 | Tuesday | CR9 | N817SK | ATL | ORD | 1.7666 | 4/6/2010 21:42 | 4/6/2010 22:28 | FO | 31651 |
| 6097 | 4/7/2010 | Wednesday | CR6 | N758SK | ORD | SLC | 3.0333 | 4/7/2010 23:01 | 4/8/2010 1:03 | FO | 31651 |
| 4575 | 4/13/2010 | Tuesday | CRJ | N463SW | SLC | OAK | 2.1666 | 4/13/2010 13:48 | 4/13/2010 14:58 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4544 | 4/13/2010 | Tuesday | CRJ | N463SW | OAK | SLC | 1.5666 | 4/13/2010 15:23 | 4/13/2010 17:57 | FO | 31651 |
| 4644 | 4/13/2010 | Tuesday | CRJ | N463SW | SLC | YYC | 2.4166 | 4/13/2010 20:08 | 4/13/2010 22:33 | FO | 31651 |
| 4661 | 4/14/2010 | Wednesday | CRJ | N869AS | YYC | SLC | 2.0333 | 4/14/2010 16:44 | 4/14/2010 18:46 | FO | 31651 |
| 4551 | 4/14/2010 | Wednesday | CRJ | N869AS | SLC | BUR | 2.0666 | 4/14/2010 19:39 | 4/14/2010 20:43 | FO | 31651 |
| 4640 | 4/15/2010 | Thursday | CRJ | N869AS | BUR | SLC | 1.85 | 4/15/2010 6:59 | 4/15/2010 9:50 | FO | 31651 |
| 4456 | 4/15/2010 | Thursday | CRJ | N869AS | SLC | LWS | 1.7166 | 4/15/2010 11:00 | 4/15/2010 11:43 | FO | 31651 |
| 4460 | 4/15/2010 | Thursday | CRJ | N869AS | LWS | SLC | 1.35 | 4/15/2010 12:08 | 4/15/2010 14:29 | FO | 31651 |
| 4778 | 4/15/2010 | Thursday | CRJ | N423SW | SLC | PSC | 1.65 | 4/15/2010 18:45 | 4/15/2010 19:24 | FO | 31651 |
| 4550 | 4/16/2010 | Friday | CRJ | N423SW | PSC | SLC | 1.5166 | 4/16/2010 6:51 | 4/16/2010 9:22 | FO | 31651 |
| 4494 | 4/16/2010 | Friday | CRJ | N423SW | SLC | BIL | 1.3166 | 4/16/2010 9:52 | 4/16/2010 11:11 | FO | 31651 |
| 4462 | 4/16/2010 | Friday | CRJ | N423SW | BIL | SLC | 1.3333 | 4/16/2010 11:33 | 4/16/2010 12:53 | FO | 31651 |
| 6582 | 4/21/2010 | Wednesday | CRJ | N964SW | BUR | SFO | 1.2833 | 4/21/2010 13:58 | 4/21/2010 15:15 | FO | 31651 |
| 6337 | 4/21/2010 | Wednesday | CRJ | N964SW | SFO | GEG | 2.25 | 4/21/2010 15:44 | 4/21/2010 17:59 | FO | 31651 |
| 6337 | 4/21/2010 | Wednesday | CRJ | N964SW | GEG | SFO | 1.9 | 4/21/2010 18:22 | 4/21/2010 20:16 | FO | 31651 |
| 6370 | 4/21/2010 | Wednesday | CRJ | N964SW | SFO | RDM | 1.5833 | 4/21/2010 20:58 | 4/21/2010 22:33 | FO | 31651 |
| 4698 | 4/22/2010 | Thursday | CRJ | N430SW | RDM | SLC | 1.7 | 4/22/2010 13:04 | 4/22/2010 15:46 | FO | 31651 |
| 4765 | 4/22/2010 | Thursday | CRJ | N430SW | SLC | SMF | 1.5 | 4/22/2010 16:48 | 4/22/2010 17:18 | FO | 31651 |
| 4770 | 4/22/2010 | Thursday | CRJ | N430SW | SMF | SLC | 1.6333 | 4/22/2010 17:59 | 4/22/2010 20:37 | FO | 31651 |
| 6612 | 4/25/2010 | Sunday | CRJ | N912SW | SLC | DEN | 1.2166 | 4/25/2010 6:03 | 4/25/2010 7:16 | FO | 31651 |
| 6593 | 4/25/2010 | Sunday | CRJ | N912SW | DEN | BIL | 1.7166 | 4/25/2010 8:10 | 4/25/2010 9:53 | FO | 31651 |
| 6593 | 4/25/2010 | Sunday | CRJ | N912SW | BIL | DEN | 1.3333 | 4/25/2010 10:15 | 4/25/2010 11:35 | FO | 31651 |
| 6614 | 4/25/2010 | Sunday | CRJ | N948SW | DEN | PSC | 2.5666 | 4/25/2010 12:15 | 4/25/2010 13:49 | FO | 31651 |
| 6345 | 4/26/2010 | Monday | CRJ | N418SW | PSC | SFO | 1.8333 | 4/26/2010 5:53 | 4/26/2010 7:43 | FO | 31651 |
| 6336 | 4/26/2010 | Monday | CRJ | N418SW | SFO | RNO | 0.9166 | 4/26/2010 8:22 | 4/26/2010 9:17 | FO | 31651 |
| 6336 | 4/26/2010 | Monday | CRJ | N418SW | RNO | SFO | 1.2666 | 4/26/2010 9:41 | 4/26/2010 10:57 | FO | 31651 |
| 6350 | 4/26/2010 | Monday | CRJ | N407SW | SFO | ONT | 1.2833 | 4/26/2010 11:57 | 4/26/2010 13:14 | FO | 31651 |
| 6330 | 4/27/2010 | Tuesday | CRJ | N926SW | ONT | SFO | 1.7 | 4/27/2010 7:26 | 4/27/2010 9:08 | FO | 31651 |
| 6575 | 4/27/2010 | Tuesday | CRJ | N926SW | SFO | MFR | 1.2166 | 4/27/2010 9:37 | 4/27/2010 10:50 | FO | 31651 |
| 4729 | 4/28/2010 | Wednesday | CRJ | N455SW | MFR | SLC | 1.7 | 4/28/2010 6:12 | 4/28/2010 8:54 | FO | 31651 |
| 4456 | 4/28/2010 | Wednesday | CRJ | N455SW | SLC | LWS | 1.45 | 4/28/2010 10:58 | 4/28/2010 11:25 | FO | 31651 |
| 4460 | 4/28/2010 | Wednesday | CRJ | N455SW | LWS | SLC | 1.5 | 4/28/2010 11:55 | 4/28/2010 14:25 | FO | 31651 |
| 4701 | 5/2/2010 | Sunday | CR9 | N822SK | SLC | LAX | 1.8666 | 5/2/2010 9:50 | 5/2/2010 10:42 | FO | 31651 |
| 4922 | 5/2/2010 | Sunday | CR9 | N822SK | LAX | LAS | 1.1666 | 5/2/2010 15:39 | 5/2/2010 16:49 | FO | 31651 |
| 4637 | 5/2/2010 | Sunday | CR9 | N822SK | LAS | LAX | 1.2 | 5/2/2010 17:41 | 5/2/2010 18:53 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4834 | 5/2/2010 | Sunday | CR9 | N822SK | LAX | LAS | 1.0666 | 5/2/2010 19:37 | 5/2/2010 20:41 | FO | 31651 |
| 4484 | 5/2/2010 | Sunday | CR9 | N822SK | LAS | LAX | 1.2 | 5/2/2010 21:13 | 5/2/2010 22:25 | FO | 31651 |
| 4922 | 5/3/2010 | Monday | CR9 | N824SK | LAX | LAS | 1.1666 | 5/3/2010 15:14 | 5/3/2010 16:24 | FO | 31651 |
| 4637 | 5/3/2010 | Monday | CR9 | N824SK | LAS | LAX | 0.9333 | 5/3/2010 17:16 | 5/3/2010 18:12 | FO | 31651 |
| 4834 | 5/3/2010 | Monday | CR9 | N824SK | LAX | LAS | 1.1 | 5/3/2010 18:51 | 5/3/2010 19:57 | FO | 31651 |
| 4484 | 5/3/2010 | Monday | CR9 | N824SK | LAS | LAX | 1.3666 | 5/3/2010 20:37 | 5/3/2010 21:59 | FO | 31651 |
| 6528 | 5/4/2010 | Tuesday | CR6 | N770SK | LAX | PHX | 1.35 | 5/4/2010 16:01 | 5/4/2010 17:22 | FO | 31651 |
| 6528 | 5/4/2010 | Tuesday | CR6 | N770SK | PHX | LAX | 1.3166 | 5/4/2010 17:53 | 5/4/2010 19:12 | FO | 31651 |
| 6428 | 5/4/2010 | Tuesday | CR6 | N770SK | LAX | YVR | 2.75 | 5/4/2010 19:59 | 5/4/2010 22:44 | FO | 31651 |
| 6114 | 5/5/2010 | Wednesday | CR6 | N715SK | YVR | LAX | 2.6833 | 5/5/2010 13:14 | 5/5/2010 15:55 | FO | 31651 |
| 6470 | 5/5/2010 | Wednesday | CR6 | N703SK | LAX | SLC | 1.5666 | 5/5/2010 19:11 | 5/5/2010 21:45 | FO | 31651 |
| 4636 | 5/9/2010 | Sunday | CR9 | N824SK | SLC | MCI | 2.1833 | 5/9/2010 14:12 | 5/9/2010 17:23 | FO | 31651 |
| 4561 | 5/10/2010 | Monday | CR9 | N802SK | MCI | SLC | 2.6166 | 5/10/2010 6:02 | 5/10/2010 7:39 | FO | 31651 |
| 4701 | 5/10/2010 | Monday | CR9 | N816SK | SLC | LAX | 1.8666 | 5/10/2010 10:14 | 5/10/2010 11:06 | FO | 31651 |
| 6483 | 5/11/2010 | Tuesday | CR6 | N707SK | LAX | YVR | 3.0666 | 5/11/2010 13:55 | 5/11/2010 16:59 | FO | 31651 |
| 6427 | 5/11/2010 | Tuesday | CR6 | N707SK | YVR | LAX | 2.55 | 5/11/2010 17:27 | 5/11/2010 20:00 | FO | 31651 |
| 6344 | 5/11/2010 | Tuesday | CR6 | N797SK | LAX | SAN | 0.85 | 5/11/2010 22:29 | 5/11/2010 23:20 | FO | 31651 |
| 6472 | 5/12/2010 | Wednesday | CR6 | N794SK | SAN | SFO | 1.4 | 5/12/2010 17:27 | 5/12/2010 18:51 | FO | 31651 |
| 6224 | 5/16/2010 | Sunday | CR6 | N701SK | SLC | DEN | 1.2666 | 5/16/2010 15:05 | 5/16/2010 16:21 | FO | 31651 |
| 6158 | 5/16/2010 | Sunday | CR6 | N787SK | DEN | YWG | 2.4833 | 5/16/2010 18:11 | 5/16/2010 21:40 | FO | 31651 |
| 6757 | 5/17/2010 | Monday | CR6 | N789SK | YWG | ORD | 2.1833 | 5/17/2010 6:48 | 5/17/2010 8:59 | FO | 31651 |
| 6087 | 5/17/2010 | Monday | CR6 | N707SK | ORD | MEM | 1.65 | 5/17/2010 11:58 | 5/17/2010 13:37 | FO | 31651 |
| 4719 | 5/18/2010 | Tuesday | CR9 | N810SK | MEM | SLC | 3.3166 | 5/18/2010 6:42 | 5/18/2010 9:01 | FO | 31651 |
| 4602 | 5/23/2010 | Sunday | CRJ | N426SW | SLC | FCA | 1.6166 | 5/23/2010 13:48 | 5/23/2010 15:25 | FO | 31651 |
| 4545 | 5/23/2010 | Sunday | CRJ | N426SW | FCA | SLC | 1.7166 | 5/23/2010 16:51 | 5/23/2010 18:34 | FO | 31651 |
| 4673 | 5/23/2010 | Sunday | CRJ | N426SW | SLC | BUR | 2.1833 | 5/23/2010 19:49 | 5/23/2010 21:00 | FO | 31651 |
| 6582 | 5/24/2010 | Monday | CRJ | N959SW | BUR | SFO | 1.2 | 5/24/2010 14:27 | 5/24/2010 15:39 | FO | 31651 |
| 6410 | 5/24/2010 | Monday | CRJ | N959SW | SFO | BUR | 1.2666 | 5/24/2010 16:30 | 5/24/2010 17:46 | FO | 31651 |
| 6410 | 5/24/2010 | Monday | CRJ | N959SW | BUR | SFO | 1.2333 | 5/24/2010 18:08 | 5/24/2010 19:22 | FO | 31651 |
| 5998 | 5/24/2010 | Monday | CRJ | N965SW | SFO | PSC | 1.6666 | 5/24/2010 20:13 | 5/24/2010 21:53 | FO | 31651 |
| 6614 | 5/25/2010 | Tuesday | CRJ | N935SW | PSC | DEN | 2.2166 | 5/25/2010 14:19 | 5/25/2010 17:32 | FO | 31651 |
| 6492 | 5/25/2010 | Tuesday | CRJ | N935SW | DEN | COD | 1.3 | 5/25/2010 18:26 | 5/25/2010 19:44 | FO | 31651 |
| 6530 | 5/26/2010 | Wednesday | CRJ | N935SW | COD | DEN | 1.5 | 5/26/2010 8:02 | 5/26/2010 9:32 | FO | 31651 |
| 6399 | 5/26/2010 | Wednesday | CRJ | N406SW | DEN | FCA | 2 | 5/26/2010 10:35 | 5/26/2010 12:35 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6399 | 5/26/2010 | Wednesday | CRJ | N406SW | FCA | HDN | 2.55 | 5/26/2010 13:09 | 5/26/2010 15:42 | FO | 31651 |
| 6399 | 5/26/2010 | Wednesday | CRJ | N406SW | HDN | DEN | 1.0333 | 5/26/2010 16:59 | 5/26/2010 18:01 | FO | 31651 |
| 6873 | 5/26/2010 | Wednesday | CRJ | N406SW | DEN | SLC | 1.4 | 5/26/2010 18:27 | 5/26/2010 19:51 | FO | 31651 |
| 6095 | 5/31/2010 | Monday | CRJ | N918SW | SLC | SFO | 2.2333 | 5/31/2010 17:21 | 5/31/2010 18:35 | FO | 31651 |
| 6623 | 5/31/2010 | Monday | CRJ | N961SW | SFO | MFR | 1.3 | 5/31/2010 20:59 | 5/31/2010 22:17 | FO | 31651 |
| 6568 | 6/1/2010 | Tuesday | CRJ | N961SW | MFR | SFO | 1.85 | 6/1/2010 9:30 | 6/1/2010 11:21 | FO | 31651 |
| 6350 | 6/1/2010 | Tuesday | CRJ | N978SW | SFO | ONT | 1.8333 | 6/1/2010 12:38 | 6/1/2010 14:28 | FO | 31651 |
| 6330 | 6/2/2010 | Wednesday | CRJ | N507CA | ONT | SFO | 1.6 | 6/2/2010 7:03 | 6/2/2010 8:39 | FO | 31651 |
| 6575 | 6/2/2010 | Wednesday | CRJ | N507CA | SFO | MFR | 1.3666 | 6/2/2010 9:04 | 6/2/2010 10:26 | FO | 31651 |
| 6575 | 6/2/2010 | Wednesday | CRJ | N507CA | MFR | SFO | 1.4333 | 6/2/2010 10:45 | 6/2/2010 12:11 | FO | 31651 |
| 6408 | 6/2/2010 | Wednesday | CRJ | N507CA | SFO | EUG | 2.1333 | 6/2/2010 12:57 | 6/2/2010 15:05 | FO | 31651 |
| 4441 | 6/3/2010 | Thursday | CRJ | N446SW | EUG | SLC | 1.85 | 6/3/2010 5:51 | 6/3/2010 8:42 | FO | 31651 |
| 4563 | 6/3/2010 | Thursday | CRJ | N446SW | SLC | SJC | 2.0833 | 6/3/2010 9:51 | 6/3/2010 10:56 | FO | 31651 |
| 4572 | 6/3/2010 | Thursday | CRJ | N446SW | SJC | SLC | 1.85 | 6/3/2010 11:20 | 6/3/2010 14:11 | FO | 31651 |
| 4670 | 6/6/2010 | Sunday | CRJ | N864AS | SLC | ABQ | 1.5 | 6/6/2010 14:31 | 6/6/2010 16:01 | FO | 31651 |
| 4615 | 6/6/2010 | Sunday | CRJ | N864AS | ABQ | SLC | 1.7 | 6/6/2010 16:58 | 6/6/2010 18:40 | FO | 31651 |
| 4721 | 6/6/2010 | Sunday | CRJ | N864AS | SLC | LGB | 2 | 6/6/2010 19:51 | 6/6/2010 20:51 | FO | 31651 |
| 4680 | 6/7/2010 | Monday | CRJ | N864AS | LGB | SLC | 1.8 | 6/7/2010 6:46 | 6/7/2010 9:34 | FO | 31651 |
| 4728 | 6/7/2010 | Monday | CRJ | N864AS | SLC | MFR | 1.8833 | 6/7/2010 11:12 | 6/7/2010 12:05 | FO | 31651 |
| 4692 | 6/8/2010 | Tuesday | CRJ | N439SW | MFR | SLC | 1.6833 | 6/8/2010 6:04 | 6/8/2010 8:45 | FO | 31651 |
| 4709 | 6/8/2010 | Tuesday | CRJ | N439SW | SLC | RDM | 1.65 | 6/8/2010 11:15 | 6/8/2010 11:54 | FO | 31651 |
| 4563 | 6/9/2010 | Wednesday | CRJ | N452SW | RDM | SLC | 1.6333 | 6/9/2010 6:00 | 6/9/2010 8:38 | FO | 31651 |
| 4563 | 6/9/2010 | Wednesday | CRJ | N452SW | SLC | SJC | 2.2 | 6/9/2010 9:54 | 6/9/2010 11:06 | FO | 31651 |
| 4572 | 6/9/2010 | Wednesday | CRJ | N452SW | SJC | SLC | 1.65 | 6/9/2010 11:29 | 6/9/2010 14:08 | FO | 31651 |
| 4572 | 6/9/2010 | Wednesday | CRJ | N452SW | SLC | BOI | 1.0166 | 6/9/2010 15:40 | 6/9/2010 16:41 | FO | 31651 |
| 4721 | 6/9/2010 | Wednesday | CRJ | N452SW | BOI | SLC | 0.9833 | 6/9/2010 16:58 | 6/9/2010 17:57 | FO | 31651 |
| 4818 | 6/13/2010 | Sunday | CR7 | N607SK | SLC | DEN | 1.7166 | 6/13/2010 10:16 | 6/13/2010 11:59 | FO | 31651 |
| 4583 | 6/13/2010 | Sunday | CR7 | N607SK | DEN | SLC | 1.3 | 6/13/2010 12:27 | 6/13/2010 13:45 | FO | 31651 |
| 4526 | 6/13/2010 | Sunday | CR7 | N367CA | SLC | DEN | 1.5333 | 6/13/2010 15:41 | 6/13/2010 17:13 | FO | 31651 |
| 4463 | 6/13/2010 | Sunday | CR7 | N367CA | DEN | SLC | 1.2666 | 6/13/2010 17:41 | 6/13/2010 18:57 | FO | 31651 |
| 4854 | 6/13/2010 | Sunday | CR7 | N367CA | SLC | JAC | 1.2166 | 6/13/2010 20:04 | 6/13/2010 21:17 | FO | 31651 |
| 4927 | 6/14/2010 | Monday | CR7 | N367CA | JAC | SLC | 0.75 | 6/14/2010 7:07 | 6/14/2010 7:52 | FO | 31651 |
| 4684 | 6/14/2010 | Monday | CR9 | N822SK | SLC | AUS | 2.6166 | 6/14/2010 9:47 | 6/14/2010 13:24 | FO | 31651 |
| 4492 | 6/15/2010 | Tuesday | CR7 | N603SK | AUS | ATL | 2.2333 | 6/15/2010 13:05 | 6/15/2010 16:19 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4475 | 6/15/2010 | Tuesday | CR7 | N603SK | ATL | DHN | 2.15 | 6/15/2010 16:57 | 6/15/2010 18:06 | FO | 31651 |
| 4488 | 6/15/2010 | Tuesday | CR7 | N668CA | DHN | ATL | 1.15 | 6/15/2010 18:59 | 6/15/2010 21:08 | FO | 31651 |
| 4681 | 6/15/2010 | Tuesday | CR7 | N668CA | ATL | OMA | 2.3833 | 6/15/2010 22:03 | 6/15/2010 23:26 | FO | 31651 |
| 6605 | 6/16/2010 | Wednesday | CR6 | N705SK | OMA | ORD | 1.6833 | 6/16/2010 18:44 | 6/16/2010 20:25 | FO | 31651 |
| 6097 | 6/16/2010 | Wednesday | CR6 | N705SK | ORD | SLC | 3.4833 | 6/16/2010 21:02 | 6/16/2010 23:31 | FO | 31651 |
| 4570 | 6/19/2010 | Saturday | CRJ | N430SW | SLC | RDM | 1.5333 | 6/19/2010 22:25 | 6/19/2010 22:57 | FO | 31651 |
| 4717 | 6/20/2010 | Sunday | CRJ | N699BR | RDM | SLC | 1.5 | 6/20/2010 13:29 | 6/20/2010 15:59 | FO | 31651 |
| 6306 | 6/27/2010 | Sunday | CRJ | N471CA | DEN | YXE | 2.3166 | 6/27/2010 11:42 | 6/27/2010 14:01 | FO | 31651 |
| 6303 | 6/28/2010 | Monday | CRJ | N967SW | YXE | YXE | 0.2666 | 6/28/2010 6:24 | 6/28/2010 6:40 | FO | 31651 |
| 6303 | 6/28/2010 | Monday | CRJ | N967SW | YXE | DEN | 2.35 | 6/28/2010 7:05 | 6/28/2010 9:26 | FO | 31651 |
| 6944 | 6/28/2010 | Monday | CRJ | N988CA | DEN | DRO | 1.1 | 6/28/2010 11:43 | 6/28/2010 12:49 | FO | 31651 |
| 6944 | 6/28/2010 | Monday | CRJ | N988CA | DRO | DEN | 1.2666 | 6/28/2010 13:06 | 6/28/2010 14:22 | FO | 31651 |
| 6696 | 6/28/2010 | Monday | CRJ | N988CA | DEN | MTJ | 0.8 | 6/28/2010 14:48 | 6/28/2010 15:36 | FO | 31651 |
| 6198 | 6/29/2010 | Tuesday | CRJ | N964SW | MTJ | DEN | 0.8666 | 6/29/2010 6:28 | 6/29/2010 7:20 | FO | 31651 |
| 6555 | 6/29/2010 | Tuesday | CRJ | N964SW | DEN | GJT | 0.85 | 6/29/2010 8:09 | 6/29/2010 9:00 | FO | 31651 |
| 6555 | 6/29/2010 | Tuesday | CRJ | N964SW | GJT | DEN | 1.3166 | 6/29/2010 9:40 | 6/29/2010 10:59 | FO | 31651 |
| 6031 | 6/29/2010 | Tuesday | CRJ | N964SW | DEN | SLC | 1.3333 | 6/29/2010 11:28 | 6/29/2010 12:48 | FO | 31651 |
| 4654 | 7/2/2010 | Friday | CRJ | N863AS | SLC | PSC | 1.55 | 7/2/2010 8:29 | 7/2/2010 9:02 | FO | 31651 |
| 4775 | 7/2/2010 | Friday | CRJ | N863AS | PSC | SLC | 1.5166 | 7/2/2010 9:31 | 7/2/2010 12:02 | FO | 31651 |
| 4761 | 7/2/2010 | Friday | CRJ | N863AS | SLC | PSP | 1.7166 | 7/2/2010 12:34 | 7/2/2010 13:17 | FO | 31651 |
| 4658 | 7/4/2010 | Sunday | CRJ | N433SW | SLC | BTM | 1.2333 | 7/4/2010 11:12 | 7/4/2010 12:26 | FO | 31651 |
| 4658 | 7/4/2010 | Sunday | CRJ | N433SW | BTM | SLC | 1.15 | 7/4/2010 12:59 | 7/4/2010 14:08 | FO | 31651 |
| 4689 | 7/4/2010 | Sunday | CRJ | N433SW | SLC | MSO | 1.5 | 7/4/2010 15:01 | 7/4/2010 16:31 | FO | 31651 |
| 4531 | 7/5/2010 | Monday | CRJ | N445SW | MSO | SLC | 1.2 | 7/5/2010 6:37 | 7/5/2010 7:49 | FO | 31651 |
| 4531 | 7/5/2010 | Monday | CRJ | N445SW | SLC | SMF | 1.6166 | 7/5/2010 8:36 | 7/5/2010 9:13 | FO | 31651 |
| 4558 | 7/5/2010 | Monday | CRJ | N445SW | SMF | SLC | 1.5333 | 7/5/2010 9:46 | 7/5/2010 12:18 | FO | 31651 |
| 4446 | 7/11/2010 | Sunday | CR9 | N810SK | SLC | MEM | 3.0833 | 7/11/2010 13:56 | 7/11/2010 18:01 | FO | 31651 |
| 4831 | 7/11/2010 | Sunday | CR9 | N810SK | MEM | AUS | 1.9666 | 7/11/2010 19:42 | 7/11/2010 21:40 | FO | 31651 |
| 4482 | 7/12/2010 | Monday | CR9 | N809SK | AUS | MSP | 2.7333 | 7/12/2010 17:52 | 7/12/2010 20:36 | FO | 31651 |
| 4517 | 7/12/2010 | Monday | CR9 | N820SK | MSP | FAR | 0.9833 | 7/12/2010 21:52 | 7/12/2010 22:51 | FO | 31651 |
| 4653 | 7/13/2010 | Tuesday | CR7 | N604SK | FAR | SLC | 2.7333 | 7/13/2010 17:32 | 7/13/2010 19:16 | FO | 31651 |
| 4772 | 7/13/2010 | Tuesday | CR7 | N604SK | SLC | OMA | 2.1 | 7/13/2010 19:55 | 7/13/2010 23:01 | FO | 31651 |
| 4856 | 7/14/2010 | Wednesday | CR7 | N607SK | SLC | YVR | 2.3166 | 7/14/2010 15:53 | 7/14/2010 17:12 | FO | 31651 |
| 4633 | 7/14/2010 | Wednesday | CR7 | N607SK | YVR | SLC | 2.15 | 7/14/2010 17:33 | 7/14/2010 20:42 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4623 | 7/18/2010 | Sunday | CRJ | N915EV | SLC | MOT | 2.15 | 7/18/2010 13:45 | 7/18/2010 16:54 | FO | 31651 |
| 4731 | 7/18/2010 | Sunday | CRJ | N915EV | MOT | SLC | 2.1333 | 7/18/2010 17:35 | 7/18/2010 18:43 | FO | 31651 |
| 4587 | 7/18/2010 | Sunday | CRJ | N915EV | SLC | YYC | 2.3333 | 7/18/2010 20:02 | 7/18/2010 22:22 | FO | 31651 |
| 4459 | 7/19/2010 | Monday | CRJ | N433SW | YYC | SLC | 2 | 7/19/2010 16:50 | 7/19/2010 18:50 | FO | 31651 |
| 4780 | 7/19/2010 | Monday | CRJ | N433SW | SLC | GTF | 1.45 | 7/19/2010 20:14 | 7/19/2010 21:41 | FO | 31651 |
| 6600 | 7/20/2010 | Tuesday | CRJ | N962SW | GTF | DEN | 1.8833 | 7/20/2010 7:31 | 7/20/2010 9:24 | FO | 31651 |
| 6718 | 7/20/2010 | Tuesday | CRJ | N962SW | DEN | XNA | 1.6833 | 7/20/2010 10:03 | 7/20/2010 12:44 | FO | 31651 |
| 6681 | 7/21/2010 | Wednesday | CRJ | N939SW | XNA | DEN | 1.9 | 7/21/2010 6:26 | 7/21/2010 7:20 | FO | 31651 |
| 6555 | 7/21/2010 | Wednesday | CRJ | N952SW | DEN | GJT | 0.8166 | 7/21/2010 8:14 | 7/21/2010 9:03 | FO | 31651 |
| 6555 | 7/21/2010 | Wednesday | CRJ | N952SW | GJT | DEN | 0.9166 | 7/21/2010 9:36 | 7/21/2010 10:31 | FO | 31651 |
| 6031 | 7/21/2010 | Wednesday | CRJ | N952SW | DEN | SLC | 1.5 | 7/21/2010 11:13 | 7/21/2010 12:43 | FO | 31651 |
| 4715 | 7/24/2010 | Saturday | CR9 | N800SK | SLC | SFO | 2.0833 | 7/24/2010 21:32 | 7/24/2010 22:37 | FO | 31651 |
| 6160 | 7/25/2010 | Sunday | CR6 | N754SK | SFO | SNA | 1.65 | 7/25/2010 13:08 | 7/25/2010 14:47 | FO | 31651 |
| 6160 | 7/25/2010 | Sunday | CR6 | N754SK | SNA | SFO | 1.15 | 7/25/2010 15:08 | 7/25/2010 16:17 | FO | 31651 |
| 6106 | 7/25/2010 | Sunday | CR6 | N754SK | SFO | PDX | 1.5666 | 7/25/2010 17:06 | 7/25/2010 18:40 | FO | 31651 |
| 6082 | 7/25/2010 | Sunday | CR6 | N754SK | PDX | LAX | 2.6833 | 7/25/2010 19:14 | 7/25/2010 21:55 | FO | 31651 |
| 6344 | 7/25/2010 | Sunday | CR6 | N754SK | LAX | SAN | 0.8666 | 7/25/2010 22:45 | 7/25/2010 23:37 | FO | 31651 |
| 6335 | 7/26/2010 | Monday | CR6 | N791SK | SAN | LAX | 0.7666 | 7/26/2010 16:32 | 7/26/2010 17:18 | FO | 31651 |
| 6243 | 7/26/2010 | Monday | CR6 | N796SK | LAX | TUS | 1.35 | 7/26/2010 21:12 | 7/26/2010 22:33 | FO | 31651 |
| 6391 | 7/27/2010 | Tuesday | CR6 | N744SK | TUS | LAX | 1.3833 | 7/27/2010 16:22 | 7/27/2010 17:45 | FO | 31651 |
| 6470 | 7/27/2010 | Tuesday | CR6 | N754SK | LAX | SLC | 1.7666 | 7/27/2010 21:38 | 7/28/2010 0:24 | FO | 31651 |
| 4847 | 7/30/2010 | Friday | CRJ | N433SW | SLC | MTJ | 1.05 | 7/30/2010 12:42 | 7/30/2010 13:45 | FO | 31651 |
| 4848 | 7/30/2010 | Friday | CRJ | N433SW | MTJ | SLC | 1.2666 | 7/30/2010 14:11 | 7/30/2010 15:27 | FO | 31651 |
| 4618 | 7/30/2010 | Friday | CRJ | N433SW | SLC | RAP | 1.65 | 7/30/2010 16:43 | 7/30/2010 18:22 | FO | 31651 |
| 4609 | 7/30/2010 | Friday | CRJ | N433SW | RAP | SLC | 1.7666 | 7/30/2010 18:46 | 7/30/2010 20:32 | FO | 31651 |
| 4555 | 8/1/2010 | Sunday | CRJ | N461SW | SLC | ONT | 1.65 | 8/1/2010 20:59 | 8/1/2010 21:38 | FO | 31651 |
| 4756 | 8/2/2010 | Monday | CRJ | N461SW | ONT | SLC | 1.6666 | 8/2/2010 7:21 | 8/2/2010 10:01 | FO | 31651 |
| 4754 | 8/4/2010 | Wednesday | CRJ | N445SW | SLC | ABQ | 2.5 | 8/4/2010 15:49 | 8/4/2010 18:19 | FO | 31651 |
| 4615 | 8/4/2010 | Wednesday | CRJ | N445SW | ABQ | SLC | 1.7666 | 8/4/2010 18:49 | 8/4/2010 20:35 | FO | 31651 |
| 4555 | 8/4/2010 | Wednesday | CRJ | N410SW | SLC | ONT | 1.8166 | 8/4/2010 21:31 | 8/4/2010 22:20 | FO | 31651 |
| 4756 | 8/5/2010 | Thursday | CRJ | N410SW | ONT | SLC | 1.6666 | 8/5/2010 7:43 | 8/5/2010 10:23 | FO | 31651 |
| 4599 | 8/9/2010 | Monday | CRJ | N430SW | SLC | SFO | 1.9666 | 8/9/2010 16:45 | 8/9/2010 17:43 | FO | 31651 |
| 4532 | 8/9/2010 | Monday | CRJ | N430SW | SFO | SLC | 1.7166 | 8/9/2010 18:14 | 8/9/2010 20:57 | FO | 31651 |
| 4739 | 8/9/2010 | Monday | CRJ | N430SW | SLC | OAK | 2.1666 | 8/9/2010 21:54 | 8/9/2010 23:04 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4556 | 8/10/2010 | Tuesday | CRJ | N440SW | OAK | SLC | 1.6833 | 8/10/2010 16:33 | 8/10/2010 19:14 | FO | 31651 |
| 4745 | 8/10/2010 | Tuesday | CRJ | N440SW | SLC | BUR | 1.9833 | 8/10/2010 19:47 | 8/10/2010 20:46 | FO | 31651 |
| 6582 | 8/11/2010 | Wednesday | CRJ | N910SW | BUR | SFO | 1.6166 | 8/11/2010 14:52 | 8/11/2010 16:29 | FO | 31651 |
| 6402 | 8/11/2010 | Wednesday | CRJ | N910SW | SFO | EUG | 1.4166 | 8/11/2010 17:35 | 8/11/2010 19:00 | FO | 31651 |
| 6782 | 8/11/2010 | Wednesday | CRJ | N910SW | EUG | ONT | 1.9333 | 8/11/2010 23:31 | 8/12/2010 1:27 | FO | 31651 |
| 6350 | 8/12/2010 | Thursday | CRJ | N948SW | ONT | SFO | 1.25 | 8/12/2010 15:19 | 8/12/2010 16:34 | FO | 31651 |
| 6616 | 8/12/2010 | Thursday | CRJ | N948SW | SFO | RNO | 0.9 | 8/12/2010 16:53 | 8/12/2010 17:47 | FO | 31651 |
| 6616 | 8/12/2010 | Thursday | CRJ | N948SW | RNO | SFO | 0.9333 | 8/12/2010 18:12 | 8/12/2010 19:08 | FO | 31651 |
| 6356 | 8/12/2010 | Thursday | CRJ | N943SW | SFO | SLC | 1.75 | 8/12/2010 21:11 | 8/12/2010 23:56 | FO | 31651 |
| 6465 | 8/15/2010 | Sunday | CRJ | N971SW | SLC | LAX | 1.9333 | 8/15/2010 6:05 | 8/15/2010 7:01 | FO | 31651 |
| 6322 | 8/15/2010 | Sunday | CRJ | N417SW | LAX | SAN | 0.8833 | 8/15/2010 7:50 | 8/15/2010 8:43 | FO | 31651 |
| 6322 | 8/15/2010 | Sunday | CRJ | N417SW | SAN | LAX | 0.8666 | 8/15/2010 9:08 | 8/15/2010 10:00 | FO | 31651 |
| 6333 | 8/15/2010 | Sunday | CRJ | N919SW | LAX | SAN | 0.8833 | 8/15/2010 13:46 | 8/15/2010 14:39 | FO | 31651 |
| 6333 | 8/15/2010 | Sunday | CRJ | N919SW | SAN | LAX | 0.6333 | 8/15/2010 15:02 | 8/15/2010 15:40 | FO | 31651 |
| 6338 | 8/16/2010 | Monday | CRJ | N417SW | LAX | SAN | 0.7833 | 8/16/2010 16:08 | 8/16/2010 16:55 | FO | 31651 |
| 6338 | 8/16/2010 | Monday | CRJ | N417SW | SAN | LAX | 0.6 | 8/16/2010 17:23 | 8/16/2010 17:59 | FO | 31651 |
| 6528 | 8/16/2010 | Monday | CRJ | N417SW | LAX | PHX | 1.4333 | 8/16/2010 18:40 | 8/16/2010 20:06 | FO | 31651 |
| 6528 | 8/16/2010 | Monday | CRJ | N417SW | PHX | LAX | 1.4 | 8/16/2010 20:31 | 8/16/2010 21:55 | FO | 31651 |
| 6894 | 8/16/2010 | Monday | CRJ | N417SW | LAX | RNO | 1.8 | 8/16/2010 22:31 | 8/17/2010 0:19 | FO | 31651 |
| 6135 | 8/17/2010 | Tuesday | CRJ | N969SW | RNO | LAX | 1.35 | 8/17/2010 17:42 | 8/17/2010 19:03 | FO | 31651 |
| 6292 | 8/17/2010 | Tuesday | CRJ | N964SW | LAX | MRY | 1.0666 | 8/17/2010 20:29 | 8/17/2010 21:33 | FO | 31651 |
| 6292 | 8/17/2010 | Tuesday | CRJ | N964SW | MRY | LAX | 1.1333 | 8/17/2010 21:47 | 8/17/2010 22:55 | FO | 31651 |
| 4787 | 8/18/2010 | Wednesday | CRJ | N432SW | LAX | SAN | 0.7666 | 8/18/2010 16:02 | 8/18/2010 16:48 | FO | 31651 |
| 4730 | 8/18/2010 | Wednesday | CRJ | N432SW | SAN | LAX | 0.75 | 8/18/2010 17:20 | 8/18/2010 18:05 | FO | 31651 |
| 4789 | 8/18/2010 | Wednesday | CRJ | N432SW | LAX | SAN | 0.9666 | 8/18/2010 18:42 | 8/18/2010 19:40 | FO | 31651 |
| 4491 | 8/18/2010 | Wednesday | CRJ | N432SW | SAN | LAX | 0.7666 | 8/18/2010 19:56 | 8/18/2010 20:42 | FO | 31651 |
| 4841 | 8/18/2010 | Wednesday | CRJ | N432SW | LAX | SLC | 2.05 | 8/18/2010 21:14 | 8/19/2010 0:17 | FO | 31651 |
| 4488 | 8/24/2010 | Tuesday | CRJ | N449SW | SLC | RNO | 1.35 | 8/24/2010 17:00 | 8/24/2010 17:21 | FO | 31651 |
| 4691 | 8/24/2010 | Tuesday | CRJ | N449SW | RNO | SLC | 1.3 | 8/24/2010 18:01 | 8/24/2010 20:19 | FO | 31651 |
| 4559 | 8/25/2010 | Wednesday | CRJ | N492SW | SLC | IDA | 0.9833 | 8/25/2010 10:59 | 8/25/2010 11:58 | FO | 31651 |
| 4450 | 8/25/2010 | Wednesday | CRJ | N492SW | IDA | SLC | 0.95 | 8/25/2010 13:23 | 8/25/2010 14:20 | FO | 31651 |
| 4446 | 8/25/2010 | Wednesday | CRJ | N492SW | SLC | BIL | 1.2833 | 8/25/2010 15:10 | 8/25/2010 16:27 | FO | 31651 |
| 4494 | 8/25/2010 | Wednesday | CRJ | N492SW | BIL | SLC | 1.1833 | 8/25/2010 16:48 | 8/25/2010 17:59 | FO | 31651 |
| 6343 | 8/26/2010 | Thursday | CRJ | N916SW | SFO | PDX | 1.8666 | 8/26/2010 13:24 | 8/26/2010 15:16 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6811 | 8/26/2010 | Thursday | CRJ | N916SW | PDX | SFO | 1.7666 | 8/26/2010 15:36 | 8/26/2010 17:22 | FO | 31651 |
| 6418 | 8/26/2010 | Thursday | CRJ | N952SW | SFO | SLC | 1.8 | 8/26/2010 17:58 | 8/26/2010 20:46 | FO | 31651 |
| 4527 | 8/31/2010 | Tuesday | CRJ | N411SW | COS | MSP | 1.9 | 8/31/2010 6:32 | 8/31/2010 9:26 | FO | 31651 |
| 4527 | 8/31/2010 | Tuesday | CRJ | N411SW | MSP | CID | 1.1333 | 8/31/2010 11:11 | 8/31/2010 12:19 | FO | 31651 |
| 4736 | 8/31/2010 | Tuesday | CRJ | N411SW | CID | MSP | 0.9666 | 8/31/2010 12:36 | 8/31/2010 13:34 | FO | 31651 |
| 4719 | 8/31/2010 | Tuesday | CRJ | N411SW | MSP | DLH | 0.6666 | 8/31/2010 13:57 | 8/31/2010 14:37 | FO | 31651 |
| 4879 | 9/1/2010 | Wednesday | CRJ | N447SW | DLH | MSP | 0.9 | 9/1/2010 6:20 | 9/1/2010 7:14 | FO | 31651 |
| 4607 | 9/1/2010 | Wednesday | CRJ | N447SW | MSP | OKC | 1.9833 | 9/1/2010 9:21 | 9/1/2010 11:20 | FO | 31651 |
| 4548 | 9/1/2010 | Wednesday | CRJ | N447SW | OKC | MSP | 1.9333 | 9/1/2010 11:55 | 9/1/2010 13:51 | FO | 31651 |
| 4439 | 9/1/2010 | Wednesday | CRJ | N869AS | MSP | MOT | 1.5166 | 9/1/2010 17:25 | 9/1/2010 18:56 | FO | 31651 |
| 4747 | 9/2/2010 | Thursday | CRJ | N411SW | MOT | SLC | 2.2333 | 9/2/2010 6:23 | 9/2/2010 7:37 | FO | 31651 |
| 4825 | 9/2/2010 | Thursday | CRJ | N411SW | SLC | TUS | 1.8 | 9/2/2010 10:06 | 9/2/2010 10:54 | FO | 31651 |
| 4448 | 9/3/2010 | Friday | CRJ | N866AS | TUS | SLC | 1.85 | 9/3/2010 6:16 | 9/3/2010 9:07 | FO | 31651 |
| 4794 | 9/3/2010 | Friday | CRJ | N910EV | SLC | COS | 1.65 | 9/3/2010 10:05 | 9/3/2010 11:44 | FO | 31651 |
| 6566 | 9/7/2010 | Tuesday | CR6 | N719SK | SLC | SFO | 2.2 | 9/7/2010 7:00 | 9/7/2010 8:12 | FO | 31651 |
| 6132 | 9/7/2010 | Tuesday | CR6 | N765SK | SFO | PDX | 1.7666 | 9/7/2010 8:57 | 9/7/2010 10:43 | FO | 31651 |
| 6229 | 9/8/2010 | Wednesday | CR6 | N755SK | LAX | SEA | 2.4833 | 9/8/2010 16:44 | 9/8/2010 19:13 | FO | 31651 |
| 6754 | 9/8/2010 | Wednesday | CR6 | N755SK | SEA | SFO | 2.1 | 9/8/2010 22:23 | 9/9/2010 0:29 | FO | 31651 |
| 4460 | 9/10/2010 | Friday | CRJ | N441SW | SLC | BZN | 1.4666 | 9/10/2010 9:54 | 9/10/2010 11:22 | FO | 31651 |
| 4507 | 9/10/2010 | Friday | CRJ | N441SW | BZN | SLC | 1.25 | 9/10/2010 11:44 | 9/10/2010 12:59 | FO | 31651 |
| 4800 | 9/14/2010 | Tuesday | CRJ | N910EV | SLC | LAX | 2.0333 | 9/14/2010 6:43 | 9/14/2010 7:45 | FO | 31651 |
| 4800 | 9/14/2010 | Tuesday | CRJ | N910EV | LAX | SAN | 0.8 | 9/14/2010 8:15 | 9/14/2010 9:03 | FO | 31651 |
| 4712 | 9/14/2010 | Tuesday | CRJ | N910EV | SAN | LAX | 0.6666 | 9/14/2010 9:20 | 9/14/2010 10:00 | FO | 31651 |
| 4807 | 9/14/2010 | Tuesday | CRJ | N910EV | LAX | SAN | 0.7333 | 9/14/2010 10:45 | 9/14/2010 11:29 | FO | 31651 |
| 4894 | 9/14/2010 | Tuesday | CRJ | N910EV | SAN | LAX | 0.6666 | 9/14/2010 11:58 | 9/14/2010 12:38 | FO | 31651 |
| 4509 | 9/14/2010 | Tuesday | CRJ | N910EV | LAX | SAN | 0.8 | 9/14/2010 13:24 | 9/14/2010 14:12 | FO | 31651 |
| 4500 | 9/14/2010 | Tuesday | CRJ | N910EV | SAN | LAX | 0.6666 | 9/14/2010 14:30 | 9/14/2010 15:10 | FO | 31651 |
| 4509 | 9/15/2010 | Wednesday | CRJ | N433SW | LAX | SAN | 0.7666 | 9/15/2010 13:27 | 9/15/2010 14:13 | FO | 31651 |
| 4500 | 9/15/2010 | Wednesday | CRJ | N433SW | SAN | LAX | 0.6333 | 9/15/2010 14:43 | 9/15/2010 15:21 | FO | 31651 |
| 4787 | 9/15/2010 | Wednesday | CRJ | N433SW | LAX | SAN | 0.8666 | 9/15/2010 16:02 | 9/15/2010 16:54 | FO | 31651 |
| 4730 | 9/15/2010 | Wednesday | CRJ | N433SW | SAN | LAX | 0.6 | 9/15/2010 17:14 | 9/15/2010 17:50 | FO | 31651 |
| 4789 | 9/15/2010 | Wednesday | CRJ | N433SW | LAX | SAN | 0.7666 | 9/15/2010 18:36 | 9/15/2010 19:22 | FO | 31651 |
| 4491 | 9/15/2010 | Wednesday | CRJ | N433SW | SAN | LAX | 0.7166 | 9/15/2010 19:43 | 9/15/2010 20:26 | FO | 31651 |
| 4708 | 9/15/2010 | Wednesday | CRJ | N433SW | LAX | SLC | 1.8166 | 9/15/2010 21:31 | 9/16/2010 0:20 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4634 | 9/16/2010 | Thursday | CRJ | N416SW | SLC | BOI | 1.35 | 9/16/2010 13:42 | 9/16/2010 15:03 | FO | 31651 |
| 4790 | 9/16/2010 | Thursday | CRJ | N416SW | BOI | SLC | 1.4 | 9/16/2010 15:29 | 9/16/2010 16:53 | FO | 31651 |
| 4854 | 9/16/2010 | Thursday | CRJ | N416SW | SLC | IDA | 1.0166 | 9/16/2010 17:14 | 9/16/2010 18:15 | FO | 31651 |
| 4835 | 9/16/2010 | Thursday | CRJ | N416SW | IDA | SLC | 1.1166 | 9/16/2010 18:37 | 9/16/2010 19:44 | FO | 31651 |
| 4451 | 9/20/2010 | Monday | CRJ | N411SW | SLC | CPR | 1.4166 | 9/20/2010 11:09 | 9/20/2010 12:34 | FO | 31651 |
| 4915 | 9/20/2010 | Monday | CRJ | N411SW | CPR | SLC | 1.25 | 9/20/2010 12:56 | 9/20/2010 14:11 | FO | 31651 |
| 6523 | 9/23/2010 | Thursday | CRJ | N907SW | PHX | LAX | 1.25 | 9/23/2010 6:48 | 9/23/2010 8:03 | FO | 31651 |
| 6321 | 9/23/2010 | Thursday | CRJ | N907SW | LAX | SAN | 0.7 | 9/23/2010 8:21 | 9/23/2010 9:03 | FO | 31651 |
| 6321 | 9/23/2010 | Thursday | CRJ | N907SW | SAN | LAX | 0.65 | 9/23/2010 9:20 | 9/23/2010 9:59 | FO | 31651 |
| 6325 | 9/23/2010 | Thursday | CRJ | N907SW | LAX | SAN | 0.65 | 9/23/2010 10:59 | 9/23/2010 11:38 | FO | 31651 |
| 6325 | 9/23/2010 | Thursday | CRJ | N907SW | SAN | LAX | 0.8333 | 9/23/2010 12:10 | 9/23/2010 13:00 | FO | 31651 |
| 4505 | 9/29/2010 | Wednesday | CR7 | N609SK | SLC | FAR | 2.4333 | 9/29/2010 20:03 | 9/29/2010 23:29 | FO | 31651 |
| 4826 | 9/30/2010 | Thursday | CR7 | N609SK | FAR | SLC | 2.35 | 9/30/2010 6:28 | 9/30/2010 7:49 | FO | 31651 |
| 4523 | 10/3/2010 | Sunday | CRJ | N463SW | SLC | BOI | 1.2333 | 10/3/2010 16:02 | 10/3/2010 17:16 | FO | 31651 |
| 4492 | 10/3/2010 | Sunday | CRJ | N463SW | BOI | SLC | 1.3833 | 10/3/2010 17:40 | 10/3/2010 19:03 | FO | 31651 |
| 4563 | 10/3/2010 | Sunday | CRJ | N463SW | SLC | MSO | 1.4666 | 10/3/2010 19:45 | 10/3/2010 21:13 | FO | 31651 |
| 4876 | 10/4/2010 | Monday | CRJ | N453SW | MSO | SLC | 1.7333 | 10/4/2010 8:57 | 10/4/2010 10:41 | FO | 31651 |
| 4632 | 10/4/2010 | Monday | CRJ | N430SW | SLC | HLN | 1.6 | 10/4/2010 11:05 | 10/4/2010 12:41 | FO | 31651 |
| 4632 | 10/4/2010 | Monday | CRJ | N430SW | HLN | MSO | 0.7166 | 10/4/2010 13:13 | 10/4/2010 13:56 | FO | 31651 |
| 4830 | 10/4/2010 | Monday | CRJ | N430SW | MSO | SLC | 1.4166 | 10/4/2010 14:36 | 10/4/2010 16:01 | FO | 31651 |
| 4643 | 10/5/2010 | Tuesday | CRJ | N430SW | SLC | BTM | 1.55 | 10/5/2010 19:49 | 10/5/2010 21:22 | FO | 31651 |
| 4645 | 10/6/2010 | Wednesday | CRJ | N430SW | BTM | SLC | 1.7 | 10/6/2010 6:27 | 10/6/2010 8:09 | FO | 31651 |
| 6612 | 10/11/2010 | Monday | CRJ | N418SW | SLC | DEN | 1.3333 | 10/11/2010 5:57 | 10/11/2010 7:17 | FO | 31651 |
| 6562 | 10/11/2010 | Monday | CRJ | N466SW | DEN | YWG | 2.2333 | 10/11/2010 10:09 | 10/11/2010 13:23 | FO | 31651 |
| 4783 | 10/12/2010 | Tuesday | CRJ | N410SW | YWG | MSP | 1.5 | 10/12/2010 6:35 | 10/12/2010 8:05 | FO | 31651 |
| 4560 | 10/12/2010 | Tuesday | CRJ | N410SW | MSP | DSM | 0.95 | 10/12/2010 10:22 | 10/12/2010 11:19 | FO | 31651 |
| 4569 | 10/12/2010 | Tuesday | CRJ | N410SW | DSM | MSP | 1 | 10/12/2010 11:52 | 10/12/2010 12:52 | FO | 31651 |
| 4569 | 10/12/2010 | Tuesday | CRJ | N410SW | MSP | FAR | 1.0333 | 10/12/2010 13:41 | 10/12/2010 14:43 | FO | 31651 |
| 4470 | 10/12/2010 | Tuesday | CRJ | N410SW | FAR | MSP | 0.95 | 10/12/2010 15:20 | 10/12/2010 16:17 | FO | 31651 |
| 4736 | 10/13/2010 | Wednesday | CRJ | N492SW | MSP | PIT | 1.9166 | 10/13/2010 16:51 | 10/13/2010 19:46 | FO | 31651 |
| 4734 | 10/13/2010 | Wednesday | CRJ | N492SW | PIT | MSP | 2.0166 | 10/13/2010 20:07 | 10/13/2010 21:08 | FO | 31651 |
| 4508 | 10/13/2010 | Wednesday | CRJ | N866AS | MSP | YQR | 2.2166 | 10/13/2010 21:44 | 10/13/2010 22:57 | FO | 31651 |
| 6883 | 10/14/2010 | Thursday | CRJ | N976SW | YQR | DEN | 1.9666 | 10/14/2010 14:18 | 10/14/2010 16:16 | FO | 31651 |
| 6694 | 10/14/2010 | Thursday | CRJ | N939SW | DEN | SLC | 1.3166 | 10/14/2010 18:53 | 10/14/2010 20:12 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4440 | 10/18/2010 | Monday | CR9 | N823SK | SLC | IAH | 2.9666 | 10/18/2010 9:40 | 10/18/2010 13:38 | FO | 31651 |
| 4740 | 10/19/2010 | Tuesday | CR9 | N823SK | IAH | MSP | 2.9166 | 10/19/2010 5:55 | 10/19/2010 8:50 | FO | 31651 |
| 4740 | 10/19/2010 | Tuesday | CR9 | N809SK | MSP | YYC | 2.8666 | 10/19/2010 10:33 | 10/19/2010 12:25 | FO | 31651 |
| 6478 | 10/20/2010 | Wednesday | CR6 | N780SK | YYC | DEN | 2.2333 | 10/20/2010 6:05 | 10/20/2010 8:19 | FO | 31651 |
| 6878 | 10/20/2010 | Wednesday | CR6 | N780SK | DEN | SJC | 2.5666 | 10/20/2010 9:21 | 10/20/2010 10:55 | FO | 31651 |
| 4582 | 10/21/2010 | Thursday | CR9 | N821SK | SJC | SLC | 1.8833 | 10/21/2010 5:57 | 10/21/2010 8:50 | FO | 31651 |
| 4619 | 10/21/2010 | Thursday | CR7 | N607SK | SLC | SNA | 1.7333 | 10/21/2010 10:00 | 10/21/2010 10:44 | FO | 31651 |
| 4461 | 10/21/2010 | Thursday | CR7 | N607SK | SNA | SLC | 1.7833 | 10/21/2010 11:13 | 10/21/2010 14:00 | FO | 31651 |
| 4520 | 10/24/2010 | Sunday | CRJ | N410SW | SLC | FCA | 1.8166 | 10/24/2010 17:09 | 10/24/2010 18:58 | FO | 31651 |
| 4531 | 10/25/2010 | Monday | CRJ | N459SW | FCA | SLC | 1.75 | 10/25/2010 6:02 | 10/25/2010 7:47 | FO | 31651 |
| 4605 | 10/25/2010 | Monday | CRJ | N459SW | SLC | SMF | 1.9333 | 10/25/2010 9:56 | 10/25/2010 10:52 | FO | 31651 |
| 4552 | 10/25/2010 | Monday | CRJ | N459SW | SMF | SLC | 1.5666 | 10/25/2010 11:21 | 10/25/2010 13:55 | FO | 31651 |
| 4832 | 10/25/2010 | Monday | CRJ | N459SW | SLC | MSO | 1.55 | 10/25/2010 15:16 | 10/25/2010 16:49 | FO | 31651 |
| 6734 | 10/26/2010 | Tuesday | CRJ | N938SW | MSO | DEN | 2.05 | 10/26/2010 6:21 | 10/26/2010 8:24 | FO | 31651 |
| 6222 | 10/26/2010 | Tuesday | CRJ | N938SW | DEN | YYC | 2.4666 | 10/26/2010 9:14 | 10/26/2010 11:42 | FO | 31651 |
| 6222 | 10/26/2010 | Tuesday | CRJ | N938SW | YYC | DEN | 2.8166 | 10/26/2010 12:13 | 10/26/2010 15:02 | FO | 31651 |
| 4708 | 10/27/2010 | Wednesday | CRJ | N460SW | LAX | SLC | 1.6666 | 10/27/2010 21:09 | 10/27/2010 23:49 | FO | 31651 |
| 4928 | 10/31/2010 | Sunday | CR7 | N614SK | SLC | DEN | 1.3666 | 10/31/2010 16:57 | 10/31/2010 18:19 | FO | 31651 |
| 4442 | 10/31/2010 | Sunday | CR7 | N614SK | DEN | SLC | 1.3 | 10/31/2010 19:11 | 10/31/2010 20:29 | FO | 31651 |
| 6252 | 11/1/2010 | Monday | CR6 | N796SK | SFO | SAT | 3.2666 | 11/1/2010 14:33 | 11/1/2010 19:49 | FO | 31651 |
| 6431 | 11/1/2010 | Monday | CR6 | N796SK | SAT | LAX | 2.8666 | 11/1/2010 20:21 | 11/1/2010 21:13 | FO | 31651 |
| 6243 | 11/2/2010 | Tuesday | CR6 | N779SK | LAX | IAH | 3.4333 | 11/2/2010 11:50 | 11/2/2010 17:16 | FO | 31651 |
| 6243 | 11/2/2010 | Tuesday | CR6 | N779SK | IAH | LAX | 3.4 | 11/2/2010 17:47 | 11/2/2010 19:11 | FO | 31651 |
| 6511 | 11/2/2010 | Tuesday | CR6 | N779SK | LAX | FAT | 0.8166 | 11/2/2010 19:56 | 11/2/2010 20:45 | FO | 31651 |
| 4801 | 11/3/2010 | Wednesday | CR9 | N813SK | SLC | RNO | 1.4 | 11/3/2010 17:12 | 11/3/2010 17:36 | FO | 31651 |
| 4707 | 11/3/2010 | Wednesday | CR9 | N813SK | RNO | SLC | 1.1 | 11/3/2010 17:53 | 11/3/2010 19:59 | FO | 31651 |
| 1055 | 11/7/2010 | Sunday | CRJ | N409SW | ONT | TUS | 1.2833 | 11/7/2010 12:34 | 11/7/2010 14:51 | FO | 31651 |
| 6829 | 11/8/2010 | Monday | CRJ | N907SW | SFO | RDM | 1.8166 | 11/8/2010 9:19 | 11/8/2010 11:08 | FO | 31651 |
| 6574 | 11/8/2010 | Monday | CRJ | N907SW | RDM | DEN | 2.35 | 11/8/2010 11:34 | 11/8/2010 14:55 | FO | 31651 |
| 6627 | 11/8/2010 | Monday | CRJ | N907SW | DEN | PSP | 2.65 | 11/8/2010 15:17 | 11/8/2010 16:56 | FO | 31651 |
| 4762 | 11/9/2010 | Tuesday | CRJ | N453SW | PSP | SLC | 1.65 | 11/9/2010 6:52 | 11/9/2010 9:31 | FO | 31651 |
| 4441 | 11/9/2010 | Tuesday | CRJ | N453SW | SLC | FCA | 1.9333 | 11/9/2010 9:55 | 11/9/2010 11:51 | FO | 31651 |
| 4779 | 11/9/2010 | Tuesday | CRJ | N453SW | FCA | SLC | 1.4166 | 11/9/2010 12:08 | 11/9/2010 13:33 | FO | 31651 |
| 4780 | 11/13/2010 | Saturday | CRJ | N411SW | SLC | SLC | 0.85 | 11/13/2010 20:05 | 11/13/2010 20:56 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4780 | 11/13/2010 | Saturday | CRJ | N652BR | SLC | GTF | 1.5666 | 11/13/2010 22:30 | 11/14/2010 0:04 | FO | 31651 |
| 6600 | 11/14/2010 | Sunday | CRJ | N976SW | GTF | DEN | 1.5666 | 11/14/2010 10:55 | 11/14/2010 12:29 | FO | 31651 |
| 6560 | 11/15/2010 | Monday | CRJ | N905SW | DEN | GEG | 2.6 | 11/15/2010 15:28 | 11/15/2010 17:04 | FO | 31651 |
| 6679 | 11/15/2010 | Monday | CRJ | N905SW | GEG | SFO | 1.9166 | 11/15/2010 17:32 | 11/15/2010 19:27 | FO | 31651 |
| 6494 | 11/15/2010 | Monday | CRJ | N905SW | SFO | YYJ | 2.35 | 11/15/2010 20:27 | 11/15/2010 22:48 | FO | 31651 |
| 7024 | 11/16/2010 | Tuesday | CRJ | N969SW | YYJ | SFO | 1.9666 | 11/16/2010 14:42 | 11/16/2010 16:40 | FO | 31651 |
| 6418 | 11/16/2010 | Tuesday | CRJ | N939SW | SFO | SLC | 1.5833 | 11/16/2010 19:27 | 11/16/2010 22:02 | FO | 31651 |
| 4456 | 11/23/2010 | Tuesday | CRJ | N440SW | SLC | LWS | 1.5833 | 11/23/2010 11:08 | 11/23/2010 11:43 | FO | 31651 |
| 4675 | 11/23/2010 | Tuesday | CRJ | N440SW | LWS | SLC | 1.5 | 11/23/2010 12:19 | 11/23/2010 14:49 | FO | 31651 |
| 4675 | 11/23/2010 | Tuesday | CRJ | N440SW | SLC | BUR | 2.3166 | 11/23/2010 15:15 | 11/23/2010 16:34 | FO | 31651 |
| 4674 | 11/23/2010 | Tuesday | CRJ | N440SW | BUR | IDA | 2.4833 | 11/23/2010 16:57 | 11/23/2010 20:26 | FO | 31651 |
| 6668 | 11/24/2010 | Wednesday | CRJ | N903SW | IDA | DEN | 1.6833 | 11/24/2010 7:38 | 11/24/2010 9:19 | FO | 31651 |
| 6695 | 11/24/2010 | Wednesday | CRJ | N903SW | DEN | ELP | 2.0166 | 11/24/2010 10:01 | 11/24/2010 12:02 | FO | 31651 |
| 6590 | 11/25/2010 | Thursday | CRJ | N699BR | ELP | DEN | 1.7833 | 11/25/2010 7:25 | 11/25/2010 9:12 | FO | 31651 |
| 6541 | 11/25/2010 | Thursday | CRJ | N699BR | DEN | BIS | 1.9 | 11/25/2010 10:01 | 11/25/2010 12:55 | FO | 31651 |
| 6479 | 11/26/2010 | Friday | CRJ | N941SW | BIS | DEN | 1.7333 | 11/26/2010 6:35 | 11/26/2010 7:19 | FO | 31651 |
| 6880 | 11/26/2010 | Friday | CRJ | N941SW | DEN | SLC | 1.5166 | 11/26/2010 8:18 | 11/26/2010 9:49 | FO | 31651 |
| 4658 | 11/28/2010 | Sunday | CRJ | N439SW | SLC | BTM | 1.9666 | 11/28/2010 11:51 | 11/28/2010 13:49 | FO | 31651 |
| 4658 | 11/28/2010 | Sunday | CRJ | N439SW | BTM | SLC | 1.45 | 11/28/2010 14:12 | 11/28/2010 15:39 | FO | 31651 |
| 4773 | 11/28/2010 | Sunday | CRJ | N439SW | SLC | ABQ | 2.95 | 11/28/2010 20:34 | 11/28/2010 23:31 | FO | 31651 |
| 4774 | 11/29/2010 | Monday | CRJ | N439SW | ABQ | SLC | 1.5333 | 11/29/2010 9:17 | 11/29/2010 10:49 | FO | 31651 |
| 4745 | 11/29/2010 | Monday | CRJ | N439SW | SLC | ONT | 1.65 | 11/29/2010 11:12 | 11/29/2010 11:51 | FO | 31651 |
| 4794 | 11/30/2010 | Tuesday | CRJ | N416SW | ONT | SLC | 1.7666 | 11/30/2010 5:58 | 11/30/2010 8:44 | FO | 31651 |
| 4728 | 11/30/2010 | Tuesday | CRJ | N416SW | SLC | MFR | 1.8166 | 11/30/2010 11:05 | 11/30/2010 11:54 | FO | 31651 |
| 4729 | 12/1/2010 | Wednesday | CRJ | N433SW | MFR | SLC | 1.5 | 12/1/2010 6:06 | 12/1/2010 8:36 | FO | 31651 |
| 4778 | 12/4/2010 | Saturday | CR7 | N609SK | SLC | OMA | 2.0666 | 12/4/2010 20:14 | 12/4/2010 23:18 | FO | 31651 |
| 4845 | 12/5/2010 | Sunday | CR7 | N613SK | OMA | OMA | 0.3833 | 12/5/2010 13:28 | 12/5/2010 13:51 | FO | 31651 |
| 4845-2 | 12/5/2010 | Sunday | CR7 | N613SK | OMA | OMA | 0.3166 | 12/5/2010 16:15 | 12/5/2010 16:34 | FO | 31651 |
| 4929 | 12/5/2010 | Sunday | CR7 | N613SK | OMA | LAX | 3.7333 | 12/5/2010 18:49 | 12/5/2010 20:33 | FO | 31651 |
| 6526 | 12/6/2010 | Monday | CR6 | N779SK | LAX | PHX | 1.15 | 12/6/2010 8:42 | 12/6/2010 10:51 | FO | 31651 |
| 6526 | 12/6/2010 | Monday | CR6 | N779SK | PHX | LAX | 1.45 | 12/6/2010 11:29 | 12/6/2010 11:56 | FO | 31651 |
| 6442 | 12/6/2010 | Monday | CR6 | N779SK | LAX | OKC | 2.4833 | 12/6/2010 13:01 | 12/6/2010 17:30 | FO | 31651 |
| 6841 | 12/6/2010 | Monday | CR6 | N779SK | OKC | ORD | 2.2833 | 12/6/2010 18:07 | 12/6/2010 20:24 | FO | 31651 |
| 6977 | 12/7/2010 | Tuesday | CR6 | N796SK | ORD | SLC | 3.4333 | 12/7/2010 20:07 | 12/7/2010 22:33 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4456 | 12/12/2010 | Sunday | CRJ | N865AS | SLC | LWS | 1.55 | 12/12/2010 11:02 | 12/12/2010 11:35 | FO | 31651 |
| 4675 | 12/12/2010 | Sunday | CRJ | N865AS | LWS | SLC | 1.3 | 12/12/2010 12:02 | 12/12/2010 14:20 | FO | 31651 |
| 4476 | 12/12/2010 | Sunday | CRJ | N865AS | SLC | GEG | 1.7833 | 12/12/2010 15:16 | 12/12/2010 16:03 | FO | 31651 |
| 6270 | 12/13/2010 | Monday | CRJ | N944SW | GEG | SFO | 2.4166 | 12/13/2010 5:52 | 12/13/2010 8:17 | FO | 31651 |
| 6404 | 12/13/2010 | Monday | CRJ | N944SW | SFO | EUG | 1.5 | 12/13/2010 8:42 | 12/13/2010 10:12 | FO | 31651 |
| 6404 | 12/13/2010 | Monday | CRJ | N944SW | EUG | SFO | 1.45 | 12/13/2010 16:07 | 12/13/2010 17:34 | FO | 31651 |
| 6464 | 12/13/2010 | Monday | CRJ | N944SW | SFO | RDM | 1.3166 | 12/13/2010 18:01 | 12/13/2010 19:20 | FO | 31651 |
| 7014 | 12/14/2010 | Tuesday | CRJ | N944SW | RDM | SFO | 1.8833 | 12/14/2010 7:15 | 12/14/2010 9:08 | FO | 31651 |
| 6826 | 12/14/2010 | Tuesday | CRJ | N944SW | SFO | ONT | 1.4833 | 12/14/2010 9:28 | 12/14/2010 10:57 | FO | 31651 |
| 6318 | 12/14/2010 | Tuesday | CRJ | N944SW | ONT | SFO | 1.3333 | 12/14/2010 11:48 | 12/14/2010 13:08 | FO | 31651 |
| 6350 | 12/14/2010 | Tuesday | CRJ | N944SW | SFO | ONT | 1.2666 | 12/14/2010 13:36 | 12/14/2010 14:52 | FO | 31651 |
| 6330 | 12/15/2010 | Wednesday | CRJ | N920SW | ONT | SFO | 1.45 | 12/15/2010 5:56 | 12/15/2010 7:23 | FO | 31651 |
| 7029 | 12/15/2010 | Wednesday | CRJ | N920SW | SFO | SLC | 1.6833 | 12/15/2010 7:50 | 12/15/2010 10:31 | FO | 31651 |
| 4485 | 1/1/2011 | Saturday | CRJ | N709BR | MSP | CID | 1.05 | 1/1/2011 20:43 | 1/1/2011 21:46 | FO | 31651 |
| 4615 | 1/2/2011 | Sunday | CRJ | N709BR | CID | MSP | 1.2333 | 1/2/2011 6:55 | 1/2/2011 8:09 | FO | 31651 |
| 4615 | 1/2/2011 | Sunday | CRJ | N709BR | MSP | BIS | 1.4666 | 1/2/2011 9:06 | 1/2/2011 10:34 | FO | 31651 |
| 4572 | 1/2/2011 | Sunday | CRJ | N709BR | BIS | MSP | 1.3166 | 1/2/2011 11:09 | 1/2/2011 12:28 | FO | 31651 |
| 4711 | 1/2/2011 | Sunday | CRJ | N709BR | MSP | GFK | 1.3166 | 1/2/2011 13:22 | 1/2/2011 14:41 | FO | 31651 |
| 4475 | 1/3/2011 | Monday | CRJ | N433SW | GFK | FAR | 0.8 | 1/3/2011 6:47 | 1/3/2011 7:35 | FO | 31651 |
| 4475 | 1/3/2011 | Monday | CRJ | N433SW | FAR | MSP | 1.3833 | 1/3/2011 8:55 | 1/3/2011 10:18 | FO | 31651 |
| 4767 | 1/3/2011 | Monday | CRJ | N433SW | MSP | SDF | 1.6666 | 1/3/2011 10:44 | 1/3/2011 13:24 | FO | 31651 |
| 4656 | 1/3/2011 | Monday | CRJ | N433SW | SDF | MSP | 2.0333 | 1/3/2011 13:42 | 1/3/2011 14:44 | FO | 31651 |
| 4696 | 1/3/2011 | Monday | CRJ | N912EV | MSP | RAP | 2.3166 | 1/3/2011 15:32 | 1/3/2011 16:51 | FO | 31651 |
| 4533 | 1/4/2011 | Tuesday | CRJ | N464SW | RAP | SLC | 2 | 1/4/2011 5:51 | 1/4/2011 7:51 | FO | 31651 |
| 4575 | 1/4/2011 | Tuesday | CRJ | N464SW | SLC | SMF | 1.9 | 1/4/2011 8:36 | 1/4/2011 9:30 | FO | 31651 |
| 4558 | 1/4/2011 | Tuesday | CRJ | N464SW | SMF | SLC | 1.6833 | 1/4/2011 10:01 | 1/4/2011 12:42 | FO | 31651 |
| 4763 | 1/8/2011 | Saturday | CRJ | N431SW | SLC | PSP | 1.9166 | 1/8/2011 20:01 | 1/8/2011 20:56 | FO | 31651 |
| 4762 | 1/9/2011 | Sunday | CRJ | N431SW | PSP | SLC | 1.75 | 1/9/2011 6:15 | 1/9/2011 9:00 | FO | 31651 |
| 4612 | 1/9/2011 | Sunday | CRJ | N431SW | SLC | ABQ | 2.2 | 1/9/2011 10:00 | 1/9/2011 12:12 | FO | 31651 |
| 7034 | 1/10/2011 | Monday | CRJ | N983CA | ABQ | SFO | 2.65 | 1/10/2011 6:52 | 1/10/2011 8:31 | FO | 31651 |
| 6406 | 1/10/2011 | Monday | CRJ | N951SW | SFO | EUG | 1.6166 | 1/10/2011 10:47 | 1/10/2011 12:24 | FO | 31651 |
| 6406 | 1/10/2011 | Monday | CRJ | N951SW | EUG | SFO | 1.4 | 1/10/2011 12:47 | 1/10/2011 14:11 | FO | 31651 |
| 6966 | 1/10/2011 | Monday | CRJ | N951SW | SFO | PSP | 1.35 | 1/10/2011 14:55 | 1/10/2011 16:16 | FO | 31651 |
| 4762 | 1/11/2011 | Tuesday | CRJ | N454SW | PSP | SLC | 1.6666 | 1/11/2011 6:15 | 1/11/2011 8:55 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4589 | 1/11/2011 | Tuesday | CRJ | N454SW | SLC | LGB | 1.9333 | 1/11/2011 11:03 | 1/11/2011 11:59 | FO | 31651 |
| 4702 | 1/11/2011 | Tuesday | CRJ | N454SW | LGB | SLC | 1.6333 | 1/11/2011 12:40 | 1/11/2011 15:18 | FO | 31651 |
| 4696 | 1/15/2011 | Saturday | CR7 | N604SK | SLC | MSP | 2.4 | 1/15/2011 19:59 | 1/15/2011 23:23 | FO | 31651 |
| 4791 | 1/16/2011 | Sunday | CR9 | N812SK | MSP | YUL | 2.4166 | 1/16/2011 13:31 | 1/16/2011 16:56 | FO | 31651 |
| 4811 | 1/16/2011 | Sunday | CR9 | N812SK | YUL | MSP | 2.95 | 1/16/2011 17:52 | 1/16/2011 19:49 | FO | 31651 |
| 4653 | 1/17/2011 | Monday | CR7 | N604SK | MSP | FCA | 3.4666 | 1/17/2011 11:40 | 1/17/2011 14:08 | FO | 31651 |
| 4606 | 1/17/2011 | Monday | CR7 | N604SK | FCA | MSP | 2.5333 | 1/17/2011 14:32 | 1/17/2011 18:04 | FO | 31651 |
| 4606 | 1/17/2011 | Monday | CR7 | N604SK | MSP | TYS | 2.1666 | 1/17/2011 19:14 | 1/17/2011 22:24 | FO | 31651 |
| 6395 | 1/18/2011 | Tuesday | CR6 | N744SK | TYS | ORD | 2.0166 | 1/18/2011 16:57 | 1/18/2011 17:58 | FO | 31651 |
| 6449 | 1/18/2011 | Tuesday | CR6 | N788SK | ORD | SLC | 4 | 1/18/2011 19:44 | 1/18/2011 22:44 | FO | 31651 |
| 4571 | 1/23/2011 | Sunday | CRJ | N863AS | SLC | FAT | 1.7166 | 1/23/2011 15:06 | 1/23/2011 15:49 | FO | 31651 |
| 4666 | 1/23/2011 | Sunday | CRJ | N863AS | FAT | SLC | 1.6666 | 1/23/2011 16:25 | 1/23/2011 19:05 | FO | 31651 |
| 4585 | 1/23/2011 | Sunday | CRJ | N863AS | SLC | GJT | 1.1 | 1/23/2011 20:04 | 1/23/2011 21:10 | FO | 31651 |
| 6886 | 1/24/2011 | Monday | CRJ | N938SW | GJT | DEN | 1.2666 | 1/24/2011 7:16 | 1/24/2011 8:32 | FO | 31651 |
| 6695 | 1/24/2011 | Monday | CRJ | N932SW | DEN | MAF | 1.6166 | 1/24/2011 10:38 | 1/24/2011 13:15 | FO | 31651 |
| 6467 | 1/24/2011 | Monday | CRJ | N932SW | MAF | DEN | 1.7833 | 1/24/2011 13:40 | 1/24/2011 14:27 | FO | 31651 |
| 6622 | 1/24/2011 | Monday | CRJ | N964SW | DEN | GJT | 0.8333 | 1/24/2011 15:34 | 1/24/2011 16:24 | FO | 31651 |
| 4465 | 1/25/2011 | Tuesday | CRJ | N416SW | GJT | SLC | 1.4333 | 1/25/2011 6:25 | 1/25/2011 7:51 | FO | 31651 |
| 4719 | 1/25/2011 | Tuesday | CRJ | N416SW | SLC | LGB | 2.35 | 1/25/2011 8:26 | 1/25/2011 9:47 | FO | 31651 |
| 4634 | 1/25/2011 | Tuesday | CRJ | N416SW | LGB | SLC | 2.0166 | 1/25/2011 10:07 | 1/25/2011 13:08 | FO | 31651 |
| 4670 | 1/25/2011 | Tuesday | CRJ | N416SW | SLC | ABQ | 1.95 | 1/25/2011 13:50 | 1/25/2011 15:47 | FO | 31651 |
| 4733 | 1/26/2011 | Wednesday | CRJ | N455SW | ABQ | SLC | 1.8333 | 1/26/2011 9:09 | 1/26/2011 10:59 | FO | 31651 |
| 4658 | 1/26/2011 | Wednesday | CRJ | N447SW | SLC | BTM | 1.4833 | 1/26/2011 11:30 | 1/26/2011 12:59 | FO | 31651 |
| 4658 | 1/26/2011 | Wednesday | CRJ | N447SW | BTM | SLC | 1.3 | 1/26/2011 13:13 | 1/26/2011 14:31 | FO | 31651 |
| 6465 | 1/30/2011 | Sunday | CRJ | N443SW | SLC | LAX | 1.9166 | 1/30/2011 5:53 | 1/30/2011 6:48 | FO | 31651 |
| 6651 | 1/30/2011 | Sunday | CRJ | N443SW | LAX | RNO | 1.5833 | 1/30/2011 8:14 | 1/30/2011 9:49 | FO | 31651 |
| 6651 | 1/30/2011 | Sunday | CRJ | N443SW | RNO | LAX | 1.5333 | 1/30/2011 10:18 | 1/30/2011 11:50 | FO | 31651 |
| 6291 | 1/30/2011 | Sunday | CRJ | N443SW | LAX | ELP | 1.9166 | 1/30/2011 12:20 | 1/30/2011 15:15 | FO | 31651 |
| 6506 | 1/31/2011 | Monday | CRJ | N965SW | ELP | LAX | 2.1 | 1/31/2011 5:44 | 1/31/2011 6:50 | FO | 31651 |
| 6499 | 1/31/2011 | Monday | CRJ | N961SW | LAX | LAX | 0.75 | 1/31/2011 8:17 | 1/31/2011 9:02 | FO | 31651 |
| 6499 | 1/31/2011 | Monday | CRJ | N961SW | LAX | SJC | 1.1166 | 1/31/2011 10:14 | 1/31/2011 11:21 | FO | 31651 |
| 6499 | 1/31/2011 | Monday | CRJ | N961SW | SJC | LAX | 1.2166 | 1/31/2011 11:40 | 1/31/2011 12:53 | FO | 31651 |
| 6487 | 1/31/2011 | Monday | CRJ | N961SW | LAX | TUS | 1.3333 | 1/31/2011 13:25 | 1/31/2011 15:45 | FO | 31651 |
| 6681 | 2/1/2011 | Tuesday | CRJ | N472CA | TUS | DEN | 2.1 | 2/1/2011 8:20 | 2/1/2011 10:26 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6626 | 2/1/2011 | Tuesday | CRJ | N472CA | DEN | PSP | 2.6 | 2/1/2011 11:16 | 2/1/2011 12:52 | FO | 31651 |
| 6829 | 2/2/2011 | Wednesday | CRJ | N924SW | PSP | SFO | 2 | 2/2/2011 6:23 | 2/2/2011 8:23 | FO | 31651 |
| 7029 | 2/2/2011 | Wednesday | CRJ | N924SW | SFO | SLC | 1.9333 | 2/2/2011 8:40 | 2/2/2011 11:36 | FO | 31651 |
| 4658 | 2/6/2011 | Sunday | CRJ | N457SW | SLC | BTM | 1.5333 | 2/6/2011 11:14 | 2/6/2011 12:46 | FO | 31651 |
| 4658 | 2/6/2011 | Sunday | CRJ | N457SW | BTM | SLC | 1.1 | 2/6/2011 12:59 | 2/6/2011 14:05 | FO | 31651 |
| 4858 | 2/6/2011 | Sunday | CRJ | N457SW | SLC | BZN | 1.5 | 2/6/2011 15:59 | 2/6/2011 17:29 | FO | 31651 |
| 4649 | 2/6/2011 | Sunday | CRJ | N457SW | BZN | SLC | 1.3666 | 2/6/2011 17:50 | 2/6/2011 19:12 | FO | 31651 |
| 4490 | 2/6/2011 | Sunday | CRJ | N866AS | SLC | PSC | 1.9333 | 2/6/2011 20:11 | 2/6/2011 21:07 | FO | 31651 |
| 4777 | 2/7/2011 | Monday | CRJ | N426SW | PSC | SLC | 1.6 | 2/7/2011 13:08 | 2/7/2011 15:44 | FO | 31651 |
| 4673 | 2/7/2011 | Monday | CRJ | N431SW | SLC | BUR | 1.85 | 2/7/2011 20:08 | 2/7/2011 20:59 | FO | 31651 |
| 4672 | 2/8/2011 | Tuesday | CRJ | N431SW | BUR | SLC | 1.9 | 2/8/2011 7:01 | 2/8/2011 9:55 | FO | 31651 |
| 4658 | 2/8/2011 | Tuesday | CRJ | N431SW | SLC | BTM | 1.3333 | 2/8/2011 11:07 | 2/8/2011 12:27 | FO | 31651 |
| 4658 | 2/8/2011 | Tuesday | CRJ | N431SW | BTM | SLC | 1.0833 | 2/8/2011 12:52 | 2/8/2011 13:57 | FO | 31651 |
| 4477 | 2/9/2011 | Wednesday | CRJ | N431SW | SLC | GEG | 1.7333 | 2/9/2011 8:26 | 2/9/2011 9:10 | FO | 31651 |
| 4478 | 2/9/2011 | Wednesday | CRJ | N431SW | GEG | SLC | 1.5 | 2/9/2011 9:54 | 2/9/2011 12:24 | FO | 31651 |
| 4440 | 2/9/2011 | Wednesday | CRJ | N431SW | SLC | GJT | 0.85 | 2/9/2011 13:40 | 2/9/2011 14:31 | FO | 31651 |
| 4521 | 2/9/2011 | Wednesday | CRJ | N431SW | GJT | SLC | 0.95 | 2/9/2011 15:01 | 2/9/2011 15:58 | FO | 31651 |
| 6440 | 2/13/2011 | Sunday | CRJ | N701BR | LAX | COS | 2.0666 | 2/13/2011 14:44 | 2/13/2011 17:48 | FO | 31651 |
| 6440 | 2/13/2011 | Sunday | CRJ | N701BR | COS | LAX | 2.5 | 2/13/2011 18:14 | 2/13/2011 19:44 | FO | 31651 |
| 6906 | 2/13/2011 | Sunday | CRJ | N701BR | LAX | ELP | 1.8666 | 2/13/2011 20:54 | 2/13/2011 23:46 | FO | 31651 |
| 6291 | 2/14/2011 | Monday | CRJ | N970SW | ELP | LAX | 2.15 | 2/14/2011 15:43 | 2/14/2011 16:52 | FO | 31651 |
| 6470 | 2/14/2011 | Monday | CRJ | N909SW | LAX | SLC | 1.7666 | 2/14/2011 20:30 | 2/14/2011 23:16 | FO | 31651 |
| 4596 | 2/15/2011 | Tuesday | CRJ | N412SW | SLC | RDM | 1.8666 | 2/15/2011 11:14 | 2/15/2011 12:06 | FO | 31651 |
| 4551 | 2/16/2011 | Wednesday | CRJ | N453SW | RDM | SLC | 3.0333 | 2/16/2011 6:18 | 2/16/2011 10:20 | FO | 31651 |
| 4658 | 2/16/2011 | Wednesday | CRJ | N453SW | SLC | BTM | 1.4666 | 2/16/2011 10:57 | 2/16/2011 12:25 | FO | 31651 |
| 4658 | 2/16/2011 | Wednesday | CRJ | N453SW | BTM | SLC | 1.3333 | 2/16/2011 12:52 | 2/16/2011 14:12 | FO | 31651 |
| 4843 | 2/16/2011 | Wednesday | CRJ | N453SW | SLC | HLN | 1.6666 | 2/16/2011 15:07 | 2/16/2011 16:47 | FO | 31651 |
| 4620 | 2/16/2011 | Wednesday | CRJ | N453SW | HLN | GJT | 2.2166 | 2/16/2011 17:22 | 2/16/2011 19:35 | FO | 31651 |
| 1069 | 2/17/2011 | Thursday | CRJ | N453SW | GJT | SLC | 1.35 | 2/17/2011 9:00 | 2/17/2011 10:21 | FO | 31651 |
| 1300 | 2/17/2011 | Thursday | CRJ | N910EV | SLC | SLC | 1.0333 | 2/17/2011 11:34 | 2/17/2011 12:36 | FO | 31651 |
| 4794 | 2/20/2011 | Sunday | CR9 | N803SK | SLC | BOI | 1.0666 | 2/20/2011 15:19 | 2/20/2011 16:23 | FO | 31651 |
| 4794 | 2/20/2011 | Sunday | CR9 | N803SK | BOI | SLC | 0.95 | 2/20/2011 17:25 | 2/20/2011 18:22 | FO | 31651 |
| 4590 | 2/21/2011 | Monday | CR9 | N822SK | SLC | DEN | 1.5333 | 2/21/2011 8:29 | 2/21/2011 10:01 | FO | 31651 |
| 4614 | 2/21/2011 | Monday | CR9 | N822SK | DEN | SLC | 1.55 | 2/21/2011 10:33 | 2/21/2011 12:06 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4530 | 2/21/2011 | Monday | CR7 | N604SK | SLC | OKC | 2.2 | 2/21/2011 13:54 | 2/21/2011 17:06 | FO | 31651 |
| 4514 | 2/21/2011 | Monday | CR7 | N604SK | OKC | SLC | 2.4333 | 2/21/2011 17:40 | 2/21/2011 19:06 | FO | 31651 |
| 4802 | 2/22/2011 | Tuesday | CR9 | N802SK | SLC | MEM | 2.9166 | 2/22/2011 8:38 | 2/22/2011 12:33 | FO | 31651 |
| 4869 | 2/23/2011 | Wednesday | CR9 | N821SK | MEM | MSP | 2.15 | 2/23/2011 5:59 | 2/23/2011 8:08 | FO | 31651 |
| 4493 | 2/23/2011 | Wednesday | CR9 | N821SK | MSP | OMA | 1.2333 | 2/23/2011 9:28 | 2/23/2011 10:42 | FO | 31651 |
| 4845 | 2/23/2011 | Wednesday | CR9 | N821SK | OMA | SLC | 2.5333 | 2/23/2011 12:24 | 2/23/2011 13:56 | FO | 31651 |
| 4661 | 2/27/2011 | Sunday | CR9 | N825SK | SLC | IAH | 2.9833 | 2/27/2011 17:03 | 2/27/2011 21:02 | FO | 31651 |
| 4548 | 2/28/2011 | Monday | CR9 | N820SK | IAH | MSP | 2.65 | 2/28/2011 14:03 | 2/28/2011 16:42 | FO | 31651 |
| 4638 | 2/28/2011 | Monday | CR9 | N820SK | MSP | OMA | 1.1166 | 2/28/2011 19:54 | 2/28/2011 21:01 | FO | 31651 |
| 4644 | 3/1/2011 | Tuesday | CR9 | N805SK | OMA | MSP | 1.2666 | 3/1/2011 6:52 | 3/1/2011 8:08 | FO | 31651 |
| 4548 | 3/1/2011 | Tuesday | CR9 | N805SK | MSP | IAH | 2.85 | 3/1/2011 10:08 | 3/1/2011 12:59 | FO | 31651 |
| 4489 | 3/1/2011 | Tuesday | CR9 | N825SK | IAH | SLC | 3.1333 | 3/1/2011 13:54 | 3/1/2011 16:02 | FO | 31651 |
| 4623 | 3/2/2011 | Wednesday | CRJ | N863AS | FAT | SLC | 1.6 | 3/2/2011 13:13 | 3/2/2011 15:49 | FO | 31651 |
| 4506 | 3/2/2011 | Wednesday | CRJ | N863AS | SLC | BOI | 1.0833 | 3/2/2011 16:44 | 3/2/2011 17:49 | FO | 31651 |
| 1066 | 3/2/2011 | Wednesday | CRJ | N863AS | BOI | SLC | 1.1833 | 3/2/2011 18:30 | 3/2/2011 19:41 | FO | 31651 |
| 4752 | 3/2/2011 | Wednesday | CRJ | N863AS | SLC | EUG | 1.8666 | 3/2/2011 21:30 | 3/2/2011 22:22 | FO | 31651 |
| 6406 | 3/3/2011 | Thursday | CRJ | N919SW | EUG | SFO | 1.35 | 3/3/2011 12:45 | 3/3/2011 14:06 | FO | 31651 |
| 6360 | 3/3/2011 | Thursday | CRJ | N472CA | SFO | ONT | 1.2333 | 3/3/2011 18:08 | 3/3/2011 19:22 | FO | 31651 |
| 6907 | 3/3/2011 | Thursday | CRJ | N472CA | ONT | SFO | 1.4333 | 3/3/2011 19:49 | 3/3/2011 21:15 | FO | 31651 |
| 4588 | 3/6/2011 | Sunday | CRJ | N452SW | SFO | SLC | 1.8333 | 3/6/2011 17:36 | 3/6/2011 20:26 | FO | 31651 |
| 4630 | 3/6/2011 | Sunday | CRJ | N452SW | SLC | ABQ | 1.45 | 3/6/2011 20:52 | 3/6/2011 22:19 | FO | 31651 |
| 4733 | 3/7/2011 | Monday | CRJ | N452SW | ABQ | SLC | 1.6333 | 3/7/2011 8:19 | 3/7/2011 9:57 | FO | 31651 |
| 4647 | 3/7/2011 | Monday | CRJ | N452SW | SLC | GTF | 1.4166 | 3/7/2011 11:02 | 3/7/2011 12:27 | FO | 31651 |
| 6276 | 3/8/2011 | Tuesday | CRJ | N506CA | GTF | DEN | 2.05 | 3/8/2011 6:57 | 3/8/2011 9:00 | FO | 31651 |
| 6497 | 3/8/2011 | Tuesday | CRJ | N506CA | DEN | LIT | 2.6333 | 3/8/2011 10:50 | 3/8/2011 14:28 | FO | 31651 |
| 7001 | 3/8/2011 | Tuesday | CRJ | N506CA | LIT | ORD | 1.65 | 3/8/2011 14:52 | 3/8/2011 16:31 | FO | 31651 |
| 7012 | 3/8/2011 | Tuesday | CRJ | N506CA | ORD | MKE | 0.75 | 3/8/2011 17:08 | 3/8/2011 17:53 | FO | 31651 |
| 6680 | 3/9/2011 | Wednesday | CRJ | N961SW | MKE | DEN | 2.7666 | 3/9/2011 18:10 | 3/9/2011 19:56 | FO | 31651 |
| 6554 | 3/9/2011 | Wednesday | CRJ | N466SW | DEN | SLC | 1.3833 | 3/9/2011 21:41 | 3/9/2011 23:04 | FO | 31651 |
| 4569 | 3/13/2011 | Sunday | CR7 | N607SK | SLC | RNO | 1.6666 | 3/13/2011 17:14 | 3/13/2011 17:54 | FO | 31651 |
| 4569 | 3/13/2011 | Sunday | CR7 | N607SK | RNO | SLC | 1.3 | 3/13/2011 18:12 | 3/13/2011 20:30 | FO | 31651 |
| 4486 | 3/14/2011 | Monday | CR9 | N810SK | SLC | BNA | 3.35 | 3/14/2011 17:08 | 3/14/2011 21:29 | FO | 31651 |
| 4457 | 3/15/2011 | Tuesday | CR9 | N810SK | BNA | SLC | 3.4333 | 3/15/2011 7:06 | 3/15/2011 9:32 | FO | 31651 |
| 4563 | 3/15/2011 | Tuesday | CR9 | N802SK | SLC | SJC | 2.1333 | 3/15/2011 11:28 | 3/15/2011 12:36 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6581 | 3/16/2011 | Wednesday | CRJ | N910SW | DEN | BOI | 2 | 3/16/2011 15:11 | 3/16/2011 17:11 | FO | 31651 |
| 6352 | 3/16/2011 | Wednesday | CRJ | N910SW | BOI | SFO | 1.9166 | 3/16/2011 17:44 | 3/16/2011 18:39 | FO | 31651 |
| 6398 | 3/16/2011 | Wednesday | CRJ | N934SW | SFO | BOI | 1.45 | 3/16/2011 19:52 | 3/16/2011 22:19 | FO | 31651 |
| 4664 | 3/17/2011 | Thursday | CRJ | N437SW | BOI | SLC | 1.35 | 3/17/2011 8:52 | 3/17/2011 10:13 | FO | 31651 |
| 6790 | 3/20/2011 | Sunday | CRJ | N947SW | TUS | LAX | 2 | 3/20/2011 19:37 | 3/20/2011 21:37 | FO | 31651 |
| 6445 | 3/20/2011 | Sunday | CRJ | N947SW | LAX | TUS | 1.4166 | 3/20/2011 22:09 | 3/20/2011 23:34 | FO | 31651 |
| 1351 | 3/21/2011 | Monday | CJ7 | N617QX | TUS | CVG | 3.7833 | 3/21/2011 8:00 | 3/21/2011 14:47 | FO | 31651 |
| 6338 | 3/27/2011 | Sunday | CRJ | N934SW | LAX | SAN | 0.85 | 3/27/2011 16:43 | 3/27/2011 17:34 | FO | 31651 |
| 6338 | 3/27/2011 | Sunday | CRJ | N934SW | SAN | LAX | 0.6833 | 3/27/2011 17:53 | 3/27/2011 18:34 | FO | 31651 |
| 6292 | 3/27/2011 | Sunday | CRJ | N934SW | LAX | MRY | 1.1333 | 3/27/2011 19:13 | 3/27/2011 20:21 | FO | 31651 |
| 6292 | 3/27/2011 | Sunday | CRJ | N934SW | MRY | LAX | 1.3 | 3/27/2011 20:42 | 3/27/2011 22:00 | FO | 31651 |
| 6521 | 3/27/2011 | Sunday | CRJ | N934SW | LAX | SJC | 1.3 | 3/27/2011 22:46 | 3/28/2011 0:04 | FO | 31651 |
| 6519 | 3/28/2011 | Monday | CRJ | N407SW | SJC | LAX | 1.3 | 3/28/2011 19:14 | 3/28/2011 20:32 | FO | 31651 |
| 6470 | 3/28/2011 | Monday | CRJ | N652BR | LAX | SLC | 1.7666 | 3/28/2011 21:33 | 3/29/2011 0:19 | FO | 31651 |
| 4657 | 3/29/2011 | Tuesday | CRJ | N449SW | SLC | SFO | 1.9833 | 3/29/2011 16:32 | 3/29/2011 17:31 | FO | 31651 |
| 4657 | 3/29/2011 | Tuesday | CRJ | N449SW | SFO | SLC | 1.8166 | 3/29/2011 18:07 | 3/29/2011 20:56 | FO | 31651 |
| 4668 | 3/30/2011 | Wednesday | CR9 | N804SK | SLC | DEN | 1.35 | 3/30/2011 6:44 | 3/30/2011 8:05 | FO | 31651 |
| 4668 | 3/30/2011 | Wednesday | CR9 | N804SK | DEN | SLC | 1.4833 | 3/30/2011 8:47 | 3/30/2011 10:16 | FO | 31651 |
| 4563 | 3/30/2011 | Wednesday | CR9 | N825SK | SLC | SJC | 2.2666 | 3/30/2011 11:28 | 3/30/2011 12:44 | FO | 31651 |
| 6275 | 3/31/2011 | Thursday | CR6 | N787SK | SJC | DEN | 2.4 | 3/31/2011 5:56 | 3/31/2011 9:20 | FO | 31651 |
| 6393 | 3/31/2011 | Thursday | CR6 | N792SK | DEN | PHX | 1.6833 | 3/31/2011 10:07 | 3/31/2011 10:48 | FO | 31651 |
| 6523 | 4/1/2011 | Friday | CR6 | N706SK | PHX | LAX | 1.3 | 4/1/2011 5:15 | 4/1/2011 6:33 | FO | 31651 |
| 6466 | 4/1/2011 | Friday | CR6 | N746SK | LAX | SLC | 1.75 | 4/1/2011 7:45 | 4/1/2011 10:30 | FO | 31651 |
| 4510 | 4/3/2011 | Sunday | CRJ | N438SW | SLC | COS | 1.5166 | 4/3/2011 14:00 | 4/3/2011 15:31 | FO | 31651 |
| 4510 | 4/3/2011 | Sunday | CRJ | N438SW | COS | SLC | 1.9833 | 4/3/2011 17:22 | 4/3/2011 19:21 | FO | 31651 |
| 4504 | 4/3/2011 | Sunday | CRJ | N438SW | SLC | BIL | 1.4 | 4/3/2011 20:00 | 4/3/2011 21:24 | FO | 31651 |
| 4517 | 4/4/2011 | Monday | CRJ | N438SW | BIL | SLC | 1.3333 | 4/4/2011 7:18 | 4/4/2011 8:38 | FO | 31651 |
| 4541 | 4/4/2011 | Monday | CRJ | N438SW | SLC | TUS | 1.6666 | 4/4/2011 10:26 | 4/4/2011 11:06 | FO | 31651 |
| 6517 | 4/5/2011 | Tuesday | CRJ | N913SW | TUS | LAX | 1.4833 | 4/5/2011 5:27 | 4/5/2011 6:56 | FO | 31651 |
| 6290 | 4/5/2011 | Tuesday | CRJ | N913SW | LAX | MRY | 1.3333 | 4/5/2011 7:32 | 4/5/2011 8:52 | FO | 31651 |
| 6290 | 4/5/2011 | Tuesday | CRJ | N913SW | MRY | LAX | 1.5 | 4/5/2011 9:20 | 4/5/2011 10:50 | FO | 31651 |
| 6333 | 4/5/2011 | Tuesday | CRJ | N919SW | LAX | SAN | 0.8333 | 4/5/2011 12:53 | 4/5/2011 13:43 | FO | 31651 |
| 4500 | 4/6/2011 | Wednesday | CRJ | N506CA | SAN | LAX | 0.65 | 4/6/2011 14:51 | 4/6/2011 15:30 | FO | 31651 |
| 4787 | 4/6/2011 | Wednesday | CRJ | N464SW | LAX | SAN | 0.75 | 4/6/2011 16:27 | 4/6/2011 17:12 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4730 | 4/6/2011 | Wednesday | CRJ | N464SW | SAN | LAX | 0.6833 | 4/6/2011 17:30 | 4/6/2011 18:11 | FO | 31651 |
| 4789 | 4/6/2011 | Wednesday | CRJ | N464SW | LAX | SAN | 0.75 | 4/6/2011 18:47 | 4/6/2011 19:32 | FO | 31651 |
| 4478 | 4/6/2011 | Wednesday | CRJ | N464SW | SAN | LAX | 0.6666 | 4/6/2011 19:59 | 4/6/2011 20:39 | FO | 31651 |
| 4478 | 4/6/2011 | Wednesday | CRJ | N464SW | LAX | SLC | 2.1166 | 4/6/2011 21:15 | 4/7/2011 0:22 | FO | 31651 |
| 6888 | 4/11/2011 | Monday | CR6 | N767SK | LAX | AUS | 2.8333 | 4/11/2011 18:59 | 4/11/2011 23:49 | FO | 31651 |
| 4454 | 4/12/2011 | Tuesday | CR9 | N816SK | AUS | SLC | 2.8833 | 4/12/2011 14:19 | 4/12/2011 16:12 | FO | 31651 |
| 4795 | 4/17/2011 | Sunday | CR9 | N802SK | SLC | STL | 2.5833 | 4/17/2011 15:11 | 4/17/2011 18:46 | FO | 31651 |
| 4795 | 4/17/2011 | Sunday | CR9 | N802SK | STL | SLC | 3.2166 | 4/17/2011 19:28 | 4/17/2011 21:41 | FO | 31651 |
| 4720 | 4/18/2011 | Monday | CR9 | N800SK | SLC | DEN | 1.2666 | 4/18/2011 11:39 | 4/18/2011 12:55 | FO | 31651 |
| 4528 | 4/18/2011 | Monday | CR9 | N800SK | DEN | SLC | 1.65 | 4/18/2011 13:27 | 4/18/2011 15:06 | FO | 31651 |
| 4703 | 4/18/2011 | Monday | CR9 | N823SK | SLC | LAX | 2.0333 | 4/18/2011 16:55 | 4/18/2011 17:57 | FO | 31651 |
| 4711 | 4/18/2011 | Monday | CR9 | N823SK | LAX | LAS | 1.1666 | 4/18/2011 18:38 | 4/18/2011 19:48 | FO | 31651 |
| 4484 | 4/18/2011 | Monday | CR9 | N823SK | LAS | LAX | 1.4666 | 4/18/2011 20:20 | 4/18/2011 21:48 | FO | 31651 |
| 4766 | 4/19/2011 | Tuesday | CR9 | N823SK | LAX | SFO | 1.45 | 4/19/2011 14:27 | 4/19/2011 15:54 | FO | 31651 |
| 4711 | 4/19/2011 | Tuesday | CR9 | N823SK | SFO | LAX | 1.25 | 4/19/2011 16:22 | 4/19/2011 17:37 | FO | 31651 |
| 4620 | 4/19/2011 | Tuesday | CR9 | N823SK | LAX | LAS | 1.25 | 4/19/2011 19:31 | 4/19/2011 20:46 | FO | 31651 |
| 4633 | 4/20/2011 | Wednesday | CR9 | N820SK | LAS | SLC | 1.5166 | 4/20/2011 7:55 | 4/20/2011 10:26 | FO | 31651 |
| 4518 | 4/20/2011 | Wednesday | CR9 | N803SK | SLC | DEN | 1.45 | 4/20/2011 13:11 | 4/20/2011 14:38 | FO | 31651 |
| 4526 | 4/20/2011 | Wednesday | CR9 | N803SK | DEN | SLC | 1.5 | 4/20/2011 15:02 | 4/20/2011 16:32 | FO | 31651 |
| 6541 | 4/21/2011 | Thursday | CRJ | N918SW | SFO | SAN | 1.4333 | 4/21/2011 16:26 | 4/21/2011 17:52 | FO | 31651 |
| 6496 | 4/21/2011 | Thursday | CRJ | N918SW | SAN | LAX | 0.6833 | 4/21/2011 18:15 | 4/21/2011 18:56 | FO | 31651 |
| 6470 | 4/21/2011 | Thursday | CRJ | N978SW | LAX | SLC | 1.8666 | 4/21/2011 21:06 | 4/21/2011 23:58 | FO | 31651 |
| 4642 | 4/24/2011 | Sunday | CRJ | N427SW | SLC | PDX | 2 | 4/24/2011 14:58 | 4/24/2011 15:58 | FO | 31651 |
| 4621 | 4/24/2011 | Sunday | CRJ | N427SW | PDX | SLC | 1.8 | 4/24/2011 16:52 | 4/24/2011 19:40 | FO | 31651 |
| 4778 | 4/24/2011 | Sunday | CRJ | N427SW | SLC | PSC | 1.8 | 4/24/2011 20:03 | 4/24/2011 20:51 | FO | 31651 |
| 6614 | 4/25/2011 | Monday | CRJ | N930SW | PSC | DEN | 2.1166 | 4/25/2011 14:38 | 4/25/2011 17:45 | FO | 31651 |
| 6866 | 4/25/2011 | Monday | CRJ | N917SW | DEN | LIT | 2.0666 | 4/25/2011 20:26 | 4/25/2011 23:30 | FO | 31651 |
| 6440 | 4/26/2011 | Tuesday | CRJ | N929SW | COS | LAX | 2.8 | 4/26/2011 20:22 | 4/26/2011 22:10 | FO | 31651 |
| 6811 | 4/26/2011 | Tuesday | CRJ | N929SW | LAX | RNO | 1.4166 | 4/26/2011 22:31 | 4/26/2011 23:56 | FO | 31651 |
| 6461 | 4/27/2011 | Wednesday | CRJ | N679SA | RNO | LAX | 1.4333 | 4/27/2011 18:33 | 4/27/2011 19:59 | FO | 31651 |
| 6470 | 4/27/2011 | Wednesday | CRJ | N679SA | LAX | SLC | 1.6666 | 4/27/2011 21:02 | 4/27/2011 23:42 | FO | 31651 |
| 6887 | 5/2/2011 | Monday | CR6 | N792SK | COS | ORD | 2.3 | 5/2/2011 5:57 | 5/2/2011 9:15 | FO | 31651 |
| 6991 | 5/2/2011 | Monday | CR6 | N784SK | ORD | COS | 2.7833 | 5/2/2011 12:01 | 5/2/2011 13:48 | FO | 31651 |
| 6238 | 5/3/2011 | Tuesday | CR6 | N760SK | COS | IAD | 3.2833 | 5/3/2011 8:33 | 5/3/2011 13:50 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6238 | 5/3/2011 | Tuesday | CR6 | N760SK | IAD | RDU | 1.05 | 5/3/2011 15:09 | 5/3/2011 16:12 | FO | 31651 |
| 6349 | 5/3/2011 | Tuesday | CR6 | N760SK | RDU | IAD | 1.2 | 5/3/2011 16:57 | 5/3/2011 18:09 | FO | 31651 |
| 1180 | 5/4/2011 | Wednesday | CR6 | N793SK | IAD | IAH | 3.35 | 5/4/2011 6:13 | 5/4/2011 8:34 | FO | 31651 |
| 1180 | 5/4/2011 | Wednesday | CR6 | N793SK | IAH | OKC | 1.3333 | 5/4/2011 9:06 | 5/4/2011 10:26 | FO | 31651 |
| 1181 | 5/4/2011 | Wednesday | CR6 | N793SK | OKC | IAH | 1.25 | 5/4/2011 10:56 | 5/4/2011 12:11 | FO | 31651 |
| 4506 | 5/8/2011 | Sunday | CR9 | N815SK | SLC | BOI | 0.9333 | 5/8/2011 17:41 | 5/8/2011 18:37 | FO | 31651 |
| 4506 | 5/8/2011 | Sunday | CR9 | N815SK | BOI | SLC | 1.2833 | 5/8/2011 19:15 | 5/8/2011 20:32 | FO | 31651 |
| 1154 | 5/9/2011 | Monday | CR6 | N773SK | IAH | ORF | 2.8833 | 5/9/2011 13:25 | 5/9/2011 17:18 | FO | 31651 |
| 1126 | 5/9/2011 | Monday | CR6 | N773SK | ORF | IAH | 3.0833 | 5/9/2011 17:45 | 5/9/2011 19:50 | FO | 31651 |
| 1138 | 5/9/2011 | Monday | CR6 | N773SK | IAH | DFW | 0.9833 | 5/9/2011 21:14 | 5/9/2011 22:13 | FO | 31651 |
| 6335 | 5/10/2011 | Tuesday | CR6 | N793SK | DFW | LAX | 3.0833 | 5/10/2011 13:00 | 5/10/2011 14:05 | FO | 31651 |
| 6296 | 5/10/2011 | Tuesday | CR6 | N797SK | LAX | DFW | 2.7666 | 5/10/2011 18:49 | 5/10/2011 23:35 | FO | 31651 |
| 6236 | 5/16/2011 | Monday | CRJ | N960SW | DEN | LNK | 1.3166 | 5/16/2011 21:33 | 5/16/2011 23:52 | FO | 31651 |
| 6608 | 5/17/2011 | Tuesday | CRJ | N961SW | LNK | ORD | 1.4333 | 5/17/2011 18:50 | 5/17/2011 20:16 | FO | 31651 |
| 6900 | 5/17/2011 | Tuesday | CRJ | N929SW | ORD | MKE | 0.6666 | 5/17/2011 21:43 | 5/17/2011 22:23 | FO | 31651 |
| 6911 | 5/18/2011 | Wednesday | CRJ | N928SW | MKE | ORD | 0.9333 | 5/18/2011 12:14 | 5/18/2011 13:10 | FO | 31651 |
| 4623 | 5/22/2011 | Sunday | CRJ | N466SW | SLC | FAT | 1.7166 | 5/22/2011 11:23 | 5/22/2011 12:06 | FO | 31651 |
| 4768 | 5/22/2011 | Sunday | CRJ | N466SW | FAT | SLC | 1.4333 | 5/22/2011 13:07 | 5/22/2011 15:33 | FO | 31651 |
| 4768 | 5/23/2011 | Monday | CRJ | N439SW | FAT | SLC | 1.6666 | 5/23/2011 13:16 | 5/23/2011 15:56 | FO | 31651 |
| 4725 | 5/23/2011 | Monday | CRJ | N439SW | SLC | LGB | 2.1166 | 5/23/2011 16:48 | 5/23/2011 17:55 | FO | 31651 |
| 4725 | 5/23/2011 | Monday | CRJ | N439SW | LGB | SLC | 1.9 | 5/23/2011 18:16 | 5/23/2011 21:10 | FO | 31651 |
| 4765 | 5/23/2011 | Monday | CRJ | N439SW | SLC | FCA | 1.65 | 5/23/2011 21:43 | 5/23/2011 23:22 | FO | 31651 |
| 4602 | 5/24/2011 | Tuesday | CRJ | N433SW | FCA | SLC | 1.6333 | 5/24/2011 16:52 | 5/24/2011 18:30 | FO | 31651 |
| 4641 | 5/24/2011 | Tuesday | CRJ | N464SW | SLC | FAT | 1.6 | 5/24/2011 20:00 | 5/24/2011 20:36 | FO | 31651 |
| 1354 | 5/25/2011 | Wednesday | CRJ | N913SW | FAT | SFO | 0.7833 | 5/25/2011 16:30 | 5/25/2011 17:17 | FO | 31651 |
| 4688 | 6/1/2011 | Wednesday | CR9 | N825SK | SLC | DFW | 2.6666 | 6/1/2011 9:40 | 6/1/2011 13:20 | FO | 31651 |
| 4632 | 6/1/2011 | Wednesday | CR9 | N825SK | DFW | MSP | 2.4333 | 6/1/2011 13:53 | 6/1/2011 16:19 | FO | 31651 |
| 4694 | 6/1/2011 | Wednesday | CR9 | N825SK | MSP | DFW | 2.5166 | 6/1/2011 17:20 | 6/1/2011 19:51 | FO | 31651 |
| 4636 | 6/2/2011 | Thursday | CR9 | N815SK | DFW | MSP | 2.2666 | 6/2/2011 6:51 | 6/2/2011 9:07 | FO | 31651 |
| 4664 | 6/2/2011 | Thursday | CR9 | N815SK | MSP | BIL | 2.2 | 6/2/2011 11:36 | 6/2/2011 12:48 | FO | 31651 |
| 4664 | 6/2/2011 | Thursday | CR9 | N815SK | BIL | MSP | 1.9333 | 6/2/2011 13:22 | 6/2/2011 16:18 | FO | 31651 |
| 4632 | 6/3/2011 | Friday | CR9 | N821SK | MSP | BOI | 2.7833 | 6/3/2011 17:56 | 6/3/2011 19:43 | FO | 31651 |
| 4497 | 6/4/2011 | Saturday | CR9 | N821SK | BOI | SLC | 1.15 | 6/4/2011 6:29 | 6/4/2011 7:38 | FO | 31651 |
| 4773 | 6/4/2011 | Saturday | CR9 | N821SK | SLC | LAX | 1.8333 | 6/4/2011 8:32 | 6/4/2011 9:22 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4773 | 6/4/2011 | Saturday | CR9 | N821SK | LAX | SLC | 1.5166 | 6/4/2011 10:14 | 6/4/2011 12:45 | FO | 31651 |
| 4611 | 6/7/2011 | Tuesday | CR7 | N613SK | SLC | SFO | 2.7833 | 6/7/2011 8:34 | 6/7/2011 10:21 | FO | 31651 |
| 4463 | 6/7/2011 | Tuesday | CR9 | N812SK | SFO | LAX | 1.5666 | 6/7/2011 10:46 | 6/7/2011 12:20 | FO | 31651 |
| 6836 | 6/8/2011 | Wednesday | CR6 | N746SK | LAX | YVR | 3.05 | 6/8/2011 8:23 | 6/8/2011 11:26 | FO | 31651 |
| 6836 | 6/8/2011 | Wednesday | CR6 | N746SK | YVR | LAX | 3.05 | 6/8/2011 11:56 | 6/8/2011 14:59 | FO | 31651 |
| 3491 | 6/9/2011 | Thursday | CJ7 | N216AG | FAT | SEA | 2.1166 | 6/9/2011 7:30 | 6/9/2011 9:37 | FO | 31651 |
| 3472 | 6/9/2011 | Thursday | CJ7 | N216AG | SEA | LGB | 2.5666 | 6/9/2011 10:11 | 6/9/2011 12:45 | FO | 31651 |
| 4733 | 6/13/2011 | Monday | CR7 | N668CA | SLC | ABQ | 1.65 | 6/13/2011 8:40 | 6/13/2011 10:19 | FO | 31651 |
| 4733 | 6/13/2011 | Monday | CR7 | N668CA | ABQ | SLC | 1.6 | 6/13/2011 11:06 | 6/13/2011 12:42 | FO | 31651 |
| 4800 | 6/13/2011 | Monday | CR7 | N613QX | SLC | SAT | 2.5833 | 6/13/2011 16:56 | 6/13/2011 20:31 | FO | 31651 |
| 6310 | 6/14/2011 | Tuesday | CR6 | N751SK | SAT | LAX | 3.2166 | 6/14/2011 14:32 | 6/14/2011 15:45 | FO | 31651 |
| 5438 | 6/14/2011 | Tuesday | CR6 | N762SK | LAX | OKC | 2.85 | 6/14/2011 19:14 | 6/15/2011 0:05 | FO | 31651 |
| 4565 | 6/15/2011 | Wednesday | CR7 | N608SK | OKC | SLC | 2.5 | 6/15/2011 17:35 | 6/15/2011 19:05 | FO | 31651 |
| 4772 | 6/15/2011 | Wednesday | CR7 | N608SK | SLC | OMA | 2.15 | 6/15/2011 19:59 | 6/15/2011 23:08 | FO | 31651 |
| 4779 | 6/16/2011 | Thursday | CR9 | N812SK | OMA | SLC | 2.4333 | 6/16/2011 12:14 | 6/16/2011 13:40 | FO | 31651 |
| 4567 | 6/16/2011 | Thursday | CR9 | N810SK | SLC | GEG | 1.8 | 6/16/2011 17:12 | 6/16/2011 18:00 | FO | 31651 |
| 4567 | 6/16/2011 | Thursday | CR9 | N810SK | GEG | SLC | 1.65 | 6/16/2011 18:23 | 6/16/2011 21:02 | FO | 31651 |
| 6215 | 7/3/2011 | Sunday | CRJ | N937SW | DEN | ONT | 2.1333 | 7/3/2011 13:27 | 7/3/2011 14:35 | FO | 31651 |
| 6314 | 7/4/2011 | Monday | CRJ | N417SW | ONT | SFO | 1.3666 | 7/4/2011 8:24 | 7/4/2011 9:46 | FO | 31651 |
| 5352 | 7/4/2011 | Monday | CRJ | N417SW | SFO | YYJ | 2.25 | 7/4/2011 10:45 | 7/4/2011 13:00 | FO | 31651 |
| 6315 | 7/5/2011 | Tuesday | CRJ | N947SW | YYJ | SFO | 2.2 | 7/5/2011 6:30 | 7/5/2011 8:42 | FO | 31651 |
| 6225 | 7/5/2011 | Tuesday | CRJ | N916SW | SFO | PHX | 2.2833 | 7/5/2011 10:56 | 7/5/2011 13:13 | FO | 31651 |
| 6225 | 7/5/2011 | Tuesday | CRJ | N916SW | PHX | SFO | 1.9333 | 7/5/2011 13:39 | 7/5/2011 15:35 | FO | 31651 |
| 5336 | 7/5/2011 | Tuesday | CRJ | N941SW | SFO | PDX | 1.6 | 7/5/2011 16:08 | 7/5/2011 17:44 | FO | 31651 |
| 6442 | 7/6/2011 | Wednesday | CRJ | N967SW | PDX | LAX | 2.3833 | 7/6/2011 6:35 | 7/6/2011 8:58 | FO | 31651 |
| 6509 | 7/6/2011 | Wednesday | CRJ | N967SW | LAX | BZN | 2.5666 | 7/6/2011 9:42 | 7/6/2011 13:16 | FO | 31651 |
| 6425 | 7/6/2011 | Wednesday | CRJ | N967SW | BZN | DEN | 1.6833 | 7/6/2011 13:45 | 7/6/2011 15:26 | FO | 31651 |
| 5564 | 7/7/2011 | Thursday | CRJ | N960SW | DEN | SLC | 1.5 | 7/7/2011 12:53 | 7/7/2011 14:23 | FO | 31651 |
| 5564 | 7/7/2011 | Thursday | CRJ | N960SW | SLC | DEN | 1.3166 | 7/7/2011 15:10 | 7/7/2011 16:29 | FO | 31651 |
| 5455 | 7/7/2011 | Thursday | CRJ | N479CA | DEN | BIS | 1.6 | 7/7/2011 19:31 | 7/7/2011 22:07 | FO | 31651 |
| 5455 | 7/7/2011 | Thursday | CRJ | N479CA | BIS | DEN | 1.5833 | 7/7/2011 22:20 | 7/7/2011 22:55 | FO | 31651 |
| 4646 | 7/11/2011 | Monday | CRJ | N951SW | SLC | GEG | 1.8 | 7/11/2011 15:26 | 7/11/2011 16:14 | FO | 31651 |
| 5460 | 7/12/2011 | Tuesday | CRJ | N699BR | GEG | SFO | 2.35 | 7/12/2011 5:58 | 7/12/2011 8:19 | FO | 31651 |
| 6404 | 7/12/2011 | Tuesday | CRJ | N699BR | SFO | EUG | 1.6333 | 7/12/2011 8:43 | 7/12/2011 10:21 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6404 | 7/12/2011 | Tuesday | CRJ | N699BR | EUG | SFO | 2.05 | 7/12/2011 12:36 | 7/12/2011 14:39 | FO | 31651 |
| 6464 | 7/12/2011 | Tuesday | CRJ | N699BR | SFO | RDM | 1.5166 | 7/12/2011 15:06 | 7/12/2011 16:37 | FO | 31651 |
| 4551 | 7/13/2011 | Wednesday | CRJ | N455SW | RDM | SLC | 1.6333 | 7/13/2011 6:11 | 7/13/2011 8:49 | FO | 31651 |
| 4541 | 7/13/2011 | Wednesday | CRJ | N455SW | SLC | TUS | 2.0833 | 7/13/2011 9:51 | 7/13/2011 10:56 | FO | 31651 |
| 4541 | 7/13/2011 | Wednesday | CRJ | N455SW | TUS | SLC | 1.8 | 7/13/2011 11:27 | 7/13/2011 14:15 | FO | 31651 |
| 4721 | 7/14/2011 | Thursday | CR7 | N613SK | SLC | LGB | 2.0166 | 7/14/2011 20:02 | 7/14/2011 21:03 | FO | 31651 |
| 4716 | 7/15/2011 | Friday | CR7 | N613SK | LGB | SLC | 1.8 | 7/15/2011 6:39 | 7/15/2011 9:27 | FO | 31651 |
| 4757 | 7/15/2011 | Friday | CR7 | N613SK | SLC | OKC | 2.1 | 7/15/2011 10:37 | 7/15/2011 13:43 | FO | 31651 |
| 6441 | 7/18/2011 | Monday | CRJ | N967SW | SLC | SFO | 2 | 7/18/2011 17:29 | 7/18/2011 18:29 | FO | 31651 |
| 6450 | 7/18/2011 | Monday | CRJ | N967SW | SFO | BUR | 1.2166 | 7/18/2011 19:04 | 7/18/2011 20:17 | FO | 31651 |
| 5557 | 7/18/2011 | Monday | CRJ | N967SW | BUR | SFO | 1.5333 | 7/18/2011 21:47 | 7/18/2011 23:19 | FO | 31651 |
| 4673 | 7/19/2011 | Tuesday | CRJ | N432SW | SLC | BUR | 1.9166 | 7/19/2011 20:08 | 7/19/2011 21:03 | FO | 31651 |
| 6279 | 7/20/2011 | Wednesday | CRJ | N935SW | BUR | DEN | 2.55 | 7/20/2011 7:07 | 7/20/2011 10:40 | FO | 31651 |
| 6467 | 7/20/2011 | Wednesday | CRJ | N979SW | DEN | MAF | 1.8166 | 7/20/2011 11:50 | 7/20/2011 14:39 | FO | 31651 |
| 5826 | 7/21/2011 | Thursday | CRJ | N468CA | MAF | IAH | 1.5 | 7/21/2011 8:12 | 7/21/2011 9:42 | FO | 31651 |
| 5816 | 7/21/2011 | Thursday | CRJ | N468CA | IAH | DAL | 1.0833 | 7/21/2011 10:09 | 7/21/2011 11:14 | FO | 31651 |
| 5550 | 7/21/2011 | Thursday | CRJ | N468CA | DAL | DEN | 1.9333 | 7/21/2011 11:48 | 7/21/2011 12:44 | FO | 31651 |
| 1352 | 7/22/2011 | Friday | CRJ | N979SW | SLC | DEN | 1.4333 | 7/22/2011 15:23 | 7/22/2011 16:49 | FO | 31651 |
| 5810 | 7/25/2011 | Monday | CRJ | N918SW | IAH | MAF | 1.2833 | 7/25/2011 19:38 | 7/25/2011 20:55 | FO | 31651 |
| 5837 | 7/26/2011 | Tuesday | CRJ | N918SW | MAF | IAH | 1.4166 | 7/26/2011 7:24 | 7/26/2011 8:49 | FO | 31651 |
| 5802 | 7/26/2011 | Tuesday | CRJ | N918SW | IAH | ATL | 2.1666 | 7/26/2011 9:30 | 7/26/2011 12:40 | FO | 31651 |
| 5802 | 7/26/2011 | Tuesday | CRJ | N918SW | ATL | CLE | 1.7833 | 7/26/2011 13:01 | 7/26/2011 14:48 | FO | 31651 |
| 4510 | 7/27/2011 | Wednesday | CRJ | N410SW | CLE | MSP | 2.4166 | 7/27/2011 6:40 | 7/27/2011 8:05 | FO | 31651 |
| 4474 | 7/27/2011 | Wednesday | CRJ | N410SW | MSP | COS | 2.3 | 7/27/2011 9:27 | 7/27/2011 10:45 | FO | 31651 |
| 5807 | 7/28/2011 | Thursday | CRJ | N943SW | COS | IAH | 2.35 | 7/28/2011 6:17 | 7/28/2011 9:38 | FO | 31651 |
| 4717 | 8/1/2011 | Monday | CRJ | N863AS | SLC | SMF | 1.7 | 8/1/2011 16:56 | 8/1/2011 17:38 | FO | 31651 |
| 4573 | 8/1/2011 | Monday | CRJ | N863AS | SMF | LAX | 1.7166 | 8/1/2011 18:16 | 8/1/2011 19:59 | FO | 31651 |
| 4742 | 8/1/2011 | Monday | CRJ | N863AS | LAX | SMF | 1.5166 | 8/1/2011 20:41 | 8/1/2011 22:12 | FO | 31651 |
| 4787 | 8/2/2011 | Tuesday | CRJ | N863AS | SMF | LAX | 1.4666 | 8/2/2011 14:23 | 8/2/2011 15:51 | FO | 31651 |
| 4787 | 8/2/2011 | Tuesday | CRJ | N863AS | LAX | SAN | 0.9333 | 8/2/2011 16:21 | 8/2/2011 17:17 | FO | 31651 |
| 4730 | 8/2/2011 | Tuesday | CRJ | N863AS | SAN | LAX | 0.7333 | 8/2/2011 17:41 | 8/2/2011 18:25 | FO | 31651 |
| 4810 | 8/2/2011 | Tuesday | CRJ | N863AS | LAX | OAK | 1.2666 | 8/2/2011 19:50 | 8/2/2011 21:06 | FO | 31651 |
| 4809 | 8/3/2011 | Wednesday | CRJ | N448SW | OAK | LAX | 1.3 | 8/3/2011 13:53 | 8/3/2011 15:11 | FO | 31651 |
| 4792 | 8/3/2011 | Wednesday | CRJ | N448SW | LAX | OAK | 1.3 | 8/3/2011 15:40 | 8/3/2011 16:58 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4792 | 8/3/2011 | Wednesday | CRJ | N448SW | OAK | LAX | 1.4833 | 8/3/2011 17:20 | 8/3/2011 18:49 | FO | 31651 |
| 4808 | 8/3/2011 | Wednesday | CRJ | N448SW | LAX | OAK | 1.4333 | 8/3/2011 19:15 | 8/3/2011 20:41 | FO | 31651 |
| 4808 | 8/3/2011 | Wednesday | CRJ | N448SW | OAK | LAX | 1.5333 | 8/3/2011 21:02 | 8/3/2011 22:34 | FO | 31651 |
| 4807 | 8/4/2011 | Thursday | CRJ | N452SW | LAX | SAN | 0.7666 | 8/4/2011 11:18 | 8/4/2011 12:04 | FO | 31651 |
| 4519 | 8/4/2011 | Thursday | CRJ | N452SW | SAN | LAX | 0.6833 | 8/4/2011 12:27 | 8/4/2011 13:08 | FO | 31651 |
| 4509 | 8/4/2011 | Thursday | CRJ | N452SW | LAX | SAN | 0.8166 | 8/4/2011 13:43 | 8/4/2011 14:32 | FO | 31651 |
| 4500 | 8/4/2011 | Thursday | CRJ | N452SW | SAN | LAX | 0.65 | 8/4/2011 15:12 | 8/4/2011 15:51 | FO | 31651 |
| 4500 | 8/4/2011 | Thursday | CRJ | N452SW | LAX | SMF | 1.85 | 8/4/2011 16:22 | 8/4/2011 18:13 | FO | 31651 |
| 4570 | 8/4/2011 | Thursday | CRJ | N452SW | SMF | SLC | 1.5833 | 8/4/2011 18:31 | 8/4/2011 21:06 | FO | 31651 |
| 4729 | 8/5/2011 | Friday | CRJ | N863AS | SLC | RAP | 1.5333 | 8/5/2011 9:36 | 8/5/2011 11:08 | FO | 31651 |
| 4584 | 8/5/2011 | Friday | CRJ | N863AS | RAP | MSP | 1.7333 | 8/5/2011 12:05 | 8/5/2011 14:49 | FO | 31651 |
| 4708 | 8/8/2011 | Monday | CRJ | N409SW | MSP | BNA | 2.1833 | 8/8/2011 19:28 | 8/8/2011 21:39 | FO | 31651 |
| 4535 | 8/9/2011 | Tuesday | CRJ | N455SW | BNA | MSP | 2.2166 | 8/9/2011 8:00 | 8/9/2011 10:13 | FO | 31651 |
| 4450 | 8/9/2011 | Tuesday | CRJ | N455SW | MSP | YWG | 1.7333 | 8/9/2011 11:23 | 8/9/2011 13:07 | FO | 31651 |
| 4718 | 8/10/2011 | Wednesday | CRJ | N455SW | YWG | MSP | 1.4 | 8/10/2011 6:23 | 8/10/2011 7:47 | FO | 31651 |
| 4695 | 8/15/2011 | Monday | CR9 | N817SK | SLC | LAS | 1.2833 | 8/15/2011 17:47 | 8/15/2011 18:04 | FO | 31651 |
| 4447 | 8/15/2011 | Monday | CR9 | N817SK | LAS | LAX | 1.1166 | 8/15/2011 18:43 | 8/15/2011 19:50 | FO | 31651 |
| 5464 | 8/16/2011 | Tuesday | CR6 | N701SK | LAX | SEA | 2.3333 | 8/16/2011 16:04 | 8/16/2011 18:24 | FO | 31651 |
| 5464 | 8/16/2011 | Tuesday | CR6 | N701SK | SEA | LAX | 3.1166 | 8/16/2011 19:10 | 8/16/2011 22:17 | FO | 31651 |
| 6344 | 8/16/2011 | Tuesday | CR6 | N701SK | LAX | SAN | 0.95 | 8/16/2011 22:56 | 8/16/2011 23:53 | FO | 31651 |
| 6338 | 8/17/2011 | Wednesday | CR6 | N744SK | SAN | LAX | 0.7333 | 8/17/2011 17:45 | 8/17/2011 18:29 | FO | 31651 |
| 6453 | 8/17/2011 | Wednesday | CR6 | N728SK | LAX | PHX | 1.2666 | 8/17/2011 21:58 | 8/17/2011 23:14 | FO | 31651 |
| 4794 | 8/18/2011 | Thursday | CR7 | N603QX | PHX | LAX | 1.4666 | 8/18/2011 13:59 | 8/18/2011 15:27 | FO | 31651 |
| 4780 | 8/18/2011 | Thursday | CR7 | N603QX | LAX | SFO | 1.2166 | 8/18/2011 16:30 | 8/18/2011 17:43 | FO | 31651 |
| 4700 | 8/18/2011 | Thursday | CR7 | N603QX | SFO | SLC | 1.65 | 8/18/2011 18:26 | 8/18/2011 21:05 | FO | 31651 |
| 6519 | 8/23/2011 | Tuesday | CR6 | N797SK | SJC | LAX | 1.2666 | 8/23/2011 17:47 | 8/23/2011 19:03 | FO | 31651 |
| 5478 | 8/23/2011 | Tuesday | CR6 | N783SK | LAX | PDX | 2.0666 | 8/23/2011 22:16 | 8/24/2011 0:20 | FO | 31651 |
| 6416 | 8/24/2011 | Wednesday | CR6 | N763SK | PDX | SFO | 1.9 | 8/24/2011 10:23 | 8/24/2011 12:17 | FO | 31651 |
| 6535 | 8/24/2011 | Wednesday | CR6 | N763SK | SFO | SNA | 1.5 | 8/24/2011 12:55 | 8/24/2011 14:25 | FO | 31651 |
| 6535 | 8/24/2011 | Wednesday | CR6 | N763SK | SNA | SFO | 1.15 | 8/24/2011 14:55 | 8/24/2011 16:04 | FO | 31651 |
| 6418 | 8/24/2011 | Wednesday | CR6 | N752SK | SFO | SLC | 1.7333 | 8/24/2011 20:06 | 8/24/2011 22:50 | FO | 31651 |
| 4646 | 8/25/2011 | Thursday | CR9 | N816SK | SLC | GEG | 1.5666 | 8/25/2011 15:37 | 8/25/2011 16:11 | FO | 31651 |
| 4646 | 8/25/2011 | Thursday | CR9 | N816SK | GEG | SLC | 1.4 | 8/25/2011 16:46 | 8/25/2011 19:10 | FO | 31651 |
| 4740 | 8/25/2011 | Thursday | CR9 | N816SK | SLC | ORD | 2.95 | 8/25/2011 20:08 | 8/26/2011 0:05 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5518 | 8/31/2011 | Wednesday | CR6 | N750SK | LAX | RNO | 1.2 | 8/31/2011 7:28 | 8/31/2011 8:40 | FO | 31651 |
| 6484 | 8/31/2011 | Wednesday | CR6 | N750SK | RNO | SFO | 1.15 | 8/31/2011 9:58 | 8/31/2011 11:07 | FO | 31651 |
| 5370 | 9/4/2011 | Sunday | CRJ | N983SW | SLC | DEN | 1.35 | 9/4/2011 7:09 | 9/4/2011 8:30 | FO | 31651 |
| 5515 | 9/4/2011 | Sunday | CRJ | N465SW | DEN | YQR | 2.2333 | 9/4/2011 11:57 | 9/4/2011 14:11 | FO | 31651 |
| 5515 | 9/5/2011 | Monday | CRJ | N929SW | YQR | DEN | 2.05 | 9/5/2011 14:23 | 9/5/2011 16:26 | FO | 31651 |
| 6197 | 9/5/2011 | Monday | CRJ | N905SW | DEN | PSP | 2.2333 | 9/5/2011 18:43 | 9/5/2011 19:57 | FO | 31651 |
| 4762 | 9/6/2011 | Tuesday | CRJ | N951SW | PSP | SLC | 1.5333 | 9/6/2011 6:32 | 9/6/2011 9:04 | FO | 31651 |
| 4459 | 9/6/2011 | Tuesday | CRJ | N951SW | SLC | YYC | 2.1333 | 9/6/2011 11:00 | 9/6/2011 13:08 | FO | 31651 |
| 4459 | 9/6/2011 | Tuesday | CRJ | N951SW | YYC | SLC | 1.8666 | 9/6/2011 13:53 | 9/6/2011 15:45 | FO | 31651 |
| 5293 | 9/11/2011 | Sunday | CRJ | N905SW | SLC | SFO | 2.4666 | 9/11/2011 7:14 | 9/11/2011 8:42 | FO | 31651 |
| 5352 | 9/11/2011 | Sunday | CRJ | N956SW | SFO | YYJ | 2.65 | 9/11/2011 12:53 | 9/11/2011 15:32 | FO | 31651 |
| 6315 | 9/12/2011 | Monday | CRJ | N938SW | YYJ | SFO | 2.2666 | 9/12/2011 6:20 | 9/12/2011 8:36 | FO | 31651 |
| 6406 | 9/12/2011 | Monday | CRJ | N507CA | SFO | EUG | 1.8666 | 9/12/2011 12:22 | 9/12/2011 14:14 | FO | 31651 |
| 4681 | 9/13/2011 | Tuesday | CRJ | N413SW | EUG | SLC | 2.0666 | 9/13/2011 5:58 | 9/13/2011 9:02 | FO | 31651 |
| 4693 | 9/13/2011 | Tuesday | CR9 | N825SK | SLC | DEN | 1.2666 | 9/13/2011 12:35 | 9/13/2011 13:51 | FO | 31651 |
| 4693 | 9/13/2011 | Tuesday | CR9 | N825SK | DEN | SLC | 1.25 | 9/13/2011 14:31 | 9/13/2011 15:46 | FO | 31651 |
| 4864 | 9/20/2011 | Tuesday | CR9 | N800SK | ROW | SLC | 1.6833 | 9/20/2011 14:34 | 9/20/2011 16:15 | FO | 31651 |
| 4796 | 9/21/2011 | Wednesday | CR9 | N804SK | LAX | PHX | 1.6833 | 9/21/2011 17:29 | 9/21/2011 19:10 | FO | 31651 |
| 4796 | 9/21/2011 | Wednesday | CR9 | N804SK | PHX | LAX | 1.2833 | 9/21/2011 19:41 | 9/21/2011 20:58 | FO | 31651 |
| 4462 | 9/25/2011 | Sunday | CR7 | N631SK | SLC | ABQ | 1.6166 | 9/25/2011 13:53 | 9/25/2011 15:30 | FO | 31651 |
| 4462 | 9/25/2011 | Sunday | CR7 | N631SK | ABQ | SLC | 1.4666 | 9/25/2011 17:22 | 9/25/2011 18:50 | FO | 31651 |
| 7775 | 9/27/2011 | Tuesday | CRJ | N435SW | SLC | SGU | 0.9 | 9/27/2011 21:37 | 9/27/2011 22:31 | FO | 31651 |
| 7771 | 9/28/2011 | Wednesday | CRJ | N411SW | SGU | SLC | 1.1666 | 9/28/2011 13:05 | 9/28/2011 14:15 | FO | 31651 |
| 4749 | 9/28/2011 | Wednesday | CRJ | N411SW | SLC | ONT | 1.65 | 9/28/2011 15:07 | 9/28/2011 15:46 | FO | 31651 |
| 4749 | 9/28/2011 | Wednesday | CRJ | N411SW | ONT | SLC | 1.7 | 9/28/2011 16:17 | 9/28/2011 18:59 | FO | 31651 |
| 4840 | 10/2/2011 | Sunday | CR9 | N822SK | SLC | MCI | 2.2333 | 10/2/2011 10:33 | 10/2/2011 13:47 | FO | 31651 |
| 4840 | 10/2/2011 | Sunday | CR9 | N822SK | MCI | SLC | 2.5166 | 10/2/2011 14:31 | 10/2/2011 16:02 | FO | 31651 |
| 4695 | 10/2/2011 | Sunday | CR9 | N823SK | SLC | LAS | 1.4333 | 10/2/2011 17:10 | 10/2/2011 17:36 | FO | 31651 |
| 4585 | 10/2/2011 | Sunday | CR9 | N823SK | LAS | LAX | 1.1833 | 10/2/2011 18:24 | 10/2/2011 19:35 | FO | 31651 |
| 4780 | 10/3/2011 | Monday | CR7 | N340CA | LAX | SFO | 1.3 | 10/3/2011 16:42 | 10/3/2011 18:00 | FO | 31651 |
| 4821 | 10/3/2011 | Monday | CR7 | N340CA | SFO | LAX | 1.2833 | 10/3/2011 18:45 | 10/3/2011 20:02 | FO | 31651 |
| 4461 | 10/4/2011 | Tuesday | CR9 | N815SK | SLC | MSY | 3.3833 | 10/4/2011 17:13 | 10/4/2011 21:36 | FO | 31651 |
| 4727 | 10/5/2011 | Wednesday | CR9 | N815SK | MSY | SLC | 3.3833 | 10/5/2011 7:24 | 10/5/2011 9:47 | FO | 31651 |
| 4460 | 10/9/2011 | Sunday | CRJ | N411SW | SLC | LWS | 1.3666 | 10/9/2011 11:01 | 10/9/2011 11:23 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4460 | 10/9/2011 | Sunday | CRJ | N411SW | LWS | SLC | 1.4333 | 10/9/2011 11:52 | 10/9/2011 14:18 | FO | 31651 |
| 4498 | 10/9/2011 | Sunday | CRJ | N411SW | SLC | BIL | 1.2833 | 10/9/2011 15:05 | 10/9/2011 16:22 | FO | 31651 |
| 4498 | 10/9/2011 | Sunday | CRJ | N411SW | BIL | SLC | 1.3 | 10/9/2011 17:29 | 10/9/2011 18:47 | FO | 31651 |
| 4734 | 10/9/2011 | Sunday | CRJ | N411SW | SLC | GTF | 1.4166 | 10/9/2011 20:14 | 10/9/2011 21:39 | FO | 31651 |
| 5303 | 10/10/2011 | Monday | CRJ | N679SA | GTF | DEN | 1.6666 | 10/10/2011 13:22 | 10/10/2011 15:02 | FO | 31651 |
| 5488 | 10/10/2011 | Monday | CRJ | N506CA | DEN | TUS | 1.7333 | 10/10/2011 17:35 | 10/10/2011 18:19 | FO | 31651 |
| 5649 | 10/10/2011 | Monday | CRJ | N506CA | TUS | LAX | 1.65 | 10/10/2011 18:57 | 10/10/2011 20:36 | FO | 31651 |
| 4502 | 10/11/2011 | Tuesday | CRJ | N423SW | LAX | SMF | 1.4333 | 10/11/2011 12:29 | 10/11/2011 13:55 | FO | 31651 |
| 4787 | 10/11/2011 | Tuesday | CRJ | N423SW | SMF | LAX | 1.4166 | 10/11/2011 14:16 | 10/11/2011 15:41 | FO | 31651 |
| 4635 | 10/11/2011 | Tuesday | CRJ | N443SW | LAX | SAN | 0.75 | 10/11/2011 16:15 | 10/11/2011 17:00 | FO | 31651 |
| 4635 | 10/11/2011 | Tuesday | CRJ | N443SW | SAN | LAX | 0.6333 | 10/11/2011 17:26 | 10/11/2011 18:04 | FO | 31651 |
| 4742 | 10/11/2011 | Tuesday | CRJ | N443SW | LAX | SMF | 1.3 | 10/11/2011 19:58 | 10/11/2011 21:16 | FO | 31651 |
| 4562 | 10/12/2011 | Wednesday | CRJ | N440SW | SMF | SLC | 1.4333 | 10/12/2011 16:19 | 10/12/2011 18:45 | FO | 31651 |
| 4722 | 10/16/2011 | Sunday | CRJ | N432SW | SLC | LGB | 1.95 | 10/16/2011 15:01 | 10/16/2011 15:58 | FO | 31651 |
| 4722 | 10/16/2011 | Sunday | CRJ | N432SW | LGB | SLC | 1.75 | 10/16/2011 16:29 | 10/16/2011 19:14 | FO | 31651 |
| 4545 | 10/16/2011 | Sunday | CRJ | N432SW | SLC | TUS | 1.65 | 10/16/2011 19:57 | 10/16/2011 20:36 | FO | 31651 |
| 5533 | 10/17/2011 | Monday | CRJ | N944SW | TUS | LAX | 1.5166 | 10/17/2011 13:48 | 10/17/2011 15:19 | FO | 31651 |
| 6528 | 10/17/2011 | Monday | CRJ | N944SW | LAX | PHX | 1.4833 | 10/17/2011 17:38 | 10/17/2011 19:07 | FO | 31651 |
| 6528 | 10/17/2011 | Monday | CRJ | N963SW | PHX | LAX | 1.1833 | 10/18/2011 0:04 | 10/18/2011 1:15 | FO | 31651 |
| 6433 | 10/17/2011 | Monday | CRJ | N963SW | LAX | LAX | 0.0666 | 10/18/2011 1:39 | 10/18/2011 1:43 | FO | 31651 |
| 6433 | 10/17/2011 | Monday | CRJ | N963SW | LAX | FAT | 0.8333 | 10/18/2011 2:03 | 10/18/2011 2:53 | FO | 31651 |
| 4571 | 10/18/2011 | Tuesday | CRJ | N863AS | FAT | SLC | 1.45 | 10/18/2011 16:23 | 10/18/2011 18:50 | FO | 31651 |
| 4545 | 10/18/2011 | Tuesday | CRJ | N410SW | SLC | TUS | 1.65 | 10/18/2011 19:59 | 10/18/2011 20:38 | FO | 31651 |
| 4539 | 10/19/2011 | Wednesday | CRJ | N410SW | TUS | SLC | 1.85 | 10/19/2011 7:14 | 10/19/2011 10:05 | FO | 31651 |
| 4632 | 10/19/2011 | Wednesday | CRJ | N410SW | SLC | MSO | 1.7666 | 10/19/2011 11:02 | 10/19/2011 12:48 | FO | 31651 |
| 4632 | 10/19/2011 | Wednesday | CRJ | N410SW | MSO | SLC | 1.2166 | 10/19/2011 13:17 | 10/19/2011 14:30 | FO | 31651 |
| 4646 | 10/23/2011 | Sunday | CR9 | N800SK | SLC | GEG | 1.65 | 10/23/2011 15:21 | 10/23/2011 16:00 | FO | 31651 |
| 4646 | 10/23/2011 | Sunday | CR9 | N800SK | GEG | SLC | 1.5333 | 10/23/2011 16:37 | 10/23/2011 19:09 | FO | 31651 |
| 4537 | 10/23/2011 | Sunday | CR9 | N800SK | SLC | IAH | 2.7333 | 10/23/2011 19:52 | 10/23/2011 23:36 | FO | 31651 |
| 5183 | 10/24/2011 | Monday | CR6 | N738SK | IAH | DFW | 1.2333 | 10/24/2011 13:10 | 10/24/2011 14:24 | FO | 31651 |
| 5182 | 10/24/2011 | Monday | CR6 | N738SK | DFW | IAH | 1 | 10/24/2011 14:53 | 10/24/2011 15:53 | FO | 31651 |
| 5204 | 10/24/2011 | Monday | CR6 | N712SK | IAH | MSP | 2.7166 | 10/24/2011 19:15 | 10/24/2011 21:58 | FO | 31651 |
| 4679 | 10/25/2011 | Tuesday | CR9 | N824SK | MSP | BOI | 3.1166 | 10/25/2011 21:34 | 10/25/2011 23:41 | FO | 31651 |
| 4568 | 10/26/2011 | Wednesday | CR7 | N367CA | BOI | SLC | 1.0666 | 10/26/2011 15:12 | 10/26/2011 16:16 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4769 | 10/31/2011 | Monday | CRJ | N709BR | SLC | TUS | 1.6833 | 10/31/2011 9:46 | 10/31/2011 10:27 | FO | 31651 |
| 4769 | 10/31/2011 | Monday | CRJ | N709BR | TUS | SLC | 1.7 | 10/31/2011 11:26 | 10/31/2011 14:08 | FO | 31651 |
| 4713 | 10/31/2011 | Monday | CRJ | N709BR | SLC | SMF | 1.6666 | 10/31/2011 15:13 | 10/31/2011 15:53 | FO | 31651 |
| 4743 | 11/1/2011 | Tuesday | CRJ | N652BR | SMF | LAX | 1.5333 | 11/1/2011 6:03 | 11/1/2011 7:35 | FO | 31651 |
| 4712 | 11/1/2011 | Tuesday | CRJ | N652BR | LAX | SAN | 0.7333 | 11/1/2011 8:34 | 11/1/2011 9:18 | FO | 31651 |
| 4712 | 11/1/2011 | Tuesday | CRJ | N652BR | SAN | LAX | 0.65 | 11/1/2011 9:50 | 11/1/2011 10:29 | FO | 31651 |
| 4469 | 11/1/2011 | Tuesday | CRJ | N652BR | LAX | OAK | 1.3166 | 11/1/2011 11:07 | 11/1/2011 12:26 | FO | 31651 |
| 4469 | 11/1/2011 | Tuesday | CRJ | N652BR | OAK | LAX | 1.2166 | 11/1/2011 12:54 | 11/1/2011 14:07 | FO | 31651 |
| 6474 | 11/2/2011 | Wednesday | CRJ | N412SW | LAX | ABQ | 1.8666 | 11/2/2011 12:48 | 11/2/2011 15:40 | FO | 31651 |
| 6228 | 11/2/2011 | Wednesday | CRJ | N412SW | ABQ | DEN | 1.2333 | 11/2/2011 16:12 | 11/2/2011 17:26 | FO | 31651 |
| 6405 | 11/2/2011 | Wednesday | CRJ | N412SW | DEN | GTF | 2.1 | 11/2/2011 18:37 | 11/2/2011 20:43 | FO | 31651 |
| 4554 | 11/3/2011 | Thursday | CRJ | N430SW | GTF | SLC | 1.4333 | 11/3/2011 6:19 | 11/3/2011 7:45 | FO | 31651 |
| 4476 | 11/6/2011 | Sunday | CR7 | N340CA | SLC | ABQ | 1.5666 | 11/6/2011 11:16 | 11/6/2011 12:50 | FO | 31651 |
| 4476 | 11/6/2011 | Sunday | CR7 | N340CA | ABQ | SLC | 1.45 | 11/6/2011 13:31 | 11/6/2011 14:58 | FO | 31651 |
| 4836 | 11/6/2011 | Sunday | CR9 | N817SK | SLC | ORD | 2.9833 | 11/6/2011 17:05 | 11/6/2011 21:04 | FO | 31651 |
| 5607 | 11/7/2011 | Monday | CR6 | N778SK | ORD | YEG | 3.5666 | 11/7/2011 9:44 | 11/7/2011 12:18 | FO | 31651 |
| 6421 | 11/8/2011 | Tuesday | CR6 | N795SK | YEG | SFO | 3.1666 | 11/8/2011 7:12 | 11/8/2011 9:22 | FO | 31651 |
| 4600 | 11/9/2011 | Wednesday | CR7 | N608SK | SFO | SLC | 1.6 | 11/9/2011 10:19 | 11/9/2011 12:55 | FO | 31651 |
| 4565 | 11/9/2011 | Wednesday | CR7 | N608SK | SLC | OKC | 2.1333 | 11/9/2011 13:49 | 11/9/2011 16:57 | FO | 31651 |
| 4565 | 11/9/2011 | Wednesday | CR7 | N608SK | OKC | SLC | 2.4 | 11/9/2011 17:40 | 11/9/2011 19:04 | FO | 31651 |
| 6441 | 11/13/2011 | Sunday | CRJ | N986CA | SLC | SFO | 1.9666 | 11/13/2011 17:20 | 11/13/2011 18:18 | FO | 31651 |
| 6494 | 11/13/2011 | Sunday | CRJ | N984CA | SFO | YYJ | 2.6666 | 11/13/2011 19:23 | 11/13/2011 22:03 | FO | 31651 |
| 5656 | 11/14/2011 | Monday | CRJ | N945SW | YYJ | SFO | 1.95 | 11/14/2011 13:42 | 11/14/2011 15:39 | FO | 31651 |
| 6250 | 11/14/2011 | Monday | CRJ | N945SW | SFO | EUG | 1.5833 | 11/14/2011 17:20 | 11/14/2011 18:55 | FO | 31651 |
| 5450 | 11/14/2011 | Monday | CRJ | N945SW | EUG | SFO | 1.3666 | 11/14/2011 19:17 | 11/14/2011 20:39 | FO | 31651 |
| 6370 | 11/14/2011 | Monday | CRJ | N945SW | SFO | RDM | 1.6166 | 11/14/2011 21:20 | 11/14/2011 22:57 | FO | 31651 |
| 4555 | 11/15/2011 | Tuesday | CRJ | N659BR | RDM | SLC | 1.3 | 11/15/2011 13:06 | 11/15/2011 15:24 | FO | 31651 |
| 4658 | 11/23/2011 | Wednesday | CRJ | N408SW | SLC | BTM | 1.35 | 11/23/2011 11:16 | 11/23/2011 12:37 | FO | 31651 |
| 4658 | 11/23/2011 | Wednesday | CRJ | N408SW | BTM | SLC | 1.2166 | 11/23/2011 13:09 | 11/23/2011 14:22 | FO | 31651 |
| 4542 | 11/23/2011 | Wednesday | CRJ | N781CA | SLC | IDA | 0.9333 | 11/23/2011 16:54 | 11/23/2011 17:50 | FO | 31651 |
| 4542 | 11/23/2011 | Wednesday | CRJ | N781CA | IDA | SLC | 0.9166 | 11/23/2011 18:15 | 11/23/2011 19:10 | FO | 31651 |
| 4636 | 11/23/2011 | Wednesday | CRJ | N781CA | SLC | GJT | 0.95 | 11/23/2011 20:42 | 11/23/2011 21:39 | FO | 31651 |
| 4614 | 11/24/2011 | Thursday | CRJ | N781CA | GJT | SLC | 1.05 | 11/24/2011 6:28 | 11/24/2011 7:31 | FO | 31651 |
| 4507 | 11/24/2011 | Thursday | CRJ | N781CA | SLC | BZN | 1.1833 | 11/24/2011 9:53 | 11/24/2011 11:04 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4507 | 11/25/2011 | Friday | CRJ | N781CA | BZN | SLC | 1.0833 | 11/25/2011 12:58 | 11/25/2011 14:03 | FO | 31651 |
| 4562 | 11/25/2011 | Friday | CRJ | N494CA | SLC | SMF | 1.7333 | 11/25/2011 15:01 | 11/25/2011 15:45 | FO | 31651 |
| 4562 | 11/25/2011 | Friday | CRJ | N494CA | SMF | SLC | 1.5 | 11/25/2011 16:19 | 11/25/2011 18:49 | FO | 31651 |
| 6218 | 11/27/2011 | Sunday | CRJ | N472CA | SFO | IDA | 1.65 | 11/27/2011 19:32 | 11/27/2011 22:11 | FO | 31651 |
| 4527 | 11/28/2011 | Monday | CRJ | N781CA | IDA | SLC | 0.8833 | 11/28/2011 7:42 | 11/28/2011 8:35 | FO | 31651 |
| 4647 | 11/28/2011 | Monday | CRJ | N781CA | SLC | GTF | 1.4 | 11/28/2011 10:56 | 11/28/2011 12:20 | FO | 31651 |
| 4554 | 11/29/2011 | Tuesday | CRJ | N693BR | GTF | SLC | 1.2666 | 11/29/2011 6:18 | 11/29/2011 7:34 | FO | 31651 |
| 4507 | 11/29/2011 | Tuesday | CRJ | N437SW | SLC | BZN | 1.2166 | 11/29/2011 9:54 | 11/29/2011 11:07 | FO | 31651 |
| 4507 | 11/29/2011 | Tuesday | CRJ | N437SW | BZN | SLC | 1.1333 | 11/29/2011 12:53 | 11/29/2011 14:01 | FO | 31651 |
| 4468 | 11/29/2011 | Tuesday | CRJ | N437SW | SLC | HLN | 1.2333 | 11/29/2011 15:10 | 11/29/2011 16:24 | FO | 31651 |
| 4654 | 11/30/2011 | Wednesday | CRJ | N427SW | HLN | SLC | 1.5 | 11/30/2011 6:13 | 11/30/2011 7:43 | FO | 31651 |
| 4769 | 11/30/2011 | Wednesday | CRJ | N427SW | SLC | TUS | 1.7833 | 11/30/2011 9:50 | 11/30/2011 11:37 | FO | 31651 |
| 4769 | 11/30/2011 | Wednesday | CRJ | N427SW | TUS | SLC | 1.6333 | 11/30/2011 12:17 | 11/30/2011 13:55 | FO | 31651 |
| 4460 | 12/4/2011 | Sunday | CRJ | N455SW | SLC | LWS | 1.8833 | 12/4/2011 10:54 | 12/4/2011 11:47 | FO | 31651 |
| 4460 | 12/4/2011 | Sunday | CRJ | N455SW | LWS | SLC | 1.4 | 12/4/2011 12:06 | 12/4/2011 14:30 | FO | 31651 |
| 4585 | 12/4/2011 | Sunday | CRJ | N455SW | SLC | TUS | 1.5333 | 12/4/2011 15:04 | 12/4/2011 16:36 | FO | 31651 |
| 4585 | 12/4/2011 | Sunday | CRJ | N455SW | TUS | SLC | 1.75 | 12/4/2011 17:09 | 12/4/2011 18:54 | FO | 31651 |
| 4636 | 12/4/2011 | Sunday | CRJ | N455SW | SLC | GJT | 0.9666 | 12/4/2011 20:07 | 12/4/2011 21:05 | FO | 31651 |
| 4604 | 12/5/2011 | Monday | CRJ | N675BR | GJT | SLC | 0.8 | 12/5/2011 12:56 | 12/5/2011 13:44 | FO | 31651 |
| 4776 | 12/5/2011 | Monday | CRJ | N675BR | SLC | PSC | 1.4666 | 12/5/2011 15:04 | 12/5/2011 15:32 | FO | 31651 |
| 4773 | 12/5/2011 | Monday | CRJ | N675BR | PSC | SLC | 1.4166 | 12/5/2011 16:19 | 12/5/2011 18:44 | FO | 31651 |
| 4763 | 12/5/2011 | Monday | CRJ | N910EV | SLC | PSP | 1.4166 | 12/5/2011 21:42 | 12/5/2011 22:07 | FO | 31651 |
| 4704 | 12/6/2011 | Tuesday | CRJ | N910EV | PSP | SLC | 1.5833 | 12/6/2011 13:08 | 12/6/2011 15:43 | FO | 31651 |
| 4516 | 12/6/2011 | Tuesday | CRJ | N910EV | SLC | BIL | 1.3166 | 12/6/2011 17:01 | 12/6/2011 18:20 | FO | 31651 |
| 4605 | 12/7/2011 | Wednesday | CRJ | N910EV | BIL | SLC | 1.2666 | 12/7/2011 8:49 | 12/7/2011 10:05 | FO | 31651 |
| 4604 | 12/7/2011 | Wednesday | CRJ | N910EV | SLC | GJT | 0.8333 | 12/7/2011 11:18 | 12/7/2011 12:08 | FO | 31651 |
| 4604 | 12/7/2011 | Wednesday | CRJ | N910EV | GJT | SLC | 0.8333 | 12/7/2011 12:50 | 12/7/2011 13:40 | FO | 31651 |
| 4788 | 12/7/2011 | Wednesday | CRJ | N910EV | SLC | BOI | 0.9833 | 12/7/2011 15:29 | 12/7/2011 16:28 | FO | 31651 |
| 4788 | 12/7/2011 | Wednesday | CRJ | N910EV | BOI | SLC | 0.9 | 12/7/2011 17:22 | 12/7/2011 18:16 | FO | 31651 |
| 5539 | 12/11/2011 | Sunday | CRJ | N916SW | SLC | SFO | 2 | 12/11/2011 10:53 | 12/11/2011 11:53 | FO | 31651 |
| 6248 | 12/12/2011 | Monday | CRJ | N983SW | SFO | LAS | 1.6833 | 12/12/2011 11:48 | 12/12/2011 13:29 | FO | 31651 |
| 6288 | 12/12/2011 | Monday | CRJ | N983SW | LAS | LAX | 1.5666 | 12/12/2011 13:58 | 12/12/2011 15:32 | FO | 31651 |
| 6312 | 12/12/2011 | Monday | CRJ | N983SW | LAX | SJC | 1.25 | 12/12/2011 17:07 | 12/12/2011 18:22 | FO | 31651 |
| 6390 | 12/12/2011 | Monday | CRJ | N983SW | SJC | LAX | 1.7166 | 12/12/2011 18:48 | 12/12/2011 20:31 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6311 | 12/12/2011 | Monday | CRJ | N443SW | LAX | PSP | 1.2 | 12/12/2011 22:54 | 12/13/2011 0:06 | FO | 31651 |
| 6218 | 12/13/2011 | Tuesday | CRJ | N988CA | PSP | SFO | 1.7666 | 12/13/2011 16:54 | 12/13/2011 18:40 | FO | 31651 |
| 6494 | 12/13/2011 | Tuesday | CRJ | N988CA | SFO | YYJ | 2.3166 | 12/13/2011 19:31 | 12/13/2011 21:50 | FO | 31651 |
| 5656 | 12/14/2011 | Wednesday | CRJ | N917SW | YYJ | SFO | 2.15 | 12/14/2011 13:26 | 12/14/2011 15:35 | FO | 31651 |
| 6418 | 12/14/2011 | Wednesday | CRJ | N988CA | SFO | SLC | 1.65 | 12/14/2011 18:47 | 12/14/2011 21:26 | FO | 31651 |
| 6284 | 12/18/2011 | Sunday | CRJ | N971SW | BFL | DEN | 2.3 | 12/18/2011 5:47 | 12/18/2011 9:05 | FO | 31651 |
| 6467 | 12/18/2011 | Sunday | CRJ | N971SW | DEN | MAF | 1.55 | 12/18/2011 9:55 | 12/18/2011 12:28 | FO | 31651 |
| 6237 | 12/19/2011 | Monday | CRJ | N930SW | MAF | DEN | 1.5666 | 12/19/2011 8:25 | 12/19/2011 8:59 | FO | 31651 |
| 6270 | 12/19/2011 | Monday | CRJ | N405SW | DEN | IDA | 1.65 | 12/19/2011 11:44 | 12/19/2011 13:23 | FO | 31651 |
| 5573 | 12/20/2011 | Tuesday | CRJ | N932SW | IDA | SFO | 2.0833 | 12/20/2011 5:44 | 12/20/2011 6:49 | FO | 31651 |
| 6197 | 12/20/2011 | Tuesday | CRJ | N701BR | SFO | BUR | 1.3166 | 12/20/2011 9:05 | 12/20/2011 10:24 | FO | 31651 |
| 6197 | 12/20/2011 | Tuesday | CRJ | N701BR | BUR | SFO | 1.65 | 12/20/2011 10:43 | 12/20/2011 12:22 | FO | 31651 |
| 6273 | 12/20/2011 | Tuesday | CRJ | N939SW | SFO | SLC | 1.8166 | 12/20/2011 14:06 | 12/20/2011 16:55 | FO | 31651 |
| 5592 | 12/23/2011 | Friday | CRJ | N405SW | SLC | DEN | 1.6833 | 12/23/2011 5:59 | 12/23/2011 7:40 | FO | 31651 |
| 6223 | 12/23/2011 | Friday | CRJ | N471CA | DEN | BUR | 2.6833 | 12/23/2011 9:18 | 12/23/2011 10:59 | FO | 31651 |
| 6223 | 12/23/2011 | Friday | CRJ | N471CA | BUR | DEN | 2.5666 | 12/23/2011 11:17 | 12/23/2011 14:51 | FO | 31651 |
| 5395 | 12/29/2011 | Thursday | CRJ | N496CA | SLC | DEN | 1.2833 | 12/29/2011 9:04 | 12/29/2011 10:21 | FO | 31651 |
| 6372 | 12/29/2011 | Thursday | CRJ | N496CA | DEN | SBA | 2.4166 | 12/29/2011 11:32 | 12/29/2011 12:57 | FO | 31651 |
| 6452 | 12/30/2011 | Friday | CRJ | N978SW | LAX | TUS | 1.45 | 12/30/2011 10:49 | 12/30/2011 13:16 | FO | 31651 |
| 6309 | 12/30/2011 | Friday | CRJ | N978SW | TUS | LAX | 1.45 | 12/30/2011 14:16 | 12/30/2011 14:43 | FO | 31651 |
| 5304 | 12/30/2011 | Friday | CRJ | N978SW | LAX | SMF | 1.4333 | 12/30/2011 15:06 | 12/30/2011 16:32 | FO | 31651 |
| 6430 | 12/31/2011 | Saturday | CRJ | N970SW | SMF | LAX | 1.55 | 12/31/2011 16:51 | 12/31/2011 18:24 | FO | 31651 |
| 5653 | 12/31/2011 | Saturday | CRJ | N970SW | LAX | ABQ | 1.8166 | 12/31/2011 20:41 | 12/31/2011 23:30 | FO | 31651 |
| 6241 | 1/1/2012 | Sunday | CRJ | N971SW | ABQ | LAX | 1.9833 | 1/1/2012 17:23 | 1/1/2012 18:22 | FO | 31651 |
| 6498 | 1/1/2012 | Sunday | CRJ | N971SW | LAX | PHX | 1.3 | 1/1/2012 18:48 | 1/1/2012 21:06 | FO | 31651 |
| 6495 | 1/1/2012 | Sunday | CRJ | N971SW | PHX | LAX | 1.5333 | 1/1/2012 21:30 | 1/1/2012 22:02 | FO | 31651 |
| 5562 | 1/1/2012 | Sunday | CRJ | N506CA | LAX | SLC | 1.6833 | 1/1/2012 22:33 | 1/2/2012 1:14 | FO | 31651 |
| 4609 | 1/2/2012 | Monday | CRJ | N912EV | SLC | FAT | 1.6 | 1/2/2012 11:26 | 1/2/2012 12:02 | FO | 31651 |
| 4609 | 1/2/2012 | Monday | CRJ | N912EV | FAT | SLC | 1.5166 | 1/2/2012 13:26 | 1/2/2012 15:57 | FO | 31651 |
| 4754 | 1/2/2012 | Monday | CRJ | N912EV | SLC | GJT | 0.8666 | 1/2/2012 16:55 | 1/2/2012 17:47 | FO | 31651 |
| 4604 | 1/3/2012 | Tuesday | CRJ | N910EV | GJT | SLC | 1.0333 | 1/3/2012 12:51 | 1/3/2012 13:53 | FO | 31651 |
| 4776 | 1/3/2012 | Tuesday | CRJ | N910EV | SLC | PSC | 1.7166 | 1/3/2012 15:00 | 1/3/2012 15:43 | FO | 31651 |
| 4773 | 1/3/2012 | Tuesday | CRJ | N910EV | PSC | SLC | 1.35 | 1/3/2012 16:22 | 1/3/2012 18:43 | FO | 31651 |
| 4561 | 1/8/2012 | Sunday | CRJ | N433SW | SLC | SJC | 1.7666 | 1/8/2012 14:56 | 1/8/2012 15:42 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4561 | 1/8/2012 | Sunday | CRJ | N433SW | SJC | SLC | 1.9 | 1/8/2012 16:19 | 1/8/2012 19:13 | FO | 31651 |
| 4760 | 1/8/2012 | Sunday | CRJ | N433SW | SLC | GTF | 1.7833 | 1/8/2012 19:56 | 1/8/2012 21:43 | FO | 31651 |
| 4498 | 1/9/2012 | Monday | CRJ | N461SW | SLC | BIL | 1.3833 | 1/9/2012 15:07 | 1/9/2012 16:30 | FO | 31651 |
| 4498 | 1/9/2012 | Monday | CRJ | N461SW | BIL | SLC | 1.35 | 1/9/2012 17:28 | 1/9/2012 18:49 | FO | 31651 |
| 6309 | 1/10/2012 | Tuesday | CR6 | N795SK | SLC | ORD | 2.9833 | 1/10/2012 7:52 | 1/10/2012 11:51 | FO | 31651 |
| 5369 | 1/10/2012 | Tuesday | CR6 | N795SK | ORD | DAY | 0.9833 | 1/10/2012 14:01 | 1/10/2012 16:00 | FO | 31651 |
| 5369 | 1/10/2012 | Tuesday | CR6 | N795SK | DAY | DEN | 2.9333 | 1/10/2012 16:45 | 1/10/2012 17:41 | FO | 31651 |
| 5497 | 1/11/2012 | Wednesday | CR6 | N788SK | DEN | JAC | 1.3333 | 1/11/2012 15:33 | 1/11/2012 16:53 | FO | 31651 |
| 5497 | 1/11/2012 | Wednesday | CR6 | N788SK | JAC | DEN | 1.6833 | 1/11/2012 17:26 | 1/11/2012 19:07 | FO | 31651 |
| 5497 | 1/12/2012 | Thursday | CR6 | N702SK | DEN | JAC | 1.4 | 1/12/2012 15:36 | 1/12/2012 17:00 | FO | 31651 |
| 5497 | 1/12/2012 | Thursday | CR6 | N702SK | JAC | DEN | 1.4 | 1/12/2012 17:19 | 1/12/2012 18:43 | FO | 31651 |
| 6198 | 1/12/2012 | Thursday | CR6 | N702SK | DEN | JAC | 1.4666 | 1/12/2012 19:33 | 1/12/2012 21:01 | FO | 31651 |
| 5456 | 1/13/2012 | Friday | CR6 | N702SK | JAC | DEN | 1.6833 | 1/13/2012 7:13 | 1/13/2012 8:54 | FO | 31651 |
| 6500 | 1/13/2012 | Friday | CR6 | N745SK | DEN | SLC | 1.3833 | 1/13/2012 11:17 | 1/13/2012 12:40 | FO | 31651 |
| 4522 | 1/16/2012 | Monday | CRJ | N459SW | SLC | FCA | 1.9333 | 1/16/2012 9:54 | 1/16/2012 11:50 | FO | 31651 |
| 4522 | 1/16/2012 | Monday | CRJ | N459SW | FCA | SLC | 1.55 | 1/16/2012 12:46 | 1/16/2012 14:19 | FO | 31651 |
| 4713 | 1/16/2012 | Monday | CRJ | N459SW | SLC | SMF | 1.7666 | 1/16/2012 15:16 | 1/16/2012 16:02 | FO | 31651 |
| 4743 | 1/17/2012 | Tuesday | CRJ | N477CA | SMF | LAX | 1.4 | 1/17/2012 6:02 | 1/17/2012 7:26 | FO | 31651 |
| 4656 | 1/17/2012 | Tuesday | CRJ | N477CA | LAX | OAK | 1.3 | 1/17/2012 7:57 | 1/17/2012 9:15 | FO | 31651 |
| 4688 | 1/17/2012 | Tuesday | CRJ | N477CA | OAK | LAX | 1.3166 | 1/17/2012 9:47 | 1/17/2012 11:06 | FO | 31651 |
| 4469 | 1/17/2012 | Tuesday | CRJ | N477CA | LAX | OAK | 1.3666 | 1/17/2012 11:45 | 1/17/2012 13:07 | FO | 31651 |
| 4799 | 1/18/2012 | Wednesday | CRJ | N459SW | OAK | LAX | 1.3166 | 1/18/2012 9:20 | 1/18/2012 10:39 | FO | 31651 |
| 4448 | 1/18/2012 | Wednesday | CRJ | N459SW | LAX | SMF | 1.4666 | 1/18/2012 11:05 | 1/18/2012 12:33 | FO | 31651 |
| 4782 | 1/19/2012 | Thursday | CRJ | N459SW | SMF | SLC | 1.5833 | 1/19/2012 6:11 | 1/19/2012 8:46 | FO | 31651 |
| 4555 | 1/19/2012 | Thursday | CRJ | N459SW | SLC | RDM | 1.7833 | 1/19/2012 11:30 | 1/19/2012 12:17 | FO | 31651 |
| 4555 | 1/19/2012 | Thursday | CRJ | N459SW | RDM | SLC | 1.5 | 1/19/2012 13:15 | 1/19/2012 15:45 | FO | 31651 |
| 5199 | 1/22/2012 | Sunday | CR6 | N738SK | IAH | YYZ | 3.0666 | 1/22/2012 19:30 | 1/22/2012 23:34 | FO | 31651 |
| 5182 | 1/24/2012 | Tuesday | CR6 | N743SK | YYZ | IAH | 3.8666 | 1/24/2012 5:58 | 1/24/2012 8:50 | FO | 31651 |
| 5187 | 1/24/2012 | Tuesday | CR6 | N730SK | IAH | IAD | 2.7833 | 1/24/2012 11:59 | 1/24/2012 15:46 | FO | 31651 |
| 5185 | 1/25/2012 | Wednesday | CR6 | N707SK | IAD | IAH | 3.75 | 1/25/2012 5:44 | 1/25/2012 8:29 | FO | 31651 |
| 4555 | 1/29/2012 | Sunday | CRJ | N652BR | SLC | RDM | 1.8166 | 1/29/2012 11:23 | 1/29/2012 12:12 | FO | 31651 |
| 4555 | 1/29/2012 | Sunday | CRJ | N652BR | RDM | SLC | 1.5 | 1/29/2012 13:12 | 1/29/2012 15:42 | FO | 31651 |
| 7779 | 1/29/2012 | Sunday | CRJ | N437SW | SLC | SGU | 0.8666 | 1/29/2012 16:47 | 1/29/2012 17:39 | FO | 31651 |
| 7779 | 1/29/2012 | Sunday | CRJ | N437SW | SGU | SLC | 1.0166 | 1/29/2012 18:13 | 1/29/2012 19:14 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4760 | 1/29/2012 | Sunday | CRJ | N437SW | SLC | GTF | 1.5333 | 1/29/2012 19:50 | 1/29/2012 21:22 | FO | 31651 |
| 4592 | 1/30/2012 | Monday | CRJ | N702BR | GTF | SLC | 1.4 | 1/30/2012 17:18 | 1/30/2012 18:42 | FO | 31651 |
| 4725 | 1/30/2012 | Monday | CRJ | N702BR | SLC | TUS | 2.2 | 1/30/2012 20:02 | 1/30/2012 22:14 | FO | 31651 |
| 4539 | 1/31/2012 | Tuesday | CRJ | N702BR | TUS | SLC | 1.9 | 1/31/2012 8:09 | 1/31/2012 10:03 | FO | 31651 |
| 4604 | 1/31/2012 | Tuesday | CRJ | N702BR | SLC | GJT | 1.05 | 1/31/2012 11:17 | 1/31/2012 12:20 | FO | 31651 |
| 4614 | 2/1/2012 | Wednesday | CRJ | N447SW | GJT | SLC | 1.3166 | 2/1/2012 6:24 | 2/1/2012 7:43 | FO | 31651 |
| 4493 | 2/1/2012 | Wednesday | CRJ | N447SW | SLC | BZN | 1.25 | 2/1/2012 9:48 | 2/1/2012 11:03 | FO | 31651 |
| 4493 | 2/1/2012 | Wednesday | CRJ | N447SW | BZN | SLC | 1.2166 | 2/1/2012 11:46 | 2/1/2012 12:59 | FO | 31651 |
| 4786 | 2/5/2012 | Sunday | CR7 | N368CA | SLC | DEN | 1.3 | 2/5/2012 16:57 | 2/5/2012 18:15 | FO | 31651 |
| 4786 | 2/5/2012 | Sunday | CR7 | N368CA | DEN | SLC | 1.4833 | 2/5/2012 19:05 | 2/5/2012 20:34 | FO | 31651 |
| 4481 | 2/5/2012 | Sunday | CR9 | N812SK | SLC | SFO | 1.95 | 2/5/2012 21:47 | 2/5/2012 22:44 | FO | 31651 |
| 4796 | 2/6/2012 | Monday | CR9 | N824SK | SFO | LAX | 1.3333 | 2/6/2012 14:41 | 2/6/2012 16:01 | FO | 31651 |
| 4780 | 2/6/2012 | Monday | CR7 | N607SK | LAX | SFO | 1.1833 | 2/6/2012 17:45 | 2/6/2012 18:56 | FO | 31651 |
| 4440 | 2/6/2012 | Monday | CR7 | N607SK | SFO | LAX | 1.4833 | 2/6/2012 19:41 | 2/6/2012 21:10 | FO | 31651 |
| 4818 | 2/7/2012 | Tuesday | CR9 | N824SK | LAX | LAS | 1.0833 | 2/7/2012 6:53 | 2/7/2012 7:58 | FO | 31651 |
| 4818 | 2/7/2012 | Tuesday | CR9 | N824SK | LAS | LAX | 1.1666 | 2/7/2012 8:40 | 2/7/2012 9:50 | FO | 31651 |
| 4817 | 2/7/2012 | Tuesday | CR9 | N824SK | LAX | LAS | 1.1 | 2/7/2012 10:30 | 2/7/2012 11:36 | FO | 31651 |
| 4535 | 2/8/2012 | Wednesday | CR9 | N813SK | LAS | SLC | 1.2333 | 2/8/2012 6:18 | 2/8/2012 8:32 | FO | 31651 |
| 4684 | 2/8/2012 | Wednesday | CR7 | N632SK | SLC | AUS | 2.7333 | 2/8/2012 10:32 | 2/8/2012 14:16 | FO | 31651 |
| 4684 | 2/8/2012 | Wednesday | CR7 | N632SK | AUS | SLC | 2.7666 | 2/8/2012 14:44 | 2/8/2012 16:30 | FO | 31651 |
| 4588 | 2/12/2012 | Sunday | CR9 | N804SK | SLC | SFO | 1.95 | 2/12/2012 15:03 | 2/12/2012 16:00 | FO | 31651 |
| 4770 | 2/12/2012 | Sunday | CR7 | N607SK | SFO | LAX | 1.3833 | 2/12/2012 17:56 | 2/12/2012 19:19 | FO | 31651 |
| 4770 | 2/12/2012 | Sunday | CR7 | N607SK | LAX | PHX | 1.3166 | 2/12/2012 19:52 | 2/12/2012 22:11 | FO | 31651 |
| 4794 | 2/13/2012 | Monday | CR7 | N611SK | PHX | LAX | 1.5166 | 2/13/2012 14:37 | 2/13/2012 15:08 | FO | 31651 |
| 4780 | 2/13/2012 | Monday | CR7 | N611SK | LAX | SFO | 1.5166 | 2/13/2012 17:41 | 2/13/2012 19:12 | FO | 31651 |
| 4440 | 2/13/2012 | Monday | CR7 | N611SK | SFO | LAX | 1.3666 | 2/13/2012 19:45 | 2/13/2012 21:07 | FO | 31651 |
| 4720 | 2/14/2012 | Tuesday | CR9 | N825SK | LAX | SFO | 1.3833 | 2/14/2012 13:02 | 2/14/2012 14:25 | FO | 31651 |
| 4796 | 2/14/2012 | Tuesday | CR9 | N825SK | SFO | LAX | 1.3666 | 2/14/2012 14:51 | 2/14/2012 16:13 | FO | 31651 |
| 4796 | 2/14/2012 | Tuesday | CR9 | N825SK | LAX | PHX | 1.35 | 2/14/2012 17:04 | 2/14/2012 19:25 | FO | 31651 |
| 4808 | 2/14/2012 | Tuesday | CR9 | N825SK | PHX | LAX | 1.6666 | 2/14/2012 19:52 | 2/14/2012 20:32 | FO | 31651 |
| 4690 | 2/15/2012 | Wednesday | CR9 | N810SK | LAX | SLC | 1.9333 | 2/15/2012 7:34 | 2/15/2012 10:30 | FO | 31651 |
| 4777 | 2/15/2012 | Wednesday | CR7 | N608SK | SLC | PSC | 1.7 | 2/15/2012 11:08 | 2/15/2012 11:50 | FO | 31651 |
| 4777 | 2/15/2012 | Wednesday | CR7 | N608SK | PSC | SLC | 1.4333 | 2/15/2012 12:22 | 2/15/2012 14:48 | FO | 31651 |
| 4728 | 2/26/2012 | Sunday | CRJ | N463SW | SLC | MFR | 1.85 | 2/26/2012 11:06 | 2/26/2012 11:57 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4731 | 2/26/2012 | Sunday | CRJ | N463SW | MFR | SLC | 1.7833 | 2/26/2012 13:06 | 2/26/2012 15:53 | FO | 31651 |
| 4778 | 2/26/2012 | Sunday | CRJ | N463SW | SLC | PSC | 1.8666 | 2/26/2012 16:56 | 2/26/2012 17:48 | FO | 31651 |
| 4778 | 2/26/2012 | Sunday | CRJ | N463SW | PSC | SLC | 1.3666 | 2/26/2012 18:09 | 2/26/2012 20:31 | FO | 31651 |
| 4661 | 2/27/2012 | Monday | CR7 | N613QX | SLC | JAC | 0.9 | 2/27/2012 13:36 | 2/27/2012 14:30 | FO | 31651 |
| 4661 | 2/27/2012 | Monday | CR7 | N613QX | JAC | SLC | 0.9833 | 2/27/2012 15:21 | 2/27/2012 16:20 | FO | 31651 |
| 4520 | 2/27/2012 | Monday | CR7 | N613QX | SLC | FAR | 2.0333 | 2/27/2012 17:01 | 2/27/2012 20:03 | FO | 31651 |
| 4504 | 2/28/2012 | Tuesday | CR7 | N613QX | FAR | SLC | 2.8333 | 2/28/2012 6:15 | 2/28/2012 8:05 | FO | 31651 |
| 4756 | 2/28/2012 | Tuesday | CR7 | N613QX | SLC | ONT | 2.1333 | 2/28/2012 8:36 | 2/28/2012 9:44 | FO | 31651 |
| 4568 | 2/29/2012 | Wednesday | CR7 | N613QX | ONT | SLC | 1.7666 | 2/29/2012 6:08 | 2/29/2012 8:54 | FO | 31651 |
| 4684 | 2/29/2012 | Wednesday | CR7 | N613QX | SLC | AUS | 3.0166 | 2/29/2012 9:47 | 2/29/2012 13:48 | FO | 31651 |
| 4684 | 2/29/2012 | Wednesday | CR7 | N613QX | AUS | SLC | 3.0833 | 2/29/2012 14:20 | 2/29/2012 16:25 | FO | 31651 |
| 6458 | 3/4/2012 | Sunday | CR6 | N715SK | DEN | JAC | 1.4666 | 3/4/2012 20:02 | 3/4/2012 21:30 | FO | 31651 |
| 5456 | 3/5/2012 | Monday | CR6 | N715SK | JAC | DEN | 1.4333 | 3/5/2012 7:19 | 3/5/2012 8:45 | FO | 31651 |
| 6209 | 3/5/2012 | Monday | CR6 | N768SK | DEN | STL | 1.9666 | 3/5/2012 9:57 | 3/5/2012 12:55 | FO | 31651 |
| 6209 | 3/5/2012 | Monday | CR6 | N768SK | STL | ORD | 1.05 | 3/5/2012 13:30 | 3/5/2012 14:33 | FO | 31651 |
| 5559 | 3/6/2012 | Tuesday | CR6 | N758SK | ORD | YYC | 3.8 | 3/6/2012 9:31 | 3/6/2012 12:19 | FO | 31651 |
| 5559 | 3/6/2012 | Tuesday | CR6 | N758SK | YYC | ORD | 3.15 | 3/6/2012 12:57 | 3/6/2012 17:06 | FO | 31651 |
| 5322 | 3/7/2012 | Wednesday | CR6 | N789SK | ORD | SLC | 3.1166 | 3/7/2012 18:14 | 3/7/2012 20:21 | FO | 31651 |
| 4744 | 3/11/2012 | Sunday | CRJ | N429SW | SLC | OAK | 2.1333 | 3/11/2012 15:02 | 3/11/2012 16:10 | FO | 31651 |
| 4744 | 3/11/2012 | Sunday | CRJ | N429SW | OAK | SLC | 1.5333 | 3/11/2012 16:48 | 3/11/2012 19:20 | FO | 31651 |
| 4763 | 3/11/2012 | Sunday | CRJ | N429SW | SLC | PSP | 1.6 | 3/11/2012 21:26 | 3/11/2012 22:02 | FO | 31651 |
| 4761 | 3/12/2012 | Monday | CRJ | N988CA | PSP | SLC | 1.6166 | 3/12/2012 13:11 | 3/12/2012 15:48 | FO | 31651 |
| 4554 | 3/12/2012 | Monday | CRJ | N988CA | SLC | OAK | 2.0833 | 3/12/2012 16:49 | 3/12/2012 17:54 | FO | 31651 |
| 4554 | 3/12/2012 | Monday | CRJ | N988CA | OAK | SLC | 1.5166 | 3/12/2012 18:17 | 3/12/2012 20:48 | FO | 31651 |
| 7775 | 3/12/2012 | Monday | CRJ | N988CA | SLC | SGU | 1.0833 | 3/12/2012 21:41 | 3/12/2012 22:46 | FO | 31651 |
| 7771 | 3/13/2012 | Tuesday | CRJ | N449SW | SGU | SLC | 0.9666 | 3/13/2012 13:11 | 3/13/2012 14:09 | FO | 31651 |
| 4465 | 3/13/2012 | Tuesday | CRJ | N449SW | SLC | PSP | 1.7 | 3/13/2012 15:04 | 3/13/2012 15:46 | FO | 31651 |
| 4465 | 3/13/2012 | Tuesday | CRJ | N449SW | PSP | SLC | 1.5333 | 3/13/2012 16:11 | 3/13/2012 18:43 | FO | 31651 |
| 4689 | 3/13/2012 | Tuesday | CRJ | N449SW | SLC | COS | 1.6166 | 3/13/2012 19:57 | 3/13/2012 21:34 | FO | 31651 |
| 4630 | 3/14/2012 | Wednesday | CRJ | N449SW | COS | SLC | 1.6166 | 3/14/2012 8:01 | 3/14/2012 9:38 | FO | 31651 |
| 4677 | 3/14/2012 | Wednesday | CRJ | N411SW | SLC | BUR | 1.7833 | 3/14/2012 11:14 | 3/14/2012 12:01 | FO | 31651 |
| 4677 | 3/14/2012 | Wednesday | CRJ | N411SW | BUR | SLC | 1.6833 | 3/14/2012 12:56 | 3/14/2012 15:37 | FO | 31651 |
| 4494 | 3/18/2012 | Sunday | CR9 | N825SK | SLC | MEM | 3.05 | 3/18/2012 9:44 | 3/18/2012 13:47 | FO | 31651 |
| 4591 | 3/18/2012 | Sunday | CR9 | N825SK | MEM | MSY | 1.0833 | 3/18/2012 14:36 | 3/18/2012 15:41 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4727 | 3/19/2012 | Monday | CR9 | N822SK | MSY | SLC | 3.8166 | 3/19/2012 7:00 | 3/19/2012 9:49 | FO | 31651 |
| 4593 | 3/19/2012 | Monday | CR9 | N806SK | SLC | SJC | 2.0833 | 3/19/2012 11:29 | 3/19/2012 12:34 | FO | 31651 |
| 4582 | 3/20/2012 | Tuesday | CR7 | N608SK | SJC | SLC | 1.8833 | 3/20/2012 6:04 | 3/20/2012 8:57 | FO | 31651 |
| 4618 | 3/20/2012 | Tuesday | CR7 | N608SK | SLC | SAT | 2.7 | 3/20/2012 9:55 | 3/20/2012 13:37 | FO | 31651 |
| 4694 | 3/21/2012 | Wednesday | CR9 | N805SK | SAT | MSP | 2.4333 | 3/21/2012 6:24 | 3/21/2012 8:50 | FO | 31651 |
| 4705 | 3/21/2012 | Wednesday | CR9 | N805SK | MSP | OMA | 1.25 | 3/21/2012 10:18 | 3/21/2012 11:33 | FO | 31651 |
| 4779 | 3/21/2012 | Wednesday | CR9 | N805SK | OMA | SLC | 2.2666 | 3/21/2012 12:42 | 3/21/2012 13:58 | FO | 31651 |
| 4774 | 3/25/2012 | Sunday | CRJ | N699BR | SLC | PSC | 1.6 | 3/25/2012 11:04 | 3/25/2012 11:40 | FO | 31651 |
| 4439 | 3/25/2012 | Sunday | CRJ | N699BR | PSC | SLC | 1.6666 | 3/25/2012 12:11 | 3/25/2012 14:51 | FO | 31651 |
| 4760 | 3/25/2012 | Sunday | CRJ | N699BR | SLC | GTF | 1.3166 | 3/25/2012 15:53 | 3/25/2012 17:12 | FO | 31651 |
| 4592 | 3/25/2012 | Sunday | CRJ | N699BR | GTF | SLC | 1.5166 | 3/25/2012 17:50 | 3/25/2012 19:21 | FO | 31651 |
| 4783 | 3/25/2012 | Sunday | CRJ | N699BR | SLC | HLN | 1.3666 | 3/25/2012 19:55 | 3/25/2012 21:17 | FO | 31651 |
| 4473 | 3/26/2012 | Monday | CRJ | N448SW | HLN | SLC | 1.3333 | 3/26/2012 13:02 | 3/26/2012 14:22 | FO | 31651 |
| 4465 | 3/26/2012 | Monday | CRJ | N448SW | SLC | PSP | 1.8 | 3/26/2012 15:08 | 3/26/2012 15:56 | FO | 31651 |
| 4465 | 3/26/2012 | Monday | CRJ | N448SW | PSP | SLC | 1.5333 | 3/26/2012 16:16 | 3/26/2012 18:48 | FO | 31651 |
| 4689 | 3/26/2012 | Monday | CRJ | N448SW | SLC | COS | 1.75 | 3/26/2012 19:56 | 3/26/2012 21:41 | FO | 31651 |
| 4630 | 3/27/2012 | Tuesday | CRJ | N448SW | COS | SLC | 1.6833 | 3/27/2012 8:02 | 3/27/2012 9:43 | FO | 31651 |
| 4774 | 3/27/2012 | Tuesday | CRJ | N448SW | SLC | PSC | 1.5333 | 3/27/2012 11:01 | 3/27/2012 11:33 | FO | 31651 |
| 4757 | 3/28/2012 | Wednesday | CRJ | N447SW | PSC | SLC | 1.55 | 3/28/2012 6:28 | 3/28/2012 9:01 | FO | 31651 |
| 4677 | 3/28/2012 | Wednesday | CRJ | N447SW | SLC | BUR | 1.9666 | 3/28/2012 11:16 | 3/28/2012 12:14 | FO | 31651 |
| 4677 | 3/28/2012 | Wednesday | CRJ | N447SW | BUR | SLC | 1.75 | 3/28/2012 12:59 | 3/28/2012 15:44 | FO | 31651 |
| 2973 | 4/1/2012 | Sunday | CRJ | N495CA | PHX | YUM | 0.8 | 4/1/2012 16:49 | 4/1/2012 17:37 | FO | 31651 |
| 2984 | 4/1/2012 | Sunday | CRJ | N495CA | YUM | PHX | 1.2666 | 4/1/2012 17:56 | 4/1/2012 19:12 | FO | 31651 |
| 2987 | 4/1/2012 | Sunday | CRJ | N495CA | PHX | FAT | 1.95 | 4/1/2012 20:00 | 4/1/2012 21:57 | FO | 31651 |
| 2982 | 4/2/2012 | Monday | CRJ | N906SW | FAT | PHX | 1.6666 | 4/2/2012 16:18 | 4/2/2012 17:58 | FO | 31651 |
| 2960 | 4/2/2012 | Monday | CRJ | N906SW | PHX | MRY | 2.0666 | 4/2/2012 19:58 | 4/2/2012 22:02 | FO | 31651 |
| 2986 | 4/3/2012 | Tuesday | CRJ | N944SW | MRY | PHX | 1.6666 | 4/3/2012 12:24 | 4/3/2012 14:04 | FO | 31651 |
| 2976 | 4/3/2012 | Tuesday | CRJ | N944SW | PHX | ELP | 1.2666 | 4/3/2012 15:04 | 4/3/2012 17:20 | FO | 31651 |
| 2961 | 4/3/2012 | Tuesday | CRJ | N944SW | ELP | PHX | 1.5166 | 4/3/2012 18:20 | 4/3/2012 18:51 | FO | 31651 |
| 2957 | 4/3/2012 | Tuesday | CRJ | N906SW | PHX | PSP | 0.8833 | 4/3/2012 19:43 | 4/3/2012 20:36 | FO | 31651 |
| 2954 | 4/4/2012 | Wednesday | CRJ | N506CA | PSP | PHX | 1.3166 | 4/4/2012 7:48 | 4/4/2012 9:07 | FO | 31651 |
| 2927 | 4/4/2012 | Wednesday | CRJ | N506CA | PHX | SBA | 1.6333 | 4/4/2012 10:05 | 4/4/2012 11:43 | FO | 31651 |
| 2928 | 4/4/2012 | Wednesday | CRJ | N506CA | SBA | PHX | 1.5166 | 4/4/2012 12:36 | 4/4/2012 14:07 | FO | 31651 |
| 2986 | 4/4/2012 | Wednesday | CRJ | N506CA | PHX | GJT | 1.3833 | 4/4/2012 14:49 | 4/4/2012 17:12 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2953 | 4/4/2012 | Wednesday | CRJ | N506CA | GJT | PHX | 1.5666 | 4/4/2012 18:11 | 4/4/2012 18:45 | FO | 31651 |
| 2901 | 4/8/2012 | Sunday | CRJ | N468CA | PHX | SAN | 1.3666 | 4/8/2012 12:08 | 4/8/2012 13:30 | FO | 31651 |
| 2904 | 4/8/2012 | Sunday | CRJ | N468CA | SAN | PHX | 1.2833 | 4/8/2012 14:36 | 4/8/2012 15:53 | FO | 31651 |
| 2969 | 4/8/2012 | Sunday | CRJ | N468CA | PHX | BFL | 1.4 | 4/8/2012 17:02 | 4/8/2012 18:26 | FO | 31651 |
| 2980 | 4/8/2012 | Sunday | CRJ | N468CA | BFL | PHX | 1.5333 | 4/8/2012 18:56 | 4/8/2012 20:28 | FO | 31651 |
| 2980 | 4/8/2012 | Sunday | CRJ | N468CA | PHX | YUM | 0.8 | 4/8/2012 21:33 | 4/8/2012 22:21 | FO | 31651 |
| 2975 | 4/9/2012 | Monday | CRJ | N885AS | YUM | PHX | 1.35 | 4/9/2012 7:53 | 4/9/2012 9:14 | FO | 31651 |
| 2954 | 4/9/2012 | Monday | CRJ | N907SW | PHX | YUM | 1.1166 | 4/9/2012 9:50 | 4/9/2012 10:57 | FO | 31651 |
| 2955 | 4/9/2012 | Monday | CRJ | N907SW | YUM | PHX | 1.15 | 4/9/2012 11:39 | 4/9/2012 12:48 | FO | 31651 |
| 2981 | 4/9/2012 | Monday | CRJ | N907SW | PHX | SBP | 1.4666 | 4/9/2012 13:58 | 4/9/2012 15:26 | FO | 31651 |
| 2974 | 4/10/2012 | Tuesday | CRJ | N906SW | SBP | PHX | 1.7333 | 4/10/2012 6:21 | 4/10/2012 8:05 | FO | 31651 |
| 2990 | 4/10/2012 | Tuesday | CRJ | N889AS | PHX | FLG | 0.9 | 4/10/2012 8:46 | 4/10/2012 9:40 | FO | 31651 |
| 2901 | 4/10/2012 | Tuesday | CRJ | N889AS | FLG | PHX | 0.7666 | 4/10/2012 10:17 | 4/10/2012 11:03 | FO | 31651 |
| 2996 | 4/10/2012 | Tuesday | CRJ | N889AS | PHX | ABQ | 1.25 | 4/10/2012 12:26 | 4/10/2012 14:41 | FO | 31651 |
| 2995 | 4/11/2012 | Wednesday | CRJ | N498CA | ABQ | PHX | 1.2 | 4/11/2012 6:07 | 4/11/2012 6:19 | FO | 31651 |
| 2995 | 4/11/2012 | Wednesday | CRJ | N498CA | PHX | OAK | 2.0166 | 4/11/2012 7:12 | 4/11/2012 9:13 | FO | 31651 |
| 2996 | 4/11/2012 | Wednesday | CRJ | N498CA | OAK | PHX | 1.85 | 4/11/2012 9:46 | 4/11/2012 11:37 | FO | 31651 |
| 2901 | 4/15/2012 | Sunday | CRJ | N885AS | PHX | SAN | 1.5833 | 4/15/2012 12:28 | 4/15/2012 14:03 | FO | 31651 |
| 2904 | 4/15/2012 | Sunday | CRJ | N885AS | SAN | PHX | 1.5 | 4/15/2012 14:32 | 4/15/2012 16:02 | FO | 31651 |
| 2969 | 4/15/2012 | Sunday | CRJ | N885AS | PHX | BFL | 1.4333 | 4/15/2012 16:46 | 4/15/2012 18:12 | FO | 31651 |
| 2980 | 4/15/2012 | Sunday | CRJ | N885AS | BFL | PHX | 1.4166 | 4/15/2012 18:55 | 4/15/2012 20:20 | FO | 31651 |
| 2980 | 4/15/2012 | Sunday | CRJ | N885AS | PHX | YUM | 0.85 | 4/15/2012 21:36 | 4/15/2012 22:27 | FO | 31651 |
| 2975 | 4/16/2012 | Monday | CRJ | N874AS | YUM | PHX | 1.1166 | 4/16/2012 8:04 | 4/16/2012 9:11 | FO | 31651 |
| 2954 | 4/16/2012 | Monday | CRJ | N944SW | PHX | YUM | 0.8833 | 4/16/2012 9:51 | 4/16/2012 10:44 | FO | 31651 |
| 2955 | 4/16/2012 | Monday | CRJ | N944SW | YUM | PHX | 0.8333 | 4/16/2012 11:43 | 4/16/2012 12:33 | FO | 31651 |
| 2981 | 4/16/2012 | Monday | CRJ | N944SW | PHX | SBP | 1.6666 | 4/16/2012 13:37 | 4/16/2012 15:17 | FO | 31651 |
| 2974 | 4/17/2012 | Tuesday | CRJ | N907SW | SBP | PHX | 1.6833 | 4/17/2012 6:31 | 4/17/2012 8:12 | FO | 31651 |
| 2990 | 4/17/2012 | Tuesday | CRJ | N907SW | PHX | FLG | 0.8666 | 4/17/2012 8:50 | 4/17/2012 9:42 | FO | 31651 |
| 2901 | 4/17/2012 | Tuesday | CRJ | N907SW | FLG | PHX | 0.75 | 4/17/2012 10:20 | 4/17/2012 11:05 | FO | 31651 |
| 2996 | 4/17/2012 | Tuesday | CRJ | N907SW | PHX | ABQ | 1.15 | 4/17/2012 12:25 | 4/17/2012 14:34 | FO | 31651 |
| 2995 | 4/18/2012 | Wednesday | CRJ | N468CA | ABQ | PHX | 1.3 | 4/18/2012 6:05 | 4/18/2012 6:23 | FO | 31651 |
| 2995 | 4/18/2012 | Wednesday | CRJ | N468CA | PHX | OAK | 2.05 | 4/18/2012 7:15 | 4/18/2012 9:18 | FO | 31651 |
| 2996 | 4/18/2012 | Wednesday | CRJ | N468CA | OAK | PHX | 1.8333 | 4/18/2012 9:50 | 4/18/2012 11:40 | FO | 31651 |
| 2986 | 4/22/2012 | Sunday | CRJ | N495CA | PHX | GJT | 1.4166 | 4/22/2012 15:04 | 4/22/2012 17:29 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2953 | 4/22/2012 | Sunday | CRJ | N495CA | GJT | PHX | 1.7833 | 4/22/2012 18:17 | 4/22/2012 19:04 | FO | 31651 |
| 2911 | 4/22/2012 | Sunday | CRJ | N495CA | PHX | BUR | 1.5166 | 4/22/2012 19:57 | 4/22/2012 21:28 | FO | 31651 |
| 2910 | 4/23/2012 | Monday | CRJ | N506CA | BUR | PHX | 1.7333 | 4/23/2012 16:23 | 4/23/2012 18:07 | FO | 31651 |
| 2987 | 4/23/2012 | Monday | CRJ | N468CA | PHX | FAT | 1.7333 | 4/23/2012 20:00 | 4/23/2012 21:44 | FO | 31651 |
| 2982 | 4/24/2012 | Tuesday | CRJ | N944SW | FAT | PHX | 1.7833 | 4/24/2012 16:16 | 4/24/2012 18:03 | FO | 31651 |
| 2850 | 4/24/2012 | Tuesday | CRJ | N944SW | PHX | SLC | 1.8166 | 4/24/2012 18:41 | 4/24/2012 21:30 | FO | 31651 |
| 2851 | 4/25/2012 | Wednesday | CRJ | N944SW | SLC | PHX | 1.8833 | 4/25/2012 8:20 | 4/25/2012 9:13 | FO | 31651 |
| 2927 | 4/25/2012 | Wednesday | CRJ | N944SW | PHX | SBA | 1.5333 | 4/25/2012 10:07 | 4/25/2012 11:39 | FO | 31651 |
| 2928 | 4/25/2012 | Wednesday | CRJ | N944SW | SBA | PHX | 1.3666 | 4/25/2012 12:30 | 4/25/2012 13:52 | FO | 31651 |
| 2976 | 4/25/2012 | Wednesday | CRJ | N944SW | PHX | ELP | 1.2333 | 4/25/2012 15:04 | 4/25/2012 17:18 | FO | 31651 |
| 2961 | 4/25/2012 | Wednesday | CRJ | N944SW | ELP | PHX | 1.4666 | 4/25/2012 18:21 | 4/25/2012 18:49 | FO | 31651 |
| 2901 | 4/29/2012 | Sunday | CRJ | N906SW | PHX | SAN | 1.3666 | 4/29/2012 12:16 | 4/29/2012 13:38 | FO | 31651 |
| 2904 | 4/29/2012 | Sunday | CRJ | N906SW | SAN | PHX | 1.25 | 4/29/2012 14:41 | 4/29/2012 15:56 | FO | 31651 |
| 2973 | 4/29/2012 | Sunday | CRJ | N906SW | PHX | YUM | 0.8333 | 4/29/2012 16:40 | 4/29/2012 17:30 | FO | 31651 |
| 2984 | 4/29/2012 | Sunday | CRJ | N906SW | YUM | PHX | 1.1166 | 4/29/2012 18:00 | 4/29/2012 19:07 | FO | 31651 |
| 2961 | 4/29/2012 | Sunday | CRJ | N906SW | PHX | BFL | 1.45 | 4/29/2012 19:55 | 4/29/2012 21:22 | FO | 31651 |
| 2970 | 4/30/2012 | Monday | CRJ | N907SW | BFL | PHX | 1.55 | 4/30/2012 12:04 | 4/30/2012 13:37 | FO | 31651 |
| 2928 | 4/30/2012 | Monday | CRJ | N907SW | PHX | ABQ | 1.3333 | 4/30/2012 15:06 | 4/30/2012 17:26 | FO | 31651 |
| 2923 | 4/30/2012 | Monday | CRJ | N907SW | ABQ | PHX | 1.2333 | 4/30/2012 18:56 | 4/30/2012 19:10 | FO | 31651 |
| 2953 | 4/30/2012 | Monday | CRJ | N496CA | PHX | SBP | 1.7166 | 4/30/2012 20:33 | 4/30/2012 22:16 | FO | 31651 |
| 2978 | 5/1/2012 | Tuesday | CRJ | N955SW | SBP | PHX | 1.7333 | 5/1/2012 16:10 | 5/1/2012 17:54 | FO | 31651 |
| 2960 | 5/1/2012 | Tuesday | CRJ | N955SW | PHX | MRY | 1.8833 | 5/1/2012 19:55 | 5/1/2012 21:48 | FO | 31651 |
| 2986 | 5/2/2012 | Wednesday | CRJ | N906SW | MRY | PHX | 1.75 | 5/2/2012 12:14 | 5/2/2012 13:59 | FO | 31651 |
| 2997 | 5/2/2012 | Wednesday | CRJ | N874AS | PHX | BUR | 1.5 | 5/2/2012 16:45 | 5/2/2012 18:15 | FO | 31651 |
| 2988 | 5/2/2012 | Wednesday | CRJ | N874AS | BUR | PHX | 1.4666 | 5/2/2012 19:16 | 5/2/2012 20:44 | FO | 31651 |
| 2976 | 5/7/2012 | Monday | CRJ | N506CA | PHX | ELP | 1.35 | 5/7/2012 14:57 | 5/7/2012 17:18 | FO | 31651 |
| 2961 | 5/7/2012 | Monday | CRJ | N506CA | ELP | PHX | 1.6166 | 5/7/2012 18:27 | 5/7/2012 19:04 | FO | 31651 |
| 2953 | 5/7/2012 | Monday | CRJ | N506CA | PHX | SBP | 1.6833 | 5/7/2012 19:52 | 5/7/2012 21:33 | FO | 31651 |
| 2978 | 5/8/2012 | Tuesday | CRJ | N907SW | SBP | PHX | 1.9 | 5/8/2012 16:11 | 5/8/2012 18:05 | FO | 31651 |
| 2960 | 5/8/2012 | Tuesday | CRJ | N907SW | PHX | MRY | 1.8666 | 5/8/2012 20:04 | 5/8/2012 21:56 | FO | 31651 |
| 2986 | 5/9/2012 | Wednesday | CRJ | N886AS | MRY | PHX | 1.7166 | 5/9/2012 12:15 | 5/9/2012 13:58 | FO | 31651 |
| 2986 | 5/9/2012 | Wednesday | CRJ | N886AS | PHX | GJT | 1.4333 | 5/9/2012 14:52 | 5/9/2012 17:18 | FO | 31651 |
| 2953 | 5/9/2012 | Wednesday | CRJ | N886AS | GJT | PHX | 2.2 | 5/9/2012 18:34 | 5/9/2012 19:46 | FO | 31651 |
| 2957 | 5/9/2012 | Wednesday | CRJ | N468CA | PHX | PSP | 1.15 | 5/9/2012 21:39 | 5/9/2012 22:48 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2954 | 5/10/2012 | Thursday | CRJ | N889AS | PSP | PHX | 1.2666 | 5/10/2012 7:51 | 5/10/2012 9:07 | FO | 31651 |
| 2954 | 5/10/2012 | Thursday | CRJ | N889AS | PHX | YUM | 0.9666 | 5/10/2012 9:49 | 5/10/2012 10:47 | FO | 31651 |
| 2955 | 5/10/2012 | Thursday | CRJ | N889AS | YUM | PHX | 0.6833 | 5/10/2012 11:49 | 5/10/2012 12:30 | FO | 31651 |
| 2983 | 5/10/2012 | Thursday | CRJ | N889AS | PHX | YUM | 0.7333 | 5/10/2012 13:32 | 5/10/2012 14:16 | FO | 31651 |
| 2977 | 5/10/2012 | Thursday | CRJ | N889AS | YUM | PHX | 0.8166 | 5/10/2012 15:04 | 5/10/2012 15:53 | FO | 31651 |
| 2976 | 5/13/2012 | Sunday | CRJ | N885AS | PHX | ELP | 1.2333 | 5/13/2012 15:10 | 5/13/2012 17:24 | FO | 31651 |
| 2961 | 5/13/2012 | Sunday | CRJ | N885AS | ELP | PHX | 1.3333 | 5/13/2012 18:21 | 5/13/2012 18:41 | FO | 31651 |
| 2911 | 5/13/2012 | Sunday | CRJ | N885AS | PHX | BUR | 1.3666 | 5/13/2012 19:54 | 5/13/2012 21:16 | FO | 31651 |
| 2910 | 5/14/2012 | Monday | CRJ | N506CA | BUR | PHX | 1.45 | 5/14/2012 16:17 | 5/14/2012 17:44 | FO | 31651 |
| 2960 | 5/14/2012 | Monday | CRJ | N506CA | PHX | MRY | 1.7833 | 5/14/2012 19:55 | 5/14/2012 21:42 | FO | 31651 |
| 2986 | 5/15/2012 | Tuesday | CRJ | N498CA | MRY | PHX | 1.85 | 5/15/2012 12:11 | 5/15/2012 14:02 | FO | 31651 |
| 2986 | 5/15/2012 | Tuesday | CRJ | N498CA | PHX | GJT | 1.35 | 5/15/2012 14:50 | 5/15/2012 17:11 | FO | 31651 |
| 2953 | 5/15/2012 | Tuesday | CRJ | N498CA | GJT | PHX | 1.4833 | 5/15/2012 18:21 | 5/15/2012 18:50 | FO | 31651 |
| 2957 | 5/15/2012 | Tuesday | CRJ | N468CA | PHX | PSP | 1.0666 | 5/15/2012 19:43 | 5/15/2012 20:47 | FO | 31651 |
| 2954 | 5/16/2012 | Wednesday | CRJ | N468CA | PSP | PHX | 1.0166 | 5/16/2012 9:16 | 5/16/2012 10:17 | FO | 31651 |
| 2954 | 5/16/2012 | Wednesday | CRJ | N468CA | PHX | YUM | 0.6833 | 5/16/2012 10:52 | 5/16/2012 11:33 | FO | 31651 |
| 2955 | 5/16/2012 | Wednesday | CRJ | N468CA | YUM | PHX | 0.85 | 5/16/2012 11:44 | 5/16/2012 12:35 | FO | 31651 |
| 2983 | 5/16/2012 | Wednesday | CRJ | N468CA | PHX | YUM | 0.9166 | 5/16/2012 13:31 | 5/16/2012 14:26 | FO | 31651 |
| 2977 | 5/16/2012 | Wednesday | CRJ | N468CA | YUM | PHX | 0.9333 | 5/16/2012 15:01 | 5/16/2012 15:57 | FO | 31651 |
| 2905 | 5/20/2012 | Sunday | CRJ | N496CA | PHX | LAX | 1.4833 | 5/20/2012 12:39 | 5/20/2012 14:08 | FO | 31651 |
| 2906 | 5/20/2012 | Sunday | CRJ | N496CA | LAX | PHX | 1.4 | 5/20/2012 14:42 | 5/20/2012 16:06 | FO | 31651 |
| 2906 | 5/20/2012 | Sunday | CRJ | N496CA | PHX | TUS | 0.75 | 5/20/2012 16:46 | 5/20/2012 17:31 | FO | 31651 |
| 2911 | 5/20/2012 | Sunday | CRJ | N496CA | TUS | PHX | 1.2 | 5/20/2012 18:02 | 5/20/2012 19:14 | FO | 31651 |
| 2953 | 5/20/2012 | Sunday | CRJ | N874AS | PHX | SBP | 1.5333 | 5/20/2012 20:32 | 5/20/2012 22:04 | FO | 31651 |
| 2978 | 5/21/2012 | Monday | CRJ | N885AS | SBP | PHX | 1.65 | 5/21/2012 16:20 | 5/21/2012 17:59 | FO | 31651 |
| 2850 | 5/21/2012 | Monday | CRJ | N885AS | PHX | SLC | 1.7166 | 5/21/2012 18:45 | 5/21/2012 21:28 | FO | 31651 |
| 2851 | 5/22/2012 | Tuesday | CRJ | N885AS | SLC | PHX | 1.8666 | 5/22/2012 8:20 | 5/22/2012 9:12 | FO | 31651 |
| 2975 | 5/22/2012 | Tuesday | CRJ | N885AS | PHX | MRY | 1.8833 | 5/22/2012 9:48 | 5/22/2012 11:41 | FO | 31651 |
| 2965 | 5/23/2012 | Wednesday | CRJ | N885AS | MRY | PHX | 2.0166 | 5/23/2012 6:13 | 5/23/2012 8:14 | FO | 31651 |
| 2965 | 5/23/2012 | Wednesday | CRJ | N885AS | PHX | YUM | 1.05 | 5/23/2012 8:44 | 5/23/2012 9:47 | FO | 31651 |
| 2964 | 5/23/2012 | Wednesday | CRJ | N885AS | YUM | PHX | 0.8 | 5/23/2012 10:16 | 5/23/2012 11:04 | FO | 31651 |
| 2952 | 5/23/2012 | Wednesday | CRJ | N885AS | PHX | TUS | 0.8166 | 5/23/2012 12:12 | 5/23/2012 13:01 | FO | 31651 |
| 2976 | 5/23/2012 | Wednesday | CRJ | N885AS | TUS | PHX | 0.9666 | 5/23/2012 13:29 | 5/23/2012 14:27 | FO | 31651 |
| 2955 | 5/28/2012 | Monday | CRJ | N889AS | PHX | FAT | 1.6666 | 5/28/2012 14:03 | 5/28/2012 15:43 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2982 | 5/28/2012 | Monday | CRJ | N889AS | FAT | PHX | 1.7 | 5/28/2012 16:11 | 5/28/2012 17:53 | FO | 31651 |
| 2850 | 5/28/2012 | Monday | CRJ | N889AS | PHX | SLC | 1.7833 | 5/28/2012 18:46 | 5/28/2012 21:33 | FO | 31651 |
| 2851 | 5/29/2012 | Tuesday | CRJ | N889AS | SLC | PHX | 1.9 | 5/29/2012 8:13 | 5/29/2012 9:07 | FO | 31651 |
| 2927 | 5/29/2012 | Tuesday | CRJ | N889AS | PHX | SBA | 1.65 | 5/29/2012 10:05 | 5/29/2012 11:44 | FO | 31651 |
| 2950 | 5/30/2012 | Wednesday | CRJ | N944SW | SBA | PHX | 1.45 | 5/30/2012 6:24 | 5/30/2012 7:51 | FO | 31651 |
| 2974 | 5/30/2012 | Wednesday | CRJ | N944SW | PHX | GJT | 1.5333 | 5/30/2012 8:43 | 5/30/2012 11:15 | FO | 31651 |
| 2981 | 5/30/2012 | Wednesday | CRJ | N944SW | GJT | PHX | 1.5666 | 5/30/2012 12:06 | 5/30/2012 12:40 | FO | 31651 |
| 2981 | 5/30/2012 | Wednesday | CRJ | N944SW | PHX | SBP | 1.5166 | 5/30/2012 13:42 | 5/30/2012 15:13 | FO | 31651 |
| 2974 | 5/31/2012 | Thursday | CRJ | N874AS | SBP | PHX | 1.8166 | 5/31/2012 6:16 | 5/31/2012 8:05 | FO | 31651 |
| 2966 | 5/31/2012 | Thursday | CRJ | N874AS | PHX | ABQ | 1.4166 | 5/31/2012 8:47 | 5/31/2012 11:12 | FO | 31651 |
| 2905 | 5/31/2012 | Thursday | CRJ | N874AS | ABQ | PHX | 1.2333 | 5/31/2012 11:37 | 5/31/2012 11:51 | FO | 31651 |
| 4577 | 6/3/2012 | Sunday | CR7 | N603QX | LAX | SFO | 1.6833 | 6/3/2012 10:42 | 6/3/2012 12:23 | FO | 31651 |
| 4798 | 6/3/2012 | Sunday | CR9 | N800SK | SFO | LAX | 1.5666 | 6/3/2012 23:04 | 6/4/2012 0:38 | FO | 31651 |
| 2972 | 6/5/2012 | Tuesday | CRJ | N906SW | PHX | DRO | 1.2166 | 6/5/2012 12:15 | 6/5/2012 14:28 | FO | 31651 |
| 2973 | 6/5/2012 | Tuesday | CRJ | N906SW | DRO | PHX | 1.2166 | 6/5/2012 15:17 | 6/5/2012 15:30 | FO | 31651 |
| 2973 | 6/5/2012 | Tuesday | CRJ | N906SW | PHX | YUM | 0.8166 | 6/5/2012 16:42 | 6/5/2012 17:31 | FO | 31651 |
| 2984 | 6/5/2012 | Tuesday | CRJ | N906SW | YUM | PHX | 1.2 | 6/5/2012 18:02 | 6/5/2012 19:14 | FO | 31651 |
| 2911 | 6/5/2012 | Tuesday | CRJ | N906SW | PHX | BUR | 1.7833 | 6/5/2012 20:01 | 6/5/2012 21:48 | FO | 31651 |
| 2910 | 6/6/2012 | Wednesday | CRJ | N889AS | BUR | PHX | 1.6166 | 6/6/2012 16:21 | 6/6/2012 17:58 | FO | 31651 |
| 2850 | 6/6/2012 | Wednesday | CRJ | N889AS | PHX | SLC | 1.4833 | 6/6/2012 18:46 | 6/6/2012 21:15 | FO | 31651 |
| 2851 | 6/7/2012 | Thursday | CRJ | N889AS | SLC | PHX | 1.8833 | 6/7/2012 8:18 | 6/7/2012 9:11 | FO | 31651 |
| 2905 | 6/11/2012 | Monday | CRJ | N907SW | PHX | LAX | 1.5 | 6/11/2012 12:27 | 6/11/2012 13:57 | FO | 31651 |
| 2906 | 6/11/2012 | Monday | CRJ | N907SW | LAX | PHX | 1.2833 | 6/11/2012 14:41 | 6/11/2012 15:58 | FO | 31651 |
| 2973 | 6/11/2012 | Monday | CRJ | N907SW | PHX | YUM | 0.7166 | 6/11/2012 16:43 | 6/11/2012 17:26 | FO | 31651 |
| 2984 | 6/11/2012 | Monday | CRJ | N907SW | YUM | PHX | 1.1333 | 6/11/2012 17:59 | 6/11/2012 19:07 | FO | 31651 |
| 2911 | 6/11/2012 | Monday | CRJ | N907SW | PHX | BUR | 1.5166 | 6/11/2012 20:00 | 6/11/2012 21:31 | FO | 31651 |
| 2910 | 6/12/2012 | Tuesday | CRJ | N944SW | BUR | PHX | 1.4 | 6/12/2012 16:17 | 6/12/2012 17:41 | FO | 31651 |
| 2956 | 6/12/2012 | Tuesday | CRJ | N944SW | PHX | ELP | 1.2333 | 6/12/2012 18:45 | 6/12/2012 20:59 | FO | 31651 |
| 2971 | 6/13/2012 | Wednesday | CRJ | N944SW | ELP | PHX | 1.6166 | 6/13/2012 8:33 | 6/13/2012 9:10 | FO | 31651 |
| 2927 | 6/13/2012 | Wednesday | CRJ | N944SW | PHX | SBA | 1.7166 | 6/13/2012 10:09 | 6/13/2012 11:52 | FO | 31651 |
| 2950 | 6/14/2012 | Thursday | CRJ | N906SW | SBA | PHX | 1.3666 | 6/14/2012 6:27 | 6/14/2012 7:49 | FO | 31651 |
| 2990 | 6/14/2012 | Thursday | CRJ | N906SW | PHX | FLG | 1.2 | 6/14/2012 8:43 | 6/14/2012 9:55 | FO | 31651 |
| 2901 | 6/14/2012 | Thursday | CRJ | N906SW | FLG | PHX | 0.7 | 6/14/2012 10:51 | 6/14/2012 11:33 | FO | 31651 |
| 2964 | 6/14/2012 | Thursday | CRJ | N906SW | PHX | ELP | 1.2333 | 6/14/2012 12:33 | 6/14/2012 14:47 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2969 | 6/14/2012 | Thursday | CRJ | N906SW | ELP | PHX | 1.2 | 6/14/2012 15:26 | 6/14/2012 15:38 | FO | 31651 |
| 2959 | 6/21/2012 | Thursday | CRJ | N944SW | PHX | SBA | 1.85 | 6/21/2012 7:28 | 6/21/2012 9:19 | FO | 31651 |
| 2952 | 6/21/2012 | Thursday | CRJ | N944SW | SBA | PHX | 1.3666 | 6/21/2012 9:55 | 6/21/2012 11:17 | FO | 31651 |
| 2996 | 6/21/2012 | Thursday | CRJ | N944SW | PHX | ABQ | 1.3166 | 6/21/2012 12:24 | 6/21/2012 14:43 | FO | 31651 |
| 2989 | 6/22/2012 | Friday | CRJ | N889AS | ABQ | PHX | 1.3 | 6/22/2012 6:04 | 6/22/2012 6:22 | FO | 31651 |
| 2989 | 6/22/2012 | Friday | CRJ | N889AS | PHX | PSP | 1.05 | 6/22/2012 7:20 | 6/22/2012 8:23 | FO | 31651 |
| 2993 | 6/22/2012 | Friday | CRJ | N889AS | PSP | PHX | 1.2666 | 6/22/2012 8:51 | 6/22/2012 10:07 | FO | 31651 |
| 2905 | 6/25/2012 | Monday | CRJ | N875AS | PHX | LAX | 1.35 | 6/25/2012 12:29 | 6/25/2012 13:50 | FO | 31651 |
| 2906 | 6/25/2012 | Monday | CRJ | N875AS | LAX | PHX | 1.3 | 6/25/2012 14:40 | 6/25/2012 15:58 | FO | 31651 |
| 2906 | 6/25/2012 | Monday | CRJ | N875AS | PHX | TUS | 0.8333 | 6/25/2012 16:43 | 6/25/2012 17:33 | FO | 31651 |
| 2911 | 6/25/2012 | Monday | CRJ | N875AS | TUS | PHX | 0.85 | 6/25/2012 18:19 | 6/25/2012 19:10 | FO | 31651 |
| 2953 | 6/25/2012 | Monday | CRJ | N875AS | PHX | SBP | 1.5166 | 6/25/2012 19:55 | 6/25/2012 21:26 | FO | 31651 |
| 2978 | 6/26/2012 | Tuesday | CRJ | N821AS | SBP | PHX | 1.75 | 6/26/2012 16:17 | 6/26/2012 18:02 | FO | 31651 |
| 2850 | 6/26/2012 | Tuesday | CRJ | N821AS | PHX | SLC | 1.6166 | 6/26/2012 18:47 | 6/26/2012 21:24 | FO | 31651 |
| 2851 | 6/27/2012 | Wednesday | CRJ | N821AS | SLC | PHX | 1.9166 | 6/27/2012 8:18 | 6/27/2012 9:13 | FO | 31651 |
| 2927 | 6/27/2012 | Wednesday | CRJ | N821AS | PHX | SBA | 1.55 | 6/27/2012 10:13 | 6/27/2012 11:46 | FO | 31651 |
| 2950 | 6/28/2012 | Thursday | CRJ | N907SW | SBA | PHX | 1.4333 | 6/28/2012 6:21 | 6/28/2012 7:47 | FO | 31651 |
| 2990 | 6/28/2012 | Thursday | CRJ | N907SW | PHX | FLG | 0.9166 | 6/28/2012 8:47 | 6/28/2012 9:42 | FO | 31651 |
| 2901 | 6/28/2012 | Thursday | CRJ | N907SW | FLG | PHX | 0.7833 | 6/28/2012 10:44 | 6/28/2012 11:31 | FO | 31651 |
| 2901 | 6/28/2012 | Thursday | CRJ | N907SW | PHX | SAN | 1.1 | 6/28/2012 12:24 | 6/28/2012 13:30 | FO | 31651 |
| 2904 | 6/28/2012 | Thursday | CRJ | N907SW | SAN | PHX | 1.25 | 6/28/2012 14:39 | 6/28/2012 15:54 | FO | 31651 |
| 2949 | 7/1/2012 | Sunday | CRJ | N495CA | PHX | PSP | 0.8833 | 7/1/2012 14:21 | 7/1/2012 15:14 | FO | 31651 |
| 2962 | 7/1/2012 | Sunday | CRJ | N495CA | PSP | PHX | 1.05 | 7/1/2012 15:41 | 7/1/2012 16:44 | FO | 31651 |
| 2997 | 7/1/2012 | Sunday | CRJ | N495CA | PHX | BUR | 1.5666 | 7/1/2012 17:19 | 7/1/2012 18:53 | FO | 31651 |
| 2988 | 7/1/2012 | Sunday | CRJ | N495CA | BUR | PHX | 1.6 | 7/1/2012 19:21 | 7/1/2012 20:57 | FO | 31651 |
| 2946 | 7/1/2012 | Sunday | CRJ | N495CA | PHX | FLG | 0.7 | 7/1/2012 22:46 | 7/1/2012 23:28 | FO | 31651 |
| 2931 | 7/2/2012 | Monday | CRJ | N496CA | FLG | PHX | 0.7666 | 7/2/2012 16:49 | 7/2/2012 17:35 | FO | 31651 |
| 2916 | 7/2/2012 | Monday | CRJ | N955SW | PHX | DSM | 3.0333 | 7/2/2012 18:48 | 7/2/2012 23:50 | FO | 31651 |
| 2985 | 7/4/2012 | Wednesday | CRJ | N944SW | DSM | PHX | 3.35 | 7/4/2012 7:30 | 7/4/2012 8:51 | FO | 31651 |
| 2985 | 7/4/2012 | Wednesday | CRJ | N944SW | PHX | SBP | 1.7166 | 7/4/2012 9:53 | 7/4/2012 11:36 | FO | 31651 |
| 2936 | 7/4/2012 | Wednesday | CRJ | N944SW | SBP | PHX | 1.5166 | 7/4/2012 12:08 | 7/4/2012 13:39 | FO | 31651 |
| 2901 | 7/8/2012 | Sunday | CRJ | N885AS | PHX | SAN | 1.2333 | 7/8/2012 12:09 | 7/8/2012 13:23 | FO | 31651 |
| 2938 | 7/8/2012 | Sunday | CRJ | N885AS | SAN | PHX | 1.4166 | 7/8/2012 14:32 | 7/8/2012 15:57 | FO | 31651 |
| 2938 | 7/8/2012 | Sunday | CRJ | N885AS | PHX | FLG | 0.8 | 7/8/2012 16:41 | 7/8/2012 17:29 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2957 | 7/8/2012 | Sunday | CRJ | N885AS | FLG | PHX | 1.1166 | 7/8/2012 18:00 | 7/8/2012 19:07 | FO | 31651 |
| 2957 | 7/8/2012 | Sunday | CRJ | N885AS | PHX | PSP | 1.0333 | 7/8/2012 19:46 | 7/8/2012 20:48 | FO | 31651 |
| 2954 | 7/9/2012 | Monday | CRJ | N944SW | PSP | PHX | 1.55 | 7/9/2012 7:44 | 7/9/2012 9:17 | FO | 31651 |
| 2919 | 7/9/2012 | Monday | CRJ | N944SW | PHX | HMO | 1.2333 | 7/9/2012 9:55 | 7/9/2012 11:09 | FO | 31651 |
| 2920 | 7/9/2012 | Monday | CRJ | N944SW | HMO | PHX | 1.1333 | 7/9/2012 11:42 | 7/9/2012 12:50 | FO | 31651 |
| 2928 | 7/9/2012 | Monday | CRJ | N498CA | PHX | ABQ | 1.4666 | 7/9/2012 15:05 | 7/9/2012 17:33 | FO | 31651 |
| 2970 | 7/10/2012 | Tuesday | CRJ | N498CA | ABQ | PHX | 1.1666 | 7/10/2012 6:07 | 7/10/2012 6:17 | FO | 31651 |
| 2959 | 7/10/2012 | Tuesday | CRJ | N498CA | PHX | SBA | 1.4166 | 7/10/2012 7:27 | 7/10/2012 8:52 | FO | 31651 |
| 2952 | 7/10/2012 | Tuesday | CRJ | N498CA | SBA | PHX | 1.5166 | 7/10/2012 9:47 | 7/10/2012 11:18 | FO | 31651 |
| 2951 | 7/10/2012 | Tuesday | CRJ | N468CA | PHX | MRY | 1.6833 | 7/10/2012 13:41 | 7/10/2012 15:22 | FO | 31651 |
| 2965 | 7/11/2012 | Wednesday | CRJ | N955SW | MRY | PHX | 1.9333 | 7/11/2012 6:05 | 7/11/2012 8:01 | FO | 31651 |
| 2965 | 7/11/2012 | Wednesday | CRJ | N955SW | PHX | YUM | 1 | 7/11/2012 8:40 | 7/11/2012 9:40 | FO | 31651 |
| 2964 | 7/11/2012 | Wednesday | CRJ | N955SW | YUM | PHX | 0.9 | 7/11/2012 10:22 | 7/11/2012 11:16 | FO | 31651 |
| 2964 | 7/15/2012 | Sunday | CRJ | N944SW | PHX | ELP | 1.25 | 7/15/2012 12:14 | 7/15/2012 14:29 | FO | 31651 |
| 2969 | 7/15/2012 | Sunday | CRJ | N944SW | ELP | PHX | 1.1666 | 7/15/2012 15:28 | 7/15/2012 15:38 | FO | 31651 |
| 2969 | 7/15/2012 | Sunday | CRJ | N944SW | PHX | BFL | 1.8333 | 7/15/2012 16:47 | 7/15/2012 18:37 | FO | 31651 |
| 2958 | 7/15/2012 | Sunday | CRJ | N944SW | BFL | PHX | 1.3 | 7/15/2012 20:18 | 7/15/2012 21:36 | FO | 31651 |
| 2942 | 7/15/2012 | Sunday | CRJ | N944SW | PHX | FLG | 1.05 | 7/15/2012 23:11 | 7/16/2012 0:14 | FO | 31651 |
| 2991 | 7/16/2012 | Monday | CRJ | N944SW | FLG | PHX | 0.9833 | 7/16/2012 9:12 | 7/16/2012 10:11 | FO | 31651 |
| 2991 | 7/16/2012 | Monday | CRJ | N885AS | PHX | PSP | 1.1333 | 7/16/2012 10:55 | 7/16/2012 12:03 | FO | 31651 |
| 2992 | 7/16/2012 | Monday | CRJ | N885AS | PSP | PHX | 1.05 | 7/16/2012 12:26 | 7/16/2012 13:29 | FO | 31651 |
| 2951 | 7/16/2012 | Monday | CRJ | N885AS | PHX | MRY | 1.8 | 7/16/2012 14:12 | 7/16/2012 16:00 | FO | 31651 |
| 2965 | 7/17/2012 | Tuesday | CRJ | N506CA | MRY | PHX | 1.8 | 7/17/2012 6:07 | 7/17/2012 7:55 | FO | 31651 |
| 2965 | 7/17/2012 | Tuesday | CRJ | N506CA | PHX | YUM | 1 | 7/17/2012 8:43 | 7/17/2012 9:43 | FO | 31651 |
| 2964 | 7/17/2012 | Tuesday | CRJ | N506CA | YUM | PHX | 0.7333 | 7/17/2012 10:29 | 7/17/2012 11:13 | FO | 31651 |
| 2951 | 7/17/2012 | Tuesday | CRJ | N907SW | PHX | MRY | 1.9 | 7/17/2012 13:43 | 7/17/2012 15:37 | FO | 31651 |
| 2965 | 7/18/2012 | Wednesday | CRJ | N821AS | MRY | PHX | 1.9 | 7/18/2012 6:14 | 7/18/2012 8:08 | FO | 31651 |
| 2965 | 7/18/2012 | Wednesday | CRJ | N821AS | PHX | YUM | 0.7833 | 7/18/2012 8:41 | 7/18/2012 9:28 | FO | 31651 |
| 2964 | 7/18/2012 | Wednesday | CRJ | N821AS | YUM | PHX | 0.8166 | 7/18/2012 10:23 | 7/18/2012 11:12 | FO | 31651 |
| 2964 | 7/22/2012 | Sunday | CRJ | N821AS | PHX | ELP | 1.2833 | 7/22/2012 12:08 | 7/22/2012 14:25 | FO | 31651 |
| 2969 | 7/22/2012 | Sunday | CRJ | N821AS | ELP | PHX | 1.25 | 7/22/2012 15:31 | 7/22/2012 15:46 | FO | 31651 |
| 2969 | 7/22/2012 | Sunday | CRJ | N821AS | PHX | BFL | 1.5 | 7/22/2012 16:48 | 7/22/2012 18:18 | FO | 31651 |
| 2958 | 7/22/2012 | Sunday | CRJ | N821AS | BFL | PHX | 1.3333 | 7/22/2012 18:55 | 7/22/2012 20:15 | FO | 31651 |
| 2942 | 7/22/2012 | Sunday | CRJ | N821AS | PHX | FLG | 0.7666 | 7/22/2012 21:45 | 7/22/2012 22:31 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2991 | 7/23/2012 | Monday | CRJ | N821AS | FLG | PHX | 1.0166 | 7/23/2012 8:09 | 7/23/2012 9:10 | FO | 31651 |
| 2991 | 7/23/2012 | Monday | CRJ | N821AS | PHX | PSP | 1.1833 | 7/23/2012 10:03 | 7/23/2012 11:14 | FO | 31651 |
| 2992 | 7/23/2012 | Monday | CRJ | N821AS | PSP | PHX | 1.0333 | 7/23/2012 11:49 | 7/23/2012 12:51 | FO | 31651 |
| 2928 | 7/23/2012 | Monday | CRJ | N874AS | PHX | ABQ | 1.35 | 7/23/2012 15:07 | 7/23/2012 17:28 | FO | 31651 |
| 2989 | 7/24/2012 | Tuesday | CRJ | N496CA | ABQ | PHX | 1.35 | 7/24/2012 6:13 | 7/24/2012 6:34 | FO | 31651 |
| 2959 | 7/24/2012 | Tuesday | CRJ | N496CA | PHX | SBA | 1.6333 | 7/24/2012 7:27 | 7/24/2012 9:05 | FO | 31651 |
| 2952 | 7/24/2012 | Tuesday | CRJ | N496CA | SBA | PHX | 1.3166 | 7/24/2012 9:54 | 7/24/2012 11:13 | FO | 31651 |
| 2951 | 7/24/2012 | Tuesday | CRJ | N955SW | PHX | PHX | 0.6666 | 7/24/2012 13:44 | 7/24/2012 14:24 | FO | 31651 |
| 2951 | 7/24/2012 | Tuesday | CRJ | N955SW | PHX | MRY | 1.7666 | 7/24/2012 16:21 | 7/24/2012 18:07 | FO | 31651 |
| 2965 | 7/25/2012 | Wednesday | CRJ | N875AS | MRY | PHX | 1.8 | 7/25/2012 6:11 | 7/25/2012 7:59 | FO | 31651 |
| 2965 | 7/25/2012 | Wednesday | CRJ | N875AS | PHX | YUM | 0.8833 | 7/25/2012 8:39 | 7/25/2012 9:32 | FO | 31651 |
| 2964 | 7/25/2012 | Wednesday | CRJ | N875AS | YUM | PHX | 0.7 | 7/25/2012 10:21 | 7/25/2012 11:03 | FO | 31651 |
| 2879 | 7/29/2012 | Sunday | CRJ | N821AS | PHX | SBA | 1.4 | 7/29/2012 13:47 | 7/29/2012 15:11 | FO | 31651 |
| 2916 | 7/29/2012 | Sunday | CRJ | N821AS | SBA | PHX | 1.6666 | 7/29/2012 16:40 | 7/29/2012 18:20 | FO | 31651 |
| 2916 | 7/29/2012 | Sunday | CRJ | N821AS | PHX | DSM | 2.95 | 7/29/2012 19:14 | 7/30/2012 0:11 | FO | 31651 |
| 2981 | 7/31/2012 | Tuesday | CRJ | N874AS | DSM | PHX | 3.15 | 7/31/2012 7:42 | 7/31/2012 8:51 | FO | 31651 |
| 2927 | 7/31/2012 | Tuesday | CRJ | N874AS | PHX | SBA | 1.85 | 7/31/2012 10:13 | 7/31/2012 12:04 | FO | 31651 |
| 2950 | 8/1/2012 | Wednesday | CRJ | N886AS | SBA | PHX | 1.6 | 8/1/2012 6:28 | 8/1/2012 8:04 | FO | 31651 |
| 2930 | 8/1/2012 | Wednesday | CRJ | N886AS | PHX | FLG | 1.1166 | 8/1/2012 8:48 | 8/1/2012 9:55 | FO | 31651 |
| 2901 | 8/1/2012 | Wednesday | CRJ | N886AS | FLG | PHX | 0.85 | 8/1/2012 10:23 | 8/1/2012 11:14 | FO | 31651 |
| 2901 | 8/1/2012 | Wednesday | CRJ | N886AS | PHX | SAN | 1.0833 | 8/1/2012 12:10 | 8/1/2012 13:15 | FO | 31651 |
| 2938 | 8/1/2012 | Wednesday | CRJ | N886AS | SAN | PHX | 1.2833 | 8/1/2012 14:33 | 8/1/2012 15:50 | FO | 31651 |
| 2949 | 8/13/2012 | Monday | CRJ | N506CA | PHX | PSP | 1.0833 | 8/13/2012 14:02 | 8/13/2012 15:07 | FO | 31651 |
| 2962 | 8/13/2012 | Monday | CRJ | N506CA | PSP | PHX | 1.0666 | 8/13/2012 15:30 | 8/13/2012 16:34 | FO | 31651 |
| 2850 | 8/13/2012 | Monday | CRJ | N889AS | PHX | SLC | 1.7 | 8/13/2012 18:59 | 8/13/2012 21:41 | FO | 31651 |
| 2851 | 8/14/2012 | Tuesday | CRJ | N889AS | SLC | PHX | 1.9833 | 8/14/2012 8:24 | 8/14/2012 9:23 | FO | 31651 |
| 2927 | 8/14/2012 | Tuesday | CRJ | N889AS | PHX | SBA | 1.6166 | 8/14/2012 10:13 | 8/14/2012 11:50 | FO | 31651 |
| 2950 | 8/15/2012 | Wednesday | CRJ | N889AS | SBA | PHX | 1.7333 | 8/15/2012 6:19 | 8/15/2012 8:03 | FO | 31651 |
| 2930 | 8/15/2012 | Wednesday | CRJ | N889AS | PHX | FLG | 0.8833 | 8/15/2012 8:45 | 8/15/2012 9:38 | FO | 31651 |
| 2901 | 8/15/2012 | Wednesday | CRJ | N889AS | FLG | PHX | 1.0833 | 8/15/2012 10:24 | 8/15/2012 11:29 | FO | 31651 |
| 2951 | 8/15/2012 | Wednesday | CRJ | N944SW | PHX | MRY | 1.5666 | 8/15/2012 13:38 | 8/15/2012 15:12 | FO | 31651 |
| 2965 | 8/16/2012 | Thursday | CRJ | N889AS | MRY | PHX | 1.9333 | 8/16/2012 6:12 | 8/16/2012 8:08 | FO | 31651 |
| 2974 | 8/16/2012 | Thursday | CRJ | N875AS | PHX | GJT | 1.4 | 8/16/2012 8:43 | 8/16/2012 11:07 | FO | 31651 |
| 2983 | 8/16/2012 | Thursday | CRJ | N875AS | GJT | PHX | 1.35 | 8/16/2012 12:02 | 8/16/2012 12:23 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2921 | 8/19/2012 | Sunday | CRJ | N955SW | PHX | PSP | 0.9666 | 8/19/2012 16:41 | 8/19/2012 17:39 | FO | 31651 |
| 2922 | 8/19/2012 | Sunday | CRJ | N955SW | PSP | PHX | 1.2 | 8/19/2012 18:01 | 8/19/2012 19:13 | FO | 31651 |
| 2987 | 8/19/2012 | Sunday | CRJ | N955SW | PHX | SBP | 1.5166 | 8/19/2012 20:00 | 8/19/2012 21:31 | FO | 31651 |
| 2932 | 8/20/2012 | Monday | CRJ | N495CA | SBP | PHX | 1.5666 | 8/20/2012 8:12 | 8/20/2012 9:46 | FO | 31651 |
| 2879 | 8/20/2012 | Monday | CRJ | N498CA | PHX | SBA | 1.4 | 8/20/2012 13:48 | 8/20/2012 15:12 | FO | 31651 |
| 2916 | 8/20/2012 | Monday | CRJ | N498CA | SBA | PHX | 1.6666 | 8/20/2012 16:23 | 8/20/2012 18:03 | FO | 31651 |
| 2979 | 8/20/2012 | Monday | CRJ | N498CA | PHX | PSP | 1.1833 | 8/20/2012 18:38 | 8/20/2012 19:49 | FO | 31651 |
| 2948 | 8/21/2012 | Tuesday | CRJ | N498CA | PSP | PHX | 1.35 | 8/21/2012 6:49 | 8/21/2012 8:10 | FO | 31651 |
| 2995 | 8/21/2012 | Tuesday | CRJ | N498CA | PHX | TUS | 0.6 | 8/21/2012 10:38 | 8/21/2012 11:14 | FO | 31651 |
| 2996 | 8/21/2012 | Tuesday | CRJ | N498CA | TUS | PHX | 0.65 | 8/21/2012 11:32 | 8/21/2012 12:11 | FO | 31651 |
| 2951 | 8/21/2012 | Tuesday | CRJ | N498CA | PHX | MRY | 1.7666 | 8/21/2012 13:41 | 8/21/2012 15:27 | FO | 31651 |
| 2965 | 8/22/2012 | Wednesday | CRJ | N955SW | MRY | PHX | 2.3 | 8/22/2012 6:09 | 8/22/2012 8:27 | FO | 31651 |
| 2974 | 8/22/2012 | Wednesday | CRJ | N955SW | PHX | GJT | 1.45 | 8/22/2012 8:52 | 8/22/2012 11:19 | FO | 31651 |
| 2983 | 8/22/2012 | Wednesday | CRJ | N955SW | GJT | PHX | 1.4333 | 8/22/2012 12:06 | 8/22/2012 12:32 | FO | 31651 |
| 2986 | 8/26/2012 | Sunday | CRJ | N496CA | PHX | GJT | 1.3666 | 8/26/2012 14:50 | 8/26/2012 17:12 | FO | 31651 |
| 2940 | 8/26/2012 | Sunday | CRJ | N496CA | GJT | PHX | 1.7 | 8/26/2012 18:21 | 8/26/2012 19:03 | FO | 31651 |
| 2960 | 8/26/2012 | Sunday | CRJ | N496CA | PHX | MRY | 1.6833 | 8/26/2012 19:53 | 8/26/2012 21:34 | FO | 31651 |
| 2956 | 8/27/2012 | Monday | CRJ | N907SW | MRY | PHX | 1.9 | 8/27/2012 16:01 | 8/27/2012 17:55 | FO | 31651 |
| 2916 | 8/27/2012 | Monday | CRJ | N907SW | PHX | DSM | 3.0166 | 8/27/2012 18:49 | 8/27/2012 23:50 | FO | 31651 |
| 2981 | 8/29/2012 | Wednesday | CRJ | N886AS | DSM | PHX | 3.5 | 8/29/2012 7:36 | 8/29/2012 9:06 | FO | 31651 |
| 2981 | 8/29/2012 | Wednesday | CRJ | N885AS | PHX | SBP | 1.6 | 8/29/2012 9:57 | 8/29/2012 11:33 | FO | 31651 |
| 2936 | 8/29/2012 | Wednesday | CRJ | N885AS | SBP | PHX | 1.6166 | 8/29/2012 12:13 | 8/29/2012 13:50 | FO | 31651 |
| 2921 | 9/2/2012 | Sunday | CRJ | N496CA | PHX | PSP | 1.0333 | 9/2/2012 16:38 | 9/2/2012 17:40 | FO | 31651 |
| 2922 | 9/2/2012 | Sunday | CRJ | N496CA | PSP | PHX | 1 | 9/2/2012 18:09 | 9/2/2012 19:09 | FO | 31651 |
| 2987 | 9/2/2012 | Sunday | CRJ | N496CA | PHX | SBP | 1.5333 | 9/2/2012 19:58 | 9/2/2012 21:30 | FO | 31651 |
| 2932 | 9/3/2012 | Monday | CRJ | N496CA | SBP | PHX | 1.3833 | 9/3/2012 8:15 | 9/3/2012 9:38 | FO | 31651 |
| 2932 | 9/3/2012 | Monday | CRJ | N496CA | PHX | FLG | 0.85 | 9/3/2012 10:18 | 9/3/2012 11:09 | FO | 31651 |
| 2953 | 9/3/2012 | Monday | CRJ | N496CA | FLG | PHX | 0.7666 | 9/3/2012 11:50 | 9/3/2012 12:36 | FO | 31651 |
| 2936 | 9/3/2012 | Monday | CRJ | N506CA | PHX | FLG | 0.6666 | 9/3/2012 15:02 | 9/3/2012 15:42 | FO | 31651 |
| 2931 | 9/3/2012 | Monday | CRJ | N506CA | FLG | PHX | 0.9833 | 9/3/2012 16:54 | 9/3/2012 17:53 | FO | 31651 |
| 2982 | 9/3/2012 | Monday | CRJ | N506CA | PHX | GJT | 1.3333 | 9/3/2012 18:38 | 9/3/2012 20:58 | FO | 31651 |
| 2919 | 9/4/2012 | Tuesday | CRJ | N506CA | GJT | PHX | 1.8833 | 9/4/2012 7:49 | 9/4/2012 8:42 | FO | 31651 |
| 2919 | 9/4/2012 | Tuesday | CRJ | N495CA | PHX | HMO | 1.25 | 9/4/2012 9:46 | 9/4/2012 11:01 | FO | 31651 |
| 2920 | 9/4/2012 | Tuesday | CRJ | N495CA | HMO | PHX | 1.2333 | 9/4/2012 11:34 | 9/4/2012 12:48 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2953 | 9/4/2012 | Tuesday | CRJ | N495CA | PHX | YUM | 0.7833 | 9/4/2012 13:40 | 9/4/2012 14:27 | FO | 31651 |
| 2974 | 9/5/2012 | Wednesday | CRJ | N907SW | YUM | PHX | 0.9333 | 9/5/2012 6:49 | 9/5/2012 7:45 | FO | 31651 |
| 2974 | 9/5/2012 | Wednesday | CRJ | N907SW | PHX | GJT | 1.4333 | 9/5/2012 8:45 | 9/5/2012 11:11 | FO | 31651 |
| 2949 | 9/5/2012 | Wednesday | CRJ | N907SW | GJT | PHX | 1.4833 | 9/5/2012 12:07 | 9/5/2012 12:36 | FO | 31651 |
| 2976 | 9/11/2012 | Tuesday | CRJ | N468CA | PHX | ELP | 1.15 | 9/11/2012 15:03 | 9/11/2012 17:12 | FO | 31651 |
| 2987 | 9/11/2012 | Tuesday | CRJ | N468CA | ELP | PHX | 1.7 | 9/11/2012 18:17 | 9/11/2012 18:59 | FO | 31651 |
| 2987 | 9/11/2012 | Tuesday | CRJ | N468CA | PHX | SBP | 1.8833 | 9/11/2012 19:55 | 9/11/2012 21:48 | FO | 31651 |
| 2932 | 9/12/2012 | Wednesday | CRJ | N506CA | SBP | PHX | 1.5166 | 9/12/2012 8:07 | 9/12/2012 9:38 | FO | 31651 |
| 2983 | 9/12/2012 | Wednesday | CRJ | N885AS | PHX | PHX | 0.5166 | 9/12/2012 13:48 | 9/12/2012 14:19 | FO | 31651 |
| 2983 | 9/12/2012 | Wednesday | CRJ | N885AS | PHX | SBP | 1.4666 | 9/12/2012 14:50 | 9/12/2012 16:18 | FO | 31651 |
| 2978 | 9/12/2012 | Wednesday | CRJ | N885AS | SBP | PHX | 1.6333 | 9/12/2012 16:48 | 9/12/2012 18:26 | FO | 31651 |
| 2979 | 9/12/2012 | Wednesday | CRJ | N885AS | PHX | PSP | 1.0833 | 9/12/2012 18:56 | 9/12/2012 20:01 | FO | 31651 |
| 2948 | 9/13/2012 | Thursday | CRJ | N468CA | PSP | PHX | 1.3833 | 9/13/2012 6:53 | 9/13/2012 8:16 | FO | 31651 |
| 2965 | 9/13/2012 | Thursday | CRJ | N468CA | PHX | YUM | 0.85 | 9/13/2012 8:37 | 9/13/2012 9:28 | FO | 31651 |
| 2964 | 9/13/2012 | Thursday | CRJ | N468CA | YUM | PHX | 0.8333 | 9/13/2012 10:23 | 9/13/2012 11:13 | FO | 31651 |
| 2879 | 9/13/2012 | Thursday | CRJ | N906SW | PHX | SBA | 1.5666 | 9/13/2012 13:45 | 9/13/2012 15:19 | FO | 31651 |
| 2950 | 9/14/2012 | Friday | CRJ | N874AS | SBA | PHX | 1.5166 | 9/14/2012 6:45 | 9/14/2012 8:16 | FO | 31651 |
| 2950 | 9/14/2012 | Friday | CRJ | N874AS | PHX | DRO | 1.5333 | 9/14/2012 8:52 | 9/14/2012 11:24 | FO | 31651 |
| 2951 | 9/14/2012 | Friday | CRJ | N874AS | DRO | PHX | 1.15 | 9/14/2012 12:26 | 9/14/2012 12:35 | FO | 31651 |
| 4807 | 9/16/2012 | Sunday | CR7 | N631SK | LAX | SAN | 1 | 9/16/2012 9:46 | 9/16/2012 10:46 | FO | 31651 |
| 4519 | 9/16/2012 | Sunday | CR7 | N631SK | SAN | LAX | 1.2333 | 9/16/2012 11:17 | 9/16/2012 12:31 | FO | 31651 |
| 4509 | 9/16/2012 | Sunday | CR7 | N631SK | LAX | SAN | 0.9333 | 9/16/2012 12:57 | 9/16/2012 13:53 | FO | 31651 |
| 4852 | 9/17/2012 | Monday | CR7 | N616QX | SAN | LAX | 1.05 | 9/17/2012 6:12 | 9/17/2012 7:15 | FO | 31651 |
| 4771 | 9/17/2012 | Monday | CR7 | N616QX | LAX | SFO | 1.6833 | 9/17/2012 8:16 | 9/17/2012 9:57 | FO | 31651 |
| 4771 | 9/17/2012 | Monday | CR7 | N616QX | SFO | LAX | 1.5166 | 9/17/2012 10:23 | 9/17/2012 11:54 | FO | 31651 |
| 4794 | 9/17/2012 | Monday | CR7 | N606SK | LAX | PHX | 1.9166 | 9/17/2012 14:14 | 9/17/2012 16:09 | FO | 31651 |
| 4794 | 9/17/2012 | Monday | CR7 | N606SK | PHX | LAX | 1.7666 | 9/17/2012 16:30 | 9/17/2012 18:16 | FO | 31651 |
| 2986 | 9/24/2012 | Monday | CRJ | N889AS | PHX | GJT | 1.3666 | 9/24/2012 14:48 | 9/24/2012 17:10 | FO | 31651 |
| 2940 | 9/24/2012 | Monday | CRJ | N889AS | GJT | PHX | 1.6333 | 9/24/2012 18:16 | 9/24/2012 18:54 | FO | 31651 |
| 2957 | 9/24/2012 | Monday | CRJ | N907SW | PHX | PSP | 1 | 9/24/2012 19:46 | 9/24/2012 20:46 | FO | 31651 |
| 2954 | 9/25/2012 | Tuesday | CRJ | N944SW | PSP | PHX | 1.2833 | 9/25/2012 7:42 | 9/25/2012 8:59 | FO | 31651 |
| 2951 | 9/25/2012 | Tuesday | CRJ | N944SW | PHX | MRY | 1.8333 | 9/25/2012 13:41 | 9/25/2012 15:31 | FO | 31651 |
| 2965 | 9/27/2012 | Thursday | CRJ | N906SW | MRY | PHX | 1.6 | 9/27/2012 6:15 | 9/27/2012 7:51 | FO | 31651 |
| 2924 | 9/27/2012 | Thursday | CRJ | N907SW | PHX | GYM | 1.5833 | 9/27/2012 8:49 | 9/27/2012 10:24 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2925 | 9/27/2012 | Thursday | CRJ | N907SW | GYM | PHX | 1.1166 | 9/27/2012 11:00 | 9/27/2012 12:07 | FO | 31651 |
| 2934 | 10/1/2012 | Monday | CRJ | N906SW | PHX | FLG | 0.7666 | 10/1/2012 13:34 | 10/1/2012 14:20 | FO | 31651 |
| 2921 | 10/1/2012 | Monday | CRJ | N906SW | FLG | PHX | 0.8833 | 10/1/2012 14:57 | 10/1/2012 15:50 | FO | 31651 |
| 2921 | 10/1/2012 | Monday | CRJ | N906SW | PHX | PSP | 0.9 | 10/1/2012 16:36 | 10/1/2012 17:30 | FO | 31651 |
| 2922 | 10/1/2012 | Monday | CRJ | N906SW | PSP | PHX | 1.1666 | 10/1/2012 17:59 | 10/1/2012 19:09 | FO | 31651 |
| 2923 | 10/1/2012 | Monday | CRJ | N906SW | PHX | SBA | 1.4666 | 10/1/2012 19:57 | 10/1/2012 21:25 | FO | 31651 |
| 2916 | 10/2/2012 | Tuesday | CRJ | N955SW | SBA | PHX | 1.45 | 10/2/2012 16:08 | 10/2/2012 17:35 | FO | 31651 |
| 2916 | 10/2/2012 | Tuesday | CRJ | N955SW | PHX | DSM | 2.9166 | 10/2/2012 18:47 | 10/2/2012 23:42 | FO | 31651 |
| 2981 | 10/4/2012 | Thursday | CRJ | N955SW | DSM | PHX | 3.4166 | 10/4/2012 7:41 | 10/4/2012 9:06 | FO | 31651 |
| 2981 | 10/4/2012 | Thursday | CRJ | N955SW | PHX | SBP | 1.7333 | 10/4/2012 10:00 | 10/4/2012 11:44 | FO | 31651 |
| 2936 | 10/4/2012 | Thursday | CRJ | N955SW | SBP | PHX | 1.5333 | 10/4/2012 12:29 | 10/4/2012 14:01 | FO | 31651 |
| 2964 | 10/7/2012 | Sunday | CRJ | N955SW | PHX | ELP | 1.2166 | 10/7/2012 12:12 | 10/7/2012 14:25 | FO | 31651 |
| 2969 | 10/7/2012 | Sunday | CRJ | N955SW | ELP | PHX | 1.3166 | 10/7/2012 15:28 | 10/7/2012 15:47 | FO | 31651 |
| 2969 | 10/7/2012 | Sunday | CRJ | N955SW | PHX | BFL | 1.5 | 10/7/2012 16:47 | 10/7/2012 18:17 | FO | 31651 |
| 2958 | 10/7/2012 | Sunday | CRJ | N955SW | BFL | PHX | 1.5 | 10/7/2012 18:59 | 10/7/2012 20:29 | FO | 31651 |
| 2980 | 10/7/2012 | Sunday | CRJ | N955SW | PHX | YUM | 0.8166 | 10/7/2012 21:57 | 10/7/2012 22:46 | FO | 31651 |
| 2977 | 10/8/2012 | Monday | CRJ | N498CA | YUM | PHX | 0.75 | 10/8/2012 15:06 | 10/8/2012 15:51 | FO | 31651 |
| 2973 | 10/8/2012 | Monday | CRJ | N498CA | PHX | YUM | 0.9 | 10/8/2012 16:39 | 10/8/2012 17:33 | FO | 31651 |
| 2957 | 10/8/2012 | Monday | CRJ | N498CA | YUM | PHX | 1 | 10/8/2012 18:03 | 10/8/2012 19:03 | FO | 31651 |
| 2960 | 10/8/2012 | Monday | CRJ | N498CA | PHX | MRY | 2.05 | 10/8/2012 19:55 | 10/8/2012 21:58 | FO | 31651 |
| 2986 | 10/9/2012 | Tuesday | CRJ | N874AS | MRY | PHX | 1.8333 | 10/9/2012 12:19 | 10/9/2012 14:09 | FO | 31651 |
| 2986 | 10/9/2012 | Tuesday | CRJ | N874AS | PHX | GJT | 1.3666 | 10/9/2012 14:51 | 10/9/2012 17:13 | FO | 31651 |
| 2940 | 10/9/2012 | Tuesday | CRJ | N874AS | GJT | PHX | 1.6333 | 10/9/2012 18:11 | 10/9/2012 18:49 | FO | 31651 |
| 2940 | 10/9/2012 | Tuesday | CRJ | N874AS | PHX | FLG | 0.7166 | 10/9/2012 19:53 | 10/9/2012 20:36 | FO | 31651 |
| 2993 | 10/10/2012 | Wednesday | CRJ | N874AS | FLG | PHX | 1.15 | 10/10/2012 7:03 | 10/10/2012 8:12 | FO | 31651 |
| 2974 | 10/10/2012 | Wednesday | CRJ | N874AS | PHX | GJT | 1.4666 | 10/10/2012 8:50 | 10/10/2012 11:18 | FO | 31651 |
| 2949 | 10/10/2012 | Wednesday | CRJ | N874AS | GJT | PHX | 1.4333 | 10/10/2012 12:05 | 10/10/2012 12:31 | FO | 31651 |
| 2901 | 10/14/2012 | Sunday | CRJ | N944SW | PHX | ABQ | 1.2166 | 10/14/2012 12:23 | 10/14/2012 14:36 | FO | 31651 |
| 2938 | 10/14/2012 | Sunday | CRJ | N944SW | ABQ | PHX | 1.1833 | 10/14/2012 15:42 | 10/14/2012 15:53 | FO | 31651 |
| 2921 | 10/14/2012 | Sunday | CRJ | N944SW | PHX | PSP | 1 | 10/14/2012 16:38 | 10/14/2012 17:38 | FO | 31651 |
| 2922 | 10/14/2012 | Sunday | CRJ | N944SW | PSP | PHX | 1.3 | 10/14/2012 18:03 | 10/14/2012 19:21 | FO | 31651 |
| 2923 | 10/14/2012 | Sunday | CRJ | N944SW | PHX | SBA | 1.5333 | 10/14/2012 19:55 | 10/14/2012 21:27 | FO | 31651 |
| 2916 | 10/15/2012 | Monday | CRJ | N885AS | SBA | PHX | 1.6 | 10/15/2012 16:20 | 10/15/2012 17:56 | FO | 31651 |
| 2916 | 10/15/2012 | Monday | CRJ | N885AS | PHX | DSM | 2.9 | 10/15/2012 18:45 | 10/15/2012 23:39 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2981 | 10/17/2012 | Wednesday | CRJ | N885AS | DSM | PHX | 3.5 | 10/17/2012 7:41 | 10/17/2012 9:11 | FO | 31651 |
| 2919 | 10/17/2012 | Wednesday | CRJ | N506CA | PHX | HMO | 1.3166 | 10/17/2012 9:47 | 10/17/2012 11:06 | FO | 31651 |
| 2920 | 10/17/2012 | Wednesday | CRJ | N506CA | HMO | PHX | 1.25 | 10/17/2012 11:35 | 10/17/2012 12:50 | FO | 31651 |
| 2964 | 10/21/2012 | Sunday | CRJ | N506CA | PHX | ELP | 1.2333 | 10/21/2012 12:07 | 10/21/2012 14:21 | FO | 31651 |
| 2969 | 10/21/2012 | Sunday | CRJ | N506CA | ELP | PHX | 1.2166 | 10/21/2012 14:47 | 10/21/2012 15:00 | FO | 31651 |
| 2921 | 10/21/2012 | Sunday | CRJ | N506CA | PHX | PSP | 1.0333 | 10/21/2012 16:38 | 10/21/2012 17:40 | FO | 31651 |
| 2922 | 10/21/2012 | Sunday | CRJ | N506CA | PSP | PHX | 1.2 | 10/21/2012 18:07 | 10/21/2012 19:19 | FO | 31651 |
| 2923 | 10/21/2012 | Sunday | CRJ | N506CA | PHX | SBA | 1.6833 | 10/21/2012 20:04 | 10/21/2012 21:45 | FO | 31651 |
| 2916 | 10/22/2012 | Monday | CRJ | N889AS | SBA | PHX | 1.5333 | 10/22/2012 16:28 | 10/22/2012 18:00 | FO | 31651 |
| 2916 | 10/22/2012 | Monday | CRJ | N889AS | PHX | DSM | 2.9833 | 10/22/2012 18:47 | 10/22/2012 23:46 | FO | 31651 |
| 2981 | 10/24/2012 | Wednesday | CRJ | N907SW | DSM | PHX | 3.2166 | 10/24/2012 7:41 | 10/24/2012 8:54 | FO | 31651 |
| 2919 | 10/24/2012 | Wednesday | CRJ | N907SW | PHX | HMO | 1.35 | 10/24/2012 9:45 | 10/24/2012 11:06 | FO | 31651 |
| 2920 | 10/24/2012 | Wednesday | CRJ | N907SW | HMO | PHX | 1.25 | 10/24/2012 11:36 | 10/24/2012 12:51 | FO | 31651 |
| 2921 | 10/28/2012 | Sunday | CRJ | N907SW | PHX | PSP | 1.05 | 10/28/2012 16:24 | 10/28/2012 17:27 | FO | 31651 |
| 2922 | 10/28/2012 | Sunday | CRJ | N907SW | PSP | PHX | 1.35 | 10/28/2012 17:54 | 10/28/2012 19:15 | FO | 31651 |
| 2987 | 10/28/2012 | Sunday | CRJ | N907SW | PHX | SBP | 1.7666 | 10/28/2012 20:07 | 10/28/2012 21:53 | FO | 31651 |
| 2936 | 10/29/2012 | Monday | CRJ | N944SW | SBP | PHX | 1.6833 | 10/29/2012 12:17 | 10/29/2012 13:58 | FO | 31651 |
| 2936 | 10/29/2012 | Monday | CRJ | N944SW | PHX | FLG | 0.7166 | 10/29/2012 15:03 | 10/29/2012 15:46 | FO | 31651 |
| 2931 | 10/29/2012 | Monday | CRJ | N944SW | FLG | PHX | 0.8166 | 10/29/2012 16:54 | 10/29/2012 17:43 | FO | 31651 |
| 2979 | 10/29/2012 | Monday | CRJ | N885AS | PHX | PSP | 1.2166 | 10/29/2012 18:38 | 10/29/2012 19:51 | FO | 31651 |
| 2948 | 10/30/2012 | Tuesday | CRJ | N885AS | PSP | PHX | 1.2666 | 10/30/2012 6:45 | 10/30/2012 8:01 | FO | 31651 |
| 2950 | 10/30/2012 | Tuesday | CRJ | N885AS | PHX | DRO | 1.5666 | 10/30/2012 8:44 | 10/30/2012 11:18 | FO | 31651 |
| 2951 | 10/30/2012 | Tuesday | CRJ | N885AS | DRO | PHX | 1.2 | 10/30/2012 12:28 | 10/30/2012 12:40 | FO | 31651 |
| 2953 | 10/30/2012 | Tuesday | CRJ | N885AS | PHX | YUM | 0.95 | 10/30/2012 13:34 | 10/30/2012 14:31 | FO | 31651 |
| 2974 | 10/31/2012 | Wednesday | CRJ | N889AS | YUM | PHX | 0.9833 | 10/31/2012 6:49 | 10/31/2012 7:48 | FO | 31651 |
| 2974 | 10/31/2012 | Wednesday | CRJ | N889AS | PHX | GJT | 1.6833 | 10/31/2012 8:41 | 10/31/2012 11:22 | FO | 31651 |
| 2949 | 10/31/2012 | Wednesday | CRJ | N889AS | GJT | PHX | 1.4 | 10/31/2012 12:04 | 10/31/2012 12:28 | FO | 31651 |
| 2972 | 11/5/2012 | Monday | CRJ | N498CA | PHX | DRO | 1.3666 | 11/5/2012 13:16 | 11/5/2012 14:38 | FO | 31651 |
| 2973 | 11/5/2012 | Monday | CRJ | N498CA | DRO | PHX | 1.1333 | 11/5/2012 15:09 | 11/5/2012 16:17 | FO | 31651 |
| 2973 | 11/5/2012 | Monday | CRJ | N498CA | PHX | YUM | 0.85 | 11/5/2012 17:40 | 11/5/2012 18:31 | FO | 31651 |
| 2957 | 11/5/2012 | Monday | CRJ | N498CA | YUM | PHX | 0.9666 | 11/5/2012 18:54 | 11/5/2012 19:52 | FO | 31651 |
| 2960 | 11/5/2012 | Monday | CRJ | N498CA | PHX | MRY | 1.6166 | 11/5/2012 20:57 | 11/5/2012 21:34 | FO | 31651 |
| 2986 | 11/6/2012 | Tuesday | CRJ | N874AS | MRY | PHX | 1.8666 | 11/6/2012 12:16 | 11/6/2012 15:08 | FO | 31651 |
| 2921 | 11/6/2012 | Tuesday | CRJ | N944SW | PHX | PSP | 1.05 | 11/6/2012 17:26 | 11/6/2012 17:29 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2922 | 11/6/2012 | Tuesday | CRJ | N944SW | PSP | PHX | 1.0833 | 11/6/2012 18:01 | 11/6/2012 20:06 | FO | 31651 |
| 2987 | 11/6/2012 | Tuesday | CRJ | N944SW | PHX | SBP | 1.6 | 11/6/2012 21:00 | 11/6/2012 21:36 | FO | 31651 |
| 2978 | 11/7/2012 | Wednesday | CRJ | N907SW | SBP | PHX | 1.7 | 11/7/2012 16:14 | 11/7/2012 18:56 | FO | 31651 |
| 2850 | 11/7/2012 | Wednesday | CRJ | N907SW | PHX | SLC | 1.5833 | 11/7/2012 19:37 | 11/7/2012 21:12 | FO | 31651 |
| 2851 | 11/8/2012 | Thursday | CRJ | N907SW | SLC | PHX | 1.95 | 11/8/2012 8:15 | 11/8/2012 10:12 | FO | 31651 |
| 2954 | 11/8/2012 | Thursday | CRJ | N907SW | PHX | YUM | 0.8833 | 11/8/2012 10:48 | 11/8/2012 11:41 | FO | 31651 |
| 2955 | 11/8/2012 | Thursday | CRJ | N907SW | YUM | PHX | 1.0666 | 11/8/2012 12:42 | 11/8/2012 13:46 | FO | 31651 |
| 2997 | 11/18/2012 | Sunday | CRJ | N498CA | PHX | BUR | 1.4333 | 11/18/2012 18:40 | 11/18/2012 19:06 | FO | 31651 |
| 2988 | 11/18/2012 | Sunday | CRJ | N498CA | BUR | PHX | 1.4333 | 11/18/2012 19:28 | 11/18/2012 21:54 | FO | 31651 |
| 2980 | 11/18/2012 | Sunday | CRJ | N498CA | PHX | YUM | 0.8333 | 11/18/2012 22:58 | 11/18/2012 23:48 | FO | 31651 |
| 2977 | 11/19/2012 | Monday | CRJ | N468CA | YUM | PHX | 0.9666 | 11/19/2012 15:54 | 11/19/2012 16:52 | FO | 31651 |
| 2938 | 11/19/2012 | Monday | CRJ | N468CA | PHX | TUS | 0.7333 | 11/19/2012 17:38 | 11/19/2012 18:22 | FO | 31651 |
| 2960 | 11/19/2012 | Monday | CRJ | N468CA | TUS | PHX | 1.0833 | 11/19/2012 19:00 | 11/19/2012 20:05 | FO | 31651 |
| 2940 | 11/19/2012 | Monday | CRJ | N468CA | PHX | FLG | 0.7333 | 11/19/2012 20:48 | 11/19/2012 21:32 | FO | 31651 |
| 2993 | 11/20/2012 | Tuesday | CRJ | N468CA | FLG | PHX | 1.0833 | 11/20/2012 7:52 | 11/20/2012 8:57 | FO | 31651 |
| 2974 | 11/20/2012 | Tuesday | CRJ | N468CA | PHX | GJT | 1.4666 | 11/20/2012 9:49 | 11/20/2012 11:17 | FO | 31651 |
| 2949 | 11/20/2012 | Tuesday | CRJ | N468CA | GJT | PHX | 1.4666 | 11/20/2012 12:13 | 11/20/2012 13:41 | FO | 31651 |
| 2983 | 11/20/2012 | Tuesday | CRJ | N889AS | PHX | SBP | 1.7 | 11/20/2012 14:53 | 11/20/2012 15:35 | FO | 31651 |
| 2930 | 11/21/2012 | Wednesday | CRJ | N498CA | SBP | PHX | 1.7166 | 11/21/2012 6:05 | 11/21/2012 8:48 | FO | 31651 |
| 2993 | 11/21/2012 | Wednesday | CRJ | N498CA | PHX | PSP | 1.2333 | 11/21/2012 9:41 | 11/21/2012 9:55 | FO | 31651 |
| 2994 | 11/21/2012 | Wednesday | CRJ | N498CA | PSP | PHX | 1.0666 | 11/21/2012 10:29 | 11/21/2012 12:33 | FO | 31651 |
| 2901 | 11/21/2012 | Wednesday | CRJ | N498CA | PHX | SAN | 1.25 | 11/21/2012 13:12 | 11/21/2012 13:27 | FO | 31651 |
| 2938 | 11/21/2012 | Wednesday | CRJ | N498CA | SAN | PHX | 1.3333 | 11/21/2012 14:37 | 11/21/2012 16:57 | FO | 31651 |
| 2986 | 11/25/2012 | Sunday | CRJ | N498CA | PHX | GJT | 1.3666 | 11/25/2012 15:53 | 11/25/2012 17:15 | FO | 31651 |
| 2940 | 11/25/2012 | Sunday | CRJ | N498CA | GJT | PHX | 1.85 | 11/25/2012 18:06 | 11/25/2012 19:57 | FO | 31651 |
| 2923 | 11/25/2012 | Sunday | CRJ | N498CA | PHX | SBA | 1.5 | 11/25/2012 21:00 | 11/25/2012 21:30 | FO | 31651 |
| 2916 | 11/26/2012 | Monday | CRJ | N506CA | SBA | PHX | 1.5666 | 11/26/2012 16:25 | 11/26/2012 18:59 | FO | 31651 |
| 2916 | 11/26/2012 | Monday | CRJ | N506CA | PHX | DSM | 2.9 | 11/26/2012 19:44 | 11/26/2012 23:38 | FO | 31651 |
| 2981 | 11/28/2012 | Wednesday | CRJ | N886AS | DSM | PHX | 3.5 | 11/28/2012 7:39 | 11/28/2012 10:09 | FO | 31651 |
| 2981 | 11/28/2012 | Wednesday | CRJ | N886AS | PHX | SBP | 1.95 | 11/28/2012 11:13 | 11/28/2012 12:10 | FO | 31651 |
| 2936 | 11/28/2012 | Wednesday | CRJ | N886AS | SBP | PHX | 1.55 | 11/28/2012 12:38 | 11/28/2012 15:11 | FO | 31651 |
| 2985 | 12/2/2012 | Sunday | CRJ | N944SW | PHX | FAT | 1.8 | 12/2/2012 14:51 | 12/2/2012 15:39 | FO | 31651 |
| 2982 | 12/2/2012 | Sunday | CRJ | N944SW | FAT | PHX | 1.75 | 12/2/2012 16:15 | 12/2/2012 19:00 | FO | 31651 |
| 2923 | 12/2/2012 | Sunday | CRJ | N495CA | PHX | SBA | 1.7833 | 12/2/2012 21:00 | 12/2/2012 21:47 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2916 | 12/3/2012 | Monday | CRJ | N495CA | SBA | PHX | 1.5666 | 12/3/2012 16:19 | 12/3/2012 18:53 | FO | 31651 |
| 2916 | 12/3/2012 | Monday | CRJ | N495CA | PHX | DSM | 2.9666 | 12/3/2012 19:48 | 12/3/2012 23:46 | FO | 31651 |
| 2981 | 12/5/2012 | Wednesday | CRJ | N885AS | DSM | PHX | 3.0166 | 12/5/2012 7:36 | 12/5/2012 9:37 | FO | 31651 |
| 2981 | 12/5/2012 | Wednesday | CRJ | N506CA | PHX | SBP | 1.9666 | 12/5/2012 11:06 | 12/5/2012 12:04 | FO | 31651 |
| 2936 | 12/5/2012 | Wednesday | CRJ | N506CA | SBP | PHX | 1.6333 | 12/5/2012 12:30 | 12/5/2012 15:08 | FO | 31651 |
| 2901 | 12/9/2012 | Sunday | CRJ | N886AS | PHX | ABQ | 1.1166 | 12/9/2012 13:24 | 12/9/2012 14:31 | FO | 31651 |
| 2938 | 12/9/2012 | Sunday | CRJ | N886AS | ABQ | PHX | 1.25 | 12/9/2012 15:26 | 12/9/2012 16:41 | FO | 31651 |
| 2938 | 12/9/2012 | Sunday | CRJ | N886AS | PHX | TUS | 0.7166 | 12/9/2012 17:41 | 12/9/2012 18:24 | FO | 31651 |
| 2960 | 12/9/2012 | Sunday | CRJ | N886AS | TUS | PHX | 1.1166 | 12/9/2012 19:02 | 12/9/2012 20:09 | FO | 31651 |
| 2960 | 12/9/2012 | Sunday | CRJ | N886AS | PHX | MRY | 2.0333 | 12/9/2012 20:57 | 12/9/2012 21:59 | FO | 31651 |
| 2986 | 12/10/2012 | Monday | CRJ | N885AS | MRY | PHX | 1.8166 | 12/10/2012 12:19 | 12/10/2012 15:08 | FO | 31651 |
| 2938 | 12/10/2012 | Monday | CRJ | N906SW | PHX | TUS | 0.6833 | 12/10/2012 17:38 | 12/10/2012 18:19 | FO | 31651 |
| 2960 | 12/10/2012 | Monday | CRJ | N906SW | TUS | PHX | 1.05 | 12/10/2012 19:02 | 12/10/2012 20:05 | FO | 31651 |
| 2923 | 12/10/2012 | Monday | CRJ | N906SW | PHX | SBA | 1.45 | 12/10/2012 20:56 | 12/10/2012 21:23 | FO | 31651 |
| 2916 | 12/11/2012 | Tuesday | CRJ | N906SW | SBA | PHX | 1.6333 | 12/11/2012 16:15 | 12/11/2012 18:53 | FO | 31651 |
| 2850 | 12/11/2012 | Tuesday | CRJ | N906SW | PHX | SLC | 1.7833 | 12/11/2012 19:38 | 12/11/2012 21:25 | FO | 31651 |
| 2851 | 12/12/2012 | Wednesday | CRJ | N906SW | SLC | PHX | 1.8666 | 12/12/2012 8:21 | 12/12/2012 10:13 | FO | 31651 |
| 2919 | 12/12/2012 | Wednesday | CRJ | N906SW | PHX | HMO | 1.3 | 12/12/2012 10:44 | 12/12/2012 12:02 | FO | 31651 |
| 2920 | 12/12/2012 | Wednesday | CRJ | N906SW | HMO | PHX | 1.2166 | 12/12/2012 12:33 | 12/12/2012 13:46 | FO | 31651 |
| 2973 | 12/17/2012 | Monday | CRJ | N955SW | PHX | YUM | 1.0333 | 12/17/2012 17:43 | 12/17/2012 18:45 | FO | 31651 |
| 2957 | 12/17/2012 | Monday | CRJ | N955SW | YUM | PHX | 0.95 | 12/17/2012 19:30 | 12/17/2012 20:27 | FO | 31651 |
| 2987 | 12/17/2012 | Monday | CRJ | N955SW | PHX | SBP | 1.8666 | 12/17/2012 21:13 | 12/17/2012 22:05 | FO | 31651 |
| 2978 | 12/18/2012 | Tuesday | CRJ | N886AS | SBP | PHX | 1.6166 | 12/18/2012 16:27 | 12/18/2012 19:04 | FO | 31651 |
| 2850 | 12/18/2012 | Tuesday | CRJ | N886AS | PHX | SLC | 1.7666 | 12/18/2012 19:44 | 12/18/2012 21:30 | FO | 31651 |
| 2851 | 12/19/2012 | Wednesday | CRJ | N886AS | SLC | PHX | 1.6333 | 12/19/2012 8:19 | 12/19/2012 9:57 | FO | 31651 |
| 2919 | 12/19/2012 | Wednesday | CRJ | N506CA | PHX | HMO | 1.15 | 12/19/2012 11:08 | 12/19/2012 12:17 | FO | 31651 |
| 2920 | 12/19/2012 | Wednesday | CRJ | N506CA | HMO | PHX | 1.1833 | 12/19/2012 12:44 | 12/19/2012 13:55 | FO | 31651 |
| 2986 | 12/25/2012 | Tuesday | CRJ | N875AS | PHX | GJT | 1.4 | 12/25/2012 15:48 | 12/25/2012 17:12 | FO | 31651 |
| 2940 | 12/25/2012 | Tuesday | CRJ | N875AS | GJT | PHX | 2.0333 | 12/25/2012 18:11 | 12/25/2012 20:13 | FO | 31651 |
| 2923 | 12/25/2012 | Tuesday | CRJ | N875AS | PHX | SBA | 1.8166 | 12/25/2012 20:59 | 12/25/2012 21:48 | FO | 31651 |
| 2916 | 12/26/2012 | Wednesday | CRJ | N496CA | SBA | PHX | 1.4666 | 12/26/2012 16:14 | 12/26/2012 18:42 | FO | 31651 |
| 2916 | 12/26/2012 | Wednesday | CRJ | N495CA | PHX | DSM | 2.5833 | 12/26/2012 19:49 | 12/26/2012 23:24 | FO | 31651 |
| 2981 | 12/28/2012 | Friday | CRJ | N944SW | DSM | PHX | 3.5333 | 12/28/2012 7:40 | 12/28/2012 10:12 | FO | 31651 |
| 2981 | 12/28/2012 | Friday | CRJ | N944SW | PHX | SBP | 1.75 | 12/28/2012 10:58 | 12/28/2012 11:43 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2936 | 12/28/2012 | Friday | CRJ | N944SW | SBP | PHX | 1.5666 | 12/28/2012 12:18 | 12/28/2012 14:52 | FO | 31651 |
| 2964 | 12/31/2012 | Monday | CRJ | N874AS | PHX | ELP | 1.1833 | 12/31/2012 13:33 | 12/31/2012 14:44 | FO | 31651 |
| 2969 | 12/31/2012 | Monday | CRJ | N874AS | ELP | PHX | 1.4333 | 12/31/2012 15:21 | 12/31/2012 16:47 | FO | 31651 |
| 2973 | 12/31/2012 | Monday | CRJ | N874AS | PHX | YUM | 0.9 | 12/31/2012 17:45 | 12/31/2012 18:39 | FO | 31651 |
| 2957 | 12/31/2012 | Monday | CRJ | N874AS | YUM | PHX | 1.2 | 12/31/2012 18:58 | 12/31/2012 20:10 | FO | 31651 |
| 2923 | 12/31/2012 | Monday | CRJ | N874AS | PHX | SBA | 1.6166 | 12/31/2012 21:02 | 12/31/2012 21:39 | FO | 31651 |
| 2916 | 1/1/2013 | Tuesday | CRJ | N889AS | SBA | PHX | 1.55 | 1/1/2013 16:13 | 1/1/2013 18:46 | FO | 31651 |
| 2916 | 1/1/2013 | Tuesday | CRJ | N889AS | PHX | DSM | 2.6166 | 1/1/2013 19:54 | 1/1/2013 23:31 | FO | 31651 |
| 2981 | 1/3/2013 | Thursday | CRJ | N496CA | DSM | PHX | 3.4666 | 1/3/2013 7:41 | 1/3/2013 10:09 | FO | 31651 |
| 2932 | 1/3/2013 | Thursday | CRJ | N496CA | PHX | FLG | 0.8833 | 1/3/2013 11:27 | 1/3/2013 12:20 | FO | 31651 |
| 2953 | 1/3/2013 | Thursday | CRJ | N496CA | FLG | PHX | 0.65 | 1/3/2013 12:50 | 1/3/2013 13:29 | FO | 31651 |
| 2972 | 1/6/2013 | Sunday | CRJ | N955SW | PHX | DRO | 1.2333 | 1/6/2013 13:11 | 1/6/2013 14:25 | FO | 31651 |
| 2973 | 1/6/2013 | Sunday | CRJ | N955SW | DRO | PHX | 1.2333 | 1/6/2013 15:16 | 1/6/2013 16:30 | FO | 31651 |
| 2973 | 1/6/2013 | Sunday | CRJ | N955SW | PHX | YUM | 1.05 | 1/6/2013 17:41 | 1/6/2013 18:44 | FO | 31651 |
| 2957 | 1/6/2013 | Sunday | CRJ | N955SW | YUM | PHX | 1.05 | 1/6/2013 19:05 | 1/6/2013 20:08 | FO | 31651 |
| 2957 | 1/6/2013 | Sunday | CRJ | N955SW | PHX | PSP | 0.9666 | 1/6/2013 20:48 | 1/6/2013 20:46 | FO | 31651 |
| 2954 | 1/7/2013 | Monday | CRJ | N955SW | PSP | PHX | 1.0833 | 1/7/2013 7:46 | 1/7/2013 9:51 | FO | 31651 |
| 2954 | 1/7/2013 | Monday | CRJ | N955SW | PHX | YUM | 0.9333 | 1/7/2013 10:53 | 1/7/2013 11:49 | FO | 31651 |
| 2934 | 1/7/2013 | Monday | CRJ | N955SW | YUM | PHX | 1.05 | 1/7/2013 12:42 | 1/7/2013 13:45 | FO | 31651 |
| 2949 | 1/7/2013 | Monday | CRJ | N955SW | PHX | PSP | 0.9166 | 1/7/2013 14:25 | 1/7/2013 14:20 | FO | 31651 |
| 2925 | 1/8/2013 | Tuesday | CRJ | N468CA | PSP | PHX | 1.05 | 1/8/2013 6:53 | 1/8/2013 8:56 | FO | 31651 |
| 2974 | 1/8/2013 | Tuesday | CRJ | N468CA | PHX | GJT | 1.7 | 1/8/2013 9:47 | 1/8/2013 11:29 | FO | 31651 |
| 2949 | 1/8/2013 | Tuesday | CRJ | N468CA | GJT | GJT | 0.2333 | 1/8/2013 12:05 | 1/8/2013 12:19 | FO | 31651 |
| 2949 | 1/8/2013 | Tuesday | CRJ | N468CA | GJT | PHX | 1.35 | 1/8/2013 13:28 | 1/8/2013 14:49 | FO | 31651 |
| 2976 | 1/8/2013 | Tuesday | CRJ | N498CA | PHX | ELP | 1.15 | 1/8/2013 16:03 | 1/8/2013 17:12 | FO | 31651 |
| 2942 | 1/9/2013 | Wednesday | CRJ | N498CA | ELP | PHX | 1.25 | 1/9/2013 6:11 | 1/9/2013 7:26 | FO | 31651 |
| 2974 | 1/9/2013 | Wednesday | CRJ | N944SW | PHX | GJT | 1.4666 | 1/9/2013 9:49 | 1/9/2013 11:17 | FO | 31651 |
| 2949 | 1/9/2013 | Wednesday | CRJ | N944SW | GJT | PHX | 1.4333 | 1/9/2013 12:11 | 1/9/2013 13:37 | FO | 31651 |
| 2985 | 1/20/2013 | Sunday | CRJ | N498CA | PHX | FAT | 1.6333 | 1/20/2013 14:44 | 1/20/2013 15:22 | FO | 31651 |
| 2982 | 1/20/2013 | Sunday | CRJ | N498CA | FAT | PHX | 1.6333 | 1/20/2013 16:09 | 1/20/2013 18:47 | FO | 31651 |
| 2940 | 1/20/2013 | Sunday | CRJ | N498CA | PHX | FLG | 0.6666 | 1/20/2013 20:50 | 1/20/2013 21:30 | FO | 31651 |
| 2993 | 1/21/2013 | Monday | CRJ | N498CA | FLG | PHX | 1 | 1/21/2013 7:46 | 1/21/2013 8:46 | FO | 31651 |
| 2974 | 1/21/2013 | Monday | CRJ | N498CA | PHX | GJT | 1.6166 | 1/21/2013 9:58 | 1/21/2013 11:35 | FO | 31651 |
| 2949 | 1/21/2013 | Monday | CRJ | N498CA | GJT | PHX | 1.3666 | 1/21/2013 12:06 | 1/21/2013 13:28 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2949 | 1/21/2013 | Monday | CRJ | N498CA | PHX | PSP | 1.05 | 1/21/2013 15:20 | 1/21/2013 15:23 | FO | 31651 |
| 2925 | 1/22/2013 | Tuesday | CRJ | N886AS | PSP | PHX | 1.0333 | 1/22/2013 6:51 | 1/22/2013 8:53 | FO | 31651 |
| 2965 | 1/22/2013 | Tuesday | CRJ | N468CA | PHX | YUM | 0.85 | 1/22/2013 9:34 | 1/22/2013 10:25 | FO | 31651 |
| 2972 | 1/22/2013 | Tuesday | CRJ | N468CA | YUM | PHX | 0.8833 | 1/22/2013 11:17 | 1/22/2013 12:10 | FO | 31651 |
| 2972 | 1/22/2013 | Tuesday | CRJ | N468CA | PHX | DRO | 1.1833 | 1/22/2013 13:13 | 1/22/2013 14:24 | FO | 31651 |
| 2973 | 1/22/2013 | Tuesday | CRJ | N468CA | DRO | PHX | 1.1166 | 1/22/2013 15:22 | 1/22/2013 16:29 | FO | 31651 |
| 2921 | 1/22/2013 | Tuesday | CRJ | N468CA | PHX | PSP | 0.9333 | 1/22/2013 17:28 | 1/22/2013 17:24 | FO | 31651 |
| 2925 | 1/23/2013 | Wednesday | CRJ | N495CA | PSP | PHX | 0.9833 | 1/23/2013 6:47 | 1/23/2013 8:46 | FO | 31651 |
| 2925 | 1/23/2013 | Wednesday | CRJ | N495CA | PHX | LAS | 1.2 | 1/23/2013 9:48 | 1/23/2013 10:00 | FO | 31651 |
| 2926 | 1/23/2013 | Wednesday | CRJ | N495CA | LAS | PHX | 1.2166 | 1/23/2013 10:24 | 1/23/2013 12:37 | FO | 31651 |
| 2983 | 1/27/2013 | Sunday | CRJ | N874AS | PHX | SBP | 1.7166 | 1/27/2013 14:49 | 1/27/2013 15:32 | FO | 31651 |
| 2978 | 1/27/2013 | Sunday | CRJ | N874AS | SBP | PHX | 1.6833 | 1/27/2013 16:13 | 1/27/2013 18:54 | FO | 31651 |
| 2979 | 1/27/2013 | Sunday | CRJ | N874AS | PHX | PSP | 1.1333 | 1/27/2013 19:39 | 1/27/2013 19:47 | FO | 31651 |
| 2954 | 1/28/2013 | Monday | CRJ | N874AS | PSP | PHX | 1.2166 | 1/28/2013 7:54 | 1/28/2013 10:07 | FO | 31651 |
| 2954 | 1/28/2013 | Monday | CRJ | N874AS | PHX | YUM | 0.9 | 1/28/2013 10:54 | 1/28/2013 11:48 | FO | 31651 |
| 2934 | 1/28/2013 | Monday | CRJ | N874AS | YUM | PHX | 1.0166 | 1/28/2013 12:40 | 1/28/2013 13:41 | FO | 31651 |
| 2945 | 1/28/2013 | Monday | CRJ | N907SW | PHX | TUS | 0.7 | 1/28/2013 16:09 | 1/28/2013 16:51 | FO | 31651 |
| 2956 | 1/28/2013 | Monday | CRJ | N907SW | TUS | PHX | 0.9666 | 1/28/2013 17:47 | 1/28/2013 18:45 | FO | 31651 |
| 2956 | 1/28/2013 | Monday | CRJ | N907SW | PHX | ELP | 1.25 | 1/28/2013 19:47 | 1/28/2013 21:02 | FO | 31651 |
| 2975 | 1/29/2013 | Tuesday | CRJ | N955SW | ELP | PHX | 1.9666 | 1/29/2013 8:17 | 1/29/2013 10:15 | FO | 31651 |
| 2981 | 1/29/2013 | Tuesday | CRJ | N955SW | PHX | SBP | 1.65 | 1/29/2013 10:57 | 1/29/2013 11:36 | FO | 31651 |
| 2930 | 1/30/2013 | Wednesday | CRJ | N468CA | SBP | PHX | 1.6333 | 1/30/2013 6:12 | 1/30/2013 8:50 | FO | 31651 |
| 2950 | 1/30/2013 | Wednesday | CRJ | N468CA | PHX | DRO | 1.25 | 1/30/2013 9:53 | 1/30/2013 11:08 | FO | 31651 |
| 2951 | 1/30/2013 | Wednesday | CRJ | N468CA | DRO | PHX | 1.3 | 1/30/2013 11:54 | 1/30/2013 13:12 | FO | 31651 |
| 2945 | 2/4/2013 | Monday | CRJ | N506CA | PHX | TUS | 0.7666 | 2/4/2013 16:10 | 2/4/2013 16:56 | FO | 31651 |
| 2956 | 2/4/2013 | Monday | CRJ | N506CA | TUS | PHX | 0.75 | 2/4/2013 17:44 | 2/4/2013 18:29 | FO | 31651 |
| 2916 | 2/4/2013 | Monday | CRJ | N506CA | PHX | DSM | 2.85 | 2/4/2013 19:46 | 2/4/2013 23:37 | FO | 31651 |
| 2981 | 2/6/2013 | Wednesday | CRJ | N821AS | DSM | PHX | 3.45 | 2/6/2013 7:38 | 2/6/2013 10:05 | FO | 31651 |
| 2981 | 2/6/2013 | Wednesday | CRJ | N821AS | PHX | SBP | 1.85 | 2/6/2013 10:53 | 2/6/2013 11:44 | FO | 31651 |
| 2930 | 2/7/2013 | Thursday | CRJ | N468CA | SBP | PHX | 1.7166 | 2/7/2013 6:20 | 2/7/2013 9:03 | FO | 31651 |
| 2925 | 2/7/2013 | Thursday | CRJ | N468CA | PHX | LAS | 1.1166 | 2/7/2013 9:39 | 2/7/2013 9:46 | FO | 31651 |
| 2926 | 2/7/2013 | Thursday | CRJ | N468CA | LAS | PHX | 1.05 | 2/7/2013 10:20 | 2/7/2013 12:23 | FO | 31651 |
| 2972 | 2/7/2013 | Thursday | CRJ | N468CA | PHX | DRO | 1.1 | 2/7/2013 13:19 | 2/7/2013 14:25 | FO | 31651 |
| 2973 | 2/7/2013 | Thursday | CRJ | N468CA | DRO | PHX | 1.1 | 2/7/2013 15:21 | 2/7/2013 16:27 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2879 | 2/11/2013 | Monday | CRJ | N496CA | PHX | SBA | 1.6833 | 2/11/2013 14:53 | 2/11/2013 15:34 | FO | 31651 |
| 2916 | 2/11/2013 | Monday | CRJ | N496CA | SBA | PHX | 1.5 | 2/11/2013 16:19 | 2/11/2013 18:49 | FO | 31651 |
| 2916 | 2/11/2013 | Monday | CRJ | N496CA | PHX | DSM | 2.9 | 2/11/2013 19:45 | 2/11/2013 23:39 | FO | 31651 |
| 2981 | 2/13/2013 | Wednesday | CRJ | N498CA | DSM | PHX | 3.3666 | 2/13/2013 7:23 | 2/13/2013 9:45 | FO | 31651 |
| 2904 | 2/13/2013 | Wednesday | CRJ | N498CA | PHX | SBA | 1.5 | 2/13/2013 11:05 | 2/13/2013 11:35 | FO | 31651 |
| 2950 | 2/14/2013 | Thursday | CRJ | N496CA | SBA | PHX | 1.7166 | 2/14/2013 6:27 | 2/14/2013 9:10 | FO | 31651 |
| 2954 | 2/14/2013 | Thursday | CRJ | N821AS | PHX | YUM | 1.0333 | 2/14/2013 10:56 | 2/14/2013 11:58 | FO | 31651 |
| 2955 | 2/14/2013 | Thursday | CRJ | N821AS | YUM | PHX | 0.7833 | 2/14/2013 12:41 | 2/14/2013 13:28 | FO | 31651 |
| 2949 | 2/14/2013 | Thursday | CRJ | N496CA | PHX | PSP | 1.0166 | 2/14/2013 14:41 | 2/14/2013 14:42 | FO | 31651 |
| 2962 | 2/14/2013 | Thursday | CRJ | N496CA | PSP | PHX | 1.1 | 2/14/2013 15:05 | 2/14/2013 17:11 | FO | 31651 |
| 2991 | 2/19/2013 | Tuesday | CRJ | N498CA | PHX | PSP | 1.4 | 2/19/2013 11:12 | 2/19/2013 11:36 | FO | 31651 |
| 2985 | 2/19/2013 | Tuesday | CRJ | N498CA | PSP | PHX | 1 | 2/19/2013 11:58 | 2/19/2013 13:58 | FO | 31651 |
| 2921 | 2/19/2013 | Tuesday | CRJ | N506CA | PHX | PSP | 0.9666 | 2/19/2013 17:30 | 2/19/2013 17:28 | FO | 31651 |
| 2922 | 2/19/2013 | Tuesday | CRJ | N506CA | PSP | PHX | 1.1833 | 2/19/2013 17:56 | 2/19/2013 20:07 | FO | 31651 |
| 2923 | 2/19/2013 | Tuesday | CRJ | N506CA | PHX | SBA | 1.7 | 2/19/2013 21:02 | 2/19/2013 21:44 | FO | 31651 |
| 2916 | 2/20/2013 | Wednesday | CRJ | N821AS | SBA | PHX | 1.65 | 2/20/2013 16:24 | 2/20/2013 19:03 | FO | 31651 |
| 2916 | 2/20/2013 | Wednesday | CRJ | N821AS | PHX | DSM | 2.85 | 2/20/2013 19:47 | 2/20/2013 23:38 | FO | 31651 |
| 2951 | 2/25/2013 | Monday | CRJ | N906SW | PHX | MRY | 1.9333 | 2/25/2013 14:42 | 2/25/2013 15:38 | FO | 31651 |
| 2956 | 2/25/2013 | Monday | CRJ | N906SW | MRY | PHX | 1.7 | 2/25/2013 16:01 | 2/25/2013 18:43 | FO | 31651 |
| 2982 | 2/25/2013 | Monday | CRJ | N955SW | PHX | GJT | 1.3833 | 2/25/2013 19:40 | 2/25/2013 21:03 | FO | 31651 |
| 2919 | 2/26/2013 | Tuesday | CRJ | N955SW | GJT | PHX | 1.7 | 2/26/2013 8:32 | 2/26/2013 10:14 | FO | 31651 |
| 2983 | 2/26/2013 | Tuesday | CRJ | N955SW | PHX | SBP | 1.65 | 2/26/2013 14:51 | 2/26/2013 15:30 | FO | 31651 |
| 2930 | 2/27/2013 | Wednesday | CRJ | N506CA | SBP | PHX | 1.5666 | 2/27/2013 6:18 | 2/27/2013 8:52 | FO | 31651 |
| 2966 | 2/27/2013 | Wednesday | CRJ | N506CA | PHX | ABQ | 1.3333 | 2/27/2013 9:43 | 2/27/2013 11:03 | FO | 31651 |
| 2989 | 2/28/2013 | Thursday | CRJ | N468CA | ABQ | PHX | 1.25 | 2/28/2013 6:07 | 2/28/2013 7:22 | FO | 31651 |
| 2989 | 2/28/2013 | Thursday | CRJ | N468CA | PHX | YUM | 0.9 | 2/28/2013 8:16 | 2/28/2013 9:10 | FO | 31651 |
| 2932 | 2/28/2013 | Thursday | CRJ | N468CA | YUM | PHX | 0.7 | 2/28/2013 9:37 | 2/28/2013 10:19 | FO | 31651 |
| 2932 | 2/28/2013 | Thursday | CRJ | N468CA | PHX | FLG | 0.7666 | 2/28/2013 11:31 | 2/28/2013 12:17 | FO | 31651 |
| 2953 | 2/28/2013 | Thursday | CRJ | N468CA | FLG | PHX | 1 | 2/28/2013 12:44 | 2/28/2013 13:44 | FO | 31651 |
| 2973 | 3/3/2013 | Sunday | CRJ | N875AS | PHX | YUM | 0.9666 | 3/3/2013 17:33 | 3/3/2013 18:31 | FO | 31651 |
| 2957 | 3/3/2013 | Sunday | CRJ | N875AS | YUM | PHX | 0.9 | 3/3/2013 19:02 | 3/3/2013 19:56 | FO | 31651 |
| 2923 | 3/3/2013 | Sunday | CRJ | N875AS | PHX | SBA | 1.55 | 3/3/2013 21:15 | 3/3/2013 21:48 | FO | 31651 |
| 2916 | 3/4/2013 | Monday | CRJ | N907SW | SBA | PHX | 1.6333 | 3/4/2013 16:18 | 3/4/2013 18:56 | FO | 31651 |
| 2916 | 3/4/2013 | Monday | CRJ | N907SW | PHX | DSM | 2.8666 | 3/4/2013 19:42 | 3/4/2013 23:34 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2981 | 3/6/2013 | Wednesday | CRJ | N955SW | DSM | PHX | 3.1833 | 3/6/2013 7:34 | 3/6/2013 9:45 | FO | 31651 |
| 2981 | 3/6/2013 | Wednesday | CRJ | N955SW | PHX | SBP | 1.8666 | 3/6/2013 10:54 | 3/6/2013 11:46 | FO | 31651 |
| 2936 | 3/6/2013 | Wednesday | CRJ | N955SW | SBP | PHX | 1.4833 | 3/6/2013 12:16 | 3/6/2013 14:45 | FO | 31651 |
| 2972 | 3/10/2013 | Sunday | CRJ | N886AS | PHX | DRO | 1.2833 | 3/10/2013 12:13 | 3/10/2013 14:30 | FO | 31651 |
| 2973 | 3/10/2013 | Sunday | CRJ | N886AS | DRO | PHX | 1.0666 | 3/10/2013 15:26 | 3/10/2013 15:30 | FO | 31651 |
| 2977 | 3/10/2013 | Sunday | CRJ | N886AS | PHX | SBA | 1.3833 | 3/10/2013 16:43 | 3/10/2013 18:06 | FO | 31651 |
| 2980 | 3/10/2013 | Sunday | CRJ | N886AS | SBA | PHX | 1.55 | 3/10/2013 19:24 | 3/10/2013 20:57 | FO | 31651 |
| 2980 | 3/10/2013 | Sunday | CRJ | N886AS | PHX | YUM | 0.65 | 3/10/2013 21:53 | 3/10/2013 22:32 | FO | 31651 |
| 2977 | 3/11/2013 | Monday | CRJ | N885AS | YUM | PHX | 0.75 | 3/11/2013 14:52 | 3/11/2013 15:37 | FO | 31651 |
| 2977 | 3/11/2013 | Monday | CRJ | N885AS | PHX | SBA | 1.2833 | 3/11/2013 16:44 | 3/11/2013 18:01 | FO | 31651 |
| 2980 | 3/11/2013 | Monday | CRJ | N885AS | SBA | PHX | 1.5666 | 3/11/2013 19:18 | 3/11/2013 20:52 | FO | 31651 |
| 2980 | 3/11/2013 | Monday | CRJ | N885AS | PHX | YUM | 0.6833 | 3/11/2013 21:50 | 3/11/2013 22:31 | FO | 31651 |
| 2977 | 3/12/2013 | Tuesday | CRJ | N907SW | YUM | PHX | 0.95 | 3/12/2013 14:50 | 3/12/2013 15:47 | FO | 31651 |
| 2977 | 3/12/2013 | Tuesday | CRJ | N907SW | PHX | SBA | 1.4166 | 3/12/2013 16:43 | 3/12/2013 18:08 | FO | 31651 |
| 2980 | 3/12/2013 | Tuesday | CRJ | N907SW | SBA | PHX | 1.5666 | 3/12/2013 19:14 | 3/12/2013 20:48 | FO | 31651 |
| 2988 | 3/12/2013 | Tuesday | CRJ | N907SW | PHX | ABQ | 1.05 | 3/12/2013 21:49 | 3/12/2013 23:52 | FO | 31651 |
| 2967 | 3/13/2013 | Wednesday | CRJ | N875AS | ABQ | PHX | 1.1833 | 3/13/2013 12:19 | 3/13/2013 12:30 | FO | 31651 |
| 2934 | 3/13/2013 | Wednesday | CRJ | N875AS | PHX | FLG | 0.7166 | 3/13/2013 13:25 | 3/13/2013 14:08 | FO | 31651 |
| 2921 | 3/13/2013 | Wednesday | CRJ | N875AS | FLG | PHX | 0.7166 | 3/13/2013 14:46 | 3/13/2013 15:29 | FO | 31651 |
| 2938 | 3/13/2013 | Wednesday | CRJ | N875AS | PHX | TUS | 0.5833 | 3/13/2013 16:41 | 3/13/2013 17:16 | FO | 31651 |
| 2960 | 3/13/2013 | Wednesday | CRJ | N875AS | TUS | PHX | 1.0833 | 3/13/2013 17:56 | 3/13/2013 19:01 | FO | 31651 |
| 2943 | 3/17/2013 | Sunday | CRJ | N496CA | PHX | ZLO | 2.7833 | 3/17/2013 12:08 | 3/17/2013 15:55 | FO | 31651 |
| 2944 | 3/17/2013 | Sunday | CRJ | N496CA | ZLO | PHX | 3.0166 | 3/17/2013 16:25 | 3/17/2013 18:26 | FO | 31651 |
| 2923 | 3/17/2013 | Sunday | CRJ | N496CA | PHX | SBA | 1.65 | 3/17/2013 19:56 | 3/17/2013 21:35 | FO | 31651 |
| 2916 | 3/18/2013 | Monday | CRJ | N944SW | SBA | PHX | 1.65 | 3/18/2013 16:20 | 3/18/2013 17:59 | FO | 31651 |
| 2850 | 3/18/2013 | Monday | CRJ | N906SW | PHX | SLC | 2.0333 | 3/18/2013 18:52 | 3/18/2013 21:54 | FO | 31651 |
| 2851 | 3/19/2013 | Tuesday | CRJ | N906SW | SLC | PHX | 1.9 | 3/19/2013 8:12 | 3/19/2013 9:06 | FO | 31651 |
| 2975 | 3/19/2013 | Tuesday | CRJ | N906SW | PHX | MRY | 2.1 | 3/19/2013 9:52 | 3/19/2013 11:58 | FO | 31651 |
| 2986 | 3/19/2013 | Tuesday | CRJ | N906SW | MRY | PHX | 1.65 | 3/19/2013 12:18 | 3/19/2013 13:57 | FO | 31651 |
| 2939 | 3/24/2013 | Sunday | CRJ | N468CA | PHX | BUR | 1.7166 | 3/24/2013 14:16 | 3/24/2013 15:59 | FO | 31651 |
| 2984 | 3/24/2013 | Sunday | CRJ | N468CA | BUR | PHX | 1.5 | 3/24/2013 16:18 | 3/24/2013 17:48 | FO | 31651 |
| 2850 | 3/24/2013 | Sunday | CRJ | N468CA | PHX | SLC | 1.95 | 3/24/2013 18:43 | 3/24/2013 21:40 | FO | 31651 |
| 2851 | 3/25/2013 | Monday | CRJ | N468CA | SLC | PHX | 1.8833 | 3/25/2013 8:13 | 3/25/2013 9:06 | FO | 31651 |
| 2964 | 3/25/2013 | Monday | CRJ | N468CA | PHX | SBA | 1.75 | 3/25/2013 10:08 | 3/25/2013 11:53 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2935 | 3/25/2013 | Monday | CRJ | N468CA | SBA | PHX | 1.4333 | 3/25/2013 12:35 | 3/25/2013 14:01 | FO | 31651 |
| 2936 | 3/25/2013 | Monday | CRJ | N468CA | PHX | FLG | 0.7833 | 3/25/2013 15:04 | 3/25/2013 15:51 | FO | 31651 |
| 2993 | 3/26/2013 | Tuesday | CRJ | N886AS | FLG | PHX | 1.0833 | 3/26/2013 8:06 | 3/26/2013 9:11 | FO | 31651 |
| 2965 | 3/26/2013 | Tuesday | CRJ | N886AS | PHX | YUM | 1.1166 | 3/26/2013 9:42 | 3/26/2013 10:49 | FO | 31651 |
| 2972 | 3/26/2013 | Tuesday | CRJ | N886AS | YUM | PHX | 0.7666 | 3/26/2013 11:05 | 3/26/2013 11:51 | FO | 31651 |
| 2952 | 3/26/2013 | Tuesday | CRJ | N886AS | PHX | TUS | 1 | 3/26/2013 12:22 | 3/26/2013 13:22 | FO | 31651 |
| 2976 | 3/26/2013 | Tuesday | CRJ | N886AS | TUS | PHX | 0.75 | 3/26/2013 13:43 | 3/26/2013 14:28 | FO | 31651 |
| 2976 | 3/26/2013 | Tuesday | CRJ | N886AS | PHX | ELP | 1.15 | 3/26/2013 15:03 | 3/26/2013 17:12 | FO | 31651 |
| 2959 | 3/27/2013 | Wednesday | CRJ | N496CA | ELP | PHX | 1.4833 | 3/27/2013 6:15 | 3/27/2013 6:44 | FO | 31651 |
| 2959 | 3/27/2013 | Wednesday | CRJ | N496CA | PHX | SBA | 1.85 | 3/27/2013 7:31 | 3/27/2013 9:22 | FO | 31651 |
| 2952 | 3/27/2013 | Wednesday | CRJ | N496CA | SBA | PHX | 1.45 | 3/27/2013 9:47 | 3/27/2013 11:14 | FO | 31651 |
| 2964 | 4/1/2013 | Monday | CRJ | N495CA | PHX | SBA | 1.9 | 4/1/2013 10:13 | 4/1/2013 12:07 | FO | 31651 |
| 2935 | 4/1/2013 | Monday | CRJ | N495CA | SBA | PHX | 1.5 | 4/1/2013 12:40 | 4/1/2013 14:10 | FO | 31651 |
| 2938 | 4/1/2013 | Monday | CRJ | N496CA | PHX | TUS | 0.6666 | 4/1/2013 16:39 | 4/1/2013 17:19 | FO | 31651 |
| 2960 | 4/1/2013 | Monday | CRJ | N496CA | TUS | PHX | 1.2166 | 4/1/2013 18:09 | 4/1/2013 19:22 | FO | 31651 |
| 2923 | 4/1/2013 | Monday | CRJ | N496CA | PHX | SBA | 1.55 | 4/1/2013 20:19 | 4/1/2013 21:52 | FO | 31651 |
| 9455 | 4/2/2013 | Tuesday | CRJ | N468CA | SBA | SLC | 1.8666 | 4/2/2013 20:56 | 4/2/2013 23:48 | FO | 31651 |
| 2901 | 4/3/2013 | Wednesday | CRJ | N468CA | SLC | PHX | 1.6 | 4/3/2013 9:11 | 4/3/2013 9:47 | FO | 31651 |
| 2991 | 4/3/2013 | Wednesday | CRJ | N468CA | PHX | PSP | 1.2833 | 4/3/2013 10:21 | 4/3/2013 11:38 | FO | 31651 |
| 2985 | 4/3/2013 | Wednesday | CRJ | N468CA | PSP | PHX | 1.0666 | 4/3/2013 12:20 | 4/3/2013 13:24 | FO | 31651 |
| 2953 | 4/8/2013 | Monday | CRJ | N944SW | PHX | YUM | 0.9833 | 4/8/2013 13:34 | 4/8/2013 14:33 | FO | 31651 |
| 2977 | 4/8/2013 | Monday | CRJ | N944SW | YUM | PHX | 1.2666 | 4/8/2013 14:56 | 4/8/2013 16:12 | FO | 31651 |
| 2977 | 4/8/2013 | Monday | CRJ | N944SW | PHX | SBA | 1.5666 | 4/8/2013 16:41 | 4/8/2013 18:15 | FO | 31651 |
| 2980 | 4/8/2013 | Monday | CRJ | N944SW | SBA | PHX | 1.4166 | 4/8/2013 19:19 | 4/8/2013 20:44 | FO | 31651 |
| 2958 | 4/8/2013 | Monday | CRJ | N944SW | PHX | ELP | 1.1666 | 4/8/2013 21:44 | 4/8/2013 23:54 | FO | 31651 |
| 2987 | 4/9/2013 | Tuesday | CRJ | N495CA | ELP | PHX | 1.7166 | 4/9/2013 18:17 | 4/9/2013 19:00 | FO | 31651 |
| 2923 | 4/9/2013 | Tuesday | CRJ | N495CA | PHX | SBA | 1.5666 | 4/9/2013 19:56 | 4/9/2013 21:30 | FO | 31651 |
| 2935 | 4/10/2013 | Wednesday | CRJ | N944SW | SBA | PHX | 1.55 | 4/10/2013 12:31 | 4/10/2013 14:04 | FO | 31651 |
| 2921 | 4/10/2013 | Wednesday | CRJ | N944SW | PHX | PSP | 1.05 | 4/10/2013 16:36 | 4/10/2013 17:39 | FO | 31651 |
| 2922 | 4/10/2013 | Wednesday | CRJ | N944SW | PSP | PHX | 1.1833 | 4/10/2013 18:05 | 4/10/2013 19:16 | FO | 31651 |
| 2957 | 4/10/2013 | Wednesday | CRJ | N944SW | PHX | PSP | 1.4166 | 4/10/2013 20:01 | 4/10/2013 21:26 | FO | 31651 |
| 2954 | 4/11/2013 | Thursday | CRJ | N944SW | PSP | PHX | 0.95 | 4/11/2013 8:20 | 4/11/2013 9:17 | FO | 31651 |
| 2954 | 4/11/2013 | Thursday | CRJ | N944SW | PHX | YUM | 1.2833 | 4/11/2013 9:56 | 4/11/2013 11:13 | FO | 31651 |
| 2955 | 4/11/2013 | Thursday | CRJ | N944SW | YUM | PHX | 0.9333 | 4/11/2013 11:58 | 4/11/2013 12:54 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2986 | 4/11/2013 | Thursday | CRJ | N874AS | PHX | GJT | 1.3 | 4/11/2013 14:46 | 4/11/2013 17:04 | FO | 31651 |
| 9455 | 4/11/2013 | Thursday | CRJ | N874AS | GJT | GJT | 1.1333 | 4/11/2013 20:47 | 4/11/2013 21:55 | FO | 31651 |
| 2911 | 4/14/2013 | Sunday | CRJ | N506CA | PHX | ELP | 1.2666 | 4/14/2013 12:25 | 4/14/2013 14:41 | FO | 31651 |
| 2997 | 4/14/2013 | Sunday | CRJ | N506CA | ELP | PHX | 1.3333 | 4/14/2013 15:20 | 4/14/2013 15:40 | FO | 31651 |
| 2973 | 4/14/2013 | Sunday | CRJ | N506CA | PHX | YUM | 1.0666 | 4/14/2013 16:36 | 4/14/2013 17:40 | FO | 31651 |
| 2957 | 4/14/2013 | Sunday | CRJ | N506CA | YUM | PHX | 1.0666 | 4/14/2013 18:03 | 4/14/2013 19:07 | FO | 31651 |
| 2923 | 4/14/2013 | Sunday | CRJ | N506CA | PHX | SBA | 1.6 | 4/14/2013 19:55 | 4/14/2013 21:31 | FO | 31651 |
| 2935 | 4/15/2013 | Monday | CRJ | N907SW | SBA | PHX | 1.5833 | 4/15/2013 12:25 | 4/15/2013 14:00 | FO | 31651 |
| 2921 | 4/15/2013 | Monday | CRJ | N907SW | PHX | PSP | 1.0333 | 4/15/2013 16:42 | 4/15/2013 17:44 | FO | 31651 |
| 2922 | 4/15/2013 | Monday | CRJ | N907SW | PSP | PHX | 1.1333 | 4/15/2013 18:05 | 4/15/2013 19:13 | FO | 31651 |
| 2923 | 4/15/2013 | Monday | CRJ | N907SW | PHX | SBA | 1.55 | 4/15/2013 19:58 | 4/15/2013 21:31 | FO | 31651 |
| 2935 | 4/16/2013 | Tuesday | CRJ | N906SW | SBA | PHX | 1.4833 | 4/16/2013 12:33 | 4/16/2013 14:02 | FO | 31651 |
| 2902 | 4/16/2013 | Tuesday | CRJ | N906SW | PHX | SLC | 1.7833 | 4/16/2013 18:46 | 4/16/2013 21:33 | FO | 31651 |
| 2901 | 4/17/2013 | Wednesday | CRJ | N906SW | SLC | PHX | 1.8 | 4/17/2013 8:06 | 4/17/2013 8:54 | FO | 31651 |
| 2919 | 4/17/2013 | Wednesday | CRJ | N906SW | PHX | HMO | 1.15 | 4/17/2013 9:33 | 4/17/2013 10:42 | FO | 31651 |
| 2920 | 4/17/2013 | Wednesday | CRJ | N906SW | HMO | PHX | 1.2166 | 4/17/2013 11:18 | 4/17/2013 12:31 | FO | 31651 |
| 2921 | 4/22/2013 | Monday | CRJ | N496CA | PHX | PSP | 1.0166 | 4/22/2013 16:30 | 4/22/2013 17:31 | FO | 31651 |
| 2922 | 4/22/2013 | Monday | CRJ | N496CA | PSP | PHX | 1.1 | 4/22/2013 17:59 | 4/22/2013 19:05 | FO | 31651 |
| 2923 | 4/22/2013 | Monday | CRJ | N496CA | PHX | SBA | 1.8333 | 4/22/2013 19:58 | 4/22/2013 21:48 | FO | 31651 |
| 2935 | 4/23/2013 | Tuesday | CRJ | N885AS | SBA | PHX | 1.5333 | 4/23/2013 12:44 | 4/23/2013 14:16 | FO | 31651 |
| 2921 | 4/23/2013 | Tuesday | CRJ | N955SW | PHX | PSP | 1.0833 | 4/23/2013 16:35 | 4/23/2013 17:40 | FO | 31651 |
| 2922 | 4/23/2013 | Tuesday | CRJ | N955SW | PSP | PHX | 1.2666 | 4/23/2013 18:03 | 4/23/2013 19:19 | FO | 31651 |
| 2957 | 4/23/2013 | Tuesday | CRJ | N821AS | PHX | PSP | 1.2166 | 4/23/2013 19:59 | 4/23/2013 21:12 | FO | 31651 |
| 9455 | 4/24/2013 | Wednesday | CRJ | N821AS | PSP | SLC | 1.5333 | 4/24/2013 8:26 | 4/24/2013 10:58 | FO | 31651 |
| 2986 | 4/24/2013 | Wednesday | CRJ | N889AS | PHX | GJT | 1.3 | 4/24/2013 14:53 | 4/24/2013 17:11 | FO | 31651 |
| 2940 | 4/24/2013 | Wednesday | CRJ | N889AS | GJT | PHX | 1.8166 | 4/24/2013 18:12 | 4/24/2013 19:01 | FO | 31651 |
| 2951 | 4/28/2013 | Sunday | CRJ | N468CA | PHX | MRY | 1.7666 | 4/28/2013 13:32 | 4/28/2013 15:18 | FO | 31651 |
| 2956 | 4/28/2013 | Sunday | CRJ | N468CA | MRY | PHX | 1.9666 | 4/28/2013 15:59 | 4/28/2013 17:57 | FO | 31651 |
| 2916 | 4/28/2013 | Sunday | CRJ | N468CA | PHX | DSM | 3.0166 | 4/28/2013 18:47 | 4/28/2013 23:48 | FO | 31651 |
| 2981 | 4/30/2013 | Tuesday | CRJ | N886AS | DSM | PHX | 3.2666 | 4/30/2013 7:40 | 4/30/2013 8:56 | FO | 31651 |
| 2964 | 4/30/2013 | Tuesday | CRJ | N885AS | PHX | SBA | 1.5833 | 4/30/2013 10:05 | 4/30/2013 11:40 | FO | 31651 |
| 2950 | 5/1/2013 | Wednesday | CRJ | N906SW | SBA | PHX | 1.7 | 5/1/2013 6:17 | 5/1/2013 7:59 | FO | 31651 |
| 2965 | 5/1/2013 | Wednesday | CRJ | N906SW | PHX | YUM | 0.9833 | 5/1/2013 8:38 | 5/1/2013 9:37 | FO | 31651 |
| 2972 | 5/1/2013 | Wednesday | CRJ | N906SW | YUM | PHX | 0.8333 | 5/1/2013 10:22 | 5/1/2013 11:12 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2972 | 5/1/2013 | Wednesday | CRJ | N906SW | PHX | DRO | 1.3666 | 5/1/2013 12:13 | 5/1/2013 14:35 | FO | 31651 |
| 2973 | 5/1/2013 | Wednesday | CRJ | N906SW | DRO | PHX | 1.2666 | 5/1/2013 15:21 | 5/1/2013 15:37 | FO | 31651 |
| 2997 | 5/6/2013 | Monday | CRJ | N874AS | PHX | BUR | 1.5 | 5/6/2013 17:26 | 5/6/2013 18:56 | FO | 31651 |
| 2988 | 5/6/2013 | Monday | CRJ | N874AS | BUR | PHX | 1.3833 | 5/6/2013 19:21 | 5/6/2013 20:44 | FO | 31651 |
| 2988 | 5/6/2013 | Monday | CRJ | N874AS | PHX | ABQ | 1.1166 | 5/6/2013 21:46 | 5/6/2013 23:53 | FO | 31651 |
| 2967 | 5/7/2013 | Tuesday | CRJ | N506CA | ABQ | PHX | 1.35 | 5/7/2013 12:19 | 5/7/2013 12:40 | FO | 31651 |
| 2934 | 5/7/2013 | Tuesday | CRJ | N506CA | PHX | FLG | 0.75 | 5/7/2013 13:23 | 5/7/2013 14:08 | FO | 31651 |
| 2921 | 5/7/2013 | Tuesday | CRJ | N506CA | FLG | PHX | 0.7166 | 5/7/2013 15:07 | 5/7/2013 15:50 | FO | 31651 |
| 2921 | 5/7/2013 | Tuesday | CRJ | N506CA | PHX | PSP | 1.1333 | 5/7/2013 16:50 | 5/7/2013 17:58 | FO | 31651 |
| 2922 | 5/7/2013 | Tuesday | CRJ | N506CA | PSP | PHX | 0.95 | 5/7/2013 18:28 | 5/7/2013 19:25 | FO | 31651 |
| 2940 | 5/7/2013 | Tuesday | CRJ | N506CA | PHX | FLG | 0.7166 | 5/7/2013 19:45 | 5/7/2013 20:28 | FO | 31651 |
| 2993 | 5/8/2013 | Wednesday | CRJ | N506CA | FLG | PHX | 0.9666 | 5/8/2013 6:45 | 5/8/2013 7:43 | FO | 31651 |
| 2974 | 5/8/2013 | Wednesday | CRJ | N506CA | PHX | GJT | 1.4333 | 5/8/2013 8:36 | 5/8/2013 11:02 | FO | 31651 |
| 2949 | 5/8/2013 | Wednesday | CRJ | N506CA | GJT | PHX | 1.55 | 5/8/2013 12:08 | 5/8/2013 12:41 | FO | 31651 |
| 2976 | 5/8/2013 | Wednesday | CRJ | N874AS | PHX | ELP | 1.1 | 5/8/2013 15:06 | 5/8/2013 17:12 | FO | 31651 |
| 2959 | 5/9/2013 | Thursday | CRJ | N889AS | ELP | PHX | 1.3833 | 5/9/2013 6:13 | 5/9/2013 6:36 | FO | 31651 |
| 2959 | 5/9/2013 | Thursday | CRJ | N889AS | PHX | SBA | 1.6166 | 5/9/2013 7:28 | 5/9/2013 9:05 | FO | 31651 |
| 2952 | 5/9/2013 | Thursday | CRJ | N889AS | SBA | PHX | 1.45 | 5/9/2013 9:48 | 5/9/2013 11:15 | FO | 31651 |
| 2952 | 5/9/2013 | Thursday | CRJ | N874AS | PHX | TUS | 0.6666 | 5/9/2013 12:06 | 5/9/2013 12:46 | FO | 31651 |
| 2976 | 5/9/2013 | Thursday | CRJ | N874AS | TUS | PHX | 0.7666 | 5/9/2013 13:11 | 5/9/2013 13:57 | FO | 31651 |
| 2916 | 5/13/2013 | Monday | CRJ | N886AS | PHX | DSM | 2.8166 | 5/13/2013 19:44 | 5/14/2013 0:33 | FO | 31651 |
| 2981 | 5/15/2013 | Wednesday | CRJ | N907SW | DSM | PHX | 2.9333 | 5/15/2013 7:42 | 5/15/2013 8:38 | FO | 31651 |
| 2981 | 5/15/2013 | Wednesday | CRJ | N821AS | PHX | SBP | 1.7833 | 5/15/2013 9:51 | 5/15/2013 11:38 | FO | 31651 |
| 2936 | 5/15/2013 | Wednesday | CRJ | N821AS | SBP | PHX | 1.7 | 5/15/2013 12:14 | 5/15/2013 13:56 | FO | 31651 |
| 2975 | 5/20/2013 | Monday | CRJ | N506CA | PHX | MRY | 1.9833 | 5/20/2013 9:49 | 5/20/2013 11:48 | FO | 31651 |
| 2986 | 5/20/2013 | Monday | CRJ | N506CA | MRY | PHX | 1.85 | 5/20/2013 12:13 | 5/20/2013 14:04 | FO | 31651 |
| 2921 | 5/20/2013 | Monday | CRJ | N886AS | PHX | PSP | 1.1333 | 5/20/2013 16:26 | 5/20/2013 17:34 | FO | 31651 |
| 2922 | 5/20/2013 | Monday | CRJ | N886AS | PSP | PHX | 1.2 | 5/20/2013 17:58 | 5/20/2013 19:10 | FO | 31651 |
| 2940 | 5/20/2013 | Monday | CRJ | N886AS | PHX | PHX | 0.3333 | 5/20/2013 19:39 | 5/20/2013 19:59 | FO | 31651 |
| 2940 | 5/20/2013 | Monday | CRJ | N886AS | PHX | FLG | 0.6333 | 5/20/2013 21:04 | 5/20/2013 21:42 | FO | 31651 |
| 2993 | 5/21/2013 | Tuesday | CRJ | N886AS | FLG | PHX | 1.0333 | 5/21/2013 6:40 | 5/21/2013 7:42 | FO | 31651 |
| 2965 | 5/21/2013 | Tuesday | CRJ | N886AS | PHX | YUM | 1.1 | 5/21/2013 8:43 | 5/21/2013 9:49 | FO | 31651 |
| 2972 | 5/21/2013 | Tuesday | CRJ | N886AS | YUM | PHX | 0.85 | 5/21/2013 10:22 | 5/21/2013 11:13 | FO | 31651 |
| 2952 | 5/21/2013 | Tuesday | CRJ | N886AS | PHX | TUS | 0.8666 | 5/21/2013 12:00 | 5/21/2013 12:52 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2976 | 5/21/2013 | Tuesday | CRJ | N886AS | TUS | PHX | 1.05 | 5/21/2013 13:14 | 5/21/2013 14:17 | FO | 31651 |
| 2976 | 5/21/2013 | Tuesday | CRJ | N886AS | PHX | ELP | 1.35 | 5/21/2013 15:02 | 5/21/2013 17:23 | FO | 31651 |
| 2959 | 5/22/2013 | Wednesday | CRJ | N906SW | ELP | PHX | 1.3833 | 5/22/2013 6:15 | 5/22/2013 6:38 | FO | 31651 |
| 2959 | 5/22/2013 | Wednesday | CRJ | N906SW | PHX | SBA | 1.7833 | 5/22/2013 7:28 | 5/22/2013 9:15 | FO | 31651 |
| 2952 | 5/22/2013 | Wednesday | CRJ | N906SW | SBA | PHX | 1.3666 | 5/22/2013 9:48 | 5/22/2013 11:10 | FO | 31651 |
| 2972 | 5/22/2013 | Wednesday | CRJ | N906SW | PHX | DRO | 1.3833 | 5/22/2013 12:13 | 5/22/2013 14:36 | FO | 31651 |
| 2973 | 5/22/2013 | Wednesday | CRJ | N906SW | DRO | PHX | 1.15 | 5/22/2013 15:09 | 5/22/2013 15:18 | FO | 31651 |
| 2951 | 5/26/2013 | Sunday | CRJ | N955SW | PHX | MRY | 1.9333 | 5/26/2013 13:38 | 5/26/2013 15:34 | FO | 31651 |
| 2956 | 5/26/2013 | Sunday | CRJ | N955SW | MRY | PHX | 1.75 | 5/26/2013 16:06 | 5/26/2013 17:51 | FO | 31651 |
| 2916 | 5/26/2013 | Sunday | CRJ | N955SW | PHX | DSM | 2.8666 | 5/26/2013 18:47 | 5/26/2013 23:39 | FO | 31651 |
| 2981 | 5/28/2013 | Tuesday | CRJ | N821AS | DSM | PHX | 3.35 | 5/28/2013 7:48 | 5/28/2013 9:09 | FO | 31651 |
| 2919 | 5/28/2013 | Tuesday | CRJ | N498CA | PHX | HMO | 1.5166 | 5/28/2013 9:55 | 5/28/2013 11:26 | FO | 31651 |
| 2920 | 5/28/2013 | Tuesday | CRJ | N498CA | HMO | PHX | 1.1666 | 5/28/2013 11:45 | 5/28/2013 12:55 | FO | 31651 |
| 2976 | 5/28/2013 | Tuesday | CRJ | N944SW | PHX | ELP | 1.2666 | 5/28/2013 15:07 | 5/28/2013 17:23 | FO | 31651 |
| 2959 | 5/29/2013 | Wednesday | CRJ | N495CA | ELP | PHX | 1.4333 | 5/29/2013 6:19 | 5/29/2013 6:45 | FO | 31651 |
| 2959 | 5/29/2013 | Wednesday | CRJ | N495CA | PHX | SBA | 1.6 | 5/29/2013 7:30 | 5/29/2013 9:06 | FO | 31651 |
| 2952 | 5/29/2013 | Wednesday | CRJ | N495CA | SBA | PHX | 1.4 | 5/29/2013 9:49 | 5/29/2013 11:13 | FO | 31651 |
| 2949 | 6/3/2013 | Monday | CRJ | N468CA | PHX | PSP | 0.9666 | 6/3/2013 14:01 | 6/3/2013 14:59 | FO | 31651 |
| 2962 | 6/3/2013 | Monday | CRJ | N468CA | PSP | PHX | 1.0333 | 6/3/2013 15:18 | 6/3/2013 16:20 | FO | 31651 |
| 2997 | 6/3/2013 | Monday | CRJ | N468CA | PHX | BUR | 1.3833 | 6/3/2013 16:57 | 6/3/2013 18:20 | FO | 31651 |
| 2988 | 6/3/2013 | Monday | CRJ | N468CA | BUR | PHX | 1.45 | 6/3/2013 19:12 | 6/3/2013 20:39 | FO | 31651 |
| 2988 | 6/3/2013 | Monday | CRJ | N468CA | PHX | ABQ | 1.2166 | 6/3/2013 21:45 | 6/3/2013 23:58 | FO | 31651 |
| 2934 | 6/4/2013 | Tuesday | CRJ | N498CA | ABQ | PHX | 1.2833 | 6/4/2013 12:19 | 6/4/2013 12:36 | FO | 31651 |
| 2934 | 6/4/2013 | Tuesday | CRJ | N498CA | PHX | FLG | 0.7 | 6/4/2013 13:33 | 6/4/2013 14:15 | FO | 31651 |
| 2921 | 6/4/2013 | Tuesday | CRJ | N498CA | FLG | PHX | 0.6333 | 6/4/2013 14:52 | 6/4/2013 15:30 | FO | 31651 |
| 2921 | 6/4/2013 | Tuesday | CRJ | N498CA | PHX | PSP | 1 | 6/4/2013 16:28 | 6/4/2013 17:28 | FO | 31651 |
| 2922 | 6/4/2013 | Tuesday | CRJ | N498CA | PSP | PHX | 1.2666 | 6/4/2013 17:50 | 6/4/2013 19:06 | FO | 31651 |
| 2940 | 6/4/2013 | Tuesday | CRJ | N498CA | PHX | FLG | 0.6833 | 6/4/2013 19:45 | 6/4/2013 20:26 | FO | 31651 |
| 2993 | 6/5/2013 | Wednesday | CRJ | N498CA | FLG | PHX | 0.6833 | 6/5/2013 6:43 | 6/5/2013 7:24 | FO | 31651 |
| 2965 | 6/5/2013 | Wednesday | CRJ | N498CA | PHX | YUM | 1.0333 | 6/5/2013 8:41 | 6/5/2013 9:43 | FO | 31651 |
| 2972 | 6/5/2013 | Wednesday | CRJ | N498CA | YUM | PHX | 0.8333 | 6/5/2013 10:21 | 6/5/2013 11:11 | FO | 31651 |
| 2943 | 6/5/2013 | Wednesday | CRJ | N498CA | PHX | ELP | 1.1166 | 6/5/2013 12:23 | 6/5/2013 14:30 | FO | 31651 |
| 2959 | 6/6/2013 | Thursday | CRJ | N889AS | ELP | PHX | 1.3333 | 6/6/2013 6:18 | 6/6/2013 6:38 | FO | 31651 |
| 2959 | 6/6/2013 | Thursday | CRJ | N944SW | PHX | SBA | 1.5333 | 6/6/2013 7:28 | 6/6/2013 9:00 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2952 | 6/6/2013 | Thursday | CRJ | N944SW | SBA | PHX | 1.5333 | 6/6/2013 9:45 | 6/6/2013 11:17 | FO | 31651 |
| 2952 | 6/6/2013 | Thursday | CRJ | N944SW | PHX | TUS | 0.6 | 6/6/2013 12:05 | 6/6/2013 12:41 | FO | 31651 |
| 2976 | 6/6/2013 | Thursday | CRJ | N944SW | TUS | PHX | 0.6666 | 6/6/2013 13:22 | 6/6/2013 14:02 | FO | 31651 |
| 2964 | 6/17/2013 | Monday | CRJ | N885AS | PHX | BFL | 1.6833 | 6/17/2013 10:05 | 6/17/2013 11:46 | FO | 31651 |
| 2935 | 6/17/2013 | Monday | CRJ | N885AS | BFL | PHX | 1.5 | 6/17/2013 12:26 | 6/17/2013 13:56 | FO | 31651 |
| 2935 | 6/17/2013 | Monday | CRJ | N885AS | PHX | TUS | 0.7166 | 6/17/2013 15:13 | 6/17/2013 15:56 | FO | 31651 |
| 2979 | 6/17/2013 | Monday | CRJ | N885AS | TUS | PHX | 0.6666 | 6/17/2013 17:16 | 6/17/2013 17:56 | FO | 31651 |
| 2902 | 6/17/2013 | Monday | CRJ | N944SW | PHX | SLC | 1.7666 | 6/17/2013 18:41 | 6/17/2013 21:27 | FO | 31651 |
| 2901 | 6/18/2013 | Tuesday | CRJ | N944SW | SLC | PHX | 1.7666 | 6/18/2013 8:17 | 6/18/2013 9:03 | FO | 31651 |
| 2991 | 6/18/2013 | Tuesday | CRJ | N821AS | PHX | PSP | 1.1666 | 6/18/2013 10:00 | 6/18/2013 11:10 | FO | 31651 |
| 2985 | 6/18/2013 | Tuesday | CRJ | N821AS | PSP | PHX | 1.0833 | 6/18/2013 11:57 | 6/18/2013 13:02 | FO | 31651 |
| 2953 | 6/18/2013 | Tuesday | CRJ | N821AS | PHX | YUM | 0.8333 | 6/18/2013 13:37 | 6/18/2013 14:27 | FO | 31651 |
| 2974 | 6/19/2013 | Wednesday | CRJ | N889AS | YUM | PHX | 0.6666 | 6/19/2013 6:57 | 6/19/2013 7:37 | FO | 31651 |
| 2974 | 6/19/2013 | Wednesday | CRJ | N889AS | PHX | GJT | 1.35 | 6/19/2013 8:41 | 6/19/2013 11:02 | FO | 31651 |
| 2949 | 6/19/2013 | Wednesday | CRJ | N889AS | GJT | PHX | 1.6833 | 6/19/2013 12:08 | 6/19/2013 12:49 | FO | 31651 |
| 2953 | 6/19/2013 | Wednesday | CRJ | N889AS | PHX | YUM | 0.85 | 6/19/2013 13:39 | 6/19/2013 14:30 | FO | 31651 |
| 2974 | 6/20/2013 | Thursday | CRJ | N821AS | YUM | PHX | 1.2166 | 6/20/2013 6:55 | 6/20/2013 8:08 | FO | 31651 |
| 2965 | 6/20/2013 | Thursday | CRJ | N498CA | PHX | YUM | 1.25 | 6/20/2013 8:40 | 6/20/2013 9:55 | FO | 31651 |
| 2972 | 6/20/2013 | Thursday | CRJ | N498CA | YUM | PHX | 0.7 | 6/20/2013 10:20 | 6/20/2013 11:02 | FO | 31651 |
| 2972 | 6/20/2013 | Thursday | CRJ | N498CA | PHX | DRO | 1.2 | 6/20/2013 12:13 | 6/20/2013 14:25 | FO | 31651 |
| 2973 | 6/20/2013 | Thursday | CRJ | N498CA | DRO | PHX | 1.0666 | 6/20/2013 15:25 | 6/20/2013 15:29 | FO | 31651 |
| 2983 | 6/24/2013 | Monday | CRJ | N886AS | PHX | SBP | 1.5333 | 6/24/2013 14:28 | 6/24/2013 16:00 | FO | 31651 |
| 2978 | 6/24/2013 | Monday | CRJ | N886AS | SBP | PHX | 1.6166 | 6/24/2013 16:29 | 6/24/2013 18:06 | FO | 31651 |
| 2902 | 6/24/2013 | Monday | CRJ | N886AS | PHX | SLC | 2.15 | 6/24/2013 18:42 | 6/24/2013 21:51 | FO | 31651 |
| 2901 | 6/25/2013 | Tuesday | CRJ | N886AS | SLC | PHX | 1.9666 | 6/25/2013 8:14 | 6/25/2013 9:12 | FO | 31651 |
| 2991 | 6/25/2013 | Tuesday | CRJ | N886AS | PHX | PSP | 1.2333 | 6/25/2013 10:06 | 6/25/2013 11:20 | FO | 31651 |
| 2985 | 6/25/2013 | Tuesday | CRJ | N886AS | PSP | PHX | 1.1833 | 6/25/2013 11:45 | 6/25/2013 12:56 | FO | 31651 |
| 2953 | 6/25/2013 | Tuesday | CRJ | N886AS | PHX | YUM | 0.9 | 6/25/2013 13:37 | 6/25/2013 14:31 | FO | 31651 |
| 2974 | 6/26/2013 | Wednesday | CRJ | N889AS | YUM | PHX | 0.9666 | 6/26/2013 6:52 | 6/26/2013 7:50 | FO | 31651 |
| 2974 | 6/26/2013 | Wednesday | CRJ | N886AS | PHX | GJT | 1.7833 | 6/26/2013 8:43 | 6/26/2013 11:30 | FO | 31651 |
| 2949 | 6/26/2013 | Wednesday | CRJ | N886AS | GJT | PHX | 1.55 | 6/26/2013 12:08 | 6/26/2013 12:41 | FO | 31651 |
| 2953 | 6/26/2013 | Wednesday | CRJ | N886AS | PHX | YUM | 0.7833 | 6/26/2013 13:36 | 6/26/2013 14:23 | FO | 31651 |
| 2974 | 6/27/2013 | Thursday | CRJ | N874AS | YUM | PHX | 0.8 | 6/27/2013 6:54 | 6/27/2013 7:42 | FO | 31651 |
| 2974 | 6/27/2013 | Thursday | CRJ | N955SW | PHX | GJT | 1.6166 | 6/27/2013 8:43 | 6/27/2013 11:20 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2949 | 6/27/2013 | Thursday | CRJ | N955SW | GJT | PHX | 1.5166 | 6/27/2013 12:07 | 6/27/2013 12:38 | FO | 31651 |
| 2915 | 6/27/2013 | Thursday | CRJ | N955SW | PHX | SBA | 1.4166 | 6/27/2013 13:45 | 6/27/2013 15:10 | FO | 31651 |
| 2998 | 6/27/2013 | Thursday | CRJ | N955SW | SBA | PHX | 1.6833 | 6/27/2013 16:14 | 6/27/2013 17:55 | FO | 31651 |
| 2965 | 7/4/2013 | Thursday | CRJ | N468CA | PHX | YUM | 1.05 | 7/4/2013 8:37 | 7/4/2013 9:40 | FO | 31651 |
| 2972 | 7/4/2013 | Thursday | CRJ | N468CA | YUM | PHX | 0.95 | 7/4/2013 10:25 | 7/4/2013 11:22 | FO | 31651 |
| 2972 | 7/4/2013 | Thursday | CRJ | N468CA | PHX | DRO | 1.1666 | 7/4/2013 12:17 | 7/4/2013 14:27 | FO | 31651 |
| 2977 | 7/4/2013 | Thursday | CRJ | N468CA | DRO | PHX | 1.2166 | 7/4/2013 15:17 | 7/4/2013 15:30 | FO | 31651 |
| 2952 | 7/7/2013 | Sunday | CRJ | N886AS | PHX | TUS | 0.7166 | 7/7/2013 12:05 | 7/7/2013 12:48 | FO | 31651 |
| 2936 | 7/7/2013 | Sunday | CRJ | N886AS | TUS | PHX | 0.75 | 7/7/2013 13:23 | 7/7/2013 14:08 | FO | 31651 |
| 2945 | 7/7/2013 | Sunday | CRJ | N886AS | PHX | ONT | 1.2 | 7/7/2013 14:50 | 7/7/2013 16:02 | FO | 31651 |
| 2944 | 7/7/2013 | Sunday | CRJ | N886AS | ONT | PHX | 1.25 | 7/7/2013 16:32 | 7/7/2013 17:47 | FO | 31651 |
| 2946 | 7/7/2013 | Sunday | CRJ | N886AS | PHX | DSM | 2.9833 | 7/7/2013 18:45 | 7/7/2013 23:44 | FO | 31651 |
| 2941 | 7/9/2013 | Tuesday | CRJ | N496CA | DSM | PHX | 3.2333 | 7/9/2013 7:48 | 7/9/2013 9:02 | FO | 31651 |
| 2941 | 7/9/2013 | Tuesday | CRJ | N496CA | PHX | BFL | 1.4 | 7/9/2013 10:35 | 7/9/2013 11:59 | FO | 31651 |
| 2970 | 7/10/2013 | Wednesday | CRJ | N906SW | BFL | PHX | 1.5666 | 7/10/2013 6:31 | 7/10/2013 8:05 | FO | 31651 |
| 2974 | 7/10/2013 | Wednesday | CRJ | N906SW | PHX | GJT | 1.3833 | 7/10/2013 8:47 | 7/10/2013 11:10 | FO | 31651 |
| 2949 | 7/10/2013 | Wednesday | CRJ | N906SW | GJT | PHX | 1.5666 | 7/10/2013 12:03 | 7/10/2013 12:37 | FO | 31651 |
| 2952 | 7/14/2013 | Sunday | CRJ | N496CA | PHX | TUS | 0.7333 | 7/14/2013 12:10 | 7/14/2013 12:54 | FO | 31651 |
| 2936 | 7/14/2013 | Sunday | CRJ | N496CA | TUS | PHX | 0.7166 | 7/14/2013 13:28 | 7/14/2013 14:11 | FO | 31651 |
| 2945 | 7/14/2013 | Sunday | CRJ | N496CA | PHX | ONT | 1.15 | 7/14/2013 14:51 | 7/14/2013 16:00 | FO | 31651 |
| 2944 | 7/14/2013 | Sunday | CRJ | N496CA | ONT | PHX | 1.2833 | 7/14/2013 18:04 | 7/14/2013 19:21 | FO | 31651 |
| 2946 | 7/14/2013 | Sunday | CRJ | N496CA | PHX | DSM | 3.4833 | 7/14/2013 19:58 | 7/15/2013 1:27 | FO | 31651 |
| 2941 | 7/16/2013 | Tuesday | CRJ | N495CA | DSM | PHX | 3.0333 | 7/16/2013 7:53 | 7/16/2013 8:55 | FO | 31651 |
| 2941 | 7/16/2013 | Tuesday | CRJ | N495CA | PHX | BFL | 1.5166 | 7/16/2013 10:03 | 7/16/2013 11:34 | FO | 31651 |
| 2970 | 7/17/2013 | Wednesday | CRJ | N874AS | BFL | PHX | 1.6666 | 7/17/2013 6:31 | 7/17/2013 8:11 | FO | 31651 |
| 2930 | 7/17/2013 | Wednesday | CRJ | N874AS | PHX | FLG | 1.35 | 7/17/2013 8:47 | 7/17/2013 10:08 | FO | 31651 |
| 2952 | 7/17/2013 | Wednesday | CRJ | N874AS | FLG | PHX | 0.7166 | 7/17/2013 10:29 | 7/17/2013 11:12 | FO | 31651 |
| 2952 | 7/17/2013 | Wednesday | CRJ | N874AS | PHX | TUS | 0.7833 | 7/17/2013 12:04 | 7/17/2013 12:51 | FO | 31651 |
| 2936 | 7/17/2013 | Wednesday | CRJ | N874AS | TUS | PHX | 0.7166 | 7/17/2013 13:25 | 7/17/2013 14:08 | FO | 31651 |
| 2936 | 7/22/2013 | Monday | CRJ | N495CA | PHX | FLG | 0.75 | 7/22/2013 14:58 | 7/22/2013 15:43 | FO | 31651 |
| 2931 | 7/22/2013 | Monday | CRJ | N495CA | FLG | PHX | 1.25 | 7/22/2013 16:43 | 7/22/2013 17:58 | FO | 31651 |
| 2946 | 7/22/2013 | Monday | CRJ | N495CA | PHX | DSM | 2.85 | 7/22/2013 19:27 | 7/23/2013 0:18 | FO | 31651 |
| 2941 | 7/24/2013 | Wednesday | CRJ | N944SW | DSM | PHX | 3.0166 | 7/24/2013 7:48 | 7/24/2013 8:49 | FO | 31651 |
| 2991 | 7/24/2013 | Wednesday | CRJ | N944SW | PHX | PSP | 1.0666 | 7/24/2013 10:06 | 7/24/2013 11:10 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2963 | 7/24/2013 | Wednesday | CRJ | N944SW | PSP | PHX | 1.05 | 7/24/2013 11:49 | 7/24/2013 12:52 | FO | 31651 |
| 2986 | 7/28/2013 | Sunday | CRJ | N886AS | PHX | GJT | 1.4 | 7/28/2013 16:17 | 7/28/2013 18:41 | FO | 31651 |
| 2940 | 7/28/2013 | Sunday | CRJ | N886AS | GJT | PHX | 1.55 | 7/28/2013 18:57 | 7/28/2013 19:30 | FO | 31651 |
| 2971 | 7/28/2013 | Sunday | CRJ | N886AS | PHX | BFL | 1.45 | 7/28/2013 20:05 | 7/28/2013 21:32 | FO | 31651 |
| 2945 | 7/29/2013 | Monday | CRJ | N907SW | BFL | PHX | 1.5333 | 7/29/2013 12:23 | 7/29/2013 13:55 | FO | 31651 |
| 2936 | 7/29/2013 | Monday | CRJ | N906SW | PHX | FLG | 0.8333 | 7/29/2013 15:04 | 7/29/2013 15:54 | FO | 31651 |
| 2931 | 7/29/2013 | Monday | CRJ | N906SW | FLG | PHX | 0.8333 | 7/29/2013 16:49 | 7/29/2013 17:39 | FO | 31651 |
| 2946 | 7/29/2013 | Monday | CRJ | N889AS | PHX | DSM | 3.1166 | 7/29/2013 18:40 | 7/29/2013 23:47 | FO | 31651 |
| 2941 | 7/31/2013 | Wednesday | CRJ | N821AS | DSM | PHX | 3.6 | 7/31/2013 7:45 | 7/31/2013 9:21 | FO | 31651 |
| 2991 | 7/31/2013 | Wednesday | CRJ | N821AS | PHX | PSP | 1.0166 | 7/31/2013 10:22 | 7/31/2013 11:23 | FO | 31651 |
| 2963 | 7/31/2013 | Wednesday | CRJ | N821AS | PSP | PHX | 1.9 | 7/31/2013 11:48 | 7/31/2013 13:42 | FO | 31651 |
| 2946 | 8/5/2013 | Monday | CRJ | N944SW | PHX | DSM | 3.0166 | 8/5/2013 18:50 | 8/5/2013 23:51 | FO | 31651 |
| 2941 | 8/7/2013 | Wednesday | CRJ | N821AS | DSM | PHX | 3.25 | 8/7/2013 7:50 | 8/7/2013 9:05 | FO | 31651 |
| 2919 | 8/7/2013 | Wednesday | CRJ | N885AS | PHX | HMO | 1.25 | 8/7/2013 9:41 | 8/7/2013 10:56 | FO | 31651 |
| 2920 | 8/7/2013 | Wednesday | CRJ | N885AS | HMO | PHX | 1.1666 | 8/7/2013 11:33 | 8/7/2013 12:43 | FO | 31651 |
| 2941 | 8/11/2013 | Sunday | CRJ | N821AS | PHX | BFL | 1.4333 | 8/11/2013 12:08 | 8/11/2013 13:34 | FO | 31651 |
| 2945 | 8/11/2013 | Sunday | CRJ | N821AS | BFL | PHX | 1.4666 | 8/11/2013 13:55 | 8/11/2013 15:23 | FO | 31651 |
| 2935 | 8/11/2013 | Sunday | CRJ | N821AS | PHX | TUS | 0.65 | 8/11/2013 15:56 | 8/11/2013 16:35 | FO | 31651 |
| 2979 | 8/11/2013 | Sunday | CRJ | N821AS | TUS | PHX | 0.9666 | 8/11/2013 17:01 | 8/11/2013 17:59 | FO | 31651 |
| 2902 | 8/11/2013 | Sunday | CRJ | N944SW | PHX | SLC | 1.45 | 8/11/2013 18:43 | 8/11/2013 21:10 | FO | 31651 |
| 2901 | 8/12/2013 | Monday | CRJ | N944SW | SLC | PHX | 1.7333 | 8/12/2013 8:19 | 8/12/2013 9:03 | FO | 31651 |
| 2954 | 8/12/2013 | Monday | CRJ | N944SW | PHX | YUM | 1.1 | 8/12/2013 9:55 | 8/12/2013 11:01 | FO | 31651 |
| 2915 | 8/12/2013 | Monday | CRJ | N944SW | YUM | PHX | 0.8833 | 8/12/2013 11:39 | 8/12/2013 12:32 | FO | 31651 |
| 2915 | 8/12/2013 | Monday | CRJ | N944SW | PHX | SBA | 1.5666 | 8/12/2013 13:49 | 8/12/2013 15:23 | FO | 31651 |
| 2950 | 8/13/2013 | Tuesday | CRJ | N885AS | SBA | PHX | 1.6333 | 8/13/2013 6:31 | 8/13/2013 8:09 | FO | 31651 |
| 2965 | 8/13/2013 | Tuesday | CRJ | N885AS | PHX | YUM | 0.9833 | 8/13/2013 8:40 | 8/13/2013 9:39 | FO | 31651 |
| 2972 | 8/13/2013 | Tuesday | CRJ | N885AS | YUM | PHX | 0.8166 | 8/13/2013 10:35 | 8/13/2013 11:24 | FO | 31651 |
| 2943 | 8/13/2013 | Tuesday | CRJ | N906SW | PHX | ELP | 1.2 | 8/13/2013 12:26 | 8/13/2013 14:38 | FO | 31651 |
| 2959 | 8/14/2013 | Wednesday | CRJ | N821AS | ELP | PHX | 1.3 | 8/14/2013 6:20 | 8/14/2013 6:38 | FO | 31651 |
| 2959 | 8/14/2013 | Wednesday | CRJ | N821AS | PHX | FAT | 1.8166 | 8/14/2013 7:32 | 8/14/2013 9:21 | FO | 31651 |
| 2943 | 8/14/2013 | Wednesday | CRJ | N821AS | FAT | PHX | 1.9166 | 8/14/2013 9:43 | 8/14/2013 11:38 | FO | 31651 |
| 2963 | 8/19/2013 | Monday | CRJ | N885AS | PHX | TUS | 1.3666 | 8/19/2013 13:37 | 8/19/2013 14:59 | FO | 31651 |
| 2973 | 8/19/2013 | Monday | CRJ | N885AS | TUS | PHX | 1 | 8/19/2013 15:44 | 8/19/2013 16:44 | FO | 31651 |
| 2973 | 8/19/2013 | Monday | CRJ | N885AS | PHX | YUM | 0.7166 | 8/19/2013 17:09 | 8/19/2013 17:52 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2957 | 8/19/2013 | Monday | CRJ | N885AS | YUM | PHX | 0.95 | 8/19/2013 18:06 | 8/19/2013 19:03 | FO | 31651 |
| 2957 | 8/19/2013 | Monday | CRJ | N885AS | PHX | PSP | 1.3666 | 8/19/2013 20:02 | 8/19/2013 21:24 | FO | 31651 |
| 2968 | 8/20/2013 | Tuesday | CRJ | N885AS | PSP | PHX | 0.95 | 8/20/2013 15:24 | 8/20/2013 16:21 | FO | 31651 |
| 2921 | 8/20/2013 | Tuesday | CRJ | N944SW | PHX | PSP | 0.9666 | 8/20/2013 16:52 | 8/20/2013 17:50 | FO | 31651 |
| 2954 | 8/21/2013 | Wednesday | CRJ | N906SW | PSP | PHX | 1.6333 | 8/21/2013 7:42 | 8/21/2013 9:20 | FO | 31651 |
| 2932 | 8/21/2013 | Wednesday | CRJ | N821AS | PHX | FLG | 0.9 | 8/21/2013 10:34 | 8/21/2013 11:28 | FO | 31651 |
| 2953 | 8/21/2013 | Wednesday | CRJ | N821AS | FLG | PHX | 0.7166 | 8/21/2013 12:01 | 8/21/2013 12:44 | FO | 31651 |
| 2945 | 8/21/2013 | Wednesday | CRJ | N495CA | PHX | ONT | 1.15 | 8/21/2013 14:46 | 8/21/2013 15:55 | FO | 31651 |
| 2944 | 8/21/2013 | Wednesday | CRJ | N495CA | ONT | PHX | 1.7666 | 8/21/2013 16:35 | 8/21/2013 18:21 | FO | 31651 |
| 2979 | 8/21/2013 | Wednesday | CRJ | N495CA | PHX | PSP | 1.2333 | 8/21/2013 19:00 | 8/21/2013 20:14 | FO | 31651 |
| 2954 | 8/22/2013 | Thursday | CRJ | N875AS | PSP | PHX | 1.5833 | 8/22/2013 7:33 | 8/22/2013 9:08 | FO | 31651 |
| 2975 | 8/22/2013 | Thursday | CRJ | N875AS | PHX | MRY | 1.85 | 8/22/2013 9:50 | 8/22/2013 11:41 | FO | 31651 |
| 2986 | 8/22/2013 | Thursday | CRJ | N875AS | MRY | PHX | 1.8833 | 8/22/2013 12:10 | 8/22/2013 14:03 | FO | 31651 |
| 2936 | 8/25/2013 | Sunday | CRJ | N886AS | PHX | FLG | 0.7833 | 8/25/2013 15:05 | 8/25/2013 15:52 | FO | 31651 |
| 2931 | 8/25/2013 | Sunday | CRJ | N886AS | FLG | PHX | 0.7333 | 8/25/2013 16:53 | 8/25/2013 17:37 | FO | 31651 |
| 2931 | 8/25/2013 | Sunday | CRJ | N886AS | PHX | SAT | 2.3333 | 8/25/2013 18:45 | 8/25/2013 23:05 | FO | 31651 |
| 2960 | 8/26/2013 | Monday | CRJ | N496CA | SAT | TUS | 2.5666 | 8/26/2013 18:30 | 8/26/2013 19:04 | FO | 31651 |
| 2960 | 8/26/2013 | Monday | CRJ | N496CA | TUS | PHX | 0.7 | 8/26/2013 20:10 | 8/26/2013 20:52 | FO | 31651 |
| 2982 | 8/26/2013 | Monday | CRJ | N496CA | PHX | GJT | 2 | 8/26/2013 21:31 | 8/27/2013 0:31 | FO | 31651 |
| 2941 | 8/27/2013 | Tuesday | CRJ | N496CA | GJT | PHX | 1.3833 | 8/27/2013 10:15 | 8/27/2013 10:38 | FO | 31651 |
| 2986 | 8/27/2013 | Tuesday | CRJ | N468CA | PHX | GJT | 1.4 | 8/27/2013 14:54 | 8/27/2013 17:18 | FO | 31651 |
| 2941 | 8/28/2013 | Wednesday | CRJ | N468CA | GJT | PHX | 1.8833 | 8/28/2013 8:13 | 8/28/2013 9:06 | FO | 31651 |
| 2964 | 8/28/2013 | Wednesday | CRJ | N468CA | PHX | SBA | 1.6833 | 8/28/2013 10:07 | 8/28/2013 11:48 | FO | 31651 |
| 6411 | 9/1/2013 | Sunday | CR6 | N789SK | ORD | CLE | 1.1 | 9/1/2013 8:37 | 9/1/2013 10:43 | FO | 31651 |
| 5161 | 9/1/2013 | Sunday | CR6 | N789SK | CLE | TPA | 2.2833 | 9/1/2013 11:32 | 9/1/2013 13:49 | FO | 31651 |
| 5161 | 9/1/2013 | Sunday | CR6 | N789SK | TPA | CLE | 2.45 | 9/1/2013 14:32 | 9/1/2013 16:59 | FO | 31651 |
| 5587 | 9/1/2013 | Sunday | CR6 | N789SK | CLE | DCA | 1.2166 | 9/1/2013 17:52 | 9/1/2013 19:05 | FO | 31651 |
| 5200 | 9/2/2013 | Monday | CR6 | N789SK | DCA | CLE | 1.1833 | 9/2/2013 11:00 | 9/2/2013 12:11 | FO | 31651 |
| 6461 | 9/2/2013 | Monday | CR6 | N789SK | CLE | ORD | 1.2833 | 9/2/2013 14:03 | 9/2/2013 14:20 | FO | 31651 |
| 6449 | 9/2/2013 | Monday | CR6 | N707SK | ORD | SLC | 3.0666 | 9/2/2013 17:58 | 9/2/2013 20:02 | FO | 31651 |
| 5506 | 9/3/2013 | Tuesday | CR6 | N766SK | SLC | ORD | 2.9 | 9/3/2013 8:12 | 9/3/2013 12:06 | FO | 31651 |
| 6490 | 9/3/2013 | Tuesday | CR6 | N766SK | ORD | CLE | 1.25 | 9/3/2013 13:06 | 9/3/2013 15:21 | FO | 31651 |
| 5191 | 9/3/2013 | Tuesday | CR6 | N753SK | CLE | ORD | 1.1666 | 9/3/2013 18:48 | 9/3/2013 18:58 | FO | 31651 |
| 2972 | 9/9/2013 | Monday | CRJ | N496CA | PHX | DRO | 1.25 | 9/9/2013 12:13 | 9/9/2013 14:28 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2973 | 9/9/2013 | Monday | CRJ | N496CA | DRO | PHX | 1.3666 | 9/9/2013 15:27 | 9/9/2013 15:49 | FO | 31651 |
| 2973 | 9/9/2013 | Monday | CRJ | N496CA | PHX | YUM | 1.1333 | 9/9/2013 16:43 | 9/9/2013 17:51 | FO | 31651 |
| 2957 | 9/9/2013 | Monday | CRJ | N496CA | YUM | PHX | 1.1166 | 9/9/2013 18:13 | 9/9/2013 19:20 | FO | 31651 |
| 2957 | 9/9/2013 | Monday | CRJ | N496CA | PHX | PSP | 1.0666 | 9/9/2013 19:49 | 9/9/2013 20:53 | FO | 31651 |
| 2975 | 9/10/2013 | Tuesday | CRJ | N496CA | PSP | PHX | 1.0333 | 9/10/2013 7:43 | 9/10/2013 8:45 | FO | 31651 |
| 2954 | 9/10/2013 | Tuesday | CRJ | N496CA | PHX | YUM | 1.0833 | 9/10/2013 9:54 | 9/10/2013 10:59 | FO | 31651 |
| 2933 | 9/10/2013 | Tuesday | CRJ | N496CA | YUM | PHX | 1.0333 | 9/10/2013 11:59 | 9/10/2013 13:01 | FO | 31651 |
| 2934 | 9/10/2013 | Tuesday | CRJ | N496CA | PHX | FLG | 0.7666 | 9/10/2013 13:30 | 9/10/2013 14:16 | FO | 31651 |
| 2961 | 9/10/2013 | Tuesday | CRJ | N496CA | FLG | PHX | 1.2166 | 9/10/2013 14:54 | 9/10/2013 16:07 | FO | 31651 |
| 2938 | 9/10/2013 | Tuesday | CRJ | N496CA | PHX | MRY | 1.8 | 9/10/2013 16:48 | 9/10/2013 18:36 | FO | 31651 |
| 2982 | 9/11/2013 | Wednesday | CRJ | N889AS | MRY | PHX | 1.9833 | 9/11/2013 15:58 | 9/11/2013 17:57 | FO | 31651 |
| 2902 | 9/11/2013 | Wednesday | CRJ | N889AS | PHX | SLC | 1.8166 | 9/11/2013 18:37 | 9/11/2013 21:26 | FO | 31651 |
| 2901 | 9/12/2013 | Thursday | CRJ | N889AS | SLC | PHX | 1.7333 | 9/12/2013 8:20 | 9/12/2013 9:04 | FO | 31651 |
| 2919 | 9/12/2013 | Thursday | CRJ | N889AS | PHX | HMO | 1.1833 | 9/12/2013 9:37 | 9/12/2013 10:48 | FO | 31651 |
| 2920 | 9/12/2013 | Thursday | CRJ | N889AS | HMO | PHX | 1.15 | 9/12/2013 11:25 | 9/12/2013 12:34 | FO | 31651 |
| 2927 | 9/16/2013 | Monday | CRJ | N906SW | PHX | GDL | 2.8 | 9/16/2013 12:46 | 9/16/2013 17:34 | FO | 31651 |
| 2928 | 9/16/2013 | Monday | CRJ | N906SW | GDL | PHX | 3.0833 | 9/16/2013 17:50 | 9/16/2013 18:55 | FO | 31651 |
| 2957 | 9/16/2013 | Monday | CRJ | N906SW | PHX | PSP | 1.45 | 9/16/2013 20:04 | 9/16/2013 21:31 | FO | 31651 |
| 2975 | 9/17/2013 | Tuesday | CRJ | N906SW | PSP | PHX | 1.5333 | 9/17/2013 7:40 | 9/17/2013 9:12 | FO | 31651 |
| 2932 | 9/17/2013 | Tuesday | CRJ | N906SW | PHX | FLG | 0.7833 | 9/17/2013 10:25 | 9/17/2013 11:12 | FO | 31651 |
| 2983 | 9/17/2013 | Tuesday | CRJ | N906SW | FLG | PHX | 0.7166 | 9/17/2013 11:47 | 9/17/2013 12:30 | FO | 31651 |
| 2934 | 9/17/2013 | Tuesday | CRJ | N906SW | PHX | FLG | 0.7833 | 9/17/2013 13:34 | 9/17/2013 14:21 | FO | 31651 |
| 2961 | 9/17/2013 | Tuesday | CRJ | N906SW | FLG | PHX | 0.7 | 9/17/2013 14:51 | 9/17/2013 15:33 | FO | 31651 |
| 2938 | 9/17/2013 | Tuesday | CRJ | N906SW | PHX | MRY | 1.95 | 9/17/2013 16:43 | 9/17/2013 18:40 | FO | 31651 |
| 2982 | 9/18/2013 | Wednesday | CRJ | N944SW | MRY | PHX | 2.35 | 9/18/2013 15:56 | 9/18/2013 18:17 | FO | 31651 |
| 2902 | 9/18/2013 | Wednesday | CRJ | N944SW | PHX | SLC | 1.7333 | 9/18/2013 18:54 | 9/18/2013 21:38 | FO | 31651 |
| 2901 | 9/19/2013 | Thursday | CRJ | N944SW | SLC | PHX | 1.9833 | 9/19/2013 8:10 | 9/19/2013 9:09 | FO | 31651 |
| 2919 | 9/19/2013 | Thursday | CRJ | N944SW | PHX | HMO | 1.3166 | 9/19/2013 9:46 | 9/19/2013 11:05 | FO | 31651 |
| 2920 | 9/19/2013 | Thursday | CRJ | N944SW | HMO | PHX | 1.1666 | 9/19/2013 11:34 | 9/19/2013 12:44 | FO | 31651 |
| 4598 | 9/22/2013 | Sunday | CRJ | N432SW | ORD | CVG | 1.2333 | 9/22/2013 17:14 | 9/22/2013 19:28 | FO | 31651 |
| 4443 | 9/22/2013 | Sunday | CRJ | N432SW | CVG | MKE | 1.4333 | 9/22/2013 20:01 | 9/22/2013 20:27 | FO | 31651 |
| 4842 | 9/23/2013 | Monday | CRJ | N437SW | MKE | MEM | 1.9333 | 9/23/2013 6:20 | 9/23/2013 8:16 | FO | 31651 |
| 4603 | 9/23/2013 | Monday | CRJ | N437SW | MEM | DFW | 1.5666 | 9/23/2013 8:49 | 9/23/2013 10:23 | FO | 31651 |
| 4603 | 9/23/2013 | Monday | CRJ | N437SW | DFW | MEM | 1.45 | 9/23/2013 11:42 | 9/23/2013 13:09 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4543 | 9/24/2013 | Tuesday | CRJ | N426SW | MEM | MCI | 1.65 | 9/24/2013 13:29 | 9/24/2013 15:08 | FO | 31651 |
| 4535 | 9/24/2013 | Tuesday | CRJ | N426SW | MCI | CVG | 1.6666 | 9/24/2013 16:12 | 9/24/2013 18:52 | FO | 31651 |
| 4591 | 9/24/2013 | Tuesday | CRJ | N426SW | CVG | MCI | 1.6666 | 9/24/2013 19:58 | 9/24/2013 20:38 | FO | 31651 |
| 4596 | 9/25/2013 | Wednesday | CRJ | N426SW | MCI | CVG | 1.8333 | 9/25/2013 8:08 | 9/25/2013 10:58 | FO | 31651 |
| 4593 | 9/25/2013 | Wednesday | CRJ | N441SW | CVG | GRR | 1.0833 | 9/25/2013 11:28 | 9/25/2013 12:33 | FO | 31651 |
| 4593 | 9/25/2013 | Wednesday | CRJ | N441SW | GRR | CVG | 1.0333 | 9/25/2013 14:05 | 9/25/2013 15:07 | FO | 31651 |
| 4594 | 9/25/2013 | Wednesday | CRJ | N441SW | CVG | ORD | 1.15 | 9/25/2013 15:57 | 9/25/2013 16:06 | FO | 31651 |
| 2933 | 9/30/2013 | Monday | CRJ | N875AS | PHX | SBA | 1.4666 | 9/30/2013 13:45 | 9/30/2013 15:13 | FO | 31651 |
| 2929 | 9/30/2013 | Monday | CRJ | N875AS | SBA | PHX | 1.5166 | 9/30/2013 16:25 | 9/30/2013 17:56 | FO | 31651 |
| 2982 | 9/30/2013 | Monday | CRJ | N875AS | PHX | GJT | 1.6 | 9/30/2013 18:41 | 9/30/2013 21:17 | FO | 31651 |
| 2954 | 10/1/2013 | Tuesday | CRJ | N875AS | GJT | PHX | 1.8333 | 10/1/2013 8:17 | 10/1/2013 9:07 | FO | 31651 |
| 2919 | 10/1/2013 | Tuesday | CRJ | N875AS | PHX | HMO | 1.2166 | 10/1/2013 9:51 | 10/1/2013 11:04 | FO | 31651 |
| 2920 | 10/1/2013 | Tuesday | CRJ | N875AS | HMO | PHX | 1.2 | 10/1/2013 11:31 | 10/1/2013 12:43 | FO | 31651 |
| 2928 | 10/1/2013 | Tuesday | CRJ | N496CA | PHX | ELP | 1.2833 | 10/1/2013 15:08 | 10/1/2013 17:25 | FO | 31651 |
| 2911 | 10/2/2013 | Wednesday | CRJ | N496CA | ELP | PHX | 1.6666 | 10/2/2013 8:20 | 10/2/2013 9:00 | FO | 31651 |
| 2932 | 10/2/2013 | Wednesday | CRJ | N496CA | PHX | FLG | 0.8666 | 10/2/2013 10:23 | 10/2/2013 11:15 | FO | 31651 |
| 2915 | 10/2/2013 | Wednesday | CRJ | N496CA | FLG | PHX | 0.6 | 10/2/2013 11:54 | 10/2/2013 12:30 | FO | 31651 |
| 2915 | 10/2/2013 | Wednesday | CRJ | N496CA | PHX | SBP | 1.5666 | 10/2/2013 13:38 | 10/2/2013 15:12 | FO | 31651 |
| 2908 | 10/2/2013 | Wednesday | CRJ | N496CA | SBP | PHX | 1.5166 | 10/2/2013 15:59 | 10/2/2013 17:30 | FO | 31651 |
| 2909 | 10/2/2013 | Wednesday | CRJ | N496CA | PHX | PSP | 1.0833 | 10/2/2013 18:37 | 10/2/2013 19:42 | FO | 31651 |
| 2968 | 10/3/2013 | Thursday | CRJ | N496CA | PSP | PHX | 1.4 | 10/3/2013 6:48 | 10/3/2013 8:12 | FO | 31651 |
| 2974 | 10/3/2013 | Thursday | CRJ | N496CA | PHX | DRO | 1.3833 | 10/3/2013 8:43 | 10/3/2013 11:06 | FO | 31651 |
| 2951 | 10/3/2013 | Thursday | CRJ | N496CA | DRO | PHX | 1.3 | 10/3/2013 12:20 | 10/3/2013 12:38 | FO | 31651 |
| 2934 | 10/7/2013 | Monday | CRJ | N889AS | PHX | FLG | 1.2333 | 10/7/2013 13:27 | 10/7/2013 14:41 | FO | 31651 |
| 2961 | 10/7/2013 | Monday | CRJ | N889AS | FLG | PHX | 0.7833 | 10/7/2013 14:58 | 10/7/2013 15:45 | FO | 31651 |
| 2962 | 10/7/2013 | Monday | CRJ | N889AS | PHX | SBA | 1.5833 | 10/7/2013 16:48 | 10/7/2013 18:23 | FO | 31651 |
| 2910 | 10/7/2013 | Monday | CRJ | N889AS | SBA | PHX | 1.6333 | 10/7/2013 19:16 | 10/7/2013 20:54 | FO | 31651 |
| 2910 | 10/7/2013 | Monday | CRJ | N889AS | PHX | YUM | 0.9833 | 10/7/2013 21:37 | 10/7/2013 22:36 | FO | 31651 |
| 2969 | 10/8/2013 | Tuesday | CRJ | N821AS | YUM | PHX | 1.0666 | 10/8/2013 14:54 | 10/8/2013 15:58 | FO | 31651 |
| 2973 | 10/8/2013 | Tuesday | CRJ | N886AS | PHX | YUM | 1.0166 | 10/8/2013 16:34 | 10/8/2013 17:35 | FO | 31651 |
| 2957 | 10/8/2013 | Tuesday | CRJ | N886AS | YUM | PHX | 1.15 | 10/8/2013 17:55 | 10/8/2013 19:04 | FO | 31651 |
| 2957 | 10/8/2013 | Tuesday | CRJ | N886AS | PHX | PSP | 1.35 | 10/8/2013 19:50 | 10/8/2013 21:11 | FO | 31651 |
| 2907 | 10/9/2013 | Wednesday | CRJ | N886AS | PSP | PHX | 1.45 | 10/9/2013 7:42 | 10/9/2013 9:09 | FO | 31651 |
| 2919 | 10/9/2013 | Wednesday | CRJ | N886AS | PHX | HMO | 1.5333 | 10/9/2013 9:43 | 10/9/2013 11:15 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2920 | 10/9/2013 | Wednesday | CRJ | N886AS | HMO | PHX | 1.2666 | 10/9/2013 11:39 | 10/9/2013 12:55 | FO | 31651 |
| 2936 | 10/9/2013 | Wednesday | CRJ | N506CA | PHX | PHX | 1.3166 | 10/9/2013 15:03 | 10/9/2013 16:22 | FO | 31651 |
| 2934 | 10/14/2013 | Monday | CRJ | N889AS | PHX | FLG | 0.9166 | 10/14/2013 13:28 | 10/14/2013 14:23 | FO | 31651 |
| 2961 | 10/14/2013 | Monday | CRJ | N889AS | FLG | PHX | 0.7 | 10/14/2013 14:50 | 10/14/2013 15:32 | FO | 31651 |
| 2962 | 10/14/2013 | Monday | CRJ | N889AS | PHX | SBA | 1.6 | 10/14/2013 16:45 | 10/14/2013 18:21 | FO | 31651 |
| 2910 | 10/14/2013 | Monday | CRJ | N889AS | SBA | PHX | 1.8666 | 10/14/2013 19:11 | 10/14/2013 21:03 | FO | 31651 |
| 2910 | 10/14/2013 | Monday | CRJ | N889AS | PHX | YUM | 0.7 | 10/14/2013 21:34 | 10/14/2013 22:16 | FO | 31651 |
| 2969 | 10/15/2013 | Tuesday | CRJ | N496CA | YUM | PHX | 0.8833 | 10/15/2013 15:20 | 10/15/2013 16:13 | FO | 31651 |
| 2973 | 10/15/2013 | Tuesday | CRJ | N496CA | PHX | YUM | 1.15 | 10/15/2013 16:47 | 10/15/2013 17:56 | FO | 31651 |
| 2957 | 10/15/2013 | Tuesday | CRJ | N496CA | YUM | PHX | 0.9166 | 10/15/2013 18:13 | 10/15/2013 19:08 | FO | 31651 |
| 2957 | 10/15/2013 | Tuesday | CRJ | N496CA | PHX | PSP | 1.3333 | 10/15/2013 19:52 | 10/15/2013 21:12 | FO | 31651 |
| 2907 | 10/16/2013 | Wednesday | CRJ | N496CA | PSP | PHX | 1.3166 | 10/16/2013 7:40 | 10/16/2013 8:59 | FO | 31651 |
| 2954 | 10/16/2013 | Wednesday | CRJ | N496CA | PHX | YUM | 1.0333 | 10/16/2013 9:56 | 10/16/2013 10:58 | FO | 31651 |
| 2933 | 10/16/2013 | Wednesday | CRJ | N496CA | YUM | PHX | 0.7166 | 10/16/2013 11:46 | 10/16/2013 12:29 | FO | 31651 |
| 2936 | 10/16/2013 | Wednesday | CRJ | N886AS | PHX | FLG | 0.8 | 10/16/2013 15:03 | 10/16/2013 15:51 | FO | 31651 |
| 2909 | 10/16/2013 | Wednesday | CRJ | N886AS | FLG | PHX | 1.1166 | 10/16/2013 16:48 | 10/16/2013 17:55 | FO | 31651 |
| 2909 | 10/16/2013 | Wednesday | CRJ | N886AS | PHX | PSP | 1.0666 | 10/16/2013 18:35 | 10/16/2013 19:39 | FO | 31651 |
| 2968 | 10/17/2013 | Thursday | CRJ | N944SW | PSP | PHX | 1.15 | 10/17/2013 6:47 | 10/17/2013 7:56 | FO | 31651 |
| 2938 | 10/17/2013 | Thursday | CRJ | N944SW | PHX | GJT | 1.7 | 10/17/2013 8:37 | 10/17/2013 11:19 | FO | 31651 |
| 2949 | 10/17/2013 | Thursday | CRJ | N944SW | GJT | PHX | 1.4333 | 10/17/2013 12:04 | 10/17/2013 12:30 | FO | 31651 |
| 2934 | 10/21/2013 | Monday | CRJ | N821AS | PHX | FLG | 0.8666 | 10/21/2013 13:26 | 10/21/2013 14:18 | FO | 31651 |
| 2961 | 10/21/2013 | Monday | CRJ | N821AS | FLG | PHX | 0.6666 | 10/21/2013 14:50 | 10/21/2013 15:30 | FO | 31651 |
| 2962 | 10/21/2013 | Monday | CRJ | N821AS | PHX | SBA | 1.4166 | 10/21/2013 16:46 | 10/21/2013 18:11 | FO | 31651 |
| 2910 | 10/21/2013 | Monday | CRJ | N821AS | SBA | PHX | 1.5666 | 10/21/2013 19:14 | 10/21/2013 20:48 | FO | 31651 |
| 2910 | 10/21/2013 | Monday | CRJ | N821AS | PHX | YUM | 0.65 | 10/21/2013 21:31 | 10/21/2013 22:10 | FO | 31651 |
| 2969 | 10/22/2013 | Tuesday | CRJ | N875AS | YUM | PHX | 0.8 | 10/22/2013 15:08 | 10/22/2013 15:56 | FO | 31651 |
| 2973 | 10/22/2013 | Tuesday | CRJ | N875AS | PHX | YUM | 0.8833 | 10/22/2013 16:33 | 10/22/2013 17:26 | FO | 31651 |
| 2957 | 10/22/2013 | Tuesday | CRJ | N875AS | YUM | PHX | 1.05 | 10/22/2013 17:43 | 10/22/2013 18:46 | FO | 31651 |
| 2957 | 10/22/2013 | Tuesday | CRJ | N875AS | PHX | PSP | 1.15 | 10/22/2013 19:51 | 10/22/2013 21:00 | FO | 31651 |
| 2907 | 10/23/2013 | Wednesday | CRJ | N875AS | PSP | PHX | 1.5 | 10/23/2013 7:43 | 10/23/2013 9:13 | FO | 31651 |
| 2954 | 10/23/2013 | Wednesday | CRJ | N875AS | PHX | YUM | 1 | 10/23/2013 10:04 | 10/23/2013 11:04 | FO | 31651 |
| 2933 | 10/23/2013 | Wednesday | CRJ | N875AS | YUM | PHX | 0.8333 | 10/23/2013 11:42 | 10/23/2013 12:32 | FO | 31651 |
| 2936 | 10/23/2013 | Wednesday | CRJ | N496CA | PHX | FLG | 0.8166 | 10/23/2013 15:02 | 10/23/2013 15:51 | FO | 31651 |
| 2909 | 10/23/2013 | Wednesday | CRJ | N496CA | FLG | PHX | 0.7666 | 10/23/2013 16:44 | 10/23/2013 17:30 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2909 | 10/23/2013 | Wednesday | CRJ | N496CA | PHX | PSP | 1.2166 | 10/23/2013 18:36 | 10/23/2013 19:49 | FO | 31651 |
| 2968 | 10/24/2013 | Thursday | CRJ | N944SW | PSP | PHX | 1.05 | 10/24/2013 6:47 | 10/24/2013 7:50 | FO | 31651 |
| 2907 | 10/24/2013 | Thursday | CRJ | N944SW | PHX | MRY | 1.9666 | 10/24/2013 9:49 | 10/24/2013 11:47 | FO | 31651 |
| 2916 | 10/24/2013 | Thursday | CRJ | N944SW | MRY | PHX | 1.65 | 10/24/2013 12:16 | 10/24/2013 13:55 | FO | 31651 |
| 2929 | 10/27/2013 | Sunday | CRJ | N906SW | PHX | GDL | 2.9666 | 10/27/2013 18:44 | 10/27/2013 22:42 | FO | 31651 |
| 2928 | 10/28/2013 | Monday | CRJ | N907SW | GDL | PHX | 2.8333 | 10/28/2013 16:34 | 10/28/2013 18:24 | FO | 31651 |
| 2928 | 10/28/2013 | Monday | CRJ | N907SW | PHX | MRY | 1.9833 | 10/28/2013 19:55 | 10/28/2013 21:54 | FO | 31651 |
| 2916 | 10/29/2013 | Tuesday | CRJ | N875AS | MRY | PHX | 1.75 | 10/29/2013 12:09 | 10/29/2013 13:54 | FO | 31651 |
| 2936 | 10/29/2013 | Tuesday | CRJ | N875AS | PHX | FLG | 0.6833 | 10/29/2013 15:05 | 10/29/2013 15:46 | FO | 31651 |
| 2909 | 10/29/2013 | Tuesday | CRJ | N875AS | FLG | PHX | 0.9166 | 10/29/2013 16:42 | 10/29/2013 17:37 | FO | 31651 |
| 2912 | 10/29/2013 | Tuesday | CRJ | N875AS | PHX | GJT | 1.3833 | 10/29/2013 18:39 | 10/29/2013 21:02 | FO | 31651 |
| 2954 | 10/30/2013 | Wednesday | CRJ | N875AS | GJT | PHX | 1.8333 | 10/30/2013 8:11 | 10/30/2013 9:01 | FO | 31651 |
| 2932 | 10/30/2013 | Wednesday | CRJ | N468CA | PHX | FLG | 0.65 | 10/30/2013 10:27 | 10/30/2013 11:06 | FO | 31651 |
| 2915 | 10/30/2013 | Wednesday | CRJ | N468CA | FLG | PHX | 0.6333 | 10/30/2013 11:44 | 10/30/2013 12:22 | FO | 31651 |
| 2931 | 11/3/2013 | Sunday | CJ9 | N898SK | PHX | FAT | 1.8333 | 11/3/2013 14:41 | 11/3/2013 15:31 | FO | 31651 |
| 2914 | 11/3/2013 | Sunday | CJ9 | N898SK | FAT | PHX | 1.6 | 11/3/2013 16:13 | 11/3/2013 18:49 | FO | 31651 |
| 2914 | 11/3/2013 | Sunday | CJ9 | N898SK | PHX | ABQ | 1.2333 | 11/3/2013 19:37 | 11/3/2013 20:51 | FO | 31651 |
| 2937 | 11/4/2013 | Monday | CJ9 | N898SK | ABQ | PHX | 1.55 | 11/4/2013 8:50 | 11/4/2013 10:23 | FO | 31651 |
| 2937 | 11/4/2013 | Monday | CJ9 | N898SK | PHX | LGB | 1.4333 | 11/4/2013 11:15 | 11/4/2013 11:41 | FO | 31651 |
| 2935 | 11/4/2013 | Monday | CJ9 | N898SK | LGB | PHX | 1.3833 | 11/4/2013 14:32 | 11/4/2013 16:55 | FO | 31651 |
| 2914 | 11/4/2013 | Monday | CJ9 | N898SK | PHX | ABQ | 1.1833 | 11/4/2013 19:39 | 11/4/2013 20:50 | FO | 31651 |
| 2937 | 11/5/2013 | Tuesday | CJ9 | N898SK | ABQ | PHX | 1.7166 | 11/5/2013 8:31 | 11/5/2013 10:14 | FO | 31651 |
| 2937 | 11/5/2013 | Tuesday | CJ9 | N898SK | PHX | LGB | 1.4333 | 11/5/2013 11:09 | 11/5/2013 11:35 | FO | 31651 |
| 2935 | 11/5/2013 | Tuesday | CJ9 | N898SK | LGB | PHX | 1.3333 | 11/5/2013 12:34 | 11/5/2013 14:54 | FO | 31651 |
| 2960 | 11/5/2013 | Tuesday | CJ9 | N897SK | PHX | ABQ | 1.2166 | 11/5/2013 16:22 | 11/5/2013 17:35 | FO | 31651 |
| 2950 | 11/5/2013 | Tuesday | CJ9 | N897SK | ABQ | PHX | 1.4166 | 11/5/2013 18:37 | 11/5/2013 20:02 | FO | 31651 |
| 5655 | 11/6/2013 | Wednesday | CRJ | N928SW | SFO | BUR | 1.2333 | 11/6/2013 8:05 | 11/6/2013 9:19 | FO | 31651 |
| 5655 | 11/6/2013 | Wednesday | CRJ | N928SW | BUR | SFO | 1.2333 | 11/6/2013 9:40 | 11/6/2013 10:54 | FO | 31651 |
| 5601 | 11/6/2013 | Wednesday | CRJ | N903SW | SFO | PHX | 1.85 | 11/6/2013 13:39 | 11/6/2013 16:30 | FO | 31651 |
| 5601 | 11/6/2013 | Wednesday | CRJ | N903SW | PHX | SFO | 1.8666 | 11/6/2013 17:06 | 11/6/2013 17:58 | FO | 31651 |
| 2933 | 11/10/2013 | Sunday | CRJ | N886AS | PHX | SBA | 1.65 | 11/10/2013 15:05 | 11/10/2013 15:44 | FO | 31651 |
| 2929 | 11/10/2013 | Sunday | CRJ | N886AS | SBA | PHX | 1.4833 | 11/10/2013 16:26 | 11/10/2013 18:55 | FO | 31651 |
| 2929 | 11/10/2013 | Sunday | CRJ | N886AS | PHX | GDL | 2.8333 | 11/10/2013 19:45 | 11/10/2013 23:35 | FO | 31651 |
| 2928 | 11/11/2013 | Monday | CRJ | N875AS | GDL | PHX | 2.9666 | 11/11/2013 17:49 | 11/11/2013 19:47 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2971 | 11/11/2013 | Monday | CRJ | N875AS | PHX | BFL | 1.4666 | 11/11/2013 21:00 | 11/11/2013 21:28 | FO | 31651 |
| 2936 | 11/12/2013 | Tuesday | CRJ | N907SW | BFL | PHX | 1.5 | 11/12/2013 12:28 | 11/12/2013 14:58 | FO | 31651 |
| 2961 | 11/12/2013 | Tuesday | CRJ | N821AS | PHX | PSP | 1.0833 | 11/12/2013 17:30 | 11/12/2013 17:35 | FO | 31651 |
| 2971 | 11/12/2013 | Tuesday | CRJ | N821AS | PSP | PHX | 1.0666 | 11/12/2013 18:00 | 11/12/2013 20:04 | FO | 31651 |
| 2940 | 11/12/2013 | Tuesday | CRJ | N821AS | PHX | FLG | 0.75 | 11/12/2013 20:46 | 11/12/2013 21:31 | FO | 31651 |
| 2923 | 11/13/2013 | Wednesday | CRJ | N821AS | FLG | PHX | 0.7833 | 11/13/2013 7:54 | 11/13/2013 8:41 | FO | 31651 |
| 2965 | 11/13/2013 | Wednesday | CRJ | N821AS | PHX | YUM | 1.1166 | 11/13/2013 9:45 | 11/13/2013 10:52 | FO | 31651 |
| 2972 | 11/13/2013 | Wednesday | CRJ | N821AS | YUM | PHX | 0.75 | 11/13/2013 11:22 | 11/13/2013 12:07 | FO | 31651 |
| 2972 | 11/13/2013 | Wednesday | CRJ | N821AS | PHX | DRO | 1.5166 | 11/13/2013 13:21 | 11/13/2013 14:52 | FO | 31651 |
| 2973 | 11/13/2013 | Wednesday | CRJ | N821AS | DRO | PHX | 1.1666 | 11/13/2013 15:21 | 11/13/2013 16:31 | FO | 31651 |
| 2936 | 11/18/2013 | Monday | CRJ | N907SW | PHX | FLG | 0.7833 | 11/18/2013 16:04 | 11/18/2013 16:51 | FO | 31651 |
| 2909 | 11/18/2013 | Monday | CRJ | N907SW | FLG | PHX | 0.9833 | 11/18/2013 17:47 | 11/18/2013 18:46 | FO | 31651 |
| 2929 | 11/18/2013 | Monday | CRJ | N907SW | PHX | GDL | 2.7166 | 11/18/2013 19:54 | 11/18/2013 23:37 | FO | 31651 |
| 2928 | 11/19/2013 | Tuesday | CRJ | N468CA | GDL | PHX | 3 | 11/19/2013 17:38 | 11/19/2013 19:38 | FO | 31651 |
| 2957 | 11/19/2013 | Tuesday | CRJ | N907SW | PHX | PSP | 1 | 11/19/2013 20:47 | 11/19/2013 20:47 | FO | 31651 |
| 2907 | 11/20/2013 | Wednesday | CRJ | N907SW | PSP | PHX | 1.1 | 11/20/2013 7:37 | 11/20/2013 9:43 | FO | 31651 |
| 2954 | 11/20/2013 | Wednesday | CRJ | N907SW | PHX | YUM | 0.9333 | 11/20/2013 10:52 | 11/20/2013 11:48 | FO | 31651 |
| 2933 | 11/20/2013 | Wednesday | CRJ | N907SW | YUM | PHX | 1.2 | 11/20/2013 12:44 | 11/20/2013 13:56 | FO | 31651 |
| 2936 | 11/20/2013 | Wednesday | CRJ | N885AS | PHX | FLG | 0.7333 | 11/20/2013 16:03 | 11/20/2013 16:47 | FO | 31651 |
| 2909 | 11/20/2013 | Wednesday | CRJ | N885AS | FLG | PHX | 0.7166 | 11/20/2013 17:45 | 11/20/2013 18:28 | FO | 31651 |
| 2912 | 11/20/2013 | Wednesday | CRJ | N885AS | PHX | GJT | 1.3833 | 11/20/2013 19:36 | 11/20/2013 20:59 | FO | 31651 |
| 2954 | 11/21/2013 | Thursday | CRJ | N885AS | GJT | PHX | 1.8166 | 11/21/2013 8:18 | 11/21/2013 10:07 | FO | 31651 |
| 2919 | 11/21/2013 | Thursday | CRJ | N885AS | PHX | HMO | 1.25 | 11/21/2013 10:40 | 11/21/2013 11:55 | FO | 31651 |
| 2920 | 11/21/2013 | Thursday | CRJ | N885AS | HMO | PHX | 1.1 | 11/21/2013 12:29 | 11/21/2013 13:35 | FO | 31651 |
| 2966 | 11/24/2013 | Sunday | CJ9 | N896SK | PHX | ABQ | 1.4833 | 11/24/2013 9:47 | 11/24/2013 11:16 | FO | 31651 |
| 2931 | 11/24/2013 | Sunday | CJ9 | N896SK | ABQ | PHX | 1.5333 | 11/24/2013 12:17 | 11/24/2013 13:49 | FO | 31651 |
| 2931 | 11/24/2013 | Sunday | CJ9 | N896SK | PHX | FAT | 1.8333 | 11/24/2013 14:37 | 11/24/2013 15:27 | FO | 31651 |
| 2914 | 11/24/2013 | Sunday | CJ9 | N896SK | FAT | PHX | 1.8833 | 11/24/2013 16:16 | 11/24/2013 19:09 | FO | 31651 |
| 2956 | 11/24/2013 | Sunday | CJ9 | N896SK | PHX | ELP | 1.1166 | 11/24/2013 19:44 | 11/24/2013 20:51 | FO | 31651 |
| 2948 | 11/25/2013 | Monday | CJ9 | N899SK | ELP | PHX | 1.3166 | 11/25/2013 15:25 | 11/25/2013 16:44 | FO | 31651 |
| 2948 | 11/25/2013 | Monday | CJ9 | N899SK | PHX | FAT | 1.6333 | 11/25/2013 17:42 | 11/25/2013 18:20 | FO | 31651 |
| 2958 | 11/25/2013 | Monday | CJ9 | N899SK | FAT | PHX | 1.6166 | 11/25/2013 19:16 | 11/25/2013 21:53 | FO | 31651 |
| 2958 | 11/25/2013 | Monday | CJ9 | N899SK | PHX | ELP | 1.05 | 11/25/2013 22:36 | 11/25/2013 23:39 | FO | 31651 |
| 2948 | 11/26/2013 | Tuesday | CJ9 | N897SK | ELP | PHX | 1.4 | 11/26/2013 15:29 | 11/26/2013 16:53 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2948 | 11/26/2013 | Tuesday | CJ9 | N897SK | PHX | FAT | 1.7833 | 11/26/2013 17:49 | 11/26/2013 18:36 | FO | 31651 |
| 2958 | 11/26/2013 | Tuesday | CJ9 | N897SK | FAT | PHX | 1.8166 | 11/26/2013 19:11 | 11/26/2013 22:00 | FO | 31651 |
| 2942 | 11/27/2013 | Wednesday | CJ9 | N896SK | PHX | FAT | 1.6333 | 11/27/2013 10:42 | 11/27/2013 11:20 | FO | 31651 |
| 2943 | 11/27/2013 | Wednesday | CJ9 | N896SK | FAT | PHX | 1.5833 | 11/27/2013 11:44 | 11/27/2013 14:19 | FO | 31651 |
| 2943 | 11/27/2013 | Wednesday | CJ9 | N896SK | PHX | ELP | 1.3 | 11/27/2013 14:50 | 11/27/2013 16:08 | FO | 31651 |
| 2944 | 11/28/2013 | Thursday | CJ9 | N897SK | ELP | PHX | 1.8166 | 11/28/2013 8:29 | 11/28/2013 10:18 | FO | 31651 |
| 2944 | 11/28/2013 | Thursday | CJ9 | N899SK | PHX | FAT | 1.75 | 11/28/2013 10:57 | 11/28/2013 11:42 | FO | 31651 |
| 2960 | 11/28/2013 | Thursday | CJ9 | N899SK | FAT | PHX | 1.6 | 11/28/2013 12:20 | 11/28/2013 14:56 | FO | 31651 |
| 2934 | 12/1/2013 | Sunday | CRJ | N821AS | PHX | FLG | 0.8166 | 12/1/2013 14:31 | 12/1/2013 15:20 | FO | 31651 |
| 2961 | 12/1/2013 | Sunday | CRJ | N821AS | FLG | PHX | 0.85 | 12/1/2013 15:56 | 12/1/2013 16:47 | FO | 31651 |
| 2962 | 12/1/2013 | Sunday | CRJ | N821AS | PHX | SBA | 1.5 | 12/1/2013 17:52 | 12/1/2013 18:22 | FO | 31651 |
| 2910 | 12/1/2013 | Sunday | CRJ | N821AS | SBA | PHX | 1.6 | 12/1/2013 19:24 | 12/1/2013 22:00 | FO | 31651 |
| 2910 | 12/1/2013 | Sunday | CRJ | N821AS | PHX | YUM | 0.7166 | 12/1/2013 22:44 | 12/1/2013 23:27 | FO | 31651 |
| 2969 | 12/2/2013 | Monday | CRJ | N506CA | YUM | PHX | 0.9333 | 12/2/2013 16:02 | 12/2/2013 16:58 | FO | 31651 |
| 2962 | 12/2/2013 | Monday | CRJ | N506CA | PHX | SBA | 1.55 | 12/2/2013 17:51 | 12/2/2013 18:24 | FO | 31651 |
| 2910 | 12/2/2013 | Monday | CRJ | N506CA | SBA | PHX | 1.5333 | 12/2/2013 19:16 | 12/2/2013 21:48 | FO | 31651 |
| 2910 | 12/2/2013 | Monday | CRJ | N506CA | PHX | YUM | 0.9333 | 12/2/2013 22:48 | 12/2/2013 23:44 | FO | 31651 |
| 2969 | 12/3/2013 | Tuesday | CRJ | N875AS | YUM | PHX | 0.9166 | 12/3/2013 16:00 | 12/3/2013 16:55 | FO | 31651 |
| 2961 | 12/3/2013 | Tuesday | CRJ | N875AS | PHX | PSP | 1.2166 | 12/3/2013 17:46 | 12/3/2013 17:59 | FO | 31651 |
| 2907 | 12/4/2013 | Wednesday | CRJ | N821AS | PSP | PHX | 1.0666 | 12/4/2013 7:47 | 12/4/2013 9:51 | FO | 31651 |
| 2954 | 12/4/2013 | Wednesday | CRJ | N821AS | PHX | YUM | 0.9333 | 12/4/2013 10:58 | 12/4/2013 11:54 | FO | 31651 |
| 2933 | 12/4/2013 | Wednesday | CRJ | N821AS | YUM | PHX | 0.9333 | 12/4/2013 12:49 | 12/4/2013 13:45 | FO | 31651 |
| 2916 | 12/4/2013 | Wednesday | CRJ | N944SW | PHX | GJT | 1.35 | 12/4/2013 15:53 | 12/4/2013 17:14 | FO | 31651 |
| 2940 | 12/4/2013 | Wednesday | CRJ | N944SW | GJT | PHX | 1.8666 | 12/4/2013 18:11 | 12/4/2013 20:03 | FO | 31651 |
| 2938 | 12/9/2013 | Monday | CRJ | N885AS | PHX | GJT | 1.4166 | 12/9/2013 9:41 | 12/9/2013 11:06 | FO | 31651 |
| 2949 | 12/9/2013 | Monday | CRJ | N885AS | GJT | PHX | 1.45 | 12/9/2013 12:07 | 12/9/2013 13:34 | FO | 31651 |
| 2949 | 12/9/2013 | Monday | CRJ | N885AS | PHX | PSP | 0.9833 | 12/9/2013 14:29 | 12/9/2013 14:28 | FO | 31651 |
| 2962 | 12/9/2013 | Monday | CRJ | N885AS | PSP | PHX | 1.0666 | 12/9/2013 14:56 | 12/9/2013 17:00 | FO | 31651 |
| 2973 | 12/9/2013 | Monday | CRJ | N885AS | PHX | YUM | 0.7166 | 12/9/2013 17:40 | 12/9/2013 18:23 | FO | 31651 |
| 2969 | 12/10/2013 | Tuesday | CRJ | N821AS | YUM | PHX | 0.75 | 12/10/2013 16:05 | 12/10/2013 16:50 | FO | 31651 |
| 2902 | 12/10/2013 | Tuesday | CRJ | N875AS | PHX | SLC | 1.5 | 12/10/2013 19:50 | 12/10/2013 21:20 | FO | 31651 |
| 2901 | 12/11/2013 | Wednesday | CRJ | N875AS | SLC | PHX | 1.7333 | 12/11/2013 8:15 | 12/11/2013 9:59 | FO | 31651 |
| 2932 | 12/11/2013 | Wednesday | CRJ | N875AS | PHX | FLG | 0.75 | 12/11/2013 11:29 | 12/11/2013 12:14 | FO | 31651 |
| 2915 | 12/11/2013 | Wednesday | CRJ | N875AS | FLG | PHX | 0.7333 | 12/11/2013 12:48 | 12/11/2013 13:32 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2936 | 12/11/2013 | Wednesday | CRJ | N496CA | PHX | FLG | 0.65 | 12/11/2013 16:04 | 12/11/2013 16:43 | FO | 31651 |
| 2909 | 12/11/2013 | Wednesday | CRJ | N496CA | FLG | PHX | 0.9 | 12/11/2013 17:49 | 12/11/2013 18:43 | FO | 31651 |
| 2909 | 12/11/2013 | Wednesday | CRJ | N496CA | PHX | PSP | 1.1333 | 12/11/2013 19:50 | 12/11/2013 19:58 | FO | 31651 |
| 2968 | 12/12/2013 | Thursday | CRJ | N496CA | PSP | PHX | 1.1333 | 12/12/2013 6:49 | 12/12/2013 8:57 | FO | 31651 |
| 2965 | 12/12/2013 | Thursday | CRJ | N496CA | PHX | YUM | 0.8166 | 12/12/2013 9:40 | 12/12/2013 10:29 | FO | 31651 |
| 2972 | 12/12/2013 | Thursday | CRJ | N496CA | YUM | PHX | 0.9166 | 12/12/2013 11:22 | 12/12/2013 12:17 | FO | 31651 |
| 2919 | 12/16/2013 | Monday | CRJ | N886AS | PHX | HMO | 1.2166 | 12/16/2013 11:10 | 12/16/2013 12:23 | FO | 31651 |
| 2920 | 12/16/2013 | Monday | CRJ | N886AS | HMO | PHX | 1.1333 | 12/16/2013 12:45 | 12/16/2013 13:53 | FO | 31651 |
| 2933 | 12/16/2013 | Monday | CRJ | N886AS | PHX | SBA | 1.4333 | 12/16/2013 14:45 | 12/16/2013 15:11 | FO | 31651 |
| 2929 | 12/16/2013 | Monday | CRJ | N886AS | SBA | PHX | 1.5166 | 12/16/2013 16:10 | 12/16/2013 18:41 | FO | 31651 |
| 2909 | 12/16/2013 | Monday | CRJ | N468CA | PHX | PSP | 0.95 | 12/16/2013 19:38 | 12/16/2013 19:35 | FO | 31651 |
| 2907 | 12/17/2013 | Tuesday | CRJ | N468CA | PSP | PHX | 1.3833 | 12/17/2013 7:40 | 12/17/2013 10:03 | FO | 31651 |
| 2932 | 12/17/2013 | Tuesday | CRJ | N468CA | PHX | FLG | 0.8166 | 12/17/2013 11:24 | 12/17/2013 12:13 | FO | 31651 |
| 2915 | 12/17/2013 | Tuesday | CRJ | N468CA | FLG | PHX | 0.7 | 12/17/2013 12:47 | 12/17/2013 13:29 | FO | 31651 |
| 2934 | 12/17/2013 | Tuesday | CRJ | N889AS | PHX | FLG | 1.2666 | 12/17/2013 14:28 | 12/17/2013 15:44 | FO | 31651 |
| 2961 | 12/17/2013 | Tuesday | CRJ | N889AS | FLG | PHX | 0.8666 | 12/17/2013 16:01 | 12/17/2013 16:53 | FO | 31651 |
| 2961 | 12/17/2013 | Tuesday | CRJ | N889AS | PHX | PSP | 1.0666 | 12/17/2013 17:44 | 12/17/2013 17:48 | FO | 31651 |
| 2968 | 12/18/2013 | Wednesday | CRJ | N506CA | PSP | PHX | 1.0166 | 12/18/2013 6:50 | 12/18/2013 8:51 | FO | 31651 |
| 2965 | 12/18/2013 | Wednesday | CRJ | N506CA | PHX | YUM | 0.9 | 12/18/2013 9:38 | 12/18/2013 10:32 | FO | 31651 |
| 2972 | 12/18/2013 | Wednesday | CRJ | N506CA | YUM | PHX | 0.7 | 12/18/2013 11:26 | 12/18/2013 12:08 | FO | 31651 |
| 2951 | 12/18/2013 | Wednesday | CRJ | N506CA | PHX | MRY | 1.8833 | 12/18/2013 14:32 | 12/18/2013 15:25 | FO | 31651 |
| 2965 | 12/19/2013 | Thursday | CRJ | N506CA | MRY | PHX | 1.7833 | 12/19/2013 6:10 | 12/19/2013 8:57 | FO | 31651 |
| 2923 | 12/19/2013 | Thursday | CRJ | N506CA | PHX | PSP | 1.2166 | 12/19/2013 9:32 | 12/19/2013 9:45 | FO | 31651 |
| 2952 | 12/19/2013 | Thursday | CRJ | N506CA | PSP | PHX | 0.95 | 12/19/2013 10:16 | 12/19/2013 12:13 | FO | 31651 |
| 2912 | 12/25/2013 | Wednesday | CRJ | N506CA | PHX | GJT | 1.45 | 12/25/2013 19:40 | 12/25/2013 21:07 | FO | 31651 |
| 2970 | 12/26/2013 | Thursday | CRJ | N885AS | GJT | PHX | 1.45 | 12/26/2013 15:28 | 12/26/2013 16:55 | FO | 31651 |
| 2962 | 12/26/2013 | Thursday | CRJ | N944SW | PHX | SBA | 1.4833 | 12/26/2013 18:13 | 12/26/2013 18:42 | FO | 31651 |
| 2910 | 12/26/2013 | Thursday | CRJ | N944SW | SBA | PHX | 1.6666 | 12/26/2013 19:24 | 12/26/2013 22:04 | FO | 31651 |
| 6413 | 1/5/2014 | Sunday | CRJ | N909SW | DEN | DEN | 1.3166 | 1/5/2014 22:58 | 1/6/2014 0:17 | FO | 31651 |
| 6413 | 1/5/2014 | Sunday | CRJ | N909SW | DEN | FAR | 1.85 | 1/6/2014 0:53 | 1/6/2014 3:44 | FO | 31651 |
| 2901 | 1/7/2014 | Tuesday | CRJ | N821AS | SLC | PHX | 1.6166 | 1/7/2014 9:12 | 1/7/2014 10:49 | FO | 31651 |
| 2907 | 1/7/2014 | Tuesday | CRJ | N889AS | PHX | MRY | 1.8833 | 1/7/2014 12:28 | 1/7/2014 13:21 | FO | 31651 |
| 2965 | 1/8/2014 | Wednesday | CRJ | N907SW | MRY | PHX | 1.7166 | 1/8/2014 6:09 | 1/8/2014 8:52 | FO | 31651 |
| 2911 | 1/8/2014 | Wednesday | CRJ | N907SW | PHX | BFL | 1.5166 | 1/8/2014 10:54 | 1/8/2014 11:25 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2936 | 1/8/2014 | Wednesday | CRJ | N907SW | BFL | PHX | 1.5333 | 1/8/2014 12:22 | 1/8/2014 14:54 | FO | 31651 |
| 2919 | 1/13/2014 | Monday | CRJ | N496CA | PHX | HMO | 1.1333 | 1/13/2014 10:43 | 1/13/2014 11:51 | FO | 31651 |
| 2920 | 1/13/2014 | Monday | CRJ | N496CA | HMO | PHX | 1.2333 | 1/13/2014 12:23 | 1/13/2014 13:37 | FO | 31651 |
| 2915 | 1/13/2014 | Monday | CRJ | N496CA | PHX | SBP | 1.65 | 1/13/2014 14:45 | 1/13/2014 15:24 | FO | 31651 |
| 2908 | 1/13/2014 | Monday | CRJ | N496CA | SBP | PHX | 1.8333 | 1/13/2014 15:56 | 1/13/2014 18:46 | FO | 31651 |
| 2902 | 1/13/2014 | Monday | CRJ | N496CA | PHX | SLC | 1.7833 | 1/13/2014 19:33 | 1/13/2014 21:20 | FO | 31651 |
| 2901 | 1/15/2014 | Wednesday | CRJ | N889AS | SLC | PHX | 2.05 | 1/15/2014 8:09 | 1/15/2014 10:12 | FO | 31651 |
| 2907 | 1/15/2014 | Wednesday | CRJ | N886AS | PHX | MRY | 2.0666 | 1/15/2014 10:50 | 1/15/2014 11:54 | FO | 31651 |
| 2965 | 1/16/2014 | Thursday | CRJ | N496CA | MRY | PHX | 2.0833 | 1/16/2014 6:06 | 1/16/2014 9:11 | FO | 31651 |
| 2974 | 1/16/2014 | Thursday | CRJ | N496CA | PHX | DRO | 1.5833 | 1/16/2014 9:47 | 1/16/2014 11:22 | FO | 31651 |
| 2951 | 1/16/2014 | Thursday | CRJ | N496CA | DRO | PHX | 1.35 | 1/16/2014 12:21 | 1/16/2014 13:42 | FO | 31651 |
| 5197 | 1/19/2014 | Sunday | CR6 | N745SK | IAH | TUS | 2.7166 | 1/19/2014 18:08 | 1/19/2014 19:51 | FO | 31651 |
| 6369 | 1/20/2014 | Monday | CR6 | N745SK | TUS | SFO | 3.05 | 1/20/2014 8:41 | 1/20/2014 10:44 | FO | 31651 |
| 6240 | 1/20/2014 | Monday | CR6 | N745SK | SFO | OKC | 3 | 1/20/2014 11:10 | 1/20/2014 16:10 | FO | 31651 |
| 6241 | 1/21/2014 | Tuesday | CR6 | N767SK | OKC | SFO | 3.65 | 1/21/2014 7:52 | 1/21/2014 9:31 | FO | 31651 |
| 6502 | 1/21/2014 | Tuesday | CR6 | N767SK | SFO | SAT | 3.1166 | 1/21/2014 10:38 | 1/21/2014 15:45 | FO | 31651 |
| 6306 | 1/21/2014 | Tuesday | CR6 | N767SK | SAT | IAH | 0.9666 | 1/21/2014 16:30 | 1/21/2014 17:28 | FO | 31651 |
| 2943 | 1/22/2014 | Wednesday | CJ9 | N896SK | PHX | ELP | 1.35 | 1/22/2014 13:23 | 1/22/2014 14:44 | FO | 31651 |
| 2948 | 1/22/2014 | Wednesday | CJ9 | N896SK | ELP | PHX | 1.5 | 1/22/2014 15:19 | 1/22/2014 16:49 | FO | 31651 |
| 2956 | 1/22/2014 | Wednesday | CJ9 | N897SK | PHX | ELP | 1.1166 | 1/22/2014 19:37 | 1/22/2014 20:44 | FO | 31651 |
| 2944 | 1/23/2014 | Thursday | CJ9 | N896SK | ELP | PHX | 1.75 | 1/23/2014 8:22 | 1/23/2014 10:07 | FO | 31651 |
| 2944 | 1/23/2014 | Thursday | CJ9 | N896SK | PHX | FAT | 1.7833 | 1/23/2014 10:53 | 1/23/2014 11:40 | FO | 31651 |
| 2960 | 1/23/2014 | Thursday | CJ9 | N896SK | FAT | PHX | 1.6666 | 1/23/2014 12:20 | 1/23/2014 15:00 | FO | 31651 |
| 2919 | 1/27/2014 | Monday | CRJ | N885AS | PHX | HMO | 1.1666 | 1/27/2014 11:04 | 1/27/2014 12:14 | FO | 31651 |
| 2920 | 1/27/2014 | Monday | CRJ | N885AS | HMO | PHX | 1.25 | 1/27/2014 12:41 | 1/27/2014 13:56 | FO | 31651 |
| 2915 | 1/27/2014 | Monday | CRJ | N885AS | PHX | SBP | 1.6333 | 1/27/2014 14:46 | 1/27/2014 15:24 | FO | 31651 |
| 2908 | 1/27/2014 | Monday | CRJ | N885AS | SBP | PHX | 1.8 | 1/27/2014 16:03 | 1/27/2014 18:51 | FO | 31651 |
| 2902 | 1/27/2014 | Monday | CRJ | N885AS | PHX | SLC | 1.9 | 1/27/2014 19:40 | 1/27/2014 21:34 | FO | 31651 |
| 2901 | 1/29/2014 | Wednesday | CRJ | N496CA | SLC | PHX | 1.6333 | 1/29/2014 8:15 | 1/29/2014 9:53 | FO | 31651 |
| 2932 | 1/29/2014 | Wednesday | CRJ | N496CA | PHX | FLG | 0.8166 | 1/29/2014 11:23 | 1/29/2014 12:12 | FO | 31651 |
| 2923 | 1/30/2014 | Thursday | CRJ | N885AS | FLG | PHX | 0.8333 | 1/30/2014 7:57 | 1/30/2014 8:47 | FO | 31651 |
| 2965 | 1/30/2014 | Thursday | CRJ | N885AS | PHX | YUM | 1.2166 | 1/30/2014 9:38 | 1/30/2014 10:51 | FO | 31651 |
| 2972 | 1/30/2014 | Thursday | CRJ | N885AS | YUM | PHX | 0.7 | 1/30/2014 11:28 | 1/30/2014 12:10 | FO | 31651 |
| 2972 | 1/30/2014 | Thursday | CRJ | N885AS | PHX | DRO | 1.2 | 1/30/2014 13:13 | 1/30/2014 14:25 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2973 | 1/30/2014 | Thursday | CRJ | N885AS | DRO | PHX | 1.3166 | 1/30/2014 15:14 | 1/30/2014 16:33 | FO | 31651 |
| 2919 | 2/2/2014 | Sunday | CRJ | N906SW | PHX | HMO | 1.1666 | 2/2/2014 10:40 | 2/2/2014 11:50 | FO | 31651 |
| 2920 | 2/2/2014 | Sunday | CRJ | N906SW | HMO | PHX | 1.45 | 2/2/2014 12:27 | 2/2/2014 13:54 | FO | 31651 |
| 2915 | 2/2/2014 | Sunday | CRJ | N906SW | PHX | SBP | 1.9333 | 2/2/2014 14:47 | 2/2/2014 15:43 | FO | 31651 |
| 2908 | 2/2/2014 | Sunday | CRJ | N906SW | SBP | PHX | 1.8666 | 2/2/2014 16:06 | 2/2/2014 18:58 | FO | 31651 |
| 2902 | 2/2/2014 | Sunday | CRJ | N875AS | PHX | SLC | 1.7333 | 2/2/2014 19:44 | 2/2/2014 21:28 | FO | 31651 |
| 2901 | 2/4/2014 | Tuesday | CRJ | N468CA | SLC | PHX | 1.9333 | 2/4/2014 8:17 | 2/4/2014 10:13 | FO | 31651 |
| 2932 | 2/4/2014 | Tuesday | CRJ | N468CA | PHX | FLG | 0.8666 | 2/4/2014 11:25 | 2/4/2014 12:17 | FO | 31651 |
| 2923 | 2/5/2014 | Wednesday | CRJ | N944SW | FLG | PHX | 1.0833 | 2/5/2014 7:57 | 2/5/2014 9:02 | FO | 31651 |
| 2954 | 2/5/2014 | Wednesday | CRJ | N944SW | PHX | YUM | 1.05 | 2/5/2014 10:57 | 2/5/2014 12:00 | FO | 31651 |
| 2934 | 2/5/2014 | Wednesday | CRJ | N944SW | YUM | PHX | 1 | 2/5/2014 12:45 | 2/5/2014 13:45 | FO | 31651 |
| 2934 | 2/5/2014 | Wednesday | CRJ | N944SW | PHX | FLG | 0.8 | 2/5/2014 14:30 | 2/5/2014 15:18 | FO | 31651 |
| 2961 | 2/5/2014 | Wednesday | CRJ | N944SW | FLG | PHX | 0.6833 | 2/5/2014 16:00 | 2/5/2014 16:41 | FO | 31651 |
| 2934 | 2/10/2014 | Monday | CRJ | N944SW | PHX | FLG | 0.75 | 2/10/2014 14:34 | 2/10/2014 15:19 | FO | 31651 |
| 2961 | 2/10/2014 | Monday | CRJ | N944SW | FLG | PHX | 0.7 | 2/10/2014 16:00 | 2/10/2014 16:42 | FO | 31651 |
| 2961 | 2/10/2014 | Monday | CRJ | N944SW | PHX | PSP | 1.1166 | 2/10/2014 17:32 | 2/10/2014 17:39 | FO | 31651 |
| 2971 | 2/10/2014 | Monday | CRJ | N944SW | PSP | PHX | 1.1166 | 2/10/2014 18:21 | 2/10/2014 20:28 | FO | 31651 |
| 2928 | 2/10/2014 | Monday | CRJ | N944SW | PHX | FAT | 2.8666 | 2/10/2014 21:17 | 2/10/2014 23:09 | FO | 31651 |
| 2928 | 2/10/2014 | Monday | CRJ | N944SW | FAT | FAT | 0.5833 | 2/11/2014 0:05 | 2/11/2014 0:40 | FO | 31651 |
| 9458 | 2/11/2014 | Tuesday | CRJ | N944SW | FAT | PHX | 1.7166 | 2/11/2014 12:20 | 2/11/2014 15:03 | FO | 31651 |
| 2928 | 2/11/2014 | Tuesday | CRJ | N944SW | PHX | TUS | 0.7 | 2/11/2014 16:11 | 2/11/2014 16:53 | FO | 31651 |
| 2909 | 2/11/2014 | Tuesday | CRJ | N944SW | TUS | PHX | 0.85 | 2/11/2014 17:53 | 2/11/2014 18:44 | FO | 31651 |
| 2902 | 2/11/2014 | Tuesday | CRJ | N944SW | PHX | SLC | 1.7333 | 2/11/2014 19:35 | 2/11/2014 21:19 | FO | 31651 |
| 2901 | 2/13/2014 | Thursday | CRJ | N468CA | SLC | PHX | 1.4833 | 2/13/2014 8:14 | 2/13/2014 9:43 | FO | 31651 |
| 2954 | 2/13/2014 | Thursday | CRJ | N906SW | PHX | YUM | 1.05 | 2/13/2014 10:54 | 2/13/2014 11:57 | FO | 31651 |
| 2934 | 2/13/2014 | Thursday | CRJ | N906SW | YUM | PHX | 0.75 | 2/13/2014 12:56 | 2/13/2014 13:41 | FO | 31651 |
| 2934 | 2/13/2014 | Thursday | CRJ | N906SW | PHX | FLG | 0.9666 | 2/13/2014 14:43 | 2/13/2014 15:41 | FO | 31651 |
| 2961 | 2/13/2014 | Thursday | CRJ | N906SW | FLG | PHX | 0.6666 | 2/13/2014 16:00 | 2/13/2014 16:40 | FO | 31651 |
| 2922 | 2/17/2014 | Monday | CRJ | N906SW | PHX | ELP | 1.2 | 2/17/2014 17:09 | 2/17/2014 18:21 | FO | 31651 |
| 2928 | 2/17/2014 | Monday | CRJ | N906SW | ELP | PHX | 1.4666 | 2/17/2014 18:43 | 2/17/2014 20:11 | FO | 31651 |
| 2928 | 2/17/2014 | Monday | CRJ | N906SW | PHX | MRY | 1.8666 | 2/17/2014 20:56 | 2/17/2014 21:48 | FO | 31651 |
| 2914 | 2/18/2014 | Tuesday | CRJ | N821AS | MRY | PHX | 1.5833 | 2/18/2014 19:31 | 2/18/2014 22:06 | FO | 31651 |
| 2902 | 2/18/2014 | Tuesday | CRJ | N821AS | PHX | SLC | 1.4666 | 2/18/2014 22:35 | 2/19/2014 0:03 | FO | 31651 |
| 2901 | 2/20/2014 | Thursday | CRJ | N496CA | SLC | PHX | 1.4666 | 2/20/2014 8:13 | 2/20/2014 9:41 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2919 | 2/20/2014 | Thursday | CRJ | N496CA | PHX | HMO | 1.1166 | 2/20/2014 10:40 | 2/20/2014 11:47 | FO | 31651 |
| 2920 | 2/20/2014 | Thursday | CRJ | N496CA | HMO | PHX | 1.25 | 2/20/2014 12:25 | 2/20/2014 13:40 | FO | 31651 |
| 2915 | 2/20/2014 | Thursday | CRJ | N885AS | PHX | SBP | 1.8333 | 2/20/2014 14:43 | 2/20/2014 15:33 | FO | 31651 |
| 2908 | 2/20/2014 | Thursday | CRJ | N885AS | SBP | PHX | 1.6 | 2/20/2014 16:04 | 2/20/2014 18:40 | FO | 31651 |
| 2916 | 2/24/2014 | Monday | CRJ | N889AS | PHX | GJT | 1.4666 | 2/24/2014 15:53 | 2/24/2014 17:21 | FO | 31651 |
| 2940 | 2/24/2014 | Monday | CRJ | N889AS | GJT | PHX | 1.5666 | 2/24/2014 18:14 | 2/24/2014 19:48 | FO | 31651 |
| 2928 | 2/24/2014 | Monday | CRJ | N889AS | PHX | MRY | 1.8 | 2/24/2014 20:52 | 2/24/2014 21:40 | FO | 31651 |
| 9455 | 2/25/2014 | Tuesday | CRJ | N885AS | MRY | PSP | 1.5833 | 2/25/2014 19:05 | 2/25/2014 20:40 | FO | 31651 |
| 2901 | 2/27/2014 | Thursday | CRJ | N886AS | SLC | PHX | 1.7333 | 2/27/2014 8:17 | 2/27/2014 10:01 | FO | 31651 |
| 2907 | 2/27/2014 | Thursday | CRJ | N886AS | PHX | MRY | 2.3166 | 2/27/2014 10:48 | 2/27/2014 12:07 | FO | 31651 |
| 2916 | 2/27/2014 | Thursday | CRJ | N886AS | MRY | PHX | 1.75 | 2/27/2014 12:33 | 2/27/2014 15:18 | FO | 31651 |
| 2919 | 3/9/2014 | Sunday | CRJ | N496CA | PHX | HMO | 1.2666 | 3/9/2014 9:45 | 3/9/2014 11:01 | FO | 31651 |
| 2920 | 3/9/2014 | Sunday | CRJ | N496CA | HMO | PHX | 1.4 | 3/9/2014 11:31 | 3/9/2014 12:55 | FO | 31651 |
| 2915 | 3/9/2014 | Sunday | CRJ | N496CA | PHX | SBP | 1.7 | 3/9/2014 13:54 | 3/9/2014 15:36 | FO | 31651 |
| 2908 | 3/9/2014 | Sunday | CRJ | N496CA | SBP | PHX | 1.6833 | 3/9/2014 16:28 | 3/9/2014 18:09 | FO | 31651 |
| 2902 | 3/9/2014 | Sunday | CRJ | N496CA | PHX | SLC | 1.7666 | 3/9/2014 18:43 | 3/9/2014 21:29 | FO | 31651 |
| 2901 | 3/11/2014 | Tuesday | CRJ | N821AS | SLC | PHX | 2.2166 | 3/11/2014 8:15 | 3/11/2014 9:28 | FO | 31651 |
| 2954 | 3/11/2014 | Tuesday | CRJ | N821AS | PHX | YUM | 0.9333 | 3/11/2014 10:04 | 3/11/2014 11:00 | FO | 31651 |
| 2934 | 3/11/2014 | Tuesday | CRJ | N821AS | YUM | PHX | 1.05 | 3/11/2014 11:47 | 3/11/2014 12:50 | FO | 31651 |
| 2934 | 3/11/2014 | Tuesday | CRJ | N821AS | PHX | FLG | 0.65 | 3/11/2014 13:30 | 3/11/2014 14:09 | FO | 31651 |
| 2923 | 3/12/2014 | Wednesday | CRJ | N886AS | FLG | PHX | 1.1 | 3/12/2014 6:58 | 3/12/2014 8:04 | FO | 31651 |
| 2938 | 3/12/2014 | Wednesday | CRJ | N886AS | PHX | PHX | 0.9666 | 3/12/2014 8:59 | 3/12/2014 9:57 | FO | 31651 |
| 2938 | 3/12/2014 | Wednesday | CRJ | N886AS | PHX | GJT | 1.5 | 3/12/2014 10:34 | 3/12/2014 13:04 | FO | 31651 |
| 2949 | 3/12/2014 | Wednesday | CRJ | N886AS | GJT | PHX | 1.5166 | 3/12/2014 13:24 | 3/12/2014 13:55 | FO | 31651 |
| 2907 | 3/16/2014 | Sunday | CRJ | N875AS | PHX | MRY | 1.8666 | 3/16/2014 9:52 | 3/16/2014 11:44 | FO | 31651 |
| 2916 | 3/16/2014 | Sunday | CRJ | N875AS | MRY | PHX | 1.8333 | 3/16/2014 12:15 | 3/16/2014 14:05 | FO | 31651 |
| 2936 | 3/16/2014 | Sunday | CRJ | N875AS | PHX | FLG | 0.7 | 3/16/2014 15:05 | 3/16/2014 15:47 | FO | 31651 |
| 2909 | 3/16/2014 | Sunday | CRJ | N875AS | FLG | PHX | 0.6833 | 3/16/2014 16:50 | 3/16/2014 17:31 | FO | 31651 |
| 2912 | 3/16/2014 | Sunday | CRJ | N496CA | PHX | GJT | 1.5 | 3/16/2014 18:40 | 3/16/2014 21:10 | FO | 31651 |
| 2954 | 3/17/2014 | Monday | CRJ | N496CA | GJT | PHX | 1.55 | 3/17/2014 8:15 | 3/17/2014 8:48 | FO | 31651 |
| 2954 | 3/17/2014 | Monday | CRJ | N821AS | PHX | YUM | 1.05 | 3/17/2014 9:55 | 3/17/2014 10:58 | FO | 31651 |
| 2934 | 3/17/2014 | Monday | CRJ | N821AS | YUM | PHX | 0.8666 | 3/17/2014 11:46 | 3/17/2014 12:38 | FO | 31651 |
| 2934 | 3/17/2014 | Monday | CRJ | N821AS | PHX | FLG | 0.7 | 3/17/2014 13:32 | 3/17/2014 14:14 | FO | 31651 |
| 2923 | 3/18/2014 | Tuesday | CRJ | N906SW | FLG | PHX | 0.6666 | 3/18/2014 6:52 | 3/18/2014 7:32 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2938 | 3/18/2014 | Tuesday | CRJ | N906SW | PHX | GJT | 1.5166 | 3/18/2014 8:44 | 3/18/2014 11:15 | FO | 31651 |
| 2949 | 3/18/2014 | Tuesday | CRJ | N906SW | GJT | PHX | 1.7 | 3/18/2014 12:11 | 3/18/2014 12:53 | FO | 31651 |
| 2949 | 3/18/2014 | Tuesday | CRJ | N906SW | PHX | PSP | 1.1333 | 3/18/2014 13:31 | 3/18/2014 14:39 | FO | 31651 |
| 2930 | 3/19/2014 | Wednesday | CRJ | N468CA | PSP | PHX | 1.1166 | 3/19/2014 6:50 | 3/19/2014 7:57 | FO | 31651 |
| 2974 | 3/19/2014 | Wednesday | CRJ | N468CA | PHX | DRO | 1.4166 | 3/19/2014 8:47 | 3/19/2014 11:12 | FO | 31651 |
| 2951 | 3/19/2014 | Wednesday | CRJ | N468CA | DRO | PHX | 1.2 | 3/19/2014 12:27 | 3/19/2014 12:39 | FO | 31651 |
| 2919 | 3/23/2014 | Sunday | CRJ | N906SW | PHX | HMO | 1.2666 | 3/23/2014 9:44 | 3/23/2014 11:00 | FO | 31651 |
| 2920 | 3/23/2014 | Sunday | CRJ | N906SW | HMO | PHX | 1.2 | 3/23/2014 11:33 | 3/23/2014 12:45 | FO | 31651 |
| 2915 | 3/23/2014 | Sunday | CRJ | N906SW | PHX | SBP | 1.7166 | 3/23/2014 13:53 | 3/23/2014 15:36 | FO | 31651 |
| 2908 | 3/23/2014 | Sunday | CRJ | N906SW | SBP | PHX | 1.55 | 3/23/2014 16:08 | 3/23/2014 17:41 | FO | 31651 |
| 2902 | 3/23/2014 | Sunday | CRJ | N906SW | PHX | SLC | 1.65 | 3/23/2014 18:39 | 3/23/2014 21:18 | FO | 31651 |
| 2901 | 3/25/2014 | Tuesday | CRJ | N496CA | SLC | PHX | 2.0166 | 3/25/2014 8:10 | 3/25/2014 9:11 | FO | 31651 |
| 2954 | 3/25/2014 | Tuesday | CRJ | N496CA | PHX | YUM | 1.0666 | 3/25/2014 9:56 | 3/25/2014 11:00 | FO | 31651 |
| 2934 | 3/25/2014 | Tuesday | CRJ | N496CA | YUM | PHX | 0.9166 | 3/25/2014 11:46 | 3/25/2014 12:41 | FO | 31651 |
| 2934 | 3/25/2014 | Tuesday | CRJ | N496CA | PHX | FLG | 0.7166 | 3/25/2014 13:30 | 3/25/2014 14:13 | FO | 31651 |
| 2923 | 3/26/2014 | Wednesday | CRJ | N885AS | FLG | PHX | 0.8 | 3/26/2014 6:55 | 3/26/2014 7:43 | FO | 31651 |
| 2938 | 3/26/2014 | Wednesday | CRJ | N885AS | PHX | GJT | 1.4833 | 3/26/2014 8:45 | 3/26/2014 11:14 | FO | 31651 |
| 2949 | 3/26/2014 | Wednesday | CRJ | N885AS | GJT | PHX | 1.7333 | 3/26/2014 12:07 | 3/26/2014 12:51 | FO | 31651 |
| 4733 | 3/27/2014 | Thursday | CR9 | N810SK | LAX | SEA | 2.7166 | 3/27/2014 6:45 | 3/27/2014 9:28 | FO | 31651 |
| 4549 | 3/27/2014 | Thursday | CR9 | N810SK | SEA | LAX | 2.55 | 3/27/2014 10:16 | 3/27/2014 12:49 | FO | 31651 |
| 2919 | 3/30/2014 | Sunday | CRJ | N875AS | PHX | HMO | 1.25 | 3/30/2014 9:44 | 3/30/2014 10:59 | FO | 31651 |
| 2920 | 3/30/2014 | Sunday | CRJ | N875AS | HMO | PHX | 1.3 | 3/30/2014 11:33 | 3/30/2014 12:51 | FO | 31651 |
| 2915 | 3/30/2014 | Sunday | CRJ | N875AS | PHX | SBP | 1.85 | 3/30/2014 13:46 | 3/30/2014 15:37 | FO | 31651 |
| 2908 | 3/30/2014 | Sunday | CRJ | N875AS | SBP | PHX | 1.5 | 3/30/2014 16:02 | 3/30/2014 17:32 | FO | 31651 |
| 2902 | 3/30/2014 | Sunday | CRJ | N875AS | PHX | SLC | 1.6333 | 3/30/2014 18:53 | 3/30/2014 21:31 | FO | 31651 |
| 2901 | 4/1/2014 | Tuesday | CRJ | N944SW | SLC | PHX | 1.7166 | 4/1/2014 8:17 | 4/1/2014 9:00 | FO | 31651 |
| 2954 | 4/1/2014 | Tuesday | CRJ | N944SW | PHX | YUM | 1 | 4/1/2014 9:56 | 4/1/2014 10:56 | FO | 31651 |
| 2934 | 4/1/2014 | Tuesday | CRJ | N944SW | YUM | PHX | 0.9333 | 4/1/2014 11:54 | 4/1/2014 12:50 | FO | 31651 |
| 2934 | 4/1/2014 | Tuesday | CRJ | N944SW | PHX | FLG | 0.7666 | 4/1/2014 13:35 | 4/1/2014 14:21 | FO | 31651 |
| 2923 | 4/2/2014 | Wednesday | CRJ | N496CA | FLG | PHX | 1.1 | 4/2/2014 7:02 | 4/2/2014 8:08 | FO | 31651 |
| 2938 | 4/2/2014 | Wednesday | CRJ | N496CA | PHX | GJT | 1.6666 | 4/2/2014 8:46 | 4/2/2014 11:26 | FO | 31651 |
| 2949 | 4/2/2014 | Wednesday | CRJ | N496CA | GJT | PHX | 1.7833 | 4/2/2014 12:07 | 4/2/2014 12:54 | FO | 31651 |
| 2952 | 4/6/2014 | Sunday | CRJ | N506CA | PHX | DRO | 1.2666 | 4/6/2014 12:13 | 4/6/2014 14:29 | FO | 31651 |
| 2959 | 4/6/2014 | Sunday | CRJ | N506CA | DRO | PHX | 1.15 | 4/6/2014 15:13 | 4/6/2014 15:22 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2959 | 4/6/2014 | Sunday | CRJ | N506CA | PHX | YUM | 0.8833 | 4/6/2014 16:35 | 4/6/2014 17:28 | FO | 31651 |
| 2957 | 4/6/2014 | Sunday | CRJ | N506CA | YUM | PHX | 1.3 | 4/6/2014 17:52 | 4/6/2014 19:10 | FO | 31651 |
| 2928 | 4/6/2014 | Sunday | CRJ | N506CA | PHX | MRY | 1.95 | 4/6/2014 19:55 | 4/6/2014 21:52 | FO | 31651 |
| 2912 | 4/7/2014 | Monday | CRJ | N906SW | MRY | PHX | 1.9 | 4/7/2014 15:57 | 4/7/2014 17:51 | FO | 31651 |
| 2902 | 4/7/2014 | Monday | CRJ | N906SW | PHX | SLC | 1.7 | 4/7/2014 18:40 | 4/7/2014 21:22 | FO | 31651 |
| 2901 | 4/9/2014 | Wednesday | CRJ | N907SW | SLC | PHX | 1.7333 | 4/9/2014 8:20 | 4/9/2014 9:04 | FO | 31651 |
| 2919 | 4/9/2014 | Wednesday | CRJ | N907SW | PHX | HMO | 1.15 | 4/9/2014 9:44 | 4/9/2014 10:53 | FO | 31651 |
| 2920 | 4/9/2014 | Wednesday | CRJ | N907SW | HMO | PHX | 1.2166 | 4/9/2014 11:32 | 4/9/2014 12:45 | FO | 31651 |
| 2953 | 4/9/2014 | Wednesday | CRJ | N907SW | PHX | YUM | 0.9333 | 4/9/2014 13:43 | 4/9/2014 14:39 | FO | 31651 |
| 2969 | 4/9/2014 | Wednesday | CRJ | N907SW | YUM | PHX | 0.7666 | 4/9/2014 15:06 | 4/9/2014 15:52 | FO | 31651 |
| 2952 | 4/13/2014 | Sunday | CRJ | N889AS | PHX | DRO | 1.3 | 4/13/2014 12:11 | 4/13/2014 14:29 | FO | 31651 |
| 2959 | 4/13/2014 | Sunday | CRJ | N889AS | DRO | PHX | 1.25 | 4/13/2014 15:09 | 4/13/2014 15:24 | FO | 31651 |
| 2959 | 4/13/2014 | Sunday | CRJ | N889AS | PHX | YUM | 0.7833 | 4/13/2014 16:37 | 4/13/2014 17:24 | FO | 31651 |
| 2957 | 4/13/2014 | Sunday | CRJ | N889AS | YUM | PHX | 1.15 | 4/13/2014 17:51 | 4/13/2014 19:00 | FO | 31651 |
| 2928 | 4/13/2014 | Sunday | CRJ | N875AS | PHX | MRY | 1.95 | 4/13/2014 19:57 | 4/13/2014 21:54 | FO | 31651 |
| 2912 | 4/14/2014 | Monday | CRJ | N506CA | MRY | PHX | 1.7333 | 4/14/2014 16:03 | 4/14/2014 17:47 | FO | 31651 |
| 2902 | 4/14/2014 | Monday | CRJ | N885AS | PHX | SLC | 1.8833 | 4/14/2014 18:43 | 4/14/2014 21:36 | FO | 31651 |
| 2901 | 4/16/2014 | Wednesday | CRJ | N875AS | SLC | PHX | 1.95 | 4/16/2014 8:14 | 4/16/2014 9:11 | FO | 31651 |
| 2954 | 4/16/2014 | Wednesday | CRJ | N875AS | PHX | YUM | 1.0666 | 4/16/2014 9:54 | 4/16/2014 10:58 | FO | 31651 |
| 2934 | 4/16/2014 | Wednesday | CRJ | N875AS | YUM | PHX | 1.0333 | 4/16/2014 11:53 | 4/16/2014 12:55 | FO | 31651 |
| 2949 | 4/16/2014 | Wednesday | CRJ | N875AS | PHX | PSP | 1.1333 | 4/16/2014 13:46 | 4/16/2014 14:54 | FO | 31651 |
| 2962 | 4/16/2014 | Wednesday | CRJ | N875AS | PSP | PHX | 1.1 | 4/16/2014 15:08 | 4/16/2014 16:14 | FO | 31651 |
| 5190 | 4/28/2014 | Monday | CRJ | N952SW | LAX | TUS | 1.4 | 4/28/2014 14:02 | 4/28/2014 15:26 | FO | 31651 |
| 6491 | 4/28/2014 | Monday | CRJ | N952SW | TUS | DEN | 1.9 | 4/28/2014 15:54 | 4/28/2014 18:48 | FO | 31651 |
| 6524 | 4/28/2014 | Monday | CRJ | N951SW | DEN | YQR | 2.0666 | 4/28/2014 20:25 | 4/28/2014 22:29 | FO | 31651 |
| 6393 | 4/29/2014 | Tuesday | CRJ | N923SW | YQR | DEN | 2.0166 | 4/29/2014 15:34 | 4/29/2014 17:35 | FO | 31651 |
| 6428 | 4/29/2014 | Tuesday | CRJ | N923SW | DEN | EUG | 2.6666 | 4/29/2014 19:28 | 4/29/2014 21:08 | FO | 31651 |
| 5545 | 4/30/2014 | Wednesday | CRJ | N903SW | EUG | DEN | 2.5 | 4/30/2014 14:43 | 4/30/2014 18:13 | FO | 31651 |
| 6373 | 4/30/2014 | Wednesday | CRJ | N903SW | DEN | MRY | 2.3166 | 4/30/2014 19:30 | 4/30/2014 20:49 | FO | 31651 |
| 5350 | 5/1/2014 | Thursday | CRJ | N956SW | MRY | LAX | 1.1833 | 5/1/2014 10:22 | 5/1/2014 11:33 | FO | 31651 |
| 6522 | 5/1/2014 | Thursday | CRJ | N956SW | LAX | PHX | 1.35 | 5/1/2014 12:51 | 5/1/2014 14:12 | FO | 31651 |
| 6522 | 5/1/2014 | Thursday | CRJ | N956SW | PHX | LAX | 1.3 | 5/1/2014 14:52 | 5/1/2014 16:10 | FO | 31651 |
| 2919 | 5/4/2014 | Sunday | CRJ | N821AS | PHX | HMO | 1.2833 | 5/4/2014 9:43 | 5/4/2014 11:00 | FO | 31651 |
| 2920 | 5/4/2014 | Sunday | CRJ | N821AS | HMO | PHX | 1.3166 | 5/4/2014 11:25 | 5/4/2014 12:44 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2936 | 5/4/2014 | Sunday | CRJ | N496CA | PHX | FLG | 0.9833 | 5/4/2014 15:08 | 5/4/2014 16:07 | FO | 31651 |
| 2909 | 5/4/2014 | Sunday | CRJ | N496CA | FLG | PHX | 1.1666 | 5/4/2014 16:51 | 5/4/2014 18:01 | FO | 31651 |
| 2902 | 5/4/2014 | Sunday | CRJ | N496CA | PHX | SLC | 1.5833 | 5/4/2014 18:43 | 5/4/2014 21:18 | FO | 31651 |
| 2901 | 5/6/2014 | Tuesday | CRJ | N506CA | SLC | PHX | 1.9166 | 5/6/2014 8:20 | 5/6/2014 9:15 | FO | 31651 |
| 2919 | 5/6/2014 | Tuesday | CRJ | N506CA | PHX | HMO | 1.2333 | 5/6/2014 9:48 | 5/6/2014 11:02 | FO | 31651 |
| 2920 | 5/6/2014 | Tuesday | CRJ | N506CA | HMO | PHX | 1.2833 | 5/6/2014 11:26 | 5/6/2014 12:43 | FO | 31651 |
| 2916 | 5/6/2014 | Tuesday | CRJ | N907SW | PHX | GJT | 1.2166 | 5/6/2014 14:53 | 5/6/2014 17:06 | FO | 31651 |
| 2949 | 5/7/2014 | Wednesday | CRJ | N885AS | GJT | PHX | 1.7166 | 5/7/2014 12:05 | 5/7/2014 12:48 | FO | 31651 |
| 2949 | 5/7/2014 | Wednesday | CRJ | N885AS | PHX | PSP | 1.15 | 5/7/2014 13:29 | 5/7/2014 14:38 | FO | 31651 |
| 2962 | 5/7/2014 | Wednesday | CRJ | N885AS | PSP | PHX | 1.1 | 5/7/2014 15:02 | 5/7/2014 16:08 | FO | 31651 |
| 2962 | 5/7/2014 | Wednesday | CRJ | N885AS | PHX | SBA | 1.5166 | 5/7/2014 16:49 | 5/7/2014 18:20 | FO | 31651 |
| 2910 | 5/7/2014 | Wednesday | CRJ | N885AS | SBA | PHX | 1.5166 | 5/7/2014 19:14 | 5/7/2014 20:45 | FO | 31651 |
| 2915 | 5/11/2014 | Sunday | CRJ | N885AS | PHX | SBP | 1.6833 | 5/11/2014 13:45 | 5/11/2014 15:26 | FO | 31651 |
| 2908 | 5/11/2014 | Sunday | CRJ | N885AS | SBP | PHX | 1.4666 | 5/11/2014 15:58 | 5/11/2014 17:26 | FO | 31651 |
| 2902 | 5/11/2014 | Sunday | CRJ | N885AS | PHX | SLC | 1.6 | 5/11/2014 18:37 | 5/11/2014 21:13 | FO | 31651 |
| 2901 | 5/13/2014 | Tuesday | CRJ | N821AS | SLC | PHX | 1.6 | 5/13/2014 8:30 | 5/13/2014 9:06 | FO | 31651 |
| 2919 | 5/13/2014 | Tuesday | CRJ | N821AS | PHX | HMO | 1.0166 | 5/13/2014 9:42 | 5/13/2014 10:43 | FO | 31651 |
| 2920 | 5/13/2014 | Tuesday | CRJ | N821AS | HMO | PHX | 1.4 | 5/13/2014 11:21 | 5/13/2014 12:45 | FO | 31651 |
| 2916 | 5/13/2014 | Tuesday | CRJ | N821AS | PHX | GJT | 1.5166 | 5/13/2014 14:56 | 5/13/2014 17:27 | FO | 31651 |
| 2949 | 5/14/2014 | Wednesday | CRJ | N506CA | GJT | PHX | 1.5833 | 5/14/2014 12:00 | 5/14/2014 12:35 | FO | 31651 |
| 2949 | 5/14/2014 | Wednesday | CRJ | N875AS | PHX | PSP | 1.05 | 5/14/2014 13:28 | 5/14/2014 14:31 | FO | 31651 |
| 2962 | 5/14/2014 | Wednesday | CRJ | N875AS | PSP | PHX | 0.9166 | 5/14/2014 14:59 | 5/14/2014 15:54 | FO | 31651 |
| 2962 | 5/14/2014 | Wednesday | CRJ | N875AS | PHX | SBA | 1.4833 | 5/14/2014 16:48 | 5/14/2014 18:17 | FO | 31651 |
| 2910 | 5/14/2014 | Wednesday | CRJ | N875AS | SBA | PHX | 1.3666 | 5/14/2014 19:14 | 5/14/2014 20:36 | FO | 31651 |
| 2915 | 5/18/2014 | Sunday | CRJ | N906SW | PHX | SBP | 1.5833 | 5/18/2014 13:53 | 5/18/2014 15:28 | FO | 31651 |
| 2908 | 5/18/2014 | Sunday | CRJ | N906SW | SBP | PHX | 1.5333 | 5/18/2014 16:01 | 5/18/2014 17:33 | FO | 31651 |
| 2902 | 5/18/2014 | Sunday | CRJ | N906SW | PHX | SLC | 1.45 | 5/18/2014 19:01 | 5/18/2014 21:28 | FO | 31651 |
| 2901 | 5/20/2014 | Tuesday | CRJ | N506CA | SLC | PHX | 1.6 | 5/20/2014 8:22 | 5/20/2014 8:58 | FO | 31651 |
| 2919 | 5/20/2014 | Tuesday | CRJ | N506CA | PHX | HMO | 1.0833 | 5/20/2014 9:42 | 5/20/2014 10:47 | FO | 31651 |
| 2920 | 5/20/2014 | Tuesday | CRJ | N506CA | HMO | PHX | 1.1666 | 5/20/2014 11:21 | 5/20/2014 12:31 | FO | 31651 |
| 2916 | 5/20/2014 | Tuesday | CRJ | N889AS | PHX | GJT | 1.2666 | 5/20/2014 14:51 | 5/20/2014 17:07 | FO | 31651 |
| 2949 | 5/21/2014 | Wednesday | CRJ | N496CA | GJT | PHX | 1.5333 | 5/21/2014 12:02 | 5/21/2014 12:34 | FO | 31651 |
| 2951 | 5/21/2014 | Wednesday | CRJ | N496CA | PHX | MRY | 1.7833 | 5/21/2014 15:15 | 5/21/2014 17:02 | FO | 31651 |
| 2912 | 5/21/2014 | Wednesday | CRJ | N496CA | MRY | PHX | 1.75 | 5/21/2014 17:23 | 5/21/2014 19:08 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5166 | 6/9/2014 | Monday | CR6 | N754SK | IAD | YYZ | 1.2166 | 6/9/2014 16:43 | 6/9/2014 17:56 | FO | 31651 |
| 5582 | 6/9/2014 | Monday | CR6 | N754SK | YYZ | IAH | 3.3833 | 6/9/2014 18:43 | 6/9/2014 21:06 | FO | 31651 |
| 6221 | 6/10/2014 | Tuesday | CR6 | N751SK | IAH | SAT | 1 | 6/10/2014 17:31 | 6/10/2014 18:31 | FO | 31651 |
| 6196 | 6/10/2014 | Tuesday | CR6 | N751SK | SAT | IAH | 1.1 | 6/10/2014 19:00 | 6/10/2014 20:06 | FO | 31651 |
| 5200 | 6/10/2014 | Tuesday | CR6 | N751SK | IAH | MKE | 2.4666 | 6/10/2014 20:30 | 6/10/2014 22:58 | FO | 31651 |
| 6314 | 6/11/2014 | Wednesday | CRJ | N477CA | ORD | DSM | 1.3333 | 6/11/2014 16:46 | 6/11/2014 18:06 | FO | 31651 |
| 6334 | 6/11/2014 | Wednesday | CRJ | N477CA | DSM | ORD | 1.3333 | 6/11/2014 18:29 | 6/11/2014 19:49 | FO | 31651 |
| 6489 | 6/11/2014 | Wednesday | CR6 | N718SK | ORD | YEG | 3.75 | 6/11/2014 21:59 | 6/12/2014 0:44 | FO | 31651 |
| 5254 | 6/12/2014 | Thursday | CR6 | N787SK | YEG | ORD | 3.25 | 6/12/2014 12:47 | 6/12/2014 17:02 | FO | 31651 |
| 5209 | 6/12/2014 | Thursday | CR6 | N787SK | ORD | MSP | 1.65 | 6/12/2014 18:27 | 6/12/2014 20:06 | FO | 31651 |
| 5209 | 6/12/2014 | Thursday | CR6 | N787SK | MSP | ORD | 1.2 | 6/12/2014 20:40 | 6/12/2014 21:52 | FO | 31651 |
| 4478 | 6/23/2014 | Monday | CR9 | N824SK | ORD | SLC | 3.5666 | 6/23/2014 7:58 | 6/23/2014 10:32 | FO | 31651 |
| 4459 | 6/23/2014 | Monday | CR7 | N603SK | SLC | YYC | 1.95 | 6/23/2014 11:35 | 6/23/2014 13:32 | FO | 31651 |
| 4627 | 6/24/2014 | Tuesday | CR9 | N806SK | YYC | SLC | 2.1333 | 6/24/2014 7:53 | 6/24/2014 10:01 | FO | 31651 |
| 4774 | 6/24/2014 | Tuesday | CR9 | N806SK | SLC | PSC | 1.6 | 6/24/2014 11:32 | 6/24/2014 12:08 | FO | 31651 |
| 4609 | 6/25/2014 | Wednesday | CR9 | N679CA | PSC | MSP | 2.9666 | 6/25/2014 7:10 | 6/25/2014 12:08 | FO | 31651 |
| 4520 | 6/25/2014 | Wednesday | CR9 | N679CA | MSP | IAH | 3.6 | 6/25/2014 13:25 | 6/25/2014 17:01 | FO | 31651 |
| 4634 | 6/26/2014 | Thursday | CR9 | N679CA | IAH | SLC | 3.2666 | 6/26/2014 11:39 | 6/26/2014 13:55 | FO | 31651 |
| 4477 | 6/26/2014 | Thursday | CR9 | N814SK | SLC | ORD | 3.3 | 6/26/2014 16:57 | 6/26/2014 21:15 | FO | 31651 |
| 6489 | 6/30/2014 | Monday | CR6 | N788SK | ORD | YEG | 3.8 | 6/30/2014 23:20 | 7/1/2014 2:08 | FO | 31651 |
| 6265 | 7/1/2014 | Tuesday | CR6 | N793SK | YEG | SFO | 2.95 | 7/1/2014 13:20 | 7/1/2014 15:17 | FO | 31651 |
| 6530 | 7/1/2014 | Tuesday | CR6 | N793SK | SFO | MCI | 3.4 | 7/1/2014 16:30 | 7/1/2014 21:54 | FO | 31651 |
| 4966 | 7/2/2014 | Wednesday | CR6 | N771SK | MCI | SFO | 3.6666 | 7/2/2014 15:13 | 7/2/2014 16:53 | FO | 31651 |
| 6414 | 7/2/2014 | Wednesday | CR6 | N771SK | SFO | YYC | 2.6166 | 7/2/2014 18:49 | 7/2/2014 22:26 | FO | 31651 |
| 5627 | 7/3/2014 | Thursday | CR6 | N758SK | YYC | ORD | 3.4166 | 7/3/2014 15:54 | 7/3/2014 20:19 | FO | 31651 |
| 5260 | 7/6/2014 | Sunday | CR6 | N706SK | ORD | AUS | 2.7833 | 7/6/2014 8:00 | 7/6/2014 10:47 | FO | 31651 |
| 6476 | 7/6/2014 | Sunday | CR6 | N706SK | AUS | SFO | 3.7166 | 7/6/2014 11:17 | 7/6/2014 13:00 | FO | 31651 |
| 6502 | 7/7/2014 | Monday | CR6 | N762SK | SNA | SFO | 1.6666 | 7/7/2014 6:54 | 7/7/2014 8:34 | FO | 31651 |
| 6290 | 7/7/2014 | Monday | CR6 | N762SK | SFO | BZN | 2.3166 | 7/7/2014 9:09 | 7/7/2014 12:28 | FO | 31651 |
| 6290 | 7/7/2014 | Monday | CR6 | N762SK | BZN | SFO | 2.5666 | 7/7/2014 12:53 | 7/7/2014 14:27 | FO | 31651 |
| 5604 | 7/8/2014 | Tuesday | CR6 | N762SK | SFO | YYC | 2.7333 | 7/8/2014 11:35 | 7/8/2014 15:19 | FO | 31651 |
| 5627 | 7/8/2014 | Tuesday | CR6 | N762SK | YYC | ORD | 3.45 | 7/8/2014 15:57 | 7/8/2014 20:24 | FO | 31651 |
| 5202 | 7/13/2014 | Sunday | CR6 | N727SK | ORD | DFW | 2.45 | 7/13/2014 12:02 | 7/13/2014 14:29 | FO | 31651 |
| 5202 | 7/13/2014 | Sunday | CR6 | N727SK | DFW | ORD | 2.45 | 7/13/2014 14:56 | 7/13/2014 17:23 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6288 | 7/13/2014 | Sunday | CR6 | N727SK | ORD | YHZ | 2.9 | 7/13/2014 18:23 | 7/13/2014 23:17 | FO | 31651 |
| 6413 | 7/14/2014 | Monday | CR6 | N753SK | YHZ | ORD | 3.6833 | 7/14/2014 12:09 | 7/14/2014 13:50 | FO | 31651 |
| 5559 | 7/14/2014 | Monday | CR6 | N702SK | ORD | DSM | 1.75 | 7/14/2014 15:33 | 7/14/2014 17:18 | FO | 31651 |
| 6334 | 7/15/2014 | Tuesday | CR6 | N730SK | DSM | ORD | 1.4333 | 7/15/2014 5:43 | 7/15/2014 7:09 | FO | 31651 |
| 5234 | 7/15/2014 | Tuesday | CR6 | N730SK | ORD | AUS | 2.8 | 7/15/2014 8:04 | 7/15/2014 10:52 | FO | 31651 |
| 4974 | 7/16/2014 | Wednesday | CR6 | N782SK | AUS | ORD | 2.6833 | 7/16/2014 6:25 | 7/16/2014 9:06 | FO | 31651 |
| 5237 | 7/16/2014 | Wednesday | CR6 | N785SK | ORD | ALB | 2.2166 | 7/16/2014 11:35 | 7/16/2014 14:48 | FO | 31651 |
| 5237 | 7/16/2014 | Wednesday | CR6 | N785SK | ALB | ORD | 2.6 | 7/16/2014 15:17 | 7/16/2014 16:53 | FO | 31651 |
| 5234 | 7/20/2014 | Sunday | CR6 | N764SK | ORD | AUS | 2.5666 | 7/20/2014 8:08 | 7/20/2014 10:42 | FO | 31651 |
| 5580 | 7/21/2014 | Monday | CR6 | N782SK | AUS | ORD | 2.7333 | 7/21/2014 6:17 | 7/21/2014 9:01 | FO | 31651 |
| 5237 | 7/21/2014 | Monday | CR6 | N792SK | ORD | ALB | 2.05 | 7/21/2014 11:30 | 7/21/2014 14:33 | FO | 31651 |
| 5237 | 7/21/2014 | Monday | CR6 | N792SK | ALB | ORD | 1.9333 | 7/21/2014 15:13 | 7/21/2014 16:09 | FO | 31651 |
| 5544 | 7/27/2014 | Sunday | CR6 | N751SK | ORD | IND | 1.0166 | 7/27/2014 22:06 | 7/28/2014 0:07 | FO | 31651 |
| 5226 | 7/28/2014 | Monday | CR6 | N762SK | IND | ORD | 1 | 7/28/2014 14:51 | 7/28/2014 14:51 | FO | 31651 |
| 5251 | 7/28/2014 | Monday | CR6 | N792SK | ORD | CMH | 1.15 | 7/28/2014 15:58 | 7/28/2014 18:07 | FO | 31651 |
| 5251 | 7/28/2014 | Monday | CR6 | N792SK | CMH | ORD | 1.5166 | 7/28/2014 18:48 | 7/28/2014 19:19 | FO | 31651 |
| 6489 | 7/28/2014 | Monday | CR6 | N792SK | ORD | YEG | 3.85 | 7/28/2014 20:07 | 7/28/2014 22:58 | FO | 31651 |
| 5598 | 7/29/2014 | Tuesday | CR6 | N787SK | YEG | ORD | 3.25 | 7/29/2014 12:46 | 7/29/2014 17:01 | FO | 31651 |
| 6288 | 7/29/2014 | Tuesday | CR6 | N787SK | ORD | YHZ | 3.0333 | 7/29/2014 18:17 | 7/29/2014 23:19 | FO | 31651 |
| 6413 | 7/30/2014 | Wednesday | CR6 | N756SK | YHZ | ORD | 3.1666 | 7/30/2014 12:24 | 7/30/2014 13:34 | FO | 31651 |
| 5525 | 8/4/2014 | Monday | CR6 | N701SK | ORD | YEG | 3.5833 | 8/4/2014 9:47 | 8/4/2014 12:22 | FO | 31651 |
| 6421 | 8/5/2014 | Tuesday | CR6 | N755SK | YEG | SFO | 3.2333 | 8/5/2014 7:29 | 8/5/2014 9:43 | FO | 31651 |
| 6380 | 8/5/2014 | Tuesday | CR6 | N755SK | SFO | BOI | 1.7333 | 8/5/2014 10:40 | 8/5/2014 13:24 | FO | 31651 |
| 5484 | 8/6/2014 | Wednesday | CR6 | N795SK | BOI | SFO | 1.65 | 8/6/2014 5:17 | 8/6/2014 5:56 | FO | 31651 |
| 6343 | 8/6/2014 | Wednesday | CR6 | N795SK | SFO | SNA | 1.5666 | 8/6/2014 7:26 | 8/6/2014 9:00 | FO | 31651 |
| 6416 | 8/6/2014 | Wednesday | CR6 | N795SK | SNA | SFO | 1.4 | 8/6/2014 9:36 | 8/6/2014 11:00 | FO | 31651 |
| 6502 | 8/7/2014 | Thursday | CR6 | N765SK | SFO | SAT | 3.4333 | 8/7/2014 12:08 | 8/7/2014 17:34 | FO | 31651 |
| 6431 | 8/7/2014 | Thursday | CR6 | N765SK | SAT | ORD | 2.8166 | 8/7/2014 17:58 | 8/7/2014 20:47 | FO | 31651 |
| 4846 | 8/12/2014 | Tuesday | CRJ | N430SW | DTW | SBN | 1.1 | 8/12/2014 19:38 | 8/12/2014 20:44 | FO | 31651 |
| 4696 | 8/12/2014 | Tuesday | CRJ | N430SW | SBN | ATL | 1.6333 | 8/12/2014 21:06 | 8/12/2014 22:44 | FO | 31651 |
| 4560 | 8/12/2014 | Tuesday | CRJ | N430SW | ATL | SBN | 1.9 | 8/12/2014 23:21 | 8/13/2014 1:15 | FO | 31651 |
| 4819 | 8/13/2014 | Wednesday | CRJ | N440SW | SBN | MSP | 1.5166 | 8/13/2014 15:58 | 8/13/2014 16:29 | FO | 31651 |
| 5234 | 8/17/2014 | Sunday | CR6 | N750SK | ORD | AUS | 2.7333 | 8/17/2014 11:23 | 8/17/2014 14:07 | FO | 31651 |
| 4971 | 8/17/2014 | Sunday | CR6 | N750SK | AUS | IAH | 0.8 | 8/17/2014 14:51 | 8/17/2014 15:39 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5241 | 8/17/2014 | Sunday | CR6 | N750SK | IAH | COS | 2.3166 | 8/17/2014 16:15 | 8/17/2014 17:34 | FO | 31651 |
| 5311 | 8/19/2014 | Tuesday | CRJ | N962SW | ORD | MKE | 0.9333 | 8/19/2014 8:06 | 8/19/2014 9:02 | FO | 31651 |
| 5311 | 8/19/2014 | Tuesday | CRJ | N962SW | MKE | ORD | 1.0333 | 8/19/2014 9:29 | 8/19/2014 10:31 | FO | 31651 |
| 5479 | 8/19/2014 | Tuesday | CRJ | N952SW | ORD | MBS | 0.9333 | 8/19/2014 12:23 | 8/19/2014 14:19 | FO | 31651 |
| 5479 | 8/19/2014 | Tuesday | CRJ | N952SW | MBS | ORD | 0.95 | 8/19/2014 17:20 | 8/19/2014 17:17 | FO | 31651 |
| 5508 | 8/19/2014 | Tuesday | CRJ | N952SW | ORD | YXU | 2.0833 | 8/19/2014 18:56 | 8/19/2014 22:01 | FO | 31651 |
| 5520 | 8/20/2014 | Wednesday | CRJ | N495CA | YXU | ORD | 1.6666 | 8/20/2014 9:09 | 8/20/2014 9:49 | FO | 31651 |
| 5411 | 8/20/2014 | Wednesday | CRJ | N495CA | ORD | AVL | 1.5 | 8/20/2014 11:18 | 8/20/2014 13:48 | FO | 31651 |
| 5411 | 8/20/2014 | Wednesday | CRJ | N495CA | AVL | ORD | 1.6833 | 8/20/2014 14:12 | 8/20/2014 14:53 | FO | 31651 |
| 5228 | 8/24/2014 | Sunday | CR6 | N774SK | ORD | ICT | 1.9166 | 8/24/2014 20:22 | 8/24/2014 22:17 | FO | 31651 |
| 2393 | 8/25/2014 | Monday | CR6 | N746SK | ORD | SFO | 4.6666 | 8/25/2014 18:28 | 8/25/2014 21:08 | FO | 31651 |
| 6265 | 8/26/2014 | Tuesday | CR6 | N778SK | SFO | YEG | 3.1166 | 8/26/2014 8:12 | 8/26/2014 12:19 | FO | 31651 |
| 4990 | 8/26/2014 | Tuesday | CR6 | N778SK | YEG | ORD | 3.25 | 8/26/2014 13:03 | 8/26/2014 17:18 | FO | 31651 |
| 5354 | 9/1/2014 | Monday | CRJ | N903SW | ORD | MBS | 1.9 | 9/1/2014 13:18 | 9/1/2014 16:12 | FO | 31651 |
| 5354 | 9/1/2014 | Monday | CRJ | N903SW | MBS | ORD | 1.0666 | 9/1/2014 16:35 | 9/1/2014 16:39 | FO | 31651 |
| 5545 | 9/1/2014 | Monday | CRJ | N903SW | ORD | SGF | 1.5166 | 9/1/2014 17:08 | 9/1/2014 18:39 | FO | 31651 |
| 5545 | 9/1/2014 | Monday | CRJ | N903SW | SGF | ORD | 1.6166 | 9/1/2014 19:07 | 9/1/2014 20:44 | FO | 31651 |
| 5553 | 9/2/2014 | Tuesday | CR6 | N763SK | ORD | TVC | 1.0666 | 9/2/2014 21:37 | 9/2/2014 23:41 | FO | 31651 |
| 6469 | 9/3/2014 | Wednesday | CR6 | N763SK | TVC | ORD | 1 | 9/3/2014 5:50 | 9/3/2014 5:50 | FO | 31651 |
| 5588 | 9/8/2014 | Monday | CR6 | N765SK | ORD | MTY | 3.2166 | 9/8/2014 18:00 | 9/8/2014 21:13 | FO | 31651 |
| 5159 | 9/9/2014 | Tuesday | CR6 | N778SK | ORD | SAT | 2.55 | 9/9/2014 18:34 | 9/9/2014 21:07 | FO | 31651 |
| 6407 | 9/10/2014 | Wednesday | CR6 | N790SK | SAT | ORD | 2.65 | 9/10/2014 14:26 | 9/10/2014 17:05 | FO | 31651 |
| 6489 | 9/10/2014 | Wednesday | CR6 | N791SK | ORD | YEG | 3.4333 | 9/10/2014 21:02 | 9/10/2014 23:28 | FO | 31651 |
| 4997 | 9/11/2014 | Thursday | CR6 | N786SK | YEG | ORD | 3.2833 | 9/11/2014 13:20 | 9/11/2014 17:37 | FO | 31651 |
| 5255 | 9/14/2014 | Sunday | CR6 | N790SK | IAD | YYZ | 1.45 | 9/14/2014 15:15 | 9/14/2014 16:42 | FO | 31651 |
| 5596 | 9/14/2014 | Sunday | CR6 | N790SK | YYZ | DEN | 3.8833 | 9/14/2014 17:26 | 9/14/2014 19:19 | FO | 31651 |
| 6501 | 9/14/2014 | Sunday | CR6 | N790SK | DEN | COS | 0.5833 | 9/14/2014 20:19 | 9/14/2014 20:54 | FO | 31651 |
| 6226 | 9/15/2014 | Monday | CR6 | N796SK | COS | ORD | 2.6 | 9/15/2014 12:54 | 9/15/2014 16:30 | FO | 31651 |
| 6489 | 9/15/2014 | Monday | CR6 | N706SK | ORD | YEG | 4.2 | 9/15/2014 20:04 | 9/15/2014 23:16 | FO | 31651 |
| 4990 | 9/16/2014 | Tuesday | CR6 | N786SK | YEG | ORD | 3.5333 | 9/16/2014 12:46 | 9/16/2014 17:18 | FO | 31651 |
| 4982 | 9/16/2014 | Tuesday | CR6 | N746SK | ORD | YOW | 1.8666 | 9/16/2014 18:24 | 9/16/2014 21:16 | FO | 31651 |
| 5172 | 9/17/2014 | Wednesday | CR6 | N705SK | ORD | DTW | 1.2833 | 9/17/2014 17:13 | 9/17/2014 19:30 | FO | 31651 |
| 5172 | 9/17/2014 | Wednesday | CR6 | N705SK | DTW | ORD | 1.2333 | 9/17/2014 19:56 | 9/17/2014 20:10 | FO | 31651 |
| 5234 | 9/21/2014 | Sunday | CR6 | N791SK | ORD | AUS | 2.4666 | 9/21/2014 7:30 | 9/21/2014 9:58 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6305 | 9/21/2014 | Sunday | CR6 | N793SK | AUS | DEN | 2.1833 | 9/21/2014 11:44 | 9/21/2014 12:55 | FO | 31651 |
| 5502 | 9/21/2014 | Sunday | CR6 | N793SK | DEN | SAT | 1.85 | 9/21/2014 13:45 | 9/21/2014 16:36 | FO | 31651 |
| 5575 | 9/22/2014 | Monday | CR6 | N728SK | SAT | IAH | 0.8333 | 9/22/2014 5:29 | 9/22/2014 6:19 | FO | 31651 |
| 6388 | 9/22/2014 | Monday | CR6 | N754SK | IAH | MIA | 2.8 | 9/22/2014 7:08 | 9/22/2014 10:56 | FO | 31651 |
| 5262 | 9/23/2014 | Tuesday | CR6 | N771SK | MIA | ORD | 3.05 | 9/23/2014 6:37 | 9/23/2014 8:40 | FO | 31651 |
| 5259 | 9/23/2014 | Tuesday | CR6 | N771SK | ORD | YEG | 3.5666 | 9/23/2014 9:41 | 9/23/2014 12:15 | FO | 31651 |
| 5598 | 9/24/2014 | Wednesday | CR6 | N708SK | YEG | ORD | 3.1666 | 9/24/2014 6:34 | 9/24/2014 10:44 | FO | 31651 |
| 5234 | 9/29/2014 | Monday | CR6 | N755SK | ORD | AUS | 2.7166 | 9/29/2014 8:24 | 9/29/2014 11:07 | FO | 31651 |
| 6305 | 9/29/2014 | Monday | CR6 | N710SK | AUS | DEN | 2.0666 | 9/29/2014 13:49 | 9/29/2014 14:53 | FO | 31651 |
| 6216 | 9/29/2014 | Monday | CR6 | N710SK | DEN | SAT | 2.5 | 9/29/2014 16:11 | 9/29/2014 19:41 | FO | 31651 |
| 5575 | 9/30/2014 | Tuesday | CR6 | N774SK | SAT | IAH | 1.2333 | 9/30/2014 6:51 | 9/30/2014 8:05 | FO | 31651 |
| 6388 | 9/30/2014 | Tuesday | CR6 | N774SK | IAH | MIA | 2.4166 | 9/30/2014 8:32 | 9/30/2014 11:57 | FO | 31651 |
| 5159 | 10/1/2014 | Wednesday | CR6 | N702SK | MIA | ORD | 3.4333 | 10/1/2014 6:38 | 10/1/2014 9:04 | FO | 31651 |
| 5259 | 10/1/2014 | Wednesday | CR6 | N702SK | ORD | YEG | 3.5166 | 10/1/2014 9:45 | 10/1/2014 12:16 | FO | 31651 |
| 5598 | 10/2/2014 | Thursday | CR6 | N702SK | YEG | ORD | 3.4166 | 10/2/2014 7:20 | 10/2/2014 11:45 | FO | 31651 |
| 5236 | 10/5/2014 | Sunday | CR6 | N767SK | ORD | BHM | 1.6666 | 10/5/2014 16:52 | 10/5/2014 18:32 | FO | 31651 |
| 5236 | 10/5/2014 | Sunday | CR6 | N767SK | BHM | ORD | 2.1 | 10/5/2014 19:12 | 10/5/2014 21:18 | FO | 31651 |
| 5627 | 10/5/2014 | Sunday | CR6 | N767SK | ORD | MSN | 1.2166 | 10/5/2014 22:04 | 10/5/2014 23:17 | FO | 31651 |
| 5235 | 10/6/2014 | Monday | CR6 | N738SK | ORD | MIA | 3.1833 | 10/6/2014 18:39 | 10/6/2014 22:50 | FO | 31651 |
| 6388 | 10/7/2014 | Tuesday | CR6 | N794SK | MIA | IAH | 2.8333 | 10/7/2014 11:51 | 10/7/2014 13:41 | FO | 31651 |
| 6508 | 10/7/2014 | Tuesday | CR6 | N794SK | IAH | RDU | 2.65 | 10/7/2014 14:14 | 10/7/2014 17:53 | FO | 31651 |
| 6257 | 10/7/2014 | Tuesday | CR6 | N794SK | RDU | IAH | 2.8166 | 10/7/2014 18:25 | 10/7/2014 20:14 | FO | 31651 |
| 5174 | 10/8/2014 | Wednesday | CR6 | N744SK | IAH | SAT | 0.9666 | 10/8/2014 10:08 | 10/8/2014 11:06 | FO | 31651 |
| 5174 | 10/8/2014 | Wednesday | CR6 | N744SK | SAT | IAH | 0.9 | 10/8/2014 11:41 | 10/8/2014 12:35 | FO | 31651 |
| 5606 | 10/8/2014 | Wednesday | CR6 | N766SK | IAH | SAT | 1.1333 | 10/8/2014 14:49 | 10/8/2014 15:57 | FO | 31651 |
| 4985 | 10/8/2014 | Wednesday | CR6 | N709SK | SAT | ORD | 2.9666 | 10/8/2014 18:03 | 10/8/2014 21:01 | FO | 31651 |
| 5234 | 10/13/2014 | Monday | CR6 | N793SK | ORD | AUS | 3.4833 | 10/13/2014 7:51 | 10/13/2014 11:20 | FO | 31651 |
| 6476 | 10/13/2014 | Monday | CR6 | N793SK | AUS | SFO | 3.7833 | 10/13/2014 12:08 | 10/13/2014 13:55 | FO | 31651 |
| 6343 | 10/14/2014 | Tuesday | CR6 | N766SK | SFO | SNA | 1.65 | 10/14/2014 7:38 | 10/14/2014 9:17 | FO | 31651 |
| 6416 | 10/14/2014 | Tuesday | CR6 | N766SK | SNA | SFO | 1.4 | 10/14/2014 12:16 | 10/14/2014 13:40 | FO | 31651 |
| 5601 | 10/14/2014 | Tuesday | CR6 | N766SK | SFO | PHX | 1.9833 | 10/14/2014 14:11 | 10/14/2014 16:10 | FO | 31651 |
| 5212 | 10/14/2014 | Tuesday | CR6 | N766SK | PHX | LAX | 1.45 | 10/14/2014 16:46 | 10/14/2014 18:13 | FO | 31651 |
| 5193 | 10/15/2014 | Wednesday | CR6 | N766SK | LAX | DFW | 2.85 | 10/15/2014 12:14 | 10/15/2014 17:05 | FO | 31651 |
| 5570 | 10/15/2014 | Wednesday | CR6 | N766SK | DFW | ORD | 2.7166 | 10/15/2014 17:57 | 10/15/2014 20:40 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4993 | 10/20/2014 | Monday | CR6 | N745SK | ORD | IND | 1.0666 | 10/20/2014 7:17 | 10/20/2014 9:21 | FO | 31651 |
| 5554 | 10/20/2014 | Monday | CR6 | N745SK | IND | DEN | 2.6833 | 10/20/2014 9:50 | 10/20/2014 10:31 | FO | 31651 |
| 6216 | 10/20/2014 | Monday | CR6 | N796SK | DEN | SAT | 2.1333 | 10/20/2014 13:44 | 10/20/2014 16:52 | FO | 31651 |
| 6435 | 10/21/2014 | Tuesday | CR6 | N726SK | SAT | LAX | 3.0166 | 10/21/2014 5:50 | 10/21/2014 6:51 | FO | 31651 |
| 4969 | 10/21/2014 | Tuesday | CR6 | N791SK | LAX | SAT | 2.6833 | 10/21/2014 8:48 | 10/21/2014 13:29 | FO | 31651 |
| 6435 | 10/22/2014 | Wednesday | CR6 | N730SK | SAT | LAX | 2.9666 | 10/22/2014 5:55 | 10/22/2014 6:53 | FO | 31651 |
| 6512 | 10/22/2014 | Wednesday | CR6 | N730SK | LAX | COS | 2.15 | 10/22/2014 7:44 | 10/22/2014 10:53 | FO | 31651 |
| 6316 | 10/23/2014 | Thursday | CR6 | N763SK | COS | ORD | 2.4666 | 10/23/2014 5:39 | 10/23/2014 9:07 | FO | 31651 |
| 6252 | 10/23/2014 | Thursday | CR6 | N702SK | ORD | DCA | 1.9666 | 10/23/2014 12:00 | 10/23/2014 14:58 | FO | 31651 |
| 5494 | 10/23/2014 | Thursday | CR6 | N702SK | DCA | ORD | 2.1 | 10/23/2014 15:48 | 10/23/2014 16:54 | FO | 31651 |
| 4440 | 10/26/2014 | Sunday | CR9 | N807SK | DTW | GRB | 1.3333 | 10/26/2014 15:42 | 10/26/2014 16:02 | FO | 31651 |
| 4440 | 10/26/2014 | Sunday | CR9 | N807SK | GRB | DTW | 1.0666 | 10/26/2014 16:43 | 10/26/2014 18:47 | FO | 31651 |
| 4780 | 10/26/2014 | Sunday | CR9 | N807SK | DTW | MKE | 1.1333 | 10/26/2014 20:32 | 10/26/2014 20:40 | FO | 31651 |
| 4613 | 10/28/2014 | Tuesday | CR9 | N549CA | MKE | DTW | 1.35 | 10/28/2014 5:52 | 10/28/2014 8:13 | FO | 31651 |
| 4588 | 10/28/2014 | Tuesday | CR9 | N549CA | DTW | IAH | 3.3166 | 10/28/2014 9:03 | 10/28/2014 11:22 | FO | 31651 |
| 4528 | 10/29/2014 | Wednesday | CR9 | N817SK | IAH | SLC | 3.35 | 10/29/2014 7:40 | 10/29/2014 10:01 | FO | 31651 |
| 4664 | 10/29/2014 | Wednesday | CR9 | N813SK | SLC | ORD | 2.75 | 10/29/2014 14:38 | 10/29/2014 18:23 | FO | 31651 |
| 5494 | 11/2/2014 | Sunday | CR6 | N774SK | ORD | NAS | 2.85 | 11/2/2014 8:40 | 11/2/2014 12:31 | FO | 31651 |
| 5495 | 11/2/2014 | Sunday | CR6 | N774SK | NAS | ORD | 3.65 | 11/2/2014 13:29 | 11/2/2014 16:08 | FO | 31651 |
| 4974 | 11/2/2014 | Sunday | CR6 | N709SK | ORD | GRR | 0.7833 | 11/2/2014 18:59 | 11/2/2014 20:46 | FO | 31651 |
| 5244 | 11/3/2014 | Monday | CR6 | N709SK | GRR | DEN | 2.9666 | 11/3/2014 9:13 | 11/3/2014 10:11 | FO | 31651 |
| 6224 | 11/3/2014 | Monday | CR6 | N789SK | DEN | DFW | 1.8333 | 11/3/2014 12:24 | 11/3/2014 15:14 | FO | 31651 |
| 5486 | 11/3/2014 | Monday | CR6 | N789SK | DFW | ORD | 2.0833 | 11/3/2014 15:54 | 11/3/2014 17:59 | FO | 31651 |
| 5300 | 11/4/2014 | Tuesday | CRJ | N923SW | ORD | MKE | 0.85 | 11/4/2014 21:01 | 11/4/2014 21:52 | FO | 31651 |
| 5393 | 11/5/2014 | Wednesday | CRJ | N923SW | MKE | ORD | 0.6166 | 11/5/2014 4:54 | 11/5/2014 5:31 | FO | 31651 |
| 5395 | 11/6/2014 | Thursday | CRJ | N952SW | ORD | STC | 1.45 | 11/6/2014 23:09 | 11/7/2014 0:36 | FO | 31651 |
| 5381 | 11/7/2014 | Friday | CRJ | N952SW | STC | ORD | 1.45 | 11/7/2014 6:00 | 11/7/2014 7:27 | FO | 31651 |
| 5588 | 11/9/2014 | Sunday | CR6 | N705SK | ORD | MTY | 3.2 | 11/9/2014 19:16 | 11/9/2014 22:28 | FO | 31651 |
| 6277 | 11/10/2014 | Monday | CR6 | N790SK | MTY | ORD | 3.2333 | 11/10/2014 13:12 | 11/10/2014 16:26 | FO | 31651 |
| 4974 | 11/10/2014 | Monday | CR6 | N789SK | ORD | GRR | 0.75 | 11/10/2014 19:26 | 11/10/2014 21:11 | FO | 31651 |
| 5244 | 11/11/2014 | Tuesday | CR6 | N789SK | GRR | DEN | 3.2833 | 11/11/2014 9:13 | 11/11/2014 10:30 | FO | 31651 |
| 6375 | 11/11/2014 | Tuesday | CR6 | N789SK | DEN | YVR | 3.5166 | 11/11/2014 11:35 | 11/11/2014 14:06 | FO | 31651 |
| 5211 | 11/12/2014 | Wednesday | CR6 | N715SK | YVR | DEN | 3.3666 | 11/12/2014 8:39 | 11/12/2014 13:01 | FO | 31651 |
| 5496 | 11/12/2014 | Wednesday | CR6 | N746SK | DEN | FSD | 2.2 | 11/12/2014 16:03 | 11/12/2014 19:15 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5562 | 11/12/2014 | Wednesday | CR6 | N746SK | FSD | ORD | 1.2666 | 11/12/2014 19:37 | 11/12/2014 20:53 | FO | 31651 |
| 5559 | 11/16/2014 | Sunday | CR6 | N779SK | ORD | ORD | 0.8833 | 11/16/2014 9:36 | 11/16/2014 10:29 | FO | 31651 |
| 2635 | 11/16/2014 | Sunday | CRJ | N988CA | ORD | MKE | 1.2333 | 11/16/2014 15:30 | 11/16/2014 16:44 | FO | 31651 |
| 2635 | 11/16/2014 | Sunday | CRJ | N988CA | MKE | ORD | 1 | 11/16/2014 17:09 | 11/16/2014 18:09 | FO | 31651 |
| 4974 | 11/16/2014 | Sunday | CR6 | N796SK | ORD | GRR | 1.0166 | 11/16/2014 20:53 | 11/16/2014 22:54 | FO | 31651 |
| 5244 | 11/17/2014 | Monday | CR6 | N796SK | GRR | DEN | 2.9833 | 11/17/2014 9:49 | 11/17/2014 10:48 | FO | 31651 |
| 5505 | 11/17/2014 | Monday | CR6 | N796SK | DEN | FAT | 2.3166 | 11/17/2014 11:18 | 11/17/2014 12:37 | FO | 31651 |
| 6497 | 11/18/2014 | Tuesday | CR6 | N772SK | FAT | DEN | 3.0833 | 11/18/2014 5:46 | 11/18/2014 9:51 | FO | 31651 |
| 5257 | 11/18/2014 | Tuesday | CR6 | N772SK | DEN | GRR | 2.4666 | 11/18/2014 10:29 | 11/18/2014 14:57 | FO | 31651 |
| 4965 | 11/18/2014 | Tuesday | CR6 | N772SK | GRR | ORD | 1.1166 | 11/18/2014 15:33 | 11/18/2014 15:40 | FO | 31651 |
| 5559 | 11/23/2014 | Sunday | CR6 | N771SK | ORD | YYC | 3.5833 | 11/23/2014 9:23 | 11/23/2014 11:58 | FO | 31651 |
| 4970 | 11/23/2014 | Sunday | CR6 | N771SK | YYC | ORD | 3.55 | 11/23/2014 13:13 | 11/23/2014 17:46 | FO | 31651 |
| 4974 | 11/23/2014 | Sunday | CR6 | N740SK | ORD | GRR | 1.1166 | 11/23/2014 19:41 | 11/23/2014 21:48 | FO | 31651 |
| 5225 | 11/24/2014 | Monday | CR6 | N740SK | GRR | DEN | 2.9 | 11/24/2014 9:17 | 11/24/2014 10:11 | FO | 31651 |
| 5510 | 11/24/2014 | Monday | CR6 | N753SK | DEN | MCI | 1.9 | 11/24/2014 14:29 | 11/24/2014 17:23 | FO | 31651 |
| 6240 | 11/25/2014 | Tuesday | CR6 | N795SK | MCI | SFO | 4.2166 | 11/25/2014 6:42 | 11/25/2014 8:55 | FO | 31651 |
| 6408 | 11/25/2014 | Tuesday | CR6 | N784SK | SFO | EUG | 1.65 | 11/25/2014 13:08 | 11/25/2014 14:47 | FO | 31651 |
| 6391 | 11/26/2014 | Wednesday | CR6 | N797SK | EUG | DEN | 2.5333 | 11/26/2014 5:34 | 11/26/2014 9:06 | FO | 31651 |
| 5257 | 11/26/2014 | Wednesday | CR6 | N797SK | DEN | GRR | 2.7333 | 11/26/2014 10:01 | 11/26/2014 14:45 | FO | 31651 |
| 5169 | 12/1/2014 | Monday | CR6 | N703SK | ORD | ATL | 2.2333 | 12/1/2014 13:09 | 12/1/2014 16:23 | FO | 31651 |
| 5644 | 12/1/2014 | Monday | CR6 | N703SK | ATL | ORD | 2.15 | 12/1/2014 16:52 | 12/1/2014 18:01 | FO | 31651 |
| 6247 | 12/1/2014 | Monday | CR6 | N754SK | ORD | SLC | 3.55 | 12/1/2014 20:38 | 12/1/2014 23:11 | FO | 31651 |
| 6466 | 12/2/2014 | Tuesday | CR6 | N730SK | SLC | ORD | 2.85 | 12/2/2014 11:21 | 12/2/2014 15:12 | FO | 31651 |
| 5596 | 12/2/2014 | Tuesday | CR6 | N762SK | ORD | YHZ | 2.8 | 12/2/2014 18:34 | 12/2/2014 23:22 | FO | 31651 |
| 6203 | 12/4/2014 | Thursday | CR6 | N764SK | YHZ | ORD | 3.5666 | 12/4/2014 7:15 | 12/4/2014 8:49 | FO | 31651 |
| 5587 | 12/8/2014 | Monday | CRJ | N948SW | ORD | ICT | 1.75 | 12/8/2014 8:03 | 12/8/2014 9:48 | FO | 31651 |
| 5169 | 12/8/2014 | Monday | CRJ | N948SW | ICT | ORD | 2.0666 | 12/8/2014 10:23 | 12/8/2014 12:27 | FO | 31651 |
| 5413 | 12/8/2014 | Monday | CRJ | N494CA | ORD | MKE | 0.85 | 12/8/2014 14:00 | 12/8/2014 14:51 | FO | 31651 |
| 5297 | 12/9/2014 | Tuesday | CRJ | N927SW | MKE | ORD | 0.7833 | 12/9/2014 9:01 | 12/9/2014 9:48 | FO | 31651 |
| 5404 | 12/10/2014 | Wednesday | CRJ | N956SW | ORD | DLH | 1.5 | 12/10/2014 13:25 | 12/10/2014 14:55 | FO | 31651 |
| 5319 | 12/10/2014 | Wednesday | CRJ | N956SW | DLH | ORD | 1.65 | 12/10/2014 15:15 | 12/10/2014 16:54 | FO | 31651 |
| 5412 | 12/10/2014 | Wednesday | CRJ | N956SW | ORD | ORD | 0.05 | 12/10/2014 17:27 | 12/10/2014 17:30 | FO | 31651 |
| 5412 | 12/10/2014 | Wednesday | CRJ | N956SW | ORD | MKE | 0.55 | 12/10/2014 18:46 | 12/10/2014 19:19 | FO | 31651 |
| 5298 | 12/10/2014 | Wednesday | CRJ | N956SW | MKE | ORD | 0.7666 | 12/10/2014 19:40 | 12/10/2014 20:26 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5263 | 12/14/2014 | Sunday | CR6 | N708SK | ORD | BOS | 2.3833 | 12/14/2014 15:06 | 12/14/2014 18:29 | FO | 31651 |
| 5541 | 12/14/2014 | Sunday | CR6 | N708SK | BOS | ORD | 2.7166 | 12/14/2014 19:01 | 12/14/2014 20:44 | FO | 31651 |
| 5651 | 12/14/2014 | Sunday | CR6 | N708SK | ORD | MSY | 2.55 | 12/14/2014 21:23 | 12/14/2014 23:56 | FO | 31651 |
| 5488 | 12/16/2014 | Tuesday | CR6 | N792SK | MSY | IAH | 1.3666 | 12/16/2014 5:10 | 12/16/2014 6:32 | FO | 31651 |
| 5235 | 12/16/2014 | Tuesday | CR6 | N743SK | IAH | AUS | 1 | 12/16/2014 7:58 | 12/16/2014 8:58 | FO | 31651 |
| 4984 | 12/17/2014 | Wednesday | CR6 | N792SK | AUS | IAH | 0.8666 | 12/17/2014 5:28 | 12/17/2014 6:20 | FO | 31651 |
| 5178 | 12/17/2014 | Wednesday | CR6 | N792SK | IAH | CLE | 2.8833 | 12/17/2014 7:11 | 12/17/2014 11:04 | FO | 31651 |
| 6319 | 12/17/2014 | Wednesday | CR6 | N792SK | CLE | ORD | 1.45 | 12/17/2014 11:30 | 12/17/2014 11:57 | FO | 31651 |
| 4504 | 12/21/2014 | Sunday | CR9 | N813SK | ORD | DTW | 1.4166 | 12/21/2014 16:34 | 12/21/2014 18:59 | FO | 31651 |
| 4684 | 12/21/2014 | Sunday | CR9 | N813SK | DTW | MKE | 1.2 | 12/21/2014 20:08 | 12/21/2014 20:20 | FO | 31651 |
| 4842 | 12/23/2014 | Tuesday | CR9 | N809SK | MKE | DTW | 1.25 | 12/23/2014 5:43 | 12/23/2014 7:58 | FO | 31651 |
| 4754 | 12/23/2014 | Tuesday | CR9 | N809SK | DTW | IAH | 3.75 | 12/23/2014 8:47 | 12/23/2014 11:32 | FO | 31651 |
| 4492 | 12/24/2014 | Wednesday | CR9 | N679CA | IAH | SLC | 3.4666 | 12/24/2014 7:54 | 12/24/2014 10:22 | FO | 31651 |
| 4664 | 12/24/2014 | Wednesday | CR9 | N800SK | SLC | ORD | 3.1333 | 12/24/2014 13:44 | 12/24/2014 17:52 | FO | 31651 |
| 6365 | 12/29/2014 | Monday | CR6 | N742SK | ORD | MSN | 0.7833 | 12/29/2014 17:01 | 12/29/2014 17:48 | FO | 31651 |
| 6411 | 12/29/2014 | Monday | CR6 | N742SK | MSN | ORD | 0.9 | 12/29/2014 18:16 | 12/29/2014 19:10 | FO | 31651 |
| 6198 | 12/29/2014 | Monday | CR6 | N742SK | ORD | AUS | 3.0666 | 12/29/2014 20:13 | 12/29/2014 23:17 | FO | 31651 |
| 5481 | 12/30/2014 | Tuesday | CR6 | N719SK | IAH | COS | 2.5666 | 12/30/2014 21:46 | 12/30/2014 23:20 | FO | 31651 |
| 6275 | 12/31/2014 | Wednesday | CR6 | N786SK | COS | LAX | 2.5833 | 12/31/2014 12:23 | 12/31/2014 13:58 | FO | 31651 |
| 6528 | 12/31/2014 | Wednesday | CR6 | N786SK | LAX | OKC | 2.65 | 12/31/2014 15:51 | 12/31/2014 20:30 | FO | 31651 |
| 6231 | 1/1/2015 | Thursday | CR6 | N765SK | OKC | ORD | 1.7 | 1/1/2015 17:49 | 1/1/2015 19:31 | FO | 31651 |
| 4642 | 1/5/2015 | Monday | CRJ | N910EV | CVG | CLT | 1.15 | 1/5/2015 16:43 | 1/5/2015 17:52 | FO | 31651 |
| 4642 | 1/5/2015 | Monday | CRJ | N910EV | CLT | CVG | 1.4333 | 1/5/2015 18:10 | 1/5/2015 19:36 | FO | 31651 |
| 4457 | 1/6/2015 | Tuesday | CRJ | N432SW | GRR | DTW | 1.2166 | 1/6/2015 14:12 | 1/6/2015 15:25 | FO | 31651 |
| 7367 | 1/6/2015 | Tuesday | CRJ | N439SW | DTW | APN | 1.3166 | 1/6/2015 17:04 | 1/6/2015 18:23 | FO | 31651 |
| 7367 | 1/6/2015 | Tuesday | CRJ | N439SW | APN | DTW | 1.1 | 1/6/2015 18:40 | 1/6/2015 19:46 | FO | 31651 |
| 4567 | 1/6/2015 | Tuesday | CRJ | N439SW | DTW | PLN | 1.2166 | 1/6/2015 20:16 | 1/6/2015 21:29 | FO | 31651 |
| 4570 | 1/7/2015 | Wednesday | CRJ | N915EV | PLN | DTW | 1.4 | 1/7/2015 13:52 | 1/7/2015 15:16 | FO | 31651 |
| 4810 | 1/7/2015 | Wednesday | CRJ | N432SW | DTW | GRB | 1.2833 | 1/7/2015 16:16 | 1/7/2015 16:33 | FO | 31651 |
| 4810 | 1/7/2015 | Wednesday | CRJ | N432SW | GRB | DTW | 1.2 | 1/7/2015 16:54 | 1/7/2015 19:06 | FO | 31651 |
| 4567 | 1/7/2015 | Wednesday | CRJ | N432SW | DTW | PLN | 1.2166 | 1/7/2015 19:52 | 1/7/2015 21:05 | FO | 31651 |
| 4570 | 1/8/2015 | Thursday | CRJ | N913EV | PLN | DTW | 1.15 | 1/8/2015 17:22 | 1/8/2015 18:31 | FO | 31651 |
| 4650 | 1/12/2015 | Monday | CRJ | N445SW | DTW | LAN | 0.6666 | 1/12/2015 12:29 | 1/12/2015 13:09 | FO | 31651 |
| 4650 | 1/12/2015 | Monday | CRJ | N445SW | LAN | DTW | 0.7833 | 1/12/2015 13:44 | 1/12/2015 14:31 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7367 | 1/12/2015 | Monday | CRJ | N452SW | DTW | APN | 1.0833 | 1/12/2015 15:47 | 1/12/2015 16:52 | FO | 31651 |
| 7367 | 1/12/2015 | Monday | CRJ | N452SW | APN | DTW | 1.2333 | 1/12/2015 17:22 | 1/12/2015 18:36 | FO | 31651 |
| 4754 | 1/12/2015 | Monday | CRJ | N452SW | DTW | SBN | 1.0666 | 1/12/2015 19:39 | 1/12/2015 20:43 | FO | 31651 |
| 4546 | 1/13/2015 | Tuesday | CRJ | N438SW | SBN | ATL | 2.35 | 1/13/2015 8:03 | 1/13/2015 10:24 | FO | 31651 |
| 4839 | 1/13/2015 | Tuesday | CRJ | N438SW | ATL | CID | 2.15 | 1/13/2015 10:54 | 1/13/2015 12:03 | FO | 31651 |
| 4549 | 1/14/2015 | Wednesday | CRJ | N443SW | CID | MSP | 1.25 | 1/14/2015 6:55 | 1/14/2015 8:10 | FO | 31651 |
| 4441 | 1/14/2015 | Wednesday | CRJ | N443SW | MSP | XNA | 1.75 | 1/14/2015 9:05 | 1/14/2015 10:50 | FO | 31651 |
| 4441 | 1/14/2015 | Wednesday | CRJ | N443SW | XNA | MSP | 1.75 | 1/14/2015 11:32 | 1/14/2015 13:17 | FO | 31651 |
| 4616 | 1/19/2015 | Monday | CR9 | N816SK | ORD | SLC | 3.65 | 1/19/2015 16:28 | 1/19/2015 19:07 | FO | 31651 |
| 4855 | 1/19/2015 | Monday | CR9 | N816SK | SLC | IAH | 2.5666 | 1/19/2015 20:02 | 1/19/2015 23:36 | FO | 31651 |
| 4634 | 1/20/2015 | Tuesday | CR9 | N170PQ | IAH | SLC | 3.4666 | 1/20/2015 11:52 | 1/20/2015 14:20 | FO | 31651 |
| 4499 | 1/20/2015 | Tuesday | CR9 | N170PQ | SLC | ABQ | 1.6166 | 1/20/2015 15:23 | 1/20/2015 17:00 | FO | 31651 |
| 4499 | 1/20/2015 | Tuesday | CR9 | N170PQ | ABQ | SLC | 1.6 | 1/20/2015 18:26 | 1/20/2015 20:02 | FO | 31651 |
| 4797 | 1/21/2015 | Wednesday | CR9 | N161PQ | SLC | SNA | 1.8833 | 1/21/2015 8:34 | 1/21/2015 9:27 | FO | 31651 |
| 4742 | 1/22/2015 | Thursday | CR9 | N804SK | SNA | SLC | 2.05 | 1/22/2015 7:00 | 1/22/2015 10:03 | FO | 31651 |
| 4616 | 1/22/2015 | Thursday | CR9 | N804SK | SLC | ORD | 3.2833 | 1/22/2015 11:14 | 1/22/2015 15:31 | FO | 31651 |
| 4562 | 1/26/2015 | Monday | CRJ | N8903A | CVG | MSN | 1.35 | 1/26/2015 17:30 | 1/26/2015 17:51 | FO | 31651 |
| 4745 | 1/26/2015 | Monday | CRJ | N8903A | MSN | CVG | 1.7 | 1/26/2015 18:08 | 1/26/2015 20:50 | FO | 31651 |
| 4501 | 1/26/2015 | Monday | CRJ | N437SW | CVG | GRR | 0.9833 | 1/26/2015 21:20 | 1/26/2015 22:19 | FO | 31651 |
| 4457 | 1/27/2015 | Tuesday | CRJ | N433SW | GRR | DTW | 0.9833 | 1/27/2015 13:41 | 1/27/2015 14:40 | FO | 31651 |
| 4559 | 1/27/2015 | Tuesday | CRJ | N427SW | DTW | SBN | 0.8666 | 1/27/2015 15:27 | 1/27/2015 16:19 | FO | 31651 |
| 4698 | 1/27/2015 | Tuesday | CRJ | N452SW | SBN | DTW | 1.1 | 1/27/2015 17:55 | 1/27/2015 19:01 | FO | 31651 |
| 4612 | 1/27/2015 | Tuesday | CRJ | N452SW | DTW | CIU | 1.45 | 1/27/2015 19:47 | 1/27/2015 21:14 | FO | 31651 |
| 4492 | 1/28/2015 | Wednesday | CRJ | N452SW | CIU | DTW | 1.05 | 1/28/2015 13:41 | 1/28/2015 14:44 | FO | 31651 |
| 4596 | 1/28/2015 | Wednesday | CRJ | N433SW | DTW | SBN | 0.8333 | 1/28/2015 17:28 | 1/28/2015 18:18 | FO | 31651 |
| 4756 | 1/29/2015 | Thursday | CRJ | N433SW | SBN | DTW | 1.3333 | 1/29/2015 6:37 | 1/29/2015 7:57 | FO | 31651 |
| 4757 | 1/29/2015 | Thursday | CRJ | N433SW | DTW | YUL | 2.3 | 1/29/2015 8:41 | 1/29/2015 10:59 | FO | 31651 |
| 4734 | 1/29/2015 | Thursday | CRJ | N433SW | YUL | DTW | 1.7166 | 1/29/2015 12:11 | 1/29/2015 13:54 | FO | 31651 |
| 5559 | 2/1/2015 | Sunday | CR6 | N713SK | ORD | YYC | 4.1 | 2/1/2015 11:17 | 2/1/2015 14:23 | FO | 31651 |
| 6348 | 2/1/2015 | Sunday | CR6 | N713SK | YYC | SFO | 2.9 | 2/1/2015 14:59 | 2/1/2015 16:53 | FO | 31651 |
| 6400 | 2/2/2015 | Monday | CR6 | N719SK | EUG | SFO | 1.5166 | 2/2/2015 8:17 | 2/2/2015 9:48 | FO | 31651 |
| 6280 | 2/2/2015 | Monday | CR6 | N719SK | SFO | SNA | 1.6 | 2/2/2015 10:38 | 2/2/2015 12:14 | FO | 31651 |
| 6502 | 2/3/2015 | Tuesday | CR6 | N719SK | SNA | SFO | 1.7333 | 2/3/2015 6:40 | 2/3/2015 8:24 | FO | 31651 |
| 6280 | 2/3/2015 | Tuesday | CR6 | N719SK | SFO | SNA | 1.5666 | 2/3/2015 10:42 | 2/3/2015 12:16 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6296 | 2/3/2015 | Tuesday | CR6 | N719SK | SNA | SFO | 1.3666 | 2/3/2015 12:47 | 2/3/2015 14:09 | FO | 31651 |
| 6497 | 2/4/2015 | Wednesday | CR6 | N703SK | FAT | DEN | 2.2833 | 2/4/2015 5:59 | 2/4/2015 9:16 | FO | 31651 |
| 5488 | 2/4/2015 | Wednesday | CR6 | N703SK | DEN | DAY | 2.7333 | 2/4/2015 10:05 | 2/4/2015 14:49 | FO | 31651 |
| 6459 | 2/4/2015 | Wednesday | CR6 | N703SK | DAY | ORD | 1.2666 | 2/4/2015 15:10 | 2/4/2015 15:26 | FO | 31651 |
| 4574 | 2/8/2015 | Sunday | CR9 | N821SK | DTW | MKE | 1.6666 | 2/8/2015 21:43 | 2/8/2015 22:23 | FO | 31651 |
| 4472 | 2/10/2015 | Tuesday | CR9 | N824SK | MKE | DTW | 1.3166 | 2/10/2015 5:43 | 2/10/2015 8:02 | FO | 31651 |
| 4519 | 2/10/2015 | Tuesday | CR9 | N824SK | DTW | IAH | 3.3666 | 2/10/2015 8:49 | 2/10/2015 11:11 | FO | 31651 |
| 4646 | 2/11/2015 | Wednesday | CR9 | N821SK | IAH | MSP | 2.9666 | 2/11/2015 7:23 | 2/11/2015 10:21 | FO | 31651 |
| 4587 | 2/11/2015 | Wednesday | CR7 | N617QX | MSP | FSD | 0.9833 | 2/11/2015 13:53 | 2/11/2015 14:52 | FO | 31651 |
| 4587 | 2/11/2015 | Wednesday | CR7 | N617QX | FSD | MSP | 0.9333 | 2/11/2015 15:22 | 2/11/2015 16:18 | FO | 31651 |
| 4971 | 2/16/2015 | Monday | CR6 | N715SK | CVG | ORD | 1.5833 | 2/16/2015 8:08 | 2/16/2015 8:43 | FO | 31651 |
| 4628 | 2/18/2015 | Wednesday | CRJ | N659BR | DTW | LAN | 0.75 | 2/18/2015 12:05 | 2/18/2015 12:50 | FO | 31651 |
| 4628 | 2/18/2015 | Wednesday | CRJ | N659BR | LAN | DTW | 1 | 2/18/2015 13:22 | 2/18/2015 14:22 | FO | 31651 |
| 4542 | 2/18/2015 | Wednesday | CRJ | N659BR | DTW | SBN | 1.9833 | 2/18/2015 16:43 | 2/18/2015 18:42 | FO | 31651 |
| 4756 | 2/19/2015 | Thursday | CRJ | N446SW | SBN | DTW | 1.3166 | 2/19/2015 8:35 | 2/19/2015 9:54 | FO | 31651 |
| 4487 | 2/19/2015 | Thursday | CRJ | N446SW | DTW | GRB | 1.1666 | 2/19/2015 10:18 | 2/19/2015 10:28 | FO | 31651 |
| 4487 | 2/19/2015 | Thursday | CRJ | N446SW | GRB | DTW | 1.3 | 2/19/2015 10:49 | 2/19/2015 13:07 | FO | 31651 |
| 6422 | 2/22/2015 | Sunday | CR6 | N732SK | ORD | MSP | 1.4666 | 2/22/2015 12:12 | 2/22/2015 13:40 | FO | 31651 |
| 5639 | 2/22/2015 | Sunday | CR6 | N748SK | MSP | MSP | 0.3666 | 2/22/2015 16:46 | 2/22/2015 17:08 | FO | 31651 |
| 5639 | 2/22/2015 | Sunday | CR6 | N748SK | MSP | LAX | 4.15 | 2/22/2015 17:42 | 2/22/2015 19:51 | FO | 31651 |
| 4999 | 2/23/2015 | Monday | CR6 | N718SK | LAX | HDN | 1.8333 | 2/23/2015 13:02 | 2/23/2015 15:52 | FO | 31651 |
| 5618 | 2/23/2015 | Monday | CR6 | N718SK | HDN | LAX | 2.2333 | 2/23/2015 16:20 | 2/23/2015 17:34 | FO | 31651 |
| 6296 | 2/23/2015 | Monday | CR6 | N778SK | LAX | DFW | 2.6666 | 2/23/2015 19:05 | 2/23/2015 23:45 | FO | 31651 |
| 5620 | 2/24/2015 | Tuesday | CR6 | N772SK | DFW | LAX | 3.5 | 2/24/2015 16:21 | 2/24/2015 17:51 | FO | 31651 |
| 6445 | 2/24/2015 | Tuesday | CR6 | N732SK | LAX | TUS | 1.45 | 2/24/2015 18:53 | 2/24/2015 21:20 | FO | 31651 |
| 5267 | 2/25/2015 | Wednesday | CR6 | N748SK | TUS | TUS | 0.6833 | 2/25/2015 9:08 | 2/25/2015 9:49 | FO | 31651 |
| 5267 | 2/25/2015 | Wednesday | CR6 | N748SK | TUS | IAH | 2.0833 | 2/25/2015 12:39 | 2/25/2015 15:44 | FO | 31651 |
| 5546 | 2/25/2015 | Wednesday | CR6 | N748SK | IAH | STL | 1.9166 | 2/25/2015 16:12 | 2/25/2015 18:07 | FO | 31651 |
| 5499 | 2/25/2015 | Wednesday | CR6 | N748SK | STL | ORD | 2.0166 | 2/25/2015 18:40 | 2/25/2015 20:41 | FO | 31651 |
| 5237 | 3/1/2015 | Sunday | CR6 | N760SK | ORD | FSD | 1.8166 | 3/1/2015 22:15 | 3/2/2015 0:04 | FO | 31651 |
| 4992 | 3/3/2015 | Tuesday | CR6 | N718SK | FSD | ORD | 1.95 | 3/3/2015 6:00 | 3/3/2015 7:57 | FO | 31651 |
| 4992 | 3/3/2015 | Tuesday | CR6 | N718SK | ORD | SYR | 2.9333 | 3/3/2015 10:24 | 3/3/2015 14:20 | FO | 31651 |
| 3276 | 3/3/2015 | Tuesday | CR6 | N718SK | SYR | ORD | 2.7666 | 3/3/2015 17:10 | 3/3/2015 18:56 | FO | 31651 |
| 6488 | 3/16/2015 | Monday | CR6 | N793SK | ORD | SAT | 2.8166 | 3/16/2015 16:38 | 3/16/2015 19:27 | FO | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5525 | 3/16/2015 | Monday | CR6 | N793SK | SAT | DEN | 2.1166 | 3/16/2015 20:05 | 3/16/2015 21:12 | FO | 31651 |
| 6259 | 3/16/2015 | Monday | CR6 | N730SK | DEN | COS | 0.6 | 3/16/2015 22:04 | 3/16/2015 22:40 | FO | 31651 |
| 5268 | 3/17/2015 | Tuesday | CR6 | N730SK | COS | DEN | 0.8666 | 3/17/2015 11:06 | 3/17/2015 11:58 | FO | 31651 |
| 5595 | 3/17/2015 | Tuesday | CR6 | N730SK | DEN | AUS | 2.2166 | 3/17/2015 13:02 | 3/17/2015 16:15 | FO | 31651 |
| 4984 | 3/18/2015 | Wednesday | CR6 | N702SK | AUS | IAH | 0.8666 | 3/18/2015 6:20 | 3/18/2015 7:12 | FO | 31651 |
| 6424 | 3/18/2015 | Wednesday | CR6 | N770SK | IAH | MEX | 2.2166 | 3/18/2015 8:03 | 3/18/2015 9:16 | FO | 31651 |
| 6423 | 3/19/2015 | Thursday | CR6 | N792SK | MEX | IAH | 2.6666 | 3/19/2015 6:46 | 3/19/2015 10:26 | FO | 31651 |
| 5201 | 3/19/2015 | Thursday | CR6 | N753SK | IAH | CVG | 2.35 | 3/19/2015 13:07 | 3/19/2015 16:28 | FO | 31651 |
| 6213 | 3/19/2015 | Thursday | CR6 | N753SK | CVG | ORD | 1.4333 | 3/19/2015 17:01 | 3/19/2015 17:27 | FO | 31651 |
| 5226 | 3/30/2015 | Monday | CR6 | N772SK | ORD | IND | 0.7833 | 3/30/2015 17:51 | 3/30/2015 19:38 | FO | 31651 |
| 6203 | 3/30/2015 | Monday | CR6 | N772SK | IND | DEN | 2.8166 | 3/30/2015 20:14 | 3/30/2015 21:03 | FO | 31651 |
| 6419 | 3/30/2015 | Monday | CR6 | N772SK | DEN | ICT | 1.4166 | 3/30/2015 22:00 | 3/31/2015 0:25 | FO | 31651 |
| 5170 | 4/1/2015 | Wednesday | CR6 | N789SK | ICT | IAH | 1.95 | 4/1/2015 6:04 | 4/1/2015 8:01 | FO | 31651 |
| 5157 | 4/1/2015 | Wednesday | CR6 | N789SK | IAH | BFL | 4.1333 | 4/1/2015 9:09 | 4/1/2015 11:17 | FO | 31651 |
| 5156 | 4/2/2015 | Thursday | CR6 | N710SK | BFL | IAH | 3.3 | 4/2/2015 6:34 | 4/2/2015 11:52 | FO | 31651 |
| 5201 | 4/2/2015 | Thursday | CR6 | N706SK | IAH | CVG | 2.3666 | 4/2/2015 13:05 | 4/2/2015 16:27 | FO | 31651 |
| 6213 | 4/2/2015 | Thursday | CR6 | N706SK | CVG | ORD | 1.0333 | 4/2/2015 17:04 | 4/2/2015 17:06 | FO | 31651 |
| 4527 | 5/17/2015 | Sunday | CRJ | N445SW | MSP | GRR | 1.3166 | 5/17/2015 7:29 | 5/17/2015 9:48 | FO | 31651 |
| 4591 | 5/17/2015 | Sunday | CRJ | N445SW | GRR | DTW | 0.85 | 5/17/2015 10:18 | 5/17/2015 11:09 | FO | 31651 |
| 4666 | 5/17/2015 | Sunday | CRJ | N445SW | DTW | PLN | 1.0333 | 5/17/2015 11:56 | 5/17/2015 12:58 | FO | 31651 |
| 4714 | 5/18/2015 | Monday | CRJ | N455SW | PLN | DTW | 0.9666 | 5/18/2015 5:55 | 5/18/2015 6:53 | FO | 31651 |
| 7369 | 5/18/2015 | Monday | CRJ | N455SW | DTW | APN | 1.0333 | 5/18/2015 8:27 | 5/18/2015 9:29 | FO | 31651 |
| 7369 | 5/18/2015 | Monday | CRJ | N455SW | APN | DTW | 1.0166 | 5/18/2015 10:07 | 5/18/2015 11:08 | FO | 31651 |
| 7402 | 5/18/2015 | Monday | CRJ | N455SW | DTW | ESC | 1.15 | 5/18/2015 11:55 | 5/18/2015 13:04 | FO | 31651 |
| 7368 | 5/19/2015 | Tuesday | CRJ | N602XJ | ESC | DTW | 1.1166 | 5/19/2015 5:27 | 5/19/2015 6:34 | FO | 31651 |
| 4812 | 5/19/2015 | Tuesday | CRJ | N602XJ | DTW | FWA | 0.9166 | 5/19/2015 8:53 | 5/19/2015 9:48 | FO | 31651 |
| 4852 | 5/20/2015 | Wednesday | CRJ | N429SW | FWA | DTW | 0.8 | 5/20/2015 5:55 | 5/20/2015 6:43 | FO | 31651 |
| 4510 | 5/20/2015 | Wednesday | CRJ | N429SW | DTW | CMH | 0.8666 | 5/20/2015 7:28 | 5/20/2015 8:20 | FO | 31651 |
| 4741 | 5/20/2015 | Wednesday | CRJ | N429SW | CMH | MSP | 1.7833 | 5/20/2015 9:00 | 5/20/2015 9:47 | FO | 31651 |
| 2826 | 5/24/2015 | Sunday | CRJ | N928EV | ORD | ICT | 2.0666 | 5/24/2015 21:50 | 5/24/2015 23:54 | FO | 31651 |
| 2843 | 5/25/2015 | Monday | CRJ | N928EV | ICT | ORD | 1.7166 | 5/25/2015 6:05 | 5/25/2015 7:48 | FO | 31651 |
| 5159 | 5/27/2015 | Wednesday | CR6 | N767SK | DEN | AUS | 2.0666 | 5/27/2015 15:22 | 5/27/2015 18:26 | FO | 31651 |
| 5532 | 5/27/2015 | Wednesday | CR6 | N705SK | AUS | LAX | 3.3333 | 5/27/2015 21:05 | 5/27/2015 22:25 | FO | 31651 |
| 6377 | 5/27/2015 | Wednesday | CR6 | N718SK | LAX | SAN | 0.8833 | 5/27/2015 23:04 | 5/27/2015 23:57 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5610 | 5/28/2015 | Thursday | CR6 | N791SK | SAN | LAX | 0.7333 | 5/28/2015 11:19 | 5/28/2015 12:03 | FO | 31651 |
| 5610 | 5/28/2015 | Thursday | CR6 | N791SK | LAX | SAT | 2.9166 | 5/28/2015 12:49 | 5/28/2015 17:44 | FO | 31651 |
| 6516 | 5/28/2015 | Thursday | CR6 | N791SK | SAT | IAH | 0.9666 | 5/28/2015 18:32 | 5/28/2015 19:30 | FO | 31651 |
| 6430 | 5/28/2015 | Thursday | CR6 | N792SK | IAH | MEX | 2.75 | 5/28/2015 20:55 | 5/28/2015 23:40 | FO | 31651 |
| 6487 | 5/29/2015 | Friday | CR6 | N792SK | MEX | IAH | 2.3666 | 5/29/2015 11:57 | 5/29/2015 14:19 | FO | 31651 |
| 6275 | 5/29/2015 | Friday | CR6 | N792SK | IAH | MEM | 1.3666 | 5/29/2015 15:46 | 5/29/2015 17:08 | FO | 31651 |
| 5535 | 5/29/2015 | Friday | CR6 | N792SK | MEM | DEN | 2.4 | 5/29/2015 17:41 | 5/29/2015 19:05 | FO | 31651 |
| 5311 | 6/2/2015 | Tuesday | CRJ | N986SW | ORD | MKE | 0.7166 | 6/2/2015 9:45 | 6/2/2015 10:28 | FO | 31651 |
| 5297 | 6/2/2015 | Tuesday | CRJ | N986SW | MKE | ORD | 0.9166 | 6/2/2015 10:51 | 6/2/2015 11:46 | FO | 31651 |
| 5409 | 6/2/2015 | Tuesday | CRJ | N986SW | ORD | SPI | 0.8833 | 6/2/2015 12:18 | 6/2/2015 13:11 | FO | 31651 |
| 5299 | 6/2/2015 | Tuesday | CRJ | N986SW | SPI | ORD | 0.7833 | 6/2/2015 13:48 | 6/2/2015 14:35 | FO | 31651 |
| 5472 | 6/2/2015 | Tuesday | CRJ | N986SW | ORD | SPI | 1.05 | 6/2/2015 16:09 | 6/2/2015 17:12 | FO | 31651 |
| 5300 | 6/2/2015 | Tuesday | CRJ | N986SW | SPI | ORD | 0.8833 | 6/2/2015 17:39 | 6/2/2015 18:32 | FO | 31651 |
| 5238 | 6/8/2015 | Monday | CRJ | N494CA | ORD | DSM | 1.45 | 6/8/2015 7:29 | 6/8/2015 8:56 | FO | 31651 |
| 6399 | 6/8/2015 | Monday | CRJ | N494CA | DSM | DEN | 2.15 | 6/8/2015 9:29 | 6/8/2015 10:38 | FO | 31651 |
| 6192 | 6/8/2015 | Monday | CRJ | N494CA | DEN | SBA | 2.85 | 6/8/2015 11:04 | 6/8/2015 12:55 | FO | 31651 |
| 5632 | 6/9/2015 | Tuesday | CRJ | N929SW | SBA | SFO | 1.1333 | 6/9/2015 5:59 | 6/9/2015 7:07 | FO | 31651 |
| 5460 | 6/9/2015 | Tuesday | CRJ | N929SW | SFO | RDM | 1.7833 | 6/9/2015 8:46 | 6/9/2015 10:33 | FO | 31651 |
| 5325 | 6/9/2015 | Tuesday | CRJ | N929SW | RDM | SFO | 1.6 | 6/9/2015 11:55 | 6/9/2015 13:31 | FO | 31651 |
| 5374 | 6/9/2015 | Tuesday | CRJ | N929SW | SFO | RDM | 1.5333 | 6/9/2015 14:06 | 6/9/2015 15:38 | FO | 31651 |
| 6224 | 6/10/2015 | Wednesday | CRJ | N905SW | RDM | DEN | 2.6166 | 6/10/2015 5:40 | 6/10/2015 9:17 | FO | 31651 |
| 5547 | 6/10/2015 | Wednesday | CRJ | N937SW | DEN | XNA | 1.8 | 6/10/2015 10:02 | 6/10/2015 12:50 | FO | 31651 |
| 5194 | 6/10/2015 | Wednesday | CRJ | N937SW | XNA | ORD | 1.7333 | 6/10/2015 13:26 | 6/10/2015 15:10 | FO | 31651 |
| 4825 | 6/14/2015 | Sunday | CRJ | N449SW | MSP | CVG | 1.9 | 6/14/2015 13:11 | 6/14/2015 16:05 | CA | 31651 |
| 4684 | 6/14/2015 | Sunday | CRJ | N602XJ | CVG | DTW | 1.45 | 6/14/2015 19:41 | 6/14/2015 21:08 | CA | 31651 |
| 7386 | 6/14/2015 | Sunday | CRJ | N602XJ | DTW | ESC | 1.2833 | 6/14/2015 21:39 | 6/14/2015 22:56 | CA | 31651 |
| 7402 | 6/15/2015 | Monday | CRJ | N915EV | ESC | MBS | 1.6833 | 6/15/2015 13:45 | 6/15/2015 15:26 | CA | 31651 |
| 7402 | 6/15/2015 | Monday | CRJ | N915EV | MBS | DTW | 0.75 | 6/15/2015 16:05 | 6/15/2015 16:50 | CA | 31651 |
| 7367 | 6/15/2015 | Monday | CRJ | N8828D | DTW | APN | 1.0666 | 6/15/2015 18:43 | 6/15/2015 19:47 | CA | 31651 |
| 7367 | 6/15/2015 | Monday | CRJ | N8828D | APN | DTW | 1.15 | 6/15/2015 20:00 | 6/15/2015 21:09 | CA | 31651 |
| 4540 | 6/15/2015 | Monday | CRJ | N8828D | DTW | SBN | 0.8666 | 6/15/2015 22:00 | 6/15/2015 22:52 | CA | 31651 |
| 4793 | 6/16/2015 | Tuesday | CRJ | N441SW | SBN | DTW | 0.9 | 6/16/2015 10:39 | 6/16/2015 11:33 | CA | 31651 |
| 4549 | 6/16/2015 | Tuesday | CRJ | N441SW | DTW | DAY | 1.0833 | 6/16/2015 12:13 | 6/16/2015 13:18 | CA | 31651 |
| 4693 | 6/17/2015 | Wednesday | CRJ | N459SW | DAY | MSP | 1.95 | 6/17/2015 7:23 | 6/17/2015 8:20 | CA | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4550 | 6/17/2015 | Wednesday | CRJ | N459SW | MSP | DSM | 1.2 | 6/17/2015 9:17 | 6/17/2015 10:29 | CA | 31651 |
| 4550 | 6/17/2015 | Wednesday | CRJ | N459SW | DSM | MSP | 1 | 6/17/2015 11:05 | 6/17/2015 12:05 | CA | 31651 |
| 5345 | 6/21/2015 | Sunday | CRJ | N908SW | ORD | GRR | 0.7833 | 6/21/2015 17:19 | 6/21/2015 19:06 | CA | 31651 |
| 2496 | 6/21/2015 | Sunday | CRJ | N908SW | GRR | ORD | 0.9166 | 6/21/2015 22:45 | 6/21/2015 22:40 | CA | 31651 |
| 5329 | 6/21/2015 | Sunday | CRJ | N978SW | ORD | AVL | 1.7166 | 6/21/2015 23:22 | 6/22/2015 2:05 | CA | 31651 |
| 2510 | 6/22/2015 | Monday | CRJ | N920SW | AVL | DLH | 2.4666 | 6/22/2015 18:40 | 6/22/2015 20:08 | CA | 31651 |
| 5322 | 6/23/2015 | Tuesday | CRJ | N916SW | DLH | ORD | 1.45 | 6/23/2015 14:29 | 6/23/2015 15:56 | CA | 31651 |
| 5479 | 6/23/2015 | Tuesday | CRJ | N916SW | ORD | MKE | 0.8833 | 6/23/2015 16:33 | 6/23/2015 17:26 | CA | 31651 |
| 5298 | 6/23/2015 | Tuesday | CRJ | N916SW | MKE | ORD | 0.8166 | 6/23/2015 17:54 | 6/23/2015 18:43 | CA | 31651 |
| 5322 | 6/23/2015 | Tuesday | CRJ | N916SW | ORD | FWA | 1.0333 | 6/23/2015 19:26 | 6/23/2015 21:28 | CA | 31651 |
| 5345 | 6/24/2015 | Wednesday | CRJ | N978SW | FWA | ORD | 1.0333 | 6/24/2015 14:56 | 6/24/2015 14:58 | CA | 31651 |
| 5447 | 6/24/2015 | Wednesday | CRJ | N471CA | ORD | DLH | 1.35 | 6/24/2015 16:27 | 6/24/2015 17:48 | CA | 31651 |
| 5319 | 6/24/2015 | Wednesday | CRJ | N471CA | DLH | ORD | 1.4833 | 6/24/2015 18:27 | 6/24/2015 19:56 | CA | 31651 |
| 5345 | 6/28/2015 | Sunday | CRJ | N920SW | ORD | MBS | 1.05 | 6/28/2015 17:24 | 6/28/2015 19:27 | CA | 31651 |
| 5382 | 6/28/2015 | Sunday | CRJ | N920SW | MBS | ORD | 0.8833 | 6/28/2015 19:50 | 6/28/2015 19:43 | CA | 31651 |
| 4478 | 6/29/2015 | Monday | CR9 | N548CA | ORD | SLC | 3.3 | 6/29/2015 7:58 | 6/29/2015 10:16 | FO | 31651 |
| 4616 | 6/29/2015 | Monday | CR9 | N548CA | SLC | MSN | 3.3666 | 6/29/2015 11:12 | 6/29/2015 15:34 | FO | 31651 |
| 4616 | 6/29/2015 | Monday | CR9 | N548CA | MSN | ORD | 1.0833 | 6/29/2015 16:24 | 6/29/2015 17:29 | FO | 31651 |
| 5378 | 7/1/2015 | Wednesday | CRJ | N930SW | ORD | PAH | 1.2166 | 7/1/2015 22:16 | 7/1/2015 23:29 | CA | 31651 |
| 5429 | 7/2/2015 | Thursday | CRJ | N930SW | PAH | ORD | 1.4666 | 7/2/2015 6:17 | 7/2/2015 7:45 | CA | 31651 |
| 4478 | 7/5/2015 | Sunday | CR9 | N693CA | ORD | SLC | 3.1333 | 7/5/2015 7:58 | 7/5/2015 10:06 | CA | 31651 |
| 4439 | 7/6/2015 | Monday | CR7 | N609SK | BOI | SEA | 1.45 | 7/6/2015 6:28 | 7/6/2015 6:55 | CA | 31651 |
| 4758 | 7/6/2015 | Monday | CR9 | N679CA | SEA | GEG | 1.2 | 7/6/2015 8:02 | 7/6/2015 9:14 | CA | 31651 |
| 4758 | 7/6/2015 | Monday | CR9 | N679CA | GEG | SEA | 1.1666 | 7/6/2015 9:42 | 7/6/2015 10:52 | CA | 31651 |
| 4484 | 7/6/2015 | Monday | CR9 | N679CA | SEA | YVR | 1.3333 | 7/6/2015 11:47 | 7/6/2015 13:07 | CA | 31651 |
| 4805 | 7/7/2015 | Tuesday | CR7 | N604SK | YVR | SEA | 0.8 | 7/7/2015 6:03 | 7/7/2015 6:51 | CA | 31651 |
| 4601 | 7/7/2015 | Tuesday | CR7 | N604SK | SEA | SMF | 1.8166 | 7/7/2015 7:59 | 7/7/2015 9:48 | CA | 31651 |
| 4757 | 7/7/2015 | Tuesday | CR7 | N604SK | SMF | SLC | 1.65 | 7/7/2015 10:29 | 7/7/2015 13:08 | CA | 31651 |
| 4655 | 7/7/2015 | Tuesday | CR9 | N817SK | SLC | DEN | 1.3833 | 7/7/2015 15:02 | 7/7/2015 16:25 | CA | 31651 |
| 4535 | 7/8/2015 | Wednesday | CR7 | N617QX | DEN | SLC | 1.6833 | 7/8/2015 8:26 | 7/8/2015 10:07 | CA | 31651 |
| 4616 | 7/8/2015 | Wednesday | CR9 | N821SK | SLC | ORD | 3.1166 | 7/8/2015 11:15 | 7/8/2015 15:22 | CA | 31651 |
| 6397 | 7/12/2015 | Sunday | CRJ | N679SA | ORD | OMA | 1.5333 | 7/12/2015 17:55 | 7/12/2015 19:27 | CA | 31651 |
| 6458 | 7/12/2015 | Sunday | CRJ | N679SA | OMA | DEN | 1.7333 | 7/12/2015 20:03 | 7/12/2015 20:47 | CA | 31651 |
| 5357 | 7/12/2015 | Sunday | CRJ | N679SA | DEN | MAF | 2.2666 | 7/12/2015 21:59 | 7/13/2015 1:15 | CA | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5310 | 7/13/2015 | Monday | CRJ | N956SW | MAF | DEN | 1.7166 | 7/13/2015 17:26 | 7/13/2015 18:09 | CA | 31651 |
| 5599 | 7/13/2015 | Monday | CRJ | N980SW | DEN | MFR | 2.9 | 7/13/2015 19:10 | 7/13/2015 21:04 | CA | 31651 |
| 6408 | 7/14/2015 | Tuesday | CRJ | N946SW | SFO | EUG | 1.6166 | 7/14/2015 15:38 | 7/14/2015 17:15 | CA | 31651 |
| 5657 | 7/14/2015 | Tuesday | CRJ | N946SW | EUG | DEN | 2.6166 | 7/14/2015 17:35 | 7/14/2015 21:12 | CA | 31651 |
| 5168 | 7/14/2015 | Tuesday | CRJ | N946SW | DEN | LIT | 2.3333 | 7/14/2015 21:39 | 7/15/2015 0:59 | CA | 31651 |
| 4466 | 7/20/2015 | Monday | CRJ | N912EV | DTW | PLN | 1.0666 | 7/20/2015 11:31 | 7/20/2015 12:35 | CA | 31651 |
| 4854 | 7/21/2015 | Tuesday | CRJ | N685BR | PLN | DTW | 1.0333 | 7/21/2015 5:40 | 7/21/2015 6:42 | CA | 31651 |
| 4739 | 7/21/2015 | Tuesday | CRJ | N685BR | DTW | IAD | 1.3 | 7/21/2015 7:41 | 7/21/2015 8:59 | CA | 31651 |
| 4739 | 7/21/2015 | Tuesday | CRJ | N685BR | IAD | DTW | 1.3833 | 7/21/2015 9:40 | 7/21/2015 11:03 | CA | 31651 |
| 4854 | 7/22/2015 | Wednesday | CRJ | N8933B | PLN | DTW | 0.9333 | 7/22/2015 5:42 | 7/22/2015 6:38 | CA | 31651 |
| 4751 | 7/22/2015 | Wednesday | CRJ | N8933B | DTW | LAN | 0.8 | 7/22/2015 8:46 | 7/22/2015 9:34 | CA | 31651 |
| 4751 | 7/22/2015 | Wednesday | CRJ | N8933B | LAN | DTW | 0.7166 | 7/22/2015 10:19 | 7/22/2015 11:02 | CA | 31651 |
| 4679 | 7/22/2015 | Wednesday | CRJ | N8933B | DTW | CIU | 1.2166 | 7/22/2015 12:08 | 7/22/2015 13:21 | CA | 31651 |
| 4637 | 7/23/2015 | Thursday | CRJ | N426SW | CIU | DTW | 1.1833 | 7/23/2015 6:19 | 7/23/2015 7:30 | CA | 31651 |
| 7369 | 7/23/2015 | Thursday | CRJ | N426SW | DTW | APN | 1.1166 | 7/23/2015 8:42 | 7/23/2015 9:49 | CA | 31651 |
| 7369 | 7/23/2015 | Thursday | CRJ | N426SW | APN | DTW | 0.9666 | 7/23/2015 10:16 | 7/23/2015 11:14 | CA | 31651 |
| 4848 | 7/26/2015 | Sunday | CRJ | N8968E | ATL | FWA | 1.7 | 7/26/2015 13:40 | 7/26/2015 15:22 | CA | 31651 |
| 4846 | 7/27/2015 | Monday | CRJ | N438SW | FWA | ATL | 1.6166 | 7/27/2015 6:26 | 7/27/2015 8:03 | CA | 31651 |
| 4488 | 7/27/2015 | Monday | CRJ | N438SW | ATL | FWA | 1.5666 | 7/27/2015 9:00 | 7/27/2015 10:34 | CA | 31651 |
| 4846 | 7/28/2015 | Tuesday | CRJ | N449SW | FWA | ATL | 1.6166 | 7/28/2015 6:29 | 7/28/2015 8:06 | CA | 31651 |
| 4488 | 7/28/2015 | Tuesday | CRJ | N449SW | ATL | FWA | 1.7 | 7/28/2015 9:04 | 7/28/2015 10:46 | CA | 31651 |
| 4667 | 7/29/2015 | Wednesday | CRJ | N438SW | FWA | DTW | 0.7833 | 7/29/2015 5:59 | 7/29/2015 6:46 | CA | 31651 |
| 4739 | 7/29/2015 | Wednesday | CRJ | N438SW | DTW | IAD | 1.4 | 7/29/2015 7:43 | 7/29/2015 9:07 | CA | 31651 |
| 4739 | 7/29/2015 | Wednesday | CRJ | N438SW | IAD | DTW | 1.4166 | 7/29/2015 9:39 | 7/29/2015 11:04 | CA | 31651 |
| 7367 | 8/2/2015 | Sunday | CRJ | N809CA | DTW | APN | 1.1666 | 8/2/2015 16:12 | 8/2/2015 17:22 | CA | 31651 |
| 7367 | 8/2/2015 | Sunday | CRJ | N809CA | APN | DTW | 1.55 | 8/2/2015 17:39 | 8/2/2015 19:12 | CA | 31651 |
| 4525 | 8/2/2015 | Sunday | CRJ | N427SW | DTW | MSN | 1.6166 | 8/2/2015 20:08 | 8/2/2015 20:45 | CA | 31651 |
| 4525 | 8/2/2015 | Sunday | CRJ | N427SW | MSN | MKE | 0.65 | 8/2/2015 21:17 | 8/2/2015 21:56 | CA | 31651 |
| 4526 | 8/3/2015 | Monday | CRJ | N447SW | DTW | FWA | 0.8833 | 8/3/2015 15:54 | 8/3/2015 16:47 | CA | 31651 |
| 4823 | 8/3/2015 | Monday | CRJ | N447SW | FWA | ATL | 1.6333 | 8/3/2015 17:23 | 8/3/2015 19:01 | CA | 31651 |
| 4441 | 8/3/2015 | Monday | CRJ | N447SW | ATL | FWA | 1.6 | 8/3/2015 20:35 | 8/3/2015 22:11 | CA | 31651 |
| 4482 | 8/4/2015 | Tuesday | CRJ | N809CA | FWA | FWA | 0.4166 | 8/4/2015 16:06 | 8/4/2015 16:31 | CA | 31651 |
| 4482-2 | 8/4/2015 | Tuesday | CRJ | N809CA | FWA | FWA | 0.6833 | 8/4/2015 17:35 | 8/4/2015 18:16 | CA | 31651 |
| 4482 | 8/4/2015 | Tuesday | CRJ | N443SW | FWA | DTW | 0.7333 | 8/4/2015 21:22 | 8/4/2015 22:06 | CA | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4732 | 8/4/2015 | Tuesday | CRJ | N443SW | DTW | PLN | 1.0166 | 8/4/2015 22:37 | 8/4/2015 23:38 | CA | 31651 |
| 4466 | 8/5/2015 | Wednesday | CRJ | N8968E | PLN | DTW | 1.4333 | 8/5/2015 12:36 | 8/5/2015 14:02 | CA | 31651 |
| 4512 | 8/5/2015 | Wednesday | CRJ | N8968E | DTW | CVG | 0.95 | 8/5/2015 14:50 | 8/5/2015 15:47 | CA | 31651 |
| 4585 | 8/5/2015 | Wednesday | CRJ | N8968E | CVG | GRR | 1.0333 | 8/5/2015 16:17 | 8/5/2015 17:19 | CA | 31651 |
| 4585 | 8/5/2015 | Wednesday | CRJ | N8968E | GRR | CVG | 0.9666 | 8/5/2015 17:59 | 8/5/2015 18:57 | CA | 31651 |
| 4848 | 8/9/2015 | Sunday | CRJ | N463SW | ATL | FWA | 1.6 | 8/9/2015 13:46 | 8/9/2015 15:22 | CA | 31651 |
| 4667 | 8/10/2015 | Monday | CRJ | N447SW | FWA | DTW | 0.8333 | 8/10/2015 6:03 | 8/10/2015 6:53 | CA | 31651 |
| 4739 | 8/10/2015 | Monday | CRJ | N447SW | DTW | IAD | 1.4666 | 8/10/2015 7:47 | 8/10/2015 9:15 | CA | 31651 |
| 4739 | 8/10/2015 | Monday | CRJ | N447SW | IAD | DTW | 1.6 | 8/10/2015 10:00 | 8/10/2015 11:36 | CA | 31651 |
| 4679 | 8/10/2015 | Monday | CRJ | N447SW | DTW | CIU | 1.3166 | 8/10/2015 12:04 | 8/10/2015 13:23 | CA | 31651 |
| 4637 | 8/11/2015 | Tuesday | CRJ | N447SW | CIU | DTW | 1.4166 | 8/11/2015 6:35 | 8/11/2015 8:00 | CA | 31651 |
| 4751 | 8/11/2015 | Tuesday | CRJ | N447SW | DTW | LAN | 0.7666 | 8/11/2015 8:47 | 8/11/2015 9:33 | CA | 31651 |
| 4751 | 8/11/2015 | Tuesday | CRJ | N447SW | LAN | DTW | 0.75 | 8/11/2015 10:26 | 8/11/2015 11:11 | CA | 31651 |
| 5344 | 8/12/2015 | Wednesday | CRJ | N912SW | ORD | MBS | 1.15 | 8/12/2015 6:48 | 8/12/2015 8:57 | CA | 31651 |
| 5370 | 8/12/2015 | Wednesday | CRJ | N912SW | MBS | ORD | 1.15 | 8/12/2015 9:24 | 8/12/2015 9:33 | CA | 31651 |
| 5469 | 8/12/2015 | Wednesday | CR6 | N710SK | ORD | MKE | 0.7333 | 8/12/2015 10:53 | 8/12/2015 11:37 | CA | 31651 |
| 5447 | 8/12/2015 | Wednesday | CR6 | N710SK | MKE | ORD | 0.9666 | 8/12/2015 12:05 | 8/12/2015 13:03 | CA | 31651 |
| 5359 | 8/12/2015 | Wednesday | CRJ | N929SW | ORD | AVL | 2.25 | 8/12/2015 13:52 | 8/12/2015 17:07 | CA | 31651 |
| 5303 | 8/13/2015 | Thursday | CRJ | N874AS | AVL | ORD | 2.1166 | 8/13/2015 6:05 | 8/13/2015 7:12 | CA | 31651 |
| 5396 | 8/13/2015 | Thursday | CRJ | N874AS | ORD | MKE | 1 | 8/13/2015 7:43 | 8/13/2015 8:43 | CA | 31651 |
| 5409 | 8/13/2015 | Thursday | CRJ | N874AS | MKE | ORD | 0.8 | 8/13/2015 9:06 | 8/13/2015 9:54 | CA | 31651 |
| 5469 | 8/13/2015 | Thursday | CRJ | N874AS | ORD | MKE | 0.6166 | 8/13/2015 10:33 | 8/13/2015 11:10 | CA | 31651 |
| 5415 | 8/14/2015 | Friday | CRJ | N939SW | MKE | ORD | 1.0166 | 8/14/2015 7:33 | 8/14/2015 8:34 | CA | 31651 |
| 5303 | 8/14/2015 | Friday | CRJ | N939SW | ORD | MKE | 0.7333 | 8/14/2015 8:59 | 8/14/2015 9:43 | CA | 31651 |
| 5311 | 8/14/2015 | Friday | CRJ | N939SW | MKE | ORD | 0.9 | 8/14/2015 10:20 | 8/14/2015 11:14 | CA | 31651 |
| 5409 | 8/14/2015 | Friday | CRJ | N939SW | ORD | SPI | 1.3 | 8/14/2015 12:14 | 8/14/2015 13:32 | CA | 31651 |
| 5329 | 8/14/2015 | Friday | CRJ | N939SW | SPI | ORD | 0.95 | 8/14/2015 14:00 | 8/14/2015 14:57 | CA | 31651 |
| 2922 | 8/19/2015 | Wednesday | CRJ | N498CA | ORD | MKE | 0.75 | 8/19/2015 8:27 | 8/19/2015 9:12 | CA | 31651 |
| 2922 | 8/19/2015 | Wednesday | CRJ | N498CA | MKE | ORD | 0.9833 | 8/19/2015 9:38 | 8/19/2015 10:37 | CA | 31651 |
| 2920 | 8/19/2015 | Wednesday | CRJ | N498CA | ORD | MKE | 0.6333 | 8/19/2015 11:18 | 8/19/2015 11:56 | CA | 31651 |
| 2920 | 8/19/2015 | Wednesday | CRJ | N498CA | MKE | ORD | 0.85 | 8/19/2015 12:38 | 8/19/2015 13:29 | CA | 31651 |
| 2936 | 8/19/2015 | Wednesday | CRJ | N928EV | ORD | CHO | 1.8 | 8/19/2015 15:12 | 8/19/2015 18:00 | CA | 31651 |
| 2939 | 8/20/2015 | Thursday | CRJ | N423SW | CHO | ORD | 1.95 | 8/20/2015 6:03 | 8/20/2015 7:00 | CA | 31651 |
| 2939 | 8/20/2015 | Thursday | CRJ | N423SW | ORD | YUL | 2.2166 | 8/20/2015 7:38 | 8/20/2015 10:51 | CA | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2937 | 8/21/2015 | Friday | CRJ | N930EV | YUL | ORD | 2.3333 | 8/21/2015 8:32 | 8/21/2015 9:52 | CA | 31651 |
| 2934 | 8/21/2015 | Friday | CRJ | N930EV | ORD | ICT | 1.6166 | 8/21/2015 10:23 | 8/21/2015 12:00 | CA | 31651 |
| 2934 | 8/21/2015 | Friday | CRJ | N930EV | ICT | ORD | 1.8666 | 8/21/2015 12:23 | 8/21/2015 14:15 | CA | 31651 |
| 5308 | 8/24/2015 | Monday | CRJ | N958SW | ORD | AVL | 1.5666 | 8/24/2015 5:59 | 8/24/2015 8:33 | CA | 31651 |
| 5299 | 8/24/2015 | Monday | CRJ | N958SW | AVL | ORD | 1.9833 | 8/24/2015 9:54 | 8/24/2015 10:53 | CA | 31651 |
| 5361 | 8/24/2015 | Monday | CRJ | N967SW | ORD | DLH | 1.5166 | 8/24/2015 12:19 | 8/24/2015 13:50 | CA | 31651 |
| 5292 | 8/25/2015 | Tuesday | CRJ | N928EV | DLH | ORD | 1.6666 | 8/25/2015 6:23 | 8/25/2015 8:03 | CA | 31651 |
| 5429 | 8/25/2015 | Tuesday | CRJ | N928EV | ORD | MKG | 0.8833 | 8/25/2015 8:55 | 8/25/2015 10:48 | CA | 31651 |
| 5317 | 8/25/2015 | Tuesday | CRJ | N928EV | MKG | ORD | 1.4166 | 8/25/2015 11:24 | 8/25/2015 11:49 | CA | 31651 |
| 5339 | 8/25/2015 | Tuesday | CRJ | N928EV | ORD | MKE | 0.7333 | 8/25/2015 12:57 | 8/25/2015 13:41 | CA | 31651 |
| 5364 | 8/25/2015 | Tuesday | CRJ | N928EV | MKE | ORD | 1.1333 | 8/25/2015 14:16 | 8/25/2015 15:24 | CA | 31651 |
| 6319 | 9/6/2015 | Sunday | CR6 | N790SK | ORD | SYR | 1.85 | 9/6/2015 13:57 | 9/6/2015 16:48 | CA | 31651 |
| 6370 | 9/6/2015 | Sunday | CR6 | N790SK | SYR | ORD | 1.75 | 9/6/2015 17:19 | 9/6/2015 18:04 | CA | 31651 |
| 5606 | 9/6/2015 | Sunday | CR6 | N790SK | ORD | CHS | 2.15 | 9/6/2015 20:48 | 9/6/2015 23:57 | CA | 31651 |
| 6449 | 9/7/2015 | Monday | CR6 | N797SK | CHS | ORD | 1.9 | 9/7/2015 17:02 | 9/7/2015 17:56 | CA | 31651 |
| 5606 | 9/7/2015 | Monday | CR6 | N795SK | ORD | CHS | 2.1833 | 9/7/2015 20:49 | 9/8/2015 | CA | 31651 |
| 6449 | 9/8/2015 | Tuesday | CR6 | N756SK | CHS | ORD | 3.2666 | 9/8/2015 17:07 | 9/8/2015 19:23 | CA | 31651 |
| 5588 | 9/8/2015 | Tuesday | CR6 | N756SK | ORD | MTY | 3.4166 | 9/8/2015 20:11 | 9/8/2015 23:36 | CA | 31651 |
| 5166 | 9/9/2015 | Wednesday | CR6 | N790SK | IAH | DFW | 1.2333 | 9/9/2015 14:26 | 9/9/2015 15:40 | CA | 31651 |
| 6243 | 9/9/2015 | Wednesday | CR6 | N795SK | DFW | ORD | 2.15 | 9/9/2015 17:36 | 9/9/2015 19:45 | CA | 31651 |
| 5472 | 9/13/2015 | Sunday | CRJ | N971SW | ORD | SPI | 0.8833 | 9/13/2015 15:53 | 9/13/2015 16:46 | CA | 31651 |
| 5300 | 9/13/2015 | Sunday | CRJ | N971SW | SPI | ORD | 0.9833 | 9/13/2015 17:17 | 9/13/2015 18:16 | CA | 31651 |
| 5335 | 9/13/2015 | Sunday | CRJ | N971SW | ORD | MKE | 0.85 | 9/13/2015 19:18 | 9/13/2015 20:09 | CA | 31651 |
| 5346 | 9/13/2015 | Sunday | CRJ | N971SW | MKE | ORD | 0.8166 | 9/13/2015 20:26 | 9/13/2015 21:15 | CA | 31651 |
| 5627 | 9/13/2015 | Sunday | CRJ | N971SW | ORD | MSN | 0.9666 | 9/13/2015 22:22 | 9/13/2015 23:20 | CA | 31651 |
| 4980 | 9/14/2015 | Monday | CRJ | N915SW | MSN | ORD | 0.8833 | 9/14/2015 17:29 | 9/14/2015 18:22 | CA | 31651 |
| 5335 | 9/14/2015 | Monday | CRJ | N984CA | ORD | MKE | 1.05 | 9/14/2015 19:15 | 9/14/2015 20:18 | CA | 31651 |
| 5346 | 9/14/2015 | Monday | CRJ | N984CA | MKE | ORD | 0.8 | 9/14/2015 20:35 | 9/14/2015 21:23 | CA | 31651 |
| 4983 | 9/14/2015 | Monday | CRJ | N984CA | ORD | CID | 1.1666 | 9/14/2015 22:22 | 9/14/2015 23:32 | CA | 31651 |
| 5431 | 9/15/2015 | Tuesday | CRJ | N923SW | ORD | MBS | 1.3166 | 9/15/2015 13:44 | 9/15/2015 16:03 | CA | 31651 |
| 5354 | 9/15/2015 | Tuesday | CRJ | N923SW | MBS | ORD | 1.0333 | 9/15/2015 16:23 | 9/15/2015 16:25 | CA | 31651 |
| 5499 | 9/15/2015 | Tuesday | CRJ | N915SW | ORD | ATW | 0.85 | 9/15/2015 18:11 | 9/15/2015 19:02 | CA | 31651 |
| 5186 | 9/15/2015 | Tuesday | CRJ | N915SW | ATW | ORD | 0.9666 | 9/15/2015 19:17 | 9/15/2015 20:15 | CA | 31651 |
| 5351 | 9/15/2015 | Tuesday | CRJ | N915SW | ORD | CMX | 1.4166 | 9/15/2015 21:11 | 9/15/2015 23:36 | CA | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5472 | 9/16/2015 | Wednesday | CRJ | N874AS | CMX | ORD | 1.5666 | 9/16/2015 13:25 | 9/16/2015 13:59 | CA | 31651 |
| 5446 | 9/16/2015 | Wednesday | CRJ | N874AS | ORD | MKE | 0.7166 | 9/16/2015 14:24 | 9/16/2015 15:07 | CA | 31651 |
| 5413 | 9/16/2015 | Wednesday | CRJ | N874AS | MKE | ORD | 0.7833 | 9/16/2015 15:31 | 9/16/2015 16:18 | CA | 31651 |
| 6397 | 9/16/2015 | Wednesday | CRJ | N874AS | ORD | GRB | 1.0666 | 9/16/2015 17:32 | 9/16/2015 18:36 | CA | 31651 |
| 6437 | 9/16/2015 | Wednesday | CRJ | N874AS | GRB | ORD | 0.8333 | 9/16/2015 18:59 | 9/16/2015 19:49 | CA | 31651 |
| 5446 | 9/20/2015 | Sunday | CRJ | N919SW | ORD | MKE | 0.7 | 9/20/2015 14:21 | 9/20/2015 15:03 | CA | 31651 |
| 5413 | 9/20/2015 | Sunday | CRJ | N919SW | MKE | ORD | 0.6666 | 9/20/2015 15:38 | 9/20/2015 16:18 | CA | 31651 |
| 5364 | 9/20/2015 | Sunday | CRJ | N919SW | ORD | MKG | 0.7833 | 9/20/2015 17:30 | 9/20/2015 19:17 | CA | 31651 |
| 5434 | 9/20/2015 | Sunday | CRJ | N919SW | MKG | ORD | 0.9333 | 9/20/2015 19:46 | 9/20/2015 19:42 | CA | 31651 |
| 5322 | 9/21/2015 | Monday | CRJ | N964SW | DLH | ORD | 1.5833 | 9/21/2015 15:26 | 9/21/2015 17:01 | CA | 31651 |
| 5328 | 9/21/2015 | Monday | CRJ | N988CA | ORD | MBS | 1.1166 | 9/21/2015 19:05 | 9/21/2015 21:12 | CA | 31651 |
| 5382 | 9/21/2015 | Monday | CRJ | N988CA | MBS | ORD | 0.9666 | 9/21/2015 21:27 | 9/21/2015 21:25 | CA | 31651 |
| 5351 | 9/21/2015 | Monday | CRJ | N923SW | ORD | CMX | 1.3166 | 9/21/2015 22:24 | 9/22/2015 0:43 | CA | 31651 |
| 5472 | 9/22/2015 | Tuesday | CRJ | N979SW | CMX | ORD | 1.2833 | 9/22/2015 13:11 | 9/22/2015 13:28 | CA | 31651 |
| 5446 | 9/22/2015 | Tuesday | CRJ | N979SW | ORD | MKE | 0.7333 | 9/22/2015 14:14 | 9/22/2015 14:58 | CA | 31651 |
| 5413 | 9/22/2015 | Tuesday | CRJ | N979SW | MKE | ORD | 0.75 | 9/22/2015 15:30 | 9/22/2015 16:15 | CA | 31651 |
| 5364 | 9/22/2015 | Tuesday | CRJ | N979SW | ORD | MKG | 0.8833 | 9/22/2015 17:38 | 9/22/2015 19:31 | CA | 31651 |
| 5434 | 9/22/2015 | Tuesday | CRJ | N979SW | MKG | ORD | 0.7 | 9/22/2015 19:52 | 9/22/2015 19:34 | CA | 31651 |
| 2932 | 9/23/2015 | Wednesday | CRJ | N435SW | ORD | ICT | 2.0666 | 9/23/2015 20:24 | 9/23/2015 22:28 | CA | 31651 |
| 2923 | 9/24/2015 | Thursday | CRJ | N435SW | ICT | ORD | 1.95 | 9/24/2015 5:22 | 9/24/2015 7:19 | CA | 31651 |
| 5345 | 9/28/2015 | Monday | CRJ | N946SW | ORD | MBS | 1.1833 | 9/28/2015 17:32 | 9/28/2015 19:43 | CA | 31651 |
| 5382 | 9/28/2015 | Monday | CRJ | N946SW | MBS | ORD | 0.9666 | 9/28/2015 19:58 | 9/28/2015 19:56 | CA | 31651 |
| 6223 | 9/28/2015 | Monday | CRJ | N946SW | ORD | PIA | 0.85 | 9/28/2015 21:05 | 9/28/2015 21:56 | CA | 31651 |
| 5256 | 9/29/2015 | Tuesday | CRJ | N938SW | PIA | ORD | 0.9333 | 9/29/2015 15:40 | 9/29/2015 16:36 | CA | 31651 |
| 5345 | 9/29/2015 | Tuesday | CRJ | N938SW | ORD | MBS | 1 | 9/29/2015 17:13 | 9/29/2015 19:13 | CA | 31651 |
| 5382 | 9/29/2015 | Tuesday | CRJ | N938SW | MBS | ORD | 1.1166 | 9/29/2015 19:49 | 9/29/2015 19:56 | CA | 31651 |
| 5351 | 9/29/2015 | Tuesday | CRJ | N938SW | ORD | CMX | 1.3333 | 9/29/2015 21:05 | 9/29/2015 23:25 | CA | 31651 |
| 5472 | 9/30/2015 | Wednesday | CRJ | N918SW | CMX | ORD | 1.55 | 9/30/2015 12:24 | 9/30/2015 12:57 | CA | 31651 |
| 5431 | 9/30/2015 | Wednesday | CRJ | N918SW | ORD | MBS | 1.4 | 9/30/2015 13:49 | 9/30/2015 16:13 | CA | 31651 |
| 5354 | 9/30/2015 | Wednesday | CRJ | N918SW | MBS | ORD | 1.2833 | 9/30/2015 16:32 | 9/30/2015 16:49 | CA | 31651 |
| 6461 | 9/30/2015 | Wednesday | CRJ | N918SW | ORD | ATW | 1 | 9/30/2015 17:44 | 9/30/2015 18:44 | CA | 31651 |
| 5186 | 9/30/2015 | Wednesday | CRJ | N918SW | ATW | ORD | 1.1333 | 9/30/2015 19:01 | 9/30/2015 20:09 | CA | 31651 |
| 7367 | 10/4/2015 | Sunday | CRJ | N823AS | DTW | APN | 1.0166 | 10/4/2015 15:42 | 10/4/2015 16:43 | CA | 31651 |
| 7367 | 10/4/2015 | Sunday | CRJ | N823AS | APN | DTW | 1.05 | 10/4/2015 17:14 | 10/4/2015 18:17 | CA | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4554 | 10/4/2015 | Sunday | CRJ | N823AS | DTW | CIU | 1.05 | 10/4/2015 19:57 | 10/4/2015 21:00 | CA | 31651 |
| 4712 | 10/5/2015 | Monday | CRJ | N452SW | CIU | DTW | 1.2166 | 10/5/2015 15:50 | 10/5/2015 17:03 | CA | 31651 |
| 7367 | 10/5/2015 | Monday | CRJ | N452SW | DTW | APN | 1.0333 | 10/5/2015 17:27 | 10/5/2015 18:29 | CA | 31651 |
| 7367 | 10/5/2015 | Monday | CRJ | N452SW | APN | DTW | 0.8333 | 10/5/2015 18:45 | 10/5/2015 19:35 | CA | 31651 |
| 4851 | 10/5/2015 | Monday | CRJ | N659BR | DTW | SBN | 1.0833 | 10/5/2015 20:04 | 10/5/2015 21:09 | CA | 31651 |
| 4756 | 10/6/2015 | Tuesday | CRJ | N429SW | SBN | DTW | 0.9333 | 10/6/2015 8:20 | 10/6/2015 9:16 | CA | 31651 |
| 4530 | 10/6/2015 | Tuesday | CRJ | N429SW | DTW | ATW | 1.2166 | 10/6/2015 10:12 | 10/6/2015 10:25 | CA | 31651 |
| 4530 | 10/6/2015 | Tuesday | CRJ | N429SW | ATW | DTW | 1.3166 | 10/6/2015 10:51 | 10/6/2015 13:10 | CA | 31651 |
| 4593 | 10/6/2015 | Tuesday | CRJ | N429SW | DTW | MBS | 0.7333 | 10/6/2015 13:56 | 10/6/2015 14:40 | CA | 31651 |
| 4593 | 10/6/2015 | Tuesday | CRJ | N429SW | MBS | DTW | 0.8166 | 10/6/2015 15:07 | 10/6/2015 15:56 | CA | 31651 |
| 4811 | 10/7/2015 | Wednesday | CRJ | N438SW | BNA | CVG | 1.0333 | 10/7/2015 6:33 | 10/7/2015 8:35 | CA | 31651 |
| 4833 | 10/7/2015 | Wednesday | CRJ | N438SW | CVG | MEM | 1.3666 | 10/7/2015 9:29 | 10/7/2015 9:51 | CA | 31651 |
| 4833 | 10/7/2015 | Wednesday | CRJ | N438SW | MEM | CVG | 1.2333 | 10/7/2015 10:25 | 10/7/2015 12:39 | CA | 31651 |
| 6308 | 10/13/2015 | Tuesday | CR6 | N705SK | IAH | MEM | 1.5166 | 10/13/2015 19:04 | 10/13/2015 20:35 | CA | 31651 |
| 5174 | 10/14/2015 | Wednesday | CR6 | N792SK | IAH | DFW | 1.4833 | 10/14/2015 15:53 | 10/14/2015 17:22 | CA | 31651 |
| 5654 | 10/14/2015 | Wednesday | CR6 | N792SK | DFW | ORD | 2.2833 | 10/14/2015 18:56 | 10/14/2015 21:13 | CA | 31651 |
| 4846 | 10/18/2015 | Sunday | CRJ | N912EV | DTW | FWA | 0.9666 | 10/18/2015 15:32 | 10/18/2015 16:30 | CA | 31651 |
| 4671 | 10/18/2015 | Sunday | CRJ | N912EV | FWA | ATL | 1.6 | 10/18/2015 16:57 | 10/18/2015 18:33 | CA | 31651 |
| 4667 | 10/18/2015 | Sunday | CRJ | N912EV | ATL | FWA | 1.8833 | 10/18/2015 19:37 | 10/18/2015 21:30 | CA | 31651 |
| 4532 | 10/19/2015 | Monday | CRJ | N447SW | DTW | DTW | 0.6833 | 10/19/2015 12:10 | 10/19/2015 12:51 | CA | 31651 |
| 4532 | 10/19/2015 | Monday | CRJ | N447SW | DTW | SBN | 0.9333 | 10/19/2015 13:48 | 10/19/2015 14:44 | CA | 31651 |
| 4532 | 10/19/2015 | Monday | CRJ | N447SW | SBN | DTW | 1.25 | 10/19/2015 16:29 | 10/19/2015 17:44 | CA | 31651 |
| 4537 | 10/19/2015 | Monday | CRJ | N447SW | DTW | SBN | 1.4166 | 10/19/2015 18:06 | 10/19/2015 19:31 | CA | 31651 |
| 4685 | 10/19/2015 | Monday | CRJ | N447SW | SBN | DTW | 1.0166 | 10/19/2015 19:51 | 10/19/2015 20:52 | CA | 31651 |
| 4851 | 10/19/2015 | Monday | CRJ | N447SW | DTW | SBN | 0.9166 | 10/19/2015 21:15 | 10/19/2015 22:10 | CA | 31651 |
| 4756 | 10/20/2015 | Tuesday | CRJ | N823AS | SBN | DTW | 0.8833 | 10/20/2015 8:54 | 10/20/2015 9:47 | CA | 31651 |
| 4780 | 10/20/2015 | Tuesday | CRJ | N823AS | DTW | CVG | 1 | 10/20/2015 10:17 | 10/20/2015 11:17 | CA | 31651 |
| 4553 | 10/20/2015 | Tuesday | CRJ | N823AS | CVG | MKE | 1.1166 | 10/20/2015 11:42 | 10/20/2015 11:49 | CA | 31651 |
| 4634 | 10/21/2015 | Wednesday | CRJ | N823AS | MKE | CVG | 1.2833 | 10/21/2015 6:37 | 10/21/2015 8:54 | CA | 31651 |
| 4833 | 10/21/2015 | Wednesday | CRJ | N823AS | CVG | MEM | 1.55 | 10/21/2015 9:29 | 10/21/2015 10:02 | CA | 31651 |
| 4833 | 10/21/2015 | Wednesday | CRJ | N823AS | MEM | CVG | 1.3166 | 10/21/2015 10:30 | 10/21/2015 12:49 | CA | 31651 |
| 5344 | 10/22/2015 | Thursday | CRJ | N507CA | ORD | MBS | 1.0833 | 10/22/2015 6:34 | 10/22/2015 8:39 | CA | 31651 |
| 5370 | 10/22/2015 | Thursday | CRJ | N507CA | MBS | ORD | 1.2666 | 10/22/2015 9:15 | 10/22/2015 9:31 | CA | 31651 |
| 5295 | 10/22/2015 | Thursday | CRJ | N507CA | ORD | CMX | 1.35 | 10/22/2015 10:01 | 10/22/2015 12:22 | CA | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5472 | 10/22/2015 | Thursday | CRJ | N507CA | CMX | ORD | 1.4166 | 10/22/2015 12:59 | 10/22/2015 13:24 | CA | 31651 |
| 5533 | 10/25/2015 | Sunday | CRJ | N937SW | ORD | BDL | 1.95 | 10/25/2015 7:38 | 10/25/2015 10:35 | CA | 31651 |
| 6361 | 10/25/2015 | Sunday | CRJ | N937SW | BDL | ORD | 2.5666 | 10/25/2015 11:15 | 10/25/2015 12:49 | CA | 31651 |
| 5331 | 10/25/2015 | Sunday | CRJ | N978SW | ORD | FWA | 1.0666 | 10/25/2015 15:44 | 10/25/2015 17:48 | CA | 31651 |
| 5436 | 10/26/2015 | Monday | CRJ | N958SW | FWA | ORD | 1.1333 | 10/26/2015 6:50 | 10/26/2015 6:58 | CA | 31651 |
| 4991 | 10/26/2015 | Monday | CRJ | N958SW | ORD | MCI | 1.6166 | 10/26/2015 7:54 | 10/26/2015 9:31 | CA | 31651 |
| 6254 | 10/26/2015 | Monday | CRJ | N958SW | MCI | ORD | 1.4 | 10/26/2015 9:55 | 10/26/2015 11:19 | CA | 31651 |
| 5361 | 10/26/2015 | Monday | CRJ | N958SW | ORD | DLH | 1.6666 | 10/26/2015 12:21 | 10/26/2015 14:01 | CA | 31651 |
| 5292 | 10/27/2015 | Tuesday | CRJ | N963SW | DLH | ORD | 1.6333 | 10/27/2015 6:09 | 10/27/2015 7:47 | CA | 31651 |
| 5292 | 10/27/2015 | Tuesday | CRJ | N960SW | ORD | MKE | 0.6166 | 10/27/2015 10:07 | 10/27/2015 10:44 | CA | 31651 |
| 5431 | 10/27/2015 | Tuesday | CRJ | N960SW | MKE | ORD | 0.75 | 10/27/2015 11:05 | 10/27/2015 11:50 | CA | 31651 |
| 5361 | 10/27/2015 | Tuesday | CRJ | N960SW | ORD | DLH | 1.6166 | 10/27/2015 12:26 | 10/27/2015 14:03 | CA | 31651 |
| 5292 | 10/28/2015 | Wednesday | CRJ | N983CA | DLH | ORD | 1.9166 | 10/28/2015 6:04 | 10/28/2015 7:59 | CA | 31651 |
| 5462 | 10/28/2015 | Wednesday | CRJ | N948SW | ORD | DLH | 1.6166 | 10/28/2015 9:13 | 10/28/2015 10:50 | CA | 31651 |
| 5349 | 10/28/2015 | Wednesday | CRJ | N948SW | DLH | ORD | 1.8166 | 10/28/2015 11:16 | 10/28/2015 13:05 | CA | 31651 |
| 5541 | 11/1/2015 | Sunday | CR6 | N789SK | ORD | BHM | 2.0166 | 11/1/2015 12:20 | 11/1/2015 14:21 | CA | 31651 |
| 6459 | 11/1/2015 | Sunday | CR6 | N789SK | BHM | IAH | 1.9333 | 11/1/2015 14:57 | 11/1/2015 16:53 | CA | 31651 |
| 5246 | 11/1/2015 | Sunday | CR6 | N789SK | IAH | TUS | 2.65 | 11/1/2015 17:37 | 11/1/2015 19:16 | CA | 31651 |
| 6460 | 11/2/2015 | Monday | CR6 | N778SK | TUS | DEN | 1.8666 | 11/2/2015 7:00 | 11/2/2015 8:52 | CA | 31651 |
| 5265 | 11/2/2015 | Monday | CR6 | N778SK | DEN | GRR | 2.25 | 11/2/2015 9:49 | 11/2/2015 14:04 | CA | 31651 |
| 5514 | 11/3/2015 | Tuesday | CR6 | N719SK | GRR | ORD | 0.9 | 11/3/2015 6:35 | 11/3/2015 6:29 | CA | 31651 |
| 5279 | 11/3/2015 | Tuesday | CR6 | N719SK | ORD | ORF | 2.1 | 11/3/2015 8:07 | 11/3/2015 11:13 | CA | 31651 |
| 5163 | 11/4/2015 | Wednesday | CR6 | N718SK | ORF | ORD | 2.2333 | 11/4/2015 6:24 | 11/4/2015 7:38 | CA | 31651 |
| 5233 | 11/4/2015 | Wednesday | CR6 | N718SK | ORD | SBN | 1 | 11/4/2015 9:02 | 11/4/2015 11:02 | CA | 31651 |
| 6427 | 11/4/2015 | Wednesday | CR6 | N718SK | SBN | ORD | 0.9 | 11/4/2015 11:34 | 11/4/2015 11:28 | CA | 31651 |
| 5566 | 11/8/2015 | Sunday | CR6 | N792SK | ORD | MLI | 0.8833 | 11/8/2015 17:36 | 11/8/2015 18:29 | CA | 31651 |
| 4969 | 11/8/2015 | Sunday | CR6 | N792SK | MLI | ORD | 1.0833 | 11/8/2015 18:58 | 11/8/2015 20:03 | CA | 31651 |
| 6329 | 11/8/2015 | Sunday | CR6 | N792SK | ORD | DFW | 2.2333 | 11/8/2015 22:33 | 11/9/2015 0:47 | CA | 31651 |
| 5254 | 11/9/2015 | Monday | CR6 | N774SK | DFW | IAH | 1.1333 | 11/9/2015 15:38 | 11/9/2015 16:46 | CA | 31651 |
| 4971 | 11/9/2015 | Monday | CR6 | N719SK | IAH | ABQ | 2.5833 | 11/9/2015 17:42 | 11/9/2015 19:17 | CA | 31651 |
| 4977 | 11/9/2015 | Monday | CR6 | N719SK | ABQ | DEN | 1.35 | 11/9/2015 19:43 | 11/9/2015 21:04 | CA | 31651 |
| 4993 | 11/9/2015 | Monday | CR6 | N719SK | DEN | FSD | 1.4666 | 11/9/2015 21:58 | 11/10/2015 0:26 | CA | 31651 |
| 5758 | 11/10/2015 | Tuesday | CR6 | N785SK | ORD | MCI | 1.5833 | 11/10/2015 17:28 | 11/10/2015 19:03 | CA | 31651 |
| 5242 | 11/10/2015 | Tuesday | CR6 | N785SK | MCI | ORD | 1.4666 | 11/10/2015 19:48 | 11/10/2015 21:16 | CA | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5672 | 11/29/2015 | Sunday | CRJ | N701BR | ORD | SYR | 1.9833 | 11/29/2015 13:40 | 11/29/2015 16:39 | CA | 31651 |
| 6247 | 11/29/2015 | Sunday | CRJ | N701BR | SYR | ORD | 2.1333 | 11/29/2015 17:07 | 11/29/2015 18:15 | CA | 31651 |
| 5413 | 11/29/2015 | Sunday | CRJ | N701BR | ORD | EAU | 1.2333 | 11/29/2015 19:24 | 11/29/2015 20:38 | CA | 31651 |
| 5177 | 11/30/2015 | Monday | CRJ | N939SW | ORD | FAR | 1.8 | 11/30/2015 16:01 | 11/30/2015 17:49 | CA | 31651 |
| 5285 | 11/30/2015 | Monday | CRJ | N939SW | FAR | ORD | 2.7833 | 11/30/2015 18:16 | 11/30/2015 21:03 | CA | 31651 |
| 6461 | 11/30/2015 | Monday | CRJ | N939SW | ORD | MCI | 1.6 | 11/30/2015 22:22 | 11/30/2015 23:58 | CA | 31651 |
| 5562 | 12/1/2015 | Tuesday | CRJ | N957SW | ORD | DAY | 1.45 | 12/1/2015 17:24 | 12/1/2015 19:51 | CA | 31651 |
| 5184 | 12/1/2015 | Tuesday | CRJ | N957SW | DAY | ORD | 0.95 | 12/1/2015 20:20 | 12/1/2015 20:17 | CA | 31651 |
| 5298 | 12/2/2015 | Wednesday | CRJ | N957SW | ORD | DLH | 2.2833 | 12/2/2015 21:07 | 12/2/2015 23:24 | CA | 31651 |
| 5292 | 12/3/2015 | Thursday | CRJ | N957SW | DLH | ORD | 1.75 | 12/3/2015 6:16 | 12/3/2015 8:01 | CA | 31651 |
| 5535 | 12/6/2015 | Sunday | CR6 | N705SK | ORD | CHS | 2.55 | 12/6/2015 14:32 | 12/6/2015 18:05 | CA | 31651 |
| 5186 | 12/6/2015 | Sunday | CR6 | N705SK | CHS | IAH | 2.8833 | 12/6/2015 18:31 | 12/6/2015 20:24 | CA | 31651 |
| 5283 | 12/7/2015 | Monday | CR6 | N753SK | IAH | CHS | 2.25 | 12/7/2015 13:15 | 12/7/2015 16:30 | CA | 31651 |
| 5715 | 12/7/2015 | Monday | CR6 | N753SK | CHS | ORD | 2.3 | 12/7/2015 16:59 | 12/7/2015 18:17 | CA | 31651 |
| 5184 | 12/7/2015 | Monday | CR6 | N753SK | ORD | MEM | 1.75 | 12/7/2015 19:23 | 12/7/2015 21:08 | CA | 31651 |
| 5558 | 12/8/2015 | Tuesday | CR6 | N780SK | IAH | DTW | 2.9 | 12/8/2015 19:02 | 12/8/2015 22:56 | CA | 31651 |
| 6344 | 12/9/2015 | Wednesday | CR6 | N727SK | DTW | ORD | 1.5333 | 12/9/2015 13:41 | 12/9/2015 14:13 | CA | 31651 |
| 5204 | 12/9/2015 | Wednesday | CR6 | N752SK | ORD | DTW | 1.4333 | 12/9/2015 17:04 | 12/9/2015 19:30 | CA | 31651 |
| 4984 | 12/9/2015 | Wednesday | CR6 | N752SK | DTW | ORD | 1.15 | 12/9/2015 20:02 | 12/9/2015 20:11 | CA | 31651 |
| 5298 | 12/13/2015 | Sunday | CRJ | N946SW | ORD | DLH | 1.45 | 12/13/2015 21:12 | 12/13/2015 22:39 | CA | 31651 |
| 5292 | 12/14/2015 | Monday | CRJ | N946SW | DLH | ORD | 2.0666 | 12/14/2015 6:23 | 12/14/2015 8:27 | CA | 31651 |
| 5729 | 12/15/2015 | Tuesday | CR6 | N758SK | ORD | ORF | 1.9833 | 12/15/2015 7:31 | 12/15/2015 10:30 | CA | 31651 |
| 5288 | 12/16/2015 | Wednesday | CR6 | N772SK | ORF | ORD | 2.2333 | 12/16/2015 7:20 | 12/16/2015 8:34 | CA | 31651 |
| 6347 | 12/17/2015 | Thursday | CR6 | N760SK | YYZ | IND | 2.0333 | 12/17/2015 7:55 | 12/17/2015 9:57 | CA | 31651 |
| 6347 | 12/17/2015 | Thursday | CR6 | N760SK | IND | IAH | 2.8666 | 12/17/2015 10:12 | 12/17/2015 12:04 | CA | 31651 |
| 5283 | 12/17/2015 | Thursday | CR6 | N748SK | IAH | CHS | 2.1 | 12/17/2015 13:05 | 12/17/2015 16:11 | CA | 31651 |
| 6272 | 12/18/2015 | Friday | CR6 | N793SK | CHS | ORD | 2.1833 | 12/18/2015 6:57 | 12/18/2015 8:08 | CA | 31651 |
| 5500 | 12/18/2015 | Friday | CR6 | N738SK | ORD | MSP | 1.4666 | 12/18/2015 9:10 | 12/18/2015 10:38 | CA | 31651 |
| 5246 | 12/18/2015 | Friday | CR6 | N738SK | MSP | ORD | 1.45 | 12/18/2015 11:21 | 12/18/2015 12:48 | CA | 31651 |
| 6261 | 12/22/2015 | Tuesday | CR6 | N738SK | ORD | CHS | 2.1 | 12/22/2015 6:02 | 12/22/2015 9:08 | CA | 31651 |
| 5609 | 12/22/2015 | Tuesday | CR6 | N738SK | CHS | ORD | 2.3833 | 12/22/2015 10:02 | 12/22/2015 11:25 | CA | 31651 |
| 5626 | 12/23/2015 | Wednesday | CR6 | N783SK | MKE | IAH | 3.3 | 12/23/2015 7:23 | 12/23/2015 10:41 | CA | 31651 |
| 6196 | 12/23/2015 | Wednesday | CR6 | N718SK | IAH | LEX | 2.6333 | 12/23/2015 14:13 | 12/23/2015 17:51 | CA | 31651 |
| 6196 | 12/23/2015 | Wednesday | CR6 | N718SK | LEX | CVG | 0.7166 | 12/23/2015 18:09 | 12/23/2015 18:52 | CA | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4991 | 12/24/2015 | Thursday | CR6 | N758SK | CVG | IAH | 2.5833 | 12/24/2015 11:24 | 12/24/2015 12:59 | CA | 31651 |
| 6269 | 12/24/2015 | Thursday | CR6 | N790SK | IAH | ATL | 2.2666 | 12/24/2015 15:37 | 12/24/2015 18:53 | CA | 31651 |
| 5775 | 12/25/2015 | Friday | CR6 | N790SK | ATL | ORD | 1.9333 | 12/25/2015 10:12 | 12/25/2015 11:08 | CA | 31651 |
| 4615 | 12/29/2015 | Tuesday | CRJ | N457SW | DTW | IAD | 1.2833 | 12/29/2015 16:57 | 12/29/2015 18:14 | CA | 31651 |
| 4615 | 12/29/2015 | Tuesday | CRJ | N457SW | IAD | DTW | 1.5166 | 12/29/2015 18:40 | 12/29/2015 20:11 | CA | 31651 |
| 4500 | 12/29/2015 | Tuesday | CRJ | N457SW | DTW | FWA | 1.35 | 12/29/2015 20:48 | 12/29/2015 22:09 | CA | 31651 |
| 4455 | 12/30/2015 | Wednesday | CRJ | N685BR | FWA | ATL | 1.85 | 12/30/2015 16:46 | 12/30/2015 18:37 | CA | 31651 |
| 4828 | 12/30/2015 | Wednesday | CRJ | N685BR | ATL | FWA | 1.6833 | 12/30/2015 19:21 | 12/30/2015 21:02 | CA | 31651 |
| 4532 | 12/31/2015 | Thursday | CRJ | N685BR | DTW | PIA | 1.7333 | 12/31/2015 15:38 | 12/31/2015 16:22 | CA | 31651 |
| 4532 | 12/31/2015 | Thursday | CRJ | N685BR | PIA | DTW | 1.3666 | 12/31/2015 16:35 | 12/31/2015 18:57 | CA | 31651 |
| 7361 | 12/31/2015 | Thursday | CRJ | N685BR | DTW | CIU | 1.5166 | 12/31/2015 20:04 | 12/31/2015 21:35 | CA | 31651 |
| 7359 | 1/1/2016 | Friday | CRJ | N455SW | CIU | DTW | 1.3333 | 1/1/2016 13:53 | 1/1/2016 15:13 | CA | 31651 |
| 4597 | 1/1/2016 | Friday | CRJ | N455SW | DTW | FWA | 1.5 | 1/1/2016 16:02 | 1/1/2016 17:32 | CA | 31651 |
| 4597 | 1/1/2016 | Friday | CRJ | N455SW | FWA | DTW | 1.2666 | 1/1/2016 17:54 | 1/1/2016 19:10 | CA | 31651 |
| 4444 | 1/4/2016 | Monday | CR7 | N606SK | ATL | GRB | 2.2833 | 1/4/2016 20:10 | 1/4/2016 21:27 | CA | 31651 |
| 4536 | 1/5/2016 | Tuesday | CR9 | N548CA | MSP | BNA | 1.9833 | 1/5/2016 14:40 | 1/5/2016 16:39 | CA | 31651 |
| 4467 | 1/6/2016 | Wednesday | CR9 | N679CA | BNA | SLC | 3.9666 | 1/6/2016 7:24 | 1/6/2016 10:22 | CA | 31651 |
| 4616 | 1/6/2016 | Wednesday | CR9 | N679CA | SLC | ORD | 3.2 | 1/6/2016 12:37 | 1/6/2016 16:49 | CA | 31651 |
| 5541 | 1/12/2016 | Tuesday | CR6 | N771SK | ORD | CVG | 1.2166 | 1/12/2016 7:58 | 1/12/2016 10:11 | CA | 31651 |
| 5208 | 1/12/2016 | Tuesday | CR6 | N771SK | CVG | IAH | 2.6166 | 1/12/2016 10:39 | 1/12/2016 12:16 | CA | 31651 |
| 5238 | 1/12/2016 | Tuesday | CR6 | N771SK | IAH | YYZ | 3.2833 | 1/12/2016 13:05 | 1/12/2016 17:22 | CA | 31651 |
| 6222 | 1/13/2016 | Wednesday | CR6 | N795SK | YYZ | DEN | 4.15 | 1/13/2016 9:04 | 1/13/2016 11:13 | CA | 31651 |
| 5645 | 1/13/2016 | Wednesday | CR6 | N795SK | DEN | FAT | 2.4166 | 1/13/2016 11:55 | 1/13/2016 13:20 | CA | 31651 |
| 6497 | 1/14/2016 | Thursday | CR6 | N778SK | FAT | DEN | 2.25 | 1/14/2016 5:45 | 1/14/2016 9:00 | CA | 31651 |
| 6497 | 1/14/2016 | Thursday | CR6 | N778SK | DEN | LIT | 2.3666 | 1/14/2016 9:49 | 1/14/2016 13:11 | CA | 31651 |
| 5174 | 1/14/2016 | Thursday | CR6 | N778SK | LIT | IAH | 1.75 | 1/14/2016 13:43 | 1/14/2016 15:28 | CA | 31651 |
| 6428 | 1/14/2016 | Thursday | CR6 | N778SK | IAH | MEX | 2.55 | 1/14/2016 16:36 | 1/14/2016 19:09 | CA | 31651 |
| 6487 | 1/15/2016 | Friday | CR6 | N738SK | MEX | IAH | 2.35 | 1/15/2016 8:57 | 1/15/2016 11:18 | CA | 31651 |
| 5229 | 1/15/2016 | Friday | CR6 | N765SK | IAH | JAX | 2.0333 | 1/15/2016 12:54 | 1/15/2016 15:56 | CA | 31651 |
| 5254 | 1/15/2016 | Friday | CR6 | N765SK | JAX | ORD | 2.3333 | 1/15/2016 16:33 | 1/15/2016 17:53 | CA | 31651 |
| 5396 | 1/19/2016 | Tuesday | CRJ | N693BR | ORD | MKE | 0.6333 | 1/19/2016 7:21 | 1/19/2016 7:59 | CA | 31651 |
| 5415 | 1/19/2016 | Tuesday | CRJ | N693BR | MKE | ORD | 0.7 | 1/19/2016 8:22 | 1/19/2016 9:04 | CA | 31651 |
| 5295 | 1/19/2016 | Tuesday | CRJ | N960SW | ORD | CMX | 1.3666 | 1/19/2016 10:15 | 1/19/2016 12:37 | CA | 31651 |
| 5318 | 1/20/2016 | Wednesday | CRJ | N971SW | CMX | ORD | 1.75 | 1/20/2016 5:58 | 1/20/2016 6:43 | CA | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5303 | 1/20/2016 | Wednesday | CRJ | N693BR | ORD | MKE | 1.1666 | 1/20/2016 7:25 | 1/20/2016 8:35 | CA | 31651 |
| 5409 | 1/20/2016 | Wednesday | CRJ | N693BR | MKE | ORD | 1.0166 | 1/20/2016 8:59 | 1/20/2016 10:00 | CA | 31651 |
| 5554 | 1/20/2016 | Wednesday | CRJ | N693BR | ORD | YOW | 2.2166 | 1/20/2016 10:26 | 1/20/2016 13:39 | CA | 31651 |
| 4974 | 1/21/2016 | Thursday | CRJ | N963SW | YOW | ORD | 2.55 | 1/21/2016 6:30 | 1/21/2016 8:03 | CA | 31651 |
| 5776 | 1/21/2016 | Thursday | CRJ | N923SW | ORD | YWG | 2.2 | 1/21/2016 9:05 | 1/21/2016 11:17 | CA | 31651 |
| 5711 | 1/22/2016 | Friday | CRJ | N971SW | YWG | ORD | 2.5666 | 1/22/2016 6:57 | 1/22/2016 9:31 | CA | 31651 |
| 6296 | 1/22/2016 | Friday | CRJ | N971SW | ORD | ICT | 2.3166 | 1/22/2016 12:19 | 1/22/2016 14:38 | CA | 31651 |
| 6277 | 1/22/2016 | Friday | CRJ | N971SW | ICT | ORD | 2.1666 | 1/22/2016 15:06 | 1/22/2016 17:16 | CA | 31651 |
| 2491 | 1/26/2016 | Tuesday | CR6 | N784SK | ORD | BNA | 1.8833 | 1/26/2016 8:08 | 1/26/2016 10:01 | CA | 31651 |
| 4996 | 1/26/2016 | Tuesday | CR6 | N784SK | BNA | ORD | 1.3833 | 1/26/2016 10:25 | 1/26/2016 11:48 | CA | 31651 |
| 5594 | 2/2/2016 | Tuesday | CR6 | N790SK | MKE | IAH | 3.1666 | 2/2/2016 5:15 | 2/2/2016 8:25 | CA | 31651 |
| 6379 | 2/3/2016 | Wednesday | CR6 | N783SK | IAH | CVG | 2.0666 | 2/3/2016 7:14 | 2/3/2016 10:18 | CA | 31651 |
| 6267 | 2/3/2016 | Wednesday | CR6 | N783SK | CVG | ORD | 1.1833 | 2/3/2016 14:15 | 2/3/2016 14:26 | CA | 31651 |
| 4629 | 2/7/2016 | Sunday | CRJ | N915EV | ATL | PIA | 1.8 | 2/7/2016 12:00 | 2/7/2016 12:48 | CA | 31651 |
| 4629 | 2/7/2016 | Sunday | CRJ | N915EV | PIA | ATL | 1.6666 | 2/7/2016 13:25 | 2/7/2016 16:05 | CA | 31651 |
| 4716 | 2/7/2016 | Sunday | CRJ | N915EV | ATL | SBN | 1.7166 | 2/7/2016 17:49 | 2/7/2016 19:32 | CA | 31651 |
| 4454 | 2/8/2016 | Monday | CRJ | N454SW | SBN | ATL | 2.1 | 2/8/2016 7:45 | 2/8/2016 9:51 | CA | 31651 |
| 4812 | 2/8/2016 | Monday | CRJ | N454SW | ATL | CHA | 0.7 | 2/8/2016 10:40 | 2/8/2016 11:22 | CA | 31651 |
| 4812 | 2/8/2016 | Monday | CRJ | N454SW | CHA | ATL | 1.1833 | 2/8/2016 11:55 | 2/8/2016 13:06 | CA | 31651 |
| 4614 | 2/9/2016 | Tuesday | CRJ | N453SW | FWA | ATL | 2.35 | 2/9/2016 6:30 | 2/9/2016 8:51 | CA | 31651 |
| 4552 | 2/9/2016 | Tuesday | CRJ | N453SW | ATL | SBN | 2.1333 | 2/9/2016 9:36 | 2/9/2016 11:44 | CA | 31651 |
| 4656 | 2/10/2016 | Wednesday | CRJ | N944SW | SBN | DTW | 1.55 | 2/10/2016 6:40 | 2/10/2016 8:13 | CA | 31651 |
| 3562 | 2/14/2016 | Sunday | CRJ | N8923A | ATL | SBN | 1.8666 | 2/14/2016 17:36 | 2/14/2016 19:28 | CA | 31651 |
| 4602 | 2/15/2016 | Monday | CRJ | N8923A | SBN | ATL | 2.3 | 2/15/2016 7:56 | 2/15/2016 10:14 | CA | 31651 |
| 4765 | 2/15/2016 | Monday | CRJ | N8923A | ATL | CHA | 0.9 | 2/15/2016 12:01 | 2/15/2016 12:55 | CA | 31651 |
| 4765 | 2/15/2016 | Monday | CRJ | N8923A | CHA | ATL | 0.7666 | 2/15/2016 13:22 | 2/15/2016 14:08 | CA | 31651 |
| 4822 | 2/15/2016 | Monday | CRJ | N8923A | ATL | SBN | 1.7 | 2/15/2016 15:10 | 2/15/2016 16:52 | CA | 31651 |
| 4820 | 2/16/2016 | Tuesday | CRJ | N460SW | SBN | ATL | 2.1666 | 2/16/2016 6:13 | 2/16/2016 8:23 | CA | 31651 |
| 4691 | 2/16/2016 | Tuesday | CRJ | N460SW | ATL | FWA | 1.6166 | 2/16/2016 9:03 | 2/16/2016 10:40 | CA | 31651 |
| 5142 | 2/21/2016 | Sunday | CRJ | N978SW | ORD | DLH | 1.4333 | 2/21/2016 21:04 | 2/21/2016 22:30 | CA | 31651 |
| 5099 | 2/22/2016 | Monday | CRJ | N978SW | DLH | ORD | 1.7333 | 2/22/2016 7:15 | 2/22/2016 8:59 | CA | 31651 |
| 5590 | 2/23/2016 | Tuesday | CRJ | N477CA | ORD | DCA | 2.0166 | 2/23/2016 12:12 | 2/23/2016 15:13 | CA | 31651 |
| 5226 | 2/23/2016 | Tuesday | CRJ | N477CA | DCA | ORD | 2.3666 | 2/23/2016 15:53 | 2/23/2016 17:15 | CA | 31651 |
| 5806 | 2/28/2016 | Sunday | CRJ | N507CA | ORD | MSN | 0.95 | 2/28/2016 8:58 | 2/28/2016 9:55 | CA | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5424 | 2/28/2016 | Sunday | CRJ | N507CA | MSN | ORD | 0.8666 | 2/28/2016 10:25 | 2/28/2016 11:17 | CA | 31651 |
| 5062 | 2/28/2016 | Sunday | CRJ | N925SW | ORD | EAU | 1.3166 | 2/28/2016 12:27 | 2/28/2016 13:46 | CA | 31651 |
| 5033 | 2/28/2016 | Sunday | CRJ | N925SW | EAU | ORD | 1.1833 | 2/28/2016 14:10 | 2/28/2016 15:21 | CA | 31651 |
| 5007 | 2/28/2016 | Sunday | CRJ | N925SW | ORD | MKE | 0.7833 | 2/28/2016 16:02 | 2/28/2016 16:49 | CA | 31651 |
| 5009 | 2/28/2016 | Sunday | CRJ | N925SW | MKE | ORD | 0.8833 | 2/28/2016 17:17 | 2/28/2016 18:10 | CA | 31651 |
| 2935 | 3/3/2016 | Thursday | CRJ | N417SW | ORD | CHO | 2.5833 | 3/3/2016 12:21 | 3/3/2016 15:56 | CA | 31651 |
| 2921 | 3/3/2016 | Thursday | CRJ | N417SW | CHO | ORD | 2.7333 | 3/3/2016 16:21 | 3/3/2016 18:05 | CA | 31651 |
| 2934 | 3/3/2016 | Thursday | CRJ | N862AS | ORD | YUL | 2.6 | 3/3/2016 19:00 | 3/3/2016 22:36 | CA | 31651 |
| 2937 | 3/4/2016 | Friday | CRJ | N423SW | YUL | ORD | 2.3833 | 3/4/2016 12:31 | 3/4/2016 13:54 | CA | 31651 |
| 4554 | 3/7/2016 | Monday | CRJ | N442SW | ATL | CHA | 0.8166 | 3/7/2016 18:10 | 3/7/2016 18:59 | CA | 31651 |
| 4471 | 3/7/2016 | Monday | CRJ | N442SW | CHA | DTW | 1.7333 | 3/7/2016 19:21 | 3/7/2016 21:05 | CA | 31651 |
| 7439 | 3/7/2016 | Monday | CRJ | N442SW | DTW | MQT | 1.3833 | 3/7/2016 21:43 | 3/7/2016 23:06 | CA | 31651 |
| 7413 | 3/9/2016 | Wednesday | CRJ | N601XJ | ESC | DTW | 1.15 | 3/9/2016 20:20 | 3/9/2016 21:29 | CA | 31651 |
| 4763 | 3/9/2016 | Wednesday | CRJ | N460SW | DTW | TVC | 1.0666 | 3/9/2016 22:23 | 3/9/2016 23:27 | CA | 31651 |
| 4852 | 3/10/2016 | Thursday | CRJ | N442SW | TVC | DTW | 1.0166 | 3/10/2016 14:20 | 3/10/2016 15:21 | CA | 31651 |
| 4682 | 3/10/2016 | Thursday | CRJ | N874AS | DTW | LAN | 0.65 | 3/10/2016 16:04 | 3/10/2016 16:43 | CA | 31651 |
| 4682 | 3/10/2016 | Thursday | CRJ | N874AS | LAN | DTW | 0.55 | 3/10/2016 17:07 | 3/10/2016 17:40 | CA | 31651 |
| 3546 | 3/10/2016 | Thursday | CRJ | N874AS | DTW | TVC | 0.95 | 3/10/2016 18:13 | 3/10/2016 19:10 | CA | 31651 |
| 3546 | 3/10/2016 | Thursday | CRJ | N874AS | TVC | DTW | 0.9833 | 3/10/2016 19:37 | 3/10/2016 20:36 | CA | 31651 |
| 4554 | 3/13/2016 | Sunday | CRJ | N459SW | ATL | CHA | 0.7833 | 3/13/2016 16:47 | 3/13/2016 17:34 | CA | 31651 |
| 4471 | 3/13/2016 | Sunday | CRJ | N459SW | CHA | DTW | 1.6833 | 3/13/2016 18:45 | 3/13/2016 20:26 | CA | 31651 |
| 4781 | 3/13/2016 | Sunday | CRJ | N459SW | DTW | AZO | 0.7833 | 3/13/2016 21:56 | 3/13/2016 22:43 | CA | 31651 |
| 4645 | 3/14/2016 | Monday | CRJ | N477CA | AZO | DTW | 0.9166 | 3/14/2016 13:43 | 3/14/2016 14:38 | CA | 31651 |
| 4548 | 3/14/2016 | Monday | CRJ | N455CA | DTW | FWA | 0.9333 | 3/14/2016 18:04 | 3/14/2016 19:00 | CA | 31651 |
| 4521 | 3/14/2016 | Monday | CRJ | N455CA | FWA | ATL | 1.4833 | 3/14/2016 19:25 | 3/14/2016 20:54 | CA | 31651 |
| 4703 | 3/14/2016 | Monday | CRJ | N455CA | ATL | SBN | 1.7666 | 3/14/2016 21:28 | 3/14/2016 23:14 | CA | 31651 |
| 4707 | 3/15/2016 | Tuesday | CRJ | N457SW | SBN | DTW | 0.8666 | 3/15/2016 13:40 | 3/15/2016 14:32 | CA | 31651 |
| 7402 | 3/15/2016 | Tuesday | CRJ | N457SW | DTW | DTW | 0.3 | 3/15/2016 16:00 | 3/15/2016 16:18 | CA | 31651 |
| 7402 | 3/15/2016 | Tuesday | CRJ | N457SW | DTW | ESC | 1.1333 | 3/15/2016 16:36 | 3/15/2016 17:44 | CA | 31651 |
| 7402 | 3/15/2016 | Tuesday | CRJ | N457SW | ESC | DTW | 1.2666 | 3/15/2016 18:05 | 3/15/2016 19:21 | CA | 31651 |
| 4763 | 3/15/2016 | Tuesday | CRJ | N457SW | DTW | TVC | 0.85 | 3/15/2016 19:50 | 3/15/2016 20:41 | CA | 31651 |
| 4852 | 3/16/2016 | Wednesday | CRJ | N433SW | TVC | DTW | 0.9833 | 3/16/2016 11:53 | 3/16/2016 12:52 | CA | 31651 |
| 4682 | 3/16/2016 | Wednesday | CRJ | N433SW | DTW | LAN | 0.5333 | 3/16/2016 13:41 | 3/16/2016 14:13 | CA | 31651 |
| 4682 | 3/16/2016 | Wednesday | CRJ | N433SW | LAN | DTW | 0.6166 | 3/16/2016 14:51 | 3/16/2016 15:28 | CA | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4647 | 3/20/2016 | Sunday | CRJ | N442SW | ATL | ILM | 1.65 | 3/20/2016 14:11 | 3/20/2016 15:50 | CA | 31651 |
| 4647 | 3/20/2016 | Sunday | CRJ | N442SW | ILM | ATL | 1.5 | 3/20/2016 16:09 | 3/20/2016 17:39 | CA | 31651 |
| 4603 | 3/20/2016 | Sunday | CRJ | N442SW | ATL | FWA | 1.6333 | 3/20/2016 18:12 | 3/20/2016 19:50 | CA | 31651 |
| 4778 | 3/21/2016 | Monday | CRJ | N442SW | FWA | DTW | 2.5 | 3/21/2016 5:29 | 3/21/2016 7:59 | CA | 31651 |
| 4698 | 3/21/2016 | Monday | CRJ | N442SW | DTW | CHA | 1.5333 | 3/21/2016 8:40 | 3/21/2016 10:12 | CA | 31651 |
| 4497 | 3/21/2016 | Monday | CRJ | N442SW | CHA | ATL | 0.6833 | 3/21/2016 10:46 | 3/21/2016 11:27 | CA | 31651 |
| 4520 | 3/21/2016 | Monday | CRJ | N442SW | ATL | TYS | 1.0666 | 3/21/2016 12:28 | 3/21/2016 13:32 | CA | 31651 |
| 4520 | 3/21/2016 | Monday | CRJ | N442SW | TYS | ATL | 0.85 | 3/21/2016 13:59 | 3/21/2016 14:50 | CA | 31651 |
| 4535 | 3/22/2016 | Tuesday | CRJ | N912EV | ATL | CHA | 0.7666 | 3/22/2016 12:18 | 3/22/2016 13:04 | CA | 31651 |
| 4535 | 3/22/2016 | Tuesday | CRJ | N912EV | CHA | ATL | 0.7666 | 3/22/2016 13:31 | 3/22/2016 14:17 | CA | 31651 |
| 4493 | 3/22/2016 | Tuesday | CRJ | N912EV | ATL | SBN | 1.7166 | 3/22/2016 15:21 | 3/22/2016 17:04 | CA | 31651 |
| 4485 | 3/22/2016 | Tuesday | CRJ | N912EV | SBN | DTW | 0.8666 | 3/22/2016 17:45 | 3/22/2016 18:37 | CA | 31651 |
| 4487 | 3/22/2016 | Tuesday | CRJ | N912EV | DTW | SBN | 0.85 | 3/22/2016 19:56 | 3/22/2016 20:47 | CA | 31651 |
| 4707 | 3/23/2016 | Wednesday | CRJ | N886AS | SBN | DTW | 0.7833 | 3/23/2016 13:43 | 3/23/2016 14:30 | CA | 31651 |
| 4524 | 3/27/2016 | Sunday | CRJ | N8932C | ATL | PIA | 1.75 | 3/27/2016 15:56 | 3/27/2016 16:41 | CA | 31651 |
| 4511 | 3/28/2016 | Monday | CRJ | N8932C | PIA | ATL | 1.6666 | 3/28/2016 5:55 | 3/28/2016 8:35 | CA | 31651 |
| 4636 | 3/28/2016 | Monday | CRJ | N8932C | ATL | FWA | 1.5833 | 3/28/2016 9:34 | 3/28/2016 11:09 | CA | 31651 |
| 4778 | 3/29/2016 | Tuesday | CRJ | N468CA | FWA | DTW | 0.9833 | 3/29/2016 6:55 | 3/29/2016 7:54 | CA | 31651 |
| 4698 | 3/29/2016 | Tuesday | CRJ | N468CA | DTW | CHA | 1.5666 | 3/29/2016 8:36 | 3/29/2016 10:10 | CA | 31651 |
| 4497 | 3/29/2016 | Tuesday | CRJ | N468CA | CHA | ATL | 0.75 | 3/29/2016 10:46 | 3/29/2016 11:31 | CA | 31651 |
| 4520 | 3/29/2016 | Tuesday | CR7 | N630SK | ATL | TYS | 0.8166 | 3/29/2016 15:21 | 3/29/2016 16:10 | CA | 31651 |
| 4520 | 3/29/2016 | Tuesday | CR7 | N630SK | TYS | ATL | 0.9166 | 3/29/2016 16:36 | 3/29/2016 17:31 | CA | 31651 |
| 4811 | 3/30/2016 | Wednesday | CRJ | N936SW | BNA | CVG | 1.0333 | 3/30/2016 7:53 | 3/30/2016 9:55 | CA | 31651 |
| 4625 | 3/30/2016 | Wednesday | CRJ | N936SW | CVG | PHL | 1.45 | 3/30/2016 10:16 | 3/30/2016 11:43 | CA | 31651 |
| 4625 | 3/30/2016 | Wednesday | CRJ | N936SW | PHL | CVG | 1.65 | 3/30/2016 12:03 | 3/30/2016 13:42 | CA | 31651 |
| 4796 | 3/30/2016 | Wednesday | CRJ | N936SW | CVG | ORD | 1.2833 | 3/30/2016 15:57 | 3/30/2016 16:14 | CA | 31651 |
| 5650 | 4/3/2016 | Sunday | CR6 | N783SK | ORD | BHM | 1.5666 | 4/3/2016 6:18 | 4/3/2016 7:52 | CA | 31651 |
| 5375 | 4/3/2016 | Sunday | CR6 | N783SK | BHM | DEN | 2.8333 | 4/3/2016 8:30 | 4/3/2016 10:20 | CA | 31651 |
| 5813 | 4/4/2016 | Monday | CR6 | N770SK | OKC | ORD | 2.0666 | 4/4/2016 7:22 | 4/4/2016 9:26 | CA | 31651 |
| 5397 | 4/5/2016 | Tuesday | CR6 | N719SK | CID | ORD | 1.4833 | 4/5/2016 4:45 | 4/5/2016 6:14 | CA | 31651 |
| 5537 | 4/5/2016 | Tuesday | CR6 | N719SK | ORD | GSP | 1.65 | 4/5/2016 6:58 | 4/5/2016 9:37 | CA | 31651 |
| 5473 | 4/5/2016 | Tuesday | CR6 | N719SK | GSP | ORD | 1.9833 | 4/5/2016 10:22 | 4/5/2016 11:21 | CA | 31651 |
| 5703 | 4/18/2016 | Monday | CRJ | N954SW | ORD | TVC | 1.0166 | 4/18/2016 15:01 | 4/18/2016 17:02 | CA | 31651 |
| 6016 | 4/18/2016 | Monday | CRJ | N954SW | TVC | ORD | 1.2333 | 4/18/2016 17:32 | 4/18/2016 17:46 | CA | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5830 | 4/18/2016 | Monday | CRJ | N912SW | ORD | XNA | 1.9 | 4/18/2016 19:23 | 4/18/2016 21:17 | CA | 31651 |
| 5686 | 4/19/2016 | Tuesday | CRJ | N957SW | XNA | ORD | 1.7166 | 4/19/2016 12:25 | 4/19/2016 14:08 | CA | 31651 |
| 5788 | 4/19/2016 | Tuesday | CRJ | N957SW | ORD | SGF | 1.5333 | 4/19/2016 15:47 | 4/19/2016 17:19 | CA | 31651 |
| 5622 | 4/19/2016 | Tuesday | CRJ | N957SW | SGF | ORD | 1.7 | 4/19/2016 17:55 | 4/19/2016 19:37 | CA | 31651 |
| 2925 | 4/20/2016 | Wednesday | CRJ | N862AS | ORD | ICT | 2.0166 | 4/20/2016 13:30 | 4/20/2016 15:31 | CA | 31651 |
| 2925 | 4/20/2016 | Wednesday | CRJ | N862AS | ICT | ORD | 1.5166 | 4/20/2016 15:55 | 4/20/2016 17:26 | CA | 31651 |
| 2934 | 4/20/2016 | Wednesday | CRJ | N464SW | ORD | YUL | 2.2666 | 4/20/2016 18:25 | 4/20/2016 21:41 | CA | 31651 |
| 2937 | 4/21/2016 | Thursday | CRJ | N423SW | YUL | ORD | 2.35 | 4/21/2016 12:25 | 4/21/2016 13:46 | CA | 31651 |
| 2929 | 4/21/2016 | Thursday | CRJ | N423SW | ORD | MKE | 1.0166 | 4/21/2016 15:15 | 4/21/2016 16:16 | CA | 31651 |
| 2929 | 4/21/2016 | Thursday | CRJ | N423SW | MKE | MKE | 0.3666 | 4/21/2016 17:28 | 4/21/2016 17:50 | CA | 31651 |
| 2929 | 4/21/2016 | Thursday | CRJ | N423SW | MKE | ORD | 0.9666 | 4/21/2016 18:29 | 4/21/2016 19:27 | CA | 31651 |
| 2930 | 4/21/2016 | Thursday | CRJ | N423SW | ORD | MKE | 0.6166 | 4/21/2016 20:03 | 4/21/2016 20:40 | CA | 31651 |
| 2930 | 4/21/2016 | Thursday | CRJ | N423SW | MKE | ORD | 0.6833 | 4/21/2016 21:00 | 4/21/2016 21:41 | CA | 31651 |
| 5065 | 4/24/2016 | Sunday | CRJ | N679SA | ORD | MKE | 0.5833 | 4/24/2016 10:02 | 4/24/2016 10:37 | CA | 31651 |
| 5121 | 4/24/2016 | Sunday | CRJ | N679SA | MKE | ORD | 0.8 | 4/24/2016 11:16 | 4/24/2016 12:04 | CA | 31651 |
| 5751 | 4/25/2016 | Monday | CRJ | N945SW | ORD | YOW | 2.4666 | 4/25/2016 18:52 | 4/25/2016 22:20 | CA | 31651 |
| 5954 | 4/26/2016 | Tuesday | CRJ | N693BR | YOW | ORD | 2.6666 | 4/26/2016 14:28 | 4/26/2016 16:08 | CA | 31651 |
| 5784 | 4/26/2016 | Tuesday | CRJ | N924SW | ORD | FSD | 1.6333 | 4/26/2016 17:51 | 4/26/2016 19:29 | CA | 31651 |
| 5882 | 4/26/2016 | Tuesday | CRJ | N924SW | FSD | ORD | 1.55 | 4/26/2016 19:46 | 4/26/2016 21:19 | CA | 31651 |
| 2929 | 4/27/2016 | Wednesday | CRJ | N862AS | ORD | MKE | 0.6833 | 4/27/2016 15:16 | 4/27/2016 15:57 | CA | 31651 |
| 2929 | 4/27/2016 | Wednesday | CRJ | N862AS | MKE | ORD | 1.1166 | 4/27/2016 16:27 | 4/27/2016 17:34 | CA | 31651 |
| 2930 | 4/27/2016 | Wednesday | CRJ | N869AS | ORD | MKE | 0.8333 | 4/27/2016 18:45 | 4/27/2016 19:35 | CA | 31651 |
| 2930 | 4/27/2016 | Wednesday | CRJ | N869AS | MKE | ORD | 0.9666 | 4/27/2016 19:59 | 4/27/2016 20:57 | CA | 31651 |
| 2931 | 4/27/2016 | Wednesday | CRJ | N423SW | ORD | CHO | 1.8333 | 4/27/2016 21:49 | 4/28/2016 0:39 | CA | 31651 |
| 2921 | 4/28/2016 | Thursday | CRJ | N423SW | CHO | ORD | 2.2166 | 4/28/2016 16:37 | 4/28/2016 17:50 | CA | 31651 |
| 2928 | 4/28/2016 | Thursday | CRJ | N693BR | ORD | MKE | 0.7166 | 4/28/2016 18:26 | 4/28/2016 19:09 | CA | 31651 |
| 2928 | 4/28/2016 | Thursday | CRJ | N693BR | MKE | ORD | 0.8666 | 4/28/2016 19:28 | 4/28/2016 20:20 | CA | 31651 |
| 4459 | 5/1/2016 | Sunday | CRJ | N652BR | DTW | SBN | 1.05 | 5/1/2016 13:51 | 5/1/2016 14:54 | CA | 31651 |
| 4613 | 5/2/2016 | Monday | CRJ | N454SW | SBN | ATL | 1.8666 | 5/2/2016 6:25 | 5/2/2016 8:17 | CA | 31651 |
| 4628 | 5/2/2016 | Monday | CRJ | N454SW | ATL | PIA | 1.8333 | 5/2/2016 9:02 | 5/2/2016 9:52 | CA | 31651 |
| 4840 | 5/3/2016 | Tuesday | CRJ | N953SW | PIA | DTW | 1.4666 | 5/3/2016 6:15 | 5/3/2016 8:43 | CA | 31651 |
| 4652 | 5/3/2016 | Tuesday | CRJ | N953SW | DTW | ATW | 1.3833 | 5/3/2016 10:08 | 5/3/2016 10:31 | CA | 31651 |
| 4652 | 5/3/2016 | Tuesday | CRJ | N953SW | ATW | DTW | 1.0666 | 5/3/2016 11:00 | 5/3/2016 13:04 | CA | 31651 |
| 4693 | 5/3/2016 | Tuesday | CRJ | N953SW | DTW | CVG | 1.0833 | 5/3/2016 13:55 | 5/3/2016 15:00 | CA | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4484 | 5/15/2016 | Sunday | CRJ | N8828D | DTW | MLI | 1.55 | 5/15/2016 10:19 | 5/15/2016 10:52 | CA | 31651 |
| 4484 | 5/15/2016 | Sunday | CRJ | N8828D | MLI | DTW | 1.4666 | 5/15/2016 11:17 | 5/15/2016 13:45 | CA | 31651 |
| 4528 | 5/16/2016 | Monday | CRJ | N8828D | ABE | DTW | 1.85 | 5/16/2016 7:33 | 5/16/2016 9:24 | CA | 31651 |
| 4769 | 5/16/2016 | Monday | CRJ | N8828D | DTW | CHA | 1.5666 | 5/16/2016 9:47 | 5/16/2016 11:21 | CA | 31651 |
| 4789 | 5/16/2016 | Monday | CRJ | N8828D | CHA | ATL | 0.8166 | 5/16/2016 11:44 | 5/16/2016 12:33 | CA | 31651 |
| 4488 | 5/16/2016 | Monday | CRJ | N8828D | ATL | CHA | 0.6333 | 5/16/2016 13:02 | 5/16/2016 13:40 | CA | 31651 |
| 4572 | 5/17/2016 | Tuesday | CRJ | N8828D | CHA | DTW | 1.8 | 5/17/2016 7:25 | 5/17/2016 9:13 | CA | 31651 |
| 4537 | 5/17/2016 | Tuesday | CRJ | N8828D | DTW | ABE | 1.3166 | 5/17/2016 10:21 | 5/17/2016 11:40 | CA | 31651 |
| 4528 | 5/18/2016 | Wednesday | CRJ | N416SW | ABE | DTW | 1.7333 | 5/18/2016 5:59 | 5/18/2016 7:43 | CA | 31651 |
| 4590 | 5/18/2016 | Wednesday | CRJ | N416SW | DTW | SBN | 0.9166 | 5/18/2016 8:31 | 5/18/2016 9:26 | CA | 31651 |
| 4590 | 5/18/2016 | Wednesday | CRJ | N416SW | SBN | DTW | 0.7666 | 5/18/2016 9:56 | 5/18/2016 10:42 | CA | 31651 |
| 4504 | 5/22/2016 | Sunday | CRJ | N910EV | ATL | CHA | 0.75 | 5/22/2016 13:51 | 5/22/2016 14:36 | CA | 31651 |
| 4504 | 5/22/2016 | Sunday | CRJ | N910EV | CHA | ATL | 0.7666 | 5/22/2016 15:05 | 5/22/2016 15:51 | CA | 31651 |
| 4572 | 5/23/2016 | Monday | CRJ | N452SW | CHA | DTW | 1.8666 | 5/23/2016 7:29 | 5/23/2016 9:21 | CA | 31651 |
| 4537 | 5/23/2016 | Monday | CRJ | N452SW | DTW | ABE | 1.5 | 5/23/2016 10:22 | 5/23/2016 11:52 | CA | 31651 |
| 4528 | 5/24/2016 | Tuesday | CRJ | N443SW | ABE | ABE | 0.1333 | 5/24/2016 5:56 | 5/24/2016 6:04 | CA | 31651 |
| 4528 | 5/24/2016 | Tuesday | CRJ | N443SW | ABE | DTW | 1.55 | 5/24/2016 8:03 | 5/24/2016 9:36 | CA | 31651 |
| 4769 | 5/24/2016 | Tuesday | CRJ | N443SW | DTW | CHA | 1.65 | 5/24/2016 10:05 | 5/24/2016 11:44 | CA | 31651 |
| 4789 | 5/24/2016 | Tuesday | CRJ | N443SW | CHA | ATL | 0.8166 | 5/24/2016 12:12 | 5/24/2016 13:01 | CA | 31651 |
| 4488 | 5/24/2016 | Tuesday | CRJ | N443SW | ATL | CHA | 0.7166 | 5/24/2016 13:29 | 5/24/2016 14:12 | CA | 31651 |
| 4572 | 5/25/2016 | Wednesday | CRJ | N602XJ | CHA | DTW | 1.7666 | 5/25/2016 7:29 | 5/25/2016 9:15 | CA | 31651 |
| 4652 | 5/25/2016 | Wednesday | CRJ | N602XJ | DTW | ATW | 1.4333 | 5/25/2016 10:08 | 5/25/2016 10:34 | CA | 31651 |
| 4652 | 5/25/2016 | Wednesday | CRJ | N602XJ | ATW | DTW | 1.0833 | 5/25/2016 10:59 | 5/25/2016 13:04 | CA | 31651 |
| 4693 | 5/25/2016 | Wednesday | CRJ | N602XJ | DTW | CVG | 1.0333 | 5/25/2016 13:57 | 5/25/2016 14:59 | CA | 31651 |
| 4497 | 5/29/2016 | Sunday | CRJ | N602XJ | ATL | CHA | 0.6666 | 5/29/2016 15:43 | 5/29/2016 16:23 | CA | 31651 |
| 4497 | 5/29/2016 | Sunday | CRJ | N602XJ | CHA | ATL | 0.75 | 5/29/2016 16:45 | 5/29/2016 17:30 | CA | 31651 |
| 4474 | 5/29/2016 | Sunday | CRJ | N602XJ | ATL | SBN | 1.75 | 5/29/2016 18:04 | 5/29/2016 19:49 | CA | 31651 |
| 4853 | 5/30/2016 | Monday | CRJ | N602XJ | SBN | ATL | 1.8 | 5/30/2016 7:46 | 5/30/2016 9:34 | CA | 31651 |
| 4488 | 5/30/2016 | Monday | CRJ | N8923A | ATL | CHA | 0.8333 | 5/30/2016 12:09 | 5/30/2016 12:59 | CA | 31651 |
| 4488 | 5/30/2016 | Monday | CRJ | N8923A | CHA | ATL | 0.85 | 5/30/2016 13:24 | 5/30/2016 14:15 | CA | 31651 |
| 4579 | 5/30/2016 | Monday | CRJ | N652BR | ATL | SBN | 2.05 | 5/30/2016 15:24 | 5/30/2016 17:27 | CA | 31651 |
| 4522 | 5/31/2016 | Tuesday | CRJ | N463SW | SBN | DTW | 0.9 | 5/31/2016 6:53 | 5/31/2016 7:47 | CA | 31651 |
| 4648 | 5/31/2016 | Tuesday | CRJ | N463SW | DTW | DAY | 1.0666 | 5/31/2016 8:39 | 5/31/2016 9:43 | CA | 31651 |
| 4648 | 5/31/2016 | Tuesday | CRJ | N463SW | DAY | DTW | 0.8166 | 5/31/2016 10:19 | 5/31/2016 11:08 | CA | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7369 | 5/31/2016 | Tuesday | CRJ | N463SW | DTW | APN | 1.0333 | 5/31/2016 12:02 | 5/31/2016 13:04 | CA | 31651 |
| 7368 | 6/1/2016 | Wednesday | CRJ | N427SW | APN | PLN | 0.5833 | 6/1/2016 5:26 | 6/1/2016 6:01 | CA | 31651 |
| 7368 | 6/1/2016 | Wednesday | CRJ | N427SW | PLN | DTW | 1.0166 | 6/1/2016 6:38 | 6/1/2016 7:39 | CA | 31651 |
| 5912 | 6/6/2016 | Monday | CRJ | N959SW | ORD | MEM | 1.7166 | 6/6/2016 16:57 | 6/6/2016 18:40 | CA | 31651 |
| 5760 | 6/6/2016 | Monday | CRJ | N959SW | MEM | ORD | 1.65 | 6/6/2016 19:10 | 6/6/2016 20:49 | CA | 31651 |
| 5031 | 6/6/2016 | Monday | CRJ | N938SW | ORD | MKE | 0.8333 | 6/6/2016 21:22 | 6/6/2016 22:12 | CA | 31651 |
| 5013 | 6/7/2016 | Tuesday | CRJ | N954SW | MKE | ORD | 1.0166 | 6/7/2016 13:25 | 6/7/2016 14:26 | CA | 31651 |
| 5784 | 6/7/2016 | Tuesday | CRJ | N967SW | ORD | FSD | 1.55 | 6/7/2016 16:22 | 6/7/2016 17:55 | CA | 31651 |
| 5882 | 6/7/2016 | Tuesday | CRJ | N967SW | FSD | ORD | 1.5333 | 6/7/2016 18:25 | 6/7/2016 19:57 | CA | 31651 |
| 4609 | 6/12/2016 | Sunday | CRJ | N454SW | DTW | ABE | 1.3333 | 6/12/2016 10:23 | 6/12/2016 11:43 | CA | 31651 |
| 4609 | 6/12/2016 | Sunday | CRJ | N454SW | ABE | DTW | 1.6666 | 6/12/2016 12:30 | 6/12/2016 14:10 | CA | 31651 |
| 7364 | 6/12/2016 | Sunday | CRJ | N454SW | DTW | CIU | 1.1666 | 6/12/2016 15:25 | 6/12/2016 16:35 | CA | 31651 |
| 7398 | 6/13/2016 | Monday | CRJ | N823AS | CIU | DTW | 1.2 | 6/13/2016 5:28 | 6/13/2016 6:40 | CA | 31651 |
| 7425 | 6/13/2016 | Monday | CRJ | N823AS | DTW | BGM | 1.4166 | 6/13/2016 10:24 | 6/13/2016 11:49 | CA | 31651 |
| 4794 | 6/19/2016 | Sunday | CRJ | N8933B | DTW | MBS | 0.7166 | 6/19/2016 15:41 | 6/19/2016 16:24 | CA | 31651 |
| 4794 | 6/19/2016 | Sunday | CRJ | N8933B | MBS | DTW | 0.7333 | 6/19/2016 17:25 | 6/19/2016 18:09 | CA | 31651 |
| 4778 | 6/19/2016 | Sunday | CRJ | N477CA | DTW | FWA | 0.7166 | 6/19/2016 21:58 | 6/19/2016 22:41 | CA | 31651 |
| 4683 | 6/20/2016 | Monday | CRJ | N447SW | FWA | DTW | 0.75 | 6/20/2016 10:07 | 6/20/2016 10:52 | CA | 31651 |
| 4574 | 6/20/2016 | Monday | CRJ | N447SW | DTW | FWA | 0.8 | 6/20/2016 12:12 | 6/20/2016 13:00 | CA | 31651 |
| 4574 | 6/20/2016 | Monday | CRJ | N447SW | FWA | DTW | 0.8333 | 6/20/2016 13:30 | 6/20/2016 14:20 | CA | 31651 |
| 7406 | 6/20/2016 | Monday | CRJ | N447SW | DTW | BGM | 1.4 | 6/20/2016 15:37 | 6/20/2016 17:01 | CA | 31651 |
| 7434 | 6/21/2016 | Tuesday | CRJ | N437SW | BGM | DTW | 1.4333 | 6/21/2016 6:25 | 6/21/2016 7:51 | CA | 31651 |
| 4546 | 6/21/2016 | Tuesday | CRJ | N8903A | DTW | FWA | 1.0666 | 6/21/2016 8:40 | 6/21/2016 9:44 | CA | 31651 |
| 4683 | 6/21/2016 | Tuesday | CRJ | N8903A | FWA | DTW | 1.2 | 6/21/2016 10:09 | 6/21/2016 11:21 | CA | 31651 |
| 4473 | 6/21/2016 | Tuesday | CRJ | N8903A | DTW | CID | 1.5333 | 6/21/2016 11:58 | 6/21/2016 12:30 | CA | 31651 |
| 4461 | 6/22/2016 | Wednesday | CRJ | N913EV | CID | DTW | 1.7833 | 6/22/2016 6:24 | 6/22/2016 9:11 | CA | 31651 |
| 4489 | 6/22/2016 | Wednesday | CRJ | N913EV | DTW | CMH | 0.9666 | 6/22/2016 10:21 | 6/22/2016 11:19 | CA | 31651 |
| 4489 | 6/22/2016 | Wednesday | CRJ | N913EV | CMH | DTW | 1.0166 | 6/22/2016 11:46 | 6/22/2016 12:47 | CA | 31651 |
| 4857 | 6/26/2016 | Sunday | CRJ | N8828D | ATL | LFT | 1.6833 | 6/26/2016 9:43 | 6/26/2016 10:24 | CA | 31651 |
| 4857 | 6/26/2016 | Sunday | CRJ | N8828D | LFT | ATL | 2.05 | 6/26/2016 10:57 | 6/26/2016 14:00 | CA | 31651 |
| 4640 | 6/26/2016 | Sunday | CRJ | N8828D | ATL | SBN | 2.8166 | 6/26/2016 15:52 | 6/26/2016 18:41 | CA | 31651 |
| 4714 | 6/27/2016 | Monday | CRJ | N441SW | SBN | ATL | 1.8666 | 6/27/2016 6:10 | 6/27/2016 8:02 | CA | 31651 |
| 4656 | 6/27/2016 | Monday | CRJ | N441SW | ATL | FWA | 1.7 | 6/27/2016 9:05 | 6/27/2016 10:47 | CA | 31651 |
| 4770 | 6/28/2016 | Tuesday | CRJ | N430SW | FWA | ATL | 1.6666 | 6/28/2016 8:06 | 6/28/2016 9:46 | CA | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4646 | 6/28/2016 | Tuesday | CRJ | N430SW | ATL | CHA | 0.8 | 6/28/2016 10:31 | 6/28/2016 11:19 | CA | 31651 |
| 4646 | 6/28/2016 | Tuesday | CRJ | N430SW | CHA | ATL | 0.8833 | 6/28/2016 11:51 | 6/28/2016 12:44 | CA | 31651 |
| 4687 | 6/28/2016 | Tuesday | CRJ | N430SW | ATL | CHA | 0.7833 | 6/28/2016 13:56 | 6/28/2016 14:43 | CA | 31651 |
| 4560 | 6/29/2016 | Wednesday | CRJ | N779CA | CHA | DTW | 1.8 | 6/29/2016 7:32 | 6/29/2016 9:20 | CA | 31651 |
| 4489 | 6/29/2016 | Wednesday | CRJ | N779CA | DTW | CMH | 1.0166 | 6/29/2016 10:22 | 6/29/2016 11:23 | CA | 31651 |
| 4489 | 6/29/2016 | Wednesday | CRJ | N779CA | CMH | DTW | 1.1 | 6/29/2016 11:44 | 6/29/2016 12:50 | CA | 31651 |
| 4791 | 7/4/2016 | Monday | CRJ | N445SW | DTW | CLE | 0.8166 | 7/4/2016 8:45 | 7/4/2016 9:34 | CA | 31651 |
| 4487 | 7/4/2016 | Monday | CRJ | N445SW | CLE | MSP | 1.85 | 7/4/2016 15:06 | 7/4/2016 15:57 | CA | 31651 |
| 4665 | 7/4/2016 | Monday | CRJ | N445SW | MSP | GFK | 1.1166 | 7/4/2016 16:28 | 7/4/2016 17:35 | CA | 31651 |
| 4671 | 7/5/2016 | Tuesday | CRJ | N445SW | GFK | MSP | 1.3666 | 7/5/2016 7:50 | 7/5/2016 9:12 | CA | 31651 |
| 4814 | 7/5/2016 | Tuesday | CRJ | N910EV | MSP | DLH | 1.05 | 7/5/2016 9:57 | 7/5/2016 11:00 | CA | 31651 |
| 4814 | 7/5/2016 | Tuesday | CRJ | N910EV | DLH | MSP | 0.7 | 7/5/2016 11:25 | 7/5/2016 12:07 | CA | 31651 |
| 4611 | 7/5/2016 | Tuesday | CRJ | N910EV | MSP | SBN | 1.3166 | 7/5/2016 13:09 | 7/5/2016 15:28 | CA | 31651 |
| 4485 | 7/5/2016 | Tuesday | CRJ | N944SW | SBN | DTW | 0.8333 | 7/5/2016 17:47 | 7/5/2016 18:37 | CA | 31651 |
| 7403 | 7/6/2016 | Wednesday | CRJ | N944SW | DTW | ITH | 1.3166 | 7/6/2016 22:08 | 7/6/2016 23:27 | CA | 31651 |
| 7381 | 7/7/2016 | Thursday | CRJ | N944SW | ITH | DTW | 1.3 | 7/7/2016 5:59 | 7/7/2016 7:17 | CA | 31651 |
| 3568 | 7/7/2016 | Thursday | CRJ | N8932C | DTW | ABE | 1.45 | 7/7/2016 21:01 | 7/7/2016 22:28 | CA | 31651 |
| 3567 | 7/8/2016 | Friday | CRJ | N8932C | ABE | DTW | 1.45 | 7/8/2016 5:50 | 7/8/2016 7:17 | CA | 31651 |
| 7410 | 7/10/2016 | Sunday | CRJ | N468CA | DTW | CIU | 1.2666 | 7/10/2016 20:26 | 7/10/2016 21:42 | CA | 31651 |
| 7395 | 7/11/2016 | Monday | CRJ | N468CA | CIU | DTW | 1.1333 | 7/11/2016 5:10 | 7/11/2016 6:18 | CA | 31651 |
| 7410 | 7/11/2016 | Monday | CRJ | N443SW | DTW | CIU | 1.2833 | 7/11/2016 20:26 | 7/11/2016 21:43 | CA | 31651 |
| 7395 | 7/12/2016 | Tuesday | CRJ | N443SW | CIU | DTW | 1.1666 | 7/12/2016 5:16 | 7/12/2016 6:26 | CA | 31651 |
| 4858 | 7/17/2016 | Sunday | CRJ | N913EV | DTW | SBN | 0.95 | 7/17/2016 8:22 | 7/17/2016 9:19 | CA | 31651 |
| 4858 | 7/17/2016 | Sunday | CRJ | N913EV | SBN | DTW | 0.8666 | 7/17/2016 10:10 | 7/17/2016 11:02 | CA | 31651 |
| 7371 | 7/17/2016 | Sunday | CRJ | N913EV | DTW | PLN | 1.1 | 7/17/2016 11:51 | 7/17/2016 12:57 | CA | 31651 |
| 7371 | 7/17/2016 | Sunday | CRJ | N913EV | PLN | DTW | 0.9666 | 7/17/2016 13:27 | 7/17/2016 14:25 | CA | 31651 |
| 4485 | 7/17/2016 | Sunday | CRJ | N913EV | DTW | SBN | 1.05 | 7/17/2016 15:57 | 7/17/2016 17:00 | CA | 31651 |
| 4526 | 7/18/2016 | Monday | CRJ | N809CA | SBN | ATL | 2.3166 | 7/18/2016 5:57 | 7/18/2016 8:16 | CA | 31651 |
| 4552 | 7/18/2016 | Monday | CRJ | N809CA | ATL | FWA | 1.9 | 7/18/2016 8:47 | 7/18/2016 10:41 | CA | 31651 |
| 4552 | 7/18/2016 | Monday | CRJ | N809CA | FWA | ATL | 1.8666 | 7/18/2016 11:11 | 7/18/2016 13:03 | CA | 31651 |
| 4635 | 7/18/2016 | Monday | CRJ | N809CA | ATL | CHA | 0.9666 | 7/18/2016 14:14 | 7/18/2016 15:12 | CA | 31651 |
| 4503 | 7/19/2016 | Tuesday | CRJ | N8933B | CHA | DTW | 1.7666 | 7/19/2016 7:08 | 7/19/2016 8:54 | CA | 31651 |
| 4504 | 7/19/2016 | Tuesday | CRJ | N8933B | DTW | MLI | 1.5 | 7/19/2016 10:12 | 7/19/2016 10:42 | CA | 31651 |
| 4504 | 7/19/2016 | Tuesday | CRJ | N8933B | MLI | DTW | 1.3666 | 7/19/2016 11:41 | 7/19/2016 14:03 | CA | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4832 | 7/21/2016 | Thursday | CRJ | N944SW | DTW | CHA | 1.5 | 7/21/2016 8:28 | 7/21/2016 9:58 | CA | 31651 |
| 3563 | 7/21/2016 | Thursday | CRJ | N944SW | CHA | ATL | 0.75 | 7/21/2016 10:40 | 7/21/2016 11:25 | CA | 31651 |
| 4855 | 7/21/2016 | Thursday | CRJ | N455CA | ATL | FWA | 1.75 | 7/21/2016 13:53 | 7/21/2016 15:38 | CA | 31651 |
| 4678 | 7/21/2016 | Thursday | CRJ | N455CA | FWA | DTW | 0.8 | 7/21/2016 18:09 | 7/21/2016 18:57 | CA | 31651 |
| 4702 | 7/25/2016 | Monday | CRJ | N8965E | DTW | DSM | 1.9166 | 7/25/2016 10:04 | 7/25/2016 10:59 | CA | 31651 |
| 4702 | 7/25/2016 | Monday | CRJ | N8965E | DSM | DTW | 1.5833 | 7/25/2016 11:35 | 7/25/2016 14:10 | CA | 31651 |
| 3567 | 7/26/2016 | Tuesday | CRJ | N438SW | ABE | DTW | 1.5833 | 7/26/2016 5:49 | 7/26/2016 7:24 | CA | 31651 |
| 7388 | 7/26/2016 | Tuesday | CRJ | N438SW | DTW | BGM | 1.2833 | 7/26/2016 10:02 | 7/26/2016 11:19 | CA | 31651 |
| 7379 | 7/27/2016 | Wednesday | CRJ | N441SW | BGM | DTW | 1.3666 | 7/27/2016 6:07 | 7/27/2016 7:29 | CA | 31651 |
| 7413 | 7/27/2016 | Wednesday | CRJ | N441SW | DTW | PLN | 1.1666 | 7/27/2016 8:24 | 7/27/2016 9:34 | CA | 31651 |
| 7413 | 7/27/2016 | Wednesday | CRJ | N441SW | PLN | DTW | 0.9333 | 7/27/2016 10:01 | 7/27/2016 10:57 | CA | 31651 |
| 4829 | 7/27/2016 | Wednesday | CRJ | N8968E | DTW | AZO | 0.9166 | 7/27/2016 13:38 | 7/27/2016 14:33 | CA | 31651 |
| 4819 | 7/28/2016 | Thursday | CRJ | N8828D | AZO | DTW | 0.7166 | 7/28/2016 7:44 | 7/28/2016 8:27 | CA | 31651 |
| 7409 | 7/28/2016 | Thursday | CRJ | N8828D | DTW | ITH | 1.2 | 7/28/2016 9:58 | 7/28/2016 11:10 | CA | 31651 |
| 7409 | 7/28/2016 | Thursday | CRJ | N8828D | ITH | DTW | 1.7333 | 7/28/2016 11:43 | 7/28/2016 13:27 | CA | 31651 |
| 7406 | 7/28/2016 | Thursday | CRJ | N8828D | DTW | CIU | 1.1166 | 7/28/2016 13:54 | 7/28/2016 15:01 | CA | 31651 |
| 7406 | 7/28/2016 | Thursday | CRJ | N8828D | CIU | DTW | 1.1 | 7/28/2016 15:25 | 7/28/2016 16:31 | CA | 31651 |
| 7409 | 7/29/2016 | Friday | CRJ | N8828D | DTW | ITH | 1.4166 | 7/29/2016 9:59 | 7/29/2016 11:24 | CA | 31651 |
| 7409 | 7/29/2016 | Friday | CRJ | N8828D | ITH | DTW | 1.5666 | 7/29/2016 11:50 | 7/29/2016 13:24 | CA | 31651 |
| 7406 | 7/29/2016 | Friday | CRJ | N8828D | DTW | CIU | 1.2833 | 7/29/2016 13:52 | 7/29/2016 15:09 | CA | 31651 |
| 7406 | 7/29/2016 | Friday | CRJ | N8828D | CIU | DTW | 1.25 | 7/29/2016 15:37 | 7/29/2016 16:52 | CA | 31651 |
| 4515 | 7/31/2016 | Sunday | CRJ | N453SW | DTW | SYR | 1.2166 | 7/31/2016 10:10 | 7/31/2016 11:23 | CA | 31651 |
| 4750 | 7/31/2016 | Sunday | CRJ | N453SW | SYR | DTW | 1.3833 | 7/31/2016 12:53 | 7/31/2016 14:16 | CA | 31651 |
| 7419 | 7/31/2016 | Sunday | CRJ | N453SW | DTW | MQT | 1.45 | 7/31/2016 15:30 | 7/31/2016 16:57 | CA | 31651 |
| 7383 | 8/1/2016 | Monday | CRJ | N875AS | MQT | DTW | 1.25 | 8/1/2016 5:15 | 8/1/2016 6:30 | CA | 31651 |
| 4465 | 8/1/2016 | Monday | CRJ | N875AS | DTW | FWA | 0.8666 | 8/1/2016 8:36 | 8/1/2016 9:28 | CA | 31651 |
| 4465 | 8/1/2016 | Monday | CRJ | N875AS | FWA | DTW | 0.8166 | 8/1/2016 10:28 | 8/1/2016 11:17 | CA | 31651 |
| 7373 | 8/1/2016 | Monday | CRJ | N875AS | DTW | APN | 0.8666 | 8/1/2016 11:46 | 8/1/2016 12:38 | CA | 31651 |
| 7377 | 8/2/2016 | Tuesday | CRJ | N431SW | APN | PLN | 0.6166 | 8/2/2016 5:29 | 8/2/2016 6:06 | CA | 31651 |
| 7377 | 8/2/2016 | Tuesday | CRJ | N431SW | PLN | DTW | 0.8833 | 8/2/2016 6:37 | 8/2/2016 7:30 | CA | 31651 |
| 7413 | 8/2/2016 | Tuesday | CRJ | N445SW | DTW | PLN | 1.0833 | 8/2/2016 8:25 | 8/2/2016 9:30 | CA | 31651 |
| 7413 | 8/2/2016 | Tuesday | CRJ | N445SW | PLN | DTW | 0.9166 | 8/2/2016 9:57 | 8/2/2016 10:52 | CA | 31651 |
| 3568 | 8/3/2016 | Wednesday | CRJ | N455CA | DTW | ABE | 1.45 | 8/3/2016 20:18 | 8/3/2016 21:45 | CA | 31651 |
| 3567 | 8/4/2016 | Thursday | CRJ | N455CA | ABE | DTW | 1.5166 | 8/4/2016 5:48 | 8/4/2016 7:19 | CA | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4515 | 8/7/2016 | Sunday | CRJ | N431SW | DTW | SYR | 1.3 | 8/7/2016 10:05 | 8/7/2016 11:23 | CA | 31651 |
| 4750 | 8/7/2016 | Sunday | CRJ | N431SW | SYR | DTW | 1.4833 | 8/7/2016 12:51 | 8/7/2016 14:20 | CA | 31651 |
| 7383 | 8/8/2016 | Monday | CRJ | N438SW | MQT | DTW | 1.25 | 8/8/2016 5:15 | 8/8/2016 6:30 | CA | 31651 |
| 4842 | 8/8/2016 | Monday | CRJ | N944SW | DTW | SYR | 1.4 | 8/8/2016 8:52 | 8/8/2016 10:16 | CA | 31651 |
| 4842 | 8/8/2016 | Monday | CRJ | N944SW | SYR | DTW | 1.4 | 8/8/2016 10:49 | 8/8/2016 12:13 | CA | 31651 |
| 4829 | 8/8/2016 | Monday | CRJ | N944SW | DTW | AZO | 0.6166 | 8/8/2016 13:20 | 8/8/2016 13:57 | CA | 31651 |
| 4819 | 8/9/2016 | Tuesday | CRJ | N437SW | AZO | DTW | 0.85 | 8/9/2016 7:48 | 8/9/2016 8:39 | CA | 31651 |
| 4702 | 8/9/2016 | Tuesday | CRJ | N886AS | DTW | DSM | 1.8166 | 8/9/2016 10:23 | 8/9/2016 11:12 | CA | 31651 |
| 4702 | 8/9/2016 | Tuesday | CRJ | N886AS | DSM | DTW | 1.6166 | 8/9/2016 11:41 | 8/9/2016 14:18 | CA | 31651 |
| 4686 | 8/9/2016 | Tuesday | CRJ | N886AS | DTW | MBS | 0.6666 | 8/9/2016 16:12 | 8/9/2016 16:52 | CA | 31651 |
| 4686 | 8/9/2016 | Tuesday | CRJ | N886AS | MBS | DTW | 0.65 | 8/9/2016 17:28 | 8/9/2016 18:07 | CA | 31651 |
| 4466 | 8/15/2016 | Monday | CRJ | N8965E | DTW | LAN | 0.6333 | 8/15/2016 16:28 | 8/15/2016 17:06 | CA | 31651 |
| 4741 | 8/15/2016 | Monday | CRJ | N8965E | LAN | MSP | 1.45 | 8/15/2016 17:27 | 8/15/2016 17:54 | CA | 31651 |
| 7422 | 8/15/2016 | Monday | CRJ | N8965E | MSP | HIB | 0.9166 | 8/15/2016 20:19 | 8/15/2016 21:14 | CA | 31651 |
| 7422 | 8/15/2016 | Monday | CRJ | N8965E | HIB | INL | 0.55 | 8/15/2016 21:32 | 8/15/2016 22:05 | CA | 31651 |
| 7400 | 8/17/2016 | Wednesday | CRJ | N447SW | INL | HIB | 0.6333 | 8/17/2016 7:15 | 8/17/2016 7:53 | CA | 31651 |
| 7400 | 8/17/2016 | Wednesday | CRJ | N447SW | HIB | MSP | 0.8833 | 8/17/2016 8:20 | 8/17/2016 9:13 | CA | 31651 |
| 4481 | 8/17/2016 | Wednesday | CRJ | N447SW | MSP | ICT | 1.7666 | 8/17/2016 10:04 | 8/17/2016 11:50 | CA | 31651 |
| 4793 | 8/18/2016 | Thursday | CRJ | N8968E | ICT | MSP | 1.6666 | 8/18/2016 7:33 | 8/18/2016 9:13 | CA | 31651 |
| 4724 | 8/18/2016 | Thursday | CRJ | N702BR | MSP | LSE | 0.9333 | 8/18/2016 9:54 | 8/18/2016 10:50 | CA | 31651 |
| 4724 | 8/18/2016 | Thursday | CRJ | N702BR | LSE | MSP | 0.7166 | 8/18/2016 11:16 | 8/18/2016 11:59 | CA | 31651 |
| 4527 | 8/18/2016 | Thursday | CRJ | N702BR | MSP | ATW | 0.8833 | 8/18/2016 13:01 | 8/18/2016 13:54 | CA | 31651 |
| 4770 | 8/18/2016 | Thursday | CRJ | N702BR | ATW | DTW | 1.1666 | 8/18/2016 14:35 | 8/18/2016 16:45 | CA | 31651 |
| 7406 | 8/21/2016 | Sunday | CRJ | N438SW | DTW | CIU | 1.3 | 8/21/2016 13:50 | 8/21/2016 15:08 | CA | 31651 |
| 7406 | 8/21/2016 | Sunday | CRJ | N438SW | CIU | DTW | 1.2 | 8/21/2016 15:38 | 8/21/2016 16:50 | CA | 31651 |
| 4819 | 8/22/2016 | Monday | CRJ | N461SW | AZO | DTW | 0.7833 | 8/22/2016 7:45 | 8/22/2016 8:32 | CA | 31651 |
| 4515 | 8/22/2016 | Monday | CRJ | N461SW | DTW | SYR | 1.3833 | 8/22/2016 10:03 | 8/22/2016 11:26 | CA | 31651 |
| 4750 | 8/22/2016 | Monday | CRJ | N461SW | SYR | DTW | 1.5 | 8/22/2016 12:57 | 8/22/2016 14:27 | CA | 31651 |
| 7419 | 8/22/2016 | Monday | CRJ | N461SW | DTW | MQT | 1.3 | 8/22/2016 15:27 | 8/22/2016 16:45 | CA | 31651 |
| 7383 | 8/23/2016 | Tuesday | CRJ | N461SW | MQT | DTW | 1.0833 | 8/23/2016 5:22 | 8/23/2016 6:27 | CA | 31651 |
| 4842 | 8/23/2016 | Tuesday | CRJ | N461SW | DTW | SYR | 1.3 | 8/23/2016 7:10 | 8/23/2016 8:28 | CA | 31651 |
| 4842 | 8/23/2016 | Tuesday | CRJ | N461SW | SYR | DTW | 1.4666 | 8/23/2016 9:26 | 8/23/2016 10:54 | CA | 31651 |
| 4829 | 8/23/2016 | Tuesday | CRJ | N461SW | DTW | AZO | 0.7666 | 8/23/2016 12:16 | 8/23/2016 13:02 | CA | 31651 |
| 4819 | 8/24/2016 | Wednesday | CRJ | N439SW | AZO | DTW | 1.1166 | 8/24/2016 7:47 | 8/24/2016 8:54 | CA | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4702 | 8/24/2016 | Wednesday | CRJ | N439SW | DTW | DSM | 1.8666 | 8/24/2016 10:19 | 8/24/2016 11:11 | CA | 31651 |
| 4702 | 8/24/2016 | Wednesday | CRJ | N439SW | DSM | DTW | 1.7 | 8/24/2016 11:40 | 8/24/2016 14:22 | CA | 31651 |
| 4686 | 8/24/2016 | Wednesday | CRJ | N439SW | DTW | MBS | 0.7 | 8/24/2016 15:37 | 8/24/2016 16:19 | CA | 31651 |
| 4686 | 8/24/2016 | Wednesday | CRJ | N439SW | MBS | DTW | 0.7333 | 8/24/2016 17:24 | 8/24/2016 18:08 | CA | 31651 |
| 4633 | 8/28/2016 | Sunday | CRJ | N915EV | DTW | MLI | 1.7833 | 8/28/2016 16:02 | 8/28/2016 16:49 | CA | 31651 |
| 4633 | 8/28/2016 | Sunday | CRJ | N915EV | MLI | DTW | 1.5333 | 8/28/2016 17:08 | 8/28/2016 19:40 | CA | 31651 |
| 7421 | 8/28/2016 | Sunday | CRJ | N915EV | DTW | BGM | 1.2666 | 8/28/2016 21:59 | 8/28/2016 23:15 | CA | 31651 |
| 7432 | 8/30/2016 | Tuesday | CRJ | N445SW | BGM | DTW | 1.6 | 8/30/2016 6:04 | 8/30/2016 7:40 | CA | 31651 |
| 7430 | 8/30/2016 | Tuesday | CRJ | N445SW | DTW | ESC | 1.35 | 8/30/2016 9:08 | 8/30/2016 10:29 | CA | 31651 |
| 7430 | 8/30/2016 | Tuesday | CRJ | N445SW | ESC | DTW | 0.95 | 8/30/2016 10:47 | 8/30/2016 11:44 | CA | 31651 |
| 4442 | 8/30/2016 | Tuesday | CRJ | N445SW | DTW | DAY | 0.85 | 8/30/2016 12:11 | 8/30/2016 13:02 | CA | 31651 |
| 4558 | 8/31/2016 | Wednesday | CRJ | N913EV | DAY | DTW | 1.0333 | 8/31/2016 6:48 | 8/31/2016 7:50 | CA | 31651 |
| 4484 | 8/31/2016 | Wednesday | CRJ | N913EV | DTW | RIC | 1.7166 | 8/31/2016 8:39 | 8/31/2016 10:22 | CA | 31651 |
| 4484 | 8/31/2016 | Wednesday | CRJ | N913EV | RIC | DTW | 1.5666 | 8/31/2016 11:00 | 8/31/2016 12:34 | CA | 31651 |
| 4501 | 9/1/2016 | Thursday | CRJ | N455SW | DTW | CMH | 0.9333 | 9/1/2016 21:58 | 9/1/2016 22:54 | CA | 31651 |
| 4613 | 9/2/2016 | Friday | CRJ | N455SW | CMH | DTW | 1.1166 | 9/2/2016 6:43 | 9/2/2016 7:50 | CA | 31651 |
| 4443 | 9/5/2016 | Monday | CRJ | N457SW | DTW | AZO | 0.9 | 9/5/2016 12:13 | 9/5/2016 13:07 | CA | 31651 |
| 4474 | 9/5/2016 | Monday | CRJ | N457SW | AZO | DTW | 0.7166 | 9/5/2016 14:31 | 9/5/2016 15:14 | CA | 31651 |
| 7418 | 9/5/2016 | Monday | CRJ | N457SW | DTW | ESC | 1.2 | 9/5/2016 15:52 | 9/5/2016 17:04 | CA | 31651 |
| 7418 | 9/5/2016 | Monday | CRJ | N457SW | ESC | DTW | 1.1833 | 9/5/2016 17:46 | 9/5/2016 18:57 | CA | 31651 |
| 3559 | 9/5/2016 | Monday | CRJ | N457SW | DTW | SBN | 0.9333 | 9/5/2016 20:24 | 9/5/2016 21:20 | CA | 31651 |
| 4623 | 9/6/2016 | Tuesday | CRJ | N449SW | SBN | DTW | 1.1666 | 9/6/2016 13:37 | 9/6/2016 14:47 | CA | 31651 |
| 7418 | 9/6/2016 | Tuesday | CRJ | N449SW | DTW | ESC | 1.4833 | 9/6/2016 15:52 | 9/6/2016 17:21 | CA | 31651 |
| 7418 | 9/6/2016 | Tuesday | CRJ | N449SW | ESC | DTW | 1.3166 | 9/6/2016 17:49 | 9/6/2016 19:08 | CA | 31651 |
| 4458 | 9/6/2016 | Tuesday | CRJ | N449SW | DTW | AZO | 0.7833 | 9/6/2016 19:59 | 9/6/2016 20:46 | CA | 31651 |
| 4857 | 9/7/2016 | Wednesday | CRJ | N449SW | AZO | DTW | 1.45 | 9/7/2016 8:09 | 9/7/2016 9:36 | CA | 31651 |
| 4547 | 9/7/2016 | Wednesday | CRJ | N875AS | DTW | MDT | 1.55 | 9/7/2016 11:44 | 9/7/2016 13:17 | CA | 31651 |
| 4547 | 9/7/2016 | Wednesday | CRJ | N875AS | MDT | DTW | 1.5333 | 9/7/2016 13:46 | 9/7/2016 15:18 | CA | 31651 |
| 4495 | 9/7/2016 | Wednesday | CRJ | N875AS | DTW | CMH | 1.1 | 9/7/2016 15:57 | 9/7/2016 17:03 | CA | 31651 |
| 4495 | 9/7/2016 | Wednesday | CRJ | N875AS | CMH | DTW | 1.1833 | 9/7/2016 17:57 | 9/7/2016 19:08 | CA | 31651 |
| 4494 | 9/11/2016 | Sunday | CRJ | N433SW | DTW | TVC | 1.2 | 9/11/2016 8:36 | 9/11/2016 9:48 | CA | 31651 |
| 4494 | 9/11/2016 | Sunday | CRJ | N433SW | TVC | DTW | 0.8333 | 9/11/2016 10:11 | 9/11/2016 11:01 | CA | 31651 |
| 7428 | 9/11/2016 | Sunday | CRJ | N433SW | DTW | CIU | 1.1833 | 9/11/2016 13:44 | 9/11/2016 14:55 | CA | 31651 |
| 7428 | 9/11/2016 | Sunday | CRJ | N433SW | CIU | DTW | 1 | 9/11/2016 15:29 | 9/11/2016 16:29 | CA | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4697 | 9/11/2016 | Sunday | CRJ | N874AS | DTW | SBN | 0.75 | 9/11/2016 17:33 | 9/11/2016 18:18 | CA | 31651 |
| 4820 | 9/12/2016 | Monday | CRJ | N936SW | SBN | ATL | 1.8333 | 9/12/2016 6:27 | 9/12/2016 8:17 | CA | 31651 |
| 4858 | 9/12/2016 | Monday | CRJ | N936SW | ATL | FWA | 1.7833 | 9/12/2016 9:01 | 9/12/2016 10:48 | CA | 31651 |
| 4858 | 9/12/2016 | Monday | CRJ | N936SW | FWA | ATL | 1.75 | 9/12/2016 11:56 | 9/12/2016 13:41 | CA | 31651 |
| 4583 | 9/12/2016 | Monday | CRJ | N936SW | ATL | CHA | 0.7 | 9/12/2016 14:12 | 9/12/2016 14:54 | CA | 31651 |
| 4514 | 9/13/2016 | Tuesday | CRJ | N453SW | CHA | DTW | 1.9166 | 9/13/2016 7:26 | 9/13/2016 9:21 | CA | 31651 |
| 4668 | 9/13/2016 | Tuesday | CRJ | N453SW | DTW | MLI | 1.45 | 9/13/2016 10:14 | 9/13/2016 10:41 | CA | 31651 |
| 4717 | 9/14/2016 | Wednesday | CRJ | N449SW | MLI | DTW | 1.5166 | 9/14/2016 13:14 | 9/14/2016 15:45 | CA | 31651 |
| 4494 | 9/18/2016 | Sunday | CRJ | N447SW | DTW | TVC | 1.3 | 9/18/2016 8:36 | 9/18/2016 9:54 | CA | 31651 |
| 4494 | 9/18/2016 | Sunday | CRJ | N447SW | TVC | DTW | 1.0666 | 9/18/2016 10:24 | 9/18/2016 11:28 | CA | 31651 |
| 4444 | 9/18/2016 | Sunday | CRJ | N447SW | DTW | LAN | 0.7333 | 9/18/2016 12:12 | 9/18/2016 12:56 | CA | 31651 |
| 4444 | 9/18/2016 | Sunday | CRJ | N447SW | LAN | DTW | 0.6666 | 9/18/2016 13:33 | 9/18/2016 14:13 | CA | 31651 |
| 4691 | 9/19/2016 | Monday | CRJ | N886AS | FWA | ATL | 1.9 | 9/19/2016 6:28 | 9/19/2016 8:22 | CA | 31651 |
| 4492 | 9/19/2016 | Monday | CRJ | N886AS | ATL | ILM | 1.6333 | 9/19/2016 9:06 | 9/19/2016 10:44 | CA | 31651 |
| 4492 | 9/19/2016 | Monday | CRJ | N886AS | ILM | ATL | 1.35 | 9/19/2016 11:04 | 9/19/2016 12:25 | CA | 31651 |
| 4583 | 9/19/2016 | Monday | CRJ | N885AS | ATL | CHA | 0.8 | 9/19/2016 15:14 | 9/19/2016 16:02 | CA | 31651 |
| 4514 | 9/20/2016 | Tuesday | CRJ | N447SW | CHA | DTW | 1.8833 | 9/20/2016 7:30 | 9/20/2016 9:23 | CA | 31651 |
| 7409 | 9/20/2016 | Tuesday | CRJ | N447SW | DTW | ITH | 1.1 | 9/20/2016 9:56 | 9/20/2016 11:02 | CA | 31651 |
| 7381 | 9/21/2016 | Wednesday | CRJ | N454SW | ITH | DTW | 1.4166 | 9/21/2016 6:05 | 9/21/2016 7:30 | CA | 31651 |
| 4833 | 9/21/2016 | Wednesday | CRJ | N454SW | DTW | FWA | 1.0333 | 9/21/2016 8:42 | 9/21/2016 9:44 | CA | 31651 |
| 4833 | 9/21/2016 | Wednesday | CRJ | N454SW | FWA | DTW | 0.8833 | 9/21/2016 10:14 | 9/21/2016 11:07 | CA | 31651 |
| 4457 | 9/21/2016 | Wednesday | CRJ | N454SW | DTW | MDT | 1.4666 | 9/21/2016 11:59 | 9/21/2016 13:27 | CA | 31651 |
| 4457 | 9/21/2016 | Wednesday | CRJ | N454SW | MDT | DTW | 1.4166 | 9/21/2016 13:48 | 9/21/2016 15:13 | CA | 31651 |
| 4901 | 10/3/2016 | Monday | CRJ | N8828D | DTW | CMH | 1.0166 | 10/3/2016 10:52 | 10/3/2016 11:53 | CA | 31651 |
| 4901 | 10/3/2016 | Monday | CRJ | N8828D | CMH | DTW | 1.05 | 10/3/2016 12:15 | 10/3/2016 13:18 | CA | 31651 |
| 4616 | 10/3/2016 | Monday | CRJ | N8828D | DTW | CID | 1.45 | 10/3/2016 13:43 | 10/3/2016 14:10 | CA | 31651 |
| 4616 | 10/3/2016 | Monday | CRJ | N8828D | CID | DTW | 1.55 | 10/3/2016 14:36 | 10/3/2016 17:09 | CA | 31651 |
| 4481 | 10/3/2016 | Monday | CRJ | N8828D | DTW | CAK | 0.9166 | 10/3/2016 17:38 | 10/3/2016 18:33 | CA | 31651 |
| 4895 | 10/4/2016 | Tuesday | CRJ | N427SW | CAK | DTW | 0.8166 | 10/4/2016 5:55 | 10/4/2016 6:44 | CA | 31651 |
| 7408 | 10/4/2016 | Tuesday | CRJ | N427SW | DTW | ESC | 1.2 | 10/4/2016 8:23 | 10/4/2016 9:35 | CA | 31651 |
| 7408 | 10/4/2016 | Tuesday | CRJ | N427SW | ESC | DTW | 1.2 | 10/4/2016 10:16 | 10/4/2016 11:28 | CA | 31651 |
| 4724 | 10/4/2016 | Tuesday | CRJ | N427SW | DTW | FWA | 0.9 | 10/4/2016 12:10 | 10/4/2016 13:04 | CA | 31651 |
| 4691 | 10/5/2016 | Wednesday | CRJ | N783CA | FWA | ATL | 1.8166 | 10/5/2016 6:22 | 10/5/2016 8:11 | CA | 31651 |
| 4858 | 10/5/2016 | Wednesday | CRJ | N783CA | ATL | FWA | 1.5666 | 10/5/2016 8:54 | 10/5/2016 10:28 | CA | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4693 | 10/6/2016 | Thursday | CRJ | N8932C | FWA | DTW | 0.9833 | 10/6/2016 6:32 | 10/6/2016 7:31 | CA | 31651 |
| 4583 | 10/6/2016 | Thursday | CRJ | N8903A | DTW | AZO | 0.85 | 10/6/2016 9:46 | 10/6/2016 10:37 | CA | 31651 |
| 4583 | 10/6/2016 | Thursday | CRJ | N8903A | AZO | DTW | 0.8 | 10/6/2016 10:52 | 10/6/2016 11:40 | CA | 31651 |
| 4616 | 10/6/2016 | Thursday | CRJ | N8903A | DTW | CID | 1.5333 | 10/6/2016 12:11 | 10/6/2016 12:43 | CA | 31651 |
| 4616 | 10/6/2016 | Thursday | CRJ | N8903A | CID | DTW | 1.4333 | 10/6/2016 13:10 | 10/6/2016 15:36 | CA | 31651 |
| 4833 | 10/10/2016 | Monday | CRJ | N446SW | DTW | FWA | 1 | 10/10/2016 8:42 | 10/10/2016 9:42 | CA | 31651 |
| 4833 | 10/10/2016 | Monday | CRJ | N446SW | FWA | DTW | 0.8333 | 10/10/2016 10:09 | 10/10/2016 10:59 | CA | 31651 |
| 4608 | 10/10/2016 | Monday | CRJ | N446SW | DTW | CWA | 1.3666 | 10/10/2016 11:57 | 10/10/2016 12:19 | CA | 31651 |
| 4608 | 10/10/2016 | Monday | CRJ | N446SW | CWA | DTW | 1.2166 | 10/10/2016 12:49 | 10/10/2016 15:02 | CA | 31651 |
| 4493 | 10/10/2016 | Monday | CRJ | N446SW | DTW | EVV | 1.4 | 10/10/2016 15:46 | 10/10/2016 16:10 | CA | 31651 |
| 4889 | 10/11/2016 | Tuesday | CRJ | N8923A | EVV | DTW | 1.5333 | 10/11/2016 6:35 | 10/11/2016 9:07 | CA | 31651 |
| 4855 | 10/11/2016 | Tuesday | CRJ | N8932C | DTW | CVG | 1.3 | 10/11/2016 10:10 | 10/11/2016 11:28 | CA | 31651 |
| 4615 | 10/11/2016 | Tuesday | CRJ | N8932C | CVG | DTW | 1.1166 | 10/11/2016 11:54 | 10/11/2016 13:01 | CA | 31651 |
| 7362 | 10/11/2016 | Tuesday | CRJ | N445SW | DTW | BGM | 1.4166 | 10/11/2016 15:49 | 10/11/2016 17:14 | CA | 31651 |
| 7433 | 10/12/2016 | Wednesday | CRJ | N953SW | BGM | DTW | 1.4833 | 10/12/2016 6:02 | 10/12/2016 7:31 | CA | 31651 |
| 4833 | 10/12/2016 | Wednesday | CRJ | N953SW | DTW | FWA | 1.15 | 10/12/2016 8:38 | 10/12/2016 9:47 | CA | 31651 |
| 4833 | 10/12/2016 | Wednesday | CRJ | N953SW | FWA | DTW | 1.0833 | 10/12/2016 10:13 | 10/12/2016 11:18 | CA | 31651 |
| 4579 | 10/12/2016 | Wednesday | CRJ | N506CA | DTW | MDT | 1.3333 | 10/12/2016 11:58 | 10/12/2016 13:18 | CA | 31651 |
| 4511 | 10/13/2016 | Thursday | CRJ | N441SW | MDT | DTW | 1.6833 | 10/13/2016 5:27 | 10/13/2016 7:08 | CA | 31651 |
| 4514 | 10/13/2016 | Thursday | CRJ | N441SW | DTW | SYR | 1.35 | 10/13/2016 7:48 | 10/13/2016 9:09 | CA | 31651 |
| 4514 | 10/13/2016 | Thursday | CRJ | N441SW | SYR | DTW | 1.6 | 10/13/2016 9:35 | 10/13/2016 11:11 | CA | 31651 |
| 4514 | 10/17/2016 | Monday | CRJ | N693BR | DTW | SYR | 1.4833 | 10/17/2016 7:56 | 10/17/2016 9:25 | CA | 31651 |
| 4514 | 10/17/2016 | Monday | CRJ | N693BR | SYR | DTW | 1.4333 | 10/17/2016 9:46 | 10/17/2016 11:12 | CA | 31651 |
| 4579 | 10/17/2016 | Monday | CRJ | N889AS | DTW | MDT | 1.45 | 10/17/2016 12:05 | 10/17/2016 13:32 | CA | 31651 |
| 4511 | 10/18/2016 | Tuesday | CRJ | N8942A | MDT | DTW | 1.5666 | 10/18/2016 5:26 | 10/18/2016 7:00 | CA | 31651 |
| 4514 | 10/18/2016 | Tuesday | CRJ | N8942A | DTW | SYR | 1.3333 | 10/18/2016 7:54 | 10/18/2016 9:14 | CA | 31651 |
| 4514 | 10/18/2016 | Tuesday | CRJ | N8942A | SYR | DTW | 1.5333 | 10/18/2016 9:39 | 10/18/2016 11:11 | CA | 31651 |
| 7367 | 10/18/2016 | Tuesday | CRJ | N8942A | DTW | APN | 0.9166 | 10/18/2016 11:57 | 10/18/2016 12:52 | CA | 31651 |
| 7405 | 10/19/2016 | Wednesday | CRJ | N461SW | APN | APN | 2.0166 | 10/19/2016 5:25 | 10/19/2016 7:26 | CA | 31651 |
| 7405 | 10/19/2016 | Wednesday | CRJ | N461SW | APN | PLN | 0.5666 | 10/19/2016 9:34 | 10/19/2016 10:08 | CA | 31651 |
| 7405 | 10/19/2016 | Wednesday | CRJ | N461SW | PLN | DTW | 1.15 | 10/19/2016 10:24 | 10/19/2016 11:33 | CA | 31651 |
| 4714 | 10/20/2016 | Thursday | CRJ | N440SW | DAY | DTW | 1.35 | 10/20/2016 6:23 | 10/20/2016 7:44 | CA | 31651 |
| 4514 | 10/20/2016 | Thursday | CRJ | N440SW | DTW | SYR | 1.3666 | 10/20/2016 8:15 | 10/20/2016 9:37 | CA | 31651 |
| 4514 | 10/20/2016 | Thursday | CRJ | N440SW | SYR | DTW | 1.7333 | 10/20/2016 9:59 | 10/20/2016 11:43 | CA | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7398 | 10/20/2016 | Thursday | CRJ | N8942A | DTW | PLN | 1.1333 | 10/20/2016 12:24 | 10/20/2016 13:32 | CA | 31651 |
| 7398 | 10/20/2016 | Thursday | CRJ | N8942A | PLN | DTW | 1.1666 | 10/20/2016 13:50 | 10/20/2016 15:00 | CA | 31651 |
| 4583 | 10/24/2016 | Monday | CRJ | N601XJ | DTW | AZO | 1.0333 | 10/24/2016 8:41 | 10/24/2016 9:43 | CA | 31651 |
| 4583 | 10/24/2016 | Monday | CRJ | N601XJ | AZO | DTW | 0.8 | 10/24/2016 10:09 | 10/24/2016 10:57 | CA | 31651 |
| 4608 | 10/24/2016 | Monday | CRJ | N601XJ | DTW | CWA | 1.4833 | 10/24/2016 11:58 | 10/24/2016 12:27 | CA | 31651 |
| 4608 | 10/24/2016 | Monday | CRJ | N601XJ | CWA | DTW | 1.2166 | 10/24/2016 12:51 | 10/24/2016 15:04 | CA | 31651 |
| 7362 | 10/24/2016 | Monday | CRJ | N601XJ | DTW | BGM | 1.3166 | 10/24/2016 15:50 | 10/24/2016 17:09 | CA | 31651 |
| 7433 | 10/25/2016 | Tuesday | CRJ | N601XJ | BGM | DTW | 1.6166 | 10/25/2016 15:06 | 10/25/2016 16:43 | CA | 31651 |
| 4820 | 10/26/2016 | Wednesday | CRJ | N498CA | SBN | ATL | 1.7833 | 10/26/2016 8:36 | 10/26/2016 10:23 | CA | 31651 |
| 4644 | 10/26/2016 | Wednesday | CRJ | N454SW | ATL | EVV | 1.2666 | 10/26/2016 11:03 | 10/26/2016 11:19 | CA | 31651 |
| 4889 | 10/27/2016 | Thursday | CRJ | N8932C | EVV | DTW | 1.65 | 10/27/2016 6:39 | 10/27/2016 9:18 | CA | 31651 |
| 4488 | 10/27/2016 | Thursday | CRJ | N430SW | DTW | ATW | 1.4166 | 10/27/2016 10:12 | 10/27/2016 10:37 | CA | 31651 |
| 4488 | 10/27/2016 | Thursday | CRJ | N430SW | ATW | DTW | 1.15 | 10/27/2016 11:13 | 10/27/2016 13:22 | CA | 31651 |
| 4563 | 10/27/2016 | Thursday | CRJ | N430SW | DTW | CMH | 0.9166 | 10/27/2016 14:10 | 10/27/2016 15:05 | CA | 31651 |
| 4563 | 10/27/2016 | Thursday | CRJ | N430SW | CMH | DTW | 0.9166 | 10/27/2016 15:35 | 10/27/2016 16:30 | CA | 31651 |
| 4471 | 10/31/2016 | Monday | CRJ | N779CA | DTW | RIC | 1.55 | 10/31/2016 8:39 | 10/31/2016 10:12 | CA | 31651 |
| 4471 | 10/31/2016 | Monday | CRJ | N779CA | RIC | DTW | 1.7 | 10/31/2016 10:54 | 10/31/2016 12:36 | CA | 31651 |
| 4502 | 10/31/2016 | Monday | CRJ | N442SW | DTW | PIA | 1.2833 | 10/31/2016 15:23 | 10/31/2016 15:40 | CA | 31651 |
| 4952 | 11/1/2016 | Tuesday | CRJ | N8932C | PIA | ATL | 1.8666 | 11/1/2016 5:57 | 11/1/2016 8:49 | CA | 31651 |
| 4562 | 11/1/2016 | Tuesday | CRJ | N8932C | ATL | EVV | 1.4666 | 11/1/2016 9:56 | 11/1/2016 10:24 | CA | 31651 |
| 4562 | 11/1/2016 | Tuesday | CRJ | N8932C | EVV | ATL | 1.35 | 11/1/2016 11:03 | 11/1/2016 13:24 | CA | 31651 |
| 4463 | 11/1/2016 | Tuesday | CRJ | N8932C | ATL | CHA | 0.8166 | 11/1/2016 14:06 | 11/1/2016 14:55 | CA | 31651 |
| 4750 | 11/2/2016 | Wednesday | CRJ | N430SW | CHA | DTW | 1.7833 | 11/2/2016 7:22 | 11/2/2016 9:09 | CA | 31651 |
| 7360 | 11/2/2016 | Wednesday | CRJ | N442SW | DTW | ITH | 1.2166 | 11/2/2016 9:58 | 11/2/2016 11:11 | CA | 31651 |
| 7360 | 11/2/2016 | Wednesday | CRJ | N442SW | ITH | DTW | 1.4833 | 11/2/2016 11:36 | 11/2/2016 13:05 | CA | 31651 |
| 4577 | 11/2/2016 | Wednesday | CRJ | N912EV | DTW | MDT | 1.35 | 11/2/2016 15:46 | 11/2/2016 17:07 | CA | 31651 |
| 4511 | 11/3/2016 | Thursday | CRJ | N8968E | MDT | DTW | 1.5 | 11/3/2016 5:29 | 11/3/2016 6:59 | CA | 31651 |
| 4514 | 11/3/2016 | Thursday | CRJ | N8968E | DTW | SYR | 1.25 | 11/3/2016 7:50 | 11/3/2016 9:05 | CA | 31651 |
| 4514 | 11/3/2016 | Thursday | CRJ | N8968E | SYR | DTW | 1.6833 | 11/3/2016 9:32 | 11/3/2016 11:13 | CA | 31651 |
| 4934 | 11/6/2016 | Sunday | CRJ | N8884E | DTW | ABE | 1.4833 | 11/6/2016 15:35 | 11/6/2016 17:04 | CA | 31651 |
| 4934 | 11/6/2016 | Sunday | CRJ | N8884E | ABE | DTW | 1.7166 | 11/6/2016 17:32 | 11/6/2016 19:15 | CA | 31651 |
| 7436 | 11/6/2016 | Sunday | CRJ | N8884E | DTW | PLN | 1.2166 | 11/6/2016 21:07 | 11/6/2016 22:20 | CA | 31651 |
| 4518 | 11/7/2016 | Monday | CRJ | N487CA | DTW | ERI | 0.9333 | 11/7/2016 16:25 | 11/7/2016 17:21 | CA | 31651 |
| 4518 | 11/7/2016 | Monday | CRJ | N487CA | ERI | DTW | 1.0166 | 11/7/2016 17:52 | 11/7/2016 18:53 | CA | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7436 | 11/7/2016 | Monday | CRJ | N487CA | DTW | PLN | 1.1333 | 11/7/2016 19:59 | 11/7/2016 21:07 | CA | 31651 |
| 7436 | 11/7/2016 | Monday | CRJ | N487CA | PLN | APN | 0.6 | 11/7/2016 21:26 | 11/7/2016 22:02 | CA | 31651 |
| 7367 | 11/8/2016 | Tuesday | CRJ | N8932C | APN | DTW | 0.9666 | 11/8/2016 13:29 | 11/8/2016 14:27 | CA | 31651 |
| 4934 | 11/8/2016 | Tuesday | CRJ | N8932C | DTW | ABE | 1.65 | 11/8/2016 15:42 | 11/8/2016 17:21 | CA | 31651 |
| 4934 | 11/8/2016 | Tuesday | CRJ | N8932C | ABE | DTW | 1.7 | 11/8/2016 17:46 | 11/8/2016 19:28 | CA | 31651 |
| 4601 | 11/8/2016 | Tuesday | CRJ | N8932C | DTW | EVV | 1.6166 | 11/8/2016 20:00 | 11/8/2016 20:37 | CA | 31651 |
| 4802 | 11/9/2016 | Wednesday | CRJ | N659BR | EVV | ATL | 1.2833 | 11/9/2016 10:57 | 11/9/2016 13:14 | CA | 31651 |
| 4590 | 11/9/2016 | Wednesday | CRJ | N659BR | ATL | CHA | 0.8833 | 11/9/2016 14:12 | 11/9/2016 15:05 | CA | 31651 |
| 4590 | 11/9/2016 | Wednesday | CRJ | N659BR | CHA | ATL | 0.85 | 11/9/2016 15:29 | 11/9/2016 16:20 | CA | 31651 |
| 4829 | 11/9/2016 | Wednesday | CRJ | N659BR | ATL | CHA | 0.75 | 11/9/2016 16:54 | 11/9/2016 17:39 | CA | 31651 |
| 4973 | 11/9/2016 | Wednesday | CRJ | N659BR | CHA | DTW | 2.0333 | 11/9/2016 18:54 | 11/9/2016 20:56 | CA | 31651 |
| 4738 | 11/13/2016 | Sunday | CRJ | N783CA | DTW | DAY | 0.9 | 11/13/2016 12:14 | 11/13/2016 13:08 | CA | 31651 |
| 4738 | 11/13/2016 | Sunday | CRJ | N783CA | DAY | DTW | 0.9666 | 11/13/2016 13:41 | 11/13/2016 14:39 | CA | 31651 |
| 7364 | 11/13/2016 | Sunday | CRJ | N783CA | DTW | BGM | 1.4 | 11/13/2016 15:35 | 11/13/2016 16:59 | CA | 31651 |
| 7411 | 11/14/2016 | Monday | CRJ | N426SW | BGM | DTW | 1.4166 | 11/14/2016 5:55 | 11/14/2016 7:20 | CA | 31651 |
| 4612 | 11/14/2016 | Monday | CRJ | N426SW | DTW | MBS | 0.7666 | 11/14/2016 8:41 | 11/14/2016 9:27 | CA | 31651 |
| 4612 | 11/14/2016 | Monday | CRJ | N426SW | MBS | DTW | 0.9833 | 11/14/2016 10:25 | 11/14/2016 11:24 | CA | 31651 |
| 4606 | 11/14/2016 | Monday | CRJ | N426SW | DTW | DTW | 0.4333 | 11/14/2016 13:12 | 11/14/2016 13:38 | CA | 31651 |
| 4606 | 11/14/2016 | Monday | CRJ | N439SW | DTW | MDT | 1.4333 | 11/14/2016 15:46 | 11/14/2016 17:12 | CA | 31651 |
| 4520 | 11/15/2016 | Tuesday | CRJ | N8884E | MDT | DTW | 1.65 | 11/15/2016 5:26 | 11/15/2016 7:05 | CA | 31651 |
| 4667 | 11/15/2016 | Tuesday | CRJ | N8884E | DTW | MSN | 1.3833 | 11/15/2016 8:23 | 11/15/2016 8:46 | CA | 31651 |
| 4560 | 11/15/2016 | Tuesday | CRJ | N8884E | MSN | MSP | 1.3 | 11/15/2016 9:15 | 11/15/2016 10:33 | CA | 31651 |
| 7371 | 11/15/2016 | Tuesday | CRJ | N8884E | MSP | BJI | 1.0833 | 11/15/2016 11:13 | 11/15/2016 12:18 | CA | 31651 |
| 7370 | 11/16/2016 | Wednesday | CRJ | N783CA | BJI | MSP | 1.1833 | 11/16/2016 5:08 | 11/16/2016 6:19 | CA | 31651 |
| 4922 | 11/16/2016 | Wednesday | CRJ | N783CA | MSP | MSN | 1.25 | 11/16/2016 7:07 | 11/16/2016 8:22 | CA | 31651 |
| 4739 | 11/16/2016 | Wednesday | CRJ | N783CA | MSN | DTW | 1.2333 | 11/16/2016 9:00 | 11/16/2016 11:14 | CA | 31651 |
| 4881 | 11/16/2016 | Wednesday | CRJ | N783CA | DTW | SYR | 1.2166 | 11/16/2016 11:57 | 11/16/2016 13:10 | CA | 31651 |
| 4881 | 11/16/2016 | Wednesday | CRJ | N783CA | SYR | DTW | 1.2666 | 11/16/2016 13:56 | 11/16/2016 15:12 | CA | 31651 |
| 4932 | 11/20/2016 | Sunday | CRJ | N506CA | DTW | ABE | 1.2333 | 11/20/2016 10:42 | 11/20/2016 11:56 | CA | 31651 |
| 4932 | 11/20/2016 | Sunday | CRJ | N506CA | ABE | DTW | 1.7166 | 11/20/2016 12:31 | 11/20/2016 14:14 | CA | 31651 |
| 4518 | 11/20/2016 | Sunday | CRJ | N506CA | DTW | DTW | 1.85 | 11/20/2016 15:42 | 11/20/2016 17:33 | CA | 31651 |
| 4476 | 11/20/2016 | Sunday | CRJ | N506CA | DTW | FWA | 0.8666 | 11/20/2016 19:55 | 11/20/2016 20:47 | CA | 31651 |
| 4855 | 11/21/2016 | Monday | CRJ | N913EV | FWA | ATL | 1.6166 | 11/21/2016 17:06 | 11/21/2016 18:43 | CA | 31651 |
| 4724 | 11/21/2016 | Monday | CRJ | N913EV | ATL | PIA | 2.0166 | 11/21/2016 21:24 | 11/21/2016 22:25 | CA | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4694 | 11/22/2016 | Tuesday | CRJ | N498CA | ATL | SBN | 1.8666 | 11/22/2016 18:09 | 11/22/2016 20:01 | CA | 31651 |
| 4576 | 11/23/2016 | Wednesday | CRJ | N781CA | SBN | ATL | 1.8666 | 11/23/2016 7:57 | 11/23/2016 9:49 | CA | 31651 |
| 4607 | 11/23/2016 | Wednesday | CRJ | N781CA | ATL | CHA | 0.9333 | 11/23/2016 10:53 | 11/23/2016 11:49 | CA | 31651 |
| 4607 | 11/23/2016 | Wednesday | CRJ | N781CA | CHA | ATL | 0.8333 | 11/23/2016 12:14 | 11/23/2016 13:04 | CA | 31651 |
| 4781 | 11/23/2016 | Wednesday | CRJ | N781CA | ATL | FWA | 1.5 | 11/23/2016 13:38 | 11/23/2016 15:08 | CA | 31651 |
| 4679 | 11/23/2016 | Wednesday | CRJ | N781CA | FWA | DTW | 0.95 | 11/23/2016 15:55 | 11/23/2016 16:52 | CA | 31651 |
| 4877 | 11/27/2016 | Sunday | CRJ | N809CA | DTW | AZO | 1.1 | 11/27/2016 8:55 | 11/27/2016 10:01 | CA | 31651 |
| 4877 | 11/27/2016 | Sunday | CRJ | N809CA | AZO | DTW | 0.9333 | 11/27/2016 10:27 | 11/27/2016 11:23 | CA | 31651 |
| 4501 | 11/27/2016 | Sunday | CRJ | N809CA | DTW | LEX | 1.3 | 11/27/2016 12:08 | 11/27/2016 13:26 | CA | 31651 |
| 4501 | 11/27/2016 | Sunday | CRJ | N809CA | LEX | DTW | 1.3833 | 11/27/2016 13:51 | 11/27/2016 15:14 | CA | 31651 |
| 4486 | 11/27/2016 | Sunday | CRJ | N809CA | DTW | MLI | 1.55 | 11/27/2016 15:47 | 11/27/2016 16:20 | CA | 31651 |
| 4669 | 11/28/2016 | Monday | CRJ | N944SW | MLI | DTW | 1.4666 | 11/28/2016 6:24 | 11/28/2016 8:52 | CA | 31651 |
| 4533 | 11/28/2016 | Monday | CRJ | N944SW | DTW | MLI | 1.7333 | 11/28/2016 10:06 | 11/28/2016 10:50 | CA | 31651 |
| 4669 | 11/29/2016 | Tuesday | CRJ | N8932C | MLI | DTW | 1.4666 | 11/29/2016 6:30 | 11/29/2016 8:58 | CA | 31651 |
| 7406 | 11/29/2016 | Tuesday | CRJ | N8932C | DTW | ITH | 1.2666 | 11/29/2016 9:48 | 11/29/2016 11:04 | CA | 31651 |
| 7436 | 11/30/2016 | Wednesday | CRJ | N779CA | ITH | DTW | 1.7 | 11/30/2016 5:54 | 11/30/2016 7:36 | CA | 31651 |
| 4697 | 11/30/2016 | Wednesday | CRJ | N779CA | DTW | SBN | 1.1666 | 11/30/2016 8:41 | 11/30/2016 9:51 | CA | 31651 |
| 4697 | 11/30/2016 | Wednesday | CRJ | N779CA | SBN | DTW | 1.0166 | 11/30/2016 10:20 | 11/30/2016 11:21 | CA | 31651 |
| 4738 | 11/30/2016 | Wednesday | CRJ | N779CA | DTW | DAY | 0.9166 | 11/30/2016 12:06 | 11/30/2016 13:01 | CA | 31651 |
| 4738 | 11/30/2016 | Wednesday | CRJ | N779CA | DAY | DTW | 0.8666 | 11/30/2016 13:34 | 11/30/2016 14:26 | CA | 31651 |
| 4992 | 12/4/2016 | Sunday | CRJ | N455CA | DTW | BHM | 2.0333 | 12/4/2016 9:54 | 12/4/2016 10:56 | CA | 31651 |
| 4990 | 12/5/2016 | Monday | CRJ | N459SW | BHM | DTW | 2.1166 | 12/5/2016 6:06 | 12/5/2016 9:13 | CA | 31651 |
| 4992 | 12/5/2016 | Monday | CRJ | N459SW | DTW | BHM | 2.0666 | 12/5/2016 9:54 | 12/5/2016 10:58 | CA | 31651 |
| 4990 | 12/6/2016 | Tuesday | CRJ | N506CA | BHM | DTW | 2.0166 | 12/6/2016 5:56 | 12/6/2016 8:57 | CA | 31651 |
| 4579 | 12/6/2016 | Tuesday | CRJ | N675BR | DTW | EVV | 1.4833 | 12/6/2016 10:12 | 12/6/2016 10:41 | CA | 31651 |
| 4568 | 12/6/2016 | Tuesday | CRJ | N675BR | EVV | ATL | 1.55 | 12/6/2016 11:05 | 12/6/2016 13:38 | CA | 31651 |
| 4584 | 12/6/2016 | Tuesday | CRJ | N675BR | ATL | SBN | 1.7666 | 12/6/2016 14:55 | 12/6/2016 16:41 | CA | 31651 |
| 4785 | 12/7/2016 | Wednesday | CRJ | N875AS | SBN | DTW | 1.05 | 12/7/2016 6:38 | 12/7/2016 7:41 | CA | 31651 |
| 4697 | 12/7/2016 | Wednesday | CRJ | N875AS | DTW | SBN | 0.9166 | 12/7/2016 8:39 | 12/7/2016 9:34 | CA | 31651 |
| 4697 | 12/7/2016 | Wednesday | CRJ | N875AS | SBN | DTW | 0.8833 | 12/7/2016 10:03 | 12/7/2016 10:56 | CA | 31651 |
| 4574 | 12/11/2016 | Sunday | CRJ | N496CA | DTW | SYR | 2.55 | 12/11/2016 23:08 | 12/12/2016 1:41 | CA | 31651 |
| 7335 | 12/12/2016 | Monday | CRJ | N496CA | SYR | FWA | 2.6166 | 12/12/2016 13:16 | 12/12/2016 15:53 | CA | 31651 |
| 4679 | 12/12/2016 | Monday | CRJ | N8982A | FWA | DTW | 0.9666 | 12/12/2016 16:25 | 12/12/2016 17:23 | CA | 31651 |
| 4730 | 12/12/2016 | Monday | CRJ | N8982A | DTW | LAN | 0.6833 | 12/12/2016 18:26 | 12/12/2016 19:07 | CA | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4730 | 12/12/2016 | Monday | CRJ | N8982A | LAN | DTW | 0.9833 | 12/12/2016 19:25 | 12/12/2016 20:24 | CA | 31651 |
| 4462 | 12/12/2016 | Monday | CRJ | N8982A | DTW | MLI | 1.5833 | 12/12/2016 21:55 | 12/12/2016 22:30 | CA | 31651 |
| 4486 | 12/13/2016 | Tuesday | CRJ | N629BR | MLI | DTW | 1.4 | 12/13/2016 16:54 | 12/13/2016 19:18 | CA | 31651 |
| 3534 | 12/13/2016 | Tuesday | CRJ | N629BR | DTW | CID | 1.6833 | 12/13/2016 20:07 | 12/13/2016 20:48 | CA | 31651 |
| 4693 | 12/14/2016 | Wednesday | CRJ | N498CA | CID | DTW | 1.3 | 12/14/2016 10:25 | 12/14/2016 12:43 | CA | 31651 |
| 4961 | 12/14/2016 | Wednesday | CRJ | N498CA | DTW | DSM | 1.9833 | 12/14/2016 15:39 | 12/14/2016 16:38 | CA | 31651 |
| 4961 | 12/14/2016 | Wednesday | CRJ | N498CA | DSM | DTW | 1.5666 | 12/14/2016 17:02 | 12/14/2016 19:36 | CA | 31651 |
| 3562 | 12/18/2016 | Sunday | CRJ | N496CA | DTW | GRR | 0.85 | 12/18/2016 8:49 | 12/18/2016 9:40 | CA | 31651 |
| 3562 | 12/18/2016 | Sunday | CRJ | N496CA | GRR | DTW | 1.25 | 12/18/2016 10:18 | 12/18/2016 11:33 | CA | 31651 |
| 4759 | 12/18/2016 | Sunday | CRJ | N496CA | DTW | MBS | 1.0333 | 12/18/2016 12:26 | 12/18/2016 13:28 | CA | 31651 |
| 4759 | 12/18/2016 | Sunday | CRJ | N496CA | MBS | DTW | 0.7833 | 12/18/2016 13:53 | 12/18/2016 14:40 | CA | 31651 |
| 4718 | 12/18/2016 | Sunday | CRJ | N496CA | DTW | SBN | 0.8833 | 12/18/2016 15:28 | 12/18/2016 16:21 | CA | 31651 |
| 4562 | 12/19/2016 | Monday | CRJ | N431SW | SBN | ATL | 2.8666 | 12/19/2016 5:55 | 12/19/2016 8:47 | CA | 31651 |
| 4500 | 12/19/2016 | Monday | CRJ | N431SW | ATL | SBN | 1.7666 | 12/19/2016 9:19 | 12/19/2016 11:05 | CA | 31651 |
| 4692 | 12/20/2016 | Tuesday | CRJ | N953SW | SBN | ATL | 2.1666 | 12/20/2016 8:09 | 12/20/2016 10:19 | CA | 31651 |
| 4768 | 12/20/2016 | Tuesday | CRJ | N953SW | ATL | XNA | 2.3 | 12/20/2016 10:57 | 12/20/2016 12:15 | CA | 31651 |
| 4768 | 12/20/2016 | Tuesday | CRJ | N953SW | XNA | ATL | 1.6666 | 12/20/2016 12:40 | 12/20/2016 15:20 | CA | 31651 |
| 4496 | 12/20/2016 | Tuesday | CRJ | N953SW | ATL | SBN | 1.7333 | 12/20/2016 15:50 | 12/20/2016 17:34 | CA | 31651 |
| 4756 | 12/21/2016 | Wednesday | CRJ | N453SW | SBN | DTW | 1.3166 | 12/21/2016 7:57 | 12/21/2016 9:16 | CA | 31651 |
| 3522 | 12/21/2016 | Wednesday | CRJ | N659BR | DTW | ATW | 1.4333 | 12/21/2016 10:01 | 12/21/2016 10:27 | CA | 31651 |
| 3522 | 12/21/2016 | Wednesday | CRJ | N659BR | ATW | DTW | 1.4833 | 12/21/2016 10:56 | 12/21/2016 13:25 | CA | 31651 |
| 4811 | 12/26/2016 | Monday | CRJ | N783CA | DTW | SBN | 1.2166 | 12/26/2016 8:30 | 12/26/2016 9:43 | CA | 31651 |
| 4500 | 12/26/2016 | Monday | CRJ | N885AS | SBN | ATL | 1.8833 | 12/26/2016 11:21 | 12/26/2016 13:14 | CA | 31651 |
| 4656 | 12/26/2016 | Monday | CRJ | N885AS | ATL | FWA | 1.8333 | 12/26/2016 14:06 | 12/26/2016 15:56 | CA | 31651 |
| 4615 | 12/27/2016 | Tuesday | CRJ | N426SW | FWA | ATL | 2 | 12/27/2016 7:50 | 12/27/2016 9:50 | CA | 31651 |
| 4786 | 12/27/2016 | Tuesday | CRJ | N426SW | ATL | CHO | 1.65 | 12/27/2016 10:25 | 12/27/2016 12:04 | CA | 31651 |
| 4786 | 12/27/2016 | Tuesday | CRJ | N426SW | CHO | ATL | 1.7833 | 12/27/2016 12:32 | 12/27/2016 14:19 | CA | 31651 |
| 4628 | 12/27/2016 | Tuesday | CRJ | N426SW | ATL | PIA | 1.7333 | 12/27/2016 15:23 | 12/27/2016 16:07 | CA | 31651 |
| 4581 | 12/28/2016 | Wednesday | CRJ | N431SW | PIA | ATL | 2.0666 | 12/28/2016 5:48 | 12/28/2016 8:52 | CA | 31651 |
| 4685 | 12/28/2016 | Wednesday | CRJ | N431SW | ATL | PIA | 1.9 | 12/28/2016 9:43 | 12/28/2016 10:37 | CA | 31651 |
| 4685 | 12/28/2016 | Wednesday | CRJ | N431SW | PIA | ATL | 1.8 | 12/28/2016 11:32 | 12/28/2016 14:20 | CA | 31651 |
| 4719 | 12/29/2016 | Thursday | CRJ | N629BR | BHM | DTW | 2.0833 | 12/29/2016 8:15 | 12/29/2016 11:20 | CA | 31651 |
| 7384 | 1/1/2017 | Sunday | CRJ | N8932C | DTW | ITH | 1.3 | 1/1/2017 8:39 | 1/1/2017 9:57 | CA | 31651 |
| 7384 | 1/1/2017 | Sunday | CRJ | N8932C | ITH | DTW | 1.4 | 1/1/2017 12:52 | 1/1/2017 14:16 | CA | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7398 | 1/1/2017 | Sunday | CRJ | N8932C | DTW | ITH | 1.15 | 1/1/2017 15:35 | 1/1/2017 16:44 | CA | 31651 |
| 7436 | 1/2/2017 | Monday | CRJ | N8932C | ITH | DTW | 1.7 | 1/2/2017 6:07 | 1/2/2017 7:49 | CA | 31651 |
| 4595 | 1/2/2017 | Monday | CRJ | N8932C | DTW | LAN | 0.7 | 1/2/2017 8:27 | 1/2/2017 9:09 | CA | 31651 |
| 4595 | 1/2/2017 | Monday | CRJ | N8932C | LAN | DTW | 0.7833 | 1/2/2017 9:39 | 1/2/2017 10:26 | CA | 31651 |
| 4743 | 1/2/2017 | Monday | CRJ | N906SW | DTW | LAN | 0.8666 | 1/2/2017 12:19 | 1/2/2017 13:11 | CA | 31651 |
| 4743 | 1/2/2017 | Monday | CRJ | N906SW | LAN | DTW | 0.6333 | 1/2/2017 13:30 | 1/2/2017 14:08 | CA | 31651 |
| 4833 | 1/3/2017 | Tuesday | CRJ | N463SW | MKE | DTW | 1.3833 | 1/3/2017 7:20 | 1/3/2017 9:43 | CA | 31651 |
| 4646 | 1/3/2017 | Tuesday | CRJ | N463SW | DTW | FWA | 0.85 | 1/3/2017 10:35 | 1/3/2017 11:26 | CA | 31651 |
| 4765 | 1/4/2017 | Wednesday | CRJ | N453SW | FWA | DTW | 1 | 1/4/2017 6:37 | 1/4/2017 7:37 | CA | 31651 |
| 4592 | 1/4/2017 | Wednesday | CRJ | N453SW | DTW | GRR | 1.25 | 1/4/2017 8:38 | 1/4/2017 9:53 | CA | 31651 |
| 4592 | 1/4/2017 | Wednesday | CRJ | N453SW | GRR | DTW | 1.2833 | 1/4/2017 10:23 | 1/4/2017 11:40 | CA | 31651 |
| 3562 | 1/4/2017 | Wednesday | CRJ | N453SW | DTW | MDW | 1.7833 | 1/4/2017 12:10 | 1/4/2017 12:57 | CA | 31651 |
| 3562 | 1/4/2017 | Wednesday | CRJ | N453SW | MDW | DTW | 1.1333 | 1/4/2017 13:18 | 1/4/2017 15:26 | CA | 31651 |
| 4651 | 1/8/2017 | Sunday | CRJ | N454SW | DTW | ERI | 0.9833 | 1/8/2017 10:40 | 1/8/2017 11:39 | CA | 31651 |
| 4651 | 1/8/2017 | Sunday | CRJ | N454SW | ERI | DTW | 1.1 | 1/8/2017 12:08 | 1/8/2017 13:14 | CA | 31651 |
| 7424 | 1/8/2017 | Sunday | CRJ | N453SW | DTW | MQT | 1.5166 | 1/8/2017 16:28 | 1/8/2017 17:59 | CA | 31651 |
| 7422 | 1/9/2017 | Monday | CRJ | N466SW | MQT | DTW | 1.6666 | 1/9/2017 5:55 | 1/9/2017 7:35 | CA | 31651 |
| 4562 | 1/9/2017 | Monday | CRJ | N466SW | DTW | BUF | 1.1666 | 1/9/2017 8:49 | 1/9/2017 9:59 | CA | 31651 |
| 4562 | 1/9/2017 | Monday | CRJ | N466SW | BUF | DTW | 1.45 | 1/9/2017 10:20 | 1/9/2017 11:47 | CA | 31651 |
| 4754 | 1/9/2017 | Monday | CRJ | N454SW | DTW | SBN | 0.9 | 1/9/2017 12:29 | 1/9/2017 13:23 | CA | 31651 |
| 4484 | 1/10/2017 | Tuesday | CRJ | N8965E | SBN | ATL | 2.4666 | 1/10/2017 5:55 | 1/10/2017 8:23 | CA | 31651 |
| 4598 | 1/10/2017 | Tuesday | CRJ | N8965E | ATL | FWA | 2.0833 | 1/10/2017 8:51 | 1/10/2017 10:56 | CA | 31651 |
| 4765 | 1/11/2017 | Wednesday | CRJ | N426SW | FWA | DTW | 1.1 | 1/11/2017 6:29 | 1/11/2017 7:35 | CA | 31651 |
| 3563 | 1/11/2017 | Wednesday | CRJ | N426SW | DTW | SBN | 1.3666 | 1/11/2017 8:26 | 1/11/2017 9:48 | CA | 31651 |
| 3563 | 1/11/2017 | Wednesday | CRJ | N426SW | SBN | DTW | 1.1166 | 1/11/2017 10:14 | 1/11/2017 11:21 | CA | 31651 |
| 4543 | 1/11/2017 | Wednesday | CRJ | N426SW | DTW | SYR | 1.25 | 1/11/2017 12:07 | 1/11/2017 13:22 | CA | 31651 |
| 4543 | 1/11/2017 | Wednesday | CRJ | N426SW | SYR | DTW | 1.4666 | 1/11/2017 13:58 | 1/11/2017 15:26 | CA | 31651 |
| 4516 | 1/15/2017 | Sunday | CRJ | N443SW | DTW | PIA | 1.5833 | 1/15/2017 10:12 | 1/15/2017 10:47 | CA | 31651 |
| 4516 | 1/15/2017 | Sunday | CRJ | N443SW | PIA | DTW | 1.1333 | 1/15/2017 11:43 | 1/15/2017 13:51 | CA | 31651 |
| 7364 | 1/15/2017 | Sunday | CRJ | N443SW | DTW | BGM | 1.2333 | 1/15/2017 15:31 | 1/15/2017 16:45 | CA | 31651 |
| 7411 | 1/16/2017 | Monday | CRJ | N443SW | BGM | DTW | 1.8833 | 1/16/2017 5:51 | 1/16/2017 7:44 | CA | 31651 |
| 4809 | 1/16/2017 | Monday | CRJ | N443SW | DTW | AZO | 0.95 | 1/16/2017 8:37 | 1/16/2017 9:34 | CA | 31651 |
| 4809 | 1/16/2017 | Monday | CRJ | N443SW | AZO | DTW | 1.25 | 1/16/2017 10:08 | 1/16/2017 11:23 | CA | 31651 |
| 3562 | 1/18/2017 | Wednesday | CRJ | N487CA | DTW | MLI | 1.35 | 1/18/2017 15:25 | 1/18/2017 15:46 | CA | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4791 | 1/22/2017 | Sunday | CRJ | N936SW | DTW | FWA | 1.6 | 1/22/2017 9:46 | 1/22/2017 11:22 | CA | 31651 |
| 4476 | 1/23/2017 | Monday | CRJ | N936SW | FWA | ATL | 1.8166 | 1/23/2017 6:14 | 1/23/2017 8:03 | CA | 31651 |
| 4598 | 1/23/2017 | Monday | CRJ | N936SW | ATL | FWA | 1.6 | 1/23/2017 8:54 | 1/23/2017 10:30 | CA | 31651 |
| 4476 | 1/24/2017 | Tuesday | CRJ | N889AS | FWA | ATL | 1.8333 | 1/24/2017 6:11 | 1/24/2017 8:01 | CA | 31651 |
| 4598 | 1/24/2017 | Tuesday | CRJ | N889AS | ATL | FWA | 2.3833 | 1/24/2017 8:48 | 1/24/2017 11:11 | CA | 31651 |
| 4598 | 1/24/2017 | Tuesday | CRJ | N889AS | FWA | ATL | 1.7666 | 1/24/2017 11:39 | 1/24/2017 13:25 | CA | 31651 |
| 4509 | 1/24/2017 | Tuesday | CRJ | N889AS | ATL | FWA | 1.8166 | 1/24/2017 13:58 | 1/24/2017 15:47 | CA | 31651 |
| 4765 | 1/25/2017 | Wednesday | CRJ | N8942A | FWA | DTW | 1.0333 | 1/25/2017 6:20 | 1/25/2017 7:22 | CA | 31651 |
| 7402 | 1/25/2017 | Wednesday | CRJ | N8942A | DTW | ESC | 1.3166 | 1/25/2017 8:23 | 1/25/2017 9:42 | CA | 31651 |
| 7402 | 1/25/2017 | Wednesday | CRJ | N8942A | ESC | DTW | 1.1 | 1/25/2017 10:27 | 1/25/2017 11:33 | CA | 31651 |
| 4564 | 1/29/2017 | Sunday | CRJ | N659BR | DTW | MSN | 1.6333 | 1/29/2017 7:48 | 1/29/2017 8:26 | CA | 31651 |
| 4564 | 1/29/2017 | Sunday | CRJ | N659BR | MSN | DTW | 1.45 | 1/29/2017 8:51 | 1/29/2017 11:18 | CA | 31651 |
| 4754 | 1/29/2017 | Sunday | CRJ | N659BR | DTW | SBN | 1.2166 | 1/29/2017 11:58 | 1/29/2017 13:11 | CA | 31651 |
| 4732 | 1/30/2017 | Monday | CRJ | N8968E | SBN | MSP | 2.0666 | 1/30/2017 6:55 | 1/30/2017 7:59 | CA | 31651 |
| 4631 | 1/30/2017 | Monday | CRJ | N8968E | MSP | ATW | 1.5 | 1/30/2017 9:58 | 1/30/2017 11:28 | CA | 31651 |
| 4475 | 1/31/2017 | Tuesday | CRJ | N8982A | ATW | DTW | 1.8666 | 1/31/2017 6:48 | 1/31/2017 9:40 | CA | 31651 |
| 4840 | 1/31/2017 | Tuesday | CRJ | N8982A | DTW | DTW | 1.2333 | 1/31/2017 10:14 | 1/31/2017 11:28 | CA | 31651 |
| 4840 | 1/31/2017 | Tuesday | CRJ | N8982A | DTW | ALB | 1.4333 | 1/31/2017 11:42 | 1/31/2017 13:08 | CA | 31651 |
| 4840 | 1/31/2017 | Tuesday | CRJ | N8982A | ALB | DTW | 1.95 | 1/31/2017 13:27 | 1/31/2017 15:24 | CA | 31651 |
| 7424 | 1/31/2017 | Tuesday | CRJ | N910EV | DTW | MQT | 1.8333 | 1/31/2017 16:24 | 1/31/2017 18:14 | CA | 31651 |
| 7422 | 2/1/2017 | Wednesday | CRJ | N910EV | MQT | DTW | 1.9333 | 2/1/2017 6:02 | 2/1/2017 7:58 | CA | 31651 |
| 4738 | 2/1/2017 | Wednesday | CRJ | N910EV | DTW | CMH | 1.2166 | 2/1/2017 8:31 | 2/1/2017 9:44 | CA | 31651 |
| 4738 | 2/1/2017 | Wednesday | CRJ | N910EV | CMH | DTW | 1.0666 | 2/1/2017 10:06 | 2/1/2017 11:10 | CA | 31651 |
| 4449 | 2/1/2017 | Wednesday | CRJ | N910EV | DTW | DAY | 1 | 2/1/2017 12:02 | 2/1/2017 13:02 | CA | 31651 |
| 4449 | 2/1/2017 | Wednesday | CRJ | N910EV | DAY | DTW | 0.9333 | 2/1/2017 13:42 | 2/1/2017 14:38 | CA | 31651 |
| 4590 | 2/6/2017 | Monday | CRJ | N445SW | DTW | TVC | 1.1333 | 2/6/2017 8:24 | 2/6/2017 9:32 | CA | 31651 |
| 4590 | 2/6/2017 | Monday | CRJ | N445SW | TVC | DTW | 0.95 | 2/6/2017 10:04 | 2/6/2017 11:01 | CA | 31651 |
| 4846 | 2/6/2017 | Monday | CRJ | N445SW | DTW | AZO | 0.8333 | 2/6/2017 12:16 | 2/6/2017 13:06 | CA | 31651 |
| 4846 | 2/6/2017 | Monday | CRJ | N445SW | AZO | DTW | 0.9 | 2/6/2017 13:30 | 2/6/2017 14:24 | CA | 31651 |
| 7376 | 2/6/2017 | Monday | CRJ | N445SW | DTW | ITH | 1.1833 | 2/6/2017 15:36 | 2/6/2017 16:47 | CA | 31651 |
| 7436 | 2/7/2017 | Tuesday | CRJ | N452SW | ITH | DTW | 2.0166 | 2/7/2017 5:56 | 2/7/2017 7:57 | CA | 31651 |
| 4720 | 2/7/2017 | Tuesday | CRJ | N452SW | DTW | GRB | 1.1833 | 2/7/2017 9:48 | 2/7/2017 9:59 | CA | 31651 |
| 3525 | 2/8/2017 | Wednesday | CRJ | N445SW | GRB | DTW | 1.5 | 2/8/2017 6:56 | 2/8/2017 9:26 | CA | 31651 |
| 4514 | 2/8/2017 | Wednesday | CRJ | N443SW | DTW | MDT | 1.4166 | 2/8/2017 10:15 | 2/8/2017 11:40 | CA | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4514 | 2/8/2017 | Wednesday | CRJ | N443SW | MDT | DTW | 1.65 | 2/8/2017 12:20 | 2/8/2017 13:59 | CA | 31651 |
| 7424 | 2/8/2017 | Wednesday | CRJ | N443SW | DTW | MQT | 1.4 | 2/8/2017 15:36 | 2/8/2017 17:00 | CA | 31651 |
| 7422 | 2/9/2017 | Thursday | CRJ | N437SW | MQT | DTW | 1.75 | 2/9/2017 5:56 | 2/9/2017 7:41 | CA | 31651 |
| 4562 | 2/9/2017 | Thursday | CRJ | N437SW | DTW | BUF | 1.3666 | 2/9/2017 8:09 | 2/9/2017 9:31 | CA | 31651 |
| 4562 | 2/9/2017 | Thursday | CRJ | N437SW | BUF | DTW | 1.05 | 2/9/2017 10:01 | 2/9/2017 11:04 | CA | 31651 |
| 4564 | 2/12/2017 | Sunday | CRJ | N439SW | DTW | MSN | 1.2833 | 2/12/2017 7:51 | 2/12/2017 8:08 | CA | 31651 |
| 4564 | 2/12/2017 | Sunday | CRJ | N439SW | MSN | DTW | 1.2333 | 2/13/2017 8:02 | 2/13/2017 10:16 | CA | 31651 |
| 4836 | 2/13/2017 | Monday | CRJ | N457SW | DTW | MBS | 0.9833 | 2/13/2017 11:04 | 2/13/2017 12:03 | CA | 31651 |
| 4836 | 2/13/2017 | Monday | CRJ | N457SW | MBS | DTW | 0.8166 | 2/13/2017 12:17 | 2/13/2017 13:06 | CA | 31651 |
| 4601 | 2/14/2017 | Tuesday | CRJ | N8932C | MBS | DTW | 1.0166 | 2/14/2017 8:11 | 2/14/2017 9:12 | CA | 31651 |
| 7409 | 2/14/2017 | Tuesday | CRJ | N8923A | DTW | CIU | 1.2166 | 2/14/2017 13:41 | 2/14/2017 14:54 | CA | 31651 |
| 7362 | 2/15/2017 | Wednesday | CRJ | N440SW | CIU | DTW | 1.65 | 2/15/2017 5:07 | 2/15/2017 6:46 | CA | 31651 |
| 3528 | 2/15/2017 | Wednesday | CRJ | N440SW | DTW | SYR | 1.4333 | 2/15/2017 7:18 | 2/15/2017 8:44 | CA | 31651 |
| 3528 | 2/15/2017 | Wednesday | CRJ | N440SW | SYR | DTW | 1.8833 | 2/15/2017 9:31 | 2/15/2017 11:24 | CA | 31651 |
| 3560 | 2/20/2017 | Monday | CRJ | N8932C | SBN | ATL | 1.8 | 2/20/2017 7:51 | 2/20/2017 9:39 | CA | 31651 |
| 4841 | 2/20/2017 | Monday | CRJ | N8932C | ATL | CHO | 1.5 | 2/20/2017 10:47 | 2/20/2017 12:17 | CA | 31651 |
| 4841 | 2/20/2017 | Monday | CRJ | N8932C | CHO | ATL | 1.6833 | 2/20/2017 12:40 | 2/20/2017 14:21 | CA | 31651 |
| 4583 | 2/20/2017 | Monday | CRJ | N8932C | ATL | SBN | 1.85 | 2/20/2017 15:08 | 2/20/2017 16:59 | CA | 31651 |
| 3557 | 2/21/2017 | Tuesday | CRJ | N506CA | SBN | ATL | 2.0166 | 2/21/2017 6:37 | 2/21/2017 8:38 | CA | 31651 |
| 4476 | 2/21/2017 | Tuesday | CRJ | N506CA | ATL | FWA | 1.4666 | 2/21/2017 10:34 | 2/21/2017 12:02 | CA | 31651 |
| 4717 | 2/22/2017 | Wednesday | CRJ | N440SW | FWA | DTW | 1.0166 | 2/22/2017 6:03 | 2/22/2017 7:04 | CA | 31651 |
| 3547 | 2/22/2017 | Wednesday | CRJ | N440SW | DTW | MSN | 1.3666 | 2/22/2017 7:55 | 2/22/2017 8:17 | CA | 31651 |
| 3547 | 2/22/2017 | Wednesday | CRJ | N440SW | MSN | DTW | 1.3166 | 2/22/2017 8:53 | 2/22/2017 11:12 | CA | 31651 |
| 4698 | 2/26/2017 | Sunday | CRJ | N506CA | DTW | SBN | 0.95 | 2/26/2017 15:24 | 2/26/2017 16:21 | CA | 31651 |
| 4470 | 2/26/2017 | Sunday | CRJ | N506CA | SBN | ATL | 1.8166 | 2/26/2017 16:55 | 2/26/2017 18:44 | CA | 31651 |
| 4692 | 2/26/2017 | Sunday | CRJ | N506CA | ATL | SBN | 1.8666 | 2/26/2017 19:41 | 2/26/2017 21:33 | CA | 31651 |
| 4741 | 2/27/2017 | Monday | CRJ | N506CA | SBN | DTW | 1 | 2/27/2017 17:31 | 2/27/2017 18:31 | CA | 31651 |
| 4560 | 2/27/2017 | Monday | CRJ | N506CA | DTW | MBS | 0.6666 | 2/27/2017 19:48 | 2/27/2017 20:28 | CA | 31651 |
| 3549 | 2/28/2017 | Tuesday | CRJ | N447SW | MBS | DTW | 0.8 | 2/28/2017 13:38 | 2/28/2017 14:26 | CA | 31651 |
| 7368 | 2/28/2017 | Tuesday | CRJ | N447SW | DTW | DTW | 1.95 | 2/28/2017 15:40 | 2/28/2017 17:37 | CA | 31651 |
| 4848 | 2/28/2017 | Tuesday | CRJ | N447SW | DTW | PIA | 1.7 | 2/28/2017 20:09 | 2/28/2017 20:51 | CA | 31651 |
| 4858 | 3/1/2017 | Wednesday | CRJ | N8923A | DTW | AVP | 1.8833 | 3/1/2017 15:24 | 3/1/2017 17:17 | CA | 31651 |
| 4858 | 3/1/2017 | Wednesday | CRJ | N8923A | AVP | DTW | 1.6833 | 3/1/2017 17:42 | 3/1/2017 19:23 | CA | 31651 |
| 4734 | 3/5/2017 | Sunday | CRJ | N659BR | DTW | DAY | 0.8833 | 3/5/2017 17:35 | 3/5/2017 18:28 | CA | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4734 | 3/5/2017 | Sunday | CRJ | N659BR | DAY | DTW | 0.9 | 3/5/2017 19:10 | 3/5/2017 20:04 | CA | 31651 |
| 7394 | 3/5/2017 | Sunday | CRJ | N659BR | DTW | BGM | 1.2666 | 3/5/2017 21:59 | 3/5/2017 23:15 | CA | 31651 |
| 7395 | 3/6/2017 | Monday | CRJ | N506CA | BGM | DTW | 1.4166 | 3/6/2017 17:23 | 3/6/2017 18:48 | CA | 31651 |
| 7408 | 3/6/2017 | Monday | CRJ | N506CA | DTW | PLN | 1.3833 | 3/6/2017 20:03 | 3/6/2017 21:26 | CA | 31651 |
| 4831 | 3/12/2017 | Sunday | CRJ | N455SW | DTW | FWA | 1.0333 | 3/12/2017 20:23 | 3/12/2017 21:25 | CA | 31651 |
| 4553 | 3/13/2017 | Monday | CRJ | N431SW | FWA | ATL | 2.6166 | 3/13/2017 19:06 | 3/13/2017 21:43 | CA | 31651 |
| 4616 | 3/13/2017 | Monday | CRJ | N431SW | ATL | SBN | 1.8333 | 3/13/2017 22:20 | 3/14/2017 0:10 | CA | 31651 |
| 4560 | 3/14/2017 | Tuesday | CRJ | N439SW | SBN | ATL | 1.8166 | 3/14/2017 12:16 | 3/14/2017 14:05 | CA | 31651 |
| 4853 | 3/14/2017 | Tuesday | CRJ | N675BR | ATL | TRI | 0.9 | 3/14/2017 15:17 | 3/14/2017 16:11 | CA | 31651 |
| 4853 | 3/14/2017 | Tuesday | CRJ | N675BR | TRI | ATL | 1.3166 | 3/14/2017 16:28 | 3/14/2017 17:47 | CA | 31651 |
| 4597 | 3/14/2017 | Tuesday | CRJ | N455CA | ATL | FWA | 1.8 | 3/14/2017 19:49 | 3/14/2017 21:37 | CA | 31651 |
| 4795 | 3/15/2017 | Wednesday | CRJ | N447SW | FWA | DTW | 1.15 | 3/15/2017 13:38 | 3/15/2017 14:47 | CA | 31651 |
| 4282 | 3/15/2017 | Wednesday | CRJ | N447SW | DTW | SWF | 1.7666 | 3/15/2017 15:35 | 3/15/2017 17:21 | CA | 31651 |
| 4282 | 3/15/2017 | Wednesday | CRJ | N447SW | SWF | DTW | 1.7333 | 3/15/2017 17:42 | 3/15/2017 19:26 | CA | 31651 |
| 4765 | 3/19/2017 | Sunday | CRJ | N431SW | DTW | CVG | 1.15 | 3/19/2017 8:44 | 3/19/2017 9:53 | CA | 31651 |
| 4818 | 3/19/2017 | Sunday | CRJ | N431SW | CVG | CLT | 1.6333 | 3/19/2017 15:57 | 3/19/2017 17:35 | CA | 31651 |
| 4617 | 3/20/2017 | Monday | CRJ | N659BR | CLT | CVG | 1.9666 | 3/20/2017 11:24 | 3/20/2017 13:22 | CA | 31651 |
| 4455 | 3/20/2017 | Monday | CRJ | N659BR | CVG | RDU | 1.2333 | 3/20/2017 13:41 | 3/20/2017 14:55 | CA | 31651 |
| 4686 | 3/20/2017 | Monday | CRJ | N659BR | RDU | PHL | 1.4166 | 3/20/2017 15:23 | 3/20/2017 16:48 | CA | 31651 |
| 4686 | 3/21/2017 | Tuesday | CRJ | N659BR | PHL | RDU | 1.3833 | 3/21/2017 13:56 | 3/21/2017 15:19 | CA | 31651 |
| 4818 | 3/21/2017 | Tuesday | CRJ | N659BR | RDU | CVG | 1.5833 | 3/21/2017 17:31 | 3/21/2017 19:06 | CA | 31651 |
| 4443 | 3/21/2017 | Tuesday | CRJ | N659BR | CVG | MKE | 1.3333 | 3/21/2017 20:15 | 3/21/2017 20:35 | CA | 31651 |
| 4780 | 3/22/2017 | Wednesday | CRJ | N781CA | DTW | CAK | 1.1 | 3/22/2017 12:22 | 3/22/2017 13:28 | CA | 31651 |
| 4780 | 3/22/2017 | Wednesday | CRJ | N781CA | CAK | DTW | 1 | 3/22/2017 13:49 | 3/22/2017 14:49 | CA | 31651 |
| 4282 | 3/22/2017 | Wednesday | CRJ | N781CA | DTW | SWF | 1.3833 | 3/22/2017 15:59 | 3/22/2017 17:22 | CA | 31651 |
| 4282 | 3/22/2017 | Wednesday | CRJ | N781CA | SWF | DTW | 1.75 | 3/22/2017 17:46 | 3/22/2017 19:31 | CA | 31651 |
| 4765 | 3/26/2017 | Sunday | CRJ | N445SW | DTW | CVG | 1.1333 | 3/26/2017 9:34 | 3/26/2017 10:42 | CA | 31651 |
| 4818 | 3/26/2017 | Sunday | CRJ | N445SW | CVG | CLT | 1.7833 | 3/26/2017 15:56 | 3/26/2017 17:43 | CA | 31651 |
| 4617 | 3/27/2017 | Monday | CRJ | N445SW | CLT | CVG | 1.55 | 3/27/2017 6:53 | 3/27/2017 8:26 | CA | 31651 |
| 4455 | 3/27/2017 | Monday | CRJ | N445SW | CVG | RDU | 1.4333 | 3/27/2017 9:31 | 3/27/2017 10:57 | CA | 31651 |
| 4686 | 3/27/2017 | Monday | CRJ | N445SW | RDU | PHL | 1.8166 | 3/27/2017 11:58 | 3/27/2017 13:47 | CA | 31651 |
| 4686 | 3/28/2017 | Tuesday | CRJ | N445SW | PHL | RDU | 1.45 | 3/28/2017 13:57 | 3/28/2017 15:24 | CA | 31651 |
| 4818 | 3/28/2017 | Tuesday | CRJ | N445SW | RDU | CVG | 1.7833 | 3/28/2017 17:33 | 3/28/2017 19:20 | CA | 31651 |
| 4443 | 3/28/2017 | Tuesday | CRJ | N685BR | CVG | MKE | 1.25 | 3/28/2017 20:16 | 3/28/2017 20:31 | CA | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4780 | 3/29/2017 | Wednesday | CRJ | N889AS | DTW | CAK | 0.9166 | 3/29/2017 12:21 | 3/29/2017 13:16 | CA | 31651 |
| 4780 | 3/29/2017 | Wednesday | CRJ | N889AS | CAK | DTW | 1.0166 | 3/29/2017 13:42 | 3/29/2017 14:43 | CA | 31651 |
| 7420 | 3/29/2017 | Wednesday | CRJ | N889AS | DTW | BGM | 1.1833 | 3/29/2017 16:51 | 3/29/2017 18:02 | CA | 31651 |
| 7420 | 3/29/2017 | Wednesday | CRJ | N889AS | BGM | DTW | 1.3666 | 3/29/2017 18:22 | 3/29/2017 19:44 | CA | 31651 |
| 7411 | 4/2/2017 | Sunday | CRJ | N910EV | DTW | PLN | 1.1 | 4/2/2017 11:56 | 4/2/2017 13:02 | CA | 31651 |
| 7411 | 4/2/2017 | Sunday | CRJ | N910EV | PLN | DTW | 0.9166 | 4/2/2017 13:32 | 4/2/2017 14:27 | CA | 31651 |
| 4278 | 4/2/2017 | Sunday | CRJ | N910EV | DTW | SCE | 1.25 | 4/2/2017 15:44 | 4/2/2017 16:59 | CA | 31651 |
| 4278 | 4/2/2017 | Sunday | CRJ | N910EV | SCE | DTW | 1.2166 | 4/2/2017 17:30 | 4/2/2017 18:43 | CA | 31651 |
| 4288 | 4/2/2017 | Sunday | CRJ | N910EV | DTW | ERI | 0.9833 | 4/2/2017 20:23 | 4/2/2017 21:22 | CA | 31651 |
| 4285 | 4/3/2017 | Monday | CRJ | N494CA | ERI | DTW | 1.0833 | 4/3/2017 12:11 | 4/3/2017 13:16 | CA | 31651 |
| 7420 | 4/3/2017 | Monday | CRJ | N494CA | DTW | BGM | 1.35 | 4/3/2017 15:37 | 4/3/2017 16:58 | CA | 31651 |
| 7420 | 4/3/2017 | Monday | CRJ | N494CA | BGM | DTW | 1.7333 | 4/3/2017 17:23 | 4/3/2017 19:07 | CA | 31651 |
| 4444 | 4/3/2017 | Monday | CRJ | N494CA | DTW | EVV | 1.8333 | 4/3/2017 20:13 | 4/3/2017 21:03 | CA | 31651 |
| 4740 | 4/4/2017 | Tuesday | CRJ | N447SW | EVV | DTW | 1.4166 | 4/4/2017 16:56 | 4/4/2017 19:21 | CA | 31651 |
| 7390 | 4/4/2017 | Tuesday | CRJ | N781CA | DTW | ITH | 1.15 | 4/4/2017 22:53 | 4/5/2017 0:02 | CA | 31651 |
| 7359 | 4/5/2017 | Wednesday | CRJ | N8968E | ITH | DTW | 1.4333 | 4/5/2017 11:34 | 4/5/2017 13:00 | CA | 31651 |
| 7433 | 4/5/2017 | Wednesday | CRJ | N8933B | DTW | ITH | 1.1833 | 4/5/2017 15:38 | 4/5/2017 16:49 | CA | 31651 |
| 7433 | 4/5/2017 | Wednesday | CRJ | N8933B | ITH | DTW | 1.4 | 4/5/2017 17:16 | 4/5/2017 18:40 | CA | 31651 |
| 4461 | 4/9/2017 | Sunday | CRJ | N438SW | DTW | FWA | 0.9166 | 4/9/2017 19:57 | 4/9/2017 20:52 | CA | 31651 |
| 4827 | 4/9/2017 | Sunday | CRJ | N438SW | FWA | DTW | 0.7666 | 4/9/2017 22:04 | 4/9/2017 22:50 | CA | 31651 |
| 4777 | 4/10/2017 | Monday | CRJ | N8828D | FWA | ATL | 1.8 | 4/10/2017 17:05 | 4/10/2017 18:53 | CA | 31651 |
| 4813 | 4/10/2017 | Monday | CRJ | N426SW | ATL | CHA | 0.95 | 4/10/2017 23:28 | 4/11/2017 0:25 | CA | 31651 |
| 4636 | 4/11/2017 | Tuesday | CRJ | N459SW | CHA | ATL | 0.9833 | 4/11/2017 15:27 | 4/11/2017 16:26 | CA | 31651 |
| 4835 | 4/11/2017 | Tuesday | CRJ | N459SW | ATL | EVV | 1.2833 | 4/11/2017 17:06 | 4/11/2017 17:23 | CA | 31651 |
| 4835 | 4/11/2017 | Tuesday | CRJ | N459SW | EVV | ATL | 1.4666 | 4/11/2017 17:47 | 4/11/2017 20:15 | CA | 31651 |
| 4884 | 4/12/2017 | Wednesday | CRJ | N912EV | ATL | CRW | 1.3833 | 4/12/2017 14:37 | 4/12/2017 16:00 | CA | 31651 |
| 4884 | 4/12/2017 | Wednesday | CRJ | N912EV | CRW | ATL | 1.25 | 4/12/2017 16:29 | 4/12/2017 17:44 | CA | 31651 |
| 4542 | 4/12/2017 | Wednesday | CRJ | N912EV | ATL | CHA | 0.6166 | 4/12/2017 18:18 | 4/12/2017 18:55 | CA | 31651 |
| 4815 | 4/12/2017 | Wednesday | CRJ | N912EV | CHA | DTW | 1.75 | 4/12/2017 19:14 | 4/12/2017 20:59 | CA | 31651 |
| 4487 | 4/16/2017 | Sunday | CRJ | N442SW | ATL | MOB | 1.2166 | 4/16/2017 16:28 | 4/16/2017 16:41 | CA | 31651 |
| 4487 | 4/16/2017 | Sunday | CRJ | N442SW | MOB | ATL | 1.2833 | 4/16/2017 17:19 | 4/16/2017 19:36 | CA | 31651 |
| 4847 | 4/16/2017 | Sunday | CRJ | N442SW | ATL | MGM | 0.85 | 4/16/2017 20:40 | 4/16/2017 20:31 | CA | 31651 |
| 4884 | 4/17/2017 | Monday | CRJ | N453SW | ATL | CRW | 1.3833 | 4/17/2017 12:59 | 4/17/2017 14:22 | CA | 31651 |
| 4884 | 4/17/2017 | Monday | CRJ | N453SW | CRW | ATL | 1.4166 | 4/17/2017 14:45 | 4/17/2017 16:10 | CA | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4518 | 4/17/2017 | Monday | CRJ | N487CA | ATL | SBN | 2.05 | 4/17/2017 20:01 | 4/17/2017 22:04 | CA | 31651 |
| 4610 | 4/18/2017 | Tuesday | CRJ | N652BR | SBN | ATL | 1.6333 | 4/18/2017 8:56 | 4/18/2017 10:34 | CA | 31651 |
| 3541 | 4/18/2017 | Tuesday | CRJ | N652BR | ATL | CHA | 0.8 | 4/18/2017 11:16 | 4/18/2017 12:04 | CA | 31651 |
| 3541 | 4/18/2017 | Tuesday | CRJ | N652BR | CHA | ATL | 0.7333 | 4/18/2017 12:31 | 4/18/2017 13:15 | CA | 31651 |
| 4496 | 4/19/2017 | Wednesday | CRJ | N8982A | BNA | CVG | 1.1166 | 4/19/2017 6:14 | 4/19/2017 8:21 | CA | 31651 |
| 4665 | 4/19/2017 | Wednesday | CRJ | N8982A | CVG | MCI | 1.75 | 4/19/2017 9:19 | 4/19/2017 10:04 | CA | 31651 |
| 4665 | 4/19/2017 | Wednesday | CRJ | N8982A | MCI | CVG | 1.5 | 4/19/2017 10:37 | 4/19/2017 13:07 | CA | 31651 |
| 7420 | 4/30/2017 | Sunday | CRJ | N907SW | DTW | BGM | 1.3833 | 4/30/2017 15:35 | 4/30/2017 16:58 | CA | 31651 |
| 7420 | 4/30/2017 | Sunday | CRJ | N907SW | BGM | DTW | 1.5666 | 4/30/2017 17:42 | 4/30/2017 19:16 | CA | 31651 |
| 4530 | 4/30/2017 | Sunday | CRJ | N907SW | DTW | CHA | 2.0666 | 4/30/2017 20:32 | 4/30/2017 22:36 | CA | 31651 |
| 4876 | 5/1/2017 | Monday | CRJ | N629BR | ATL | CRW | 1.4166 | 5/1/2017 19:16 | 5/1/2017 20:41 | CA | 31651 |
| 4876 | 5/1/2017 | Monday | CRJ | N629BR | CRW | ATL | 1.4833 | 5/1/2017 20:59 | 5/1/2017 22:28 | CA | 31651 |
| 4871 | 5/1/2017 | Monday | CRJ | N629BR | ATL | MGM | 0.9666 | 5/1/2017 23:30 | 5/1/2017 23:28 | CA | 31651 |
| 4887 | 5/2/2017 | Tuesday | CRJ | N8942A | MGM | ATL | 0.8833 | 5/2/2017 14:33 | 5/2/2017 16:26 | CA | 31651 |
| 4876 | 5/2/2017 | Tuesday | CRJ | N602XJ | ATL | CRW | 1.4333 | 5/2/2017 19:27 | 5/2/2017 20:53 | CA | 31651 |
| 4876 | 5/2/2017 | Tuesday | CRJ | N602XJ | CRW | ATL | 1.3 | 5/2/2017 21:10 | 5/2/2017 22:28 | CA | 31651 |
| 4871 | 5/2/2017 | Tuesday | CRJ | N602XJ | ATL | MGM | 0.8333 | 5/2/2017 23:17 | 5/2/2017 23:07 | CA | 31651 |
| 3547 | 5/3/2017 | Wednesday | CRJ | N457SW | MGM | ATL | 0.9166 | 5/3/2017 11:18 | 5/3/2017 13:13 | CA | 31651 |
| 4900 | 5/3/2017 | Wednesday | CRJ | N457SW | ATL | MOB | 1.3 | 5/3/2017 13:56 | 5/3/2017 14:14 | CA | 31651 |
| 4900 | 5/3/2017 | Wednesday | CRJ | N457SW | MOB | ATL | 1.25 | 5/3/2017 14:36 | 5/3/2017 16:51 | CA | 31651 |
| 4440 | 5/3/2017 | Wednesday | CRJ | N457SW | ATL | CHA | 0.75 | 5/3/2017 17:39 | 5/3/2017 18:24 | CA | 31651 |
| 4564 | 5/3/2017 | Wednesday | CRJ | N457SW | CHA | DTW | 1.65 | 5/3/2017 19:01 | 5/3/2017 20:40 | CA | 31651 |
| 4835 | 5/7/2017 | Sunday | CR9 | N692CA | MSP | ORD | 1.5833 | 5/7/2017 9:55 | 5/7/2017 11:30 | CA | 31651 |
| 4544 | 5/7/2017 | Sunday | CR9 | N692CA | ORD | DTW | 1.3 | 5/7/2017 14:40 | 5/7/2017 16:58 | CA | 31651 |
| 4733 | 5/7/2017 | Sunday | CR9 | N692CA | DTW | DFW | 2.7333 | 5/7/2017 17:50 | 5/7/2017 19:34 | CA | 31651 |
| 4740 | 5/8/2017 | Monday | CR9 | N812SK | DFW | MSP | 2.6833 | 5/8/2017 8:07 | 5/8/2017 10:48 | CA | 31651 |
| 4771 | 5/8/2017 | Monday | CR9 | N812SK | MSP | YEG | 2.9666 | 5/8/2017 11:43 | 5/8/2017 13:41 | CA | 31651 |
| 4818 | 5/9/2017 | Tuesday | CR9 | N812SK | YEG | MSP | 2.75 | 5/9/2017 8:15 | 5/9/2017 12:00 | CA | 31651 |
| 4620 | 5/9/2017 | Tuesday | CR9 | N810SK | MSP | ICT | 1.85 | 5/9/2017 14:32 | 5/9/2017 16:23 | CA | 31651 |
| 4620 | 5/9/2017 | Tuesday | CR9 | N810SK | ICT | MSP | 1.65 | 5/9/2017 17:02 | 5/9/2017 18:41 | CA | 31651 |
| 4475 | 5/21/2017 | Sunday | CRJ | N431SW | DTW | ATW | 1.7333 | 5/21/2017 9:57 | 5/21/2017 10:41 | CA | 31651 |
| 4475 | 5/21/2017 | Sunday | CRJ | N431SW | ATW | DTW | 1.3 | 5/21/2017 11:05 | 5/21/2017 13:23 | CA | 31651 |
| 4734 | 5/22/2017 | Monday | CRJ | N8942A | SBN | ATL | 2.0333 | 5/22/2017 5:55 | 5/22/2017 7:57 | CA | 31651 |
| 4901 | 5/22/2017 | Monday | CRJ | N427SW | ATL | ILM | 1.5 | 5/22/2017 8:56 | 5/22/2017 10:26 | CA | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4901 | 5/22/2017 | Monday | CRJ | N427SW | ILM | ATL | 1.4166 | 5/22/2017 10:56 | 5/22/2017 12:21 | CA | 31651 |
| 4904 | 5/23/2017 | Tuesday | CRJ | N8942A | FSM | ATL | 1.9833 | 5/23/2017 7:50 | 5/23/2017 10:49 | CA | 31651 |
| 4487 | 5/23/2017 | Tuesday | CRJ | N8942A | ATL | CRW | 1.2833 | 5/23/2017 11:19 | 5/23/2017 12:36 | CA | 31651 |
| 4487 | 5/23/2017 | Tuesday | CRJ | N8942A | CRW | ATL | 1.5333 | 5/23/2017 12:57 | 5/23/2017 14:29 | CA | 31651 |
| 4494 | 5/23/2017 | Tuesday | CRJ | N8942A | ATL | FWA | 1.6333 | 5/23/2017 15:01 | 5/23/2017 16:39 | CA | 31651 |
| 4661 | 5/24/2017 | Wednesday | CRJ | N693BR | FWA | MSP | 2.1 | 5/24/2017 7:22 | 5/24/2017 8:28 | CA | 31651 |
| 4636 | 5/24/2017 | Wednesday | CRJ | N455CA | MSP | CID | 1.2 | 5/24/2017 10:12 | 5/24/2017 11:24 | CA | 31651 |
| 4628 | 5/24/2017 | Wednesday | CRJ | N455CA | CID | DTW | 1.85 | 5/24/2017 11:50 | 5/24/2017 14:41 | CA | 31651 |
| 4481 | 5/28/2017 | Sunday | CRJ | N915EV | DTW | AZO | 0.8666 | 5/28/2017 8:20 | 5/28/2017 9:12 | CA | 31651 |
| 4481 | 5/28/2017 | Sunday | CRJ | N915EV | AZO | DTW | 1.05 | 5/28/2017 10:07 | 5/28/2017 11:10 | CA | 31651 |
| 4462 | 5/28/2017 | Sunday | CRJ | N685BR | DTW | FWA | 0.7666 | 5/28/2017 12:52 | 5/28/2017 13:38 | CA | 31651 |
| 3569 | 5/29/2017 | Monday | CRJ | N685BR | FWA | ATL | 1.75 | 5/29/2017 6:23 | 5/29/2017 8:08 | CA | 31651 |
| 4941 | 5/29/2017 | Monday | CRJ | N685BR | ATL | DHN | 0.9833 | 5/29/2017 10:23 | 5/29/2017 10:22 | CA | 31651 |
| 4907 | 5/30/2017 | Tuesday | CRJ | N907SW | DHN | ATL | 0.9333 | 5/30/2017 5:36 | 5/30/2017 7:32 | CA | 31651 |
| 4924 | 5/30/2017 | Tuesday | CRJ | N907SW | ATL | FAY | 1.2166 | 5/30/2017 8:17 | 5/30/2017 9:30 | CA | 31651 |
| 4924 | 5/30/2017 | Tuesday | CRJ | N907SW | FAY | ATL | 1.3166 | 5/30/2017 9:54 | 5/30/2017 11:13 | CA | 31651 |
| 4877 | 5/30/2017 | Tuesday | CRJ | N907SW | ATL | LEX | 1.4166 | 5/30/2017 12:10 | 5/30/2017 13:35 | CA | 31651 |
| 4877 | 5/30/2017 | Tuesday | CRJ | N907SW | LEX | ATL | 1.5833 | 5/30/2017 13:58 | 5/30/2017 15:33 | CA | 31651 |
| 4894 | 5/31/2017 | Wednesday | CRJ | N8933B | BNA | CVG | 1.1833 | 5/31/2017 6:00 | 5/31/2017 8:11 | CA | 31651 |
| 4746 | 5/31/2017 | Wednesday | CRJ | N8933B | CVG | DTW | 0.9666 | 5/31/2017 10:48 | 5/31/2017 11:46 | CA | 31651 |
| 4285 | 5/31/2017 | Wednesday | CRJ | N431SW | DTW | ERI | 0.8666 | 5/31/2017 12:27 | 5/31/2017 13:19 | CA | 31651 |
| 4285 | 5/31/2017 | Wednesday | CRJ | N431SW | ERI | DTW | 1.1166 | 5/31/2017 13:37 | 5/31/2017 14:44 | CA | 31651 |
| 4524 | 6/4/2017 | Sunday | CRJ | N8942A | DTW | CAK | 1.0333 | 6/4/2017 8:47 | 6/4/2017 9:49 | CA | 31651 |
| 4524 | 6/4/2017 | Sunday | CRJ | N8942A | CAK | DTW | 1.2333 | 6/4/2017 10:14 | 6/4/2017 11:28 | CA | 31651 |
| 3522 | 6/4/2017 | Sunday | CRJ | N8942A | DTW | SBN | 0.9166 | 6/4/2017 12:06 | 6/4/2017 13:01 | CA | 31651 |
| 4734 | 6/5/2017 | Monday | CRJ | N659BR | SBN | ATL | 1.9 | 6/5/2017 6:02 | 6/5/2017 7:56 | CA | 31651 |
| 4901 | 6/5/2017 | Monday | CRJ | N659BR | ATL | ILM | 1.5666 | 6/5/2017 8:54 | 6/5/2017 10:28 | CA | 31651 |
| 4901 | 6/5/2017 | Monday | CRJ | N659BR | ILM | ATL | 1.7 | 6/5/2017 10:46 | 6/5/2017 12:28 | CA | 31651 |
| 4887 | 6/5/2017 | Monday | CRJ | N8933B | ATL | MGM | 0.95 | 6/5/2017 13:27 | 6/5/2017 13:24 | CA | 31651 |
| 4921 | 6/6/2017 | Tuesday | CRJ | N8942A | MGM | ATL | 1.05 | 6/6/2017 5:27 | 6/6/2017 7:30 | CA | 31651 |
| 4924 | 6/6/2017 | Tuesday | CRJ | N8942A | ATL | FAY | 1.4833 | 6/6/2017 8:35 | 6/6/2017 10:04 | CA | 31651 |
| 4924 | 6/6/2017 | Tuesday | CRJ | N8942A | FAY | ATL | 1.5666 | 6/6/2017 10:30 | 6/6/2017 12:04 | CA | 31651 |
| 4887 | 6/6/2017 | Tuesday | CRJ | N875AS | ATL | MGM | 1 | 6/6/2017 13:25 | 6/6/2017 13:25 | CA | 31651 |
| 4921 | 6/7/2017 | Wednesday | CRJ | N429SW | MGM | ATL | 0.9333 | 6/7/2017 5:32 | 6/7/2017 7:28 | CA | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4924 | 6/7/2017 | Wednesday | CRJ | N429SW | ATL | ATL | 0.4833 | 6/7/2017 8:07 | 6/7/2017 8:36 | CA | 31651 |
| 4924 | 6/7/2017 | Wednesday | CRJ | N429SW | ATL | FAY | 1.15 | 6/7/2017 8:41 | 6/7/2017 9:50 | CA | 31651 |
| 4924 | 6/7/2017 | Wednesday | CRJ | N429SW | FAY | ATL | 1.4 | 6/7/2017 10:13 | 6/7/2017 11:37 | CA | 31651 |
| 3543 | 6/11/2017 | Sunday | CR9 | N823SK | DTW | PIT | 1.0666 | 6/11/2017 7:40 | 6/11/2017 8:44 | CA | 31651 |
| 4548 | 6/11/2017 | Sunday | CR9 | N823SK | PIT | MSP | 2.65 | 6/11/2017 11:00 | 6/11/2017 12:39 | CA | 31651 |
| 4703 | 6/11/2017 | Sunday | CR7 | N770SK | MSP | TUL | 1.85 | 6/11/2017 14:26 | 6/11/2017 16:17 | CA | 31651 |
| 3567 | 6/12/2017 | Monday | CR9 | N899SK | TUL | DTW | 2.4166 | 6/12/2017 6:01 | 6/12/2017 9:26 | CA | 31651 |
| 4998 | 6/12/2017 | Monday | CR9 | N899SK | DTW | BNA | 1.7 | 6/12/2017 10:14 | 6/12/2017 10:56 | CA | 31651 |
| 4537 | 6/13/2017 | Tuesday | CR9 | N161PQ | BNA | CVG | 1.2 | 6/13/2017 6:07 | 6/13/2017 8:19 | CA | 31651 |
| 4496 | 6/13/2017 | Tuesday | CR9 | N161PQ | CVG | IAH | 2.6 | 6/13/2017 9:08 | 6/13/2017 10:44 | CA | 31651 |
| 4981 | 6/13/2017 | Tuesday | CR9 | N803SK | IAH | DTW | 3.4333 | 6/13/2017 12:38 | 6/13/2017 17:04 | CA | 31651 |
| 4891 | 6/18/2017 | Sunday | CRJ | N878AS | SBN | ATL | 2.0666 | 6/18/2017 12:10 | 6/18/2017 14:14 | CA | 31651 |
| 4719 | 6/18/2017 | Sunday | CRJ | N8932C | ATL | GTR | 1.2166 | 6/18/2017 15:20 | 6/18/2017 15:33 | CA | 31651 |
| 4924 | 6/19/2017 | Monday | CRJ | N675BR | GTR | ATL | 1.4666 | 6/19/2017 6:34 | 6/19/2017 9:02 | CA | 31651 |
| 4649 | 6/19/2017 | Monday | CRJ | N442SW | ATL | LEX | 1.3 | 6/19/2017 9:56 | 6/19/2017 11:14 | CA | 31651 |
| 4649 | 6/19/2017 | Monday | CRJ | N442SW | LEX | ATL | 1.3833 | 6/19/2017 11:43 | 6/19/2017 13:06 | CA | 31651 |
| 4997 | 6/19/2017 | Monday | CRJ | N442SW | ATL | TRI | 1.1333 | 6/19/2017 14:05 | 6/19/2017 15:13 | CA | 31651 |
| 4893 | 6/20/2017 | Tuesday | CRJ | N8932C | TRI | ATL | 1.2166 | 6/20/2017 6:08 | 6/20/2017 7:21 | CA | 31651 |
| 4671 | 6/20/2017 | Tuesday | CRJ | N506CA | ATL | MOB | 1.3166 | 6/20/2017 8:30 | 6/20/2017 8:49 | CA | 31651 |
| 4671 | 6/20/2017 | Tuesday | CRJ | N506CA | MOB | ATL | 1.2833 | 6/20/2017 9:15 | 6/20/2017 11:32 | CA | 31651 |
| 4618 | 6/20/2017 | Tuesday | CRJ | N506CA | ATL | MOB | 1.3 | 6/20/2017 12:15 | 6/20/2017 12:33 | CA | 31651 |
| 4618 | 6/20/2017 | Tuesday | CRJ | N506CA | MOB | ATL | 1.5 | 6/20/2017 13:01 | 6/20/2017 15:31 | CA | 31651 |
| 4567 | 6/21/2017 | Wednesday | CRJ | N885AS | RDU | CVG | 1.7833 | 6/21/2017 6:32 | 6/21/2017 8:19 | CA | 31651 |
| 4970 | 6/21/2017 | Wednesday | CRJ | N8828D | CVG | MCI | 1.6333 | 6/21/2017 9:03 | 6/21/2017 9:41 | CA | 31651 |
| 4970 | 6/21/2017 | Wednesday | CRJ | N8828D | MCI | CVG | 1.6833 | 6/21/2017 10:13 | 6/21/2017 12:54 | CA | 31651 |
| 3538 | 6/25/2017 | Sunday | CRJ | N452SW | DTW | MBS | 0.9166 | 6/25/2017 8:38 | 6/25/2017 9:33 | CA | 31651 |
| 3538 | 6/25/2017 | Sunday | CRJ | N452SW | MBS | DTW | 0.75 | 6/25/2017 10:23 | 6/25/2017 11:08 | CA | 31651 |
| 4445 | 6/25/2017 | Sunday | CRJ | N452SW | DTW | SBN | 0.95 | 6/25/2017 12:12 | 6/25/2017 13:09 | CA | 31651 |
| 4621 | 6/26/2017 | Monday | CRJ | N453SW | SBN | ATL | 1.7333 | 6/26/2017 5:55 | 6/26/2017 7:39 | CA | 31651 |
| 4814 | 6/26/2017 | Monday | CRJ | N453SW | ATL | MGM | 1.0666 | 6/26/2017 8:56 | 6/26/2017 9:00 | CA | 31651 |
| 4814 | 6/26/2017 | Monday | CRJ | N453SW | MGM | ATL | 0.85 | 6/26/2017 9:23 | 6/26/2017 11:14 | CA | 31651 |
| 4937 | 6/26/2017 | Monday | CRJ | N455SW | ATL | TRI | 1.1 | 6/26/2017 13:04 | 6/26/2017 14:10 | CA | 31651 |
| 4893 | 6/27/2017 | Tuesday | CRJ | N455SW | TRI | ATL | 0.9833 | 6/27/2017 6:06 | 6/27/2017 7:05 | CA | 31651 |
| 4671 | 6/27/2017 | Tuesday | CRJ | N455SW | ATL | MOB | 1.4833 | 6/27/2017 8:29 | 6/27/2017 8:58 | CA | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4671 | 6/27/2017 | Tuesday | CRJ | N455SW | MOB | ATL | 1.2 | 6/27/2017 9:21 | 6/27/2017 11:33 | CA | 31651 |
| 4618 | 6/27/2017 | Tuesday | CRJ | N455SW | ATL | MOB | 1.3666 | 6/27/2017 12:14 | 6/27/2017 12:36 | CA | 31651 |
| 4618 | 6/27/2017 | Tuesday | CRJ | N455SW | MOB | ATL | 1.3333 | 6/27/2017 13:03 | 6/27/2017 15:23 | CA | 31651 |
| 4889 | 6/28/2017 | Wednesday | CRJ | N629BR | ATL | LFT | 1.8833 | 6/28/2017 9:27 | 6/28/2017 10:20 | CA | 31651 |
| 4889 | 6/28/2017 | Wednesday | CRJ | N629BR | LFT | ATL | 1.6333 | 6/28/2017 10:48 | 6/28/2017 13:26 | CA | 31651 |
| 4775 | 6/28/2017 | Wednesday | CRJ | N876AS | ATL | SBN | 1.9666 | 6/28/2017 14:30 | 6/28/2017 16:28 | CA | 31651 |
| 4522 | 6/28/2017 | Wednesday | CRJ | N685BR | SBN | DTW | 0.9166 | 6/28/2017 18:07 | 6/28/2017 19:02 | CA | 31651 |
| 5659 | 7/2/2017 | Sunday | CRJ | N954SW | ORD | LNK | 1.7333 | 7/2/2017 12:27 | 7/2/2017 14:11 | CA | 31651 |
| 5600 | 7/2/2017 | Sunday | CRJ | N954SW | LNK | ORD | 1.9166 | 7/2/2017 14:36 | 7/2/2017 16:31 | CA | 31651 |
| 5122 | 7/2/2017 | Sunday | CRJ | N954SW | ORD | MBS | 1.0333 | 7/2/2017 17:11 | 7/2/2017 19:13 | CA | 31651 |
| 5120 | 7/2/2017 | Sunday | CRJ | N954SW | MBS | ORD | 1.9833 | 7/2/2017 20:33 | 7/2/2017 21:32 | CA | 31651 |
| 5718 | 7/3/2017 | Monday | CRJ | N929EV | ORD | LEX | 1.45 | 7/3/2017 8:47 | 7/3/2017 11:14 | CA | 31651 |
| 5540 | 7/3/2017 | Monday | CRJ | N929EV | LEX | ORD | 1.55 | 7/3/2017 11:32 | 7/3/2017 12:05 | CA | 31651 |
| 5350 | 7/3/2017 | Monday | CRJ | N934SW | ORD | CID | 1.2666 | 7/3/2017 15:10 | 7/3/2017 16:26 | CA | 31651 |
| 5250 | 7/3/2017 | Monday | CRJ | N934SW | CID | ORD | 1.2833 | 7/3/2017 16:49 | 7/3/2017 18:06 | CA | 31651 |
| 5659 | 7/4/2017 | Tuesday | CRJ | N929EV | ORD | LNK | 1.7333 | 7/4/2017 12:20 | 7/4/2017 14:04 | CA | 31651 |
| 5600 | 7/4/2017 | Tuesday | CRJ | N929EV | LNK | ORD | 1.8166 | 7/4/2017 14:28 | 7/4/2017 16:17 | CA | 31651 |
| 4582 | 7/10/2017 | Monday | CR9 | N162PQ | DTW | ORF | 1.85 | 7/10/2017 9:56 | 7/10/2017 11:47 | CA | 31651 |
| 4582 | 7/10/2017 | Monday | CR9 | N162PQ | ORF | DTW | 2.2333 | 7/10/2017 12:45 | 7/10/2017 14:59 | CA | 31651 |
| 4962 | 7/10/2017 | Monday | CR9 | N813SK | DTW | IAD | 1.65 | 7/10/2017 16:27 | 7/10/2017 18:06 | CA | 31651 |
| 4947 | 7/11/2017 | Tuesday | CR9 | N812SK | IAD | MSP | 2.6 | 7/11/2017 6:14 | 7/11/2017 7:50 | CA | 31651 |
| 4885 | 7/11/2017 | Tuesday | CR9 | N812SK | MSP | IAD | 2.25 | 7/11/2017 8:45 | 7/11/2017 12:00 | CA | 31651 |
| 4947 | 7/12/2017 | Wednesday | CR9 | N693CA | IAD | MSP | 3.0166 | 7/12/2017 6:12 | 7/12/2017 8:13 | CA | 31651 |
| 4885 | 7/12/2017 | Wednesday | CR9 | N693CA | MSP | IAD | 3.2333 | 7/12/2017 8:55 | 7/12/2017 13:09 | CA | 31651 |
| 4947 | 7/13/2017 | Thursday | CR9 | N825SK | IAD | MSP | 3.1166 | 7/13/2017 6:11 | 7/13/2017 8:18 | CA | 31651 |
| 4600 | 7/13/2017 | Thursday | CR9 | N825SK | MSP | PIT | 1.8333 | 7/13/2017 9:53 | 7/13/2017 12:43 | CA | 31651 |
| 4875 | 7/13/2017 | Thursday | CR9 | N825SK | PIT | DTW | 1.0333 | 7/13/2017 13:40 | 7/13/2017 14:42 | CA | 31651 |
| 4893 | 7/24/2017 | Monday | CR7 | N767SK | DTW | DFW | 2.8666 | 7/24/2017 7:13 | 7/24/2017 9:05 | CA | 31651 |
| 4496 | 7/24/2017 | Monday | CR7 | N767SK | DFW | MSP | 2.5166 | 7/24/2017 10:18 | 7/24/2017 12:49 | CA | 31651 |
| 4853 | 7/24/2017 | Monday | CR9 | N162PQ | MSP | DFW | 2.3666 | 7/24/2017 13:32 | 7/24/2017 15:54 | CA | 31651 |
| 4971 | 7/25/2017 | Tuesday | CR9 | N809SK | DFW | DFW | 0.5333 | 7/25/2017 5:51 | 7/25/2017 6:23 | CA | 31651 |
| 4971 | 7/25/2017 | Tuesday | CR9 | N809SK | DFW | CVG | 2.7833 | 7/25/2017 7:02 | 7/25/2017 10:49 | CA | 31651 |
| 4942 | 7/25/2017 | Tuesday | CR9 | N809SK | CVG | DTW | 1.0166 | 7/25/2017 11:49 | 7/25/2017 12:50 | CA | 31651 |
| 4992 | 7/25/2017 | Tuesday | CR7 | N630SK | DTW | TVC | 1.0833 | 7/25/2017 13:46 | 7/25/2017 14:51 | CA | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4685 | 7/26/2017 | Wednesday | CR7 | N770SK | TVC | MSP | 1.6666 | 7/26/2017 6:13 | 7/26/2017 6:53 | CA | 31651 |
| 3546 | 7/30/2017 | Sunday | CR9 | N824SK | DTW | OKC | 2.4333 | 7/30/2017 17:02 | 7/30/2017 18:28 | CA | 31651 |
| 3546 | 7/30/2017 | Sunday | CR9 | N824SK | OKC | DTW | 2.3833 | 7/30/2017 19:42 | 7/30/2017 23:05 | CA | 31651 |
| 4497 | 7/30/2017 | Sunday | CR7 | N774SK | DTW | MBS | 0.6333 | 7/30/2017 23:43 | 7/31/2017 0:21 | CA | 31651 |
| 3560 | 7/31/2017 | Monday | CR9 | N824SK | DTW | MSN | 1.1833 | 7/31/2017 14:23 | 7/31/2017 14:34 | CA | 31651 |
| 3560 | 7/31/2017 | Monday | CR9 | N824SK | MSN | DTW | 1.1333 | 7/31/2017 15:03 | 7/31/2017 17:11 | CA | 31651 |
| 4882 | 7/31/2017 | Monday | CR9 | N824SK | DTW | TVC | 1.0166 | 7/31/2017 17:43 | 7/31/2017 18:44 | CA | 31651 |
| 4882 | 7/31/2017 | Monday | CR9 | N824SK | TVC | DTW | 0.8833 | 7/31/2017 19:19 | 7/31/2017 20:12 | CA | 31651 |
| 5589 | 8/13/2017 | Sunday | CRJ | N947SW | ORD | CID | 1.3166 | 8/13/2017 12:16 | 8/13/2017 13:35 | CA | 31651 |
| 5771 | 8/13/2017 | Sunday | CRJ | N947SW | CID | ORD | 1.2666 | 8/13/2017 14:00 | 8/13/2017 15:16 | CA | 31651 |
| 5771 | 8/13/2017 | Sunday | CRJ | N947SW | ORD | LAN | 0.9666 | 8/13/2017 16:54 | 8/13/2017 18:52 | CA | 31651 |
| 5715 | 8/13/2017 | Sunday | CRJ | N947SW | LAN | ORD | 1.2833 | 8/13/2017 19:17 | 8/13/2017 19:34 | CA | 31651 |
| 5938 | 8/14/2017 | Monday | CRJ | N934SW | ORD | SAV | 2.2166 | 8/14/2017 7:36 | 8/14/2017 10:49 | CA | 31651 |
| 5629 | 8/14/2017 | Monday | CRJ | N934SW | SAV | ORD | 2.2833 | 8/14/2017 11:31 | 8/14/2017 12:48 | CA | 31651 |
| 5390 | 8/14/2017 | Monday | CRJ | N934SW | ORD | MHT | 2.35 | 8/14/2017 13:46 | 8/14/2017 17:07 | CA | 31651 |
| 5202 | 8/15/2017 | Tuesday | CRJ | N924SW | MHT | ORD | 3.0833 | 8/15/2017 5:55 | 8/15/2017 8:00 | CA | 31651 |
| 5257 | 8/15/2017 | Tuesday | CRJ | N924SW | ORD | PIA | 1.0166 | 8/15/2017 8:50 | 8/15/2017 9:51 | CA | 31651 |
| 5950 | 8/15/2017 | Tuesday | CRJ | N924SW | PIA | ORD | 0.8833 | 8/15/2017 10:21 | 8/15/2017 11:14 | CA | 31651 |
| 4978 | 8/16/2017 | Wednesday | CRJ | N8884E | DTW | GRB | 1.3166 | 8/16/2017 8:22 | 8/16/2017 8:41 | FO | 31651 |
| 4978 | 8/16/2017 | Wednesday | CRJ | N8884E | GRB | DTW | 1.25 | 8/16/2017 9:10 | 8/16/2017 11:25 | FO | 31651 |
| 1301 | 8/16/2017 | Wednesday | CRJ | N702BR | DTW | DTW | 0.8 | 8/16/2017 12:27 | 8/16/2017 13:15 | FO | 31651 |
| 7409 | 8/16/2017 | Wednesday | CRJ | N448SW | DTW | CIU | 1.3 | 8/16/2017 13:48 | 8/16/2017 15:06 | FO | 31651 |
| 7409 | 8/16/2017 | Wednesday | CRJ | N448SW | CIU | DTW | 0.9833 | 8/16/2017 15:37 | 8/16/2017 16:36 | FO | 31651 |
| 4913 | 8/20/2017 | Sunday | CR9 | N813SK | DTW | CLE | 0.9 | 8/20/2017 14:16 | 8/20/2017 15:10 | CA | 31651 |
| 4725 | 8/20/2017 | Sunday | CR9 | N813SK | CLE | MSP | 1.9166 | 8/20/2017 15:46 | 8/20/2017 16:41 | CA | 31651 |
| 4621 | 8/20/2017 | Sunday | CR7 | N763SK | MSP | BIS | 1.4 | 8/20/2017 17:33 | 8/20/2017 18:57 | CA | 31651 |
| 4621 | 8/20/2017 | Sunday | CR7 | N763SK | BIS | MSP | 1.3666 | 8/20/2017 19:42 | 8/20/2017 21:04 | CA | 31651 |
| 4490 | 8/21/2017 | Monday | CR9 | N813SK | MSP | IAD | 2.45 | 8/21/2017 8:46 | 8/21/2017 12:13 | CA | 31651 |
| 4490 | 8/21/2017 | Monday | CR9 | N813SK | IAD | MSP | 3.3 | 8/21/2017 12:42 | 8/21/2017 15:00 | CA | 31651 |
| 7393 | 8/22/2017 | Tuesday | CRJ | N8968E | SLC | SGU | 1.35 | 8/22/2017 9:58 | 8/22/2017 11:19 | FO | 31651 |
| 7393 | 8/22/2017 | Tuesday | CRJ | N8968E | SGU | SLC | 1.3666 | 8/22/2017 11:35 | 8/22/2017 12:57 | CA | 31651 |
| 4599 | 8/27/2017 | Sunday | CR9 | N800SK | EWR | CVG | 2.0833 | 8/27/2017 14:26 | 8/27/2017 16:31 | CA | 31651 |
| 4710 | 8/27/2017 | Sunday | CR9 | N800SK | CVG | BNA | 1.2166 | 8/27/2017 17:59 | 8/27/2017 18:12 | CA | 31651 |
| 4554 | 8/28/2017 | Monday | CR9 | N554CA | BNA | RDU | 1.55 | 8/28/2017 6:19 | 8/28/2017 8:52 | CA | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4464 | 8/28/2017 | Monday | CR9 | N554CA | RDU | AUS | 3.5 | 8/28/2017 10:09 | 8/28/2017 12:39 | CA | 31651 |
| 4464 | 8/28/2017 | Monday | CR9 | N554CA | AUS | RDU | 3.0833 | 8/28/2017 13:19 | 8/28/2017 17:24 | CA | 31651 |
| 3550 | 8/29/2017 | Tuesday | CR9 | N554CA | RDU | MSP | 2.8333 | 8/29/2017 6:09 | 8/29/2017 7:59 | CA | 31651 |
| 4686 | 8/29/2017 | Tuesday | CR9 | N554CA | MSP | SAT | 2.9833 | 8/29/2017 8:57 | 8/29/2017 11:56 | CA | 31651 |
| 4675 | 8/30/2017 | Wednesday | CR9 | N823SK | SAT | DTW | 2.8833 | 8/30/2017 16:57 | 8/30/2017 20:50 | CA | 31651 |
| 4765 | 9/3/2017 | Sunday | CR9 | N812SK | DTW | BNA | 1.6333 | 9/3/2017 8:43 | 9/3/2017 9:21 | CA | 31651 |
| 4773 | 9/3/2017 | Sunday | CR9 | N812SK | BNA | DTW | 1.7 | 9/3/2017 11:47 | 9/3/2017 14:29 | CA | 31651 |
| 4782 | 9/4/2017 | Monday | CR9 | N549CA | TVC | MSP | 1.35 | 9/4/2017 7:01 | 9/4/2017 7:22 | CA | 31651 |
| 4935 | 9/4/2017 | Monday | CR9 | N549CA | MSP | BNA | 2.15 | 9/4/2017 8:41 | 9/4/2017 10:50 | CA | 31651 |
| 4554 | 9/5/2017 | Tuesday | CR9 | N817SK | BNA | RDU | 1.45 | 9/5/2017 6:11 | 9/5/2017 8:38 | CA | 31651 |
| 4464 | 9/5/2017 | Tuesday | CR9 | N817SK | RDU | AUS | 3.0333 | 9/5/2017 9:32 | 9/5/2017 11:34 | CA | 31651 |
| 4464 | 9/5/2017 | Tuesday | CR9 | N817SK | AUS | RDU | 3.0166 | 9/5/2017 12:19 | 9/5/2017 16:20 | CA | 31651 |
| 4778 | 9/6/2017 | Wednesday | CR9 | N803SK | RDU | BNA | 1.6166 | 9/6/2017 6:57 | 9/6/2017 7:34 | CA | 31651 |
| 3553 | 9/10/2017 | Sunday | CR9 | N549CA | DTW | CLE | 0.8666 | 9/10/2017 14:03 | 9/10/2017 14:55 | CA | 31651 |
| 4571 | 9/10/2017 | Sunday | CR9 | N549CA | CLE | MSP | 1.8333 | 9/10/2017 15:33 | 9/10/2017 16:23 | CA | 31651 |
| 4473 | 9/10/2017 | Sunday | CR9 | N821SK | MSP | PSC | 3.3333 | 9/10/2017 19:28 | 9/10/2017 20:48 | CA | 31651 |
| 4521 | 9/11/2017 | Monday | CR9 | N810SK | PSC | MSP | 3.3 | 9/11/2017 14:24 | 9/11/2017 19:42 | CA | 31651 |
| 4574 | 9/11/2017 | Monday | CR9 | N812SK | MSP | MOT | 1.4833 | 9/11/2017 22:07 | 9/11/2017 23:36 | CA | 31651 |
| 4527 | 9/12/2017 | Tuesday | CR9 | N806SK | MSP | LEX | 2.0166 | 9/12/2017 17:32 | 9/12/2017 20:33 | CA | 31651 |
| 4743 | 9/13/2017 | Wednesday | CR9 | N802SK | DTW | MEM | 1.8166 | 9/13/2017 13:54 | 9/13/2017 14:43 | CA | 31651 |
| 4743 | 9/13/2017 | Wednesday | CR9 | N802SK | MEM | DTW | 1.8666 | 9/13/2017 15:53 | 9/13/2017 18:45 | CA | 31651 |
| 4994 | 9/17/2017 | Sunday | CR7 | N771SK | DTW | ALB | 1.6833 | 9/17/2017 15:25 | 9/17/2017 17:06 | CA | 31651 |
| 4994 | 9/17/2017 | Sunday | CR7 | N771SK | ALB | DTW | 1.5833 | 9/17/2017 17:38 | 9/17/2017 19:13 | CA | 31651 |
| 4838 | 9/17/2017 | Sunday | CR7 | N614SK | DTW | BDL | 1.7833 | 9/17/2017 21:59 | 9/17/2017 23:46 | CA | 31651 |
| 4900 | 9/19/2017 | Tuesday | CR7 | N608SK | BDL | MSP | 3.1833 | 9/19/2017 5:53 | 9/19/2017 8:04 | CA | 31651 |
| 4686 | 9/19/2017 | Tuesday | CR9 | N823SK | MSP | SAT | 2.8666 | 9/19/2017 8:59 | 9/19/2017 11:51 | CA | 31651 |
| 4675 | 9/20/2017 | Wednesday | CR7 | N603SK | SAT | DTW | 3.1166 | 9/20/2017 17:03 | 9/20/2017 21:10 | CA | 31651 |
| 4500 | 9/24/2017 | Sunday | CR9 | N805SK | DTW | CVG | 1.1833 | 9/24/2017 9:49 | 9/24/2017 11:00 | CA | 31651 |
| 4965 | 9/24/2017 | Sunday | CR9 | N805SK | CVG | BOS | 2.3166 | 9/24/2017 12:02 | 9/24/2017 14:21 | CA | 31651 |
| 4962 | 9/24/2017 | Sunday | CR9 | N805SK | BOS | CVG | 2.3166 | 9/24/2017 14:55 | 9/24/2017 17:14 | CA | 31651 |
| 4486 | 9/25/2017 | Monday | CR9 | N817SK | BNA | MSP | 2.0833 | 9/25/2017 6:13 | 9/25/2017 8:18 | CA | 31651 |
| 4686 | 9/25/2017 | Monday | CR9 | N817SK | MSP | SAT | 3.1666 | 9/25/2017 9:05 | 9/25/2017 12:15 | CA | 31651 |
| 4675 | 9/26/2017 | Tuesday | CR7 | N631SK | SAT | DTW | 2.9833 | 9/26/2017 17:02 | 9/26/2017 21:01 | CA | 31651 |
| 4525 | 9/26/2017 | Tuesday | CR7 | N631SK | DTW | MKE | 1.1 | 9/26/2017 21:51 | 9/26/2017 21:57 | FO | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4705 | 9/27/2017 | Wednesday | CR9 | N809SK | MSP | RDU | 2.5666 | 9/27/2017 15:08 | 9/27/2017 18:42 | CA | 31651 |
| 4613 | 9/27/2017 | Wednesday | CR9 | N809SK | RDU | DTW | 1.6666 | 9/27/2017 19:27 | 9/27/2017 21:07 | CA | 31651 |
| 4502 | 10/1/2017 | Sunday | CR9 | N897SK | DTW | CLE | 0.7166 | 10/1/2017 14:29 | 10/1/2017 15:12 | CA | 31651 |
| 4772 | 10/1/2017 | Sunday | CR9 | N897SK | CLE | MSP | 1.9166 | 10/1/2017 15:50 | 10/1/2017 16:45 | CA | 31651 |
| 4810 | 10/1/2017 | Sunday | CR9 | N823SK | MSP | YXE | 2.4166 | 10/1/2017 20:03 | 10/1/2017 21:28 | CA | 31651 |
| 4819 | 10/2/2017 | Monday | CR9 | N898SK | YXE | MSP | 3.4 | 10/2/2017 15:39 | 10/2/2017 20:03 | CA | 31651 |
| 4810 | 10/2/2017 | Monday | CR9 | N898SK | MSP | YXE | 2.6166 | 10/2/2017 22:31 | 10/3/2017 0:08 | CA | 31651 |
| 4819 | 10/3/2017 | Tuesday | CR9 | N821SK | YXE | MSP | 2.45 | 10/3/2017 15:20 | 10/3/2017 18:47 | CA | 31651 |
| 4538 | 10/3/2017 | Tuesday | CR9 | N821SK | MSP | BNA | 2.35 | 10/3/2017 20:08 | 10/3/2017 22:29 | CA | 31651 |
| 4608 | 10/4/2017 | Wednesday | CR9 | N807SK | BNA | MSP | 2.1166 | 10/4/2017 13:09 | 10/4/2017 15:16 | CA | 31651 |
| 4809 | 10/4/2017 | Wednesday | CR7 | N763SK | MSP | RDU | 2.65 | 10/4/2017 15:55 | 10/4/2017 19:34 | CA | 31651 |
| 4523 | 10/4/2017 | Wednesday | CR7 | N763SK | RDU | DTW | 1.6166 | 10/4/2017 20:01 | 10/4/2017 21:38 | CA | 31651 |
| 4697 | 10/8/2017 | Sunday | CRJ | N8884E | DTW | ABE | 1.5666 | 10/8/2017 10:29 | 10/8/2017 12:03 | CA | 31651 |
| 4697 | 10/8/2017 | Sunday | CRJ | N8884E | ABE | DTW | 1.6166 | 10/8/2017 12:36 | 10/8/2017 14:13 | CA | 31651 |
| 4278 | 10/8/2017 | Sunday | CRJ | N8884E | DTW | SCE | 1.3833 | 10/8/2017 15:40 | 10/8/2017 17:03 | CA | 31651 |
| 4279 | 10/9/2017 | Monday | CRJ | N426SW | SCE | DTW | 1.3666 | 10/9/2017 5:59 | 10/9/2017 7:21 | CA | 31651 |
| 4535 | 10/9/2017 | Monday | CRJ | N426SW | DTW | LEX | 1.5 | 10/9/2017 8:21 | 10/9/2017 9:51 | CA | 31651 |
| 4535 | 10/9/2017 | Monday | CRJ | N426SW | LEX | DTW | 1.2666 | 10/9/2017 10:16 | 10/9/2017 11:32 | CA | 31651 |
| 4704 | 10/9/2017 | Monday | CRJ | N426SW | DTW | FWA | 0.9166 | 10/9/2017 12:09 | 10/9/2017 13:04 | CA | 31651 |
| 4626 | 10/10/2017 | Tuesday | CRJ | N868AS | FWA | ATL | 1.8666 | 10/10/2017 6:30 | 10/10/2017 8:22 | CA | 31651 |
| 3564 | 10/10/2017 | Tuesday | CRJ | N868AS | ATL | FWA | 1.55 | 10/10/2017 9:02 | 10/10/2017 10:35 | CA | 31651 |
| 4504 | 10/11/2017 | Wednesday | CRJ | N875AS | FWA | MSP | 1.85 | 10/11/2017 7:11 | 10/11/2017 8:02 | CA | 31651 |
| 3552 | 10/11/2017 | Wednesday | CRJ | N439SW | MSP | CID | 1.4166 | 10/11/2017 8:57 | 10/11/2017 10:22 | CA | 31651 |
| 4530 | 10/11/2017 | Wednesday | CRJ | N439SW | CID | DTW | 1.7166 | 10/11/2017 10:42 | 10/11/2017 13:25 | CA | 31651 |
| 4722 | 10/11/2017 | Wednesday | CRJ | N439SW | DTW | CMH | 1.0833 | 10/11/2017 13:56 | 10/11/2017 15:01 | CA | 31651 |
| 4722 | 10/11/2017 | Wednesday | CRJ | N439SW | CMH | DTW | 1 | 10/11/2017 15:32 | 10/11/2017 16:32 | CA | 31651 |
| 4712 | 10/15/2017 | Sunday | CR7 | N633SK | DTW | IAD | 1.9666 | 10/15/2017 21:33 | 10/15/2017 23:31 | CA | 31651 |
| 4793 | 10/16/2017 | Monday | CR7 | N633SK | IAD | DTW | 1.4333 | 10/16/2017 6:09 | 10/16/2017 7:35 | CA | 31651 |
| 4712 | 10/18/2017 | Wednesday | CR7 | N606SK | DTW | IAD | 1.6666 | 10/18/2017 20:20 | 10/18/2017 22:00 | CA | 31651 |
| 4793 | 10/19/2017 | Thursday | CR7 | N606SK | IAD | DTW | 1.4333 | 10/19/2017 6:00 | 10/19/2017 7:26 | CA | 31651 |
| 4667 | 10/22/2017 | Sunday | CR7 | N772SK | DTW | MDW | 1.2333 | 10/22/2017 11:58 | 10/22/2017 12:12 | CA | 31651 |
| 4587 | 10/22/2017 | Sunday | CR7 | N772SK | MDW | MSP | 1.3166 | 10/22/2017 12:46 | 10/22/2017 14:05 | CA | 31651 |
| 4740 | 10/22/2017 | Sunday | CR9 | N803SK | MSP | CVG | 1.95 | 10/22/2017 16:44 | 10/22/2017 19:41 | CA | 31651 |
| 4808 | 10/22/2017 | Sunday | CR9 | N803SK | CVG | RDU | 1.3666 | 10/22/2017 21:14 | 10/22/2017 22:36 | CA | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4549 | 10/23/2017 | Monday | CR9 | N689CA | RDU | MSP | 2.4 | 10/23/2017 17:02 | 10/23/2017 18:26 | CA | 31651 |
| 4810 | 10/23/2017 | Monday | CR9 | N689CA | MSP | YXE | 2.4666 | 10/23/2017 19:42 | 10/23/2017 21:10 | CA | 31651 |
| 4819 | 10/24/2017 | Tuesday | CR9 | N805SK | YXE | MSP | 2.05 | 10/24/2017 15:15 | 10/24/2017 18:18 | CA | 31651 |
| 4538 | 10/24/2017 | Tuesday | CR9 | N814SK | MSP | BNA | 2.1333 | 10/24/2017 20:34 | 10/24/2017 22:42 | CA | 31651 |
| 4988 | 10/25/2017 | Wednesday | CR7 | N765SK | BNA | DTW | 1.6666 | 10/25/2017 10:21 | 10/25/2017 13:01 | CA | 31651 |
| 4459 | 10/25/2017 | Wednesday | CR9 | N804SK | DTW | IND | 1.1 | 10/25/2017 15:47 | 10/25/2017 16:53 | CA | 31651 |
| 4459 | 10/25/2017 | Wednesday | CR9 | N804SK | IND | DTW | 1.4166 | 10/25/2017 17:44 | 10/25/2017 19:09 | CA | 31651 |
| 4951 | 10/29/2017 | Sunday | CR7 | N604SK | DTW | GRB | 1.2833 | 10/29/2017 10:07 | 10/29/2017 10:24 | CA | 31651 |
| 4951 | 10/29/2017 | Sunday | CR7 | N604SK | GRB | DTW | 1.2333 | 10/29/2017 10:55 | 10/29/2017 13:09 | CA | 31651 |
| 4776 | 10/30/2017 | Monday | CR9 | N805SK | RDU | BNA | 1.8333 | 10/30/2017 6:53 | 10/30/2017 7:43 | CA | 31651 |
| 4439 | 10/30/2017 | Monday | CR9 | N805SK | BNA | MSP | 2.4 | 10/30/2017 8:21 | 10/30/2017 10:45 | CA | 31651 |
| 4820 | 10/30/2017 | Monday | CR9 | N809SK | MSP | YXE | 2.2833 | 10/30/2017 13:04 | 10/30/2017 14:21 | CA | 31651 |
| 4811 | 10/31/2017 | Tuesday | CR9 | N815SK | YXE | MSP | 2.45 | 10/31/2017 6:13 | 10/31/2017 9:40 | CA | 31651 |
| 4627 | 10/31/2017 | Tuesday | CR9 | N897SK | MSP | BNA | 2.75 | 10/31/2017 11:14 | 10/31/2017 13:59 | CA | 31651 |
| 4486 | 11/1/2017 | Wednesday | CR9 | N899SK | BNA | MSP | 2.6 | 11/1/2017 5:57 | 11/1/2017 8:33 | CA | 31651 |
| 4789 | 11/1/2017 | Wednesday | CR9 | N899SK | MSP | CLE | 1.8333 | 11/1/2017 9:15 | 11/1/2017 12:05 | CA | 31651 |
| 4736 | 11/1/2017 | Wednesday | CR9 | N899SK | CLE | DTW | 0.7666 | 11/1/2017 12:37 | 11/1/2017 13:23 | CA | 31651 |
| 4679 | 11/5/2017 | Sunday | CR9 | N161PQ | DTW | CID | 1.8666 | 11/5/2017 19:15 | 11/5/2017 20:07 | CA | 31651 |
| 4679 | 11/5/2017 | Sunday | CR9 | N161PQ | CID | DTW | 1.55 | 11/5/2017 20:40 | 11/5/2017 23:13 | CA | 31651 |
| 4671 | 11/5/2017 | Sunday | CR9 | N161PQ | DTW | OMA | 2.25 | 11/6/2017 12:05 | 11/6/2017 13:20 | CA | 31651 |
| 4885 | 11/6/2017 | Monday | CR9 | N161PQ | OMA | DTW | 1.8166 | 11/6/2017 13:45 | 11/6/2017 16:34 | CA | 31651 |
| 4805 | 11/6/2017 | Monday | CR9 | N161PQ | DTW | CVG | 1.2833 | 11/6/2017 17:07 | 11/6/2017 18:24 | CA | 31651 |
| 4944 | 11/6/2017 | Monday | CR9 | N161PQ | CVG | MSP | 1.9833 | 11/6/2017 18:48 | 11/6/2017 19:47 | CA | 31651 |
| 1300 | 11/7/2017 | Tuesday | CR7 | N762SK | MKE | MSP | 1.8 | 11/7/2017 16:13 | 11/7/2017 18:01 | CA | 31651 |
| 4900 | 11/12/2017 | Sunday | CR9 | N807SK | DTW | PIT | 1.45 | 11/12/2017 9:57 | 11/12/2017 11:24 | CA | 31651 |
| 4991 | 11/12/2017 | Sunday | CR9 | N807SK | PIT | MSP | 2.2166 | 11/12/2017 11:52 | 11/12/2017 13:05 | CA | 31651 |
| 4710 | 11/13/2017 | Monday | CR9 | N816SK | MOT | MSP | 1.3833 | 11/13/2017 12:15 | 11/13/2017 13:38 | CA | 31651 |
| 4922 | 11/13/2017 | Monday | CR9 | N816SK | MSP | IAD | 2.55 | 11/13/2017 14:05 | 11/13/2017 17:38 | CA | 31651 |
| 4638 | 11/14/2017 | Tuesday | CR9 | N816SK | IAD | DTW | 1.6333 | 11/14/2017 5:54 | 11/14/2017 7:32 | CA | 31651 |
| 4885 | 11/14/2017 | Tuesday | CR9 | N814SK | DTW | OMA | 2.2833 | 11/14/2017 8:24 | 11/14/2017 9:41 | CA | 31651 |
| 4823 | 11/15/2017 | Wednesday | CR9 | N807SK | OMA | DTW | 1.9666 | 11/15/2017 6:03 | 11/15/2017 9:01 | CA | 31651 |
| 4510 | 11/15/2017 | Wednesday | CR7 | N603SK | DTW | MEM | 1.9166 | 11/15/2017 11:34 | 11/15/2017 12:29 | CA | 31651 |
| 4510 | 11/15/2017 | Wednesday | CR7 | N603SK | MEM | DTW | 1.9166 | 11/15/2017 13:05 | 11/15/2017 16:00 | CA | 31651 |
| 4911 | 11/19/2017 | Sunday | CR9 | N814SK | DTW | ORF | 1.8166 | 11/19/2017 9:04 | 11/19/2017 10:53 | CA | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4911 | 11/19/2017 | Sunday | CR9 | N814SK | ORF | DTW | 1.8833 | 11/19/2017 11:26 | 11/19/2017 13:19 | CA | 31651 |
| 4711 | 11/20/2017 | Monday | CR9 | N823SK | BDL | CLE | 1.7333 | 11/20/2017 6:50 | 11/20/2017 8:34 | CA | 31651 |
| 4925 | 11/20/2017 | Monday | CR9 | N823SK | CLE | MSP | 2.2333 | 11/20/2017 9:25 | 11/20/2017 10:39 | CA | 31651 |
| 4611 | 11/20/2017 | Monday | CR7 | N763SK | MSP | MDW | 1.5833 | 11/20/2017 12:59 | 11/20/2017 14:34 | CA | 31651 |
| 4495 | 11/21/2017 | Tuesday | CR7 | N614SK | MDW | MSP | 1.7833 | 11/21/2017 9:02 | 11/21/2017 10:49 | CA | 31651 |
| 4786 | 11/21/2017 | Tuesday | CR9 | N817SK | MSP | DFW | 2.5666 | 11/21/2017 13:40 | 11/21/2017 16:14 | CA | 31651 |
| 4802 | 11/21/2017 | Tuesday | CR9 | N817SK | DFW | DTW | 2.6 | 11/21/2017 17:08 | 11/21/2017 20:44 | CA | 31651 |
| 4757 | 11/26/2017 | Sunday | CR7 | N608SK | DTW | YYZ | 1.2333 | 11/26/2017 7:49 | 11/26/2017 9:03 | CA | 31651 |
| 4777 | 11/26/2017 | Sunday | CR7 | N608SK | YYZ | DTW | 0.9833 | 11/26/2017 9:49 | 11/26/2017 10:48 | CA | 31651 |
| 4924 | 11/26/2017 | Sunday | CR9 | N162PQ | DTW | MBS | 0.8166 | 11/26/2017 12:22 | 11/26/2017 13:11 | CA | 31651 |
| 4779 | 11/27/2017 | Monday | CR9 | N815SK | MBS | DTW | 0.8333 | 11/27/2017 5:43 | 11/27/2017 6:33 | CA | 31651 |
| 4757 | 11/27/2017 | Monday | CR7 | N611SK | DTW | YYZ | 1.0833 | 11/27/2017 7:51 | 11/27/2017 8:56 | CA | 31651 |
| 4777 | 11/27/2017 | Monday | CR7 | N611SK | YYZ | DTW | 1.2666 | 11/27/2017 9:48 | 11/27/2017 11:04 | CA | 31651 |
| 4888 | 11/27/2017 | Monday | CR7 | N611SK | DTW | CLE | 0.9166 | 11/27/2017 12:08 | 11/27/2017 13:03 | CA | 31651 |
| 4335 | 11/28/2017 | Tuesday | CR9 | N804SK | CLE | DTW | 0.6666 | 11/28/2017 5:54 | 11/28/2017 6:34 | CA | 31651 |
| 4945 | 11/28/2017 | Tuesday | CR9 | N896SK | DTW | CMH | 1 | 11/28/2017 10:24 | 11/28/2017 11:24 | CA | 31651 |
| 4945 | 11/28/2017 | Tuesday | CR9 | N896SK | CMH | DTW | 0.9833 | 11/28/2017 12:08 | 11/28/2017 13:07 | CA | 31651 |
| 4898 | 11/28/2017 | Tuesday | CR9 | N896SK | DTW | CLE | 0.8 | 11/28/2017 13:48 | 11/28/2017 14:36 | CA | 31651 |
| 4335 | 11/29/2017 | Wednesday | CR9 | N824SK | CLE | DTW | 0.8166 | 11/29/2017 5:56 | 11/29/2017 6:45 | CA | 31651 |
| 4701 | 11/29/2017 | Wednesday | CR9 | N824SK | DTW | DFW | 3.0833 | 11/29/2017 8:21 | 11/29/2017 10:26 | CA | 31651 |
| 4701 | 11/29/2017 | Wednesday | CR9 | N824SK | DFW | DTW | 2.4666 | 11/29/2017 11:10 | 11/29/2017 14:38 | CA | 31651 |
| 4480 | 12/3/2017 | Sunday | CR9 | N896SK | DTW | SYR | 1.2333 | 12/3/2017 12:10 | 12/3/2017 13:24 | CA | 31651 |
| 4480 | 12/3/2017 | Sunday | CR9 | N896SK | SYR | DTW | 1.4333 | 12/3/2017 14:16 | 12/3/2017 15:42 | CA | 31651 |
| 4477 | 12/3/2017 | Sunday | CR9 | N896SK | DTW | RDU | 1.5666 | 12/3/2017 17:26 | 12/3/2017 19:00 | CA | 31651 |
| 4448 | 12/4/2017 | Monday | CR9 | N896SK | RDU | RDU | 0.8833 | 12/4/2017 6:49 | 12/4/2017 7:42 | CA | 31651 |
| 4448 | 12/4/2017 | Monday | CR7 | N762SK | RDU | BNA | 1.5666 | 12/4/2017 14:29 | 12/4/2017 15:03 | CA | 31651 |
| 3531 | 12/5/2017 | Tuesday | CR9 | N803SK | BNA | CVG | 1.1333 | 12/5/2017 7:02 | 12/5/2017 9:10 | CA | 31651 |
| 4772 | 12/5/2017 | Tuesday | CR7 | N768SK | CVG | XNA | 2.0333 | 12/5/2017 9:54 | 12/5/2017 10:56 | CA | 31651 |
| 4835 | 12/5/2017 | Tuesday | CR7 | N768SK | XNA | MSP | 1.8333 | 12/5/2017 11:13 | 12/5/2017 13:03 | CA | 31651 |
| 4757 | 12/5/2017 | Tuesday | CR7 | N768SK | MSP | CLE | 2.05 | 12/5/2017 13:54 | 12/5/2017 16:57 | CA | 31651 |
| 4335 | 12/6/2017 | Wednesday | CR9 | N548CA | CLE | DTW | 0.8333 | 12/6/2017 5:54 | 12/6/2017 6:44 | CA | 31651 |
| 4701 | 12/6/2017 | Wednesday | CR9 | N548CA | DTW | DFW | 3.2166 | 12/6/2017 8:22 | 12/6/2017 10:35 | CA | 31651 |
| 4701 | 12/6/2017 | Wednesday | CR9 | N548CA | DFW | DTW | 2.3833 | 12/6/2017 11:22 | 12/6/2017 14:45 | CA | 31651 |
| 4686 | 12/11/2017 | Monday | CR9 | N820SK | DTW | DFW | 2.9833 | 12/11/2017 7:14 | 12/11/2017 9:13 | CA | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4831 | 12/11/2017 | Monday | CR9 | N820SK | DFW | MSP | 2.4333 | 12/11/2017 10:21 | 12/11/2017 12:47 | CA | 31651 |
| 4757 | 12/11/2017 | Monday | CR7 | N608SK | MSP | CLE | 2.0166 | 12/11/2017 15:23 | 12/11/2017 18:24 | CA | 31651 |
| 4335 | 12/12/2017 | Tuesday | CR9 | N689CA | CLE | CLE | 1.0166 | 12/12/2017 5:54 | 12/12/2017 6:55 | CA | 31651 |
| 4335 | 12/12/2017 | Tuesday | CR9 | N689CA | CLE | DTW | 1.6333 | 12/12/2017 8:50 | 12/12/2017 10:28 | CA | 31651 |
| 4307 | 12/12/2017 | Tuesday | CR9 | N689CA | DTW | CMH | 1.0833 | 12/12/2017 11:04 | 12/12/2017 12:09 | CA | 31651 |
| 4307 | 12/12/2017 | Tuesday | CR9 | N689CA | CMH | DTW | 1.5166 | 12/12/2017 12:24 | 12/12/2017 13:55 | CA | 31651 |
| 3568 | 12/13/2017 | Wednesday | CR9 | N689CA | BDL | CLE | 2.05 | 12/13/2017 6:54 | 12/13/2017 8:57 | CA | 31651 |
| 4908 | 12/13/2017 | Wednesday | CR9 | N689CA | CLE | MSP | 2.45 | 12/13/2017 9:26 | 12/13/2017 10:53 | CA | 31651 |
| 4820 | 12/13/2017 | Wednesday | CR7 | N641CA | MSP | YXE | 2.7333 | 12/13/2017 13:19 | 12/13/2017 16:03 | CA | 31651 |
| 4811 | 12/14/2017 | Thursday | CR9 | N899SK | YXE | MSP | 2.55 | 12/14/2017 5:58 | 12/14/2017 8:31 | CA | 31651 |
| 4440 | 12/14/2017 | Thursday | CR7 | N641CA | MSP | MSN | 1.3 | 12/14/2017 10:06 | 12/14/2017 11:24 | CA | 31651 |
| 4540 | 12/14/2017 | Thursday | CR7 | N641CA | MSN | DTW | 1.1833 | 12/14/2017 12:06 | 12/14/2017 14:17 | CA | 31651 |
| 4307 | 12/18/2017 | Monday | CR9 | N692CA | DTW | CMH | 1.1833 | 12/18/2017 8:20 | 12/18/2017 9:31 | CA | 31651 |
| 4307 | 12/18/2017 | Monday | CR9 | N692CA | CMH | DTW | 1.1833 | 12/18/2017 10:10 | 12/18/2017 11:21 | CA | 31651 |
| 3568 | 12/19/2017 | Tuesday | CR9 | N692CA | BDL | CLE | 2.0333 | 12/19/2017 6:47 | 12/19/2017 8:49 | CA | 31651 |
| 4908 | 12/19/2017 | Tuesday | CR9 | N692CA | CLE | MSP | 2.2833 | 12/19/2017 9:19 | 12/19/2017 10:36 | CA | 31651 |
| 4956 | 12/19/2017 | Tuesday | CR7 | N630SK | MSP | OKC | 2.3333 | 12/19/2017 11:34 | 12/19/2017 13:54 | CA | 31651 |
| 4921 | 12/20/2017 | Wednesday | CR7 | N633SK | OKC | DTW | 2.45 | 12/20/2017 5:41 | 12/20/2017 9:08 | CA | 31651 |
| 3560 | 12/20/2017 | Wednesday | CR7 | N633SK | DTW | DTW | 0.15 | 12/20/2017 9:55 | 12/20/2017 10:04 | CA | 31651 |
| 3560 | 12/20/2017 | Wednesday | CR7 | N633SK | DTW | MSN | 1.4 | 12/20/2017 10:48 | 12/20/2017 11:12 | CA | 31651 |
| 4299 | 12/20/2017 | Wednesday | CR7 | N633SK | MSN | MSP | 1.1166 | 12/20/2017 11:49 | 12/20/2017 12:56 | CA | 31651 |
| 4757 | 12/20/2017 | Wednesday | CR7 | N774SK | MSP | CLE | 2.6666 | 12/20/2017 14:06 | 12/20/2017 17:46 | CA | 31651 |
| 4651 | 12/21/2017 | Thursday | CR9 | N548CA | CLE | DTW | 1.0666 | 12/21/2017 6:41 | 12/21/2017 7:45 | CA | 31651 |
| 4495 | 12/21/2017 | Thursday | CR9 | N897SK | DTW | ORF | 1.75 | 12/21/2017 10:08 | 12/21/2017 11:53 | CA | 31651 |
| 4495 | 12/21/2017 | Thursday | CR9 | N897SK | ORF | DTW | 1.95 | 12/21/2017 12:40 | 12/21/2017 14:37 | CA | 31651 |
| 4440 | 12/26/2017 | Tuesday | CRJ | N779CA | DTW | AZO | 1.5 | 12/26/2017 8:25 | 12/26/2017 9:55 | CA | 31651 |
| 4440 | 12/26/2017 | Tuesday | CRJ | N779CA | AZO | DTW | 1.2166 | 12/26/2017 10:21 | 12/26/2017 11:34 | CA | 31651 |
| 4281 | 12/26/2017 | Tuesday | CRJ | N779CA | DTW | SWF | 1.4666 | 12/26/2017 12:33 | 12/26/2017 14:01 | CA | 31651 |
| 4281 | 12/26/2017 | Tuesday | CRJ | N779CA | SWF | DTW | 2.0666 | 12/26/2017 14:26 | 12/26/2017 16:30 | CA | 31651 |
| 4719 | 12/26/2017 | Tuesday | CRJ | N779CA | DTW | AZO | 0.9 | 12/26/2017 17:08 | 12/26/2017 18:02 | CA | 31651 |
| 4872 | 12/27/2017 | Wednesday | CRJ | N418SW | AZO | MSP | 2.3 | 12/27/2017 11:24 | 12/27/2017 12:42 | CA | 31651 |
| 4830 | 12/27/2017 | Wednesday | CRJ | N418SW | MSP | MOT | 1.9333 | 12/27/2017 13:14 | 12/27/2017 15:10 | CA | 31651 |
| 4830 | 12/27/2017 | Wednesday | CRJ | N418SW | MOT | ISN | 0.7833 | 12/27/2017 16:30 | 12/27/2017 17:17 | CA | 31651 |
| 4716 | 12/28/2017 | Thursday | CRJ | N936SW | ISN | MSP | 2.2666 | 12/28/2017 6:00 | 12/28/2017 8:16 | CA | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3552 | 12/28/2017 | Thursday | CRJ | N906SW | MSP | CID | 2.15 | 12/28/2017 10:01 | 12/28/2017 12:10 | CA | 31651 |
| 3534 | 12/28/2017 | Thursday | CRJ | N906SW | CID | DTW | 1.5833 | 12/28/2017 12:39 | 12/28/2017 15:14 | CA | 31651 |
| 4613 | 12/31/2017 | Sunday | CR9 | N813SK | DTW | ORD | 1.7333 | 12/31/2017 20:10 | 12/31/2017 20:54 | CA | 31651 |
| 4526 | 1/1/2018 | Monday | CR9 | N814SK | ORD | DTW | 1.2166 | 1/1/2018 9:16 | 1/1/2018 11:29 | CA | 31651 |
| 4763 | 1/1/2018 | Monday | CR9 | N814SK | DTW | BNA | 1.7666 | 1/1/2018 12:20 | 1/1/2018 13:06 | CA | 31651 |
| 4676 | 1/2/2018 | Tuesday | CR9 | N810SK | BNA | MSP | 2.5833 | 1/2/2018 7:59 | 1/2/2018 10:34 | CA | 31651 |
| 4580 | 1/2/2018 | Tuesday | CR9 | N810SK | MSP | BZN | 2.7833 | 1/2/2018 11:24 | 1/2/2018 13:11 | CA | 31651 |
| 4580 | 1/2/2018 | Tuesday | CR9 | N810SK | BZN | MSP | 2.4 | 1/2/2018 13:39 | 1/2/2018 17:03 | CA | 31651 |
| 4495 | 1/3/2018 | Wednesday | CR7 | N765SK | MSP | MDW | 1.7666 | 1/3/2018 7:16 | 1/3/2018 9:02 | CA | 31651 |
| 4990 | 1/7/2018 | Sunday | CR7 | N764SK | DTW | BUF | 1.5 | 1/7/2018 8:14 | 1/7/2018 9:44 | CA | 31651 |
| 4990 | 1/7/2018 | Sunday | CR7 | N764SK | BUF | DTW | 1.2333 | 1/7/2018 10:17 | 1/7/2018 11:31 | CA | 31651 |
| 4469 | 1/9/2018 | Tuesday | CR9 | N810SK | BNA | RDU | 1.65 | 1/9/2018 6:02 | 1/9/2018 8:41 | CA | 31651 |
| 4514 | 1/9/2018 | Tuesday | CR9 | N810SK | RDU | AUS | 3.0333 | 1/9/2018 9:21 | 1/9/2018 11:23 | CA | 31651 |
| 4598 | 1/10/2018 | Wednesday | CR9 | N817SK | AUS | DTW | 2.9 | 1/10/2018 12:20 | 1/10/2018 16:14 | CA | 31651 |
| 4612 | 1/10/2018 | Wednesday | CR9 | N817SK | DTW | PIT | 0.9333 | 1/10/2018 17:37 | 1/10/2018 18:33 | CA | 31651 |
| 4612 | 1/10/2018 | Wednesday | CR9 | N817SK | PIT | DTW | 1.1166 | 1/10/2018 19:29 | 1/10/2018 20:36 | CA | 31651 |
| 4547 | 1/14/2018 | Sunday | CR9 | N805SK | DTW | PIT | 1.4833 | 1/14/2018 8:36 | 1/14/2018 10:05 | CA | 31651 |
| 4617 | 1/14/2018 | Sunday | CR9 | N805SK | PIT | MSP | 2.2 | 1/14/2018 10:36 | 1/14/2018 11:48 | CA | 31651 |
| 4716 | 1/14/2018 | Sunday | CR7 | N611SK | MSP | ICT | 2.5333 | 1/14/2018 15:07 | 1/14/2018 17:39 | CA | 31651 |
| 4735 | 1/15/2018 | Monday | CR7 | N611SK | ICT | MSP | 2.3333 | 1/15/2018 6:04 | 1/15/2018 8:24 | CA | 31651 |
| 4631 | 1/15/2018 | Monday | CR9 | N679CA | MSP | RDU | 2.8166 | 1/15/2018 9:22 | 1/15/2018 13:11 | CA | 31651 |
| 4441 | 1/16/2018 | Tuesday | CR9 | N896SK | RDU | BNA | 2.3666 | 1/16/2018 6:52 | 1/16/2018 8:14 | CA | 31651 |
| 4469 | 1/17/2018 | Wednesday | CR9 | N162PQ | BNA | RDU | 2.5333 | 1/17/2018 5:53 | 1/17/2018 9:25 | CA | 31651 |
| 4514 | 1/17/2018 | Wednesday | CR9 | N162PQ | RDU | AUS | 4.6833 | 1/17/2018 10:02 | 1/17/2018 13:43 | CA | 31651 |
| 4614 | 1/21/2018 | Sunday | CR7 | N765SK | DTW | ORD | 1.3333 | 1/21/2018 12:28 | 1/21/2018 12:48 | CA | 31651 |
| 4591 | 1/21/2018 | Sunday | CR7 | N765SK | ORD | CVG | 1.5 | 1/21/2018 13:57 | 1/21/2018 16:27 | CA | 31651 |
| 4785 | 1/21/2018 | Sunday | CR9 | N816SK | CVG | BNA | 1.0166 | 1/21/2018 18:31 | 1/21/2018 18:32 | CA | 31651 |
| 4939 | 1/22/2018 | Monday | CR7 | N609SK | BNA | CVG | 1.0166 | 1/22/2018 14:46 | 1/22/2018 16:47 | CA | 31651 |
| 4215 | 1/22/2018 | Monday | CR7 | N609SK | CVG | ORD | 1.7833 | 1/22/2018 17:50 | 1/22/2018 18:37 | CA | 31651 |
| 4636 | 1/23/2018 | Tuesday | CR7 | N632SK | MSP | BNA | 2.3 | 1/23/2018 12:30 | 1/23/2018 14:48 | CA | 31651 |
| 4486 | 1/24/2018 | Wednesday | CR9 | N803SK | BNA | MSP | 2.3 | 1/24/2018 5:39 | 1/24/2018 7:57 | CA | 31651 |
| 4789 | 1/24/2018 | Wednesday | CR9 | N816SK | MSP | ORD | 1.8666 | 1/24/2018 10:20 | 1/24/2018 12:12 | CA | 31651 |
| 4331 | 1/24/2018 | Wednesday | CR9 | N816SK | ORD | DTW | 1.5666 | 1/24/2018 12:43 | 1/24/2018 15:17 | CA | 31651 |
| 4967 | 1/28/2018 | Sunday | CR9 | N812SK | DTW | BUF | 1.65 | 1/28/2018 15:35 | 1/28/2018 17:14 | CA | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4967 | 1/28/2018 | Sunday | CR9 | N812SK | BUF | DTW | 1.8 | 1/28/2018 17:39 | 1/28/2018 19:27 | CA | 31651 |
| 4470 | 1/28/2018 | Sunday | CR9 | N812SK | DTW | MKE | 1.5 | 1/28/2018 20:00 | 1/28/2018 20:30 | CA | 31651 |
| 4696 | 1/29/2018 | Monday | CR7 | N641CA | MSP | FAR | 1.1833 | 1/29/2018 15:34 | 1/29/2018 16:45 | CA | 31651 |
| 4797 | 1/29/2018 | Monday | CR7 | N641CA | FAR | MSP | 1.0666 | 1/29/2018 17:24 | 1/29/2018 18:28 | CA | 31651 |
| 4600 | 1/29/2018 | Monday | CR9 | N898SK | MSP | YYC | 3.2333 | 1/29/2018 19:49 | 1/29/2018 22:03 | CA | 31651 |
| 4810 | 1/30/2018 | Tuesday | CR7 | N625CA | MSP | YXE | 2.6166 | 1/30/2018 19:50 | 1/30/2018 22:27 | CA | 31651 |
| 4819 | 1/31/2018 | Wednesday | CR7 | N762SK | YXE | MSP | 2.1333 | 1/31/2018 15:55 | 1/31/2018 18:03 | CA | 31651 |
| 4629 | 2/4/2018 | Sunday | CR7 | N625CA | DTW | PVD | 1.8333 | 2/4/2018 12:51 | 2/4/2018 14:41 | CA | 31651 |
| 4623 | 2/4/2018 | Sunday | CR7 | N625CA | PVD | DTW | 2.5 | 2/4/2018 16:43 | 2/4/2018 19:13 | CA | 31651 |
| 3546 | 2/4/2018 | Sunday | CR7 | N625CA | DTW | OKC | 3.6333 | 2/4/2018 20:18 | 2/4/2018 22:56 | CA | 31651 |
| 4921 | 2/6/2018 | Tuesday | CR7 | N774SK | OKC | DTW | 2.3 | 2/6/2018 5:42 | 2/6/2018 9:00 | CA | 31651 |
| 4629 | 2/6/2018 | Tuesday | CR7 | N774SK | DTW | PVD | 2.05 | 2/6/2018 10:03 | 2/6/2018 12:06 | CA | 31651 |
| 4629 | 2/6/2018 | Tuesday | CR7 | N774SK | PVD | DTW | 2.2333 | 2/6/2018 12:32 | 2/6/2018 14:46 | CA | 31651 |
| 4837 | 2/12/2018 | Monday | CR9 | N161PQ | BIS | MSP | 1.85 | 2/12/2018 6:29 | 2/12/2018 8:20 | CA | 31651 |
| 4789 | 2/12/2018 | Monday | CR9 | N898SK | MSP | ORD | 1.5166 | 2/12/2018 10:20 | 2/12/2018 11:51 | CA | 31651 |
| 4331 | 2/12/2018 | Monday | CR9 | N898SK | ORD | DTW | 1.3166 | 2/12/2018 12:26 | 2/12/2018 14:45 | CA | 31651 |
| 4674 | 2/13/2018 | Tuesday | CR9 | N187PQ | CMH | MSP | 2.3666 | 2/13/2018 6:56 | 2/13/2018 8:18 | CA | 31651 |
| 4713 | 2/13/2018 | Tuesday | CR7 | N767SK | MSP | TUL | 2.1833 | 2/13/2018 9:17 | 2/13/2018 11:28 | CA | 31651 |
| 4613 | 2/14/2018 | Wednesday | CR7 | N774SK | TUL | DTW | 2.5333 | 2/14/2018 5:40 | 2/14/2018 9:12 | CA | 31651 |
| 4629 | 2/14/2018 | Wednesday | CR7 | N604SK | DTW | PVD | 1.8666 | 2/14/2018 10:07 | 2/14/2018 11:59 | CA | 31651 |
| 4629 | 2/14/2018 | Wednesday | CR7 | N604SK | PVD | DTW | 1.9166 | 2/14/2018 12:34 | 2/14/2018 14:29 | CA | 31651 |
| 4979 | 2/18/2018 | Sunday | CR7 | N772SK | DTW | MSN | 1.3833 | 2/18/2018 8:33 | 2/18/2018 8:56 | CA | 31651 |
| 4322 | 2/18/2018 | Sunday | CR7 | N772SK | MSN | MSP | 1.0833 | 2/18/2018 10:56 | 2/18/2018 12:01 | CA | 31651 |
| 3597 | 2/18/2018 | Sunday | CR9 | N693CA | MSP | BNA | 2.25 | 2/18/2018 15:10 | 2/18/2018 17:25 | CA | 31651 |
| 4686 | 2/19/2018 | Monday | CR9 | N814SK | BNA | RDU | 1.65 | 2/19/2018 5:59 | 2/19/2018 8:38 | CA | 31651 |
| 4514 | 2/19/2018 | Monday | CRJ | N8903A | RDU | AUS | 3.45 | 2/19/2018 11:08 | 2/19/2018 13:35 | CA | 31651 |
| 4514 | 2/19/2018 | Monday | CRJ | N8903A | AUS | RDU | 3 | 2/19/2018 14:42 | 2/19/2018 18:42 | CA | 31651 |
| 3540 | 2/21/2018 | Wednesday | CR9 | N817SK | BNA | DTW | 1.4666 | 2/21/2018 6:33 | 2/21/2018 9:01 | CA | 31651 |
| 4752 | 2/21/2018 | Wednesday | CR9 | N817SK | DTW | EWR | 1.55 | 2/21/2018 10:12 | 2/21/2018 11:45 | CA | 31651 |
| 4752 | 2/21/2018 | Wednesday | CR9 | N817SK | EWR | DTW | 2.0333 | 2/21/2018 12:48 | 2/21/2018 14:50 | CA | 31651 |
| 3553 | 2/25/2018 | Sunday | CRJ | N433SW | ORD | CVG | 1.2333 | 2/25/2018 17:42 | 2/25/2018 19:56 | CA | 31651 |
| 4630 | 2/25/2018 | Sunday | CRJ | N433SW | CVG | RDU | 1.65 | 2/25/2018 20:31 | 2/25/2018 22:10 | CA | 31651 |
| 4304 | 2/26/2018 | Monday | CRJ | N433SW | RDU | BWI | 1.2333 | 2/26/2018 14:29 | 2/26/2018 15:43 | CA | 31651 |
| 4304 | 2/26/2018 | Monday | CRJ | N433SW | BWI | RDU | 1.3666 | 2/26/2018 16:16 | 2/26/2018 17:38 | CA | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4652 | 2/26/2018 | Monday | CRJ | N433SW | RDU | CVG | 1.5833 | 2/26/2018 18:05 | 2/26/2018 19:40 | CA | 31651 |
| 4566 | 2/26/2018 | Monday | CRJ | N433SW | CVG | MKE | 1.3 | 2/26/2018 20:26 | 2/26/2018 20:44 | CA | 31651 |
| 4609 | 2/28/2018 | Wednesday | CRJ | N629BR | MKE | CVG | 1.2666 | 2/28/2018 6:16 | 2/28/2018 8:32 | CA | 31651 |
| 3599 | 2/28/2018 | Wednesday | CRJ | N629BR | CVG | CLT | 1.7333 | 2/28/2018 8:59 | 2/28/2018 10:43 | CA | 31651 |
| 3599 | 2/28/2018 | Wednesday | CRJ | N629BR | CLT | CVG | 1.5666 | 2/28/2018 11:00 | 2/28/2018 12:34 | CA | 31651 |
| 4591 | 2/28/2018 | Wednesday | CRJ | N629BR | CVG | ORD | 1.1666 | 2/28/2018 13:08 | 2/28/2018 13:18 | CA | 31651 |
| 3537 | 3/4/2018 | Sunday | CR9 | N170PQ | DTW | ORD | 1.3333 | 3/4/2018 9:50 | 3/4/2018 10:10 | CA | 31651 |
| 3537 | 3/4/2018 | Sunday | CR9 | N170PQ | ORD | DTW | 1.3 | 3/4/2018 10:53 | 3/4/2018 13:11 | CA | 31651 |
| 3595 | 3/5/2018 | Monday | CR9 | N825SK | ALB | MSP | 3.2666 | 3/5/2018 6:03 | 3/5/2018 8:19 | CA | 31651 |
| 4735 | 3/5/2018 | Monday | CR9 | N825SK | MSP | BNA | 2.5666 | 3/5/2018 9:06 | 3/5/2018 11:40 | CA | 31651 |
| 4486 | 3/6/2018 | Tuesday | CR9 | N554CA | BNA | MSP | 2.35 | 3/6/2018 5:40 | 3/6/2018 8:01 | CA | 31651 |
| 4570 | 3/6/2018 | Tuesday | CR7 | N764SK | MSP | TUL | 2.9333 | 3/6/2018 8:55 | 3/6/2018 11:51 | CA | 31651 |
| 4613 | 3/7/2018 | Wednesday | CR7 | N771SK | TUL | DTW | 2.3666 | 3/7/2018 5:56 | 3/7/2018 9:18 | CA | 31651 |
| 4600 | 3/7/2018 | Wednesday | CR7 | N771SK | DTW | PVD | 1.7666 | 3/7/2018 10:03 | 3/7/2018 11:49 | CA | 31651 |
| 4600 | 3/7/2018 | Wednesday | CR7 | N771SK | PVD | DTW | 1.9333 | 3/7/2018 12:29 | 3/7/2018 14:25 | CA | 31651 |
| 3540 | 3/19/2018 | Monday | CR7 | N606SK | DTW | OMA | 2.0166 | 3/19/2018 16:02 | 3/19/2018 17:03 | CA | 31651 |
| 3540 | 3/19/2018 | Monday | CR7 | N606SK | OMA | DTW | 1.85 | 3/19/2018 17:46 | 3/19/2018 20:37 | CA | 31651 |
| 3597 | 3/19/2018 | Monday | CR9 | N814SK | DTW | BNA | 1.7333 | 3/19/2018 21:55 | 3/19/2018 22:39 | CA | 31651 |
| 4442 | 3/20/2018 | Tuesday | CR9 | N809SK | BNA | RDU | 2.0833 | 3/20/2018 20:05 | 3/20/2018 23:10 | CA | 31651 |
| 4818 | 3/21/2018 | Wednesday | CR9 | N554CA | RDU | TPA | 1.9 | 3/21/2018 15:41 | 3/21/2018 17:35 | CA | 31651 |
| 4818 | 3/21/2018 | Wednesday | CR9 | N554CA | TPA | RDU | 1.7833 | 3/21/2018 18:14 | 3/21/2018 20:01 | CA | 31651 |
| 4740 | 3/21/2018 | Wednesday | CR9 | N554CA | RDU | BDL | 1.9 | 3/21/2018 20:30 | 3/21/2018 22:24 | CA | 31651 |
| 3540 | 3/22/2018 | Thursday | CR9 | N815SK | DTW | OMA | 2.15 | 3/22/2018 16:01 | 3/22/2018 17:10 | CA | 31651 |
| 3540 | 3/22/2018 | Thursday | CR9 | N815SK | OMA | DTW | 1.9666 | 3/22/2018 17:48 | 3/22/2018 20:46 | CA | 31651 |
| 4735 | 3/26/2018 | Monday | CR9 | N162PQ | MSP | BNA | 2.3833 | 3/26/2018 9:03 | 3/26/2018 11:26 | CA | 31651 |
| 4486 | 3/27/2018 | Tuesday | CR9 | N803SK | BNA | MSP | 2.25 | 3/27/2018 5:37 | 3/27/2018 7:52 | CA | 31651 |
| 4570 | 3/27/2018 | Tuesday | CR7 | N763SK | MSP | TUL | 2.4 | 3/27/2018 8:53 | 3/27/2018 11:17 | CA | 31651 |
| 4613 | 3/28/2018 | Wednesday | CR7 | N604SK | TUL | DTW | 2.1833 | 3/28/2018 5:54 | 3/28/2018 9:05 | CA | 31651 |
| 4600 | 3/28/2018 | Wednesday | CR7 | N604SK | DTW | PVD | 1.5833 | 3/28/2018 10:04 | 3/28/2018 11:39 | CA | 31651 |
| 4600 | 3/28/2018 | Wednesday | CR7 | N604SK | PVD | DTW | 2.4333 | 3/28/2018 12:29 | 3/28/2018 14:55 | CA | 31651 |
| 4315 | 4/8/2018 | Sunday | CR9 | N816SK | DTW | ORF | 1.5333 | 4/8/2018 10:39 | 4/8/2018 12:11 | CA | 31651 |
| 4315 | 4/8/2018 | Sunday | CR9 | N816SK | ORF | DTW | 2.0333 | 4/8/2018 12:39 | 4/8/2018 14:41 | CA | 31651 |
| 4570 | 4/9/2018 | Monday | CR9 | N800SK | BNA | RDU | 1.4333 | 4/9/2018 6:01 | 4/9/2018 8:27 | CA | 31651 |
| 3585 | 4/9/2018 | Monday | CR9 | N800SK | RDU | FLL | 2.2 | 4/9/2018 9:06 | 4/9/2018 11:18 | CA | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3585 | 4/9/2018 | Monday | CR9 | N800SK | FLL | RDU | 2.2 | 4/9/2018 11:57 | 4/9/2018 14:09 | CA | 31651 |
| 4441 | 4/10/2018 | Tuesday | CR9 | N806SK | RDU | BNA | 1.9166 | 4/10/2018 6:54 | 4/10/2018 7:49 | CA | 31651 |
| 4813 | 4/11/2018 | Wednesday | CR9 | N161PQ | BNA | DTW | 1.8666 | 4/11/2018 6:27 | 4/11/2018 9:19 | CA | 31651 |
| 4824 | 4/11/2018 | Wednesday | CR9 | N161PQ | DTW | EWR | 1.6166 | 4/11/2018 10:14 | 4/11/2018 11:51 | CA | 31651 |
| 4824 | 4/11/2018 | Wednesday | CR9 | N161PQ | EWR | DTW | 1.9666 | 4/11/2018 12:38 | 4/11/2018 14:36 | CA | 31651 |
| 4315 | 4/15/2018 | Sunday | CR9 | N809SK | DTW | ORF | 2.3 | 4/15/2018 10:15 | 4/15/2018 12:33 | CA | 31651 |
| 4315 | 4/15/2018 | Sunday | CR9 | N809SK | ORF | DTW | 1.8666 | 4/15/2018 13:12 | 4/15/2018 15:04 | CA | 31651 |
| 4570 | 4/16/2018 | Monday | CR9 | N804SK | BNA | RDU | 1.7 | 4/16/2018 8:32 | 4/16/2018 11:14 | CA | 31651 |
| 3585 | 4/16/2018 | Monday | CR9 | N804SK | RDU | FLL | 2.15 | 4/16/2018 11:55 | 4/16/2018 14:04 | CA | 31651 |
| 3585 | 4/16/2018 | Monday | CR9 | N804SK | FLL | RDU | 2.25 | 4/16/2018 14:50 | 4/16/2018 17:05 | CA | 31651 |
| 4441 | 4/17/2018 | Tuesday | CR9 | N809SK | RDU | BNA | 1.85 | 4/17/2018 6:55 | 4/17/2018 7:46 | CA | 31651 |
| 4813 | 4/18/2018 | Wednesday | CR9 | N554CA | BNA | DTW | 1.5333 | 4/18/2018 6:30 | 4/18/2018 9:02 | CA | 31651 |
| 4315 | 4/18/2018 | Wednesday | CR9 | N554CA | DTW | GSO | 1.5666 | 4/18/2018 10:06 | 4/18/2018 11:40 | CA | 31651 |
| 4315 | 4/18/2018 | Wednesday | CR9 | N554CA | GSO | DTW | 1.5333 | 4/18/2018 12:53 | 4/18/2018 14:25 | CA | 31651 |
| 4757 | 4/22/2018 | Sunday | CR7 | N772SK | DTW | PHL | 1.5833 | 4/22/2018 10:08 | 4/22/2018 11:43 | CA | 31651 |
| 4757 | 4/22/2018 | Sunday | CR7 | N772SK | PHL | DTW | 1.7333 | 4/22/2018 12:26 | 4/22/2018 14:10 | CA | 31651 |
| 4570 | 4/23/2018 | Monday | CR9 | N187PQ | BNA | RDU | 1.4666 | 4/23/2018 6:21 | 4/23/2018 8:49 | CA | 31651 |
| 3585 | 4/23/2018 | Monday | CR9 | N187PQ | RDU | FLL | 2.1666 | 4/23/2018 9:29 | 4/23/2018 11:39 | CA | 31651 |
| 3585 | 4/23/2018 | Monday | CR9 | N187PQ | FLL | RDU | 2.5833 | 4/23/2018 12:20 | 4/23/2018 14:55 | CA | 31651 |
| 4441 | 4/24/2018 | Tuesday | CR9 | N822SK | RDU | BNA | 2.4166 | 4/24/2018 7:00 | 4/24/2018 8:25 | CA | 31651 |
| 4813 | 4/25/2018 | Wednesday | CR9 | N692CA | BNA | DTW | 1.5833 | 4/25/2018 6:26 | 4/25/2018 9:01 | CA | 31651 |
| 4315 | 4/25/2018 | Wednesday | CR9 | N809SK | DTW | ORF | 1.6666 | 4/25/2018 13:14 | 4/25/2018 14:54 | CA | 31651 |
| 4315 | 4/25/2018 | Wednesday | CR9 | N809SK | ORF | DTW | 1.75 | 4/25/2018 15:23 | 4/25/2018 17:08 | CA | 31651 |
| 4778 | 4/30/2018 | Monday | CRJ | N8965E | DTW | SYR | 1.6166 | 4/30/2018 7:55 | 4/30/2018 9:32 | CA | 31651 |
| 4778 | 4/30/2018 | Monday | CRJ | N8965E | SYR | DTW | 1.4666 | 4/30/2018 9:55 | 4/30/2018 11:23 | CA | 31651 |
| 4200 | 4/30/2018 | Monday | CRJ | N8965E | DTW | LAN | 0.7833 | 4/30/2018 11:56 | 4/30/2018 12:43 | CA | 31651 |
| 4266 | 5/1/2018 | Tuesday | CRJ | N914EV | LAN | DTW | 0.85 | 5/1/2018 5:42 | 5/1/2018 6:33 | CA | 31651 |
| 4186 | 5/1/2018 | Tuesday | CRJ | N468CA | DTW | TVC | 1.05 | 5/1/2018 9:24 | 5/1/2018 10:27 | CA | 31651 |
| 4186 | 5/1/2018 | Tuesday | CRJ | N468CA | TVC | DTW | 0.9833 | 5/1/2018 10:48 | 5/1/2018 11:47 | CA | 31651 |
| 4735 | 5/1/2018 | Tuesday | CRJ | N468CA | DTW | MBS | 0.8666 | 5/1/2018 12:14 | 5/1/2018 13:06 | CA | 31651 |
| 4836 | 5/2/2018 | Wednesday | CRJ | N418SW | MBS | DTW | 0.8666 | 5/2/2018 8:03 | 5/2/2018 8:55 | CA | 31651 |
| 3564 | 5/2/2018 | Wednesday | CRJ | N418SW | DTW | GRB | 1.4 | 5/2/2018 9:59 | 5/2/2018 10:23 | CA | 31651 |
| 3564 | 5/2/2018 | Wednesday | CRJ | N418SW | GRB | DTW | 1.1833 | 5/2/2018 10:46 | 5/2/2018 12:57 | CA | 31651 |
| 4824 | 5/2/2018 | Wednesday | CRJ | N418SW | DTW | TYS | 1.7166 | 5/2/2018 14:10 | 5/2/2018 15:53 | CA | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4824 | 5/2/2018 | Wednesday | CRJ | N418SW | TYS | DTW | 1.8333 | 5/2/2018 17:02 | 5/2/2018 18:52 | CA | 31651 |
| 4282 | 5/21/2018 | Monday | CRJ | N448SW | DTW | SWF | 1.8666 | 5/21/2018 15:27 | 5/21/2018 17:19 | CA | 31651 |
| 4282 | 5/21/2018 | Monday | CRJ | N448SW | SWF | DTW | 2.0166 | 5/21/2018 17:41 | 5/21/2018 19:42 | CA | 31651 |
| 4265 | 5/21/2018 | Monday | CRJ | N448SW | DTW | LAN | 0.7833 | 5/21/2018 22:00 | 5/21/2018 22:47 | CA | 31651 |
| 7418 | 5/22/2018 | Tuesday | CRJ | N452SW | LAN | MSP | 1.6833 | 5/22/2018 13:14 | 5/22/2018 13:55 | CA | 31651 |
| 4627 | 5/22/2018 | Tuesday | CRJ | N919EV | MSP | MOT | 1.6833 | 5/22/2018 14:51 | 5/22/2018 16:32 | CA | 31651 |
| 4627 | 5/22/2018 | Tuesday | CRJ | N919EV | MOT | MSP | 1.4 | 5/22/2018 16:57 | 5/22/2018 18:21 | CA | 31651 |
| 7384 | 5/22/2018 | Tuesday | CRJ | N936EV | MSP | CIU | 1.3833 | 5/22/2018 21:27 | 5/22/2018 23:50 | CA | 31651 |
| 7409 | 5/23/2018 | Wednesday | CRJ | N8965E | CIU | DTW | 1.2666 | 5/23/2018 16:16 | 5/23/2018 17:32 | CA | 31651 |
| 4264 | 5/23/2018 | Wednesday | CRJ | N8965E | DTW | LAN | 0.7 | 5/23/2018 18:03 | 5/23/2018 18:45 | CA | 31651 |
| 4210 | 5/23/2018 | Wednesday | CRJ | N8965E | LAN | DTW | 1.0333 | 5/23/2018 19:10 | 5/23/2018 20:12 | CA | 31651 |
| 7401 | 5/23/2018 | Wednesday | CRJ | N443SW | DTW | BGM | 1.45 | 5/23/2018 21:53 | 5/23/2018 23:20 | CA | 31651 |
| 7435 | 5/24/2018 | Thursday | CRJ | N487CA | BGM | DTW | 1.3666 | 5/24/2018 12:36 | 5/24/2018 13:58 | CA | 31651 |
| 4575 | 5/27/2018 | Sunday | CR9 | N804SK | DTW | SAT | 3.1833 | 5/27/2018 20:09 | 5/27/2018 22:20 | CA | 31651 |
| 4574 | 5/28/2018 | Monday | CR9 | N817SK | SAT | DTW | 2.9666 | 5/28/2018 17:09 | 5/28/2018 21:07 | CA | 31651 |
| 4121 | 5/28/2018 | Monday | CR9 | N817SK | DTW | LEX | 1.4166 | 5/28/2018 21:59 | 5/28/2018 23:24 | CA | 31651 |
| 4179 | 5/29/2018 | Tuesday | CR9 | N820SK | DTW | CMH | 0.9 | 5/29/2018 17:25 | 5/29/2018 18:19 | CA | 31651 |
| 4179 | 5/29/2018 | Tuesday | CR9 | N820SK | CMH | DTW | 0.9166 | 5/29/2018 18:56 | 5/29/2018 19:51 | CA | 31651 |
| 4163 | 5/29/2018 | Tuesday | CR7 | N608SK | DTW | GRB | 1.1 | 5/29/2018 23:23 | 5/29/2018 23:29 | CA | 31651 |
| 4149 | 5/30/2018 | Wednesday | CR9 | N692CA | GRB | MSP | 1.1666 | 5/30/2018 11:38 | 5/30/2018 12:48 | CA | 31651 |
| 3593 | 5/30/2018 | Wednesday | CR9 | N692CA | MSP | SAT | 2.8833 | 5/30/2018 13:37 | 5/30/2018 16:30 | CA | 31651 |
| 4574 | 5/30/2018 | Wednesday | CR9 | N692CA | SAT | DTW | 3.2 | 5/30/2018 17:10 | 5/30/2018 21:22 | CA | 31651 |
| 4112 | 6/3/2018 | Sunday | CR7 | N633SK | DTW | PWM | 2.15 | 6/3/2018 9:58 | 6/3/2018 12:07 | CA | 31651 |
| 4112 | 6/3/2018 | Sunday | CR7 | N633SK | PWM | DTW | 2.1666 | 6/3/2018 12:47 | 6/3/2018 14:57 | CA | 31651 |
| 4441 | 6/3/2018 | Sunday | CR9 | N689CA | DTW | MKE | 1.45 | 6/3/2018 15:54 | 6/3/2018 16:21 | CA | 31651 |
| 4528 | 6/4/2018 | Monday | CR9 | N805SK | MKE | DTW | 1.2833 | 6/4/2018 5:30 | 6/4/2018 7:47 | CA | 31651 |
| 4706 | 6/4/2018 | Monday | CR9 | N805SK | DTW | SAT | 3.25 | 6/4/2018 8:35 | 6/4/2018 10:50 | CA | 31651 |
| 4591 | 6/5/2018 | Tuesday | CR9 | N548CA | SAT | DTW | 3.3166 | 6/5/2018 6:33 | 6/5/2018 10:52 | CA | 31651 |
| 4813 | 6/6/2018 | Wednesday | CR9 | N162PQ | BNA | DTW | 1.6166 | 6/6/2018 6:34 | 6/6/2018 9:11 | CA | 31651 |
| 4620 | 6/6/2018 | Wednesday | CR9 | N162PQ | DTW | ORF | 1.6333 | 6/6/2018 10:06 | 6/6/2018 11:44 | CA | 31651 |
| 4620 | 6/6/2018 | Wednesday | CR9 | N162PQ | ORF | DTW | 1.6666 | 6/6/2018 12:27 | 6/6/2018 14:07 | CA | 31651 |
| 4123 | 6/10/2018 | Sunday | CR9 | N820SK | MKE | BOS | 2.4166 | 6/10/2018 20:17 | 6/10/2018 23:42 | CA | 31651 |
| 3592 | 6/11/2018 | Monday | CR9 | N693CA | BOS | BNA | 2.85 | 6/11/2018 14:26 | 6/11/2018 16:17 | CA | 31651 |
| 4671 | 6/11/2018 | Monday | CR9 | N898SK | BNA | BOS | 2.6833 | 6/11/2018 17:29 | 6/11/2018 21:10 | CA | 31651 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4311 | 6/12/2018 | Tuesday | CR9 | N689CA | BOS | BNA | 2.8666 | 6/12/2018 8:30 | 6/12/2018 10:22 | CA | 31651 |
| 4705 | 6/12/2018 | Tuesday | CR9 | N689CA | BNA | BOS | 2.8 | 6/12/2018 11:09 | 6/12/2018 14:57 | CA | 31651 |
| 4706 | 6/13/2018 | Wednesday | CR9 | N161PQ | BOS | ORF | 1.7333 | 6/13/2018 6:16 | 6/13/2018 8:00 | CA | 31651 |
| 4614 | 6/13/2018 | Wednesday | CR9 | N161PQ | ORF | DTW | 1.7666 | 6/13/2018 8:34 | 6/13/2018 10:20 | CA | 31651 |
| 4155 | 6/13/2018 | Wednesday | CR9 | N161PQ | DTW | MSN | 1.4333 | 6/13/2018 12:00 | 6/13/2018 12:26 | CA | 31651 |
| 4155 | 6/13/2018 | Wednesday | CR9 | N161PQ | MSN | DTW | 1.2 | 6/13/2018 12:50 | 6/13/2018 15:02 | CA | 31651 |
| 4573 | 6/17/2018 | Sunday | CR9 | N897SK | BOS | MKE | 2.4833 | 6/17/2018 17:22 | 6/17/2018 18:51 | CA | 31651 |
| 4123 | 6/17/2018 | Sunday | CR9 | N897SK | MKE | BOS | 2.1166 | 6/17/2018 20:18 | 6/17/2018 23:25 | CA | 31651 |
| 3592 | 6/18/2018 | Monday | CR9 | N816SK | BOS | BNA | 2.9333 | 6/18/2018 14:27 | 6/18/2018 16:23 | CA | 31651 |
| 4671 | 6/18/2018 | Monday | CR9 | N816SK | BNA | BOS | 2.9666 | 6/18/2018 17:09 | 6/18/2018 21:07 | CA | 31651 |
| 4311 | 6/19/2018 | Tuesday | CR9 | N816SK | BOS | BNA | 2.8166 | 6/19/2018 8:26 | 6/19/2018 10:15 | CA | 31651 |
| 4705 | 6/19/2018 | Tuesday | CR9 | N816SK | BNA | BOS | 2.5166 | 6/19/2018 11:16 | 6/19/2018 14:47 | CA | 31651 |
| 4617 | 6/20/2018 | Wednesday | CR9 | N816SK | BOS | MKE | 2.7833 | 6/20/2018 6:04 | 6/20/2018 7:51 | CA | 31651 |
| 4702 | 6/20/2018 | Wednesday | CR9 | N816SK | MKE | BOS | 2.15 | 6/20/2018 8:29 | 6/20/2018 11:38 | CA | 31651 |
| 3592 | 6/24/2018 | Sunday | CR9 | N816SK | BOS | BNA | 3.75 | 6/24/2018 14:37 | 6/24/2018 17:22 | CA | 31651 |
| 4671 | 6/24/2018 | Sunday | CR9 | N816SK | BNA | BOS | 2.6166 | 6/24/2018 17:53 | 6/24/2018 21:30 | CA | 31651 |
| 4311 | 6/25/2018 | Monday | CR9 | N899SK | BOS | BNA | 2.9333 | 6/25/2018 8:33 | 6/25/2018 10:29 | CA | 31651 |
| 4670 | 6/26/2018 | Tuesday | CR9 | N820SK | BNA | MSP | 2.25 | 6/26/2018 6:17 | 6/26/2018 8:32 | CA | 31651 |
| 4515 | 6/26/2018 | Tuesday | CR9 | N820SK | MSP | OKC | 2 | 6/26/2018 9:06 | 6/26/2018 11:06 | CA | 31651 |
| 4459 | 6/27/2018 | Wednesday | CR9 | N170PQ | OKC | DTW | 2.5666 | 6/27/2018 5:58 | 6/27/2018 9:32 | CA | 31651 |
| 4155 | 6/27/2018 | Wednesday | CR9 | N170PQ | DTW | MSN | 1.25 | 6/27/2018 11:51 | 6/27/2018 12:06 | CA | 31651 |
| 4155 | 6/27/2018 | Wednesday | CR9 | N170PQ | MSN | DTW | 1.5166 | 6/27/2018 12:37 | 6/27/2018 15:08 | CA | 31651 |
| 4577 | 7/1/2018 | Sunday | CR9 | N548CA | MKE | BOS | 2.3666 | 7/1/2018 9:21 | 7/1/2018 12:43 | CA | 31651 |
| 4728 | 7/1/2018 | Sunday | CR9 | N548CA | BOS | PIT | 1.5166 | 7/1/2018 14:15 | 7/1/2018 15:46 | CA | 31651 |
| 3568 | 7/1/2018 | Sunday | CR9 | N548CA | PIT | BOS | 1.8 | 7/1/2018 16:22 | 7/1/2018 18:10 | CA | 31651 |
| 4180 | 7/2/2018 | Monday | CR9 | N692CA | BOS | JAX | 2.7166 | 7/2/2018 7:18 | 7/2/2018 10:01 | CA | 31651 |
| 4183 | 7/2/2018 | Monday | CR9 | N692CA | JAX | BOS | 2.4833 | 7/2/2018 16:25 | 7/2/2018 18:54 | CA | 31651 |
| 4311 | 7/3/2018 | Tuesday | CR9 | N820SK | BOS | BNA | 2.4166 | 7/3/2018 9:31 | 7/3/2018 10:56 | CA | 31651 |
| 4526 | 7/4/2018 | Wednesday | CR9 | N820SK | BNA | RDU | 1.5666 | 7/4/2018 5:55 | 7/4/2018 8:29 | CA | 31651 |
| 4151 | 7/16/2018 | Monday | CR9 | N679CA | DTW | CMH | 0.9166 | 7/16/2018 8:04 | 7/16/2018 8:59 | CA | 31651 |
| 4513 | 7/16/2018 | Monday | CR9 | N679CA | CMH | MSP | 1.8333 | 7/16/2018 9:37 | 7/16/2018 10:27 | CA | 31651 |
| 3794 | 7/17/2018 | Tuesday | CR7 | N763SK | GFK | MSP | 1.1 | 7/17/2018 5:00 | 7/17/2018 6:06 | CA | 31651 |
| 3600 | 7/17/2018 | Tuesday | CR9 | N804SK | MSP | OMA | 1.2666 | 7/17/2018 6:58 | 7/17/2018 8:14 | CA | 31651 |
| 3600 | 7/17/2018 | Tuesday | CR9 | N804SK | OMA | MSP | 1.15 | 7/17/2018 8:49 | 7/17/2018 9:58 | CA | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4935 | 7/17/2018 | Tuesday | CR7 | N630SK | MSP | MOT | 1.65 | 7/17/2018 11:19 | 7/17/2018 12:58 | CA | 31651 |
| 4823 | 7/18/2018 | Wednesday | CR9 | N815SK | MOT | MSP | 1.5166 | 7/18/2018 6:14 | 7/18/2018 7:45 | CA | 31651 |
| 3755 | 7/18/2018 | Wednesday | CR9 | N815SK | MSP | SAT | 2.8833 | 7/18/2018 9:03 | 7/18/2018 11:56 | CA | 31651 |
| 3774 | 7/18/2018 | Wednesday | CR9 | N815SK | SAT | DTW | 2.9166 | 7/18/2018 12:38 | 7/18/2018 16:33 | CA | 31651 |
| 5782 | 7/24/2018 | Tuesday | CRJ | N909SW | ORD | STL | 1.1833 | 7/24/2018 11:45 | 7/24/2018 12:56 | CA | 31651 |
| 5673 | 7/24/2018 | Tuesday | CRJ | N909SW | STL | DEN | 2.3833 | 7/24/2018 13:18 | 7/24/2018 14:41 | CA | 31651 |
| 5525 | 7/24/2018 | Tuesday | CRJ | N937EV | DEN | TUS | 2.5333 | 7/24/2018 17:51 | 7/24/2018 19:23 | CA | 31651 |
| 5923 | 7/25/2018 | Wednesday | CRJ | N937EV | TUS | DEN | 1.9666 | 7/25/2018 7:29 | 7/25/2018 10:27 | CA | 31651 |
| 5123 | 7/25/2018 | Wednesday | CRJ | N937EV | DEN | LBF | 0.9833 | 7/25/2018 11:16 | 7/25/2018 13:15 | CA | 31651 |
| 5171 | 7/25/2018 | Wednesday | CRJ | N937EV | LBF | DEN | 1.1333 | 7/25/2018 13:39 | 7/25/2018 13:47 | CA | 31651 |
| 5817 | 7/25/2018 | Wednesday | CRJ | N937EV | DEN | COS | 0.7666 | 7/25/2018 15:11 | 7/25/2018 15:57 | CA | 31651 |
| 5190 | 7/25/2018 | Wednesday | CRJ | N937EV | COS | ORD | 2.5166 | 7/25/2018 17:20 | 7/25/2018 20:51 | CA | 31651 |
| 3556 | 7/29/2018 | Sunday | CR9 | N692CA | DTW | MEM | 2.0166 | 7/29/2018 10:03 | 7/29/2018 11:04 | CA | 31651 |
| 3556 | 7/29/2018 | Sunday | CR9 | N692CA | MEM | DTW | 1.8166 | 7/29/2018 12:48 | 7/29/2018 15:37 | CA | 31651 |
| 3753 | 7/30/2018 | Monday | CR9 | N810SK | BDL | RDU | 1.9833 | 7/30/2018 6:28 | 7/30/2018 8:27 | CA | 31651 |
| 3533 | 7/31/2018 | Tuesday | CR9 | N548CA | RDU | AUS | 3.15 | 7/31/2018 10:51 | 7/31/2018 13:00 | CA | 31651 |
| 3533 | 7/31/2018 | Tuesday | CR9 | N548CA | AUS | RDU | 3.0666 | 7/31/2018 13:36 | 7/31/2018 17:40 | CA | 31651 |
| 3673 | 8/1/2018 | Wednesday | CR9 | N800SK | RDU | EWR | 1.7333 | 8/1/2018 17:34 | 8/1/2018 19:18 | CA | 31651 |
| 3612 | 8/1/2018 | Wednesday | CR9 | N800SK | EWR | DTW | 2.2166 | 8/1/2018 19:47 | 8/1/2018 22:00 | CA | 31651 |
| 3682 | 8/5/2018 | Sunday | CR9 | N162PQ | BNA | RDU | 1.6 | 8/5/2018 11:27 | 8/5/2018 14:03 | CA | 31651 |
| 3840 | 8/5/2018 | Sunday | CR9 | N162PQ | RDU | TPA | 2.8666 | 8/5/2018 15:55 | 8/5/2018 18:47 | CA | 31651 |
| 3522 | 8/6/2018 | Monday | CR9 | N810SK | TPA | RDU | 1.75 | 8/6/2018 6:40 | 8/6/2018 8:25 | CA | 31651 |
| 3533 | 8/6/2018 | Monday | CR9 | N810SK | RDU | AUS | 3.2666 | 8/6/2018 9:33 | 8/6/2018 11:49 | CA | 31651 |
| 3533 | 8/6/2018 | Monday | CR9 | N810SK | AUS | RDU | 3 | 8/6/2018 12:33 | 8/6/2018 16:33 | CA | 31651 |
| 3840 | 8/7/2018 | Tuesday | CR9 | N897SK | RDU | GNV | 2.05 | 8/7/2018 16:02 | 8/7/2018 18:05 | CA | 31651 |
| 3840 | 8/7/2018 | Tuesday | CR9 | N897SK | GNV | TPA | 0.8 | 8/7/2018 18:57 | 8/7/2018 19:45 | CA | 31651 |
| 3840 | 8/7/2018 | Tuesday | CR9 | N897SK | TPA | RDU | 1.85 | 8/7/2018 21:03 | 8/7/2018 22:54 | CA | 31651 |
| 3836 | 8/7/2018 | Tuesday | CR9 | N897SK | RDU | BDL | 2.2833 | 8/7/2018 23:32 | 8/8/2018 1:49 | CA | 31651 |
| 3584 | 8/13/2018 | Monday | CR9 | N816SK | DTW | MSN | 1.2 | 8/13/2018 8:25 | 8/13/2018 8:37 | CA | 31651 |
| 3602 | 8/13/2018 | Monday | CR9 | N816SK | MSN | MSP | 1.3 | 8/13/2018 9:15 | 8/13/2018 10:33 | CA | 31651 |
| 3572 | 8/13/2018 | Monday | CR7 | N768SK | MSP | CLE | 1.9 | 8/13/2018 12:40 | 8/13/2018 15:34 | CA | 31651 |
| 3565 | 8/13/2018 | Monday | CR7 | N768SK | CLE | DTW | 0.8166 | 8/13/2018 16:13 | 8/13/2018 17:02 | CA | 31651 |
| 4703 | 8/13/2018 | Monday | CR7 | N768SK | DTW | LEX | 1.1666 | 8/13/2018 17:46 | 8/13/2018 18:56 | CA | 31651 |
| 3691 | 8/14/2018 | Tuesday | CR7 | N771SK | LEX | MSP | 2.4166 | 8/14/2018 6:39 | 8/14/2018 8:04 | CA | 31651 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4172 | 8/14/2018 | Tuesday | CR7 | N771SK | MSP | OMA | 1.3833 | 8/14/2018 8:56 | 8/14/2018 10:19 | CA | 31651 |
| 4852 | 8/14/2018 | Tuesday | CR7 | N771SK | OMA | MSP | 1.2833 | 8/14/2018 10:56 | 8/14/2018 12:13 | CA | 31651 |
| 3675 | 8/14/2018 | Tuesday | CR9 | N187PQ | MSP | BIS | 1.5333 | 8/14/2018 13:14 | 8/14/2018 14:46 | CA | 31651 |
| 3581 | 8/15/2018 | Wednesday | CR9 | N824SK | BIS | MSP | 1.4166 | 8/15/2018 6:11 | 8/15/2018 7:36 | CA | 31651 |
| 3693 | 8/15/2018 | Wednesday | CR9 | N824SK | MSP | SAT | 2.7166 | 8/15/2018 9:05 | 8/15/2018 11:48 | CA | 31651 |
| 4844 | 8/15/2018 | Wednesday | CR9 | N824SK | SAT | DTW | 3.15 | 8/15/2018 12:46 | 8/15/2018 16:55 | CA | 31651 |

# Michael Wahlen All Day Work History

| Flight | FlightDate | DayOfWeek | ACType | Tail | Origin | Dest | FlightHours | DepartureLocal | ArrivalLocal | Position | EmpNo |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4712 | 5/22/2017 | Monday | CR7 | N609SK | SLC | RNO | 1.5 | 5/22/2017 8:37 | 5/22/2017 9:07 | FO | 55602 |
| 4712 | 5/22/2017 | Monday | CR7 | N609SK | RNO | SLC | 1.55 | 5/22/2017 10:27 | 5/22/2017 13:00 | FO | 55602 |
| 4657 | 5/22/2017 | Monday | CR7 | N613SK | SLC | OMA | 2.2666 | 5/22/2017 14:13 | 5/22/2017 17:29 | FO | 55602 |
| 4490 | 5/23/2017 | Tuesday | CR9 | N548CA | OMA | DTW | 2 | 5/23/2017 5:50 | 5/23/2017 8:50 | FO | 55602 |
| 4914 | 5/23/2017 | Tuesday | CR9 | N804SK | DTW | IND | 1.0333 | 5/23/2017 10:04 | 5/23/2017 11:06 | FO | 55602 |
| 4914 | 5/23/2017 | Tuesday | CR9 | N804SK | IND | DTW | 1.05 | 5/23/2017 11:47 | 5/23/2017 12:50 | FO | 55602 |
| 4535 | 5/24/2017 | Wednesday | CR9 | N898SK | DTW | BUF | 1.05 | 5/24/2017 7:27 | 5/24/2017 8:30 | FO | 55602 |
| 4535 | 5/24/2017 | Wednesday | CR9 | N898SK | BUF | DTW | 1.2 | 5/24/2017 10:10 | 5/24/2017 11:22 | FO | 55602 |
| 4631 | 5/24/2017 | Wednesday | CR9 | N898SK | DTW | OMA | 1.95 | 5/24/2017 12:11 | 5/24/2017 13:08 | FO | 55602 |
| 4957 | 5/25/2017 | Thursday | CR7 | N772SK | OMA | SLC | 2.6 | 5/25/2017 5:52 | 5/25/2017 7:28 | FO | 55602 |
| 4644 | 5/25/2017 | Thursday | CR7 | N765SK | SLC | LGB | 2.05 | 5/25/2017 8:27 | 5/25/2017 9:30 | FO | 55602 |
| 4644 | 5/25/2017 | Thursday | CR7 | N765SK | LGB | SLC | 1.7166 | 5/25/2017 10:05 | 5/25/2017 12:48 | FO | 55602 |
| 4788 | 5/29/2017 | Monday | CR7 | N604SK | SEA | YYJ | 0.9 | 5/29/2017 14:59 | 5/29/2017 15:53 | FO | 55602 |
| 4851 | 5/29/2017 | Monday | CR7 | N604SK | YYJ | SEA | 0.6833 | 5/29/2017 16:33 | 5/29/2017 17:14 | FO | 55602 |
| 4824 | 5/29/2017 | Monday | CR7 | N604SK | SEA | YYC | 1.5833 | 5/29/2017 18:54 | 5/29/2017 21:29 | FO | 55602 |
| 4803 | 5/30/2017 | Tuesday | CR7 | N609SK | YYC | SEA | 1.65 | 5/30/2017 16:48 | 5/30/2017 17:27 | FO | 55602 |
| 4637 | 5/30/2017 | Tuesday | CR7 | N609SK | SEA | PDX | 0.8333 | 5/30/2017 19:01 | 5/30/2017 19:51 | FO | 55602 |
| 4637 | 5/30/2017 | Tuesday | CR7 | N609SK | PDX | SEA | 0.8 | 5/30/2017 20:25 | 5/30/2017 21:13 | FO | 55602 |
| 4614 | 5/30/2017 | Tuesday | CR7 | N609SK | SEA | PSC | 0.9166 | 5/30/2017 22:47 | 5/30/2017 23:42 | FO | 55602 |
| 4642 | 5/31/2017 | Wednesday | CR7 | N773SK | PSC | SEA | 0.8833 | 5/31/2017 13:04 | 5/31/2017 13:57 | FO | 55602 |
| 4464 | 5/31/2017 | Wednesday | CR7 | N773SK | SEA | GEG | 1.1166 | 5/31/2017 15:08 | 5/31/2017 16:15 | FO | 55602 |
| 4464 | 5/31/2017 | Wednesday | CR7 | N773SK | GEG | SEA | 1.0166 | 5/31/2017 16:43 | 5/31/2017 17:44 | FO | 55602 |
| 7432 | 6/5/2017 | Monday | CRJ | N913EV | SLC | TWF | 0.7666 | 6/5/2017 10:56 | 6/5/2017 11:42 | FO | 55602 |
| 7432 | 6/5/2017 | Monday | CRJ | N913EV | TWF | SLC | 0.8166 | 6/5/2017 12:15 | 6/5/2017 13:04 | FO | 55602 |
| 4607 | 6/5/2017 | Monday | CRJ | N913EV | SLC | RAP | 1.5833 | 6/5/2017 13:54 | 6/5/2017 15:29 | FO | 55602 |
| 4706 | 6/5/2017 | Monday | CRJ | N913EV | RAP | MSP | 1.6166 | 6/5/2017 16:09 | 6/5/2017 18:46 | FO | 55602 |
| 4588 | 6/5/2017 | Monday | CRJ | N8982A | MSP | SBN | 1.4833 | 6/5/2017 19:56 | 6/5/2017 22:25 | FO | 55602 |
| 3550 | 6/6/2017 | Tuesday | CRJ | N455CA | SBN | MSP | 1.3333 | 6/6/2017 16:06 | 6/6/2017 16:26 | FO | 55602 |
| 4563 | 6/6/2017 | Tuesday | CRJ | N455CA | MSP | BIS | 1.3333 | 6/6/2017 17:37 | 6/6/2017 18:57 | FO | 55602 |
| 4563 | 6/6/2017 | Tuesday | CRJ | N455CA | BIS | MSP | 1.2 | 6/6/2017 19:37 | 6/6/2017 20:49 | FO | 55602 |
| 4857 | 6/6/2017 | Tuesday | CRJ | N455CA | MSP | RAP | 1.6333 | 6/6/2017 22:09 | 6/6/2017 22:47 | FO | 55602 |
| 4699 | 6/7/2017 | Wednesday | CRJ | N910EV | RAP | MSP | 1.45 | 6/7/2017 12:23 | 6/7/2017 14:50 | FO | 55602 |
| 4441 | 6/7/2017 | Wednesday | CRJ | N910EV | MSP | GFK | 1.1 | 6/7/2017 15:40 | 6/7/2017 16:46 | FO | 55602 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4441 | 6/7/2017 | Wednesday | CRJ | N910EV | GFK | MSP | 1.7666 | 6/7/2017 17:25 | 6/7/2017 19:11 | FO | | 55602 |
| 3541 | 6/7/2017 | Wednesday | CRJ | N910EV | MSP | MOT | 1.6 | 6/7/2017 20:06 | 6/7/2017 21:42 | FO | | 55602 |
| 4501 | 6/8/2017 | Thursday | CRJ | N487CA | MOT | MSP | 1.3666 | 6/8/2017 10:55 | 6/8/2017 12:17 | FO | | 55602 |
| 4808 | 6/8/2017 | Thursday | CRJ | N659BR | MSP | FAR | 0.9 | 6/8/2017 13:53 | 6/8/2017 14:47 | FO | | 55602 |
| 4808 | 6/8/2017 | Thursday | CRJ | N659BR | FAR | MSP | 1.0166 | 6/8/2017 15:08 | 6/8/2017 16:09 | FO | | 55602 |
| 4452 | 6/8/2017 | Thursday | CRJ | N913EV | MSP | RAP | 1.5833 | 6/8/2017 16:40 | 6/8/2017 17:15 | FO | | 55602 |
| 4549 | 6/8/2017 | Thursday | CRJ | N913EV | RAP | SLC | 1.5833 | 6/8/2017 17:46 | 6/8/2017 19:21 | FO | | 55602 |
| 4552 | 6/13/2017 | Tuesday | CR9 | N692CA | DTW | BNA | 1.65 | 6/13/2017 21:53 | 6/13/2017 22:32 | FO | | 55602 |
| 4998 | 6/14/2017 | Wednesday | CR9 | N816SK | BNA | DTW | 1.9 | 6/14/2017 16:04 | 6/14/2017 18:58 | FO | | 55602 |
| 4281 | 6/15/2017 | Thursday | CRJ | N494CA | DTW | SWF | 1.6 | 6/15/2017 12:00 | 6/15/2017 13:36 | FO | | 55602 |
| 4281 | 6/15/2017 | Thursday | CRJ | N494CA | SWF | DTW | 1.5166 | 6/15/2017 14:05 | 6/15/2017 15:36 | FO | | 55602 |
| 4287 | 6/15/2017 | Thursday | CRJ | N601XJ | DTW | ERI | 0.9166 | 6/15/2017 17:28 | 6/15/2017 18:23 | FO | | 55602 |
| 4287 | 6/15/2017 | Thursday | CRJ | N601XJ | ERI | DTW | 0.85 | 6/15/2017 18:49 | 6/15/2017 19:40 | FO | | 55602 |
| 4510 | 6/19/2017 | Monday | CR9 | N821SK | DTW | IAH | 2.95 | 6/19/2017 8:27 | 6/19/2017 10:24 | FO | | 55602 |
| 4748 | 6/19/2017 | Monday | CR9 | N821SK | IAH | SLC | 3.2 | 6/19/2017 11:01 | 6/19/2017 13:13 | FO | | 55602 |
| 4995 | 6/20/2017 | Tuesday | CRJ | N875AS | DTW | AVP | 1.4 | 6/20/2017 20:14 | 6/20/2017 21:38 | FO | | 55602 |
| 4595 | 6/21/2017 | Wednesday | CRJ | N875AS | AVP | DTW | 1.6333 | 6/21/2017 6:12 | 6/21/2017 7:50 | FO | | 55602 |
| 4995 | 6/21/2017 | Wednesday | CRJ | N685BR | DTW | AVP | 1.35 | 6/21/2017 20:18 | 6/21/2017 21:39 | FO | | 55602 |
| 4595 | 6/22/2017 | Thursday | CRJ | N685BR | AVP | DTW | 1.6833 | 6/22/2017 6:05 | 6/22/2017 7:46 | FO | | 55602 |
| 4288 | 6/22/2017 | Thursday | CRJ | N8932C | DTW | ERI | 1.4333 | 6/22/2017 20:47 | 6/22/2017 22:13 | FO | | 55602 |
| 4289 | 6/23/2017 | Friday | CRJ | N8932C | ERI | DTW | 1.1 | 6/23/2017 6:22 | 6/23/2017 7:28 | FO | | 55602 |
| 7435 | 6/26/2017 | Monday | CRJ | N8965E | DTW | BGM | 1.2833 | 6/26/2017 9:53 | 6/26/2017 11:10 | FO | | 55602 |
| 7435 | 6/26/2017 | Monday | CRJ | N8965E | BGM | DTW | 1.5166 | 6/26/2017 11:40 | 6/26/2017 13:11 | FO | | 55602 |
| 4708 | 6/26/2017 | Monday | CRJ | N601XJ | DTW | GSP | 1.7 | 6/26/2017 15:34 | 6/26/2017 17:16 | FO | | 55602 |
| 4704 | 6/27/2017 | Tuesday | CRJ | N8932C | GSP | DTW | 1.9166 | 6/27/2017 5:52 | 6/27/2017 7:47 | FO | | 55602 |
| 4634 | 6/27/2017 | Tuesday | CRJ | N433SW | DTW | ABE | 1.3333 | 6/27/2017 11:28 | 6/27/2017 12:48 | FO | | 55602 |
| 4963 | 6/28/2017 | Wednesday | CRJ | N496CA | ABE | DTW | 1.8166 | 6/28/2017 5:55 | 6/28/2017 7:44 | FO | | 55602 |
| 3538 | 6/28/2017 | Wednesday | CRJ | N496CA | DTW | MBS | 0.8833 | 6/28/2017 8:38 | 6/28/2017 9:31 | FO | | 55602 |
| 3538 | 6/28/2017 | Wednesday | CRJ | N496CA | MBS | DTW | 0.8166 | 6/28/2017 10:20 | 6/28/2017 11:09 | FO | | 55602 |
| 3557 | 6/28/2017 | Wednesday | CRJ | N496CA | DTW | CID | 1.7166 | 6/28/2017 12:05 | 6/28/2017 12:48 | FO | | 55602 |
| 4668 | 6/29/2017 | Thursday | CRJ | N487CA | CID | DTW | 1.5666 | 6/29/2017 6:11 | 6/29/2017 8:45 | FO | | 55602 |
| 7359 | 6/29/2017 | Thursday | CRJ | N487CA | DTW | ITH | 1.3 | 6/29/2017 11:53 | 6/29/2017 13:11 | FO | | 55602 |
| 7359 | 6/29/2017 | Thursday | CRJ | N487CA | ITH | DTW | 1.3666 | 6/29/2017 13:27 | 6/29/2017 14:49 | FO | | 55602 |
| 3560 | 6/29/2017 | Thursday | CRJ | N487CA | DTW | MSN | 1.2166 | 6/29/2017 15:26 | 6/29/2017 15:39 | FO | | 55602 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3560 | 6/29/2017 | Thursday | CRJ | N487CA | MSN | DTW | 1.1666 | 6/29/2017 16:00 | 6/29/2017 18:10 | FO | 55602 |
| 7387 | 7/2/2017 | Sunday | CRJ | N8932C | DTW | MQT | 1.5 | 7/2/2017 19:54 | 7/2/2017 21:24 | FO | 55602 |
| 7425 | 7/3/2017 | Monday | CRJ | N8933B | MQT | MSP | 1.2166 | 7/3/2017 16:13 | 7/3/2017 16:26 | FO | 55602 |
| 4750 | 7/3/2017 | Monday | CRJ | N8933B | MSP | FWA | 1.6333 | 7/3/2017 19:40 | 7/3/2017 22:18 | FO | 55602 |
| 3564 | 7/4/2017 | Tuesday | CRJ | N685BR | FWA | ATL | 1.7333 | 7/4/2017 11:21 | 7/4/2017 13:05 | FO | 55602 |
| 4990 | 7/4/2017 | Tuesday | CRJ | N685BR | ATL | CSG | 0.75 | 7/4/2017 13:37 | 7/4/2017 14:22 | FO | 55602 |
| 4990 | 7/4/2017 | Tuesday | CRJ | N685BR | CSG | ATL | 1.1166 | 7/4/2017 14:55 | 7/4/2017 16:02 | FO | 55602 |
| 4636 | 7/4/2017 | Tuesday | CRJ | N685BR | ATL | FWA | 1.5333 | 7/4/2017 18:49 | 7/4/2017 20:21 | FO | 55602 |
| 4827 | 7/5/2017 | Wednesday | CR9 | N162PQ | DTW | AVP | 1.25 | 7/5/2017 15:33 | 7/5/2017 16:48 | FO | 55602 |
| 4827 | 7/5/2017 | Wednesday | CR9 | N162PQ | AVP | DTW | 1.7166 | 7/5/2017 17:18 | 7/5/2017 19:01 | FO | 55602 |
| 4739 | 7/9/2017 | Sunday | CR9 | N800SK | DTW | CAK | 0.7666 | 7/9/2017 22:16 | 7/9/2017 23:02 | FO | 55602 |
| 4779 | 7/10/2017 | Monday | CR9 | N800SK | CAK | DTW | 0.8166 | 7/10/2017 5:30 | 7/10/2017 6:19 | FO | 55602 |
| 7401 | 7/10/2017 | Monday | CRJ | N459SW | DTW | BGM | 1.2166 | 7/10/2017 22:14 | 7/10/2017 23:27 | FO | 55602 |
| 7400 | 7/11/2017 | Tuesday | CRJ | N459SW | BGM | DTW | 1.3166 | 7/11/2017 6:07 | 7/11/2017 7:26 | FO | 55602 |
| 4497 | 7/11/2017 | Tuesday | CR7 | N630SK | DTW | MBS | 0.75 | 7/11/2017 22:11 | 7/11/2017 22:56 | FO | 55602 |
| 4922 | 7/12/2017 | Wednesday | CR7 | N630SK | MBS | DTW | 0.7166 | 7/12/2017 5:40 | 7/12/2017 6:23 | FO | 55602 |
| 7384 | 7/12/2017 | Wednesday | CRJ | N449SW | DTW | CIU | 1.45 | 7/12/2017 20:30 | 7/12/2017 21:57 | FO | 55602 |
| 7382 | 7/13/2017 | Thursday | CRJ | N449SW | CIU | DTW | 1.3666 | 7/13/2017 5:20 | 7/13/2017 6:42 | FO | 55602 |
| 7384 | 7/13/2017 | Thursday | CRJ | N452SW | DTW | CIU | 1.2333 | 7/13/2017 20:23 | 7/13/2017 21:37 | FO | 55602 |
| 7382 | 7/14/2017 | Friday | CRJ | N452SW | CIU | DTW | 1.0666 | 7/14/2017 5:24 | 7/14/2017 6:28 | FO | 55602 |
| 4582 | 7/16/2017 | Sunday | CRJ | N8884E | MSP | GRB | 1.05 | 7/16/2017 10:04 | 7/16/2017 11:07 | FO | 55602 |
| 4582 | 7/16/2017 | Sunday | CRJ | N8884E | GRB | MSP | 1.3 | 7/16/2017 11:49 | 7/16/2017 13:07 | FO | 55602 |
| 7439 | 7/16/2017 | Sunday | CRJ | N8982A | MSP | INL | 1.1833 | 7/16/2017 15:16 | 7/16/2017 16:27 | FO | 55602 |
| 7439 | 7/16/2017 | Sunday | CRJ | N8982A | INL | MSP | 0.9666 | 7/16/2017 17:09 | 7/16/2017 18:07 | FO | 55602 |
| 4806 | 7/17/2017 | Monday | CRJ | N487CA | DTW | SBN | 0.9166 | 7/17/2017 8:38 | 7/17/2017 9:33 | FO | 55602 |
| 4858 | 7/17/2017 | Monday | CRJ | N460SW | SBN | ATL | 1.8833 | 7/17/2017 12:53 | 7/17/2017 14:46 | FO | 55602 |
| 4597 | 7/17/2017 | Monday | CRJ | N460SW | ATL | AVL | 1 | 7/17/2017 15:27 | 7/17/2017 16:27 | FO | 55602 |
| 4597 | 7/17/2017 | Monday | CRJ | N460SW | AVL | ATL | 1.1166 | 7/17/2017 16:50 | 7/17/2017 17:57 | FO | 55602 |
| 4666 | 7/18/2017 | Tuesday | CRJ | N886AS | ATL | AVL | 0.85 | 7/18/2017 12:18 | 7/18/2017 13:09 | FO | 55602 |
| 4666 | 7/18/2017 | Tuesday | CRJ | N886AS | AVL | ATL | 1.1833 | 7/18/2017 13:41 | 7/18/2017 14:52 | FO | 55602 |
| 4887 | 7/18/2017 | Tuesday | CRJ | N463SW | ATL | FAY | 1.6666 | 7/18/2017 16:57 | 7/18/2017 18:37 | FO | 55602 |
| 4887 | 7/18/2017 | Tuesday | CRJ | N463SW | FAY | ATL | 1.6166 | 7/18/2017 19:27 | 7/18/2017 21:04 | FO | 55602 |
| 4489 | 7/18/2017 | Tuesday | CRJ | N463SW | ATL | ATL | 0.8333 | 7/18/2017 21:34 | 7/18/2017 22:24 | FO | 55602 |
| 4489 | 7/18/2017 | Tuesday | CRJ | N463SW | ATL | DHN | 1.2166 | 7/19/2017 12:07 | 7/19/2017 12:20 | FO | 55602 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3567 | 7/19/2017 | Wednesday | CRJ | N439SW | DHN | ATL | 1.0666 | 7/19/2017 14:22 | 7/19/2017 16:26 | FO | 55602 |
| 4887 | 7/19/2017 | Wednesday | CRJ | N439SW | ATL | FAY | 1.4 | 7/19/2017 17:01 | 7/19/2017 18:25 | FO | 55602 |
| 4887 | 7/19/2017 | Wednesday | CRJ | N439SW | FAY | ATL | 1.35 | 7/19/2017 18:58 | 7/19/2017 20:19 | FO | 55602 |
| 4505 | 7/19/2017 | Wednesday | CRJ | N868CA | ATL | FWA | 1.75 | 7/19/2017 21:19 | 7/19/2017 23:04 | FO | 55602 |
| 4704 | 7/20/2017 | Thursday | CRJ | N487CA | FWA | DTW | 0.8166 | 7/20/2017 14:03 | 7/20/2017 14:52 | FO | 55602 |
| 4827 | 7/20/2017 | Thursday | CRJ | N487CA | DTW | AVP | 1.45 | 7/20/2017 15:33 | 7/20/2017 17:00 | FO | 55602 |
| 4827 | 7/20/2017 | Thursday | CRJ | N487CA | AVP | DTW | 1.9 | 7/20/2017 17:30 | 7/20/2017 19:24 | FO | 55602 |
| 7384 | 7/23/2017 | Sunday | CRJ | N459SW | DTW | CIU | 1.4166 | 7/23/2017 20:23 | 7/23/2017 21:48 | FO | 55602 |
| 7382 | 7/24/2017 | Monday | CRJ | N459SW | CIU | DTW | 1.1666 | 7/24/2017 5:29 | 7/24/2017 6:39 | FO | 55602 |
| 7384 | 7/24/2017 | Monday | CRJ | N460SW | DTW | CIU | 1.0833 | 7/24/2017 20:21 | 7/24/2017 21:26 | FO | 55602 |
| 7382 | 7/25/2017 | Tuesday | CRJ | N460SW | CIU | DTW | 1.1166 | 7/25/2017 5:24 | 7/25/2017 6:31 | FO | 55602 |
| 4739 | 7/25/2017 | Tuesday | CR9 | N692CA | DTW | CAK | 1.1166 | 7/25/2017 22:18 | 7/25/2017 23:25 | FO | 55602 |
| 4779 | 7/26/2017 | Wednesday | CR9 | N692CA | CAK | DTW | 0.8666 | 7/26/2017 5:27 | 7/26/2017 6:19 | FO | 55602 |
| 7401 | 7/26/2017 | Wednesday | CRJ | N8965E | DTW | BGM | 1.2 | 7/26/2017 22:08 | 7/26/2017 23:20 | FO | 55602 |
| 7400 | 7/27/2017 | Thursday | CRJ | N8965E | BGM | DTW | 1.4333 | 7/27/2017 5:54 | 7/27/2017 7:20 | FO | 55602 |
| 4288 | 7/27/2017 | Thursday | CRJ | N418SW | DTW | ERI | 0.9 | 7/27/2017 20:31 | 7/27/2017 21:25 | FO | 55602 |
| 4289 | 7/28/2017 | Friday | CRJ | N418SW | ERI | DTW | 1.0666 | 7/28/2017 6:24 | 7/28/2017 7:28 | FO | 55602 |
| 4895 | 7/30/2017 | Sunday | CRJ | N457SW | DTW | MDT | 1.4833 | 7/30/2017 20:05 | 7/30/2017 21:34 | FO | 55602 |
| 4957 | 7/31/2017 | Monday | CRJ | N457SW | MDT | DTW | 1.5333 | 7/31/2017 5:53 | 7/31/2017 7:25 | FO | 55602 |
| 4288 | 7/31/2017 | Monday | CRJ | N602XJ | DTW | ERI | 1.0833 | 7/31/2017 20:16 | 7/31/2017 21:21 | FO | 55602 |
| 4289 | 8/1/2017 | Tuesday | CRJ | N602XJ | ERI | DTW | 0.8166 | 8/1/2017 6:23 | 8/1/2017 7:12 | FO | 55602 |
| 4977 | 8/1/2017 | Tuesday | CRJ | N449SW | DTW | HSV | 1.65 | 8/1/2017 20:45 | 8/1/2017 21:24 | FO | 55602 |
| 4795 | 8/2/2017 | Wednesday | CRJ | N449SW | HSV | DTW | 2.0166 | 8/2/2017 5:55 | 8/2/2017 8:56 | FO | 55602 |
| 4288 | 8/2/2017 | Wednesday | CRJ | N875AS | DTW | ERI | 0.9666 | 8/2/2017 20:21 | 8/2/2017 21:19 | FO | 55602 |
| 4289 | 8/3/2017 | Thursday | CRJ | N875AS | ERI | DTW | 1.3166 | 8/3/2017 6:34 | 8/3/2017 7:53 | FO | 55602 |
| 3538 | 8/3/2017 | Thursday | CRJ | N8933B | DTW | AVP | 1.5333 | 8/3/2017 20:24 | 8/3/2017 21:56 | FO | 55602 |
| 4955 | 8/4/2017 | Friday | CRJ | N8933B | AVP | DTW | 1.4833 | 8/4/2017 5:56 | 8/4/2017 7:25 | FO | 55602 |
| 7359 | 8/6/2017 | Sunday | CRJ | N418SW | DTW | ITH | 1.2166 | 8/6/2017 9:51 | 8/6/2017 11:04 | FO | 55602 |
| 7359 | 8/6/2017 | Sunday | CRJ | N418SW | ITH | DTW | 1.5666 | 8/6/2017 11:35 | 8/6/2017 13:09 | FO | 55602 |
| 3520 | 8/7/2017 | Monday | CRJ | N809CA | ABE | DTW | 1.7166 | 8/7/2017 5:55 | 8/7/2017 7:38 | FO | 55602 |
| 4598 | 8/7/2017 | Monday | CRJ | N809CA | DTW | IND | 1.55 | 8/7/2017 8:23 | 8/7/2017 9:56 | FO | 55602 |
| 4598 | 8/7/2017 | Monday | CRJ | N809CA | IND | DTW | 1.1333 | 8/7/2017 10:24 | 8/7/2017 11:32 | FO | 55602 |
| 4445 | 8/7/2017 | Monday | CRJ | N809CA | DTW | SBN | 0.8833 | 8/7/2017 12:16 | 8/7/2017 13:09 | FO | 55602 |
| 4842 | 8/8/2017 | Tuesday | CRJ | N685BR | SBN | ATL | 1.85 | 8/8/2017 5:57 | 8/8/2017 7:48 | FO | 55602 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3564 | 8/8/2017 | Tuesday | CRJ | N685BR | ATL | FWA | 1.6166 | 8/8/2017 8:56 | 8/8/2017 10:33 | FO | 55602 |
| 4504 | 8/9/2017 | Wednesday | CRJ | N779CA | FWA | MSP | 1.9666 | 8/9/2017 7:10 | 8/9/2017 8:08 | FO | 55602 |
| 4799 | 8/9/2017 | Wednesday | CRJ | N779CA | MSP | GFK | 1.1333 | 8/9/2017 9:06 | 8/9/2017 10:14 | FO | 55602 |
| 4799 | 8/9/2017 | Wednesday | CRJ | N779CA | GFK | MSP | 1.25 | 8/9/2017 10:43 | 8/9/2017 11:58 | FO | 55602 |
| 4896 | 8/9/2017 | Wednesday | CRJ | N779CA | MSP | CID | 1.1 | 8/9/2017 12:42 | 8/9/2017 13:48 | FO | 55602 |
| 4518 | 8/9/2017 | Wednesday | CRJ | N779CA | CID | DTW | 1.3833 | 8/9/2017 14:14 | 8/9/2017 16:37 | FO | 55602 |
| 3528 | 8/10/2017 | Thursday | CR9 | N554CA | DTW | ORD | 1.1833 | 8/10/2017 9:56 | 8/10/2017 10:07 | FO | 55602 |
| 3528 | 8/10/2017 | Thursday | CR9 | N554CA | ORD | DTW | 1.1166 | 8/10/2017 11:03 | 8/10/2017 13:10 | FO | 55602 |
| 3546 | 8/10/2017 | Thursday | CR9 | N805SK | DTW | OKC | 2.4666 | 8/10/2017 15:35 | 8/10/2017 17:03 | FO | 55602 |
| 3546 | 8/10/2017 | Thursday | CR9 | N805SK | OKC | DTW | 2.2333 | 8/10/2017 17:36 | 8/10/2017 20:50 | FO | 55602 |
| 4281 | 8/13/2017 | Sunday | CRJ | N659BR | DTW | SWF | 1.6 | 8/13/2017 14:09 | 8/13/2017 15:45 | FO | 55602 |
| 4281 | 8/13/2017 | Sunday | CRJ | N659BR | SWF | DTW | 1.75 | 8/13/2017 16:09 | 8/13/2017 17:54 | FO | 55602 |
| 4287 | 8/13/2017 | Sunday | CRJ | N659BR | DTW | ERI | 0.9833 | 8/13/2017 19:00 | 8/13/2017 19:59 | FO | 55602 |
| 4287 | 8/13/2017 | Sunday | CRJ | N659BR | ERI | DTW | 0.8833 | 8/13/2017 20:50 | 8/13/2017 21:43 | FO | 55602 |
| 3548 | 8/13/2017 | Sunday | CRJ | N659BR | DTW | CID | 1.5166 | 8/13/2017 22:13 | 8/13/2017 22:44 | FO | 55602 |
| 4518 | 8/14/2017 | Monday | CRJ | N443SW | CID | DTW | 1.6666 | 8/14/2017 14:15 | 8/14/2017 16:55 | FO | 55602 |
| 4519 | 8/14/2017 | Monday | CRJ | N443SW | DTW | SBN | 0.9833 | 8/14/2017 17:51 | 8/14/2017 18:50 | FO | 55602 |
| 4330 | 8/14/2017 | Monday | CRJ | N443SW | SBN | DTW | 0.95 | 8/14/2017 20:01 | 8/14/2017 20:58 | FO | 55602 |
| 4280 | 8/14/2017 | Monday | CRJ | N443SW | DTW | SCE | 1.3166 | 8/14/2017 22:10 | 8/14/2017 23:29 | FO | 55602 |
| 4277 | 8/15/2017 | Tuesday | CRJ | N8982A | SCE | DTW | 1.45 | 8/15/2017 13:28 | 8/15/2017 14:55 | FO | 55602 |
| 4821 | 8/15/2017 | Tuesday | CRJ | N8982A | DTW | SDF | 1.2666 | 8/15/2017 15:54 | 8/15/2017 17:10 | FO | 55602 |
| 4821 | 8/15/2017 | Tuesday | CRJ | N8982A | SDF | DTW | 1.35 | 8/15/2017 17:54 | 8/15/2017 19:15 | FO | 55602 |
| 4547 | 8/15/2017 | Tuesday | CRJ | N8982A | DTW | ABE | 1.4166 | 8/15/2017 20:21 | 8/15/2017 21:46 | FO | 55602 |
| 4578 | 8/16/2017 | Wednesday | CRJ | N8933B | ABE | DTW | 1.6666 | 8/16/2017 12:23 | 8/16/2017 14:03 | FO | 55602 |
| 4278 | 8/16/2017 | Wednesday | CRJ | N8933B | DTW | SCE | 1 | 8/16/2017 16:22 | 8/16/2017 17:22 | FO | 55602 |
| 4278 | 8/16/2017 | Wednesday | CRJ | N8933B | SCE | DTW | 1.3 | 8/16/2017 17:50 | 8/16/2017 19:08 | FO | 55602 |
| 4288 | 8/17/2017 | Thursday | CRJ | N8982A | DTW | ERI | 0.9833 | 8/17/2017 20:30 | 8/17/2017 21:29 | FO | 55602 |
| 4289 | 8/18/2017 | Friday | CRJ | N8982A | ERI | DTW | 1.0166 | 8/18/2017 6:15 | 8/18/2017 7:16 | FO | 55602 |
| 4488 | 8/20/2017 | Sunday | CRJ | N781CA | DTW | DAY | 0.9166 | 8/20/2017 12:50 | 8/20/2017 13:45 | FO | 55602 |
| 4488 | 8/20/2017 | Sunday | CRJ | N781CA | DAY | DTW | 0.8333 | 8/20/2017 14:17 | 8/20/2017 15:07 | FO | 55602 |
| 4896 | 8/20/2017 | Sunday | CRJ | N468CA | DTW | AZO | 0.8666 | 8/20/2017 16:29 | 8/20/2017 17:21 | FO | 55602 |
| 4896 | 8/20/2017 | Sunday | CRJ | N468CA | AZO | DTW | 0.9166 | 8/20/2017 17:49 | 8/20/2017 18:44 | FO | 55602 |
| 7408 | 8/20/2017 | Sunday | CRJ | N468CA | DTW | PLN | 1.0666 | 8/20/2017 20:23 | 8/20/2017 21:27 | FO | 55602 |
| 7408 | 8/20/2017 | Sunday | CRJ | N468CA | PLN | APN | 0.6333 | 8/20/2017 21:48 | 8/20/2017 22:26 | FO | 55602 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7368 | 8/21/2017 | Monday | CRJ | N447SW | DTW | ESC | 1.4166 | 8/21/2017 15:56 | 8/21/2017 17:21 | FO | | 55602 |
| 7368 | 8/21/2017 | Monday | CRJ | N447SW | ESC | DTW | 1.2166 | 8/21/2017 17:46 | 8/21/2017 18:59 | FO | | 55602 |
| 4877 | 8/21/2017 | Monday | CRJ | N675BR | DTW | GSO | 1.8166 | 8/21/2017 20:16 | 8/21/2017 22:05 | FO | | 55602 |
| 3548 | 8/22/2017 | Tuesday | CRJ | N629BR | GSO | DTW | 1.85 | 8/22/2017 12:53 | 8/22/2017 14:44 | FO | | 55602 |
| 7433 | 8/22/2017 | Tuesday | CRJ | N629BR | DTW | ITH | 1.2666 | 8/22/2017 15:32 | 8/22/2017 16:48 | FO | | 55602 |
| 7433 | 8/22/2017 | Tuesday | CRJ | N629BR | ITH | DTW | 1.4 | 8/22/2017 17:09 | 8/22/2017 18:33 | FO | | 55602 |
| 4525 | 8/23/2017 | Wednesday | CR7 | N766SK | DTW | MKE | 1.05 | 8/23/2017 21:48 | 8/23/2017 21:51 | FO | | 55602 |
| 4288 | 8/27/2017 | Sunday | CRJ | N8942A | DTW | ERI | 0.7666 | 8/27/2017 20:23 | 8/27/2017 21:09 | FO | | 55602 |
| 4289 | 8/28/2017 | Monday | CRJ | N8942A | ERI | DTW | 0.7333 | 8/28/2017 6:22 | 8/28/2017 7:06 | FO | | 55602 |
| 7408 | 8/28/2017 | Monday | CRJ | N446SW | DTW | PLN | 0.9 | 8/28/2017 20:09 | 8/28/2017 21:03 | FO | | 55602 |
| 7369 | 8/29/2017 | Tuesday | CRJ | N446SW | PLN | DTW | 1.05 | 8/29/2017 6:30 | 8/29/2017 7:33 | FO | | 55602 |
| 7384 | 8/29/2017 | Tuesday | CRJ | N449SW | DTW | CIU | 1.2 | 8/29/2017 20:00 | 8/29/2017 21:12 | FO | | 55602 |
| 7382 | 8/30/2017 | Wednesday | CRJ | N449SW | CIU | DTW | 0.9 | 8/30/2017 18:56 | 8/30/2017 19:50 | FO | | 55602 |
| 4833 | 8/31/2017 | Thursday | CRJ | N882AS | DTW | AVP | 1.4 | 8/31/2017 20:20 | 8/31/2017 21:44 | FO | | 55602 |
| 4827 | 9/1/2017 | Friday | CRJ | N882AS | AVP | DTW | 1.7166 | 9/1/2017 5:53 | 9/1/2017 7:36 | FO | | 55602 |
| 3543 | 9/3/2017 | Sunday | CRJ | N675BR | DTW | MBS | 0.7166 | 9/3/2017 19:47 | 9/3/2017 20:30 | FO | | 55602 |
| 4779 | 9/4/2017 | Monday | CRJ | N868AS | MBS | DTW | 0.8 | 9/4/2017 6:32 | 9/4/2017 7:20 | FO | | 55602 |
| 4288 | 9/4/2017 | Monday | CRJ | N917EV | DTW | PIT | 1.3166 | 9/4/2017 21:46 | 9/4/2017 23:05 | FO | | 55602 |
| 4288 | 9/4/2017 | Monday | CRJ | N917EV | PIT | ERI | 0.6833 | 9/5/2017 0:18 | 9/5/2017 0:59 | FO | | 55602 |
| 4289 | 9/5/2017 | Tuesday | CRJ | N917EV | ERI | DTW | 0.8666 | 9/5/2017 6:20 | 9/5/2017 7:12 | FO | | 55602 |
| 4288 | 9/5/2017 | Tuesday | CRJ | N438SW | DTW | ERI | 1.2333 | 9/5/2017 20:23 | 9/5/2017 21:37 | FO | | 55602 |
| 4289 | 9/6/2017 | Wednesday | CRJ | N438SW | ERI | DTW | 0.9166 | 9/6/2017 6:13 | 9/6/2017 7:08 | FO | | 55602 |
| 7384 | 9/6/2017 | Wednesday | CRJ | N781CA | DTW | CIU | 1.1333 | 9/6/2017 20:00 | 9/6/2017 21:08 | FO | | 55602 |
| 7382 | 9/7/2017 | Thursday | CRJ | N781CA | CIU | DTW | 0.9333 | 9/7/2017 6:24 | 9/7/2017 7:20 | FO | | 55602 |
| 7401 | 9/7/2017 | Thursday | CRJ | N885AS | DTW | BGM | 1.2666 | 9/7/2017 20:08 | 9/7/2017 21:24 | FO | | 55602 |
| 7400 | 9/8/2017 | Friday | CRJ | N885AS | BGM | DTW | 1.4333 | 9/8/2017 5:56 | 9/8/2017 7:22 | FO | | 55602 |
| 7384 | 9/10/2017 | Sunday | CRJ | N675BR | DTW | CIU | 1.1333 | 9/10/2017 19:57 | 9/10/2017 21:05 | FO | | 55602 |
| 7382 | 9/11/2017 | Monday | CRJ | N675BR | CIU | DTW | 1.0333 | 9/11/2017 5:18 | 9/11/2017 6:20 | FO | | 55602 |
| 4640 | 9/11/2017 | Monday | CR9 | N805SK | DTW | BNA | 1.4666 | 9/11/2017 21:51 | 9/11/2017 22:19 | FO | | 55602 |
| 4667 | 9/12/2017 | Tuesday | CR9 | N899SK | BNA | DTW | 1.5333 | 9/12/2017 6:31 | 9/12/2017 9:03 | FO | | 55602 |
| 7401 | 9/12/2017 | Tuesday | CRJ | N783CA | DTW | BGM | 1.35 | 9/12/2017 22:06 | 9/12/2017 23:27 | FO | | 55602 |
| 7400 | 9/13/2017 | Wednesday | CRJ | N783CA | BGM | DTW | 1.35 | 9/13/2017 5:58 | 9/13/2017 7:19 | FO | | 55602 |
| 7401 | 9/13/2017 | Wednesday | CRJ | N449SW | DTW | BGM | 1.3833 | 9/13/2017 22:04 | 9/13/2017 23:27 | FO | | 55602 |
| 7400 | 9/14/2017 | Thursday | CRJ | N449SW | BGM | DTW | 1.3666 | 9/14/2017 6:00 | 9/14/2017 7:22 | FO | | 55602 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4470 | 9/14/2017 | Thursday | CR9 | N161PQ | DTW | MKE | 1.1666 | 9/14/2017 20:05 | 9/14/2017 20:15 | FO | | 55602 |
| 4528 | 9/15/2017 | Friday | CR9 | N161PQ | MKE | DTW | 1.25 | 9/15/2017 5:27 | 9/15/2017 7:42 | FO | | 55602 |
| 4281 | 9/17/2017 | Sunday | CRJ | N438SW | DTW | SWF | 1.6333 | 9/17/2017 11:55 | 9/17/2017 13:33 | FO | | 55602 |
| 4281 | 9/17/2017 | Sunday | CRJ | N438SW | SWF | DTW | 1.5333 | 9/17/2017 13:57 | 9/17/2017 15:29 | FO | | 55602 |
| 4287 | 9/17/2017 | Sunday | CRJ | N438SW | DTW | ERI | 0.85 | 9/17/2017 16:21 | 9/17/2017 17:12 | FO | | 55602 |
| 4287 | 9/17/2017 | Sunday | CRJ | N438SW | ERI | DTW | 0.8666 | 9/17/2017 17:40 | 9/17/2017 18:32 | FO | | 55602 |
| 4733 | 9/17/2017 | Sunday | CRJ | N438SW | DTW | MLI | 1.5666 | 9/17/2017 20:20 | 9/17/2017 20:54 | FO | | 55602 |
| 4746 | 9/18/2017 | Monday | CRJ | N910EV | MLI | DTW | 1.5 | 9/18/2017 14:06 | 9/18/2017 16:36 | FO | | 55602 |
| 4282 | 9/18/2017 | Monday | CRJ | N910EV | DTW | SWF | 1.4333 | 9/18/2017 17:10 | 9/18/2017 18:36 | FO | | 55602 |
| 4282 | 9/18/2017 | Monday | CRJ | N910EV | SWF | DTW | 1.7666 | 9/18/2017 18:55 | 9/18/2017 20:41 | FO | | 55602 |
| 7387 | 9/18/2017 | Monday | CRJ | N910EV | DTW | MQT | 1.1666 | 9/18/2017 21:54 | 9/18/2017 23:04 | FO | | 55602 |
| 7406 | 9/19/2017 | Tuesday | CRJ | N907SW | MQT | DTW | 1.2166 | 9/19/2017 17:38 | 9/19/2017 18:51 | FO | | 55602 |
| 7408 | 9/19/2017 | Tuesday | CRJ | N907SW | DTW | PLN | 1.25 | 9/19/2017 20:06 | 9/19/2017 21:21 | FO | | 55602 |
| 7408 | 9/19/2017 | Tuesday | CRJ | N907SW | PLN | APN | 0.65 | 9/19/2017 21:46 | 9/19/2017 22:25 | FO | | 55602 |
| 7367 | 9/20/2017 | Wednesday | CRJ | N418SW | APN | DTW | 0.9333 | 9/20/2017 13:41 | 9/20/2017 14:37 | FO | | 55602 |
| 7406 | 9/20/2017 | Wednesday | CRJ | N418SW | DTW | MQT | 1.35 | 9/20/2017 15:51 | 9/20/2017 17:12 | FO | | 55602 |
| 7406 | 9/20/2017 | Wednesday | CRJ | N418SW | MQT | DTW | 1.0833 | 9/20/2017 17:39 | 9/20/2017 18:44 | FO | | 55602 |
| 4833 | 9/21/2017 | Thursday | CRJ | N919EV | DTW | AVP | 1.5 | 9/21/2017 20:35 | 9/21/2017 22:05 | FO | | 55602 |
| 4827 | 9/22/2017 | Friday | CRJ | N919EV | AVP | DTW | 1.45 | 9/22/2017 5:54 | 9/22/2017 7:21 | FO | | 55602 |
| 4277 | 10/15/2017 | Sunday | CRJ | N936EV | DTW | SCE | 1.2 | 10/15/2017 12:13 | 10/15/2017 13:25 | FO | | 55602 |
| 4277 | 10/15/2017 | Sunday | CRJ | N936EV | SCE | DTW | 1.9166 | 10/15/2017 13:59 | 10/15/2017 15:54 | FO | | 55602 |
| 4935 | 10/22/2017 | Sunday | CRJ | N914EV | ATL | CHO | 1.9333 | 10/22/2017 14:37 | 10/22/2017 16:33 | FO | | 55602 |
| 4935 | 10/22/2017 | Sunday | CRJ | N914EV | CHO | ATL | 1.5333 | 10/22/2017 16:55 | 10/22/2017 18:27 | FO | | 55602 |
| 4449 | 10/22/2017 | Sunday | CRJ | N889AS | ATL | GTR | 1.55 | 10/22/2017 19:46 | 10/22/2017 20:19 | FO | | 55602 |
| 4552 | 10/23/2017 | Monday | CRJ | N912EV | GTR | ATL | 1.2833 | 10/23/2017 10:12 | 10/23/2017 12:29 | FO | | 55602 |
| 3565 | 10/23/2017 | Monday | CRJ | N912EV | ATL | LFT | 1.95 | 10/23/2017 13:02 | 10/23/2017 13:59 | FO | | 55602 |
| 3565 | 10/23/2017 | Monday | CRJ | N912EV | LFT | ATL | 1.6333 | 10/23/2017 14:23 | 10/23/2017 17:01 | FO | | 55602 |
| 4705 | 10/23/2017 | Monday | CRJ | N453SW | ATL | SHV | 1.9166 | 10/23/2017 19:29 | 10/23/2017 20:24 | FO | | 55602 |
| 4561 | 10/24/2017 | Tuesday | CRJ | N8903A | SHV | ATL | 1.5833 | 10/24/2017 12:42 | 10/24/2017 15:17 | FO | | 55602 |
| 4963 | 10/24/2017 | Tuesday | CRJ | N8903A | ATL | LFT | 1.8833 | 10/24/2017 16:20 | 10/24/2017 17:13 | FO | | 55602 |
| 4963 | 10/24/2017 | Tuesday | CRJ | N8903A | LFT | ATL | 1.6666 | 10/24/2017 17:36 | 10/24/2017 20:16 | FO | | 55602 |
| 4674 | 10/24/2017 | Tuesday | CRJ | N8903A | ATL | MGM | 0.8666 | 10/24/2017 22:20 | 10/24/2017 22:12 | FO | | 55602 |
| 3524 | 10/25/2017 | Wednesday | CRJ | N936SW | ATL | SBN | 1.85 | 10/25/2017 14:08 | 10/25/2017 15:59 | FO | | 55602 |
| 3523 | 10/25/2017 | Wednesday | CRJ | N936SW | SBN | SBN | 0.7 | 10/25/2017 17:49 | 10/25/2017 18:31 | FO | | 55602 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3523 | 10/25/2017 | Wednesday | CRJ | N936SW | SBN | DTW | 1.1 | 10/25/2017 19:24 | 10/25/2017 20:30 | FO | 55602 |
| 4742 | 10/29/2017 | Sunday | CRJ | N779CA | DTW | AVP | 1.5333 | 10/29/2017 20:02 | 10/29/2017 21:34 | FO | 55602 |
| 4558 | 10/30/2017 | Monday | CRJ | N779CA | AVP | DTW | 1.55 | 10/30/2017 6:03 | 10/30/2017 7:36 | FO | 55602 |
| 4288 | 10/30/2017 | Monday | CRJ | N936EV | DTW | DTW | 0.0666 | 10/30/2017 20:01 | 10/30/2017 20:05 | FO | 55602 |
| 4288 | 10/30/2017 | Monday | CRJ | N936EV | DTW | ERI | 1.0166 | 10/30/2017 20:13 | 10/30/2017 21:14 | FO | 55602 |
| 4289 | 10/31/2017 | Tuesday | CRJ | N936EV | ERI | DTW | 1.0166 | 10/31/2017 6:29 | 10/31/2017 7:30 | FO | 55602 |
| 4712 | 10/31/2017 | Tuesday | CR7 | N771SK | DTW | IAD | 1.4166 | 10/31/2017 19:56 | 10/31/2017 21:21 | FO | 55602 |
| 4793 | 11/1/2017 | Wednesday | CR7 | N771SK | IAD | DTW | 1.3166 | 11/1/2017 5:55 | 11/1/2017 7:14 | FO | 55602 |
| 4742 | 11/1/2017 | Wednesday | CRJ | N912EV | DTW | AVP | 1.2 | 11/1/2017 20:50 | 11/1/2017 22:02 | FO | 55602 |
| 4558 | 11/2/2017 | Thursday | CRJ | N912EV | AVP | DTW | 1.65 | 11/2/2017 5:58 | 11/2/2017 7:37 | FO | 55602 |
| 7433 | 11/5/2017 | Sunday | CRJ | N437SW | DTW | ITH | 1.2666 | 11/5/2017 18:29 | 11/5/2017 19:45 | FO | 55602 |
| 7433 | 11/5/2017 | Sunday | CRJ | N437SW | ITH | DTW | 1.65 | 11/5/2017 20:10 | 11/5/2017 21:49 | FO | 55602 |
| 4939 | 11/5/2017 | Sunday | CRJ | N418SW | DTW | GSO | 1.55 | 11/5/2017 22:30 | 11/6/2017 0:03 | FO | 55602 |
| 4840 | 11/6/2017 | Monday | CRJ | N910EV | GSO | DTW | 1.65 | 11/6/2017 17:34 | 11/6/2017 19:13 | FO | 55602 |
| 4280 | 11/6/2017 | Monday | CRJ | N659BR | DTW | SCE | 1.0333 | 11/6/2017 21:58 | 11/6/2017 23:00 | FO | 55602 |
| 4277 | 11/7/2017 | Tuesday | CRJ | N449SW | SCE | DTW | 1.6333 | 11/7/2017 13:20 | 11/7/2017 14:58 | FO | 55602 |
| 4278 | 11/7/2017 | Tuesday | CRJ | N449SW | DTW | SCE | 1.1833 | 11/7/2017 15:47 | 11/7/2017 16:58 | FO | 55602 |
| 4278 | 11/7/2017 | Tuesday | CRJ | N449SW | SCE | DTW | 1.2333 | 11/7/2017 17:28 | 11/7/2017 18:42 | FO | 55602 |
| 4780 | 11/7/2017 | Tuesday | CRJ | N868AS | DTW | FWA | 0.9833 | 11/7/2017 19:53 | 11/7/2017 20:52 | FO | 55602 |
| 4674 | 11/8/2017 | Wednesday | CRJ | N427SW | DTW | CAK | 0.9166 | 11/8/2017 12:07 | 11/8/2017 13:02 | FO | 55602 |
| 4674 | 11/8/2017 | Wednesday | CRJ | N427SW | CAK | DTW | 0.8166 | 11/8/2017 13:34 | 11/8/2017 14:23 | FO | 55602 |
| 4980 | 11/8/2017 | Wednesday | CRJ | N427SW | DTW | AVP | 1.45 | 11/8/2017 15:32 | 11/8/2017 16:59 | FO | 55602 |
| 4980 | 11/8/2017 | Wednesday | CRJ | N427SW | AVP | DTW | 1.4666 | 11/8/2017 17:24 | 11/8/2017 18:52 | FO | 55602 |
| 3545 | 11/9/2017 | Thursday | CRJ | N468CA | DTW | TYS | 1.4833 | 11/9/2017 8:15 | 11/9/2017 9:44 | FO | 55602 |
| 3545 | 11/9/2017 | Thursday | CRJ | N468CA | TYS | DTW | 1.55 | 11/9/2017 10:19 | 11/9/2017 11:52 | FO | 55602 |
| 4662 | 11/9/2017 | Thursday | CRJ | N468CA | DTW | ATW | 1.35 | 11/9/2017 12:39 | 11/9/2017 13:00 | FO | 55602 |
| 4662 | 11/9/2017 | Thursday | CRJ | N468CA | ATW | DTW | 1 | 11/9/2017 13:20 | 11/9/2017 15:20 | FO | 55602 |
| 4985 | 11/9/2017 | Thursday | CRJ | N468CA | DTW | CMH | 0.9 | 11/9/2017 15:48 | 11/9/2017 16:42 | FO | 55602 |
| 4985 | 11/9/2017 | Thursday | CRJ | N468CA | CMH | DTW | 0.9666 | 11/9/2017 17:24 | 11/9/2017 18:22 | FO | 55602 |
| 4742 | 11/12/2017 | Sunday | CRJ | N873AS | ATL | MOB | 1.4333 | 11/12/2017 9:54 | 11/12/2017 10:20 | FO | 55602 |
| 4742 | 11/12/2017 | Sunday | CRJ | N873AS | MOB | ATL | 1.2666 | 11/12/2017 11:00 | 11/12/2017 13:16 | FO | 55602 |
| 4733 | 11/13/2017 | Monday | CRJ | N494CA | SHV | ATL | 1.7833 | 11/13/2017 7:21 | 11/13/2017 10:08 | FO | 55602 |
| 4984 | 11/13/2017 | Monday | CRJ | N494CA | ATL | MGM | 0.8 | 11/13/2017 10:49 | 11/13/2017 10:37 | FO | 55602 |
| 4928 | 11/14/2017 | Tuesday | CRJ | N494CA | MGM | ATL | 1.2333 | 11/14/2017 6:37 | 11/14/2017 8:51 | FO | 55602 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4844 | 11/14/2017 | Tuesday | CRJ | N454SW | ATL | BTR | 1.5833 | 11/14/2017 10:54 | 11/14/2017 11:29 | FO | | 55602 |
| 4844 | 11/14/2017 | Tuesday | CRJ | N454SW | BTR | ATL | 1.5833 | 11/14/2017 11:58 | 11/14/2017 14:33 | FO | | 55602 |
| 4945 | 11/14/2017 | Tuesday | CRJ | N454SW | ATL | GTR | 1.2833 | 11/14/2017 15:19 | 11/14/2017 15:36 | FO | | 55602 |
| 4927 | 11/15/2017 | Wednesday | CRJ | N494CA | GTR | ATL | 1 | 11/15/2017 6:12 | 11/15/2017 8:12 | FO | | 55602 |
| 4776 | 11/15/2017 | Wednesday | CRJ | N494CA | ATL | SBN | 1.8 | 11/15/2017 9:37 | 11/15/2017 11:25 | FO | | 55602 |
| 4445 | 11/15/2017 | Wednesday | CRJ | N921EV | SBN | DTW | 1.2166 | 11/15/2017 13:44 | 11/15/2017 14:57 | FO | | 55602 |
| 4975 | 11/16/2017 | Thursday | CRJ | N915EV | DTW | SYR | 1.3166 | 11/16/2017 7:39 | 11/16/2017 8:58 | FO | | 55602 |
| 4975 | 11/16/2017 | Thursday | CRJ | N915EV | SYR | DTW | 1.4166 | 11/16/2017 9:39 | 11/16/2017 11:04 | FO | | 55602 |
| 4680 | 11/19/2017 | Sunday | CRJ | N779CA | DTW | SYR | 1.5333 | 11/19/2017 12:08 | 11/19/2017 13:40 | FO | | 55602 |
| 4680 | 11/19/2017 | Sunday | CRJ | N779CA | SYR | DTW | 1.4333 | 11/19/2017 14:08 | 11/19/2017 15:34 | FO | | 55602 |
| 7368 | 11/19/2017 | Sunday | CRJ | N427SW | DTW | ESC | 1.4 | 11/19/2017 17:22 | 11/19/2017 18:46 | FO | | 55602 |
| 7368 | 11/19/2017 | Sunday | CRJ | N427SW | ESC | DTW | 1.3 | 11/19/2017 19:10 | 11/19/2017 20:28 | FO | | 55602 |
| 4875 | 11/20/2017 | Monday | CRJ | N447SW | DTW | DAY | 0.8666 | 11/20/2017 8:33 | 11/20/2017 9:25 | FO | | 55602 |
| 4875 | 11/20/2017 | Monday | CRJ | N447SW | DAY | DTW | 1.0166 | 11/20/2017 10:00 | 11/20/2017 11:01 | FO | | 55602 |
| 4704 | 11/20/2017 | Monday | CRJ | N447SW | DTW | FWA | 1.0833 | 11/20/2017 12:01 | 11/20/2017 13:06 | FO | | 55602 |
| 4626 | 11/21/2017 | Tuesday | CRJ | N920EV | FWA | ATL | 1.8666 | 11/21/2017 6:29 | 11/21/2017 8:21 | FO | | 55602 |
| 4791 | 11/21/2017 | Tuesday | CRJ | N920EV | ATL | LFT | 1.7166 | 11/21/2017 9:09 | 11/21/2017 9:52 | FO | | 55602 |
| 4791 | 11/21/2017 | Tuesday | CRJ | N920EV | LFT | ATL | 1.6666 | 11/21/2017 10:22 | 11/21/2017 13:02 | FO | | 55602 |
| 3520 | 11/22/2017 | Wednesday | CRJ | N783CA | AVL | ATL | 1.0666 | 11/22/2017 7:27 | 11/22/2017 8:31 | FO | | 55602 |
| 4742 | 11/22/2017 | Wednesday | CRJ | N783CA | ATL | MOB | 1.3 | 11/22/2017 9:58 | 11/22/2017 10:16 | FO | | 55602 |
| 4742 | 11/22/2017 | Wednesday | CRJ | N783CA | MOB | ATL | 1.2166 | 11/22/2017 11:00 | 11/22/2017 13:13 | FO | | 55602 |
| 4578 | 11/23/2017 | Thursday | CRJ | N868AS | SDF | DTW | 1.3 | 11/23/2017 9:53 | 11/23/2017 11:11 | FO | | 55602 |
| 4800 | 11/23/2017 | Thursday | CRJ | N868AS | DTW | AZO | 0.7166 | 11/23/2017 12:18 | 11/23/2017 13:01 | FO | | 55602 |
| 4800 | 11/23/2017 | Thursday | CRJ | N868AS | AZO | DTW | 0.75 | 11/23/2017 13:42 | 11/23/2017 14:27 | FO | | 55602 |
| 3554 | 11/26/2017 | Sunday | CRJ | N494CA | DTW | TYS | 1.5666 | 11/26/2017 12:56 | 11/26/2017 14:30 | FO | | 55602 |
| 3554 | 11/26/2017 | Sunday | CRJ | N494CA | TYS | DTW | 1.85 | 11/26/2017 14:58 | 11/26/2017 16:49 | FO | | 55602 |
| 4666 | 11/26/2017 | Sunday | CRJ | N494CA | DTW | LAN | 0.8333 | 11/26/2017 17:35 | 11/26/2017 18:25 | FO | | 55602 |
| 4666 | 11/26/2017 | Sunday | CRJ | N494CA | LAN | DTW | 0.7666 | 11/26/2017 19:19 | 11/26/2017 20:05 | FO | | 55602 |
| 4280 | 11/26/2017 | Sunday | CRJ | N914EV | DTW | SCE | 1.25 | 11/26/2017 21:58 | 11/26/2017 23:13 | FO | | 55602 |
| 4277 | 11/27/2017 | Monday | CRJ | N602XJ | SCE | DTW | 1.4666 | 11/27/2017 13:23 | 11/27/2017 14:51 | FO | | 55602 |
| 4985 | 11/27/2017 | Monday | CRJ | N602XJ | DTW | CMH | 1 | 11/27/2017 15:51 | 11/27/2017 16:51 | FO | | 55602 |
| 4985 | 11/27/2017 | Monday | CRJ | N602XJ | CMH | DTW | 1.1 | 11/27/2017 17:27 | 11/27/2017 18:33 | FO | | 55602 |
| 4780 | 11/27/2017 | Monday | CRJ | N602XJ | DTW | FWA | 1.0333 | 11/27/2017 19:50 | 11/27/2017 20:52 | FO | | 55602 |
| 4739 | 11/28/2017 | Tuesday | CRJ | N418SW | FWA | DTW | 0.8833 | 11/28/2017 10:12 | 11/28/2017 11:05 | FO | | 55602 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4697 | 11/28/2017 | Tuesday | CRJ | N418SW | DTW | LAN | 0.7333 | 11/28/2017 12:12 | 11/28/2017 12:56 | FO | | 55602 |
| 4697 | 11/28/2017 | Tuesday | CRJ | N418SW | LAN | DTW | 0.95 | 11/28/2017 13:29 | 11/28/2017 14:26 | FO | | 55602 |
| 7433 | 11/28/2017 | Tuesday | CRJ | N418SW | DTW | ITH | 1.35 | 11/28/2017 15:26 | 11/28/2017 16:47 | FO | | 55602 |
| 7433 | 11/28/2017 | Tuesday | CRJ | N418SW | ITH | DTW | 1.8666 | 11/28/2017 17:20 | 11/28/2017 19:12 | FO | | 55602 |
| 4513 | 11/29/2017 | Wednesday | CRJ | N659BR | DTW | SYR | 1.4 | 11/29/2017 7:23 | 11/29/2017 8:47 | FO | | 55602 |
| 4513 | 11/29/2017 | Wednesday | CRJ | N659BR | SYR | DTW | 2.0333 | 11/29/2017 9:25 | 11/29/2017 11:27 | FO | | 55602 |
| 4766 | 11/29/2017 | Wednesday | CRJ | N916EV | DTW | LEX | 1.2 | 11/29/2017 13:44 | 11/29/2017 14:56 | FO | | 55602 |
| 4766 | 11/29/2017 | Wednesday | CRJ | N916EV | LEX | DTW | 1.1333 | 11/29/2017 15:36 | 11/29/2017 16:44 | FO | | 55602 |
| 4915 | 11/30/2017 | Thursday | CRJ | N457SW | DTW | ORF | 1.7166 | 11/30/2017 8:31 | 11/30/2017 10:14 | FO | | 55602 |
| 4915 | 11/30/2017 | Thursday | CRJ | N457SW | ORF | DTW | 1.95 | 11/30/2017 10:52 | 11/30/2017 12:49 | FO | | 55602 |
| 4580 | 11/30/2017 | Thursday | CRJ | N8828D | DTW | TVC | 1.05 | 11/30/2017 16:04 | 11/30/2017 17:07 | FO | | 55602 |
| 4580 | 11/30/2017 | Thursday | CRJ | N8828D | TVC | DTW | 1.0166 | 11/30/2017 17:38 | 11/30/2017 18:39 | FO | | 55602 |
| 4739 | 12/3/2017 | Sunday | CRJ | N881AS | DTW | FWA | 0.9 | 12/3/2017 10:05 | 12/3/2017 10:59 | FO | | 55602 |
| 4626 | 12/4/2017 | Monday | CRJ | N8933B | FWA | ATL | 1.8333 | 12/4/2017 6:25 | 12/4/2017 8:15 | FO | | 55602 |
| 4618 | 12/4/2017 | Monday | CRJ | N8933B | ATL | ILM | 1.2833 | 12/4/2017 9:25 | 12/4/2017 10:42 | FO | | 55602 |
| 4618 | 12/4/2017 | Monday | CRJ | N8933B | ILM | ATL | 1.5333 | 12/4/2017 11:13 | 12/4/2017 12:45 | FO | | 55602 |
| 4985 | 12/4/2017 | Monday | CRJ | N8933B | ATL | MLU | 1.45 | 12/4/2017 13:43 | 12/4/2017 14:10 | FO | | 55602 |
| 4977 | 12/5/2017 | Tuesday | CRJ | N447SW | MLU | ATL | 1.6333 | 12/5/2017 5:55 | 12/5/2017 8:33 | FO | | 55602 |
| 4951 | 12/5/2017 | Tuesday | CRJ | N447SW | ATL | MLU | 1.8666 | 12/5/2017 10:26 | 12/5/2017 11:18 | FO | | 55602 |
| 4977 | 12/6/2017 | Wednesday | CRJ | N494CA | MLU | ATL | 1.55 | 12/6/2017 5:56 | 12/6/2017 8:29 | FO | | 55602 |
| 4543 | 12/6/2017 | Wednesday | CRJ | N494CA | ATL | SBN | 1.85 | 12/6/2017 9:36 | 12/6/2017 11:27 | FO | | 55602 |
| 4445 | 12/6/2017 | Wednesday | CRJ | N438SW | SBN | DTW | 1 | 12/6/2017 13:29 | 12/6/2017 14:29 | FO | | 55602 |
| 7435 | 12/10/2017 | Sunday | CRJ | N438SW | DTW | BGM | 1.3333 | 12/10/2017 11:17 | 12/10/2017 12:37 | FO | | 55602 |
| 7435 | 12/10/2017 | Sunday | CRJ | N438SW | BGM | DTW | 1.9333 | 12/10/2017 13:10 | 12/10/2017 15:06 | FO | | 55602 |
| 4325 | 12/10/2017 | Sunday | CRJ | N944SW | DTW | CAK | 1.4333 | 12/10/2017 16:40 | 12/10/2017 18:06 | FO | | 55602 |
| 4325 | 12/10/2017 | Sunday | CRJ | N944SW | CAK | DTW | 1 | 12/10/2017 18:25 | 12/10/2017 19:25 | FO | | 55602 |
| 4671 | 12/10/2017 | Sunday | CRJ | N881AS | DTW | FWA | 1.2333 | 12/10/2017 19:53 | 12/10/2017 21:07 | FO | | 55602 |
| 4631 | 12/11/2017 | Monday | CRJ | N433SW | FWA | ATL | 2.3333 | 12/11/2017 19:13 | 12/11/2017 21:33 | FO | | 55602 |
| 4986 | 12/11/2017 | Monday | CRJ | N433SW | ATL | MLU | 1.7 | 12/11/2017 22:01 | 12/11/2017 22:43 | FO | | 55602 |
| 4951 | 12/12/2017 | Tuesday | CRJ | N506CA | MLU | ATL | 1.5166 | 12/12/2017 11:50 | 12/12/2017 14:21 | FO | | 55602 |
| 3565 | 12/12/2017 | Tuesday | CRJ | N506CA | ATL | ILM | 1.2333 | 12/12/2017 16:34 | 12/12/2017 17:48 | FO | | 55602 |
| 3565 | 12/12/2017 | Tuesday | CRJ | N506CA | ILM | ATL | 1.65 | 12/12/2017 18:22 | 12/12/2017 20:01 | FO | | 55602 |
| 4505 | 12/12/2017 | Tuesday | CRJ | N506CA | ATL | FWA | 2.1833 | 12/12/2017 21:06 | 12/12/2017 23:17 | FO | | 55602 |
| 4739 | 12/13/2017 | Wednesday | CRJ | N935SW | FWA | FWA | 0.4333 | 12/13/2017 14:49 | 12/13/2017 15:15 | FO | | 55602 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4739 | 12/13/2017 | Wednesday | CRJ | N935SW | FWA | DTW | 1.5166 | 12/13/2017 22:34 | 12/14/2017 0:05 | FO | 55602 |
| 4937 | 12/14/2017 | Thursday | CR9 | N817SK | DTW | EWR | 1.9333 | 12/14/2017 12:42 | 12/14/2017 14:38 | FO | 55602 |
| 4937 | 12/14/2017 | Thursday | CR9 | N817SK | EWR | DTW | 2.3333 | 12/14/2017 15:18 | 12/14/2017 17:38 | FO | 55602 |
| 4611 | 12/14/2017 | Thursday | CR7 | N631SK | DTW | MKE | 1.3833 | 12/14/2017 20:56 | 12/14/2017 21:19 | FO | 55602 |
| 4611 | 12/14/2017 | Thursday | CR7 | N631SK | MKE | DTW | 1.05 | 12/14/2017 21:41 | 12/14/2017 23:44 | FO | 55602 |
| 3532 | 12/18/2017 | Monday | CRJ | N910EV | ATL | CRW | 1.3 | 12/18/2017 18:01 | 12/18/2017 19:19 | FO | 55602 |
| 3532 | 12/18/2017 | Monday | CRJ | N910EV | CRW | ATL | 1.4833 | 12/18/2017 19:49 | 12/18/2017 21:18 | FO | 55602 |
| 4865 | 12/19/2017 | Tuesday | CRJ | N433SW | ATL | CHA | 0.7166 | 12/19/2017 12:50 | 12/19/2017 13:33 | FO | 55602 |
| 4904 | 12/19/2017 | Tuesday | CRJ | N433SW | CHA | ATL | 0.7833 | 12/19/2017 14:02 | 12/19/2017 14:49 | FO | 55602 |
| 4836 | 12/19/2017 | Tuesday | CRJ | N433SW | ATL | AVL | 0.9166 | 12/19/2017 15:26 | 12/19/2017 16:21 | FO | 55602 |
| 4836 | 12/19/2017 | Tuesday | CRJ | N433SW | AVL | ATL | 1.3666 | 12/19/2017 16:53 | 12/19/2017 18:15 | FO | 55602 |
| 4782 | 12/19/2017 | Tuesday | CRJ | N433SW | ATL | DHN | 1.2 | 12/19/2017 18:49 | 12/19/2017 19:01 | FO | 55602 |
| 4782 | 12/19/2017 | Tuesday | CRJ | N433SW | DHN | ATL | 1.45 | 12/19/2017 19:22 | 12/19/2017 21:49 | FO | 55602 |
| 3554 | 12/19/2017 | Tuesday | CRJ | N433SW | ATL | DHN | 1.4666 | 12/19/2017 22:20 | 12/19/2017 22:48 | FO | 55602 |
| 4782 | 12/20/2017 | Wednesday | CRJ | N685BR | DHN | ATL | 1 | 12/20/2017 19:06 | 12/20/2017 21:06 | FO | 55602 |
| 4875 | 12/21/2017 | Thursday | CRJ | N455SW | DTW | MDW | 1.2166 | 12/21/2017 13:52 | 12/21/2017 14:05 | FO | 55602 |
| 4875 | 12/21/2017 | Thursday | CRJ | N455SW | MDW | DTW | 1.0833 | 12/21/2017 14:33 | 12/21/2017 16:38 | FO | 55602 |
| 4289 | 12/21/2017 | Thursday | CRJ | N437SW | DTW | ITH | 1.1166 | 12/21/2017 17:26 | 12/21/2017 18:33 | FO | 55602 |
| 4289 | 12/21/2017 | Thursday | CRJ | N437SW | ITH | DTW | 1.5833 | 12/21/2017 19:13 | 12/21/2017 20:48 | FO | 55602 |
| 4467 | 12/24/2017 | Sunday | CRJ | N460SW | DTW | MDW | 1.2166 | 12/24/2017 9:55 | 12/24/2017 10:08 | FO | 55602 |
| 4584 | 12/24/2017 | Sunday | CRJ | N460SW | MDW | DTW | 2.3333 | 12/24/2017 12:09 | 12/24/2017 15:29 | FO | 55602 |
| 3566 | 12/24/2017 | Sunday | CRJ | N460SW | DTW | ABE | 2.1833 | 12/24/2017 15:59 | 12/24/2017 18:10 | FO | 55602 |
| 3542 | 12/25/2017 | Monday | CRJ | N441SW | ATL | MGM | 0.7666 | 12/25/2017 10:23 | 12/25/2017 10:09 | FO | 55602 |
| 4880 | 12/26/2017 | Tuesday | CRJ | N912EV | MGM | ATL | 1.0833 | 12/26/2017 6:06 | 12/26/2017 8:11 | FO | 55602 |
| 4583 | 12/26/2017 | Tuesday | CRJ | N441SW | ATL | AVL | 0.8333 | 12/26/2017 9:03 | 12/26/2017 9:53 | FO | 55602 |
| 4583 | 12/26/2017 | Tuesday | CRJ | N441SW | AVL | ATL | 0.95 | 12/26/2017 10:35 | 12/26/2017 11:32 | FO | 55602 |
| 4500 | 12/26/2017 | Tuesday | CRJ | N441SW | ATL | MOB | 1.4166 | 12/26/2017 12:18 | 12/26/2017 12:43 | FO | 55602 |
| 4500 | 12/26/2017 | Tuesday | CRJ | N441SW | MOB | ATL | 1.4666 | 12/26/2017 13:09 | 12/26/2017 15:37 | FO | 55602 |
| 4876 | 12/27/2017 | Wednesday | CRJ | N921EV | EVV | DTW | 1.5166 | 12/27/2017 6:52 | 12/27/2017 9:23 | FO | 55602 |
| 7435 | 12/27/2017 | Wednesday | CRJ | N921EV | DTW | BGM | 1.5333 | 12/27/2017 10:25 | 12/27/2017 11:57 | FO | 55602 |
| 7435 | 12/27/2017 | Wednesday | CRJ | N921EV | BGM | DTW | 1.5333 | 12/27/2017 12:23 | 12/27/2017 13:55 | FO | 55602 |
| 4700 | 12/28/2017 | Thursday | CRJ | N437SW | DTW | GSO | 1.7 | 12/28/2017 10:15 | 12/28/2017 11:57 | FO | 55602 |
| 4700 | 12/28/2017 | Thursday | CRJ | N437SW | GSO | DTW | 1.8 | 12/28/2017 12:49 | 12/28/2017 14:37 | FO | 55602 |
| 4739 | 12/28/2017 | Thursday | CRJ | N437SW | DTW | LEX | 1.2333 | 12/28/2017 15:25 | 12/28/2017 16:39 | FO | 55602 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4739 | 12/28/2017 | Thursday | CRJ | N437SW | LEX | DTW | 1.2833 | 12/28/2017 17:11 | 12/28/2017 18:28 | FO | | 55602 |
| 4488 | 12/31/2017 | Sunday | CRJ | N923EV | DTW | GRB | 1.4166 | 12/31/2017 8:44 | 12/31/2017 9:09 | FO | | 55602 |
| 4704 | 12/31/2017 | Sunday | CRJ | N923EV | GRB | MSP | 1.45 | 12/31/2017 11:58 | 12/31/2017 13:25 | FO | | 55602 |
| 4646 | 12/31/2017 | Sunday | CRJ | N923EV | MSP | ICT | 1.9666 | 12/31/2017 14:49 | 12/31/2017 16:47 | FO | | 55602 |
| 4535 | 1/1/2018 | Monday | CRJ | N923EV | ICT | MSP | 1.8 | 1/1/2018 12:40 | 1/1/2018 14:28 | FO | | 55602 |
| 4689 | 1/1/2018 | Monday | CRJ | N923EV | MSP | DLH | 1.05 | 1/1/2018 15:28 | 1/1/2018 16:31 | FO | | 55602 |
| 4689 | 1/1/2018 | Monday | CRJ | N923EV | DLH | MSP | 0.9833 | 1/1/2018 17:00 | 1/1/2018 17:59 | FO | | 55602 |
| 7406 | 1/1/2018 | Monday | CRJ | N433SW | MSP | CIU | 2 | 1/1/2018 20:13 | 1/1/2018 23:13 | FO | | 55602 |
| 7409 | 1/2/2018 | Tuesday | CRJ | N460SW | CIU | DTW | 1.1833 | 1/2/2018 16:06 | 1/2/2018 17:17 | FO | | 55602 |
| 3542 | 1/2/2018 | Tuesday | CRJ | N460SW | DTW | LAN | 0.7 | 1/2/2018 17:48 | 1/2/2018 18:30 | FO | | 55602 |
| 3542 | 1/2/2018 | Tuesday | CRJ | N460SW | LAN | DTW | 0.9833 | 1/2/2018 19:15 | 1/2/2018 20:14 | FO | | 55602 |
| 4288 | 1/2/2018 | Tuesday | CRJ | N460SW | DTW | ITH | 1.2 | 1/2/2018 21:47 | 1/2/2018 22:59 | FO | | 55602 |
| 7359 | 1/3/2018 | Wednesday | CRJ | N463SW | ITH | DTW | 1.4333 | 1/3/2018 15:04 | 1/3/2018 16:30 | FO | | 55602 |
| 4859 | 1/4/2018 | Thursday | CRJ | N506CA | ABE | MSP | 3.1166 | 1/4/2018 12:11 | 1/4/2018 14:18 | FO | | 55602 |
| 4750 | 1/7/2018 | Sunday | CRJ | N910EV | DTW | SBN | 0.9 | 1/7/2018 15:21 | 1/7/2018 16:15 | FO | | 55602 |
| 4970 | 1/7/2018 | Sunday | CRJ | N910EV | SBN | ATL | 1.7333 | 1/7/2018 17:01 | 1/7/2018 18:45 | FO | | 55602 |
| 4951 | 1/7/2018 | Sunday | CRJ | N8968E | ATL | MLU | 1.5666 | 1/7/2018 21:26 | 1/7/2018 22:00 | FO | | 55602 |
| 3579 | 1/8/2018 | Monday | CRJ | N783CA | MLU | ATL | 1.55 | 1/8/2018 12:20 | 1/8/2018 14:53 | FO | | 55602 |
| 4324 | 1/8/2018 | Monday | CRJ | N8968E | ATL | AGS | 0.85 | 1/8/2018 17:31 | 1/8/2018 18:22 | FO | | 55602 |
| 4324 | 1/8/2018 | Monday | CRJ | N8968E | AGS | ATL | 1.2333 | 1/8/2018 18:45 | 1/8/2018 19:59 | FO | | 55602 |
| 3528 | 1/8/2018 | Monday | CRJ | N8968E | ATL | BTR | 1.65 | 1/8/2018 20:30 | 1/8/2018 21:09 | FO | | 55602 |
| 4694 | 1/9/2018 | Tuesday | CRJ | N8903A | BTR | ATL | 1.5666 | 1/9/2018 12:32 | 1/9/2018 15:06 | FO | | 55602 |
| 4977 | 1/9/2018 | Tuesday | CRJ | N460SW | ATL | GNV | 1.2 | 1/9/2018 15:49 | 1/9/2018 17:01 | FO | | 55602 |
| 4977 | 1/9/2018 | Tuesday | CRJ | N460SW | GNV | ATL | 1.4833 | 1/9/2018 17:24 | 1/9/2018 18:53 | FO | | 55602 |
| 4994 | 1/9/2018 | Tuesday | CRJ | N494CA | ATL | FWA | 1.7 | 1/9/2018 20:25 | 1/9/2018 22:07 | FO | | 55602 |
| 4265 | 1/10/2018 | Wednesday | CRJ | N809CA | FWA | DTW | 1.0833 | 1/10/2018 12:26 | 1/10/2018 13:31 | FO | | 55602 |
| 4328 | 1/10/2018 | Wednesday | CRJ | N809CA | DTW | CID | 1.5666 | 1/10/2018 17:52 | 1/10/2018 18:26 | FO | | 55602 |
| 4328 | 1/10/2018 | Wednesday | CRJ | N809CA | CID | DTW | 1.7 | 1/10/2018 18:44 | 1/10/2018 21:26 | FO | | 55602 |
| 4759 | 1/11/2018 | Thursday | CR7 | N764SK | DTW | TYS | 1.9 | 1/11/2018 10:26 | 1/11/2018 12:20 | FO | | 55602 |
| 4759 | 1/11/2018 | Thursday | CR7 | N764SK | TYS | DTW | 1.7666 | 1/11/2018 13:07 | 1/11/2018 14:53 | FO | | 55602 |
| 4288 | 1/11/2018 | Thursday | CRJ | N8982A | DTW | ERI | 0.8833 | 1/11/2018 16:41 | 1/11/2018 17:34 | FO | | 55602 |
| 4288 | 1/11/2018 | Thursday | CRJ | N8982A | ERI | DTW | 1.3 | 1/11/2018 18:05 | 1/11/2018 19:23 | FO | | 55602 |
| 4752 | 1/14/2018 | Sunday | CRJ | N873AS | DTW | SBN | 1.1166 | 1/14/2018 19:58 | 1/14/2018 21:05 | FO | | 55602 |
| 4970 | 1/15/2018 | Monday | CRJ | N463SW | SBN | ATL | 2.65 | 1/15/2018 18:41 | 1/15/2018 21:20 | FO | | 55602 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3589 | 1/15/2018 | Monday | CRJ | N463SW | ATL | MGM | 0.9 | 1/15/2018 23:47 | 1/15/2018 23:41 | FO | 55602 |
| 4784 | 1/16/2018 | Tuesday | CRJ | N457SW | MGM | ATL | 0.9333 | 1/16/2018 14:43 | 1/16/2018 16:39 | FO | 55602 |
| 4823 | 1/16/2018 | Tuesday | CRJ | N457SW | ATL | CHO | 1.2666 | 1/16/2018 17:22 | 1/16/2018 18:38 | FO | 55602 |
| 4823 | 1/16/2018 | Tuesday | CRJ | N457SW | CHO | ATL | 1.7666 | 1/16/2018 18:56 | 1/16/2018 20:42 | FO | 55602 |
| 3570 | 1/16/2018 | Tuesday | CRJ | N441SW | ATL | SBN | 3.3166 | 1/16/2018 21:26 | 1/17/2018 0:45 | FO | 55602 |
| 4654 | 1/17/2018 | Wednesday | CRJ | N885AS | SBN | DTW | 0.9666 | 1/17/2018 16:53 | 1/17/2018 17:51 | FO | 55602 |
| 4750 | 1/21/2018 | Sunday | CRJ | N702BR | DTW | DAY | 2.4166 | 1/21/2018 15:20 | 1/21/2018 17:45 | FO | 55602 |
| 7347 | 1/21/2018 | Sunday | CRJ | N702BR | DAY | ATL | 1.7 | 1/21/2018 20:27 | 1/21/2018 22:09 | FO | 55602 |
| 3574 | 1/21/2018 | Sunday | CRJ | N702BR | ATL | GTR | 1.0833 | 1/21/2018 22:35 | 1/21/2018 22:40 | FO | 55602 |
| 3607 | 1/22/2018 | Monday | CRJ | N441SW | GTR | ATL | 1.5 | 1/22/2018 15:51 | 1/22/2018 18:21 | FO | 55602 |
| 3528 | 1/22/2018 | Monday | CRJ | N873AS | ATL | BTR | 1.7333 | 1/22/2018 19:50 | 1/22/2018 20:34 | FO | 55602 |
| 4694 | 1/23/2018 | Tuesday | CRJ | N452SW | BTR | ATL | 1.4666 | 1/23/2018 9:58 | 1/23/2018 12:26 | FO | 55602 |
| 4823 | 1/23/2018 | Tuesday | CRJ | N463SW | ATL | CHO | 1.5833 | 1/23/2018 14:10 | 1/23/2018 15:45 | FO | 55602 |
| 4823 | 1/23/2018 | Tuesday | CRJ | N463SW | CHO | ATL | 1.95 | 1/23/2018 16:10 | 1/23/2018 18:07 | FO | 55602 |
| 4994 | 1/23/2018 | Tuesday | CRJ | N454SW | ATL | FWA | 1.7 | 1/23/2018 20:40 | 1/23/2018 22:22 | FO | 55602 |
| 4265 | 1/24/2018 | Wednesday | CRJ | N459SW | FWA | DTW | 0.9166 | 1/24/2018 11:45 | 1/24/2018 12:40 | FO | 55602 |
| 4266 | 1/24/2018 | Wednesday | CRJ | N936EV | DTW | LAN | 0.6333 | 1/24/2018 13:41 | 1/24/2018 14:19 | FO | 55602 |
| 4266 | 1/24/2018 | Wednesday | CRJ | N936EV | LAN | DTW | 1.0166 | 1/24/2018 14:55 | 1/24/2018 15:56 | FO | 55602 |
| 4288 | 1/24/2018 | Wednesday | CRJ | N936EV | DTW | ERI | 0.85 | 1/24/2018 16:27 | 1/24/2018 17:18 | FO | 55602 |
| 4288 | 1/24/2018 | Wednesday | CRJ | N936EV | ERI | DTW | 1.3166 | 1/24/2018 17:48 | 1/24/2018 19:07 | FO | 55602 |
| 4777 | 1/25/2018 | Thursday | CRJ | N426SW | DTW | DTW | 0.2666 | 1/25/2018 9:57 | 1/25/2018 10:13 | FO | 55602 |
| 4777 | 1/25/2018 | Thursday | CRJ | N459SW | DTW | GRB | 1.3 | 1/25/2018 11:20 | 1/25/2018 11:38 | FO | 55602 |
| 4777 | 1/25/2018 | Thursday | CRJ | N459SW | GRB | DTW | 1.4166 | 1/25/2018 11:57 | 1/25/2018 14:22 | FO | 55602 |
| 4278 | 1/25/2018 | Thursday | CRJ | N494CA | DTW | SCE | 1.2166 | 1/25/2018 15:32 | 1/25/2018 16:45 | FO | 55602 |
| 4278 | 1/25/2018 | Thursday | CRJ | N494CA | SCE | DTW | 1.3833 | 1/25/2018 17:18 | 1/25/2018 18:41 | FO | 55602 |
| 4757 | 1/28/2018 | Sunday | CRJ | N441SW | DTW | TYS | 1.9166 | 1/28/2018 13:52 | 1/28/2018 15:47 | FO | 55602 |
| 4757 | 1/28/2018 | Sunday | CRJ | N441SW | TYS | DTW | 1.7833 | 1/28/2018 17:02 | 1/28/2018 18:49 | FO | 55602 |
| 4257 | 1/28/2018 | Sunday | CRJ | N935SW | DTW | FWA | 0.7666 | 1/28/2018 21:42 | 1/28/2018 22:28 | FO | 55602 |
| 3600 | 1/29/2018 | Monday | CRJ | N783CA | FWA | ATL | 2.0666 | 1/29/2018 11:00 | 1/29/2018 13:04 | FO | 55602 |
| 3610 | 1/29/2018 | Monday | CRJ | N783CA | ATL | MOB | 1.6 | 1/29/2018 14:03 | 1/29/2018 14:39 | FO | 55602 |
| 3610 | 1/29/2018 | Monday | CRJ | N783CA | MOB | ATL | 1.0833 | 1/29/2018 14:59 | 1/29/2018 17:04 | FO | 55602 |
| 3574 | 1/29/2018 | Monday | CRJ | N446SW | ATL | GTR | 1.0666 | 1/29/2018 20:56 | 1/29/2018 21:00 | FO | 55602 |
| 3607 | 1/30/2018 | Tuesday | CRJ | N931EV | GTR | ATL | 1.1833 | 1/30/2018 15:51 | 1/30/2018 18:02 | FO | 55602 |
| 3570 | 1/30/2018 | Tuesday | CRJ | N910EV | ATL | SBN | 1.6666 | 1/30/2018 19:48 | 1/30/2018 21:28 | FO | 55602 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4654 | 1/31/2018 | Wednesday | CRJ | N437SW | SBN | DTW | 1.0333 | 1/31/2018 10:08 | 1/31/2018 11:10 | FO | 55602 |
| 4286 | 1/31/2018 | Wednesday | CRJ | N437SW | DTW | ERI | 0.85 | 1/31/2018 11:57 | 1/31/2018 12:48 | FO | 55602 |
| 4286 | 1/31/2018 | Wednesday | CRJ | N437SW | ERI | DTW | 1.1 | 1/31/2018 13:10 | 1/31/2018 14:16 | FO | 55602 |
| 7368 | 1/31/2018 | Wednesday | CRJ | N437SW | DTW | ESC | 1.3333 | 1/31/2018 16:03 | 1/31/2018 17:23 | FO | 55602 |
| 7368 | 1/31/2018 | Wednesday | CRJ | N437SW | ESC | DTW | 1.1666 | 1/31/2018 17:48 | 1/31/2018 18:58 | FO | 55602 |
| 4287 | 2/1/2018 | Thursday | CRJ | N8942A | DTW | ERI | 1 | 2/1/2018 20:31 | 2/1/2018 21:31 | FO | 55602 |
| 4285 | 2/2/2018 | Friday | CRJ | N8942A | ERI | DTW | 1.25 | 2/2/2018 5:51 | 2/2/2018 7:06 | FO | 55602 |
| 4562 | 2/4/2018 | Sunday | CRJ | N430SW | DTW | AVP | 2.75 | 2/4/2018 20:29 | 2/4/2018 23:14 | FO | 55602 |
| 4662 | 2/5/2018 | Monday | CRJ | N430SW | AVP | DTW | 1.6833 | 2/5/2018 5:48 | 2/5/2018 7:29 | FO | 55602 |
| 4470 | 2/5/2018 | Monday | CR9 | N805SK | DTW | MKE | 1.15 | 2/5/2018 20:08 | 2/5/2018 20:17 | FO | 55602 |
| 4528 | 2/6/2018 | Tuesday | CR9 | N805SK | MKE | DTW | 1.2166 | 2/6/2018 5:21 | 2/6/2018 7:34 | FO | 55602 |
| 4287 | 2/6/2018 | Tuesday | CRJ | N926EV | DTW | ERI | 0.95 | 2/6/2018 20:33 | 2/6/2018 21:30 | FO | 55602 |
| 4285 | 2/7/2018 | Wednesday | CRJ | N926EV | ERI | DTW | 1.1833 | 2/7/2018 5:53 | 2/7/2018 7:04 | FO | 55602 |
| 4287 | 2/7/2018 | Wednesday | CRJ | N433SW | DTW | ERI | 0.75 | 2/7/2018 20:32 | 2/7/2018 21:17 | FO | 55602 |
| 4285 | 2/8/2018 | Thursday | CRJ | N433SW | ERI | DTW | 1.1333 | 2/8/2018 5:53 | 2/8/2018 7:01 | FO | 55602 |
| 4719 | 2/11/2018 | Sunday | CR9 | N815SK | DTW | DAY | 0.9166 | 2/11/2018 22:44 | 2/11/2018 23:39 | FO | 55602 |
| 4749 | 2/12/2018 | Monday | CR9 | N815SK | DAY | DTW | 1.2833 | 2/12/2018 6:14 | 2/12/2018 7:31 | FO | 55602 |
| 7408 | 2/12/2018 | Monday | CRJ | N445SW | DTW | PLN | 0.9 | 2/12/2018 20:15 | 2/12/2018 21:09 | FO | 55602 |
| 7369 | 2/13/2018 | Tuesday | CRJ | N445SW | PLN | DTW | 1.2666 | 2/13/2018 6:29 | 2/13/2018 7:45 | FO | 55602 |
| 4543 | 2/13/2018 | Tuesday | CR9 | N170PQ | DTW | MDT | 1.1333 | 2/13/2018 21:48 | 2/13/2018 22:56 | FO | 55602 |
| 4554 | 2/14/2018 | Wednesday | CR9 | N170PQ | MDT | DTW | 1.6666 | 2/14/2018 5:53 | 2/14/2018 7:33 | FO | 55602 |
| 4470 | 2/14/2018 | Wednesday | CR9 | N820SK | DTW | MKE | 1.2833 | 2/14/2018 20:42 | 2/14/2018 20:59 | FO | 55602 |
| 4528 | 2/15/2018 | Thursday | CR9 | N897SK | MKE | DTW | 1.15 | 2/15/2018 5:19 | 2/15/2018 7:28 | FO | 55602 |
| 4596 | 2/16/2018 | Friday | CRJ | N915EV | SBN | DTW | 0.8333 | 2/16/2018 6:23 | 2/16/2018 7:13 | FO | 55602 |
| 4530 | 2/19/2018 | Monday | CRJ | N8923A | SBN | ATL | 2.0333 | 2/19/2018 5:54 | 2/19/2018 7:56 | FO | 55602 |
| 4302 | 2/19/2018 | Monday | CRJ | N8923A | ATL | FWA | 1.8 | 2/19/2018 8:50 | 2/19/2018 10:38 | FO | 55602 |
| 4302 | 2/19/2018 | Monday | CRJ | N8923A | FWA | ATL | 1.9 | 2/19/2018 11:04 | 2/19/2018 12:58 | FO | 55602 |
| 3551 | 2/19/2018 | Monday | CRJ | N8923A | ATL | MGM | 1.2 | 2/19/2018 13:40 | 2/19/2018 13:52 | FO | 55602 |
| 3583 | 2/20/2018 | Tuesday | CRJ | N454SW | MGM | ATL | 0.9666 | 2/20/2018 5:19 | 2/20/2018 7:17 | FO | 55602 |
| 3609 | 2/20/2018 | Tuesday | CRJ | N454SW | ATL | MOB | 1.25 | 2/20/2018 8:16 | 2/20/2018 8:31 | FO | 55602 |
| 3609 | 2/20/2018 | Tuesday | CRJ | N454SW | MOB | ATL | 1.5 | 2/20/2018 9:02 | 2/20/2018 11:32 | FO | 55602 |
| 4523 | 2/20/2018 | Tuesday | CRJ | N454SW | ATL | CHA | 0.9166 | 2/20/2018 12:02 | 2/20/2018 12:57 | FO | 55602 |
| 3576 | 2/21/2018 | Wednesday | CRJ | N875AS | CHA | DTW | 1.85 | 2/21/2018 7:28 | 2/21/2018 9:19 | FO | 55602 |
| 4625 | 2/21/2018 | Wednesday | CRJ | N875AS | DTW | SBN | 0.8833 | 2/21/2018 9:48 | 2/21/2018 10:41 | FO | 55602 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4625 | 2/21/2018 | Wednesday | CRJ | N875AS | SBN | DTW | 1 | 2/21/2018 10:59 | 2/21/2018 11:59 | FO | 55602 |
| 3532 | 2/21/2018 | Wednesday | CRJ | N875AS | DTW | ROC | 1.05 | 2/21/2018 12:30 | 2/21/2018 13:33 | FO | 55602 |
| 4443 | 2/21/2018 | Wednesday | CRJ | N875AS | ROC | DTW | 1.25 | 2/21/2018 13:54 | 2/21/2018 15:09 | FO | 55602 |
| 4666 | 2/22/2018 | Thursday | CRJ | N601XJ | DTW | GRB | 1.4 | 2/22/2018 9:54 | 2/22/2018 10:18 | FO | 55602 |
| 4666 | 2/22/2018 | Thursday | CRJ | N601XJ | GRB | DTW | 1.2333 | 2/22/2018 10:46 | 2/22/2018 13:00 | FO | 55602 |
| 7410 | 2/22/2018 | Thursday | CRJ | N431SW | DTW | ABE | 1.3 | 2/22/2018 15:22 | 2/22/2018 16:40 | FO | 55602 |
| 7410 | 2/22/2018 | Thursday | CRJ | N431SW | ABE | DTW | 1.8833 | 2/22/2018 17:19 | 2/22/2018 19:12 | FO | 55602 |
| 4287 | 2/25/2018 | Sunday | CRJ | N921EV | DTW | ERI | 0.9833 | 2/25/2018 20:24 | 2/25/2018 21:23 | FO | 55602 |
| 4285 | 2/26/2018 | Monday | CRJ | N921EV | ERI | DTW | 0.9 | 2/26/2018 6:06 | 2/26/2018 7:00 | FO | 55602 |
| 4336 | 2/26/2018 | Monday | CR9 | N813SK | DTW | ROC | 1.2333 | 2/26/2018 20:00 | 2/26/2018 21:14 | FO | 55602 |
| 4316 | 2/27/2018 | Tuesday | CR9 | N813SK | ROC | DTW | 1.2833 | 2/27/2018 6:03 | 2/27/2018 7:20 | FO | 55602 |
| 4336 | 2/27/2018 | Tuesday | CR9 | N817SK | DTW | ROC | 1.4166 | 2/27/2018 20:04 | 2/27/2018 21:29 | FO | 55602 |
| 4316 | 2/28/2018 | Wednesday | CR9 | N897SK | ROC | DTW | 1.3 | 2/28/2018 6:01 | 2/28/2018 7:19 | FO | 55602 |
| 3543 | 2/28/2018 | Wednesday | CR9 | N692CA | DTW | BNA | 1.5666 | 2/28/2018 21:55 | 2/28/2018 22:29 | FO | 55602 |
| 3540 | 3/1/2018 | Thursday | CR9 | N679CA | BNA | DTW | 1.6666 | 3/1/2018 6:32 | 3/1/2018 9:12 | FO | 55602 |
| 4286 | 3/4/2018 | Sunday | CRJ | N461SW | DTW | ERI | 0.9166 | 3/4/2018 12:08 | 3/4/2018 13:03 | FO | 55602 |
| 4286 | 3/4/2018 | Sunday | CRJ | N461SW | ERI | DTW | 1.2 | 3/4/2018 13:25 | 3/4/2018 14:37 | FO | 55602 |
| 4317 | 3/4/2018 | Sunday | CRJ | N498CA | DTW | CMH | 0.8333 | 3/4/2018 15:48 | 3/4/2018 16:38 | FO | 55602 |
| 4317 | 3/4/2018 | Sunday | CRJ | N498CA | CMH | DTW | 0.9166 | 3/4/2018 17:26 | 3/4/2018 18:21 | FO | 55602 |
| 4503 | 3/4/2018 | Sunday | CRJ | N498CA | DTW | CHA | 1.55 | 3/4/2018 19:53 | 3/4/2018 21:26 | FO | 55602 |
| 4546 | 3/5/2018 | Monday | CRJ | N930EV | CHA | ATL | 0.85 | 3/5/2018 19:57 | 3/5/2018 20:48 | FO | 55602 |
| 4626 | 3/5/2018 | Monday | CRJ | N930EV | ATL | PIA | 1.9166 | 3/5/2018 21:43 | 3/5/2018 22:38 | FO | 55602 |
| 3548 | 3/6/2018 | Tuesday | CRJ | N913EV | PIA | DTW | 1.1833 | 3/6/2018 10:47 | 3/6/2018 12:58 | FO | 55602 |
| 4683 | 3/6/2018 | Tuesday | CRJ | N781CA | DTW | GSO | 1.7333 | 3/6/2018 15:35 | 3/6/2018 17:19 | FO | 55602 |
| 4683 | 3/6/2018 | Tuesday | CRJ | N781CA | GSO | DTW | 1.6666 | 3/6/2018 17:41 | 3/6/2018 19:21 | FO | 55602 |
| 4287 | 3/7/2018 | Wednesday | CRJ | N875AS | DTW | ERI | 1.0166 | 3/7/2018 20:24 | 3/7/2018 21:25 | FO | 55602 |
| 4285 | 3/8/2018 | Thursday | CRJ | N875AS | ERI | DTW | 1.4333 | 3/8/2018 6:17 | 3/8/2018 7:43 | FO | 55602 |
| 3564 | 3/11/2018 | Sunday | CRJ | N427SW | DTW | GSO | 1.6666 | 3/11/2018 10:48 | 3/11/2018 12:28 | FO | 55602 |
| 3564 | 3/11/2018 | Sunday | CRJ | N427SW | GSO | DTW | 1.6833 | 3/11/2018 13:03 | 3/11/2018 14:44 | FO | 55602 |
| 4257 | 3/11/2018 | Sunday | CRJ | N427SW | DTW | FWA | 1.0166 | 3/11/2018 15:44 | 3/11/2018 16:45 | FO | 55602 |
| 4948 | 3/12/2018 | Monday | CRJ | N427SW | FWA | ATL | 2 | 3/12/2018 7:54 | 3/12/2018 9:54 | FO | 55602 |
| 3609 | 3/12/2018 | Monday | CRJ | N427SW | ATL | CHO | 1.6333 | 3/12/2018 10:32 | 3/12/2018 12:10 | FO | 55602 |
| 3609 | 3/12/2018 | Monday | CRJ | N427SW | CHO | ATL | 1.8833 | 3/12/2018 12:50 | 3/12/2018 14:43 | FO | 55602 |
| 4196 | 3/12/2018 | Monday | CRJ | N445SW | ATL | GTR | 1.15 | 3/12/2018 15:19 | 3/12/2018 15:28 | FO | 55602 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4579 | 3/13/2018 | Tuesday | CRJ | N455CA | GTR | ATL | 1.4166 | 3/13/2018 6:37 | 3/13/2018 9:02 | FO | 55602 |
| 4557 | 3/13/2018 | Tuesday | CRJ | N889AS | ATL | LFT | 1.9 | 3/13/2018 9:53 | 3/13/2018 10:47 | FO | 55602 |
| 4557 | 3/13/2018 | Tuesday | CRJ | N889AS | LFT | ATL | 1.6166 | 3/13/2018 11:18 | 3/13/2018 13:55 | FO | 55602 |
| 4744 | 3/13/2018 | Tuesday | CRJ | N889AS | ATL | SBN | 1.8 | 3/13/2018 14:32 | 3/13/2018 16:20 | FO | 55602 |
| 4448 | 3/13/2018 | Tuesday | CRJ | N889AS | SBN | DTW | 0.9166 | 3/13/2018 17:02 | 3/13/2018 17:57 | FO | 55602 |
| 4598 | 3/14/2018 | Wednesday | CRJ | N496CA | DTW | TYS | 1.3333 | 3/14/2018 10:07 | 3/14/2018 11:27 | FO | 55602 |
| 4598 | 3/14/2018 | Wednesday | CRJ | N496CA | TYS | DTW | 1.85 | 3/14/2018 12:39 | 3/14/2018 14:30 | FO | 55602 |
| 4278 | 3/14/2018 | Wednesday | CRJ | N496CA | DTW | SCE | 1.25 | 3/14/2018 15:40 | 3/14/2018 16:55 | FO | 55602 |
| 4278 | 3/14/2018 | Wednesday | CRJ | N496CA | SCE | DTW | 1.65 | 3/14/2018 17:18 | 3/14/2018 18:57 | FO | 55602 |
| 3564 | 3/18/2018 | Sunday | CRJ | N8923A | DTW | GSO | 1.9666 | 3/18/2018 10:42 | 3/18/2018 12:40 | FO | 55602 |
| 3564 | 3/18/2018 | Sunday | CRJ | N8923A | GSO | DTW | 1.6833 | 3/18/2018 13:01 | 3/18/2018 14:42 | FO | 55602 |
| 7434 | 3/18/2018 | Sunday | CRJ | N8923A | DTW | ITH | 1.4166 | 3/18/2018 15:40 | 3/18/2018 17:05 | FO | 55602 |
| 7421 | 3/19/2018 | Monday | CRJ | N913EV | ITH | DTW | 1.9166 | 3/19/2018 5:45 | 3/19/2018 7:40 | FO | 55602 |
| 4747 | 3/19/2018 | Monday | CRJ | N913EV | DTW | TVC | 1.1833 | 3/19/2018 8:31 | 3/19/2018 9:42 | FO | 55602 |
| 4747 | 3/19/2018 | Monday | CRJ | N913EV | TVC | DTW | 0.9833 | 3/19/2018 10:07 | 3/19/2018 11:06 | FO | 55602 |
| 3588 | 3/19/2018 | Monday | CRJ | N913EV | DTW | MBS | 0.95 | 3/19/2018 12:07 | 3/19/2018 13:04 | FO | 55602 |
| 4719 | 3/20/2018 | Tuesday | CRJ | N460SW | MBS | DTW | 1.1666 | 3/20/2018 8:07 | 3/20/2018 9:17 | FO | 55602 |
| 4798 | 3/20/2018 | Tuesday | CRJ | N460SW | DTW | GRB | 1.25 | 3/20/2018 10:04 | 3/20/2018 10:19 | FO | 55602 |
| 4798 | 3/20/2018 | Tuesday | CRJ | N460SW | GRB | DTW | 1.35 | 3/20/2018 10:47 | 3/20/2018 13:08 | FO | 55602 |
| 3611 | 3/20/2018 | Tuesday | CRJ | N8968E | DTW | ATW | 1.1166 | 3/20/2018 15:37 | 3/20/2018 15:44 | FO | 55602 |
| 3611 | 3/20/2018 | Tuesday | CRJ | N8968E | ATW | DTW | 1.1666 | 3/20/2018 16:26 | 3/20/2018 18:36 | FO | 55602 |
| 7425 | 3/21/2018 | Wednesday | CRJ | N873AS | DTW | MQT | 1.1666 | 3/21/2018 8:26 | 3/21/2018 9:36 | FO | 55602 |
| 7362 | 3/22/2018 | Thursday | CRJ | N875AS | MQT | MSP | 1.3833 | 3/22/2018 7:51 | 3/22/2018 8:14 | FO | 55602 |
| 4556 | 3/22/2018 | Thursday | CRJ | N875AS | MSP | FAR | 1.1666 | 3/22/2018 9:03 | 3/22/2018 10:13 | FO | 55602 |
| 4556 | 3/22/2018 | Thursday | CRJ | N875AS | FAR | MSP | 0.9833 | 3/22/2018 10:55 | 3/22/2018 11:54 | FO | 55602 |
| 4775 | 3/22/2018 | Thursday | CRJ | N875AS | MSP | FSD | 0.9166 | 3/22/2018 12:43 | 3/22/2018 13:38 | FO | 55602 |
| 4775 | 3/22/2018 | Thursday | CRJ | N875AS | FSD | MSP | 0.85 | 3/22/2018 14:13 | 3/22/2018 15:04 | FO | 55602 |
| 4683 | 3/27/2018 | Tuesday | CRJ | N8903A | DTW | GSO | 1.55 | 3/27/2018 15:22 | 3/27/2018 16:55 | FO | 55602 |
| 4683 | 3/27/2018 | Tuesday | CRJ | N8903A | GSO | DTW | 1.9333 | 3/27/2018 17:25 | 3/27/2018 19:21 | FO | 55602 |
| 7401 | 3/27/2018 | Tuesday | CRJ | N8903A | DTW | BGM | 1.2666 | 3/27/2018 21:53 | 3/27/2018 23:09 | FO | 55602 |
| 7435 | 3/28/2018 | Wednesday | CRJ | N912EV | BGM | DTW | 1.45 | 3/28/2018 13:58 | 3/28/2018 15:25 | FO | 55602 |
| 7434 | 3/28/2018 | Wednesday | CRJ | N912EV | DTW | ITH | 1.2333 | 3/28/2018 15:59 | 3/28/2018 17:13 | FO | 55602 |
| 7434 | 3/28/2018 | Wednesday | CRJ | N912EV | ITH | DTW | 1.8666 | 3/28/2018 17:36 | 3/28/2018 19:28 | FO | 55602 |
| 4280 | 3/28/2018 | Wednesday | CRJ | N449SW | DTW | SCE | 1.2333 | 3/29/2018 9:34 | 3/29/2018 10:48 | FO | 55602 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4277 | 3/29/2018 | Thursday | CRJ | N914EV | SCE | DTW | 1.5166 | 3/29/2018 13:27 | 3/29/2018 14:58 | FO | 55602 |
| 4269 | 3/29/2018 | Thursday | CRJ | N914EV | DTW | MLI | 1.4 | 3/29/2018 15:31 | 3/29/2018 15:55 | FO | 55602 |
| 4269 | 3/29/2018 | Thursday | CRJ | N914EV | MLI | DTW | 1.7833 | 3/29/2018 16:35 | 3/29/2018 19:22 | FO | 55602 |
| 4258 | 4/1/2018 | Sunday | CRJ | N889AS | DTW | FWA | 1.0333 | 4/1/2018 19:50 | 4/1/2018 20:52 | FO | 55602 |
| 4831 | 4/2/2018 | Monday | CRJ | N449SW | FWA | ATL | 1.6666 | 4/2/2018 11:18 | 4/2/2018 12:58 | FO | 55602 |
| 4848 | 4/2/2018 | Monday | CRJ | N873AS | ATL | FSM | 1.9 | 4/2/2018 14:56 | 4/2/2018 15:50 | FO | 55602 |
| 4848 | 4/2/2018 | Monday | CRJ | N873AS | FSM | ATL | 2.1333 | 4/2/2018 16:12 | 4/2/2018 19:20 | FO | 55602 |
| 4609 | 4/2/2018 | Monday | CRJ | N873AS | ATL | GTR | 1.1333 | 4/2/2018 19:48 | 4/2/2018 19:56 | FO | 55602 |
| 4612 | 4/3/2018 | Tuesday | CRJ | N779CA | GTR | ATL | 1.05 | 4/3/2018 15:57 | 4/3/2018 18:00 | FO | 55602 |
| 4563 | 4/3/2018 | Tuesday | CRJ | N468CA | ATL | FWA | 1.8666 | 4/3/2018 20:31 | 4/3/2018 22:23 | FO | 55602 |
| 4255 | 4/4/2018 | Wednesday | CRJ | N8968E | FWA | DTW | 1.3166 | 4/4/2018 11:51 | 4/4/2018 13:10 | FO | 55602 |
| 7434 | 4/4/2018 | Wednesday | CRJ | N875AS | DTW | ITH | 1.3 | 4/4/2018 16:17 | 4/4/2018 17:35 | FO | 55602 |
| 7434 | 4/4/2018 | Wednesday | CRJ | N875AS | ITH | ITH | 1.1 | 4/4/2018 17:52 | 4/4/2018 18:58 | FO | 55602 |
| 7434 | 4/4/2018 | Wednesday | CRJ | N875AS | ITH | DTW | 1.7 | 4/4/2018 19:25 | 4/4/2018 21:07 | FO | 55602 |
| 4862 | 4/6/2018 | Friday | CRJ | N910EV | ERI | DTW | 1.5666 | 4/6/2018 13:42 | 4/6/2018 15:16 | FO | 55602 |
| 4212 | 4/8/2018 | Sunday | CRJ | N494CA | DTW | MLI | 1.5333 | 4/8/2018 20:28 | 4/8/2018 21:00 | FO | 55602 |
| 4270 | 4/9/2018 | Monday | CRJ | N8884E | MLI | DTW | 1.9333 | 4/9/2018 6:19 | 4/9/2018 9:15 | FO | 55602 |
| 3528 | 4/9/2018 | Monday | CR7 | N609SK | DTW | MKE | 0.95 | 4/9/2018 21:51 | 4/9/2018 21:48 | FO | 55602 |
| 4583 | 4/10/2018 | Tuesday | CR7 | N609SK | MKE | DTW | 1 | 4/10/2018 7:22 | 4/10/2018 9:22 | FO | 55602 |
| 3528 | 4/10/2018 | Tuesday | CR7 | N766SK | DTW | MKE | 0.9833 | 4/10/2018 21:51 | 4/10/2018 21:50 | FO | 55602 |
| 4583 | 4/11/2018 | Wednesday | CR7 | N766SK | MKE | DTW | 1.1833 | 4/11/2018 6:59 | 4/11/2018 9:10 | FO | 55602 |
| 3598 | 4/11/2018 | Wednesday | CR9 | N804SK | DTW | LEX | 1.0166 | 4/11/2018 21:59 | 4/11/2018 23:00 | FO | 55602 |
| 3605 | 4/12/2018 | Thursday | CR9 | N804SK | LEX | DTW | 1.2833 | 4/12/2018 6:10 | 4/12/2018 7:27 | FO | 55602 |
| 4136 | 4/22/2018 | Sunday | CRJ | N446SW | DTW | TVC | 1.05 | 4/22/2018 15:54 | 4/22/2018 16:57 | FO | 55602 |
| 4136 | 4/22/2018 | Sunday | CRJ | N446SW | TVC | DTW | 1.1333 | 4/22/2018 17:32 | 4/22/2018 18:40 | FO | 55602 |
| 7408 | 4/22/2018 | Sunday | CRJ | N446SW | DTW | PLN | 1.0333 | 4/22/2018 20:01 | 4/22/2018 21:03 | FO | 55602 |
| 7408 | 4/22/2018 | Sunday | CRJ | N446SW | PLN | APN | 0.85 | 4/22/2018 21:16 | 4/22/2018 22:07 | FO | 55602 |
| 4639 | 4/23/2018 | Monday | CRJ | N885AS | DTW | SBN | 0.8833 | 4/23/2018 15:32 | 4/23/2018 16:25 | FO | 55602 |
| 4647 | 4/23/2018 | Monday | CRJ | N885AS | SBN | ATL | 2.2 | 4/23/2018 16:59 | 4/23/2018 19:11 | FO | 55602 |
| 4781 | 4/23/2018 | Monday | CRJ | N448SW | ATL | CHA | 0.9833 | 4/23/2018 19:56 | 4/23/2018 20:55 | FO | 55602 |
| 4773 | 4/24/2018 | Tuesday | CRJ | N917EV | CHA | ATL | 1.0666 | 4/24/2018 8:23 | 4/24/2018 9:27 | FO | 55602 |
| 4638 | 4/24/2018 | Tuesday | CRJ | N917EV | ATL | DHN | 1.2 | 4/24/2018 10:19 | 4/24/2018 10:31 | FO | 55602 |
| 4638 | 4/24/2018 | Tuesday | CRJ | N917EV | DHN | ATL | 1.2333 | 4/24/2018 10:50 | 4/24/2018 13:04 | FO | 55602 |
| 4986 | 4/24/2018 | Tuesday | CRJ | N454SW | ATL | SBN | 1.6833 | 4/24/2018 14:36 | 4/24/2018 16:17 | FO | 55602 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4163 | 4/24/2018 | Tuesday | CRJ | N454SW | SBN | DTW | 0.9166 | 4/24/2018 16:54 | 4/24/2018 17:49 | FO | 55602 |
| 4291 | 4/25/2018 | Wednesday | CRJ | N659BR | DTW | IMT | 1.55 | 4/25/2018 9:53 | 4/25/2018 10:26 | FO | 55602 |
| 4223 | 4/25/2018 | Wednesday | CRJ | N659BR | IMT | MSP | 1.1333 | 4/25/2018 10:48 | 4/25/2018 11:56 | FO | 55602 |
| 7416 | 4/25/2018 | Wednesday | CRJ | N916EV | MSP | RHI | 1.1166 | 4/25/2018 14:12 | 4/25/2018 15:19 | FO | 55602 |
| 7416 | 4/25/2018 | Wednesday | CRJ | N916EV | RHI | MSP | 1.15 | 4/25/2018 15:40 | 4/25/2018 16:49 | FO | 55602 |
| 4139 | 4/25/2018 | Wednesday | CRJ | N916EV | MSP | GFK | 1.2833 | 4/25/2018 17:39 | 4/25/2018 18:56 | FO | 55602 |
| 4849 | 4/26/2018 | Thursday | CRJ | N916EV | GFK | MSP | 1.15 | 4/26/2018 9:54 | 4/26/2018 11:03 | FO | 55602 |
| 4701 | 4/26/2018 | Thursday | CRJ | N916EV | MSP | ICT | 1.9333 | 4/26/2018 11:31 | 4/26/2018 13:27 | FO | 55602 |
| 4701 | 4/26/2018 | Thursday | CRJ | N916EV | ICT | MSP | 1.7 | 4/26/2018 13:51 | 4/26/2018 15:33 | FO | 55602 |
| 7437 | 4/26/2018 | Thursday | CRJ | N916EV | MSP | IMT | 0.9 | 4/26/2018 15:58 | 4/26/2018 16:52 | FO | 55602 |
| 4224 | 4/26/2018 | Thursday | CRJ | N916EV | IMT | DTW | 1.2166 | 4/26/2018 17:09 | 4/26/2018 19:22 | FO | 55602 |
| 4257 | 4/29/2018 | Sunday | CRJ | N907SW | DTW | FWA | 0.9333 | 4/29/2018 15:53 | 4/29/2018 16:49 | FO | 55602 |
| 4516 | 4/29/2018 | Sunday | CRJ | N907SW | FWA | ATL | 1.65 | 4/29/2018 18:00 | 4/29/2018 19:39 | FO | 55602 |
| 4517 | 4/29/2018 | Sunday | CRJ | N907SW | ATL | SBN | 1.9833 | 4/29/2018 20:13 | 4/29/2018 22:12 | FO | 55602 |
| 4138 | 4/30/2018 | Monday | CRJ | N498CA | SBN | DTW | 1.0833 | 4/30/2018 13:39 | 4/30/2018 14:44 | FO | 55602 |
| 7434 | 4/30/2018 | Monday | CRJ | N498CA | DTW | ITH | 1.3833 | 4/30/2018 15:42 | 4/30/2018 17:05 | FO | 55602 |
| 7434 | 4/30/2018 | Monday | CRJ | N498CA | ITH | DTW | 1.3666 | 4/30/2018 17:36 | 4/30/2018 18:58 | FO | 55602 |
| 4272 | 4/30/2018 | Monday | CRJ | N498CA | DTW | DTW | 0.2666 | 4/30/2018 20:04 | 4/30/2018 20:20 | FO | 55602 |
| 4272 | 4/30/2018 | Monday | CRJ | N498CA | DTW | YOW | 1.8666 | 4/30/2018 20:26 | 4/30/2018 22:18 | FO | 55602 |
| 4215 | 5/1/2018 | Tuesday | CRJ | N433SW | YOW | DTW | 1.5166 | 5/1/2018 16:39 | 5/1/2018 18:10 | FO | 55602 |
| 7408 | 5/1/2018 | Tuesday | CRJ | N914EV | DTW | PLN | 1.1 | 5/1/2018 20:09 | 5/1/2018 21:15 | FO | 55602 |
| 7408 | 5/1/2018 | Tuesday | CRJ | N914EV | PLN | APN | 0.7 | 5/1/2018 21:34 | 5/1/2018 22:16 | FO | 55602 |
| 7367 | 5/2/2018 | Wednesday | CRJ | N443SW | APN | DTW | 1.0166 | 5/2/2018 13:39 | 5/2/2018 14:40 | FO | 55602 |
| 4282 | 5/2/2018 | Wednesday | CRJ | N443SW | DTW | SWF | 1.5333 | 5/2/2018 15:30 | 5/2/2018 17:02 | FO | 55602 |
| 4282 | 5/2/2018 | Wednesday | CRJ | N443SW | SWF | DTW | 1.7 | 5/2/2018 17:23 | 5/2/2018 19:05 | FO | 55602 |
| 4258 | 5/6/2018 | Sunday | CRJ | N427SW | DTW | FWA | 1.0166 | 5/6/2018 19:54 | 5/6/2018 20:55 | FO | 55602 |
| 4259 | 5/7/2018 | Monday | CRJ | N477CA | FWA | DTW | 0.7666 | 5/7/2018 6:29 | 5/7/2018 7:15 | FO | 55602 |
| 4829 | 5/7/2018 | Monday | CRJ | N913EV | DTW | AVP | 1.45 | 5/7/2018 20:01 | 5/7/2018 21:28 | FO | 55602 |
| 4730 | 5/8/2018 | Tuesday | CRJ | N913EV | AVP | DTW | 1.45 | 5/8/2018 6:02 | 5/8/2018 7:29 | FO | 55602 |
| 4189 | 5/8/2018 | Tuesday | CR9 | N679CA | DTW | DAY | 1.1166 | 5/8/2018 20:10 | 5/8/2018 21:17 | FO | 55602 |
| 4175 | 5/9/2018 | Wednesday | CR9 | N679CA | DAY | DTW | 0.95 | 5/9/2018 5:59 | 5/9/2018 6:56 | FO | 55602 |
| 4188 | 5/9/2018 | Wednesday | CR7 | N763SK | DTW | CAK | 0.7333 | 5/9/2018 21:48 | 5/9/2018 22:32 | FO | 55602 |
| 4171 | 5/10/2018 | Thursday | CR7 | N763SK | CAK | DTW | 0.7666 | 5/10/2018 6:25 | 5/10/2018 7:11 | FO | 55602 |
| 4829 | 5/13/2018 | Sunday | CRJ | N885AS | DTW | AVP | 1.3333 | 5/13/2018 20:00 | 5/13/2018 21:20 | FO | 55602 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4730 | 5/14/2018 | Monday | CRJ | N885AS | AVP | DTW | 1.5833 | 5/14/2018 5:55 | 5/14/2018 7:30 | FO | | 55602 |
| 4189 | 5/14/2018 | Monday | CR9 | N689CA | DTW | DAY | 0.9 | 5/14/2018 21:31 | 5/14/2018 22:25 | FO | | 55602 |
| 4175 | 5/15/2018 | Tuesday | CR9 | N689CA | DAY | DTW | 1.35 | 5/15/2018 6:00 | 5/15/2018 7:21 | FO | | 55602 |
| 4829 | 5/16/2018 | Wednesday | CRJ | N879AS | DTW | AVP | 1.5 | 5/16/2018 20:01 | 5/16/2018 21:31 | FO | | 55602 |
| 4730 | 5/17/2018 | Thursday | CRJ | N879AS | AVP | DTW | 1.45 | 5/17/2018 6:01 | 5/17/2018 7:28 | FO | | 55602 |
| 4829 | 5/20/2018 | Sunday | CRJ | N629BR | DTW | AVP | 1.4166 | 5/20/2018 20:01 | 5/20/2018 21:26 | FO | | 55602 |
| 4730 | 5/21/2018 | Monday | CRJ | N629BR | AVP | DTW | 1.95 | 5/21/2018 6:00 | 5/21/2018 7:57 | FO | | 55602 |
| 4829 | 5/21/2018 | Monday | CRJ | N496CA | DTW | AVP | 1.25 | 5/21/2018 20:17 | 5/21/2018 21:32 | FO | | 55602 |
| 4730 | 5/22/2018 | Tuesday | CRJ | N496CA | AVP | DTW | 1.7166 | 5/22/2018 6:13 | 5/22/2018 7:56 | FO | | 55602 |
| 4829 | 5/22/2018 | Tuesday | CRJ | N926EV | DTW | AVP | 1.4 | 5/22/2018 20:01 | 5/22/2018 21:25 | FO | | 55602 |
| 4730 | 5/23/2018 | Wednesday | CRJ | N926EV | AVP | DTW | 1.6 | 5/23/2018 5:57 | 5/23/2018 7:33 | FO | | 55602 |
| 4121 | 5/23/2018 | Wednesday | CR9 | N692CA | DTW | LEX | 1.15 | 5/23/2018 21:56 | 5/23/2018 23:05 | FO | | 55602 |
| 4609 | 5/24/2018 | Thursday | CR9 | N692CA | LEX | DTW | 1.1833 | 5/24/2018 6:31 | 5/24/2018 7:42 | FO | | 55602 |
| 4258 | 5/27/2018 | Sunday | CRJ | N8965E | DTW | FWA | 0.95 | 5/27/2018 19:51 | 5/27/2018 20:48 | FO | | 55602 |
| 4259 | 5/28/2018 | Monday | CRJ | N459SW | FWA | DTW | 0.85 | 5/28/2018 6:22 | 5/28/2018 7:13 | FO | | 55602 |
| 7408 | 5/28/2018 | Monday | CRJ | N453SW | DTW | PLN | 0.9666 | 5/28/2018 20:03 | 5/28/2018 21:01 | FO | | 55602 |
| 7369 | 5/29/2018 | Tuesday | CRJ | N453SW | PLN | DTW | 0.9666 | 5/29/2018 6:20 | 5/29/2018 7:18 | FO | | 55602 |
| 4829 | 5/29/2018 | Tuesday | CRJ | N906SW | DTW | AVP | 1.3833 | 5/29/2018 20:03 | 5/29/2018 21:26 | FO | | 55602 |
| 4730 | 5/30/2018 | Wednesday | CRJ | N906SW | AVP | DTW | 1.3666 | 5/30/2018 5:58 | 5/30/2018 7:20 | FO | | 55602 |
| 4829 | 5/30/2018 | Wednesday | CRJ | N8932C | DTW | AVP | 1.6 | 5/30/2018 19:57 | 5/30/2018 21:33 | FO | | 55602 |
| 4730 | 5/31/2018 | Thursday | CRJ | N8932C | AVP | DTW | 1.5666 | 5/31/2018 5:52 | 5/31/2018 7:26 | FO | | 55602 |
| 4277 | 6/3/2018 | Sunday | CRJ | N809CA | DTW | SCE | 1.4 | 6/3/2018 11:39 | 6/3/2018 13:03 | FO | | 55602 |
| 4277 | 6/3/2018 | Sunday | CRJ | N809CA | SCE | DTW | 1.3666 | 6/3/2018 13:39 | 6/3/2018 15:01 | FO | | 55602 |
| 4282 | 6/3/2018 | Sunday | CRJ | N809CA | DTW | SWF | 1.9 | 6/3/2018 15:48 | 6/3/2018 17:42 | FO | | 55602 |
| 4282 | 6/3/2018 | Sunday | CRJ | N809CA | SWF | DTW | 1.6166 | 6/3/2018 18:06 | 6/3/2018 19:43 | FO | | 55602 |
| 4494 | 6/3/2018 | Sunday | CRJ | N437SW | DTW | SBN | 1.25 | 6/3/2018 21:33 | 6/3/2018 22:48 | FO | | 55602 |
| 4647 | 6/4/2018 | Monday | CRJ | N459SW | SBN | ATL | 1.65 | 6/4/2018 17:09 | 6/4/2018 18:48 | FO | | 55602 |
| 4517 | 6/4/2018 | Monday | CRJ | N873AS | ATL | SBN | 1.8833 | 6/4/2018 20:01 | 6/4/2018 21:54 | FO | | 55602 |
| 4173 | 6/5/2018 | Tuesday | CRJ | N433SW | SBN | DTW | 1.1 | 6/5/2018 13:37 | 6/5/2018 14:43 | FO | | 55602 |
| 7386 | 6/5/2018 | Tuesday | CRJ | N433SW | DTW | ESC | 1.4833 | 6/5/2018 16:06 | 6/5/2018 17:35 | FO | | 55602 |
| 7368 | 6/5/2018 | Tuesday | CRJ | N433SW | ESC | DTW | 1.3333 | 6/5/2018 17:59 | 6/5/2018 19:19 | FO | | 55602 |
| 4487 | 6/5/2018 | Tuesday | CRJ | N433SW | DTW | PIA | 1.5166 | 6/5/2018 20:16 | 6/5/2018 20:47 | FO | | 55602 |
| 4808 | 6/6/2018 | Wednesday | CRJ | N926EV | PIA | DTW | 1.3666 | 6/6/2018 11:49 | 6/6/2018 14:11 | FO | | 55602 |
| 4282 | 6/6/2018 | Wednesday | CRJ | N926EV | DTW | SWF | 1.7166 | 6/6/2018 15:25 | 6/6/2018 17:08 | FO | | 55602 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4282 | 6/6/2018 | Wednesday | CRJ | N926EV | SWF | DTW | 1.6333 | 6/6/2018 17:31 | 6/6/2018 19:09 | FO | 55602 |
| 4300 | 6/11/2018 | Monday | CRJ | N442SW | DTW | SBN | 0.95 | 6/11/2018 15:51 | 6/11/2018 16:48 | FO | 55602 |
| 4562 | 6/12/2018 | Tuesday | CRJ | N900EV | SBN | ATL | 1.8333 | 6/12/2018 5:51 | 6/12/2018 7:41 | FO | 55602 |
| 4578 | 6/12/2018 | Tuesday | CRJ | N900EV | ATL | MGM | 0.9333 | 6/12/2018 8:56 | 6/12/2018 8:52 | FO | 55602 |
| 4578 | 6/12/2018 | Tuesday | CRJ | N900EV | MGM | ATL | 1.0333 | 6/12/2018 9:16 | 6/12/2018 11:18 | FO | 55602 |
| 4164 | 6/12/2018 | Tuesday | CRJ | N900EV | ATL | CHA | 0.7833 | 6/12/2018 12:02 | 6/12/2018 12:49 | FO | 55602 |
| 4700 | 6/13/2018 | Wednesday | CRJ | N881AS | CHA | DTW | 1.7333 | 6/13/2018 7:23 | 6/13/2018 9:07 | FO | 55602 |
| 4600 | 6/13/2018 | Wednesday | CRJ | N881AS | DTW | ATW | 1.4 | 6/13/2018 10:07 | 6/13/2018 10:31 | FO | 55602 |
| 4600 | 6/13/2018 | Wednesday | CRJ | N881AS | ATW | DTW | 1.3 | 6/13/2018 10:48 | 6/13/2018 13:06 | FO | 55602 |
| 4300 | 6/13/2018 | Wednesday | CRJ | N8933B | DTW | SBN | 1.05 | 6/13/2018 15:53 | 6/13/2018 16:56 | FO | 55602 |
| 4574 | 6/14/2018 | Thursday | CRJ | N882AS | SBN | ATL | 1.8333 | 6/14/2018 8:19 | 6/14/2018 10:09 | FO | 55602 |
| 4932 | 6/14/2018 | Thursday | CRJ | N882AS | ATL | CHA | 0.8666 | 6/14/2018 10:47 | 6/14/2018 11:39 | FO | 55602 |
| 4932 | 6/14/2018 | Thursday | CRJ | N882AS | CHA | ATL | 1.2 | 6/14/2018 12:03 | 6/14/2018 13:15 | FO | 55602 |
| 4822 | 6/14/2018 | Thursday | CRJ | N882AS | ATL | SBN | 1.8666 | 6/14/2018 14:25 | 6/14/2018 16:17 | FO | 55602 |
| 4305 | 6/14/2018 | Thursday | CRJ | N783CA | SBN | DTW | 0.85 | 6/14/2018 18:11 | 6/14/2018 19:02 | FO | 55602 |
| 7434 | 6/17/2018 | Sunday | CRJ | N431SW | DTW | ITH | 1.3166 | 6/17/2018 15:40 | 6/17/2018 16:59 | FO | 55602 |
| 7434 | 6/17/2018 | Sunday | CRJ | N431SW | ITH | DTW | 1.3666 | 6/17/2018 17:25 | 6/17/2018 18:47 | FO | 55602 |
| 7408 | 6/17/2018 | Sunday | CRJ | N431SW | DTW | PLN | 1 | 6/17/2018 20:03 | 6/17/2018 21:03 | FO | 55602 |
| 7408 | 6/17/2018 | Sunday | CRJ | N431SW | PLN | APN | 0.5333 | 6/17/2018 21:22 | 6/17/2018 21:54 | FO | 55602 |
| 4257 | 6/18/2018 | Monday | CRJ | N8903A | DTW | FWA | 0.8666 | 6/18/2018 17:51 | 6/18/2018 18:43 | FO | 55602 |
| 4527 | 6/18/2018 | Monday | CRJ | N8903A | FWA | ATL | 1.6 | 6/18/2018 19:16 | 6/18/2018 20:52 | FO | 55602 |
| 4530 | 6/18/2018 | Monday | CRJ | N8884E | ATL | SBN | 1.7166 | 6/18/2018 21:29 | 6/18/2018 23:12 | FO | 55602 |
| 4542 | 6/19/2018 | Tuesday | CRJ | N856AS | SBN | DTW | 1.1166 | 6/19/2018 13:41 | 6/19/2018 14:48 | FO | 55602 |
| 4304 | 6/19/2018 | Tuesday | CRJ | N856AS | DTW | MDT | 1.5 | 6/19/2018 15:46 | 6/19/2018 17:16 | FO | 55602 |
| 4304 | 6/19/2018 | Tuesday | CRJ | N856AS | MDT | DTW | 1.45 | 6/19/2018 17:41 | 6/19/2018 19:08 | FO | 55602 |
| 7401 | 6/19/2018 | Tuesday | CRJ | N868AS | DTW | BGM | 1.2333 | 6/19/2018 21:55 | 6/19/2018 23:09 | FO | 55602 |
| 7435 | 6/20/2018 | Wednesday | CRJ | N487CA | BGM | DTW | 1.5 | 6/20/2018 12:47 | 6/20/2018 14:17 | FO | 55602 |
| 4304 | 6/20/2018 | Wednesday | CRJ | N487CA | DTW | MDT | 1.6333 | 6/20/2018 15:50 | 6/20/2018 17:28 | FO | 55602 |
| 4304 | 6/20/2018 | Wednesday | CRJ | N487CA | MDT | DTW | 1.4333 | 6/20/2018 17:56 | 6/20/2018 19:22 | FO | 55602 |
| 4159 | 6/21/2018 | Thursday | CRJ | N889AS | DTW | BUF | 1.1166 | 6/21/2018 7:14 | 6/21/2018 8:21 | FO | 55602 |
| 4159 | 6/21/2018 | Thursday | CRJ | N889AS | BUF | DTW | 1.0666 | 6/21/2018 8:50 | 6/21/2018 9:54 | FO | 55602 |
| 4149 | 6/21/2018 | Thursday | CRJ | N889AS | DTW | ALB | 1.4 | 6/21/2018 10:41 | 6/21/2018 12:05 | FO | 55602 |
| 4149 | 6/21/2018 | Thursday | CRJ | N889AS | ALB | DTW | 1.75 | 6/21/2018 12:34 | 6/21/2018 14:19 | FO | 55602 |
| 7434 | 6/26/2018 | Tuesday | CRJ | N912EV | DTW | ITH | 1.4666 | 6/26/2018 15:41 | 6/26/2018 17:09 | FO | 55602 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7434 | 6/26/2018 | Tuesday | CRJ | N912EV | ITH | DTW | 1.4833 | 6/26/2018 17:32 | 6/26/2018 19:01 | FO | | 55602 |
| 7408 | 6/26/2018 | Tuesday | CRJ | N912EV | DTW | PLN | 1.1666 | 6/26/2018 20:07 | 6/26/2018 21:17 | FO | | 55602 |
| 7408 | 6/26/2018 | Tuesday | CRJ | N912EV | PLN | APN | 0.5666 | 6/26/2018 21:37 | 6/26/2018 22:11 | FO | | 55602 |
| 7367 | 6/27/2018 | Wednesday | CRJ | N463SW | APN | DTW | 1.3 | 6/27/2018 13:52 | 6/27/2018 15:10 | FO | | 55602 |
| 4269 | 6/27/2018 | Wednesday | CRJ | N463SW | DTW | MLI | 1.4 | 6/27/2018 16:03 | 6/27/2018 16:27 | FO | | 55602 |
| 4269 | 6/27/2018 | Wednesday | CRJ | N463SW | MLI | DTW | 1.55 | 6/27/2018 16:54 | 6/27/2018 19:27 | FO | | 55602 |
| 4754 | 6/27/2018 | Wednesday | CRJ | N907SW | DTW | SBN | 0.95 | 6/27/2018 20:19 | 6/27/2018 21:16 | FO | | 55602 |
| 4724 | 6/28/2018 | Thursday | CRJ | N922EV | SBN | DTW | 1.05 | 6/28/2018 10:07 | 6/28/2018 11:10 | FO | | 55602 |
| 4286 | 6/28/2018 | Thursday | CRJ | N922EV | DTW | ERI | 1.0333 | 6/28/2018 12:08 | 6/28/2018 13:10 | FO | | 55602 |
| 4286 | 6/28/2018 | Thursday | CRJ | N922EV | ERI | DTW | 1.2 | 6/28/2018 13:29 | 6/28/2018 14:41 | FO | | 55602 |
| 4304 | 6/28/2018 | Thursday | CRJ | N922EV | DTW | MDT | 1.3166 | 6/28/2018 15:51 | 6/28/2018 17:10 | FO | | 55602 |
| 4304 | 6/28/2018 | Thursday | CRJ | N922EV | MDT | DTW | 1.3333 | 6/28/2018 17:57 | 6/28/2018 19:17 | FO | | 55602 |
| 4546 | 7/1/2018 | Sunday | CRJ | N8982A | DTW | DAY | 1.0166 | 7/1/2018 15:27 | 7/1/2018 16:28 | FO | | 55602 |
| 4722 | 7/1/2018 | Sunday | CRJ | N8982A | DAY | MSP | 2.2666 | 7/1/2018 17:22 | 7/1/2018 18:38 | FO | | 55602 |
| 4618 | 7/1/2018 | Sunday | CRJ | N931EV | MSP | SBN | 1.3333 | 7/1/2018 20:10 | 7/1/2018 22:30 | FO | | 55602 |
| 4520 | 7/2/2018 | Monday | CRJ | N921EV | SBN | MSP | 1.6333 | 7/2/2018 13:01 | 7/2/2018 13:39 | FO | | 55602 |
| 4751 | 7/2/2018 | Monday | CRJ | N921EV | MSP | GFK | 1.2833 | 7/2/2018 15:47 | 7/2/2018 17:04 | FO | | 55602 |
| 4751 | 7/2/2018 | Monday | CRJ | N921EV | GFK | MSP | 1.35 | 7/2/2018 17:23 | 7/2/2018 18:44 | FO | | 55602 |
| 4296 | 7/2/2018 | Monday | CRJ | N921EV | MSP | LSE | 0.85 | 7/2/2018 20:31 | 7/2/2018 21:22 | FO | | 55602 |
| 4294 | 7/3/2018 | Tuesday | CRJ | N921EV | LSE | MSP | 1.0333 | 7/3/2018 11:04 | 7/3/2018 12:06 | FO | | 55602 |
| 4451 | 7/3/2018 | Tuesday | CRJ | N438SW | MSP | BMI | 1.6 | 7/3/2018 12:48 | 7/3/2018 14:24 | FO | | 55602 |
| 4469 | 7/3/2018 | Tuesday | CRJ | N438SW | BMI | MSP | 1.7 | 7/3/2018 14:54 | 7/3/2018 16:36 | FO | | 55602 |
| 4618 | 7/3/2018 | Tuesday | CRJ | N441SW | MSP | SBN | 1.5833 | 7/3/2018 20:10 | 7/3/2018 22:45 | FO | | 55602 |
| 4520 | 7/4/2018 | Wednesday | CRJ | N441SW | SBN | MSP | 1.65 | 7/4/2018 13:01 | 7/4/2018 13:40 | FO | | 55602 |
| 7437 | 7/4/2018 | Wednesday | CRJ | N923EV | MSP | IMT | 1.2166 | 7/4/2018 15:03 | 7/4/2018 16:16 | FO | | 55602 |
| 4224 | 7/4/2018 | Wednesday | CRJ | N923EV | IMT | DTW | 1.35 | 7/4/2018 16:39 | 7/4/2018 19:00 | FO | | 55602 |
| 4445 | 7/8/2018 | Sunday | CRJ | N442SW | CVG | CLT | 1.4166 | 7/8/2018 17:46 | 7/8/2018 19:11 | FO | | 55602 |
| 4445 | 7/8/2018 | Sunday | CRJ | N442SW | CLT | CVG | 1.3166 | 7/8/2018 19:42 | 7/8/2018 21:01 | FO | | 55602 |
| 4639 | 7/9/2018 | Monday | CRJ | N675BR | CVG | CLT | 1.5 | 7/9/2018 14:17 | 7/9/2018 15:47 | FO | | 55602 |
| 4639 | 7/9/2018 | Monday | CRJ | N675BR | CLT | CVG | 1.4 | 7/9/2018 16:10 | 7/9/2018 17:34 | FO | | 55602 |
| 4445 | 7/9/2018 | Monday | CRJ | N675BR | CVG | CLT | 1.4166 | 7/9/2018 18:07 | 7/9/2018 19:32 | FO | | 55602 |
| 4445 | 7/9/2018 | Monday | CRJ | N675BR | CLT | CVG | 1.5333 | 7/9/2018 19:54 | 7/9/2018 21:26 | FO | | 55602 |
| 4889 | 7/10/2018 | Tuesday | CRJ | N675BR | CVG | STL | 1.1166 | 7/10/2018 11:08 | 7/10/2018 11:15 | FO | | 55602 |
| 4889 | 7/10/2018 | Tuesday | CRJ | N675BR | STL | CVG | 1.4666 | 7/10/2018 11:56 | 7/10/2018 14:24 | FO | | 55602 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4779 | 7/10/2018 | Tuesday | CRJ | N675BR | CVG | MCI | 1.8833 | 7/10/2018 15:04 | 7/10/2018 15:57 | FO | 55602 |
| 4779 | 7/10/2018 | Tuesday | CRJ | N675BR | MCI | CVG | 1.6833 | 7/10/2018 16:22 | 7/10/2018 19:03 | FO | 55602 |
| 4443 | 7/10/2018 | Tuesday | CRJ | N675BR | CVG | MKE | 1.2 | 7/10/2018 19:29 | 7/10/2018 19:41 | FO | 55602 |
| 4282 | 7/11/2018 | Wednesday | CRJ | N629BR | DTW | SWF | 1.55 | 7/11/2018 15:35 | 7/11/2018 17:08 | FO | 55602 |
| 4282 | 7/11/2018 | Wednesday | CRJ | N629BR | SWF | DTW | 1.6666 | 7/11/2018 17:33 | 7/11/2018 19:13 | FO | 55602 |
| 3874 | 7/15/2018 | Sunday | CRJ | N443SW | DTW | CID | 1.4166 | 7/15/2018 12:05 | 7/15/2018 12:30 | FO | 55602 |
| 4730 | 7/15/2018 | Sunday | CRJ | N443SW | CID | MSP | 1.1833 | 7/15/2018 13:03 | 7/15/2018 14:14 | FO | 55602 |
| 3720 | 7/15/2018 | Sunday | CRJ | N443SW | MSP | LAN | 1.3833 | 7/15/2018 15:01 | 7/15/2018 17:24 | FO | 55602 |
| 3720 | 7/15/2018 | Sunday | CRJ | N443SW | LAN | MSP | 1.6 | 7/15/2018 18:00 | 7/15/2018 18:36 | FO | 55602 |
| 3581 | 7/15/2018 | Sunday | CRJ | N443SW | MSP | ICT | 1.9166 | 7/15/2018 19:32 | 7/15/2018 21:27 | FO | 55602 |
| 4197 | 7/16/2018 | Monday | CRJ | N885AS | ICT | MSP | 1.6833 | 7/16/2018 13:58 | 7/16/2018 15:39 | FO | 55602 |
| 4956 | 7/16/2018 | Monday | CRJ | N885AS | MSP | FSD | 0.95 | 7/16/2018 16:33 | 7/16/2018 17:30 | FO | 55602 |
| 4956 | 7/16/2018 | Monday | CRJ | N885AS | FSD | MSP | 1.0166 | 7/16/2018 18:05 | 7/16/2018 19:06 | FO | 55602 |
| 7384 | 7/16/2018 | Monday | CRJ | N455CA | MSP | CIU | 1.3833 | 7/16/2018 20:41 | 7/16/2018 23:04 | FO | 55602 |
| 7409 | 7/17/2018 | Tuesday | CRJ | N439SW | CIU | DTW | 1.3833 | 7/17/2018 15:37 | 7/17/2018 17:00 | FO | 55602 |
| 3627 | 7/17/2018 | Tuesday | CRJ | N439SW | DTW | ERI | 0.7333 | 7/17/2018 17:33 | 7/17/2018 18:17 | FO | 55602 |
| 3666 | 7/18/2018 | Wednesday | CRJ | N439SW | ERI | DTW | 1.0333 | 7/18/2018 6:23 | 7/18/2018 7:25 | FO | 55602 |
| 3662 | 7/18/2018 | Wednesday | CRJ | N439SW | DTW | LAN | 0.8 | 7/18/2018 8:39 | 7/18/2018 9:27 | FO | 55602 |
| 3662 | 7/18/2018 | Wednesday | CRJ | N439SW | LAN | DTW | 0.65 | 7/18/2018 10:25 | 7/18/2018 11:04 | FO | 55602 |
| 4708 | 7/18/2018 | Wednesday | CRJ | N439SW | DTW | MDT | 1.2333 | 7/18/2018 12:07 | 7/18/2018 13:21 | FO | 55602 |
| 4708 | 7/18/2018 | Wednesday | CRJ | N439SW | MDT | DTW | 1.3833 | 7/18/2018 13:54 | 7/18/2018 15:17 | FO | 55602 |
| 3864 | 7/22/2018 | Sunday | CRJ | N882AS | DTW | PIA | 1.3666 | 7/22/2018 10:05 | 7/22/2018 10:27 | FO | 55602 |
| 4925 | 7/22/2018 | Sunday | CRJ | N882AS | PIA | ATL | 1.7333 | 7/22/2018 10:59 | 7/22/2018 13:43 | FO | 55602 |
| 3778 | 7/22/2018 | Sunday | CRJ | N882AS | ATL | MGM | 0.85 | 7/22/2018 14:57 | 7/22/2018 14:48 | FO | 55602 |
| 3778 | 7/22/2018 | Sunday | CRJ | N882AS | MGM | ATL | 1.3833 | 7/22/2018 15:09 | 7/22/2018 17:32 | FO | 55602 |
| 4824 | 7/22/2018 | Sunday | CRJ | N882AS | ATL | SBN | 1.8666 | 7/22/2018 18:12 | 7/22/2018 20:04 | FO | 55602 |
| 4574 | 7/23/2018 | Monday | CRJ | N8982A | SBN | ATL | 2.0833 | 7/23/2018 7:55 | 7/23/2018 10:00 | FO | 55602 |
| 4873 | 7/23/2018 | Monday | CRJ | N477CA | ATL | GNV | 1.3 | 7/23/2018 11:01 | 7/23/2018 12:19 | FO | 55602 |
| 4873 | 7/23/2018 | Monday | CRJ | N477CA | GNV | ATL | 1.4666 | 7/23/2018 12:43 | 7/23/2018 14:11 | FO | 55602 |
| 4927 | 7/23/2018 | Monday | CRJ | N477CA | ATL | PIA | 2.25 | 7/23/2018 14:49 | 7/23/2018 16:04 | FO | 55602 |
| 4928 | 7/24/2018 | Tuesday | CRJ | N885AS | PIA | ATL | 1.9166 | 7/24/2018 5:58 | 7/24/2018 8:53 | FO | 55602 |
| 4579 | 7/24/2018 | Tuesday | CRJ | N875AS | ATL | SBN | 1.7 | 7/24/2018 10:13 | 7/24/2018 11:55 | FO | 55602 |
| 4756 | 7/25/2018 | Wednesday | CRJ | N923EV | SBN | DTW | 1 | 7/25/2018 6:36 | 7/25/2018 7:36 | FO | 55602 |
| 4590 | 7/25/2018 | Wednesday | CRJ | N923EV | DTW | MBS | 0.85 | 7/25/2018 8:40 | 7/25/2018 9:31 | FO | 55602 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4590 | 7/25/2018 | Wednesday | CRJ | N923EV | MBS | DTW | 0.8166 | 7/25/2018 10:24 | 7/25/2018 11:13 | FO | 55602 |
| 3647 | 7/25/2018 | Wednesday | CRJ | N923EV | DTW | ERI | 1.1166 | 7/25/2018 12:06 | 7/25/2018 13:13 | FO | 55602 |
| 3647 | 7/25/2018 | Wednesday | CRJ | N923EV | ERI | DTW | 0.8333 | 7/25/2018 13:35 | 7/25/2018 14:25 | FO | 55602 |
| 3874 | 7/26/2018 | Thursday | CRJ | N922EV | DTW | CID | 1.7666 | 7/26/2018 12:05 | 7/26/2018 12:51 | FO | 55602 |
| 4730 | 7/26/2018 | Thursday | CRJ | N922EV | CID | MSP | 1.2166 | 7/26/2018 13:14 | 7/26/2018 14:27 | FO | 55602 |
| 4467 | 7/29/2018 | Sunday | CRJ | N8828D | MSP | RAP | 1.7 | 7/29/2018 17:54 | 7/29/2018 18:36 | FO | 55602 |
| 4541 | 7/30/2018 | Monday | CRJ | N8828D | RAP | SLC | 1.9166 | 7/30/2018 8:11 | 7/30/2018 10:06 | FO | 55602 |
| 7360 | 7/30/2018 | Monday | CRJ | N907SW | SLC | LWS | 1.7166 | 7/30/2018 12:57 | 7/30/2018 13:40 | FO | 55602 |
| 7360 | 7/30/2018 | Monday | CRJ | N907SW | LWS | SLC | 1.5333 | 7/30/2018 14:03 | 7/30/2018 16:35 | FO | 55602 |
| 7429 | 7/30/2018 | Monday | CRJ | N907SW | SLC | PIH | 0.9166 | 7/30/2018 17:03 | 7/30/2018 17:58 | FO | 55602 |
| 7428 | 7/31/2018 | Tuesday | CRJ | N907SW | PIH | SLC | 0.8333 | 7/31/2018 6:45 | 7/31/2018 7:35 | FO | 55602 |
| 4309 | 7/31/2018 | Tuesday | CRJ | N875AS | SLC | RAP | 1.8333 | 7/31/2018 9:34 | 7/31/2018 11:24 | FO | 55602 |
| 4584 | 7/31/2018 | Tuesday | CRJ | N875AS | RAP | MSP | 1.7333 | 7/31/2018 11:52 | 7/31/2018 14:36 | FO | 55602 |
| 7437 | 7/31/2018 | Tuesday | CRJ | N875AS | MSP | IMT | 1.1833 | 7/31/2018 15:08 | 7/31/2018 16:19 | FO | 55602 |
| 4224 | 7/31/2018 | Tuesday | CRJ | N875AS | IMT | DTW | 1.5166 | 7/31/2018 16:52 | 7/31/2018 19:23 | FO | 55602 |
| 3853 | 8/1/2018 | Wednesday | CR7 | N607SK | DTW | HPN | 1.8 | 8/1/2018 20:06 | 8/1/2018 21:54 | FO | 55602 |
| 3832 | 8/2/2018 | Thursday | CR7 | N607SK | HPN | DTW | 1.8333 | 8/2/2018 5:45 | 8/2/2018 7:35 | FO | 55602 |
| 3812 | 8/7/2018 | Tuesday | CRJ | N926EV | DTW | LEX | 1.2833 | 8/7/2018 11:58 | 8/7/2018 13:15 | FO | 55602 |
| 3812 | 8/7/2018 | Tuesday | CRJ | N926EV | LEX | DTW | 1.5 | 8/7/2018 13:37 | 8/7/2018 15:07 | FO | 55602 |
| 3779 | 8/7/2018 | Tuesday | CRJ | N926EV | DTW | SDF | 1.5333 | 8/7/2018 15:46 | 8/7/2018 17:18 | FO | 55602 |
| 3779 | 8/7/2018 | Tuesday | CRJ | N926EV | SDF | DTW | 1.5833 | 8/7/2018 17:38 | 8/7/2018 19:13 | FO | 55602 |
| 4212 | 8/7/2018 | Tuesday | CRJ | N926EV | DTW | MLI | 1.4833 | 8/7/2018 20:11 | 8/7/2018 20:40 | FO | 55602 |
| 4269 | 8/8/2018 | Wednesday | CRJ | N914EV | MLI | DTW | 1.5666 | 8/8/2018 16:49 | 8/8/2018 19:23 | FO | 55602 |
| 7408 | 8/8/2018 | Wednesday | CRJ | N856AS | DTW | PLN | 1 | 8/8/2018 20:18 | 8/8/2018 21:18 | FO | 55602 |
| 7408 | 8/8/2018 | Wednesday | CRJ | N856AS | PLN | APN | 0.5833 | 8/8/2018 21:40 | 8/8/2018 22:15 | FO | 55602 |
| 7367 | 8/9/2018 | Thursday | CRJ | N8965E | APN | DTW | 1.0333 | 8/9/2018 13:46 | 8/9/2018 14:48 | FO | 55602 |
| 3595 | 8/9/2018 | Thursday | CRJ | N8965E | DTW | CID | 1.5166 | 8/9/2018 15:30 | 8/9/2018 16:01 | FO | 55602 |
| 3595 | 8/9/2018 | Thursday | CRJ | N8965E | CID | DTW | 1.75 | 8/9/2018 16:28 | 8/9/2018 19:13 | FO | 55602 |
| 4532 | 8/12/2018 | Sunday | CR7 | N603SK | DTW | HPN | 1.55 | 8/12/2018 14:55 | 8/12/2018 16:28 | FO | 55602 |
| 4532 | 8/12/2018 | Sunday | CR7 | N603SK | HPN | DTW | 2.2666 | 8/12/2018 17:13 | 8/12/2018 19:29 | FO | 55602 |
| 3546 | 8/12/2018 | Sunday | CR9 | N689CA | DTW | OKC | 2.3166 | 8/12/2018 20:16 | 8/12/2018 21:35 | FO | 55602 |
| 4603 | 8/13/2018 | Monday | CR9 | N689CA | OKC | SLC | 2.3666 | 8/13/2018 8:46 | 8/13/2018 10:08 | FO | 55602 |
| 3678 | 8/13/2018 | Monday | CR9 | N689CA | SLC | BZN | 1.2833 | 8/13/2018 11:03 | 8/13/2018 12:20 | FO | 55602 |
| 3678 | 8/13/2018 | Monday | CR9 | N689CA | BZN | SLC | 1.3166 | 8/13/2018 13:04 | 8/13/2018 14:23 | FO | 55602 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3551 | 8/14/2018 | Tuesday | CR9 | N803SK | HLN | MSP | 2.65 | 8/14/2018 5:31 | 8/14/2018 9:10 | FO | 55602 |
| 4111 | 8/14/2018 | Tuesday | CR7 | N765SK | MSP | MDW | 1.65 | 8/14/2018 10:05 | 8/14/2018 11:44 | FO | 55602 |
| 4486 | 8/14/2018 | Tuesday | CR7 | N765SK | MDW | DTW | 1.1 | 8/14/2018 12:16 | 8/14/2018 14:22 | FO | 55602 |
| 4251 | 8/15/2018 | Wednesday | CRJ | N922EV | DTW | ABE | 1.4166 | 8/15/2018 20:26 | 8/15/2018 21:51 | FO | 55602 |
| 4250 | 8/16/2018 | Thursday | CRJ | N922EV | ABE | DTW | 1.6333 | 8/16/2018 5:49 | 8/16/2018 7:27 | FO | 55602 |
| 4174 | 8/16/2018 | Thursday | CR7 | N609SK | DTW | DAY | 1.2333 | 8/16/2018 20:34 | 8/16/2018 21:48 | FO | 55602 |
| 4652 | 8/17/2018 | Friday | CR7 | N609SK | DAY | DTW | 0.9666 | 8/17/2018 6:02 | 8/17/2018 7:00 | FO | 55602 |
| 3590 | 8/19/2018 | Sunday | CR9 | N549CA | DTW | GRR | 0.9166 | 8/19/2018 13:46 | 8/19/2018 14:41 | FO | 55602 |
| 3590 | 8/19/2018 | Sunday | CR9 | N549CA | GRR | DTW | 0.8333 | 8/19/2018 15:20 | 8/19/2018 16:10 | FO | 55602 |
| 4703 | 8/19/2018 | Sunday | CR7 | N767SK | DTW | LEX | 1.0166 | 8/19/2018 17:31 | 8/19/2018 18:32 | FO | 55602 |
| 4703 | 8/19/2018 | Sunday | CR7 | N767SK | LEX | DTW | 1.3 | 8/19/2018 19:15 | 8/19/2018 20:33 | FO | 55602 |
| 4777 | 8/19/2018 | Sunday | CR7 | N774SK | DTW | AZO | 0.8 | 8/19/2018 22:02 | 8/19/2018 22:50 | FO | 55602 |
| 4971 | 8/20/2018 | Monday | CR7 | N772SK | AZO | DTW | 0.7333 | 8/20/2018 18:55 | 8/20/2018 19:39 | FO | 55602 |
| 4796 | 8/20/2018 | Monday | CR7 | N772SK | DTW | MBS | 0.7666 | 8/20/2018 20:16 | 8/20/2018 21:02 | FO | 55602 |
| 4797 | 8/21/2018 | Tuesday | CR7 | N772SK | MBS | DTW | 0.8666 | 8/21/2018 8:12 | 8/21/2018 9:04 | FO | 55602 |
| 4789 | 8/21/2018 | Tuesday | CR7 | N772SK | DTW | PWM | 2.1333 | 8/21/2018 10:03 | 8/21/2018 12:11 | FO | 55602 |
| 4789 | 8/21/2018 | Tuesday | CR7 | N772SK | PWM | DTW | 2.1333 | 8/21/2018 12:42 | 8/21/2018 14:50 | FO | 55602 |
| 4745 | 8/21/2018 | Tuesday | CR7 | N772SK | DTW | MDW | 1.35 | 8/21/2018 15:52 | 8/21/2018 16:13 | FO | 55602 |
| 4745 | 8/21/2018 | Tuesday | CR7 | N772SK | MDW | DTW | 1 | 8/21/2018 16:39 | 8/21/2018 18:39 | FO | 55602 |
| 4983 | 8/22/2018 | Wednesday | CR9 | N803SK | DTW | MDT | 1.3166 | 8/22/2018 20:10 | 8/22/2018 21:29 | FO | 55602 |
| 4816 | 8/23/2018 | Thursday | CR9 | N803SK | MDT | DTW | 1.4333 | 8/23/2018 6:06 | 8/23/2018 7:32 | FO | 55602 |
| 4983 | 8/23/2018 | Thursday | CR9 | N820SK | DTW | MDT | 1.2333 | 8/23/2018 20:07 | 8/23/2018 21:21 | FO | 55602 |
| 4816 | 8/24/2018 | Friday | CR9 | N820SK | MDT | DTW | 1.3333 | 8/24/2018 6:07 | 8/24/2018 7:27 | FO | 55602 |
| 4786 | 8/26/2018 | Sunday | CRJ | N442SW | DTW | DAY | 0.8666 | 8/26/2018 12:09 | 8/26/2018 13:01 | FO | 55602 |
| 4786 | 8/26/2018 | Sunday | CRJ | N442SW | DAY | DTW | 0.9833 | 8/26/2018 13:37 | 8/26/2018 14:36 | FO | 55602 |
| 4802 | 8/26/2018 | Sunday | CRJ | N442SW | DTW | SDF | 1.2166 | 8/26/2018 15:48 | 8/26/2018 17:01 | FO | 55602 |
| 4802 | 8/26/2018 | Sunday | CRJ | N442SW | SDF | DTW | 1.4 | 8/26/2018 17:38 | 8/26/2018 19:02 | FO | 55602 |
| 7408 | 8/26/2018 | Sunday | CRJ | N442SW | DTW | PLN | 1.0666 | 8/26/2018 19:56 | 8/26/2018 21:00 | FO | 55602 |
| 7408 | 8/26/2018 | Sunday | CRJ | N442SW | PLN | APN | 0.4833 | 8/26/2018 21:21 | 8/26/2018 21:50 | FO | 55602 |
| 7368 | 8/27/2018 | Monday | CRJ | N919EV | DTW | ESC | 1.25 | 8/27/2018 15:46 | 8/27/2018 17:01 | FO | 55602 |
| 7368 | 8/27/2018 | Monday | CRJ | N919EV | ESC | DTW | 1.2833 | 8/27/2018 17:55 | 8/27/2018 19:12 | FO | 55602 |
| 4741 | 8/27/2018 | Monday | CRJ | N919EV | DTW | PIA | 1.2833 | 8/27/2018 20:11 | 8/27/2018 20:28 | FO | 55602 |
| 4815 | 8/28/2018 | Tuesday | CRJ | N885AS | PIA | DTW | 1.1666 | 8/28/2018 11:54 | 8/28/2018 14:04 | FO | 55602 |
| 4282 | 8/28/2018 | Tuesday | CRJ | N885AS | DTW | SWF | 1.4666 | 8/28/2018 15:28 | 8/28/2018 16:56 | FO | 55602 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4282 | 8/28/2018 | Tuesday | CRJ | N885AS | SWF | DTW | 1.6333 | 8/28/2018 17:28 | 8/28/2018 19:06 | FO | | 55602 |
| 4983 | 8/29/2018 | Wednesday | CR9 | N812SK | DTW | MDT | 1.4666 | 8/29/2018 20:10 | 8/29/2018 21:38 | FO | | 55602 |
| 4816 | 8/30/2018 | Thursday | CR9 | N812SK | MDT | DTW | 1.3 | 8/30/2018 6:13 | 8/30/2018 7:31 | FO | | 55602 |
| 4983 | 8/30/2018 | Thursday | CR9 | N815SK | DTW | MDT | 1.2 | 8/30/2018 20:08 | 8/30/2018 21:20 | FO | | 55602 |
| 4816 | 8/31/2018 | Friday | CR9 | N815SK | MDT | DTW | 1.2833 | 8/31/2018 6:08 | 8/31/2018 7:25 | FO | | 55602 |
| 4719 | 9/2/2018 | Sunday | CRJ | N8884E | DTW | MBS | 0.8333 | 9/2/2018 12:05 | 9/2/2018 12:55 | FO | | 55602 |
| 4719 | 9/2/2018 | Sunday | CRJ | N8884E | MBS | DTW | 0.7 | 9/2/2018 13:40 | 9/2/2018 14:22 | FO | | 55602 |
| 4257 | 9/2/2018 | Sunday | CRJ | N8884E | DTW | FWA | 0.7333 | 9/2/2018 15:39 | 9/2/2018 16:23 | FO | | 55602 |
| 4767 | 9/3/2018 | Monday | CRJ | N685BR | FWA | MSP | 1.6666 | 9/3/2018 7:01 | 9/3/2018 7:41 | FO | | 55602 |
| 4488 | 9/3/2018 | Monday | CRJ | N685BR | MSP | DAY | 1.8666 | 9/3/2018 9:43 | 9/3/2018 12:35 | FO | | 55602 |
| 4903 | 9/4/2018 | Tuesday | CRJ | N468CA | DAY | MSP | 2.2666 | 9/4/2018 6:56 | 9/4/2018 8:12 | FO | | 55602 |
| 3535 | 9/4/2018 | Tuesday | CRJ | N468CA | MSP | LNK | 1.6 | 9/4/2018 8:53 | 9/4/2018 10:29 | FO | | 55602 |
| 3534 | 9/5/2018 | Wednesday | CRJ | N885AS | LNK | MSP | 1.5333 | 9/5/2018 6:37 | 9/5/2018 8:09 | FO | | 55602 |
| 3665 | 9/5/2018 | Wednesday | CRJ | N885AS | MSP | BIS | 1.5333 | 9/5/2018 8:49 | 9/5/2018 10:21 | FO | | 55602 |
| 4457 | 9/5/2018 | Wednesday | CRJ | N885AS | BIS | MSP | 1.2666 | 9/5/2018 10:44 | 9/5/2018 12:00 | FO | | 55602 |
| 4941 | 9/5/2018 | Wednesday | CRJ | N885AS | MSP | CID | 1.1666 | 9/5/2018 12:44 | 9/5/2018 13:54 | FO | | 55602 |
| 4516 | 9/5/2018 | Wednesday | CRJ | N885AS | CID | DTW | 1.6 | 9/5/2018 14:21 | 9/5/2018 16:57 | FO | | 55602 |
| 3564 | 9/6/2018 | Thursday | CRJ | N477CA | DTW | AZO | 0.95 | 9/6/2018 8:42 | 9/6/2018 9:39 | FO | | 55602 |
| 3564 | 9/6/2018 | Thursday | CRJ | N477CA | AZO | DTW | 0.7666 | 9/6/2018 10:17 | 9/6/2018 11:03 | FO | | 55602 |
| 4281 | 9/6/2018 | Thursday | CRJ | N477CA | DTW | SWF | 1.5666 | 9/6/2018 11:54 | 9/6/2018 13:28 | FO | | 55602 |
| 4281 | 9/6/2018 | Thursday | CRJ | N477CA | SWF | DTW | 1.6333 | 9/6/2018 13:59 | 9/6/2018 15:37 | FO | | 55602 |
| 4626 | 9/6/2018 | Thursday | CRJ | N477CA | DTW | AZO | 0.6 | 9/6/2018 16:26 | 9/6/2018 17:02 | FO | | 55602 |
| 4626 | 9/6/2018 | Thursday | CRJ | N477CA | AZO | DTW | 0.6 | 9/6/2018 17:47 | 9/6/2018 18:23 | FO | | 55602 |
| 4445 | 9/9/2018 | Sunday | CRJ | N594SW | CVG | CLT | 1.4 | 9/9/2018 19:14 | 9/9/2018 20:38 | FO | | 55602 |
| 4445 | 9/9/2018 | Sunday | CRJ | N594SW | CLT | CVG | 1.55 | 9/9/2018 21:02 | 9/9/2018 22:35 | FO | | 55602 |
| 3719 | 9/10/2018 | Monday | CRJ | N463SW | CVG | CLT | 1.3833 | 9/10/2018 13:25 | 9/10/2018 14:48 | FO | | 55602 |
| 3719 | 9/10/2018 | Monday | CRJ | N463SW | CLT | CVG | 1.5166 | 9/10/2018 15:35 | 9/10/2018 17:06 | FO | | 55602 |
| 4445 | 9/10/2018 | Monday | CRJ | N463SW | CVG | CLT | 1.7333 | 9/10/2018 17:41 | 9/10/2018 19:25 | FO | | 55602 |
| 4445 | 9/10/2018 | Monday | CRJ | N463SW | CLT | CVG | 1.4166 | 9/10/2018 19:45 | 9/10/2018 21:10 | FO | | 55602 |
| 4779 | 9/11/2018 | Tuesday | CRJ | N594SW | CVG | MCI | 1.5833 | 9/11/2018 14:56 | 9/11/2018 15:31 | FO | | 55602 |
| 4779 | 9/11/2018 | Tuesday | CRJ | N594SW | MCI | CVG | 1.9 | 9/11/2018 16:17 | 9/11/2018 19:11 | FO | | 55602 |
| 4443 | 9/11/2018 | Tuesday | CRJ | N594SW | CVG | MKE | 1.1833 | 9/11/2018 19:40 | 9/11/2018 19:51 | FO | | 55602 |
| 4838 | 9/12/2018 | Wednesday | CRJ | N881AS | MSP | DAY | 1.7333 | 9/12/2018 15:01 | 9/12/2018 17:45 | FO | | 55602 |
| 4924 | 9/12/2018 | Wednesday | CRJ | N881AS | DAY | DTW | 1 | 9/12/2018 18:10 | 9/12/2018 19:10 | FO | | 55602 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4445 | 9/16/2018 | Sunday | CRJ | N461SW | CVG | CLT | 2.25 | 9/16/2018 17:36 | 9/16/2018 19:51 | FO | | 55602 |
| 4445 | 9/16/2018 | Sunday | CRJ | N461SW | CLT | CVG | 1.2333 | 9/16/2018 20:15 | 9/16/2018 21:29 | FO | | 55602 |
| 3719 | 9/17/2018 | Monday | CRJ | N923EV | CVG | CLT | 1.3666 | 9/17/2018 14:18 | 9/17/2018 15:40 | FO | | 55602 |
| 3719 | 9/17/2018 | Monday | CRJ | N923EV | CLT | CVG | 1.2833 | 9/17/2018 16:05 | 9/17/2018 17:22 | FO | | 55602 |
| 4445 | 9/17/2018 | Monday | CRJ | N923EV | CVG | CLT | 1.5166 | 9/17/2018 17:46 | 9/17/2018 19:17 | FO | | 55602 |
| 4445 | 9/17/2018 | Monday | CRJ | N923EV | CLT | CVG | 1.2166 | 9/17/2018 20:31 | 9/17/2018 21:44 | FO | | 55602 |
| 4779 | 9/18/2018 | Tuesday | CRJ | N594SW | CVG | MCI | 1.6 | 9/18/2018 15:02 | 9/18/2018 15:38 | FO | | 55602 |
| 4779 | 9/18/2018 | Tuesday | CRJ | N594SW | MCI | CVG | 1.8666 | 9/18/2018 16:12 | 9/18/2018 19:04 | FO | | 55602 |
| 4443 | 9/18/2018 | Tuesday | CRJ | N923EV | CVG | MKE | 1.2166 | 9/18/2018 19:57 | 9/18/2018 20:10 | FO | | 55602 |
| 7410 | 9/19/2018 | Wednesday | CRJ | N427SW | DTW | CIU | 1.2166 | 9/19/2018 13:45 | 9/19/2018 14:58 | FO | | 55602 |
| 7409 | 9/19/2018 | Wednesday | CRJ | N427SW | CIU | DTW | 1.1666 | 9/19/2018 15:25 | 9/19/2018 16:35 | FO | | 55602 |
| 3785 | 9/19/2018 | Wednesday | CRJ | N427SW | DTW | LEX | 1.3 | 9/19/2018 17:32 | 9/19/2018 18:50 | FO | | 55602 |
| 3785 | 9/19/2018 | Wednesday | CRJ | N427SW | LEX | DTW | 1.4166 | 9/19/2018 19:10 | 9/19/2018 20:35 | FO | | 55602 |
| 3822 | 9/20/2018 | Thursday | CRJ | N498CA | DTW | MDT | 1.5 | 9/20/2018 9:52 | 9/20/2018 11:22 | FO | | 55602 |
| 3822 | 9/20/2018 | Thursday | CRJ | N498CA | MDT | DTW | 1.6333 | 9/20/2018 11:43 | 9/20/2018 13:21 | FO | | 55602 |
| 7410 | 9/20/2018 | Thursday | CRJ | N498CA | DTW | CIU | 1.1833 | 9/20/2018 13:53 | 9/20/2018 15:04 | FO | | 55602 |
| 7409 | 9/20/2018 | Thursday | CRJ | N498CA | CIU | DTW | 1.3 | 9/20/2018 15:25 | 9/20/2018 16:43 | FO | | 55602 |
| 3804 | 9/20/2018 | Thursday | CRJ | N498CA | DTW | LAN | 0.7 | 9/20/2018 17:26 | 9/20/2018 18:08 | FO | | 55602 |
| 3783 | 9/20/2018 | Thursday | CRJ | N498CA | LAN | DTW | 0.7333 | 9/20/2018 18:40 | 9/20/2018 19:24 | FO | | 55602 |
| 3657 | 9/23/2018 | Sunday | CRJ | N906SW | DTW | MDT | 1.5833 | 9/23/2018 15:31 | 9/23/2018 17:06 | FO | | 55602 |
| 3657 | 9/23/2018 | Sunday | CRJ | N906SW | MDT | DTW | 1.4833 | 9/23/2018 17:30 | 9/23/2018 18:59 | FO | | 55602 |
| 4212 | 9/23/2018 | Sunday | CRJ | N906SW | DTW | MLI | 1.45 | 9/23/2018 20:26 | 9/23/2018 20:53 | FO | | 55602 |
| 4200 | 9/24/2018 | Monday | CRJ | N702BR | MLI | MSP | 1.15 | 9/24/2018 17:02 | 9/24/2018 18:11 | FO | | 55602 |
| 3794 | 9/24/2018 | Monday | CRJ | N702BR | MSP | LAN | 1.9666 | 9/24/2018 20:37 | 9/24/2018 23:35 | FO | | 55602 |
| 3809 | 9/25/2018 | Tuesday | CRJ | N440SW | LAN | DTW | 0.8666 | 9/25/2018 13:32 | 9/25/2018 14:24 | FO | | 55602 |
| 4257 | 9/25/2018 | Tuesday | CRJ | N440SW | DTW | FWA | 1.0333 | 9/25/2018 15:36 | 9/25/2018 16:38 | FO | | 55602 |
| 3597 | 9/25/2018 | Tuesday | CRJ | N440SW | FWA | ATL | 2.0166 | 9/25/2018 17:07 | 9/25/2018 19:08 | FO | | 55602 |
| 4530 | 9/25/2018 | Tuesday | CRJ | N440SW | ATL | SBN | 2.0333 | 9/25/2018 19:58 | 9/25/2018 22:00 | FO | | 55602 |
| 4724 | 9/26/2018 | Wednesday | CRJ | N8903A | SBN | DTW | 0.8166 | 9/26/2018 10:10 | 9/26/2018 10:59 | FO | | 55602 |
| 4281 | 9/26/2018 | Wednesday | CRJ | N8903A | DTW | SWF | 1.6166 | 9/26/2018 11:56 | 9/26/2018 13:33 | FO | | 55602 |
| 4281 | 9/26/2018 | Wednesday | CRJ | N8903A | SWF | DTW | 1.6333 | 9/26/2018 17:16 | 9/26/2018 18:54 | FO | | 55602 |
| 3669 | 9/27/2018 | Thursday | CRJ | N885AS | DTW | SDF | 1.2666 | 9/27/2018 8:22 | 9/27/2018 9:38 | FO | | 55602 |
| 3669 | 9/27/2018 | Thursday | CRJ | N885AS | SDF | DTW | 1.25 | 9/27/2018 10:05 | 9/27/2018 11:20 | FO | | 55602 |
| 3641 | 9/27/2018 | Thursday | CRJ | N601XJ | DTW | GSP | 1.7333 | 9/27/2018 14:12 | 9/27/2018 15:56 | FO | | 55602 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3736 | 9/27/2018 | Thursday | CRJ | N601XJ | GSP | DTW | 1.6333 | 9/27/2018 16:53 | 9/27/2018 18:31 | FO | 55602 |
| 4251 | 9/30/2018 | Sunday | CRJ | N944SW | DTW | ABE | 1.2666 | 9/30/2018 20:09 | 9/30/2018 21:25 | FO | 55602 |
| 4305 | 10/1/2018 | Monday | CRJ | N944SW | ABE | DTW | 1.8 | 10/1/2018 6:00 | 10/1/2018 7:48 | FO | 55602 |
| 7408 | 10/1/2018 | Monday | CRJ | N809CA | DTW | PLN | 1.3333 | 10/1/2018 19:52 | 10/1/2018 21:12 | FO | 55602 |
| 7369 | 10/2/2018 | Tuesday | CRJ | N809CA | PLN | DTW | 1.25 | 10/2/2018 6:30 | 10/2/2018 7:45 | FO | 55602 |
| 4136 | 10/2/2018 | Tuesday | CRJ | N906SW | DTW | MDT | 1.15 | 10/2/2018 20:13 | 10/2/2018 21:22 | FO | 55602 |
| 4121 | 10/3/2018 | Wednesday | CRJ | N906SW | MDT | DTW | 1.4166 | 10/3/2018 5:57 | 10/3/2018 7:22 | FO | 55602 |
| 3868 | 10/3/2018 | Wednesday | CRJ | N477CA | DTW | ERI | 0.85 | 10/3/2018 20:21 | 10/3/2018 21:12 | FO | 55602 |
| 3871 | 10/4/2018 | Thursday | CRJ | N477CA | ERI | DTW | 1 | 10/4/2018 6:23 | 10/4/2018 7:23 | FO | 55602 |
| 4309 | 10/8/2018 | Monday | CRJ | N447SW | DTW | SCE | 1.0333 | 10/8/2018 22:01 | 10/8/2018 23:03 | FO | 55602 |
| 4317 | 10/9/2018 | Tuesday | CRJ | N447SW | SCE | DTW | 1.1 | 10/9/2018 6:06 | 10/9/2018 7:12 | FO | 55602 |
| 4148 | 10/9/2018 | Tuesday | CR9 | N806SK | DTW | CAK | 0.75 | 10/9/2018 21:58 | 10/9/2018 22:43 | FO | 55602 |
| 4196 | 10/10/2018 | Wednesday | CR9 | N806SK | CAK | DTW | 0.8666 | 10/10/2018 6:00 | 10/10/2018 6:52 | FO | 55602 |
| 3600 | 10/10/2018 | Wednesday | CR7 | N614SK | DTW | LIT | 2.1333 | 10/10/2018 20:57 | 10/10/2018 22:05 | FO | 55602 |
| 3749 | 10/11/2018 | Thursday | CR7 | N614SK | LIT | DTW | 1.8333 | 10/11/2018 6:01 | 10/11/2018 8:51 | FO | 55602 |
| 3560 | 10/14/2018 | Sunday | CR9 | N807SK | BOS | JAX | 2.6833 | 10/14/2018 15:49 | 10/14/2018 18:30 | FO | 55602 |
| 3594 | 10/14/2018 | Sunday | CR9 | N807SK | JAX | BOS | 2.9333 | 10/14/2018 19:15 | 10/14/2018 22:11 | FO | 55602 |
| 3560 | 10/16/2018 | Tuesday | CR9 | N692CA | BOS | JAX | 2.7833 | 10/16/2018 15:49 | 10/16/2018 18:36 | FO | 55602 |
| 3594 | 10/16/2018 | Tuesday | CR9 | N692CA | JAX | BOS | 2.5 | 10/16/2018 19:14 | 10/16/2018 21:44 | FO | 55602 |
| 3723 | 10/17/2018 | Wednesday | CR7 | N641CA | DTW | CID | 1.6333 | 10/17/2018 15:36 | 10/17/2018 16:14 | FO | 55602 |
| 3723 | 10/17/2018 | Wednesday | CR7 | N641CA | CID | DTW | 1.3833 | 10/17/2018 16:39 | 10/17/2018 19:02 | FO | 55602 |
| 4301 | 10/21/2018 | Sunday | CRJ | N685BR | DTW | ABE | 1.45 | 10/21/2018 20:07 | 10/21/2018 21:34 | FO | 55602 |
| 4305 | 10/22/2018 | Monday | CRJ | N685BR | ABE | DTW | 1.7833 | 10/22/2018 5:56 | 10/22/2018 7:43 | FO | 55602 |
| 3868 | 10/22/2018 | Monday | CRJ | N506CA | DTW | ERI | 0.8666 | 10/22/2018 20:26 | 10/22/2018 21:18 | FO | 55602 |
| 3871 | 10/23/2018 | Tuesday | CRJ | N506CA | ERI | DTW | 1.0833 | 10/23/2018 6:31 | 10/23/2018 7:36 | FO | 55602 |
| 3600 | 10/23/2018 | Tuesday | CR7 | N607SK | DTW | LIT | 1.8666 | 10/23/2018 20:41 | 10/23/2018 21:33 | FO | 55602 |
| 3749 | 10/24/2018 | Wednesday | CR7 | N607SK | LIT | DTW | 1.75 | 10/24/2018 6:00 | 10/24/2018 8:45 | FO | 55602 |
| 4309 | 10/24/2018 | Wednesday | CRJ | N447SW | DTW | SCE | 1.0333 | 10/24/2018 21:57 | 10/24/2018 22:59 | FO | 55602 |
| 4317 | 10/25/2018 | Thursday | CRJ | N447SW | SCE | DTW | 1.3 | 10/25/2018 6:11 | 10/25/2018 7:29 | FO | 55602 |
| 7427 | 10/28/2018 | Sunday | CRJ | N913EV | DTW | ITH | 1.2 | 10/28/2018 11:30 | 10/28/2018 12:42 | FO | 55602 |
| 7427 | 10/28/2018 | Sunday | CRJ | N913EV | ITH | DTW | 1.75 | 10/28/2018 13:10 | 10/28/2018 14:55 | FO | 55602 |
| 7368 | 10/28/2018 | Sunday | CRJ | N913EV | DTW | ESC | 1.25 | 10/28/2018 15:46 | 10/28/2018 17:01 | FO | 55602 |
| 7368 | 10/28/2018 | Sunday | CRJ | N913EV | ESC | DTW | 1.2 | 10/28/2018 17:34 | 10/28/2018 18:46 | FO | 55602 |
| 4884 | 10/28/2018 | Sunday | CRJ | N913EV | DTW | YOW | 1.6333 | 10/28/2018 20:00 | 10/28/2018 21:38 | FO | 55602 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4871 | 10/30/2018 | Tuesday | CRJ | N460SW | YOW | DTW | 2 | 10/30/2018 5:47 | 10/30/2018 7:47 | FO | 55602 |
| 4590 | 10/30/2018 | Tuesday | CRJ | N460SW | DTW | MBS | 0.8333 | 10/30/2018 8:36 | 10/30/2018 9:26 | FO | 55602 |
| 4590 | 10/30/2018 | Tuesday | CRJ | N460SW | MBS | DTW | 0.8166 | 10/30/2018 10:09 | 10/30/2018 10:58 | FO | 55602 |
| 7369 | 10/31/2018 | Wednesday | CRJ | N935SW | APN | PLN | 0.7 | 10/31/2018 5:10 | 10/31/2018 5:52 | FO | 55602 |
| 7369 | 10/31/2018 | Wednesday | CRJ | N935SW | PLN | DTW | 1.65 | 10/31/2018 6:31 | 10/31/2018 8:10 | FO | 55602 |
| 3850 | 10/31/2018 | Wednesday | CR7 | N768SK | DTW | LEX | 1.2666 | 10/31/2018 20:59 | 10/31/2018 22:15 | FO | 55602 |
| 3845 | 11/1/2018 | Thursday | CR7 | N768SK | LEX | DTW | 1.05 | 11/1/2018 6:11 | 11/1/2018 7:14 | FO | 55602 |
| 4636 | 11/5/2018 | Monday | CRJ | N463SW | DTW | CAK | 0.9333 | 11/5/2018 8:31 | 11/5/2018 9:27 | FO | 55602 |
| 4636 | 11/5/2018 | Monday | CRJ | N463SW | CAK | DTW | 0.8833 | 11/5/2018 9:55 | 11/5/2018 10:48 | FO | 55602 |
| 4313 | 11/5/2018 | Monday | CRJ | N463SW | DTW | SWF | 1.4833 | 11/5/2018 12:09 | 11/5/2018 13:38 | FO | 55602 |
| 4313 | 11/5/2018 | Monday | CRJ | N463SW | SWF | DTW | 1.7833 | 11/5/2018 14:38 | 11/5/2018 16:25 | FO | 55602 |
| 4483 | 11/6/2018 | Tuesday | CRJ | N442SW | SBN | MSP | 1.9333 | 11/6/2018 7:14 | 11/6/2018 8:10 | FO | 55602 |
| 3894 | 11/6/2018 | Tuesday | CRJ | N602XJ | MSP | LAN | 1.45 | 11/6/2018 9:55 | 11/6/2018 12:22 | FO | 55602 |
| 3836 | 11/7/2018 | Wednesday | CRJ | N923EV | LAN | DTW | 0.8166 | 11/7/2018 5:24 | 11/7/2018 6:13 | FO | 55602 |
| 4648 | 11/7/2018 | Wednesday | CRJ | N923EV | DTW | LEX | 1.3666 | 11/7/2018 8:18 | 11/7/2018 9:40 | FO | 55602 |
| 4648 | 11/7/2018 | Wednesday | CRJ | N923EV | LEX | DTW | 1.25 | 11/7/2018 10:12 | 11/7/2018 11:27 | FO | 55602 |
| 4734 | 11/7/2018 | Wednesday | CRJ | N923EV | DTW | SBN | 1 | 11/7/2018 12:26 | 11/7/2018 13:26 | FO | 55602 |
| 4756 | 11/8/2018 | Thursday | CRJ | N602XJ | SBN | DTW | 0.9166 | 11/8/2018 6:30 | 11/8/2018 7:25 | FO | 55602 |
| 4526 | 11/8/2018 | Thursday | CRJ | N602XJ | DTW | MDT | 1.35 | 11/8/2018 9:51 | 11/8/2018 11:12 | FO | 55602 |
| 4526 | 11/8/2018 | Thursday | CRJ | N602XJ | MDT | DTW | 1.3833 | 11/8/2018 11:39 | 11/8/2018 13:02 | FO | 55602 |
| 4724 | 11/13/2018 | Tuesday | CRJ | N455CA | DTW | SBN | 0.95 | 11/13/2018 8:28 | 11/13/2018 9:25 | FO | 55602 |
| 4756 | 11/14/2018 | Wednesday | CRJ | N702BR | SBN | DTW | 1.1666 | 11/14/2018 6:20 | 11/14/2018 7:30 | FO | 55602 |
| 3624 | 11/14/2018 | Wednesday | CRJ | N702BR | DTW | DAY | 1.4666 | 11/14/2018 8:25 | 11/14/2018 9:53 | FO | 55602 |
| 3624 | 11/14/2018 | Wednesday | CRJ | N702BR | DAY | DTW | 0.9166 | 11/14/2018 10:12 | 11/14/2018 11:07 | FO | 55602 |
| 4734 | 11/14/2018 | Wednesday | CRJ | N702BR | DTW | SBN | 0.9 | 11/14/2018 12:25 | 11/14/2018 13:19 | FO | 55602 |
| 4574 | 11/15/2018 | Thursday | CRJ | N463SW | SBN | ATL | 3.4 | 11/15/2018 8:46 | 11/15/2018 12:10 | FO | 55602 |
| 3695 | 11/15/2018 | Thursday | CRJ | N463SW | ATL | AVL | 1 | 11/15/2018 13:02 | 11/15/2018 14:02 | FO | 55602 |
| 3695 | 11/15/2018 | Thursday | CRJ | N463SW | AVL | ATL | 1.1666 | 11/15/2018 14:27 | 11/15/2018 15:37 | FO | 55602 |
| 3616 | 11/15/2018 | Thursday | CRJ | N463SW | ATL | SBN | 1.7833 | 11/15/2018 16:07 | 11/15/2018 17:54 | FO | 55602 |
| 4540 | 11/15/2018 | Thursday | CRJ | N463SW | SBN | DTW | 1.3333 | 11/15/2018 18:15 | 11/15/2018 19:35 | FO | 55602 |
| 3778 | 11/18/2018 | Sunday | CRJ | N460SW | DTW | ATW | 1.4833 | 11/18/2018 12:23 | 11/18/2018 12:52 | FO | 55602 |
| 3729 | 11/18/2018 | Sunday | CRJ | N460SW | ATW | MSP | 1.0833 | 11/18/2018 13:17 | 11/18/2018 14:22 | FO | 55602 |
| 7437 | 11/18/2018 | Sunday | CRJ | N921EV | MSP | IMT | 0.9333 | 11/18/2018 15:27 | 11/18/2018 16:23 | FO | 55602 |
| 7386 | 11/18/2018 | Sunday | CRJ | N921EV | IMT | DTW | 1.15 | 11/18/2018 16:54 | 11/18/2018 19:03 | FO | 55602 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4754 | 11/18/2018 | Sunday | CRJ | N702BR | DTW | SBN | 1.0833 | 11/18/2018 20:38 | 11/18/2018 21:43 | FO | | 55602 |
| 4822 | 11/19/2018 | Monday | CRJ | N878AS | SBN | ATL | 2.1333 | 11/19/2018 17:06 | 11/19/2018 19:14 | FO | | 55602 |
| 4530 | 11/19/2018 | Monday | CRJ | N498CA | ATL | SBN | 1.7333 | 11/19/2018 20:06 | 11/19/2018 21:50 | FO | | 55602 |
| 4822 | 11/20/2018 | Tuesday | CRJ | N979EV | SBN | ATL | 2.2833 | 11/20/2018 17:12 | 11/20/2018 19:29 | FO | | 55602 |
| 4530 | 11/20/2018 | Tuesday | CRJ | N979EV | ATL | SBN | 1.9333 | 11/20/2018 20:08 | 11/20/2018 22:04 | FO | | 55602 |
| 4724 | 11/21/2018 | Wednesday | CRJ | N915EV | SBN | DTW | 1.0333 | 11/21/2018 10:13 | 11/21/2018 11:15 | FO | | 55602 |
| 4313 | 11/21/2018 | Wednesday | CRJ | N917EV | DTW | SWF | 1.5166 | 11/21/2018 12:13 | 11/21/2018 13:44 | FO | | 55602 |
| 4313 | 11/21/2018 | Wednesday | CRJ | N917EV | SWF | DTW | 1.8166 | 11/21/2018 14:40 | 11/21/2018 16:29 | FO | | 55602 |
| 3593 | 11/26/2018 | Monday | CRJ | N446SW | DTW | LAN | 1.25 | 11/26/2018 9:25 | 11/26/2018 10:40 | FO | | 55602 |
| 3593 | 11/26/2018 | Monday | CRJ | N446SW | LAN | DTW | 0.9166 | 11/26/2018 11:14 | 11/26/2018 12:09 | FO | | 55602 |
| 4313 | 11/26/2018 | Monday | CRJ | N446SW | DTW | SWF | 1.7 | 11/26/2018 12:42 | 11/26/2018 14:24 | FO | | 55602 |
| 4313 | 11/26/2018 | Monday | CRJ | N446SW | SWF | DTW | 1.9166 | 11/26/2018 14:47 | 11/26/2018 16:42 | FO | | 55602 |
| 4129 | 11/26/2018 | Monday | CRJ | N446SW | DTW | SBN | 1.1 | 11/26/2018 17:39 | 11/26/2018 18:45 | FO | | 55602 |
| 4648 | 11/27/2018 | Tuesday | CRJ | N863AS | SBN | ATL | 1.95 | 11/27/2018 7:53 | 11/27/2018 9:50 | FO | | 55602 |
| 3574 | 11/27/2018 | Tuesday | CRJ | N863AS | ATL | FAY | 1.2833 | 11/27/2018 11:01 | 11/27/2018 12:18 | FO | | 55602 |
| 3574 | 11/27/2018 | Tuesday | CRJ | N863AS | FAY | ATL | 1.5833 | 11/27/2018 12:46 | 11/27/2018 14:21 | FO | | 55602 |
| 4905 | 11/27/2018 | Tuesday | CRJ | N8884E | ATL | SBN | 2.2333 | 11/27/2018 15:41 | 11/27/2018 17:55 | FO | | 55602 |
| 4936 | 11/28/2018 | Wednesday | CRJ | N455CA | SBN | ATL | 2.1833 | 11/28/2018 5:57 | 11/28/2018 8:08 | FO | | 55602 |
| 3564 | 11/28/2018 | Wednesday | CRJ | N455CA | ATL | FWA | 1.8666 | 11/28/2018 9:40 | 11/28/2018 11:32 | FO | | 55602 |
| 4305 | 11/29/2018 | Thursday | CRJ | N437SW | FWA | DTW | 1.1166 | 11/29/2018 6:30 | 11/29/2018 7:37 | FO | | 55602 |
| 7435 | 11/29/2018 | Thursday | CRJ | N463SW | DTW | BGM | 1.6166 | 11/29/2018 9:57 | 11/29/2018 11:34 | FO | | 55602 |
| 7435 | 11/29/2018 | Thursday | CRJ | N463SW | BGM | DTW | 1.7166 | 11/29/2018 12:18 | 11/29/2018 14:01 | FO | | 55602 |
| 7369 | 12/3/2018 | Monday | CRJ | N440SW | APN | PLN | 1.85 | 12/3/2018 7:28 | 12/3/2018 9:19 | FO | | 55602 |
| 7369 | 12/3/2018 | Monday | CRJ | N440SW | PLN | DTW | 1.4166 | 12/3/2018 9:34 | 12/3/2018 10:59 | FO | | 55602 |
| 4791 | 12/3/2018 | Monday | CRJ | N440SW | DTW | SBN | 0.9333 | 12/3/2018 11:26 | 12/3/2018 12:22 | FO | | 55602 |
| 4648 | 12/4/2018 | Tuesday | CRJ | N418SW | SBN | ATL | 1.9833 | 12/4/2018 7:58 | 12/4/2018 9:57 | FO | | 55602 |
| 3574 | 12/4/2018 | Tuesday | CRJ | N418SW | ATL | FAY | 1.2666 | 12/4/2018 11:02 | 12/4/2018 12:18 | FO | | 55602 |
| 3574 | 12/4/2018 | Tuesday | CRJ | N418SW | FAY | ATL | 1.8333 | 12/4/2018 12:45 | 12/4/2018 14:35 | FO | | 55602 |
| 4905 | 12/4/2018 | Tuesday | CRJ | N882AS | ATL | SBN | 1.8333 | 12/4/2018 15:40 | 12/4/2018 17:30 | FO | | 55602 |
| 4847 | 12/5/2018 | Wednesday | CRJ | N882AS | SBN | MSP | 2.1166 | 12/5/2018 8:49 | 12/5/2018 9:56 | FO | | 55602 |
| 4784 | 12/5/2018 | Wednesday | CRJ | N433SW | MSP | RST | 1.1166 | 12/5/2018 11:08 | 12/5/2018 12:15 | FO | | 55602 |
| 4784 | 12/5/2018 | Wednesday | CRJ | N433SW | RST | MSP | 0.8 | 12/5/2018 12:49 | 12/5/2018 13:37 | FO | | 55602 |
| 7437 | 12/5/2018 | Wednesday | CRJ | N433SW | MSP | IMT | 1.2 | 12/5/2018 14:49 | 12/5/2018 16:01 | FO | | 55602 |
| 4300 | 12/5/2018 | Wednesday | CRJ | N433SW | IMT | DTW | 1.65 | 12/5/2018 16:38 | 12/5/2018 19:17 | FO | | 55602 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4842 | 12/9/2018 | Sunday | CRJ | N863AS | DTW | MDT | 1.6666 | 12/9/2018 10:10 | 12/9/2018 11:50 | FO | 55602 |
| 4842 | 12/9/2018 | Sunday | CRJ | N863AS | MDT | DTW | 1.5 | 12/9/2018 13:07 | 12/9/2018 14:37 | FO | 55602 |
| 7420 | 12/9/2018 | Sunday | CRJ | N863AS | DTW | BGM | 1.3 | 12/9/2018 16:06 | 12/9/2018 17:24 | FO | 55602 |
| 7400 | 12/10/2018 | Monday | CRJ | N863AS | BGM | DTW | 1.8166 | 12/10/2018 5:50 | 12/10/2018 7:39 | FO | 55602 |
| 4791 | 12/10/2018 | Monday | CRJ | N863AS | DTW | SBN | 1.2833 | 12/10/2018 8:50 | 12/10/2018 10:07 | FO | 55602 |
| 4648 | 12/11/2018 | Tuesday | CRJ | N931EV | SBN | ATL | 2.2 | 12/11/2018 7:47 | 12/11/2018 9:59 | FO | 55602 |
| 3574 | 12/11/2018 | Tuesday | CRJ | N454SW | ATL | FAY | 1.4666 | 12/11/2018 12:26 | 12/11/2018 13:54 | FO | 55602 |
| 3574 | 12/11/2018 | Tuesday | CRJ | N454SW | FAY | ATL | 1.3333 | 12/11/2018 14:20 | 12/11/2018 15:40 | FO | 55602 |
| 4905 | 12/11/2018 | Tuesday | CRJ | N454SW | ATL | SBN | 2.1833 | 12/11/2018 16:15 | 12/11/2018 18:26 | FO | 55602 |
| 4847 | 12/12/2018 | Wednesday | CRJ | N441SW | SBN | MSP | 1.5833 | 12/12/2018 8:47 | 12/12/2018 9:22 | FO | 55602 |
| 4784 | 12/12/2018 | Wednesday | CRJ | N906SW | MSP | RST | 1.4333 | 12/12/2018 11:13 | 12/12/2018 12:39 | FO | 55602 |
| 4784 | 12/12/2018 | Wednesday | CRJ | N906SW | RST | MSP | 1 | 12/12/2018 13:03 | 12/12/2018 14:03 | FO | 55602 |
| 7437 | 12/12/2018 | Wednesday | CRJ | N906SW | MSP | IMT | 1.4333 | 12/12/2018 14:50 | 12/12/2018 16:16 | FO | 55602 |
| 4300 | 12/12/2018 | Wednesday | CRJ | N906SW | IMT | DTW | 1.6333 | 12/12/2018 16:53 | 12/12/2018 19:31 | FO | 55602 |
| 4301 | 12/17/2018 | Monday | CRJ | N917EV | DTW | ABE | 1.9 | 12/17/2018 10:05 | 12/17/2018 11:59 | FO | 55602 |
| 4301 | 12/17/2018 | Monday | CRJ | N917EV | ABE | DTW | 2.1 | 12/17/2018 12:24 | 12/17/2018 14:30 | FO | 55602 |
| 7434 | 12/17/2018 | Monday | CRJ | N917EV | DTW | ITH | 1.4166 | 12/17/2018 15:33 | 12/17/2018 16:58 | FO | 55602 |
| 7421 | 12/18/2018 | Tuesday | CRJ | N917EV | ITH | DTW | 2.0666 | 12/18/2018 5:46 | 12/18/2018 7:50 | FO | 55602 |
| 4594 | 12/18/2018 | Tuesday | CRJ | N917EV | DTW | AZO | 1.0333 | 12/18/2018 8:23 | 12/18/2018 9:25 | FO | 55602 |
| 4594 | 12/18/2018 | Tuesday | CRJ | N917EV | AZO | DTW | 1.25 | 12/18/2018 10:08 | 12/18/2018 11:23 | FO | 55602 |
| 3569 | 12/18/2018 | Tuesday | CRJ | N917EV | DTW | SBN | 1.0166 | 12/18/2018 12:05 | 12/18/2018 13:06 | FO | 55602 |
| 4648 | 12/19/2018 | Wednesday | CRJ | N913EV | SBN | ATL | 2.3833 | 12/19/2018 7:51 | 12/19/2018 10:14 | FO | 55602 |
| 3574 | 12/19/2018 | Wednesday | CRJ | N913EV | ATL | FAY | 1.3833 | 12/19/2018 11:07 | 12/19/2018 12:30 | FO | 55602 |
| 3574 | 12/19/2018 | Wednesday | CRJ | N913EV | FAY | ATL | 1.6333 | 12/19/2018 12:56 | 12/19/2018 14:34 | FO | 55602 |
| 4905 | 12/19/2018 | Wednesday | CRJ | N913EV | ATL | SBN | 1.8333 | 12/19/2018 15:40 | 12/19/2018 17:30 | FO | 55602 |
| 3737 | 12/20/2018 | Thursday | CRJ | N8968E | SBN | DTW | 1.2666 | 12/20/2018 9:53 | 12/20/2018 11:09 | FO | 55602 |
| 4314 | 12/20/2018 | Thursday | CRJ | N931EV | DTW | SWF | 1.8333 | 12/20/2018 12:34 | 12/20/2018 14:24 | FO | 55602 |
| 4314 | 12/20/2018 | Thursday | CRJ | N931EV | SWF | DTW | 1.85 | 12/20/2018 14:48 | 12/20/2018 16:39 | FO | 55602 |
| 3764 | 12/20/2018 | Thursday | CRJ | N931EV | DTW | LAN | 0.6333 | 12/20/2018 17:37 | 12/20/2018 18:15 | FO | 55602 |
| 3764 | 12/20/2018 | Thursday | CRJ | N931EV | LAN | DTW | 0.75 | 12/20/2018 18:54 | 12/20/2018 19:39 | FO | 55602 |
| 3576 | 12/25/2018 | Tuesday | CR9 | N807SK | ATL | BMI | 1.75 | 12/25/2018 17:43 | 12/25/2018 18:28 | FO | 55602 |
| 3585 | 12/26/2018 | Wednesday | CR9 | N807SK | BMI | ATL | 1.8166 | 12/26/2018 5:55 | 12/26/2018 8:44 | FO | 55602 |
| 3584 | 12/26/2018 | Wednesday | CR9 | N807SK | ATL | BMI | 1.7 | 12/26/2018 10:26 | 12/26/2018 11:08 | FO | 55602 |
| 3584 | 12/26/2018 | Wednesday | CR9 | N807SK | BMI | ATL | 1.6666 | 12/26/2018 12:00 | 12/26/2018 14:40 | FO | 55602 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3579 | 12/27/2018 | Thursday | CR7 | N770SK | DFW | DTW | 2.35 | 12/27/2018 10:33 | 12/27/2018 13:54 | FO | | 55602 |
| 4103 | 12/27/2018 | Thursday | CR9 | N807SK | DTW | GRR | 0.8166 | 12/27/2018 14:43 | 12/27/2018 15:32 | FO | | 55602 |
| 4103 | 12/27/2018 | Thursday | CR9 | N807SK | GRR | DTW | 0.8833 | 12/27/2018 16:03 | 12/27/2018 16:56 | FO | | 55602 |
| 4298 | 12/30/2018 | Sunday | CRJ | N452SW | DTW | FWA | 0.75 | 12/30/2018 20:33 | 12/30/2018 21:18 | FO | | 55602 |
| 4315 | 12/31/2018 | Monday | CRJ | N906SW | FWA | DTW | 0.85 | 12/31/2018 6:23 | 12/31/2018 7:14 | FO | | 55602 |
| 3546 | 12/31/2018 | Monday | CR9 | N812SK | DTW | OKC | 3.1166 | 12/31/2018 20:21 | 12/31/2018 22:28 | FO | | 55602 |
| 4565 | 1/1/2019 | Tuesday | CR9 | N804SK | OKC | SLC | 2.7 | 1/1/2019 18:02 | 1/1/2019 19:44 | FO | | 55602 |
| 4941 | 1/1/2019 | Tuesday | CR9 | N804SK | SLC | STL | 2.8166 | 1/1/2019 20:36 | 1/2/2019 0:25 | FO | | 55602 |
| 3761 | 1/2/2019 | Wednesday | CR9 | N821SK | STL | SLC | 3.2166 | 1/2/2019 14:09 | 1/2/2019 16:22 | FO | | 55602 |
| 3656 | 1/2/2019 | Wednesday | CR9 | N816SK | SLC | DSM | 2.6666 | 1/2/2019 20:18 | 1/2/2019 23:58 | FO | | 55602 |
| 4114 | 1/7/2019 | Monday | CRJ | N8903A | DTW | GSO | 1.7666 | 1/7/2019 10:03 | 1/7/2019 11:49 | FO | | 55602 |
| 4114 | 1/7/2019 | Monday | CRJ | N8903A | GSO | DTW | 1.6666 | 1/7/2019 12:52 | 1/7/2019 14:32 | FO | | 55602 |
| 4290 | 1/7/2019 | Monday | CRJ | N8903A | DTW | FWA | 0.8333 | 1/7/2019 15:41 | 1/7/2019 16:31 | FO | | 55602 |
| 4315 | 1/8/2019 | Tuesday | CRJ | N8942A | FWA | DTW | 0.8833 | 1/8/2019 6:24 | 1/8/2019 7:17 | FO | | 55602 |
| 3919 | 1/8/2019 | Tuesday | CRJ | N8942A | DTW | SBN | 0.9333 | 1/8/2019 8:29 | 1/8/2019 9:25 | FO | | 55602 |
| 4042 | 1/9/2019 | Wednesday | CRJ | N8932C | SBN | ATL | 2.15 | 1/9/2019 8:10 | 1/9/2019 10:19 | FO | | 55602 |
| 3536 | 1/9/2019 | Wednesday | CRJ | N453SW | ATL | MGM | 0.7333 | 1/9/2019 11:34 | 1/9/2019 11:18 | FO | | 55602 |
| 3536 | 1/9/2019 | Wednesday | CRJ | N453SW | MGM | ATL | 0.8833 | 1/9/2019 11:43 | 1/9/2019 13:36 | FO | | 55602 |
| 3975 | 1/9/2019 | Wednesday | CRJ | N602XJ | ATL | ABY | 1.0666 | 1/9/2019 15:31 | 1/9/2019 16:35 | FO | | 55602 |
| 3975 | 1/9/2019 | Wednesday | CRJ | N602XJ | ABY | ATL | 0.9833 | 1/9/2019 16:54 | 1/9/2019 17:53 | FO | | 55602 |
| 4178 | 1/10/2019 | Thursday | CRJ | N8982A | ATL | CRW | 1.5333 | 1/10/2019 9:07 | 1/10/2019 10:39 | FO | | 55602 |
| 4178 | 1/10/2019 | Thursday | CRJ | N8982A | CRW | ATL | 1.95 | 1/10/2019 11:02 | 1/10/2019 12:59 | FO | | 55602 |
| 3521 | 1/10/2019 | Thursday | CRJ | N685BR | ATL | FWA | 1.6833 | 1/10/2019 13:48 | 1/10/2019 15:29 | FO | | 55602 |
| 7418 | 1/10/2019 | Thursday | CRJ | N685BR | FWA | DTW | 0.9 | 1/10/2019 15:56 | 1/10/2019 16:50 | FO | | 55602 |
| 3911 | 1/13/2019 | Sunday | CRJ | N914EV | DTW | SBN | 0.85 | 1/13/2019 12:20 | 1/13/2019 13:11 | FO | | 55602 |
| 4106 | 1/13/2019 | Sunday | CRJ | N900EV | SBN | ATL | 1.8666 | 1/13/2019 16:54 | 1/13/2019 18:46 | FO | | 55602 |
| 4045 | 1/13/2019 | Sunday | CRJ | N460SW | ATL | SBN | 1.8333 | 1/13/2019 19:59 | 1/13/2019 21:49 | FO | | 55602 |
| 3597 | 1/14/2019 | Monday | CRJ | N886AS | SBN | DTW | 0.95 | 1/14/2019 17:34 | 1/14/2019 18:31 | FO | | 55602 |
| 4173 | 1/14/2019 | Monday | CRJ | N886AS | DTW | CHA | 1.95 | 1/14/2019 20:04 | 1/14/2019 22:01 | FO | | 55602 |
| 4181 | 1/15/2019 | Tuesday | CRJ | N487CA | ATL | CRW | 1.3666 | 1/15/2019 13:37 | 1/15/2019 14:59 | FO | | 55602 |
| 4181 | 1/15/2019 | Tuesday | CRJ | N487CA | CRW | ATL | 1.3166 | 1/15/2019 15:27 | 1/15/2019 16:46 | FO | | 55602 |
| 3505 | 1/15/2019 | Tuesday | CRJ | N487CA | ATL | DHN | 0.8666 | 1/15/2019 17:41 | 1/15/2019 17:33 | FO | | 55602 |
| 3505 | 1/15/2019 | Tuesday | CRJ | N487CA | DHN | ATL | 1.3333 | 1/15/2019 18:09 | 1/15/2019 20:29 | FO | | 55602 |
| 3951 | 1/16/2019 | Wednesday | CRJ | N487CA | ATL | MOB | 1.6666 | 1/16/2019 8:08 | 1/16/2019 8:48 | FO | | 55602 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3951 | 1/16/2019 | Wednesday | CRJ | N487CA | MOB | ATL | 1.1333 | 1/16/2019 9:08 | 1/16/2019 11:16 | FO | 55602 |
| 3521 | 1/16/2019 | Wednesday | CRJ | N885AS | ATL | FWA | 1.8333 | 1/16/2019 13:34 | 1/16/2019 15:24 | FO | 55602 |
| 7418 | 1/16/2019 | Wednesday | CRJ | N885AS | FWA | DTW | 0.8166 | 1/16/2019 15:55 | 1/16/2019 16:44 | FO | 55602 |
| 7369 | 1/21/2019 | Monday | CRJ | N885AS | APN | PLN | 0.8333 | 1/21/2019 4:51 | 1/21/2019 5:41 | FO | 55602 |
| 7369 | 1/21/2019 | Monday | CRJ | N885AS | PLN | DTW | 0.95 | 1/21/2019 6:13 | 1/21/2019 7:10 | FO | 55602 |
| 7427 | 1/21/2019 | Monday | CRJ | N442SW | DTW | ITH | 1.25 | 1/21/2019 11:30 | 1/21/2019 12:45 | FO | 55602 |
| 7421 | 1/22/2019 | Tuesday | CRJ | N8828D | ITH | DTW | 1.9166 | 1/22/2019 5:41 | 1/22/2019 7:36 | FO | 55602 |
| 3742 | 1/22/2019 | Tuesday | CRJ | N8828D | DTW | LAN | 0.75 | 1/22/2019 8:28 | 1/22/2019 9:13 | FO | 55602 |
| 3742 | 1/22/2019 | Tuesday | CRJ | N8828D | LAN | DTW | 0.6166 | 1/22/2019 10:13 | 1/22/2019 10:50 | FO | 55602 |
| 3911 | 1/22/2019 | Tuesday | CRJ | N8828D | DTW | SBN | 1 | 1/22/2019 12:22 | 1/22/2019 13:22 | FO | 55602 |
| 4313 | 1/27/2019 | Sunday | CRJ | N8968E | DTW | SWF | 1.9666 | 1/27/2019 12:05 | 1/27/2019 14:03 | FO | 55602 |
| 4313 | 1/27/2019 | Sunday | CRJ | N8968E | SWF | DTW | 1.9333 | 1/27/2019 14:28 | 1/27/2019 16:24 | FO | 55602 |
| 3607 | 1/28/2019 | Monday | CRJ | N923EV | SBN | DTW | 1.5333 | 1/28/2019 7:48 | 1/28/2019 9:20 | FO | 55602 |
| 7427 | 1/28/2019 | Monday | CRJ | N923EV | DTW | ITH | 1.7 | 1/28/2019 10:24 | 1/28/2019 12:06 | FO | 55602 |
| 7421 | 1/29/2019 | Tuesday | CRJ | N438SW | ITH | DTW | 1.6833 | 1/29/2019 5:40 | 1/29/2019 7:21 | FO | 55602 |
| 3919 | 1/29/2019 | Tuesday | CRJ | N438SW | DTW | SBN | 1.3666 | 1/29/2019 8:35 | 1/29/2019 9:57 | FO | 55602 |
| 3962 | 1/30/2019 | Wednesday | CRJ | N779CA | SBN | DTW | 1.6166 | 1/30/2019 6:16 | 1/30/2019 7:53 | FO | 55602 |
| 4114 | 1/30/2019 | Wednesday | CRJ | N979EV | DTW | GSO | 1.4166 | 1/30/2019 11:36 | 1/30/2019 13:01 | FO | 55602 |
| 4114 | 1/30/2019 | Wednesday | CRJ | N979EV | GSO | DTW | 1.6833 | 1/30/2019 13:24 | 1/30/2019 15:05 | FO | 55602 |
| 4303 | 1/31/2019 | Thursday | CRJ | N8933B | DTW | FWA | 0.95 | 1/31/2019 10:05 | 1/31/2019 11:02 | FO | 55602 |
| 4303 | 1/31/2019 | Thursday | CRJ | N8933B | FWA | DTW | 1.1166 | 1/31/2019 11:56 | 1/31/2019 13:03 | FO | 55602 |
| 3814 | 1/31/2019 | Thursday | CRJ | N441SW | DTW | MDT | 1.1833 | 1/31/2019 15:37 | 1/31/2019 16:48 | FO | 55602 |
| 3814 | 1/31/2019 | Thursday | CRJ | N441SW | MDT | DTW | 1.6833 | 1/31/2019 17:41 | 1/31/2019 19:22 | FO | 55602 |
| 3898 | 2/3/2019 | Sunday | CR9 | N809SK | DTW | IAH | 3.0666 | 2/3/2019 8:53 | 2/3/2019 10:57 | FO | 55602 |
| 3868 | 2/3/2019 | Sunday | CR9 | N809SK | IAH | SLC | 3.3833 | 2/3/2019 12:03 | 2/3/2019 14:26 | FO | 55602 |
| 3788 | 2/4/2019 | Monday | CR9 | N554CA | GTF | MSP | 2.9 | 2/4/2019 5:29 | 2/4/2019 9:23 | FO | 55602 |
| 3592 | 2/4/2019 | Monday | CR7 | N607SK | MSP | MSN | 1.7166 | 2/4/2019 10:05 | 2/4/2019 11:48 | FO | 55602 |
| 3592 | 2/4/2019 | Monday | CR7 | N607SK | MSN | MSP | 1.0166 | 2/4/2019 12:20 | 2/4/2019 13:21 | FO | 55602 |
| 3680 | 2/5/2019 | Tuesday | CR9 | N823SK | RAP | MSP | 1.9666 | 2/5/2019 6:28 | 2/5/2019 9:26 | FO | 55602 |
| 3558 | 2/5/2019 | Tuesday | CR7 | N613SK | MSP | MDW | 2.0833 | 2/5/2019 10:04 | 2/5/2019 12:09 | FO | 55602 |
| 3794 | 2/5/2019 | Tuesday | CR7 | N613SK | MDW | DTW | 1.2166 | 2/5/2019 12:28 | 2/5/2019 14:41 | FO | 55602 |
| 3890 | 2/6/2019 | Wednesday | CR9 | N898SK | DTW | MSN | 1.5333 | 2/6/2019 17:50 | 2/6/2019 18:22 | FO | 55602 |
| 3627 | 2/6/2019 | Wednesday | CR9 | N898SK | MSN | SLC | 3.85 | 2/6/2019 19:04 | 2/6/2019 21:55 | FO | 55602 |
| 3578 | 2/7/2019 | Thursday | CR7 | N641CA | SLC | RNO | 1.7666 | 2/7/2019 8:49 | 2/7/2019 9:35 | FO | 55602 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3578 | 2/7/2019 | Thursday | CR7 | N641CA | RNO | SLC | 1.6 | 2/7/2019 10:23 | 2/7/2019 12:59 | FO | 55602 |
| 4937 | 2/7/2019 | Thursday | CR7 | N614SK | SLC | OMA | 2.5333 | 2/7/2019 15:32 | 2/7/2019 19:04 | FO | 55602 |
| 3878 | 2/7/2019 | Thursday | CR7 | N614SK | OMA | DTW | 1.7333 | 2/7/2019 19:31 | 2/7/2019 22:15 | FO | 55602 |
| 4124 | 2/10/2019 | Sunday | CR7 | N772SK | ATL | BTR | 1.6 | 2/10/2019 16:35 | 2/10/2019 17:11 | FO | 55602 |
| 4168 | 2/11/2019 | Monday | CR7 | N772SK | BTR | ATL | 1.6333 | 2/11/2019 7:04 | 2/11/2019 9:42 | FO | 55602 |
| 4120 | 2/11/2019 | Monday | CR7 | N772SK | ATL | BTR | 1.75 | 2/11/2019 11:20 | 2/11/2019 12:05 | FO | 55602 |
| 4160 | 2/12/2019 | Tuesday | CR7 | N772SK | BTR | ATL | 1.2333 | 2/12/2019 5:50 | 2/12/2019 8:04 | FO | 55602 |
| 4120 | 2/12/2019 | Tuesday | CR7 | N774SK | ATL | BTR | 1.5 | 2/12/2019 11:23 | 2/12/2019 11:53 | FO | 55602 |
| 4160 | 2/13/2019 | Wednesday | CR7 | N603SK | BTR | ATL | 1.3333 | 2/13/2019 5:48 | 2/13/2019 8:08 | FO | 55602 |
| 4120 | 2/13/2019 | Wednesday | CR7 | N771SK | ATL | BTR | 1.5166 | 2/13/2019 13:10 | 2/13/2019 13:41 | FO | 55602 |
| 4120 | 2/13/2019 | Wednesday | CR7 | N771SK | BTR | ATL | 1.4333 | 2/13/2019 14:04 | 2/13/2019 16:30 | FO | 55602 |
| 3881 | 2/14/2019 | Thursday | CRJ | N885AS | DTW | CVG | 1.1333 | 2/14/2019 9:59 | 2/14/2019 11:07 | FO | 55602 |
| 3881 | 2/14/2019 | Thursday | CRJ | N885AS | CVG | DTW | 1.0333 | 2/14/2019 11:55 | 2/14/2019 12:57 | FO | 55602 |
| 4041 | 2/14/2019 | Thursday | C9D | N830SK | DTW | GSP | 1.55 | 2/14/2019 15:13 | 2/14/2019 16:46 | FO | 55602 |
| 4041 | 2/14/2019 | Thursday | C9D | N830SK | GSP | DTW | 1.55 | 2/14/2019 17:43 | 2/14/2019 19:16 | FO | 55602 |
| 3860 | 2/17/2019 | Sunday | C9D | N831SK | DTW | CVG | 1.6666 | 2/17/2019 15:52 | 2/17/2019 17:32 | FO | 55602 |
| 3860 | 2/17/2019 | Sunday | C9D | N831SK | CVG | DTW | 1.3166 | 2/17/2019 18:02 | 2/17/2019 19:21 | FO | 55602 |
| 3853 | 2/17/2019 | Sunday | C9D | N831SK | DTW | DTW | 0.5666 | 2/17/2019 20:10 | 2/17/2019 20:44 | FO | 55602 |
| 3853 | 2/17/2019 | Sunday | CR9 | N693CA | DTW | OKC | 4 | 2/17/2019 22:25 | 2/18/2019 1:25 | FO | 55602 |
| 3859 | 2/19/2019 | Tuesday | CR9 | N805SK | OKC | DTW | 2.15 | 2/19/2019 5:44 | 2/19/2019 8:53 | FO | 55602 |
| 4135 | 2/19/2019 | Tuesday | C9D | N827SK | DTW | HPN | 1.6333 | 2/19/2019 9:58 | 2/19/2019 11:36 | FO | 55602 |
| 4135 | 2/19/2019 | Tuesday | C9D | N827SK | HPN | DTW | 1.9833 | 2/19/2019 12:32 | 2/19/2019 14:31 | FO | 55602 |
| 4135 | 2/20/2019 | Wednesday | C9D | N827SK | DTW | HPN | 1.8833 | 2/20/2019 10:05 | 2/20/2019 11:58 | FO | 55602 |
| 4135 | 2/20/2019 | Wednesday | C9D | N827SK | HPN | DTW | 2.3833 | 2/20/2019 12:39 | 2/20/2019 15:02 | FO | 55602 |
| 3819 | 2/21/2019 | Thursday | CR7 | N774SK | MKE | DTW | 1 | 2/21/2019 6:49 | 2/21/2019 8:49 | FO | 55602 |
| 4515 | 2/21/2019 | Thursday | CR9 | N548CA | DTW | YYZ | 1.0333 | 2/21/2019 9:57 | 2/21/2019 10:59 | FO | 55602 |
| 4151 | 2/21/2019 | Thursday | CR9 | N548CA | YYZ | DTW | 1.0833 | 2/21/2019 11:58 | 2/21/2019 13:03 | FO | 55602 |
| 3949 | 2/24/2019 | Sunday | CR9 | N810SK | IND | MSP | 1.8166 | 2/24/2019 16:14 | 2/24/2019 17:03 | FO | 55602 |
| 3693 | 2/24/2019 | Sunday | CR7 | N630SK | MSP | RIC | 2.3833 | 2/24/2019 17:56 | 2/24/2019 21:19 | FO | 55602 |
| 3689 | 2/25/2019 | Monday | CR9 | N821SK | RIC | MSP | 3.3666 | 2/25/2019 17:03 | 2/25/2019 19:25 | FO | 55602 |
| 3583 | 2/25/2019 | Monday | CR7 | N606SK | MSP | MDW | 1.15 | 2/25/2019 22:57 | 2/26/2019 0:06 | FO | 55602 |
| 3585 | 2/26/2019 | Tuesday | CR7 | N611SK | MDW | MSP | 1.8166 | 2/26/2019 15:20 | 2/26/2019 17:09 | FO | 55602 |
| 3931 | 2/26/2019 | Tuesday | CR9 | N823SK | MSP | MSP | 0.9 | 2/26/2019 19:01 | 2/26/2019 19:55 | FO | 55602 |
| 3931 | 2/26/2019 | Tuesday | CR9 | N823SK | MSP | BIS | 2.25 | 2/26/2019 20:41 | 2/26/2019 22:56 | FO | 55602 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3770 | 2/27/2019 | Wednesday | CR9 | N825SK | MSP | SDF | 1.5166 | 2/27/2019 14:23 | 2/27/2019 16:54 | FO | 55602 |
| 3810 | 2/27/2019 | Wednesday | CR9 | N825SK | SDF | DTW | 1.1666 | 2/27/2019 17:59 | 2/27/2019 19:09 | FO | 55602 |
| 4303 | 2/28/2019 | Thursday | CRJ | N447SW | DTW | FWA | 0.9 | 2/28/2019 10:07 | 2/28/2019 11:01 | FO | 55602 |
| 4303 | 2/28/2019 | Thursday | CRJ | N447SW | FWA | DTW | 0.8333 | 2/28/2019 11:59 | 2/28/2019 12:49 | FO | 55602 |
| 4182 | 2/28/2019 | Thursday | CRJ | N447SW | DTW | ATW | 1.3 | 2/28/2019 15:35 | 2/28/2019 15:53 | FO | 55602 |
| 4182 | 2/28/2019 | Thursday | CRJ | N447SW | ATW | DTW | 1.2666 | 2/28/2019 16:35 | 2/28/2019 18:51 | FO | 55602 |
| 4144 | 3/3/2019 | Sunday | CR9 | N187PQ | DTW | HPN | 1.45 | 3/3/2019 20:19 | 3/3/2019 21:46 | FO | 55602 |
| 4148 | 3/4/2019 | Monday | CR9 | N187PQ | HPN | DTW | 1.8333 | 3/4/2019 5:57 | 3/4/2019 7:47 | FO | 55602 |
| 3517 | 3/4/2019 | Monday | CRJ | N447SW | DTW | AVP | 1.4666 | 3/4/2019 20:33 | 3/4/2019 22:01 | FO | 55602 |
| 3501 | 3/5/2019 | Tuesday | CRJ | N447SW | AVP | DTW | 1.85 | 3/5/2019 5:51 | 3/5/2019 7:42 | FO | 55602 |
| 4150 | 3/5/2019 | Tuesday | CR9 | N679CA | DTW | MDT | 1.3666 | 3/5/2019 20:40 | 3/5/2019 22:02 | FO | 55602 |
| 3785 | 3/6/2019 | Wednesday | CR9 | N679CA | MDT | DTW | 1.5666 | 3/6/2019 5:58 | 3/6/2019 7:32 | FO | 55602 |
| 3758 | 3/6/2019 | Wednesday | CR7 | N773SK | DTW | CID | 1.65 | 3/6/2019 20:27 | 3/6/2019 21:06 | FO | 55602 |
| 3743 | 3/7/2019 | Thursday | CR7 | N632SK | CID | DTW | 1.5333 | 3/7/2019 6:13 | 3/7/2019 8:45 | FO | 55602 |
| 3517 | 3/10/2019 | Sunday | CRJ | N440SW | DTW | AVP | 1.2166 | 3/10/2019 20:13 | 3/10/2019 21:26 | FO | 55602 |
| 3501 | 3/11/2019 | Monday | CRJ | N440SW | AVP | DTW | 1.45 | 3/11/2019 5:46 | 3/11/2019 7:13 | FO | 55602 |
| 7408 | 3/11/2019 | Monday | CRJ | N460SW | DTW | PLN | 1.15 | 3/11/2019 20:10 | 3/11/2019 21:19 | FO | 55602 |
| 7369 | 3/12/2019 | Tuesday | CRJ | N460SW | PLN | DTW | 1.2833 | 3/12/2019 6:27 | 3/12/2019 7:44 | FO | 55602 |
| 4150 | 3/12/2019 | Tuesday | CR9 | N896SK | DTW | MDT | 1.2333 | 3/12/2019 20:23 | 3/12/2019 21:37 | FO | 55602 |
| 3785 | 3/13/2019 | Wednesday | CR9 | N896SK | MDT | DTW | 1.5833 | 3/13/2019 5:58 | 3/13/2019 7:33 | FO | 55602 |
| 3517 | 3/13/2019 | Wednesday | CRJ | N878AS | DTW | AVP | 1.25 | 3/13/2019 20:11 | 3/13/2019 21:26 | FO | 55602 |
| 3501 | 3/14/2019 | Thursday | CRJ | N878AS | AVP | DTW | 1.4666 | 3/14/2019 5:50 | 3/14/2019 7:18 | FO | 55602 |
| 3517 | 3/17/2019 | Sunday | CRJ | N915EV | DTW | AVP | 1.4 | 3/17/2019 20:47 | 3/17/2019 22:11 | FO | 55602 |
| 3501 | 3/18/2019 | Monday | CRJ | N915EV | AVP | DTW | 1.7666 | 3/18/2019 5:45 | 3/18/2019 7:31 | FO | 55602 |
| 3517 | 3/18/2019 | Monday | CRJ | N494CA | DTW | AVP | 1.6666 | 3/18/2019 20:18 | 3/18/2019 21:58 | FO | 55602 |
| 3501 | 3/19/2019 | Tuesday | CRJ | N494CA | AVP | DTW | 1.7333 | 3/19/2019 6:06 | 3/19/2019 7:50 | FO | 55602 |
| 3758 | 3/19/2019 | Tuesday | CR7 | N632SK | DTW | CID | 1.5333 | 3/19/2019 20:23 | 3/19/2019 20:55 | FO | 55602 |
| 3743 | 3/20/2019 | Wednesday | CR7 | N632SK | CID | DTW | 1.3333 | 3/20/2019 6:17 | 3/20/2019 8:37 | FO | 55602 |
| 4150 | 3/20/2019 | Wednesday | CR9 | N821SK | DTW | MDT | 1.2333 | 3/20/2019 20:23 | 3/20/2019 21:37 | FO | 55602 |
| 3785 | 3/21/2019 | Thursday | CR9 | N821SK | MDT | DTW | 1.5833 | 3/21/2019 5:54 | 3/21/2019 7:29 | FO | 55602 |
| 4298 | 3/21/2019 | Thursday | CRJ | N910EV | DTW | FWA | 0.9166 | 3/21/2019 20:09 | 3/21/2019 21:04 | FO | 55602 |
| 4315 | 3/22/2019 | Friday | CRJ | N440SW | FWA | DTW | 1.1166 | 3/22/2019 6:40 | 3/22/2019 7:47 | FO | 55602 |
| 4298 | 3/24/2019 | Sunday | CRJ | N453SW | DTW | FWA | 0.7666 | 3/24/2019 20:05 | 3/24/2019 20:51 | FO | 55602 |
| 4315 | 3/25/2019 | Monday | CRJ | N443SW | FWA | DTW | 0.9333 | 3/25/2019 6:33 | 3/25/2019 7:29 | FO | 55602 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3517 | 3/25/2019 | Monday | CRJ | N919EV | DTW | AVP | 1.2166 | 3/25/2019 20:13 | 3/25/2019 21:26 | FO | 55602 |
| 3501 | 3/26/2019 | Tuesday | CRJ | N919EV | AVP | DTW | 1.4166 | 3/26/2019 5:45 | 3/26/2019 7:10 | FO | 55602 |
| 3517 | 3/26/2019 | Tuesday | CRJ | N809CA | DTW | AVP | 1.25 | 3/26/2019 20:13 | 3/26/2019 21:28 | FO | 55602 |
| 3501 | 3/27/2019 | Wednesday | CRJ | N809CA | AVP | DTW | 1.4 | 3/27/2019 5:49 | 3/27/2019 7:13 | FO | 55602 |
| 3517 | 3/27/2019 | Wednesday | CRJ | N913EV | DTW | AVP | 1.1833 | 3/27/2019 20:13 | 3/27/2019 21:24 | FO | 55602 |
| 3501 | 3/28/2019 | Thursday | CRJ | N913EV | AVP | DTW | 1.6833 | 3/28/2019 5:49 | 3/28/2019 7:30 | FO | 55602 |
| 3726 | 3/28/2019 | Thursday | CR9 | N692CA | DTW | LAN | 0.5833 | 3/28/2019 22:25 | 3/28/2019 23:00 | FO | 55602 |
| 3718 | 3/29/2019 | Friday | CR9 | N692CA | LAN | DTW | 0.6333 | 3/29/2019 5:24 | 3/29/2019 6:02 | FO | 55602 |
| 4298 | 3/31/2019 | Sunday | CRJ | N873AS | DTW | FWA | 0.7666 | 3/31/2019 20:08 | 3/31/2019 20:54 | FO | 55602 |
| 4315 | 4/1/2019 | Monday | CRJ | N441SW | FWA | DTW | 0.8333 | 4/1/2019 7:56 | 4/1/2019 8:46 | FO | 55602 |
| 7408 | 4/1/2019 | Monday | CRJ | N601XJ | DTW | PLN | 1.1666 | 4/1/2019 20:09 | 4/1/2019 21:19 | FO | 55602 |
| 7369 | 4/2/2019 | Tuesday | CRJ | N601XJ | PLN | DTW | 0.9833 | 4/2/2019 6:24 | 4/2/2019 7:23 | FO | 55602 |
| 3517 | 4/2/2019 | Tuesday | CR7 | N608SK | DTW | AVP | 1.2666 | 4/2/2019 20:49 | 4/2/2019 22:05 | FO | 55602 |
| 4062 | 4/3/2019 | Wednesday | CR7 | N608SK | AVP | DTW | 1.7166 | 4/3/2019 5:55 | 4/3/2019 7:38 | FO | 55602 |
| 3757 | 4/3/2019 | Wednesday | CRJ | N915EV | DTW | SBN | 0.85 | 4/3/2019 20:33 | 4/3/2019 21:24 | FO | 55602 |
| 3758 | 4/4/2019 | Thursday | CRJ | N915EV | SBN | DTW | 0.8 | 4/4/2019 6:19 | 4/4/2019 7:07 | FO | 55602 |
| 4298 | 4/4/2019 | Thursday | CRJ | N923EV | DTW | FWA | 0.9 | 4/4/2019 20:06 | 4/4/2019 21:00 | FO | 55602 |
| 4315 | 4/5/2019 | Friday | CRJ | N601XJ | FWA | DTW | 0.9 | 4/5/2019 6:35 | 4/5/2019 7:29 | FO | 55602 |
| 3757 | 4/14/2019 | Sunday | CRJ | N8982A | DTW | SBN | 0.8 | 4/14/2019 20:35 | 4/14/2019 21:23 | FO | 55602 |
| 3758 | 4/15/2019 | Monday | CRJ | N8903A | SBN | DTW | 0.8833 | 4/15/2019 6:26 | 4/15/2019 7:19 | FO | 55602 |
| 7408 | 4/15/2019 | Monday | CRJ | N809CA | DTW | PLN | 1.0666 | 4/15/2019 20:12 | 4/15/2019 21:16 | FO | 55602 |
| 7369 | 4/16/2019 | Tuesday | CRJ | N809CA | PLN | DTW | 0.9333 | 4/16/2019 6:24 | 4/16/2019 7:20 | FO | 55602 |
| 3517 | 4/16/2019 | Tuesday | CR7 | N630SK | DTW | AVP | 1.3166 | 4/16/2019 20:50 | 4/16/2019 22:09 | FO | 55602 |
| 4062 | 4/17/2019 | Wednesday | CR7 | N630SK | AVP | DTW | 1.75 | 4/17/2019 5:53 | 4/17/2019 7:38 | FO | 55602 |
| 4298 | 4/17/2019 | Wednesday | CRJ | N702BR | DTW | FWA | 1.1833 | 4/17/2019 20:31 | 4/17/2019 21:42 | FO | 55602 |
| 4315 | 4/18/2019 | Thursday | CRJ | N446SW | FWA | DTW | 0.8666 | 4/18/2019 6:34 | 4/18/2019 7:26 | FO | 55602 |
| 3757 | 4/18/2019 | Thursday | CRJ | N8942A | DTW | SBN | 0.8833 | 4/18/2019 20:26 | 4/18/2019 21:19 | FO | 55602 |
| 3758 | 4/19/2019 | Friday | CRJ | N457SW | SBN | DTW | 1 | 4/19/2019 6:19 | 4/19/2019 7:19 | FO | 55602 |
| 3757 | 4/28/2019 | Sunday | CRJ | N453SW | DTW | SBN | 0.9 | 4/28/2019 20:32 | 4/28/2019 21:26 | FO | 55602 |
| 3758 | 4/29/2019 | Monday | CRJ | N919EV | SBN | DTW | 0.8666 | 4/29/2019 6:29 | 4/29/2019 7:21 | FO | 55602 |
| 3517 | 4/29/2019 | Monday | CR7 | N773SK | DTW | AVP | 1.2333 | 4/29/2019 20:51 | 4/29/2019 22:05 | FO | 55602 |
| 4062 | 4/30/2019 | Tuesday | CR7 | N773SK | AVP | DTW | 1.6666 | 4/30/2019 5:58 | 4/30/2019 7:38 | FO | 55602 |
| 3787 | 4/30/2019 | Tuesday | C9D | N827SK | DTW | MBS | 1.0166 | 4/30/2019 20:28 | 4/30/2019 21:29 | FO | 55602 |
| 3631 | 5/1/2019 | Wednesday | C9D | N827SK | MBS | DTW | 0.8666 | 5/1/2019 5:28 | 5/1/2019 6:20 | FO | 55602 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4298 | 5/1/2019 | Wednesday | CRJ | N702BR | DTW | FWA | 0.7666 | 5/1/2019 20:07 | 5/1/2019 20:53 | FO | | 55602 |
| 4315 | 5/2/2019 | Thursday | CRJ | N433SW | FWA | DTW | 0.8166 | 5/2/2019 6:25 | 5/2/2019 7:14 | FO | | 55602 |
| 4298 | 5/2/2019 | Thursday | CRJ | N446SW | DTW | FWA | 0.7666 | 5/2/2019 20:08 | 5/2/2019 20:54 | FO | | 55602 |
| 4315 | 5/3/2019 | Friday | CRJ | N953SW | FWA | DTW | 0.8833 | 5/3/2019 6:24 | 5/3/2019 7:17 | FO | | 55602 |
| 4297 | 5/5/2019 | Sunday | CRJ | N8828D | DTW | LSE | 1.8166 | 5/5/2019 12:13 | 5/5/2019 13:02 | FO | | 55602 |
| 4297 | 5/5/2019 | Sunday | CRJ | N8828D | LSE | DTW | 1.2833 | 5/5/2019 13:37 | 5/5/2019 15:54 | FO | | 55602 |
| 3926 | 5/5/2019 | Sunday | CRJ | N936SW | DTW | SBN | 0.7666 | 5/5/2019 17:37 | 5/5/2019 18:23 | FO | | 55602 |
| 3687 | 5/6/2019 | Monday | CRJ | N936SW | SBN | ATL | 2.0166 | 5/6/2019 7:55 | 5/6/2019 9:56 | FO | | 55602 |
| 3583 | 5/6/2019 | Monday | CRJ | N936SW | ATL | ILM | 1.4333 | 5/6/2019 10:47 | 5/6/2019 12:13 | FO | | 55602 |
| 3583 | 5/6/2019 | Monday | CRJ | N936SW | ILM | ATL | 1.65 | 5/6/2019 12:37 | 5/6/2019 14:16 | FO | | 55602 |
| 3840 | 5/6/2019 | Monday | CRJ | N8923A | ATL | ROA | 1.3666 | 5/6/2019 15:41 | 5/6/2019 17:03 | FO | | 55602 |
| 3840 | 5/6/2019 | Monday | CRJ | N8923A | ROA | ATL | 1.3333 | 5/6/2019 17:40 | 5/6/2019 19:00 | FO | | 55602 |
| 3738 | 5/7/2019 | Tuesday | CRJ | N459SW | ATL | VLD | 1.05 | 5/7/2019 9:56 | 5/7/2019 10:59 | FO | | 55602 |
| 3738 | 5/7/2019 | Tuesday | CRJ | N459SW | VLD | ATL | 1.2166 | 5/7/2019 11:34 | 5/7/2019 12:47 | FO | | 55602 |
| 3886 | 5/7/2019 | Tuesday | CRJ | N459SW | ATL | FAY | 1.0666 | 5/7/2019 13:38 | 5/7/2019 14:42 | FO | | 55602 |
| 3886 | 5/7/2019 | Tuesday | CRJ | N459SW | FAY | ATL | 1.3666 | 5/7/2019 15:29 | 5/7/2019 16:51 | FO | | 55602 |
| 3642 | 5/7/2019 | Tuesday | CRJ | N936SW | ATL | SBN | 1.6166 | 5/7/2019 18:19 | 5/7/2019 19:56 | FO | | 55602 |
| 3841 | 5/8/2019 | Wednesday | CRJ | N433SW | SBN | DTW | 0.8333 | 5/8/2019 15:59 | 5/8/2019 16:49 | FO | | 55602 |
| 3647 | 5/8/2019 | Wednesday | CRJ | N432SW | DTW | LEX | 1.3666 | 5/8/2019 17:42 | 5/8/2019 19:04 | FO | | 55602 |
| 3647 | 5/8/2019 | Wednesday | CRJ | N432SW | LEX | DTW | 1.1 | 5/8/2019 19:43 | 5/8/2019 20:49 | FO | | 55602 |
| 3774 | 5/9/2019 | Thursday | CRJ | N433SW | DTW | ERI | 0.8 | 5/9/2019 10:04 | 5/9/2019 10:52 | FO | | 55602 |
| 3774 | 5/9/2019 | Thursday | CRJ | N433SW | ERI | DTW | 0.9833 | 5/9/2019 11:18 | 5/9/2019 12:17 | FO | | 55602 |
| 3683 | 5/9/2019 | Thursday | CRJ | N433SW | DTW | LAN | 0.6 | 5/9/2019 13:57 | 5/9/2019 14:33 | FO | | 55602 |
| 3683 | 5/9/2019 | Thursday | CRJ | N433SW | LAN | DTW | 0.5666 | 5/9/2019 15:02 | 5/9/2019 15:36 | FO | | 55602 |
| 4324 | 5/9/2019 | Thursday | CRJ | N433SW | DTW | SCE | 1.3 | 5/9/2019 16:25 | 5/9/2019 17:43 | FO | | 55602 |
| 4324 | 5/9/2019 | Thursday | CRJ | N433SW | SCE | DTW | 1.1666 | 5/9/2019 18:14 | 5/9/2019 19:24 | FO | | 55602 |
| 7369 | 5/13/2019 | Monday | CRJ | N882AS | APN | PLN | 0.5833 | 5/13/2019 4:52 | 5/13/2019 5:27 | FO | | 55602 |
| 7369 | 5/13/2019 | Monday | CRJ | N882AS | PLN | DTW | 1.1166 | 5/13/2019 6:24 | 5/13/2019 7:31 | FO | | 55602 |
| 4303 | 5/13/2019 | Monday | CRJ | N882AS | DTW | FWA | 0.9166 | 5/13/2019 9:55 | 5/13/2019 10:50 | FO | | 55602 |
| 3643 | 5/14/2019 | Tuesday | CRJ | N878AS | FWA | ATL | 1.7666 | 5/14/2019 8:00 | 5/14/2019 9:46 | FO | | 55602 |
| 3705 | 5/14/2019 | Tuesday | CRJ | N8923A | ATL | GNV | 1.1166 | 5/14/2019 15:30 | 5/14/2019 16:37 | FO | | 55602 |
| 3705 | 5/14/2019 | Tuesday | CRJ | N8923A | GNV | ATL | 1.2333 | 5/14/2019 17:13 | 5/14/2019 18:27 | FO | | 55602 |
| 3705 | 5/15/2019 | Wednesday | CRJ | N921EV | ATL | GNV | 1.1166 | 5/15/2019 15:43 | 5/15/2019 16:50 | FO | | 55602 |
| 3705 | 5/15/2019 | Wednesday | CRJ | N921EV | GNV | ATL | 1.1 | 5/15/2019 17:11 | 5/15/2019 18:17 | FO | | 55602 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3764 | 5/16/2019 | Thursday | CRJ | N418SW | DTW | AVP | 1.2333 | 5/16/2019 20:12 | 5/16/2019 21:26 | FO | 55602 |
| 3844 | 5/17/2019 | Friday | CRJ | N418SW | AVP | DTW | 1.5166 | 5/17/2019 6:58 | 5/17/2019 8:29 | FO | 55602 |
| 7367 | 5/19/2019 | Sunday | CRJ | N931EV | DTW | APN | 0.8333 | 5/19/2019 12:58 | 5/19/2019 13:48 | FO | 55602 |
| 7367 | 5/19/2019 | Sunday | CRJ | N931EV | APN | DTW | 1.4333 | 5/19/2019 14:12 | 5/19/2019 15:38 | FO | 55602 |
| 4324 | 5/19/2019 | Sunday | CRJ | N496CA | DTW | PIT | 1.65 | 5/19/2019 17:03 | 5/19/2019 18:42 | FO | 55602 |
| 4324 | 5/19/2019 | Sunday | CRJ | N496CA | PIT | SCE | 1.2 | 5/19/2019 19:29 | 5/19/2019 20:41 | FO | 55602 |
| 4324 | 5/19/2019 | Sunday | CRJ | N496CA | SCE | DTW | 1.2333 | 5/19/2019 21:00 | 5/19/2019 22:14 | FO | 55602 |
| 7401 | 5/19/2019 | Sunday | CRJ | N496CA | DTW | BGM | 1.15 | 5/19/2019 22:42 | 5/19/2019 23:51 | FO | 55602 |
| 7435 | 5/20/2019 | Monday | CRJ | N629BR | BGM | DTW | 1.6166 | 5/20/2019 13:04 | 5/20/2019 14:41 | FO | 55602 |
| 4290 | 5/20/2019 | Monday | CRJ | N629BR | DTW | FWA | 0.9333 | 5/20/2019 15:45 | 5/20/2019 16:41 | FO | 55602 |
| 3868 | 5/20/2019 | Monday | CRJ | N629BR | FWA | ATL | 1.7 | 5/20/2019 17:10 | 5/20/2019 18:52 | FO | 55602 |
| 4742 | 5/20/2019 | Monday | CRJ | N629BR | ATL | GTR | 1.2333 | 5/20/2019 19:47 | 5/20/2019 20:01 | FO | 55602 |
| 3912 | 5/21/2019 | Tuesday | CRJ | N921EV | GTR | ATL | 1.0666 | 5/21/2019 15:47 | 5/21/2019 17:51 | FO | 55602 |
| 4574 | 5/21/2019 | Tuesday | CRJ | N921EV | ATL | FWA | 1.4666 | 5/21/2019 18:47 | 5/21/2019 20:15 | FO | 55602 |
| 4303 | 5/22/2019 | Wednesday | CRJ | N8828D | FWA | DTW | 0.9 | 5/22/2019 12:14 | 5/22/2019 13:08 | FO | 55602 |
| 3764 | 5/23/2019 | Thursday | CRJ | N8932C | DTW | AVP | 1.1333 | 5/23/2019 20:15 | 5/23/2019 21:23 | FO | 55602 |
| 3844 | 5/24/2019 | Friday | CRJ | N8932C | AVP | DTW | 1.5333 | 5/24/2019 5:57 | 5/24/2019 7:29 | FO | 55602 |
| 3813 | 5/26/2019 | Sunday | CR9 | N816SK | ATL | BTR | 1.35 | 5/26/2019 13:58 | 5/26/2019 14:19 | FO | 55602 |
| 3853 | 5/27/2019 | Monday | CR9 | N816SK | BTR | ATL | 1.7333 | 5/27/2019 6:00 | 5/27/2019 8:44 | FO | 55602 |
| 3524 | 5/27/2019 | Monday | CR9 | N897SK | ATL | LEX | 1.25 | 5/27/2019 10:05 | 5/27/2019 11:20 | FO | 55602 |
| 3524 | 5/27/2019 | Monday | CR9 | N897SK | LEX | ATL | 1.2666 | 5/27/2019 11:55 | 5/27/2019 13:11 | FO | 55602 |
| 3758 | 5/28/2019 | Tuesday | C9D | N826SK | TRI | ATL | 0.9166 | 5/28/2019 6:10 | 5/28/2019 7:05 | FO | 55602 |
| 3803 | 5/28/2019 | Tuesday | CR9 | N897SK | ATL | BTR | 1.5 | 5/28/2019 9:06 | 5/28/2019 9:36 | FO | 55602 |
| 3803 | 5/28/2019 | Tuesday | CR9 | N897SK | BTR | ATL | 1.3833 | 5/28/2019 10:05 | 5/28/2019 12:28 | FO | 55602 |
| 3728 | 5/29/2019 | Wednesday | CR9 | N823SK | LIT | DTW | 2.25 | 5/29/2019 6:15 | 5/29/2019 9:30 | FO | 55602 |
| 3633 | 5/29/2019 | Wednesday | C9D | N831SK | DTW | MEM | 2.1 | 5/29/2019 10:08 | 5/29/2019 11:14 | FO | 55602 |
| 3633 | 5/29/2019 | Wednesday | C9D | N831SK | MEM | DTW | 1.5833 | 5/29/2019 11:50 | 5/29/2019 14:25 | FO | 55602 |
| 3774 | 5/30/2019 | Thursday | CRJ | N907SW | DTW | ERI | 0.7833 | 5/30/2019 9:52 | 5/30/2019 10:39 | FO | 55602 |
| 3774 | 5/30/2019 | Thursday | CRJ | N907SW | ERI | DTW | 0.8833 | 5/30/2019 11:15 | 5/30/2019 12:08 | FO | 55602 |
| 3683 | 5/30/2019 | Thursday | CRJ | N8942A | DTW | LAN | 0.55 | 5/30/2019 13:50 | 5/30/2019 14:23 | FO | 55602 |
| 3683 | 5/30/2019 | Thursday | CRJ | N8942A | LAN | DTW | 0.6666 | 5/30/2019 14:54 | 5/30/2019 15:34 | FO | 55602 |
| 4324 | 5/30/2019 | Thursday | CRJ | N8942A | DTW | SCE | 1.35 | 5/30/2019 16:22 | 5/30/2019 17:43 | FO | 55602 |
| 4324 | 5/30/2019 | Thursday | CRJ | N8942A | SCE | DTW | 1.35 | 5/30/2019 18:09 | 5/30/2019 19:30 | FO | 55602 |
| 3566 | 6/2/2019 | Sunday | CR9 | N692CA | DTW | MEM | 1.9 | 6/2/2019 13:58 | 6/2/2019 14:52 | FO | 55602 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3566 | 6/2/2019 | Sunday | CR9 | N692CA | MEM | DTW | 1.7 | 6/2/2019 15:56 | 6/2/2019 18:38 | FO | | 55602 |
| 3602 | 6/2/2019 | Sunday | CR9 | N692CA | DTW | LIT | 2.0666 | 6/2/2019 20:09 | 6/2/2019 21:13 | FO | | 55602 |
| 3813 | 6/3/2019 | Monday | CR9 | N803SK | ATL | BTR | 1.45 | 6/3/2019 13:39 | 6/3/2019 14:06 | FO | | 55602 |
| 3813 | 6/3/2019 | Monday | CR9 | N803SK | BTR | ATL | 1.45 | 6/3/2019 14:52 | 6/3/2019 17:19 | FO | | 55602 |
| 3819 | 6/3/2019 | Monday | CR9 | N803SK | ATL | BTR | 1.5166 | 6/3/2019 18:02 | 6/3/2019 18:33 | FO | | 55602 |
| 3853 | 6/4/2019 | Tuesday | CR9 | N803SK | BTR | ATL | 1.5 | 6/4/2019 5:58 | 6/4/2019 8:28 | FO | | 55602 |
| 3724 | 6/4/2019 | Tuesday | CR9 | N803SK | ATL | CID | 2.15 | 6/4/2019 9:53 | 6/4/2019 11:02 | FO | | 55602 |
| 4325 | 6/5/2019 | Wednesday | CRJ | N8982A | DTW | ABE | 1.45 | 6/5/2019 15:37 | 6/5/2019 17:04 | FO | | 55602 |
| 4325 | 6/5/2019 | Wednesday | CRJ | N8982A | ABE | DTW | 1.65 | 6/5/2019 17:49 | 6/5/2019 19:28 | FO | | 55602 |
| 7390 | 6/5/2019 | Wednesday | CRJ | N8982A | DTW | ITH | 1.15 | 6/5/2019 22:24 | 6/5/2019 23:33 | FO | | 55602 |
| 4299 | 6/6/2019 | Thursday | CRJ | N8982A | ITH | DTW | 1.2666 | 6/6/2019 16:01 | 6/6/2019 17:17 | FO | | 55602 |
| 3766 | 6/9/2019 | Sunday | CRJ | N702BR | DTW | CMH | 0.9833 | 6/9/2019 9:55 | 6/9/2019 10:54 | FO | | 55602 |
| 3766 | 6/9/2019 | Sunday | CRJ | N702BR | CMH | DTW | 0.8333 | 6/9/2019 11:32 | 6/9/2019 12:22 | FO | | 55602 |
| 3570 | 6/9/2019 | Sunday | CRJ | N8932C | DTW | TVC | 1.1333 | 6/9/2019 13:45 | 6/9/2019 14:53 | FO | | 55602 |
| 3570 | 6/9/2019 | Sunday | CRJ | N8932C | TVC | DTW | 1.2333 | 6/9/2019 15:24 | 6/9/2019 16:38 | FO | | 55602 |
| 3687 | 6/10/2019 | Monday | CRJ | N455SW | SBN | ATL | 1.8333 | 6/10/2019 8:28 | 6/10/2019 10:18 | FO | | 55602 |
| 3571 | 6/10/2019 | Monday | CRJ | N455SW | ATL | MOB | 1.2833 | 6/10/2019 10:59 | 6/10/2019 11:16 | FO | | 55602 |
| 3571 | 6/10/2019 | Monday | CRJ | N455SW | MOB | ATL | 1.5833 | 6/10/2019 11:40 | 6/10/2019 14:15 | FO | | 55602 |
| 3615 | 6/10/2019 | Monday | CRJ | N455SW | ATL | PIA | 1.8833 | 6/10/2019 14:51 | 6/10/2019 15:44 | FO | | 55602 |
| 3785 | 6/11/2019 | Tuesday | CRJ | N936EV | PIA | ATL | 1.9333 | 6/11/2019 5:50 | 6/11/2019 8:46 | FO | | 55602 |
| 3959 | 6/11/2019 | Tuesday | CRJ | N602XJ | ATL | BQK | 1.2666 | 6/11/2019 10:01 | 6/11/2019 11:17 | FO | | 55602 |
| 3959 | 6/11/2019 | Tuesday | CRJ | N602XJ | BQK | ATL | 1.4666 | 6/11/2019 11:48 | 6/11/2019 13:16 | FO | | 55602 |
| 3612 | 6/11/2019 | Tuesday | CRJ | N885AS | ATL | FSM | 1.95 | 6/11/2019 14:35 | 6/11/2019 15:32 | FO | | 55602 |
| 3547 | 6/12/2019 | Wednesday | CRJ | N8828D | FSM | ATL | 2.05 | 6/12/2019 6:18 | 6/12/2019 9:21 | FO | | 55602 |
| 3784 | 6/12/2019 | Wednesday | CRJ | N8828D | ATL | AVL | 1.05 | 6/12/2019 10:19 | 6/12/2019 11:22 | FO | | 55602 |
| 3784 | 6/12/2019 | Wednesday | CRJ | N8828D | AVL | ATL | 1.0333 | 6/12/2019 11:53 | 6/12/2019 12:55 | FO | | 55602 |
| 3762 | 6/12/2019 | Wednesday | CRJ | N659BR | ATL | FWA | 1.35 | 6/12/2019 14:13 | 6/12/2019 15:34 | FO | | 55602 |
| 7418 | 6/12/2019 | Wednesday | CRJ | N659BR | FWA | DTW | 0.9166 | 6/12/2019 15:54 | 6/12/2019 16:49 | FO | | 55602 |
| 4298 | 6/13/2019 | Thursday | CRJ | N926EV | DTW | FWA | 0.7 | 6/13/2019 20:09 | 6/13/2019 20:51 | FO | | 55602 |
| 4315 | 6/14/2019 | Friday | CRJ | N446SW | FWA | DTW | 1.0333 | 6/14/2019 6:14 | 6/14/2019 7:16 | FO | | 55602 |
| 4301 | 6/16/2019 | Sunday | CRJ | N702BR | DTW | ABE | 1.7 | 6/16/2019 11:25 | 6/16/2019 13:07 | FO | | 55602 |
| 4321 | 6/17/2019 | Monday | CRJ | N418SW | ABE | DTW | 1.65 | 6/17/2019 5:59 | 6/17/2019 7:38 | FO | | 55602 |
| 4647 | 6/17/2019 | Monday | CRJ | N418SW | DTW | LEX | 1.4166 | 6/17/2019 8:24 | 6/17/2019 9:49 | FO | | 55602 |
| 4647 | 6/17/2019 | Monday | CRJ | N418SW | LEX | DTW | 1.2 | 6/17/2019 10:29 | 6/17/2019 11:41 | FO | | 55602 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7406 | 6/17/2019 | Monday | CRJ | N418SW | DTW | MQT | 1.15 | 6/17/2019 12:14 | 6/17/2019 13:23 | FO | 55602 |
| 7406 | 6/17/2019 | Monday | CRJ | N418SW | MQT | DTW | 1.1666 | 6/17/2019 14:09 | 6/17/2019 15:19 | FO | 55602 |
| 7427 | 6/23/2019 | Sunday | CRJ | N8965E | DTW | ITH | 1.1 | 6/23/2019 11:40 | 6/23/2019 12:46 | FO | 55602 |
| 7427 | 6/23/2019 | Sunday | CRJ | N8965E | ITH | DTW | 1.5 | 6/23/2019 13:17 | 6/23/2019 14:47 | FO | 55602 |
| 4314 | 6/23/2019 | Sunday | CRJ | N8965E | DTW | SWF | 1.4833 | 6/23/2019 15:38 | 6/23/2019 17:07 | FO | 55602 |
| 4314 | 6/23/2019 | Sunday | CRJ | N8965E | SWF | DTW | 1.6 | 6/23/2019 17:44 | 6/23/2019 19:20 | FO | 55602 |
| 4322 | 6/23/2019 | Sunday | CRJ | N8965E | DTW | ABE | 1.5333 | 6/23/2019 20:39 | 6/23/2019 22:11 | FO | 55602 |
| 4325 | 6/24/2019 | Monday | CRJ | N8982A | ABE | DTW | 1.8 | 6/24/2019 17:44 | 6/24/2019 19:32 | FO | 55602 |
| 4322 | 6/24/2019 | Monday | CRJ | N873AS | DTW | ABE | 1.3833 | 6/24/2019 21:47 | 6/24/2019 23:10 | FO | 55602 |
| 4325 | 6/25/2019 | Tuesday | CRJ | N675BR | ABE | DTW | 1.5333 | 6/25/2019 18:05 | 6/25/2019 19:37 | FO | 55602 |
| 7381 | 6/25/2019 | Tuesday | CRJ | N873AS | DTW | SCE | 1.2 | 6/25/2019 22:26 | 6/25/2019 23:38 | FO | 55602 |
| 4306 | 6/26/2019 | Wednesday | CRJ | N437SW | SCE | DTW | 1.2333 | 6/26/2019 15:13 | 6/26/2019 16:27 | FO | 55602 |
| 4773 | 6/26/2019 | Wednesday | CRJ | N437SW | DTW | AVP | 1.1333 | 6/26/2019 16:57 | 6/26/2019 18:05 | FO | 55602 |
| 4773 | 6/26/2019 | Wednesday | CRJ | N437SW | AVP | DTW | 1.3833 | 6/26/2019 18:29 | 6/26/2019 19:52 | FO | 55602 |
| 4298 | 6/27/2019 | Thursday | CRJ | N889AS | DTW | FWA | 0.7 | 6/27/2019 20:06 | 6/27/2019 20:48 | FO | 55602 |
| 4315 | 6/28/2019 | Friday | CRJ | N448SW | FWA | DTW | 0.75 | 6/28/2019 6:12 | 6/28/2019 6:57 | FO | 55602 |
| 4298 | 6/30/2019 | Sunday | CRJ | N498CA | DTW | FWA | 0.7666 | 6/30/2019 20:11 | 6/30/2019 20:57 | FO | 55602 |
| 4315 | 7/1/2019 | Monday | CRJ | N889AS | FWA | DTW | 0.9 | 7/1/2019 6:13 | 7/1/2019 7:07 | FO | 55602 |
| 4298 | 7/1/2019 | Monday | CRJ | N8982A | DTW | FWA | 0.65 | 7/1/2019 20:06 | 7/1/2019 20:45 | FO | 55602 |
| 4315 | 7/2/2019 | Tuesday | CRJ | N418SW | FWA | DTW | 0.85 | 7/2/2019 6:16 | 7/2/2019 7:07 | FO | 55602 |
| 4298 | 7/2/2019 | Tuesday | CRJ | N453SW | DTW | FWA | 0.9666 | 7/2/2019 20:20 | 7/2/2019 21:18 | FO | 55602 |
| 4315 | 7/3/2019 | Wednesday | CRJ | N868CA | FWA | DTW | 0.7333 | 7/3/2019 6:19 | 7/3/2019 7:03 | FO | 55602 |
| 4298 | 7/3/2019 | Wednesday | CRJ | N873AS | DTW | FWA | 0.6333 | 7/3/2019 20:05 | 7/3/2019 20:43 | FO | 55602 |
| 4315 | 7/4/2019 | Thursday | CRJ | N873AS | FWA | DTW | 0.7166 | 7/4/2019 6:07 | 7/4/2019 6:50 | FO | 55602 |
| 4298 | 7/4/2019 | Thursday | CRJ | N463SW | DTW | FWA | 0.6 | 7/4/2019 20:03 | 7/4/2019 20:39 | FO | 55602 |
| 4315 | 7/5/2019 | Friday | CRJ | N445SW | FWA | DTW | 0.6166 | 7/5/2019 6:09 | 7/5/2019 6:46 | FO | 55602 |
| 4325 | 7/7/2019 | Sunday | CRJ | N457SW | DTW | ABE | 1.3333 | 7/7/2019 15:44 | 7/7/2019 17:04 | FO | 55602 |
| 4325 | 7/7/2019 | Sunday | CRJ | N457SW | ABE | DTW | 1.8833 | 7/7/2019 18:01 | 7/7/2019 19:54 | FO | 55602 |
| 4782 | 7/7/2019 | Sunday | CRJ | N457SW | DTW | CHA | 1.9333 | 7/7/2019 20:41 | 7/7/2019 22:37 | FO | 55602 |
| 4020 | 7/8/2019 | Monday | CRJ | N675BR | CHA | ATL | 0.75 | 7/8/2019 16:23 | 7/8/2019 17:08 | FO | 55602 |
| 4105 | 7/8/2019 | Monday | CRJ | N675BR | ATL | CRW | 1.4 | 7/8/2019 17:48 | 7/8/2019 19:12 | FO | 55602 |
| 4105 | 7/8/2019 | Monday | CRJ | N675BR | CRW | ATL | 1.5666 | 7/8/2019 19:45 | 7/8/2019 21:19 | FO | 55602 |
| 3959 | 7/9/2019 | Tuesday | CRJ | N460SW | ATL | BQK | 1.1666 | 7/9/2019 9:59 | 7/9/2019 11:09 | FO | 55602 |
| 3959 | 7/9/2019 | Tuesday | CRJ | N460SW | BQK | ATL | 1.55 | 7/9/2019 11:33 | 7/9/2019 13:06 | FO | 55602 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3532 | 7/9/2019 | Tuesday | CRJ | N460SW | ATL | SBN | 2.4833 | 7/9/2019 13:40 | 7/9/2019 16:09 | FO | | 55602 |
| 3650 | 7/9/2019 | Tuesday | CRJ | N8942A | SBN | ATL | 1.9333 | 7/9/2019 17:33 | 7/9/2019 19:29 | FO | | 55602 |
| 3863 | 7/10/2019 | Wednesday | CRJ | N477CA | ATL | SHV | 1.7 | 7/10/2019 8:14 | 7/10/2019 8:56 | FO | | 55602 |
| 3863 | 7/10/2019 | Wednesday | CRJ | N477CA | SHV | ATL | 1.75 | 7/10/2019 9:29 | 7/10/2019 12:14 | FO | | 55602 |
| 3532 | 7/10/2019 | Wednesday | CRJ | N442SW | ATL | SBN | 1.5833 | 7/10/2019 13:52 | 7/10/2019 15:27 | FO | | 55602 |
| 3841 | 7/10/2019 | Wednesday | CRJ | N442SW | SBN | SBN | 0.3 | 7/10/2019 16:03 | 7/10/2019 16:21 | FO | | 55602 |
| 3841 | 7/10/2019 | Wednesday | CRJ | N919EV | SBN | DTW | 1.95 | 7/10/2019 17:30 | 7/10/2019 19:27 | FO | | 55602 |
| 4149 | 7/15/2019 | Monday | CRJ | N886AS | DTW | LAN | 0.6 | 7/15/2019 13:25 | 7/15/2019 14:01 | FO | | 55602 |
| 4149 | 7/15/2019 | Monday | CRJ | N886AS | LAN | DTW | 0.6333 | 7/15/2019 14:26 | 7/15/2019 15:04 | FO | | 55602 |
| 3760 | 7/15/2019 | Monday | CR7 | N614SK | DTW | MBS | 0.8833 | 7/15/2019 15:41 | 7/15/2019 16:34 | FO | | 55602 |
| 3760 | 7/15/2019 | Monday | CR7 | N614SK | MBS | DTW | 0.8666 | 7/15/2019 17:23 | 7/15/2019 18:15 | FO | | 55602 |
| 4782 | 7/15/2019 | Monday | CRJ | N602XJ | DTW | CHA | 2.3 | 7/15/2019 20:57 | 7/15/2019 23:15 | FO | | 55602 |
| 4020 | 7/16/2019 | Tuesday | CRJ | N601XJ | CHA | ATL | 0.8333 | 7/16/2019 16:07 | 7/16/2019 16:57 | FO | | 55602 |
| 4105 | 7/16/2019 | Tuesday | CRJ | N601XJ | ATL | CRW | 1.4666 | 7/16/2019 17:44 | 7/16/2019 19:12 | FO | | 55602 |
| 4105 | 7/16/2019 | Tuesday | CRJ | N601XJ | CRW | ATL | 1.5166 | 7/16/2019 19:47 | 7/16/2019 21:18 | FO | | 55602 |
| 3983 | 7/16/2019 | Tuesday | CRJ | N601XJ | ATL | TRI | 1.2166 | 7/16/2019 22:32 | 7/16/2019 23:45 | FO | | 55602 |
| 3998 | 7/17/2019 | Wednesday | CRJ | N460SW | TRI | ATL | 1.2333 | 7/17/2019 13:40 | 7/17/2019 14:54 | FO | | 55602 |
| 3831 | 7/17/2019 | Wednesday | CRJ | N8933B | ATL | MGM | 0.7 | 7/17/2019 19:14 | 7/17/2019 18:56 | FO | | 55602 |
| 3831 | 7/17/2019 | Wednesday | CRJ | N8933B | MGM | ATL | 1.0166 | 7/17/2019 19:36 | 7/17/2019 21:37 | FO | | 55602 |
| 4002 | 7/17/2019 | Wednesday | CRJ | N875AS | ATL | CHA | 0.7666 | 7/17/2019 22:19 | 7/17/2019 23:05 | FO | | 55602 |
| 4477 | 7/18/2019 | Thursday | CRJ | N875AS | CHA | ATL | 0.65 | 7/18/2019 10:07 | 7/18/2019 10:46 | FO | | 55602 |
| 3553 | 7/18/2019 | Thursday | CRJ | N875AS | ATL | MGM | 0.8 | 7/18/2019 11:30 | 7/18/2019 11:18 | FO | | 55602 |
| 3553 | 7/18/2019 | Thursday | CRJ | N875AS | MGM | ATL | 0.9833 | 7/18/2019 11:56 | 7/18/2019 13:55 | FO | | 55602 |
| 3532 | 7/18/2019 | Thursday | CRJ | N875AS | ATL | SBN | 2.05 | 7/18/2019 14:26 | 7/18/2019 16:29 | FO | | 55602 |
| 3841 | 7/18/2019 | Thursday | CRJ | N875AS | SBN | DTW | 1.0333 | 7/18/2019 17:09 | 7/18/2019 18:11 | FO | | 55602 |
| 3807 | 7/21/2019 | Sunday | CRJ | N889AS | DTW | MDT | 1.2666 | 7/21/2019 9:54 | 7/21/2019 11:10 | FO | | 55602 |
| 3807 | 7/21/2019 | Sunday | CRJ | N889AS | MDT | DTW | 1.6166 | 7/21/2019 11:45 | 7/21/2019 13:22 | FO | | 55602 |
| 4290 | 7/21/2019 | Sunday | CRJ | N629BR | DTW | FWA | 0.8333 | 7/21/2019 15:44 | 7/21/2019 16:34 | FO | | 55602 |
| 3944 | 7/21/2019 | Sunday | CRJ | N629BR | FWA | ATL | 1.8 | 7/21/2019 17:03 | 7/21/2019 18:51 | FO | | 55602 |
| 3852 | 7/22/2019 | Monday | CRJ | N418SW | ATL | GTR | 1.0166 | 7/22/2019 9:38 | 7/22/2019 9:39 | FO | | 55602 |
| 3852 | 7/22/2019 | Monday | CRJ | N601XJ | GTR | ATL | 1.2166 | 7/22/2019 13:43 | 7/22/2019 15:56 | FO | | 55602 |
| 3642 | 7/22/2019 | Monday | CRJ | N8923A | ATL | SBN | 1.5666 | 7/22/2019 18:52 | 7/22/2019 20:26 | FO | | 55602 |
| 3841 | 7/23/2019 | Tuesday | CRJ | N8923A | SBN | DTW | 0.8333 | 7/23/2019 16:32 | 7/23/2019 17:22 | FO | | 55602 |
| 3647 | 7/23/2019 | Tuesday | CRJ | N8923A | DTW | LEX | 1.2666 | 7/23/2019 17:51 | 7/23/2019 19:07 | FO | | 55602 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3647 | 7/23/2019 | Tuesday | CRJ | N8923A | LEX | DTW | 1.3333 | 7/23/2019 19:39 | 7/23/2019 20:59 | FO | 55602 |
| 4239 | 7/23/2019 | Tuesday | CRJ | N8923A | DTW | ITH | 1.1166 | 7/23/2019 22:25 | 7/23/2019 23:32 | FO | 55602 |
| 4223 | 7/24/2019 | Wednesday | CRJ | N882AS | ITH | DTW | 1.65 | 7/24/2019 13:43 | 7/24/2019 15:22 | FO | 55602 |
| 4330 | 7/24/2019 | Wednesday | CRJ | N889AS | DTW | MQT | 1.2666 | 7/24/2019 16:12 | 7/24/2019 17:28 | FO | 55602 |
| 4330 | 7/24/2019 | Wednesday | CRJ | N889AS | MQT | DTW | 1.4166 | 7/24/2019 18:12 | 7/24/2019 19:37 | FO | 55602 |
| 3910 | 7/25/2019 | Thursday | CRJ | N875AS | DTW | GRB | 1.2333 | 7/25/2019 8:27 | 7/25/2019 8:41 | FO | 55602 |
| 3910 | 7/25/2019 | Thursday | CRJ | N875AS | GRB | DTW | 1.1666 | 7/25/2019 9:17 | 7/25/2019 11:27 | FO | 55602 |
| 4149 | 7/25/2019 | Thursday | CRJ | N487CA | DTW | LAN | 0.5 | 7/25/2019 13:12 | 7/25/2019 13:42 | FO | 55602 |
| 4149 | 7/25/2019 | Thursday | CRJ | N487CA | LAN | DTW | 0.7333 | 7/25/2019 14:19 | 7/25/2019 15:03 | FO | 55602 |
| 3760 | 7/25/2019 | Thursday | CRJ | N487CA | DTW | MBS | 0.65 | 7/25/2019 15:44 | 7/25/2019 16:23 | FO | 55602 |
| 3760 | 7/25/2019 | Thursday | CRJ | N487CA | MBS | DTW | 0.7666 | 7/25/2019 17:30 | 7/25/2019 18:16 | FO | 55602 |
| 3642 | 8/5/2019 | Monday | CRJ | N886AS | ATL | SBN | 2.35 | 8/5/2019 20:05 | 8/5/2019 22:26 | FO | 55602 |
| 3841 | 8/6/2019 | Tuesday | CRJ | N433SW | SBN | DTW | 0.8 | 8/6/2019 16:01 | 8/6/2019 16:49 | FO | 55602 |
| 3647 | 8/6/2019 | Tuesday | CRJ | N433SW | DTW | LEX | 1.0333 | 8/6/2019 17:50 | 8/6/2019 18:52 | FO | 55602 |
| 3647 | 8/6/2019 | Tuesday | CRJ | N433SW | LEX | DTW | 1.2166 | 8/6/2019 19:41 | 8/6/2019 20:54 | FO | 55602 |
| 3665 | 8/7/2019 | Wednesday | CR7 | N613SK | DTW | AVP | 1.25 | 8/7/2019 20:12 | 8/7/2019 21:27 | FO | 55602 |
| 3844 | 8/8/2019 | Thursday | CR7 | N613SK | AVP | DTW | 1.8666 | 8/8/2019 5:58 | 8/8/2019 7:50 | FO | 55602 |
| 3533 | 8/11/2019 | Sunday | C9D | N827SK | DTW | GRB | 1.25 | 8/11/2019 12:12 | 8/11/2019 12:27 | FO | 55602 |
| 3533 | 8/11/2019 | Sunday | C9D | N827SK | GRB | DTW | 1.05 | 8/11/2019 13:05 | 8/11/2019 15:08 | FO | 55602 |
| 3908 | 8/11/2019 | Sunday | C9D | N827SK | DTW | MKE | 1.1166 | 8/11/2019 16:17 | 8/11/2019 16:24 | FO | 55602 |
| 3908 | 8/11/2019 | Sunday | C9D | N827SK | MKE | DTW | 1.1333 | 8/11/2019 17:05 | 8/11/2019 19:13 | FO | 55602 |
| 3602 | 8/11/2019 | Sunday | CR7 | N607SK | DTW | LIT | 2.1333 | 8/11/2019 20:28 | 8/11/2019 21:36 | FO | 55602 |
| 3781 | 8/13/2019 | Tuesday | CR9 | N162PQ | DTW | ALB | 1.5 | 8/13/2019 10:54 | 8/13/2019 12:24 | FO | 55602 |
| 3781 | 8/13/2019 | Tuesday | CR9 | N162PQ | ALB | DTW | 1.6833 | 8/13/2019 13:05 | 8/13/2019 14:46 | FO | 55602 |
| 3740 | 8/14/2019 | Wednesday | CR9 | N187PQ | DTW | ROC | 1.05 | 8/14/2019 15:49 | 8/14/2019 16:52 | FO | 55602 |
| 3740 | 8/14/2019 | Wednesday | CR9 | N187PQ | ROC | DTW | 1.2833 | 8/14/2019 17:45 | 8/14/2019 19:02 | FO | 55602 |
| 3737 | 8/14/2019 | Wednesday | CR9 | N187PQ | DTW | MBS | 0.5666 | 8/14/2019 20:09 | 8/14/2019 20:43 | FO | 55602 |
| 3525 | 8/15/2019 | Thursday | CR9 | N187PQ | MBS | DTW | 1.0666 | 8/15/2019 8:12 | 8/15/2019 9:16 | FO | 55602 |
| 3906 | 8/15/2019 | Thursday | CR7 | N614SK | DTW | RIC | 1.8166 | 8/15/2019 10:15 | 8/15/2019 12:04 | FO | 55602 |
| 3906 | 8/15/2019 | Thursday | CR7 | N614SK | RIC | DTW | 1.75 | 8/15/2019 12:53 | 8/15/2019 14:38 | FO | 55602 |
| 4073 | 8/15/2019 | Thursday | CR7 | N614SK | DTW | TVC | 1.1 | 8/15/2019 16:04 | 8/15/2019 17:10 | FO | 55602 |
| 4073 | 8/15/2019 | Thursday | CR7 | N614SK | TVC | DTW | 0.9666 | 8/15/2019 18:00 | 8/15/2019 18:58 | FO | 55602 |
| 3764 | 8/18/2019 | Sunday | CR7 | N614SK | DTW | AVP | 3.25 | 8/18/2019 20:13 | 8/18/2019 23:28 | FO | 55602 |
| 3844 | 8/19/2019 | Monday | CR7 | N614SK | AVP | DTW | 1.4 | 8/19/2019 5:56 | 8/19/2019 7:20 | FO | 55602 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3764 | 8/19/2019 | Monday | CR7 | N754EV | DTW | AVP | 1.2833 | 8/19/2019 20:27 | 8/19/2019 21:44 | FO | 55602 |
| 3844 | 8/20/2019 | Tuesday | CR7 | N754EV | AVP | DTW | 1.35 | 8/20/2019 5:55 | 8/20/2019 7:16 | FO | 55602 |
| 3764 | 8/20/2019 | Tuesday | CR7 | N613SK | DTW | AVP | 1.4333 | 8/20/2019 20:34 | 8/20/2019 22:00 | FO | 55602 |
| 3844 | 8/21/2019 | Wednesday | CR7 | N613SK | AVP | DTW | 1.3333 | 8/21/2019 5:56 | 8/21/2019 7:16 | FO | 55602 |
| 3764 | 8/21/2019 | Wednesday | CR7 | N625CA | DTW | AVP | 1.35 | 8/21/2019 20:15 | 8/21/2019 21:36 | FO | 55602 |
| 3844 | 8/22/2019 | Thursday | CR7 | N625CA | AVP | DTW | 1.6166 | 8/22/2019 5:58 | 8/22/2019 7:35 | FO | 55602 |
| 3754 | 8/22/2019 | Thursday | CRJ | N468CA | DTW | ERI | 0.8333 | 8/22/2019 20:59 | 8/22/2019 21:49 | FO | 55602 |
| 3670 | 8/23/2019 | Friday | CRJ | N468CA | ERI | DTW | 0.9166 | 8/23/2019 6:11 | 8/23/2019 7:06 | FO | 55602 |
| 3764 | 8/25/2019 | Sunday | CR7 | N611SK | DTW | AVP | 1.2666 | 8/25/2019 20:10 | 8/25/2019 21:26 | FO | 55602 |
| 3844 | 8/26/2019 | Monday | CR7 | N611SK | AVP | DTW | 1.4 | 8/26/2019 5:54 | 8/26/2019 7:18 | FO | 55602 |
| 3737 | 8/26/2019 | Monday | CR9 | N692CA | DTW | MBS | 0.7833 | 8/26/2019 20:10 | 8/26/2019 20:57 | FO | 55602 |
| 3525 | 8/27/2019 | Tuesday | CR9 | N692CA | MBS | DTW | 1.05 | 8/27/2019 8:12 | 8/27/2019 9:15 | FO | 55602 |
| 3880 | 8/27/2019 | Tuesday | CR9 | N692CA | DTW | PVD | 1.6833 | 8/27/2019 10:11 | 8/27/2019 11:52 | FO | 55602 |
| 3880 | 8/27/2019 | Tuesday | CR9 | N692CA | PVD | DTW | 1.9166 | 8/27/2019 12:45 | 8/27/2019 14:40 | FO | 55602 |
| 4096 | 8/27/2019 | Tuesday | C9D | N837SK | DTW | GRR | 0.7833 | 8/27/2019 16:05 | 8/27/2019 16:52 | FO | 55602 |
| 3633 | 8/28/2019 | Wednesday | CR9 | N170PQ | GRR | DTW | 0.9666 | 8/28/2019 8:13 | 8/28/2019 9:11 | FO | 55602 |
| 3766 | 8/28/2019 | Wednesday | CR9 | N170PQ | DTW | CMH | 1.0833 | 8/28/2019 9:55 | 8/28/2019 11:00 | FO | 55602 |
| 3766 | 8/28/2019 | Wednesday | CR9 | N170PQ | CMH | DTW | 1.1166 | 8/28/2019 11:33 | 8/28/2019 12:40 | FO | 55602 |
| 4094 | 8/28/2019 | Wednesday | CR7 | N641CA | DTW | CHS | 2.1833 | 8/28/2019 13:52 | 8/28/2019 16:03 | FO | 55602 |
| 4094 | 8/28/2019 | Wednesday | CR7 | N641CA | CHS | DTW | 1.9666 | 8/28/2019 16:52 | 8/28/2019 18:50 | FO | 55602 |
| 3754 | 8/29/2019 | Thursday | CRJ | N8968E | DTW | ERI | 0.8333 | 8/29/2019 20:42 | 8/29/2019 21:32 | FO | 55602 |
| 3670 | 8/30/2019 | Friday | CRJ | N8968E | ERI | DTW | 0.9833 | 8/30/2019 6:19 | 8/30/2019 7:18 | FO | 55602 |
| 4147 | 9/1/2019 | Sunday | C9D | N827SK | DTW | HPN | 1.4166 | 9/1/2019 19:58 | 9/1/2019 21:23 | FO | 55602 |
| 4923 | 9/2/2019 | Monday | C9D | N827SK | HPN | DTW | 1.7 | 9/2/2019 5:55 | 9/2/2019 7:37 | FO | 55602 |
| 4147 | 9/2/2019 | Monday | C9D | N827SK | DTW | HPN | 1.5166 | 9/2/2019 20:27 | 9/2/2019 21:58 | FO | 55602 |
| 4923 | 9/3/2019 | Tuesday | C9D | N827SK | HPN | DTW | 1.6333 | 9/3/2019 5:54 | 9/3/2019 7:32 | FO | 55602 |
| 3860 | 9/3/2019 | Tuesday | CR9 | N170PQ | DTW | RIC | 1.4 | 9/3/2019 20:20 | 9/3/2019 21:44 | FO | 55602 |
| 3700 | 9/4/2019 | Wednesday | CR9 | N805SK | RIC | DTW | 1.6833 | 9/4/2019 6:00 | 9/4/2019 7:41 | FO | 55602 |
| 3860 | 9/4/2019 | Wednesday | C9D | N829SK | DTW | RIC | 1.45 | 9/4/2019 20:21 | 9/4/2019 21:48 | FO | 55602 |
| 3700 | 9/5/2019 | Thursday | C9D | N829SK | RIC | DTW | 1.7333 | 9/5/2019 5:58 | 9/5/2019 7:42 | FO | 55602 |
| 4147 | 9/5/2019 | Thursday | C9D | N838SK | DTW | HPN | 1.5333 | 9/5/2019 20:09 | 9/5/2019 21:41 | FO | 55602 |
| 4923 | 9/6/2019 | Friday | C9D | N838SK | HPN | DTW | 1.5833 | 9/6/2019 5:51 | 9/6/2019 7:26 | FO | 55602 |
| 4147 | 9/8/2019 | Sunday | C9D | N831SK | DTW | HPN | 1.55 | 9/8/2019 20:07 | 9/8/2019 21:40 | FO | 55602 |
| 3627 | 9/9/2019 | Monday | C9D | N831SK | HPN | DTW | 1.5666 | 9/9/2019 5:52 | 9/9/2019 7:26 | FO | 55602 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4147 | 9/9/2019 | Monday | C9D | N836SK | DTW | HPN | 1.4166 | 9/9/2019 20:09 | 9/9/2019 21:34 | FO | 55602 |
| 3627 | 9/10/2019 | Tuesday | C9D | N836SK | HPN | DTW | 1.75 | 9/10/2019 5:49 | 9/10/2019 7:34 | FO | 55602 |
| 3860 | 9/11/2019 | Wednesday | CR9 | N187PQ | DTW | RIC | 1.6333 | 9/11/2019 20:19 | 9/11/2019 21:57 | FO | 55602 |
| 3700 | 9/12/2019 | Thursday | CR9 | N187PQ | RIC | DTW | 1.7166 | 9/12/2019 5:58 | 9/12/2019 7:41 | FO | 55602 |
| 4147 | 9/12/2019 | Thursday | C9D | N830SK | DTW | HPN | 1.7166 | 9/12/2019 20:10 | 9/12/2019 21:53 | FO | 55602 |
| 3627 | 9/13/2019 | Friday | C9D | N830SK | HPN | DTW | 1.7666 | 9/13/2019 5:52 | 9/13/2019 7:38 | FO | 55602 |
| 4147 | 9/19/2019 | Thursday | C9D | N830SK | DTW | HPN | 1.5166 | 9/19/2019 20:16 | 9/19/2019 21:47 | FO | 55602 |
| 3627 | 9/20/2019 | Friday | C9D | N830SK | HPN | DTW | 1.5333 | 9/20/2019 5:53 | 9/20/2019 7:25 | FO | 55602 |
| 4147 | 9/22/2019 | Sunday | C9D | N832SK | DTW | HPN | 1.4 | 9/22/2019 20:05 | 9/22/2019 21:29 | FO | 55602 |
| 3627 | 9/23/2019 | Monday | C9D | N832SK | HPN | DTW | 1.7333 | 9/23/2019 5:53 | 9/23/2019 7:37 | FO | 55602 |
| 4147 | 9/23/2019 | Monday | C9D | N839SK | DTW | HPN | 1.55 | 9/23/2019 20:10 | 9/23/2019 21:43 | FO | 55602 |
| 3627 | 9/24/2019 | Tuesday | C9D | N839SK | HPN | DTW | 1.9666 | 9/24/2019 5:45 | 9/24/2019 7:43 | FO | 55602 |
| 3860 | 9/24/2019 | Tuesday | CR9 | N161PQ | DTW | RIC | 1.5333 | 9/24/2019 20:19 | 9/24/2019 21:51 | FO | 55602 |
| 3700 | 9/25/2019 | Wednesday | CR9 | N805SK | RIC | DTW | 1.8333 | 9/25/2019 5:57 | 9/25/2019 7:47 | FO | 55602 |
| 3860 | 9/25/2019 | Wednesday | CR9 | N822SK | DTW | RIC | 1.4166 | 9/25/2019 20:19 | 9/25/2019 21:44 | FO | 55602 |
| 3700 | 9/26/2019 | Thursday | CR9 | N822SK | RIC | DTW | 1.7666 | 9/26/2019 5:59 | 9/26/2019 7:45 | FO | 55602 |
| 4147 | 9/26/2019 | Thursday | C9D | N826SK | DTW | HPN | 1.35 | 9/26/2019 20:08 | 9/26/2019 21:29 | FO | 55602 |
| 3627 | 9/27/2019 | Friday | C9D | N826SK | HPN | DTW | 1.6666 | 9/27/2019 6:03 | 9/27/2019 7:43 | FO | 55602 |
| 4147 | 9/29/2019 | Sunday | C9D | N833SK | DTW | HPN | 1.5 | 9/29/2019 20:10 | 9/29/2019 21:40 | FO | 55602 |
| 3627 | 9/30/2019 | Monday | C9D | N833SK | HPN | DTW | 1.6666 | 9/30/2019 5:49 | 9/30/2019 7:29 | FO | 55602 |
| 4147 | 9/30/2019 | Monday | C9D | N836SK | DTW | HPN | 1.3833 | 9/30/2019 20:10 | 9/30/2019 21:33 | FO | 55602 |
| 3731 | 10/1/2019 | Tuesday | C9D | N836SK | HPN | DTW | 1.5833 | 10/1/2019 5:51 | 10/1/2019 7:26 | FO | 55602 |
| 3764 | 10/1/2019 | Tuesday | CR7 | N641CA | DTW | AVP | 1.25 | 10/1/2019 20:21 | 10/1/2019 21:36 | FO | 55602 |
| 3844 | 10/2/2019 | Wednesday | CR7 | N641CA | AVP | DTW | 1.8333 | 10/2/2019 5:55 | 10/2/2019 7:45 | FO | 55602 |
| 4322 | 10/2/2019 | Wednesday | CRJ | N900EV | DTW | ABE | 1.4666 | 10/2/2019 20:37 | 10/2/2019 22:05 | FO | 55602 |
| 4321 | 10/3/2019 | Thursday | CRJ | N900EV | ABE | DTW | 2.0333 | 10/3/2019 5:55 | 10/3/2019 7:57 | FO | 55602 |
| 3764 | 10/3/2019 | Thursday | CR7 | N632SK | DTW | AVP | 1.3666 | 10/3/2019 20:23 | 10/3/2019 21:45 | FO | 55602 |
| 3844 | 10/4/2019 | Friday | CR7 | N632SK | AVP | DTW | 1.7833 | 10/4/2019 5:55 | 10/4/2019 7:42 | FO | 55602 |
| 3764 | 10/6/2019 | Sunday | CR7 | N632SK | DTW | AVP | 1.6 | 10/6/2019 20:20 | 10/6/2019 21:56 | FO | 55602 |
| 3844 | 10/7/2019 | Monday | CR7 | N632SK | AVP | DTW | 1.55 | 10/7/2019 5:55 | 10/7/2019 7:28 | FO | 55602 |
| 3764 | 10/7/2019 | Monday | CR7 | N611SK | DTW | AVP | 1.3 | 10/7/2019 20:22 | 10/7/2019 21:40 | FO | 55602 |
| 3844 | 10/8/2019 | Tuesday | CR7 | N611SK | AVP | DTW | 1.7 | 10/8/2019 5:54 | 10/8/2019 7:36 | FO | 55602 |
| 3764 | 10/8/2019 | Tuesday | CR7 | N611SK | DTW | AVP | 1.2833 | 10/8/2019 20:18 | 10/8/2019 21:35 | FO | 55602 |
| 3844 | 10/9/2019 | Wednesday | CR7 | N611SK | AVP | DTW | 1.3333 | 10/9/2019 5:53 | 10/9/2019 7:13 | FO | 55602 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3764 | 10/9/2019 | Wednesday | CR7 | N641CA | DTW | AVP | 1.25 | 10/9/2019 20:23 | 10/9/2019 21:38 | FO | | 55602 |
| 3844 | 10/10/2019 | Thursday | CR7 | N641CA | AVP | DTW | 1.3833 | 10/10/2019 6:00 | 10/10/2019 7:23 | FO | | 55602 |
| 3764 | 10/10/2019 | Thursday | CR7 | N613SK | DTW | AVP | 1.3166 | 10/10/2019 20:20 | 10/10/2019 21:39 | FO | | 55602 |
| 3844 | 10/11/2019 | Friday | CR7 | N613SK | AVP | DTW | 1.35 | 10/11/2019 5:58 | 10/11/2019 7:19 | FO | | 55602 |
| 3764 | 10/17/2019 | Thursday | CR7 | N632SK | DTW | AVP | 1.2833 | 10/17/2019 20:19 | 10/17/2019 21:36 | FO | | 55602 |
| 3844 | 10/18/2019 | Friday | CR7 | N632SK | AVP | DTW | 1.4666 | 10/18/2019 5:55 | 10/18/2019 7:23 | FO | | 55602 |
| 3764 | 10/20/2019 | Sunday | CR7 | N608SK | DTW | AVP | 1.3166 | 10/20/2019 20:46 | 10/20/2019 22:05 | FO | | 55602 |
| 3844 | 10/21/2019 | Monday | CR7 | N608SK | AVP | DTW | 1.6 | 10/21/2019 5:50 | 10/21/2019 7:26 | FO | | 55602 |
| 3764 | 10/22/2019 | Tuesday | CR7 | N625CA | DTW | AVP | 1.3 | 10/22/2019 20:21 | 10/22/2019 21:39 | FO | | 55602 |
| 3844 | 10/23/2019 | Wednesday | CR7 | N625CA | AVP | DTW | 1.8166 | 10/23/2019 5:54 | 10/23/2019 7:43 | FO | | 55602 |
| 3764 | 10/23/2019 | Wednesday | CR7 | N611SK | DTW | AVP | 1.2 | 10/23/2019 20:20 | 10/23/2019 21:32 | FO | | 55602 |
| 3844 | 10/24/2019 | Thursday | CR7 | N611SK | AVP | DTW | 1.55 | 10/24/2019 5:54 | 10/24/2019 7:27 | FO | | 55602 |
| 3764 | 10/24/2019 | Thursday | CR7 | N613SK | DTW | AVP | 1.35 | 10/24/2019 20:19 | 10/24/2019 21:40 | FO | | 55602 |
| 3844 | 10/25/2019 | Friday | CR7 | N613SK | AVP | DTW | 1.5833 | 10/25/2019 5:54 | 10/25/2019 7:29 | FO | | 55602 |
| 3764 | 10/27/2019 | Sunday | CR7 | N608SK | DTW | AVP | 1.3333 | 10/27/2019 20:13 | 10/27/2019 21:33 | FO | | 55602 |
| 3844 | 10/28/2019 | Monday | CR7 | N608SK | AVP | DTW | 1.45 | 10/28/2019 5:53 | 10/28/2019 7:20 | FO | | 55602 |
| 4245 | 10/28/2019 | Monday | CRJ | N912EV | DTW | PLN | 0.9833 | 10/28/2019 20:10 | 10/28/2019 21:09 | FO | | 55602 |
| 4283 | 10/29/2019 | Tuesday | CRJ | N912EV | PLN | DTW | 1.1666 | 10/29/2019 6:13 | 10/29/2019 7:23 | FO | | 55602 |
| 4322 | 10/29/2019 | Tuesday | CRJ | N506CA | DTW | ABE | 1.3666 | 10/29/2019 20:42 | 10/29/2019 22:04 | FO | | 55602 |
| 4321 | 10/30/2019 | Wednesday | CRJ | N506CA | ABE | DTW | 1.65 | 10/30/2019 5:59 | 10/30/2019 7:38 | FO | | 55602 |
| 4322 | 10/30/2019 | Wednesday | CRJ | N496CA | DTW | ABE | 1.3833 | 10/30/2019 20:38 | 10/30/2019 22:01 | FO | | 55602 |
| 4321 | 10/31/2019 | Thursday | CRJ | N496CA | ABE | DTW | 1.5666 | 10/31/2019 5:57 | 10/31/2019 7:31 | FO | | 55602 |
| 3764 | 10/31/2019 | Thursday | CR7 | N607SK | DTW | AVP | 1.4166 | 10/31/2019 22:29 | 10/31/2019 23:54 | FO | | 55602 |
| 3844 | 11/1/2019 | Friday | CR7 | N607SK | AVP | DTW | 1.45 | 11/1/2019 5:55 | 11/1/2019 7:22 | FO | | 55602 |
| 3764 | 11/3/2019 | Sunday | CRJ | N463SW | DTW | AVP | 1.1 | 11/3/2019 20:22 | 11/3/2019 21:28 | FO | | 55602 |
| 3844 | 11/4/2019 | Monday | CRJ | N463SW | AVP | DTW | 1.8166 | 11/4/2019 5:54 | 11/4/2019 7:43 | FO | | 55602 |
| 3862 | 11/4/2019 | Monday | CR9 | N689CA | DTW | LIT | 2.1166 | 11/4/2019 20:21 | 11/4/2019 21:28 | FO | | 55602 |
| 4177 | 11/7/2019 | Thursday | CR9 | N898SK | LIT | DTW | 1.8166 | 11/7/2019 6:10 | 11/7/2019 8:59 | FO | | 55602 |
| 3903 | 11/7/2019 | Thursday | CR9 | N824SK | DTW | ROC | 1.1 | 11/7/2019 22:18 | 11/7/2019 23:24 | FO | | 55602 |
| 4102 | 11/8/2019 | Friday | CR9 | N824SK | ROC | DTW | 1.6666 | 11/8/2019 5:59 | 11/8/2019 7:39 | FO | | 55602 |
| 3789 | 11/10/2019 | Sunday | CRJ | N601XJ | DTW | AZO | 0.9666 | 11/10/2019 12:24 | 11/10/2019 13:22 | FO | | 55602 |
| 3789 | 11/10/2019 | Sunday | CRJ | N601XJ | AZO | DTW | 1.2333 | 11/10/2019 13:51 | 11/10/2019 15:05 | FO | | 55602 |
| 3744 | 11/10/2019 | Sunday | CRJ | N601XJ | DTW | CID | 1.5833 | 11/10/2019 16:01 | 11/10/2019 16:36 | FO | | 55602 |
| 3744 | 11/10/2019 | Sunday | CRJ | N601XJ | CID | DTW | 1.8833 | 11/10/2019 17:14 | 11/10/2019 20:07 | FO | | 55602 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4317 | 11/10/2019 | Sunday | CRJ | N487CA | DTW | MLI | 1.5 | 11/10/2019 20:45 | 11/10/2019 21:15 | FO | 55602 |
| 4327 | 11/11/2019 | Monday | CRJ | N979EV | MLI | DTW | 1.7333 | 11/11/2019 19:22 | 11/11/2019 22:06 | FO | 55602 |
| 4035 | 11/11/2019 | Monday | CRJ | N979EV | DTW | CHA | 2.4166 | 11/11/2019 22:38 | 11/12/2019 1:03 | FO | 55602 |
| 4609 | 11/12/2019 | Tuesday | CRJ | N439SW | CHA | DTW | 2.0333 | 11/12/2019 18:54 | 11/12/2019 20:56 | FO | 55602 |
| 4239 | 11/12/2019 | Tuesday | CRJ | N8828D | DTW | ITH | 1.3333 | 11/12/2019 22:27 | 11/12/2019 23:47 | FO | 55602 |
| 4254 | 11/13/2019 | Wednesday | CRJ | N910EV | ITH | DTW | 1.8333 | 11/13/2019 13:17 | 11/13/2019 15:07 | FO | 55602 |
| 4023 | 11/13/2019 | Wednesday | CRJ | N910EV | DTW | AVP | 1.1333 | 11/13/2019 15:44 | 11/13/2019 16:52 | FO | 55602 |
| 4023 | 11/13/2019 | Wednesday | CRJ | N910EV | AVP | DTW | 1.6666 | 11/13/2019 17:42 | 11/13/2019 19:22 | FO | 55602 |
| 3880 | 11/14/2019 | Thursday | CR9 | N825SK | DTW | PVD | 1.8833 | 11/14/2019 10:02 | 11/14/2019 11:55 | FO | 55602 |
| 3880 | 11/14/2019 | Thursday | CR9 | N825SK | PVD | DTW | 2.0833 | 11/14/2019 12:39 | 11/14/2019 14:44 | FO | 55602 |
| 3879 | 11/14/2019 | Thursday | C9D | N836SK | DTW | MSN | 1.3 | 11/14/2019 16:10 | 11/14/2019 16:28 | FO | 55602 |
| 3879 | 11/14/2019 | Thursday | C9D | N836SK | MSN | DTW | 1.4666 | 11/14/2019 17:04 | 11/14/2019 19:32 | FO | 55602 |
| 4313 | 11/17/2019 | Sunday | CRJ | N936SW | DTW | SWF | 1.45 | 11/17/2019 12:10 | 11/17/2019 13:37 | FO | 55602 |
| 4313 | 11/17/2019 | Sunday | CRJ | N936SW | SWF | DTW | 1.6 | 11/17/2019 14:10 | 11/17/2019 15:46 | FO | 55602 |
| 3796 | 11/17/2019 | Sunday | CRJ | N936SW | DTW | AZO | 0.7 | 11/17/2019 16:41 | 11/17/2019 17:23 | FO | 55602 |
| 3796 | 11/17/2019 | Sunday | CRJ | N936SW | AZO | DTW | 0.7333 | 11/17/2019 18:02 | 11/17/2019 18:46 | FO | 55602 |
| 4454 | 11/17/2019 | Sunday | CRJ | N936SW | DTW | SBN | 0.7833 | 11/17/2019 20:12 | 11/17/2019 20:59 | FO | 55602 |
| 3650 | 11/18/2019 | Monday | CRJ | N506CA | SBN | ATL | 1.6666 | 11/18/2019 17:10 | 11/18/2019 18:50 | FO | 55602 |
| 3823 | 11/18/2019 | Monday | CRJ | N506CA | ATL | MLU | 1.3833 | 11/18/2019 20:29 | 11/18/2019 20:52 | FO | 55602 |
| 3503 | 11/19/2019 | Tuesday | CRJ | N979EV | MLU | ATL | 1.3833 | 11/19/2019 14:27 | 11/19/2019 16:50 | FO | 55602 |
| 3537 | 11/19/2019 | Tuesday | CRJ | N936EV | ATL | FWA | 1.5833 | 11/19/2019 18:42 | 11/19/2019 20:17 | FO | 55602 |
| 4263 | 11/20/2019 | Wednesday | CRJ | N429SW | FWA | DTW | 0.8333 | 11/20/2019 16:10 | 11/20/2019 17:00 | FO | 55602 |
| 3912 | 11/21/2019 | Thursday | CRJ | N629BR | DTW | CMH | 0.8166 | 11/21/2019 8:32 | 11/21/2019 9:21 | FO | 55602 |
| 3912 | 11/21/2019 | Thursday | CRJ | N629BR | CMH | DTW | 1.0333 | 11/21/2019 10:12 | 11/21/2019 11:14 | FO | 55602 |
| 3777 | 11/21/2019 | Thursday | CRJ | N449SW | DTW | ORH | 1.4833 | 11/21/2019 14:18 | 11/21/2019 15:47 | FO | 55602 |
| 3777 | 11/21/2019 | Thursday | CRJ | N449SW | ORH | DTW | 1.9333 | 11/21/2019 16:36 | 11/21/2019 18:32 | FO | 55602 |
| 3789 | 11/24/2019 | Sunday | CRJ | N506CA | DTW | AZO | 0.7666 | 11/24/2019 12:25 | 11/24/2019 13:11 | FO | 55602 |
| 3789 | 11/24/2019 | Sunday | CRJ | N506CA | AZO | DTW | 0.6833 | 11/24/2019 13:51 | 11/24/2019 14:32 | FO | 55602 |
| 3588 | 11/24/2019 | Sunday | CRJ | N506CA | DTW | ERI | 0.9333 | 11/24/2019 16:03 | 11/24/2019 16:59 | FO | 55602 |
| 3588 | 11/24/2019 | Sunday | CRJ | N506CA | ERI | DTW | 0.8833 | 11/24/2019 17:47 | 11/24/2019 18:40 | FO | 55602 |
| 4298 | 11/24/2019 | Sunday | CRJ | N506CA | DTW | FWA | 0.6833 | 11/24/2019 20:07 | 11/24/2019 20:48 | FO | 55602 |
| 4303 | 11/25/2019 | Monday | CRJ | N912EV | FWA | DTW | 0.7833 | 11/25/2019 11:50 | 11/25/2019 12:37 | FO | 55602 |
| 4023 | 11/25/2019 | Monday | CRJ | N912EV | DTW | AVP | 1.1833 | 11/25/2019 15:43 | 11/25/2019 16:54 | FO | 55602 |
| 4023 | 11/25/2019 | Monday | CRJ | N912EV | AVP | DTW | 1.6 | 11/25/2019 17:40 | 11/25/2019 19:16 | FO | 55602 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3833 | 11/26/2019 | Tuesday | CR9 | N800SK | DTW | GRR | 0.8166 | 11/26/2019 12:20 | 11/26/2019 13:09 | FO | 55602 |
| 3833 | 11/26/2019 | Tuesday | CR9 | N800SK | GRR | DTW | 0.8166 | 11/26/2019 13:55 | 11/26/2019 14:44 | FO | 55602 |
| 3635 | 11/26/2019 | Tuesday | C9D | N834SK | DTW | ELM | 1.0833 | 11/26/2019 16:02 | 11/26/2019 17:07 | FO | 55602 |
| 3635 | 11/26/2019 | Tuesday | C9D | N834SK | ELM | DTW | 1.2666 | 11/26/2019 17:51 | 11/26/2019 19:07 | FO | 55602 |
| 3836 | 11/26/2019 | Tuesday | C9D | N834SK | DTW | HSV | 1.8833 | 11/26/2019 20:09 | 11/26/2019 21:02 | FO | 55602 |
| 4037 | 12/1/2019 | Sunday | CR9 | N679CA | DTW | ATW | 1.6 | 12/1/2019 12:08 | 12/1/2019 12:44 | FO | 55602 |
| 4037 | 12/1/2019 | Sunday | CR9 | N679CA | ATW | DTW | 1.8166 | 12/1/2019 13:36 | 12/1/2019 16:25 | FO | 55602 |
| 3775 | 12/1/2019 | Sunday | CR9 | N825SK | DTW | CMH | 0.9 | 12/1/2019 17:07 | 12/1/2019 18:01 | FO | 55602 |
| 3775 | 12/1/2019 | Sunday | CR9 | N825SK | CMH | DTW | 0.9666 | 12/1/2019 18:39 | 12/1/2019 19:37 | FO | 55602 |
| 4074 | 12/1/2019 | Sunday | CR9 | N825SK | DTW | IAD | 1.4666 | 12/1/2019 20:15 | 12/1/2019 21:43 | FO | 55602 |
| 3789 | 12/2/2019 | Monday | CR7 | N633SK | DTW | AZO | 0.6833 | 12/2/2019 12:53 | 12/2/2019 13:34 | FO | 55602 |
| 3789 | 12/2/2019 | Monday | CR7 | N633SK | AZO | DTW | 0.85 | 12/2/2019 14:11 | 12/2/2019 15:02 | FO | 55602 |
| 3973 | 12/2/2019 | Monday | CR9 | N816SK | DTW | MSN | 1.0333 | 12/2/2019 17:54 | 12/2/2019 17:56 | FO | 55602 |
| 3973 | 12/2/2019 | Monday | CR9 | N816SK | MSN | DTW | 1.3833 | 12/2/2019 18:45 | 12/2/2019 21:08 | FO | 55602 |
| 3807 | 12/3/2019 | Tuesday | C9D | N831SK | DTW | SYR | 1.3666 | 12/3/2019 15:45 | 12/3/2019 17:07 | FO | 55602 |
| 3807 | 12/3/2019 | Tuesday | C9D | N831SK | SYR | DTW | 1.4166 | 12/3/2019 17:49 | 12/3/2019 19:14 | FO | 55602 |
| 3987 | 12/3/2019 | Tuesday | C9D | N833SK | DTW | CHS | 2.1166 | 12/3/2019 20:29 | 12/3/2019 22:36 | FO | 55602 |
| 3808 | 12/4/2019 | Wednesday | C9D | N839SK | CHS | DTW | 2.1166 | 12/4/2019 12:54 | 12/4/2019 15:01 | FO | 55602 |
| 3601 | 12/4/2019 | Wednesday | CR9 | N896SK | DTW | MKE | 1.4833 | 12/4/2019 17:57 | 12/4/2019 18:26 | FO | 55602 |
| 3601 | 12/4/2019 | Wednesday | CR9 | N896SK | MKE | DTW | 1.05 | 12/4/2019 19:27 | 12/4/2019 21:30 | FO | 55602 |
| 3630 | 12/4/2019 | Wednesday | CR9 | N896SK | DTW | TVC | 1.2166 | 12/4/2019 22:28 | 12/4/2019 23:41 | FO | 55602 |
| 3849 | 12/5/2019 | Thursday | CR9 | N822SK | TVC | DTW | 0.9666 | 12/5/2019 14:12 | 12/5/2019 15:10 | FO | 55602 |
| 4153 | 12/5/2019 | Thursday | C9D | N834SK | DTW | IAD | 1.2333 | 12/5/2019 17:39 | 12/5/2019 18:53 | FO | 55602 |
| 4153 | 12/5/2019 | Thursday | C9D | N834SK | IAD | DTW | 1.45 | 12/5/2019 19:52 | 12/5/2019 21:19 | FO | 55602 |
| 3764 | 12/10/2019 | Tuesday | CRJ | N809CA | DTW | AVP | 1.5166 | 12/10/2019 20:20 | 12/10/2019 21:51 | FO | 55602 |
| 3844 | 12/11/2019 | Wednesday | CRJ | N809CA | AVP | DTW | 1.9833 | 12/11/2019 5:42 | 12/11/2019 7:41 | FO | 55602 |
| 3764 | 12/11/2019 | Wednesday | CRJ | N431SW | DTW | AVP | 1.2 | 12/11/2019 20:18 | 12/11/2019 21:30 | FO | 55602 |
| 3844 | 12/12/2019 | Thursday | CRJ | N431SW | AVP | DTW | 1.8333 | 12/12/2019 5:45 | 12/12/2019 7:35 | FO | 55602 |
| 4091 | 12/12/2019 | Thursday | CR7 | N613SK | DTW | AZO | 0.8 | 12/12/2019 20:24 | 12/12/2019 21:12 | FO | 55602 |
| 3694 | 12/13/2019 | Friday | CR7 | N613SK | AZO | DTW | 0.7166 | 12/13/2019 5:18 | 12/13/2019 6:01 | FO | 55602 |
| 4297 | 12/15/2019 | Sunday | CRJ | N917EV | DTW | LSE | 1.7666 | 12/15/2019 12:09 | 12/15/2019 12:55 | FO | 55602 |
| 4297 | 12/15/2019 | Sunday | CRJ | N917EV | LSE | DTW | 1.4 | 12/15/2019 13:27 | 12/15/2019 15:51 | FO | 55602 |
| 3796 | 12/15/2019 | Sunday | CRJ | N917EV | DTW | AZO | 0.85 | 12/15/2019 16:46 | 12/15/2019 17:37 | FO | 55602 |
| 3796 | 12/15/2019 | Sunday | CRJ | N917EV | AZO | DTW | 1.3166 | 12/15/2019 18:08 | 12/15/2019 19:27 | FO | 55602 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4317 | 12/15/2019 | Sunday | CRJ | N917EV | DTW | MLI | 1.9 | 12/15/2019 20:37 | 12/15/2019 21:31 | FO | 55602 |
| 4327 | 12/16/2019 | Monday | CRJ | N921EV | MLI | DTW | 1.5333 | 12/16/2019 16:48 | 12/16/2019 19:20 | FO | 55602 |
| 4220 | 12/16/2019 | Monday | CRJ | N923EV | DTW | SCE | 1.0333 | 12/16/2019 22:43 | 12/16/2019 23:45 | FO | 55602 |
| 4324 | 12/17/2019 | Tuesday | CRJ | N448SW | SCE | DTW | 1.2833 | 12/17/2019 17:58 | 12/17/2019 19:15 | FO | 55602 |
| 3764 | 12/17/2019 | Tuesday | CRJ | N452SW | DTW | AVP | 1.3333 | 12/17/2019 20:23 | 12/17/2019 21:43 | FO | 55602 |
| 3521 | 12/18/2019 | Wednesday | CRJ | N498CA | AVP | DTW | 1.5666 | 12/18/2019 15:49 | 12/18/2019 17:23 | FO | 55602 |
| 4021 | 12/19/2019 | Thursday | C9D | N836SK | DTW | HPN | 1.5166 | 12/19/2019 10:00 | 12/19/2019 11:31 | FO | 55602 |
| 4021 | 12/19/2019 | Thursday | C9D | N836SK | HPN | DTW | 1.7166 | 12/19/2019 12:25 | 12/19/2019 14:08 | FO | 55602 |
| 4073 | 12/19/2019 | Thursday | CR9 | N804SK | DTW | TVC | 0.95 | 12/19/2019 16:12 | 12/19/2019 17:09 | FO | 55602 |
| 4073 | 12/19/2019 | Thursday | CR9 | N804SK | TVC | DTW | 1.05 | 12/19/2019 18:13 | 12/19/2019 19:16 | FO | 55602 |
| 3553 | 12/22/2019 | Sunday | CR9 | N692CA | DTW | MEM | 1.8166 | 12/22/2019 15:41 | 12/22/2019 16:30 | FO | 55602 |
| 3696 | 12/22/2019 | Sunday | CR9 | N692CA | MEM | MSP | 1.9666 | 12/22/2019 17:17 | 12/22/2019 19:15 | FO | 55602 |
| 4090 | 12/22/2019 | Sunday | CR9 | N816SK | MSP | SDF | 1.8166 | 12/22/2019 20:33 | 12/22/2019 23:22 | FO | 55602 |
| 3589 | 12/23/2019 | Monday | CR9 | N806SK | SDF | MSP | 2.0833 | 12/23/2019 13:38 | 12/23/2019 14:43 | FO | 55602 |
| 3940 | 12/23/2019 | Monday | CR7 | N630SK | MSP | OKC | 1.9166 | 12/23/2019 17:49 | 12/23/2019 19:44 | FO | 55602 |
| 3742 | 12/25/2019 | Wednesday | C9D | N827SK | DTW | ELM | 1.05 | 12/25/2019 12:30 | 12/25/2019 13:33 | FO | 55602 |
| 3635 | 12/25/2019 | Wednesday | C9D | N838SK | ELM | DTW | 1.2166 | 12/25/2019 17:46 | 12/25/2019 18:59 | FO | 55602 |
| 3560 | 12/26/2019 | Thursday | CR9 | N816SK | DTW | IAH | 3.1 | 12/26/2019 8:36 | 12/26/2019 10:42 | FO | 55602 |
| 3827 | 12/26/2019 | Thursday | CR9 | N170PQ | IAH | DTW | 2.4166 | 12/26/2019 14:01 | 12/26/2019 17:26 | FO | 55602 |
| 3627 | 12/29/2019 | Sunday | CRJ | N426SW | DTW | ROC | 1.35 | 12/29/2019 10:12 | 12/29/2019 11:33 | FO | 55602 |
| 3627 | 12/29/2019 | Sunday | CRJ | N426SW | ROC | DTW | 1.35 | 12/29/2019 12:57 | 12/29/2019 14:18 | FO | 55602 |
| 4325 | 12/29/2019 | Sunday | CRJ | N426SW | DTW | ABE | 1.2333 | 12/29/2019 17:02 | 12/29/2019 18:16 | FO | 55602 |
| 4325 | 12/29/2019 | Sunday | CRJ | N426SW | ABE | DTW | 1.6166 | 12/29/2019 18:45 | 12/29/2019 20:22 | FO | 55602 |
| 3738 | 12/30/2019 | Monday | C9D | N834SK | DTW | MKE | 0.95 | 12/30/2019 16:37 | 12/30/2019 16:34 | FO | 55602 |
| 3738 | 12/30/2019 | Monday | C9D | N834SK | MKE | DTW | 1.1 | 12/30/2019 17:05 | 12/30/2019 19:11 | FO | 55602 |
| 3546 | 12/30/2019 | Monday | CR7 | N632SK | DTW | OKC | 2.9333 | 12/30/2019 20:52 | 12/30/2019 22:48 | FO | 55602 |
| 3810 | 1/1/2020 | Wednesday | CR7 | N631SK | OKC | MSP | 1.8833 | 1/1/2020 7:54 | 1/1/2020 9:47 | FO | 55602 |
| 3518 | 1/1/2020 | Wednesday | CR7 | N633SK | MSP | FAR | 1.1666 | 1/1/2020 11:19 | 1/1/2020 12:29 | FO | 55602 |
| 3518 | 1/1/2020 | Wednesday | CR7 | N633SK | FAR | MSP | 1.05 | 1/1/2020 13:18 | 1/1/2020 14:21 | FO | 55602 |
| 3964 | 1/1/2020 | Wednesday | CR7 | N633SK | MSP | OKC | 1.95 | 1/1/2020 15:12 | 1/1/2020 17:09 | FO | 55602 |
| 3908 | 1/2/2020 | Thursday | CR7 | N633SK | OKC | DTW | 2.0333 | 1/2/2020 5:50 | 1/2/2020 8:52 | FO | 55602 |
| 4112 | 1/2/2020 | Thursday | C9D | N827SK | DTW | GRR | 0.6666 | 1/2/2020 12:16 | 1/2/2020 12:56 | FO | 55602 |
| 4112 | 1/2/2020 | Thursday | C9D | N827SK | GRR | DTW | 0.7833 | 1/2/2020 13:50 | 1/2/2020 14:37 | FO | 55602 |
| 3735 | 1/5/2020 | Sunday | CRJ | N602XJ | AVP | DTW | 1.5333 | 1/5/2020 17:14 | 1/5/2020 18:46 | FO | 55602 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4740 | 1/5/2020 | Sunday | CRJ | N602XJ | DTW | ROC | 1.2166 | 1/5/2020 19:18 | 1/5/2020 20:31 | FO | 55602 |
| 4260 | 1/5/2020 | Sunday | CRJ | N602XJ | DTW | BGM | 1.1 | 1/5/2020 22:50 | 1/5/2020 23:56 | FO | 55602 |
| 4219 | 1/6/2020 | Monday | CRJ | N445SW | BGM | DTW | 1.5 | 1/6/2020 18:05 | 1/6/2020 19:35 | FO | 55602 |
| 4220 | 1/6/2020 | Monday | CRJ | N8982A | DTW | SCE | 1 | 1/6/2020 22:25 | 1/6/2020 23:25 | FO | 55602 |
| 4306 | 1/7/2020 | Tuesday | CRJ | N427SW | SCE | DTW | 1.5333 | 1/7/2020 14:59 | 1/7/2020 16:31 | FO | 55602 |
| 4073 | 1/7/2020 | Tuesday | CRJ | N427SW | DTW | TVC | 0.9333 | 1/7/2020 16:54 | 1/7/2020 17:50 | FO | 55602 |
| 4073 | 1/7/2020 | Tuesday | CRJ | N427SW | TVC | DTW | 1.0333 | 1/7/2020 18:14 | 1/7/2020 19:16 | FO | 55602 |
| 3764 | 1/7/2020 | Tuesday | CRJ | N427SW | DTW | AVP | 1.35 | 1/7/2020 20:04 | 1/7/2020 21:25 | FO | 55602 |
| 3809 | 1/8/2020 | Wednesday | CRJ | N446SW | AVP | DTW | 2.0666 | 1/8/2020 12:23 | 1/8/2020 14:27 | FO | 55602 |
| 4023 | 1/8/2020 | Wednesday | CRJ | N446SW | DTW | AVP | 1.3 | 1/8/2020 15:36 | 1/8/2020 16:54 | FO | 55602 |
| 4023 | 1/8/2020 | Wednesday | CRJ | N446SW | AVP | DTW | 1.7333 | 1/8/2020 17:34 | 1/8/2020 19:18 | FO | 55602 |
| 3754 | 1/9/2020 | Thursday | CRJ | N8903A | DTW | ERI | 0.9333 | 1/9/2020 20:33 | 1/9/2020 21:29 | FO | 55602 |
| 3670 | 1/10/2020 | Friday | CRJ | N8903A | ERI | DTW | 0.9333 | 1/10/2020 6:06 | 1/10/2020 7:02 | FO | 55602 |
| 4047 | 1/12/2020 | Sunday | CR9 | N548CA | DTW | MEM | 1.9333 | 1/12/2020 14:33 | 1/12/2020 15:29 | FO | 55602 |
| 4047 | 1/12/2020 | Sunday | CR9 | N548CA | MEM | DTW | 1.7666 | 1/12/2020 16:04 | 1/12/2020 18:50 | FO | 55602 |
| 4147 | 1/12/2020 | Sunday | C9D | N830SK | DTW | HPN | 1.5166 | 1/12/2020 20:09 | 1/12/2020 21:40 | FO | 55602 |
| 4109 | 1/13/2020 | Monday | C9D | N832SK | HPN | DTW | 2.15 | 1/13/2020 16:21 | 1/13/2020 18:30 | FO | 55602 |
| 3546 | 1/13/2020 | Monday | CR9 | N170PQ | DTW | OKC | 2.6666 | 1/13/2020 20:05 | 1/13/2020 21:45 | FO | 55602 |
| 3908 | 1/15/2020 | Wednesday | CR9 | N822SK | OKC | DTW | 2.3 | 1/15/2020 5:38 | 1/15/2020 8:56 | FO | 55602 |
| 3816 | 1/15/2020 | Wednesday | CR9 | N822SK | DTW | EWR | 1.5833 | 1/15/2020 10:01 | 1/15/2020 11:36 | FO | 55602 |
| 3816 | 1/15/2020 | Wednesday | CR9 | N822SK | EWR | DTW | 1.95 | 1/15/2020 12:23 | 1/15/2020 14:20 | FO | 55602 |
| 3721 | 1/16/2020 | Thursday | CR9 | N817SK | DTW | GSO | 1.2333 | 1/16/2020 20:13 | 1/16/2020 21:27 | FO | 55602 |
| 3505 | 1/17/2020 | Friday | CR9 | N817SK | GSO | DTW | 1.5666 | 1/17/2020 5:56 | 1/17/2020 7:30 | FO | 55602 |
| 4022 | 1/19/2020 | Sunday | CRJ | N8968E | DTW | GRB | 1.5166 | 1/19/2020 16:02 | 1/19/2020 16:33 | FO | 55602 |
| 4022 | 1/19/2020 | Sunday | CRJ | N8968E | GRB | DTW | 1.5333 | 1/19/2020 16:55 | 1/19/2020 19:27 | FO | 55602 |
| 4317 | 1/19/2020 | Sunday | CRJ | N8968E | DTW | MLI | 1.9666 | 1/19/2020 20:32 | 1/19/2020 21:30 | FO | 55602 |
| 4327 | 1/20/2020 | Monday | CRJ | N922EV | MLI | DTW | 2.2 | 1/20/2020 20:32 | 1/20/2020 23:44 | FO | 55602 |
| 4239 | 1/20/2020 | Monday | CRJ | N922EV | DTW | ITH | 1.2333 | 1/21/2020 0:11 | 1/21/2020 1:25 | FO | 55602 |
| 4223 | 1/21/2020 | Tuesday | CRJ | N919EV | ITH | DTW | 1.2666 | 1/21/2020 15:00 | 1/21/2020 16:16 | FO | 55602 |
| 3683 | 1/21/2020 | Tuesday | CRJ | N919EV | DTW | MBS | 0.6333 | 1/21/2020 16:49 | 1/21/2020 17:27 | FO | 55602 |
| 3683 | 1/21/2020 | Tuesday | CRJ | N919EV | MBS | DTW | 0.6833 | 1/21/2020 18:00 | 1/21/2020 18:41 | FO | 55602 |
| 4454 | 1/21/2020 | Tuesday | CRJ | N441SW | DTW | SBN | 1.0666 | 1/21/2020 20:33 | 1/21/2020 21:37 | FO | 55602 |
| 3874 | 1/22/2020 | Wednesday | CRJ | N906SW | SBN | DTW | 1.0166 | 1/22/2020 10:11 | 1/22/2020 11:12 | FO | 55602 |
| 4568 | 1/22/2020 | Wednesday | CRJ | N906SW | DTW | GRB | 1.1833 | 1/22/2020 12:07 | 1/22/2020 12:18 | FO | 55602 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4568 | 1/22/2020 | Wednesday | CRJ | N906SW | GRB | DTW | 1.05 | 1/22/2020 13:03 | 1/22/2020 15:06 | FO | 55602 |
| 4300 | 1/22/2020 | Wednesday | CRJ | N906SW | DTW | ESC | 1.25 | 1/22/2020 16:07 | 1/22/2020 17:22 | FO | 55602 |
| 4300 | 1/22/2020 | Wednesday | CRJ | N906SW | ESC | DTW | 1.9333 | 1/22/2020 18:10 | 1/22/2020 20:06 | FO | 55602 |
| 4001 | 1/23/2020 | Thursday | CRJ | N906SW | DTW | ATW | 1.2833 | 1/23/2020 8:22 | 1/23/2020 8:39 | FO | 55602 |
| 4001 | 1/23/2020 | Thursday | CRJ | N906SW | ATW | DTW | 1.75 | 1/23/2020 9:33 | 1/23/2020 12:18 | FO | 55602 |
| 4274 | 1/23/2020 | Thursday | CRJ | N931EV | DTW | CIU | 1.1333 | 1/23/2020 13:42 | 1/23/2020 14:50 | FO | 55602 |
| 4274 | 1/23/2020 | Thursday | CRJ | N931EV | CIU | DTW | 1.1333 | 1/23/2020 15:34 | 1/23/2020 16:42 | FO | 55602 |
| 3892 | 1/26/2020 | Sunday | CRJ | N8903A | SBN | MSP | 1.4666 | 1/26/2020 6:53 | 1/26/2020 7:21 | FO | 55602 |
| 3734 | 1/26/2020 | Sunday | CRJ | N8932C | MSP | CID | 1.1666 | 1/26/2020 9:09 | 1/26/2020 10:19 | FO | 55602 |
| 3575 | 1/26/2020 | Sunday | CRJ | N8932C | CID | DTW | 1.3833 | 1/26/2020 11:40 | 1/26/2020 14:03 | FO | 55602 |
| 4219 | 1/26/2020 | Sunday | CRJ | N8932C | DTW | BGM | 1.5 | 1/26/2020 15:36 | 1/26/2020 17:06 | FO | 55602 |
| 4256 | 1/27/2020 | Monday | CRJ | N912EV | BGM | DTW | 1.9 | 1/27/2020 5:45 | 1/27/2020 7:39 | FO | 55602 |
| 4261 | 1/27/2020 | Monday | CRJ | N912EV | DTW | ESC | 1.4166 | 1/27/2020 8:25 | 1/27/2020 9:50 | FO | 55602 |
| 4261 | 1/27/2020 | Monday | CRJ | N912EV | ESC | DTW | 1.1333 | 1/27/2020 10:29 | 1/27/2020 11:37 | FO | 55602 |
| 3869 | 1/27/2020 | Monday | CRJ | N498CA | DTW | SBN | 0.7333 | 1/27/2020 13:47 | 1/27/2020 14:31 | FO | 55602 |
| 4450 | 1/28/2020 | Tuesday | CRJ | N8828D | SBN | DTW | 1.35 | 1/28/2020 6:10 | 1/28/2020 7:31 | FO | 55602 |
| 4261 | 1/28/2020 | Tuesday | CRJ | N8828D | DTW | ESC | 1.5 | 1/28/2020 8:20 | 1/28/2020 9:50 | FO | 55602 |
| 4261 | 1/28/2020 | Tuesday | CRJ | N8828D | ESC | DTW | 2.1333 | 1/28/2020 10:33 | 1/28/2020 12:41 | FO | 55602 |
| 3693 | 1/29/2020 | Wednesday | CRJ | N659BR | DTW | MBS | 0.9166 | 1/29/2020 20:10 | 1/29/2020 21:05 | FO | 55602 |
| 3669 | 1/30/2020 | Thursday | CRJ | N675BR | MBS | DTW | 0.6833 | 1/30/2020 5:20 | 1/30/2020 6:01 | FO | 55602 |
| 3754 | 1/30/2020 | Thursday | CRJ | N906SW | DTW | ERI | 0.95 | 1/30/2020 21:24 | 1/30/2020 22:21 | FO | 55602 |
| 3670 | 1/31/2020 | Friday | CRJ | N906SW | ERI | DTW | 0.8666 | 1/31/2020 6:00 | 1/31/2020 6:52 | FO | 55602 |
| 3721 | 2/2/2020 | Sunday | CR9 | N813SK | DTW | GSO | 1.25 | 2/2/2020 20:13 | 2/2/2020 21:28 | FO | 55602 |
| 3505 | 2/3/2020 | Monday | CR9 | N813SK | GSO | DTW | 1.5666 | 2/3/2020 5:46 | 2/3/2020 7:20 | FO | 55602 |
| 4245 | 2/3/2020 | Monday | CRJ | N8982A | DTW | PLN | 0.95 | 2/3/2020 20:11 | 2/3/2020 21:08 | FO | 55602 |
| 4283 | 2/4/2020 | Tuesday | CRJ | N8982A | PLN | DTW | 0.9166 | 2/4/2020 6:30 | 2/4/2020 7:25 | FO | 55602 |
| 3721 | 2/4/2020 | Tuesday | CR9 | N825SK | DTW | GSO | 1.5666 | 2/4/2020 20:12 | 2/4/2020 21:46 | FO | 55602 |
| 3505 | 2/5/2020 | Wednesday | CR9 | N825SK | GSO | DTW | 1.3833 | 2/5/2020 5:48 | 2/5/2020 7:11 | FO | 55602 |
| 3721 | 2/5/2020 | Wednesday | C9D | N836SK | DTW | GSO | 2.0166 | 2/5/2020 20:11 | 2/5/2020 22:12 | FO | 55602 |
| 3505 | 2/6/2020 | Thursday | C9D | N836SK | GSO | DTW | 1.5333 | 2/6/2020 5:54 | 2/6/2020 7:26 | FO | 55602 |
| 3721 | 2/6/2020 | Thursday | CR9 | N822SK | DTW | GSO | 1.6833 | 2/6/2020 20:57 | 2/6/2020 22:38 | FO | 55602 |
| 3505 | 2/7/2020 | Friday | CR9 | N822SK | GSO | DTW | 1.3333 | 2/7/2020 6:02 | 2/7/2020 7:22 | FO | 55602 |
| 3721 | 2/9/2020 | Sunday | CR9 | N693CA | DTW | GSO | 1.9666 | 2/9/2020 20:37 | 2/9/2020 22:35 | FO | 55602 |
| 3505 | 2/10/2020 | Monday | CR9 | N693CA | GSO | DTW | 1.4666 | 2/10/2020 5:50 | 2/10/2020 7:18 | FO | 55602 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4245 | 2/10/2020 | Monday | CRJ | N868CA | DTW | PLN | 0.9833 | 2/10/2020 20:10 | 2/10/2020 21:09 | FO | 55602 |
| 3721 | 2/12/2020 | Wednesday | CR9 | N823SK | DTW | GSO | 1.7333 | 2/12/2020 21:24 | 2/12/2020 23:08 | FO | 55602 |
| 3505 | 2/13/2020 | Thursday | CR9 | N823SK | GSO | DTW | 1.55 | 2/13/2020 5:52 | 2/13/2020 7:25 | FO | 55602 |
| 4132 | 2/13/2020 | Thursday | CR9 | N554CA | DTW | MDT | 1.0166 | 2/13/2020 21:50 | 2/13/2020 22:51 | FO | 55602 |
| 4033 | 2/14/2020 | Friday | CR9 | N554CA | MDT | DTW | 1.4166 | 2/14/2020 5:38 | 2/14/2020 7:03 | FO | 55602 |
| 4117 | 2/23/2020 | Sunday | CRJ | N922EV | SBN | ATL | 1.5666 | 2/23/2020 5:59 | 2/23/2020 7:33 | FO | 55602 |
| 3571 | 2/23/2020 | Sunday | CRJ | N923EV | ATL | SBN | 1.6666 | 2/23/2020 9:37 | 2/23/2020 11:17 | FO | 55602 |
| 4161 | 2/24/2020 | Monday | CRJ | N430SW | SBN | DTW | 0.8333 | 2/24/2020 7:57 | 2/24/2020 8:47 | FO | 55602 |
| 4180 | 2/24/2020 | Monday | CR7 | N607SK | DTW | BHM | 1.9833 | 2/24/2020 9:58 | 2/24/2020 10:57 | FO | 55602 |
| 4181 | 2/24/2020 | Monday | CR7 | N607SK | BHM | DTW | 1.85 | 2/24/2020 11:43 | 2/24/2020 14:34 | FO | 55602 |
| 3683 | 2/24/2020 | Monday | CRJ | N430SW | DTW | MBS | 0.7 | 2/24/2020 15:58 | 2/24/2020 16:40 | FO | 55602 |
| 3683 | 2/24/2020 | Monday | CRJ | N430SW | MBS | DTW | 0.7166 | 2/24/2020 17:40 | 2/24/2020 18:23 | FO | 55602 |
| 3922 | 2/25/2020 | Tuesday | CR9 | N817SK | DTW | MYR | 1.8666 | 2/25/2020 12:10 | 2/25/2020 14:02 | FO | 55602 |
| 3922 | 2/25/2020 | Tuesday | CR9 | N817SK | MYR | DTW | 1.8666 | 2/25/2020 14:51 | 2/25/2020 16:43 | FO | 55602 |
| 3596 | 2/25/2020 | Tuesday | CR9 | N817SK | DTW | IAH | 3.2 | 2/25/2020 17:51 | 2/25/2020 20:03 | FO | 55602 |
| 4051 | 2/26/2020 | Wednesday | CR9 | N817SK | IAH | DTW | 2.3666 | 2/26/2020 9:19 | 2/26/2020 12:41 | FO | 55602 |
| 3982 | 2/26/2020 | Wednesday | CR9 | N689CA | DTW | ALB | 1.7666 | 2/26/2020 15:32 | 2/26/2020 17:18 | FO | 55602 |
| 3982 | 2/26/2020 | Wednesday | CR9 | N689CA | ALB | DTW | 2.4166 | 2/26/2020 18:17 | 2/26/2020 20:42 | FO | 55602 |
| 4568 | 3/1/2020 | Sunday | CRJ | N685BR | DTW | GRB | 1.15 | 3/1/2020 12:05 | 3/1/2020 12:14 | FO | 55602 |
| 4568 | 3/1/2020 | Sunday | CRJ | N685BR | GRB | DTW | 1.0166 | 3/1/2020 13:00 | 3/1/2020 15:01 | FO | 55602 |
| 4300 | 3/1/2020 | Sunday | CRJ | N685BR | DTW | ESC | 1.1833 | 3/1/2020 16:14 | 3/1/2020 17:25 | FO | 55602 |
| 4300 | 3/1/2020 | Sunday | CRJ | N685BR | ESC | DTW | 1.0833 | 3/1/2020 18:12 | 3/1/2020 19:17 | FO | 55602 |
| 3746 | 3/2/2020 | Monday | CRJ | N685BR | DTW | SDF | 1.6 | 3/2/2020 8:20 | 3/2/2020 9:56 | FO | 55602 |
| 3746 | 3/2/2020 | Monday | CRJ | N685BR | SDF | DTW | 1.2666 | 3/2/2020 10:24 | 3/2/2020 11:40 | FO | 55602 |
| 3812 | 3/2/2020 | Monday | CRJ | N685BR | DTW | AZO | 0.7 | 3/2/2020 12:17 | 3/2/2020 12:59 | FO | 55602 |
| 3812 | 3/2/2020 | Monday | CRJ | N685BR | AZO | DTW | 0.8166 | 3/2/2020 13:43 | 3/2/2020 14:32 | FO | 55602 |
| 4023 | 3/2/2020 | Monday | CRJ | N685BR | DTW | AVP | 1.2 | 3/2/2020 15:36 | 3/2/2020 16:48 | FO | 55602 |
| 3844 | 3/3/2020 | Tuesday | CRJ | N921EV | AVP | DTW | 1.5333 | 3/3/2020 5:49 | 3/3/2020 7:21 | FO | 55602 |
| 3610 | 3/3/2020 | Tuesday | CRJ | N921EV | DTW | LAN | 0.7833 | 3/3/2020 8:30 | 3/3/2020 9:17 | FO | 55602 |
| 3610 | 3/3/2020 | Tuesday | CRJ | N921EV | LAN | DTW | 0.65 | 3/3/2020 10:00 | 3/3/2020 10:39 | FO | 55602 |
| 4283 | 3/4/2020 | Wednesday | CRJ | N916EV | APN | PLN | 1.0833 | 3/4/2020 5:03 | 3/4/2020 6:08 | FO | 55602 |
| 4283 | 3/4/2020 | Wednesday | CRJ | N916EV | PLN | DTW | 1.2333 | 3/4/2020 6:33 | 3/4/2020 7:47 | FO | 55602 |
| 4303 | 3/4/2020 | Wednesday | CR7 | N609SK | DTW | FWA | 1.1 | 3/4/2020 9:55 | 3/4/2020 11:01 | FO | 55602 |
| 4315 | 3/5/2020 | Thursday | CRJ | N498CA | FWA | DTW | 1.2333 | 3/5/2020 6:23 | 3/5/2020 7:37 | FO | 55602 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4110 | 3/5/2020 | Thursday | CRJ | N498CA | DTW | CMH | 1.1333 | 3/5/2020 8:29 | 3/5/2020 9:37 | FO | 55602 |
| 4110 | 3/5/2020 | Thursday | CRJ | N498CA | CMH | DTW | 0.8166 | 3/5/2020 10:13 | 3/5/2020 11:02 | FO | 55602 |
| 4568 | 3/5/2020 | Thursday | CRJ | N498CA | DTW | GRB | 1.1833 | 3/5/2020 12:04 | 3/5/2020 12:15 | FO | 55602 |
| 4568 | 3/5/2020 | Thursday | CRJ | N498CA | GRB | DTW | 1.0333 | 3/5/2020 13:01 | 3/5/2020 15:03 | FO | 55602 |
| 3721 | 3/8/2020 | Sunday | CR9 | N825SK | DTW | GSO | 1.4 | 3/8/2020 20:13 | 3/8/2020 21:37 | FO | 55602 |
| 3505 | 3/9/2020 | Monday | CR9 | N825SK | GSO | DTW | 1.6833 | 3/9/2020 5:52 | 3/9/2020 7:33 | FO | 55602 |
| 3721 | 3/9/2020 | Monday | CR9 | N898SK | DTW | GSO | 1.5 | 3/9/2020 20:11 | 3/9/2020 21:41 | FO | 55602 |
| 3505 | 3/10/2020 | Tuesday | CR9 | N898SK | GSO | DTW | 1.4166 | 3/10/2020 5:50 | 3/10/2020 7:15 | FO | 55602 |
| 4132 | 3/10/2020 | Tuesday | CR9 | N161PQ | DTW | MDT | 1.2833 | 3/10/2020 20:22 | 3/10/2020 21:39 | FO | 55602 |
| 4033 | 3/11/2020 | Wednesday | CR9 | N161PQ | MDT | DTW | 1.3 | 3/11/2020 5:26 | 3/11/2020 6:44 | FO | 55602 |
| 3721 | 3/11/2020 | Wednesday | CR9 | N825SK | DTW | GSO | 1.4166 | 3/11/2020 20:09 | 3/11/2020 21:34 | FO | 55602 |
| 4067 | 3/12/2020 | Thursday | CR9 | N825SK | GSO | DTW | 1.45 | 3/12/2020 5:53 | 3/12/2020 7:20 | FO | 55602 |
| 4317 | 3/12/2020 | Thursday | CRJ | N913EV | DTW | MLI | 1.35 | 3/12/2020 20:28 | 3/12/2020 20:49 | FO | 55602 |
| 4241 | 3/13/2020 | Friday | CRJ | N913EV | MLI | DTW | 1.4166 | 3/13/2020 6:21 | 3/13/2020 8:46 | FO | 55602 |
| 3754 | 3/15/2020 | Sunday | CRJ | N8828D | DTW | ERI | 0.8 | 3/15/2020 20:31 | 3/15/2020 21:19 | FO | 55602 |
| 3670 | 3/16/2020 | Monday | CRJ | N8828D | ERI | DTW | 0.9666 | 3/16/2020 6:14 | 3/16/2020 7:12 | FO | 55602 |
| 3754 | 3/16/2020 | Monday | CRJ | N8923A | DTW | ERI | 0.7833 | 3/16/2020 20:35 | 3/16/2020 21:22 | FO | 55602 |
| 3670 | 3/17/2020 | Tuesday | CRJ | N8923A | ERI | DTW | 0.8166 | 3/17/2020 6:09 | 3/17/2020 6:58 | FO | 55602 |
| 3754 | 3/17/2020 | Tuesday | CRJ | N457SW | DTW | ERI | 0.6833 | 3/17/2020 20:31 | 3/17/2020 21:12 | FO | 55602 |
| 3670 | 3/18/2020 | Wednesday | CRJ | N457SW | ERI | DTW | 1.2 | 3/18/2020 6:12 | 3/18/2020 7:24 | FO | 55602 |
| 3754 | 3/18/2020 | Wednesday | CRJ | N931EV | DTW | ERI | 0.8666 | 3/18/2020 20:26 | 3/18/2020 21:18 | FO | 55602 |
| 3670 | 3/19/2020 | Thursday | CRJ | N931EV | ERI | DTW | 0.8166 | 3/19/2020 6:05 | 3/19/2020 6:54 | FO | 55602 |
| 4317 | 3/19/2020 | Thursday | CRJ | N445SW | DTW | MLI | 1.4333 | 3/19/2020 20:32 | 3/19/2020 20:58 | FO | 55602 |
| 4241 | 3/20/2020 | Friday | CRJ | N445SW | MLI | DTW | 1.65 | 3/20/2020 6:22 | 3/20/2020 9:01 | FO | 55602 |
| 3754 | 3/23/2020 | Monday | CR9 | N822SK | DTW | ERI | 0.8166 | 3/23/2020 21:58 | 3/23/2020 22:47 | FO | 55602 |
| 3670 | 3/24/2020 | Tuesday | CR9 | N822SK | ERI | DTW | 0.8333 | 3/24/2020 6:13 | 3/24/2020 7:03 | FO | 55602 |
| 3754 | 3/24/2020 | Tuesday | CRJ | N443SW | DTW | ERI | 0.7166 | 3/24/2020 20:31 | 3/24/2020 21:14 | FO | 55602 |
| 3670 | 3/25/2020 | Wednesday | CRJ | N443SW | ERI | DTW | 0.9333 | 3/25/2020 6:11 | 3/25/2020 7:07 | FO | 55602 |
| 3754 | 3/25/2020 | Wednesday | CRJ | N426SW | DTW | ERI | 0.7166 | 3/25/2020 20:32 | 3/25/2020 21:15 | FO | 55602 |
| 3670 | 3/26/2020 | Thursday | CRJ | N426SW | ERI | DTW | 0.8833 | 3/26/2020 6:08 | 3/26/2020 7:01 | FO | 55602 |
| 4317 | 3/26/2020 | Thursday | CRJ | N454SW | DTW | MLI | 1.4 | 3/26/2020 20:34 | 3/26/2020 20:58 | FO | 55602 |
| 4241 | 3/27/2020 | Friday | CRJ | N454SW | MLI | DTW | 1.2 | 3/27/2020 6:25 | 3/27/2020 8:37 | FO | 55602 |
| 3754 | 3/29/2020 | Sunday | CRJ | N8968E | DTW | ERI | 0.7333 | 3/29/2020 20:32 | 3/29/2020 21:16 | FO | 55602 |
| 3670 | 3/30/2020 | Monday | CRJ | N8968E | ERI | DTW | 0.8666 | 3/30/2020 6:16 | 3/30/2020 7:08 | FO | 55602 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4245 | 3/30/2020 | Monday | CRJ | N875AS | DTW | PLN | 1.0166 | 3/30/2020 20:02 | 3/30/2020 21:03 | FO | | 55602 |
| 4283 | 3/31/2020 | Tuesday | CRJ | N875AS | PLN | DTW | 1.05 | 3/31/2020 6:16 | 3/31/2020 7:19 | FO | | 55602 |
| 4330 | 6/10/2020 | Wednesday | CRJ | N429SW | DTW | MQT | 1.5166 | 6/10/2020 15:15 | 6/10/2020 16:46 | FO | | 55602 |
| 4330 | 6/10/2020 | Wednesday | CRJ | N429SW | MQT | DTW | 1.4166 | 6/10/2020 17:16 | 6/10/2020 18:41 | FO | | 55602 |
| 4274 | 6/10/2020 | Wednesday | CRJ | N878AS | DTW | CIU | 0.9333 | 6/10/2020 20:06 | 6/10/2020 21:02 | FO | | 55602 |
| 4274 | 6/11/2020 | Thursday | CRJ | N875AS | CIU | DTW | 0.9666 | 6/11/2020 15:41 | 6/11/2020 16:39 | FO | | 55602 |
| 3756 | 8/2/2020 | Sunday | CRJ | N506CA | DTW | LAN | 0.65 | 8/2/2020 20:54 | 8/2/2020 21:33 | FO | | 55602 |
| 3792 | 8/3/2020 | Monday | CRJ | N506CA | LAN | DTW | 0.6333 | 8/3/2020 6:28 | 8/3/2020 7:06 | FO | | 55602 |
| 3772 | 8/4/2020 | Tuesday | CRJ | N439SW | DTW | BGM | 1.1666 | 8/4/2020 10:14 | 8/4/2020 11:24 | FO | | 55602 |
| 3772 | 8/4/2020 | Tuesday | CRJ | N439SW | BGM | DTW | 1.35 | 8/4/2020 12:26 | 8/4/2020 13:47 | FO | | 55602 |
| 3770 | 8/4/2020 | Tuesday | CRJ | N439SW | DTW | AZO | 0.5833 | 8/4/2020 15:44 | 8/4/2020 16:19 | FO | | 55602 |
| 3778 | 8/5/2020 | Wednesday | CRJ | N452SW | AZO | DTW | 0.7333 | 8/5/2020 6:45 | 8/5/2020 7:29 | FO | | 55602 |
| 3775 | 8/5/2020 | Wednesday | CRJ | N452SW | DTW | SBN | 0.7666 | 8/5/2020 10:32 | 8/5/2020 11:18 | FO | | 55602 |
| 3805 | 8/6/2020 | Thursday | CRJ | N455SW | SBN | DTW | 1.0333 | 8/6/2020 8:15 | 8/6/2020 9:17 | FO | | 55602 |
| 3782 | 8/6/2020 | Thursday | CRJ | N886AS | DTW | MBS | 0.6666 | 8/6/2020 10:31 | 8/6/2020 11:11 | FO | | 55602 |
| 3782 | 8/6/2020 | Thursday | CRJ | N886AS | MBS | DTW | 0.7833 | 8/6/2020 12:15 | 8/6/2020 13:02 | FO | | 55602 |
| 3824 | 8/6/2020 | Thursday | CRJ | N886AS | DTW | ABE | 1.3166 | 8/6/2020 14:07 | 8/6/2020 15:26 | FO | | 55602 |
| 3824 | 8/6/2020 | Thursday | CRJ | N886AS | ABE | DTW | 1.4166 | 8/6/2020 16:17 | 8/6/2020 17:42 | FO | | 55602 |
| 3849 | 8/11/2020 | Tuesday | CRJ | N439SW | DTW | CLE | 0.6333 | 8/11/2020 13:17 | 8/11/2020 13:55 | FO | | 55602 |
| 3734 | 8/11/2020 | Tuesday | CRJ | N439SW | CLE | DTW | 0.8166 | 8/11/2020 16:43 | 8/11/2020 17:32 | FO | | 55602 |
| 3802 | 8/11/2020 | Tuesday | CRJ | N442SW | DTW | GRB | 1 | 8/11/2020 18:09 | 8/11/2020 18:09 | FO | | 55602 |
| 3802 | 8/11/2020 | Tuesday | CRJ | N442SW | GRB | DTW | 1.0333 | 8/11/2020 18:35 | 8/11/2020 20:37 | FO | | 55602 |
| 3795 | 8/11/2020 | Tuesday | CRJ | N442SW | DTW | AZO | 0.5333 | 8/11/2020 21:08 | 8/11/2020 21:40 | FO | | 55602 |
| 3770 | 8/12/2020 | Wednesday | CRJ | N460SW | AZO | DTW | 0.6833 | 8/12/2020 17:14 | 8/12/2020 17:55 | FO | | 55602 |
| 3771 | 8/13/2020 | Thursday | CRJ | N913EV | EVV | DTW | 1.25 | 8/13/2020 12:09 | 8/13/2020 14:24 | FO | | 55602 |
| 3812 | 8/16/2020 | Sunday | CRJ | N449SW | DTW | ABE | 1.15 | 8/16/2020 21:07 | 8/16/2020 22:16 | FO | | 55602 |
| 3745 | 8/17/2020 | Monday | CRJ | N449SW | ABE | DTW | 1.5333 | 8/17/2020 6:05 | 8/17/2020 7:37 | FO | | 55602 |
| 3775 | 8/18/2020 | Tuesday | CRJ | N427SW | DTW | SBN | 0.7333 | 8/18/2020 10:33 | 8/18/2020 11:17 | FO | | 55602 |
| 3775 | 8/18/2020 | Tuesday | CRJ | N427SW | SBN | DTW | 0.75 | 8/18/2020 12:05 | 8/18/2020 12:50 | FO | | 55602 |
| 3746 | 8/18/2020 | Tuesday | CRJ | N427SW | DTW | SCE | 0.9333 | 8/18/2020 14:02 | 8/18/2020 14:58 | FO | | 55602 |
| 3760 | 8/19/2020 | Wednesday | CRJ | N438SW | SCE | DTW | 1.1833 | 8/19/2020 6:25 | 8/19/2020 7:36 | FO | | 55602 |
| 3775 | 8/19/2020 | Wednesday | CRJ | N913EV | DTW | SBN | 0.6833 | 8/19/2020 10:30 | 8/19/2020 11:11 | FO | | 55602 |
| 3805 | 8/20/2020 | Thursday | CRJ | N496CA | SBN | DTW | 0.7666 | 8/20/2020 8:09 | 8/20/2020 8:55 | FO | | 55602 |
| 3782 | 8/20/2020 | Thursday | CRJ | N496CA | DTW | MBS | 0.6833 | 8/20/2020 10:31 | 8/20/2020 11:12 | FO | | 55602 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3782 | 8/20/2020 | Thursday | CRJ | N496CA | MBS | DTW | 0.6333 | 8/20/2020 12:15 | 8/20/2020 12:53 | FO | | 55602 |
| 3824 | 8/20/2020 | Thursday | CRJ | N496CA | DTW | ABE | 1.2833 | 8/20/2020 14:09 | 8/20/2020 15:26 | FO | | 55602 |
| 3824 | 8/20/2020 | Thursday | CRJ | N496CA | ABE | DTW | 1.45 | 8/20/2020 16:17 | 8/20/2020 17:44 | FO | | 55602 |
| 3775 | 8/25/2020 | Tuesday | CRJ | N922EV | DTW | SBN | 0.6666 | 8/25/2020 10:32 | 8/25/2020 11:12 | FO | | 55602 |
| 3775 | 8/25/2020 | Tuesday | CRJ | N922EV | SBN | DTW | 0.8 | 8/25/2020 12:06 | 8/25/2020 12:54 | FO | | 55602 |
| 4283 | 8/26/2020 | Wednesday | CRJ | N429SW | APN | PLN | 0.5166 | 8/26/2020 5:10 | 8/26/2020 5:41 | FO | | 55602 |
| 4283 | 8/26/2020 | Wednesday | CRJ | N429SW | PLN | DTW | 1.2 | 8/26/2020 6:29 | 8/26/2020 7:41 | FO | | 55602 |
| 4303 | 8/26/2020 | Wednesday | CRJ | N506CA | DTW | FWA | 0.7666 | 8/26/2020 10:16 | 8/26/2020 11:02 | FO | | 55602 |
| 4315 | 8/27/2020 | Thursday | CRJ | N429SW | FWA | DTW | 0.7166 | 8/27/2020 6:23 | 8/27/2020 7:06 | FO | | 55602 |
| 3756 | 9/1/2020 | Tuesday | CRJ | N953SW | DTW | LAN | 0.5833 | 9/1/2020 20:54 | 9/1/2020 21:29 | FO | | 55602 |
| 3792 | 9/2/2020 | Wednesday | CRJ | N953SW | LAN | DTW | 0.65 | 9/2/2020 6:25 | 9/2/2020 7:04 | FO | | 55602 |
| 3756 | 9/2/2020 | Wednesday | CRJ | N438SW | DTW | LAN | 0.5333 | 9/2/2020 20:53 | 9/2/2020 21:25 | FO | | 55602 |
| 3792 | 9/3/2020 | Thursday | CRJ | N438SW | LAN | DTW | 0.55 | 9/3/2020 6:25 | 9/3/2020 6:58 | FO | | 55602 |
| 3788 | 9/3/2020 | Thursday | CRJ | N429SW | DTW | DAY | 0.7333 | 9/3/2020 20:33 | 9/3/2020 21:17 | FO | | 55602 |
| 3714 | 9/4/2020 | Friday | CRJ | N429SW | DAY | DTW | 0.9666 | 9/4/2020 6:41 | 9/4/2020 7:39 | FO | | 55602 |
| 3790 | 9/6/2020 | Sunday | CRJ | N886AS | DTW | EVV | 1.0666 | 9/6/2020 21:09 | 9/6/2020 21:13 | FO | | 55602 |
| 3794 | 9/7/2020 | Monday | CRJ | N886AS | EVV | DTW | 1.3666 | 9/7/2020 6:50 | 9/7/2020 9:12 | FO | | 55602 |
| 4290 | 9/8/2020 | Tuesday | CR9 | N824SK | DTW | FWA | 1.1 | 9/8/2020 19:01 | 9/8/2020 20:07 | FO | | 55602 |
| 4315 | 9/10/2020 | Thursday | CRJ | N914EV | FWA | DTW | 0.9166 | 9/10/2020 6:20 | 9/10/2020 7:15 | FO | | 55602 |
| 3796 | 9/10/2020 | Thursday | CRJ | N914EV | DTW | AZO | 0.65 | 9/10/2020 10:24 | 9/10/2020 11:03 | FO | | 55602 |
| 3796 | 9/10/2020 | Thursday | CRJ | N914EV | AZO | AZO | 0.6166 | 9/10/2020 12:09 | 9/10/2020 12:46 | FO | | 55602 |
| 3796 | 9/10/2020 | Thursday | CRJ | N460SW | AZO | DTW | 0.8 | 9/10/2020 15:17 | 9/10/2020 16:05 | FO | | 55602 |
| 4263 | 9/10/2020 | Thursday | CRJ | N460SW | DTW | FWA | 0.6833 | 9/10/2020 16:34 | 9/10/2020 17:15 | FO | | 55602 |
| 4315 | 9/11/2020 | Friday | CR9 | N549CA | FWA | DTW | 0.7666 | 9/11/2020 6:23 | 9/11/2020 7:09 | FO | | 55602 |
| 3746 | 9/13/2020 | Sunday | CRJ | N910EV | DTW | SCE | 1.0833 | 9/13/2020 14:03 | 9/13/2020 15:08 | FO | | 55602 |
| 3760 | 9/14/2020 | Monday | CRJ | N944SW | SCE | DTW | 1.0666 | 9/14/2020 7:04 | 9/14/2020 8:08 | FO | | 55602 |
| 3746 | 9/14/2020 | Monday | CRJ | N702BR | DTW | SCE | 1.1166 | 9/14/2020 14:02 | 9/14/2020 15:09 | FO | | 55602 |
| 3760 | 9/15/2020 | Tuesday | CRJ | N459SW | SCE | DTW | 1.35 | 9/15/2020 6:23 | 9/15/2020 7:44 | FO | | 55602 |
| 3746 | 9/15/2020 | Tuesday | CRJ | N921EV | DTW | SCE | 0.9666 | 9/15/2020 14:16 | 9/15/2020 15:14 | FO | | 55602 |
| 3760 | 9/16/2020 | Wednesday | CRJ | N506CA | SCE | DTW | 1.0833 | 9/16/2020 6:16 | 9/16/2020 7:21 | FO | | 55602 |
| 3802 | 12/1/2020 | Tuesday | CR9 | N679CA | DTW | TVC | 1.45 | 12/1/2020 16:20 | 12/1/2020 17:47 | FO | | 55602 |
| 3782 | 12/1/2020 | Tuesday | CR9 | N679CA | TVC | DTW | 1.1 | 12/1/2020 18:08 | 12/1/2020 19:14 | FO | | 55602 |
| 3509 | 12/1/2020 | Tuesday | CR9 | N679CA | DTW | BNA | 1.55 | 12/1/2020 20:49 | 12/1/2020 21:22 | FO | | 55602 |
| 3558 | 12/2/2020 | Wednesday | CR9 | N679CA | BNA | DTW | 1.7333 | 12/2/2020 8:57 | 12/2/2020 11:41 | FO | | 55602 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3509 | 1/3/2021 | Sunday | CR9 | N825SK | DTW | BNA | 1.4333 | 1/3/2021 20:47 | 1/3/2021 21:13 | FO | 55602 |
| 3558 | 1/4/2021 | Monday | CR9 | N822SK | BNA | DTW | 1.95 | 1/4/2021 6:05 | 1/4/2021 9:02 | FO | 55602 |
| 4245 | 1/4/2021 | Monday | CRJ | N446SW | DTW | PLN | 1.2 | 1/4/2021 20:42 | 1/4/2021 21:54 | FO | 55602 |
| 4283 | 1/5/2021 | Tuesday | CRJ | N446SW | PLN | DTW | 1.4166 | 1/5/2021 6:42 | 1/5/2021 8:07 | FO | 55602 |
| 4290 | 1/5/2021 | Tuesday | CRJ | N936EV | DTW | FWA | 0.6166 | 1/5/2021 20:35 | 1/5/2021 21:12 | FO | 55602 |
| 4315 | 1/6/2021 | Wednesday | CRJ | N936EV | FWA | DTW | 0.75 | 1/6/2021 6:45 | 1/6/2021 7:30 | FO | 55602 |
| 4290 | 1/10/2021 | Sunday | CRJ | N921EV | DTW | FWA | 0.9333 | 1/10/2021 20:33 | 1/10/2021 21:29 | FO | 55602 |
| 4315 | 1/11/2021 | Monday | CRJ | N921EV | FWA | DTW | 0.75 | 1/11/2021 6:41 | 1/11/2021 7:26 | FO | 55602 |
| 4245 | 1/12/2021 | Tuesday | CRJ | N931EV | DTW | PLN | 0.9 | 1/12/2021 20:41 | 1/12/2021 21:35 | FO | 55602 |
| 4283 | 1/13/2021 | Wednesday | CRJ | N931EV | PLN | DTW | 0.85 | 1/13/2021 6:21 | 1/13/2021 7:12 | FO | 55602 |
| 4245 | 1/13/2021 | Wednesday | CRJ | N914EV | DTW | PLN | 0.9166 | 1/13/2021 20:41 | 1/13/2021 21:36 | FO | 55602 |
| 4283 | 1/14/2021 | Thursday | CRJ | N914EV | PLN | DTW | 1.0333 | 1/14/2021 6:21 | 1/14/2021 7:23 | FO | 55602 |
| 4290 | 1/17/2021 | Sunday | CRJ | N944SW | DTW | FWA | 0.95 | 1/17/2021 20:29 | 1/17/2021 21:26 | FO | 55602 |
| 4315 | 1/18/2021 | Monday | CRJ | N944SW | FWA | DTW | 1.0333 | 1/18/2021 6:39 | 1/18/2021 7:41 | FO | 55602 |
| 4290 | 1/24/2021 | Sunday | CRJ | N460SW | DTW | FWA | 1.05 | 1/24/2021 20:33 | 1/24/2021 21:36 | FO | 55602 |
| 4315 | 1/25/2021 | Monday | CRJ | N460SW | FWA | DTW | 0.65 | 1/25/2021 6:39 | 1/25/2021 7:18 | FO | 55602 |
| 4245 | 1/25/2021 | Monday | CRJ | N936EV | DTW | PLN | 1.1333 | 1/25/2021 20:40 | 1/25/2021 21:48 | FO | 55602 |
| 4283 | 1/26/2021 | Tuesday | CRJ | N936EV | PLN | DTW | 0.9833 | 1/26/2021 6:25 | 1/26/2021 7:24 | FO | 55602 |
| 4245 | 1/26/2021 | Tuesday | CRJ | N917EV | DTW | PLN | 1.4 | 1/26/2021 20:50 | 1/26/2021 22:14 | FO | 55602 |
| 4283 | 1/27/2021 | Wednesday | CRJ | N917EV | PLN | DTW | 1.2666 | 1/27/2021 6:24 | 1/27/2021 7:40 | FO | 55602 |
| 4245 | 1/27/2021 | Wednesday | CRJ | N922EV | DTW | PLN | 0.8833 | 1/27/2021 20:41 | 1/27/2021 21:34 | FO | 55602 |
| 4283 | 1/28/2021 | Thursday | CRJ | N922EV | PLN | DTW | 1.4333 | 1/28/2021 6:28 | 1/28/2021 7:54 | FO | 55602 |
| 4290 | 2/7/2021 | Sunday | CRJ | N917EV | DTW | FWA | 0.7 | 2/7/2021 20:31 | 2/7/2021 21:13 | FO | 55602 |
| 4315 | 2/8/2021 | Monday | CRJ | N917EV | FWA | DTW | 1.0666 | 2/8/2021 6:41 | 2/8/2021 7:45 | FO | 55602 |
| 4245 | 2/8/2021 | Monday | CRJ | N460SW | DTW | PLN | 1.4166 | 2/8/2021 20:42 | 2/8/2021 22:07 | FO | 55602 |
| 4283 | 2/9/2021 | Tuesday | CRJ | N460SW | PLN | DTW | 1.1833 | 2/9/2021 6:32 | 2/9/2021 7:43 | FO | 55602 |
| 4290 | 2/14/2021 | Sunday | CRJ | N914EV | DTW | FWA | 0.7666 | 2/14/2021 20:33 | 2/14/2021 21:19 | FO | 55602 |
| 4315 | 2/15/2021 | Monday | CRJ | N914EV | FWA | DTW | 1.1666 | 2/15/2021 6:51 | 2/15/2021 8:01 | FO | 55602 |

# EXHIBIT 14

Uncontrolled copy. Currency must be verified with the electronic copy online before use.

| SP # | Standard Practice Title | Rev # | Rev Date |
|---|---|---|---|
| 50 | List of Effective Standard Practices | 04 | 26 JUN 19 |
| | | | |
| 51 | Nature of Employment | Original | 03 JUL 18 |
| 52 | Equal Employment Opportunity | Original | 03 JUL 18 |
| 53 | Productive Work Environment | Original | 25 JAN 19 |
| 54 | Hiring | 01 | 09 NOV 18 |
| 55 | Job Postings | Original | 03 JUL 18 |
| 56 | Employment Standards and Eligibility | Original | 03 JUL 18 |
| 57 | Employment Classifications | Original | 03 JUL 18 |
| 58 | Employment of Immediate Family | Original | 03 JUL 18 |
| 59 | Internship Program | DELETED | 03 JUL 18 |
| 60 | Probationary Period | Original | 06 MAR 18 |
| 61 | Orientation / Employment Centers | DELETED | 03 JUL 18 |
| 62 | Meal and Rest Periods | Original | 06 MAR 18 |
| 63 | Payroll | Original | 06 MAR 18 |
| 64 | Seniority | Orignal | 06 MAR 18 |
| 65 | Moving Expense Reimbursement (MER) | Original | 27 FEB 18 |
| 66 | Relocation Incentive | Original | 06 MAR 18 |
| 67 | Personnel Files | Original | 28 AUG 18 |
| 68 | Business Travel | 01 | 26 JUN 19 |
| 69 | Leave of Absence (LOA) | 02 | 26 JUN 19 |
| 70 | On-the-Job Injuries | 01 | 25 FEB 19 |
| 71 | Outside Employment | Original | 03 JUL 18 |
| 72 | Reduction In Force (RIF) | Original | 03 JUL 18 |
| 73 | Corrective Action | Original | 06 MAR 18 |
| 74 | Employment Separation | Original | 05 SEP 18 |
| 75 | Termination Appeals Procedure | 01 | 31 JUL 18 |
| 76 | Emergency Response Teams | Original | 05 SEP 18 |
| **Compensation and Benefits** | | | |
| 100 | Total Rewards | Original | 03 JUL 18 |
| 101 | Benefits Disclosure | Original | 03 JUL 18 |
| 102 | Pay Scale Information | 01 | 05 SEP 18 |
| 103 | Compensated Time Off | 01 | 04 JAN 19 |
| 104 | SkyWest Airlines Retiree Privileges | Original | 22 MAR 18 |

Uncontrolled copy. Currency must be verified with the electronic copy online before use.

| Conduct | | | |
|---|---|---|---|
| 150 | Code of Conduct | 03 | 01 MAY 19 |
| 151 | Safety Management | Original | 25 JAN 19 |
| 152 | Fitness for Duty | Original | 22 MAR 18 |
| 153 | Drug and Alcohol Testing Program | Original | 22 MAR 18 |
| 154 | Workplace Violence and Weapons | Original | 05 SEP 18 |
| 155 | Personal Appearance of Employees | Original | 05 SEP 18 |
| 156 | Use of Company Facilities | 01 | 28 AUG 18 |
| 157 | Company Property | 01 | 26 OCT 18 |
| 158 | Corporate Disclosure Policy | Original | 04 APR 18 |
| 159 | Media and Public Relations | Original | 22 MAR 18 |
| 160 | Company Identity and Logo Usage | Original | 22 MAR 18 |

**PARAGRAPH** **PAGE**
1. Policy .......... SP-51.1

## 1. Policy

A. Employment with SkyWest Airlines is voluntarily entered into and the employee is free to resign at will at any time, with or without cause. Similarly, the employer may terminate the employment relationship at will at any time, with or without cause.

B. Policies set forth in the SkyWest Airlines Company Policy and the SkyWest Airlines Employee Handbook are not intended to create a contract, nor are they to be construed to constitute contractual obligations of any kind or a contract of employment between the employer and any of its employees. The provisions of the policy and handbook have been developed at the discretion of management and may be amended or cancelled at any time at the organization's sole discretion.

C. These provisions supersede all existing policies and practices and may not be amended or added to without the express written approval of the President of the Company.

Uncontrolled copy. Currency must be verified with the LESP before use.

Case 2:19-cv-00149-JNP Document 53-2 Filed 08/27/21 PageID.2952 Page 712 of 1277



Uncontrolled copy. Currency must be verified with the LESP before use.

**INTENTIONALLY LEFT BLANK**



SkyWest 000115

Uncontrolled copy. Currency must be verified with the LESP before use.

PARAGRAPH PAGE

1. Policy ........ SP-52.1
2. Scope and Oversight ........ SP-52.1

## 1. Policy

A. SkyWest is a committed equal opportunity employer. We do not hire employees based on identification or supposed identification with any group of people. Instead, it is our goal to base hiring on a prospective employee's character, attitude, skills, work record, training, experience, and education. Further, our commitment to diversity encompasses employment of individuals who are veterans or that may be disabled. SkyWest will not willingly establish or maintain a business relationship whose employment practices do not align with Equal Employment Opportunity (EEO) compliance.

B. SkyWest maintains an Affirmative Action Plan, including active employment of minorities, women, veterans, and individuals with disabilities. SkyWest makes positive contributions to the communities we serve and encourages our employees to do the same. SkyWest internship programs, scholarship programs, and our participation in various civic and charitable activities are of paramount importance.

C. SkyWest is committed to a maintaining a working environment of satisfying employment and mutual respect for all of our employees, regardless of race, color, national ancestry, sex, sexual orientation, gender identity, marital status, national origin, religion, medical condition, disability, pregnancy, age, or military status. We have specific training plans and programs in place to maintain such an environment.

## 2. Scope and Oversight

A. This policy applies to all terms, conditions, and privileges of employment including recruitment, selection, compensation, benefits, transfers, termination, training, advancement, educational assistance, furlough, recall, and retirement.

B. The Vice President People is responsible for ensuring compliance to this policy and to any matters relating to this policy. Any questions regarding this policy or violations of this policy should be directed immediately to the attention of the Vice President People.

Uncontrolled copy. Currency must be verified with the LESP before use.

**INTENTIONALLY LEFT BLANK**

Uncontrolled copy. Currency must be verified with the LESP before use.

PARAGRAPH PAGE

1. Policy ........ SP-53.1
2. Discrimination ........ SP-53.1
3. Harassment ........ SP-53.2
4. Reporting Options ........ SP-53.2
5. Retaliation ........ SP-53.3
6. Investigation ........ SP-53.3
7. The Responsibility of Our Leaders ........ SP-53.4

## 1. Policy

A. To provide and protect a productive work environment, SkyWest Airlines prohibits and will not tolerate:

- Discrimination or harassment in any form (with or without sexual content), whether verbal, physical, or visual
- The defacement of Company property with graffiti or drawings
- The display of pornographic material in the workplace

B. This policy prohibits discrimination of any kind including harassment in any form (with or without sexual content) based on race, color, national ancestry, sex, sexual orientation, gender identity or expression, marital status, national origin, religion, medical condition, disability, pregnancy, age, military status, and/or any other status protected by federal, state, or local law.

C. All employees have the responsibility to refrain from and/or report any form of harassment and discrimination.

D. This policy extends to all employees regardless of rank, title, or position.

## 2. Discrimination

A. Discrimination is the unequal treatment of another based on the characteristics listed above. Discrimination may take many forms including unequal treatment in any phase of the employment relationship including, but not limited to, recruitment, testing, hiring, upgrading, promotions, demotions, work assignments, transfers, layoffs, terminations, rates of pay, benefits, and selection for training. Discrimination can also take the form of verbal, visual, or physical harassment.

1) Prohibited verbal conduct includes, but is not limited to, derogatory jokes, slurs or comments, abusive or vulgar language, as well as inappropriate personal questions.

2) Prohibited visual conduct includes, but is not limited to, the defacement of Company property with graffiti or drawings, or any display in the workplace (which includes Company facilities/property or common areas with employee or customer access) of objects or pictures including cartoons, drawings, or electronic images. Visual conduct also encompasses all offensive written materials including magazines, letters, email, or other electronically-generated message, content, or graffiti.

B. Any employee who engages in discrimination against another individual will be subject to corrective action up to and including termination.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 3. Harassment

A. Harassment can take many forms (and may or may not be sexual in content) including, but not limited to, the following:

1) Threats, demands, or insinuations, either explicitly or implicitly, by any individual who can either positively or negatively impact the employee's employment evaluation, wages, advancement, assigned duties, shifts, or any other condition of employment or career development.

2) Physical conduct such as offensive touching, grabbing, suggestive gestures, leering, and/or physical intimidation.

3) Verbal conduct that would be considered offensive and may or may not be sexual in content. This could include vulgar or abusive language, name calling, screaming or yelling, derogatory or sexual jokes or comments, sexual flirtations, offensive or inappropriate personal questions, degrading words, or repeated unwanted sexual advances.

4) Visual conduct including the defacement of Company property with graffiti or drawings, or any display in the workplace (which includes Company facilities/property or common areas with employee or customer access). This could include pornography, derogatory or sexually-oriented posters, objects, or pictures, including nude photographs, cartoons, drawings, or electronic images. Visual conduct also encompasses all offensive written materials including magazines, letters, email, or other electronically-generated message, content, or graffiti that may or may not be sexual in content but would be considered offensive toward any protected class and/or the Company.

B. The conduct described above is prohibited whether or not the behavior is consensual or welcome, and regardless of who is participating.

C. Any type of intimate or sexual contact in which one of the participants has not or cannot verbally and explicitly express ongoing consent is considered a violation of this policy as well as Company Policy Manual SP 154 Workplace Violence and Weapons (Workplace Violence paragraph).

D. Employees who travel as part of their job assignment are expected to conduct themselves in a professional and appropriate manner when in uniform and/or when interacting with any employee, customer, or third-party vendor providing services as part of the travel (including, but not limited to, airline and hotel employees and shuttle drivers). Employees should respect each other's privacy once their daily work assignment has been completed, including during any overnight stay.

E. Employees have a duty to report any form of harassment by any of the available reporting options as detailed in the Reporting Options section of this policy. Failure to report may subject the employee to corrective action up to and including termination. An employee who reports any form of harassment will be protected from retaliation as detailed in the Retaliation section of this policy.

## 4. Reporting Options

A. Any employee who believes they have been the subject of or has witnessed discrimination, harassment in any form (sexual or other), or retaliation should report the incident(s) as soon as possible. The employee may choose any of the following reporting options:

1) The employee can report the harassment to their immediate supervisor or manager or to any other manager of their choice.

Uncontrolled copy. Currency must be verified with the LESP before use.

2) The employee can report the harassment to Employee Relations.

3) At any time of day or night, the employee can submit an Employee Grievance via the toll-free ethics and grievance hotline at 888.273.9994 or on SkyWest Online > Info Center > Ethics and Grievance > Submit Grievance. The website can also be reached directly at http://www.skywest.ethicspoint.com/.

> **NOTE:** The employee will be contacted by Employee Relations within 72 hours of the time the grievance is submitted.

B. Any manager who receives a report or complaint of harassment, discrimination, or retaliation is required to report that information to Employee Relations immediately.

C. Any claims or reports under this policy must be made in good faith. Any employee who knowingly submits a false claim under this policy or otherwise acts in bad faith in connection with a report under this policy will be subject to corrective action up to and including termination.

## 5. Retaliation

A. SkyWest prohibits retaliation, in any form by any employee regardless of rank, title, or position, against any other employee who has registered a complaint, reported perceived misconduct, or participated in an investigation under this policy. Whatever the outcome of an investigation, SkyWest will ensure that neither the complainant nor any party who, in good faith, participated in the investigation suffers harassment or adverse employment action.

B. Any employee who believes they have been retaliated against because of reporting misconduct or participating in the investigation of conduct in violation of this policy should report this information immediately using one of the reporting methods detailed above.

C. All reports of retaliation will be immediately investigated and addressed. Employees found to have engaged in retaliatory behavior regardless of rank, title, or position, will be subject to corrective action up to and including termination.

## 6. Investigation

A. All complaints of harassment, discrimination, and/or retaliation will be investigated promptly and impartially by Employee Relations in partnership with appropriate department leaders. To ensure an impartial and objective investigation, Employee Relations, in consultation with the SkyWest legal department, will direct strategy and communication efforts during this process. SkyWest will protect the confidentiality of individuals involved to the highest extent possible without jeopardizing the investigation. All employees are required to cooperate with any investigation and to keep confidential all information they share or learn as a result of such cooperation. An employee's failure to cooperate or participate in an investigation or a breach of confidentiality by any party will result in corrective action up to and including termination. A good faith and timely resolution of each complaint will be reached and communicated to the participants, as necessary.

B. At the conclusion of an investigation, Employee Relations will communicate the facts gathered and its recommendation regarding resolution to the appropriate members of management including the Vice President People and the Vice President or Managing Director of the relevant department(s), if appropriate.

C. When an employee is dissatisfied with the handling or resolution of a complaint, the employee should submit the specific concern in writing to the Vice President People, who will review all available information and respond in writing.

## 7. The Responsibility of Our Leaders

A. Employees in management positions bear a special responsibility to serve as role models in their interactions with others and to provide the highest standard of appropriate behavior in the workplace. These leaders include, but are not limited to, officers, directors, managers, and supervisors.

B. Employees in management positions are responsible for reporting prohibited activity to the next level of management whenever they encounter or become aware of conduct that may constitute a violation of this policy, whether or not it is in their direct area of responsibility. Employees in management positions, including supervisors, are also responsible to ensure Employee Relations has been notified of the alleged policy violation.

C. When a potential violation of this policy has been identified in a supervisor's or manager's area of responsibility, the leader, when called upon to do so, may be responsible for assisting in the investigation and resolution of the issue. In addition, the leader is responsible for ensuring the behavior does not resurface in the workplace.

D. Leaders are required to withdraw from assisting in any investigation in which they may be a witness, have a conflict of interest, or will otherwise have difficulty maintaining objectivity.

E. A leader’s failure to report conduct that could be considered a violation of this policy may result in corrective action up to and including termination.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

PARAGRAPH PAGE

1. Policy ........ SP-54.1
2. Compliance ........ SP-54.1
3. Requirements of Leaders and Recruiters ........ SP-54.1
4. Domicile Transfer ........ SP-54.2
5. Transfers within the Same Department ........ SP-54.2
6. Status Change ........ SP-54.2
7. Internal Applicants for Open Positions ........ SP-54.3
8. External Applicants for Open Positions - New Hire Procedures ........ SP-54.4
9. Rehire Policy ........ SP-54.5
10. Sister Company Hires ........ SP-54.6

## 1. Policy

A. SkyWest Airlines' policy is to hire from within the Company whenever possible. When no qualified internal candidate is identified, SkyWest seeks to fill each open position with the most qualified external candidate.

1) The most qualified candidate is selected to fill every position. Qualifications are based on knowledge, skills, and experience appropriate for that position. Once hired, employees complete job-specific training in accordance with the hiring department's requirements.

B. Former employees may be rehired under the conditions stated below in Rehire Policy and Sister Company Hires.

C. Hiring managers are responsible for notifying and working with either their Recruitment Coordinator or Employment Administration to fill vacant and newly-posted positions.

D. SkyWest's hiring practices operate in compliance with federal and state regulations.

## 2. Compliance

- 41 CFR CHAPTER 60 OFFICE OF FEDERAL CONTRACT COMPLIANCE PROGRAMS, EQUAL EMPLOYMENT OPPORTUNITY, DEPARTMENT OF LABOR
- 49 CFR Part 1544.229 Fingerprint-based criminal history records checks (CHRC): Unescorted access authority, authority to perform screening functions, and authority to perform checked baggage or cargo functions
- Americans with Disabilities Act (ADA)
- AOSSP Chapter 12.6.1. Criminal History Records Check Audit
- Civil Rights Act of 1964
- Immigration Reform and Control Act of 1986
- Pilot Records Improvement Act (PRIA) of 1996
- Rehabilitation Act of 1973
- Vietnam Era Veterans' Readjustment Assistance Act of 1974

## 3. Requirements of Leaders and Recruiters

A. Equal Employment Statement

1) All SkyWest employees who are authorized to play a role in the hiring process must be familiar with and follow Equal Employment Opportunity (EEO) statements and policies. (Refer to Company Policy Manual SP 52 Equal Employment Opportunity.)

Uncontrolled copy. Currency must be verified with the LESP before use.

B. Consideration and Screening of Applicants

1) All hiring managers and department recruiters are responsible to ensure an approved application is complete before any part of the selection process with a candidate begins.

2) This includes, but is not limited to, resume review, invitation to recruitment event, or any type of interview.

C. Hiring Decisions

1) Only the most qualified candidate(s) may be extended job offers. That criterion may only be driven by the qualifications, skill set, knowledge, and experience of the candidates as it relates to the primary functions of the job.

D. Documentation

1) All steps of the screening and selection process must be documented in a factual and timely manner.

2) All documentation should be properly attached to a candidate or job requisition and should be complete before the offer(s) is extended.

E. Accommodations

1) The hiring manager is required to partner with the Leave Administration Team to determine if the Company can accommodate any special requests from candidates or new hires related to:

- The Americans with Disabilities Act, or
- Their religious beliefs, practices, or observances

F. Training

1) All SkyWest employees who are authorized to play a role in the hiring process are required to complete an annual CBT course and may be required to take additional training, when applicable.

## 4. Domicile Transfer

A. When a crewmember changes job location but retains the same job code and job description, that change is considered a domicile transfer.

## 5. Transfers within the Same Department

A. In some departments, hiring managers may accept internal applicants solely by bidding seniority when the employee's location changes but their job code does not.

## 6. Status Change

A. An internal status change is when an employee is given an opportunity to change their status based on operational need and based on the following criteria:

1) The opportunity is provided based on bidding seniority.

2) The transition is at the same work location.

3) The employee's rate of pay, department, and job code do not change.

Uncontrolled copy. Currency must be verified with the LESP before use.

B. Status changes do not require a formal job posting on SkyWest Online, but managers are responsible to document the process and that a status change was executed based on bidding seniority.

## 7. Internal Applicants for Open Positions

A. An employee who is interested in a posted job that is not a crewmember domicile location change must apply for the position via SkyWest Online > Hub > Careers.

1) Employees interested in becoming a qualified flight attendant must apply for an open Flight Attendant position and attend a group interview. If selected:

a) The internal candidate vacates their current position and transfers to the InFlight Department to attend Initial New Hire training.

b) When an internal employee completes New Hire training and Initial Operating Experience (IOE), the employee is placed on the flight attendant seniority list.

c) When an internal employee is unsuccessful in completing any phase of New Hire training or IOE, they must follow the procedure outlined below.

B. The internal applicant must meet the following requirements:

1) The employee must have successfully completed probation in their current position, unless the head of the department in which the employee is currently working and the department head of the position in which the employee is applying indicate otherwise.

2) The employee must meet or exceed all requirements of the desired position, including physical ability to perform the essential functions of the position with or without accommodation.

C. The hiring manager is expected to consider the internal applicant's performance in their current position and overall standing with the Company throughout the entire selection process.

D. There is no guarantee that all employees who apply for a position will be granted an interview.

E. Prior to accepting an invitation by the hiring manager to interview, the employee is responsible for:

1) Ensuring they meet the minimum qualifications for the new position.

2) Notifying their current manager they are being considered for the position.

F. Prior to making a conditional offer to an internal candidate, the hiring manager must ensure all posting and selection procedures have been followed as outlined by Company and department policy.

G. When an internal applicant is offered a position and accepts it:

1) The employee must immediately inform the employee's current manager.

Uncontrolled copy. Currency must be verified with the LESP before use.

2) Unless advised otherwise by their new manager, the employee is responsible for all relocation costs associated with the job change.

a) All necessary background verifications, drug testing, fingerprinting, physical agility exams, reference checks, etc. required for the new position are conducted at a Company-designated location.

b) An individual may not begin work in their new position, nor can a Payroll Change Notice (PCN) be processed, until the completion and verification of these tests.

c) Moving expense reimbursement (MER) may be approved when the move meets the requirements of Company Policy Manual SP 65 Moving Expense Reimbursement (MER).

3) The employee is subject to a new probationary period.

a) The length of the probationary period is determined by the receiving department but is no less than six months.

4) The employee maintains their Company seniority for benefits and travel boarding priority.

5) The employee is placed at the bottom of the bidding seniority list, if applicable, in their new position/job classification.

H. When an employee takes a new position and is unable to attain a performance level that meets the minimum job requirements within the probationary period, the employee will be:

1) Given 30 calendar days to seek and apply for open positions throughout the Company for which they are qualified.

**NOTE:** This does not apply to an employee terminated for cause.

a) MER is not allowed unless the move meets the requirements of Company Policy Manual SP 65 Moving Expense Reimbursement (MER).

2) When the employee is unable to attain another position within the Company within 30 calendar days, the employee is terminated but eligible for rehire.

## 8. External Applicants for Open Positions - New Hire Procedures

A. Submission of Application

1) All applications for employment must be submitted electronically via SkyWest's websites or by an approved third party whose application information feeds directly to the Company's applicant tracking system.

a) Applications submitted in any other format cannot be accepted.

2) Any misrepresentations, falsifications, or material omissions in any application information or data may result in SkyWest excluding the applicant from further consideration for employment.

a) When the individual is hired prior to discovery of the falsification or misrepresentation, they are subject to immediate termination.

Uncontrolled copy. Currency must be verified with the LESP before use.

3) Applicants may be subject to employment verification.

B. Conditional Offers of Employment

1) During the recruitment, hiring, and orientation process, no statement should be made promising permanent or guaranteed employment.
2) All offers of employment made by the Company are conditional upon the successful completion of pre-employment screening and, if applicable, pre-employment training.
3) Conditional offers of employment are made to the most qualified candidate(s).

C. Conditional Employment

1) External employees who accept a conditional offer of employment are considered conditional employees or trainees.
2) During the time a new employee is considered conditional, a review is done to ensure the employee is eligible to become a permanent employee in the role in which they were offered employment. Refer to Company Policy Manual SP 56 Employment Standards and Eligibility.

a) A majority of this review is facilitated by an Employment Center (employee orientation).
b) This review includes, but is not limited to, all necessary background verifications, drug testing, fingerprinting, physical agility exams, reference checks, etc. are conducted at a Company-designated location.
c) An individual may not begin work for the Company prior to the completion of these pre-employment verifications and tests.
d) When the background verification, drug testing, fingerprinting, or any other subsequent investigation of the individual discloses any condition indicating the individual is not eligible to work for the Company, the applicant is not cleared for employment.
e) The People Department must ensure all policies and regulations have been followed in the hiring process before a candidate, who is offered conditional employment, can be reclassified as a new hire employee.

3) In addition to the employment eligibility review, the conditional employee may be required to successfully complete pre-employment training required by specific departments prior to reclassification to regual (permanent) employee.

## 9. Rehire Policy

A. To be considered for rehire, former employees must have left SkyWest in good standing and must be eligible for rehire. Hiring managers are required to confirm with Human Resources and the former manager, when possible, that the individual is eligible for rehire.

B. All rehired employees must:

1) Repeat new hire probation and be subject to the conditions of probation.
2) Begin at the bottom of the bidding seniority list.
3) Accrue vacation and user time at new hire rates.
4) Retain their original employee number.

Uncontrolled copy. Currency must be verified with the LESP before use.

C. Rehired employees are treated as new hires for benefits eligibility, including Performance Rewards, with the following exceptions:

1) Prior years of service are included in total employment time for purposes of service awards only. Refer to Employee Travel Manual SP 200 for specific mainline partner retirement travel eligibility requirements.

2) Rehired employees who were previously eligible to participate in the 401(k) Plan may apply to participate immediately. The percentage of contribution matched by the Company is based on the employee's total employment time.

**Example:** A rehired employee with five years of total employment time and who elects to participate in the 401(k) Plan is eligible for a 4% matching contribution by the Company immediately upon rehire.

D. Reinstated Rehire – **One Time Only**

1) A former employee rehired within 12 months of leaving the Company, who had at least two years of active service and left the Company in good standing, returns at the same step of the pay scale, provided they are doing the same job. This pay rate may or may not include overrides. The following conditions are also applicable:

a) The rehired employee is subject to all the evaluations and procedures required of a new hire.

b) There must be a position available, **not created**, for them.

c) Annual increases (pay seniority date) are based on the employee's rehire date (month and day).

> **NOTE:** Flight attendants should refer to Flight Attendant Policy Manual SP 2313 Leaves of Absence, On-the-Job Injuries, and Workers' Compensation for rehire provisions.

## 10. Sister Company Hires

A. SkyWest Airlines recognizes the benefits of encouraging employees from other SkyWest, Inc. subsidiaries to pursue employment opportunities with SkyWest Airlines.

B. All employees of other SkyWest, Inc. subsidiary companies interested in open positions at SkyWest Airlines must apply and participate in the interview process to be considered for a position.

C. When a position is offered, the individual offered the position is subject to the following policies:

> **NOTE:** For the purpose of this policy, all subsidiary companies of SkyWest, Inc. are referred to as *sister companies*.

1) All employees of sister companies that are hired into SkyWest Airlines directly from their old position:

a) Retain their original hire date from the sister company. The original hire date is the SkyWest Airlines seniority date for purposes of benefits, including the 401(k) Plan matching contribution and travel boarding priority.

Uncontrolled copy. Currency must be verified with the LESP before use.

b) Are permitted to transfer over a limited amount of vacation and user time from their old position.

(1) A non-crewmember employee is allowed to transfer over a maximum of 120 hours of vacation time and 80 hours of user time.

(2) A crewmember is allowed to transfer over a maximum of 60 hours of vacation time and 40 hours of user time.

(3) In cases where time accruals are accounted for differently between sister companies, equivalent amounts are allowed.

c) Employees going to a sister company who opt to transfer over hours must:

(1) Give written notice to their current manager and the Payroll Department confirming their decision to transfer over hours and:

(a) **This notice must be received no later than seven days prior to the last day worked at the current job.**

(b) Provide the number of hours they wish to roll over.

(2) Payroll contacts the employee's new payroll department at the sister company and ensures the hours transaction is completed at the time of the employee's job change.

(3) When the paperwork is not received by the deadline, all accrued vacation and user hours are treated as they are in a standard termination.

2) All employees hired from a sister company into SkyWest Airlines who become a member of a bidding seniority list are placed at the bottom of that list.

a) Their first day in the SkyWest Airlines job is their bidding seniority date.

b) Employees hired on the same date are placed on the seniority list in their seniority order from the sister company.

3) Pay seniority dates for the following positions are determined as follows:

a) Customer service agents and ramp agents receive one-for-one credit for each year of exact experience in the previous sister company position.

b) Pilots, flight attendants, and dispatchers start at new hire level wages.

4) Maintenance technicians are evaluated based on skills and experience and are hired at Level I, II, or III based on their experience.

a) Once hired, the Maintenance technician is subject to standard evaluations and requirements to advance to the next level per Maintenance Policy Manual SP 7509 Pay Scales.
→

5) Candidates for all other positions are evaluated for pay purposes based on relevant experience and education.

Uncontrolled copy. Currency must be verified with the LESP before use.

**INTENTIONALLY LEFT BLANK**

Uncontrolled copy. Currency must be verified with the LESP before use.

| PARAGRAPH | PAGE |
|---|---|
| 1. Job Posting Policy | SP-55.1 |
| 2. Exceptions to Job Posting Procedure | SP-55.1 |
| 3. Job Posting Procedure | SP-55.1 |
| 4. Internal Hiring, Status Changes, and Transfers | SP-55.2 |

## 1. Job Posting Policy

A. SkyWest Airlines' goal is to fill each open position with the highest quality candidate available, while providing employees with opportunities for development and advancement.

B. The effective use of the job posting program helps ensure that open positions are filled, whenever possible, by qualified employees who are seeking promotional opportunities. The job posting program is an integral part of the Company Affirmative Action Plan.

C. Government regulations and Company policy require accurate tracking of all position vacancies and hiring. Therefore, position openings are required to be posted as outlined below.

D. In order to ensure compliance, accuracy, and consistency, job postings will be reviewed by Employment Administration prior to posting.

## 2. Exceptions to Job Posting Procedure

A. All open positions must be posted. Exceptions may be approved by the Department Head and the Vice President People in the following cases:

1) Jobs at the Director level and above;

2) Temporary jobs (a temporary position that converts to a permanent position must be posted at the time it is redefined as a permanent job);

a) Temporary positions that were not posted cannot extend beyond six months.

3) The restructuring or realignment of a department or group where duties are reassigned to existing personnel;

4) Job openings filled by furloughed employees who are recalled to the same position in which they were furloughed.

## 3. Job Posting Procedure

A. For a newly created position, the hiring manager must complete a position requisition and forward it for approval to the department Vice President. Positions that do not fit an existing job code description must be forwarded to the Director Human Resources for review, approval, and creation of a job description and assignment of a job code.

> **NOTE:** A new position requisition must be created for each job posting. Prior requisitions that are edited and submitted for a new posting cannot be accepted.

B. Job posting for an existing position must be requested through each department's recruiting team or Employment Administration.

C. Jobs will remain posted for a minimum of seven days and a maximum of 45 days. Internal and online applications must be received by the end of the closing date in order to be considered.

Uncontrolled copy. Currency must be verified with the LESP before use.

D. The hiring manager will evaluate all applications and interview the applicants who present the best qualifications. The manager is not required to interview all applicants but must work with their department's recruiting team or Employment Administration to ensure regret letters are sent to all applicants who are not chosen for the position.

## 4. Internal Hiring, Status Changes, and Transfers

A. Interdepartmental job changes are considered internal hires and are addressed in Company Policy Manual SP 54 Hiring.

B. Job changes within the same department are designated as an internal hire, transfer, or voluntary status change; depending on the nature of the change.

C. The hiring manager and the transferring manager's responsibility is to collectively determine timing and conditions of an internal hire, status change, or transfer.

Uncontrolled copy. Currency must be verified with the LESP before use.

**PARAGRAPH** **PAGE**

1. Purpose ..... SP-56.1
2. Compliance ..... SP-56.1
3. Eligibility to Work in the United States ..... SP-56.1
4. Minimum Job Qualifications ..... SP-56.2
5. Primary Job Duties ..... SP-56.2
6. Essential Job Functions ..... SP-56.3
7. Required Licenses, Certifications, and Accreditations ..... SP-56.3
8. Eligibility to Enter Foreign Countries ..... SP-56.4
9. Fingerprint-based Criminal History Records Check (CHRC) ..... SP-56.4
10. Disclosure of Criminal Convictions ..... SP-56.5
11. Disclosure of Major Traffic Violations ..... SP-56.5
12. Religious Accommodations ..... SP-56.5

## 1. Purpose

A. To define job requirements and how they relate to employment eligibility.

B. To define the parameters which must be met to become and remain eligible for employment at SkyWest Airlines.

C. To outline the resources available for employees and management to ensure all employees remain eligible for employment with the Company.

**NOTE:** The following is not all inclusive and does not supersede the termination for cause or at-will employment policies as outlined in Company Policy Manual SP 51 Nature of Employment.

## 2. Compliance

- 41 CFR CHAPTER 60 Office of Federal Contract Compliance Programs, Equal Employment Opportunity, Department of Labor
- 49 CFR Part 1544.229 Fingerprint-based criminal history records checks (CHRC): Unescorted access authority, authority to perform screening functions, and authority to perform checked baggage or cargo functions
- 49 CFR Part 40 PROCEDURES FOR TRANSPORTATION WORKPLACE DRUG AND ALCOHOL TESTING PROGRAMS
- AOSSP Chapter 12.6.1. Criminal History Records Check Audit
- Americans with Disabilities Act (ADA)
- Immigration Reform and Control Act of 1986
- Pilot Records Improvement Act of 1996 (PRIA)

**NOTE:** The provisions outlined in Paragraphs 3.-12. below outline the requirements to begin and maintain employment with SkyWest Airlines.

## 3. Eligibility to Work in the United States

A. SkyWest complies with the Immigration Reform and Control Act of 1986 by employing only U.S. citizens and aliens who are authorized to work in the United States.

Uncontrolled copy. Currency must be verified with the LESP before use.

B. As a condition of employment, each prospective employee must:

1) Properly complete, sign, and date the first section of the U.S. Citizenship and Immigration Services Form I-9 Employment Eligibility Verification.

2) Establish identity and employment authorization by providing documents for Company review, as indicated on the Form I-9.

C. Before commencing work, rehired employees must also complete the Form I-9 when:

1) They have not previously filed a Form I-9 with SkyWest;

2) Their previous Form I-9 is more than three years old; or

3) Their previous authorization to work in the United States is no longer valid.

D. All resident aliens must present valid government authorization [i.e., a Permanent Resident Card (green card)] as part of the Form I-9 support documentation.

1) The employee is required to maintain the currency of that documentation and avoid its expiration or invalidation.

E. When a resident alien employee allows their authorization to work to expire or become invalid, the employee is subject to termination or unpaid administrative leave pending the renewal or reinstatement of the authorization to work.

1) An employee placed on administrative leave for this reason has a period of 30 calendar days to submit renewed or reinstated documentation and a new Form I-9 to Employment Standards.

2) Failure to provide valid documentation within 30 calendar days results in the employee being subject to corrective action, up to and including termination of employment.

F. TSA Clearance Requirement for Resident Alien Pilots

1) All resident alien pilots must pass the required Transportation Security Administration (TSA) clearance prior to New Hire training and also prior to participation in Recurrent, Continuing Qualification (CQ), Upgrade, or Transition training.

## 4. Minimum Job Qualifications

A. Minimum job qualifications are defined for the purposes of this policy as the minimum requirements for a particular position.

1) Applicants must meet these qualifications in order to be considered for the job.

2) Employees unable or unwilling to meet the minimum job qualifications may not be eligible for continued employment in that position.

## 5. Primary Job Duties

A. Primary job duties are defined for the purposes of this policy as the principal job responsibilities that are considered operationally critical.

1) Employees unwilling or unable to perform their primary job duties are subject to corrective action up to and including termination.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 6. Essential Job Functions

A. Essential job functions are included in all job descriptions for the Company and are used by HR, medical professionals, and other specialists to identify physical and other abilities that are required in order to perform the primary job duties of a particular position.

B. Employees **must** be able to perform all essential job functions with or without an accommodation.

1) Employees are required to notify their manager when they are unable to perform any of their essential job functions for any reason.

2) Employees who have a physical or mental impairment that is interfering with their ability to perform the essential functions of their position can request an accommodation from their manager.

a) The employee's manager must notify the Leaves of Absence (LA) team to engage in the Interactive Process in order to determine if there is a reasonable accommodation for the employee that allows them to perform all of their essential job duties but not present an undue hardship to the Company or affect the seniority system.

(1) Unless an accommodation is part of a short-term Transitional Work Assignment (TWA) related to an on-the-job injury, it cannot exclude essential job functions.

(2) A leave of absence may be considered a reasonable accommodation.

## 7. Required Licenses, Certifications, and Accreditations

A. Based on job duties, department, and location, employees may be required to obtain certain credentials beyond their SkyWest Airlines identification in order to complete their primary job duties.

1) Employees are responsible to adhere to all rules and conditions of any required credential issued to them.

2) Employees are responsible to ensure any required credentials remain current and are renewed without expiration.

B. Separate screening and approval processes conducted by regulatory agencies may be required for non-SkyWest issued credentials. These credentials include but are not limited to:

- Driver's license
- Regulatory mechanic licensing (e.g., Airframe and Powerplant [A&P] license)
- Regulatory pilot licensing (e.g., First Class Pilot Medical Certificate and Airmen Certification)
- Airport-specific Security Identification Display Area (SIDA) badges
- Department of Homeland Security (DHS) customs' seal
- Passport

Uncontrolled copy. Currency must be verified with the LESP before use.

C. Employees unable to fulfill their primary job duties due to an issue obtaining or keeping required credentials may have the option of an administrative leave in order to meet those requirements. Unless indicated otherwise, the duration of the administrative leave will not exceed 30 days.

1) The employee must be considered in good standing as defined by their department.

2) There must be some factual basis for the belief that the missing requirement can be fulfilled within the 30-day leave period.

D. Credentials for Recently Hired Employees

1) A recently hired employee who is unable to procure the necessary credentials to perform their primary job duties within 45 days from the date of hire (EC date) will be subject to separation from the Company and eligible for rehire.

> **NOTE:** For information regarding pre-employment screening and new hire eligibility, refer to Company Policy Manual SP 54 Hiring.

## 8. Eligibility to Enter Foreign Countries

A. Employees who may be required to perform job duties in a foreign country must ensure they are eligible to enter and exit foreign countries at any time.

1) Employees who become aware they may not be eligible to enter or exit a foreign country are required to notify their manager or Employee Relations immediately.

B. Canadian Entry Eligibility

1) Canadian Immigrations performs background checks on all employees, including crewmembers, entering Canada who cannot provide proof of Canadian citizenship.

> **NOTE:** These background checks may be performed electronically while en-route on board an aircraft or upon arrival.

2) Anyone with a criminal background, including being charged with or convicted of a misdemeanor (e.g., shoplifting or driving under the influence), may be refused entry into Canada or subject to fines once they have entered Canada.

## 9. Fingerprint-based Criminal History Records Check (CHRC)

A. Federal regulation 49 CFR Part 1544.229 requires:

1) All aircraft operator employees must have a fingerprint-based Criminal History Records Check (CHRC) completed if any of the following are part of their job description:

a) Unescorted access authority;

b) Screening functions;

c) Checked baggage or cargo functions; and/or

d) Aircraft operator identification media is required for the employee.

B. Existing employees or new hires found to be convicted of any of the disqualifying criminal offenses must have their authority to perform the functions listed above suspended pending resolution and are subject to termination.

C. An annual audit of prior year CHRC files must be completed by Employment Standards.

1) Refer to AOSSP Chapter 12.6.1. for annual CHRC audit requirements.

D. SkyWest is required to conduct a pre-employment Criminal History Records Check (CHRC) before any individual can be classified as an employee.

1) At any time, the Company may run criminal and/or driving background checks on current employees to ensure an event has not transpired that would impact their eligibility to perform their primary job duties.

## 10. Disclosure of Criminal Convictions

A. Employees must disclose any conviction within five business days to Employee Relations throughout their employment with SkyWest. Information regarding an employee's conviction is evaluated by the People Department to determine:

1) Whether or not the conviction is a disqualifying crime, or

2) Whether or not the conviction impedes an employee's ability to perform their primary job duties.

B. When an employee is found to have withheld or misrepresented information regarding disclosure of a conviction as described above, they are subject to corrective action up to and including termination.

## 11. Disclosure of Major Traffic Violations

A. Employees whose primary job duties include driving company vehicles (including car rentals) on a frequent basis are required to report major traffic violations to their manager.

1) Refer to Company Policy Manual SP 157 Company Property under Company Vehicles for details on disclosure requirements.

B. Employees whose primary job duties include driving vehicles on a frequent basis are subject to annual motor vehicle checks by the Company.

> **NOTE:** For the purpose of this policy, frequent driving is defined as driving outside an Airport Operations Area (AOA) more than three times a calendar week.

## 12. Religious Accommodations

A. Employees whose religious beliefs and practices conflict with their job duties can request an accommodation from their manager.

1) The employee's manager must contact Employee Relations to determine if there is a reasonable accommodation that will not present an undue hardship to the Company's business.

2) A religious accommodation cannot exclude primary job functions.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

**INTENTIONALLY LEFT BLANK**

PARAGRAPH PAGE
1. Policy .......... SP-57.1
2. Definitions .......... SP-57.1
3. Employment Classifications .......... SP-57.1

## 1. Policy

A. In compliance with all applicable federal and state laws, SkyWest Airlines classifies employees for the purpose of compensation and benefits.

1) The People Department regularly audits jobs and their descriptions to ensure appropriate classification.

**NOTE:** All departments are required to consult the People Department when determining the classification of a new position(s).

## 2. Definitions

A. **Nonexempt or hourly** employees are entitled to overtime pay under specific provisions of federal and state wage and hour laws. Employees classified as nonexempt generally are not in a supervisory or management position.

B. **Exempt or salaried** employees are not entitled to overtime pay and are excluded from specific provisions of federal and state wage and hour laws. Exempt employees are generally classified as executive, administrative, or professional.

## 3. Employment Classifications

A. Employees are classified by department management according to one of the following:

1) **Full-time** employee (non-crewmember) is defined as continually maintaining at least 30 hours per week/60 hours per pay period. To be full-time status, flight attendants are required to continually maintain required hours as defined in Flight Attendant Policy Manual SP 2308 Compensation (Minimum Bid/Pay Guarantees paragraph), and pilots must maintain 58:36 hours per bid period.

**NOTE:** Individual department policies may reserve the right to have higher minimum scheduled hours than those outlined in SP 57 (e.g., Customer Service requires 32 scheduled hours per week due to operational need).

**NOTE:** When a non-crewmember employee works fewer than the minimum hours per pay period for two consecutive pay periods, full-time status is changed to part-time.

a) Managers must monitor their employees' schedules, track cases where a full-time employee is not meeting the full-time employee status requirements, and submit a Payroll Change Notice (PCN) to change the employee's status when necessary.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

2) **Part-time** employee (non-crewmember) is defined as continually maintaining a minimum of 12 hours per week (to qualify for the Operational Performance Reward) or 24 hours per pay period. Part-time flight attendants must maintain a minimum of 75 hours per calendar quarter.

> **NOTE:** Part-time status is currently not available to pilots.

a) When a part-time non-crewmember employee is paid full-time hours for two consecutive pay periods, the part-time status is changed to full-time by the employee's manager via a PCN.

> **NOTE:** Individual department policies may require management to schedule employees higher minimum scheduled hours than those outlined in SP 57.

b) Managers must monitor the number of hours employees are scheduled to work and track cases where a part-time employee is meeting the full-time employee status requirements.

c) Within the Customer Service Department, the Director Station Operations may designate certain stations as exempt from the part-time hour minimums in support of their specific operational requirements.

3) **Temporary** employee is defined as an individual who is hired either part-time or full-time for a specified, limited period (generally three to six months). A temporary employee is eligible for benefits under the same guidelines as a full-time/part-time employee.

4) **Seasonal** employee is defined as an employee designated to work at a specific location during its peak operational need and in a position approved by the department Vice President. Designated seasonal employees should refer to Company Policy Manual SP 72 Reduction in Force (RIF) as well as their department policies for procedures and options when classified as inactive status.

5) An **Intern** is defined as a student at an accredited college or university who is hired into a position that coincides with and enhances their educational experience. The employment period for an intern generally corresponds with the educational institution's quarter or semester.

B. Employee classifications are not intended to change on a weekly, monthly, or any other short-term basis. The final decision as to classification is with department management and includes such factors as the anticipated schedule, etc., for the upcoming six months.

C. For the purpose of this section, all compensated time off (i.e., user, vacation, jury duty, bereavement, holiday) is counted toward full-time hours.

Uncontrolled copy. Currency must be verified with the LESP before use.



| PARAGRAPH | PAGE |
|---|---|
| 1. Policy | SP-58.1 |
| 2. Guidelines for Hiring Employee Family Members | SP-58.1 |



## 1. Policy

A. SkyWest Airlines' objective is to maintain a cohesive and fair environment for all employees and prevent Company relationships within the workforce which may cause perceptions of favoritism or hinder leadership judgment.

Internal and external applicants or existing employees who are married, cohabitating with, or who have relatives working for the Company may not be considered for positions within the Company when there is any direct reporting relationship or any relationship which is determined to be potentially detrimental to the best interests of the Company.

> **NOTE:** A direct reporting relationship exists when one employee has decision-making authority in hiring, promotions, salary adjustments, performance reviews, determining corrective action, scheduling, leaves of absence, and/or termination regarding another employee.

B. New hires, existing employees, or employees who become family while working for the Company must not be in the direct line of chain of command.

C. For employment purposes, SkyWest Airlines defines immediate family as an employee's:

- Spouse or domestic partner
- Siblings, step-siblings, and siblings-in-law
- Parents, step-parents, and parents-in-law
- Children, step-children, children of an employee's domestic partner, and sons- or daughters-in-law
- Aunts or uncles

D. Employees in Company positions prior to October 16, 2006 are exempt from these restrictions.

## 2. Guidelines for Hiring Employee Family Members

A. The department Vice President and the Vice President People must approve employment of immediate family members of current employees within the same department.

B. Where a conflict or the potential for conflict arises, even when there is no supervisory relationship, management determines the best course of action to resolve the conflict (e.g., the parties may be separated by reassignment). When a resolution is not possible, the employees must determine which of them will resign.

Case 2:19-cv-00149-JNP Document 53-2 Filed 08/27/21 PageID.2978 Page 738 of 1277



Uncontrolled copy. Currency must be verified with the LESP before use.

**INTENTIONALLY LEFT BLANK**



SkyWest 000141

Uncontrolled copy. Currency must be verified with the LESP before use.

**PARAGRAPH** **PAGE**

1. Purpose ........ SP-60.1
2. Probationary Period ........ SP-60.1

## 1. Purpose

A. To establish guidelines for the probationary period and describe evaluation that will occur during this time.

## 2. Probationary Period

A. All new and rehired employees work on a probationary basis for the first 180 calendar days (flight crews one year) after their date of hire. Any significant absence of fourteen (14) days or more will automatically extend the probationary period by the length of the absence. If the employer determines that the designated probationary period does not allow sufficient time to thoroughly evaluate the employee, the employer may extend the probationary period for a specified period of time.

B. During the probationary period, supervisors will closely evaluate the employee's capabilities, attitude, and work habits to determine that all probationary conditions are met. If not met, the supervisor should immediately end the employment relationship and is under no obligation to explain the action except to say that probationary conditions have not been satisfactorily met.

C. An employee who is released during the probationary period does not have the right to appeal the termination or reason for the action.

D. Either the employee or the employer may end the employment relationship at will at any time during or after the probationary period with or without cause or advance notice.

E. Before an employee's status may be changed from probationary to regular status, the supervisor must review the employee's performance with a department representative and gain approval from the department head. The employee may be asked to visit the corporate offices for an interview with the department manager.

F. Probationary employment status does not affect eligibility for employer provided benefits. Employees are eligible for these benefit programs according to the terms and conditions of each program. Probationary employees will assume "regular" status upon satisfactory completion of the probationary period.

Case 2:19-cv-00149-JNP Document 53-2 Filed 08/27/21 PageID.2980 Page 740 of 1277



Uncontrolled copy. Currency must be verified with the LESP before use.

**INTENTIONALLY LEFT BLANK**



SkyWest 000143

| PARAGRAPH | PAGE |
|---|---|
| 1. Policy | SP-62.1 |
| 2. Meal Periods | SP-62.1 |
| 3. Rest Periods | SP-62.2 |


## 1. Policy

A. To ensure:

1) Meal and rest periods are provided for all nonexempt (hourly) employees, and

2) Accurate records of time worked are maintained throughout the Company.

B. The purpose of meal and rest periods is to provide employees with an uninterrupted period of relief from normal work activities. Employees with alternative work schedules are not exempt from meal and rest period requirements.

1) Any employee, supervisor, or manager who is found, after appropriate investigation, to have violated the meal and rest periods policy will be subject to appropriate corrective action, depending on the circumstances, up to and including termination. These violations may include, but are not limited to, the abuse, misuse, and falsification of records.

C. Crewmember requirements are defined in Flight Attendant Policy Manual SP 2316 Hours of Service and Pilot Policy Manual SP 3016 Hours of Service.

D. Meal period policy for Maintenance Department employees is defined in Maintenance Policy Manual SP 7501 Work Shifts.

E. Any questions regarding the Company's meal and rest period policy should be directed to Employee Relations personnel at headquarters (HDQ).

**NOTE:** This policy may be amended to comply with state and local laws, where applicable.

## 2. Meal Periods

A. Nonexempt employees are entitled to an uninterrupted meal period of no less than 30 minutes for every five hours worked. During that time, employees must be free from all duties and cannot be required to stay at their work station.

B. Nonexempt employees are required to record time-out and time-in for meal periods. This may be accomplished by use of a time clock or paper log depending on the work location and/or department. Exceptions, including auto-deduction, are based on location. Refer to Company Policy Manual SP 63 Payroll for additional information.

C. A meal period may be cancelled or rescheduled by the supervisor, if necessary, due to irregular operations or an emergency.

1) If the meal period is cancelled, the employee will be paid for the time; however, this is not to be construed as permission to repeatedly work through meal periods.

**NOTE:** Exempt employees are not required to clock out and in for meal periods; however, they are expected to take a meal and regular rest periods throughout the day.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 3. Rest Periods

A. Nonexempt employees are permitted to take a 10-minute rest period for every four hours worked. Rest periods should be taken in the middle of each four hours worked.

1) Supervisors may schedule rest periods to accommodate operational needs.

B. Rest periods cannot be:

1) Accumulated to be taken together.

2) Used to offset work time or make up time for a late arrival or early departure.

3) Combined with the meal period.

C. A rest period may be rescheduled by the supervisor, if necessary, due to irregular operations or an emergency.

Uncontrolled copy. Currency must be verified with the LESP before use.

PARAGRAPH PAGE

1. Pay Periods and Payroll Checks for Nonexempt Employees (Non-Crewmember) .......... SP-63.1
2. Pay Periods and Payroll Checks for Exempt Employees and Crewmembers .......... SP-63.1
3. Electronic Pay Stubs and Paychecks .......... SP-63.2
4. Payroll Allowances .......... SP-63.2
5. Overtime .......... SP-63.3
6. Timekeeping Requirements and Responsibilities .......... SP-63.4

## 1. Pay Periods and Payroll Checks for Nonexempt Employees (Non-Crewmember)

A. SkyWest nonexempt (hourly) employee pay periods are biweekly and consist of two consecutive work weeks.

1) The work week begins with the shift starting at 12:01 a.m. Friday morning and goes through the shift which ends on midnight Thursday night.

2) Payday is the Friday of the week following the end of the pay period (every other Friday).

3) Changes in rates of pay, other than anniversary pay increases, must be made effective on the beginning day of a pay period.

a) Anniversary pay increases are effective on the employee's anniversary date.

> **NOTE:** Anniversary increases are reflected as an adjustment on the employee's pay statement that includes the anniversary date. The following paycheck reflects the new rate of pay.

B. Each nonexempt employee is responsible for submitting to management any time cards or exceptions no later than Friday following the end of the pay period.

> **NOTE:** Each employee must review their time card and report any errors immediately to their management prior to submission.

C. Management must review and approve all time cards before notifying the Payroll Department that time cards are complete. Time cards must be approved by Friday for an accurate check to be processed.

D. The Biweekly Pay Schedule is located on SkyWest Online.

## 2. Pay Periods and Payroll Checks for Exempt Employees and Crewmembers

A. Exempt (salaried) employees and crewmembers are paid on a semi-monthly basis. The Semi-Monthly Pay Schedule and Flight Pay Schedule forms are available on SkyWest Online.

1) Changes in rates of pay are effective on the beginning day of a pay period.

2) Anniversary pay increases for crewmembers are effective on the employee's anniversary date.

> **NOTE:** Anniversary increases for crewmembers are reflected as an adjustment on the employee's pay statement that includes the anniversary date. The following paycheck reflects the new rate of pay.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 3. Electronic Pay Stubs and Paychecks

A. All employees are encouraged to participate in direct deposit of their pay to the financial institution of their choice.

1) Employees not participating in direct deposit receive paychecks via mail to their home address on file.

B. Electronic pay stubs are available to each employee via SkyWest Online > My Stuff > My Profile > Payroll > Pay tab.

C. Payroll checks are not issued between pay periods.

**NOTE:** All pay advances must be based on extreme emergencies and approved by the department Vice President.

D. Any questions regarding pay must be brought to the attention of management. Management contacts the Payroll Department for any explanations or adjustments.

## 4. Payroll Allowances

A. Social security tax, Medicare tax, federal income tax, and state income tax withholdings are deducted from each employee paycheck according to current tax schedules.

1) Federal and state income tax withholdings are based on the marital status and number of exemptions the employee claims on their W-4 form.

a) The following state income tax withholdings are set up according to the federal W-4 form submitted by the employee and do not require a specific state tax form:

| | |
|---|---|
| Colorado (CO) | New Mexico (NM) |
| Idaho (ID) | North Dakota (ND) |
| Minnesota (MN) | Rhode Island (RI) |
| Mississippi (MS) | Utah (UT) |
| Montana (MT) | Vermont (VT) |
| Nebraska (NE) | |

b) States that require a specific state tax form are withheld at *Single* and *Zero* unless a state form is submitted dictating otherwise. When a specific state tax form is needed, contact the Payroll Department at 435.634.3262.

Uncontrolled copy. Currency must be verified with the LESP before use.

2) To change marital status and/or number of exemptions, employees must submit a new W-4 and/or state tax form to the SkyWest Airlines Payroll Department. Federal W-4 forms are located on SkyWest Online or at www.irs.gov.

a) W-4 forms may be completed and submitted electronically via SkyWest Online > My Stuff > My Profile > Payroll > W4 tab. Changes are immediate.

**NOTE:** Payroll is processed up to four days prior to the pay date. When a change is made the week of payroll, the change may or may not appear on that check.

b) Completed paper forms can be faxed to 435.634.3206 or mailed to:

SkyWest Airlines
Attention: Payroll Department
444 South River Road
St. George, UT 84790

**NOTE:** Changes become effective within two pay periods.

## 5. Overtime

**NOTE:** Crewmembers must refer to Pilot Policy Manual SP 3008 Compensation or Flight Attendant Policy Manual SP 2308 Compensation for overtime information.

A. Unless otherwise dictated by law in the state where the employee is based or domiciled, overtime pay rates for nonexempt employees are paid in accordance with the following provisions:

1) For all time worked in excess of eleven hours in any one day, pay is one and one-half times the employee's regular hourly rate.

2) For all time worked in excess of 40 hours in the seven day work week, pay is one and one-half times the employee's regular hourly rate.

3) The work week begins at 12:01 a.m. on Friday morning. Any shift starting thereafter shall be in the same week for payroll purposes until 12:00 midnight on the next Thursday.

4) All overtime calculations under this provision are based on actual hours worked. (This does not include vacation pay, user days, holidays, or other compensated time off.)

5) For information regarding the procedure for overtime allotment, refer to the applicable departmental policy manual.

B. Overtime and Shift Trades

1) When an employee elects to make a temporary/voluntary shift change (i.e., shift trade), the above overtime provisions do not apply.

2) When an employee works beyond the hours agreed to in a shift trade, the additional time is added to the daily and weekly hours totals noted above for overtime consideration.

Uncontrolled copy. Currency must be verified with the LESP before use.

3) Counting all hours worked in a week, including shift trades, employees are not permitted to work in excess of 60 hours in one week. Exceptions are only made when due to operational need and authorized by management.

a) California law mandates that any employee who works in excess of 60 hours in one week, even 60 hours and one minute, is paid overtime for all time in excess of 40 hours. This is applicable to California only.

## 6. Timekeeping Requirements and Responsibilities

A. Federal and state laws require SkyWest Airlines to keep an accurate record of time worked. Time worked is all time actually spent on the job performing assigned duties. Management is responsible for maintaining complete records of time worked for all nonexempt employees within their work group.

B. Accurately recording time worked is the responsibility of every nonexempt employee. Nonexempt employees must accurately record the time they begin and end their work, as well as the beginning and ending of each meal period. (Refer to Company Policy Manual SP 62 Meal and Rest Periods for meal period requirements.) Depending on location and position, this is via time clock, computer, and/or log sheets. Employees must also record the beginning and ending of any split shift or departure from work for personal reasons.

**NOTE:** Employees who do not comply with Company record-keeping requirements are subject to corrective action, up to and including termination of employment.

1) Overtime work must always be approved by management before it is performed.

C. Employees are not permitted to work off the clock.

1) Any management personnel requiring or allowing an employee to work off the clock is subject to discipline.

a) An employee who is required to work off the clock should report it immediately by escalating the issue within their chain of command or by utilizing the SkyWest grievance reporting system via the grievance hotline at 888.273.9994 or the Web link located on SkyWest Online > Info Center > Ethics and Grievance > Submit Grievance.

D. Tampering, altering, or falsifying time records, or recording time on another employee's time record may result in corrective action, up to and including termination of employment.

E. Nonexempt employees may not report to work more than 30 minutes prior to their scheduled starting time or stay more than 30 minutes after their scheduled stop time without prior authorization from management.

1) Refer to the applicable department policy manual for specific information regarding arrival and departure times for employee work schedules.

F. Management must review and approve each time record before submitting it to payroll for processing.

PARAGRAPH PAGE
1. Company Seniority ........ SP-64.1
2. Seniority Order for Same-Day Hires ........ SP-64.1
3. Bidding (Department) Seniority ........ SP-64.1

## 1. Company Seniority

A. Company seniority is defined as the first day an employee works for SkyWest Airlines, a predecessor company or a subsidiary of SkyWest, Inc. Company seniority is used for determining benefits eligibility and boarding priority for travel.

## 2. Seniority Order for Same-Day Hires

A. In the event that more than one employee is hired the same date, they will be placed on the seniority list according to the last 4 digits of their social security number. The employee with the lowest four digits will be added to the seniority list first, thereby having bidding seniority over the employee with the greater number.

B. When a transferring employee and a new hire are added to a bidding seniority list on the same day, the transferring employee will be senior to the new hire.

## 3. Bidding (Department) Seniority

A. Bidding seniority is defined as the first day of continuous employment in a specific job classification. Bidding seniority is used for determining an employee's shift, workweek, area of work and line preference. Preference on domicile transfers is also given on the basis of bidding seniority. Bidding seniority is determined, maintained, and administered by each department for the job classifications in their area of responsibility.

B. In cases where strict adherence to bidding seniority would be likely to have an adverse impact on the safety of operations, our customer or our ability to serve our customer, management reserves the right to assign personnel as needed to insure a safe and efficient operation.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

**INTENTIONALLY LEFT BLANK**

Uncontrolled copy. Currency must be verified with the LESP before use.

PARAGRAPH PAGE

1. Purpose ..... SP-65.1
2. Qualifying Relocation ..... SP-65.1
3. Employee Eligibility ..... SP-65.1
4. MER Calculation and Amounts ..... SP-65.2
5. MER Request Processing ..... SP-65.3
6. Allotted Relocation Days ..... SP-65.3
7. Verification of Relocation ..... SP-65.4
8. Transfers ..... SP-65.4
9. Termination ..... SP-65.4

## 1. Purpose

A. To establish the eligibility and parameters of moving expense reimbursement (MER) for SkyWest Airlines employees.

## 2. Qualifying Relocation

A. Relocation qualifies for MER when the relocation is required due to Company activity or need when establishing new station(s)/domicile(s).

> **NOTE:** Employees who upgrade, transition, voluntarily transfer, or must move due to an initial assignment as a new hire are not eligible for MER.

1) MER is offered to current employees who accept positions at another Company location as designated by management.

B. The following criteria must be met to qualify for MER:

1) The employee must relocate their primary residence to their new work location and provide acceptable proof of the move.
2) The distance of the relocation must be a minimum of 50 miles.
3) The distance from the new residence to the new worksite must be less than 125 miles.
4) The move must be completed within one year of the employee's start date in the new work location.

C. When posting position openings, the department must specify if MER is available for the position.

> **NOTE:** When not specifically stated, the position does not qualify for MER.

D. All MER requests must be approved by the employee's manager and department Vice President.

## 3. Employee Eligibility

A. Employee eligibility for MER may include but not be limited to:

- Management promotions
- Worksite closure
- Reduction in force (RIF)
- Position openings at newly established worksites (as designated by management)

Uncontrolled copy. Currency must be verified with the LESP before use.

B. Employees with less than three months seniority must have authorization by the department Vice President to qualify for reimbursement.

C. Part-time employees are not eligible for MER unless the employee is assuming a full-time position in the new location, and the reimbursement is authorized by the department Vice President.

## 4. MER Calculation and Amounts

A. An eligible employee receives MER based on mileage and moving expenses. The amount of MER has two parts:

1) A taxable mileage reimbursement based on one way mileage multiplied by a calculated fuel rate.

a) The eligible number of miles is determined using the Rand McNally Atlas or Google Maps using the shortest route, most direct route from the old work location to the new work location.

b) The fuel rate used varies based on the current price of regular grade gasoline. The minimum reimbursement is $1.50 per mile. When the price of regular gas is $2.00 per gallon or more, the following rates apply:

| Current Gas Price/Gallon (Regular Grade) | Per Mile Reimbursement |
|---|---|
| $2.00 - $2.49 | $1.60 per mile |
| $2.50 - $2.99 | $1.70 per mile |
| $3.00 - $3.49 | $1.80 per mile |
| $3.50 - $3.99 | $1.90 per mile |
| $4.00 or more | $2.00 per mile |

c) The appropriate fuel price used is determined by:

(1) Using the U.S. Energy Information Administration table titled U.S. Regular Gasoline Prices* (dollars per gallon).

(2) Selecting the price listed for the region the employee is moving from on the date closest to the last day the employee worked prior to the move.

d) When the relocation date is more than three weeks prior to when the reimbursement request is completed, the correct price to use is found by selecting U.S. Regular Gasoline Prices* (dollars per gallon), then select full history > Data 3 - Regular All Areas All Formulations. Select the correct fuel price for the appropriate date and region from the spreadsheet.

e) The reimbursement amount is calculated by the employee's manager when the reimbursement request is completed.

f) The Accounting Department audits and confirms the reimbursement amount when the request is processed.

2) A taxable expense reimbursement of up to $1,000.00 as approved by the Internal Revenue Service and subject to SkyWest maximum amounts.

**NOTE:** Eligible receipts for the $1,000.00 reimbursement must be provided. After the maximum amount of $1,000.00 is reached, any additional expenses may be claimed as deductible expenses on the employee's tax return (IRS Form 3903).

a) The following expenses are eligible for reimbursement per IRS guidelines and SkyWest policy:

(1) Moving of household goods and personal effects (e.g., packing, crating, transporting).

(2) Storage and insuring of household goods, within a period of 30 consecutive days after the day the items are moved from the former home and prior to being delivered to the new home.

(3) A maximum of three days lodging expense for the following:

(a) Lodging during travel using the shortest, most direct route available to the new location.

**NOTE:** Only one trip is permitted, and meals are not included.

(b) Lodging expenses incurred in the area of the former home within one day after the former home becomes uninhabitable because of the move.

(c) Lodging the day of arrival at the new location.

(4) Connecting or disconnecting utilities, not including deposit amounts.

(5) Shipping of personal vehicle(s) and household pet(s).

## 5. MER Request Processing

A. MER requests must be submitted within 30 days following the completion of the move. A Request for Moving Expense Reimbursement form accompanied by proof of new residence and required receipts, when applicable, must be properly completed and approved by the employee's manager and department Vice President before being submitted to Payroll for processing. The reimbursed amount is included in the employee's regular payroll check after the request is processed.

**NOTE:** Missing receipts or incomplete forms may delay reimbursement. Expenses without supporting receipts are not eligible for reimbursement.

## 6. Allotted Relocation Days

A. Based on the distance of the move, each relocating employee is also eligible for paid days off from work to move (refer to the table below).

**NOTE:** A day's pay equals eight hours wages for full-time employees (4.3 flight hours for crewmembers).

Uncontrolled copy. Currency must be verified with the LESP before use.

| Number of Miles | Days allotted with pay |
|---|---|
| 50–500 | 1 day |
| 501–1000 | 2 days |
| 1001 or more | 3 days |

B. When necessary, the employee may request up to three additional unpaid relocation days. These relocation days without pay must have manager's approval.

> **NOTE:** Employees may use available Vacation and/or User pay for compensation of these days.

## 7. Verification of Relocation

A. All employees submitting a MER request must submit documentation that supports the move of principal residence. Examples of acceptable proof include, but are not limited to, the following:

1) A current utility bill in the employee's name.

2) A lease agreement or mortgage documents.

## 8. Transfers

A. A full 12 months must elapse before an employee is again eligible to receive MER unless a relocation is authorized by Company management within the 12-month period. A voluntary transfer by the employee within 12 months is not approved for additional MER.

## 9. Termination

A. When an employee voluntarily leaves the employ of the Company within 12 months following relocation, they are required to repay any MER amount on a prorated basis. The prorated repayment equals the total reimbursement divided by 12 and then multiplied by the number of months remaining in the 12-month period since their date of relocation.

Uncontrolled copy. Currency must be verified with the LESP before use.



SkyWest 000155

Uncontrolled copy. Currency must be verified with the LESP before use.

**PARAGRAPH** **PAGE**

1. Purpose ........ SP-66.1
2. Department Guidelines ........ SP-66.1
3. Eligibility ........ SP-66.1
4. Incentive Amounts ........ SP-66.1
5. Timing of Payments ........ SP-66.2
6. Check Processing ........ SP-66.2
7. Tax Implications ........ SP-66.2
8. Termination ........ SP-66.2
9. Transfers ........ SP-66.2

## 1. Purpose

A. To establish guidelines for the appropriate use of incentives for employees relocating at the Company's request.

## 2. Department Guidelines

A. Relocation incentives may be offered to employees changing their work location at the Company's request due to a worksite closure or a reduction in force.

B. Due to growth and repositioning, the Company may require an experienced workforce in a location new to SkyWest. Upon approval from the department Vice President, the incentive is offered to employees in this situation to encourage relocation and ensure the new worksite opens with the essential seasoned employees.

C. When posting position openings, departments must specify if the relocation incentive is available for the position. When the posting does not indicate the relocation incentive is available, the position does not qualify.

## 3. Eligibility

A. Eligibility may include management promotions, worksite closure, reduction in force, and position openings at newly established worksites (as designated by management).

B. Employees with less than three months seniority require department Vice President approval to qualify for the incentive.

C. To qualify for the incentive, the move must meet the following criteria:

1) The employee must be moving their primary residence.

2) The distance of the move must be a minimum of 50 miles.

3) The distance from the new residence to the new worksite must be less than 125 miles.

## 4. Incentive Amounts

A. The relocation incentive for non-crewmembers equals pay which is defined as the weekly full-time pay of 40 hours at their current hourly rate as follows:

1) Two weeks for non-supervisory employees.

2) Three weeks for supervisors.

Uncontrolled copy. Currency must be verified with the LESP before use.

B. Crewmembers receive 55 hours and 48 minutes (55:48) of flight pay as a relocation incentive. At the end of one year of service in the new location, they receive an additional 18 hours and 36 minutes (18:36) of flight pay at the same rate of pay. (Refer to Flight Attendant Policy Manual SP 2309 Expenses and Pilot Policy Manual SP 3009 Expenses.)

## 5. Timing of Payments

A. The relocation incentive is paid at the time of the move, except for crewmembers as noted above.

## 6. Check Processing

A. The employee’s manager completes a “Request for Check.”

1) On the check request, the manager must list the reason for the check along with the employee's name, ID number, and details regarding where the check is to be sent. The manager must confirm the number of weeks of pay due the employee.

2) The manager gives a copy of the request to the employee and sends the original to Payroll.

3) Payroll calculates the payment and sends the check to the location indicated.

## 7. Tax Implications

A. The relocation incentive is classified as wages, and the amount is added to the employee’s W-2 form at year end. Applicable payroll withholding taxes are deducted from the relocation incentive checks when they are distributed.

## 8. Termination

A. Employees who receive the relocation incentive are required to repay it on a prorated basis when they voluntarily leave the employ of the Company within 12 months following relocation. The prorated repayment equals 1/12 of the total multiplied by the number of months remaining in the 12-month period.

## 9. Transfers

A. Employees who receive the relocation incentive and then voluntarily transfer (unless designated by management) out of a Company-designated location within 12 months of the assignment are not eligible for an additional relocation incentive for 12 months following the transfer.

Uncontrolled copy. Currency must be verified with the LESP before use.

PARAGRAPH PAGE

1. Policy ........ SP-67.1
2. Correct Locations for Filing of Records ........ SP-67.1
3. Updates to Personal Information ........ SP-67.1
4. Updates to Benefits Information ........ SP-67.2
5. File Review ........ SP-67.2
6. Employment References ........ SP-67.2

## 1. Policy

A. It is the policy of SkyWest Airlines to maintain personnel records for applicants, employees and past employees to document employee history and to comply with government recordkeeping and reporting requirements. Personnel records access is limited to individuals with a business "need to know." The People Department is responsible for overseeing recordkeeping for all personnel information and will specify what information should be collected and how it will be stored and secured.

## 2. Correct Locations for Filing of Records

A. Originals of the following employee records must be sent to Payroll immediately upon receipt. Copies may be kept in worksite personnel files for up to two years.

1) Attendance records.
2) Commendation letters.
3) Performance review records.
4) Disciplinary documents.

B. The following records and similar records must be forwarded to the People Resources immediately upon receipt to be filed in a confidential employee file which is held separately from the employee's standard personnel file. Originals and/or copies of these records must never be held in any worksite employee personnel file.

1) Records of a medical nature, particularly those containing a diagnosis or other personal information.
2) Background check information.
3) Criminal records information.

C. The following records are the responsibility of individual departments and are not maintained by Payroll or the People Department:

1) Job-specific training and completion records.

## 3. Updates to Personal Information

A. Employees are responsible for keeping their personal and tax information up to date. Changes to the following should be submitted electronically via SkyWest Online. Certain changes (i.e. name changes) may require additional documentation.

1) Name
2) Address
3) Telephone Number
4) Marital Status
5) Number of Dependents - a W-4 must be completed within 10 days of change.

Uncontrolled copy. Currency must be verified with the LESP before use.

6) Person/s to be notified in case of an emergency.

B. Changes should be made electronically using the MyBenefits section of SkyWest Online.

## 4. Updates to Benefits Information

A. Benefits enrollment and tracking records are maintained by the Benefits Department.

B. Benefits should be notified in writing of life changes affecting an employee's health benefits, i.e. the birth of child, marriage, etc.

C. Changes to beneficiary designations should be made online at SkyWest Online > MyBenefits.

## 5. File Review

A. Personnel files are the property of SkyWest Airlines and access to the information they contain is restricted to management personnel with an employment-related need to know. With reasonable advance notice, an employee may review the material in his/her file, but only in the employer's offices and in the presence of a Company representative.

B. Employees who believe that any file material is incomplete or inaccurate may submit an Employee Grievance via our toll-free ethics and grievance hotline at 888.273.9994 or via the Web link SkyWest Online > Our SkyWest > Ethics and Grievances > Submit Grievance. The Web link can also be reached directly at www.reportlineweb.com/SkyWestAirlines. If the requested change is not granted, the employee's grievance will be placed in the employee's file to document the employee's disagreement with the record.

## 6. Employment References

A. Individual managers, supervisors and management team members are not authorized to provide references of any nature on employees or former employees.

B. With the exception of information required in response to a subpoena or other legal requirement, SkyWest provides only dates of employment and job title in response to requests for employment verification. This information is available via an automated system administered by the Payroll Department.

C. SkyWest Airlines complies with the Pilot Records Improvement Act (PRIA) of 1996 and will only release information required by this act after receiving written consent from the pilot involved.

PARAGRAPH ... PAGE
1. Purpose ... SP-68.1
2. Meal Expenses ... SP-68.1
3. Lodging Expenses ... SP-68.2
4. Ground Transportation ... SP-68.3
5. Travel Pay ... SP-68.4
6. Business Travel Protocol ... SP-68.5
7. Alaska Company Business Travel ... SP-68.8
8. American Company Business Travel ... SP-68.8
9. Delta Company Business Travel ... SP-68.9
10. United Company Business Travel ... SP-68.11
11. NRPS Must Ride Travel ... SP-68.12
12. Standby Business Travel ... SP-68.13
13. Travel for Interviews and Hiring ... SP-68.13

## 1. Purpose

A. To establish guidelines and restrictions for employees traveling on Company business. Violations of these policies may result in corrective action, up to and including termination of employment.

## 2. Meal Expenses

**NOTE:** Pilots and flight attendants must reference the Pilot Policy Manual and the Flight Attendant Policy Manual for their meal reimbursement policy.

A. Non-crewmember personnel who are required to travel as part of their job responsibilities may be reimbursed up to a maximum of $36.00 per day for the cost of meals purchased and consumed while out of town on business; this includes employees charging meals to SkyWest credit cards. Employees must submit expense reports with original receipts for each meal. There is no reimbursement for skipped or missed meals. Meal expenses that exceed the amount listed above may be approved by a director or above only if there was no reasonable or practical alternative to eating at high-cost establishments. All food, beverage, and gratuity expenses should not exceed the established meal amounts as stated below:

1) Breakfast: $8.00

2) Lunch: $11.00

3) Dinner: $17.00

B. In general, reimbursement is not paid to an employee when a meal is provided by the Company or the hotel during the time an employee is in training or during a meeting. When religious or health reasons require an employee to purchase a meal other than what is offered by the Company, the employee is reimbursed for the cost of the meal up to the eligible amount. A receipt must be provided to receive reimbursement.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 3. Lodging Expenses

A. Company lodging must be arranged through Travelliance.

1) Lodging and meeting rooms for Company business must be requested and booked through the Travelliance CorporateConneX reservation system by the requesting employee's department travel coordinator or by an authorized user during business hours. For emergency assistance after business hours, employees may contact the Customer Service Coordinator Operational Control Center at extension 43973.

2) The primary hotel listed in the drop-down menu must be selected when offered in the city of the request. A hotel other than the primary hotel may be requested in the following cases only:

a) A primary hotel is not offered.

b) Using the primary hotel would incur additional expense (e.g., transportation costs).

c) The employee is attending a conference or convention at a specific hotel and the rate of the primary hotel and applicable charges (e.g., transportation) would be more than the conference rate, and/or no primary hotel is available in the location.

3) A request for a hotel other than the primary hotel may be requested by adding the details of the request to the comments section of the lodging request form. The comments must include the desired hotel name and address as well as the business reason for the request.

a) Approval is based on cost evaluation and business need.

4) Lodging requests for the location's primary hotel are processed immediately when received.

a) Special lodging requests are reviewed by the applicable department Vice President prior to processing. Approval is based on the business justification and overall cost.

5) Meeting rooms exceeding $350 per day must be pre-approved by the department Vice President overseeing the event. Meeting room amenities (e.g., coffee, beverage service, food, audio visual equipment) must be pre-approved by the director of the employee ordering the amenities.

6) All lodging, including training, recruitment, meetings, irregular operations, and Company business, must be direct billed through the Travelliance CorporateConneX system.

> **NOTE:** Only room and tax are direct billed. All incidentals must be placed on a credit card. Reimbursement amounts must meet the Company-approved guidelines.

7) Rooms must be booked in the name of the employee conducting Company business.

8) Room rates are only available to employees conducting Company business with a valid Company ID shown at the time of check-in.

Uncontrolled copy. Currency must be verified with the LESP before use.

9) The deadline for room cancellation is 6:00 p.m. in the hotel's time zone; however, any unused reservation must be cancelled regardless of the time of day.

a) Cancellations are completed by calling Travelliance (844.787.4900) or by an email to skywest@travellianceinc.com. The name of the guest and the confirmation number are required.

B. Employees may not be eligible for hotel reward program benefits when traveling on Company business (COBUS). These programs are honored at the discretion of the hotel; there is no contractual obligation on the part of the hotel to allow participation.

**NOTE:** Hotel rooms cannot be booked outside the Company guidelines to gain hotel reward benefits.

## 4. Ground Transportation

A. Employees must use hotel shuttle transportation when possible. Non-hotel shuttle service (e.g., SuperShuttle) can be booked through Travelliance and direct billed to SkyWest. Employees must submit shuttle service requests to their travel coordinator for booking.

B. Rental cars are to be used when Company vehicles or shuttle services are not available and must be approved by the employee's supervisor.

1) Employees without a valid driver's license are not authorized to rent a car for Company business.

2) When renting a car, employees are expected to decline additional insurance coverage in the United States as this coverage is provided by SkyWest.

a) When an employee is involved in an accident or incident while in a rented vehicle, the employee must report the incident to their supervisor. The supervisor is responsible for reporting the incident immediately to their department head and the Risk Management group.

C. Use of a personal vehicle for Company business in excess of 50 miles is not authorized, unless approved in advance by a department director.

1) Allowance for the use of a personal vehicle on Company business is $0.44 per mile. Mileage reimbursement covers gasoline and pro-rated maintenance, repairs, taxes, and insurance costs.

2) Employees using their personal vehicle are required to carry their own automobile insurance coverage and have a valid driver’s license. Thus, if the employee is involved in an accident while driving a personal vehicle on Company business, the employee’s insurance is primary. The employee is responsible for all repairs to the vehicle.

3) When authorized, approved personal vehicles are limited to automobiles only. Use of motorcycles, etc. for the purpose of Company business is strictly prohibited.

D. Employees must follow all laws and safe driving rules when driving a vehicle for business purposes whether the vehicle is a rental, Company-owned, or an employee’s personal vehicle. These laws and rules include:

1) Obeying all applicable driving and traffic laws.

2) Not using a radar detector.

Uncontrolled copy. Currency must be verified with the LESP before use.

3) Not using a cell phone or other mobile technology device while operating the vehicle.

4) Not speeding or driving in a reckless or unsafe manner.

5) Avoiding any behavior that could distract from safe driving.

## 5. Travel Pay

A. Employees traveling COBUS are required to use the most expedient mode of travel available. When an employee chooses an alternate mode of travel, the employee's supervisor must approve the alternative mode of travel. In this situation, employees are compensated for the lesser amount of time required for the approved mode of travel.

B. Exempt employees are paid on a salaried basis; all time spent traveling COBUS is included in their salary compensation.

C. Non-exempt employees, when required to travel by their job responsibilities, are paid their regular hourly rate for travel time. Travel time is compensated as follows:

1) When traveling by air, pay commences one hour before the scheduled departure time of the flight. Pay continues for the duration of air travel, including any layovers or delays, and ceases upon arrival at the final destination. Excessive time delays (e.g., exceeding the expected travel time by more than four hours) while traveling must be reported to the employee's supervisor immediately. The supervisor may then direct the employee to defer or cancel the travel and return if necessary. Pay for the return trip is compensated in the same manner.

2) Business travel by automobile requires approval by the employee's supervisor. Pay commences at the time of departure from the employee's regular work location and continues until the employee arrives at the final destination. When the employee departs from their home without stopping at the regular work location, pay commences when the employee leaves their home. Pay for the return trip is compensated in the same manner.

3) Overtime, vacation and user pay accrual, and all other benefits associated with the non-exempt employee's hourly pay rate is included in all wages paid for travel time.

4) When business travel is longer than a single day, the non-exempt employee is not compensated hourly wages for the daily commute to and from the hotel to the temporary work location or for any time spent in the hotel. Other than the actual travel time to and from the city of the temporary work location, the employee is compensated for hours worked at the location only.

**NOTE:** Travel pay for flight crewmembers is detailed in the Pilot Policy Manual and the Flight Attendant Policy Manual.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 6. Business Travel Protocol

A. SkyWest's mainline partners provide Non-Revenue Space Available (NRSA) travel or Non-Revenue Positive Space (NRPS) travel (which is booked in a revenue class) to employees traveling COBUS as long as that business **directly** supports the specific partner's business with SkyWest. For example, NRPS travel on United or United Express must be in support of SkyWest United Express business.

1) NRPS travel does not guarantee boarding; an employee may be denied boarding when the flight fills with revenue passengers.

B. When determining which code to use for the purpose of COBUS travel, consider the following:

1) The primary business reason for travel. When the primary business reason is:

a) Alaska Airlines, then book on Alaska Airlines.

b) American Airlines, then book on American Airlines.

c) Delta Air Lines, then book on Delta Air Lines.

d) United Airlines, then book on United Airlines.

e) Not partner specific or is general SkyWest business, then booking is determined by the employee's primary job responsibilities as outlined below.

2) When the employee's primary job responsibilities are associated with:

a) Alaska Airlines, then book on Alaska Airlines.

b) American Airlines, then book on American Airlines.

c) Delta Air Lines, then book on Delta Air Lines.

d) United Airlines, then book on United Airlines.

3) When all factors or support provided are equal for the partners, divide travel between carriers as equally as possible.

4) When an employee is considered completely dedicated to only one partner, their COBUS travel is limited to that partner only.

C. For the purpose of COBUS travel, employees are permitted to travel from their primary work location. Employees who do not live in the city of their primary work location are required to travel NRSA to their primary work location and then may travel COBUS from their primary work location to their Company business assignment.

1) Primary work location is defined as having a primary work responsibility in a specific, assigned SkyWest location; the employee may or may not reside in their primary work location. All interim and travel fee expenses associated with NRSA travel are the responsibility of the employee.



SkyWest 000164

Uncontrolled copy. Currency must be verified with the LESP before use.

D. Delta PPR Fee COBUS

1) SkyWest will reimburse an employee for their previous year's PPR fee when the employee demonstrates their travel privileges were used strictly for COBUS travel. Any leisure travel, including buddy passes, parents, dependents, etc., during the anniversary year voids reimbursement eligibility.

**Example**:
The employee's date of hire (DOH) is 9/4/85. The employee's travel account is activated on 10/18/13 for business travel, and the PPR fee is paid. On the employee's next anniversary date (9/4/14), the employee prints a copy of their travel history and denotes the business reason for travel next to each segment. Then the employee completes an online expense report and submits the travel history copy as the receipt for the reimbursement request. The expense report goes through the normal approval process, and the employee is reimbursed upon approval.

2) A new hire employee's individual PPR fee may be eligible for immediate reimbursement by the Company if the Company requires a new hire employee to utilize Delta travel privileges for Company business specific to the Delta operation. With the exception of the employee, eligible travelers are removed from the employee's Travel Profile. The employee pays their PPR fee via TravelNet and submits the receipt in an expense report. Any leisure travel during the anniversary year voids reimbursement eligibility.

**NOTE:** Employees who request PPR reimbursement for COBUS travel cannot authorize eligible travelers or utilize buddy passes until their next anniversary date (hire date). Employees who would like to add eligible travelers or utilize leisure travel are not eligible for reimbursement.

E. Mainline partners closely monitor NRPS travel. Employees must:

1) Travel only when necessary.

2) Request NRPS travel through a designated travel coordinator or the Travel Center.

**NOTE:** No employee is authorized or permitted to book their own NRPS travel.

a) The travel coordinator must closely follow booking procedures to ensure travel is booked in the appropriate class.

3) Request their travel as far in advance as possible (but no more than 30 days prior) for COBUS travel to reduce revenue passenger displacement.

4) Whenever possible, avoid changes and cancellations within seven days of travel. Always cancel NRPS travel not being used.

**NOTE:** Mainline partners may financially penalize SkyWest for any changes and cancellations made within seven days of travel.

a) Supply the designated travel coordinator with the reason for making changes or canceling a reservation (e.g., meeting cancelled, weather en route).

Uncontrolled copy. Currency must be verified with the LESP before use.

F. No employee, regardless of title or position, may be overbooked in any fare class at any time. When no seats are available in the appropriate fare class, the eligible employee is required to use alternate transportation.

> **NOTE:** Exceptions are COBUS travel for a crewmember in a deadheading or Initial Operating Experience (IOE) situation and mechanic travel for aircraft on ground (AOG).

G. Employees may not hold more than one NRPS travel reservation in the same market for the same day.

H. NRPS or preferential travel on mainline partner flights is governed by agreements in place at the time of travel. Employees must contact the Travel Center for questions concerning current policies.

I. NRPS travel in SkyWest prorate markets may result in denied boarding.

1) Unless the COBUS travel is urgent, an employee traveling NRPS should volunteer their seat when passenger bookings and baggage for a flight are determined to exceed the maximum number of available seats and total payload.

2) In order to preserve prorate market revenue, COBUS travel may need to be adjusted to off-peak days of the week and/or time of day. Business travel plans should include options with these alternate hours.

J. Employees traveling COBUS are not exempt from the procedures and rules of behavior required of a non-revenue traveler. Refer to Employee Travel Manual SP 200 Chapter 01 Section 02 Rules of the Road.

K. Employees are working and may not add or be responsible for a child or pet when traveling on a company business NRPS reservation.

L. NRPS COBUS travel may be used in the following situations:

1) With the exception of Headquarters (SGU) travel, Vice Presidents, directors, managers, and employees pre-authorized by management are authorized to travel on an NRPS basis in accordance with our mainline partner COBUS travel policies.

2) When a Vice President or above attends a business event and the invitation includes the employee's spouse, the spouse may travel with the employee at an NRPS priority.

> **NOTE:** Department Vice Presidents are accountable for all NRPS COBUS travel booked by their departments.

M. Travel for Training

1) For training events not conducted in an employee's home worksite/domicile, NRSA or NRPS travel is provided from the employee's work location or recognized crew domicile to the training site and back only.

> **NOTE:** Employees traveling from locations other than their worksite/domicile to the training event are responsible for their own travel and are not eligible for COBUS travel.

2) Depending on the mainline partner, as well as availability, NRPS travel to and from Headquarters (SGU) for training events may be booked at a standby travel priority.

Uncontrolled copy. Currency must be verified with the LESP before use.

3) COBUS travel for training will be booked on the partner whose business the employee primarily supports and whose business the training event is being held in coordination with.

4) COBUS travel is booked by the Travel Center or the department travel coordinator based on training time required and availability.

   a) The employee must coordinate changes to their COBUS travel with the Travel Center or their department travel coordinator. When the Travel Center or department travel coordinator is unavailable, the employee must cancel their COBUS travel itinerary online or by calling the mainline partner's reservation center. Travel should be rebooked as leisure travel. Refer to Employee Travel Manual SP 200 for non-revenue booking instructions.

N. Interns are not permitted NRPS travel.

## 7. Alaska Company Business Travel

A. All NRPS travel on Alaska must be requested through the Travel Center.

B. Employees must be dedicated to the Alaska product to be able to request and travel for Company Business. When an employee is not Alaska-dedicated, the company business travel is space available but should still be requested through the travel center so the ZED fees can be avoided.

C. All NRPS travel must be in direct support of the Alaska product.

D. Employees must submit a request for travel through their department's travel coordinator. The request must include the following:

- Employee name
- Employee number
- Date of birth
- Desired dates of travel, flight numbers, and routing
- Reason for travel

E. The department travel coordinator must email the request for travel to travelcenter@skywest.com.

F. The travel center will return the reservation to the department travel coordinator once it has been created.

G. The traveler may check in for the flights up to 24 hours prior to departure online or at an Alaska Airlines ticket counter, gate, or kiosk.

## 8. American Company Business Travel

A. All NRPS travel on American, including SkyWest-operated American Eagle flights and prorate flights, must be requested a minimum of three business days in advance, but no more than 30 days in advance, of travel.

B. All NRPS travel must be in direct support of the American product.

C. Employees must submit a request for travel through their department's travel coordinator. The request must include the following:

- Employee name
- Employee number
- Date of birth
- Desired dates of travel, flight numbers, and routing

Uncontrolled copy. Currency must be verified with the LESP before use.

- Reason for travel

D. The department travel coordinator must email the request for travel to travelcenter@skywest.com.

E. Only the Travel Center is authorized to book NRPS travel, including prorate travel.

F. AA NRPS travel must be booked in E Class, and overbooking is not permitted. When an E class seat is not available on a requested flight, an employee may be "waitlisted" for the flight and be assigned a seat in E class should a seat become available prior to departure.

G. The flight reservation will be returned to the travel coordinator for dissemination once booked by the Travel Center.

H. The traveler may check in up to 24 hours in advance at an American Airlines ticket counter, gate, or kiosk. Online check-in is available as long as every segment on your reservation is confirmed. When a segment is waitlisted and has not been cleared, online check-in will not be an option.

I. American Airlines also utilizes a specific company business travel protocol for employees that would like to travel on American Airlines for SkyWest general business that cannot be quantified as directly supporting AA business only.

J. Employees must submit a request for travel through their department's travel coordinator at least three days in advance of travel. The request must include the following:

- Employee name
- Employee number
- Date of birth
- Desired dates of travel, flight numbers, and routing
- Reason for travel

K. The department travel coordinator must email the request for travel to travelcenter@skywest.com.

L. The Travel Center will make the request of American Airlines. American Airlines will create a non-duty space available listing for the employee and return the information to the Travel Center.

M. Upon receipt of the listing information, the Travel Center will return it to the travel coordinator for dissemination to the traveler.

> **NOTE:** SkyWest general business travel reservations that cannot be quantified as directly supporting AA business are created as standby listings. This standby priority for these reservations is lower than the AAC priority assigned to dedicated AA employees for leisure travel purposes, but this is the process outlined by American Airlines that must be employed in these situations.

## 9. Delta Company Business Travel

A. NRPS COBUS travel on Delta and Delta Connection flights is limited to the following specific types of travel that directly support the Delta Operation:

1) Eligible crewmember deadhead travel who are directly transitioning to/from an upline or downline Delta Connection flight.
2) Eligible crewmember training (only from domicile to training location).
3) Eligible mechanic travel for AOG.
4) Eligible travel associated with a new station opening.

Uncontrolled copy. Currency must be verified with the LESP before use.

5) Other travel required at the explicit request of Delta Airlines.

B. All other COBUS travel, except on those routes operated by SkyWest Airlines as prorate service, is not eligible for NRPS travel. As a result, the employee may use DL NRSA travel at their leisure travel priority for business purposes.

C. Headquarters (SGU) COBUS Travel on SkyWest-operated Delta Connection Flights

1) Vice Presidents and directors are allowed NRPS business travel to/from Corporate Headquarters (SGU).

a) All NRPS travel to/from SGU must be requested through the Travel Center.

2) Managers are allowed NRPS business travel to/from Corporate Headquarters (SGU) under the following criteria:

a) SGU-SLC manager travel is T class only and must be booked by the Travel Center.

b) Manager SGU NRPS travel requests may be submitted within **7 days of the planned departure date of all flights in the requested trip**.

c) **Booking T class more than seven days in advance is prohibited** and overbooking T-class is not permitted.

3) All other employees traveling on business to/from SGU:

a) Travel is NRSA at an S1 priority.

b) Each travel listing must include remarks stating the priority level authorized and the Company business reason for travel as well as the name and employee number of the designated travel coordinator.

D. NRPS Travel on SkyWest Delta Connection prorate markets.

1) Leaders may request NRPS travel through department travel coordinators. Requests must include:

- Employee Name
- Employee Number
- Date of Birth
- Desired flight numbers and routing
- Reason for travel

**NOTE:** Only the Travel Center is authorized to book NRPS prorate travel.

E. NRPS Travel and Denied Boarding on SkyWest prorate markets:

**NOTE:** These procedures do not apply to Must Ride employee travelers.

1) Unless traveling on urgent Company business, an employee traveling NRPS should volunteer their seat when passenger bookings and baggage for a flight are determined to exceed the maximum number of available seats and total payload.

2) Voluntary Denied Boarding Compensation (VDBC) may be offered to a revenue passenger when employees traveling NRPS must be accommodated because of an emergency or urgent Company business.

Uncontrolled copy. Currency must be verified with the LESP before use.

3) When volunteers are still necessary after VDB solicitations, SkyWest NRPS passengers may be denied boarding in the following order:

- Non-management employees
- Managers
- Directors
- Vice Presidents

**NOTE:** Within each group, seniority determines the removal order.

## 10. United Company Business Travel

A. United and United Express NRPS travel is booked in G/T/Q/Y Class with the exception of SkyWest-operated prorate flights, which are booked in H class of service.

B. Leaders may request travel through department travel coordinators.

C. Travel coordinators must request travel authorization and approval for the travel by submitting a UA Cobus Travel Request form located on SkyWest Online > Travel > UA Cobus Travel Request.

D. The Travel Center submits the travel request to United Airlines a minimum of 72 hours prior to departure of the first flight, who must return a written approval back to the Travel Center before the travel can be booked. Once approved, the Travel Center determines whether they will book the travel or have the department travel coordinator book it for the employee.

E. Travel coordinators are not permitted to overbook inventory. When a seat is not available, the travel coordinator must find alternative routing or means of travel. When no other option is available, the travel coordinator should contact the Travel Center for assistance in evaluating other travel options.

F. Headquarters (SGU) Company Business Travel on SkyWest-operated United Express flights

1) NRPS Company business travel is permitted to/from SGU on SkyWest-operated United Express flights with the following guidelines:

a) All employees must be booked in H class with the following exceptions:

(1) Vice Presidents can be booked in Y class if H class isn't available, and as long as booking does not overbook the entire flight. Approval from the Travel Center is required.

(2) Directors can be booked in Y class if H class is not available. The request must be made to the Travel Center and Market Planning approval is required. The booking cannot overbook the flight.

**NOTE:** Blackout dates may apply in each prorate market. During blackout dates, non-executive NRPS travel is prohibited in prorate markets.

b) Travel to/from SGU must not be overbooked.

c) Travel may not be booked more than 30 days in advance.

d) All changes should be made seven days prior to scheduled departure.

Uncontrolled copy. Currency must be verified with the LESP before use.

2) Each United NRPS reservation must include remarks stating the Company business reason for travel as well as the name and employee number of the designated travel coordinator.

## 11. NRPS Must Ride Travel

**NOTE:** Must Ride travel can be authorized by only Crew Support or a Maintenance Control Supervisor.

A. Must Ride travel is non-revenue travel booked in a revenue class and at a revenue priority. Must Ride travel protects the employee from being denied boarding to accommodate a revenue passenger, even in a case of involuntary denied boarding (IDB).

B. Must Ride travel is authorized only in the following circumstances:

1) When a crewmember is traveling to a flight that would be canceled if the crewmember does not arrive.

2) When a mechanic is traveling to repair an aircraft or equipment that will result in a canceled flight if not immediately repaired.

3) For actual in-flight IOE travel segments (does not include travel to or travel from IOE).

**NOTE:** All other cases of Company business travel are considered NRPS and IDB is not authorized to accommodate the traveler.

C. Must Ride crewmembers and mechanics are not considered additional crewmembers. They are subject to airport security restrictions in effect at the time of travel and must check in at the departure gate.

D. Must Ride travelers must observe business travel protocols as outlined above and are responsible for timely gate check-in, arriving at the gate no later than 45 minutes prior to departure whenever possible.

E. Must Ride crewmembers and mechanics are responsible for canceling or notifying Crew Support or a Maintenance Control Supervisor of any NRPS or Must Ride flight segment they will not use.

F. Crewmember Must Ride Travel

1) Refer to the following for crewmember Must Ride travel policies:

- Pilot Policy Manual SP 3026 Jumpseat
- Flight Attendant Policy Manual SP 2326 Jumpseat

G. Mechanic Travel for Aircraft on Ground (AOG)

1) NRPS travel is permitted for a mechanic that is traveling to and from a location to perform maintenance on an aircraft that is out of service. All such travel may be booked only on the carrier or code whose aircraft is in need of repair.

H. Booking NRPS Must Ride Travel

1) Must Ride seats are booked by designated Crew Support personnel using partner-specific booking classes, protocol, and procedures.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 12. Standby Business Travel

A. When the COBUS traveler is conducting business for a partner airline other than the one on which they are traveling, the employee has the choice of:

1) Traveling at a leisure standby priority - space available; unless traveling on American Airlines in which case the SkyWest general business space available travel process must be utilized, or

2) Altering the travel routing or schedule to travel on the appropriate partner.

B. Boarding priorities for standby business travel on partner airlines are governed by agreements in place at the time of travel.

## 13. Travel for Interviews and Hiring

A. Prospective Employee Interview Travel

1) United NRPS travel may be available for use when:

a) Applicants are interviewing for positions and locations that will directly support the UA product.

b) Applicants have been selected to participate in a final interview (previously interviewed or previously screened).

c) Candidates are interviewing for pilot positions.

d) Applicant interview travel may require prior mainline partner authorization and is booked by the Travel Center or authorized department travel coordinators.

2) All costs associated with an applicant's travel for interview purposes are the responsibility of the applicant, unless otherwise authorized by the department Vice President.

3) Prospective employee interview travel is booked by the Travel Center once approved by United Airlines.

B. Current Employee Interview Travel

1) When a current SkyWest Airlines' employee is chosen for a job interview that requires air travel, interviewers may offer the candidate NRPS or NRSA code-specific travel using COBUS travel guidelines.

2) Current employee interview travel may require prior mainline partner authorization and is booked by the Travel Center or authorized department travel coordinators.

C. New Hire Employee Travel

1) Individuals receiving a conditional offer of employment (refer to Company Policy Manual SP 54 Hiring) are provided NRPS or NRSA travel, depending on the airline, to and from a SkyWest Employment Center where they undergo pre-employment screening and other requirements.

2) Employment Center travel is booked and authorized by the Travel Center.

Uncontrolled copy. Currency must be verified with the LESP before use.

**INTENTIONALLY LEFT BLANK**

Uncontrolled Copy. Currency must be verified with the electronic copy online before use.

PARAGRAPH PAGE

**1. Purpose** ..... **SP-69.1**
**2. General Guidelines** ..... **SP-69.1**
**3. Leave Types** ..... **SP-69.2**
**4. Job Protection** ..... **SP-69.2**
**5. Leisure Travel While on Leave** ..... **SP-69.2**
**6. Maximum Leave Duration** ..... **SP-69.2**
**7. Requesting Leave** ..... **SP-69.2**
**8. Medical Certification** ..... **SP-69.3**
**9. Returning from Leave** ..... **SP-69.3**
**10. Pay and Benefits during Leave** ..... **SP-69.4**
**11. Family and Medical Leave Act (FMLA)** ..... **SP-69.4**
A. Purpose ..... SP-69.4
B. Eligibility ..... SP-69.5
C. Reasons for FMLA Leave ..... SP-69.5
D. Military Caregiver Leave ..... SP-69.6
E. Amount of FMLA Leave ..... SP-69.6
F. Requesting FMLA Leave ..... SP-69.6
G. Return from FMLA Leave ..... SP-69.7
**12. SkyWest Medical Leave (SMLA)** ..... **SP-69.7**
A. Purpose ..... SP-69.7
B. Requesting SMLA Leave ..... SP-69.7
C. Return from SMLA ..... SP-69.7
**13. Pregnancy and Parental Leave** ..... **SP-69.8**
**14. Military Leave (ML)** ..... **SP-69.8**
A. Purpose ..... SP-69.8
B. Eligibility ..... SP-69.8
C. Return from ML ..... SP-69.9
**15. Non-Medical Discretionary Leaves** ..... **SP-69.9**
A. Personal Leave (PLA) ..... SP-69.9
B. Professional Leave (PRO) ..... SP-69.10
C. Newborn Care Leave (NBCL) ..... SP-69.10
**16. Administrative Leave** ..... **SP-69.11**

## 1. Purpose

A. SkyWest Airlines offers Leave of Absence (LOA) options that comply with or exceed the requirements of state and federal laws governing family and medical leaves, pregnancy leaves, and military duty leaves. SkyWest also offers personal and professional leaves to eligible employees. This Standard Practice (SP) outlines the necessary procedures and benefits provided with each leave. Information regarding workers' compensation leaves is located in Company Policy Manual SP 70 On-the-Job Injuries.

B. In cases where state law exceeds the parameters outlined in this policy, state law applies.

## 2. General Guidelines

A. Correspondence regarding receipt of leave request, approval, or denial or requests for supplemental information is conducted via SkyWest Online. Employees are encouraged to review information about LOAs on SkyWest Online > My Stuff > Leaves of Absence (LOAs).

B. Falsification of medical conditions or certification, or otherwise providing inaccurate and misleading information, will result in corrective action up to and including termination of employment.

Uncontrolled Copy. Currency must be verified with the electronic copy online before use.

C. Each employee requesting leave is responsible to adhere to the rules and guidelines outlined by the Company. Failure to do so jeopardizes an employee's eligibility for leave and may lead to corrective action up to and including termination.

D. Employees on approved leave are required to check in via SkyWest Online > My Stuff > Leaves of Absence (LOA) at least once a month.

## 3. Leave Types

A. Family Medical Leave (FMLA)

B. SkyWest Medical Leave (SMLA)

C. Pregnancy and Parental Leave (PPL)

D. Military Leave (ML)

E. Non-Medical Discretionary Leaves

F. Administrative Leave

## 4. Job Protection

A. Based on applicable law and other considerations, some leaves may include a level of job protection. Details are outlined in the respective leave-type sections.

## 5. Leisure Travel While on Leave

A. Employees and their authorized travelers maintain travel privileges for a period of 30 days from the leave approval start date. After 30 days of consecutive leave from the non-military leave approval date, travel privileges are deactivated, including all authorized travelers.

1) After two years from the military leave approval start date, travel privileges are deactivated including all authorized travelers.

2) Employees may request for travel privileges to be reinstated. Requests must be made through SkyWest Online > My Stuff > Leaves of Absence (LOA) > LOA Travel Request. Requests should be made at least ten days prior to requested travel to allow for necessary processing and administrative process of flying partner(s).

a) Employees on approved intermittent leave are required to request travel authorization for themselves and authorized travelers when travel occurs while intermittent leave is being used.

## 6. Maximum Leave Duration

A. Unless otherwise required by law, the maximum consecutive leave time allowed is 24 months.

## 7. Requesting Leave

A. Requests are made through SkyWest Online > My Stuff > Leaves of Absence (LOA) > New LOA Request. If the need for leave is foreseeable based on an expected birth, placement for adoption or foster care, or planned medical treatment, an employee must give at least 30 days' notice. Employees who do not provide advance notice, or notice that is as soon as practical, approval of the leave will be at SkyWest's discretion based on operational needs.

Uncontrolled Copy. Currency must be verified with the electronic copy online before use.

B. Employees who cannot provide at least 30 days' advance notice of their need for leave because of a change in circumstances or a medical emergency must submit a leave request no later than the end of the third calendar day after their first day of returning to work or when practical based on individual facts and circumstances.

C. SkyWest determines if an employee's need for leave qualifies as FMLA.SMLA.PPL based only on information received from the employee or their spokesperson, such as their spouse or health care provider.

## 8. Medical Certification

A. When leave is taken because of an employee's or their family member's serious health condition, employees will receive communication including a link to the Certification of Health Care Provider form upon completion of a leave request. Employees must complete and submit medical certifications to SkyWest leave administration within 15 calendar days from the date the certification was provided.

1) Employees who submit incomplete or insufficient medical certifications will be advised in writing what additional information is necessary to make the certification complete and sufficient. Employees must return revised medical certifications to SkyWest leave administration within seven calendar days.

2) SkyWest can require recertification of an employee's or their family member's medical conditions (e.g., recertification for chronic conditions).

## 9. Returning from Leave

A. Employees are expected to return to their next scheduled work assignment at the conclusion of their LOA approval period. If an employee needs additional leave time past the originally approved leave period, they must submit for a new leave period 72 hours before the leave end date.

1) Employees who fail to return at the conclusion of an approved LOA, or do not secure a leave extension, are considered voluntarily resigned. Employees who do not anticipate returning from leave must submit their resignation at least two weeks prior to the leave end date.

B. Employees on a medical leave for their own condition may be required to provide confirmation that they are released to return to work.

C. When an employee returning from leave needs an accommodation due to a disability defined under the federal Americans with Disabilities Act, they may initiate this request by contacting the Employee Relations Department.

D. Employee benefits will automatically reinstate the first day of the month following an employee's leave end and return to work if:

1) The employee returns to work.

2) The employee is benefits-eligible (i.e., considered full-time per Company Policy Manual SP 57 Employment Classifications).

3) The leave approval period and return date occur during the same benefit plan period.

| **NOTE:** The benefit plan period runs from January 1 to December 31. |
|---|

Uncontrolled Copy. Currency must be verified with the electronic copy online before use.

E. Employee benefits must be **re-elected** and will take effect the first day of the month following an employees return to work when:

1) The employee returns to work.

2) The employee is benefits-eligible (i.e., considered full-time per Company Policy Manual SP 57 Employment Classifications).

3) The leave approval period and return date occur during different benefit plan periods (e.g., benefits terminate November 30th due to an LOA and the employee returns to work from leave on February 1st).

a) The employee is required to submit a Benefit Election Form within 45 days of their leave end date in order to re-elect benefits. If benefits are not re-elected, the employee must wait until the next Open Enrollment period to elect benefits.

## 10. Pay and Benefits during Leave

A. All leaves are unpaid. Employees may request payout of their user, vacation, and/or PTO banks during their leave duration.

> **NOTE:** Employees may be eligible for state paid leave depending on their place of residence.

B. Holidays that occur during leave will not be paid. Employees will not accrue user, vacation, or PTO time during leave.

C. SkyWest will maintain group health plan benefits for enrolled employees on leave pursuant to the type of approved leave and the employee continuing payment of their cost of coverage during their approved leave. Duration of group health coverage eligibility during a leave is determined by leave type.

> **NOTE:** Benefits will continue until the end of the month in which FMLA is exhausted or the end of the month following 30 days from when the leave commences for all other leave types.

1) While on leave, benefit payment is due the tenth day of the month for the current coverage period (e.g., June 10th for June benefit coverage).

2) When payment is not received, coverage will be canceled as of the last paid through date.

3) An invoice for premium payments will be mailed direct to the employee's address on file, on a monthly basis.

4) Upon returning from leave, benefit payments will resume via payroll deduction.

D. Taking leave does not count as a break in service for retirement plan purposes.

## 11. Family and Medical Leave Act (FMLA)

### A. Purpose

1) SkyWest is covered under the federal Family and Medical Leave Act (FMLA) and complies with all FMLA requirements. This policy addresses FMLA leave for eligible employees because of the birth of a child or the placement of a child for adoption or foster care; to care for a parent, spouse, or child with a serious health condition; or because of an employee's own serious health condition.

2) FMLA does not cover short-term illnesses that are covered normally by SkyWest's sick-leave programs. Conditions such as a common cold, flu, ear infections, upset stomach, minor ulcers, and headaches (other than migraines) are not considered to be serious health conditions. Restorative dental or plastic surgery after injuries or removal of cancerous growths, mental illnesses, or allergies can be considered serious health conditions under certain circumstances.

**B. Eligibility**

1) Non-crewmember Eligibility

a) To be eligible for FMLA leave, non-crewmember employees must be employed at SkyWest for 12 months and have worked at least 1,250 hours in the 12 months prior to taking FMLA leave.

2) Crewmember Eligibility

a) To be eligible for FMLA leave, crewmembers must have:

(1) Been employed at SkyWest for 12 months and been paid for not less than 540 hours for the previous 12 months prior to taking FMLA leave, or

(2) Actually worked or been paid for not less than 504 hours excluding personal commute time, PTO hours, or time on medical leave during the previous 12-month period.

**NOTE:** Employees who return to work from the National Guard or Reserve military duty are credited for the time that they are on military leave to meet the hour requirement for FMLA.

**C. Reasons for FMLA Leave**

1) Eligible employees can take up to 12 weeks of FMLA leave in a 12-month period for the birth and care of a newborn child; placement of a child with them for adoption or foster care; because they want to care for their spouse, child, or parent who has a serious health condition; or because their own serious health condition prevents them from performing their job duties.

2) Employees can take FMLA leave for their biological children; adopted children; foster children; stepchildren; legal wards; or children for whom they stand in place of a parent (*in loco parentis*) (e.g., employee stand in loco parentis when they provide day-to-day financial support for their same-sex partner's adopted child or when they provide daily care for their grandchild). Children must be under age of 18 unless they are incapable of self-care because of a physical or mental disability (as defined under the federal Americans with Disabilities Act) at the time that FMLA leave begins.

3) Employees can take FMLA leave for their biological, adoptive, step, or foster father or mother or for any person who had day-to-day responsibilities or provided financial support for them as children. Employees cannot take FMLA leave for parents-in-law.

Uncontrolled Copy. Currency must be verified with the electronic copy online before use.

Uncontrolled Copy. Currency must be verified with the electronic copy online before use.

4) Employees can take FMLA for qualifying exigencies arising from the employee's spouse, son, daughter, or parent being on active military duty or being notified of an impending call or order to active military duty in support of a contingency operation.

a) Qualifying activities under military exigency leave include:

- Short-notice deployment (leave is permitted up to seven days when the military member receives seven days' or less notice of a call to active duty)
- Military events and related activities
- Certain temporary child care arrangements and school activities (not including ongoing child care)
- Financial and legal arrangements
- Counseling by a non-medical counselor (e.g., a member of their clergy)
- Rest and recuperation (leave permitted up to five days when a military member is on temporary rest and recuperation leave)
- Post-deployment military activities

5) Employees on a workers' compensation leave can be accounted as FMLA leave.

**D. Military Caregiver Leave**

1) SkyWest grants eligible employees who are a spouse, child, domestic partner, parent, or next-of-kin of a covered service member with a serious injury or illness up to a total of 26 weeks of unpaid leave during a 12-month period to care for the service member.

2) This leave is only available during a single 12-month period which begins on the first day the employee takes leave for this purpose. The 26-week limit includes any leave granted as qualifying exigency leave and all other FMLA leave taken within the same 12-month rolling period. The total amount of time granted for FMLA leave not designated as Military Caregiver Leave cannot exceed 12 of the 26-week total.

**E. Amount of FMLA Leave**

1) SkyWest designates the 12-month period in which employees can take FMLA leave for a qualifying reason by measuring a "rolling" 12-month period backward from the date employees take any FMLA leave.

2) When two spouses work for SkyWest, they are limited to a combined total of 12 weeks of FMLA leave because of the birth, adoption, or foster care placement of a child or to care for a parent with a serious health condition. Spouses remain eligible to take FMLA leave individually for other FMLA-qualifying reasons from the time that remains out of the original 12-week leave designation.

**F. Requesting FMLA Leave**

1) SkyWest determines if an employee's need for leave qualifies as FMLA leave based only on information received from employees or their spokesperson, such as their spouse or health care provider.

Uncontrolled Copy. Currency must be verified with the electronic copy online before use.

### G. Return from FMLA Leave

1) Employees who return from FMLA leave will be reinstated to their former positions or to positions with equivalent pay, benefits, and other employment terms and conditions. When employees are no longer qualified for their former positions because of their inability to attend certain work-related functions or classes as a result of leave, SkyWest will provide them a reasonable opportunity to fulfill those conditions upon returning to work.

2) If an employee's original worksite closes during FMLA leave, employees taking FMLA leave have the same rights as employees who did not take FMLA leave.

**NOTE:** Refer to Company Policy Manual SP 72 Reduction in Force (RIF).

## 12. SkyWest Medical Leave (SMLA)

### A. Purpose

1) SkyWest offers discretionary leave for those not eligible for FMLA or after FMLA is exhausted. Employees may request SMLA because of the birth of a child or the placement of a child for adoption or foster care; to care for a parent, spouse, domestic partner, or child with a serious health condition; or because of the employee's own serious health condition.

### B. Requesting SMLA Leave

1) Unless otherwise required by law, employees may apply for SMLA for their own serious health condition. If an employee's expected time away from work is due to a serious health condition of a family member (child, parent, or spouse), SMLA may be requested if the expected time away from work is greater than or equal to 14 days. SMLA may be utilized as a reasonable accommodation as defined under the federal Americans with Disabilities Act.

### C. Return from SMLA

1) Employees who return from SMLA leave will be reinstated to their position, when available. Should the position not be available, SkyWest will return them to a similar position or they may seek out alternate positions (refer to SkyWest Online > Hub > Careers).

2) If an employee's original worksite closes during SMLA leave, employees may apply for open positions.

**NOTE:** Refer to Company Policy Manual SP 72 Reduction in Force (RIF).

Uncontrolled Copy. Currency must be verified with the electronic copy online before use.

## 13. Pregnancy and Parental Leave

A. Purpose

1) SkyWest is covered under the federal Pregnancy Discrimination Act (PDA) and complies with PDA requirements. Pregnancy Leave is available to employees who are temporarily unable to work due to pregnancy, childbirth, or related medical conditions. When an employee is FMLA-qualified, FMLA and pregnancy leave run concurrently unless otherwise required by law. An employee is eligible to begin PPL when:

a) The condition compromises personal health/safety and the safety of others.

b) The medical provider certifies the employee is no longer able to work safely and no modified duty is available.

2) Parental leave is available to employees for the birth/adoption/foster care placement, and subsequent bonding of the newborn. When an employee is FMLA-qualified, FMLA and parental leave run concurrently unless otherwise required by law.

a) Parental leave must be taken within one year of the child's birth or placement and is taken as a continuous block of leave.

(1) Intermittent parental leave may be granted based on operational needs.

**NOTE:** For additional resources about pregnancy or parental leave, view the Parental Packet (SWOL > LOA > Parental Packet).

## 14. Military Leave (ML)

**A. Purpose**

1) SkyWest is covered under the federal Uniformed Service Employment and Reemployment Rights Act (USERRA) and complies with all USERRA requirements and related federal and state military leave requirements.

**B. Eligibility**

1) Military Leave and reinstatement protections extend to employees who are full-time, part-time, probationary, and seasonal; temporary employees unless they have no realistic expectation of ongoing employment; and certain employees who are laid off with recall rights, or who are on LOAs.

2) Employees who perform service in the uniformed services are eligible to take military leave.

a) Service in the uniformed services means duty performed on a voluntary or involuntary basis in a uniformed service, including active duty, inactive duty and active duty training, full-time National Guard duty, and time spent undergoing fitness-for-duty examinations, funeral honors duty, and duty performed by intermittent employees of the National Disaster Medical System in training exercises or in response to public health emergencies.

Uncontrolled Copy. Currency must be verified with the electronic copy online before use.

b) Uniformed services include the armed forces and reserves, the Army National Guard, and Air National Guard, the Commissioned Corps of the Publish Health Service, and any other category of persons designated by the president in time of war or emergency.

c) Employees who serve as intermittent disaster response appointees of the National Disaster Medical System and are federally or state activated or attending authorized training are considered to be engaged in service in the uniformed services.

3) Employees who return to work for SkyWest from military leave are eligible for reinstatement when they give advance written or verbal notice to SkyWest of the need for leave, are honorably discharged from military service, and when the current military leave of absence combined with all previous military leaves of absence does not exceed five years.

> **NOTE:** Exceptions to the five-year maximum LOA period are defined by USERRA.

4) When military leave is in excess of 30 days, the employee must also provide a copy of their military orders.

5) SkyWest may contact the employee's military command when there are questions about a specific time period of service.

### C. Return from ML

1) Employees who take ML are reinstated according to the following:

a) Employees who serve fewer than 91 days are returned to job positions that they would have attained with reasonable certainty if they did not take ML.

b) Employees who serve 91 days or more are returned to the job position that they would have attained with reasonable certainty if they did not take ML or a position of similar seniority, status, and pay.

c) Employees must remain qualified for the job position upon returning from ML. SkyWest will make reasonable efforts to help employees returning from military service become qualified to perform their jobs. Employees who are not qualified to perform any such job positions, even after reasonable efforts of help from SkyWest, are reinstated in any other job position close to the job position that they would have attained with reasonable certainty if they did not take military leave.

## 15. Non-Medical Discretionary Leaves

### A. Personal Leave (PLA)

1) SkyWest offers discretionary leave for non-medical and personal reasons. PLAs are limited to a maximum of 12 months. An employee who is granted a PLA, regardless of length, is not eligible to apply for another PLA until an additional five years has occurred.

Uncontrolled Copy. Currency must be verified with the electronic copy online before use.

2) Personal leaves may be requested after five years of employment, unless otherwise stated, and taken for the following purposes:

a) Public Service

(1) Employees who want to accept temporary employment in federal, state, or local government or with an organization devoted to community service.

b) General

(1) Employees may be granted a leave to attend to personal matters when SkyWest determines an extended period of time away from the job is in the best interests of the employee and the Company.

**B. Professional Leave (PRO)**

1) SkyWest offers discretionary leave for employees seeking to complete necessary training or education that is in the best interest of the Company. Professional Leaves may be approved when the request is for the following professions:

a) Airframe & Power plant (A&P)

(1) Employees who want to continue their education in preparation for obtaining a position at SkyWest requiring an A&P certification.

b) Air Transportation Pilot (ATP)

(1) Employees who want to continue their education in preparation for obtaining a position at SkyWest requiring an ATP certification.

c) Dispatch License

(1) Employees who want to continue their education in preparation for obtaining a position at SkyWest requiring a dispatch certification.

2) Employees with one year of employment are eligible to apply for PRO. PROs are limited to a maximum of 12 months.

3) Employees who request PRO leave are required to provide proof of eligibility (e.g., registration, enrollment documentation) of enrollment or participation in a qualifying professional program.

**C. Newborn Care Leave (NBCL)**

1) SkyWest offers discretionary leave to employees for the purpose of caring for a newborn child after pregnancy or parental leave is exhausted.

a) Eligibility

(1) A newborn child is defined as an employee's biological or adopted child under the age of twelve months.

(2) Approval and duration of NBCL is determined by the Company.

## 16. Administrative Leave

A. SkyWest may elect to place an employee on an Administrative Leave status for employees and/or the Company to address a variety of personal issues (e.g., employment eligibility, maintaining a safe and productive work environment, internal/external inquiries). Administrative Leave may be paid or unpaid depending on circumstances involving the need for leave and at the discretion of SkyWest.

Uncontrolled Copy. Currency must be verified with the electronic copy online before use.

Uncontrolled Copy. Currency must be verified with the electronic copy online before use.

**INTENTIONALLY LEFT BLANK**

Uncontrolled copy. Currency must be verified with the electronic copy online before use.

| PARAGRAPH | PAGE |
|---|---|
| 1. Purpose | SP-70.1 |
| 2. OJI Reporting Requirements | SP-70.1 |
| 3. Immediate Medical Procedures | SP-70.1 |
| 4. Time Lost, Ongoing Medical Care, and Light Duty Assignments | SP-70.2 |

## 1. Purpose

A. SkyWest Airlines complies with all applicable laws in the administration of on-the-job injuries (OJI) and Workers' Compensation. This document details procedures for employees and management to follow in the event of a work-related injury.

## 2. OJI Reporting Requirements

A. Employees must report any OJI to a supervisor or manager immediately.

1) Crewmembers must also:

- Notify Flight Control immediately at extension 43939;
- Submit an Irregular Operations Report (IOR) on SkyWest Online; and
- Contact their manager or Manager-on-Duty (MOD) within 24 hours, using voicemail if necessary.

B. An OJI report must be completed whenever an employee is injured, even if medical attention is not necessary or is refused at the time of injury. Whenever possible, before medical care is provided, a manager or supervisor should complete the online injury report. All OJI reports must be submitted within 24 hours of the injury. The OJI online reporting tool is located on SkyWest Online > Operations > OJI > Create Report. Once the report is created and submitted online, the employee's manager and the injured employee will receive online notification of their need to acknowledge the injury report. The injured employee will be able to add additional comments to the injury report.

C. When the injured employee does not require or request immediate medical treatment beyond first aid, the supervisor/manager must mark the refusal of medical box on the electronic OJI report. This form does not waive the employee's right to medical treatment in the future if it becomes necessary. The injured employee must notify their manager and the manager must notify Workers' Compensation (WC) immediately when medical treatment is sought after a notice of refusal has been documented.

D. Employees are subject to post-accident drug and/or alcohol testing when an incident occurs. If damage to equipment and/or injury to another person involved, this will be mandatory.

E. Once the automated OJI Report is completed, when medical treatment is sought, a Workers' Compensation Administrator will contact the injured employee and will remain a contact for both the injured employee and their manager for the duration of the injury.

## 3. Immediate Medical Procedures

A. The supervisor/manager must determine if immediate medical care is needed.

1) When the employee immediately seeks medical attention, they are required to clock out for the day.

2) When the employee returns to work immediately after seeking initial medical treatment (documentation required), there will be no lost time.

Uncontrolled copy. Currency must be verified with the electronic copy online before use.

3) The initial medical assessment determines the start of the required waiting period for compensation benefits. The employee may request payment for all time lost during the waiting period from their user or vacation bank if desired.

B. When medical care is needed, the supervisor/manager must ensure the employee seeks treatment with a preferred care provider unless state law differs in requirements. The online OJI report will indicate the preferred medical care providers for the employee's work location/base or the location in which they are injured. A complete list of preferred medical care providers can be obtained from the WC Department, a Supervisor/Manager, or via SkyWest Online > Info Center > Documents > Company Forms > OJI Paperwork > Designated Provider List. A completed Request for Medical Treatment form, which populates on the checklist once the claim is submitted, should be given to the doctor. When the employee is seriously injured and moving the employee could cause further injury, the employee must be transported by ambulance. The ambulance company should be given the correct Workers' Compensation insurance carrier information.

## 4. Time Lost, Ongoing Medical Care, and Light Duty Assignments

A. Time off for an OJI is generally classified as FMLA leave. When the employee does not qualify for FMLA, the leave is classified as SkyWest Medical Leave. Company Policy Manual SP 69 Leaves of Absence provides more information about the Company's leaves of absence program, including guidelines, privileges, benefits, etc.

B. The injured employee must attend all scheduled doctor appointments related to the OJI. Failing to show for doctor appointments may delay recovery and could lead to corrective action.

C. The injured employee must provide all doctors' work status reports pertaining to the work-related injury within 24 hours of receipt to their direct supervisor/manager. Such doctors' work status reports may include time off work, work restrictions requiring possible accommodation, or release to return to work with no restrictions. All decisions related to the employee's return to work are based on the doctor's assessment and work status report and an interactive discussion between the employee and the Company. SkyWest will offer a Temporary Transitional Work Assignment to an injured employee whenever operational needs allow.

D. All original medical reports, work status reports, etc. regarding the employee's injury should be submitted to the employee's manager. These reports must be faxed to the WC Department at 435.705.2135. A separate employee injury file should be kept in a secure location at the station with the injury information and work status reports for the duration of the injury. Medical information cannot be kept in the employee’s personnel files.

E. Injured employees remain responsible for payment of elected personal medical insurance premiums, life insurance premiums, and any other payroll deductions (with the exception of payroll taxes) voluntarily taken from their regular pay checks while off work due to a work-related injury. When an employee fails to pay such premiums, SkyWest retains the right to terminate such insurance for failure to pay.

F. The injured employee must make every effort to schedule doctor appointments related to the OJI, including physical therapy visits, diagnostic testing, procedures, etc. during their off work hours. If this is not possible, arrangements to leave early or arrive late for work must be made and/or approved in advance through the injured employee's direct supervisor/manager. Time off work to attend doctor's appointments, physical therapy, diagnostic testing, procedures, etc. will not be paid by the Company.

Uncontrolled copy. Currency must be verified with the electronic copy online before use.

G. When the injured employee's doctor communicates restrictions that allow for temporary modified work, the Company will provide modified work through the Transitional Return to Work Program whenever possible based on the employee's position, the restrictions, and the requirements of the business operation. The employee can request an interactive discussion with the Company at anytime to determine their ability to continue working with or without a reasonable accommodation.

1) The following formula is used to determine the hourly pay for crewmembers working a modified duty assignment pursuant to a Transitional Work Assignment. (Rate of Pay x 4.3) / 8.

H. Employees on Workers' Compensation are responsible for contacting their manager immediately following each injury-related medical appointment regarding their status.

I. When an injured employee has been off work due to their injury and is released to return to work with no restrictions, the employee is required to immediately notify and provide their manager with the doctor's release. The manager must contact the WC Department immediately with notification of the employee's return.

Uncontrolled copy. Currency must be verified with the electronic copy online before use.

**INTENTIONALLY LEFT BLANK**

Uncontrolled copy. Currency must be verified with the LESP before use.


| PARAGRAPH | PAGE |
|---|---|
| 1. Purpose | SP-71.1 |
| 2. Outside Employment | SP-71.1 |
| 3. Conflict of Interest | SP-71.1 |
| 4. Outside Employment - Pilots | SP-71.1 |


## 1. Purpose

A. To establish guidelines and performance standards that must be met when employees choose to pursue outside employment.

## 2. Outside Employment

A. Employees may hold outside employment as long as they meet the performance standards of their job with SkyWest Airlines. All employees are judged by the same performance standards and are subject to the Company's scheduling demands, regardless of any existing outside work requirements (military duty excluded). Employees should consider the impact outside employment may have on their physical health and endurance.

> **NOTE:** When the Company determines an employee's outside work interferes with performance or the ability to meet the requirements of SkyWest Airlines, the employee may be asked to terminate the outside employment if they wish to remain with the Company.

## 3. Conflict of Interest

A. Outside employment that constitutes a conflict of interest is prohibited. This includes, but is not limited to, part or full time positions with regulatory agencies, SkyWest vendors, suppliers, or competitors. Employees may not receive any income or material gain from any individuals outside the organization for materials produced or services rendered while performing their SkyWest Airlines jobs.

## 4. Outside Employment - Pilots

A. Pilots owe their professional services to SkyWest Airlines exclusively. Outside flying for any type of compensation or hire must be specifically approved by the Vice President Flight Operations.

> **NOTE:** Pilots may fly aircraft for pleasure or proficiency when it does not conflict with any Federal Aviation Regulation (FAR) flight time/rest limitations.

Uncontrolled copy. Currency must be verified with the LESP before use.

**INTENTIONALLY LEFT BLANK**

Uncontrolled copy. Currency must be verified with the LESP before use.

| PARAGRAPH | PAGE |
|---|---|
| **1. Purpose** | **SP-72.1** |
| **2. General** | **SP-72.1** |
| **3. Essential Job Functions** | **SP-72.1** |
| **4. Impacted Employees** | **SP-72.1** |
| **5. Compliance** | **SP-72.2** |
| **6. Announcement of a RIF** | **SP-72.2** |
| **7. Options During a RIF** | **SP-72.3** |
| A. Voluntary Time Off (VTO) | SP-72.3 |
| B. Internal Job Change | SP-72.5 |
| C. Status Change | SP-72.5 |
| D. Bumping/Displacement | SP-72.6 |
| E. Change in Job Function | SP-72.6 |
| F. Furlough | SP-72.7 |
| G. Layoff | SP-72.9 |
| H. Seasonal Furlough | SP-72.9 |
| **8. Employees Returning to Work from Furlough, Seasonal Furlough, or VTO** | **SP-72.10** |

## 1. Purpose

A. To define the procedures for a Reduction in Force (RIF) and/or closure of a worksite, and to describe the benefits provisions for employees during these events.

> **NOTE:** Crewmembers should refer to Flight Attendant Policy Manual SP 2322 Reduction of Positions at a Domicile/Furlough and Recall and Pilot Policy Manual SP 3022 Reduction of Positions at a Domicile/Furlough and Recall for additional information regarding crewmembers.

## 2. General

A. This Standard Practice (SP) applies to all instances of a RIF, except those made necessary by acts of war, terrorism, natural disasters, labor disputes, government actions materially affecting the business of the Company, or a shortage of critical materials.

B. The People Department is responsible to coordinate Corporate resources [e.g., Benefits, Payroll, Travel, Communications, Human Resources (HR)] in response to a RIF.

## 3. Essential Job Functions

A. Any displaced employee exploring other positions within the Company due to a RIF must be able to complete the essential functions of the new position with or without reasonable accommodation.

## 4. Impacted Employees

A. A RIF can affect employees differently based on their status and classification as well as the nature of the reduction(s):

1) Bidding seniority employees are those listed on a department seniority list and subject to bidding seniority as defined in Company Policy Manual SP 64 Seniority. Bidding seniority employees are the most likely to be impacted by a RIF and typically have more options available to them.

Uncontrolled copy. Currency must be verified with the LESP before use.

2) Administrative employees are defined as employees who are not members of a bidding seniority list and do not bid for a schedule. Options for administrative employees are more limited and subject to the following and other criteria:

a) Continued business need for their position.

b) Availability of similar position(s) based on job descriptions in other locations and/or departments.

c) The employee is in good standing with the Company and has completed the probationary period. (Refer to Company Policy Manual SP 60 Probationary Period.)

3) Supervisory and management level employees

a) With Vice President approval, managers and/or supervisors may be eligible for a demotion at a worksite undergoing a RIF when:

(1) Their department bidding seniority date would allow them a nonmanagement position.

(2) They are in good standing with the Company.

(3) They can perform their new job responsibilities with minimal training.

4) Employees on a leave of absence (LOA) are subject to the same actions during a RIF as active employees.

a) The status of employees on an LOA changes on the RIF start date from **Leave of Absence** to their new status based on the options and actions taken during the RIF process.

b) Managers are required to consult with the Leave Administration (LA) team to facilitate a RIF for employees on an LOA.

## 5. Compliance

A. The People Department monitors RIFs to ensure compliance with the Worker's Adjustment and Retraining Notification Act (WARN) as well as other federal and state laws.

B. In partnership with the management of the affected department and location, the People Department is responsible to ensure all action taken during the RIF is in compliance with Company and departmental policies.

## 6. Announcement of a RIF

A. An announcement of an impending RIF is communicated a minimum of 30 calendar days in advance of the RIF date. At the time of the announcement, an estimate of the number and type of positions to be reduced or eliminated is identified, if known.

B. All directly impacted employees receive a written notice at least 14 calendar days in advance or with additional advance notice where required by law. This notification indicates the options available to the employee as outlined below.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 7. Options During a RIF

Leadership determines the available options of a RIF based on the scope, location, and circumstances of the event. Any of the following options may be made available to affected employees. Once RIF requirements are finalized, options are communicated to those employees.

### A. Voluntary Time Off (VTO)

1) When the need for a RIF is short term with a foreseeable restoration of staffing, management may announce and offer VTO. At the time of the announcement, management specifies the number of impacted positions, and the length of time employees may use VTO.

a) Eligible employees must have successfully completed their probationary period and be in good standing with the Company.

b) Provisions

(1) VTO must be approved by the department Vice President and the Vice President People.

(2) Availability for VTO is based on bidding seniority within the work location and job classification.

(3) VTO periods are generally based on the operational need of the work location and job classification.

(4) VTO end dates are subject to change. Managers must provide the employee notice (minimum of 14 calendar days) of any changes to the expected return-to-work date.

(5) Employees on VTO are not permitted to pick up shifts or otherwise work at their current location during the VTO period.

(6) Employees on VTO must ensure their most current address and contact information are accurate and on file. Changes are made by logging on to SkyWest Online > My Stuff > My Profile and then selecting the **Edit Address & Phone** button.

(7) The Company uses SkyWest Online > MyMessages to communicate with employees during VTO. Employees must actively check messages and are responsible to know the content, direction, and deadlines communicated by the Company.

(8) Managers must notify Employment Standards when employees are granted VTO and upon their return to work. Employment Standards is required to document the VTO start date and the length of the VTO period for each eligible employee.

c) Company Property

(1) For VTO longer than 30 days, managers/supervisors are responsible to collect Company property, including SkyWest IDs and all other credentials. Collection of these items should be documented in the employee's iManage and on the VTO paperwork.

Uncontrolled copy. Currency must be verified with the LESP before use.

d) Accruals

(1) While on VTO, an employee's department bidding seniority and time towards hourly pay rate increases continue to accrue.

(2) VTO time does count toward years of service as applied to service awards, retirement, and 401(k) matching percentages.

e) Benefits during VTO

(1) Employees who have group insurance and are granted VTO maintain benefits until the end of the month following a period of 30 days from the initial VTO date (e.g., an employee who is placed on VTO on March 10th maintains benefits until April 30th).

> **NOTE:** The employee is responsible for premium payments for that period, unless the Benefits Department is instructed in writing to cancel the coverage immediately.

(2) At that time, employees may elect to retain existing insurance coverage under state and federal COBRA laws by completing the COBRA election forms and making the monthly payments.

(3) Details regarding all other benefits are obtained by contacting the Benefits Department.

f) Other privileges while on VTO

(1) Employees on VTO may choose to maintain their paid time off (PTO) hours or elect to cash them out at the start of their time off. That election must be made when completing the Voluntary Time Off Final Check Request form.

(2) Unless determined otherwise, VTO employees remain eligible for their current travel privileges for 30 calendar days following the start of their VTO period.

(3) The employee's most recent Company hire date remains the same for purposes of travel privileges and boarding priority.

(4) Refer to Company Policy Manual SP 100 Total Rewards regarding eligibility for quarterly incentive bonuses.

(a) Customer Service Department employees should refer to Customer Service Performance Rewards SP 7410 for information regarding their quarterly incentive bonuses.

g) Recall from VTO

(1) Employees on VTO who accept another position within the Company are removed from the recall list.

(2) Management must state an anticipated end date to a VTO period.

> **NOTE:** End dates are subject to change based on operational need.

(3) Initial recall notices must be in writing via SkyWest Online > MyMessages. Managers must provide recall notices at least 14 calendar days in advance of when the employee is required to return to work.

Uncontrolled copy. Currency must be verified with the LESP before use.

(4) An employee recalled from a VTO is re-eligible for benefits the first day of the month following their return to work. Benefits must be re-elected within 30 days of the return to work date by completing the Benefit Election Form.

(5) When an employee elects not to return to work at the end of the VTO period, they are removed from the recall list and considered a voluntary resignation. (Refer to Company Policy Manual SP 74 Employment Separation.)

**B. Internal Job Change**

1) Employees at a worksite facing a RIF or closure may apply for any internal job openings for which they meet the minimum qualifications.

a) Eligibility

(1) Employees must have successfully completed their probationary period and be in good standing with the Company.

b) Provisions

(1) Employees must apply for current openings via SkyWest Online.

**C. Status Change**

1) Depending on the circumstances of a RIF, a portion of the required reductions may be accomplished, either voluntarily or involuntarily, by status changes from full-time to part-time.

a) Eligibility

(1) Employees must have successfully completed their probationary period and be in good standing with the Company.

b) Provisions

(1) Based on bidding seniority, full-time employees may be eligible to choose a voluntary status change to part-time in lieu of being furloughed.

(2) Full-time employees may have their status involuntarily changed to part-time. Reverse bidding seniority determines the selection. Based on bidding seniority, a selected employee may have the option of a furlough in lieu of a status change.

(3) Based on bidding seniority, employees may have the option to change their classification and become a seasonal employee in lieu of being furloughed.

c) Recall

(1) A full-time employee who has accepted a voluntary or involuntary status change to part-time is placed on the appropriate recall list for future full-time openings and is recalled based on their bidding seniority.

Uncontrolled copy. Currency must be verified with the LESP before use.

**D. Bumping/Displacement**

1) Eligible employees with sufficient bidding seniority have the right to bump/displace into an equivalent position, classification, and status at a different worksite of their choice.

a) Eligibility

(1) Employees must have successfully completed their probationary period and be in good standing with the Company.

(2) Employees must be able to perform the essential functions of the new job with or without reasonable accommodation and with minimal additional training, education, or experience.

(3) Management may be required to restrict displacement to a location that is already undergoing a RIF.

b) Provisions

(1) Unless another deadline is identified, the employee must submit to their manager a written request to exercise bumping/displacement rights and the location(s) desired within 14 calendar days of their official RIF notice.

(2) No more than 25% of the employees in any single worksite may be bumped/displaced during any six-month period.

(3) Unless otherwise advised, an employee approved to bump into a location must complete their relocation process within 30 calendar days of the RIF date.

(4) An employee impacted by a bump/displacement is afforded one or more options listed in this RIF policy.

c) Other Privileges

(1) Employees who exercise their bidding seniority and bump/displace other employees are ineligible for moving expense reimbursement or relocation incentive. Refer to Company Policy Manual SP 65 Moving Expense Reimbursement (MER) and Company Policy Manual SP 66 Relocation Incentive.

**E. Change in Job Function**

1) Under some circumstances, employees may have the option to change their job function at their current work location. For example, a customer service agent at a hub location may be able to transition to a ramp agent position based on their bidding seniority.

a) Eligibility

(1) Employees must have successfully completed their probationary period and be in good standing with the Company.

(2) Employees must be able to perform the essential job functions with or without reasonable accommodation and with minimal additional training, education, or experience.

Uncontrolled copy. Currency must be verified with the LESP before use.

b) Provisions

(1) Unless another deadline is identified, the employee must submit to their manager a written request to change job functions within 14 calendar days of their official RIF notice.

(2) Unless otherwise advised, an employee approved for a change in job function must complete the change within 14 calendar days of the RIF date.

(3) An employee impacted or displaced by another's job function change is afforded one or more options listed in this RIF policy.

**F. Furlough**

1) Personnel may be offered a furlough when the Company believes the impacted employees have a reasonable opportunity to regain active status with the Company within a period of a few years.

a) Eligibility

(1) Employees must have successfully completed their probationary period and be in good standing with the Company. This may be waived with department head approval.

b) Provisions

(1) Availability for furlough is based on bidding seniority within the work location and job classification.

(2) The maximum furlough duration for bidding seniority employees is three years, or when management determines the furlough is a permanent layoff, whichever is first.

(3) The maximum furlough duration of all other personnel is one year, or when management determines the furlough is a permanent layoff, whichever is first.

(4) Furloughed employees must ensure their most current address and contact information are accurate and on file. Changes are made by logging on to SkyWest Online > My Stuff > My Profile and then selecting the **Edit Address & Phone button**.

(5) The Company uses SkyWest Online > MyMessages to communicate with employees on furlough. Employees must actively check messages and are responsible to know the content, direction, and deadlines communicated by the Company.

(6) Managers must notify Employment Standards when employees are furloughed and upon their return to work. Employment Standards is required to document a furlough start date and the length of furlough for each eligible employee.

c) Company Property

(1) Managers/supervisors are responsible to collect Company property, including SkyWest IDs and all other credentials. Collection of these items should be documented on the Furlough Final Check Request form.

Uncontrolled copy. Currency must be verified with the LESP before use.

d) Accruals

(1) While on furlough, an employee's department bidding seniority and time towards hourly pay rate increases are frozen. Once an employee returns from furlough, accruals for department bidding seniority and hourly pay rate changes resume at the same level as at the time of the furlough.

(2) Furlough time does not count toward years of service as applied to service awards, retirement, PTO hour accrual rates, and 401(k) matching percentages.

e) Benefits While on Furlough

(1) Employees who have group insurance and are furloughed retain that insurance plan’s benefits until the end of the month in which the furlough period begins.

(2) At that time, employees may elect to retain existing insurance coverage under state and federal COBRA laws by completing the COBRA election forms and making the monthly payments.

(3) Details regarding all other benefits are obtained by contacting the Benefits Department.

f) Other Privileges While on Furlough

(1) Furloughed employees remain eligible for their current travel privileges for 30 calendar days following their furlough start date.

(2) The employee’s most recent Company hire date remains the same for purposes of travel privileges and boarding priority.

(3) Refer to Company Policy Manual SP 100 Total Rewards regarding eligibility for quarterly incentive bonuses.

(a) Customer Service Department employees should refer to Customer Service Performance Rewards SP 7410 for information regarding their quarterly incentive bonuses.

g) Recall from Furlough

(1) Recall lists are established by bidding seniority within each work group.

(2) In partnership with HR, management at the affected work location must clearly identify all recall lists and communicate those to affected employees before the furlough start date.

(3) Employees on furlough who accept another position within the Company are removed from the recall list.

(4) When a position becomes available at a department and work location in which there is a recall list, that list should be exhausted before a position is posted on SkyWest Online.

(5) The employee with the highest bidding seniority in a specific work group is recalled first.

(6) Initial recall notices are sent in writing via SkyWest Online > MyMessages. Notices must be sent with sufficient time for the employee to obtain any accreditation or attend other required training before they are needed for the operation.

Uncontrolled copy. Currency must be verified with the LESP before use.

(7) Employees are required to respond within 14 calendar days of receiving the recall notice.

(a) When an employee is recalled to a position in their work group but in a different status or classification, they may decline the recall and remain on the recall list.

(b) When an employee is recalled to their same position and status as the furlough date and does not respond or declines the recall notice, they are removed from the recall list and considered a voluntary resignation.

(i) The employee's manager completes the termination paperwork indicating termination code **223 Furlough/Fail to Return; Voluntary; Eligible for Rehire** and faxes the paperwork to Employment Standards.

(ii) The employee remains eligible for rehire.

(8) A recalled employee is re-eligible for benefits the first day of the month following their return to work when the recalled employee has been covered under COBRA immediately prior to returning to work.

(a) When the recalled employee has **not** been covered under COBRA immediately prior to returning to work, the employee is re-eligible for benefits the first day of the month following 90 days of active service.

## G. Layoff

1) Personnel are laid off when it is believed an impacted employee will not have a reasonable opportunity to regain active status with the Company within a period of a few years, or when an impacted employee is otherwise ineligible for all other RIF options listed in this policy.

a) Provisions

(1) Impacted employees are terminated on the RIF date.

(2) Employees laid off as a result of a RIF are eligible for rehire.

## H. Seasonal Furlough

1) Company Property

a) Managers are responsible to collect Company property, including SkyWest IDs and all other credentials.

2) Benefits While on Seasonal Furlough

a) Employees who have group insurance and are seasonally furloughed maintain benefits until the end of the month following a period of 30 days from the initial furlough date (e.g., an employee who is seasonally furloughed on March 10th maintains benefits until April 30th).

> **NOTE:** The employee is responsible for premium payments for that period, unless the Benefits Department is instructed in writing to cancel their coverage immediately.



SkyWest 000200

Uncontrolled copy. Currency must be verified with the LESP before use.

b) Following the benefits expiration during a seasonal furlough, the employee is eligible to continue health coverage through COBRA continuation coverage, unless benefits were previously cancelled at the employee's request.

c) Details regarding all other benefits are obtained by contacting the Benefits Department.

3) Other Privileges While on Seasonal Furlough

a) Furloughed employees remain eligible for their current travel privileges for 90 calendar days following their furlough start date.

b) The employee's most recent Company hire date remains the same for purposes of travel privileges and boarding priority.

c) Employees have the option to be paid their PTO hours.

d) Refer to Company Policy Manual SP 100 Total Rewards regarding eligibility for Performance Rewards.

(1) Customer Service Department employees should refer to Customer Service Performance Rewards SP 7410 for information regarding their quarterly incentive bonuses.

4) An employee recalled from a seasonal furlough is re-eligible for benefits the first day of the month following their return to work. Benefits must be re-elected within 30 days of the return to work date by completing the Benefit Election Form.

## 8. Employees Returning to Work from Furlough, Seasonal Furlough, or VTO

A. Employees returning to work from an inactive status (e.g., furlough, seasonal furlough, VTO) must comply with the following procedures:

1) Screening

a) Employees on an inactive status for more than one year are required to attend an Employment Center (EC) for required screening.

b) For returning seasonal furloughs, the employee's manager fills out the appropriate form and submits the form to Employment Standards.

c) The employee is then scheduled for a one day EC in order to complete required screening and applicable physical agility tests.

**NOTE:** For employees on inactive status for less than one year, the employee's manager notifies Employment Standards and then is responsible for coordinating training needs and scheduling the employee for work, when eligible.

2) Employees on a medical leave of absence for themselves prior to taking a VTO, furlough, or seasonal furlough are required to provide medical documentation that they are able to return to full duty with or without restrictions/accommodations.

3) Once the employee has successfully completed required screening, Employment Standards notifies Payroll, Benefits, and the employee's manager. An updated employee ID badge is issued.

4) The employee's manager is responsible to coordinate all other training needs.

5) Once the employee is eligible, the manager may schedule the employee for work.

6) The employee is responsible for re-electing benefits by completing and returning the Benefit Election Form to the Benefits Department.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

**INTENTIONALLY LEFT BLANK**

PARAGRAPH — PAGE

1. Purpose ..... SP-73.1
2. General ..... SP-73.1
3. Corrective Action Steps ..... SP-73.2

## 1. Purpose

A. To establish the corrective action guidelines that are applied in the event of unacceptable employee job performance and behavior.

## 2. General

A. Management must provide appropriate feedback to each employee regarding their job performance.

1) When an employee's job performance does not meet expectations, management must discuss with the employee the specific areas where performance needs to improve, and both parties must agree to a course of action.

2) When performance does not improve as a result of the counseling/coaching session, management should take additional steps to ensure the employee's performance meets those of the job requirements.

**NOTE:** At all steps in this process, management should use a Record of Discussion and Action form to track the employee's progress.

B. Employees may have the option to have a member from their employee representative group present as an observer when meeting with management regarding their performance. Employees may refer to their departmental policy manual for further guidelines.

C. The objective of corrective action procedure is to remedy any undesirable behavior and improve performance. There are some behaviors that cannot be tolerated and could warrant immediate placement of the employee on Administrative Leave and after investigation, separation of employment. These more serious infractions include, but are not limited to:

1) Use or sale of illegal drugs.

2) Being under the influence of an intoxicating substance while on the job.

3) Assault on fellow employees or customers.

4) Misuse or theft of Company or another employee's property, including employee's personal information.

5) Insubordination.

6) Activities which negatively impact the Company or compromise the safety of others.

7) Negligence or misconduct resulting in customer service or product failure.

8) Falsifying Company records or reports.

9) Carelessness or negligence resulting in damage of equipment or aircraft.

10) Willful and deliberate violation of any organizational policies and/or procedures.

**NOTE:** The foregoing examples are not intended to be all inclusive but are illustrative of types of behavior that will not be permitted.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 3. Corrective Action Steps

A. Verbal Warning

1) A formal or informal counseling of employees regarding performance or behavioral issues.

a) A verbal warning should be documented in the Record of Discussion and Action form. (This is not considered corrective action but should be a normal everyday communication between management and employee.)

B. Written Warning

1) Typically follows a verbal warning where the verbal warning has failed to eliminate the undesirable behavior or performance. A written warning may also be issued in a first instance (without a prior verbal warning) when the offense is more serious.

a) Letter of Instruction

(1) Notice given to the employee for any performance or behavior issue(s) not severe enough to warrant a counseling statement but that needs to be documented.

(a) This documentation is for correction of the behavior or performance. Its use is for the employee to know what the issue(s) are, and how management expects the employee to correct them. Management must specify the areas in which immediate improvements must be made.

b) Counseling Statement

(1) For the most severe behavior or performance issue(s), this written warning must be used. A counseling statement can be a first time offense or a progressive performance/behavior issue documented from other types of corrective action.

**NOTE:** Refusal to sign a Letter of Instruction or Counseling Statement may result in an Administrative Leave and separation of employment. The employee may write their comments on the back of the form or on an additional piece of paper attached to the written warning.

C. Final Warning

1) Typically follows a written warning but may be issued in the first instance for a serious offense.

a) This warning notice could include unpaid time off or other corrective action.

D. Administrative Leave

1) Reserved for situations when the Company believes further investigation into a serious incident involving the employee is required before a final decision can be rendered (e.g., a fight between two employees where an investigation is needed to determine who is the offender and/or what caused the altercation).

E. Separation of Employment

1) Usually occurs for the first instance of a very serious offense (e.g., gross insubordination, a violent act), or when prior warnings have failed to correct a performance or behavioral issue.

**NOTE:** An Administrative Leave should precede any final decision or separation of employment, so management can review the employee's file.

F. Any of the above mentioned steps may or may not be used when dealing with performance/behavior issues. Many factors can be considered when dealing with the corrective action of employees (e.g., the employee's ability to successfully perform the requirements of their job, length of service with the Company, overall performance with the Company, history of adverse interaction with fellow employees, history of adverse interaction with customers, severity of the activity being addressed, the employee's reaction to the corrective action and outlook for continued service with the Company).

G. Every case is considered individually and reviewed on a case-by-case basis. The additional corrective action steps outlined above may or may not be used in every case, but they illustrate some of the avenues management has when dealing with performance/behavior issues, up to and including separation of employment.

**NOTE:** SkyWest Airlines reserves the right to bypass any step in this procedure and take corrective action, including terminating an employee without prior warning or notice. The use of published corrective action procedures does not change an employee's at-will status or in any way restrict the Company's right to terminate an employee.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

**INTENTIONALLY LEFT BLANK**

PARAGRAPH PAGE
1. Purpose ........ SP-74.1
2. Definitions ........ SP-74.1
3. Policy ........ SP-74.1
4. Termination Date ........ SP-74.2
5. Notice ........ SP-74.2

## 1. Purpose

A. To define the categories and notification process of employee separation.

## 2. Definitions

**Furlough/Permanent Reduction**

a. The release of an employee from a Company position due to business necessity or insufficient workload and through no fault of the employee.

**Involuntary Termination**

a. To have employment ended by the Company for lawful reasons (e.g., unacceptable behavior or poor performance).

**Retirement**

a. The voluntary withdrawal from a Company position after achieving a specified number of years with the Company or attaining a specific age.

**Voluntary Termination**

a. To voluntarily leave a Company position through formal, written notification.

## 3. Policy

A. SkyWest's policy is to terminate employment as a result of an employee's termination (voluntary or involuntary), retirement, or permanent reduction in the work force. Termination can be for any reason not prohibited by law, including, but not limited to, employee misconduct or unsatisfactory job performance. The Company reserves the right to terminate employment for any reason (refer to Company Policy Manual SP 51 Nature of Employment).

**NOTE:** Employees are able to resign at any time.

B. Any employee who is absent from work without having notified their immediate supervisor of the absence, or the reason for it, is considered to have voluntarily resigned through job abandonment after the third consecutive day of absence.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 4. Termination Date

A. The last date worked by an employee is the employee's termination date with three exceptions:

1) When an employee does not return from an approved leave of absence, due to choice, inability, noncompliance in adhering to leave of absence policy, or having reached the maximum leave of absence time allowed, the termination date is:

a) The day the employee notifies the Company they will not return from the leave, or

b) The day the employee is notified of the employment separation.

2) For employees who have been suspended prior to termination, the termination date is the date the employee is notified of the employment separation.

3) In cases of job abandonment, the date of termination is the fourth day on which the employee does not report for work.

## 5. Notice

A. All employees are expected to give at least two weeks written notice of their intent to resign. An employee's failure to give the required notice and/or complete the assignments during the required notice period will make them ineligible for rehire; unless determined otherwise by the department Vice President.

> **NOTE:** When verbal notice is given, management must require written notice from the employee (i.e., SkyWest Online > My Messages, Outlook email, or hard copy) to ensure mutual understanding of the employee's date of resignation.

Uncontrolled copy. Currency must be verified with the LESP before use.

PARAGRAPH PAGE

1. Purpose ..... SP-75.1
2. General Policy ..... SP-75.1
3. Appeal Process ..... SP-75.1
4. Appeal Hearing Rules and Procedures ..... SP-75.2

## 1. Purpose

A. To provide policy and procedures defining SkyWest Airlines' employee termination appeal process.

## 2. General Policy

A. Employees may appeal a termination through a formal appeal, as outlined.

> **NOTE:** Employees who are terminated during the new hire probation period are not eligible for the appeal process.

1) An appeal is reviewed by the department head/Vice President and the Vice President People.

2) An appeal submitted by a People Department employee is reviewed by the Vice President People with a secondary review by the Managing Director Market Development.

3) Pilots and flight attendants may appeal certain corrective actions as detailed in Pilot Policy Manual SP 3025 Pilot Appeals Procedure and Policy Interpretation Complaints and Flight Attendant Policy Manual SP 2325 Corrective Action Review, Grievances, and Termination Appeals Process.

B. Department heads/Vice Presidents may choose to overturn a termination or propose a modified solution prior to an appeal hearing. If so, the employee may be returned to work with retroactive pay and is not, under any circumstance, penalized for initiating the appeal process.

> **NOTE:** Management decisions regarding promotions, demotions, or reassignment do not qualify for an appeal process. All questions regarding those decisions should be directed to the department head.

## 3. Appeal Process

A. Information concerning an employee appeal is held in strict confidence by all individuals involved. Supervisors, department heads and other members of management, and members of the panel discuss the matter only with those individuals who are involved in the appeal process.

B. The appeal process is as follows:

1) A terminated employee must call 888.273.9994 within **five business days** of termination to submit a request for an appeal. Notice of this time restriction is on the separation process form.

2) Upon notification, Employee Relations sends a letter confirming the appeal request and includes the Appeal Hearing form.

Uncontrolled copy. Currency must be verified with the LESP before use.

3) The employee has **ten business days** from the date of the confirmation letter to return the completed Appeal Hearing form to Employee Relations. The deadline date for receipt of the completed form is noted in the confirmation letter.

   a) If the completed form is not received by the deadline, the request for review is denied.

4) Within **15 business days** of receipt of the completed Appeal Hearing form, Employee Relations initiates the appeal process by requesting a review with the applicable department head/Vice President.

5) If the department head/Vice President does not overturn the termination action, they may either choose to approve or deny the request for an appeal hearing and forward the request to the Vice President People for additional review.

   a) If the department head/Vice President and the Vice President People concur an appeal is not warranted, the request for an appeal is denied.

      (1) The employee is notified in writing of the appeal denial.

   b) If the department head/Vice President and the Vice President People concur an appeal is warranted, Employee Relations convenes an appeal board hearing.

## 4. Appeal Hearing Rules and Procedures

A. When a termination appeal hearing request is granted, a moderator conducts the meeting.

> **NOTE:** A member from Employee Relations is designated to serve as a non-voting moderator. Requests from the manager or terminated employee to change the assigned moderator are reviewed by the Director Human Resources.

B. A panel is selected and consists of four individuals that include the following:

1) Two management employees, one from the same department as the requesting employee and one from another department.

2) Two of the employee's peers from the same department.

> **NOTE:** The size of some departments may create a conflict of interest that precludes adding a peer and/or a member of management from the same department as the terminated employee. In this situation, Employee Relations will create a panel that matches the criteria as closely as possible with two non-management participants and two management participants.

C. The employee and manager are informed of the potential panel members selected to participate on the panel. Either individual may object to any of the panel members. When this situation occurs, the selection process is repeated.

> **NOTE:** The requesting employee may consult with their applicable employee representative group president regarding approval of/objection to the presented panel members.

Uncontrolled copy. Currency must be verified with the LESP before use.

D. The panel members are advocates for neither the employee nor the manager.

1) Any person selected as a panel member who feels they cannot serve in an unbiased capacity must ask to be excused from service.

E. Employees serving as panel members are paid as they would be for Company business. (Refer to Pilot Policy Manual SP 3008 Compensation and Flight Attendant Policy Manual SP 2308 Compensation for crewmember Company business pay.)

F. The panel members review all of the available facts surrounding the appeal.

1) Both the employee and their manager are given an opportunity to present information to the panel. This information must be presented in person or via written statements.

> **NOTE:** No witnesses and/or outside representation are allowed.

G. After the presentations of information, the panel members will assess the facts, deliberate, and take one of the following actions:

1) Overturn the corrective action/termination and reinstate employment.

2) Uphold the corrective action/termination.

3) Present a modified solution which may be in the form of a corrective action that does not include termination.

H. No time limit is placed on the deliberations; however, every effort is made by the panel members to reach a decision in a timely manner.

1) In the rare event, after exhaustive review and consideration, a panel cannot reach a decision regarding an appeal, the following occurs:

a) A new panel is selected using the standard selection procedure.

b) The new panel hears a recording of the original appeal hearing as outlined above.

> **NOTE:** No new information or evidence is introduced.

c) The employee and the manager respond to any questions the panel may have. All information and exhibits presented in the original appeal hearing are offered for the new panel's consideration.

d) Following these events, the new panel members deliberate and take one of the actions as stated above.

I. The decision is presented to and reviewed by the department head/Vice President and the Vice President People.

1) The decision is considered affirmed by the department head/Vice President and the Vice President People.

a) When the decision is not affirmed, a specific, written reason for not following the panel's decision is provided to all concerned parties within **ten business days**.

> **NOTE:** Panel decisions are not precedent setting nor binding on future appeals unless officially incorporated into Company policy.

Uncontrolled copy. Currency must be verified with the LESP before use.

**INTENTIONALLY LEFT BLANK**

Uncontrolled copy. Currency must be verified with the LESP before use.

**PARAGRAPH** **PAGE**


1. Purpose ........ SP-76.1
2. Definitions ........ SP-76.1
3. Response Teams Participation ........ SP-76.2
4. Response Teams Overview ........ SP-76.2
5. Activation/Work Schedule Guidelines ........ SP-76.4
6. Compensation ........ SP-76.5
7. Recovery Time ........ SP-76.6
8. Business Conduct Policy ........ SP-76.7
9. Expenses Allowance ........ SP-76.7
10. Vacation ........ SP-76.7
11. Corrective Action ........ SP-76.7
12. Leave of Absence ........ SP-76.7


## 1. Purpose

A. SkyWest Airlines is committed to responding at any time and to any location when SkyWest, SkyWest's sister carrier, or any contract partner airline is involved in an incident/accident. The following contains the Human Resources policies applicable to employees who are members of the response team(s) activated in accordance with Emergency Response Manual SP 4800.

> **NOTE:** SkyWest's emergency response structure, policies, and procedures are fully described in SkyWest Airlines Emergency Response Manual SP 4800.

B. Employees may be volunteers who serve emergency response needs outside their assigned employment classification, or employees whose response activities are completely or significantly related to their assigned employment classification.

> **NOTE:** Once screened and selected for training, employees are governed by the policies within this document as well as the policies of the Alaska Airlines CARE Team, the American Airlines CARE Team, the Delta Care Team, and the United Special Assistance Team. Mandatory initial and recurrent training may be required.

## 2. Definitions

**accident**

a. Refer to Corporate Technical Publication Standards Manual SP 10.

**Customer Service Support Team**

a. Customer Service employees in an affected city responsible for providing immediate assistance to passengers, family and friends, and supporting agencies (e.g., Airport Rescue and Fire Fighting).

**Family Assistance Team**

a. Volunteers solicited from within the Company who coordinate logistical support or work directly with survivors and families of victims/survivors.

**Immediate Response Team**

a. Those employees designated to travel to an incident/accident site on an emergency immediate response flight.

Uncontrolled copy. Currency must be verified with the LESP before use.

**incident**

a. Refer to Corporate Technical Publication Standards Manual SP 10.
b. For purposes of this document, incident may include an emergency or other event involving SkyWest Airlines, a SkyWest sister carrier, or a SkyWest contract partner when response teams are activated.

**On-scene Investigation Team**

a. SkyWest's technical and operational experts designated to participate in and represent SkyWest during an incident/accident investigation.

**response team**

a. SkyWest employees (e.g., Family Assistance Team, Customer Service Support Team, Immediate Response Team, On-scene Investigation Team) who work together as a group and respond to aircraft incidents/accidents involving SkyWest, a SkyWest sister carrier, or a SkyWest contract partner.

**volunteer**

a. A SkyWest employee who has applied and been accepted to a response team(s).

## 3. Response Teams Participation

A. Employee participation in any response team(s) is voluntary.

> **NOTE:** Local management is encouraged to support employees in good standing who have applied and been accepted to participate in a response team(s).

B. Requirements to participate as a member of a response team(s) includes the following:

1) Must have at least one year experience with SkyWest Airlines.
2) Must be in good standing with the Company.
3) Must have permission from their manager.
4) Must attend initial/recurrent training as detailed by Alaska Airlines/ American Airlines/Delta Air Lines/United Airlines.

## 4. Response Teams Overview

A. Alaska Airlines

1) Alaska Airlines refers to their response team as the **CARE Team**.
2) Alaska Airlines controls the training policies and procedures, deployments, and assignments of the CARE Team.
3) To participate as a CARE Team member, the employee sends an email request to their manager containing the following information:
   - Name
   - Employee number
   - Name of company (SkyWest Airlines)
   - Email address

Uncontrolled copy. Currency must be verified with the LESP before use.

- Station location
- Cell phone number
- Manager's name
- Manager's email address
- Class date requested
- Alternate class date

4) The manager approves the email and forwards to the Program Leader Emergency Response.

B. American Airlines

1) American Airlines refers to their response team as the **CARE Team**.
2) American Airlines controls the training policies and procedures, deployments, and assignments of the CARE Team.
3) To participate as a CARE Team member, the employee sends an email request to their manager containing the following information:
   - Name
   - Employee number
   - Name of company (SkyWest Airlines)
   - Email address
   - Station location
   - Cell phone number
   - Manager's name
   - Manager's email address
4) The manager approves the email and forwards to the Program Leader Emergency Response. The Program Leader Emergency Response coordinates training dates.

C. Delta Air Lines

1) Delta Air Lines refers to their response team as the **Care Team**.
2) Delta Air Lines controls the training policies and procedures, deployments, and assignments of the Care Team.
3) To participate as a Care Team member, the employee sends an email request to their manager containing the following information:
   - Name
   - Employee number
   - Name of company (SkyWest Airlines)
   - Email address
   - Station location
   - Cell phone number
   - Manager's name
   - Manager's email address
   - Class date requested
   - Alternate class date

Uncontrolled copy. Currency must be verified with the LESP before use.

4) The manager approves the email and forwards to the Program Leader Emergency Response.

D. United Airlines

1) United Airlines refers to their response team as the **Special Assistance Team**.

2) United Airlines controls the training policies and procedures, deployments, and assignments of the Special Assistance Team.

3) To participate as a Special Assistance Team member:

a) The employee submits a written application to their manager.

b) The manager approves the application and forwards the completed application to the Program Leader Emergency Response.

> **NOTE:** When the application is not approved by the manager, the employee is not considered for participation as a Special Assistance Team member.

c) The Program Leader Emergency Response forwards the application to United Airlines Manager Emergency Management & Humanitarian Response.

d) The Manager Emergency Management & Humanitarian Response processes the applications for the next available set of training classes.

## 5. Activation/Work Schedule Guidelines

A. The activation of SkyWest resources to an emergency response is conducted under procedures in SkyWest Airlines Emergency Response Manual SP 4800. Every effort is made to minimize any negative impact on the local operation while following activation procedures.

1) A local manager may refuse the participation of an employee who is already designated for emergency response activation only under extreme circumstances.

a) When refusing emergency response participation due to extreme circumstances, the local manager must notify the emergency response manager/supervisor of that employee of the reason for refusal.

2) Once an employee is activated, a local manager cannot require the employee to return to their normal, routine job function until the employee is officially released by the managing individual responsible for the employee’s duties during emergency response activation.

3) In the event of an emergency response activation, all emergency team managers must attempt to honor previously scheduled vacations.

4) A team member with a current corrective action will be considered for activation under extreme circumstances only.

B. Workday schedules during an emergency response are extraordinarily lengthy due to the nature of the activities demanded by the emergency. As a result:

1) Every effort must be made to establish regular schedules for response team members as early as possible.

2) Volunteers in SkyWest's programs are expected to adhere to the irregular work schedules required to support the overall emergency response.

Uncontrolled copy. Currency must be verified with the LESP before use.

3) The model workday should not exceed 12 hours in a 24-hour period; however, the nature of uncontrollable circumstances and extreme conditions of the emergency response may require amending these guidelines.

a) In these situations, the emergency response manager may restructure these guidelines to ensure an appropriate response, provided the employee is in agreement and is not negatively affected physically or mentally by the additional work hours.

b) Only under extreme circumstances should an employee work for more than ten consecutive days without being excused from their assignment for a break period of no less than two consecutive days.

c) A work schedule not aligned with these guidelines must be approved by both the employee and direct emergency response management.

## 6. Compensation

A. Deployment Pay for Response Team Members

1) **Deployed non-crewmember employees** are compensated at their normal pay rate during activation plus a dislocation allowance of $50.00 per day deployed.

2) **Deployed crewmembers (pilots and flight attendants)** are compensated emergency response pay at a 2-for-1 rate (50% of flight pay) plus a $50.00 per day dislocation allowance.

> **NOTE:** Crewmembers do not receive per diem while they are receiving a dislocation allowance.

3) **Non-deployed employees** are compensated with regular work pay according to Company policy.

B. Training Pay

1) Training attended during normal work hours is paid at the regular work rate. Training attended before or after normal working hours is paid at the applicable rate (regular or overtime).

2) Crewmembers are paid training pay per:

- Flight Attendant Policy Manual SP 2308 Compensation
- Flight Attendant Policy Manual SP 2309 Expenses
- Pilot Policy Manual SP 3015 Training

## 7. Recovery Time

A. Challenges and emotional stresses faced by team members are much greater during an initial response time period. Generally, these challenges and stresses gradually decrease as the response effort moves forward. Based on this, team members accrue recovery time off in a proportionally descending formula.

**NOTE:** Except under extreme circumstances, recovery days must be taken before the team member reports back to their normal duties.

1) Recovery Day(s) Formula

a) This formula is based on Day 1 being the first day of SkyWest's response to the situation.

| Response Days | Recovery Days |
|---|---|
| 1–3 | 1 for each day worked |
| 4–30 | 1 for every 3 days worked |

***Recovery Day(s) Example #1***

Response team member Joe is activated and goes on the initial flight that day. He works that day and the following four days (7/1 to 7/5).

Based on the formula above, Joe is entitled to three recovery days (one recovery day for each of the first three days of activation). Because Joe did not work an additional three full days, additional recovery days were not earned.

***Recovery Day(s) Example #2***

Response team member Jane is activated July 3rd:
Jane works that day and the following eight consecutive days (7/3 to 7/11), earning four recovery days.

She takes two days off (7/12 to 7/13) then works the next three days (7/14 to 7/16), earning one recovery day.

She takes one day off (7/17) and works the next five days (7/18 to 7/22), earning one recovery day.

Based on the formula above, Jane is entitled to a total of six recovery days.

B. Employees returning to work are debriefed by a SkyWest Airlines Employee Assistance Program (EAP) representative prior to returning to the workplace.

C. Employee's returning to their customary job assignment must be granted regular days off missed during their response participation, unless otherwise compensated. Unlike recovery days, regular days off do not have to be granted immediately following the end of an individual's participation.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 8. Business Conduct Policy

A. When activated for an emergency response , employees must adhere to SkyWest's philosophy, training requirements, and policies as well as those policies which govern the Alaska Airlines CARE Team, the American Airlines CARE Team, the Delta Care Team, or the United Special Assistance Team.

B. An employee's failure to comply with all requirements, goals, and objectives of the emergency response program or SkyWest's code of conduct standards may result in their removal from the response team and corrective action, up to and including termination. For more information, refer to Company Policy Manual SP 150 Code of Conduct.

## 9. Expenses Allowance

A. Deployed team members can submit expenses for reimbursement by using the electronic form located on SkyWest Online > My Stuff > Expense Report > Create New Expense Report.

B. Expenses accrued for those the employee are assisting are submitted through the CARE/Special Assistance Team process.

## 10. Vacation

A. Upon their return to the station operation, deployed response team members are allowed to reschedule vacation days at a time convenient for both the individual and the department.

## 11. Corrective Action

A. Employees not meeting all the requirements, goals, and objectives of the emergency response program, SkyWest's code of conduct standards, or other applicable SkyWest appearance or conduct standards may be subject to removal from emergency response activities and corrective action as appropriate, up to and including termination. For more information, refer to Company Policy Manual SP 150 Code of Conduct and Company Policy Manual SP 155 Personal Appearance of Employees.

## 12. Leave of Absence

A. Any response team member on a leave of absence (LOA) is ineligible for activation.

Case 2:19-cv-00149-JNP Document 53-2 Filed 08/27/21 PageID.3058 Page 818 of 1277


Uncontrolled copy. Currency must be verified with the LESP before use.

**INTENTIONALLY LEFT BLANK**


SkyWest 000221

Uncontrolled copy. Currency must be verified with the LESP before use.


| PARAGRAPH | | PAGE |
|---|---|---|
| 1. | Total Rewards Philosophy | SP-100.1 |
| 2. | Base Pay | SP-100.1 |
| 3. | Operational Performance Reward | SP-100.1 |
| 4. | Financial Performance Reward | SP-100.2 |
| 5. | Performance Rewards and 401(k) | SP-100.3 |
| 6. | Stock Options | SP-100.3 |
| 7. | Benefits | SP-100.4 |
| 8. | Compensated Time Off | SP-100.4 |
| 9. | 401(k) Retirement Plan | SP-100.4 |
| 10. | Leisure Travel | SP-100.4 |


## 1. Total Rewards Philosophy

A. SkyWest Airlines provides compensation, bonuses, and benefits to ensure total employee earnings are equitable and sustainable, and to reward exceptional operational and financial performance.

B. This performance-driven work culture is designed to reward individuals for work and to ensure employees personally share in SkyWest Airlines' success.

C. Outlined below are the components that make up SkyWest's Total Rewards including base pay, Performance Rewards, stock options, health benefits, compensated time off, 401(k) retirement plan, and travel benefits.

## 2. Base Pay

A. Base pay is defined as the hourly rate or annual salary employees receive for work performed. Base pay scales are published in department policy manuals and are reviewed and discussed periodically with employee groups to ensure a competitive and effective industry position.

## 3. Operational Performance Reward

**NOTE:** Effective April 1, 2014, the Customer Service (CS) Performance Rewards program is tailored to the specific responsibilities of the CS Department, allowing CS employees to drive performance and receive rewards based on the areas they most directly impact. CS employees should refer to Customer Service Performance Rewards SP 7410 for additional information.

A. The Operational Performance Rewards program and payouts are subject to annual review and approval by the SkyWest Inc. Board of Directors.

B. Operational Performance Rewards payouts are based on meeting monthly operational performance goals and are paid out quarterly. When these goals are met, a payout is made to each eligible employee. The four measured performance areas are:

1) On Time: Departure 0

2) On Time: Arrival 14

3) Adjusted Completion

4) Customer Experience

Uncontrolled copy. Currency must be verified with the LESP before use.

C. The quarterly Operational Performance Rewards is determined by the degree of achievement of each goal. Effective April 01, 2014, the payouts are determined as follows:

| | On Time: Departure 0 | On Time: Arrival 14 | Adjusted Completion | Customer Experience |
|---|---|---|---|---|
| **Exceptional** | | | | |
| **Monthly** | $52.08 | $41.66 | $52.08 | $20.83 |
| **Quarterly** | $156.25 | $125.00 | $156.25 | $62.50 |
| **Target** | | | | |
| **Monthly** | $20.84 | $16.67 | $20.84 | $8.33 |
| **Quarterly** | $62.50 | $50.00 | $62.50 | $25.00 |
| **Minimum** | | | | |
| **Monthly** | $10.52 | $8.33 | $10.42 | $4.17 |
| **Quarterly** | $31.25 | $25.00 | $31.25 | $12.50 |
| **Below Minimum** | $0.00 | $0.00 | $0.00 | $0.00 |

D. Eligibility:

1) All employees who have completed 12 **consecutive** months of service by the last day of the quarter are eligible.

2) Employees who are no longer with the Company must be in good standing (eligible for rehire) and have worked within the last ten days of the quarter to qualify for the Operational Performance Reward.

E. Quarterly bonus hours are calculated from the paychecks issued in that quarter, not the hours worked within that three-month period.

F. **Full-Share Payout: Crewmembers** must accumulate a minimum of **172.8 credit hours** on paychecks dated through the quarter of the reward to be eligible for the full-share payout. **Non-crewmember employees** must accumulate a minimum of **384 hours** on paychecks dated through the quarter of the reward to be eligible for a full-share payout.

G. **Half-Share Payout: Crewmembers** must accumulate a minimum of **72 credit hours** on paychecks dated through the quarter of the reward to qualify for a half-share payout. **Non-crewmember employees** must accumulate a minimum of **144 hours** on paychecks issued through the quarter of the reward to receive a half-share payout.

H. All regular hours paid including overtime, vacation, and user hours are combined to determine total hours.

## 4. Financial Performance Reward

**NOTE:** Effective April 1, 2014, CS Employees receive Financial Performance Rewards based on the ground handling business operating margin. CS employees should refer to Customer Service Performance Rewards SP 7410 for Financial Performance Rewards details.

A. The Financial Performance Reward program and payouts are subject to annual review and approval by the SkyWest, Inc. Board of Directors.

Uncontrolled copy. Currency must be verified with the LESP before use.

B. When quarterly financial performance meets or exceeds 1% net profit margin, SkyWest Airlines' shares its profits with all eligible employees. Distribution is calculated by multiplying each employee's gross earnings for the quarter by SkyWest Airlines' net profit margin (net income divided by total revenue).

**Employee Gross Earnings x SkyWest Airlines' Net Profit Margin =**

**Financial Performance Reward**

C. Eligibility

1) All employees who have completed two **consecutive** years of service by the last day of the quarter are eligible.

2) Employees who are no longer with the Company must be in good standing (eligible for rehire) and have worked within the last ten days of the quarter to qualify for the Financial Performance Reward.

D. Quarterly gross earnings are calculated from the paychecks issued in that quarter, not the hours worked during that three-month period.

E. Gross earnings are defined as all regular earnings before any deductions and include straight-time and overtime earnings, holiday pay, bereavement leave pay, jury duty pay, taxable per diem pay, and vacation and user payouts.

> **NOTE:** Gross earnings do not include prior Performance Rewards, workers' compensation, reimbursed expenses, disability payouts, non-taxable per diem, or any other non-taxed reimbursement.

F. Net Profit Margin is calculated by dividing net income by total revenue.

1) Example:

An employee's gross earnings for the quarter equal $5,000. SkyWest's revenue for the quarter is $250 million with a net income of $17.5 million.

**Net income / Total Revenue = Net Profit Margin**

**($17.5 / $250 = 7%)**

The employee's payout is **$5,000 x .07 = $350.00**

## 5. Performance Rewards and 401(k)

A. All or a percentage of the total Performance Rewards (Operational and Financial) may be deferred into the employee's 401(k) with an advance election and is subject to annual IRS limits.

## 6. Stock Options

A. Stock options are awarded at the discretion of the SkyWest, Inc. Board of Directors to encourage long-term employee participation in the future growth and success of the Company. Stock option grants are calculated based on employee longevity, salary, and position.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 7. Benefits

A. SkyWest provides its employees with various benefits (e.g., health, life, disability, employee assistance program). Information and summaries explaining these benefits are furnished to employees on an annual basis. Up-to-date information on these benefits can be obtained from a SkyWest Benefits Administrator.

B. Full-time employees are eligible for most health benefits on the first day of month following 60 days of employment.

## 8. Compensated Time Off

A. SkyWest Airlines provides several categories of compensated time off to its employees. Refer to Company Policy Manual SP 103 Compensated Time Off.

## 9. 401(k) Retirement Plan

A. SkyWest offers a 401(k) retirement plan which is funded through employee contributions and Company matching contributions.

B. Employee contributions cannot exceed the lesser of 100% of the participant's eligible compensation or the maximum amount allowable under the Internal Revenue Service (IRS) code.

C. The Company provides matching contributions, dollar-for-dollar, up to the following percentages based on completed years of service:

1) 1-4 years of service = 2%
2) 5-9 years of service = 4%
3) 10+ years of service = 6%

D. Employees are immediately and totally vested in Company contributions.

E. Employees who have completed 90 days of service and who are at least 18 years of age are eligible to participate in the Company-sponsored 401(k) plan.

F. Participants may take out loans against their 401(k) plan, if approved by the Trustees of the plan.

1) Loans must bear a reasonable rate of interest.
2) Loans must be adequately secured.
3) The loan must be repaid in installments within three years unless the loan is obtained for the purchase of the participant's principal residence.

## 10. Leisure Travel

A. SkyWest offers its active and retired employees the best leisure and interline travel privileges the Company is able to negotiate with its partners and other carriers.

B. All employees, both part-time and full-time, are eligible for travel privileges. Employees may travel on SkyWest flights after 14 days of employment.

> **NOTE:** Eligibility for partner carriers and interline privileges varies.

C. Retiring SkyWest employees may be eligible for retiree travel privileges depending upon their age, years of service, and major partner dedication at the time of retirement.

D. Detailed information on travel privileges, including retiree travel, is available in the SkyWest Airlines Employee Travel Manual SP 200, which is updated regularly to reflect the current privileges available. The manual is located on SkyWest Online > Info Center > Documents > Company Manual tab or by selecting Travel > Travel Manual when logged on.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

**INTENTIONALLY LEFT BLANK**

Uncontrolled copy. Currency must be verified with the LESP before use.

**PARAGRAPH** **PAGE**

1. Policy ........ SP-101.1
2. Eligibility ........ SP-101.1
3. Administration ........ SP-101.1
4. Beneficiary Designation ........ SP-101.1
5. Continuation of Coverage ........ SP-101.1
6. Termination of Employment ........ SP-101.2

## 1. Policy

A. It is the policy of SkyWest Airlines to provide its employees with various insurance benefits (i.e. health, life, disability). Information and summaries explaining these benefits plans will be furnished to employees on an annual basis. The Company reserves the right to modify, amend, or terminate these benefits as they apply to all current, former, and retired employees. Benefits under each plan will be paid only if the Administrator decides in his discretion that the applicant is entitled to them.

B. The Company also provides additional benefits such as leaves of absence, vacation, holidays, sick leave, and travel benefits. Those benefits are addressed in additional policies in this manual.

## 2. Eligibility

A. Eligibility for insurance benefits depends on the specific requirements of each benefit plan. In general, benefits eligibility will commence on the first day of the month after 60 days of full-time employment.

## 3. Administration

A. Insurance benefits provided by the Company are administered by the Benefits Manager. All benefits provided are described in official documents kept on file in the Benefits Manager's office. These documents are available for examination by any plan participant or beneficiary and are the only official and binding materials concerning the Company's welfare benefits. All summaries and communications, both written and verbal, are subject to these binding documents, which will resolve all questions or disputes.

## 4. Beneficiary Designation

A. For a number of the Company's insurance and retirement plans, each employee must designate a beneficiary in the event of the employee's death. The designation must be in writing and in a form acceptable to the Administrator. It is the employee's responsibility to maintain the proper beneficiary designations and to alert the Administrator of any changes in status affecting eligibility or designations.

## 5. Continuation of Coverage

A. Employees, spouses, and dependents will be notified, when appropriate, of the opportunity to continue their health care coverage, at their own expense, in cases of layoff, termination, etc. In addition, they will be provided with a certificate of prior health coverage when they lose coverage under the health care plan.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 6. Termination of Employment

A. Medical, dental, and vision insurance coverage is effective through the end of the month in which the last day is worked. Example: An employee whose last day worked is July 10th will have medical, dental, and vision insurance coverage in effect through July 31st.

B. All other benefit coverages (e.g., life insurance, disability insurance) end on the last day worked.

Uncontrolled copy. Currency must be verified with the LESP before use.

PARAGRAPH PAGE

1. Departmental Pay Scale Information .......... SP-102.1
2. Corporate Services Pay Scale - Effective January 5, 2018 .......... SP-102.1

## 1. Departmental Pay Scale Information

A. SkyWest Airlines maintains pay scales for each departmental workgroup. Departmental pay scales including Customer Service, Flight Operations, InFlight Operations, Maintenance, and Dispatch are located in departmental policy. The Corporate Services pay scale is included in this document.

B. Applicability of Level I, II, or III scale will be determined based on the primary job duties and minimum position requirements as outlined in the company job description.

## 2. Corporate Services Pay Scale - Effective January 5, 2018

| Year | Level I | Level II | Level III |
|---|---|---|---|
| Initial | 9.00 | 10.50 | 10.75 |
| Six Months | 9.25 | 10.70 | 11.00 |
| 1st Year | 9.50 | 11.00 | 11.25 |
| 2nd Year | 9.89 | 11.33 | 11.65 |
| 3rd Year | 10.15 | 11.69 | 12.00 |
| 4th Year | 10.40 | 12.06 | 12.31 |
| 5th Year | 10.66 | 12.41 | 12.67 |
| 6th Year | 10.98 | 12.82 | 13.09 |
| 7th Year | 11.28 | 13.19 | 13.49 |
| 8th Year | 11.59 | 13.70 | 13.91 |
| 9th Year | 11.90 | 14.01 | 14.22 |
| 10th Year | 12.21 | 14.32 | 14.52 |

**NOTE**: Corporate Services employees based in the following locations receive a location override as listed below:

- ASE, JAC: $4.75
- LAX: $3.00
- ATL, DEN, DFW, DTW, MSP, ONT, ORD, SLC: $2.00
- BNA, BOI, BZN, COS, FAT, FWA, MKE, PDX, PSC, PSP, SEA, SBN, TUS: $1.75
- SFO: $3.75

Uncontrolled copy. Currency must be verified with the LESP before use.

**INTENTIONALLY LEFT BLANK**

Uncontrolled copy. Currency must be verified with the LESP before use.

**PARAGRAPH** **PAGE**

1. Policy Statement ........ SP-103.1
2. Vacation Hours ........ SP-103.1
3. User Hours ........ SP-103.3
4. Holiday Pay ........ SP-103.4
5. Bereavement ........ SP-103.5
6. Jury Duty ........ SP-103.5
7. California Only Time Off ........ SP-103.6

## 1. Policy Statement

A. SkyWest Airlines provides several categories of compensated time off as part of its Total Rewards program. This policy outlines how vacation and user or paid time off (PTO) hours, as applicable, are accrued by employees and the compensated time allotted for holidays, jury duty, and bereavement leave. This policy is subject to applicable federal and state wage and hours laws.

## 2. Vacation Hours

**NOTE:** Customer Service Department employees should refer to Customer Service Policy Manual SP 7462 Requested Time Off for applicable information.

A. Only full-time employees are eligible to accrue vacation hours.

B. Vacation accrual is based on pay base hours worked. (A pay base hour is each hour for which the employee receives pay. For example, an exempt (salaried) employee is paid 86.67 hours of pay each pay period, flight crewmembers are paid based on flight time, and nonexempt (hourly) employees are paid based on their time card.) Employees accrue vacation as indicated below, based on seniority. Maximum base pay used for vacation accrual for nonexempt (hourly) employees is 80 hours for each two week period.

| Active Service | Accrual Rate | Active Service | Accrual Rate |
|---|---|---|---|
| After 6 Months | .0385 per hour | After 16 Years | .0654 per hour |
| After 5 Years | .0462 per hour | After 17 Years | .0692 per hour |
| After 10 Years | .0577 per hour | After 18 Years | .0731 per hour |
| After 15 Years | .0615 per hour | After 19 Years | .0769 per hour |

C. A maximum of 320 vacation hours (186 hours for flight crewmembers) may be accrued. Once the maximum hours are recorded, vacation hours must be taken before vacation hours begin to accrue again.

D. Accrued vacation may not be taken until an employee has completed one year of full-time employment.

Uncontrolled copy. Currency must be verified with the LESP before use.

E. Employees are encouraged to use all vacation accrued during the year. Management reserves the right to schedule an employee off when vacation hours have accrued over a period of two or more years.

F. Scheduling Use of Vacation Hours

1) Each employee must schedule vacation hours with their immediate supervisor or the person designated to schedule vacations within the department.

2) Vacation hours are given as a benefit to provide rest and relaxation from the required responsibilities in the workplace. Therefore, vacation hours are not paid out in lieu of taking vacation hours off, except when requested vacation hours are denied, and the employee has accrued the maximum amount of vacation hours allowed as outlined above.

3) Vacations are allowed on a year-round basis as approved and at the discretion of department management. Vacations may be limited during peak business times or manpower shortages but are allowed based on work commitments, seasonal needs, etc.

4) When an employee does not receive approval for a scheduled vacation after accruing the maximum amount of vacation hours as described above, the employee may choose to accept pay in lieu of vacation up to a maximum of 80 hours or 43 hours for flight crews. For this to occur, a denied vacation request form must be sent by the manager to Payroll with an explanation of the denial.

**NOTE:** Flight attendants should refer to the SkedPlus User Guide Chapter 01 for additional information.

G. Payment of Vacation Hours

1) Salaried personnel are paid eight hours of vacation pay for each scheduled vacation day.

2) Flight crewmembers receive vacation pay equal to their scheduled flight time during vacation bid. For example, when a crewmember bids two weeks of vacation and the schedule is 46 hours of flight time during the two week period, the vacation pay would be 46 hours and their accrued vacation hours would decrease by 46 hours.

**NOTE:** When a pilot has more than three consecutive days scheduled off, they may request vacation pay equal to 4.3 hours for each day in excess of three. For example, a flight schedule bid shows a pilot off at 11:00 p.m. on Friday and the next show time is the following Thursday at 12:00 noon. The pilot is scheduled off for five consecutive days, Saturday through Wednesday, therefore, the pilot may request 8.6 hours of vacation pay (5 - 3 = 2 days, 2 x 4.3 = 8.6).

3) Hourly employees must request one hour of vacation pay for each scheduled vacation hour, up to 40 hours per week. Vacation pay must be requested in increments of one hour or more.

**NOTE:** Crewmembers should refer to Flight Attendant Policy Manual SP 2309 Compensated Time Off or Pilot Policy Manual SP 3011 Vacation Time for additional information.

4) Vacation hours are paid at the rate the employee is earning at the time they use it or leaves their position with the Company.

Uncontrolled copy. Currency must be verified with the LESP before use.

H. Termination of Employment

1) Vacation hours cannot be used to extend active employment status for a terminating employee. With the exceptions noted in Company Policy Manual SP 74 Employment Separation, the last day worked is the employee's termination date.

## 3. User Hours

**NOTE:** Customer Service Department employees should refer to Customer Service Policy Manual SP 7462 Requested Time Off for applicable information.

A. User hours are to be used for sick days or other personal needs. Unscheduled user hours are allowed only for illness or emergency circumstances. Scheduled user hours must be coordinated with the employee's individual supervisor/manager.

B. User hour accrual is based on all pay base hours worked. There is no annual or "per pay period" limit on user hours accrual. Employees accrue user hours as follows based on years of service.

| FULL-TIME | | PART-TIME | |
|---|---|---|---|
| **Active Service** | **Accrual Rate** | **Active Service** | **Accrual Rate** |
| After 90 Days | .0193 | After 90 Days | .0114 |
| After 2 Years | .0270 | After 2 Years | .0174 |
| After 5 Years | .0385 | | |

C. While there is no limit to the number of user hours that can be earned and accrued, hours in excess of 240 are automatically paid out at the end of each year by the procedure detailed below.

**NOTE:** Crewmembers should refer to Flight Attendant Policy Manual SP 2309 Compensated Time Off or Pilot Policy Manual SP 3012 User Time for additional information.

D. User hours are not paid for increments less than one hour.

E. Pay in Lieu of User Hours

1) As an incentive not to miss work, employees have the option of receiving pay in lieu of accrued user hours at the end of each calendar year. This is paid in the last half of November of each year and must be requested via SkyWest Online by November 15th of each year.

2) User hours are paid at the rate the employee is earning at the time they use it, receives pay in lieu of, or terminates with the Company.

F. Termination of Employment

1) User hours cannot be used to extend active employment status for a terminating employee. With the exceptions noted in Company Policy Manual SP 74 Employment Separation, the last day worked is the employee's termination date.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 4. Holiday Pay

A. SkyWest recognizes the following holidays for the payment of holiday pay:

- New Year's Day
- Memorial Day
- Fourth of July
- Labor Day
- Thanksgiving Day
- Christmas Day

> **NOTE:** Customer Service Department employees should refer to Customer Service Policy Manual SP 7452 Definitions and Acronyms regarding holiday pay.

B. Exempt Employees and Holiday Pay

1) Exempt employees are paid a salary which remains unchanged in the event of a holiday.

2) In general, exempt employees do not work on holidays. In the case of a holiday which falls on Saturday or Sunday, the exempt employee is given the corresponding Friday or Monday off with no loss of pay.

3) When an exempt employee must work a holiday, they do not receive additional compensation.

C. Nonexempt Employees and Holiday Pay Eligibility

1) Full-time, permanent employees who have completed 90 days of employment from their date of hire are eligible for holiday pay. All qualified employees receive eight hours of pay for each holiday with the following exceptions:

a) Employees scheduled to work on the holiday but who call in sick on the holiday are not paid holiday pay.

b) Employees not scheduled to work on the holiday but who call in sick the day before or after the holiday are not paid holiday pay.

2) Qualified employees who work on a holiday receive eight hours of holiday pay plus regular wages for all time worked. They receive holiday pay regardless of any absence before or after the holiday.

3) Nonexempt employees who do not qualify for holiday pay (i.e., new hires, part-time) are paid time-and-one-half for all hours worked on the holiday.

> **NOTE:** Crewmembers should refer to Flight Attendant Policy Manual SP 2308 Compensation or Pilot Policy Manual SP 3008 Compensation for additional information.

D. Employees on a leave of absence are not eligible for holiday pay.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 5. Bereavement

A. To support employees dealing with the death, impending death, or general bereavement observances, time off from work has been established.

1) Employees are eligible to request bereavement leave for immediate family members.

a) Immediate family, for the purpose of this policy, is defined as:

(1) Parent, step-parent, domestic partner of a parent, parent-in-law, parent of a domestic partner, and those who stood in loco parentis of an employee.

(2) Spouse or domestic partner.

(3) Child, step-child, grandchild, as well as children and grandchildren of a domestic partner, and those in loco parentis of a child.

(4) Grandparent, step-grandparent, and grandparent-in-law.

(5) Sibling, step-sibling, and sibling-in-law.

2) Bereavement leave may be requested within 30 days of the death or when notified of an impending death.

3) After six months of employment, full-time and part-time employees are eligible for three days of bereavement pay.

a) Unpaid bereavement may also be requested in addition to three paid bereavement days for a total time away from work of eight scheduled days (three paid bereavement days and five unpaid days).

> **NOTE:** Scheduled days for the purpose of this policy refers to assignments/shifts on a schedule prior to the death or impending death.

4) Employees with less than six months of employment are eligible for unpaid bereavement leave.

5) Bereavement leave must be approved by the employee's manager and may require additional documentation.

## 6. Jury Duty

A. SkyWest Airlines complies with all state and local regulations concerning jury duty compensation. In the absence of controlling state or local law, SkyWest pays employees for time missed from their work schedule spent in on-site jury duty selection and/or service at the court facility. The maximum time paid on an annual basis is 15 work days. All time spent for jury duty selection and service must be supported by court-issued documentation.

B. Full-time and part-time permanent employees who have completed 90 days of employment at the time jury duty services begin are eligible for jury pay.

Uncontrolled copy. Currency must be verified with the LESP before use.

C. Required Jury Duty Paperwork

1) Courts provide date and time stamped documentation verifying an individual's participation in the jury selection and service process at the courthouse.

> **NOTE:** Jury duty pay requires submission of court-issued documentation prior to the employee receiving payment.

D. Jury Duty Payment Process

1) The employee must submit the required documentation to their supervisor prior to the deadline for time reporting for that pay period.
2) When an employee submits the court documents late, they are paid for the jury duty time on the paycheck issued for the pay period in which the documentation is received.
3) The employee is compensated at 100% of regular pay for time missed from their work schedule. The employee also retains any compensation received from the court.

> **NOTE:** Scheduled hours for the purpose of this policy refers to the assignments/shifts on a schedule prior to commencement of the jury duty process.

## 7. California Only Time Off

A. Kin Care

1) Employees based in California may be eligible for time off to care for a sick child, parent, spouse, or domestic partner without incurring attendance points or occurrences.
2) Eligibility for CS employees is based on their annual rate of accrual of PTO hours. Eligibility for all other employees is based on their annual rate of accrual of user time.
3) Employees are required to utilize user or PTO hours to cover time off work for Kin Care.
4) An employee must have enough user or PTO hours available to compensate for the entire time away from work in order for the absence to be eligible under Kin Care.
5) The employee must report the absence in a timely manner per established department or position procedures. The absence must be designated as being presented for Kin Care review at the time of putting the Company on notice of the absence.
6) Employees should contact their manager or Employee Relations within 72 hours of the designated absence when they believe they are eligible for time off for Kin Care.

B. Sick Leave

1) SkyWest complies with AB 1522 regarding time off work for eligible family members.
2) The employee must report the absence in a timely manner per the established department or position procedures.
3) Employees should contact their manager or Employee Relations with questions regarding California Sick Leave.

Uncontrolled copy. Currency must be verified with the LESP before use.

PARAGRAPH PAGE

**1. Overview ........ SP-104.1**
**2. Eligibility ........ SP-104.1**
A. Partner Eligibility Requirements ........ SP-104.1
B. Disability Retirement ........ SP-104.2
C. Calculating Years of Service towards Retirement ........ SP-104.2
**3. Initiating Retirement ........ SP-104.2**
**4. Retirement Travel Privileges ........ SP-104.2**
A. United Retiree Travel ........ SP-104.2
B. Delta Retiree Travel ........ SP-104.3
C. Other Airline Eligibility ........ SP-104.3
D. Travel Identification ........ SP-104.3
**5. Insurance Benefits and 401(k) ........ SP-104.3**
**6. Survivor Travel ........ SP-104.4**
**7. Staying Connected ........ SP-104.4**

## 1. Overview

A. To honor the loyalty and contributions of our people, eligible retirees may enjoy the privilege of extended use of leisure travel programs available through our major partners. This enables eligible retirees the privilege and responsibility of worldwide travel. Retirees should review the Travel Code of Conduct (SkyWest Online > Travel > Respect & Protect) and the Travel Page of SkyWest Online on a regular basis to stay current on any travel-program changes.

B. Retiree travel privileges are based on agreements in effect with partner airlines at the time of travel. These privileges are subject to change at any time. Each partner has different enrollment deadlines, listing requirements, and payment of nonrefundable travel fees. It is the retiree's responsibility to stay current and informed on all eligible travel programs.

C. Any travel-related charges should be prepaid on the partner websites or via an invoice on SkyWest Online. Unpaid invoices will be sent to collections; failure to pay travel fees may result in revocation of retirement status and travel privileges.

## 2. Eligibility

An employee must leave the Company in good standing in order to qualify for retirement. SkyWest does not provide retiree travel; rather, to receive retiree travel privileges, eligible employees must meet the criteria for SkyWest employees established by our partners. Partner retiree travel privilege criteria includes, but is not limited to, years of service and minimum age requirements.

> **NOTE:** All other department eligibility requirements apply, including minimum transfer requirements.

### A. Partner Eligibility Requirements

1) An employee in good standing who also meets one of the following criteria is eligible to retire with travel privileges:

a) Dedicated to the United operation and has:

(1) 10 years of cumulative SkyWest service and is 55 years or more in age, OR

(2) 20 years of cumulative SkyWest service and is 45 years or more in age.

Uncontrolled copy. Currency must be verified with the LESP before use.

b) Dedicated to the Delta operation and has:

(1) 10 years of consecutive SkyWest service and is 52 or more years in age, OR

(2) 25 years of SkyWest service or more, any age, with the last 10 years being consecutive.

**B. Disability Retirement**

1) Employees become eligible for disability retirement once they have received their Notice of Award from the Social Security Administration for Social Security Disability Insurance. A copy of the Notice of Award must be provided to the employee's supervisor. Disability retirement travel privileges are determined by the employee's age, partner dedication, and years of service at the time of retirement.

**C. Calculating Years of Service towards Retirement**

1) Per Company Policy Manual SP 72 Reduction in Force (RIF):

a) Furlough time does not count toward years of service for retirement.

b) Seasonal furlough time does count toward years of service for retirement.

c) When you meet retirement criteria before going on a furlough, you may retire while on furlough.

2) Rehired employees are considered new hires for the purpose of travel seniority. Travel Seniority Date will be noted as the most recent date of hire (DOH). With proper verification, prior years of service may count towards specific mainline partner retirement eligibility requirements.

**NOTE:** Based on partner offerings, employees who retire and are then rehired may forfeit previous years of service for retirement eligibility.

## 3. Initiating Retirement

A. An employee who meets retirement eligibility requirements should initiate the retirement process via SkyWest Online. Your supervisor will verify eligibility and work with you on completing the Retirement Eligibility Checklist. The completed checklist must be submitted to People Programs.

## 4. Retirement Travel Privileges

**A. United Retiree Travel**

1) Employees who qualify for United retiree travel privileges enjoy access to the United Travel Program via employeeRES utilizing their United Identification A or N Number. United offers travel privileges to retirees and all eligible pass riders.

a) Priority: Retirees travel at SA5X priority on mainline United and at SA3X on SkyWest-operated United Express flights, by DOH, calculated by date of travel minus years of service. Priority is subject to change at United's discretion.

Uncontrolled copy. Currency must be verified with the LESP before use.

### B. Delta Retiree Travel

1) Employees who qualify for Delta retiree travel privileges may access the Delta Travel Program via Delta TravelNet utilizing their PPR number. Delta offers travel privileges to employee, spouse/domestic partner, Travel Companion, and children. Parents of retirees are not eligible for Delta travel. Buddy Passes and S2 passes are not provided. Non-Delta-dedicated SkyWest employees that retire no longer have access to non-dedicated Delta travel privileges.

   a) Priority: Retirees travel S3B on SkyWest-operated flights and S4 on all other Delta flights, by DOH.

2) Employees who meet the service/age requirements for both Delta and United may receive retirement travel privileges for both partners.

### C. Other Airline Eligibility

1) Alaska and American Airlines do not offer travel to SkyWest retirees.

2) All eligible retirees receive access to SkyWest's extensive ZED program.

**NOTE:** Some ZED carriers may not offer privileges to retirees. Carriers may change eligibility requirements at any time.

### D. Travel Identification

1) Retirees must travel with a government-issued ID. Your SkyWest Company ID badge must be turned in to your supervisor when retirement is effective. The SkyWest retirement card is not a form of travel ID but may be used for taking advantage of airline-related and airport discounts. The Authorized Eligibility Verification Letter found on SWOL > Travel Page > My Travel >Travel Profile > Authorized Eligibility Verification Letter may also be used to show affiliation with SkyWest Airlines for the purpose of taking advantage of airline-related discounts.

## 5. Insurance Benefits and 401(k)

A. Medical, dental, and vision insurance coverage is effective through the end of the month in which the last day is worked.

1) For example, an employee whose last day worked is July 10th will have medical, dental, and vision insurance coverage in effect through July 31st. All other benefit coverages (e.g., life insurance, disability insurance) end on the last day worked.

B. Retirees, spouses, and dependents will be notified by mail, when appropriate, of the opportunity to continue their health care coverage, at their own expense, through COBRA continuation coverage.

C. Employees who are eligible for retirement are encouraged to contact SkyWest's 401(k) plan administrator, Wells Fargo Retirement Plan Services, in advance of their retirement to discuss options related to their 401(k) retirement account.

1) Wells Fargo will also send information detailing available options following the employee's retirement.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 6. Survivor Travel

A. SkyWest's mainline partners do not offer survivor pass travel privileges to eligible survivors upon the death of an employee/retiree.

B. Line of Duty

1) Travel privileges may be offered to eligible dependents if an employee passes in the line of duty.

## 7. Staying Connected

A. Retirees continue to have access to the Travel Page on SkyWest Online. It is the retiree's responsibly to stay current on all retiree programs/changes.

B. Retirees enjoy access to the SkyWest retiree forum to stay connected with fellow retirees.

Uncontrolled copy. Currency must be verified with the LESP before use.

**PARAGRAPH** **PAGE**

1. Purpose ..... SP-150.1
2. Responsibility ..... SP-150.1
3. No Retaliation ..... SP-150.2
4. Ethics ..... SP-150.2
5. Human Rights ..... SP-150.3
6. Confidentiality and Customer Care ..... SP-150.4
7. Conflicts of Interest ..... SP-150.4
8. Insider Trading ..... SP-150.5
9. Company Records ..... SP-150.5
10. Employee Information ..... SP-150.5
11. Protection of Company Assets ..... SP-150.6
12. Protection of Intellectual Property ..... SP-150.6
13. Protection of Information and Data Sources ..... SP-150.6
14. Gifts, Favors, and Entertainment ..... SP-150.8
15. Disclosures ..... SP-150.9
16. SkyWest and the Law ..... SP-150.9
17. Corrective Action ..... SP-150.10
18. Waivers ..... SP-150.10
19. No Rights Created ..... SP-150.10

## 1. Purpose

A. The Code of Business Conduct (Code) applies to all employees, including officers, and any third party representatives (e.g., contractors, consultants, agents) of SkyWest Airlines, Inc. (SkyWest or the Company). The Code describes the ethical and legal responsibilities all SkyWest employees are expected to uphold and provides basic guidelines for conducting business on behalf of SkyWest.

B. SkyWest seeks to establish relationships with entities that share the same principles and values as SkyWest and conducting business in a manner that respects the human rights and dignity of all people. SkyWest does not tolerate any conduct that contributes to, encourages, or facilitates human trafficking, child labor, forced or compulsory labor, or any other human rights abuses. SkyWest expects its stakeholders and other parties whose own impacts may be directly linked to SkyWest operations, products, or services to respect and not infringe upon human rights.

C. The Company has adopted this policy in order to discourage illegal or unethical activity and business conduct that may disrupt the business operations of the Company, to promote a climate of accountability and a fair process by which to determine violations of this Code, to ensure the ethical handling of actual or apparent conflicts of interest, to facilitate compliance with all applicable laws and regulations, to encourage accurate and timely disclosures, and to ensure no retaliation for those reporting a suspected violation.

## 2. Responsibility

A. Managers (defined as employees who supervise others) are expected to exemplify the highest standards of ethical business conduct. Managers are responsible for creating a work environment that promotes honest and ethical behavior and are required to be familiar with applicable policies and legal requirements to ensure employees receive appropriate training and guidance.

B. Each employee is expected to make ethical decisions.

1) Each employee should seek advice before problems occur and report incidents that raise compliance issues.

Uncontrolled copy. Currency must be verified with the LESP before use.

2) All illegal or unethical conduct is prohibited regardless of the intent to benefit the Company or oneself.

3) Employees should report known or suspected violations of the Code, law, or Company policies in the following manner:

| Situation: | Report to: |
|---|---|
| Workplace issues | Supervisor or Manager |
| Human Resources (HR) concerns or policy guidance and interpretation | Employee Relations (ER) manager or HR representative |
| Legal questions on behalf of the Company and misappropriation of Company assets | Director Government and Legal Affairs |
| Unsafe conditions, workplace hazards, and security concerns | Director Safety Policy and Security |

**NOTE:** Typically, employees will report violations to their direct supervisor first. When the situation involves the direct supervisor, report the violation to either an appropriate manager, an ER manager, an HR representative, the Director Human Resources, or the Director Government and Legal Affairs.

## 3. No Retaliation

A. SkyWest's policy forbids retaliation against any employee who, in good faith, reports a suspected violation of law or policy, including harassment or discrimination. Any person involved in retaliation is subject to corrective action, up to and including termination of employment.

## 4. Ethics

A. Employees may make anonymous and confidential reports to the Director Government and Legal Affairs. Actions subject to reporting include irregular or fraudulent accounting, illegal activities (e.g., theft of Company property), or any activity which jeopardizes the SkyWest workplace as a productive work environment. (Refer to Company Policy Manual SP 53 Productive Work Environment).

B. Employees may submit a complaint by one of the following methods:

1) Registering a complaint to their immediate supervisor or any other supervisor or manager of their choice.

2) Phoning the toll-free Ethics and Grievance Hotline at 888.273.9994.

3) Reporting online at www.reportlineweb.com/SkyWestAirlines.

4) Writing to:

Director Government and Legal Affairs
SkyWest Airlines
444 South River Road
St. George, UT 84790
(or emailing temerson@skywest.com)

Uncontrolled copy. Currency must be verified with the LESP before use.

C. The employee submitting a complaint may remain anonymous. When the employee chooses to reveal their identity, the Company will not disclose that information, unless granted permission from the employee or when required to do so by law.

> **NOTE:** All reports of irregularity should provide complete details to assist in the investigation.

D. Employees who are involved in any internal investigations are required to participate in good faith by providing transparent and honest information and by not taking any steps to interfere with the investigation.

E. The Director Government and Legal Affairs, or authorized designee:

1) Immediately reports any substantive complaint to the Chair of the Audit Committee.
2) Makes a general report of all complaints received to the Board of Directors on a regular basis.
3) Takes all necessary steps to investigate complaints and propose a solution to the Board of Directors when an error or deficiency is identified.
4) Evaluates and ensures the application of the Sarbanes-Oxley Act (SOX), as appropriate.

F. All complaints pertaining to the protection and preservation of the SkyWest productive work environment are forwarded to the Vice President People for immediate investigation. Following this investigation, all substantive complaints are resolved according to Company Policy Manual SP 53 Productive Work Environment. Employees who have engaged in unethical or illegal activities are subject to corrective action, up to and including termination of employment.

## 5. Human Rights

A. We respect each individual's human rights. We will not discriminate on the basis of:

- Race
- Color
- National Ancestry
- Sex
- Sexual Orientation
- Gender Identity or Expression
- Marital Status
- National Origin
- Religion
- Medical Condition
- Disability
- Age
- Pregnancy
- Military Status and/or other status protected by federal, state, or local law.

We will not commit human rights violations and discrimination will not be tolerated. We will be resolute in upholding human rights in everything we do and will not tolerate such discrimination in others. Ignorance and inaction do not constitute excuses for discrimination.

Uncontrolled copy. Currency must be verified with the LESP before use.

B. In all aspects of employment such as recruitment, compensation and benefits, training, promotion, transfer and termination, we will treat individuals justly and in a non-discriminatory manner, solely according to their abilities to meet the requirements and standards of their role.

C. SkyWest leaders are responsible for ensuring adherence to these commitments and SkyWest senior management has the responsibility for overseeing their implementation and ensuring that any breaches of our Code of Conduct are investigated. SkyWest leaders will also actively participate in the review, evaluation, and recommendation of effective outcomes relative to this policy. Complaints or violations of this policy can be made by phoning the toll free Ethics and Grievance Hotline at 888.273.9994 or reporting online at www.reportlineweb.com/SkyWestAirlines.

D. All SkyWest employees are required to actively participate in training relative to the Code of Conduct including all computer based and other training.

## 6. Confidentiality and Customer Care

A. Personal information is often required from customers, including credit card information, address, flight itinerary, etc. SkyWest's policy is to use this information for Company business purposes only. Disclosures to third parties are made only in accordance with applicable law or Company policy.

B. Employees must provide customer service that clearly demonstrates the Company's commitment to excellence and safety.

C. Employees must show a commitment to safety and strive to give excellent customer service in all job activities.

## 7. Conflicts of Interest

A. SkyWest has a **zero tolerance** policy for any activity that creates a conflict of interest with an employee's responsibilities at SkyWest. Conflicts arise when an employee uses their position at SkyWest for personal gain, for the gain of a member of the employee's immediate family, or when the employee's personal interests conflict with SkyWest's interests. Conflicts of interest can occur indirectly; for example, a conflict may arise when an employee is also an executive officer, major shareholder, or has a material interest in a company or organization doing business with SkyWest.

B. All employees must avoid any actions or relationships that could conflict with, or appear to conflict with, the interests of SkyWest (e.g., an employee or family member who receives improper personal benefits including gifts, entertainment, service, or payment as a result of their SkyWest position).

1) The employee must disclose in advance any relationship that might be perceived as a conflict of interest to their immediate supervisor/manager. Failure to disclose personal interests as described in this section will result in corrective action, up to and including termination of employment.

2) Employees must not make, participate in making, or attempt to influence any business decisions relating to competitors, suppliers, or customers in which they have a substantial direct or indirect ownership interest. Prior to making a decision that could appear to be a conflict of interest, the employee must disclose the situation to their supervisor.

3) A conflict of interest also may arise when Company business decisions involve competitors, customers, or suppliers who employ a family member of a SkyWest employee, or an individual with whom the SkyWest employee has a close personal relationship. In such instances, the SkyWest employee must not conduct Company business without first disclosing the situation to a supervisor.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 8. Insider Trading

A. SkyWest is committed to promoting fair and open markets for publicly traded securities. All SkyWest employees, therefore, are prohibited from purchasing or selling any type of security while in possessions of material, non-public information, whether the issuer of such security is SkyWest or any other company. Material information is information of such importance that it can be expected to affect the judgement of investors as to whether or not to buy, sell, or hold the securities in question.

B. All SkyWest employees are prohibited from communicating (or "tipping") material, non-public information to anyone outside SkyWest, directly or indirectly, except in accordance with SkyWest policies regarding the protection and authorized external disclosure of SkyWest information or to anyone within SkyWest other than on a need-to-know basis. If doubt exists as to whether the information is material or has been released to the public, do not trade or discuss it with others until consulting with Investor Relations. To use non-public information for personal financial benefit or to "tip" others, including family members, who might make an investment decision based on this information is not only unethical but also illegal.

C. It is not generally SkyWest's practice to comment on market rumors or speculation. Because SkyWest is committed to the fair disclosure of material information without advantage to any particular party, SkyWest considers any material failure to comply with this policy to be contrary to the best interests of SkyWest and its shareholders. Employees who violate this policy may be subject to corrective action, including termination of employment. Additional information with respect to the Company's practices regarding corporate disclosure can be found in Company Policy Manual SP 158 Corporate Disclosure Policy.

D. SkyWest has adopted an Insider Trading Compliance Policy, which applies to all directors, officers, and employees of the Company. All employees must review and act in accordance with the Insider Trading Compliance Policy, which can be found in Company Policy Manual SP 158 Corporate Disclosure Policy. Additional standards may be set forth in the Insider Trading Compliance Policy or other policies of the Company that may apply to officers, directors, and certain employees. Employees should review such policies and/or check with their manager or the Director Government and Legal Affairs to determine whether they are subject to any such additional standards.

## 9. Company Records

A. SkyWest's policy requires all accounting reports, financial statements and other business records, document transactions, and events to conform to legal requirements and generally accepted accounting principles as well as to SkyWest's system of internal controls.

B. Dishonest and unethical reporting within the Company or to organizations or people outside the Company is strictly prohibited. Undisclosed or unrecorded funds or assets are not allowed, unless permitted by applicable law or regulation. All records should be retained and destroyed according to SkyWest's Document Retention Program.

> **NOTE:** Employees are expected to use the Ethics and Grievance Hotline (888.273.9994) to report suspected accounting irregularities and false entries.

## 10. Employee Information

A. Records containing any personal information must be kept confidential. Access to such records is limited to managers and others with a specific need to use the information in the performance of their duties.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 11. Protection of Company Assets

A. All SkyWest employees have a special responsibility to protect and ensure the efficient use and care of the Company's physical, financial, and other Company assets. Employees are prohibited from using Company assets for lobbying, campaign contributions, or any other political activity. The Company may pay annual membership due to trade associations that support the Company's interests within the airline industry, such as the Regional Airline Association. Employees must not use these assets for any purpose not related to Company business without proper authorization. Employees must contact their direct supervisor or manager with any questions regarding this policy.

B. Lodging provided by the Company is for the purpose of company business. Employees are not permitted to give/list/sell/trade or otherwise barter hotel rooms or services for any reason. Failure to adhere to this policy is considered theft and is subject to disciplinary action, up to and including termination.

C. To ensure the security of both assets and personnel, SkyWest uses video surveillance cameras in various locations. Video recordings may be used by the Company for any purpose, including reviewing injuries, theft, altercations, and other incidents involving passengers or employees. Recorded video media is the property of the Company and may be released to law enforcement at the Company's discretion or by court order.

## 12. Protection of Intellectual Property

A. The materials, products, designs, plans, ideas, and data of SkyWest are the property of the employer and should never be given to an outside firm or individual except through normal channels and with appropriate authorization. Any improper transfer of material or disclosure of information is prohibited. Any employee who participates in such a practice is subject to corrective action, up to and including termination of employment.

> **NOTE:** SkyWest's name, logo, trademarks, and service marks can only be used for authorized Company business and never in conjunction with personal or other activities, unless appropriate approval is received prior to use.

B. SkyWest's policy is to identify, establish, protect, and defend its rights in all intellectual property assets, including patents, trademarks, copyrights, and other proprietary information. Employees must safeguard these assets and identify and disclose any new works of authorship, technology advances, and/or unique solutions to business problems to enable SkyWest to establish and protect its rights to such proprietary assets. The intellectual property assets of SkyWest are used for authorized Company business only. In order to respect the valid and legitimate intellectual property rights of others, employees must consult with their supervisor concerning necessary licenses and approvals to use such intellectual property.

## 13. Protection of Information and Data Sources

A. Company, employee, and customer information must be protected from unauthorized modification, destruction, and disclosure. Sensitive electronic data must be maintained in secured systems and adequately protected when reproduced on paper. Sensitive documents and reports must be shredded when no longer needed.

B. Employees must not disclose or reveal any confidential information entrusted to them by the Company, except when disclosure is authorized by the Director Government and Legal Affairs or required by laws or regulation. Confidential information includes all non-public information that might be of use to competitors or harmful to SkyWest or our customers, if disclosed. Examples of confidential information include, but are not limited to the following:

Uncontrolled copy. Currency must be verified with the LESP before use.

- Detailed financial figures
- New product or marketing plans
- Technical information
- Litigation information
- Potential acquisitions
- Divestitures
- Contracts and alliance agreements
- Personal information about SkyWest employees and/or customers

C. No confidential Company or employee information should be stored on portable digital storage devices (e.g., portable disk drives, flash drives, CD/DVD-ROM, laptop computers) unless properly encrypted. Anyone transporting confidential information in connection with their job responsibilities must coordinate with the IT Department to ensure the data is adequately protected.

D. SkyWest computer systems are protected by logon ID and password access restrictions.

1) System users must maintain confidentiality of passwords and change passwords periodically as prompted by system requirements or SkyWest procedures. Password changes should also occur anytime there is concern a password has been compromised, or inappropriate access to sensitive data is suspected.

2) System users must log off from systems when they are not used or monitored.

E. Software may only be installed or upgraded on SkyWest's computer systems by or under the specific direction of SkyWest IT personnel. Under no circumstances should anyone load personal software (any software not purchased/licensed by SkyWest) on SkyWest's computer systems.

**NOTE:** The SkyWest IT Department is responsible for maintaining adequate licensing and ensuring adherence to licensing agreements.

F. Internet/Intranet access is provided according to management approval. Access is filtered for SkyWest business purposes and is subject to the following policies:

1) Accessing, displaying, or storing any sexually explicit image or document on a Company system is a violation of our Company policy on sexual harassment (refer to Company Policy Manual SP 53 Productive Work Environment).

2) SkyWest Internet facilities and computing resources must not be used to violate the laws or regulations of any city, state, or nation. This includes adherence to all intellectual property, obscenity, security, and privacy laws.

3) Files or programs may not be downloaded from the Internet unless specifically authorized by IT personnel.

4) Streamlining/downloading items that consume a volume of bandwidth and impact the normal operation of SkyWest Online, SkyTrac, etc. (e.g., Pandora, live tv) is prohibited.

Uncontrolled copy. Currency must be verified with the LESP before use.

G. Company electronic messaging systems including My Messages, Microsoft Outlook/Exchange, and Microsoft Communicator (instant messaging) are subject to the following policies:

1) Messages and applicable file attachments created, sent, or received via Company email or My Messages are the property of SkyWest. These messages are maintained in Company archive systems for two years and are subject to Company review.

2) Email messages concerning regulatory issues or commercial contracts which require retention longer than two years must be moved to a **Long-term Retention** folder under the Microsoft Outlook mailbox before the two year retention limit is reached. Long-term retention capability must be requested through the IT Department.

3) No email archives should be maintained on portable storage devices.

4) Email messages and signature lines must adhere to the Company branding standards provided in Company Policy Manual SP 160 Company Identity and Logo Usage.

5) Internet-based email systems (Gmail, Hotmail, Yahoo, etc.) should not be used to conduct Company business or to communicate proprietary Company information.

6) Messages sent via Company-provided instant messaging systems are not recorded or archived.

H. Unauthorized use of recording devices by employees while on duty, or when in public wearing a SkyWest ID and/or uniform, is prohibited. Company images and information, including aircraft photos and all other operational specifics, cannot be recorded for the purpose of public posting, commercial use, or use in any type of social media (e.g., Twitter, Facebook, email, blogging). The use of any Company images or information for such purposes is strictly prohibited.

## 14. Gifts, Favors, and Entertainment

A. SkyWest considers a gift to include any items, products, or services of value given to an employee by an existing or potential competitor, supplier, customer, or other party with whom SkyWest does business. For example, tickets to sporting or other events where the provider has no intention of accompanying the SkyWest recipient are considered gifts. This definition also includes cash in any amount, any items or services purchased at a lower-than-normal price, and any favors, benefits, or other things of value.

B. Gifts may be offered only if they are modest in value and normal and customary given the business circumstance. Gifts may be solicited for Company-approved business activities or charities only and not for personal use.

C. No gift may be offered or accepted if a feeling of obligation, a compromise in judgment, or an improper influence on the recipient is created. SkyWest employees may accept nominal gifts but may not accept gifts of cash or cash equivalents (e.g., gift certificates, gift cards). Questions regarding whether or not a gift is inappropriate should be discussed with a supervisor or manager.

> **NOTE:** Departments may choose to establish more restrictive gift and entertainment guidelines than those described above.

Uncontrolled copy. Currency must be verified with the LESP before use.

D. Employees who receive gifts that may violate this policy should promptly notify their supervisor, and the gift should be returned with a letter explaining Company policy. When a gift is impractical to return, management may use the gift as a donation to a recognized charity or as a form of employee recognition through the use of a raffle. The gift may not be awarded directly to the recipient.

E. Items or services customarily provided to Company or travel industry employees (e.g., discounted travel, discounted hotel accommodations) are generally acceptable and are not considered gifts. Discounts on personal purchases are also acceptable, provided such discounts are generally offered to Company employees or others having a similar business relationship with the supplier or customer.

F. Meals and entertainment that occur in conjunction with business meetings and conferences are a common business practice and do not constitute a gift; however, such occasions should further the business interests of SkyWest and should not be in excess of generally accepted business practices. If in doubt, approval should be obtained from a director or above.

G. Invitations to business functions that involve customer or supplier-provided overnight accommodations may be accepted only with the prior written approval of a senior officer. While the Company is in the process of sourcing and negotiating supplier contracts, invitations for entertainment (e.g., sporting events, expensive dinners) should not be accepted.

**NOTE:** Employees must not solicit entertainment from suppliers or customers.

## 15. Disclosures

A. The information in SkyWest's public communications, including all reports and documents filed with or submitted to the SEC, must be full, fair, accurate, timely, and understandable. To ensure SkyWest meets this standard, all SkyWest employees (to the extent they are involved in SkyWest's disclosure process) are required to maintain familiarity with the disclosure requirements, processes, and procedures applicable to SkyWest commensurate with their duties. Employees are prohibited from knowingly misrepresenting, omitting, or causing others to misrepresent or omit material facts about SkyWest to others, including SkyWest's independent auditors, governmental regulators, and self-regulatory organizations.

## 16. SkyWest and the Law

A. All SkyWest employees are expected to fully comply with all applicable laws, rules, and regulations anywhere Company business is conducted. Employees may not use a contractor, consultant, agent, or other third party to do anything they themselves are prohibited from doing. Employees must inform a manager, the Ethics and Grievance Hotline (888.273.9994), or the Director Government and Legal Affairs of any violations of laws or regulations.

B. All employees involved in litigation discovery shall:

1) Treat litigation discovery as a priority.

2) Fully and completely comply with the instructions received from Company attorneys handling the matter.

3) Thoroughly review any questions they have with Company attorneys handling the matter.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 17. Corrective Action

A. Employees who violate SkyWest policy, including this Code, may be subject to corrective action, up to and including termination of employment. Employees who commit criminal acts may be subject to immediate termination and/or possible civil or criminal prosecution. Obstructing or undermining investigations, withholding or destroying information, including failing to report a violation, or providing misleading information are violations of this Code.

## 18. Waivers

A. Before an employee, or an immediate family member of any such employee, engages in any activity that would be otherwise prohibited by this Code, he or she is strongly encouraged to obtain written consent from SkyWest General Counsel.

B. Before an officer, or an immediate family member of any such officer, engages in any activity that would be otherwise prohibited by this Code, he or she must obtain a written waiver from the Board of Directors. Such waiver will then be disclosed to the Company's shareholders to the extent required by applicable law and stock exchange regulations.

## 19. No Rights Created

A. This Code is a statement of certain fundamental principles, policies, and procedures that govern SkyWest's employees in the conduct of the Company's business. It is not intended to and does not create any rights in any employee, customer, supplier, competitor, shareholder, or any other person or entity.

Uncontrolled copy. Currency must be verified with the LESP before use.

PARAGRAPH PAGE

1. Purpose ........ SP-151.1
2. Commitment to Safety ........ SP-151.1
3. Operations Risk Management ........ SP-151.2
4. Safety Policy ........ SP-151.2
5. Management Commitment and Safety Accountabilities ........ SP-151.3
6. Employee Responsibility ........ SP-151.4
7. Communication in the Workplace ........ SP-151.4
8. Safety Objective Processes ........ SP-151.4

## 1. Purpose

A. To document SkyWest Airlines' commitment to safety.

B. To document SkyWest's Safety Management System, including:

1) Responsibility and authority for accomplishment of required activities.

2) Procedures to provide clear instructions to SkyWest employees.

3) Organizational and supervisory controls.

4) Measures of processes and products.

5) Safety culture.

## 2. Commitment to Safety

A. SkyWest Airlines' top management is committed to maintaining the highest level of safety and security in every aspect of our operation. We continuously work to implement comprehensive, effective programs and procedures that ensure a safe travel experience for our passengers and a safe working environment our people. Along with regular evaluations and improvements to these programs, we are committed to seeking new ways of maintaining and enhancing an impeccable safety record.

B. SkyWest utilizes voluntary safety programs among our various work groups as a part of our commitment to implement and maintain a Safety Management System (SMS). SkyWest Airlines' top management has the ultimate responsibility for the SMS. With the SMS, we will continue improving our safety culture and our ability to identify potential safety risks, as well as providing additional non-punitive mechanisms for every SkyWest employee to spot and proactively report safety concerns so that we can take preventive action, set clear safety objectives, and mitigate risk. Allowing employees to report concerns without fear of reprisal is critical to our safety culture and will continue to be an integral part of SMS and our current voluntary programs as we continue their ongoing enhancement.

C. SkyWest Airlines' top management provides the resources needed to implement and maintain the SMS. SkyWest Airlines' top management provides each of our employees with quality training and resources that prepare them to comply with all Company and regulatory requirements. All employees share the responsibility for maintaining safety, security, and compliance standards established by the Company and regulatory agencies.

D. Our Safety and Quality (Compliance) Department will continue to play a lead role in this effort; ensuring proper training, reporting, awareness, and that preventive programs are in place to both ensure compliance and to mitigate risk to our customers, equipment, and aviation professionals.

E. At SkyWest, we know that each employee plays a vital role in safety management, and we are responsible to uphold the highest level of safety for the benefit of ourselves, our coworkers, and our passengers. Our dedication to safety is a critical component to our overall success.

## 3. Operations Risk Management

A. SkyWest Airlines' top management has ultimate responsibility for aviation and ground safety. However, all employees share in the responsibility based on the job or function held within the Company.

B. SkyWest Airlines' top management identifies "safety-related positions" and ensures that competency standards are established and enforced for each.

C. Employees receive initial and recurrent training in safety risk management principles as appropriate for their job function and impact on safety according to the categories listed below:

1) Top Management: President and COO, department Vice Presidents, and the Managing Director Safety and Quality
2) Process Owner
3) Department Safety Personnel (e.g., Auditors, Risk Coordinators)
4) Frontline Managers (e.g., Chief Pilot, General Managers, Facility Managers) and Supervisors
5) Employees

D. Specific safety responsibilities are detailed in each department's SPs.

## 4. Safety Policy

A. SkyWest Airlines' top management is committed to:

1) The implementation and maintenance of the SMS.
2) The continuous improvement in the level of safety.
3) The management of safety risk.
4) Complying with all applicable regulatory requirements.
5) Encouraging employees to report safety issues without the fear of reprisal.
6) Establishing clear standards for acceptable operational behavior for all SkyWest employees, as detailed in each department's Standard Practices (SPs).

B. SkyWest provides management guidance for setting and reviewing safety objectives.

C. SkyWest's SMS is:

1) Documented.
2) Communicated with visible management endorsement to all employees and responsible parties.
3) Reviewed periodically to ensure it remains relevant and appropriate to the organization.

D. SkyWest's SMS identifies responsibility and accountability of management and employees with respect to safety performance.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

E. Risk assessments for process changes and hazards identified are conducted at the director level.

## 5. Management Commitment and Safety Accountabilities

A. The President and COO has responsibility and authority to ensure that Company operations are appropriately supported and carried out to the level of safety detailed in the Company's FAA Air Carrier Certificate, approved Operations Specifications (Ops Specs), government regulations, industry standards, and the Company's SMS.

B. The President and COO has ultimate responsibility for SkyWest's entire SMS, to include:

1) Establishing the scope of the SMS.

2) Committing to the development and implementation of safety, security, and quality policies that support the SMS.

C. Aviation safety-related positions for SkyWest Airlines are:

1) Managing Director Safety and Quality (equivalent to Director of Safety)

2) Vice President Flight Operations (equivalent to FAR 119 Director of Operations)

3) Director Flight Operations/Company Chief Pilot (equivalent to FAR 119 Chief Pilot)

4) Vice President Maintenance (equivalent to Director of Maintenance)

5) Chief Inspector

D. The duties, responsibilities, and authorities for the aviation safety-related positions listed in Paragraph C. above are defined, documented, and communicated (via each department's operations manual [e.g., GMM, FOM, Safety Programs Manual SP 4902]) throughout the Company.

E. In addition to the information contained in Paragraphs C. and D. above, the following aviation safety-related positions have responsibilities and authorities defined and documented in Corporate Management Manual SP 40:

1) Vice President Customer Service

2) Vice President Flight Operations

3) Vice President InFlight Operations

4) Vice President Maintenance

5) Managing Director Safety and Quality

F. Safety risks are identified as detailed in the Risk Assessment Matrix located in Internal Evaluation and Audit Program SP 5100 Appendix B Risk Assessment Matrix.

1) Upon notification of an elevated safety risk (as identified in the Risk Assessment Matrix), the affected department Vice President follows the department's process of risk assessment and, ultimately, makes the safety risk acceptance decision in consultation with the Managing Director Safety and Quality.

G. The Managing Director Safety and Quality is responsible to manage, monitor, and coordinate the SMS processes. Refer to Safety Programs Manual SP 4902 for the Managing Director Safety and Quality's duties.

H. The Managing Director Safety and Quality reviews this SP annually to ensure it remains relevant and appropriate.

Uncontrolled copy. Currency must be verified with the LESP before use.

I. The Managing Director Safety and Quality ensures the Safety Policy is communicated to all SkyWest employees.

J. The Manager Safety Assurance measures performance objectives and design expectations of the Safety Policy.

## 6. Employee Responsibility

A. SkyWest employees are required to report to work in the proper mental and physical condition to perform duties efficiently and safely.

B. SkyWest employees are required to report any mishap, injury, or illness to their supervisor immediately.

C. SkyWest employees are required to comply with all aspects of the requirements detailed in Injury and Illness Prevention Program (I2P2) SP 4908.

D. SkyWest employees are required to comply with all requirements detailed in the Company Operations Specifications, all applicable regulations, and Company policies.

E. SkyWest employees are provided this information via the SkyWest Employee Handbook upon being hired.

F. Safety performance and updated responsibilities are relayed to all employees (management and frontline) via Safety Bulletins and information located on the Safety Department's homepage on SkyWest Online.

## 7. Communication in the Workplace

A. The primary language used by SkyWest is English.

1) SkyWest respects the right of employees to speak whatever language they wish while at work and on breaks.

2) However, there are certain instances when English must be spoken to ensure a safe and efficient operation of our business. This includes, but is not limited to, all work-related conversations that could have an effect on safety or service.

## 8. Safety Objective Processes

A. Setting Safety Objectives

1) Safety objectives are established at least annually by the President and COO, department Vice Presidents, and the Managing Director Safety and Quality. Information used to determine safety objectives include, but is not limited to, the following data sources:

- Aircraft and/or ground damage reports
- Audit data (internal and external)
- Aviation Safety Action Program (ASAP)
- Flight Operational Quality Assurance (FOQA) Program
- Irregular operations reports (IORs)
- On-the-job injury (OJI) reports
- Safety Concern Reports
- Safety investigations
- Voluntary disclosures

B. Reviewing Safety Objectives

1) Safety objectives are reviewed and discussed monthly during the Executive Safety Brief, and each department representative provides input regarding proposed actions for continuous improvement.

2) Safety objectives are also reviewed semi-annually by the Board of Directors' Safety Committee.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

**INTENTIONALLY LEFT BLANK**

Uncontrolled copy. Currency must be verified with the LESP before use.

PARAGRAPH — PAGE

1. **Purpose** ... **SP-152.1**
2. **Policy and Definition** ... **SP-152.1**
3. **Reporting** ... **SP-152.2**
4. **Referrals to the Employee Assistance Program (EAP)** ... **SP-152.2**
5. **Fitness for Duty Evaluations** ... **SP-152.2**
6. **Compliance and Requirements for Leaders** ... **SP-152.3**

## 1. Purpose

A. To define Fitness for Duty and identify the Company's expectations of all employees to meet the criteria for fitness for duty. Describe procedures for employees and leaders to follow if an employee's ability to perform their job duties may be impacted due to a fitness-for-duty issue.

## 2. Policy and Definition

A. It is the policy of SkyWest Airlines to protect the safe and effective operation of our airline, and the health and safety of employees, passengers, and other individuals.

B. Employees who fail to ensure they meet the requirements of this policy are subject to corrective action including termination. Employees terminated for use of a mind-altering or prohibited substance may be eligible for conditional reinstatement of employment as outlined in Company Policy Manual SP 153 Drug and Alcohol Testing Program.

C. Fitness for duty is defined and evaluated in three different areas:

1) Physiological (or Medical)

a) Employees are required to notify their supervisor or Employee Relations if a medical condition may or will impede their ability to safely and effectively perform all of their primary job functions. Company Policy Manual SP 56 Employment Standards and Eligibility outlines the requirements of the employee and their leader when an employee is unable to execute these responsibilities.

2) Psychological (or Mental Health)

a) Employees must be able to safely and effectively perform that job for which they were hired and be unimpaired by factors such as acute stress, difficulty with mental focus, substance use, or other psychological struggles.

3) Substance Free (or Regulatory)

a) SkyWest requires all employees to be completely impairment-free from any mind-altering substance at the time they report for duty, and throughout the entire time they are performing job duties. Mind-altering substances include, but are not limited to:

- Alcohol
- Controlled substances
- Any illegal drugs or a synthetic thereof

Uncontrolled copy. Currency must be verified with the LESP before use.

b) All employees are prohibited from consuming alcohol on duty or within eight hours of their shift start time.

> **NOTE:** When the impairment is believed to be caused by the use of a prohibited substance, the employee may be subject to drug testing as outlined in Company Policy Manual SP 153 Drug and Alcohol Testing Program.

## 3. Reporting

A. Reporting Requirements

1) It is the responsibility of every employee, regardless of title, status, or job duties to immediately report any behaviors or situations in which she or he could reasonably conclude that an employee is psychologically or physiologically impaired, or otherwise appear to have the potential for threatening the health or safety of themselves, employees, or others.

B. Reporting Options

1) Employees are required to report such concerns to one or more of the following:

- Local Manager
- Flight Operations Manager-on-Duty
- InFlight Manager-on-Duty
- Safety Concern Hotline at 435.634.3322
- Employee Relations at 888.273.9994

## 4. Referrals to the Employee Assistance Program (EAP)

A. Peers, leaders, or employees themselves who can reasonably conclude that an employee may be impacted by a psychological issue that is creating or may create an impairment to the employee's safety or their ability to perform their job duties may be referred to EAP. This referral should normally take place before significant performance or safety issues have been identified. The referral is executed by simply providing the impacted employee the contact information for EAP.

- Phone – 866.897.0834
- SkyWest Online Benefits Page – https://www.liveandworkwell.com

B. Follow-up and participation with EAP is not mandatory for the employee when a referral is made. SkyWest's EAP provider is prohibited by law from confirming one way or another if the employee contacted EAP, or to share any details of the employee's participation.

## 5. Fitness for Duty Evaluations

A. Fitness for duty evaluations are completed when a significant performance or safety issue(s) is identified with an employee, and a leader can reasonably conclude that a cause could be due to a psychological or physiological impairment as indicated above in this policy. Leaders initiate the process by contacting Employee Relations.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 6. Compliance and Requirements for Leaders

A. Notification of Policy

1) The Company's Substance Abuse/Misuse Prevention Program is outlined in writing and distributed to each individual at the time of hire. Information concerning the effects of alcohol and controlled substances on an individual's health, work, and personal life; signs and symptoms of an alcohol or a controlled-substances problem; and available methods of intervening when an alcohol or a controlled-substances problem is suspected, including confrontation and referral, are also provided.

B. Required Training for Leaders

1) SkyWest trains leaders of employees who perform safety-sensitive functions on their responsibility to recognize abuse, respond to reports of abuse, and how to initiate testing, as required. Initial supervisory training includes:

- Alcohol-related training
- Drug-related training
- Specific, contemporaneous physical, behavioral, and performance indicators of probable drug and alcohol misuse and/or abuse
- Recurrent training (as often as annually)

**NOTE:** Training records are maintained by Employee Relations.

C. Required Postings

The following information is located on SkyWest Online > Info Center > Documents > Required Workplace Posters and may be requested to display on employee bulletin boards by contacting Employee Relations at employeerelations@skywest.com.

- Educational information on the effects of drugs and alcohol
- Summary of SkyWest's Substance Abuse/Misuse Prevention Program policy
- Community service hotline numbers for employee assistance
- Employee Assistance Program (EAP)

Case 2:19-cv-00149-JNP Document 53-2 Filed 08/27/21 PageID.3098 Page 858 of 1277



Uncontrolled copy. Currency must be verified with the LESP before use.

INTENTIONALLY LEFT BLANK



SkyWest 000261

Uncontrolled copy. Currency must be verified with the LESP before use.

PARAGRAPH ... PAGE
**1. Purpose** ... **SP-153.1**
**2. Policy** ... **SP-153.1**
**3. Compliance** ... **SP-153.1**
**4. Testing Notification** ... **SP-153.2**
**5. Types of Testing** ... **SP-153.3**
**6. Collection Methods** ... **SP-153.6**
A. Alcohol ... SP-153.6
B. Drug ... SP-153.6
**7. Test Results** ... **SP-153.7**
A. Alcohol ... SP-153.7
B. Drug ... SP-153.7
**8. Conditional Reinstatement of Employment** ... **SP-153.8**
**9. Definitions and References** ... **SP-153.9**

## 1. Purpose

A. To outline the drug and alcohol testing processes and other related procedures that meet all regulatory and company requirements.

## 2. Policy

A. SkyWest Airlines is required by federal regulation and otherwise empowered to facilitate and require drug and alcohol testing when certain criteria is met.

## 3. Compliance

A. SkyWest's Drug Testing Program complies with applicable laws and regulations, including:

1) 14 CFR Part 120.105 Employees who must be tested

2) 14 CFR Part 120.109 Types of drug testing required

3) 14 CFR Part 120.215 Covered employees

4) 14 CFR Part 120.217 Tests required

5) 49 CFR Part 40 Procedures for Transportation Workplace Drug and Alcohol Testing Programs

B. Responsibility and Authority

1) The Vice President People is responsible for the implementation policy.

2) The Vice President People has given authority to the Director Human Resources to ensure SkyWest meets its regulatory responsibilities listed in this policy and to:

a) Review this policy, Company Policy Manual SP 152 Fitness for Duty, and SkyWest Ops Spec A449 Antidrug and Alcohol Misuse Prevention Program at least on an annual basis to ensure accuracy and compliance.

b) Oversee audits and other processes in place that ensure compliance.

Uncontrolled copy. Currency must be verified with the LESP before use.

3) SkyWest's Designated Employer Representative(s) is responsible for the proper execution and compliance of this policy, including, but not limited to:

a) Conducting quarterly audits immediately prior to a random draw to verify all safety-sensitive employees are included and non-safety-sensitive employees are excluded.

b) Ensure a Company, non-DOT test is not administered in lieu of a DOT test, when applicable.

c) Review testing forms to ensure collections were properly completed and ensure tests are not canceled due to a failure to collect under direct observation.

d) Schedule applicable testing of all types while maintaining a secure system that tracks results.

e) All other duties noted in this policy, Company Policy Manual SP 152 Fitness for Duty, and as required by the Director Human Resources.

C. As the Department of Transportation (DOT) and/or FAA Regulations are amended and official guidance/interpretations are published, this policy is automatically amended, without the need for redrafting, to reflect and be consistent with those amendments and official guidance/interpretations. In such circumstances, the Company reserves the right to apply the amended requirements upon their effective date without giving prior notice to employees and/or applicants, unless such notice is required by the DOT or other applicable law. Authority for program changes made in the future as a result of official guidance or interpretations from the DOT may be requested from the Company's Designated Employer Representative (DER).

## 4. Testing Notification

A. Employees may be notified of a test by the DER on the Employee Relations team, manager-on-duty (MOD), an administrative employee, or a third party representative designated by the Company.

B. Before performing each alcohol or drug test, the Company notifies the employee whether or not the alcohol and/or drug test will be under the FAA Testing Regulations as a safety-sensitive employee.

C. All testing under the Company's policy is based on DOT protocol. Some procedural variation may occur during the individual tests, but all applicable requirements are met.

D. Upon notification of a test, full completion of all the testing requirements becomes the priority job responsibility for the employee.

1) The employee must proceed to the designated testing site without delay.

2) If the employee is concerned that their test conflicts with their schedule or may negatively impact operational performance, they should contact their immediate supervisor or their MOD. The employee's leader or MOD may consult Employee Relations to ensure testing requirements are met but may not remove the responsibility from the employee to complete the test.

3) If the required testing can be accomplished during the employee's regular shift without significant business impact, the employee is excused from their duties to complete the testing procedures.

E. Whether occurring during or between shifts, testing is deemed work time for the purposes of compensation and benefits for current employees.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 5. Types of Testing

A. Pre-employment Testing

1) Any individual tentatively selected for employment (conditional employee) must have a verified negative drug test result prior to employment.

> **NOTE:** SkyWest does not currently administer or require pre-employment alcohol testing.

2) Any employee transferring to a safety-sensitive position from a non-safety sensitive position within the Company will be required to undergo a pre-employment DOT drug test prior to the final approval of the transfer.

B. Reasonable Cause Testing

1) The Company requires an employee to submit to an alcohol and/or drug test when there is reason to believe the employee has violated the provisions of this policy or Company Policy Manual SP 152 Fitness for Duty and has engaged in alcohol/drug related conduct prohibited by FAA regulation or Company policy.

2) Determination that reasonable cause exists to require an alcohol and/or drug test must be based on specific, contemporaneous, articulable observations concerning the appearance, behavior, speech, and/or body odors of the employee. Observations may include indications of the chronic and withdrawal effects of controlled substances.

3) Where practicable, the reasonable cause determination is based on the observation of the employee by management employees. At least two supervisors, one of whom is trained in the detection of the symptoms of possible drug or alcohol use, shall substantiate and concur in the decision to test an employee who is reasonably suspected of potential impairment. The DER or a designated leader is able to assist in the decision to administer a reasonable cause drug and/or alcohol test.

4) Reasonable cause testing for alcohol occurs only if the observations forming the basis for the reasonable cause determination are made during, just preceding, or just after the employee performs safety-sensitive functions, and the alcohol test is administered during, just preceding, or just after the employee performs safety-sensitive functions.

5) When a reasonable cause alcohol test is not administered within two hours following the determination of reasonable suspicion, the supervisor must prepare and forward a record stating the reasons the alcohol test was not promptly administered.

6) When a reasonable cause alcohol test is not administered within eight hours following the determination of reasonable suspicion, the Company will cease attempts to administer an alcohol test and forward a record of the reasons for not completing the test.

C. Random Testing

1) Employees performing safety-sensitive functions are tested for alcohol at a minimum annual rate of 10% of the total number of safety-sensitive positions at the beginning of the calendar year, and for drugs at a minimum annual rate of 25% of the total number of safety-sensitive positions at the beginning of the calendar year, or at such annual rates as modified/established by FAA regulation.

Uncontrolled copy. Currency must be verified with the LESP before use.

2) Random selection is conducted using a computer-based scientifically valid method of selection. The selection process gives each employee an equal chance of being selected each time a selection is made.

3) The Company conducts a minimum of four selections annually, and the dates for administering random tests are calendared throughout the year.

> **NOTE:** When possible, each employee selected for testing is tested within the selection period but are subject to testing until the end of the testing year.

4) Random testing of employees is unannounced (i.e., no advance notice to the employee). Upon notification of selection for random drug and/or alcohol testing, each employee proceeds immediately to the designated testing site.

5) An employee is only tested while the employee is performing safety-sensitive functions, just before the employee is to perform safety-sensitive function, or just after the employee has ceased performing safety-sensitive functions.

> **NOTE:** Crewmembers who are required to complete a random test before or after a trip or during an overnight trip are compensated $20.

D. Post-Accident Testing

1) As soon as practical following an accident, damage, or incident, the Company tests employees for drugs and alcohol when that employee's performance of a job function is a possible contributing factor to the accident, damage, or incident. The Company may determine a test is not required using the best available information at the time of the determination that the employee's performance could not have contributed to the accident, damage, or incident.

2) DOT testing protocol will apply if the accident meets all of the following criteria:

   a) The accident associated with the operation of an aircraft which takes place between the time any person boards the aircraft with the intention of flight and all such person have disembarked.

   b) An accident in which any person suffers death or serious injury.

   c) An accident in which the aircraft receives substantial damage.

3) An employee who is subject to post-accident testing must remain available, or the Company may consider them to have refused to submit to testing. Persons subject to post-accident testing must refrain from consuming alcohol for eight hours following the accident, or until they submit to an alcohol test.

Uncontrolled copy. Currency must be verified with the LESP before use.

4) When a required post-accident testing is not administered within a reasonable time frame following the accident, the following action is taken:

| Time Elapsed | Action Required |
|---|---|
| 2 hours | If the employee has not received an alcohol test at this time, the supervisor shall prepare and maintain on file a record stating the reason the test was not promptly administered. |
| 8 hours | Cease attempts to administer an alcohol test, and prepare and maintain a record as described above. |
| 32 hours | If the employee has not received a drug test by this time, the Company shall cease attempts to administer the test and prepare and maintain a record as described above. |

**NOTE:** The Company may perform post-accident drug and/or alcohol testing for incidents not meeting the FAA definition of accident. All testing under the Company's policy is based on DOT protocol. Some procedural variation may occur during the individual tests, but all applicable requirements will be met.

E. Return-to-Duty Testing

1) The Company ensures a return-to-duty alcohol test is completed with a result indicating an alcohol concentration of less than 0.020 before an employee may return to duty to perform a safety-sensitive function after engaging in prohibited conduct concerning alcohol.

2) The Company ensures a return-to-duty drug test with a verified negative result is completed before an employee returns to duty to perform a safety-sensitive function after engaging in prohibited conduct concerning controlled substances.

F. Follow-Up Testing for DOT Violations

1) Following a determination of a DOT violation, employees may be placed in a follow-up testing program.

2) Follow-up testing after a DOT testing violation is unannounced and is under the clinical direction of a third party Substance Abuse Professional (SAP).

3) Follow-up DOT testing is conducted only when the employee is performing safety-sensitive functions, just before the employee is to perform safety-sensitive functions, or just after the employee has ceased performing safety-sensitive functions.

4) The number and frequency of follow-up tests are determined by the SAP but will consist of:

a) A minimum of six tests in the first year after the employee returns to work as required by 49 CFR Part 40 PROCEDURES FOR TRANSPORTATION WORKPLACE DRUG AND ALCOHOL TESTING PROGRAMS; and

b) For any additional period as determined by the SAP up to a total of five years.

5) Employees are not compensated for follow up testing.

Uncontrolled copy. Currency must be verified with the LESP before use.

G. Follow-Up Testing for Non-DOT Violations

1) Following a determination of a non-DOT failed drug or alcohol test, or as part of mandatory clinical requirements, employees may be placed in a follow-up testing program.

2) Follow-up testing for non-DOT violations is unannounced and is under the clinical direction of a SAP or designated substance abuse specialist provided by the Company's Employee Assistance Program (EAP).

3) Testing is conducted only when the employee is performing job functions, just before the employee is to perform their job functions, or just after the employee has ceased performing their job functions.

4) The number of tests and the length of the testing period is determined by a SAP or designated substance abuse specialist provided by the Company's EAP.

5) Employees are not compensated for follow up testing.

## 6. Collection Methods

### A. Alcohol

1) Evidential breath tests (EBTs) are used to test alcohol levels. SkyWest's DER is responsible to ensure the individuals using equipment owned and operated by SkyWest that conduct tests are trained and proficient in their use.

2) Alcohol testing is done at airport facilities when and wherever possible; otherwise, the employee is directed to an approved contracted testing location.

3) If an employee is unable to provide an amount of breath sufficient to permit a valid breath test due to a medical condition (also known as shy breath), the employee is taken to a licensed physician of the employer's choice for a medical evaluation.

### B. Drug

1) The Company has contracted with collection sites that are staffed by qualified personnel and equipped with necessary equipment to provide for the collection, security, temporary storage, and transport of urine specimens to the designated laboratory.

> **NOTE:** SkyWest Airlines contracts only with collection sites that follow specific guidelines to ensure both reliability and integrity of the testing program.

2) The collection procedures must allow the employee privacy, unless there is reason to believe that an employee may alter or substitute the specimen being provided. In that case, the collection procedure may be observed.

> **NOTE:** An observed specimen collection requires authorization by a SkyWest DER or designated representative.

3) When the employee experiences shy bladder (inability to provide an adequate test specimen) upon the first attempt, they are required to remain at the collection site for up to three hours and may drink up to 40 ounces of liquid. If after three hours, the employee is still unable to provide an adequate specimen, a medical evaluation is required to determine a medical condition.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 7. Test Results

### A. Alcohol

1) The employee is notified of the results immediately following the test.

2) If an alcohol test yields any of the results listed below, it is considered a violation.

   a) Refusal to take an alcohol test as defined by 49 CFR Part 40.261.

   b) Any action not in full compliance with testing protocol.

   c) Failure to produce a sufficient sample with no medical justification.

   d) A test result in which the breath alcohol concentration is 0.040 or greater.

   e) Any indication that an employee consumed any level of alcohol or product containing alcohol within eight hours of the time they were expected to report to work.

   f) On the job use.

   **NOTE:** An employee may be prohibited from performing job duties regardless of the amount of blood alcohol concentration level if it has been reasonably concluded that they are unfit for duty.

3) If an alcohol test yields a breath alcohol concentration of 0.020 or greater, the employee is to be immediately removed from performing safety sensitive job duties. The duration the employee is removed from duty is at the discretion of the company but must meet or exceed federal regulations listed in 14 CFR Part 120.221.

4) Employees who are removed from duty based on the results of an alcohol test are placed on Administrative Leave. During this time, the test results are reviewed, and the events related to the positive alcohol test are investigated by Employee Relations and the employee's chain of command. Additional requirements as outlined in this policy and Company Policy Manual SP 152 Fitness for Duty may be required of the employee.

5) Positive failed alcohol tests, or a test result with a blood alcohol concentration greater than 0.020 or greater, require corrective action up to and including termination of employment.

### B. Drug

1) Results from drug tests are usually available within 48 hours from the time of the test. All tests results will be verified by the designated MRO. If a drug test yields any of the results listed below, it is considered a failed test.

   a) Refusal to take a drug test.

   b) On the job use.

   c) Any action not in full compliance with testing protocol.

   d) Verified positive test result.

   e) Verified substituted or adulterated specimen.

Uncontrolled copy. Currency must be verified with the LESP before use.

2) Upon receipt of a test that indicates prohibited drug use, the employee will be placed on Administrative Leave. During this time, the test results are reviewed, and the events related to the positive drug test are investigated by Employee Relations and the employee's chain of command. Additional requirements as outlined in this policy and Company Policy Manual SP 152 Fitness for Duty may be required of the employee.

3) No later than 72 hours after receipt of notice of a verified positive test result, an employee may request the MRO arrange for testing of the second "split" specimen which was obtained during the collection of the primary specimen.

> **NOTE:** The cost of testing the split specimen is the responsibility of the employee; however, no employee will be denied testing of the second "split" sample due to financial reasons.

4) Positive drug tests result in corrective action up to and including termination of employment.

> **NOTE:** Flight attendants should refer to Flight Attendant Policy Manual SP 2334 Flight Attendant Drug and Alcohol Program (FADAP) for additional information.

## 8. Conditional Reinstatement of Employment

A. Employees terminated for a failed drug or alcohol test or fit for duty violation tied to substance abuse may be eligible for conditional reinstatement with the Company. The following conditions apply:

1) Employees must enter into a recovery program within 30 days of the termination date.

a) The program is designed by EAP and approved by Human Resources. EAP facilitates entrance into the program and monitors the former employee's compliance and progress.

b) The former employee must agree to the clinical requirements of the program. These requirements must be successfully completed before any consideration of reemployment.

c) The clinical requirements of the program are not disclosed to the Company, but EAP will report to Human Resources whether or not the former employee was compliant with the agreement.

d) The former employee is responsible for all of the costs associated with the recovery program, including consultations with SkyWest EAP, treatment, continuing care, etc.

2) Upon completion of the recovery program, a final approval for conditional reinstatement of employment is considered.

> **NOTE:** Reinstatement is contingent upon the joint approval of the department Vice President, and the Vice President People. This approval is discretionary and is based on satisfactory compliance with the recovery program.

Uncontrolled copy. Currency must be verified with the LESP before use.

3) The conditionally reinstated employee will be required to sign a conditional reinstatement agreement with the Company. Contents of this agreement include, but are not limited to:

a) The employee agrees to abstain from using any mind-alternating substances for the remainder of their career with the Company.

b) The employee enters a follow-up testing program and agrees to comply with all testing requirements without delay or protest.

c) The employee agrees to abide by any remaining clinical requirements they agreed to with EAP.

d) The employee agrees to abide by any other monitoring or sobriety management programs as assigned by the Company or EAP.

e) Any violations of the conditional reinstatement agreement will result in an involuntary termination of employment. The employee is not eligible for rehire.

4) Remaining provisions for reemployment are outlined in Company Policy Manual SP 54 Hiring under Rehire Policy.

**NOTE:** Pilot crewmembers should also refer to Pilot Policy Manual SP 3034 HIMS Program for additional information regarding substance abuse/misuse issues.

## 9. Definitions and References

**adulterated speciman**

a. A specimen that contains a substance that is not expected to be present in human urine, or contains a substance expected to be present but is at a concentration so high that it is not consistent with human urine.

If a specimen is reported by the laboratory to the donor/employee/applicant, they then have the right to have their split specimen tested.

If the MRO reports that the donor/employee/applicant has a verified adulterated test result, it is considered a refusal to take a drug test.

**alcohol**

a. The intoxicating agent in beverages (e.g., alcohol, ethyl alcohol, or other low molecular weight alcohols, including methyl or isopropyl alcohol).

**alcohol concentration**

a. The alcohol in a volume of breath expressed in terms of grams of alcohol per 210 liters of breath as indicated by an evidential breath test (EBT) under the FAA Testing Regulations.

**alcohol use**

a. The consumption of any beverage, mixture, or preparation (including any medication), containing alcohol.

Uncontrolled copy. Currency must be verified with the LESP before use.

**breath alcohol technician**; *acronym* **BAT**

a. An individual who instructs and assists individuals in the alcohol testing process and operates an EBT device.

**chain of custody**; *acronym* **COC**

a. The procedure used to document the handling of the urine specimen from the time the employee gives the specimen to the collector until the specimen is destroyed. This procedure uses the Federal Custody and Control Form (CCF).

**collection sites**

a. A network of physical locations and mobile facilities throughout the United States who collect testing specimens that meet DOT and Company drug and alcohol testing requirements.

**confirmation (confirmatory) drug test**

a. A second analytical procedure performed on a urine specimen to identify and quantify the presence of a specific drug or drug metabolite.

**confirmation (confirmatory) validity test**

a. A second test performed on a urine specimen to further support a validity test result. Validity testing determines whether a specimen is adulterated or substituted.

**confirmed drug test**

a. A confirmation test result is received by a Medical Review Officer (MRO) from a laboratory.

**designated employer representative**; *acronym* **DER**

a. Specific members of the drug testing team within Employee Relations serve as the Company's DER, and are responsible for the implementation and management of the Company's Substance Abuse/Misuse Prevention Program and this policy.

**medical review officer**; *acronym* **MRO**

a. The Company has contracted with the following to provide MRO services which includes the review of all drug test results:

National Diagnostics, Inc.
Dr. T.E. Simo
4600 Park Road, Suite 500
Charlotte, North Carolina 28209
Phone: (800) 272-3350
Fax: (980) 235-1999

Uncontrolled copy. Currency must be verified with the LESP before use.

**refusal to test**

a. Anytime the employee:

(1) Fails to appear for any test (except a pre-employment test) within a reasonable time, as determined by the employer, consistent with the applicable DOT agency regulations, after being directed to do so by the employer.

(2) Fails to remain at the testing site until the testing process is complete.

(3) Fails to provide a urine specimen for any drug test required by 49 CFR Part 40 PROCEDURES FOR TRANSPORTATION WORKPLACE DRUG AND ALCOHOL TESTING PROGRAMS or DOT agency regulations.

(4) In the case of a directly observed or monitored collection in a drug test, fails to permit the observation or monitoring of the employee's provision of a specimen.

(5) Fails to provide a sufficient amount of urine when directed, and it has been determined, through a required medical evaluation, that there was no adequate medical explanation for the failure.

(6) Fails or declines to take a second test as directed by the employer or collector.

(7) Fails to undergo a medical examination or evaluation, as directed by the MRO as part of the verification process, or as directed by the DER. In the case of a pre-employment drug test, the employee is deemed to have refused to test on this basis only if the pre-employment test is conducted following a contingent offer of employment.

(8) Fails to cooperate with any part of the testing process (e.g., refuses to empty pockets when so directed by the collector, behaves in a confrontational way that disrupts the collection process).

(9) Is reported by the MRO as having a verified adulterated or substituted test result.

Uncontrolled copy. Currency must be verified with the LESP before use.

**safety-sensitive positions**

a. Any employee who performs, either directly or by contract, a safety-sensitive function for the Company. As defined by the FAA Testing Regulations and for purposes of coverage under this policy, any employee performing safety-sensitive duties on a regular basis or who may perform these duties on an occasional or emergency basis (e.g., a supervisor, crewmember on reserve) is subject to mandated testing and the same prohibitions with respect to drug and alcohol use.

> **NOTE:** An employee is considered to be performing safety-sensitive duties during any period in which the employee is actually performing, ready to perform, or immediately available to perform safety-sensitive duties.

The following duties are considered to be safety-sensitive:

- Air traffic control duties
- Aircraft dispatcher duties
- Aircraft maintenance or preventive maintenance duties
- Aviation screening duties
- Flight attendant duties
- Flight crewmember duties
- Flight instruction duties
- Ground Security Coordinator (GSC) duties

**shy bladder**

a. The inability to provide an adequate specimen for a drug test.

**shy breath**

a. The inability to provide an amount of breath sufficient to permit a valid breath test.

**substituted specimen**

a. The specimen's creatinine and specific gravity values are so diminished they are not consistent with human urine.

Uncontrolled copy. Currency must be verified with the LESP before use.

PARAGRAPH PAGE

1. Policy ..... SP-154.1
2. Workplace Violence ..... SP-154.1
3. Weapons in the Workplace ..... SP-154.1

## 1. Policy

A. SkyWest Airlines has a “zero tolerance” policy regarding workplace violence and weapons in the workplace. This policy also describes consequences that will occur if an employee engages in this type of activity.

## 2. Workplace Violence

A. Zero tolerance means that SkyWest will not tolerate, under any circumstances, any physical harm, intimidation, or threats of harm by one or more employees towards another. Obscene, abusive, and/or threatening language or gestures are also unacceptable. Such behavior will have immediate and serious consequences that may include termination.

B. SkyWest defines violence, as any situation where an employee receives threatening communication, feels physically intimidated, or is deemed to be in danger of physical harm from another SkyWest employee, on or off company premises. This policy also applies to customers and visitors, and SkyWest will not condone any acts or threats of violence by any individual while they are engaged in business with or on behalf of SkyWest, on or off company premises.

C. To support this policy:

1) SkyWest will take action up to and including termination for any employee, customer, former employee, or visitor who violates the above policy.

2) SkyWest prohibits bringing firearms or weapons onto company premises with the single exception of deputized Federal Flight Deck Officers [see Paragraph 3.B below].

3) SkyWest will establish practical security measures to ensure the Company’s facilities are safe and secure, including limiting access to company facilities by the public, off duty, or former employees.

D. What this policy means to you as an employee:

1) Never make a threat, even if you are “just kidding.” All threats will be considered serious and may result in termination.

2) Report any threat or act of violence immediately to your supervisor, the People Department or any member of management.

## 3. Weapons in the Workplace

A. For purposes of this policy, any device considered to be a weapon by the Airport Police at the time will be considered a weapon.

B. Employees may NOT enter SkyWest facilities with any type of weapon at any time, with the exception of Federal Flight Deck Officers (FFDOs). FFDOs must operate in compliance with all FFDO rules and regulations when carrying weapons in order to qualify for this exception.

C. Toy and imitation weapons are subject to the same restrictions as real weapons and are not allowed on SkyWest facilities at any time.

D. An employee found carrying a concealed weapon will be turned over to the Police and will be subject to disciplinary action, which may include termination of employment.

E. Any employee who determines or speculates that an employee or visitor is carrying any kind of weapon should notify his/her supervisor who in turn will notify the director or manager of that facility.

F. Employees under NO circumstances should disarm another employee or visitor.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

PARAGRAPH PAGE

1. Policy .......... SP-155.1
2. Uniformed Employees .......... SP-155.1
3. Employees Working in an Office .......... SP-155.1

## 1. Policy

A. SkyWest Airlines employees must present a professional image in dress, grooming, and personal hygiene at all times. Any employee not in compliance with this policy must leave the Company premises immediately.

> **NOTE:** Non-exempt employees are not compensated for work time missed due to non-compliance of this policy.

## 2. Uniformed Employees

A. Employees required to wear uniforms or have specific dress codes must ensure their appearance is neat, clean, and in compliance with department policies.

> **NOTE:** Uniformed employees are expected to comply with departmental uniform standards at all times while in uniform, even when not on duty (e.g., meal or break periods, prior to or after work shifts).

## 3. Employees Working in an Office

A. Employees who work in office environments and have contact with the public, vendors, airline partners, or regulatory officials must wear business casual clothing and follow the guidelines below:

1) Employees must maintain personal hygiene and dress in a manner that is normally acceptable in a similar business environment.

> **NOTE:** - Perfume or cologne should be used sparingly or not at all.

2) Hair must be clean, combed, and neatly trimmed or arranged, regardless of length or employee gender.

3) Sideburns, moustaches, and beards must be neatly trimmed

B. The following includes, but is not limited to, attire which is unacceptable:

1) Oversized, revealing, or provocative clothing (e.g., sheer clothing, halter or tank tops, mini-skirts, non uniform-issued shorts, bathing suits).

2) Any clothing that is worn, torn, frayed, or has patches or holes.

3) Workout attire (e.g., sweatshirts, sweatpants, leotards, tights, jogging suits).

4) Bare or almost bare feet (e.g., flip flops, beach sandals).

5) Bandanas, ball caps, and other headwear, unless approved in a department-specific dress code (e.g., Maintenance, Customer Service, Flight Operations).

Uncontrolled copy. Currency must be verified with the LESP before use.

**INTENTIONALLY LEFT BLANK**

Uncontrolled copy. Currency must be verified with the LESP before use.

| PARAGRAPH | PAGE |
|---|---|
| 1. Purpose | SP-156.1 |
| 2. Definitions | SP-156.1 |
| 3. Use of Company Facilities | SP-156.1 |
| 4. Smoking in the Workplace | SP-156.1 |
| 5. Children in the Workplace | SP-156.1 |
| 6. Animals in the Workplace | SP-156.2 |
| 7. Corporate Building Use | SP-156.2 |
| 8. Distribution or Solicitation by Non-Employees | SP-156.2 |
| 9. Distribution or Solicitation by SkyWest Employees | SP-156.2 |
| 10. SkyWest Facility Security Policy | SP-156.3 |

## 1. Purpose

A. To define and provide guidelines for the use of Company facilities as well as the distribution of non Company-related goods and literature at Company facilities.

## 2. Definitions

A. Company facilities are all properties, buildings, and worksites owned or leased by SkyWest Airlines.

## 3. Use of Company Facilities

A. The Company may authorize a limited number of non-SkyWest endorsed/promoted fund-raising activities by employees on behalf of charitable organizations or co-workers. Employee participation must be conducted outside of Company time and not interfere with job responsibilities.

> **NOTE:** Company time is the time during which an employee is required to be performing their job responsibilities/duties. Company time does not include the time before or after a scheduled shift or during breaks or meal periods.

## 4. Smoking in the Workplace

A. SkyWest prohibits smoking or the use of tobacco products (e.g., pipes, cigars, cigarettes, smokeless tobacco, vaping with e-cigarettes) unless in a designated area.

## 5. Children in the Workplace

A. SkyWest Airlines encourages a safe, effective work environment and does not permit children in the workplace except for the following circumstances:

1) Children are allowed in Company facilities for Company-approved activities and functions (e.g., Take Your Child to Work Day).

> **NOTE:** Prior approval by the department director is required and may be subject to restrictions.

Uncontrolled copy. Currency must be verified with the LESP before use.

2) When there is an emergency, the employee's child/children may be at the Company facility for a short period of time to allow alternative care arrangements to be made.

a) Management approval must be obtained prior to the child/children entering the facility.

b) Management may ask the child/children to leave if they are disruptive to the workplace.

> **NOTE:** The employee may be required to use vacation or user hours to resolve the above situation.

B. Sick children are prohibited in Company facilities.

C. In addition to vacation and user hours, Leaves of Absence are provided for employees to resolve child care issues. (Refer to Company Policy Manual SP 69 Leave of Absence (LOA) for more information.)

D. For the purpose of this policy only, a child is a person under the age of 18 who is in the legal custody of an employee.

## 6. Animals in the Workplace

A. Only service animals are permitted in the workplace. Before an employee may bring a service animal to any SkyWest facility, the employee must request and receive approval for an accommodation from management.

## 7. Corporate Building Use

A. Due to security issues and liability concerns, SkyWest does not allow the use of the Corporate Headquarters buildings for anything other than SkyWest business. Use of the building for outside activities (e.g., outside meetings or an election polling site) is prohibited.

B. Individuals not employed by the Company are prohibited from offering to sell merchandise or services, or engaging in any other solicitation, distribution, or similar activities on Company premises.

## 8. Distribution or Solicitation by Non-Employees

A. Individuals not employed by SkyWest Airlines may not distribute materials of any nature or solicit employees on Company premises at any time for any purpose.

> **NOTE:** This policy does not apply to outside vendors or suppliers who do business with the Company and whose solicitation or distribution benefits the Company's business or charitable organizations approved by the Company.

## 9. Distribution or Solicitation by SkyWest Employees

A. SkyWest Online provides a specific location for employees to post classified ads for the sale of personal items and supersedes the use of Company bulletin boards. All postings should be of a personal nature and must not represent an employee's outside business interest.

Uncontrolled copy. Currency must be verified with the LESP before use.

B. Company-maintained bulletin boards, employee lockers, and employee mailboxes are used to communicate Company information and to post notices required by law. Only persons designated by management may post or remove material from these bulletin boards. Personal postings must be authorized by local management. Management reserves the right to remove postings as necessary.

C. Distribution of goods or materials and/or solicitation by employees is prohibited during the Company time, as defined above, of either employee.

D. Distribution of literature or goods of any type is restricted to cafeterias, lunch/break/crew rooms, restrooms, and parking lots. Employees may distribute literature or products during their scheduled days and shifts but only during non-Company time (i.e., immediately before or after a scheduled shift/trip or during a break/meal period).

> **NOTE:** Distributions by employees must not interfere with operations, reduce employee efficiency, annoy passengers or other employees, result in a disruption of working employees, present a safety hazard, pose a threat to security, or cause a confrontational atmosphere. Distributing literature or any other material in a way that causes litter on SkyWest property is prohibited. All solicitation and distribution must comply with all local, state, and federal laws.

E. Failure to comply with this policy will result in corrective action up to and including termination.

## 10. SkyWest Facility Security Policy

A. SkyWest employees and authorized representatives are required to follow, enforce, and uphold all security procedures in effect at their facility.

B. All SkyWest employees are responsible to control access to SkyWest facilities at all times to:

- Prevent unauthorized access
- Ensure the safety of employees
- Ensure the security of Company property

C. All SkyWest employees must control access to SkyWest facilities by closing and securing all facility access doors.

D. Facility Managers must ensure all applicable TSA and SkyWest security policies and procedures are implemented at their facility.

E. Company-issued Identification (ID)

1) Company ID Badge

a) A valid and unexpired SkyWest-issued Company ID badge must be worn and clearly visible on outermost garment at all times while in a SkyWest facility.

b) Where airport SIDA ID is not provided, a valid and unexpired SkyWest-issued Company ID badge must be worn at all times in secured and/or controlled areas, including all non-public areas of the applicable airport.

c) Employees must not access Company facilities using another employee's Company ID badge.

d) Employees must not wear a Company ID badge that was not issued to them by SkyWest Airlines.

e) Employees not in possession of a valid and unexpired Company ID badge will be denied unescorted access to the facility until they are in possession of a valid Company ID badge.

Uncontrolled copy. Currency must be verified with the LESP before use.

2) Trainee ID Badge

   a) Trainees in SkyWest facilities must wear a SkyWest-issued trainee badge clearly visible on outermost garment.
   b) Trainee ID badges may only be issued to designated training facilities.
   c) Training facilities must obtain trainee badges through Employment Standards.
   d) Trainees in possession of a SkyWest-issued trainee ID badge may be allowed unescorted access while in SkyWest training facilities.
   e) Individuals must not access Company training facilities using a trainee ID badge that was not issued to the intended individual.
   f) Trainee ID badges must be returned upon completion of assignment and surrendered upon request.
   g) Facility managers or designees must report misplaced or lost trainee ID badges to Employment Standards.

3) Visitor ID Badge

   a) Visitors to SkyWest facilities must wear a SkyWest-issued visitor ID badge clearly visible on outermost garment.
   b) Facility managers or designees must obtain visitor ID badges through Employment Standards.
   c) Visitors must be escorted or controlled at all times by a badged SkyWest employee.
   d) Visitors will not be issued a visitor ID badge or allowed access to the facility until an authorized individual arrives to provide escort.
   e) Visitor ID badges are non-transferrable. Visitor ID badges must be signed out by the individual and returned upon completion of Company business.

4) Vendor ID Badge

   a) Vendors to SkyWest facilities must wear a SkyWest-issued vendor ID badge clearly visible on outermost garment.
   b) Vendor ID badges must be obtained through Employment Standards.
   c) Vendors must successfully complete a criminal history records check (CHRC) prior to being issued a vendor ID badge.
   d) Vendors in possession of a SkyWest-approved vendor ID badge may be allowed unescorted access to SkyWest facilities.
   e) Vendors in possession of SkyWest-approved vendor ID badge may escort individuals with Company Visitor ID badges.
   f) Individuals must not access Company facilities using a vendor ID badge that was not issued to the intended individual.
   g) Vendor ID badges must be returned upon completion of assignment and surrendered upon request.

5) Company-issued ID badges must be controlled and not left in vehicles or public areas.

6) SkyWest employees must immediately report lost, stolen, or misplaced Company ID badges to their supervisor. Refer to Company Policy Manual SP 157 Company Property for reporting procedures.

Uncontrolled copy. Currency must be verified with the LESP before use.

7) To prevent unauthorized access, SkyWest employees must challenge individuals not displaying Company-approved ID badges in SkyWest facilities.

a) SkyWest employees must report unauthorized individuals to a supervisor and/or Facility Manager.

b) Unauthorized individuals must be escorted out of the facility.

**NOTE:** Should an employee feel threatened or consider their personal safety is at risk, do not engage and contact a supervisor or manager immediately.

F. SkyWest employees must report suspicious activity, vehicles, or items to the Facility Manager.

1) When a suspicious item is found, the employee must not move it.

2) The Facility Manager must report the suspicious item to local law enforcement and the Security Manager-on-Duty at 435.634.3321.

G. SkyWest employees are required to report security incidents, threats, deficiencies, and concerns.

1) Immediate security threats must be immediately reported to law enforcement via 9-1-1.

2) Security incidents, threats, deficiencies, and concerns must be reported via the employee reporting system. Refer to Safety Concern Reporting Program SP 4912, Crewmember IOR User Guide, or Non-Crewmember IOR User Guide.

Uncontrolled copy. Currency must be verified with the LESP before use.

**INTENTIONALLY LEFT BLANK**

Uncontrolled copy. Currency must be verified with the LESP before use.

**PARAGRAPH** **PAGE**

1. Purpose ........ SP-157.1
2. Definitions ........ SP-157.1
3. Company Property ........ SP-157.1
4. Uniforms ........ SP-157.1
5. Identification (ID) Badges ........ SP-157.2
6. Company Materials ........ SP-157.3
7. Company Vehicles ........ SP-157.4

## 1. Purpose

A. To define the policies and procedures for the issuance, use, control, and return of Company property.

## 2. Definitions

A. Company property includes, but is not limited to:

- Company cell phones and other mobile communication devices
- Company credit cards
- Company materials
- Company vehicles
- Identification (ID) badges
- Keys to SkyWest properties and/or airport facilities
- Known crewmember (KCM) barcode tags
- Laptop computers
- Manuals
- Parking permits
- Travel cards
- Uniforms

## 3. Company Property

A. Company property issued to or currently held by employees is tracked and a replacement value assigned.

B. Upon job change or termination of employment, employees must return all Company-issued property. When items are not returned to the Company's possession, on or before the date of job change or termination, SkyWest submits the replacement value of all unreturned items to an agency for collection from the former employee.

> **NOTE:** The funds withdrawn from the employee's check are reimbursed when the Company receives the returned property

## 4. Uniforms

A. Employees must return all uniform pieces purchased by the employee using Company funds.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 5. Identification (ID) Badges

A. Identification (ID) Badges

1) Initial ID badges (SkyWest and Airport Authority) are provided to each employee at SkyWest Airlines' expense.

2) ID badges must be worn and clearly visible on the outermost garment at all times when in secured areas and while in all SkyWest facilities.

> **NOTE:** - Flight attendants may refer to InFlight Operations Manual SP 1000 Attachment 5 Security (Identification (ID) Badges paragraph) for clarification of this requirement while on board a SkyWest aircraft.

3) Each employee is responsible to challenge anyone not wearing the appropriate ID badge in a secure area or SkyWest facility.

4) In order to maintain compliance with federal regulations, SkyWest leaders and their designees are responsible to accurately track and destroy ID badges when applicable.

5) Employees are responsible to ensure ID badges that are issued are kept secure and must return any badge to the issuing organization upon request.

6) Airport-issued Security Identification Display Area (SIDA) and SkyWest-issued ID must not be copied or reproduced in any form. This act can be considered fraud as outlined in 49 CFR Part 1540.103 and 49 CFR Part 1540.105.

B. Stolen or Lost Badges

1) When a SkyWest ID badge is stolen:

a) The employee must report it immediately to their manager and Employment Standards (ES).

(1) Employee Standards reports the stolen ID to the Manager Security, who notifies the Transportation Security Administration (TSA) as required by regulation.

b) The employee must also complete an airport police report regarding the stolen ID badge.

2) When a SkyWest ID badge is lost:

a) The employee must report it immediately to their manager.

b) Employee Standards must be notified if the ID badge is not recovered within 72 hours.

c) The employee must complete a police report if the ID badge is not recovered within 72 hours.

3) Employees may be subject to corrective action and/or replacement fees for lost badges.

4) ID badges are the property of SkyWest Airlines and/or the Airport Authority and must be returned upon demand. Failure to do so results in the Company reporting the employee's name/badge to the appropriate federal authorities as stolen property.

Uncontrolled copy. Currency must be verified with the LESP before use.

C. Replacement or Exchange of SkyWest ID Badges

1) SkyWest Airlines accepts full responsibility for costs related to badges needed for exchange. The following are examples of a qualifying badge exchange:

a) Damaged badges in which the visibility or usage of the badge is compromised.

b) The badge no longer registers or grants access properly.

c) A verified name change.

d) An employee's change in position or job duties that requires modification to the badge.

e) When the Company or a regulatory agency requires an updated photograph.

f) Badge has an expired date.

D. Known Crewmember Barcode Tags

1) Barcode tags must be controlled to minimize the risk of cards being lost or stolen prior to and after crewmember registration.

a) Lost or stolen KCM barcode tags (card or keychain tag) must be immediately reported by the affected crewmember to their chief pilot or chief flight attendant (CFA) who notifies ES via phone, email, or using the Replacement Badge Agreement form located on SkyWest Online > Info Center > Documents > Company (tab) > Forms > Employee Forms.

b) Replacement tags are only permitted after reporting lost, stolen, or worn out tags to a chief pilot or CFA and ES.

2) Known crewmember barcode tags are controlled under the following distribution process:

a) An email request for barcode tags is sent by ES to the Director Security Operations A4A.

b) The Director Security Operations A4A submits the barcode tag request to Aeronautical Radio, Incorporated (ARINC).

c) Aeronautical Radio, Incorporated sends the barcode tags to ES.

d) Employment Standards assigns the individual barcode tag an alphanumeric code in each crewmember's iManage profile and distributes the barcode tags to the crewmember's domicile Administrative Assistant.

e) The domicile Administrative Assistant delivers the individual barcode tag to each eligible/active crewmember in their domicile.

## 6. Company Materials

A. Materials include but are not limited to supplies, parts, and discarded or expired components.

B. Removal of Company materials from the worksite for whatever reason must be approved by a supervisor or manager.

C. The personal use of Company materials is prohibited unless approved in writing by an employee's manager.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 7. Company Vehicles

A. For insurance and regulatory reasons, Company requirements with regard to operating Company vehicles are defined below and apply to those employees whose essential job functions include driving vehicles. This policy applies to all SkyWest vehicles and ground equipment, as well as rental cars used for Company business.

**NOTE:** Under no circumstance can a SkyWest vehicle be used for any purpose other than for Company business.

B. Requirements

1) Documentation

a) The employee must have a current, valid state driver's license.

b) The employee must have a valid credential issued by an airport that authorizes driving on an Aircraft Operations Area (AOA), when applicable.

2) Disclosure of Major Traffic Violations

a) Employees whose essential job functions include driving vehicles are required to report major traffic violations to their manager, whether the infraction involves a SkyWest vehicle or not. Examples of major violations include but are not limited to:

(1) Any incident involving a SkyWest vehicle, ground equipment, or car rental that results in an accident.

(2) Any speeding violation in excess of 25 miles per hour (MPH).

(3) Any driving under the influence (DUI), driving while intoxicated (DWI), or similar offense.

(4) Any hit and run accident or similar offense.

b) When a major violation is made known, the Company may be required to take one or more of the following actions:

(1) Place the employee on a watch list, by which their driving record while performing SkyWest job responsibilities is closely monitored for a period of time.

(2) Prohibit the employee from driving any Company vehicles or ground equipment for a period of time or permanently.

(3) Corrective action up to and including termination of employment.

3) Motor Vehicle Records Check

a) Employees whose essential job functions include driving SkyWest vehicles or ground equipment are subject to an annual motor vehicle records check by the Company.

4) Safe Driving

a) Employees must follow all laws and safe driving rules when driving a vehicle for business purposes whether the vehicle is a rental, Company-owned, or an employee's personal vehicle. These laws and rules include:

(1) Obeying all applicable driving and traffic laws.

(2) Not using a radar detector.

(3) Not using a cell phone or other mobile technology device while operating the vehicle.

(4) Not speeding or driving in a reckless or unsafe manner.

(5) Avoiding any behavior that could distract from safe driving.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

**INTENTIONALLY LEFT BLANK**

Uncontrolled copy. Currency must be verified with the LESP before use.

**PARAGRAPH** **PAGE**


1. **Policy** ..... **SP-158.1**
2. **Scope** ..... **SP-158.1**
3. **Authorized Spokespersons** ..... **SP-158.1**
4. **Unintentional Disclosures** ..... **SP-158.2**
5. **Responding to Inquiries** ..... **SP-158.2**
6. **Market Rumors** ..... **SP-158.2**
7. **Communications with the Investment Community** ..... **SP-158.3**
8. **One-on-One Meetings or Calls** ..... **SP-158.3**
9. **Presentations and/or Speeches** ..... **SP-158.3**
10. **Earnings Call** ..... **SP-158.4**
11. **Forward-Looking Statements** ..... **SP-158.4**
12. **Analyst Reports** ..... **SP-158.4**
13. **Quiet Period** ..... **SP-158.4**
14. **Failure to Comply with Policy** ..... **SP-158.5**
15. **Questions** ..... **SP-158.5**


## 1. Policy

A. SkyWest, Inc. (SkyWest) is committed to the fair disclosure of material information without advantage to any particular party in compliance with applicable securities laws, including Regulation Fair Disclosure (Regulation FD), as promulgated by the Securities and Exchange Commission (SEC). Regulation FD prohibits the selective disclosure of material nonpublic information to certain enumerated persons. The regulation is intended to eliminate situations where SkyWest may disclose important nonpublic information, such as earnings warnings, to securities analysts or selected institutional investors before disclosing the information to the general public. Regulation FD requires that, whenever SkyWest (or a person acting on its behalf) intentionally discloses material nonpublic information to a member of the investment community (as described below), SkyWest must simultaneously disseminate the information to the public.

SkyWest's directors and management believe it is in SkyWest's best interest to maintain an active and open dialogue with stockholders, other investors, securities market professionals (such as brokers, dealers, and investment advisers), investment companies and analysts (collectively, the investment community) regarding SkyWest's historical performance and future prospects. SkyWest believes it can best create stockholder value by publicly articulating its strategies, business strengths, and growth opportunities through an active dialogue, while at the same time guarding its need for confidentiality about key business and operating strategies. This Corporate Disclosure Policy (the Policy) confirms SkyWest's practice of developing and maintaining realistic investor expectations by providing material information on a broadly disseminated basis.

## 2. Scope

A. This Policy covers all directors, officers, employees, and independent contractors of SkyWest and its subsidiaries (Covered Individuals), with respect to their interactions and communications with the investment community on SkyWest's behalf.

## 3. Authorized Spokespersons

A. Only the Authorized Spokespersons identified below may communicate on behalf of SkyWest to the investment community, except as otherwise provided by this Policy. The Authorized Spokespersons are:

- Chief Executive Officer
- Chief Financial Officer

Uncontrolled copy. Currency must be verified with the LESP before use.

- Chief Accounting Officer, and
- Investor Relations Officer (which individual may be one of the individuals listed above)

Other individuals designated from time to time by the individuals listed above may be authorized to speak on behalf of SkyWest with respect to a particular topic or purpose for which such individuals are so designated.

## 4. Unintentional Disclosures

A. If it is determined that potentially material nonpublic information regarding SkyWest has been disclosed unintentionally, the Investor Relations Officer or his designee must be notified immediately. In such an event, the Investor Relations Officer (or such individual's designated representative) shall direct SkyWest's efforts to comply with all applicable laws and regulations, including Regulation FD. If SkyWest learns that it has unintentionally disclosed material nonpublic information, it must publicly disseminate the information "promptly," and in no event later than 24 hours after learning of such unintentional disclosure.

## 5. Responding to Inquiries

A. Covered Individuals (other than the Authorized Spokespersons) are not permitted to respond to inquiries from the investment community unless specifically authorized to do so by the Investor Relations Officer. Inquiries from analysts, security holders and the investment community received by any Covered Individual other than an authorized Spokesperson should be forwarded to the Investor Relations Officer.

B. If practicable, planned conversations should include the Investor Relations Officer (or such individual's designated representative). It should be determined in advance whether it is intended that any material nonpublic information be disclosed. If so, the material nonpublic information should be disclosed prior to, or simultaneously with, the planned conversation by the issuance of a press release, the filing or "furnishing" of a report on Form 8-K, or other means reasonably designed to provide broad, non-exclusionary distribution of the information to the public.

## 6. Market Rumors

A. It is not generally SkyWest's practice to comment on market rumors or speculation. Upon learning that rumors about SkyWest are circulating, Authorized Spokespersons should state that it is SkyWest's policy not to comment on rumors or speculation. Covered Individuals should refer requests to the Investor Relations Officer. SkyWest may, however, respond to rumors or speculation in certain circumstances including (i) upon request by a stock exchange or regulatory agency, or (ii) if the Investor Relations Officer determine such response is appropriate.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 7. Communications with the Investment Community

Only Authorized Spokespersons are permitted to participate in conversations with the investment community on behalf of SkyWest, except as otherwise provided by this Policy.

A. Any time an Authorized Spokesperson determines to disclose or discuss nonpublic SkyWest information with any member of the investment community, there must be a determination made prior to such disclosure, in consultation with the Investor Relations Officer and other departments as appropriate, whether the information is material. Information is considered to be material if there is a substantial likelihood that a reasonable investor would consider it important in making a decision to buy, sell, or hold a security or where the fact is likely to have a significant effect on the market prices of the security. Both positive and negative information may be material.

B. If the determination is made that the information to be disclosed is material, the information must be disclosed via means reasonably designed to provide broad, non-exclusionary distribution to the public (e.g., a press release or Form 8-K) before or at the same time that the information is disclosed to the investment community. The public disclosure may either disclose the material information or, it is issued prior to disclosure to the investment community, may disclose that a conference call and/or webcast will be held to disclose the information. The public must be given adequate advance notices of any conference call and/or webcast and the means of accessing it.

C. In such conversation, authorized Spokespersons have likely not disclosed material nonpublic information if they discuss only SkyWest's:

- Previously disclosed information
- Non-material information
- Generally known industry-related information

Similarly, such discussions may not be deemed to consist of material nonpublic information to the extent they cover SkyWest's general long-term strategy, goals, history, mission, or historical financial information that is publicly available.

D. Use of social networks, including corporate blogs, employee blogs, chat boards, Facebook, Twitter and the like, to disclose material nonpublic information is considered selective disclosure and would violate this policy.

## 8. One-on-One Meetings or Calls

A. Telephonic or face-to-face conversations with members of the investment community individually or in small groups are valuable components of SkyWest's investor relations program. SkyWest will not, however, issue new guidance, update SkyWest's previously issued guidance, or otherwise disclose material nonpublic information in these forums, other than pursuant to the guidelines set forth herein.

## 9. Presentations and/or Speeches

A. When practicable, SkyWest will announce publicly in advance presentations, teleconferences, or speeches. Prepared remarks and/or slide presentations to the investment community will generally be available on SkyWest's website. SkyWest will encourage organizers to make webcasting connectivity available for formal presentations. Breakout and other small group sessions at conferences will be addressed in the same fashion as one-on-one conversations with the investment community.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 10. Earnings Call

A. SkyWest anticipates that it will periodically conduct conference calls with the investment community to which the public will have access via webcast and/or telephone. Such conference calls must be open to analysts, media representatives, and the general public. Any such conference calls must be recorded and a replay of the call will also be available for a predetermined period after the call. SkyWest will announce via press release the date, time, and access information to access the call in real-time or the replay of the call. SkyWest will also post the information on its website at www.inc.skywest.com. SkyWest may also use automated e-mail and fax notification lists to enhance its ability to distribute information, including notice of press conferences and conference calls.

## 11. Forward-Looking Statements

A. SkyWest may, from time to time, make forward-looking statements in compliance with this Policy. A forward-looking statement made in SkyWest's documents will be identified and accompanied with meaningful cautionary language that warns the investment community that risks, uncertainties, and other factors could cause actual results to differ materially from the expectations expressed in the forward-looking statement. In the case of oral forward-looking statements, which will only be made in an acceptable forum (e.g., periodic webcast earnings call), the statements will be identified, and the Authorized Spokesperson will also include meaningful cautionary language that warns the investment community that risks, uncertainties, and other factors could cause actual results to differ materially from the expectations expressed in the forward-looking statement or refer the audience to a readily available written document (news release, information statement, or other publicly available regulatory filing) for the cautionary language.

## 12. Analyst Reports

A. SkyWest regards analyst reports as proprietary information belonging to the analyst's firm and will not provide such reports on SkyWest's website. Neither SkyWest nor its directors, officers, employees or independent contractors will review, confirm, endorse, adopt, or disseminate analysts' reports or earnings models. However, in certain limited circumstances, upon request, SkyWest may review specific factual assertions that an analyst intends to include in a report for the factual accuracy of historical information that is publicly available.

## 13. Quiet Period

A. In order to ensure fairness and prevent the unauthorized disclosure of earnings information or earnings guidance prior to announcement, SkyWest maintains a quiet period near the end of each fiscal quarter until the earnings data for such fiscal quarter is publicly released. During the quiet period, SkyWest will not:

- Participate in one-on-one or small group meetings with equity analysts or investors;
- Comment on SkyWest's business or financial outlook (including earnings guidance for the current quarters or year), unless SkyWest deems such statement(s) necessary or advisable; or
- Participate in question and answer and/or small group breakout sessions during equity conferences or after speeches, unless such sessions are made publicly available via webcast, teleconference, or some other means.

Uncontrolled copy. Currency must be verified with the LESP before use.

B. During the quiet period, SkyWest may continue to attend and participate in conferences and other forums in which its officers may give speeches or participate on panels in the same manner as discussed above under Presentations and/or Speeches. In addition, SkyWest will conduct its ongoing activities in compliance with Regulation FD and will consider implementing additional procedures during the above-described quiet period to ensure such compliance.

## 14. Failure to Comply with Policy

A. Because SkyWest is committed to the fair disclosure of material information without advantage to any particular party, SkyWest considers any material failure to comply with this Policy to be contrary to the best interests of SkyWest and its shareholders. Covered Individuals who violate this Policy may be subject to corrective action, including termination of employment.

## 15. Questions

A. Any questions or inquiries regarding this Policy should be addressed to the Investor Relations Officer.

Uncontrolled copy. Currency must be verified with the LESP before use.

**INTENTIONALLY LEFT BLANK**

Uncontrolled copy. Currency must be verified with the LESP before use.

| PARAGRAPH | PAGE |
|---|---|
| 1. Policy | SP-159.1 |
| 2. Media Relations | SP-159.1 |
| 3. Unauthorized Use of Recording Devices | SP-159.1 |

## 1. Policy

A. All media inquires and/or contact (including but not limited to phone calls, interviews, emails, or faxes) must be referred to Corporate Communications.

> **NOTE:** Individual responses to media without authorization are prohibited and may result in corrective action up to and including termination of employment.

## 2. Media Relations

A. Normal Operations

1) When approached by the media in the course of normal business operations, personnel should direct reporters to www.skywest.com and/or Corporate Communications.

2) With prior approval from Corporate Communications, the Vice President People, or the President & Chief Operating Officer, employees may speak with reporters. In the event an interview with an employee is required, Corporate Communications must approve the interview and participate in the employee's preparation prior to the interview.

B. Reported or Actual Emergencies

1) When a reported or actual emergency has already been reported, personnel may state they are aware of the reported incident/accident but do not have confirmed details. The media should then be advised to contact SkyWest Airlines Corporate Communications personnel who can address their questions more fully.

2) As the incident/emergency unfolds, official media statements will be forwarded by email to all SkyWest Airlines managers and posted to SkyWest Online Breaking News as well as www.skywest.com. Copies of these media statements may be distributed to members of the press if necessary.

## 3. Unauthorized Use of Recording Devices

A. Use of recording devices by employees while on duty, or when in public wearing SkyWest ID and/or uniform, is prohibited. Company images and information that may be associated with the Company, including aircraft photos and all other operational specifics, cannot be recorded for the purpose of public posting, commercial use, or use in any type of social media (e.g., email, blogging)

B. When a passenger or other non-SkyWest individual intends to use a recording device (camera, cell phone, etc.) to record activities, SkyWest personnel should not attempt to prevent the recording unless the individual attempts to:

1) Record in a secure area.

2) Interfere with employee duties.

3) Create an unsafe situation for themselves, others, or SkyWest employees.

4) Create a disturbance for other customers.

Uncontrolled copy. Currency must be verified with the LESP before use.

C. When an individual confronts a SkyWest employee with a recording device, the employee should decline to be identified and/or interviewed on camera and:

1) Ask if the person is recording and what they are trying to capture.

2) Communicate clearly to the individual the above prohibited recording situations.

3) Respond honestly, patiently, and politely to the individual while limiting responses to what would be allowed in a public address announcement.

D. If at anytime an individual refuses to comply with safety instructions or attempts to record in a secure area, employees are advised to escalate the situation per their safety and security training.

Uncontrolled copy. Currency must be verified with the LESP before use.


| PARAGRAPH | PAGE |
|---|---|
| 1. Policy | SP-160.1 |
| 2. Scope | SP-160.1 |
| 3. The SkyWest Logo | SP-160.1 |
| 4. Usage of the SkyWest Logo by Employees | SP-160.1 |
| 5. Vendor Usage | SP-160.2 |
| 6. Departmental or Related Logos | SP-160.2 |


## 1. Policy

A. This document outlines the logo usage policy of SkyWest Airlines, Inc. The guidelines presented here establish a means to protect the SkyWest trademark and to provide clear instructions for use of the SkyWest logo.

B. The specifications within this guide should not be varied or adapted in any way without the prior consultation and approval of the SkyWest Manager-Marketing.

C. The SkyWest trademark is a valuable business asset, and should be treated with care and respect. In order to preserve trademark rights, all logo usage must be consistent with these guidelines and the SkyWest Identity Standards found on SkyWest Online (SkyWest Online > Information > Media Library > Identity Standards). Failure to do so can result in disciplinary action.

D. SkyWest reserves the right, in its sole discretion, to terminate or modify permission to display the SkyWest logo at any time.

## 2. Scope

A. For the purpose of this policy, the SkyWest logo includes but is not limited to the company logo in all forms, livery, and any kind of graphic element (photographs or illustrations) consistently linked with the Company. Types of usage referred to in this policy include but are not limited to: e-mail usage including as a background, as clipart, in a signature, etc.; all logo usage; use in PowerPoint presentations; use in manuals; and use in signage.

## 3. The SkyWest Logo

A. Key to the success of SkyWest Airlines' logo is proper and consistent use. This identity, used in text and represented by visual design elements, is the extension of SkyWest Airlines in all communications. Consistent brand expressions based on these guidelines will build recognition, trust, and strength of both the brand and the Company.

B. The SkyWest signature is a registered trademark. Pre-approved artwork includes the registered trademark indicator (®). Addition of the registered trademark indicator to unapproved artwork is prohibited.

## 4. Usage of the SkyWest Logo by Employees

A. All internal and external communications should help protect and grow the SkyWest brand, as well as approved strategic partner brands, and should be developed with adherence to the SkyWest Identity Standards. Modification or personal use of the SkyWest logo is not permitted.

B. SkyWest employees have a responsibility to protect and maintain the SkyWest logo and must follow the policy as stated here and the usage guidelines set forth in the SkyWest Identity Standards.

Uncontrolled copy. Currency must be verified with the LESP before use.

C. Even something as simple as a SkyWest e-mail signature can impact the brand. Employees should ensure that all e-mail messages and signature lines adhere to the SkyWest Identity Standards. To protect its integrity, the SkyWest logo, or any variation of it, may not be utilized as part of an e-mail signature. Additionally, no backgrounds may be used. All other standards set forth in the SkyWest Identity Standards apply.

D. Employees are not permitted to produce or have produced business cards, T-shirts, hats, or other promotional material indicating the SkyWest logo or SkyWest affiliation unless expressly approved by the SkyWest Manager-Marketing. SkyWest business cards must be approved by an employee's Director and ordered through the SkyWest People Department utilizing the form on SkyWest Online.

E. The SkyWest logo may not be used in any manner that expresses or might imply SkyWest affiliation, sponsorship, endorsement, certification or approval of any product or service without approval from the Manager-Marketing.

F. All usage should ensure the logo's integrity is preserved:

1) The logo may be used only as provided. Except as provided in the SkyWest Identity Standards, the logo cannot be altered in any manner, including size, proportions, colors, elements; or animated, morphed or otherwise distorted in its perspective or appearance.

2) The logo may not be altered to incorporate any other object, including, but not limited to other logos, icons, words, graphics, photos, slogans, numbers, design features, symbols, audio files or video files.

## 5. Vendor Usage

A. Any vendor seeking company logo or artwork must be referred to the SkyWest Manager-Marketing. Employees working with vendors on any company signage must contact the Manager-Marketing for the correct file types.

B. Once artwork is secured through the Manager-Marketing, it remains the responsibility of the requesting SkyWest employee to ensure the vendor correctly utilizes artwork according to the SkyWest Identity Standards.

C. SkyWest reserves the right, in its sole discretion, to terminate or modify permission to display the SkyWest logo at any time.

## 6. Departmental or Related Logos

A. Alteration of the SkyWest logo in any way for internal departments, Web sites, etc., is prohibited. Additionally, the development of individual department or division logos is prohibited unless specifically approved for internal use by the Manager-Marketing.

# EXHIBIT 15

SkyWest AIRLINES®

EMPLOYEE FORMS

# Employee Request for Religious Accommodation

PAGE 1 of 2 | REVISION Original | DATE 06/27/12

## Employee Information

Employee Name: Shane Andrew Cassell (First | Middle | Last) Employee Number: 051321

Original Hire Date: 11/7/2016 Position: Pilot / First Officer

Dept/Location: Training (TRG) Home Phone: (513) 338-9915

Manager Name: Jake Whicker Manager Phone: (801) 258-4527

## Accommodation Request Details

*Attach additional pages if necessary.*

1. Describe the purpose of your request for a religious accommodation.

The purpose is to request accommodations with work and training so that I am able to uphold my deeply held, sincere, religious convictions as a Seventh-Day Adventist Christian.

2. Describe how your religious beliefs limit your ability to perform the essential functions of your job. Please be as specific as possible.

As a Seventh-Day Adventist Christian, it is my deeply held, sincere, religious conviction that the period from Friday sundown through Saturday sundown is holy. In keeping with my beliefs on this subject, I am unable to be present for work or training functions during this time.

3. Describe the accommodation or modification being requested and explain how the accommodation will enable you to perform the essential functions of your job. Please be as specific as possible.

I am asking that I not be scheduled for work shifts or training functions during the period of Friday sundown through Saturday sundown. My religious convictions do not limit my ability to perform the essential functions of my job as a pilot. I am just requesting this time off each week.

4. Will you be able to perform all of the essential functions of your job if you receive the requested accommodation? ☒ Yes ☐ No If no, please describe the specific functions you will not be able to perform.

5. Are there any other modifications that would assist you in performing the essential functions of your job? ☐ Yes ☒ No If yes, please describe the other modification(s).

Employee Signature [signature] Date: 10/26/2016

# EXHIBIT 16

**SkyWest AIRLINES®**

October 27, 2016

Shane A. Cassell - 51321

RE: Memorandum of Agreement for Religious Accommodation Request

This Memorandum of Agreement is in response to a request for religious accommodation. The company has thoroughly reviewed the information Shane Cassell has provided both verbally and in writing, citing the specific religious observances and desire for company induced scheduling changes.

After extensive evaluation and consideration of the request as well as evaluation of the quality, safety, operational impact as well as training footprint structure for SkyWest, it has been determined that we are unable to honor the specific request with work scheduling. However, as an accommodation we have provided FO Cassell with tools to meet his religious requirements. Options include pursuit of schedule changes as defined by company and departmental resources (e.g. drop/trade shift, bid for desired work assignments, domicile staffing/available shifts).

As standard for all pilots, unexcused work assignment will be addressed as defined by the Flight Operations reliability program PPM 3006.

Thank you for engaging in this dialogue regarding your request. Should you have any questions, please contact me directly.

Coy K. Bryant
Mgr. Employee Relations

Jake Whicker
Mgr. CRJ Training | Flt Ops.

Shane A. Cassell
First Officer

My signature does not relinquish my request for religious accommodation.

# EXHIBIT 17

Scott M. Petersen, #7599
Tanner J. Bean, #17128
**FABIAN VANCOTT**
215 South State Street, Ste. 1200
Salt Lake City, Utah 84111-2323
Telephone: (801) 531-8900
Facsimile: (801) 596-2814
spetersen@fabianvancott.com
tbean@fabianvancott.com

*Attorneys for Defendant SkyWest Airlines, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH - CENTRAL DIVISION**

| | |
|---|---|
| SHANE ANDREW CASSELL,<br><br>Plaintiff,<br>v.<br><br>SKYWEST, INC., d/b/a SKYWEST AIRLINES,<br><br>Defendant. | **DEFENDANT'S RESPONSES TO PLAINTIFF'S FIFTH SET OF WRITTEN DISCOVERY TO DEFENDANT**<br><br>Case No. 2:19-cv-00149-JNP-EJF<br><br>Judge Jill N. Parrish<br>Magistrate Judge Evelyn J. Furse |

Defendant SkyWest Inc., d/b/a/ SkyWest Airlines ("Defendant" or "SkyWest"), pursuant to Rule 33 and 36 of the Federal Rules of Civil Procedure, hereby responds to Plaintiff Shane Andrew Cassell's Fifth Set of Written Discovery to Defendant as follows:

**PRELIMINARY STATEMENT**

SkyWest affirmatively states that the responses disclosed by SkyWest herein are based upon information and documents that are presently available to and specifically known by SkyWest and disclose only those contentions that presently occur to SkyWest. It is anticipated that further investigation, discovery, and analysis could supply additional facts, and meaning to

DEN in July 2018. Pilot 57893 stayed in DTW until becoming a line holder in April 2018.

**INTERROGATORY NO. 13**: If SkyWest had not refused to hire Shane Cassell in July of 2017 and if he had chosen Detroit as his first preference, would he have been assigned to that domicile (and if not, to which domicile would he likely have been assigned) and on what date.

**RESPONSE**: Yes, Mr. Cassell would have been assigned to the domicile of Detroit, approximately in August 2017.

**INTERROGATORY NO. 14**: For the domicile(s) you've identified in response to the previous interrogatory (i.e., Detroit or elsewhere) how long did the two FOs whose seniority numbers would have bracketed Cassell's remain on reserve status and when did they have enough seniority to bid lines.

**RESPONSE**: *See* Response to Interrogatory No. 12.

**INTERROGATORY NO. 15:** For the relevant period, indicate by month (or by bid period), where the two FOs whose seniority would have bracketed Cassell's stood on their domicile's seniority list for FOS (e.g., 180th out of 180, or 10th out of 180).

**RESPONSE**: *See* Excel document provided herewith.

<u>**REQUEST FOR PRODUCTION OF DOCUMENTS**</u>

**REQUEST NO. 18:** For each day during the relevant period, please produce the Crew Reliability Reports for FOs trained on the CRJ provided to managers that Mr. G[l]assey referred to in his deposition.

**RESPONSE:** *See* documents SkyWest_1956-2049 produced herewith.

**REQUEST NO. 19**: For the relevant period, produce the pay scales for FOs flying the CRJ and documents which show on average how many hours each FO in Detroit, Minneapolis, and Chicago were flying and how much each was being paid per month.

**RESPONSE**: *See* documents SkyWest_1952-1955 produced herewith.

DATED this 28th day of January, 2021.

**FABIAN VANCOTT**

/s/ *Tanner J. Bean*___________
Scott M. Petersen
Tanner J. Bean

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of January, 2021, I caused a true and correct copy of the foregoing **DEFENDANT'S RESPONSES TO PLAINTIFFS' FIFTH SET OF WRITTEN DISCOVERY TO DEFENDANT** to be served via email to the following:

Erik Strindberg
STRINDBERG & SCHOLNICK, LLC
675 East 2100 South, Suite 350
Salt Lake City, Utah 84106
erik@utahjobjustice.com

Todd R. McFarland
General Conference of Seventh-day Adventists
12501 Old Columbia Pike
Silver Springs, MD 20902
mcfarlandt@gc.adventist.org

*/s/ Tanner J. Bean*
Tanner J. Bean

# EXHIBIT 18

place at SkyWest, however I want SkyWest to work with me if or when I am assigned a flight or training exercise during the Sabbath hours. I do not want to be terminated over my sincere, deeply held religious beliefs.

On June 12, 2017 I chose to re-apply at SkyWest Airlines as I had been unable to find full time employment since the incident. I interviewed on June 22, 2017. In February of 2017, I chose to file a charge (charge number 540-2017-01195) due to the events that took place in November. After interviewing, I recieved a phone call from the head of employee relations, Mr. Coy Bryant. We spoke about how I needed to prove to the company that my religious beliefs would not get in the way of how the company operated. I provided a memorandum that stated my intent and plan of action to keep my religious beliefs from interfering with the company operations. I also started the process of dropping my charge, as I felt it may have a negative impact on my getting the job. I spoke with investigator Evette Cabiness, who had been assigned my case about dropping the charge, and it came to light that SkyWest Airlines had not even viewed the charge. She said that she would need to notify SkyWest Airlines a second time that there was a charge against them. I went ahead and started the process. On July 12, 2017 I recieved an email from SkyWest that they were not going to hire me. About a week later, I received a letter in the mail from the EEOC that the charge was officially dropped. I believe that SkyWest Airlines retaliated against me when it was brought to their attention that I had a charge filed against them, and that they also discriminated against me because of my religious beliefs.

10. What was the employer's stated reason for taking this action?

Safety

11. What is the name and title of the employer representative that made the decision in your case that brought about this event? (Identify this person's race, skin color, sex, and/or approximate age, as applicable.)

Mr. Jake Whicker
White male between forty and fifty years old approximately.

12. Provide any other information (medical documentation, witness statements, witness names and/or addresses) that you have available. Be sure and clarify what information witnesses can attest to.

13. Provide a list of names of persons who were treated better than you. Provide their (1) name, (2) race, age, color, national origin, sex and disability status (as applicable), and (3) job titles.

(c) 2006 Bobum Corp. No copyright claimed to U.S. Government works.

# EXHIBIT 19

**From:** Alan Reinach
**Sent:** Sunday, December 4, 2016 12:05 PM
**To:** Coy.Bryant@skywest.com
**Cc:** Shane Cassell <shanecassell1@gmail.com>; McFarland, Todd <McFarlandT@gc.adventist.org>
**Subject:** Shane Cassell -- religious accommodation request

Mr. Bryant: Mr. Cassell has been referred to you as the human resources manager who can properly address his request for religious accommodation. As a Seventh-day Adventist, he does not work from sundown Friday to sundown Saturday, a day he observes as the Sabbath, i.e., a religious day of rest. I believe you may already be aware of his situation from his manager, Mr. Jake Whicker. Mr. Cassell was forced to resign, or be fired, when his Sabbath accommodation was denied with respect to a portion of his pilot certification training. We believe this decision was made in error, and request your assistance in working out a suitable religious accommodation for Mr. Cassell so he can get his career with Sky West back on track. If you need any information from us, please don't hesitate to ask. We will appreciate the courtesy of a prompt reply.

CHURCH STATE COUNCIL

Alan J. Reinach, Esq.

Executive Director

Church State Council

2686 Townsgate Road

Westlake Village, CA 91361

805-413-7398 (direct)

www.churchstate.org

ajreinach@churchstate.org

CHURCH STATE COUNCIL

A Religious Liberty
Ministry of the Pacific
Union Conference of
Seventh-day Adventists

December 12, 2016

By email and regular mail
Todd C. Emerson
Director of Government and Legal Affairs
Sky West Airlines
444 South River Road
St. George, Utah 84790

Re: Religious discrimination claim of Shane Cassell

Dear Mr. Emerson:

I am in receipt of your letter of December 8th, and have reviewed it with our church's associate general counsel, Todd McFarland. Frankly, we find SkyWest's position extremely disturbing. You take the position that SkyWest has no obligation to provide religious accommodation to pilots who observe the Sabbath from sundown Friday to sundown Saturday as a religious obligation. This position is in direct violation of the company's duties under Title VII. You state this position based on your assumption – no facts are presented – that pilots "will absolutely and unavoidably be required to work on Saturday" until they gain sufficient seniority. This is pure speculation, something none of the Circuit courts tolerate.

For your information, there are Sabbath observers working as pilots and flight attendants in seniority based systems who have never worked on Sabbath, even from their date of hire.

But there is a more fundamental problem with your analysis: the seniority system did not come into play with respect to Mr. Cassell's constructive discharge. [He has been told, in writing, that if he did not resign he would have been terminated, so it clearly is a constructive discharge.] *Relieving Mr. Cassell of the obligation to complete his training class during Sabbath hours did not implicate any seniority issues.* In fact, it was more akin to a routine accommodation for someone with a disability. Mr. Cassell could have completed his training without doing so on Sabbath – seniority had nothing to do with his being forced to quit. To restate this in terms of the 5th circuit opinion you cite: no other employee would be denied their shift and/or job preference, or be deprived of their contractual rights in order to accommodate Mr. Cassell not completing flight training on Sabbath.

I urge you to reconsider your company's position.

Sincerely,

Alan J. Reinach, Esq.
Executive Director

Cc: Shane Cassell
Todd McFarland, Associate General Counsel
General Conference of Seventh-day Adventists

# EXHIBIT 20

**CHARGE OF DISCRIMINATION**

This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ FEPA<br>X EEOC | |

_______________ and EEOC
(State or Local Agency, If Any)

| NAME (Indicate Mr., Ms., or Mr | HOME TELEPHONE NUMBER (Include Area Code) |
|---|---|
| Shane Andrew Cassell | (513) 338-9915 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (*If more than one list below*).

| NAME | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| SkyWest Airlines | >4000 | (435) 634-3000 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 444 South River Road | St. George, Utah 84790 | Washington |

| NAME | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|
| | |

CAUSE OF DISCRIMINATION BASED ON (*Check appropriate box(es)*)

☐ RACE ☐ COLOR ☐ SEX X RELIGION ☐ NATIONAL ORIGIN

X RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER (*Specify*)

DATE DISCRIMINATION TOOK PLACE

| EARLIEST | LATEST |
|---|---|
| 11/30/2016 | 7/12/2017 |

CONTINUING ACTION

THE PARTICULARS ARE (*If additional space is needed, attached extra sheet(s)*)

On November 30, 2016 SkyWest Airlines refused to accommodate my need for a training date change due to it interfering with a sincere and deeply held religious belief I hold. Instead, I was told that there would be no accommodation made, and I was threatened with termination of my employment. To protect myself from being fired, I chose to resign. Due to this, I believe that SkyWest Airlines discriminated against me due to my religious beliefs and I filed a charge not long after.

On June 12, 2017, I reapplied to SkyWest Airlines with the hope that I could work around the scheduling conflict that I had in November. I interviewed on June 22, 2017, started the paperwork to drop my charge on June 29, 2017, and had several conversations in between those dates with the head of employee relations as to how my religious beliefs would not interfere with my ability to perform my job safely and to the best of my ability. However, on July 12 2017, they chose to not hire me. Not long afterwards, the charge was officially dropped. I believe that SkyWest chose not to hire me in part because of my religious beliefs and also due to the fact that I had an open charge against them at the time that they chose not to hire me. I am thus claiming retaliation and re-filing my charge.

I believe I have suffered religious discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964

I want this charge filed with the EEOC and the State FEPA. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – (When necessary to meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

09/19/2017 [signature]

Date Charging Party (*Signature*)

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE:
(Month, day and year)

EEOC FORM 5 (Rev. 07/99)

# EXHIBIT 21

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Phoenix District Office**

3300 N. Central Avenue, Suite 690
Phoenix, AZ 85012-2504
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Phoenix Status Line: (602) 640-5000
TTY (602) 640-5072
FAX (602) 640-5071

Shane Cassell
626 A Street
Lincoln, NE 68502

Subject: Dismissal of Charge
Charge Number: 540-2017-03519

Dear Mr. Cassell:

The purpose of this letter is to inform you that the EEOC has concluded its investigation of the above-referenced charge of employment discrimination. After reviewing the information in the file including the information you submitted, the EEOC does not believe that additional investigation would result in our finding a violation.

The EEOC has terminated its investigation into your allegations. While we fully understand that the parties to a charge often have very firm views that the available evidence supports their respective positions, our final determinations must comport with our interpretation of the available evidence and the laws we enforce. This letter, and the enclosed documents, will dismiss your case and no further action will be taken by the EEOC.

Enclosed is your Dismissal and Notice of Right to Sue. The Dismissal and Notice will explain your right to pursue the matter in court. If you want to pursue your charge, you may do so on your own by filing in Federal District Court within *90-days from the date that delivery of the Notice was* *attempted* *at your last known address of record or 90 days of receipt of the Notice, whichever is earlier. If you do not file a lawsuit within the required 90-day period, your right to file a lawsuit in this matter will expire and cannot be restored by EEOC.*

If you have any questions, please feel free to contact me at (602) 640-5031.

Sincerely,

DEC 07 2018
Date

A. Flores
Anick Flores
Supervisor

Cc: Alan J. Reinach, Esq.
CHURCH STATE COUNCIL

Church State Council
DEC 10 2018
RECEIVED

EEOC Form 161 (11/16)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

To: **Shane Cassell**
**626 A Street**
**Lincoln, NE 68502**

From: **Phoenix District Office**
**3300 North Central Ave**
**Suite 690**
**Phoenix, AZ 85012**

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **540-2017-03519** | **Anick Flores, Supervisor** | **(602) 640-5031** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)

**Elizabeth Cadle,**
**District Director**

DEC 0 7 2018
*(Date Mailed)*

cc:

**Coy Bryant**
**Employee Relations**
**SKYWEST AIRLINES**
**444 South River Road**
**Saint George, UT 84790**

**Alan J. Reinach, Esq.**
**CHURCH STATE COUNCIL**
**2686 Townsgate Rd.**
**Westlake Village, CA 91361**

# EXHIBIT 22

Erik Strindberg (Utah Bar No. 4154)
**STRINDBERG & SCHOLNICK, LLC**
675 East 2100 South, Suite 350
Salt Lake City, Utah 84106
(t) 801.359.4169
(f) 801.359.4313
email: erik@utahjobjustice.com

Todd. R. McFarland (*Pro Hac Vice)*
Associate General Counsel
Office of General Counsel
**General Conference of Seventh-day Adventists**
12501 Old Columbia Pike
Silver Springs, MD 20902-6600
(t) 301.680.6321
(f) 301.680.6329
Email: mcfarlandt@gc.adventist.org

*Attorneys for Plaintiff*

---

**IN THE UNITED STATES DISTRICT COURT DISTRICT OF UTAH**

---

| | |
|---|---|
| SHANE ANDREW CASSELL,<br><br>Plaintiff,<br><br>v.<br><br>SKYWEST, INC., d/b/a SKYWEST AIRLINES,<br><br>Defendant. | **PLAINTIFF'S RESPONSES TO DEFENDANT SKYWEST AIRLINES' REQUESTS FOR ADMISSIONS**<br><br>Case No.: 2:19-cv-00149-JNP-EJF<br><br>Judge Jill N. Parrish<br>Magistrate Judge Evelyn J. Furse |

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Plaintiff responds to these Requests as follows:

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that, at all times relevant to this lawsuit, you were aware SkyWest utilized a seniority-based bidding system to create work schedules for SkyWest pilots.

**ANSWER:**

Admit in part and denied in part. Plaintiff was told that SkyWest utilized a seniority-based bidding system but denies the Request in part as he believes that SkyWest's method for assigning bidding rights was not based solely on seniority. Plaintiff also recalls being told that during initial operating period (after he completed simulator training) that he would be assigned flights.

**REQUEST FOR ADMISSION NO. 2:**

Admit that, at all times relevant to this lawsuit, SkyWest's seniority-based bidding system creates monthly work schedules that are published several days in advance of the start of each month.

**ANSWER:**

Admitted in part and denied in part. Plaintiff was told that SkyWest published monthly work schedules in advance of each month. But Plaintiff denies the Request in part as he believes that SkyWest's method for assigning bidding rights was not based solely on seniority.

**REQUEST FOR ADMISSION NO. 3:**

Admit that, at all times relevant to this lawsuit, your sincerely held religious belief proscribed you from working as a commercial airline pilot on the Sabbath, which is defined as the period after sundown Friday continuing until sundown the following day (Saturday).

**ANSWER:**

Admitted in part and denied in part. Plaintiff's sincerely held religious belief does

proscribe him, in most circumstances, from working as a commercial airline pilot on the Sabbath, which is defined as sundown Friday continuing until sundown the next day (Saturday). However, the Request is denied in part because, as SkyWest was informed at the time Plaintiff applied for a position, "[i]f there is an unforeseen circumstance, such as (but not necessarily limited to) a maintenance delay at an outstation and my duty time is extended, I would be willing to fly the aircraft back to base as my concern for the safety and well-being of my passengers falls within my religious beliefs."

**REQUEST FOR ADMISSION NO. 4:**

Admit that, at all times relevant to this lawsuit, you would not violate this sincerely held religious belief (*i.e.*, working on the Sabbath) by operating a SkyWest flight which commenced during the Sabbath, which was assigned to you in advance by the seniority based bidding system, and which you were unable to exchange, swap, or drop under SkyWest's scheduling system.

**ANSWER:**

Admitted in part and denied in part. As set forth in response to the previous Request, Plaintiff had informed SkyWest that there were unforeseen circumstances under which he would have been willing to fly on the Sabbath. However, Plaintiff admits that if weeks before a flight date he had been assigned to a flight that started on the Sabbath, he would have not taken the flight. Plaintiff also incorporates his partial denials to requests for Admission 1 & 2.

Dated this 14th day of January, 2020.

/s/ *Erik Strindberg*
Erik Strindberg
*Attorneys for Plaintiff.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of January 2020, I caused a true and correct copy of the foregoing **PLAINTIFF'S RESPONSES TO DEFENDANT SKYWEST AIRLINES' REQUESTS FOR ADMISSIONS** to be served via email to the following:

Scott Petersen
Nathan Tenney
Jennifer Anzures
FABIAN VANCOTT
215 S. State Street, Suite 1200
Salt Lake City, Utah 84111
Telephone: (801) 531-8900
Facsimile: (801) 531-1716
spetersen@fabianvancott.com
ntenney@fabianvancott.com
janzures@fabianvancott.com

/s/ *Erik Strindberg*

# EXHIBIT 23

EXHIBIT 13

**From** Spencer Hinckley
**To** Coy Bryant
**Cc**
**Subject** Shane Cassell
**Date** 9/1/2016, 10:52:56 AM

Hello Coy,

We have hired Shane into a training class in November. While speaking about the schedule he notified me that he is a 7th day Adventist and cannot work on Saturdays. We have scheduled him into a CTP class that will allow him to not work on Saturday. However, He will definitely be scheduled for reserve duties on a Saturday when he is online. This will pose a problem for us. I wanted to give you a heads up so you can have that conversation with him.

Thanks,

Spencer Hinckley
Recruitment Specialist | People Department
SkyWest Airlines
O: 435.634.3345
M: 435.218.4324
Spencer.Hinckley@skywest.com

SkyWest_000026

# EXHIBIT 24

EXHIBIT 6

**From** Coy Bryant **Date** 10/27/2016, 4:13:00 PM
**To** Shane Cassell
**Cc**
**Subject** RE: Religious Accommodation Form

The other pilot that has requested Accommodation is Mikhail Belov. He gave me permission to disclose this information to you in hopes that you can coordinate your schedule.

**From:** Shane Cassell [mailto:shanecassell1@gmail.com]
**Sent:** Thursday, October 27, 2016 9:52 AM
**To:** Coy Bryant
**Subject:** Religious Accommodation Form

Hi Coy,

I have attached the completed religious accommodation form to this email. Again, I want to say thanks for working with me on this and I also want to assure you that my request for this day off is not to secure a time for me to spend at my leisure, but for a day of worship. These are deeply held beliefs of mine and have been since childhood. I'm excited to begin work with SkyWest and I will do everything I can to help maintain the companies excellent reputation and track record of success.

Shane

EXHIBIT 6

SkyWest AIRLINES®

**EMPLOYEE FORMS**

# Employee Request for Religious Accommodation

PAGE 1 of 2 | REVISION Original | DATE 06/27/12

Employee Name: Shane Andrew Cassell (First | Middle | Last)    Employee Number: 051321

Original Hire Date: 11/7/2016    Position: Pilot / First Officer

Dept/Location: Training (TRG)    Home Phone: (513) 338-9915

Manager Name: Jake Whicker    Manager Phone: (801) 258-4527

*Attach additional pages if necessary.*

1. Describe the purpose of your request for a religious accommodation.

The purpose is to request accommodations with work and training so that I am able to uphold my deeply held, sincere, religious convictions as a Seventh-Day Adventist Christian.

2. Describe how your religious beliefs limit your ability to perform the essential functions of your job. Please be as specific as possible.

As a Seventh-Day Adventist Christian, it is my deeply held, sincere, religious conviction that the period from Friday sundown through Saturday sundown is holy. In keeping with my beliefs on this subject, I am unable to be present for work or training functions during this time.

3. Describe the accommodation or modification being requested and explain how the accommodation will enable you to perform the essential functions of your job. Please be as specific as possible.

I am asking that I not be scheduled for work shifts or training functions during the period of Friday sundown through Saturday sundown. My religious convictions do not limit my ability to perform the essential functions of my job as a pilot. I am just requesting this time off each week.

4. Will you be able to perform all of the essential functions of your job if you receive the requested accommodation? ☒ Yes ☐ No If no, please describe the specific functions you will not be able to perform.

5. Are there any other modifications that would assist you in performing the essential functions of your job? ☐ Yes ☒ No If yes, please describe the other modification(s).

Employee Signature [signature]    Date: 10/26/2016

☐ YES, a reasonable accommodation has been determined and will be implemented

☐ NO reasonable accommodation has been determined because

______________________________________________

______________________________________________

______________________________________________

Comments. ______________________________________________

______________________________________________

______________________________________________

______________________________________________

Manager Name ______________________________

Manager Signature ______________________________ Date ______________

# EXHIBIT 25

EXHIBIT 14

SkyWest AIRLINES

October 27, 2016

Shane A. Cassell - 51321

RE: Memorandum of Agreement for Religious Accommodation Request

This Memorandum of Agreement is in response to a request for religious accommodation. The company has thoroughly reviewed the information Shane Cassell has provided both verbally and in writing, citing the specific religious observances and desire for company induced scheduling changes.

After extensive evaluation and consideration of the request as well as evaluation of the quality, safety, operational impact as well as training footprint structure for SkyWest, it has been determined that we are unable to honor the specific request with work scheduling. However, as an accommodation we have provided FO Cassell with tools to meet his religious requirements. Options include pursuit of schedule changes as defined by company and departmental resources (e.g. drop/trade shift, bid for desired work assignments, domicile staffing/available shifts).

As standard for all pilots, unexcused work assignment will be addressed as defined by the Flight Operations reliability program PPM 3006.

Thank you for engaging in this dialogue regarding your request. Should you have any questions, please contact me directly.

Coy K. Bryant
Mgr. Employee Relations

Jake Whicker
Mgr, CRJ Training | Flt Ops.

Shane A. Cassell
First Officer

My signature does not relinquish my request for religious accommodation.

# EXHIBIT 26

SkyWest AIRLINES

SUPERVISOR FORMS

# Termination / Final Check Request

PAGE 1 of 1 | REVISION 16 | DATE 06/01/13

Actual Termination Date: 11/30/16 Employee #. 51321

Employee Name: Shane Cassell Date of Hire: 9/8/16

Location: Training Department: Flight Operations Last Day Worked: 11/30/16

EXHIBIT 37 ARV

Termination Code 100 Resignation, Voluntary, Eligible for Rehire

Comments: Religious convictions prevented reported for an assigned shift

Company Property Returned:

| Yes | No | N/A | Item | Amount |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | Uniforms ☐ Part Time ☐ Full Time | $ |
| ☐ | ☐ | ☒ | InFlight Manual | $ 50 |
| ☐ | ☐ | ☒ | Liquor Fund | $ 20 |
| ☐ | ☐ | ☒ | SIDA Badge | $125 |
| ☐ | ☐ | ☒ | Facility Keys | $ 20 |
| ☐ | ☐ | ☒ | SkyWest ID Badge | $ 25 |
| ☐ | ☐ | ☒ | KCM | $ |
| ☐ | ☐ | ☒ | Parking | $ |

EFB returned

_____ Deduct from my final paycheck (employee's initials)

_____ Returned property documented in i-Manage, anything returned later can be documented by emailing Employmentstandards@skywest.com. Any outstanding property will be submitted for billing and collection

_____ Returned badges shredded or sent to Employment Standards at HDQ, all Proxy cards must be returned to HDQ

Method of Delivery

☐ Mail

☐ DBC Check

Address: _____

Attn: _____ Location: _____

Check #: _____ Fax #: _____ Time Needed: _____

Is Dayforce up to date ☐ Yes ☐ No (fax copy of timecard)

Hours Left to Pay Out

Regular: _____ Travel: _____

Overtime: _____ Taxable Per Diem: _____

Doubletime: _____ Non-Taxable Per Diem: _____

Training: _____ Other: _____

I have been informed Company Policy Manual SP 75 Termination Appeals Procedure may provide for an appeal of this termination. I understand I must call 888.273.9994 within five business days from today to have my request considered.

[signature] Date: 11/30/2016

Separated Employee's Signature

[signature] Phone: 801-219-4521

Department Manager's Name (sign and print)

[signature] Date: 11/30/16

Witness Signature

PAYROLL USE ONLY

User _____

Vacation _____

Stock _____

Deductions _____

Gross $_____

Net $_____

Requested By _____

Approved By _____

SkyWest_000037

# EXHIBIT 27

**Johanna Baker**

| | |
|---|---|
| **From:** | Chandler Larsen |
| **Sent:** | Monday, June 26, 2017 9:06 AM |
| **To:** | Monica Polad;Jaime Sorensen |
| **Subject:** | RE: Pilot Applicant For Review |

Oh yeah Coy and I have already talked about him because I knew they were going to regret him. Coy even called Ian and explained how he could make it work and how we can't discriminate based on religion, how we've hired others in the same situation, etc., etc. Based on conversations Coy has had with Shane we will probably have to get Todd in the loop.

Chandler Larsen
Recruitment & Hiring Specialist | People Department
SkyWest Airlines
O: 435.634.3338
M: 435.767.8110
chandler.larsen@skywest.com

**From:** Monica Polad
**Sent:** Monday, June 26, 2017 8:42 AM
**To:** Jaime Sorensen <Jsorensen@skywest.com>
**Cc:** Chandler Larsen <Chandler.Larsen@skywest.com>
**Subject:** FW: Pilot Applicant For Review

Do you think this is one we may need to take a closer look at? From the notes, it looks like the main reason he was reject was because of scheduling reasons, which it says in the interview notes due to his religion. Should we send this one to Coy?

Thanks!

Monica

EX NO. 30
Emerson
DATE 10.2.20
ASSOCIATED REPORTING & VIDEO

# EXHIBIT 28

EXHIBIT 11

Mr. Coy Bryant, et al. June 29, 2017

I understand that SkyWest management is seeking clarity regarding the pursuit of my religious beliefs in light of company policy. I would like to say up front that it has never been my plan nor intent to be a liability to SkyWest airlines as an employee. Since my graduation from university, I have observed from the outside as SkyWest has grown into a regional airline powerhouse. I have the utmost desire to contribute to the success that SkyWest is having in whatever way that I can. It has long been my dream to become an airline pilot, and within that become an airline pilot for SkyWest Airlines. Given my desire to be a pilot for SkyWest, I would like to assure SkyWest management that I will not let my religious beliefs come in the way of allowing SkyWest to operate and function as it always has, with a high level of quality, timeliness, and overall success. I rather feel the opposite. My religion has helped to shape the man that I am today and due to my religious beliefs, I have made the choice to abstain from drugs, alcohol, and an overall negative lifestyle. SkyWest can rest assured that I will represent the company with the utmost professionalism and integrity both on and off the clock. I realize that SkyWest cannot guarantee that I will be provided a schedule that will always allow me to observe my beliefs, therefore it has and will continue to be my intent to use the tools that SkyWest has provided to either bid out of, drop, or trade a shift that may conflict with my beliefs. I have mentors within SkyWest that understand the PBS system. They have offered to teach me how to properly use the system in order to create a schedule that both meets company and personal needs. I am willing to bid for the most undesirable flights, stay at the most junior base, and fly the most junior aircraft in order to avoid conflicts with corporate policy. If there was an unforeseen circumstance, such as (but not necessarily limited to) a maintenance delay at an outstation and my duty time is extended, I would be willing to fly the aircraft back to base as my concern for the safety and well-being of my passengers falls within my religious beliefs. As my tenure increases, my likelihood of conflict decreases due to my increase in seniority, allowing the system to work as designed.

I have the desire and work ethic to make sure that my religious beliefs do not interfere with the day to day operations at SkyWest Airlines. I want SkyWest to know this as well. I do not expect SkyWest to give me special or preferential treatment. At the same time, I appreciate SkyWest's stance as being an Equal Opportunity Employer. As such, if there is a need for an accommodation, I will also bring ideas and recommendations as to how we can work through the problem together so that SkyWest does not feel that I view my beliefs as an entitlement. Such an example could be a simulator breaking during initial training or recurrent training. If I was unable to resolve the issue outside of an accommodation (perhaps another pilot would be willing to trade with me), I would then bring ideas to the appropriate individuals as to how that specific situation could be resolved without interrupting operations while at the same time allowing me to hold to my religious beliefs.

Thank you for your consideration,

Shane Cassell

# EXHIBIT 29

Attorney Work Product

[redacted]

Begin forwarded message:

**From:** Coy Bryant <Coy.Bryant@skywest.com>
**Date:** July 11, 2017 at 6:31:58 PM EDT
**To:** Roy Glassey <Rglassey@skywest.com>
**Subject: memo regarding religious beliefs**

Roy,

Based on the attached email Employee Relations recommends we allow Shane Cassell an opportunity.
Certainly it is your call

**From:** Shane Cassell [mailto:shanecassell1@gmail.com]
**Sent:** Thursday, June 29, 2017 12:13 PM
**To:** Coy Bryant <Coy.Bryant@skywest.com>
**Subject:** memo regarding religious beliefs

Mr. Bryant,

EX NO. 33
Emerson
DATE 10.2.20
ASSOCIATED REPORTING & VIDEO

Please find the memo attached to this email.

Shane Cassell

# EXHIBIT 30

Glassey
02/24/2021
**44**
ARV

## Interview Questions

### Application and Document Review

| | |
|---|---|
| Interview - Tech | Daniel Richardson |
| Interview - HR | Jason Cordova |
| Interview - Debrief/CRM | Jeremy De Lange |
| Review of Flight Experience/Log Book | Yes |
| Interviewer Notes (Log Book, Flight Exp.) | Meets ATP requirements. Needs CTP. |
| Review of application questions and answers | Yes |
| Interviewer Notes (App Q&As) | na |
| Does applicant have 1st class medical? | Yes |
| Interviewer Notes (1st Class Med.) | |
| Does applicant have current FCC? | Yes |
| Interviewer Notes (FCC) | |
| Passport Review | Yes |
| Passport Notes | |

### HR Questions

| | |
|---|---|
| Have you previously interviewed for a pilot position at SkyWest? | Yes |
| If yes, when? | 8/12/2015 |
| Interviewer Notes (previously interviewed) | Was hired by SkyWest but felt he needed to help his currant employer. He was promoted to Chief Pilot and has gained valuable management experience in the past year. |
| As noted on the application, SkyWest submits a PRIA request for applicants. Is there anything that hasn't been disclosed previously, that may reflect on your PRIA (including CHECK RIDE FAILURES, LINE CHECK FAILURES, ACCIDENTS/INCIDENTS, RELEASED FROM ANY PHASE OF A PART 135/121 COMPANY, ACTION TAKEN AGAINST YOU BY THE FAA)? | na |
| Interviewer Notes (PRIA) | na |
| Have you had any disciplinary action, verbal or written, as a pilot or flight instructor? | No |
| Interviewer Notes (disciplinary action) | na |
| Have you ever been discharged or terminated as a pilot or flight instructor by a previous employer? | No |

| | |
|---|---|
| Interviewer Notes (previous discharge). | na |

## CRM Scenario

| | |
|---|---|
| Decision Making/Problem Solving | 3 |
| Assertiveness | 3 |
| CRM/Crew Communication | 4 |
| External Communication/Articulation | 3 |
| Attitude/Willingness to Participate | 3 |
| Performance in Role Assigned | 3 |
| Situational/Positional Awareness | 4 |
| Tasking/Organization/Prioritization | 3 |
| Ability to perform in 121 Environment | 3 |
| Debrief | 3 |
| Total Score | 32 |
| CRM Scenario Notes | Played captain role. Given situation again he would've called mx to find out of there was a history of faulty messages. He thought FO took good initiative. FO called for a hold and company to run checklists and procedures. Crew forgot to call FA's and make PA announcements. Decided to divert from ORD to MKE given current wx conditions and operational functionality. |

## Behavioral Based Interview

| | |
|---|---|
| Background/Flying | 3 |
| Education | 3 |
| Personal Appearance/Dress/Poise | 4 |
| Professionalism | 4 |
| Attitude/Willingness to Participate | 4 |
| Loyalty/Respect | 4 |
| Core Values Assessment | 3 |
| Communication Skills | 3 |
| Honest/Open/Integrity/Accountability | 4 |
| Total Score | 32 |
| Behavioral Interview Notes | Shane has a great attitude and demonstrates the qualities that SkyWest Aviators are known for. He has used the time since his |

| | |
|---|---|
| | last interview to develop supervisory skills and mature as a person. He is conscious of what it takes to be an excellent employee and I am confidant with his dedication to SkyWest. |

Technical Evaluation

| | |
|---|---|
| Flying Experience and Education | 4 |
| Attitude and Accountability | 4 |
| Current Aircraft Systems and Limitations Knowledge | 3 |
| Aerodynamics and Performance | 3 |
| Jeppesen Enroute and Approach Plate Knowledge | 4 |
| FAR Knowledge (including 91.175) | 4 |
| Turbine Engine and/or Propeller Theory | 3 |
| Advanced Aircraft Systems Knowledge | 2 |
| Weather (including Summer and Winter Ops) | 4 |
| Emergency, Abnormal, and Normal Procedures | 4 |
| Total Score | 35 |
| Technical | Shane did a great job and prepared well for his interview. He did a nice job on FAR's, |

| | |
|---|---|
| Evaluation Notes | aerodynamics, Engine Theory, Weather, Jepps, and airport environment.<br><br>He struggled on AC/DC power, and admitted that it wasn't his strong suit. We teach electrical, so I don't think that he needs a spin up, but I am going to recommend some self study on the topic. He also was wrong on finding a FAF, but we already debriefed it and I think that debrief is all we will need. No spin up needed. |

Simulator Evaluation

ATC Phraseology

Decision Making

Missed Approach

Holding

Nav Radio Management

Airspeed Control

Position Awareness

Debrief / Overall Attitude

Total Score

Supplemental Questions

During your career as a pilot, what was the most critical situation you've encountered so far? How did you handle it?

Can you tell us about a success in your flying career?

Can you tell us about a failure / disappointment that you've had during your flying career? What did you learn from that experience?

Have you ever worked with a First Officer who questioned a decision that you made?

Have you ever disagreed with a Captain's decision? How did you handle it?

What is your definition of situational awareness?

What is your biggest weakness in your flying ability today?

What do you feel will be your biggest challenge in a Part 121 training environment?

What one thing would you change in your current work environment?

## Written Test

SkyWest Written Test Score

## Debrief

| | |
|---|---|
| Accept Feedback/Take Responsibility | 4 |
| Overall Attitiude/Demeanor | 4 |
| Loyalty and Commitment to Skywest | 4 |
| Professionalism/Appearance- end of day | 4 |
| Applicant's Input | 3 |
| Total Score - Debrief | 19 |
| CRM Debrief | |
| Sim Debrief | |
| Technical Debrief | Self Study, brushing up on electrical systems. |
| HR Debrief | |
| Study Debrief | |

## Interviewer Hiring Suggestion

| | |
|---|---|
| Hire Status | Hire |
| Aircraft Preference | CRJ |
| Recommended for Spin Up Program? | No |
| If Spin up is recommended, what are the terms? | |

Additional Comments
Available after October 1, 2016. Shane did a great job. He did above average on all phases of the interview, no spin up needed, just a little brushing up and self study before class. Shane was hired at SkyWest roughly a year ago, and when his current employer found out, he was offered the chief pilot position. Shane decided to decline the offer to SkyWest because he thought it was a good career move. After this past year, he's decided that he would prefer an airline career and seems excited to have another opportunity to fly at SkyWest.

## Interview Questions

| Application and Document Review | |
|---|---|
| Interview - Tech | Troy King |
| Interview - HR | Jason Cordova |
| Interview - Debrief/CRM | Troy King |
| Review of Flight Experience/Log Book | Yes |
| Interviewer Notes (Log Book, Flight Exp.) | Completed ATP written in November<br>Meets all other requirements |
| Review of application questions and answers | Yes |
| Interviewer Notes (App Q&As) | |
| Does applicant have 1st class medical? | Yes |
| Interviewer Notes (1st Class Med.) | |
| Does applicant have current FCC? | Yes |
| Interviewer Notes (FCC) | |
| Passport Review | Yes |
| Passport Notes | |

| HR Questions | |
|---|---|
| Have you previously interviewed for a pilot position at SkyWest? | No |
| If yes, when? | 7/15/2015 |
| Interviewer Notes (previously interviewed) | Given an offer and declined in favor of Chief pilot position at Air Scout.<br>August 2016<br>Accepted offer, encountered a scheduling conflict in training. See notes below. |
| As noted on the application, SkyWest submits a PRIA request for applicants. Is there anything that hasn't been disclosed previously, that may reflect on your PRIA (including CHECK RIDE FAILURES, LINE CHECK FAILURES, ACCIDENTS/INCIDENTS, RELEASED FROM ANY PHASE OF A PART 135/121 COMPANY, ACTION TAKEN AGAINST YOU BY THE FAA)? | Resigned from SkyWest training during Matrix session. Thought ground school would be 8-5 Monday through Friday. He was not able to maintain a commitment outside of this schedule. |
| Interviewer Notes (PRIA) | na |

| | |
|---|---|
| Have you had any disciplinary action, verbal or written, as a pilot or flight instructor? | No |
| Interviewer Notes (disciplinary action) | na |
| Have you ever been discharged or terminated as a pilot or flight instructor by a previous employer? | No |
| Interviewer Notes (previous discharge). | na |

CRM Scenario

| | |
|---|---|
| Decision Making/Problem Solving | 3 |
| Assertiveness | 3 |
| CRM/Crew Communication | 3 |
| External Communication/Articulation | 3 |
| Attitude/Willingness to Participate | 3 |
| Performance in Role Assigned | 3 |
| Situational/Positional Awareness | 3 |
| Tasking/Organization/Prioritization | 3 |
| Ability to perform in 121 Environment | 3 |
| Debrief | 3 |
| Total Score | 30 |
| CRM Scenario Notes | Shane performed the role as CA/PM for the scenario. He had good communication with ATC and his crew; requesting information and updating ATC with a medical issue in the cabin. His crew give him good prompts to progress the scenario to a good ending. He didn't have to make a tough decision to turn down a bad idea; but recognized that what was suggested were good ideas. For his experience, he performed fair. |

Behavioral Based Interview

| | |
|---|---|
| Background/Flying | 2 |
| Education | 3 |
| Personal Appearance/Dress/Poise | 3 |
| Professionalism | 2 |
| Attitude/Willingness to Participate | 2 |
| Loyalty/Respect | 2 |
| Core Values Assessment | 3 |

| | |
|---|---|
| Communication Skills | 3 |
| Honest/Open/Integrity/Accountability | 3 |
| Total Score | 23 |
| Behavioral Interview Notes | When asked what he was proud of when reviewing his logbook, he was happy the brag about all the girls he took up flying while in college<br>Used the same reference letters from his previous SkyWest interviews and simply changed the dates<br><br>Has been humbled by the experience<br>Has taken time to evaluate priorities and focus on the more important things in life<br>He is more willing to give assistance and to ask for it when he needs it.<br>Recognizes how big of a deal it is to have a third chance.<br>Appreciates the opportunity.<br>Has a great attitude and will respond in a positive way regardless of today's outcome. |

Technical Evaluation

| | |
|---|---|
| **FAR's:**<br>1,2,3 rule, Alternate mins, Cloud clearances, Exemption 3585, FAR 91.175, Max Holding Speeds, Max Airspeeds around Class B, Military Intercept Procedures, LAHSO requirements, Aircraft required documents (ARROW), Squawk codes | 2 |
| **Aerodynamics:**<br>Critical Engine, Swept Wing, Crit Mach/Tuck/Coffin Corner, Stalls, Dutch Roll, Wake Turbulence Avoidance, V Speeds, Angle of Attack /Camber/Chord Line/Aspect Ratio, L/D Max, Types of Drag | 3 |
| **Turbine/Recip Engine Theory:**<br>Carburetors, Altitude based performance, Start Malfunctions, Internal components, ie. stators, diffusor, compressors, ect., Start procedures, Free turbine/direct drive, N1/N2/ITT, Bleeds on/Off Takeoff, Compressor Stalls | 3 |
| **Systems:**<br>Hydraulic, Electrical, Types of Batteries, Inverters/Rectifiers, Jet pumps, Bleed air uses, Outflow valves, Magnetos, AC/DC, Volts/Amps | 3 |
| **Weather:**<br>TAF's, Ice, Thunderstorms, Warmfront vs Coldfront, METAR, Microbursts, Deicing | 2 |

| | |
|---|---|
| fluids, Virga, Lenticular clouds/status/cumulus | |
| **Jepps:**<br>Approach plate, SID, Star, Low Enroute, High Enroute | 3 |
| **Airport Signage:**<br>Describe a hold short line, Describe a taxiway sign, Describe a displaced threshold, What do yellow chevrons indicate, White painted lines vs. Yellow painted lines, Color of location vs. destination taxi signs, ILS critical area | 3 |
| **Honesty:** | 3 |
| **Attitude:** | 3 |
| **Flight Experience and Recency:** | 3 |
| Total Score | 28 |
| Technical Evaluation Notes | Had a couple weak areas but overall came in prepared. Studied Jepps but had some issues applying knowledge eg. FAP on ILS, D on a VOR is showing DME. Needs to go back over swept wing theory and Dutch roll to understand what is the root cause. If he brushes up and keeps studying he should be alright. |

## Debrief

| | |
|---|---|
| Accept Feedback/Take Responsibility | 3 |
| Overall Attitiude/Demeanor | 3 |
| Loyalty and Commitment to Skywest | 3 |
| Professionalism/Appearance-end of day | 3 |
| Applicant's Input | 3 |
| Total Score - Debrief | 15 |
| CRM Debrief | |
| Technical Debrief | |
| HR Debrief | Emphasized the reality of schedule bidding and reserve. Explained that we are a 24/7/365 operation. |
| Study Debrief | |

## Interviewer Hiring Suggestion

| | |
|---|---|
| Hire Status | For Review |

| | |
|---|---|
| Aircraft Preference | CRJ |
| Recommended for Spin Up Program? | No |
| If Spin up is recommended, what are the terms? | |

Additional Comments

Third interview
Declined once in favor of a chief pilot position at current job
Resigned from SkyWest training during Matrix session. Thought ground school would be 8-5 Monday through Friday. He was not able to maintain a commitment outside of this schedule
Has expressed unwillingness to be flexible with schedule without any acceptation
Based on his history with SkyWest and his schedule constraints, the team has concerns of reliability
Has a plan for negotiation with chiefs and schedules; however this may not be realistic when it comes to reserve and junior scheduling
When asked what he was proud of when reviewing his logbook, he was happy the brag about all the girls he took up flying while in college
Used the same reference letters from his previous SkyWest interviews and simply changed the dates

# EXHIBIT 31

EXHIBIT 1
(PARTIAL)

Gmail

Shane Cassell <shanecassell1@gmail.com>

## Thank you for Applying

3 messages

**SkyWest Recruitment Team** <skywest+email+3ojo-a7540006f9@agents.icims.com> Wed, Jul 12, 2017 at 1:39 PM
To: shanecassell1@gmail.com

SkyWest AIRLINES®

July 12, 2017

Dear Shane,

Thank you for interviewing for the First Officer Pilot 2017-2994 position at SALT LAKE CITY, Utah.

Many qualified individuals applied and were considered for this position. Again we appreciate you taking the time to interview with us. After careful consideration of all candidates and resumes, we regret to inform you that you were not selected for the position at this time; however, we encourage you to monitor our website (www.skywest.com/careers) for future job openings.

We wish you well in your future endeavors and thank you for expressing interest in SkyWest Airlines.

Regards,
SkyWest Airlines Recruitment

Follow us on Twitter, Facebook and LinkedIn

EX NO. 34
Emerson
DATE 10.2.20
ASSOCIATED REPORTING & VIDEO

# EXHIBIT 32

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 9/1/2017 | Friday | 49551 | MIL | DTW | FO | CRJ |
| 9/1/2017 | Friday | 52543 | MIL | DTW | FO | CRJ |
| 9/1/2017 | Friday | 53657 | MIL | DTW | FO | CRJ |
| 9/1/2017 | Friday | 53919 | SIC | DTW | FO | CRJ |
| 9/1/2017 | Friday | 55133 | MIL | DTW | FO | CRJ |
| 9/1/2017 | Friday | 56027 | EMR | DTW | FO | CRJ |
| 9/1/2017 | Friday | 56336 | FLA | DTW | FO | CRJ |
| 9/1/2017 | Friday | 57131 | MIL | DTW | FO | CRJ |
| 9/1/2017 | Friday | 57163 | EMR | DTW | FO | CRJ |
| 9/1/2017 | Friday | 57310 | MIL | DTW | FO | CRJ |
| 9/1/2017 | Friday | 57631 | ONP | DTW | FO | CRJ |
| 9/2/2017 | Saturday | 49551 | MIL | DTW | FO | CRJ |
| 9/2/2017 | Saturday | 51736 | SIC | DTW | FO | CRJ |
| 9/2/2017 | Saturday | 52543 | MIL | DTW | FO | CRJ |
| 9/2/2017 | Saturday | 54206 | SIC | DTW | FO | CRJ |
| 9/2/2017 | Saturday | 55133 | MIL | DTW | FO | CRJ |
| 9/2/2017 | Saturday | 56336 | FLA | DTW | FO | CRJ |
| 9/2/2017 | Saturday | 57131 | MIL | DTW | FO | CRJ |
| 9/2/2017 | Saturday | 57310 | MIL | DTW | FO | CRJ |
| 9/2/2017 | Saturday | 57631 | ONP | DTW | FO | CRJ |
| 9/3/2017 | Sunday | 49540 | SIC | DTW | FO | CRJ |
| 9/3/2017 | Sunday | 49551 | MIL | DTW | FO | CRJ |
| 9/3/2017 | Sunday | 51736 | SIC | DTW | FO | CRJ |
| 9/3/2017 | Sunday | 52543 | MIL | DTW | FO | CRJ |
| 9/3/2017 | Sunday | 53839 | SIC | DTW | FO | CRJ |
| 9/3/2017 | Sunday | 54206 | SIC | DTW | FO | CRJ |
| 9/3/2017 | Sunday | 55133 | MIL | DTW | FO | CRJ |
| 9/3/2017 | Sunday | 56336 | FLA | DTW | FO | CRJ |
| 9/3/2017 | Sunday | 57131 | MIL | DTW | FO | CRJ |
| 9/3/2017 | Sunday | 57310 | MIL | DTW | FO | CRJ |
| 9/3/2017 | Sunday | 57631 | ONP | DTW | FO | CRJ |
| 9/8/2017 | Friday | 49551 | MIL | DTW | FO | CRJ |
| 9/8/2017 | Friday | 52200 | EMR | DTW | FO | CRJ |
| 9/8/2017 | Friday | 52543 | MIL | DTW | FO | CRJ |
| 9/8/2017 | Friday | 53115 | OJI | DTW | FO | CRJ |
| 9/8/2017 | Friday | 53657 | MIL | DTW | FO | CRJ |
| 9/8/2017 | Friday | 54083 | SIC | DTW | FO | CRJ |
| 9/8/2017 | Friday | 54487 | EMR | DTW | FO | CRJ |
| 9/8/2017 | Friday | 54957 | EMR | DTW | FO | CRJ |
| 9/8/2017 | Friday | 55133 | MIL | DTW | FO | CRJ |
| 9/8/2017 | Friday | 55478 | EMR | DTW | FO | CRJ |
| 9/8/2017 | Friday | 55622 | EMR | DTW | FO | CRJ |
| 9/8/2017 | Friday | 55709 | EMR | DTW | FO | CRJ |
| 9/8/2017 | Friday | 56595 | EMR | DTW | FO | CRJ |
| 9/8/2017 | Friday | 57131 | MIL | DTW | FO | CRJ |
| 9/8/2017 | Friday | 57310 | MIL | DTW | FO | CRJ |
| 9/8/2017 | Friday | 57635 | MIL | DTW | FO | CRJ |
| 9/8/2017 | Friday | 57765 | MIL | DTW | FO | CRJ |
| 9/9/2017 | Saturday | 49551 | MIL | DTW | FO | CRJ |
| 9/9/2017 | Saturday | 52543 | MIL | DTW | FO | CRJ |
| 9/9/2017 | Saturday | 53115 | OJI | DTW | FO | CRJ |
| 9/9/2017 | Saturday | 53197 | EMR | DTW | FO | CRJ |
| 9/9/2017 | Saturday | 53657 | MIL | DTW | FO | CRJ |
| 9/9/2017 | Saturday | 54083 | SIC | DTW | FO | CRJ |

**Absence Code Key**

| | |
|---|---|
| SIC | Sick |
| EMR | Emergency |
| ONP | Off No Pay |
| ADM | Administrative Leave |
| FLA | Family Leave of Absence |
| MIL | Military Leave of Absence |
| EMV | Emergency (pulled from vacation bank) |
| FTG | Fatigue |
| OJI | On-the-job Injury |
| SAD | Scheduled Assignment Deviation |
| SKV | Sick (pulled from vacation bank) |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 9/9/2017 | Saturday | 54487 | EMR | DTW | FO | CRJ |
| 9/9/2017 | Saturday | 55133 | MIL | DTW | FO | CRJ |
| 9/9/2017 | Saturday | 55622 | EMR | DTW | FO | CRJ |
| 9/9/2017 | Saturday | 55709 | EMR | DTW | FO | CRJ |
| 9/9/2017 | Saturday | 57131 | MIL | DTW | FO | CRJ |
| 9/9/2017 | Saturday | 57310 | ONP | DTW | FO | CRJ |
| 9/9/2017 | Saturday | 57635 | MIL | DTW | FO | CRJ |
| 9/9/2017 | Saturday | 57765 | MIL | DTW | FO | CRJ |
| 9/10/2017 | Sunday | 49551 | MIL | DTW | FO | CRJ |
| 9/10/2017 | Sunday | 52543 | MIL | DTW | FO | CRJ |
| 9/10/2017 | Sunday | 53115 | OJI | DTW | FO | CRJ |
| 9/10/2017 | Sunday | 53197 | EMR | DTW | FO | CRJ |
| 9/10/2017 | Sunday | 53624 | FLA | DTW | FO | CRJ |
| 9/10/2017 | Sunday | 53657 | MIL | DTW | FO | CRJ |
| 9/10/2017 | Sunday | 54487 | EMR | DTW | FO | CRJ |
| 9/10/2017 | Sunday | 55133 | MIL | DTW | FO | CRJ |
| 9/10/2017 | Sunday | 55622 | EMR | DTW | FO | CRJ |
| 9/10/2017 | Sunday | 57131 | MIL | DTW | FO | CRJ |
| 9/10/2017 | Sunday | 57310 | ONP | DTW | FO | CRJ |
| 9/10/2017 | Sunday | 57635 | MIL | DTW | FO | CRJ |
| 9/10/2017 | Sunday | 57765 | MIL | DTW | FO | CRJ |
| 9/15/2017 | Friday | 49551 | MIL | DTW | FO | CRJ |
| 9/15/2017 | Friday | 51735 | EMR | DTW | FO | CRJ |
| 9/15/2017 | Friday | 52543 | MIL | DTW | FO | CRJ |
| 9/15/2017 | Friday | 53657 | MIL | DTW | FO | CRJ |
| 9/15/2017 | Friday | 54167 | EMR | DTW | FO | CRJ |
| 9/15/2017 | Friday | 54206 | EMR | DTW | FO | CRJ |
| 9/15/2017 | Friday | 54487 | SIC | DTW | FO | CRJ |
| 9/15/2017 | Friday | 55133 | MIL | DTW | FO | CRJ |
| 9/15/2017 | Friday | 55478 | EMR | DTW | FO | CRJ |
| 9/15/2017 | Friday | 56332 | MIL | DTW | FO | CRJ |
| 9/15/2017 | Friday | 57131 | MIL | DTW | FO | CRJ |
| 9/15/2017 | Friday | 57765 | MIL | DTW | FO | CRJ |
| 9/16/2017 | Saturday | 49551 | MIL | DTW | FO | CRJ |
| 9/16/2017 | Saturday | 52543 | MIL | DTW | FO | CRJ |
| 9/16/2017 | Saturday | 53657 | MIL | DTW | FO | CRJ |
| 9/16/2017 | Saturday | 54167 | EMR | DTW | FO | CRJ |
| 9/16/2017 | Saturday | 54487 | SIC | DTW | FO | CRJ |
| 9/16/2017 | Saturday | 55133 | MIL | DTW | FO | CRJ |
| 9/16/2017 | Saturday | 55478 | EMR | DTW | FO | CRJ |
| 9/16/2017 | Saturday | 56332 | MIL | DTW | FO | CRJ |
| 9/16/2017 | Saturday | 57131 | MIL | DTW | FO | CRJ |
| 9/16/2017 | Saturday | 57212 | MIL | DTW | FO | CRJ |
| 9/17/2017 | Sunday | 49551 | MIL | DTW | FO | CRJ |
| 9/17/2017 | Sunday | 52543 | MIL | DTW | FO | CRJ |
| 9/17/2017 | Sunday | 53657 | MIL | DTW | FO | CRJ |
| 9/17/2017 | Sunday | 54167 | EMR | DTW | FO | CRJ |
| 9/17/2017 | Sunday | 54178 | SIC | DTW | FO | CRJ |
| 9/17/2017 | Sunday | 54487 | SIC | DTW | FO | CRJ |
| 9/17/2017 | Sunday | 55133 | MIL | DTW | FO | CRJ |
| 9/17/2017 | Sunday | 55709 | EMR | DTW | FO | CRJ |
| 9/17/2017 | Sunday | 56332 | MIL | DTW | FO | CRJ |
| 9/17/2017 | Sunday | 57131 | MIL | DTW | FO | CRJ |
| 9/17/2017 | Sunday | 57212 | MIL | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 9/22/2017 | Friday | 49551 | MIL | DTW | FO | CRJ |
| 9/22/2017 | Friday | 52543 | MIL | DTW | FO | CRJ |
| 9/22/2017 | Friday | 53657 | MIL | DTW | FO | CRJ |
| 9/22/2017 | Friday | 55133 | MIL | DTW | FO | CRJ |
| 9/22/2017 | Friday | 55607 | SIC | DTW | FO | CRJ |
| 9/22/2017 | Friday | 56027 | SIC | DTW | FO | CRJ |
| 9/22/2017 | Friday | 56350 | MIL | DTW | FO | CRJ |
| 9/22/2017 | Friday | 56570 | SIC | DTW | FO | CRJ |
| 9/22/2017 | Friday | 57131 | MIL | DTW | FO | CRJ |
| 9/22/2017 | Friday | 57526 | FLA | DTW | FO | CRJ |
| 9/22/2017 | Friday | 57915 | EMR | DTW | FO | CRJ |
| 9/23/2017 | Saturday | 49551 | MIL | DTW | FO | CRJ |
| 9/23/2017 | Saturday | 52543 | MIL | DTW | FO | CRJ |
| 9/23/2017 | Saturday | 53657 | MIL | DTW | FO | CRJ |
| 9/23/2017 | Saturday | 53807 | EMR | DTW | FO | CRJ |
| 9/23/2017 | Saturday | 55133 | MIL | DTW | FO | CRJ |
| 9/23/2017 | Saturday | 55347 | SIC | DTW | FO | CRJ |
| 9/23/2017 | Saturday | 55607 | SIC | DTW | FO | CRJ |
| 9/23/2017 | Saturday | 56027 | SIC | DTW | FO | CRJ |
| 9/23/2017 | Saturday | 56152 | SIC | DTW | FO | CRJ |
| 9/23/2017 | Saturday | 56350 | MIL | DTW | FO | CRJ |
| 9/23/2017 | Saturday | 56570 | SIC | DTW | FO | CRJ |
| 9/23/2017 | Saturday | 57131 | MIL | DTW | FO | CRJ |
| 9/23/2017 | Saturday | 57526 | FLA | DTW | FO | CRJ |
| 9/23/2017 | Saturday | 57915 | EMR | DTW | FO | CRJ |
| 9/24/2017 | Sunday | 49551 | MIL | DTW | FO | CRJ |
| 9/24/2017 | Sunday | 52543 | MIL | DTW | FO | CRJ |
| 9/24/2017 | Sunday | 53657 | MIL | DTW | FO | CRJ |
| 9/24/2017 | Sunday | 55133 | MIL | DTW | FO | CRJ |
| 9/24/2017 | Sunday | 55602 | SIC | DTW | FO | CRJ |
| 9/24/2017 | Sunday | 55607 | SIC | DTW | FO | CRJ |
| 9/24/2017 | Sunday | 56152 | SIC | DTW | FO | CRJ |
| 9/24/2017 | Sunday | 56350 | MIL | DTW | FO | CRJ |
| 9/24/2017 | Sunday | 56570 | SIC | DTW | FO | CRJ |
| 9/24/2017 | Sunday | 57131 | MIL | DTW | FO | CRJ |
| 9/24/2017 | Sunday | 57526 | FLA | DTW | FO | CRJ |
| 9/24/2017 | Sunday | 57915 | EMR | DTW | FO | CRJ |
| 9/29/2017 | Friday | 49551 | MIL | DTW | FO | CRJ |
| 9/29/2017 | Friday | 52543 | MIL | DTW | FO | CRJ |
| 9/29/2017 | Friday | 53657 | MIL | DTW | FO | CRJ |
| 9/29/2017 | Friday | 54491 | SIC | DTW | FO | CRJ |
| 9/29/2017 | Friday | 55133 | MIL | DTW | FO | CRJ |
| 9/29/2017 | Friday | 55602 | SIC | DTW | FO | CRJ |
| 9/29/2017 | Friday | 56350 | MIL | DTW | FO | CRJ |
| 9/29/2017 | Friday | 57131 | MIL | DTW | FO | CRJ |
| 9/29/2017 | Friday | 57284 | EMR | DTW | FO | CRJ |
| 9/29/2017 | Friday | 57526 | FLA | DTW | FO | CRJ |
| 9/29/2017 | Friday | 57683 | EMR | DTW | FO | CRJ |
| 9/29/2017 | Friday | 57915 | EMR | DTW | FO | CRJ |
| 9/30/2017 | Saturday | 49551 | MIL | DTW | FO | CRJ |
| 9/30/2017 | Saturday | 52543 | MIL | DTW | FO | CRJ |
| 9/30/2017 | Saturday | 53657 | MIL | DTW | FO | CRJ |
| 9/30/2017 | Saturday | 54491 | SIC | DTW | FO | CRJ |
| 9/30/2017 | Saturday | 55133 | MIL | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 9/30/2017 | Saturday | 56112 | SIC | DTW | FO | CRJ |
| 9/30/2017 | Saturday | 56350 | MIL | DTW | FO | CRJ |
| 9/30/2017 | Saturday | 57131 | MIL | DTW | FO | CRJ |
| 9/30/2017 | Saturday | 57284 | EMR | DTW | FO | CRJ |
| 9/30/2017 | Saturday | 57526 | FLA | DTW | FO | CRJ |
| 9/30/2017 | Saturday | 57915 | EMR | DTW | FO | CRJ |
| 10/1/2017 | Sunday | 49551 | FLA | DTW | FO | CRJ |
| 10/1/2017 | Sunday | 52476 | EMR | DTW | FO | CRJ |
| 10/1/2017 | Sunday | 53657 | MIL | DTW | FO | CRJ |
| 10/1/2017 | Sunday | 54129 | EMR | DTW | FO | CRJ |
| 10/1/2017 | Sunday | 54491 | SIC | DTW | FO | CRJ |
| 10/1/2017 | Sunday | 55133 | MIL | DTW | FO | CRJ |
| 10/1/2017 | Sunday | 55602 | SIC | DTW | FO | CRJ |
| 10/1/2017 | Sunday | 56112 | SIC | DTW | FO | CRJ |
| 10/1/2017 | Sunday | 56165 | SIC | DTW | FO | CRJ |
| 10/1/2017 | Sunday | 56649 | EMR | DTW | FO | CRJ |
| 10/1/2017 | Sunday | 57526 | FLA | DTW | FO | CRJ |
| 10/1/2017 | Sunday | 57635 | MIL | DTW | FO | CRJ |
| 10/1/2017 | Sunday | 57915 | EMR | DTW | FO | CRJ |
| 10/6/2017 | Friday | 53624 | FLA | DTW | FO | CRJ |
| 10/6/2017 | Friday | 53657 | MIL | DTW | FO | CRJ |
| 10/6/2017 | Friday | 55133 | MIL | DTW | FO | CRJ |
| 10/6/2017 | Friday | 57163 | FLA | DTW | FO | CRJ |
| 10/6/2017 | Friday | 57635 | MIL | DTW | FO | CRJ |
| 10/7/2017 | Saturday | 53624 | FLA | DTW | FO | CRJ |
| 10/7/2017 | Saturday | 53657 | MIL | DTW | FO | CRJ |
| 10/7/2017 | Saturday | 55133 | MIL | DTW | FO | CRJ |
| 10/7/2017 | Saturday | 55515 | SIC | DTW | FO | CRJ |
| 10/7/2017 | Saturday | 56015 | SIC | DTW | FO | CRJ |
| 10/7/2017 | Saturday | 57163 | FLA | DTW | FO | CRJ |
| 10/7/2017 | Saturday | 57310 | MIL | DTW | FO | CRJ |
| 10/7/2017 | Saturday | 57635 | MIL | DTW | FO | CRJ |
| 10/8/2017 | Sunday | 21565 | SIC | DTW | FO | CRJ |
| 10/8/2017 | Sunday | 52543 | MIL | DTW | FO | CRJ |
| 10/8/2017 | Sunday | 53624 | FLA | DTW | FO | CRJ |
| 10/8/2017 | Sunday | 53657 | MIL | DTW | FO | CRJ |
| 10/8/2017 | Sunday | 55133 | MIL | DTW | FO | CRJ |
| 10/8/2017 | Sunday | 55515 | SIC | DTW | FO | CRJ |
| 10/8/2017 | Sunday | 56112 | SIC | DTW | FO | CRJ |
| 10/8/2017 | Sunday | 57163 | FLA | DTW | FO | CRJ |
| 10/8/2017 | Sunday | 57310 | MIL | DTW | FO | CRJ |
| 10/8/2017 | Sunday | 57635 | MIL | DTW | FO | CRJ |
| 10/8/2017 | Sunday | 57965 | ONP | DTW | FO | CRJ |
| 10/13/2017 | Friday | 51733 | SIC | DTW | FO | CRJ |
| 10/13/2017 | Friday | 53657 | MIL | DTW | FO | CRJ |
| 10/13/2017 | Friday | 55133 | MIL | DTW | FO | CRJ |
| 10/13/2017 | Friday | 56583 | EMR | DTW | FO | CRJ |
| 10/13/2017 | Friday | 57131 | MIL | DTW | FO | CRJ |
| 10/13/2017 | Friday | 57163 | FLA | DTW | FO | CRJ |
| 10/13/2017 | Friday | 57212 | MIL | DTW | FO | CRJ |
| 10/13/2017 | Friday | 57310 | MIL | DTW | FO | CRJ |
| 10/13/2017 | Friday | 57633 | EMR | DTW | FO | CRJ |
| 10/13/2017 | Friday | 57635 | MIL | DTW | FO | CRJ |
| 10/13/2017 | Friday | 57722 | ONP | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 10/13/2017 | Friday | 57991 | MIL | DTW | FO | CRJ |
| 10/13/2017 | Friday | 58142 | ONP | DTW | FO | CRJ |
| 10/14/2017 | Saturday | 53657 | MIL | DTW | FO | CRJ |
| 10/14/2017 | Saturday | 55133 | MIL | DTW | FO | CRJ |
| 10/14/2017 | Saturday | 56583 | EMR | DTW | FO | CRJ |
| 10/14/2017 | Saturday | 57131 | MIL | DTW | FO | CRJ |
| 10/14/2017 | Saturday | 57163 | FLA | DTW | FO | CRJ |
| 10/14/2017 | Saturday | 57212 | MIL | DTW | FO | CRJ |
| 10/14/2017 | Saturday | 57310 | MIL | DTW | FO | CRJ |
| 10/14/2017 | Saturday | 57633 | EMR | DTW | FO | CRJ |
| 10/14/2017 | Saturday | 57635 | MIL | DTW | FO | CRJ |
| 10/14/2017 | Saturday | 57722 | ONP | DTW | FO | CRJ |
| 10/14/2017 | Saturday | 57991 | MIL | DTW | FO | CRJ |
| 10/14/2017 | Saturday | 58142 | ONP | DTW | FO | CRJ |
| 10/15/2017 | Sunday | 53657 | MIL | DTW | FO | CRJ |
| 10/15/2017 | Sunday | 54178 | EMR | DTW | FO | CRJ |
| 10/15/2017 | Sunday | 55133 | MIL | DTW | FO | CRJ |
| 10/15/2017 | Sunday | 57131 | MIL | DTW | FO | CRJ |
| 10/15/2017 | Sunday | 57163 | FLA | DTW | FO | CRJ |
| 10/15/2017 | Sunday | 57212 | MIL | DTW | FO | CRJ |
| 10/15/2017 | Sunday | 57633 | EMR | DTW | FO | CRJ |
| 10/15/2017 | Sunday | 57635 | MIL | DTW | FO | CRJ |
| 10/15/2017 | Sunday | 57722 | ONP | DTW | FO | CRJ |
| 10/15/2017 | Sunday | 57991 | MIL | DTW | FO | CRJ |
| 10/20/2017 | Friday | 53074 | SIC | DTW | FO | CRJ |
| 10/20/2017 | Friday | 53657 | MIL | DTW | FO | CRJ |
| 10/20/2017 | Friday | 54371 | ONP | DTW | FO | CRJ |
| 10/20/2017 | Friday | 55028 | SIC | DTW | FO | CRJ |
| 10/20/2017 | Friday | 55133 | MIL | DTW | FO | CRJ |
| 10/20/2017 | Friday | 55789 | SIC | DTW | FO | CRJ |
| 10/20/2017 | Friday | 57617 | EMR | DTW | FO | CRJ |
| 10/20/2017 | Friday | 57635 | MIL | DTW | FO | CRJ |
| 10/20/2017 | Friday | 58084 | EMR | DTW | FO | CRJ |
| 10/20/2017 | Friday | 58187 | ONP | DTW | FO | CRJ |
| 10/21/2017 | Saturday | 51996 | EMR | DTW | FO | CRJ |
| 10/21/2017 | Saturday | 53657 | MIL | DTW | FO | CRJ |
| 10/21/2017 | Saturday | 54371 | ONP | DTW | FO | CRJ |
| 10/21/2017 | Saturday | 55133 | MIL | DTW | FO | CRJ |
| 10/21/2017 | Saturday | 57617 | EMR | DTW | FO | CRJ |
| 10/21/2017 | Saturday | 57635 | MIL | DTW | FO | CRJ |
| 10/21/2017 | Saturday | 58187 | ONP | DTW | FO | CRJ |
| 10/22/2017 | Sunday | 53197 | SAD | DTW | FO | CRJ |
| 10/22/2017 | Sunday | 53657 | MIL | DTW | FO | CRJ |
| 10/22/2017 | Sunday | 55133 | MIL | DTW | FO | CRJ |
| 10/22/2017 | Sunday | 57617 | EMR | DTW | FO | CRJ |
| 10/22/2017 | Sunday | 57635 | MIL | DTW | FO | CRJ |
| 10/27/2017 | Friday | 53624 | SIC | DTW | FO | CRJ |
| 10/27/2017 | Friday | 53657 | MIL | DTW | FO | CRJ |
| 10/27/2017 | Friday | 54491 | ONP | DTW | FO | CRJ |
| 10/27/2017 | Friday | 55133 | MIL | DTW | FO | CRJ |
| 10/27/2017 | Friday | 55296 | FLA | DTW | FO | CRJ |
| 10/27/2017 | Friday | 55894 | ONP | DTW | FO | CRJ |
| 10/27/2017 | Friday | 57635 | MIL | DTW | FO | CRJ |
| 10/28/2017 | Saturday | 53624 | SIC | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 10/28/2017 | Saturday | 53657 | MIL | DTW | FO | CRJ |
| 10/28/2017 | Saturday | 54265 | SIC | DTW | FO | CRJ |
| 10/28/2017 | Saturday | 55133 | MIL | DTW | FO | CRJ |
| 10/28/2017 | Saturday | 55296 | FLA | DTW | FO | CRJ |
| 10/28/2017 | Saturday | 55894 | ONP | DTW | FO | CRJ |
| 10/28/2017 | Saturday | 57473 | ADM | DTW | FO | CRJ |
| 10/28/2017 | Saturday | 57635 | MIL | DTW | FO | CRJ |
| 10/29/2017 | Sunday | 53624 | SIC | DTW | FO | CRJ |
| 10/29/2017 | Sunday | 53657 | MIL | DTW | FO | CRJ |
| 10/29/2017 | Sunday | 55133 | MIL | DTW | FO | CRJ |
| 10/29/2017 | Sunday | 55296 | FLA | DTW | FO | CRJ |
| 10/29/2017 | Sunday | 55894 | ONP | DTW | FO | CRJ |
| 10/29/2017 | Sunday | 56755 | FTG | DTW | FO | CRJ |
| 10/29/2017 | Sunday | 57473 | ADM | DTW | FO | CRJ |
| 10/29/2017 | Sunday | 57635 | MIL | DTW | FO | CRJ |
| 11/3/2017 | Friday | 53222 | SIC | DTW | FO | CRJ |
| 11/3/2017 | Friday | 53590 | SIC | DTW | FO | CRJ |
| 11/3/2017 | Friday | 53657 | MIL | DTW | FO | CRJ |
| 11/3/2017 | Friday | 53810 | EMR | DTW | FO | CRJ |
| 11/3/2017 | Friday | 55133 | MIL | DTW | FO | CRJ |
| 11/3/2017 | Friday | 55296 | FLA | DTW | FO | CRJ |
| 11/3/2017 | Friday | 56258 | EMR | DTW | FO | CRJ |
| 11/3/2017 | Friday | 57297 | EMR | DTW | FO | CRJ |
| 11/3/2017 | Friday | 57310 | MIL | DTW | FO | CRJ |
| 11/3/2017 | Friday | 57519 | EMR | DTW | FO | CRJ |
| 11/3/2017 | Friday | 57635 | MIL | DTW | FO | CRJ |
| 11/4/2017 | Saturday | 53657 | MIL | DTW | FO | CRJ |
| 11/4/2017 | Saturday | 55133 | MIL | DTW | FO | CRJ |
| 11/4/2017 | Saturday | 55296 | FLA | DTW | FO | CRJ |
| 11/4/2017 | Saturday | 57310 | MIL | DTW | FO | CRJ |
| 11/4/2017 | Saturday | 57635 | MIL | DTW | FO | CRJ |
| 11/4/2017 | Saturday | 57765 | MIL | DTW | FO | CRJ |
| 11/5/2017 | Sunday | 53657 | MIL | DTW | FO | CRJ |
| 11/5/2017 | Sunday | 53810 | EMR | DTW | FO | CRJ |
| 11/5/2017 | Sunday | 54814 | SIC | DTW | FO | CRJ |
| 11/5/2017 | Sunday | 55133 | MIL | DTW | FO | CRJ |
| 11/5/2017 | Sunday | 55296 | FLA | DTW | FO | CRJ |
| 11/5/2017 | Sunday | 57310 | MIL | DTW | FO | CRJ |
| 11/5/2017 | Sunday | 57635 | MIL | DTW | FO | CRJ |
| 11/5/2017 | Sunday | 57765 | MIL | DTW | FO | CRJ |
| 11/10/2017 | Friday | 52391 | EMR | DTW | FO | CRJ |
| 11/10/2017 | Friday | 52543 | MIL | DTW | FO | CRJ |
| 11/10/2017 | Friday | 53605 | OJI | DTW | FO | CRJ |
| 11/10/2017 | Friday | 53657 | MIL | DTW | FO | CRJ |
| 11/10/2017 | Friday | 55133 | MIL | DTW | FO | CRJ |
| 11/10/2017 | Friday | 55296 | FLA | DTW | FO | CRJ |
| 11/10/2017 | Friday | 57310 | MIL | DTW | FO | CRJ |
| 11/10/2017 | Friday | 57635 | MIL | DTW | FO | CRJ |
| 11/11/2017 | Saturday | 53605 | OJI | DTW | FO | CRJ |
| 11/11/2017 | Saturday | 53657 | MIL | DTW | FO | CRJ |
| 11/11/2017 | Saturday | 55133 | MIL | DTW | FO | CRJ |
| 11/11/2017 | Saturday | 55296 | FLA | DTW | FO | CRJ |
| 11/11/2017 | Saturday | 57310 | MIL | DTW | FO | CRJ |
| 11/11/2017 | Saturday | 57635 | MIL | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 11/12/2017 | Sunday | 53605 | OJI | DTW | FO | CRJ |
| 11/12/2017 | Sunday | 53657 | MIL | DTW | FO | CRJ |
| 11/12/2017 | Sunday | 55133 | MIL | DTW | FO | CRJ |
| 11/12/2017 | Sunday | 55296 | FLA | DTW | FO | CRJ |
| 11/12/2017 | Sunday | 56258 | EMR | DTW | FO | CRJ |
| 11/12/2017 | Sunday | 57289 | SIC | DTW | FO | CRJ |
| 11/12/2017 | Sunday | 57310 | MIL | DTW | FO | CRJ |
| 11/12/2017 | Sunday | 57635 | MIL | DTW | FO | CRJ |
| 11/17/2017 | Friday | 48480 | FLA | DTW | FO | CRJ |
| 11/17/2017 | Friday | 53657 | MIL | DTW | FO | CRJ |
| 11/17/2017 | Friday | 55133 | MIL | DTW | FO | CRJ |
| 11/17/2017 | Friday | 55296 | FLA | DTW | FO | CRJ |
| 11/17/2017 | Friday | 56287 | EMR | DTW | FO | CRJ |
| 11/17/2017 | Friday | 57289 | ONP | DTW | FO | CRJ |
| 11/17/2017 | Friday | 57297 | SIC | DTW | FO | CRJ |
| 11/17/2017 | Friday | 57310 | MIL | DTW | FO | CRJ |
| 11/17/2017 | Friday | 57635 | MIL | DTW | FO | CRJ |
| 11/17/2017 | Friday | 57991 | MIL | DTW | FO | CRJ |
| 11/17/2017 | Friday | 58720 | SIC | DTW | FO | CRJ |
| 11/18/2017 | Saturday | 48480 | FLA | DTW | FO | CRJ |
| 11/18/2017 | Saturday | 53115 | FTG | DTW | FO | CRJ |
| 11/18/2017 | Saturday | 53657 | MIL | DTW | FO | CRJ |
| 11/18/2017 | Saturday | 55082 | EMR | DTW | FO | CRJ |
| 11/18/2017 | Saturday | 55133 | MIL | DTW | FO | CRJ |
| 11/18/2017 | Saturday | 55296 | FLA | DTW | FO | CRJ |
| 11/18/2017 | Saturday | 57289 | ONP | DTW | FO | CRJ |
| 11/18/2017 | Saturday | 57297 | SIC | DTW | FO | CRJ |
| 11/18/2017 | Saturday | 57310 | MIL | DTW | FO | CRJ |
| 11/18/2017 | Saturday | 57635 | MIL | DTW | FO | CRJ |
| 11/18/2017 | Saturday | 57991 | MIL | DTW | FO | CRJ |
| 11/18/2017 | Saturday | 58720 | ONP | DTW | FO | CRJ |
| 11/19/2017 | Sunday | 42024 | EMR | DTW | FO | CRJ |
| 11/19/2017 | Sunday | 48480 | FLA | DTW | FO | CRJ |
| 11/19/2017 | Sunday | 53624 | EMR | DTW | FO | CRJ |
| 11/19/2017 | Sunday | 53657 | MIL | DTW | FO | CRJ |
| 11/19/2017 | Sunday | 55082 | EMR | DTW | FO | CRJ |
| 11/19/2017 | Sunday | 55133 | MIL | DTW | FO | CRJ |
| 11/19/2017 | Sunday | 55296 | FLA | DTW | FO | CRJ |
| 11/19/2017 | Sunday | 55474 | SIC | DTW | FO | CRJ |
| 11/19/2017 | Sunday | 55478 | SIC | DTW | FO | CRJ |
| 11/19/2017 | Sunday | 57289 | ONP | DTW | FO | CRJ |
| 11/19/2017 | Sunday | 57310 | MIL | DTW | FO | CRJ |
| 11/19/2017 | Sunday | 57635 | MIL | DTW | FO | CRJ |
| 11/19/2017 | Sunday | 57991 | MIL | DTW | FO | CRJ |
| 11/19/2017 | Sunday | 58720 | ONP | DTW | FO | CRJ |
| 11/24/2017 | Friday | 48480 | FLA | DTW | FO | CRJ |
| 11/24/2017 | Friday | 53657 | MIL | DTW | FO | CRJ |
| 11/24/2017 | Friday | 55133 | MIL | DTW | FO | CRJ |
| 11/24/2017 | Friday | 55296 | FLA | DTW | FO | CRJ |
| 11/24/2017 | Friday | 56981 | SIC | DTW | FO | CRJ |
| 11/24/2017 | Friday | 57289 | ONP | DTW | FO | CRJ |
| 11/24/2017 | Friday | 57310 | MIL | DTW | FO | CRJ |
| 11/24/2017 | Friday | 57464 | EMR | DTW | FO | CRJ |
| 11/24/2017 | Friday | 57635 | MIL | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 11/24/2017 | Friday | 57682 | ONP | DTW | FO | CRJ |
| 11/24/2017 | Friday | 57765 | MIL | DTW | FO | CRJ |
| 11/24/2017 | Friday | 58720 | ONP | DTW | FO | CRJ |
| 11/25/2017 | Saturday | 48480 | FLA | DTW | FO | CRJ |
| 11/25/2017 | Saturday | 53657 | MIL | DTW | FO | CRJ |
| 11/25/2017 | Saturday | 55133 | MIL | DTW | FO | CRJ |
| 11/25/2017 | Saturday | 55296 | FLA | DTW | FO | CRJ |
| 11/25/2017 | Saturday | 57289 | ONP | DTW | FO | CRJ |
| 11/25/2017 | Saturday | 57310 | MIL | DTW | FO | CRJ |
| 11/25/2017 | Saturday | 57464 | EMR | DTW | FO | CRJ |
| 11/25/2017 | Saturday | 57635 | MIL | DTW | FO | CRJ |
| 11/25/2017 | Saturday | 57682 | ONP | DTW | FO | CRJ |
| 11/25/2017 | Saturday | 57765 | MIL | DTW | FO | CRJ |
| 11/25/2017 | Saturday | 58643 | SIC | DTW | FO | CRJ |
| 11/26/2017 | Sunday | 48480 | FLA | DTW | FO | CRJ |
| 11/26/2017 | Sunday | 51733 | EMR | DTW | FO | CRJ |
| 11/26/2017 | Sunday | 53657 | MIL | DTW | FO | CRJ |
| 11/26/2017 | Sunday | 54265 | EMR | DTW | FO | CRJ |
| 11/26/2017 | Sunday | 55133 | MIL | DTW | FO | CRJ |
| 11/26/2017 | Sunday | 55296 | FLA | DTW | FO | CRJ |
| 11/26/2017 | Sunday | 57289 | ONP | DTW | FO | CRJ |
| 11/26/2017 | Sunday | 57310 | MIL | DTW | FO | CRJ |
| 11/26/2017 | Sunday | 57635 | MIL | DTW | FO | CRJ |
| 11/26/2017 | Sunday | 57682 | ONP | DTW | FO | CRJ |
| 11/26/2017 | Sunday | 57765 | MIL | DTW | FO | CRJ |
| 12/1/2017 | Friday | 52203 | SIC | DTW | FO | CRJ |
| 12/1/2017 | Friday | 52507 | SIC | DTW | FO | CRJ |
| 12/1/2017 | Friday | 53657 | MIL | DTW | FO | CRJ |
| 12/1/2017 | Friday | 53781 | EMR | DTW | FO | CRJ |
| 12/1/2017 | Friday | 54167 | SIC | DTW | FO | CRJ |
| 12/1/2017 | Friday | 55133 | MIL | DTW | FO | CRJ |
| 12/1/2017 | Friday | 55296 | FLA | DTW | FO | CRJ |
| 12/1/2017 | Friday | 55515 | SIC | DTW | FO | CRJ |
| 12/1/2017 | Friday | 55622 | EMR | DTW | FO | CRJ |
| 12/1/2017 | Friday | 55709 | SIC | DTW | FO | CRJ |
| 12/1/2017 | Friday | 57289 | ONP | DTW | FO | CRJ |
| 12/1/2017 | Friday | 57297 | EMR | DTW | FO | CRJ |
| 12/1/2017 | Friday | 57519 | EMR | DTW | FO | CRJ |
| 12/1/2017 | Friday | 57635 | MIL | DTW | FO | CRJ |
| 12/2/2017 | Saturday | 52203 | SIC | DTW | FO | CRJ |
| 12/2/2017 | Saturday | 52476 | EMR | DTW | FO | CRJ |
| 12/2/2017 | Saturday | 52507 | SIC | DTW | FO | CRJ |
| 12/2/2017 | Saturday | 53657 | MIL | DTW | FO | CRJ |
| 12/2/2017 | Saturday | 53781 | EMR | DTW | FO | CRJ |
| 12/2/2017 | Saturday | 53923 | EMR | DTW | FO | CRJ |
| 12/2/2017 | Saturday | 54167 | SIC | DTW | FO | CRJ |
| 12/2/2017 | Saturday | 55133 | MIL | DTW | FO | CRJ |
| 12/2/2017 | Saturday | 55296 | FLA | DTW | FO | CRJ |
| 12/2/2017 | Saturday | 56755 | FTG | DTW | FO | CRJ |
| 12/2/2017 | Saturday | 57289 | ONP | DTW | FO | CRJ |
| 12/2/2017 | Saturday | 57519 | EMR | DTW | FO | CRJ |
| 12/2/2017 | Saturday | 57635 | MIL | DTW | FO | CRJ |
| 12/3/2017 | Sunday | 52203 | SIC | DTW | FO | CRJ |
| 12/3/2017 | Sunday | 52507 | SIC | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 12/3/2017 | Sunday | 53657 | MIL | DTW | FO | CRJ |
| 12/3/2017 | Sunday | 53923 | EMR | DTW | FO | CRJ |
| 12/3/2017 | Sunday | 54084 | SIC | DTW | FO | CRJ |
| 12/3/2017 | Sunday | 54167 | SIC | DTW | FO | CRJ |
| 12/3/2017 | Sunday | 54311 | SIC | DTW | FO | CRJ |
| 12/3/2017 | Sunday | 55133 | MIL | DTW | FO | CRJ |
| 12/3/2017 | Sunday | 55296 | FLA | DTW | FO | CRJ |
| 12/3/2017 | Sunday | 57289 | ONP | DTW | FO | CRJ |
| 12/3/2017 | Sunday | 57519 | EMR | DTW | FO | CRJ |
| 12/3/2017 | Sunday | 57635 | MIL | DTW | FO | CRJ |
| 12/8/2017 | Friday | 52585 | SIC | DTW | FO | CRJ |
| 12/8/2017 | Friday | 53211 | SIC | DTW | FO | CRJ |
| 12/8/2017 | Friday | 53629 | FTG | DTW | FO | CRJ |
| 12/8/2017 | Friday | 53657 | MIL | DTW | FO | CRJ |
| 12/8/2017 | Friday | 55133 | MIL | DTW | FO | CRJ |
| 12/8/2017 | Friday | 55296 | FLA | DTW | FO | CRJ |
| 12/8/2017 | Friday | 57289 | ONP | DTW | FO | CRJ |
| 12/8/2017 | Friday | 57519 | EMR | DTW | FO | CRJ |
| 12/8/2017 | Friday | 57635 | MIL | DTW | FO | CRJ |
| 12/8/2017 | Friday | 57724 | SIC | DTW | FO | CRJ |
| 12/9/2017 | Saturday | 51736 | EMR | DTW | FO | CRJ |
| 12/9/2017 | Saturday | 52308 | EMR | DTW | FO | CRJ |
| 12/9/2017 | Saturday | 52543 | MIL | DTW | FO | CRJ |
| 12/9/2017 | Saturday | 53211 | SIC | DTW | FO | CRJ |
| 12/9/2017 | Saturday | 53624 | FLA | DTW | FO | CRJ |
| 12/9/2017 | Saturday | 53657 | MIL | DTW | FO | CRJ |
| 12/9/2017 | Saturday | 54491 | EMR | DTW | FO | CRJ |
| 12/9/2017 | Saturday | 55133 | MIL | DTW | FO | CRJ |
| 12/9/2017 | Saturday | 55296 | FLA | DTW | FO | CRJ |
| 12/9/2017 | Saturday | 55347 | SIC | DTW | FO | CRJ |
| 12/9/2017 | Saturday | 56585 | SIC | DTW | FO | CRJ |
| 12/9/2017 | Saturday | 57519 | EMR | DTW | FO | CRJ |
| 12/9/2017 | Saturday | 57635 | MIL | DTW | FO | CRJ |
| 12/9/2017 | Saturday | 57980 | SAD | DTW | FO | CRJ |
| 12/10/2017 | Sunday | 51736 | EMR | DTW | FO | CRJ |
| 12/10/2017 | Sunday | 52308 | EMR | DTW | FO | CRJ |
| 12/10/2017 | Sunday | 52543 | MIL | DTW | FO | CRJ |
| 12/10/2017 | Sunday | 53624 | FLA | DTW | FO | CRJ |
| 12/10/2017 | Sunday | 53657 | MIL | DTW | FO | CRJ |
| 12/10/2017 | Sunday | 54491 | EMR | DTW | FO | CRJ |
| 12/10/2017 | Sunday | 55133 | MIL | DTW | FO | CRJ |
| 12/10/2017 | Sunday | 55296 | FLA | DTW | FO | CRJ |
| 12/10/2017 | Sunday | 57519 | EMR | DTW | FO | CRJ |
| 12/10/2017 | Sunday | 57635 | MIL | DTW | FO | CRJ |
| 12/15/2017 | Friday | 21565 | SIC | DTW | FO | CRJ |
| 12/15/2017 | Friday | 53657 | MIL | DTW | FO | CRJ |
| 12/15/2017 | Friday | 53923 | EMR | DTW | FO | CRJ |
| 12/15/2017 | Friday | 54073 | MIL | DTW | FO | CRJ |
| 12/15/2017 | Friday | 54235 | EMR | DTW | FO | CRJ |
| 12/15/2017 | Friday | 54985 | ADM | DTW | FO | CRJ |
| 12/15/2017 | Friday | 55133 | MIL | DTW | FO | CRJ |
| 12/15/2017 | Friday | 55296 | FLA | DTW | FO | CRJ |
| 12/15/2017 | Friday | 55452 | EMR | DTW | FO | CRJ |
| 12/15/2017 | Friday | 55696 | EMR | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 12/15/2017 | Friday | 57289 | SAD | DTW | FO | CRJ |
| 12/15/2017 | Friday | 57519 | EMR | DTW | FO | CRJ |
| 12/15/2017 | Friday | 57635 | MIL | DTW | FO | CRJ |
| 12/16/2017 | Saturday | 52308 | EMR | DTW | FO | CRJ |
| 12/16/2017 | Saturday | 53424 | EMR | DTW | FO | CRJ |
| 12/16/2017 | Saturday | 53438 | SIC | DTW | FO | CRJ |
| 12/16/2017 | Saturday | 53657 | MIL | DTW | FO | CRJ |
| 12/16/2017 | Saturday | 54073 | MIL | DTW | FO | CRJ |
| 12/16/2017 | Saturday | 54985 | ADM | DTW | FO | CRJ |
| 12/16/2017 | Saturday | 55133 | MIL | DTW | FO | CRJ |
| 12/16/2017 | Saturday | 55296 | FLA | DTW | FO | CRJ |
| 12/16/2017 | Saturday | 55696 | EMR | DTW | FO | CRJ |
| 12/16/2017 | Saturday | 57519 | EMR | DTW | FO | CRJ |
| 12/16/2017 | Saturday | 57635 | MIL | DTW | FO | CRJ |
| 12/17/2017 | Sunday | 51733 | SIC | DTW | FO | CRJ |
| 12/17/2017 | Sunday | 52308 | EMR | DTW | FO | CRJ |
| 12/17/2017 | Sunday | 52502 | SIC | DTW | FO | CRJ |
| 12/17/2017 | Sunday | 53424 | EMR | DTW | FO | CRJ |
| 12/17/2017 | Sunday | 53438 | SIC | DTW | FO | CRJ |
| 12/17/2017 | Sunday | 53657 | MIL | DTW | FO | CRJ |
| 12/17/2017 | Sunday | 54491 | EMR | DTW | FO | CRJ |
| 12/17/2017 | Sunday | 54985 | ADM | DTW | FO | CRJ |
| 12/17/2017 | Sunday | 55133 | MIL | DTW | FO | CRJ |
| 12/17/2017 | Sunday | 55296 | FLA | DTW | FO | CRJ |
| 12/17/2017 | Sunday | 55399 | SIC | DTW | FO | CRJ |
| 12/17/2017 | Sunday | 55696 | EMR | DTW | FO | CRJ |
| 12/17/2017 | Sunday | 56112 | EMR | DTW | FO | CRJ |
| 12/17/2017 | Sunday | 56177 | SIC | DTW | FO | CRJ |
| 12/17/2017 | Sunday | 57519 | EMR | DTW | FO | CRJ |
| 12/17/2017 | Sunday | 57635 | MIL | DTW | FO | CRJ |
| 12/22/2017 | Friday | 51663 | EMR | DTW | FO | CRJ |
| 12/22/2017 | Friday | 53624 | FLA | DTW | FO | CRJ |
| 12/22/2017 | Friday | 53657 | MIL | DTW | FO | CRJ |
| 12/22/2017 | Friday | 53923 | EMR | DTW | FO | CRJ |
| 12/22/2017 | Friday | 54985 | ADM | DTW | FO | CRJ |
| 12/22/2017 | Friday | 55133 | MIL | DTW | FO | CRJ |
| 12/22/2017 | Friday | 55296 | FLA | DTW | FO | CRJ |
| 12/22/2017 | Friday | 55691 | EMR | DTW | FO | CRJ |
| 12/22/2017 | Friday | 57297 | EMR | DTW | FO | CRJ |
| 12/22/2017 | Friday | 57519 | EMR | DTW | FO | CRJ |
| 12/22/2017 | Friday | 57635 | MIL | DTW | FO | CRJ |
| 12/22/2017 | Friday | 57724 | SIC | DTW | FO | CRJ |
| 12/23/2017 | Saturday | 53657 | MIL | DTW | FO | CRJ |
| 12/23/2017 | Saturday | 54985 | ADM | DTW | FO | CRJ |
| 12/23/2017 | Saturday | 54985 | ADM | DTW | FO | CRJ |
| 12/23/2017 | Saturday | 55133 | MIL | DTW | FO | CRJ |
| 12/23/2017 | Saturday | 55296 | FLA | DTW | FO | CRJ |
| 12/23/2017 | Saturday | 56310 | SIC | DTW | FO | CRJ |
| 12/23/2017 | Saturday | 56585 | EMR | DTW | FO | CRJ |
| 12/23/2017 | Saturday | 56755 | EMR | DTW | FO | CRJ |
| 12/23/2017 | Saturday | 57297 | EMR | DTW | FO | CRJ |
| 12/23/2017 | Saturday | 57635 | MIL | DTW | FO | CRJ |
| 12/23/2017 | Saturday | 57724 | SIC | DTW | FO | CRJ |
| 12/24/2017 | Sunday | 48480 | FLA | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 12/24/2017 | Sunday | 51736 | SIC | DTW | FO | CRJ |
| 12/24/2017 | Sunday | 53657 | MIL | DTW | FO | CRJ |
| 12/24/2017 | Sunday | 54883 | SIC | DTW | FO | CRJ |
| 12/24/2017 | Sunday | 54985 | ADM | DTW | FO | CRJ |
| 12/24/2017 | Sunday | 55133 | MIL | DTW | FO | CRJ |
| 12/24/2017 | Sunday | 55296 | FLA | DTW | FO | CRJ |
| 12/24/2017 | Sunday | 56310 | SIC | DTW | FO | CRJ |
| 12/24/2017 | Sunday | 56755 | EMR | DTW | FO | CRJ |
| 12/24/2017 | Sunday | 57635 | MIL | DTW | FO | CRJ |
| 12/29/2017 | Friday | 48480 | FLA | DTW | FO | CRJ |
| 12/29/2017 | Friday | 51174 | SIC | DTW | FO | CRJ |
| 12/29/2017 | Friday | 52146 | SIC | DTW | FO | CRJ |
| 12/29/2017 | Friday | 52288 | SIC | DTW | FO | CRJ |
| 12/29/2017 | Friday | 52391 | FTG | DTW | FO | CRJ |
| 12/29/2017 | Friday | 53115 | SIC | DTW | FO | CRJ |
| 12/29/2017 | Friday | 53624 | EMR | DTW | FO | CRJ |
| 12/29/2017 | Friday | 53657 | MIL | DTW | FO | CRJ |
| 12/29/2017 | Friday | 55133 | MIL | DTW | FO | CRJ |
| 12/29/2017 | Friday | 55296 | FLA | DTW | FO | CRJ |
| 12/29/2017 | Friday | 55533 | EMR | DTW | FO | CRJ |
| 12/29/2017 | Friday | 56310 | SIC | DTW | FO | CRJ |
| 12/29/2017 | Friday | 56583 | SIC | DTW | FO | CRJ |
| 12/29/2017 | Friday | 57273 | ADM | DTW | FO | CRJ |
| 12/29/2017 | Friday | 57635 | MIL | DTW | FO | CRJ |
| 12/30/2017 | Saturday | 42657 | EMR | DTW | FO | CRJ |
| 12/30/2017 | Saturday | 48480 | FLA | DTW | FO | CRJ |
| 12/30/2017 | Saturday | 51174 | SIC | DTW | FO | CRJ |
| 12/30/2017 | Saturday | 52146 | SIC | DTW | FO | CRJ |
| 12/30/2017 | Saturday | 52391 | FTG | DTW | FO | CRJ |
| 12/30/2017 | Saturday | 52391 | FTG | DTW | FO | CRJ |
| 12/30/2017 | Saturday | 52868 | EMR | DTW | FO | CRJ |
| 12/30/2017 | Saturday | 53115 | SIC | DTW | FO | CRJ |
| 12/30/2017 | Saturday | 53624 | EMR | DTW | FO | CRJ |
| 12/30/2017 | Saturday | 53657 | MIL | DTW | FO | CRJ |
| 12/30/2017 | Saturday | 53919 | EMR | DTW | FO | CRJ |
| 12/30/2017 | Saturday | 54719 | EMR | DTW | FO | CRJ |
| 12/30/2017 | Saturday | 55082 | SIC | DTW | FO | CRJ |
| 12/30/2017 | Saturday | 55133 | MIL | DTW | FO | CRJ |
| 12/30/2017 | Saturday | 55296 | FLA | DTW | FO | CRJ |
| 12/30/2017 | Saturday | 55533 | EMR | DTW | FO | CRJ |
| 12/30/2017 | Saturday | 55886 | EMR | DTW | FO | CRJ |
| 12/30/2017 | Saturday | 56310 | SIC | DTW | FO | CRJ |
| 12/30/2017 | Saturday | 56583 | SIC | DTW | FO | CRJ |
| 12/30/2017 | Saturday | 57273 | ADM | DTW | FO | CRJ |
| 12/30/2017 | Saturday | 57635 | MIL | DTW | FO | CRJ |
| 12/31/2017 | Sunday | 42657 | EMR | DTW | FO | CRJ |
| 12/31/2017 | Sunday | 52543 | EMR | DTW | FO | CRJ |
| 12/31/2017 | Sunday | 53285 | ADM | DTW | FO | CRJ |
| 12/31/2017 | Sunday | 53657 | MIL | DTW | FO | CRJ |
| 12/31/2017 | Sunday | 53919 | EMR | DTW | FO | CRJ |
| 12/31/2017 | Sunday | 54178 | EMR | DTW | FO | CRJ |
| 12/31/2017 | Sunday | 54719 | EMR | DTW | FO | CRJ |
| 12/31/2017 | Sunday | 54985 | ADM | DTW | FO | CRJ |
| 12/31/2017 | Sunday | 55082 | SIC | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 12/31/2017 | Sunday | 55133 | MIL | DTW | FO | CRJ |
| 12/31/2017 | Sunday | 55296 | FLA | DTW | FO | CRJ |
| 12/31/2017 | Sunday | 55886 | EMR | DTW | FO | CRJ |
| 12/31/2017 | Sunday | 56583 | SIC | DTW | FO | CRJ |
| 12/31/2017 | Sunday | 57273 | ADM | DTW | FO | CRJ |
| 12/31/2017 | Sunday | 57635 | MIL | DTW | FO | CRJ |
| 12/31/2017 | Sunday | 58357 | SAD | DTW | FO | CRJ |
| 1/5/2018 | Friday | 53657 | MIL | DTW | FO | CRJ |
| 1/5/2018 | Friday | 53919 | EMR | DTW | FO | CRJ |
| 1/5/2018 | Friday | 54073 | EMR | DTW | FO | CRJ |
| 1/5/2018 | Friday | 54244 | SAD | DTW | FO | CRJ |
| 1/5/2018 | Friday | 55133 | MIL | DTW | FO | CRJ |
| 1/5/2018 | Friday | 55296 | FLA | DTW | FO | CRJ |
| 1/5/2018 | Friday | 55349 | SIC | DTW | FO | CRJ |
| 1/5/2018 | Friday | 57273 | ADM | DTW | FO | CRJ |
| 1/5/2018 | Friday | 57635 | MIL | DTW | FO | CRJ |
| 1/5/2018 | Friday | 58627 | ONP | DTW | FO | CRJ |
| 1/5/2018 | Friday | 59439 | ONP | DTW | FO | CRJ |
| 1/6/2018 | Saturday | 53657 | MIL | DTW | FO | CRJ |
| 1/6/2018 | Saturday | 54073 | EMR | DTW | FO | CRJ |
| 1/6/2018 | Saturday | 55133 | MIL | DTW | FO | CRJ |
| 1/6/2018 | Saturday | 55296 | FLA | DTW | FO | CRJ |
| 1/6/2018 | Saturday | 55349 | SIC | DTW | FO | CRJ |
| 1/6/2018 | Saturday | 57635 | MIL | DTW | FO | CRJ |
| 1/6/2018 | Saturday | 58627 | ONP | DTW | FO | CRJ |
| 1/7/2018 | Sunday | 53657 | MIL | DTW | FO | CRJ |
| 1/7/2018 | Sunday | 54129 | EMR | DTW | FO | CRJ |
| 1/7/2018 | Sunday | 55133 | MIL | DTW | FO | CRJ |
| 1/7/2018 | Sunday | 55296 | FLA | DTW | FO | CRJ |
| 1/7/2018 | Sunday | 55691 | SIC | DTW | FO | CRJ |
| 1/7/2018 | Sunday | 57617 | SIC | DTW | FO | CRJ |
| 1/7/2018 | Sunday | 57635 | MIL | DTW | FO | CRJ |
| 1/7/2018 | Sunday | 58627 | ONP | DTW | FO | CRJ |
| 1/12/2018 | Friday | 52812 | SIC | DTW | FO | CRJ |
| 1/12/2018 | Friday | 53285 | ADM | DTW | FO | CRJ |
| 1/12/2018 | Friday | 53657 | MIL | DTW | FO | CRJ |
| 1/12/2018 | Friday | 54244 | EMV | DTW | FO | CRJ |
| 1/12/2018 | Friday | 55133 | MIL | DTW | FO | CRJ |
| 1/12/2018 | Friday | 55296 | FLA | DTW | FO | CRJ |
| 1/12/2018 | Friday | 55399 | SIC | DTW | FO | CRJ |
| 1/12/2018 | Friday | 55478 | EMR | DTW | FO | CRJ |
| 1/12/2018 | Friday | 57635 | MIL | DTW | FO | CRJ |
| 1/12/2018 | Friday | 58627 | ONP | DTW | FO | CRJ |
| 1/12/2018 | Friday | 58660 | ONP | DTW | FO | CRJ |
| 1/13/2018 | Saturday | 52391 | SIC | DTW | FO | CRJ |
| 1/13/2018 | Saturday | 53285 | ADM | DTW | FO | CRJ |
| 1/13/2018 | Saturday | 53657 | MIL | DTW | FO | CRJ |
| 1/13/2018 | Saturday | 54244 | EMV | DTW | FO | CRJ |
| 1/13/2018 | Saturday | 55133 | MIL | DTW | FO | CRJ |
| 1/13/2018 | Saturday | 55296 | FLA | DTW | FO | CRJ |
| 1/13/2018 | Saturday | 57635 | MIL | DTW | FO | CRJ |
| 1/13/2018 | Saturday | 58627 | ONP | DTW | FO | CRJ |
| 1/13/2018 | Saturday | 58660 | ONP | DTW | FO | CRJ |
| 1/14/2018 | Sunday | 53091 | EMR | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 1/14/2018 | Sunday | 53657 | MIL | DTW | FO | CRJ |
| 1/14/2018 | Sunday | 54084 | EMR | DTW | FO | CRJ |
| 1/14/2018 | Sunday | 54985 | ADM | DTW | FO | CRJ |
| 1/14/2018 | Sunday | 55133 | MIL | DTW | FO | CRJ |
| 1/14/2018 | Sunday | 55296 | FLA | DTW | FO | CRJ |
| 1/14/2018 | Sunday | 55386 | EMR | DTW | FO | CRJ |
| 1/14/2018 | Sunday | 57635 | MIL | DTW | FO | CRJ |
| 1/14/2018 | Sunday | 58627 | ONP | DTW | FO | CRJ |
| 1/14/2018 | Sunday | 58660 | ONP | DTW | FO | CRJ |
| 1/19/2018 | Friday | 51733 | EMR | DTW | FO | CRJ |
| 1/19/2018 | Friday | 52308 | EMR | DTW | FO | CRJ |
| 1/19/2018 | Friday | 52502 | SIC | DTW | FO | CRJ |
| 1/19/2018 | Friday | 53285 | ADM | DTW | FO | CRJ |
| 1/19/2018 | Friday | 53657 | MIL | DTW | FO | CRJ |
| 1/19/2018 | Friday | 53923 | EMR | DTW | FO | CRJ |
| 1/19/2018 | Friday | 54737 | SIC | DTW | FO | CRJ |
| 1/19/2018 | Friday | 55133 | MIL | DTW | FO | CRJ |
| 1/19/2018 | Friday | 55296 | FLA | DTW | FO | CRJ |
| 1/19/2018 | Friday | 56110 | SIC | DTW | FO | CRJ |
| 1/19/2018 | Friday | 57635 | MIL | DTW | FO | CRJ |
| 1/20/2018 | Saturday | 51733 | EMR | DTW | FO | CRJ |
| 1/20/2018 | Saturday | 52502 | SIC | DTW | FO | CRJ |
| 1/20/2018 | Saturday | 53285 | ADM | DTW | FO | CRJ |
| 1/20/2018 | Saturday | 53657 | MIL | DTW | FO | CRJ |
| 1/20/2018 | Saturday | 54737 | SIC | DTW | FO | CRJ |
| 1/20/2018 | Saturday | 55133 | MIL | DTW | FO | CRJ |
| 1/20/2018 | Saturday | 55296 | FLA | DTW | FO | CRJ |
| 1/20/2018 | Saturday | 56015 | SIC | DTW | FO | CRJ |
| 1/20/2018 | Saturday | 56110 | SIC | DTW | FO | CRJ |
| 1/20/2018 | Saturday | 57447 | SIC | DTW | FO | CRJ |
| 1/20/2018 | Saturday | 57635 | MIL | DTW | FO | CRJ |
| 1/21/2018 | Sunday | 53024 | FTG | DTW | FO | CRJ |
| 1/21/2018 | Sunday | 53285 | ADM | DTW | FO | CRJ |
| 1/21/2018 | Sunday | 53657 | MIL | DTW | FO | CRJ |
| 1/21/2018 | Sunday | 54737 | SIC | DTW | FO | CRJ |
| 1/21/2018 | Sunday | 55133 | MIL | DTW | FO | CRJ |
| 1/21/2018 | Sunday | 55296 | FLA | DTW | FO | CRJ |
| 1/21/2018 | Sunday | 56110 | SIC | DTW | FO | CRJ |
| 1/21/2018 | Sunday | 57447 | SIC | DTW | FO | CRJ |
| 1/21/2018 | Sunday | 57635 | MIL | DTW | FO | CRJ |
| 1/26/2018 | Friday | 52201 | EMR | DTW | FO | CRJ |
| 1/26/2018 | Friday | 53285 | ADM | DTW | FO | CRJ |
| 1/26/2018 | Friday | 53629 | FTG | DTW | FO | CRJ |
| 1/26/2018 | Friday | 53657 | MIL | DTW | FO | CRJ |
| 1/26/2018 | Friday | 54073 | MIL | DTW | FO | CRJ |
| 1/26/2018 | Friday | 54083 | SIC | DTW | FO | CRJ |
| 1/26/2018 | Friday | 54814 | FTG | DTW | FO | CRJ |
| 1/26/2018 | Friday | 54985 | ADM | DTW | FO | CRJ |
| 1/26/2018 | Friday | 55133 | MIL | DTW | FO | CRJ |
| 1/26/2018 | Friday | 55296 | FLA | DTW | FO | CRJ |
| 1/26/2018 | Friday | 55478 | SIC | DTW | FO | CRJ |
| 1/26/2018 | Friday | 57273 | FTG | DTW | FO | CRJ |
| 1/26/2018 | Friday | 57635 | MIL | DTW | FO | CRJ |
| 1/26/2018 | Friday | 59133 | SIC | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 1/27/2018 | Saturday | 53285 | ADM | DTW | FO | CRJ |
| 1/27/2018 | Saturday | 53657 | MIL | DTW | FO | CRJ |
| 1/27/2018 | Saturday | 54073 | MIL | DTW | FO | CRJ |
| 1/27/2018 | Saturday | 54985 | ADM | DTW | FO | CRJ |
| 1/27/2018 | Saturday | 55133 | MIL | DTW | FO | CRJ |
| 1/27/2018 | Saturday | 55296 | FLA | DTW | FO | CRJ |
| 1/27/2018 | Saturday | 55478 | SIC | DTW | FO | CRJ |
| 1/27/2018 | Saturday | 57635 | MIL | DTW | FO | CRJ |
| 1/28/2018 | Sunday | 52502 | EMR | DTW | FO | CRJ |
| 1/28/2018 | Sunday | 53285 | ADM | DTW | FO | CRJ |
| 1/28/2018 | Sunday | 53657 | MIL | DTW | FO | CRJ |
| 1/28/2018 | Sunday | 54073 | MIL | DTW | FO | CRJ |
| 1/28/2018 | Sunday | 54884 | EMR | DTW | FO | CRJ |
| 1/28/2018 | Sunday | 55133 | MIL | DTW | FO | CRJ |
| 1/28/2018 | Sunday | 55296 | FLA | DTW | FO | CRJ |
| 1/28/2018 | Sunday | 55478 | SIC | DTW | FO | CRJ |
| 1/28/2018 | Sunday | 55709 | EMR | DTW | FO | CRJ |
| 1/28/2018 | Sunday | 56755 | SIC | DTW | FO | CRJ |
| 1/28/2018 | Sunday | 57635 | MIL | DTW | FO | CRJ |
| 2/2/2018 | Friday | 53657 | MIL | DTW | FO | CRJ |
| 2/2/2018 | Friday | 54129 | EMR | DTW | FO | CRJ |
| 2/2/2018 | Friday | 54985 | EMR | DTW | FO | CRJ |
| 2/3/2018 | Saturday | 53657 | MIL | DTW | FO | CRJ |
| 2/3/2018 | Saturday | 54129 | EMR | DTW | FO | CRJ |
| 2/3/2018 | Saturday | 54985 | EMR | DTW | FO | CRJ |
| 2/3/2018 | Saturday | 56583 | EMR | DTW | FO | CRJ |
| 2/3/2018 | Saturday | 56944 | SIC | DTW | FO | CRJ |
| 2/3/2018 | Saturday | 57447 | SAD | DTW | FO | CRJ |
| 2/4/2018 | Sunday | 53657 | MIL | DTW | FO | CRJ |
| 2/4/2018 | Sunday | 54129 | EMR | DTW | FO | CRJ |
| 2/4/2018 | Sunday | 54985 | ADM | DTW | FO | CRJ |
| 2/4/2018 | Sunday | 55399 | SIC | DTW | FO | CRJ |
| 2/4/2018 | Sunday | 56583 | EMR | DTW | FO | CRJ |
| 2/9/2018 | Friday | 52308 | EMR | DTW | FO | CRJ |
| 2/9/2018 | Friday | 53657 | MIL | DTW | FO | CRJ |
| 2/9/2018 | Friday | 53923 | EMR | DTW | FO | CRJ |
| 2/9/2018 | Friday | 54244 | EMV | DTW | FO | CRJ |
| 2/9/2018 | Friday | 54957 | EMR | DTW | FO | CRJ |
| 2/9/2018 | Friday | 54985 | ADM | DTW | FO | CRJ |
| 2/9/2018 | Friday | 55921 | EMR | DTW | FO | CRJ |
| 2/9/2018 | Friday | 56176 | EMR | DTW | FO | CRJ |
| 2/9/2018 | Friday | 57711 | EMR | DTW | FO | CRJ |
| 2/9/2018 | Friday | 59701 | MIL | DTW | FO | CRJ |
| 2/10/2018 | Saturday | 52308 | EMR | DTW | FO | CRJ |
| 2/10/2018 | Saturday | 53810 | EMR | DTW | FO | CRJ |
| 2/10/2018 | Saturday | 54129 | SIC | DTW | FO | CRJ |
| 2/10/2018 | Saturday | 54244 | EMV | DTW | FO | CRJ |
| 2/10/2018 | Saturday | 57297 | EMR | DTW | FO | CRJ |
| 2/10/2018 | Saturday | 59333 | SIC | DTW | FO | CRJ |
| 2/10/2018 | Saturday | 59701 | MIL | DTW | FO | CRJ |
| 2/11/2018 | Sunday | 53426 | SIC | DTW | FO | CRJ |
| 2/11/2018 | Sunday | 54150 | EMR | DTW | FO | CRJ |
| 2/11/2018 | Sunday | 54985 | ADM | DTW | FO | CRJ |
| 2/11/2018 | Sunday | 55349 | EMR | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 2/11/2018 | Sunday | 56540 | SIC | DTW | FO | CRJ |
| 2/11/2018 | Sunday | 56755 | EMR | DTW | FO | CRJ |
| 2/11/2018 | Sunday | 59333 | SIC | DTW | FO | CRJ |
| 2/11/2018 | Sunday | 59701 | MIL | DTW | FO | CRJ |
| 2/16/2018 | Friday | 54980 | EMR | DTW | FO | CRJ |
| 2/16/2018 | Friday | 54985 | ADM | DTW | FO | CRJ |
| 2/16/2018 | Friday | 55478 | EMR | DTW | FO | CRJ |
| 2/16/2018 | Friday | 56583 | SIC | DTW | FO | CRJ |
| 2/16/2018 | Friday | 58627 | SIC | DTW | FO | CRJ |
| 2/16/2018 | Friday | 59596 | SIC | DTW | FO | CRJ |
| 2/17/2018 | Saturday | 54985 | ADM | DTW | FO | CRJ |
| 2/17/2018 | Saturday | 56583 | SIC | DTW | FO | CRJ |
| 2/17/2018 | Saturday | 58627 | SIC | DTW | FO | CRJ |
| 2/17/2018 | Saturday | 59596 | SIC | DTW | FO | CRJ |
| 2/18/2018 | Sunday | 54985 | ADM | DTW | FO | CRJ |
| 2/18/2018 | Sunday | 55696 | EMR | DTW | FO | CRJ |
| 2/18/2018 | Sunday | 58627 | SIC | DTW | FO | CRJ |
| 2/18/2018 | Sunday | 59596 | SIC | DTW | FO | CRJ |
| 2/23/2018 | Friday | 51663 | SIC | DTW | FO | CRJ |
| 2/23/2018 | Friday | 53024 | SIC | DTW | FO | CRJ |
| 2/23/2018 | Friday | 54311 | SIC | DTW | FO | CRJ |
| 2/23/2018 | Friday | 54491 | SIC | DTW | FO | CRJ |
| 2/23/2018 | Friday | 54985 | ADM | DTW | FO | CRJ |
| 2/24/2018 | Saturday | 53024 | SIC | DTW | FO | CRJ |
| 2/24/2018 | Saturday | 54311 | SIC | DTW | FO | CRJ |
| 2/24/2018 | Saturday | 54522 | FTG | DTW | FO | CRJ |
| 2/24/2018 | Saturday | 54985 | ADM | DTW | FO | CRJ |
| 2/25/2018 | Sunday | 53024 | SIC | DTW | FO | CRJ |
| 2/25/2018 | Sunday | 54167 | EMR | DTW | FO | CRJ |
| 2/25/2018 | Sunday | 54244 | EMV | DTW | FO | CRJ |
| 2/25/2018 | Sunday | 54985 | ADM | DTW | FO | CRJ |
| 2/25/2018 | Sunday | 55548 | SIC | DTW | FO | CRJ |
| 2/25/2018 | Sunday | 56827 | SIC | DTW | FO | CRJ |
| 3/2/2018 | Friday | 42657 | ONP | DTW | FO | CRJ |
| 3/2/2018 | Friday | 51548 | SAD | DTW | FO | CRJ |
| 3/2/2018 | Friday | 53657 | MIL | DTW | FO | CRJ |
| 3/2/2018 | Friday | 53846 | FTG | DTW | FO | CRJ |
| 3/2/2018 | Friday | 54883 | SIC | DTW | FO | CRJ |
| 3/2/2018 | Friday | 54985 | ADM | DTW | FO | CRJ |
| 3/2/2018 | Friday | 55386 | SIC | DTW | FO | CRJ |
| 3/2/2018 | Friday | 56110 | SIC | DTW | FO | CRJ |
| 3/2/2018 | Friday | 56176 | SIC | DTW | FO | CRJ |
| 3/2/2018 | Friday | 59452 | MIL | DTW | FO | CRJ |
| 3/2/2018 | Friday | 60093 | ONP | DTW | FO | CRJ |
| 3/3/2018 | Saturday | 42657 | ONP | DTW | FO | CRJ |
| 3/3/2018 | Saturday | 53115 | EMR | DTW | FO | CRJ |
| 3/3/2018 | Saturday | 53657 | MIL | DTW | FO | CRJ |
| 3/3/2018 | Saturday | 54985 | ADM | DTW | FO | CRJ |
| 3/3/2018 | Saturday | 56176 | SIC | DTW | FO | CRJ |
| 3/3/2018 | Saturday | 59452 | MIL | DTW | FO | CRJ |
| 3/3/2018 | Saturday | 60093 | ONP | DTW | FO | CRJ |
| 3/4/2018 | Sunday | 42657 | ONP | DTW | FO | CRJ |
| 3/4/2018 | Sunday | 53115 | EMR | DTW | FO | CRJ |
| 3/4/2018 | Sunday | 53657 | MIL | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 3/4/2018 | Sunday | 54985 | ADM | DTW | FO | CRJ |
| 3/4/2018 | Sunday | 56581 | OFP | DTW | FO | CRJ |
| 3/4/2018 | Sunday | 59452 | MIL | DTW | FO | CRJ |
| 3/4/2018 | Sunday | 60093 | ONP | DTW | FO | CRJ |
| 3/9/2018 | Friday | 52578 | SIC | DTW | FO | CRJ |
| 3/9/2018 | Friday | 54083 | SKV | DTW | FO | CRJ |
| 3/9/2018 | Friday | 54985 | ADM | DTW | FO | CRJ |
| 3/9/2018 | Friday | 55478 | EMR | DTW | FO | CRJ |
| 3/9/2018 | Friday | 56112 | EMV | DTW | FO | CRJ |
| 3/9/2018 | Friday | 56581 | OFP | DTW | FO | CRJ |
| 3/9/2018 | Friday | 56944 | SIC | DTW | FO | CRJ |
| 3/9/2018 | Friday | 59452 | MIL | DTW | FO | CRJ |
| 3/9/2018 | Friday | 59701 | MIL | DTW | FO | CRJ |
| 3/10/2018 | Saturday | 54083 | SKV | DTW | FO | CRJ |
| 3/10/2018 | Saturday | 54985 | ADM | DTW | FO | CRJ |
| 3/10/2018 | Saturday | 55515 | SIC | DTW | FO | CRJ |
| 3/10/2018 | Saturday | 56112 | EMV | DTW | FO | CRJ |
| 3/10/2018 | Saturday | 56581 | OFP | DTW | FO | CRJ |
| 3/10/2018 | Saturday | 59701 | MIL | DTW | FO | CRJ |
| 3/11/2018 | Sunday | 42657 | ONP | DTW | FO | CRJ |
| 3/11/2018 | Sunday | 49551 | EMR | DTW | FO | CRJ |
| 3/11/2018 | Sunday | 55349 | EMR | DTW | FO | CRJ |
| 3/11/2018 | Sunday | 55515 | SIC | DTW | FO | CRJ |
| 3/11/2018 | Sunday | 55548 | EMR | DTW | FO | CRJ |
| 3/11/2018 | Sunday | 56112 | EMV | DTW | FO | CRJ |
| 3/11/2018 | Sunday | 56581 | OFP | DTW | FO | CRJ |
| 3/11/2018 | Sunday | 59701 | MIL | DTW | FO | CRJ |
| 3/16/2018 | Friday | 42657 | ONP | DTW | FO | CRJ |
| 3/16/2018 | Friday | 52578 | FTG | DTW | FO | CRJ |
| 3/16/2018 | Friday | 56585 | FLA | DTW | FO | CRJ |
| 3/16/2018 | Friday | 57273 | SIC | DTW | FO | CRJ |
| 3/16/2018 | Friday | 59452 | MIL | DTW | FO | CRJ |
| 3/17/2018 | Saturday | 42657 | ONP | DTW | FO | CRJ |
| 3/17/2018 | Saturday | 52578 | FTG | DTW | FO | CRJ |
| 3/17/2018 | Saturday | 56585 | FLA | DTW | FO | CRJ |
| 3/18/2018 | Sunday | 55691 | SIC | DTW | FO | CRJ |
| 3/18/2018 | Sunday | 56585 | FLA | DTW | FO | CRJ |
| 3/23/2018 | Friday | 41000 | SIC | DTW | FO | CRJ |
| 3/23/2018 | Friday | 51733 | SIC | DTW | FO | CRJ |
| 3/23/2018 | Friday | 53644 | EMR | DTW | FO | CRJ |
| 3/23/2018 | Friday | 55210 | SAD | DTW | FO | CRJ |
| 3/23/2018 | Friday | 56310 | EMR | DTW | FO | CRJ |
| 3/23/2018 | Friday | 56585 | FLA | DTW | FO | CRJ |
| 3/23/2018 | Friday | 59452 | MIL | DTW | FO | CRJ |
| 3/24/2018 | Saturday | 41000 | SIC | DTW | FO | CRJ |
| 3/24/2018 | Saturday | 51733 | SIC | DTW | FO | CRJ |
| 3/24/2018 | Saturday | 52054 | SIC | DTW | FO | CRJ |
| 3/24/2018 | Saturday | 55886 | EMR | DTW | FO | CRJ |
| 3/24/2018 | Saturday | 56585 | FLA | DTW | FO | CRJ |
| 3/25/2018 | Sunday | 51733 | SIC | DTW | FO | CRJ |
| 3/25/2018 | Sunday | 52054 | SIC | DTW | FO | CRJ |
| 3/25/2018 | Sunday | 52054 | SIC | DTW | FO | CRJ |
| 3/25/2018 | Sunday | 55602 | SIC | DTW | FO | CRJ |
| 3/25/2018 | Sunday | 56367 | EMR | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 3/25/2018 | Sunday | 56585 | FLA | DTW | FO | CRJ |
| 3/30/2018 | Friday | 51663 | SIC | DTW | FO | CRJ |
| 3/30/2018 | Friday | 55230 | SIC | DTW | FO | CRJ |
| 3/30/2018 | Friday | 56585 | FLA | DTW | FO | CRJ |
| 3/31/2018 | Saturday | 55230 | SIC | DTW | FO | CRJ |
| 3/31/2018 | Saturday | 56585 | FLA | DTW | FO | CRJ |
| 3/31/2018 | Saturday | 60241 | ONP | DTW | FO | CRJ |
| 4/1/2018 | Sunday | 51813 | EMR | DTW | FO | CRJ |
| 4/1/2018 | Sunday | 53412 | EMR | DTW | FO | CRJ |
| 4/1/2018 | Sunday | 53592 | EMR | DTW | FO | CRJ |
| 4/1/2018 | Sunday | 55230 | SIC | DTW | FO | CRJ |
| 4/1/2018 | Sunday | 55602 | EMR | DTW | FO | CRJ |
| 4/1/2018 | Sunday | 60241 | ONP | DTW | FO | CRJ |
| 4/1/2018 | Sunday | 60692 | ONP | DTW | FO | CRJ |
| 4/6/2018 | Friday | 53074 | FTG | DTW | FO | CRJ |
| 4/6/2018 | Friday | 53923 | EMR | DTW | FO | CRJ |
| 4/6/2018 | Friday | 54883 | EMR | DTW | FO | CRJ |
| 4/6/2018 | Friday | 55641 | EMR | DTW | FO | CRJ |
| 4/6/2018 | Friday | 59452 | MIL | DTW | FO | CRJ |
| 4/6/2018 | Friday | 59831 | SIC | DTW | FO | CRJ |
| 4/7/2018 | Saturday | 53923 | EMR | DTW | FO | CRJ |
| 4/7/2018 | Saturday | 59452 | MIL | DTW | FO | CRJ |
| 4/8/2018 | Sunday | 55478 | EMR | DTW | FO | CRJ |
| 4/8/2018 | Sunday | 56288 | SAD | DTW | FO | CRJ |
| 4/8/2018 | Sunday | 58673 | SAD | DTW | FO | CRJ |
| 4/8/2018 | Sunday | 59452 | MIL | DTW | FO | CRJ |
| 4/8/2018 | Sunday | 60157 | EMR | DTW | FO | CRJ |
| 4/13/2018 | Friday | 54814 | EMR | DTW | FO | CRJ |
| 4/13/2018 | Friday | 55622 | SIC | DTW | FO | CRJ |
| 4/13/2018 | Friday | 55661 | ADM | DTW | FO | CRJ |
| 4/13/2018 | Friday | 60157 | ONP | DTW | FO | CRJ |
| 4/13/2018 | Friday | 60646 | SIC | DTW | FO | CRJ |
| 4/13/2018 | Friday | 60999 | ONP | DTW | FO | CRJ |
| 4/14/2018 | Saturday | 55622 | SIC | DTW | FO | CRJ |
| 4/14/2018 | Saturday | 60157 | ONP | DTW | FO | CRJ |
| 4/14/2018 | Saturday | 60646 | SIC | DTW | FO | CRJ |
| 4/15/2018 | Sunday | 55622 | SIC | DTW | FO | CRJ |
| 4/15/2018 | Sunday | 57273 | SIC | DTW | FO | CRJ |
| 4/15/2018 | Sunday | 59825 | SAD | DTW | FO | CRJ |
| 4/15/2018 | Sunday | 60646 | SIC | DTW | FO | CRJ |
| 4/15/2018 | Sunday | 60774 | ADM | DTW | FO | CRJ |
| 4/20/2018 | Friday | 52146 | SIC | DTW | FO | CRJ |
| 4/20/2018 | Friday | 53447 | ONP | DTW | FO | CRJ |
| 4/20/2018 | Friday | 53657 | SIC | DTW | FO | CRJ |
| 4/20/2018 | Friday | 54129 | EMR | DTW | FO | CRJ |
| 4/20/2018 | Friday | 56359 | EMR | DTW | FO | CRJ |
| 4/20/2018 | Friday | 59920 | SIC | DTW | FO | CRJ |
| 4/20/2018 | Friday | 60774 | ADM | DTW | FO | CRJ |
| 4/21/2018 | Saturday | 52146 | SIC | DTW | FO | CRJ |
| 4/21/2018 | Saturday | 53376 | SIC | DTW | FO | CRJ |
| 4/21/2018 | Saturday | 53657 | SIC | DTW | FO | CRJ |
| 4/21/2018 | Saturday | 56560 | SIC | DTW | FO | CRJ |
| 4/21/2018 | Saturday | 59920 | SIC | DTW | FO | CRJ |
| 4/21/2018 | Saturday | 60774 | ADM | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 4/22/2018 | Sunday | 52146 | SIC | DTW | FO | CRJ |
| 4/22/2018 | Sunday | 53376 | SIC | DTW | FO | CRJ |
| 4/22/2018 | Sunday | 53424 | SIC | DTW | FO | CRJ |
| 4/22/2018 | Sunday | 59831 | FTG | DTW | FO | CRJ |
| 4/22/2018 | Sunday | 59920 | SIC | DTW | FO | CRJ |
| 4/22/2018 | Sunday | 60774 | ADM | DTW | FO | CRJ |
| 4/27/2018 | Friday | 52507 | FLA | DTW | FO | CRJ |
| 4/27/2018 | Friday | 53091 | SIC | DTW | FO | CRJ |
| 4/27/2018 | Friday | 53447 | ONP | DTW | FO | CRJ |
| 4/27/2018 | Friday | 54957 | SIC | DTW | FO | CRJ |
| 4/27/2018 | Friday | 60386 | EMR | DTW | FO | CRJ |
| 4/27/2018 | Friday | 60774 | ADM | DTW | FO | CRJ |
| 4/28/2018 | Saturday | 51663 | ONP | DTW | FO | CRJ |
| 4/28/2018 | Saturday | 52507 | FLA | DTW | FO | CRJ |
| 4/28/2018 | Saturday | 53091 | SIC | DTW | FO | CRJ |
| 4/28/2018 | Saturday | 53781 | SIC | DTW | FO | CRJ |
| 4/28/2018 | Saturday | 59603 | SIC | DTW | FO | CRJ |
| 4/28/2018 | Saturday | 60774 | ADM | DTW | FO | CRJ |
| 4/29/2018 | Sunday | 51663 | ONP | DTW | FO | CRJ |
| 4/29/2018 | Sunday | 52507 | FLA | DTW | FO | CRJ |
| 4/29/2018 | Sunday | 53091 | SIC | DTW | FO | CRJ |
| 4/29/2018 | Sunday | 53781 | SIC | DTW | FO | CRJ |
| 4/29/2018 | Sunday | 54167 | EMR | DTW | FO | CRJ |
| 4/29/2018 | Sunday | 54244 | SIC | DTW | FO | CRJ |
| 4/29/2018 | Sunday | 54491 | EMR | DTW | FO | CRJ |
| 4/29/2018 | Sunday | 56585 | SIC | DTW | FO | CRJ |
| 4/29/2018 | Sunday | 57938 | EMR | DTW | FO | CRJ |
| 4/29/2018 | Sunday | 60774 | ADM | DTW | FO | CRJ |
| 5/4/2018 | Friday | 52476 | EMR | DTW | FO | CRJ |
| 5/4/2018 | Friday | 52507 | FLA | DTW | FO | CRJ |
| 5/4/2018 | Friday | 53657 | MIL | DTW | FO | CRJ |
| 5/4/2018 | Friday | 59452 | MIL | DTW | FO | CRJ |
| 5/4/2018 | Friday | 60107 | ONP | DTW | FO | CRJ |
| 5/4/2018 | Friday | 60234 | EMR | DTW | FO | CRJ |
| 5/4/2018 | Friday | 60314 | MIL | DTW | FO | CRJ |
| 5/4/2018 | Friday | 60887 | MIL | DTW | FO | CRJ |
| 5/5/2018 | Saturday | 52476 | EMR | DTW | FO | CRJ |
| 5/5/2018 | Saturday | 52507 | FLA | DTW | FO | CRJ |
| 5/5/2018 | Saturday | 53657 | MIL | DTW | FO | CRJ |
| 5/5/2018 | Saturday | 59452 | MIL | DTW | FO | CRJ |
| 5/5/2018 | Saturday | 60107 | ONP | DTW | FO | CRJ |
| 5/5/2018 | Saturday | 60234 | EMR | DTW | FO | CRJ |
| 5/5/2018 | Saturday | 60314 | MIL | DTW | FO | CRJ |
| 5/5/2018 | Saturday | 60627 | MIL | DTW | FO | CRJ |
| 5/5/2018 | Saturday | 60887 | MIL | DTW | FO | CRJ |
| 5/6/2018 | Sunday | 42657 | SIC | DTW | FO | CRJ |
| 5/6/2018 | Sunday | 52507 | FLA | DTW | FO | CRJ |
| 5/6/2018 | Sunday | 53657 | MIL | DTW | FO | CRJ |
| 5/6/2018 | Sunday | 55802 | SIC | DTW | FO | CRJ |
| 5/6/2018 | Sunday | 59452 | MIL | DTW | FO | CRJ |
| 5/6/2018 | Sunday | 59996 | SIC | DTW | FO | CRJ |
| 5/6/2018 | Sunday | 60107 | ONP | DTW | FO | CRJ |
| 5/6/2018 | Sunday | 60234 | EMR | DTW | FO | CRJ |
| 5/6/2018 | Sunday | 60314 | MIL | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 5/6/2018 | Sunday | 60627 | MIL | DTW | FO | CRJ |
| 5/6/2018 | Sunday | 60887 | MIL | DTW | FO | CRJ |
| 5/11/2018 | Friday | 49425 | ONP | DTW | FO | CRJ |
| 5/11/2018 | Friday | 52507 | FLA | DTW | FO | CRJ |
| 5/11/2018 | Friday | 54083 | SKV | DTW | FO | CRJ |
| 5/11/2018 | Friday | 55028 | EMR | DTW | FO | CRJ |
| 5/11/2018 | Friday | 55347 | EMR | DTW | FO | CRJ |
| 5/11/2018 | Friday | 55802 | SIC | DTW | FO | CRJ |
| 5/11/2018 | Friday | 56110 | SIC | DTW | FO | CRJ |
| 5/11/2018 | Friday | 56310 | SIC | DTW | FO | CRJ |
| 5/11/2018 | Friday | 58496 | ONP | DTW | FO | CRJ |
| 5/11/2018 | Friday | 59620 | FLA | DTW | FO | CRJ |
| 5/11/2018 | Friday | 59831 | FLA | DTW | FO | CRJ |
| 5/11/2018 | Friday | 60314 | MIL | DTW | FO | CRJ |
| 5/11/2018 | Friday | 60501 | SIC | DTW | FO | CRJ |
| 5/12/2018 | Saturday | 49425 | ONP | DTW | FO | CRJ |
| 5/12/2018 | Saturday | 51174 | EMR | DTW | FO | CRJ |
| 5/12/2018 | Saturday | 52507 | FLA | DTW | FO | CRJ |
| 5/12/2018 | Saturday | 53462 | EMR | DTW | FO | CRJ |
| 5/12/2018 | Saturday | 55028 | EMR | DTW | FO | CRJ |
| 5/12/2018 | Saturday | 55802 | SIC | DTW | FO | CRJ |
| 5/12/2018 | Saturday | 56110 | SIC | DTW | FO | CRJ |
| 5/12/2018 | Saturday | 58496 | ONP | DTW | FO | CRJ |
| 5/12/2018 | Saturday | 59620 | FLA | DTW | FO | CRJ |
| 5/12/2018 | Saturday | 59831 | FLA | DTW | FO | CRJ |
| 5/12/2018 | Saturday | 60314 | MIL | DTW | FO | CRJ |
| 5/12/2018 | Saturday | 60501 | SIC | DTW | FO | CRJ |
| 5/13/2018 | Sunday | 49425 | ONP | DTW | FO | CRJ |
| 5/13/2018 | Sunday | 51174 | EMR | DTW | FO | CRJ |
| 5/13/2018 | Sunday | 52507 | FLA | DTW | FO | CRJ |
| 5/13/2018 | Sunday | 53462 | EMR | DTW | FO | CRJ |
| 5/13/2018 | Sunday | 55028 | EMR | DTW | FO | CRJ |
| 5/13/2018 | Sunday | 56110 | SIC | DTW | FO | CRJ |
| 5/13/2018 | Sunday | 58496 | ONP | DTW | FO | CRJ |
| 5/13/2018 | Sunday | 59620 | FLA | DTW | FO | CRJ |
| 5/13/2018 | Sunday | 59831 | FLA | DTW | FO | CRJ |
| 5/13/2018 | Sunday | 60314 | MIL | DTW | FO | CRJ |
| 5/13/2018 | Sunday | 60501 | SIC | DTW | FO | CRJ |
| 5/18/2018 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 5/18/2018 | Friday | 49551 | EMR | DTW | FO | CRJ |
| 5/18/2018 | Friday | 51174 | FLA | DTW | FO | CRJ |
| 5/18/2018 | Friday | 53657 | EMR | DTW | FO | CRJ |
| 5/18/2018 | Friday | 55515 | SIC | DTW | FO | CRJ |
| 5/18/2018 | Friday | 59620 | FLA | DTW | FO | CRJ |
| 5/18/2018 | Friday | 59831 | FLA | DTW | FO | CRJ |
| 5/18/2018 | Friday | 60314 | MIL | DTW | FO | CRJ |
| 5/18/2018 | Friday | 60694 | EMR | DTW | FO | CRJ |
| 5/19/2018 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 5/19/2018 | Saturday | 51174 | FLA | DTW | FO | CRJ |
| 5/19/2018 | Saturday | 53657 | EMR | DTW | FO | CRJ |
| 5/19/2018 | Saturday | 59620 | FLA | DTW | FO | CRJ |
| 5/19/2018 | Saturday | 59831 | FLA | DTW | FO | CRJ |
| 5/19/2018 | Saturday | 60314 | MIL | DTW | FO | CRJ |
| 5/19/2018 | Saturday | 60576 | EMR | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 5/19/2018 | Saturday | 61362 | ONP | DTW | FO | CRJ |
| 5/20/2018 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 5/20/2018 | Sunday | 51174 | FLA | DTW | FO | CRJ |
| 5/20/2018 | Sunday | 53657 | EMR | DTW | FO | CRJ |
| 5/20/2018 | Sunday | 59385 | OJI | DTW | FO | CRJ |
| 5/20/2018 | Sunday | 59620 | FLA | DTW | FO | CRJ |
| 5/20/2018 | Sunday | 59831 | FLA | DTW | FO | CRJ |
| 5/20/2018 | Sunday | 60314 | MIL | DTW | FO | CRJ |
| 5/20/2018 | Sunday | 60576 | EMR | DTW | FO | CRJ |
| 5/20/2018 | Sunday | 61362 | ONP | DTW | FO | CRJ |
| 5/25/2018 | Friday | 51174 | FLA | DTW | FO | CRJ |
| 5/25/2018 | Friday | 59385 | OJI | DTW | FO | CRJ |
| 5/25/2018 | Friday | 59620 | FLA | DTW | FO | CRJ |
| 5/25/2018 | Friday | 59831 | FLA | DTW | FO | CRJ |
| 5/25/2018 | Friday | 60314 | MIL | DTW | FO | CRJ |
| 5/25/2018 | Friday | 60903 | ONP | DTW | FO | CRJ |
| 5/26/2018 | Saturday | 51174 | FLA | DTW | FO | CRJ |
| 5/26/2018 | Saturday | 54244 | EMV | DTW | FO | CRJ |
| 5/26/2018 | Saturday | 59385 | OJI | DTW | FO | CRJ |
| 5/26/2018 | Saturday | 59620 | FLA | DTW | FO | CRJ |
| 5/26/2018 | Saturday | 60314 | MIL | DTW | FO | CRJ |
| 5/26/2018 | Saturday | 61409 | ONP | DTW | FO | CRJ |
| 5/27/2018 | Sunday | 51174 | FLA | DTW | FO | CRJ |
| 5/27/2018 | Sunday | 54244 | EMV | DTW | FO | CRJ |
| 5/27/2018 | Sunday | 59385 | OJI | DTW | FO | CRJ |
| 5/27/2018 | Sunday | 59620 | FLA | DTW | FO | CRJ |
| 5/27/2018 | Sunday | 60314 | MIL | DTW | FO | CRJ |
| 5/27/2018 | Sunday | 61409 | ONP | DTW | FO | CRJ |
| 6/1/2018 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 6/1/2018 | Friday | 51174 | FLA | DTW | FO | CRJ |
| 6/1/2018 | Friday | 52146 | FLA | DTW | FO | CRJ |
| 6/1/2018 | Friday | 53462 | EMR | DTW | FO | CRJ |
| 6/1/2018 | Friday | 60314 | MIL | DTW | FO | CRJ |
| 6/1/2018 | Friday | 60693 | FLA | DTW | FO | CRJ |
| 6/1/2018 | Friday | 61356 | ONP | DTW | FO | CRJ |
| 6/1/2018 | Friday | 61379 | MIL | DTW | FO | CRJ |
| 6/1/2018 | Friday | 61456 | ONP | DTW | FO | CRJ |
| 6/2/2018 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 6/2/2018 | Saturday | 51174 | FLA | DTW | FO | CRJ |
| 6/2/2018 | Saturday | 52146 | FLA | DTW | FO | CRJ |
| 6/2/2018 | Saturday | 53462 | EMR | DTW | FO | CRJ |
| 6/2/2018 | Saturday | 53846 | EMR | DTW | FO | CRJ |
| 6/2/2018 | Saturday | 60314 | MIL | DTW | FO | CRJ |
| 6/2/2018 | Saturday | 60693 | FLA | DTW | FO | CRJ |
| 6/2/2018 | Saturday | 61379 | MIL | DTW | FO | CRJ |
| 6/2/2018 | Saturday | 61456 | ONP | DTW | FO | CRJ |
| 6/3/2018 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 6/3/2018 | Sunday | 51174 | FLA | DTW | FO | CRJ |
| 6/3/2018 | Sunday | 52146 | FLA | DTW | FO | CRJ |
| 6/3/2018 | Sunday | 53462 | EMR | DTW | FO | CRJ |
| 6/3/2018 | Sunday | 53839 | SIC | DTW | FO | CRJ |
| 6/3/2018 | Sunday | 53846 | EMR | DTW | FO | CRJ |
| 6/3/2018 | Sunday | 56176 | EMR | DTW | FO | CRJ |
| 6/3/2018 | Sunday | 58673 | SIC | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 6/3/2018 | Sunday | 59825 | FTG | DTW | FO | CRJ |
| 6/3/2018 | Sunday | 60314 | MIL | DTW | FO | CRJ |
| 6/3/2018 | Sunday | 60693 | FLA | DTW | FO | CRJ |
| 6/3/2018 | Sunday | 61379 | MIL | DTW | FO | CRJ |
| 6/3/2018 | Sunday | 61444 | EMR | DTW | FO | CRJ |
| 6/3/2018 | Sunday | 61456 | ONP | DTW | FO | CRJ |
| 6/8/2018 | Friday | 51174 | FLA | DTW | FO | CRJ |
| 6/8/2018 | Friday | 52146 | FLA | DTW | FO | CRJ |
| 6/8/2018 | Friday | 52391 | EMR | DTW | FO | CRJ |
| 6/8/2018 | Friday | 54244 | FTG | DTW | FO | CRJ |
| 6/8/2018 | Friday | 58103 | ONP | DTW | FO | CRJ |
| 6/8/2018 | Friday | 59232 | EMR | DTW | FO | CRJ |
| 6/8/2018 | Friday | 60106 | ONP | DTW | FO | CRJ |
| 6/8/2018 | Friday | 60117 | MIL | DTW | FO | CRJ |
| 6/8/2018 | Friday | 60314 | MIL | DTW | FO | CRJ |
| 6/8/2018 | Friday | 60693 | FLA | DTW | FO | CRJ |
| 6/8/2018 | Friday | 60887 | MIL | DTW | FO | CRJ |
| 6/8/2018 | Friday | 61362 | MIL | DTW | FO | CRJ |
| 6/8/2018 | Friday | 61401 | FLA | DTW | FO | CRJ |
| 6/8/2018 | Friday | 61444 | EMR | DTW | FO | CRJ |
| 6/8/2018 | Friday | 61619 | ONP | DTW | FO | CRJ |
| 6/9/2018 | Saturday | 51174 | FLA | DTW | FO | CRJ |
| 6/9/2018 | Saturday | 52146 | FLA | DTW | FO | CRJ |
| 6/9/2018 | Saturday | 58103 | ONP | DTW | FO | CRJ |
| 6/9/2018 | Saturday | 59232 | EMR | DTW | FO | CRJ |
| 6/9/2018 | Saturday | 60117 | MIL | DTW | FO | CRJ |
| 6/9/2018 | Saturday | 60314 | MIL | DTW | FO | CRJ |
| 6/9/2018 | Saturday | 60693 | FLA | DTW | FO | CRJ |
| 6/9/2018 | Saturday | 60887 | MIL | DTW | FO | CRJ |
| 6/9/2018 | Saturday | 61241 | ONP | DTW | FO | CRJ |
| 6/9/2018 | Saturday | 61362 | MIL | DTW | FO | CRJ |
| 6/9/2018 | Saturday | 61401 | FLA | DTW | FO | CRJ |
| 6/9/2018 | Saturday | 61619 | ONP | DTW | FO | CRJ |
| 6/10/2018 | Sunday | 51174 | FLA | DTW | FO | CRJ |
| 6/10/2018 | Sunday | 52146 | FLA | DTW | FO | CRJ |
| 6/10/2018 | Sunday | 53549 | EMR | DTW | FO | CRJ |
| 6/10/2018 | Sunday | 58103 | ONP | DTW | FO | CRJ |
| 6/10/2018 | Sunday | 59232 | EMR | DTW | FO | CRJ |
| 6/10/2018 | Sunday | 60117 | MIL | DTW | FO | CRJ |
| 6/10/2018 | Sunday | 60314 | MIL | DTW | FO | CRJ |
| 6/10/2018 | Sunday | 60693 | FLA | DTW | FO | CRJ |
| 6/10/2018 | Sunday | 60887 | MIL | DTW | FO | CRJ |
| 6/10/2018 | Sunday | 61009 | ONP | DTW | FO | CRJ |
| 6/10/2018 | Sunday | 61362 | MIL | DTW | FO | CRJ |
| 6/10/2018 | Sunday | 61401 | FLA | DTW | FO | CRJ |
| 6/15/2018 | Friday | 48480 | SIC | DTW | FO | CRJ |
| 6/15/2018 | Friday | 51174 | FLA | DTW | FO | CRJ |
| 6/15/2018 | Friday | 52146 | FLA | DTW | FO | CRJ |
| 6/15/2018 | Friday | 53549 | EMR | DTW | FO | CRJ |
| 6/15/2018 | Friday | 54876 | ONP | DTW | FO | CRJ |
| 6/15/2018 | Friday | 55386 | EMR | DTW | FO | CRJ |
| 6/15/2018 | Friday | 58357 | SIC | DTW | FO | CRJ |
| 6/15/2018 | Friday | 59385 | SIC | DTW | FO | CRJ |
| 6/15/2018 | Friday | 60117 | MIL | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 6/15/2018 | Friday | 60314 | MIL | DTW | FO | CRJ |
| 6/15/2018 | Friday | 60693 | FLA | DTW | FO | CRJ |
| 6/15/2018 | Friday | 61000 | ONP | DTW | FO | CRJ |
| 6/15/2018 | Friday | 61165 | SAD | DTW | FO | CRJ |
| 6/15/2018 | Friday | 61362 | MIL | DTW | FO | CRJ |
| 6/15/2018 | Friday | 61401 | FLA | DTW | FO | CRJ |
| 6/15/2018 | Friday | 61593 | ONP | DTW | FO | CRJ |
| 6/15/2018 | Friday | 61777 | ONP | DTW | FO | CRJ |
| 6/16/2018 | Saturday | 51174 | FLA | DTW | FO | CRJ |
| 6/16/2018 | Saturday | 52146 | FLA | DTW | FO | CRJ |
| 6/16/2018 | Saturday | 53549 | EMR | DTW | FO | CRJ |
| 6/16/2018 | Saturday | 54876 | ONP | DTW | FO | CRJ |
| 6/16/2018 | Saturday | 55386 | EMR | DTW | FO | CRJ |
| 6/16/2018 | Saturday | 56649 | EMR | DTW | FO | CRJ |
| 6/16/2018 | Saturday | 58357 | SIC | DTW | FO | CRJ |
| 6/16/2018 | Saturday | 58765 | SIC | DTW | FO | CRJ |
| 6/16/2018 | Saturday | 60117 | MIL | DTW | FO | CRJ |
| 6/16/2018 | Saturday | 60314 | MIL | DTW | FO | CRJ |
| 6/16/2018 | Saturday | 60690 | SAD | DTW | FO | CRJ |
| 6/16/2018 | Saturday | 60693 | FLA | DTW | FO | CRJ |
| 6/16/2018 | Saturday | 61000 | ONP | DTW | FO | CRJ |
| 6/16/2018 | Saturday | 61362 | MIL | DTW | FO | CRJ |
| 6/16/2018 | Saturday | 61401 | FLA | DTW | FO | CRJ |
| 6/16/2018 | Saturday | 61593 | ONP | DTW | FO | CRJ |
| 6/16/2018 | Saturday | 61626 | ONP | DTW | FO | CRJ |
| 6/16/2018 | Saturday | 61777 | ONP | DTW | FO | CRJ |
| 6/17/2018 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 6/17/2018 | Sunday | 51174 | FLA | DTW | FO | CRJ |
| 6/17/2018 | Sunday | 52146 | FLA | DTW | FO | CRJ |
| 6/17/2018 | Sunday | 53549 | EMR | DTW | FO | CRJ |
| 6/17/2018 | Sunday | 54876 | ONP | DTW | FO | CRJ |
| 6/17/2018 | Sunday | 59909 | FLA | DTW | FO | CRJ |
| 6/17/2018 | Sunday | 60117 | MIL | DTW | FO | CRJ |
| 6/17/2018 | Sunday | 60197 | SIC | DTW | FO | CRJ |
| 6/17/2018 | Sunday | 60314 | MIL | DTW | FO | CRJ |
| 6/17/2018 | Sunday | 60646 | SIC | DTW | FO | CRJ |
| 6/17/2018 | Sunday | 60693 | FLA | DTW | FO | CRJ |
| 6/17/2018 | Sunday | 61000 | ONP | DTW | FO | CRJ |
| 6/17/2018 | Sunday | 61362 | MIL | DTW | FO | CRJ |
| 6/17/2018 | Sunday | 61401 | FLA | DTW | FO | CRJ |
| 6/17/2018 | Sunday | 61593 | ONP | DTW | FO | CRJ |
| 6/17/2018 | Sunday | 61626 | ONP | DTW | FO | CRJ |
| 6/17/2018 | Sunday | 61777 | ONP | DTW | FO | CRJ |
| 6/22/2018 | Friday | 41000 | SIC | DTW | FO | CRJ |
| 6/22/2018 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 6/22/2018 | Friday | 51174 | FLA | DTW | FO | CRJ |
| 6/22/2018 | Friday | 52146 | FLA | DTW | FO | CRJ |
| 6/22/2018 | Friday | 52502 | EMR | DTW | FO | CRJ |
| 6/22/2018 | Friday | 55586 | SIC | DTW | FO | CRJ |
| 6/22/2018 | Friday | 56583 | SIC | DTW | FO | CRJ |
| 6/22/2018 | Friday | 56585 | SAD | DTW | FO | CRJ |
| 6/22/2018 | Friday | 59909 | FLA | DTW | FO | CRJ |
| 6/22/2018 | Friday | 60314 | MIL | DTW | FO | CRJ |
| 6/22/2018 | Friday | 60985 | MIL | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 6/22/2018 | Friday | 61169 | MIL | DTW | FO | CRJ |
| 6/22/2018 | Friday | 61362 | MIL | DTW | FO | CRJ |
| 6/22/2018 | Friday | 61401 | FLA | DTW | FO | CRJ |
| 6/22/2018 | Friday | 61478 | ONP | DTW | FO | CRJ |
| 6/22/2018 | Friday | 61626 | ONP | DTW | FO | CRJ |
| 6/23/2018 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 6/23/2018 | Saturday | 51174 | FLA | DTW | FO | CRJ |
| 6/23/2018 | Saturday | 52146 | FLA | DTW | FO | CRJ |
| 6/23/2018 | Saturday | 52868 | EMR | DTW | FO | CRJ |
| 6/23/2018 | Saturday | 56310 | EMR | DTW | FO | CRJ |
| 6/23/2018 | Saturday | 56585 | SAD | DTW | FO | CRJ |
| 6/23/2018 | Saturday | 59835 | SIC | DTW | FO | CRJ |
| 6/23/2018 | Saturday | 59909 | FLA | DTW | FO | CRJ |
| 6/23/2018 | Saturday | 60314 | MIL | DTW | FO | CRJ |
| 6/23/2018 | Saturday | 60687 | SIC | DTW | FO | CRJ |
| 6/23/2018 | Saturday | 61009 | ONP | DTW | FO | CRJ |
| 6/23/2018 | Saturday | 61169 | MIL | DTW | FO | CRJ |
| 6/23/2018 | Saturday | 61362 | MIL | DTW | FO | CRJ |
| 6/23/2018 | Saturday | 61401 | FLA | DTW | FO | CRJ |
| 6/23/2018 | Saturday | 61478 | ONP | DTW | FO | CRJ |
| 6/23/2018 | Saturday | 61626 | ONP | DTW | FO | CRJ |
| 6/24/2018 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 6/24/2018 | Sunday | 51174 | FLA | DTW | FO | CRJ |
| 6/24/2018 | Sunday | 52146 | FLA | DTW | FO | CRJ |
| 6/24/2018 | Sunday | 56585 | SAD | DTW | FO | CRJ |
| 6/24/2018 | Sunday | 59835 | SIC | DTW | FO | CRJ |
| 6/24/2018 | Sunday | 59909 | FLA | DTW | FO | CRJ |
| 6/24/2018 | Sunday | 60314 | MIL | DTW | FO | CRJ |
| 6/24/2018 | Sunday | 60687 | SIC | DTW | FO | CRJ |
| 6/24/2018 | Sunday | 61009 | EMR | DTW | FO | CRJ |
| 6/24/2018 | Sunday | 61362 | MIL | DTW | FO | CRJ |
| 6/24/2018 | Sunday | 61401 | FLA | DTW | FO | CRJ |
| 6/24/2018 | Sunday | 61478 | ONP | DTW | FO | CRJ |
| 6/24/2018 | Sunday | 61626 | ONP | DTW | FO | CRJ |
| 6/29/2018 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 6/29/2018 | Friday | 49551 | EMR | DTW | FO | CRJ |
| 6/29/2018 | Friday | 51174 | FLA | DTW | FO | CRJ |
| 6/29/2018 | Friday | 52146 | FLA | DTW | FO | CRJ |
| 6/29/2018 | Friday | 55349 | SIC | DTW | FO | CRJ |
| 6/29/2018 | Friday | 56359 | EMV | DTW | FO | CRJ |
| 6/29/2018 | Friday | 58255 | SAD | DTW | FO | CRJ |
| 6/29/2018 | Friday | 59831 | EMR | DTW | FO | CRJ |
| 6/29/2018 | Friday | 59909 | FLA | DTW | FO | CRJ |
| 6/29/2018 | Friday | 60157 | EMR | DTW | FO | CRJ |
| 6/29/2018 | Friday | 60314 | MIL | DTW | FO | CRJ |
| 6/29/2018 | Friday | 61169 | MIL | DTW | FO | CRJ |
| 6/29/2018 | Friday | 61215 | SIC | DTW | FO | CRJ |
| 6/29/2018 | Friday | 61343 | EMR | DTW | FO | CRJ |
| 6/29/2018 | Friday | 61362 | MIL | DTW | FO | CRJ |
| 6/29/2018 | Friday | 61401 | FLA | DTW | FO | CRJ |
| 6/30/2018 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 6/30/2018 | Saturday | 51174 | FLA | DTW | FO | CRJ |
| 6/30/2018 | Saturday | 52146 | FLA | DTW | FO | CRJ |
| 6/30/2018 | Saturday | 58383 | EMR | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 6/30/2018 | Saturday | 59831 | EMR | DTW | FO | CRJ |
| 6/30/2018 | Saturday | 59909 | FLA | DTW | FO | CRJ |
| 6/30/2018 | Saturday | 60157 | EMR | DTW | FO | CRJ |
| 6/30/2018 | Saturday | 60314 | MIL | DTW | FO | CRJ |
| 6/30/2018 | Saturday | 60367 | EMR | DTW | FO | CRJ |
| 6/30/2018 | Saturday | 61169 | MIL | DTW | FO | CRJ |
| 6/30/2018 | Saturday | 61215 | SIC | DTW | FO | CRJ |
| 6/30/2018 | Saturday | 61343 | EMR | DTW | FO | CRJ |
| 6/30/2018 | Saturday | 61362 | MIL | DTW | FO | CRJ |
| 6/30/2018 | Saturday | 61401 | FLA | DTW | FO | CRJ |
| 7/1/2018 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 7/1/2018 | Sunday | 52146 | FLA | DTW | FO | CR7 |
| 7/1/2018 | Sunday | 55361 | OFP | DTW | FO | CR7 |
| 7/1/2018 | Sunday | 58196 | EMR | DTW | FO | CRJ |
| 7/1/2018 | Sunday | 58383 | EMR | DTW | FO | CR7 |
| 7/1/2018 | Sunday | 59831 | EMR | DTW | FO | CR7 |
| 7/1/2018 | Sunday | 59909 | FLA | DTW | FO | CR7 |
| 7/1/2018 | Sunday | 60314 | MIL | DTW | FO | CRJ |
| 7/1/2018 | Sunday | 60367 | EMR | DTW | FO | CR7 |
| 7/1/2018 | Sunday | 61003 | SAD | DTW | FO | CRJ |
| 7/1/2018 | Sunday | 61169 | MIL | DTW | FO | CRJ |
| 7/1/2018 | Sunday | 61362 | MIL | DTW | FO | CRJ |
| 7/1/2018 | Sunday | 61401 | FLA | DTW | FO | CRJ |
| 7/6/2018 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 7/6/2018 | Friday | 52146 | FLA | DTW | FO | CR7 |
| 7/6/2018 | Friday | 59909 | FLA | DTW | FO | CR7 |
| 7/6/2018 | Friday | 59925 | FLA | DTW | FO | CR7 |
| 7/6/2018 | Friday | 60314 | MIL | DTW | FO | CRJ |
| 7/6/2018 | Friday | 60887 | FLA | DTW | FO | CR7 |
| 7/6/2018 | Friday | 61169 | MIL | DTW | FO | CRJ |
| 7/6/2018 | Friday | 61362 | FLA | DTW | FO | CRJ |
| 7/6/2018 | Friday | 61401 | FLA | DTW | FO | CRJ |
| 7/7/2018 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 7/7/2018 | Saturday | 52146 | FLA | DTW | FO | CR7 |
| 7/7/2018 | Saturday | 59825 | EMR | DTW | FO | CR7 |
| 7/7/2018 | Saturday | 59909 | FLA | DTW | FO | CR7 |
| 7/7/2018 | Saturday | 59925 | FLA | DTW | FO | CR7 |
| 7/7/2018 | Saturday | 60314 | MIL | DTW | FO | CRJ |
| 7/7/2018 | Saturday | 60887 | FLA | DTW | FO | CR7 |
| 7/7/2018 | Saturday | 61105 | EMR | DTW | FO | CRJ |
| 7/7/2018 | Saturday | 61169 | MIL | DTW | FO | CRJ |
| 7/7/2018 | Saturday | 61362 | FLA | DTW | FO | CRJ |
| 7/7/2018 | Saturday | 61401 | FLA | DTW | FO | CRJ |
| 7/8/2018 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 7/8/2018 | Sunday | 51733 | EMV | DTW | FO | CR7 |
| 7/8/2018 | Sunday | 52146 | FLA | DTW | FO | CR7 |
| 7/8/2018 | Sunday | 54244 | EMR | DTW | FO | CR7 |
| 7/8/2018 | Sunday | 59825 | EMR | DTW | FO | CR7 |
| 7/8/2018 | Sunday | 59909 | FLA | DTW | FO | CR7 |
| 7/8/2018 | Sunday | 59925 | FLA | DTW | FO | CR7 |
| 7/8/2018 | Sunday | 60314 | MIL | DTW | FO | CRJ |
| 7/8/2018 | Sunday | 60887 | FLA | DTW | FO | CR7 |
| 7/8/2018 | Sunday | 61362 | FLA | DTW | FO | CRJ |
| 7/8/2018 | Sunday | 61401 | FLA | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 7/8/2018 | Sunday | 61797 | MIL | DTW | FO | CRJ |
| 7/13/2018 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 7/13/2018 | Friday | 49551 | EMR | DTW | FO | CR7 |
| 7/13/2018 | Friday | 51840 | MIL | DTW | FO | CRJ |
| 7/13/2018 | Friday | 52146 | FLA | DTW | FO | CR7 |
| 7/13/2018 | Friday | 52391 | EMR | DTW | FO | CR7 |
| 7/13/2018 | Friday | 59831 | EMR | DTW | FO | CR7 |
| 7/13/2018 | Friday | 59909 | FLA | DTW | FO | CR7 |
| 7/13/2018 | Friday | 60314 | MIL | DTW | FO | CRJ |
| 7/13/2018 | Friday | 60554 | SIC | DTW | FO | CRJ |
| 7/13/2018 | Friday | 60622 | EMR | DTW | FO | CR7 |
| 7/13/2018 | Friday | 60887 | FLA | DTW | FO | CR7 |
| 7/13/2018 | Friday | 61362 | FLA | DTW | FO | CRJ |
| 7/13/2018 | Friday | 61401 | FLA | DTW | FO | CRJ |
| 7/13/2018 | Friday | 61602 | MIL | DTW | FO | CRJ |
| 7/13/2018 | Friday | 61797 | MIL | DTW | FO | CRJ |
| 7/14/2018 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 7/14/2018 | Saturday | 49551 | EMR | DTW | FO | CR7 |
| 7/14/2018 | Saturday | 51840 | MIL | DTW | FO | CRJ |
| 7/14/2018 | Saturday | 52146 | FLA | DTW | FO | CR7 |
| 7/14/2018 | Saturday | 54244 | SIC | DTW | FO | CR7 |
| 7/14/2018 | Saturday | 59831 | EMR | DTW | FO | CR7 |
| 7/14/2018 | Saturday | 59909 | FLA | DTW | FO | CR7 |
| 7/14/2018 | Saturday | 60314 | MIL | DTW | FO | CRJ |
| 7/14/2018 | Saturday | 60493 | EMR | DTW | FO | CR7 |
| 7/14/2018 | Saturday | 60622 | EMR | DTW | FO | CR7 |
| 7/14/2018 | Saturday | 60887 | FLA | DTW | FO | CR7 |
| 7/14/2018 | Saturday | 61169 | MIL | DTW | FO | CRJ |
| 7/14/2018 | Saturday | 61362 | FLA | DTW | FO | CRJ |
| 7/14/2018 | Saturday | 61401 | MIL | DTW | FO | CRJ |
| 7/14/2018 | Saturday | 61602 | MIL | DTW | FO | CRJ |
| 7/14/2018 | Saturday | 61797 | MIL | DTW | FO | CRJ |
| 7/15/2018 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 7/15/2018 | Sunday | 51840 | MIL | DTW | FO | CRJ |
| 7/15/2018 | Sunday | 52146 | FLA | DTW | FO | CR7 |
| 7/15/2018 | Sunday | 54244 | SIC | DTW | FO | CR7 |
| 7/15/2018 | Sunday | 54244 | SIC | DTW | FO | CR7 |
| 7/15/2018 | Sunday | 59909 | FLA | DTW | FO | CR7 |
| 7/15/2018 | Sunday | 60314 | MIL | DTW | FO | CRJ |
| 7/15/2018 | Sunday | 60493 | EMR | DTW | FO | CR7 |
| 7/15/2018 | Sunday | 60622 | EMR | DTW | FO | CR7 |
| 7/15/2018 | Sunday | 60887 | FLA | DTW | FO | CR7 |
| 7/15/2018 | Sunday | 61169 | MIL | DTW | FO | CRJ |
| 7/15/2018 | Sunday | 61362 | FLA | DTW | FO | CRJ |
| 7/15/2018 | Sunday | 61401 | MIL | DTW | FO | CRJ |
| 7/15/2018 | Sunday | 61602 | MIL | DTW | FO | CRJ |
| 7/20/2018 | Friday | 48480 | SIC | DTW | FO | CR7 |
| 7/20/2018 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 7/20/2018 | Friday | 52146 | FLA | DTW | FO | CR7 |
| 7/20/2018 | Friday | 56581 | EMR | DTW | FO | CR7 |
| 7/20/2018 | Friday | 59835 | EMR | DTW | FO | CR7 |
| 7/20/2018 | Friday | 59909 | FLA | DTW | FO | CR7 |
| 7/20/2018 | Friday | 60107 | EMR | DTW | FO | CR7 |
| 7/20/2018 | Friday | 60314 | MIL | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 7/20/2018 | Friday | 60887 | FLA | DTW | FO | CR7 |
| 7/20/2018 | Friday | 61169 | MIL | DTW | FO | CRJ |
| 7/20/2018 | Friday | 61362 | FLA | DTW | FO | CRJ |
| 7/20/2018 | Friday | 61401 | MIL | DTW | FO | CRJ |
| 7/20/2018 | Friday | 61466 | FTG | DTW | FO | CRJ |
| 7/20/2018 | Friday | 61602 | MIL | DTW | FO | CRJ |
| 7/21/2018 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 7/21/2018 | Saturday | 52146 | FLA | DTW | FO | CR7 |
| 7/21/2018 | Saturday | 58370 | SIC | DTW | FO | CRJ |
| 7/21/2018 | Saturday | 59835 | EMR | DTW | FO | CR7 |
| 7/21/2018 | Saturday | 59909 | FLA | DTW | FO | CR7 |
| 7/21/2018 | Saturday | 59925 | SAD | DTW | FO | CR7 |
| 7/21/2018 | Saturday | 60314 | MIL | DTW | FO | CRJ |
| 7/21/2018 | Saturday | 60887 | FLA | DTW | FO | CR7 |
| 7/21/2018 | Saturday | 61169 | MIL | DTW | FO | CRJ |
| 7/21/2018 | Saturday | 61362 | FLA | DTW | FO | CRJ |
| 7/21/2018 | Saturday | 61401 | MIL | DTW | FO | CRJ |
| 7/21/2018 | Saturday | 61602 | MIL | DTW | FO | CRJ |
| 7/22/2018 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 7/22/2018 | Sunday | 52146 | FLA | DTW | FO | CR7 |
| 7/22/2018 | Sunday | 54244 | SIC | DTW | FO | CR7 |
| 7/22/2018 | Sunday | 54883 | EMR | DTW | FO | CR7 |
| 7/22/2018 | Sunday | 57273 | SIC | DTW | FO | CR7 |
| 7/22/2018 | Sunday | 58383 | ADM | DTW | FO | CR7 |
| 7/22/2018 | Sunday | 59835 | EMR | DTW | FO | CR7 |
| 7/22/2018 | Sunday | 59909 | FLA | DTW | FO | CR7 |
| 7/22/2018 | Sunday | 60093 | EMR | DTW | FO | CR7 |
| 7/22/2018 | Sunday | 60314 | MIL | DTW | FO | CRJ |
| 7/22/2018 | Sunday | 60887 | FLA | DTW | FO | CR7 |
| 7/22/2018 | Sunday | 61362 | FLA | DTW | FO | CRJ |
| 7/22/2018 | Sunday | 61401 | MIL | DTW | FO | CRJ |
| 7/22/2018 | Sunday | 61457 | SAD | DTW | FO | CRJ |
| 7/22/2018 | Sunday | 61602 | MIL | DTW | FO | CRJ |
| 7/27/2018 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 7/27/2018 | Friday | 52146 | FLA | DTW | FO | CR7 |
| 7/27/2018 | Friday | 52391 | FTG | DTW | FO | CR7 |
| 7/27/2018 | Friday | 53024 | ONP | DTW | FO | CR7 |
| 7/27/2018 | Friday | 55910 | OJI | DTW | FO | CRJ |
| 7/27/2018 | Friday | 59603 | EMR | DTW | FO | CR7 |
| 7/27/2018 | Friday | 59909 | FLA | DTW | FO | CR7 |
| 7/27/2018 | Friday | 60314 | MIL | DTW | FO | CRJ |
| 7/27/2018 | Friday | 60887 | MIL | DTW | FO | CR7 |
| 7/27/2018 | Friday | 61169 | MIL | DTW | FO | CRJ |
| 7/27/2018 | Friday | 61401 | MIL | DTW | FO | CRJ |
| 7/27/2018 | Friday | 61432 | SIC | DTW | FO | CRJ |
| 7/27/2018 | Friday | 61602 | MIL | DTW | FO | CRJ |
| 7/28/2018 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 7/28/2018 | Saturday | 49425 | EMR | DTW | FO | CRJ |
| 7/28/2018 | Saturday | 52146 | FLA | DTW | FO | CR7 |
| 7/28/2018 | Saturday | 55910 | OJI | DTW | FO | CRJ |
| 7/28/2018 | Saturday | 59551 | SIC | DTW | FO | CR7 |
| 7/28/2018 | Saturday | 59603 | EMR | DTW | FO | CR7 |
| 7/28/2018 | Saturday | 59831 | FTG | DTW | FO | CR7 |
| 7/28/2018 | Saturday | 59909 | FLA | DTW | FO | CR7 |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 7/28/2018 | Saturday | 60314 | MIL | DTW | FO | CRJ |
| 7/28/2018 | Saturday | 60887 | MIL | DTW | FO | CR7 |
| 7/28/2018 | Saturday | 61169 | MIL | DTW | FO | CRJ |
| 7/28/2018 | Saturday | 61401 | MIL | DTW | FO | CRJ |
| 7/28/2018 | Saturday | 61602 | MIL | DTW | FO | CRJ |
| 7/29/2018 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 7/29/2018 | Sunday | 49425 | EMR | DTW | FO | CRJ |
| 7/29/2018 | Sunday | 52146 | FLA | DTW | FO | CR7 |
| 7/29/2018 | Sunday | 54880 | EMR | DTW | FO | CR7 |
| 7/29/2018 | Sunday | 55661 | EMR | DTW | FO | CR7 |
| 7/29/2018 | Sunday | 55910 | OJI | DTW | FO | CRJ |
| 7/29/2018 | Sunday | 58383 | ADM | DTW | FO | CR7 |
| 7/29/2018 | Sunday | 59603 | EMR | DTW | FO | CR7 |
| 7/29/2018 | Sunday | 59909 | FLA | DTW | FO | CR7 |
| 7/29/2018 | Sunday | 60234 | EMR | DTW | FO | CR7 |
| 7/29/2018 | Sunday | 60314 | MIL | DTW | FO | CRJ |
| 7/29/2018 | Sunday | 60887 | MIL | DTW | FO | CR7 |
| 7/29/2018 | Sunday | 61169 | MIL | DTW | FO | CRJ |
| 7/29/2018 | Sunday | 61401 | MIL | DTW | FO | CRJ |
| 7/29/2018 | Sunday | 61602 | MIL | DTW | FO | CRJ |
| 8/3/2018 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 8/3/2018 | Friday | 52146 | FLA | DTW | FO | CRJ |
| 8/3/2018 | Friday | 53624 | FLA | DTW | FO | CRJ |
| 8/3/2018 | Friday | 55802 | EMR | DTW | FO | CRJ |
| 8/3/2018 | Friday | 59603 | EMR | DTW | FO | CRJ |
| 8/3/2018 | Friday | 59909 | FLA | DTW | FO | CRJ |
| 8/3/2018 | Friday | 60197 | SIC | DTW | FO | CRJ |
| 8/3/2018 | Friday | 60314 | MIL | DTW | FO | CRJ |
| 8/3/2018 | Friday | 61084 | EMR | DTW | FO | CRJ |
| 8/3/2018 | Friday | 61169 | MIL | DTW | FO | CRJ |
| 8/4/2018 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 8/4/2018 | Saturday | 52146 | FLA | DTW | FO | CRJ |
| 8/4/2018 | Saturday | 55661 | EMR | DTW | FO | CRJ |
| 8/4/2018 | Saturday | 55802 | EMR | DTW | FO | CRJ |
| 8/4/2018 | Saturday | 58383 | ADM | DTW | FO | CRJ |
| 8/4/2018 | Saturday | 59603 | EMR | DTW | FO | CRJ |
| 8/4/2018 | Saturday | 59909 | FLA | DTW | FO | CRJ |
| 8/4/2018 | Saturday | 60197 | SIC | DTW | FO | CRJ |
| 8/4/2018 | Saturday | 60314 | MIL | DTW | FO | CRJ |
| 8/4/2018 | Saturday | 61169 | MIL | DTW | FO | CRJ |
| 8/5/2018 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 8/5/2018 | Sunday | 52146 | FLA | DTW | FO | CRJ |
| 8/5/2018 | Sunday | 55661 | EMR | DTW | FO | CRJ |
| 8/5/2018 | Sunday | 55802 | EMR | DTW | FO | CRJ |
| 8/5/2018 | Sunday | 58383 | ADM | DTW | FO | CRJ |
| 8/5/2018 | Sunday | 59909 | FLA | DTW | FO | CRJ |
| 8/5/2018 | Sunday | 60197 | SIC | DTW | FO | CRJ |
| 8/5/2018 | Sunday | 60314 | MIL | DTW | FO | CRJ |
| 8/5/2018 | Sunday | 61084 | EMR | DTW | FO | CRJ |
| 8/5/2018 | Sunday | 61169 | MIL | DTW | FO | CRJ |
| 8/5/2018 | Sunday | 61634 | SIC | DTW | FO | CRJ |
| 8/5/2018 | Sunday | 62220 | ONP | DTW | FO | CRJ |
| 8/10/2018 | Friday | 52146 | FLA | DTW | FO | CRJ |
| 8/10/2018 | Friday | 55622 | SIC | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 8/10/2018 | Friday | 58255 | EMR | DTW | FO | CRJ |
| 8/10/2018 | Friday | 58383 | ADM | DTW | FO | CRJ |
| 8/10/2018 | Friday | 59831 | SIC | DTW | FO | CRJ |
| 8/10/2018 | Friday | 59909 | FLA | DTW | FO | CRJ |
| 8/10/2018 | Friday | 60314 | MIL | DTW | FO | CRJ |
| 8/10/2018 | Friday | 61169 | MIL | DTW | FO | CRJ |
| 8/11/2018 | Saturday | 52146 | FLA | DTW | FO | CRJ |
| 8/11/2018 | Saturday | 58255 | EMR | DTW | FO | CRJ |
| 8/11/2018 | Saturday | 58383 | ADM | DTW | FO | CRJ |
| 8/11/2018 | Saturday | 59909 | FLA | DTW | FO | CRJ |
| 8/11/2018 | Saturday | 60314 | MIL | DTW | FO | CRJ |
| 8/11/2018 | Saturday | 61169 | MIL | DTW | FO | CRJ |
| 8/12/2018 | Sunday | 52146 | FLA | DTW | FO | CRJ |
| 8/12/2018 | Sunday | 56058 | EMR | DTW | FO | CRJ |
| 8/12/2018 | Sunday | 56147 | EMV | DTW | FO | CRJ |
| 8/12/2018 | Sunday | 58255 | EMR | DTW | FO | CRJ |
| 8/12/2018 | Sunday | 58383 | ADM | DTW | FO | CRJ |
| 8/12/2018 | Sunday | 59909 | FLA | DTW | FO | CRJ |
| 8/12/2018 | Sunday | 60157 | EMR | DTW | FO | CRJ |
| 8/12/2018 | Sunday | 60314 | MIL | DTW | FO | CRJ |
| 8/12/2018 | Sunday | 61169 | MIL | DTW | FO | CRJ |
| 8/12/2018 | Sunday | 61401 | MIL | DTW | FO | CRJ |
| 8/12/2018 | Sunday | 62157 | SIC | DTW | FO | CRJ |
| 8/17/2018 | Friday | 52146 | FLA | DTW | FO | CRJ |
| 8/17/2018 | Friday | 52502 | EMR | DTW | FO | CRJ |
| 8/17/2018 | Friday | 56025 | SIC | DTW | FO | CRJ |
| 8/17/2018 | Friday | 56737 | FLA | DTW | FO | CRJ |
| 8/17/2018 | Friday | 58196 | SAD | DTW | FO | CRJ |
| 8/17/2018 | Friday | 59909 | FLA | DTW | FO | CRJ |
| 8/17/2018 | Friday | 60106 | SAD | DTW | FO | CRJ |
| 8/17/2018 | Friday | 60314 | MIL | DTW | FO | CRJ |
| 8/17/2018 | Friday | 61169 | MIL | DTW | FO | CRJ |
| 8/17/2018 | Friday | 61401 | MIL | DTW | FO | CRJ |
| 8/17/2018 | Friday | 61797 | MIL | DTW | FO | CRJ |
| 8/18/2018 | Saturday | 52146 | FLA | DTW | FO | CRJ |
| 8/18/2018 | Saturday | 56025 | SIC | DTW | FO | CRJ |
| 8/18/2018 | Saturday | 56737 | FLA | DTW | FO | CRJ |
| 8/18/2018 | Saturday | 59909 | FLA | DTW | FO | CRJ |
| 8/18/2018 | Saturday | 60314 | MIL | DTW | FO | CRJ |
| 8/18/2018 | Saturday | 61169 | MIL | DTW | FO | CRJ |
| 8/18/2018 | Saturday | 61401 | MIL | DTW | FO | CRJ |
| 8/18/2018 | Saturday | 61797 | MIL | DTW | FO | CRJ |
| 8/19/2018 | Sunday | 51733 | SIC | DTW | FO | CRJ |
| 8/19/2018 | Sunday | 52146 | FLA | DTW | FO | CRJ |
| 8/19/2018 | Sunday | 55478 | SIC | DTW | FO | CRJ |
| 8/19/2018 | Sunday | 56025 | SIC | DTW | FO | CRJ |
| 8/19/2018 | Sunday | 56737 | FLA | DTW | FO | CRJ |
| 8/19/2018 | Sunday | 56755 | EMR | DTW | FO | CRJ |
| 8/19/2018 | Sunday | 59909 | FLA | DTW | FO | CRJ |
| 8/19/2018 | Sunday | 60314 | MIL | DTW | FO | CRJ |
| 8/19/2018 | Sunday | 60681 | SIC | DTW | FO | CRJ |
| 8/19/2018 | Sunday | 61169 | MIL | DTW | FO | CRJ |
| 8/19/2018 | Sunday | 61325 | EMR | DTW | FO | CRJ |
| 8/19/2018 | Sunday | 61401 | MIL | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 8/19/2018 | Sunday | 61797 | MIL | DTW | FO | CRJ |
| 8/24/2018 | Friday | 42657 | EMR | DTW | FO | CRJ |
| 8/24/2018 | Friday | 49551 | SIC | DTW | FO | CRJ |
| 8/24/2018 | Friday | 52146 | FLA | DTW | FO | CRJ |
| 8/24/2018 | Friday | 54957 | SIC | DTW | FO | CRJ |
| 8/24/2018 | Friday | 56737 | FLA | DTW | FO | CRJ |
| 8/24/2018 | Friday | 58571 | SIC | DTW | FO | CRJ |
| 8/24/2018 | Friday | 59909 | FLA | DTW | FO | CRJ |
| 8/24/2018 | Friday | 60070 | EMR | DTW | FO | CRJ |
| 8/24/2018 | Friday | 60314 | MIL | DTW | FO | CRJ |
| 8/24/2018 | Friday | 61169 | MIL | DTW | FO | CRJ |
| 8/24/2018 | Friday | 61401 | MIL | DTW | FO | CRJ |
| 8/24/2018 | Friday | 61797 | MIL | DTW | FO | CRJ |
| 8/24/2018 | Friday | 62220 | ONP | DTW | FO | CRJ |
| 8/25/2018 | Saturday | 42657 | EMR | DTW | FO | CRJ |
| 8/25/2018 | Saturday | 49551 | SIC | DTW | FO | CRJ |
| 8/25/2018 | Saturday | 52146 | FLA | DTW | FO | CRJ |
| 8/25/2018 | Saturday | 56737 | FLA | DTW | FO | CRJ |
| 8/25/2018 | Saturday | 59909 | FLA | DTW | FO | CRJ |
| 8/25/2018 | Saturday | 60070 | EMR | DTW | FO | CRJ |
| 8/25/2018 | Saturday | 60314 | MIL | DTW | FO | CRJ |
| 8/25/2018 | Saturday | 61169 | MIL | DTW | FO | CRJ |
| 8/25/2018 | Saturday | 61401 | MIL | DTW | FO | CRJ |
| 8/25/2018 | Saturday | 61797 | MIL | DTW | FO | CRJ |
| 8/25/2018 | Saturday | 62220 | ONP | DTW | FO | CRJ |
| 8/26/2018 | Sunday | 42657 | EMR | DTW | FO | CRJ |
| 8/26/2018 | Sunday | 49551 | SIC | DTW | FO | CRJ |
| 8/26/2018 | Sunday | 52146 | FLA | DTW | FO | CRJ |
| 8/26/2018 | Sunday | 59909 | FLA | DTW | FO | CRJ |
| 8/26/2018 | Sunday | 60314 | MIL | DTW | FO | CRJ |
| 8/26/2018 | Sunday | 61169 | MIL | DTW | FO | CRJ |
| 8/26/2018 | Sunday | 61386 | EMR | DTW | FO | CRJ |
| 8/26/2018 | Sunday | 61401 | MIL | DTW | FO | CRJ |
| 8/26/2018 | Sunday | 61797 | MIL | DTW | FO | CRJ |
| 8/26/2018 | Sunday | 62220 | ONP | DTW | FO | CRJ |
| 8/31/2018 | Friday | 52146 | FLA | DTW | FO | CRJ |
| 8/31/2018 | Friday | 53758 | EMR | DTW | FO | CRJ |
| 8/31/2018 | Friday | 53836 | EMR | DTW | FO | CRJ |
| 8/31/2018 | Friday | 56560 | EMR | DTW | FO | CRJ |
| 8/31/2018 | Friday | 59909 | FLA | DTW | FO | CRJ |
| 8/31/2018 | Friday | 60314 | MIL | DTW | FO | CRJ |
| 8/31/2018 | Friday | 60667 | EMR | DTW | FO | CRJ |
| 8/31/2018 | Friday | 61169 | MIL | DTW | FO | CRJ |
| 8/31/2018 | Friday | 61401 | MIL | DTW | FO | CRJ |
| 8/31/2018 | Friday | 61797 | MIL | DTW | FO | CRJ |
| 9/1/2018 | Saturday | 53758 | EMR | DTW | FO | CRJ |
| 9/1/2018 | Saturday | 56110 | SIC | DTW | FO | CRJ |
| 9/1/2018 | Saturday | 56560 | EMR | DTW | FO | CRJ |
| 9/1/2018 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 9/1/2018 | Saturday | 59909 | FLA | DTW | FO | CRJ |
| 9/1/2018 | Saturday | 60314 | MIL | DTW | FO | CRJ |
| 9/1/2018 | Saturday | 60667 | EMR | DTW | FO | CRJ |
| 9/1/2018 | Saturday | 60775 | ADM | DTW | FO | CRJ |
| 9/1/2018 | Saturday | 61169 | MIL | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 9/1/2018 | Saturday | 61401 | MIL | DTW | FO | CRJ |
| 9/1/2018 | Saturday | 61797 | MIL | DTW | FO | CRJ |
| 9/2/2018 | Sunday | 53758 | EMR | DTW | FO | CRJ |
| 9/2/2018 | Sunday | 54083 | SIC | DTW | FO | CRJ |
| 9/2/2018 | Sunday | 56110 | SIC | DTW | FO | CRJ |
| 9/2/2018 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 9/2/2018 | Sunday | 59909 | FLA | DTW | FO | CRJ |
| 9/2/2018 | Sunday | 60314 | MIL | DTW | FO | CRJ |
| 9/2/2018 | Sunday | 61169 | MIL | DTW | FO | CRJ |
| 9/2/2018 | Sunday | 61401 | MIL | DTW | FO | CRJ |
| 9/2/2018 | Sunday | 61797 | MIL | DTW | FO | CRJ |
| 9/7/2018 | Friday | 53846 | FTG | DTW | FO | CRJ |
| 9/7/2018 | Friday | 53846 | FTG | DTW | FO | CRJ |
| 9/7/2018 | Friday | 56755 | SIC | DTW | FO | CRJ |
| 9/7/2018 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 9/7/2018 | Friday | 59909 | FLA | DTW | FO | CRJ |
| 9/7/2018 | Friday | 60157 | SIC | DTW | FO | CRJ |
| 9/7/2018 | Friday | 60314 | MIL | DTW | FO | CRJ |
| 9/7/2018 | Friday | 60775 | ADM | DTW | FO | CRJ |
| 9/7/2018 | Friday | 61169 | MIL | DTW | FO | CRJ |
| 9/7/2018 | Friday | 61401 | MIL | DTW | FO | CRJ |
| 9/7/2018 | Friday | 61596 | SAD | DTW | FO | CRJ |
| 9/7/2018 | Friday | 61797 | MIL | DTW | FO | CRJ |
| 9/8/2018 | Saturday | 53846 | FTG | DTW | FO | CRJ |
| 9/8/2018 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 9/8/2018 | Saturday | 59909 | FLA | DTW | FO | CRJ |
| 9/8/2018 | Saturday | 60314 | MIL | DTW | FO | CRJ |
| 9/8/2018 | Saturday | 60775 | ADM | DTW | FO | CRJ |
| 9/8/2018 | Saturday | 61169 | MIL | DTW | FO | CRJ |
| 9/8/2018 | Saturday | 61401 | MIL | DTW | FO | CRJ |
| 9/8/2018 | Saturday | 61797 | MIL | DTW | FO | CRJ |
| 9/9/2018 | Sunday | 54244 | SIC | DTW | FO | CRJ |
| 9/9/2018 | Sunday | 54522 | SAD | DTW | FO | CRJ |
| 9/9/2018 | Sunday | 56262 | SIC | DTW | FO | CRJ |
| 9/9/2018 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 9/9/2018 | Sunday | 59909 | FLA | DTW | FO | CRJ |
| 9/9/2018 | Sunday | 60314 | MIL | DTW | FO | CRJ |
| 9/9/2018 | Sunday | 61169 | MIL | DTW | FO | CRJ |
| 9/9/2018 | Sunday | 61401 | MIL | DTW | FO | CRJ |
| 9/9/2018 | Sunday | 61797 | MIL | DTW | FO | CRJ |
| 9/14/2018 | Friday | 51733 | EMR | DTW | FO | CRJ |
| 9/14/2018 | Friday | 52840 | ADM | DTW | FO | CRJ |
| 9/14/2018 | Friday | 55378 | SIC | DTW | FO | CRJ |
| 9/14/2018 | Friday | 56367 | SIC | DTW | FO | CRJ |
| 9/14/2018 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 9/14/2018 | Friday | 59385 | SIC | DTW | FO | CRJ |
| 9/14/2018 | Friday | 59909 | FLA | DTW | FO | CRJ |
| 9/14/2018 | Friday | 60314 | MIL | DTW | FO | CRJ |
| 9/14/2018 | Friday | 61169 | MIL | DTW | FO | CRJ |
| 9/14/2018 | Friday | 61401 | MIL | DTW | FO | CRJ |
| 9/14/2018 | Friday | 61797 | MIL | DTW | FO | CRJ |
| 9/14/2018 | Friday | 62446 | MIL | DTW | FO | CRJ |
| 9/15/2018 | Saturday | 55378 | SIC | DTW | FO | CRJ |
| 9/15/2018 | Saturday | 58673 | FLA | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 9/15/2018 | Saturday | 59385 | SIC | DTW | FO | CRJ |
| 9/15/2018 | Saturday | 59909 | FLA | DTW | FO | CRJ |
| 9/15/2018 | Saturday | 60314 | MIL | DTW | FO | CRJ |
| 9/15/2018 | Saturday | 61169 | MIL | DTW | FO | CRJ |
| 9/15/2018 | Saturday | 61401 | MIL | DTW | FO | CRJ |
| 9/15/2018 | Saturday | 61692 | SIC | DTW | FO | CRJ |
| 9/15/2018 | Saturday | 61797 | MIL | DTW | FO | CRJ |
| 9/15/2018 | Saturday | 62446 | MIL | DTW | FO | CRJ |
| 9/16/2018 | Sunday | 55378 | SIC | DTW | FO | CRJ |
| 9/16/2018 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 9/16/2018 | Sunday | 59385 | SIC | DTW | FO | CRJ |
| 9/16/2018 | Sunday | 59909 | FLA | DTW | FO | CRJ |
| 9/16/2018 | Sunday | 60314 | MIL | DTW | FO | CRJ |
| 9/16/2018 | Sunday | 60775 | ADM | DTW | FO | CRJ |
| 9/16/2018 | Sunday | 61169 | MIL | DTW | FO | CRJ |
| 9/16/2018 | Sunday | 61401 | MIL | DTW | FO | CRJ |
| 9/16/2018 | Sunday | 61797 | MIL | DTW | FO | CRJ |
| 9/16/2018 | Sunday | 62310 | SIC | DTW | FO | CRJ |
| 9/16/2018 | Sunday | 62446 | MIL | DTW | FO | CRJ |
| 9/21/2018 | Friday | 51733 | SIC | DTW | FO | CRJ |
| 9/21/2018 | Friday | 55478 | EMR | DTW | FO | CRJ |
| 9/21/2018 | Friday | 56359 | EMR | DTW | FO | CRJ |
| 9/21/2018 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 9/21/2018 | Friday | 59909 | FLA | DTW | FO | CRJ |
| 9/21/2018 | Friday | 60314 | MIL | DTW | FO | CRJ |
| 9/21/2018 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 9/21/2018 | Friday | 61135 | SIC | DTW | FO | CRJ |
| 9/21/2018 | Friday | 61169 | MIL | DTW | FO | CRJ |
| 9/21/2018 | Friday | 61401 | MIL | DTW | FO | CRJ |
| 9/21/2018 | Friday | 61797 | MIL | DTW | FO | CRJ |
| 9/22/2018 | Saturday | 56359 | EMR | DTW | FO | CRJ |
| 9/22/2018 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 9/22/2018 | Saturday | 59909 | FLA | DTW | FO | CRJ |
| 9/22/2018 | Saturday | 60314 | MIL | DTW | FO | CRJ |
| 9/22/2018 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 9/22/2018 | Saturday | 61169 | MIL | DTW | FO | CRJ |
| 9/22/2018 | Saturday | 61401 | MIL | DTW | FO | CRJ |
| 9/22/2018 | Saturday | 61797 | MIL | DTW | FO | CRJ |
| 9/23/2018 | Sunday | 52476 | EMR | DTW | FO | CRJ |
| 9/23/2018 | Sunday | 56359 | EMR | DTW | FO | CRJ |
| 9/23/2018 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 9/23/2018 | Sunday | 59831 | EMR | DTW | FO | CRJ |
| 9/23/2018 | Sunday | 59909 | FLA | DTW | FO | CRJ |
| 9/23/2018 | Sunday | 60314 | MIL | DTW | FO | CRJ |
| 9/23/2018 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 9/23/2018 | Sunday | 60909 | SIC | DTW | FO | CRJ |
| 9/23/2018 | Sunday | 61169 | MIL | DTW | FO | CRJ |
| 9/23/2018 | Sunday | 61401 | MIL | DTW | FO | CRJ |
| 9/23/2018 | Sunday | 61797 | MIL | DTW | FO | CRJ |
| 9/28/2018 | Friday | 51733 | SIC | DTW | FO | CRJ |
| 9/28/2018 | Friday | 54880 | FTG | DTW | FO | CRJ |
| 9/28/2018 | Friday | 56110 | SIC | DTW | FO | CRJ |
| 9/28/2018 | Friday | 56704 | EMR | DTW | FO | CRJ |
| 9/28/2018 | Friday | 58673 | FLA | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 9/28/2018 | Friday | 59909 | FLA | DTW | FO | CRJ |
| 9/28/2018 | Friday | 60314 | MIL | DTW | FO | CRJ |
| 9/28/2018 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 9/28/2018 | Friday | 60884 | SIC | DTW | FO | CRJ |
| 9/28/2018 | Friday | 61169 | MIL | DTW | FO | CRJ |
| 9/28/2018 | Friday | 61401 | MIL | DTW | FO | CRJ |
| 9/28/2018 | Friday | 61797 | MIL | DTW | FO | CRJ |
| 9/29/2018 | Saturday | 42657 | SIC | DTW | FO | CRJ |
| 9/29/2018 | Saturday | 56110 | SIC | DTW | FO | CRJ |
| 9/29/2018 | Saturday | 58643 | SIC | DTW | FO | CRJ |
| 9/29/2018 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 9/29/2018 | Saturday | 59909 | FLA | DTW | FO | CRJ |
| 9/29/2018 | Saturday | 60314 | MIL | DTW | FO | CRJ |
| 9/29/2018 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 9/29/2018 | Saturday | 60884 | SIC | DTW | FO | CRJ |
| 9/29/2018 | Saturday | 61169 | MIL | DTW | FO | CRJ |
| 9/29/2018 | Saturday | 61401 | MIL | DTW | FO | CRJ |
| 9/29/2018 | Saturday | 61797 | MIL | DTW | FO | CRJ |
| 9/30/2018 | Sunday | 42657 | SIC | DTW | FO | CRJ |
| 9/30/2018 | Sunday | 56110 | SIC | DTW | FO | CRJ |
| 9/30/2018 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 9/30/2018 | Sunday | 59909 | FLA | DTW | FO | CRJ |
| 9/30/2018 | Sunday | 60314 | MIL | DTW | FO | CRJ |
| 9/30/2018 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 9/30/2018 | Sunday | 61169 | MIL | DTW | FO | CRJ |
| 9/30/2018 | Sunday | 61797 | MIL | DTW | FO | CRJ |
| 9/30/2018 | Sunday | 62230 | EMR | DTW | FO | CRJ |
| 10/5/2018 | Friday | 40712 | SIC | DTW | FO | CRJ |
| 10/5/2018 | Friday | 54491 | EMR | DTW | FO | CRJ |
| 10/5/2018 | Friday | 56359 | FLA | DTW | FO | CRJ |
| 10/5/2018 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 10/5/2018 | Friday | 59385 | SIC | DTW | FO | CRJ |
| 10/5/2018 | Friday | 59909 | FLA | DTW | FO | CRJ |
| 10/5/2018 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 10/5/2018 | Friday | 61169 | MIL | DTW | FO | CRJ |
| 10/5/2018 | Friday | 61603 | EMR | DTW | FO | CRJ |
| 10/5/2018 | Friday | 62739 | EMR | DTW | FO | CRJ |
| 10/6/2018 | Saturday | 40712 | SIC | DTW | FO | CRJ |
| 10/6/2018 | Saturday | 56359 | FLA | DTW | FO | CRJ |
| 10/6/2018 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 10/6/2018 | Saturday | 59385 | SIC | DTW | FO | CRJ |
| 10/6/2018 | Saturday | 59909 | FLA | DTW | FO | CRJ |
| 10/6/2018 | Saturday | 60694 | EMR | DTW | FO | CRJ |
| 10/6/2018 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 10/6/2018 | Saturday | 61169 | MIL | DTW | FO | CRJ |
| 10/6/2018 | Saturday | 61325 | SIC | DTW | FO | CRJ |
| 10/6/2018 | Saturday | 61603 | EMR | DTW | FO | CRJ |
| 10/6/2018 | Saturday | 62739 | EMR | DTW | FO | CRJ |
| 10/7/2018 | Sunday | 40712 | SIC | DTW | FO | CRJ |
| 10/7/2018 | Sunday | 56058 | FTG | DTW | FO | CRJ |
| 10/7/2018 | Sunday | 56359 | FLA | DTW | FO | CRJ |
| 10/7/2018 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 10/7/2018 | Sunday | 59385 | SIC | DTW | FO | CRJ |
| 10/7/2018 | Sunday | 59909 | FLA | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 10/7/2018 | Sunday | 60694 | EMR | DTW | FO | CRJ |
| 10/7/2018 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 10/7/2018 | Sunday | 61169 | MIL | DTW | FO | CRJ |
| 10/7/2018 | Sunday | 61603 | EMR | DTW | FO | CRJ |
| 10/7/2018 | Sunday | 62739 | EMR | DTW | FO | CRJ |
| 10/12/2018 | Friday | 55349 | SIC | DTW | FO | CRJ |
| 10/12/2018 | Friday | 56359 | FLA | DTW | FO | CRJ |
| 10/12/2018 | Friday | 57707 | ONP | DTW | FO | CRJ |
| 10/12/2018 | Friday | 58255 | FTG | DTW | FO | CRJ |
| 10/12/2018 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 10/12/2018 | Friday | 59603 | EMR | DTW | FO | CRJ |
| 10/12/2018 | Friday | 59920 | SIC | DTW | FO | CRJ |
| 10/12/2018 | Friday | 60107 | EMR | DTW | FO | CRJ |
| 10/12/2018 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 10/12/2018 | Friday | 61169 | MIL | DTW | FO | CRJ |
| 10/13/2018 | Saturday | 56359 | FLA | DTW | FO | CRJ |
| 10/13/2018 | Saturday | 57707 | ONP | DTW | FO | CRJ |
| 10/13/2018 | Saturday | 57724 | SIC | DTW | FO | CRJ |
| 10/13/2018 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 10/13/2018 | Saturday | 59603 | EMR | DTW | FO | CRJ |
| 10/13/2018 | Saturday | 59920 | SIC | DTW | FO | CRJ |
| 10/13/2018 | Saturday | 60107 | EMR | DTW | FO | CRJ |
| 10/13/2018 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 10/13/2018 | Saturday | 61169 | MIL | DTW | FO | CRJ |
| 10/14/2018 | Sunday | 54491 | EMR | DTW | FO | CRJ |
| 10/14/2018 | Sunday | 54880 | EMR | DTW | FO | CRJ |
| 10/14/2018 | Sunday | 56359 | FLA | DTW | FO | CRJ |
| 10/14/2018 | Sunday | 56737 | SIC | DTW | FO | CRJ |
| 10/14/2018 | Sunday | 57707 | ONP | DTW | FO | CRJ |
| 10/14/2018 | Sunday | 57724 | SIC | DTW | FO | CRJ |
| 10/14/2018 | Sunday | 58458 | SIC | DTW | FO | CRJ |
| 10/14/2018 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 10/14/2018 | Sunday | 59603 | EMR | DTW | FO | CRJ |
| 10/14/2018 | Sunday | 59920 | SIC | DTW | FO | CRJ |
| 10/14/2018 | Sunday | 60107 | EMR | DTW | FO | CRJ |
| 10/14/2018 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 10/14/2018 | Sunday | 61169 | MIL | DTW | FO | CRJ |
| 10/14/2018 | Sunday | 61325 | SIC | DTW | FO | CRJ |
| 10/14/2018 | Sunday | 61596 | EMR | DTW | FO | CRJ |
| 10/19/2018 | Friday | 51451 | FTG | DTW | FO | CRJ |
| 10/19/2018 | Friday | 51733 | EMV | DTW | FO | CRJ |
| 10/19/2018 | Friday | 54491 | EMR | DTW | FO | CRJ |
| 10/19/2018 | Friday | 55386 | SIC | DTW | FO | CRJ |
| 10/19/2018 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 10/19/2018 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 10/19/2018 | Friday | 61135 | EMR | DTW | FO | CRJ |
| 10/19/2018 | Friday | 61169 | MIL | DTW | FO | CRJ |
| 10/19/2018 | Friday | 61343 | SIC | DTW | FO | CRJ |
| 10/20/2018 | Saturday | 42657 | EMR | DTW | FO | CRJ |
| 10/20/2018 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 10/20/2018 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 10/20/2018 | Saturday | 61135 | EMR | DTW | FO | CRJ |
| 10/20/2018 | Saturday | 61169 | MIL | DTW | FO | CRJ |
| 10/20/2018 | Saturday | 61343 | SIC | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 10/20/2018 | Saturday | 62446 | MIL | DTW | FO | CRJ |
| 10/21/2018 | Sunday | 42657 | EMR | DTW | FO | CRJ |
| 10/21/2018 | Sunday | 49425 | EMR | DTW | FO | CRJ |
| 10/21/2018 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 10/21/2018 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 10/21/2018 | Sunday | 61135 | EMR | DTW | FO | CRJ |
| 10/21/2018 | Sunday | 61169 | MIL | DTW | FO | CRJ |
| 10/21/2018 | Sunday | 61343 | SIC | DTW | FO | CRJ |
| 10/21/2018 | Sunday | 62446 | MIL | DTW | FO | CRJ |
| 10/26/2018 | Friday | 56310 | SIC | DTW | FO | CRJ |
| 10/26/2018 | Friday | 56618 | FLA | DTW | FO | CRJ |
| 10/26/2018 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 10/26/2018 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 10/26/2018 | Friday | 61169 | MIL | DTW | FO | CRJ |
| 10/26/2018 | Friday | 61325 | SIC | DTW | FO | CRJ |
| 10/26/2018 | Friday | 61608 | EMR | DTW | FO | CRJ |
| 10/26/2018 | Friday | 63742 | MIL | DTW | FO | CRJ |
| 10/27/2018 | Saturday | 56618 | FLA | DTW | FO | CRJ |
| 10/27/2018 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 10/27/2018 | Saturday | 59649 | EMR | DTW | FO | CRJ |
| 10/27/2018 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 10/27/2018 | Saturday | 61169 | MIL | DTW | FO | CRJ |
| 10/27/2018 | Saturday | 61325 | SIC | DTW | FO | CRJ |
| 10/27/2018 | Saturday | 63742 | MIL | DTW | FO | CRJ |
| 10/28/2018 | Sunday | 54491 | SIC | DTW | FO | CRJ |
| 10/28/2018 | Sunday | 56618 | FLA | DTW | FO | CRJ |
| 10/28/2018 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 10/28/2018 | Sunday | 59649 | EMR | DTW | FO | CRJ |
| 10/28/2018 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 10/28/2018 | Sunday | 61169 | MIL | DTW | FO | CRJ |
| 10/28/2018 | Sunday | 61325 | SIC | DTW | FO | CRJ |
| 10/28/2018 | Sunday | 63742 | MIL | DTW | FO | CRJ |
| 11/2/2018 | Friday | 49425 | EMR | DTW | FO | CRJ |
| 11/2/2018 | Friday | 53222 | EMR | DTW | FO | CRJ |
| 11/2/2018 | Friday | 56618 | FLA | DTW | FO | CRJ |
| 11/2/2018 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 11/2/2018 | Friday | 60378 | SIC | DTW | FO | CRJ |
| 11/2/2018 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 11/2/2018 | Friday | 60909 | SIC | DTW | FO | CRJ |
| 11/2/2018 | Friday | 61169 | MIL | DTW | FO | CRJ |
| 11/2/2018 | Friday | 63429 | SIC | DTW | FO | CRJ |
| 11/2/2018 | Friday | 63742 | MIL | DTW | FO | CRJ |
| 11/3/2018 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 11/3/2018 | Saturday | 56618 | FLA | DTW | FO | CRJ |
| 11/3/2018 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 11/3/2018 | Saturday | 60378 | SIC | DTW | FO | CRJ |
| 11/3/2018 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 11/3/2018 | Saturday | 61169 | MIL | DTW | FO | CRJ |
| 11/3/2018 | Saturday | 63181 | SIC | DTW | FO | CRJ |
| 11/3/2018 | Saturday | 63429 | SIC | DTW | FO | CRJ |
| 11/3/2018 | Saturday | 63742 | MIL | DTW | FO | CRJ |
| 11/4/2018 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 11/4/2018 | Sunday | 56262 | EMR | DTW | FO | CRJ |
| 11/4/2018 | Sunday | 56618 | FLA | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 11/4/2018 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 11/4/2018 | Sunday | 59909 | SIC | DTW | FO | CRJ |
| 11/4/2018 | Sunday | 60378 | SIC | DTW | FO | CRJ |
| 11/4/2018 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 11/4/2018 | Sunday | 61169 | MIL | DTW | FO | CRJ |
| 11/4/2018 | Sunday | 63429 | SIC | DTW | FO | CRJ |
| 11/4/2018 | Sunday | 63742 | MIL | DTW | FO | CRJ |
| 11/9/2018 | Friday | 51451 | SIC | DTW | FO | CRJ |
| 11/9/2018 | Friday | 52391 | FTG | DTW | FO | CRJ |
| 11/9/2018 | Friday | 53758 | SIC | DTW | FO | CRJ |
| 11/9/2018 | Friday | 56058 | SIC | DTW | FO | CRJ |
| 11/9/2018 | Friday | 56110 | EMR | DTW | FO | CRJ |
| 11/9/2018 | Friday | 56618 | FLA | DTW | FO | CRJ |
| 11/9/2018 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 11/9/2018 | Friday | 59551 | SIC | DTW | FO | CRJ |
| 11/9/2018 | Friday | 60681 | ADM | DTW | FO | CRJ |
| 11/9/2018 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 11/9/2018 | Friday | 61169 | MIL | DTW | FO | CRJ |
| 11/9/2018 | Friday | 63534 | ONP | DTW | FO | CRJ |
| 11/9/2018 | Friday | 63742 | MIL | DTW | FO | CRJ |
| 11/10/2018 | Saturday | 56058 | SIC | DTW | FO | CRJ |
| 11/10/2018 | Saturday | 56618 | FLA | DTW | FO | CRJ |
| 11/10/2018 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 11/10/2018 | Saturday | 59835 | FTG | DTW | FO | CRJ |
| 11/10/2018 | Saturday | 60681 | ADM | DTW | FO | CRJ |
| 11/10/2018 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 11/10/2018 | Saturday | 61169 | MIL | DTW | FO | CRJ |
| 11/10/2018 | Saturday | 62446 | MIL | DTW | FO | CRJ |
| 11/10/2018 | Saturday | 63534 | ONP | DTW | FO | CRJ |
| 11/10/2018 | Saturday | 63742 | MIL | DTW | FO | CRJ |
| 11/11/2018 | Sunday | 56618 | FLA | DTW | FO | CRJ |
| 11/11/2018 | Sunday | 57650 | EMR | DTW | FO | CRJ |
| 11/11/2018 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 11/11/2018 | Sunday | 59835 | FTG | DTW | FO | CRJ |
| 11/11/2018 | Sunday | 60681 | ADM | DTW | FO | CRJ |
| 11/11/2018 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 11/11/2018 | Sunday | 61169 | MIL | DTW | FO | CRJ |
| 11/11/2018 | Sunday | 61752 | SIC | DTW | FO | CRJ |
| 11/11/2018 | Sunday | 62446 | MIL | DTW | FO | CRJ |
| 11/11/2018 | Sunday | 63534 | ONP | DTW | FO | CRJ |
| 11/11/2018 | Sunday | 63742 | MIL | DTW | FO | CRJ |
| 11/16/2018 | Friday | 56185 | ADM | DTW | FO | CRJ |
| 11/16/2018 | Friday | 56618 | FLA | DTW | FO | CRJ |
| 11/16/2018 | Friday | 57938 | EMR | DTW | FO | CRJ |
| 11/16/2018 | Friday | 57969 | EMR | DTW | FO | CRJ |
| 11/16/2018 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 11/16/2018 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 11/16/2018 | Friday | 61169 | MIL | DTW | FO | CRJ |
| 11/16/2018 | Friday | 63644 | ONP | DTW | FO | CRJ |
| 11/16/2018 | Friday | 63742 | MIL | DTW | FO | CRJ |
| 11/17/2018 | Saturday | 56185 | ADM | DTW | FO | CRJ |
| 11/17/2018 | Saturday | 56618 | FLA | DTW | FO | CRJ |
| 11/17/2018 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 11/17/2018 | Saturday | 60775 | FLA | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 11/17/2018 | Saturday | 61169 | MIL | DTW | FO | CRJ |
| 11/17/2018 | Saturday | 63181 | SIC | DTW | FO | CRJ |
| 11/17/2018 | Saturday | 63644 | ONP | DTW | FO | CRJ |
| 11/17/2018 | Saturday | 63742 | MIL | DTW | FO | CRJ |
| 11/18/2018 | Sunday | 49425 | SIC | DTW | FO | CRJ |
| 11/18/2018 | Sunday | 53624 | FLA | DTW | FO | CRJ |
| 11/18/2018 | Sunday | 54880 | EMR | DTW | FO | CRJ |
| 11/18/2018 | Sunday | 56185 | ADM | DTW | FO | CRJ |
| 11/18/2018 | Sunday | 56618 | FLA | DTW | FO | CRJ |
| 11/18/2018 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 11/18/2018 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 11/18/2018 | Sunday | 61169 | MIL | DTW | FO | CRJ |
| 11/18/2018 | Sunday | 63181 | SIC | DTW | FO | CRJ |
| 11/18/2018 | Sunday | 63644 | ONP | DTW | FO | CRJ |
| 11/18/2018 | Sunday | 63742 | MIL | DTW | FO | CRJ |
| 11/23/2018 | Friday | 56185 | ADM | DTW | FO | CRJ |
| 11/23/2018 | Friday | 56618 | FLA | DTW | FO | CRJ |
| 11/23/2018 | Friday | 57659 | SIC | DTW | FO | CRJ |
| 11/23/2018 | Friday | 58255 | SIC | DTW | FO | CRJ |
| 11/23/2018 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 11/23/2018 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 11/23/2018 | Friday | 61169 | MIL | DTW | FO | CRJ |
| 11/23/2018 | Friday | 63697 | ONP | DTW | FO | CRJ |
| 11/23/2018 | Friday | 63742 | MIL | DTW | FO | CRJ |
| 11/24/2018 | Saturday | 52218 | EMR | DTW | FO | CRJ |
| 11/24/2018 | Saturday | 53424 | OFP | DTW | FO | CRJ |
| 11/24/2018 | Saturday | 56185 | ADM | DTW | FO | CRJ |
| 11/24/2018 | Saturday | 56618 | FLA | DTW | FO | CRJ |
| 11/24/2018 | Saturday | 57659 | SIC | DTW | FO | CRJ |
| 11/24/2018 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 11/24/2018 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 11/24/2018 | Saturday | 61135 | FTG | DTW | FO | CRJ |
| 11/24/2018 | Saturday | 61169 | MIL | DTW | FO | CRJ |
| 11/24/2018 | Saturday | 61612 | EMR | DTW | FO | CRJ |
| 11/24/2018 | Saturday | 62126 | FTG | DTW | FO | CRJ |
| 11/24/2018 | Saturday | 63697 | ONP | DTW | FO | CRJ |
| 11/24/2018 | Saturday | 63742 | MIL | DTW | FO | CRJ |
| 11/25/2018 | Sunday | 39352 | EMR | DTW | FO | CRJ |
| 11/25/2018 | Sunday | 51733 | SIC | DTW | FO | CRJ |
| 11/25/2018 | Sunday | 52218 | EMR | DTW | FO | CRJ |
| 11/25/2018 | Sunday | 53424 | OFP | DTW | FO | CRJ |
| 11/25/2018 | Sunday | 54814 | EMR | DTW | FO | CRJ |
| 11/25/2018 | Sunday | 55622 | SIC | DTW | FO | CRJ |
| 11/25/2018 | Sunday | 56185 | ADM | DTW | FO | CRJ |
| 11/25/2018 | Sunday | 56618 | FLA | DTW | FO | CRJ |
| 11/25/2018 | Sunday | 57659 | SIC | DTW | FO | CRJ |
| 11/25/2018 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 11/25/2018 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 11/25/2018 | Sunday | 61169 | MIL | DTW | FO | CRJ |
| 11/25/2018 | Sunday | 61608 | SIC | DTW | FO | CRJ |
| 11/25/2018 | Sunday | 61612 | EMR | DTW | FO | CRJ |
| 11/25/2018 | Sunday | 62126 | EMR | DTW | FO | CRJ |
| 11/25/2018 | Sunday | 63697 | ONP | DTW | FO | CRJ |
| 11/25/2018 | Sunday | 63742 | MIL | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 11/30/2018 | Friday | 52146 | SIC | DTW | FO | CRJ |
| 11/30/2018 | Friday | 52391 | EMR | DTW | FO | CRJ |
| 11/30/2018 | Friday | 54721 | ADM | DTW | FO | CRJ |
| 11/30/2018 | Friday | 56185 | ADM | DTW | FO | CRJ |
| 11/30/2018 | Friday | 56755 | EMR | DTW | FO | CRJ |
| 11/30/2018 | Friday | 58501 | MIL | DTW | FO | CRJ |
| 11/30/2018 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 11/30/2018 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 11/30/2018 | Friday | 61169 | MIL | DTW | FO | CRJ |
| 11/30/2018 | Friday | 63742 | MIL | DTW | FO | CRJ |
| 12/1/2018 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 12/1/2018 | Saturday | 52146 | SIC | DTW | FO | CRJ |
| 12/1/2018 | Saturday | 54721 | ADM | DTW | FO | CRJ |
| 12/1/2018 | Saturday | 55386 | SIC | DTW | FO | CRJ |
| 12/1/2018 | Saturday | 56755 | EMR | DTW | FO | CRJ |
| 12/1/2018 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 12/1/2018 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 12/2/2018 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 12/2/2018 | Sunday | 53424 | EMR | DTW | FO | CRJ |
| 12/2/2018 | Sunday | 54721 | ADM | DTW | FO | CRJ |
| 12/2/2018 | Sunday | 55386 | SIC | DTW | FO | CRJ |
| 12/2/2018 | Sunday | 56755 | EMR | DTW | FO | CRJ |
| 12/2/2018 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 12/2/2018 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 12/7/2018 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 12/7/2018 | Friday | 53624 | FLA | DTW | FO | CRJ |
| 12/7/2018 | Friday | 54721 | ADM | DTW | FO | CRJ |
| 12/7/2018 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 12/7/2018 | Friday | 60070 | SIC | DTW | FO | CRJ |
| 12/7/2018 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 12/7/2018 | Friday | 62823 | MIL | DTW | FO | CRJ |
| 12/8/2018 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 12/8/2018 | Saturday | 54721 | ADM | DTW | FO | CRJ |
| 12/8/2018 | Saturday | 56585 | SIC | DTW | FO | CRJ |
| 12/8/2018 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 12/8/2018 | Saturday | 60070 | SIC | DTW | FO | CRJ |
| 12/8/2018 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 12/8/2018 | Saturday | 62446 | MIL | DTW | FO | CRJ |
| 12/8/2018 | Saturday | 62626 | SIC | DTW | FO | CRJ |
| 12/8/2018 | Saturday | 62739 | SIC | DTW | FO | CRJ |
| 12/8/2018 | Saturday | 62823 | MIL | DTW | FO | CRJ |
| 12/9/2018 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 12/9/2018 | Sunday | 54721 | ADM | DTW | FO | CRJ |
| 12/9/2018 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 12/9/2018 | Sunday | 60070 | SIC | DTW | FO | CRJ |
| 12/9/2018 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 12/9/2018 | Sunday | 62446 | MIL | DTW | FO | CRJ |
| 12/9/2018 | Sunday | 62823 | MIL | DTW | FO | CRJ |
| 12/14/2018 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 12/14/2018 | Friday | 53624 | SIC | DTW | FO | CRJ |
| 12/14/2018 | Friday | 54957 | SIC | DTW | FO | CRJ |
| 12/14/2018 | Friday | 55802 | EMR | DTW | FO | CRJ |
| 12/14/2018 | Friday | 56755 | FTG | DTW | FO | CRJ |
| 12/14/2018 | Friday | 58673 | FLA | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 12/14/2018 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 12/14/2018 | Friday | 61752 | SIC | DTW | FO | CRJ |
| 12/14/2018 | Friday | 63702 | FLA | DTW | FO | CRJ |
| 12/15/2018 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 12/15/2018 | Saturday | 55802 | EMR | DTW | FO | CRJ |
| 12/15/2018 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 12/15/2018 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 12/15/2018 | Saturday | 61752 | SIC | DTW | FO | CRJ |
| 12/15/2018 | Saturday | 62739 | SIC | DTW | FO | CRJ |
| 12/15/2018 | Saturday | 63702 | FLA | DTW | FO | CRJ |
| 12/16/2018 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 12/16/2018 | Sunday | 54574 | EMR | DTW | FO | CRJ |
| 12/16/2018 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 12/16/2018 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 12/16/2018 | Sunday | 62739 | SIC | DTW | FO | CRJ |
| 12/16/2018 | Sunday | 63430 | ONP | DTW | FO | CRJ |
| 12/16/2018 | Sunday | 63702 | FLA | DTW | FO | CRJ |
| 12/21/2018 | Friday | 41000 | SIC | DTW | FO | CRJ |
| 12/21/2018 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 12/21/2018 | Friday | 54713 | SIC | DTW | FO | CRJ |
| 12/21/2018 | Friday | 55548 | EMR | DTW | FO | CRJ |
| 12/21/2018 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 12/21/2018 | Friday | 59825 | FTG | DTW | FO | CRJ |
| 12/21/2018 | Friday | 59835 | EMR | DTW | FO | CRJ |
| 12/21/2018 | Friday | 59909 | SIC | DTW | FO | CRJ |
| 12/21/2018 | Friday | 60681 | ADM | DTW | FO | CRJ |
| 12/21/2018 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 12/21/2018 | Friday | 61325 | SIC | DTW | FO | CRJ |
| 12/21/2018 | Friday | 63702 | FLA | DTW | FO | CRJ |
| 12/21/2018 | Friday | 64109 | ONP | DTW | FO | CRJ |
| 12/21/2018 | Friday | 64527 | MIL | DTW | FO | CRJ |
| 12/22/2018 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 12/22/2018 | Saturday | 51733 | SIC | DTW | FO | CRJ |
| 12/22/2018 | Saturday | 55548 | EMR | DTW | FO | CRJ |
| 12/22/2018 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 12/22/2018 | Saturday | 59835 | EMR | DTW | FO | CRJ |
| 12/22/2018 | Saturday | 59909 | SIC | DTW | FO | CRJ |
| 12/22/2018 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 12/22/2018 | Saturday | 64109 | ONP | DTW | FO | CRJ |
| 12/23/2018 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 12/23/2018 | Sunday | 51733 | SIC | DTW | FO | CRJ |
| 12/23/2018 | Sunday | 55548 | EMR | DTW | FO | CRJ |
| 12/23/2018 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 12/23/2018 | Sunday | 59835 | EMR | DTW | FO | CRJ |
| 12/23/2018 | Sunday | 60157 | EMR | DTW | FO | CRJ |
| 12/23/2018 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 12/23/2018 | Sunday | 64109 | ONP | DTW | FO | CRJ |
| 12/28/2018 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 12/28/2018 | Friday | 53624 | FLA | DTW | FO | CRJ |
| 12/28/2018 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 12/28/2018 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 12/28/2018 | Friday | 64109 | ONP | DTW | FO | CRJ |
| 12/29/2018 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 12/29/2018 | Saturday | 51733 | EMR | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 12/29/2018 | Saturday | 54713 | SIC | DTW | FO | CRJ |
| 12/29/2018 | Saturday | 56262 | SIC | DTW | FO | CRJ |
| 12/29/2018 | Saturday | 56310 | FTG | DTW | FO | CRJ |
| 12/29/2018 | Saturday | 57711 | EMR | DTW | FO | CRJ |
| 12/29/2018 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 12/29/2018 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 12/29/2018 | Saturday | 61231 | SIC | DTW | FO | CRJ |
| 12/29/2018 | Saturday | 62739 | SIC | DTW | FO | CRJ |
| 12/29/2018 | Saturday | 64109 | ONP | DTW | FO | CRJ |
| 12/30/2018 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 12/30/2018 | Sunday | 53839 | EMR | DTW | FO | CRJ |
| 12/30/2018 | Sunday | 56262 | SIC | DTW | FO | CRJ |
| 12/30/2018 | Sunday | 56310 | FTG | DTW | FO | CRJ |
| 12/30/2018 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 12/30/2018 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 12/30/2018 | Sunday | 61231 | SIC | DTW | FO | CRJ |
| 12/30/2018 | Sunday | 62739 | SIC | DTW | FO | CRJ |
| 12/30/2018 | Sunday | 64109 | ONP | DTW | FO | CRJ |
| 1/4/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 1/4/2019 | Friday | 53839 | EMR | DTW | FO | CRJ |
| 1/4/2019 | Friday | 56310 | EMR | DTW | FO | CRJ |
| 1/4/2019 | Friday | 58388 | SIC | DTW | FO | CRJ |
| 1/4/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 1/4/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 1/4/2019 | Friday | 61596 | EMR | DTW | FO | CRJ |
| 1/4/2019 | Friday | 64109 | ONP | DTW | FO | CRJ |
| 1/4/2019 | Friday | 64548 | MIL | DTW | FO | CRJ |
| 1/5/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 1/5/2019 | Saturday | 53839 | EMR | DTW | FO | CRJ |
| 1/5/2019 | Saturday | 58388 | SIC | DTW | FO | CRJ |
| 1/5/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 1/5/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 1/5/2019 | Saturday | 60909 | SIC | DTW | FO | CRJ |
| 1/5/2019 | Saturday | 61596 | EMR | DTW | FO | CRJ |
| 1/5/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |
| 1/5/2019 | Saturday | 64109 | ONP | DTW | FO | CRJ |
| 1/5/2019 | Saturday | 64548 | MIL | DTW | FO | CRJ |
| 1/6/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 1/6/2019 | Sunday | 56359 | EMR | DTW | FO | CRJ |
| 1/6/2019 | Sunday | 58388 | SIC | DTW | FO | CRJ |
| 1/6/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 1/6/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 1/6/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |
| 1/6/2019 | Sunday | 64548 | MIL | DTW | FO | CRJ |
| 1/11/2019 | Friday | 30245 | ONP | DTW | FO | CRJ |
| 1/11/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 1/11/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 1/11/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 1/11/2019 | Friday | 64548 | MIL | DTW | FO | CRJ |
| 1/11/2019 | Friday | 64846 | ONP | DTW | FO | CRJ |
| 1/12/2019 | Saturday | 30245 | ONP | DTW | FO | CRJ |
| 1/12/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 1/12/2019 | Saturday | 56649 | EMR | DTW | FO | CRJ |
| 1/12/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 1/12/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 1/12/2019 | Saturday | 64548 | MIL | DTW | FO | CRJ |
| 1/12/2019 | Saturday | 64846 | ONP | DTW | FO | CRJ |
| 1/13/2019 | Sunday | 30245 | ONP | DTW | FO | CRJ |
| 1/13/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 1/13/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 1/13/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 1/13/2019 | Sunday | 64548 | MIL | DTW | FO | CRJ |
| 1/13/2019 | Sunday | 64877 | SIC | DTW | FO | CRJ |
| 1/18/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 1/18/2019 | Friday | 52476 | EMR | DTW | FO | CRJ |
| 1/18/2019 | Friday | 55548 | SIC | DTW | FO | CRJ |
| 1/18/2019 | Friday | 56147 | SIC | DTW | FO | CRJ |
| 1/18/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 1/18/2019 | Friday | 60197 | SKV | DTW | FO | CRJ |
| 1/18/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 1/18/2019 | Friday | 64394 | EMR | DTW | FO | CRJ |
| 1/19/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 1/19/2019 | Saturday | 55548 | SIC | DTW | FO | CRJ |
| 1/19/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 1/19/2019 | Saturday | 59649 | SIC | DTW | FO | CRJ |
| 1/19/2019 | Saturday | 60197 | SKV | DTW | FO | CRJ |
| 1/19/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 1/19/2019 | Saturday | 64394 | EMR | DTW | FO | CRJ |
| 1/20/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 1/20/2019 | Sunday | 55548 | SIC | DTW | FO | CRJ |
| 1/20/2019 | Sunday | 56585 | SIC | DTW | FO | CRJ |
| 1/20/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 1/20/2019 | Sunday | 59551 | EMR | DTW | FO | CRJ |
| 1/20/2019 | Sunday | 59649 | SIC | DTW | FO | CRJ |
| 1/20/2019 | Sunday | 60107 | EMR | DTW | FO | CRJ |
| 1/20/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 1/20/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |
| 1/25/2019 | Friday | 30245 | EMR | DTW | FO | CRJ |
| 1/25/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 1/25/2019 | Friday | 54152 | ONP | DTW | FO | CRJ |
| 1/25/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 1/25/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 1/25/2019 | Friday | 61752 | ADM | DTW | FO | CRJ |
| 1/25/2019 | Friday | 62446 | MIL | DTW | FO | CRJ |
| 1/25/2019 | Friday | 62919 | ONP | DTW | FO | CRJ |
| 1/25/2019 | Friday | 64035 | SIC | DTW | FO | CRJ |
| 1/25/2019 | Friday | 64081 | MIL | DTW | FO | CRJ |
| 1/26/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 1/26/2019 | Saturday | 53781 | SIC | DTW | FO | CRJ |
| 1/26/2019 | Saturday | 54152 | ONP | DTW | FO | CRJ |
| 1/26/2019 | Saturday | 54737 | FTG | DTW | FO | CRJ |
| 1/26/2019 | Saturday | 56262 | SIC | DTW | FO | CRJ |
| 1/26/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 1/26/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 1/26/2019 | Saturday | 62446 | MIL | DTW | FO | CRJ |
| 1/26/2019 | Saturday | 62919 | ONP | DTW | FO | CRJ |
| 1/26/2019 | Saturday | 64035 | SIC | DTW | FO | CRJ |
| 1/26/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 1/27/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 1/27/2019 | Sunday | 54152 | ONP | DTW | FO | CRJ |
| 1/27/2019 | Sunday | 56262 | SIC | DTW | FO | CRJ |
| 1/27/2019 | Sunday | 56262 | SIC | DTW | FO | CRJ |
| 1/27/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 1/27/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 1/27/2019 | Sunday | 61364 | EMR | DTW | FO | CRJ |
| 1/27/2019 | Sunday | 62446 | MIL | DTW | FO | CRJ |
| 1/27/2019 | Sunday | 62919 | ONP | DTW | FO | CRJ |
| 1/27/2019 | Sunday | 64035 | SIC | DTW | FO | CRJ |
| 2/1/2019 | Friday | 42657 | FLA | DTW | FO | CRJ |
| 2/1/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 2/1/2019 | Friday | 53482 | SIC | DTW | FO | CRJ |
| 2/1/2019 | Friday | 54713 | FTG | DTW | FO | CRJ |
| 2/1/2019 | Friday | 54713 | EMR | DTW | FO | CRJ |
| 2/1/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 2/1/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 2/1/2019 | Friday | 63790 | MIL | DTW | FO | CRJ |
| 2/1/2019 | Friday | 64642 | SIC | DTW | FO | CRJ |
| 2/2/2019 | Saturday | 42657 | FLA | DTW | FO | CRJ |
| 2/2/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 2/2/2019 | Saturday | 53781 | SIC | DTW | FO | CRJ |
| 2/2/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 2/2/2019 | Saturday | 60378 | EMR | DTW | FO | CRJ |
| 2/2/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 2/2/2019 | Saturday | 63790 | MIL | DTW | FO | CRJ |
| 2/2/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |
| 2/3/2019 | Sunday | 42657 | FLA | DTW | FO | CRJ |
| 2/3/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 2/3/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 2/3/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 2/3/2019 | Sunday | 63790 | MIL | DTW | FO | CRJ |
| 2/3/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |
| 2/8/2019 | Friday | 42657 | FLA | DTW | FO | CRJ |
| 2/8/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 2/8/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 2/8/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 2/8/2019 | Friday | 61752 | EMR | DTW | FO | CRJ |
| 2/8/2019 | Friday | 63790 | MIL | DTW | FO | CRJ |
| 2/8/2019 | Friday | 64771 | EMR | DTW | FO | CRJ |
| 2/9/2019 | Saturday | 42657 | FLA | DTW | FO | CRJ |
| 2/9/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 2/9/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 2/9/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 2/9/2019 | Saturday | 63790 | MIL | DTW | FO | CRJ |
| 2/9/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |
| 2/10/2019 | Sunday | 42657 | FLA | DTW | FO | CRJ |
| 2/10/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 2/10/2019 | Sunday | 58388 | SIC | DTW | FO | CRJ |
| 2/10/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 2/10/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 2/10/2019 | Sunday | 61752 | SIC | DTW | FO | CRJ |
| 2/10/2019 | Sunday | 63790 | MIL | DTW | FO | CRJ |
| 2/10/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 2/15/2019 | Friday | 42657 | FLA | DTW | FO | CRJ |
| 2/15/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 2/15/2019 | Friday | 56058 | SIC | DTW | FO | CRJ |
| 2/15/2019 | Friday | 56755 | ADM | DTW | FO | CRJ |
| 2/15/2019 | Friday | 56937 | EMR | DTW | FO | CRJ |
| 2/15/2019 | Friday | 57259 | FTG | DTW | FO | CRJ |
| 2/15/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 2/15/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 2/15/2019 | Friday | 61608 | FTG | DTW | FO | CRJ |
| 2/15/2019 | Friday | 62616 | ONP | DTW | FO | CRJ |
| 2/15/2019 | Friday | 63790 | MIL | DTW | FO | CRJ |
| 2/15/2019 | Friday | 64081 | MIL | DTW | FO | CRJ |
| 2/16/2019 | Saturday | 42657 | FLA | DTW | FO | CRJ |
| 2/16/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 2/16/2019 | Saturday | 52476 | EMR | DTW | FO | CRJ |
| 2/16/2019 | Saturday | 54244 | EMR | DTW | FO | CRJ |
| 2/16/2019 | Saturday | 56755 | ADM | DTW | FO | CRJ |
| 2/16/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 2/16/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 2/16/2019 | Saturday | 63430 | FTG | DTW | FO | CRJ |
| 2/16/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |
| 2/17/2019 | Sunday | 42657 | FLA | DTW | FO | CRJ |
| 2/17/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 2/17/2019 | Sunday | 52476 | EMR | DTW | FO | CRJ |
| 2/17/2019 | Sunday | 54244 | EMR | DTW | FO | CRJ |
| 2/17/2019 | Sunday | 56755 | ADM | DTW | FO | CRJ |
| 2/17/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 2/17/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 2/17/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |
| 2/22/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 2/22/2019 | Friday | 53482 | SIC | DTW | FO | CRJ |
| 2/22/2019 | Friday | 56755 | ADM | DTW | FO | CRJ |
| 2/22/2019 | Friday | 56937 | EMV | DTW | FO | CRJ |
| 2/22/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 2/22/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 2/22/2019 | Friday | 61231 | EMR | DTW | FO | CRJ |
| 2/22/2019 | Friday | 61752 | EMR | DTW | FO | CRJ |
| 2/22/2019 | Friday | 62446 | MIL | DTW | FO | CRJ |
| 2/22/2019 | Friday | 63790 | MIL | DTW | FO | CRJ |
| 2/22/2019 | Friday | 64081 | MIL | DTW | FO | CRJ |
| 2/22/2019 | Friday | 64548 | MIL | DTW | FO | CRJ |
| 2/23/2019 | Saturday | 30245 | EMR | DTW | FO | CRJ |
| 2/23/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 2/23/2019 | Saturday | 56755 | ADM | DTW | FO | CRJ |
| 2/23/2019 | Saturday | 57893 | SIC | DTW | FO | CRJ |
| 2/23/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 2/23/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 2/23/2019 | Saturday | 61135 | EMR | DTW | FO | CRJ |
| 2/23/2019 | Saturday | 61752 | EMR | DTW | FO | CRJ |
| 2/23/2019 | Saturday | 61897 | MIL | DTW | FO | CRJ |
| 2/23/2019 | Saturday | 62446 | MIL | DTW | FO | CRJ |
| 2/23/2019 | Saturday | 63790 | MIL | DTW | FO | CRJ |
| 2/23/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |
| 2/23/2019 | Saturday | 64548 | MIL | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 2/24/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 2/24/2019 | Sunday | 53482 | SAD | DTW | FO | CRJ |
| 2/24/2019 | Sunday | 56755 | ADM | DTW | FO | CRJ |
| 2/24/2019 | Sunday | 57711 | SIC | DTW | FO | CRJ |
| 2/24/2019 | Sunday | 57893 | SIC | DTW | FO | CRJ |
| 2/24/2019 | Sunday | 58571 | FTG | DTW | FO | CRJ |
| 2/24/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 2/24/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 2/24/2019 | Sunday | 60909 | SIC | DTW | FO | CRJ |
| 2/24/2019 | Sunday | 61135 | EMR | DTW | FO | CRJ |
| 2/24/2019 | Sunday | 61752 | EMR | DTW | FO | CRJ |
| 2/24/2019 | Sunday | 61897 | MIL | DTW | FO | CRJ |
| 2/24/2019 | Sunday | 62446 | MIL | DTW | FO | CRJ |
| 2/24/2019 | Sunday | 63790 | MIL | DTW | FO | CRJ |
| 2/24/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |
| 2/24/2019 | Sunday | 64548 | MIL | DTW | FO | CRJ |
| 3/1/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 3/1/2019 | Friday | 51596 | SIC | DTW | FO | CRJ |
| 3/1/2019 | Friday | 53482 | SIC | DTW | FO | CRJ |
| 3/1/2019 | Friday | 55107 | ONP | DTW | FO | CRJ |
| 3/1/2019 | Friday | 56583 | FLA | DTW | FO | CRJ |
| 3/1/2019 | Friday | 56821 | SIC | DTW | FO | CRJ |
| 3/1/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 3/1/2019 | Friday | 61596 | EMR | DTW | FO | CRJ |
| 3/1/2019 | Friday | 63790 | MIL | DTW | FO | CRJ |
| 3/1/2019 | Friday | 64081 | MIL | DTW | FO | CRJ |
| 3/1/2019 | Friday | 64548 | MIL | DTW | FO | CRJ |
| 3/2/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 3/2/2019 | Saturday | 54453 | FLA | DTW | FO | CRJ |
| 3/2/2019 | Saturday | 56583 | FLA | DTW | FO | CRJ |
| 3/2/2019 | Saturday | 56649 | EMV | DTW | FO | CRJ |
| 3/2/2019 | Saturday | 56821 | SIC | DTW | FO | CRJ |
| 3/2/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 3/2/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |
| 3/2/2019 | Saturday | 65796 | SIC | DTW | FO | CRJ |
| 3/3/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 3/3/2019 | Sunday | 54453 | FLA | DTW | FO | CRJ |
| 3/3/2019 | Sunday | 56583 | FLA | DTW | FO | CRJ |
| 3/3/2019 | Sunday | 56649 | EMV | DTW | FO | CRJ |
| 3/3/2019 | Sunday | 56821 | SIC | DTW | FO | CRJ |
| 3/3/2019 | Sunday | 60157 | SAD | DTW | FO | CRJ |
| 3/3/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 3/3/2019 | Sunday | 63301 | SIC | DTW | FO | CRJ |
| 3/3/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |
| 3/3/2019 | Sunday | 65054 | EMR | DTW | FO | CRJ |
| 3/3/2019 | Sunday | 65195 | EMR | DTW | FO | CRJ |
| 3/3/2019 | Sunday | 65796 | SIC | DTW | FO | CRJ |
| 3/8/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 3/8/2019 | Friday | 54453 | FLA | DTW | FO | CRJ |
| 3/8/2019 | Friday | 55548 | EMR | DTW | FO | CRJ |
| 3/8/2019 | Friday | 56583 | FLA | DTW | FO | CRJ |
| 3/8/2019 | Friday | 56704 | SKV | DTW | FO | CRJ |
| 3/8/2019 | Friday | 59825 | EMR | DTW | FO | CRJ |
| 3/8/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 3/8/2019 | Friday | 64081 | MIL | DTW | FO | CRJ |
| 3/8/2019 | Friday | 65054 | EMR | DTW | FO | CRJ |
| 3/8/2019 | Friday | 65174 | SIC | DTW | FO | CRJ |
| 3/8/2019 | Friday | 65331 | SIC | DTW | FO | CRJ |
| 3/8/2019 | Friday | 65796 | ONP | DTW | FO | CRJ |
| 3/9/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 3/9/2019 | Saturday | 54453 | FLA | DTW | FO | CRJ |
| 3/9/2019 | Saturday | 56583 | FLA | DTW | FO | CRJ |
| 3/9/2019 | Saturday | 56704 | SKV | DTW | FO | CRJ |
| 3/9/2019 | Saturday | 59825 | EMR | DTW | FO | CRJ |
| 3/9/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 3/9/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |
| 3/9/2019 | Saturday | 65054 | EMR | DTW | FO | CRJ |
| 3/9/2019 | Saturday | 65796 | ONP | DTW | FO | CRJ |
| 3/10/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 3/10/2019 | Sunday | 54453 | FLA | DTW | FO | CRJ |
| 3/10/2019 | Sunday | 56583 | FLA | DTW | FO | CRJ |
| 3/10/2019 | Sunday | 56704 | SKV | DTW | FO | CRJ |
| 3/10/2019 | Sunday | 59825 | EMR | DTW | FO | CRJ |
| 3/10/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 3/10/2019 | Sunday | 61608 | EMR | DTW | FO | CRJ |
| 3/10/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |
| 3/10/2019 | Sunday | 65054 | EMR | DTW | FO | CRJ |
| 3/10/2019 | Sunday | 65177 | ONP | DTW | FO | CRJ |
| 3/10/2019 | Sunday | 65796 | ONP | DTW | FO | CRJ |
| 3/15/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 3/15/2019 | Friday | 54453 | FLA | DTW | FO | CRJ |
| 3/15/2019 | Friday | 55478 | EMR | DTW | FO | CRJ |
| 3/15/2019 | Friday | 56583 | FLA | DTW | FO | CRJ |
| 3/15/2019 | Friday | 58078 | SIC | DTW | FO | CRJ |
| 3/15/2019 | Friday | 58642 | EMV | DTW | FO | CRJ |
| 3/15/2019 | Friday | 59825 | FLA | DTW | FO | CRJ |
| 3/15/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 3/15/2019 | Friday | 61752 | SIC | DTW | FO | CRJ |
| 3/15/2019 | Friday | 64081 | MIL | DTW | FO | CRJ |
| 3/15/2019 | Friday | 65259 | SIC | DTW | FO | CRJ |
| 3/15/2019 | Friday | 65796 | ONP | DTW | FO | CRJ |
| 3/16/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 3/16/2019 | Saturday | 54453 | FLA | DTW | FO | CRJ |
| 3/16/2019 | Saturday | 55478 | EMR | DTW | FO | CRJ |
| 3/16/2019 | Saturday | 56583 | FLA | DTW | FO | CRJ |
| 3/16/2019 | Saturday | 58078 | SIC | DTW | FO | CRJ |
| 3/16/2019 | Saturday | 58642 | EMV | DTW | FO | CRJ |
| 3/16/2019 | Saturday | 59825 | FLA | DTW | FO | CRJ |
| 3/16/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 3/16/2019 | Saturday | 61596 | EMR | DTW | FO | CRJ |
| 3/16/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |
| 3/16/2019 | Saturday | 65158 | ONP | DTW | FO | CRJ |
| 3/16/2019 | Saturday | 65796 | ONP | DTW | FO | CRJ |
| 3/17/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 3/17/2019 | Sunday | 54453 | FLA | DTW | FO | CRJ |
| 3/17/2019 | Sunday | 56583 | FLA | DTW | FO | CRJ |
| 3/17/2019 | Sunday | 58642 | EMV | DTW | FO | CRJ |
| 3/17/2019 | Sunday | 59825 | FLA | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 3/17/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 3/17/2019 | Sunday | 61596 | EMR | DTW | FO | CRJ |
| 3/17/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |
| 3/17/2019 | Sunday | 65025 | FLA | DTW | FO | CRJ |
| 3/17/2019 | Sunday | 65158 | ONP | DTW | FO | CRJ |
| 3/17/2019 | Sunday | 65234 | FLA | DTW | FO | CRJ |
| 3/17/2019 | Sunday | 65796 | ONP | DTW | FO | CRJ |
| 3/22/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 3/22/2019 | Friday | 53758 | SIC | DTW | FO | CRJ |
| 3/22/2019 | Friday | 54244 | SIC | DTW | FO | CRJ |
| 3/22/2019 | Friday | 54453 | FLA | DTW | FO | CRJ |
| 3/22/2019 | Friday | 56583 | FLA | DTW | FO | CRJ |
| 3/22/2019 | Friday | 58637 | SIC | DTW | FO | CRJ |
| 3/22/2019 | Friday | 59825 | FLA | DTW | FO | CRJ |
| 3/22/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 3/22/2019 | Friday | 61752 | EMR | DTW | FO | CRJ |
| 3/22/2019 | Friday | 62616 | MIL | DTW | FO | CRJ |
| 3/22/2019 | Friday | 62626 | SIC | DTW | FO | CRJ |
| 3/22/2019 | Friday | 64081 | MIL | DTW | FO | CRJ |
| 3/22/2019 | Friday | 65025 | FLA | DTW | FO | CRJ |
| 3/22/2019 | Friday | 65234 | FLA | DTW | FO | CRJ |
| 3/22/2019 | Friday | 65259 | FLA | DTW | FO | CRJ |
| 3/22/2019 | Friday | 65690 | ONP | DTW | FO | CRJ |
| 3/22/2019 | Friday | 65796 | ONP | DTW | FO | CRJ |
| 3/22/2019 | Friday | 65824 | ONP | DTW | FO | CRJ |
| 3/23/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 3/23/2019 | Saturday | 54453 | FLA | DTW | FO | CRJ |
| 3/23/2019 | Saturday | 56583 | FLA | DTW | FO | CRJ |
| 3/23/2019 | Saturday | 59825 | FLA | DTW | FO | CRJ |
| 3/23/2019 | Saturday | 59835 | SIC | DTW | FO | CRJ |
| 3/23/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 3/23/2019 | Saturday | 61752 | EMR | DTW | FO | CRJ |
| 3/23/2019 | Saturday | 62616 | MIL | DTW | FO | CRJ |
| 3/23/2019 | Saturday | 62626 | SIC | DTW | FO | CRJ |
| 3/23/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |
| 3/23/2019 | Saturday | 65025 | FLA | DTW | FO | CRJ |
| 3/23/2019 | Saturday | 65234 | FLA | DTW | FO | CRJ |
| 3/23/2019 | Saturday | 65259 | FLA | DTW | FO | CRJ |
| 3/23/2019 | Saturday | 65690 | ONP | DTW | FO | CRJ |
| 3/23/2019 | Saturday | 65796 | ONP | DTW | FO | CRJ |
| 3/23/2019 | Saturday | 65800 | SIC | DTW | FO | CRJ |
| 3/23/2019 | Saturday | 65824 | ONP | DTW | FO | CRJ |
| 3/24/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 3/24/2019 | Sunday | 54453 | FLA | DTW | FO | CRJ |
| 3/24/2019 | Sunday | 56583 | FLA | DTW | FO | CRJ |
| 3/24/2019 | Sunday | 57020 | FTG | DTW | FO | CRJ |
| 3/24/2019 | Sunday | 59825 | FLA | DTW | FO | CRJ |
| 3/24/2019 | Sunday | 59835 | SIC | DTW | FO | CRJ |
| 3/24/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 3/24/2019 | Sunday | 62616 | MIL | DTW | FO | CRJ |
| 3/24/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |
| 3/24/2019 | Sunday | 65025 | FLA | DTW | FO | CRJ |
| 3/24/2019 | Sunday | 65045 | ONP | DTW | FO | CRJ |
| 3/24/2019 | Sunday | 65234 | FLA | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 3/24/2019 | Sunday | 65259 | FLA | DTW | FO | CRJ |
| 3/24/2019 | Sunday | 65796 | ONP | DTW | FO | CRJ |
| 3/24/2019 | Sunday | 65800 | SIC | DTW | FO | CRJ |
| 3/29/2019 | Friday | 30245 | SIC | DTW | FO | CRJ |
| 3/29/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 3/29/2019 | Friday | 54453 | FLA | DTW | FO | CRJ |
| 3/29/2019 | Friday | 54814 | EMR | DTW | FO | CRJ |
| 3/29/2019 | Friday | 55386 | ONP | DTW | FO | CRJ |
| 3/29/2019 | Friday | 56583 | FLA | DTW | FO | CRJ |
| 3/29/2019 | Friday | 58684 | EMR | DTW | FO | CRJ |
| 3/29/2019 | Friday | 59825 | FLA | DTW | FO | CRJ |
| 3/29/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 3/29/2019 | Friday | 61897 | MIL | DTW | FO | CRJ |
| 3/29/2019 | Friday | 64081 | MIL | DTW | FO | CRJ |
| 3/29/2019 | Friday | 65025 | FLA | DTW | FO | CRJ |
| 3/29/2019 | Friday | 65259 | FLA | DTW | FO | CRJ |
| 3/29/2019 | Friday | 65830 | MIL | DTW | FO | CRJ |
| 3/29/2019 | Friday | 65845 | ONP | DTW | FO | CRJ |
| 3/29/2019 | Friday | 65905 | ONP | DTW | FO | CRJ |
| 3/30/2019 | Saturday | 30245 | SIC | DTW | FO | CRJ |
| 3/30/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 3/30/2019 | Saturday | 54453 | FLA | DTW | FO | CRJ |
| 3/30/2019 | Saturday | 55386 | ONP | DTW | FO | CRJ |
| 3/30/2019 | Saturday | 56583 | FLA | DTW | FO | CRJ |
| 3/30/2019 | Saturday | 58684 | EMR | DTW | FO | CRJ |
| 3/30/2019 | Saturday | 59825 | FLA | DTW | FO | CRJ |
| 3/30/2019 | Saturday | 60493 | EMR | DTW | FO | CRJ |
| 3/30/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 3/30/2019 | Saturday | 61608 | SIC | DTW | FO | CRJ |
| 3/30/2019 | Saturday | 61897 | MIL | DTW | FO | CRJ |
| 3/30/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |
| 3/30/2019 | Saturday | 65013 | SIC | DTW | FO | CRJ |
| 3/30/2019 | Saturday | 65025 | FLA | DTW | FO | CRJ |
| 3/30/2019 | Saturday | 65259 | FLA | DTW | FO | CRJ |
| 3/30/2019 | Saturday | 65830 | MIL | DTW | FO | CRJ |
| 3/30/2019 | Saturday | 65845 | ONP | DTW | FO | CRJ |
| 3/30/2019 | Saturday | 65905 | ONP | DTW | FO | CRJ |
| 3/31/2019 | Sunday | 30245 | SIC | DTW | FO | CRJ |
| 3/31/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 3/31/2019 | Sunday | 54453 | FLA | DTW | FO | CRJ |
| 3/31/2019 | Sunday | 55386 | ONP | DTW | FO | CRJ |
| 3/31/2019 | Sunday | 56583 | FLA | DTW | FO | CRJ |
| 3/31/2019 | Sunday | 57724 | SIC | DTW | FO | CRJ |
| 3/31/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 3/31/2019 | Sunday | 59825 | FLA | DTW | FO | CRJ |
| 3/31/2019 | Sunday | 60493 | EMR | DTW | FO | CRJ |
| 3/31/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 3/31/2019 | Sunday | 61364 | EMR | DTW | FO | CRJ |
| 3/31/2019 | Sunday | 61608 | SIC | DTW | FO | CRJ |
| 3/31/2019 | Sunday | 61608 | SIC | DTW | FO | CRJ |
| 3/31/2019 | Sunday | 61752 | SIC | DTW | FO | CRJ |
| 3/31/2019 | Sunday | 61897 | MIL | DTW | FO | CRJ |
| 3/31/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |
| 3/31/2019 | Sunday | 64772 | EMR | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 3/31/2019 | Sunday | 65013 | SIC | DTW | FO | CRJ |
| 3/31/2019 | Sunday | 65025 | FLA | DTW | FO | CRJ |
| 3/31/2019 | Sunday | 65195 | SIC | DTW | FO | CRJ |
| 3/31/2019 | Sunday | 65259 | FLA | DTW | FO | CRJ |
| 3/31/2019 | Sunday | 65830 | MIL | DTW | FO | CRJ |
| 3/31/2019 | Sunday | 65845 | ONP | DTW | FO | CRJ |
| 3/31/2019 | Sunday | 65905 | ONP | DTW | FO | CRJ |
| 4/5/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 4/5/2019 | Friday | 54453 | FLA | DTW | FO | CRJ |
| 4/5/2019 | Friday | 56583 | FLA | DTW | FO | CRJ |
| 4/5/2019 | Friday | 57724 | SIC | DTW | FO | CRJ |
| 4/5/2019 | Friday | 57724 | SIC | DTW | FO | CRJ |
| 4/5/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 4/5/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 4/5/2019 | Friday | 59825 | FLA | DTW | FO | CRJ |
| 4/5/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 4/5/2019 | Friday | 62162 | SAD | DTW | FO | CRJ |
| 4/5/2019 | Friday | 62204 | MIL | DTW | FO | CRJ |
| 4/5/2019 | Friday | 62238 | EMR | DTW | FO | CRJ |
| 4/5/2019 | Friday | 62616 | MIL | DTW | FO | CRJ |
| 4/5/2019 | Friday | 64081 | MIL | DTW | FO | CRJ |
| 4/5/2019 | Friday | 64564 | SIC | DTW | FO | CRJ |
| 4/5/2019 | Friday | 65259 | FLA | DTW | FO | CRJ |
| 4/5/2019 | Friday | 65824 | MIL | DTW | FO | CRJ |
| 4/6/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 4/6/2019 | Saturday | 54453 | FLA | DTW | FO | CRJ |
| 4/6/2019 | Saturday | 54633 | EMR | DTW | FO | CRJ |
| 4/6/2019 | Saturday | 55548 | EMR | DTW | FO | CRJ |
| 4/6/2019 | Saturday | 56583 | FLA | DTW | FO | CRJ |
| 4/6/2019 | Saturday | 57724 | SIC | DTW | FO | CRJ |
| 4/6/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 4/6/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 4/6/2019 | Saturday | 59825 | FLA | DTW | FO | CRJ |
| 4/6/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 4/6/2019 | Saturday | 61752 | SIC | DTW | FO | CRJ |
| 4/6/2019 | Saturday | 62204 | MIL | DTW | FO | CRJ |
| 4/6/2019 | Saturday | 62238 | FLA | DTW | FO | CRJ |
| 4/6/2019 | Saturday | 62616 | MIL | DTW | FO | CRJ |
| 4/6/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |
| 4/6/2019 | Saturday | 65259 | FLA | DTW | FO | CRJ |
| 4/6/2019 | Saturday | 65789 | OFP | DTW | FO | CRJ |
| 4/6/2019 | Saturday | 65824 | MIL | DTW | FO | CRJ |
| 4/7/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 4/7/2019 | Sunday | 52476 | SIC | DTW | FO | CRJ |
| 4/7/2019 | Sunday | 53482 | ADM | DTW | FO | CRJ |
| 4/7/2019 | Sunday | 54453 | FLA | DTW | FO | CRJ |
| 4/7/2019 | Sunday | 55548 | EMR | DTW | FO | CRJ |
| 4/7/2019 | Sunday | 56583 | FLA | DTW | FO | CRJ |
| 4/7/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 4/7/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 4/7/2019 | Sunday | 59825 | FLA | DTW | FO | CRJ |
| 4/7/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 4/7/2019 | Sunday | 61752 | SIC | DTW | FO | CRJ |
| 4/7/2019 | Sunday | 62204 | MIL | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 4/7/2019 | Sunday | 62238 | FLA | DTW | FO | CRJ |
| 4/7/2019 | Sunday | 62577 | SIC | DTW | FO | CRJ |
| 4/7/2019 | Sunday | 62616 | MIL | DTW | FO | CRJ |
| 4/7/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |
| 4/7/2019 | Sunday | 65013 | EMR | DTW | FO | CRJ |
| 4/7/2019 | Sunday | 65259 | FLA | DTW | FO | CRJ |
| 4/7/2019 | Sunday | 65789 | OFP | DTW | FO | CRJ |
| 4/7/2019 | Sunday | 65824 | MIL | DTW | FO | CRJ |
| 4/12/2019 | Friday | 41000 | SIC | DTW | FO | CRJ |
| 4/12/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 4/12/2019 | Friday | 51733 | SIC | DTW | FO | CRJ |
| 4/12/2019 | Friday | 52502 | EMV | DTW | FO | CRJ |
| 4/12/2019 | Friday | 54453 | FLA | DTW | FO | CRJ |
| 4/12/2019 | Friday | 56583 | FLA | DTW | FO | CRJ |
| 4/12/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 4/12/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 4/12/2019 | Friday | 59705 | ONP | DTW | FO | CRJ |
| 4/12/2019 | Friday | 59825 | FLA | DTW | FO | CRJ |
| 4/12/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 4/12/2019 | Friday | 61325 | SAD | DTW | FO | CRJ |
| 4/12/2019 | Friday | 61603 | EMR | DTW | FO | CRJ |
| 4/12/2019 | Friday | 62446 | MIL | DTW | FO | CRJ |
| 4/12/2019 | Friday | 64081 | MIL | DTW | FO | CRJ |
| 4/12/2019 | Friday | 65259 | FLA | DTW | FO | CRJ |
| 4/12/2019 | Friday | 65825 | ONP | DTW | FO | CRJ |
| 4/12/2019 | Friday | 65826 | ONP | DTW | FO | CRJ |
| 4/13/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 4/13/2019 | Saturday | 51733 | SIC | DTW | FO | CRJ |
| 4/13/2019 | Saturday | 52502 | EMV | DTW | FO | CRJ |
| 4/13/2019 | Saturday | 54453 | FLA | DTW | FO | CRJ |
| 4/13/2019 | Saturday | 56113 | SIC | DTW | FO | CRJ |
| 4/13/2019 | Saturday | 56583 | FLA | DTW | FO | CRJ |
| 4/13/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 4/13/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 4/13/2019 | Saturday | 59705 | ONP | DTW | FO | CRJ |
| 4/13/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 4/13/2019 | Saturday | 62446 | MIL | DTW | FO | CRJ |
| 4/13/2019 | Saturday | 63781 | EMR | DTW | FO | CRJ |
| 4/13/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |
| 4/13/2019 | Saturday | 65177 | EMR | DTW | FO | CRJ |
| 4/13/2019 | Saturday | 65259 | FLA | DTW | FO | CRJ |
| 4/13/2019 | Saturday | 65471 | FTG | DTW | FO | CRJ |
| 4/14/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 4/14/2019 | Sunday | 51733 | SIC | DTW | FO | CRJ |
| 4/14/2019 | Sunday | 53355 | EMR | DTW | FO | CRJ |
| 4/14/2019 | Sunday | 53482 | ADM | DTW | FO | CRJ |
| 4/14/2019 | Sunday | 54453 | FLA | DTW | FO | CRJ |
| 4/14/2019 | Sunday | 55349 | EMR | DTW | FO | CRJ |
| 4/14/2019 | Sunday | 56113 | SIC | DTW | FO | CRJ |
| 4/14/2019 | Sunday | 56583 | FLA | DTW | FO | CRJ |
| 4/14/2019 | Sunday | 57893 | EMR | DTW | FO | CRJ |
| 4/14/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 4/14/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 4/14/2019 | Sunday | 59705 | ONP | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 4/14/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 4/14/2019 | Sunday | 62446 | MIL | DTW | FO | CRJ |
| 4/14/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |
| 4/14/2019 | Sunday | 65013 | EMR | DTW | FO | CRJ |
| 4/14/2019 | Sunday | 65259 | FLA | DTW | FO | CRJ |
| 4/19/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 4/19/2019 | Friday | 53462 | EMR | DTW | FO | CRJ |
| 4/19/2019 | Friday | 53482 | ADM | DTW | FO | CRJ |
| 4/19/2019 | Friday | 56583 | FLA | DTW | FO | CRJ |
| 4/19/2019 | Friday | 58103 | SIC | DTW | FO | CRJ |
| 4/19/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 4/19/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 4/19/2019 | Friday | 60367 | EMV | DTW | FO | CRJ |
| 4/19/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 4/19/2019 | Friday | 60909 | EMR | DTW | FO | CRJ |
| 4/19/2019 | Friday | 61608 | EMR | DTW | FO | CRJ |
| 4/19/2019 | Friday | 63336 | FLA | DTW | FO | CRJ |
| 4/19/2019 | Friday | 63553 | EMR | DTW | FO | CRJ |
| 4/19/2019 | Friday | 64081 | MIL | DTW | FO | CRJ |
| 4/19/2019 | Friday | 64887 | ONP | DTW | FO | CRJ |
| 4/19/2019 | Friday | 65259 | FLA | DTW | FO | CRJ |
| 4/19/2019 | Friday | 65741 | ONP | DTW | FO | CRJ |
| 4/19/2019 | Friday | 65824 | MIL | DTW | FO | CRJ |
| 4/19/2019 | Friday | 66294 | ONP | DTW | FO | CRJ |
| 4/19/2019 | Friday | 66926 | ONP | DTW | FO | CRJ |
| 4/20/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 4/20/2019 | Saturday | 53462 | EMR | DTW | FO | CRJ |
| 4/20/2019 | Saturday | 53482 | ADM | DTW | FO | CRJ |
| 4/20/2019 | Saturday | 56583 | FLA | DTW | FO | CRJ |
| 4/20/2019 | Saturday | 58103 | SIC | DTW | FO | CRJ |
| 4/20/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 4/20/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 4/20/2019 | Saturday | 60026 | ONP | DTW | FO | CRJ |
| 4/20/2019 | Saturday | 60367 | EMV | DTW | FO | CRJ |
| 4/20/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 4/20/2019 | Saturday | 60909 | EMR | DTW | FO | CRJ |
| 4/20/2019 | Saturday | 63336 | FLA | DTW | FO | CRJ |
| 4/20/2019 | Saturday | 63553 | EMR | DTW | FO | CRJ |
| 4/20/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |
| 4/20/2019 | Saturday | 64887 | ONP | DTW | FO | CRJ |
| 4/20/2019 | Saturday | 65259 | FLA | DTW | FO | CRJ |
| 4/20/2019 | Saturday | 65741 | ONP | DTW | FO | CRJ |
| 4/20/2019 | Saturday | 65824 | MIL | DTW | FO | CRJ |
| 4/20/2019 | Saturday | 66294 | ONP | DTW | FO | CRJ |
| 4/20/2019 | Saturday | 66926 | ONP | DTW | FO | CRJ |
| 4/21/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 4/21/2019 | Sunday | 53462 | EMR | DTW | FO | CRJ |
| 4/21/2019 | Sunday | 53482 | ADM | DTW | FO | CRJ |
| 4/21/2019 | Sunday | 56367 | EMR | DTW | FO | CRJ |
| 4/21/2019 | Sunday | 56583 | FLA | DTW | FO | CRJ |
| 4/21/2019 | Sunday | 58103 | SIC | DTW | FO | CRJ |
| 4/21/2019 | Sunday | 58357 | SIC | DTW | FO | CRJ |
| 4/21/2019 | Sunday | 58637 | FTG | DTW | FO | CRJ |
| 4/21/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 4/21/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 4/21/2019 | Sunday | 59909 | EMR | DTW | FO | CRJ |
| 4/21/2019 | Sunday | 60026 | ONP | DTW | FO | CRJ |
| 4/21/2019 | Sunday | 60367 | EMV | DTW | FO | CRJ |
| 4/21/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 4/21/2019 | Sunday | 62348 | MIL | DTW | FO | CRJ |
| 4/21/2019 | Sunday | 63336 | FLA | DTW | FO | CRJ |
| 4/21/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |
| 4/21/2019 | Sunday | 64502 | ONP | DTW | FO | CRJ |
| 4/21/2019 | Sunday | 64887 | ONP | DTW | FO | CRJ |
| 4/21/2019 | Sunday | 65013 | EMR | DTW | FO | CRJ |
| 4/21/2019 | Sunday | 65259 | FLA | DTW | FO | CRJ |
| 4/21/2019 | Sunday | 65741 | ONP | DTW | FO | CRJ |
| 4/21/2019 | Sunday | 65824 | MIL | DTW | FO | CRJ |
| 4/21/2019 | Sunday | 66294 | ONP | DTW | FO | CRJ |
| 4/21/2019 | Sunday | 66926 | ONP | DTW | FO | CRJ |
| 4/26/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 4/26/2019 | Friday | 55515 | SIC | DTW | FO | CRJ |
| 4/26/2019 | Friday | 56367 | EMR | DTW | FO | CRJ |
| 4/26/2019 | Friday | 56583 | FLA | DTW | FO | CRJ |
| 4/26/2019 | Friday | 57259 | EMR | DTW | FO | CRJ |
| 4/26/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 4/26/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 4/26/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 4/26/2019 | Friday | 61491 | ONP | DTW | FO | CRJ |
| 4/26/2019 | Friday | 61596 | ADM | DTW | FO | CRJ |
| 4/26/2019 | Friday | 63553 | MIL | DTW | FO | CRJ |
| 4/26/2019 | Friday | 64081 | MIL | DTW | FO | CRJ |
| 4/26/2019 | Friday | 65259 | FLA | DTW | FO | CRJ |
| 4/26/2019 | Friday | 65413 | EMR | DTW | FO | CRJ |
| 4/26/2019 | Friday | 65824 | MIL | DTW | FO | CRJ |
| 4/26/2019 | Friday | 65825 | ONP | DTW | FO | CRJ |
| 4/26/2019 | Friday | 65830 | MIL | DTW | FO | CRJ |
| 4/26/2019 | Friday | 66926 | ONP | DTW | FO | CRJ |
| 4/27/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 4/27/2019 | Saturday | 56367 | EMR | DTW | FO | CRJ |
| 4/27/2019 | Saturday | 56583 | FLA | DTW | FO | CRJ |
| 4/27/2019 | Saturday | 57259 | EMR | DTW | FO | CRJ |
| 4/27/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 4/27/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 4/27/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 4/27/2019 | Saturday | 61596 | ADM | DTW | FO | CRJ |
| 4/27/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |
| 4/27/2019 | Saturday | 65259 | FLA | DTW | FO | CRJ |
| 4/27/2019 | Saturday | 65413 | EMR | DTW | FO | CRJ |
| 4/27/2019 | Saturday | 65824 | MIL | DTW | FO | CRJ |
| 4/27/2019 | Saturday | 65825 | ONP | DTW | FO | CRJ |
| 4/27/2019 | Saturday | 65830 | MIL | DTW | FO | CRJ |
| 4/27/2019 | Saturday | 66926 | ONP | DTW | FO | CRJ |
| 4/28/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 4/28/2019 | Sunday | 56367 | EMR | DTW | FO | CRJ |
| 4/28/2019 | Sunday | 56583 | FLA | DTW | FO | CRJ |
| 4/28/2019 | Sunday | 57259 | EMR | DTW | FO | CRJ |
| 4/28/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 4/28/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 4/28/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 4/28/2019 | Sunday | 61596 | ADM | DTW | FO | CRJ |
| 4/28/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |
| 4/28/2019 | Sunday | 65013 | EMR | DTW | FO | CRJ |
| 4/28/2019 | Sunday | 65259 | FLA | DTW | FO | CRJ |
| 4/28/2019 | Sunday | 65413 | EMR | DTW | FO | CRJ |
| 4/28/2019 | Sunday | 65824 | MIL | DTW | FO | CRJ |
| 4/28/2019 | Sunday | 65825 | ONP | DTW | FO | CRJ |
| 4/28/2019 | Sunday | 65826 | ONP | DTW | FO | CRJ |
| 4/28/2019 | Sunday | 65830 | MIL | DTW | FO | CRJ |
| 4/28/2019 | Sunday | 65832 | SIC | DTW | FO | CRJ |
| 4/28/2019 | Sunday | 66926 | ONP | DTW | FO | CRJ |
| 5/3/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 5/3/2019 | Friday | 55378 | FLA | DTW | FO | CRJ |
| 5/3/2019 | Friday | 56367 | FLA | DTW | FO | CRJ |
| 5/3/2019 | Friday | 56583 | FLA | DTW | FO | CRJ |
| 5/3/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 5/3/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 5/3/2019 | Friday | 59909 | FLA | DTW | FO | CRJ |
| 5/3/2019 | Friday | 60493 | EMR | DTW | FO | CRJ |
| 5/3/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 5/3/2019 | Friday | 61596 | ADM | DTW | FO | CRJ |
| 5/3/2019 | Friday | 62204 | MIL | DTW | FO | CRJ |
| 5/3/2019 | Friday | 62446 | MIL | DTW | FO | CRJ |
| 5/3/2019 | Friday | 63553 | MIL | DTW | FO | CRJ |
| 5/3/2019 | Friday | 64081 | MIL | DTW | FO | CRJ |
| 5/3/2019 | Friday | 64447 | MIL | DTW | FO | CRJ |
| 5/3/2019 | Friday | 65830 | MIL | DTW | FO | CRJ |
| 5/3/2019 | Friday | 66293 | ONP | DTW | FO | CRJ |
| 5/3/2019 | Friday | 66926 | ONP | DTW | FO | CRJ |
| 5/4/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 5/4/2019 | Saturday | 55378 | FLA | DTW | FO | CRJ |
| 5/4/2019 | Saturday | 56367 | FLA | DTW | FO | CRJ |
| 5/4/2019 | Saturday | 56583 | FLA | DTW | FO | CRJ |
| 5/4/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 5/4/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 5/4/2019 | Saturday | 59909 | FLA | DTW | FO | CRJ |
| 5/4/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 5/4/2019 | Saturday | 61596 | ADM | DTW | FO | CRJ |
| 5/4/2019 | Saturday | 62204 | MIL | DTW | FO | CRJ |
| 5/4/2019 | Saturday | 62446 | MIL | DTW | FO | CRJ |
| 5/4/2019 | Saturday | 63553 | MIL | DTW | FO | CRJ |
| 5/4/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |
| 5/4/2019 | Saturday | 64447 | MIL | DTW | FO | CRJ |
| 5/4/2019 | Saturday | 66293 | ONP | DTW | FO | CRJ |
| 5/4/2019 | Saturday | 66926 | ONP | DTW | FO | CRJ |
| 5/5/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 5/5/2019 | Sunday | 55378 | FLA | DTW | FO | CRJ |
| 5/5/2019 | Sunday | 56367 | FLA | DTW | FO | CRJ |
| 5/5/2019 | Sunday | 56583 | FLA | DTW | FO | CRJ |
| 5/5/2019 | Sunday | 57659 | EMR | DTW | FO | CRJ |
| 5/5/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 5/5/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 5/5/2019 | Sunday | 59909 | FLA | DTW | FO | CRJ |
| 5/5/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 5/5/2019 | Sunday | 61596 | ADM | DTW | FO | CRJ |
| 5/5/2019 | Sunday | 62446 | MIL | DTW | FO | CRJ |
| 5/5/2019 | Sunday | 63553 | MIL | DTW | FO | CRJ |
| 5/5/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |
| 5/5/2019 | Sunday | 64447 | MIL | DTW | FO | CRJ |
| 5/5/2019 | Sunday | 66926 | ONP | DTW | FO | CRJ |
| 5/10/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 5/10/2019 | Friday | 51733 | EMR | DTW | FO | CRJ |
| 5/10/2019 | Friday | 52476 | EMR | DTW | FO | CRJ |
| 5/10/2019 | Friday | 55378 | FLA | DTW | FO | CRJ |
| 5/10/2019 | Friday | 56367 | FLA | DTW | FO | CRJ |
| 5/10/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 5/10/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 5/10/2019 | Friday | 59909 | FLA | DTW | FO | CRJ |
| 5/10/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 5/10/2019 | Friday | 63553 | MIL | DTW | FO | CRJ |
| 5/10/2019 | Friday | 64081 | MIL | DTW | FO | CRJ |
| 5/10/2019 | Friday | 65830 | MIL | DTW | FO | CRJ |
| 5/11/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 5/11/2019 | Saturday | 51733 | EMR | DTW | FO | CRJ |
| 5/11/2019 | Saturday | 55378 | FLA | DTW | FO | CRJ |
| 5/11/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 5/11/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 5/11/2019 | Saturday | 59909 | FLA | DTW | FO | CRJ |
| 5/11/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 5/11/2019 | Saturday | 63553 | MIL | DTW | FO | CRJ |
| 5/11/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |
| 5/11/2019 | Saturday | 64447 | MIL | DTW | FO | CRJ |
| 5/11/2019 | Saturday | 64887 | EMR | DTW | FO | CRJ |
| 5/11/2019 | Saturday | 65830 | MIL | DTW | FO | CRJ |
| 5/12/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 5/12/2019 | Sunday | 55378 | FLA | DTW | FO | CRJ |
| 5/12/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 5/12/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 5/12/2019 | Sunday | 59909 | FLA | DTW | FO | CRJ |
| 5/12/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 5/12/2019 | Sunday | 61603 | EMR | DTW | FO | CRJ |
| 5/12/2019 | Sunday | 63553 | MIL | DTW | FO | CRJ |
| 5/12/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |
| 5/12/2019 | Sunday | 64447 | MIL | DTW | FO | CRJ |
| 5/12/2019 | Sunday | 64887 | EMR | DTW | FO | CRJ |
| 5/12/2019 | Sunday | 65830 | MIL | DTW | FO | CRJ |
| 5/17/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 5/17/2019 | Friday | 55378 | FLA | DTW | FO | CRJ |
| 5/17/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 5/17/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 5/17/2019 | Friday | 59909 | FLA | DTW | FO | CRJ |
| 5/17/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 5/17/2019 | Friday | 63553 | MIL | DTW | FO | CRJ |
| 5/17/2019 | Friday | 63942 | SAD | DTW | FO | CRJ |
| 5/17/2019 | Friday | 64081 | MIL | DTW | FO | CRJ |
| 5/17/2019 | Friday | 64447 | MIL | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 5/17/2019 | Friday | 64850 | ONP | DTW | FO | CRJ |
| 5/17/2019 | Friday | 65830 | MIL | DTW | FO | CRJ |
| 5/18/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 5/18/2019 | Saturday | 55378 | FLA | DTW | FO | CRJ |
| 5/18/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 5/18/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 5/18/2019 | Saturday | 59909 | FLA | DTW | FO | CRJ |
| 5/18/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 5/18/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |
| 5/18/2019 | Saturday | 64447 | MIL | DTW | FO | CRJ |
| 5/18/2019 | Saturday | 64850 | ONP | DTW | FO | CRJ |
| 5/18/2019 | Saturday | 65116 | EMR | DTW | FO | CRJ |
| 5/18/2019 | Saturday | 65830 | MIL | DTW | FO | CRJ |
| 5/19/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 5/19/2019 | Sunday | 55378 | FLA | DTW | FO | CRJ |
| 5/19/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 5/19/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 5/19/2019 | Sunday | 59909 | FLA | DTW | FO | CRJ |
| 5/19/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 5/19/2019 | Sunday | 62234 | EMR | DTW | FO | CRJ |
| 5/19/2019 | Sunday | 63568 | MIL | DTW | FO | CRJ |
| 5/19/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |
| 5/19/2019 | Sunday | 64850 | ONP | DTW | FO | CRJ |
| 5/19/2019 | Sunday | 65116 | EMR | DTW | FO | CRJ |
| 5/19/2019 | Sunday | 65830 | MIL | DTW | FO | CRJ |
| 5/24/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 5/24/2019 | Friday | 55378 | FLA | DTW | FO | CRJ |
| 5/24/2019 | Friday | 57899 | EMR | DTW | FO | CRJ |
| 5/24/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 5/24/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 5/24/2019 | Friday | 59909 | FLA | DTW | FO | CRJ |
| 5/24/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 5/24/2019 | Friday | 61206 | SIC | DTW | FO | CRJ |
| 5/24/2019 | Friday | 62204 | MIL | DTW | FO | CRJ |
| 5/24/2019 | Friday | 63553 | MIL | DTW | FO | CRJ |
| 5/24/2019 | Friday | 63568 | MIL | DTW | FO | CRJ |
| 5/24/2019 | Friday | 64081 | MIL | DTW | FO | CRJ |
| 5/24/2019 | Friday | 64230 | MIL | DTW | FO | CRJ |
| 5/24/2019 | Friday | 64471 | SIC | DTW | FO | CRJ |
| 5/25/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 5/25/2019 | Saturday | 55378 | FLA | DTW | FO | CRJ |
| 5/25/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 5/25/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 5/25/2019 | Saturday | 59909 | FLA | DTW | FO | CRJ |
| 5/25/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 5/25/2019 | Saturday | 61206 | SIC | DTW | FO | CRJ |
| 5/25/2019 | Saturday | 62204 | MIL | DTW | FO | CRJ |
| 5/25/2019 | Saturday | 63553 | MIL | DTW | FO | CRJ |
| 5/25/2019 | Saturday | 63568 | MIL | DTW | FO | CRJ |
| 5/25/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |
| 5/25/2019 | Saturday | 64230 | MIL | DTW | FO | CRJ |
| 5/25/2019 | Saturday | 64471 | SIC | DTW | FO | CRJ |
| 5/25/2019 | Saturday | 64771 | FTG | DTW | FO | CRJ |
| 5/25/2019 | Saturday | 66189 | ONP | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 5/26/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 5/26/2019 | Sunday | 55378 | FLA | DTW | FO | CRJ |
| 5/26/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 5/26/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 5/26/2019 | Sunday | 59909 | FLA | DTW | FO | CRJ |
| 5/26/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 5/26/2019 | Sunday | 61206 | SIC | DTW | FO | CRJ |
| 5/26/2019 | Sunday | 62204 | MIL | DTW | FO | CRJ |
| 5/26/2019 | Sunday | 63553 | MIL | DTW | FO | CRJ |
| 5/26/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |
| 5/26/2019 | Sunday | 64230 | MIL | DTW | FO | CRJ |
| 5/26/2019 | Sunday | 65026 | ONP | DTW | FO | CRJ |
| 5/31/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 5/31/2019 | Friday | 55349 | EMR | DTW | FO | CRJ |
| 5/31/2019 | Friday | 55378 | FLA | DTW | FO | CRJ |
| 5/31/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 5/31/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 5/31/2019 | Friday | 59909 | FLA | DTW | FO | CRJ |
| 5/31/2019 | Friday | 60493 | FTG | DTW | FO | CRJ |
| 5/31/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 5/31/2019 | Friday | 62204 | MIL | DTW | FO | CRJ |
| 5/31/2019 | Friday | 63553 | MIL | DTW | FO | CRJ |
| 5/31/2019 | Friday | 63568 | ONP | DTW | FO | CRJ |
| 5/31/2019 | Friday | 64081 | MIL | DTW | FO | CRJ |
| 5/31/2019 | Friday | 65814 | MIL | DTW | FO | CRJ |
| 5/31/2019 | Friday | 66535 | ONP | DTW | FO | CRJ |
| 6/1/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 6/1/2019 | Saturday | 55349 | EMR | DTW | FO | CRJ |
| 6/1/2019 | Saturday | 55378 | FLA | DTW | FO | CRJ |
| 6/1/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 6/1/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 6/1/2019 | Saturday | 59909 | FLA | DTW | FO | CRJ |
| 6/1/2019 | Saturday | 59925 | EMR | DTW | FO | CRJ |
| 6/1/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 6/1/2019 | Saturday | 62204 | MIL | DTW | FO | CRJ |
| 6/1/2019 | Saturday | 63553 | MIL | DTW | FO | CRJ |
| 6/1/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |
| 6/1/2019 | Saturday | 65026 | MIL | DTW | FO | CRJ |
| 6/1/2019 | Saturday | 65415 | MIL | DTW | FO | CRJ |
| 6/1/2019 | Saturday | 65814 | MIL | DTW | FO | CRJ |
| 6/2/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 6/2/2019 | Sunday | 55378 | FLA | DTW | FO | CRJ |
| 6/2/2019 | Sunday | 56618 | FTG | DTW | FO | CRJ |
| 6/2/2019 | Sunday | 58093 | SIC | DTW | FO | CRJ |
| 6/2/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 6/2/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 6/2/2019 | Sunday | 59909 | FLA | DTW | FO | CRJ |
| 6/2/2019 | Sunday | 59925 | EMR | DTW | FO | CRJ |
| 6/2/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 6/2/2019 | Sunday | 62204 | MIL | DTW | FO | CRJ |
| 6/2/2019 | Sunday | 62719 | ADM | DTW | FO | CRJ |
| 6/2/2019 | Sunday | 63553 | MIL | DTW | FO | CRJ |
| 6/2/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |
| 6/2/2019 | Sunday | 65026 | MIL | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 6/2/2019 | Sunday | 65315 | FTG | DTW | FO | CRJ |
| 6/2/2019 | Sunday | 65415 | MIL | DTW | FO | CRJ |
| 6/2/2019 | Sunday | 65814 | MIL | DTW | FO | CRJ |
| 6/7/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 6/7/2019 | Friday | 51733 | SIC | DTW | FO | CRJ |
| 6/7/2019 | Friday | 55378 | FLA | DTW | FO | CRJ |
| 6/7/2019 | Friday | 55802 | SIC | DTW | FO | CRJ |
| 6/7/2019 | Friday | 56560 | SIC | DTW | FO | CRJ |
| 6/7/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 6/7/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 6/7/2019 | Friday | 59909 | FLA | DTW | FO | CRJ |
| 6/7/2019 | Friday | 60047 | ADM | DTW | FO | CRJ |
| 6/7/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 6/7/2019 | Friday | 62204 | MIL | DTW | FO | CRJ |
| 6/7/2019 | Friday | 62719 | ADM | DTW | FO | CRJ |
| 6/7/2019 | Friday | 63553 | MIL | DTW | FO | CRJ |
| 6/7/2019 | Friday | 64081 | MIL | DTW | FO | CRJ |
| 6/7/2019 | Friday | 65415 | MIL | DTW | FO | CRJ |
| 6/7/2019 | Friday | 65830 | MIL | DTW | FO | CRJ |
| 6/8/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 6/8/2019 | Saturday | 55378 | FLA | DTW | FO | CRJ |
| 6/8/2019 | Saturday | 56560 | SIC | DTW | FO | CRJ |
| 6/8/2019 | Saturday | 58388 | FTG | DTW | FO | CRJ |
| 6/8/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 6/8/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 6/8/2019 | Saturday | 59909 | FLA | DTW | FO | CRJ |
| 6/8/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 6/8/2019 | Saturday | 62204 | MIL | DTW | FO | CRJ |
| 6/8/2019 | Saturday | 62719 | ADM | DTW | FO | CRJ |
| 6/8/2019 | Saturday | 62739 | FTG | DTW | FO | CRJ |
| 6/8/2019 | Saturday | 63553 | MIL | DTW | FO | CRJ |
| 6/8/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |
| 6/8/2019 | Saturday | 64710 | MIL | DTW | FO | CRJ |
| 6/8/2019 | Saturday | 65415 | MIL | DTW | FO | CRJ |
| 6/8/2019 | Saturday | 65830 | MIL | DTW | FO | CRJ |
| 6/9/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 6/9/2019 | Sunday | 55378 | FLA | DTW | FO | CRJ |
| 6/9/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 6/9/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 6/9/2019 | Sunday | 59909 | FLA | DTW | FO | CRJ |
| 6/9/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 6/9/2019 | Sunday | 62204 | MIL | DTW | FO | CRJ |
| 6/9/2019 | Sunday | 62719 | ADM | DTW | FO | CRJ |
| 6/9/2019 | Sunday | 62739 | FTG | DTW | FO | CRJ |
| 6/9/2019 | Sunday | 63553 | MIL | DTW | FO | CRJ |
| 6/9/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |
| 6/9/2019 | Sunday | 64710 | MIL | DTW | FO | CRJ |
| 6/9/2019 | Sunday | 65415 | MIL | DTW | FO | CRJ |
| 6/9/2019 | Sunday | 65830 | MIL | DTW | FO | CRJ |
| 6/14/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 6/14/2019 | Friday | 55378 | FLA | DTW | FO | CRJ |
| 6/14/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 6/14/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 6/14/2019 | Friday | 59909 | FLA | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 6/14/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 6/14/2019 | Friday | 61596 | EMR | DTW | FO | CRJ |
| 6/14/2019 | Friday | 62204 | MIL | DTW | FO | CRJ |
| 6/14/2019 | Friday | 62446 | MIL | DTW | FO | CRJ |
| 6/14/2019 | Friday | 62719 | ADM | DTW | FO | CRJ |
| 6/14/2019 | Friday | 63553 | MIL | DTW | FO | CRJ |
| 6/14/2019 | Friday | 64081 | MIL | DTW | FO | CRJ |
| 6/14/2019 | Friday | 64681 | EMR | DTW | FO | CRJ |
| 6/14/2019 | Friday | 64710 | MIL | DTW | FO | CRJ |
| 6/14/2019 | Friday | 65814 | MIL | DTW | FO | CRJ |
| 6/14/2019 | Friday | 65830 | MIL | DTW | FO | CRJ |
| 6/14/2019 | Friday | 65845 | SAD | DTW | FO | CRJ |
| 6/15/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 6/15/2019 | Saturday | 55378 | FLA | DTW | FO | CRJ |
| 6/15/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 6/15/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 6/15/2019 | Saturday | 59909 | FLA | DTW | FO | CRJ |
| 6/15/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 6/15/2019 | Saturday | 61596 | EMR | DTW | FO | CRJ |
| 6/15/2019 | Saturday | 62204 | MIL | DTW | FO | CRJ |
| 6/15/2019 | Saturday | 62719 | ADM | DTW | FO | CRJ |
| 6/15/2019 | Saturday | 63553 | MIL | DTW | FO | CRJ |
| 6/15/2019 | Saturday | 63824 | SIC | DTW | FO | CRJ |
| 6/15/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |
| 6/15/2019 | Saturday | 64681 | EMR | DTW | FO | CRJ |
| 6/15/2019 | Saturday | 64710 | MIL | DTW | FO | CRJ |
| 6/15/2019 | Saturday | 65830 | MIL | DTW | FO | CRJ |
| 6/16/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 6/16/2019 | Sunday | 55378 | FLA | DTW | FO | CRJ |
| 6/16/2019 | Sunday | 56618 | SIC | DTW | FO | CRJ |
| 6/16/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 6/16/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 6/16/2019 | Sunday | 59909 | FLA | DTW | FO | CRJ |
| 6/16/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 6/16/2019 | Sunday | 62204 | MIL | DTW | FO | CRJ |
| 6/16/2019 | Sunday | 62719 | ADM | DTW | FO | CRJ |
| 6/16/2019 | Sunday | 62961 | EMR | DTW | FO | CRJ |
| 6/16/2019 | Sunday | 63553 | MIL | DTW | FO | CRJ |
| 6/16/2019 | Sunday | 63824 | SIC | DTW | FO | CRJ |
| 6/16/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |
| 6/16/2019 | Sunday | 64681 | EMR | DTW | FO | CRJ |
| 6/16/2019 | Sunday | 64710 | MIL | DTW | FO | CRJ |
| 6/16/2019 | Sunday | 65415 | MIL | DTW | FO | CRJ |
| 6/16/2019 | Sunday | 65830 | MIL | DTW | FO | CRJ |
| 6/21/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 6/21/2019 | Friday | 55378 | FLA | DTW | FO | CRJ |
| 6/21/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 6/21/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 6/21/2019 | Friday | 60157 | SIC | DTW | FO | CRJ |
| 6/21/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 6/21/2019 | Friday | 62204 | MIL | DTW | FO | CRJ |
| 6/21/2019 | Friday | 62719 | ADM | DTW | FO | CRJ |
| 6/21/2019 | Friday | 63553 | MIL | DTW | FO | CRJ |
| 6/21/2019 | Friday | 64081 | MIL | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 6/21/2019 | Friday | 64381 | MIL | DTW | FO | CRJ |
| 6/21/2019 | Friday | 65415 | MIL | DTW | FO | CRJ |
| 6/21/2019 | Friday | 65830 | MIL | DTW | FO | CRJ |
| 6/21/2019 | Friday | 66915 | MIL | DTW | FO | CRJ |
| 6/22/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 6/22/2019 | Saturday | 49828 | SIC | DTW | FO | CRJ |
| 6/22/2019 | Saturday | 55378 | FLA | DTW | FO | CRJ |
| 6/22/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 6/22/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 6/22/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 6/22/2019 | Saturday | 62204 | MIL | DTW | FO | CRJ |
| 6/22/2019 | Saturday | 62719 | ADM | DTW | FO | CRJ |
| 6/22/2019 | Saturday | 63553 | MIL | DTW | FO | CRJ |
| 6/22/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |
| 6/22/2019 | Saturday | 64381 | MIL | DTW | FO | CRJ |
| 6/22/2019 | Saturday | 65148 | SAD | DTW | FO | CRJ |
| 6/22/2019 | Saturday | 65415 | MIL | DTW | FO | CRJ |
| 6/22/2019 | Saturday | 65830 | MIL | DTW | FO | CRJ |
| 6/22/2019 | Saturday | 66915 | MIL | DTW | FO | CRJ |
| 6/23/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 6/23/2019 | Sunday | 55378 | FLA | DTW | FO | CRJ |
| 6/23/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 6/23/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 6/23/2019 | Sunday | 59925 | FTG | DTW | FO | CRJ |
| 6/23/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 6/23/2019 | Sunday | 62204 | MIL | DTW | FO | CRJ |
| 6/23/2019 | Sunday | 62719 | ADM | DTW | FO | CRJ |
| 6/23/2019 | Sunday | 62961 | EMR | DTW | FO | CRJ |
| 6/23/2019 | Sunday | 62961 | EMR | DTW | FO | CRJ |
| 6/23/2019 | Sunday | 63553 | MIL | DTW | FO | CRJ |
| 6/23/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |
| 6/23/2019 | Sunday | 64381 | MIL | DTW | FO | CRJ |
| 6/23/2019 | Sunday | 65415 | MIL | DTW | FO | CRJ |
| 6/23/2019 | Sunday | 65830 | MIL | DTW | FO | CRJ |
| 6/23/2019 | Sunday | 66915 | MIL | DTW | FO | CRJ |
| 6/28/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 6/28/2019 | Friday | 55378 | FLA | DTW | FO | CRJ |
| 6/28/2019 | Friday | 55478 | EMR | DTW | FO | CRJ |
| 6/28/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 6/28/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 6/28/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 6/28/2019 | Friday | 62204 | MIL | DTW | FO | CRJ |
| 6/28/2019 | Friday | 62719 | ADM | DTW | FO | CRJ |
| 6/28/2019 | Friday | 63553 | MIL | DTW | FO | CRJ |
| 6/28/2019 | Friday | 63824 | EMR | DTW | FO | CRJ |
| 6/28/2019 | Friday | 64081 | MIL | DTW | FO | CRJ |
| 6/28/2019 | Friday | 65138 | SIC | DTW | FO | CRJ |
| 6/29/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 6/29/2019 | Saturday | 55378 | FLA | DTW | FO | CRJ |
| 6/29/2019 | Saturday | 56585 | SIC | DTW | FO | CRJ |
| 6/29/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 6/29/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 6/29/2019 | Saturday | 59825 | EMR | DTW | FO | CRJ |
| 6/29/2019 | Saturday | 59909 | SIC | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 6/29/2019 | Saturday | 60621 | EMR | DTW | FO | CRJ |
| 6/29/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 6/29/2019 | Saturday | 62204 | MIL | DTW | FO | CRJ |
| 6/29/2019 | Saturday | 62348 | FTG | DTW | FO | CRJ |
| 6/29/2019 | Saturday | 62719 | ADM | DTW | FO | CRJ |
| 6/29/2019 | Saturday | 63553 | MIL | DTW | FO | CRJ |
| 6/29/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |
| 6/30/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 6/30/2019 | Sunday | 55378 | FLA | DTW | FO | CRJ |
| 6/30/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 6/30/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 6/30/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 6/30/2019 | Sunday | 62204 | MIL | DTW | FO | CRJ |
| 6/30/2019 | Sunday | 62719 | ADM | DTW | FO | CRJ |
| 6/30/2019 | Sunday | 63553 | MIL | DTW | FO | CRJ |
| 6/30/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |
| 7/5/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 7/5/2019 | Friday | 55378 | FLA | DTW | FO | CRJ |
| 7/5/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 7/5/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 7/5/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 7/5/2019 | Friday | 61364 | FLA | DTW | FO | CRJ |
| 7/5/2019 | Friday | 64081 | MIL | DTW | FO | CRJ |
| 7/5/2019 | Friday | 64813 | SIC | DTW | FO | CRJ |
| 7/5/2019 | Friday | 64990 | FLA | DTW | FO | CRJ |
| 7/5/2019 | Friday | 65415 | MIL | DTW | FO | CRJ |
| 7/6/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 7/6/2019 | Saturday | 55378 | FLA | DTW | FO | CRJ |
| 7/6/2019 | Saturday | 58103 | SIC | DTW | FO | CRJ |
| 7/6/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 7/6/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 7/6/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 7/6/2019 | Saturday | 61364 | FLA | DTW | FO | CRJ |
| 7/6/2019 | Saturday | 62116 | EMR | DTW | FO | CRJ |
| 7/6/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |
| 7/6/2019 | Saturday | 64990 | FLA | DTW | FO | CRJ |
| 7/6/2019 | Saturday | 65415 | MIL | DTW | FO | CRJ |
| 7/6/2019 | Saturday | 68182 | ONP | DTW | FO | CRJ |
| 7/7/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 7/7/2019 | Sunday | 55378 | FLA | DTW | FO | CRJ |
| 7/7/2019 | Sunday | 58103 | SIC | DTW | FO | CRJ |
| 7/7/2019 | Sunday | 58643 | SIC | DTW | FO | CRJ |
| 7/7/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 7/7/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 7/7/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 7/7/2019 | Sunday | 61364 | FLA | DTW | FO | CRJ |
| 7/7/2019 | Sunday | 62116 | EMR | DTW | FO | CRJ |
| 7/7/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |
| 7/7/2019 | Sunday | 64565 | SAD | DTW | FO | CRJ |
| 7/7/2019 | Sunday | 64990 | FLA | DTW | FO | CRJ |
| 7/7/2019 | Sunday | 65415 | MIL | DTW | FO | CRJ |
| 7/12/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 7/12/2019 | Friday | 54244 | SKV | DTW | FO | CRJ |
| 7/12/2019 | Friday | 55378 | FLA | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 7/12/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 7/12/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 7/12/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 7/12/2019 | Friday | 61364 | FLA | DTW | FO | CRJ |
| 7/12/2019 | Friday | 64081 | MIL | DTW | FO | CRJ |
| 7/12/2019 | Friday | 64710 | MIL | DTW | FO | CRJ |
| 7/12/2019 | Friday | 64990 | FLA | DTW | FO | CRJ |
| 7/12/2019 | Friday | 65026 | EMR | DTW | FO | CRJ |
| 7/12/2019 | Friday | 65415 | MIL | DTW | FO | CRJ |
| 7/12/2019 | Friday | 68182 | MIL | DTW | FO | CRJ |
| 7/13/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 7/13/2019 | Saturday | 54244 | SKV | DTW | FO | CRJ |
| 7/13/2019 | Saturday | 55378 | FLA | DTW | FO | CRJ |
| 7/13/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 7/13/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 7/13/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 7/13/2019 | Saturday | 61364 | FLA | DTW | FO | CRJ |
| 7/13/2019 | Saturday | 62616 | MIL | DTW | FO | CRJ |
| 7/13/2019 | Saturday | 63429 | SAD | DTW | FO | CRJ |
| 7/13/2019 | Saturday | 63872 | ONP | DTW | FO | CRJ |
| 7/13/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |
| 7/13/2019 | Saturday | 64710 | MIL | DTW | FO | CRJ |
| 7/13/2019 | Saturday | 64766 | MIL | DTW | FO | CRJ |
| 7/13/2019 | Saturday | 64990 | FLA | DTW | FO | CRJ |
| 7/13/2019 | Saturday | 65026 | EMR | DTW | FO | CRJ |
| 7/13/2019 | Saturday | 65415 | MIL | DTW | FO | CRJ |
| 7/13/2019 | Saturday | 68182 | MIL | DTW | FO | CRJ |
| 7/14/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 7/14/2019 | Sunday | 55378 | FLA | DTW | FO | CRJ |
| 7/14/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 7/14/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 7/14/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 7/14/2019 | Sunday | 61364 | FLA | DTW | FO | CRJ |
| 7/14/2019 | Sunday | 61603 | EMR | DTW | FO | CRJ |
| 7/14/2019 | Sunday | 62616 | MIL | DTW | FO | CRJ |
| 7/14/2019 | Sunday | 63872 | ONP | DTW | FO | CRJ |
| 7/14/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |
| 7/14/2019 | Sunday | 64710 | MIL | DTW | FO | CRJ |
| 7/14/2019 | Sunday | 64766 | MIL | DTW | FO | CRJ |
| 7/14/2019 | Sunday | 64990 | FLA | DTW | FO | CRJ |
| 7/14/2019 | Sunday | 65026 | EMR | DTW | FO | CRJ |
| 7/14/2019 | Sunday | 65415 | MIL | DTW | FO | CRJ |
| 7/14/2019 | Sunday | 68182 | MIL | DTW | FO | CRJ |
| 7/19/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 7/19/2019 | Friday | 51733 | SIC | DTW | FO | CRJ |
| 7/19/2019 | Friday | 55378 | FLA | DTW | FO | CRJ |
| 7/19/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 7/19/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 7/19/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 7/19/2019 | Friday | 61364 | FLA | DTW | FO | CRJ |
| 7/19/2019 | Friday | 63472 | EMR | DTW | FO | CRJ |
| 7/19/2019 | Friday | 64081 | MIL | DTW | FO | CRJ |
| 7/19/2019 | Friday | 64564 | EMR | DTW | FO | CRJ |
| 7/19/2019 | Friday | 64766 | MIL | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 7/19/2019 | Friday | 64850 | SIC | DTW | FO | CRJ |
| 7/19/2019 | Friday | 64990 | FLA | DTW | FO | CRJ |
| 7/19/2019 | Friday | 65026 | MIL | DTW | FO | CRJ |
| 7/19/2019 | Friday | 65415 | MIL | DTW | FO | CRJ |
| 7/19/2019 | Friday | 65830 | MIL | DTW | FO | CRJ |
| 7/19/2019 | Friday | 68740 | ONP | DTW | FO | CRJ |
| 7/20/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 7/20/2019 | Saturday | 51733 | SIC | DTW | FO | CRJ |
| 7/20/2019 | Saturday | 55378 | FLA | DTW | FO | CRJ |
| 7/20/2019 | Saturday | 55672 | EMR | DTW | FO | CRJ |
| 7/20/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 7/20/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 7/20/2019 | Saturday | 59920 | EMR | DTW | FO | CRJ |
| 7/20/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 7/20/2019 | Saturday | 61364 | FLA | DTW | FO | CRJ |
| 7/20/2019 | Saturday | 61998 | FTG | DTW | FO | CRJ |
| 7/20/2019 | Saturday | 63430 | SIC | DTW | FO | CRJ |
| 7/20/2019 | Saturday | 63472 | EMR | DTW | FO | CRJ |
| 7/20/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |
| 7/20/2019 | Saturday | 64564 | EMR | DTW | FO | CRJ |
| 7/20/2019 | Saturday | 64766 | MIL | DTW | FO | CRJ |
| 7/20/2019 | Saturday | 64990 | FLA | DTW | FO | CRJ |
| 7/20/2019 | Saturday | 65026 | MIL | DTW | FO | CRJ |
| 7/20/2019 | Saturday | 65415 | MIL | DTW | FO | CRJ |
| 7/20/2019 | Saturday | 65830 | MIL | DTW | FO | CRJ |
| 7/20/2019 | Saturday | 66237 | FTG | DTW | FO | CRJ |
| 7/20/2019 | Saturday | 68740 | ONP | DTW | FO | CRJ |
| 7/21/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 7/21/2019 | Sunday | 51733 | SIC | DTW | FO | CRJ |
| 7/21/2019 | Sunday | 54244 | FTG | DTW | FO | CRJ |
| 7/21/2019 | Sunday | 55349 | SIC | DTW | FO | CRJ |
| 7/21/2019 | Sunday | 55378 | FLA | DTW | FO | CRJ |
| 7/21/2019 | Sunday | 55478 | EMR | DTW | FO | CRJ |
| 7/21/2019 | Sunday | 55672 | EMR | DTW | FO | CRJ |
| 7/21/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 7/21/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 7/21/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 7/21/2019 | Sunday | 60909 | EMR | DTW | FO | CRJ |
| 7/21/2019 | Sunday | 61364 | FLA | DTW | FO | CRJ |
| 7/21/2019 | Sunday | 61603 | EMR | DTW | FO | CRJ |
| 7/21/2019 | Sunday | 62739 | EMR | DTW | FO | CRJ |
| 7/21/2019 | Sunday | 63301 | EMR | DTW | FO | CRJ |
| 7/21/2019 | Sunday | 63472 | EMR | DTW | FO | CRJ |
| 7/21/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |
| 7/21/2019 | Sunday | 64564 | EMR | DTW | FO | CRJ |
| 7/21/2019 | Sunday | 64766 | MIL | DTW | FO | CRJ |
| 7/21/2019 | Sunday | 64990 | FLA | DTW | FO | CRJ |
| 7/21/2019 | Sunday | 65026 | MIL | DTW | FO | CRJ |
| 7/21/2019 | Sunday | 65415 | MIL | DTW | FO | CRJ |
| 7/21/2019 | Sunday | 65830 | MIL | DTW | FO | CRJ |
| 7/21/2019 | Sunday | 68740 | ONP | DTW | FO | CRJ |
| 7/26/2019 | Friday | 41000 | EMR | DTW | FO | CRJ |
| 7/26/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 7/26/2019 | Friday | 49828 | EMR | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 7/26/2019 | Friday | 55378 | FLA | DTW | FO | CRJ |
| 7/26/2019 | Friday | 57273 | SIC | DTW | FO | CRJ |
| 7/26/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 7/26/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 7/26/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 7/26/2019 | Friday | 61364 | FLA | DTW | FO | CRJ |
| 7/26/2019 | Friday | 62368 | FLA | DTW | FO | CRJ |
| 7/26/2019 | Friday | 63502 | ONP | DTW | FO | CRJ |
| 7/26/2019 | Friday | 64081 | MIL | DTW | FO | CRJ |
| 7/26/2019 | Friday | 64766 | MIL | DTW | FO | CRJ |
| 7/26/2019 | Friday | 64990 | FLA | DTW | FO | CRJ |
| 7/26/2019 | Friday | 65359 | EMR | DTW | FO | CRJ |
| 7/26/2019 | Friday | 65415 | MIL | DTW | FO | CRJ |
| 7/26/2019 | Friday | 68740 | ONP | DTW | FO | CRJ |
| 7/27/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 7/27/2019 | Saturday | 55378 | FLA | DTW | FO | CRJ |
| 7/27/2019 | Saturday | 57969 | EMR | DTW | FO | CRJ |
| 7/27/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 7/27/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 7/27/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 7/27/2019 | Saturday | 61364 | FLA | DTW | FO | CRJ |
| 7/27/2019 | Saturday | 62368 | FLA | DTW | FO | CRJ |
| 7/27/2019 | Saturday | 63502 | ONP | DTW | FO | CRJ |
| 7/27/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |
| 7/27/2019 | Saturday | 64766 | MIL | DTW | FO | CRJ |
| 7/27/2019 | Saturday | 64990 | FLA | DTW | FO | CRJ |
| 7/27/2019 | Saturday | 65359 | EMR | DTW | FO | CRJ |
| 7/27/2019 | Saturday | 65415 | MIL | DTW | FO | CRJ |
| 7/27/2019 | Saturday | 65814 | MIL | DTW | FO | CRJ |
| 7/27/2019 | Saturday | 68740 | ONP | DTW | FO | CRJ |
| 7/28/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 7/28/2019 | Sunday | 55378 | FLA | DTW | FO | CRJ |
| 7/28/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 7/28/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 7/28/2019 | Sunday | 59920 | EMR | DTW | FO | CRJ |
| 7/28/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 7/28/2019 | Sunday | 61364 | FLA | DTW | FO | CRJ |
| 7/28/2019 | Sunday | 62368 | FLA | DTW | FO | CRJ |
| 7/28/2019 | Sunday | 62626 | EMR | DTW | FO | CRJ |
| 7/28/2019 | Sunday | 63502 | ONP | DTW | FO | CRJ |
| 7/28/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |
| 7/28/2019 | Sunday | 64766 | MIL | DTW | FO | CRJ |
| 7/28/2019 | Sunday | 64990 | FLA | DTW | FO | CRJ |
| 7/28/2019 | Sunday | 65359 | EMR | DTW | FO | CRJ |
| 7/28/2019 | Sunday | 65360 | EMR | DTW | FO | CRJ |
| 7/28/2019 | Sunday | 65415 | MIL | DTW | FO | CRJ |
| 7/28/2019 | Sunday | 65814 | MIL | DTW | FO | CRJ |
| 7/28/2019 | Sunday | 67771 | SAD | DTW | FO | CRJ |
| 7/28/2019 | Sunday | 67935 | ONP | DTW | FO | CRJ |
| 7/28/2019 | Sunday | 68182 | ONP | DTW | FO | CRJ |
| 7/28/2019 | Sunday | 68740 | ONP | DTW | FO | CRJ |
| 8/2/2019 | Friday | 30245 | EMR | DTW | FO | CRJ |
| 8/2/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 8/2/2019 | Friday | 55378 | FLA | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 8/2/2019 | Friday | 57020 | OFP | DTW | FO | CRJ |
| 8/2/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 8/2/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 8/2/2019 | Friday | 59909 | SIC | DTW | FO | CRJ |
| 8/2/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 8/2/2019 | Friday | 61364 | FLA | DTW | FO | CRJ |
| 8/2/2019 | Friday | 61432 | SIC | DTW | FO | CRJ |
| 8/2/2019 | Friday | 62234 | EMR | DTW | FO | CRJ |
| 8/2/2019 | Friday | 62368 | FLA | DTW | FO | CRJ |
| 8/2/2019 | Friday | 62656 | EMR | DTW | FO | CRJ |
| 8/2/2019 | Friday | 64081 | MIL | DTW | FO | CRJ |
| 8/2/2019 | Friday | 65026 | MIL | DTW | FO | CRJ |
| 8/2/2019 | Friday | 65158 | EMR | DTW | FO | CRJ |
| 8/2/2019 | Friday | 65415 | MIL | DTW | FO | CRJ |
| 8/2/2019 | Friday | 65814 | MIL | DTW | FO | CRJ |
| 8/2/2019 | Friday | 66731 | ONP | DTW | FO | CRJ |
| 8/2/2019 | Friday | 68161 | EMR | DTW | FO | CRJ |
| 8/2/2019 | Friday | 68340 | ONP | DTW | FO | CRJ |
| 8/3/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 8/3/2019 | Saturday | 55378 | FLA | DTW | FO | CRJ |
| 8/3/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 8/3/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 8/3/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 8/3/2019 | Saturday | 61364 | FLA | DTW | FO | CRJ |
| 8/3/2019 | Saturday | 61432 | SIC | DTW | FO | CRJ |
| 8/3/2019 | Saturday | 62368 | FLA | DTW | FO | CRJ |
| 8/3/2019 | Saturday | 62616 | MIL | DTW | FO | CRJ |
| 8/3/2019 | Saturday | 63502 | MIL | DTW | FO | CRJ |
| 8/3/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |
| 8/3/2019 | Saturday | 65026 | MIL | DTW | FO | CRJ |
| 8/3/2019 | Saturday | 65158 | EMR | DTW | FO | CRJ |
| 8/3/2019 | Saturday | 65415 | MIL | DTW | FO | CRJ |
| 8/3/2019 | Saturday | 65814 | MIL | DTW | FO | CRJ |
| 8/3/2019 | Saturday | 66731 | ONP | DTW | FO | CRJ |
| 8/3/2019 | Saturday | 68161 | EMR | DTW | FO | CRJ |
| 8/3/2019 | Saturday | 68340 | ONP | DTW | FO | CRJ |
| 8/4/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 8/4/2019 | Sunday | 55378 | FLA | DTW | FO | CRJ |
| 8/4/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 8/4/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 8/4/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 8/4/2019 | Sunday | 61364 | FLA | DTW | FO | CRJ |
| 8/4/2019 | Sunday | 62159 | MIL | DTW | FO | CRJ |
| 8/4/2019 | Sunday | 62368 | FLA | DTW | FO | CRJ |
| 8/4/2019 | Sunday | 62616 | MIL | DTW | FO | CRJ |
| 8/4/2019 | Sunday | 63502 | MIL | DTW | FO | CRJ |
| 8/4/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |
| 8/4/2019 | Sunday | 65026 | MIL | DTW | FO | CRJ |
| 8/4/2019 | Sunday | 65415 | MIL | DTW | FO | CRJ |
| 8/4/2019 | Sunday | 65814 | MIL | DTW | FO | CRJ |
| 8/4/2019 | Sunday | 68161 | EMR | DTW | FO | CRJ |
| 8/4/2019 | Sunday | 68340 | ONP | DTW | FO | CRJ |
| 8/9/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 8/9/2019 | Friday | 55378 | FLA | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 8/9/2019 | Friday | 58314 | ONP | DTW | FO | CRJ |
| 8/9/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 8/9/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 8/9/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 8/9/2019 | Friday | 61364 | FLA | DTW | FO | CRJ |
| 8/9/2019 | Friday | 62656 | EMR | DTW | FO | CRJ |
| 8/9/2019 | Friday | 64081 | MIL | DTW | FO | CRJ |
| 8/9/2019 | Friday | 65026 | MIL | DTW | FO | CRJ |
| 8/9/2019 | Friday | 65401 | ONP | DTW | FO | CRJ |
| 8/9/2019 | Friday | 65415 | MIL | DTW | FO | CRJ |
| 8/9/2019 | Friday | 65814 | MIL | DTW | FO | CRJ |
| 8/10/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 8/10/2019 | Saturday | 55378 | FLA | DTW | FO | CRJ |
| 8/10/2019 | Saturday | 58314 | ONP | DTW | FO | CRJ |
| 8/10/2019 | Saturday | 58635 | EMR | DTW | FO | CRJ |
| 8/10/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 8/10/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 8/10/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 8/10/2019 | Saturday | 61364 | FLA | DTW | FO | CRJ |
| 8/10/2019 | Saturday | 62234 | EMR | DTW | FO | CRJ |
| 8/10/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |
| 8/10/2019 | Saturday | 65026 | MIL | DTW | FO | CRJ |
| 8/10/2019 | Saturday | 65401 | ONP | DTW | FO | CRJ |
| 8/10/2019 | Saturday | 65415 | MIL | DTW | FO | CRJ |
| 8/10/2019 | Saturday | 68340 | ONP | DTW | FO | CRJ |
| 8/11/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 8/11/2019 | Sunday | 55378 | FLA | DTW | FO | CRJ |
| 8/11/2019 | Sunday | 58314 | ONP | DTW | FO | CRJ |
| 8/11/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 8/11/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 8/11/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 8/11/2019 | Sunday | 61364 | FLA | DTW | FO | CRJ |
| 8/11/2019 | Sunday | 62234 | EMR | DTW | FO | CRJ |
| 8/11/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |
| 8/11/2019 | Sunday | 65026 | MIL | DTW | FO | CRJ |
| 8/11/2019 | Sunday | 65401 | ONP | DTW | FO | CRJ |
| 8/11/2019 | Sunday | 65415 | MIL | DTW | FO | CRJ |
| 8/16/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 8/16/2019 | Friday | 54244 | EMR | DTW | FO | CRJ |
| 8/16/2019 | Friday | 55378 | FLA | DTW | FO | CRJ |
| 8/16/2019 | Friday | 58242 | SIC | DTW | FO | CRJ |
| 8/16/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 8/16/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 8/16/2019 | Friday | 59803 | SIC | DTW | FO | CRJ |
| 8/16/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 8/16/2019 | Friday | 61364 | FLA | DTW | FO | CRJ |
| 8/16/2019 | Friday | 64081 | MIL | DTW | FO | CRJ |
| 8/16/2019 | Friday | 64766 | MIL | DTW | FO | CRJ |
| 8/16/2019 | Friday | 65026 | MIL | DTW | FO | CRJ |
| 8/16/2019 | Friday | 65415 | MIL | DTW | FO | CRJ |
| 8/16/2019 | Friday | 65830 | MIL | DTW | FO | CRJ |
| 8/16/2019 | Friday | 66705 | EMR | DTW | FO | CRJ |
| 8/17/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 8/17/2019 | Saturday | 55378 | FLA | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 8/17/2019 | Saturday | 58242 | SIC | DTW | FO | CRJ |
| 8/17/2019 | Saturday | 58255 | SIC | DTW | FO | CRJ |
| 8/17/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 8/17/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 8/17/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 8/17/2019 | Saturday | 61364 | FLA | DTW | FO | CRJ |
| 8/17/2019 | Saturday | 63190 | FTG | DTW | FO | CRJ |
| 8/17/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |
| 8/17/2019 | Saturday | 64766 | MIL | DTW | FO | CRJ |
| 8/17/2019 | Saturday | 65026 | MIL | DTW | FO | CRJ |
| 8/17/2019 | Saturday | 65415 | MIL | DTW | FO | CRJ |
| 8/17/2019 | Saturday | 65448 | SIC | DTW | FO | CRJ |
| 8/17/2019 | Saturday | 65830 | MIL | DTW | FO | CRJ |
| 8/18/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 8/18/2019 | Sunday | 55378 | FLA | DTW | FO | CRJ |
| 8/18/2019 | Sunday | 58242 | SIC | DTW | FO | CRJ |
| 8/18/2019 | Sunday | 58255 | SIC | DTW | FO | CRJ |
| 8/18/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 8/18/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 8/18/2019 | Sunday | 60070 | EMR | DTW | FO | CRJ |
| 8/18/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 8/18/2019 | Sunday | 61364 | FLA | DTW | FO | CRJ |
| 8/18/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |
| 8/18/2019 | Sunday | 64766 | MIL | DTW | FO | CRJ |
| 8/18/2019 | Sunday | 65026 | MIL | DTW | FO | CRJ |
| 8/18/2019 | Sunday | 65415 | MIL | DTW | FO | CRJ |
| 8/18/2019 | Sunday | 65448 | SIC | DTW | FO | CRJ |
| 8/18/2019 | Sunday | 65830 | MIL | DTW | FO | CRJ |
| 8/23/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 8/23/2019 | Friday | 55378 | FLA | DTW | FO | CRJ |
| 8/23/2019 | Friday | 58103 | SIC | DTW | FO | CRJ |
| 8/23/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 8/23/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 8/23/2019 | Friday | 59603 | EMR | DTW | FO | CRJ |
| 8/23/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 8/23/2019 | Friday | 61364 | FLA | DTW | FO | CRJ |
| 8/23/2019 | Friday | 63502 | MIL | DTW | FO | CRJ |
| 8/23/2019 | Friday | 63943 | EMR | DTW | FO | CRJ |
| 8/23/2019 | Friday | 64081 | MIL | DTW | FO | CRJ |
| 8/23/2019 | Friday | 64766 | MIL | DTW | FO | CRJ |
| 8/23/2019 | Friday | 65026 | MIL | DTW | FO | CRJ |
| 8/23/2019 | Friday | 66792 | SIC | DTW | FO | CRJ |
| 8/23/2019 | Friday | 66817 | FTG | DTW | FO | CRJ |
| 8/23/2019 | Friday | 68209 | ONP | DTW | FO | CRJ |
| 8/24/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 8/24/2019 | Saturday | 55378 | FLA | DTW | FO | CRJ |
| 8/24/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 8/24/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 8/24/2019 | Saturday | 59603 | EMR | DTW | FO | CRJ |
| 8/24/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 8/24/2019 | Saturday | 61364 | FLA | DTW | FO | CRJ |
| 8/24/2019 | Saturday | 63502 | MIL | DTW | FO | CRJ |
| 8/24/2019 | Saturday | 63943 | EMR | DTW | FO | CRJ |
| 8/24/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 8/24/2019 | Saturday | 64766 | MIL | DTW | FO | CRJ |
| 8/24/2019 | Saturday | 65026 | MIL | DTW | FO | CRJ |
| 8/24/2019 | Saturday | 65415 | MIL | DTW | FO | CRJ |
| 8/24/2019 | Saturday | 66792 | SIC | DTW | FO | CRJ |
| 8/24/2019 | Saturday | 67331 | SAD | DTW | FO | CRJ |
| 8/24/2019 | Saturday | 68209 | ONP | DTW | FO | CRJ |
| 8/25/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 8/25/2019 | Sunday | 55378 | FLA | DTW | FO | CRJ |
| 8/25/2019 | Sunday | 55399 | SIC | DTW | FO | CRJ |
| 8/25/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 8/25/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 8/25/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 8/25/2019 | Sunday | 61364 | FLA | DTW | FO | CRJ |
| 8/25/2019 | Sunday | 63502 | MIL | DTW | FO | CRJ |
| 8/25/2019 | Sunday | 63943 | EMR | DTW | FO | CRJ |
| 8/25/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |
| 8/25/2019 | Sunday | 64766 | MIL | DTW | FO | CRJ |
| 8/25/2019 | Sunday | 65026 | MIL | DTW | FO | CRJ |
| 8/25/2019 | Sunday | 65415 | MIL | DTW | FO | CRJ |
| 8/25/2019 | Sunday | 68209 | ONP | DTW | FO | CRJ |
| 8/30/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 8/30/2019 | Friday | 51977 | EMR | DTW | FO | CRJ |
| 8/30/2019 | Friday | 55378 | FLA | DTW | FO | CRJ |
| 8/30/2019 | Friday | 56015 | SIC | DTW | FO | CRJ |
| 8/30/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 8/30/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 8/30/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 8/30/2019 | Friday | 61364 | FLA | DTW | FO | CRJ |
| 8/30/2019 | Friday | 61998 | EMR | DTW | FO | CRJ |
| 8/30/2019 | Friday | 64081 | MIL | DTW | FO | CRJ |
| 8/30/2019 | Friday | 64565 | SIC | DTW | FO | CRJ |
| 8/30/2019 | Friday | 65026 | MIL | DTW | FO | CRJ |
| 8/30/2019 | Friday | 65359 | SIC | DTW | FO | CRJ |
| 8/30/2019 | Friday | 65415 | MIL | DTW | FO | CRJ |
| 8/30/2019 | Friday | 66660 | MIL | DTW | FO | CRJ |
| 8/31/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 8/31/2019 | Saturday | 51977 | EMR | DTW | FO | CRJ |
| 8/31/2019 | Saturday | 55378 | FLA | DTW | FO | CRJ |
| 8/31/2019 | Saturday | 56015 | SIC | DTW | FO | CRJ |
| 8/31/2019 | Saturday | 57943 | ONP | DTW | FO | CRJ |
| 8/31/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 8/31/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 8/31/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 8/31/2019 | Saturday | 61364 | FLA | DTW | FO | CRJ |
| 8/31/2019 | Saturday | 61998 | EMR | DTW | FO | CRJ |
| 8/31/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |
| 8/31/2019 | Saturday | 64565 | SIC | DTW | FO | CRJ |
| 8/31/2019 | Saturday | 65026 | MIL | DTW | FO | CRJ |
| 8/31/2019 | Saturday | 65359 | SIC | DTW | FO | CRJ |
| 8/31/2019 | Saturday | 65415 | MIL | DTW | FO | CRJ |
| 8/31/2019 | Saturday | 65814 | MIL | DTW | FO | CRJ |
| 8/31/2019 | Saturday | 66660 | MIL | DTW | FO | CRJ |
| 9/1/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 9/1/2019 | Sunday | 51977 | EMR | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 9/1/2019 | Sunday | 55378 | FLA | DTW | FO | CRJ |
| 9/1/2019 | Sunday | 56015 | SIC | DTW | FO | CRJ |
| 9/1/2019 | Sunday | 57943 | ONP | DTW | FO | CRJ |
| 9/1/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 9/1/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 9/1/2019 | Sunday | 59803 | EMR | DTW | FO | CRJ |
| 9/1/2019 | Sunday | 59909 | FLA | DTW | FO | CRJ |
| 9/1/2019 | Sunday | 61364 | FLA | DTW | FO | CRJ |
| 9/1/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |
| 9/1/2019 | Sunday | 64565 | SIC | DTW | FO | CRJ |
| 9/1/2019 | Sunday | 65026 | MIL | DTW | FO | CRJ |
| 9/1/2019 | Sunday | 65415 | MIL | DTW | FO | CRJ |
| 9/1/2019 | Sunday | 65814 | MIL | DTW | FO | CRJ |
| 9/1/2019 | Sunday | 66660 | MIL | DTW | FO | CRJ |
| 9/1/2019 | Sunday | 66809 | MIL | DTW | FO | CRJ |
| 9/6/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 9/6/2019 | Friday | 55378 | FLA | DTW | FO | CRJ |
| 9/6/2019 | Friday | 55478 | EMR | DTW | FO | CRJ |
| 9/6/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 9/6/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 9/6/2019 | Friday | 59909 | FLA | DTW | FO | CRJ |
| 9/6/2019 | Friday | 61364 | FLA | DTW | FO | CRJ |
| 9/6/2019 | Friday | 63177 | SIC | DTW | FO | CRJ |
| 9/6/2019 | Friday | 64081 | MIL | DTW | FO | CRJ |
| 9/6/2019 | Friday | 65026 | MIL | DTW | FO | CRJ |
| 9/6/2019 | Friday | 65415 | MIL | DTW | FO | CRJ |
| 9/6/2019 | Friday | 65814 | MIL | DTW | FO | CRJ |
| 9/6/2019 | Friday | 66660 | MIL | DTW | FO | CRJ |
| 9/6/2019 | Friday | 66809 | MIL | DTW | FO | CRJ |
| 9/6/2019 | Friday | 67217 | SIC | DTW | FO | CRJ |
| 9/7/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 9/7/2019 | Saturday | 55378 | FLA | DTW | FO | CRJ |
| 9/7/2019 | Saturday | 55478 | EMR | DTW | FO | CRJ |
| 9/7/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 9/7/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 9/7/2019 | Saturday | 59909 | FLA | DTW | FO | CRJ |
| 9/7/2019 | Saturday | 61364 | FLA | DTW | FO | CRJ |
| 9/7/2019 | Saturday | 63177 | SIC | DTW | FO | CRJ |
| 9/7/2019 | Saturday | 63301 | SIC | DTW | FO | CRJ |
| 9/7/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |
| 9/7/2019 | Saturday | 65026 | MIL | DTW | FO | CRJ |
| 9/7/2019 | Saturday | 65415 | MIL | DTW | FO | CRJ |
| 9/7/2019 | Saturday | 65814 | MIL | DTW | FO | CRJ |
| 9/7/2019 | Saturday | 66809 | MIL | DTW | FO | CRJ |
| 9/7/2019 | Saturday | 67217 | SIC | DTW | FO | CRJ |
| 9/8/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 9/8/2019 | Sunday | 55378 | FLA | DTW | FO | CRJ |
| 9/8/2019 | Sunday | 58637 | SIC | DTW | FO | CRJ |
| 9/8/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 9/8/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 9/8/2019 | Sunday | 59909 | FLA | DTW | FO | CRJ |
| 9/8/2019 | Sunday | 61364 | FLA | DTW | FO | CRJ |
| 9/8/2019 | Sunday | 63301 | SIC | DTW | FO | CRJ |
| 9/8/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 9/8/2019 | Sunday | 65026 | MIL | DTW | FO | CRJ |
| 9/8/2019 | Sunday | 65415 | MIL | DTW | FO | CRJ |
| 9/8/2019 | Sunday | 65766 | ONP | DTW | FO | CRJ |
| 9/8/2019 | Sunday | 65814 | MIL | DTW | FO | CRJ |
| 9/8/2019 | Sunday | 66809 | MIL | DTW | FO | CRJ |
| 9/8/2019 | Sunday | 66861 | ADM | DTW | FO | CRJ |
| 9/13/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 9/13/2019 | Friday | 55378 | FLA | DTW | FO | CRJ |
| 9/13/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 9/13/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 9/13/2019 | Friday | 59909 | FLA | DTW | FO | CRJ |
| 9/13/2019 | Friday | 60197 | SIC | DTW | FO | CRJ |
| 9/13/2019 | Friday | 61364 | FLA | DTW | FO | CRJ |
| 9/13/2019 | Friday | 63298 | EMR | DTW | FO | CRJ |
| 9/13/2019 | Friday | 64081 | MIL | DTW | FO | CRJ |
| 9/13/2019 | Friday | 65026 | MIL | DTW | FO | CRJ |
| 9/13/2019 | Friday | 65415 | MIL | DTW | FO | CRJ |
| 9/13/2019 | Friday | 68450 | ONP | DTW | FO | CRJ |
| 9/13/2019 | Friday | 68988 | ONP | DTW | FO | CRJ |
| 9/14/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 9/14/2019 | Saturday | 55378 | FLA | DTW | FO | CRJ |
| 9/14/2019 | Saturday | 56147 | EMR | DTW | FO | CRJ |
| 9/14/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 9/14/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 9/14/2019 | Saturday | 59909 | FLA | DTW | FO | CRJ |
| 9/14/2019 | Saturday | 61364 | FLA | DTW | FO | CRJ |
| 9/14/2019 | Saturday | 63298 | EMR | DTW | FO | CRJ |
| 9/14/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |
| 9/14/2019 | Saturday | 65026 | MIL | DTW | FO | CRJ |
| 9/14/2019 | Saturday | 65415 | MIL | DTW | FO | CRJ |
| 9/14/2019 | Saturday | 66474 | MIL | DTW | FO | CRJ |
| 9/14/2019 | Saturday | 68450 | ONP | DTW | FO | CRJ |
| 9/14/2019 | Saturday | 68988 | ONP | DTW | FO | CRJ |
| 9/15/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 9/15/2019 | Sunday | 55378 | FLA | DTW | FO | CRJ |
| 9/15/2019 | Sunday | 56147 | EMR | DTW | FO | CRJ |
| 9/15/2019 | Sunday | 56782 | SIC | DTW | FO | CRJ |
| 9/15/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 9/15/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 9/15/2019 | Sunday | 59548 | EMR | DTW | FO | CRJ |
| 9/15/2019 | Sunday | 59803 | SIC | DTW | FO | CRJ |
| 9/15/2019 | Sunday | 59825 | EMR | DTW | FO | CRJ |
| 9/15/2019 | Sunday | 59909 | FLA | DTW | FO | CRJ |
| 9/15/2019 | Sunday | 61364 | FLA | DTW | FO | CRJ |
| 9/15/2019 | Sunday | 61637 | ONP | DTW | FO | CRJ |
| 9/15/2019 | Sunday | 63298 | EMR | DTW | FO | CRJ |
| 9/15/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |
| 9/15/2019 | Sunday | 65026 | MIL | DTW | FO | CRJ |
| 9/15/2019 | Sunday | 65158 | EMR | DTW | FO | CRJ |
| 9/15/2019 | Sunday | 65415 | MIL | DTW | FO | CRJ |
| 9/15/2019 | Sunday | 66474 | MIL | DTW | FO | CRJ |
| 9/15/2019 | Sunday | 67875 | SIC | DTW | FO | CRJ |
| 9/15/2019 | Sunday | 68450 | ONP | DTW | FO | CRJ |
| 9/15/2019 | Sunday | 68988 | ONP | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 9/20/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 9/20/2019 | Friday | 51733 | SIC | DTW | FO | CRJ |
| 9/20/2019 | Friday | 55378 | FLA | DTW | FO | CRJ |
| 9/20/2019 | Friday | 58635 | EMR | DTW | FO | CRJ |
| 9/20/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 9/20/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 9/20/2019 | Friday | 59803 | FLA | DTW | FO | CRJ |
| 9/20/2019 | Friday | 59825 | EMR | DTW | FO | CRJ |
| 9/20/2019 | Friday | 59909 | FLA | DTW | FO | CRJ |
| 9/20/2019 | Friday | 61364 | FLA | DTW | FO | CRJ |
| 9/20/2019 | Friday | 63301 | EMR | DTW | FO | CRJ |
| 9/20/2019 | Friday | 64081 | MIL | DTW | FO | CRJ |
| 9/20/2019 | Friday | 64565 | EMR | DTW | FO | CRJ |
| 9/20/2019 | Friday | 64766 | MIL | DTW | FO | CRJ |
| 9/20/2019 | Friday | 65026 | MIL | DTW | FO | CRJ |
| 9/20/2019 | Friday | 65415 | MIL | DTW | FO | CRJ |
| 9/20/2019 | Friday | 65830 | MIL | DTW | FO | CRJ |
| 9/20/2019 | Friday | 67703 | SIC | DTW | FO | CRJ |
| 9/21/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 9/21/2019 | Saturday | 55378 | FLA | DTW | FO | CRJ |
| 9/21/2019 | Saturday | 56937 | EMR | DTW | FO | CRJ |
| 9/21/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 9/21/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 9/21/2019 | Saturday | 59803 | FLA | DTW | FO | CRJ |
| 9/21/2019 | Saturday | 59909 | FLA | DTW | FO | CRJ |
| 9/21/2019 | Saturday | 61364 | FLA | DTW | FO | CRJ |
| 9/21/2019 | Saturday | 61612 | EMR | DTW | FO | CRJ |
| 9/21/2019 | Saturday | 63301 | EMR | DTW | FO | CRJ |
| 9/21/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |
| 9/21/2019 | Saturday | 64766 | MIL | DTW | FO | CRJ |
| 9/21/2019 | Saturday | 65026 | MIL | DTW | FO | CRJ |
| 9/21/2019 | Saturday | 65415 | MIL | DTW | FO | CRJ |
| 9/21/2019 | Saturday | 65830 | MIL | DTW | FO | CRJ |
| 9/21/2019 | Saturday | 66817 | EMR | DTW | FO | CRJ |
| 9/21/2019 | Saturday | 67703 | SIC | DTW | FO | CRJ |
| 9/22/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 9/22/2019 | Sunday | 55378 | FLA | DTW | FO | CRJ |
| 9/22/2019 | Sunday | 56937 | EMR | DTW | FO | CRJ |
| 9/22/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 9/22/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 9/22/2019 | Sunday | 59803 | FLA | DTW | FO | CRJ |
| 9/22/2019 | Sunday | 59909 | FLA | DTW | FO | CRJ |
| 9/22/2019 | Sunday | 61364 | FLA | DTW | FO | CRJ |
| 9/22/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |
| 9/22/2019 | Sunday | 64652 | SIC | DTW | FO | CRJ |
| 9/22/2019 | Sunday | 64766 | MIL | DTW | FO | CRJ |
| 9/22/2019 | Sunday | 65026 | MIL | DTW | FO | CRJ |
| 9/22/2019 | Sunday | 65415 | MIL | DTW | FO | CRJ |
| 9/22/2019 | Sunday | 65830 | MIL | DTW | FO | CRJ |
| 9/22/2019 | Sunday | 66817 | EMR | DTW | FO | CRJ |
| 9/22/2019 | Sunday | 67703 | SIC | DTW | FO | CRJ |
| 9/27/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 9/27/2019 | Friday | 55378 | FLA | DTW | FO | CRJ |
| 9/27/2019 | Friday | 56583 | SIC | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 9/27/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 9/27/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 9/27/2019 | Friday | 59803 | FLA | DTW | FO | CRJ |
| 9/27/2019 | Friday | 59909 | FLA | DTW | FO | CRJ |
| 9/27/2019 | Friday | 61364 | FLA | DTW | FO | CRJ |
| 9/27/2019 | Friday | 64081 | MIL | DTW | FO | CRJ |
| 9/27/2019 | Friday | 64850 | EMR | DTW | FO | CRJ |
| 9/27/2019 | Friday | 65026 | MIL | DTW | FO | CRJ |
| 9/27/2019 | Friday | 66888 | ONP | DTW | FO | CRJ |
| 9/28/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 9/28/2019 | Saturday | 55378 | FLA | DTW | FO | CRJ |
| 9/28/2019 | Saturday | 56583 | SIC | DTW | FO | CRJ |
| 9/28/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 9/28/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 9/28/2019 | Saturday | 59803 | FLA | DTW | FO | CRJ |
| 9/28/2019 | Saturday | 59909 | FLA | DTW | FO | CRJ |
| 9/28/2019 | Saturday | 60026 | EMR | DTW | FO | CRJ |
| 9/28/2019 | Saturday | 61240 | EMR | DTW | FO | CRJ |
| 9/28/2019 | Saturday | 61364 | FLA | DTW | FO | CRJ |
| 9/28/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |
| 9/28/2019 | Saturday | 64850 | EMR | DTW | FO | CRJ |
| 9/28/2019 | Saturday | 65026 | MIL | DTW | FO | CRJ |
| 9/28/2019 | Saturday | 65415 | EMR | DTW | FO | CRJ |
| 9/28/2019 | Saturday | 66888 | ONP | DTW | FO | CRJ |
| 9/28/2019 | Saturday | 67326 | ONP | DTW | FO | CRJ |
| 9/28/2019 | Saturday | 67850 | EMR | DTW | FO | CRJ |
| 9/29/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 9/29/2019 | Sunday | 55378 | FLA | DTW | FO | CRJ |
| 9/29/2019 | Sunday | 56583 | SIC | DTW | FO | CRJ |
| 9/29/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 9/29/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 9/29/2019 | Sunday | 59803 | FLA | DTW | FO | CRJ |
| 9/29/2019 | Sunday | 59909 | FLA | DTW | FO | CRJ |
| 9/29/2019 | Sunday | 60026 | EMR | DTW | FO | CRJ |
| 9/29/2019 | Sunday | 61364 | FLA | DTW | FO | CRJ |
| 9/29/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |
| 9/29/2019 | Sunday | 64564 | EMR | DTW | FO | CRJ |
| 9/29/2019 | Sunday | 65026 | MIL | DTW | FO | CRJ |
| 9/29/2019 | Sunday | 65415 | EMR | DTW | FO | CRJ |
| 9/29/2019 | Sunday | 66888 | ONP | DTW | FO | CRJ |
| 9/29/2019 | Sunday | 67326 | ONP | DTW | FO | CRJ |
| 10/4/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 10/4/2019 | Friday | 55378 | FLA | DTW | FO | CRJ |
| 10/4/2019 | Friday | 55474 | EMR | DTW | FO | CRJ |
| 10/4/2019 | Friday | 56583 | SIC | DTW | FO | CRJ |
| 10/4/2019 | Friday | 57724 | SIC | DTW | FO | CRJ |
| 10/4/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 10/4/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 10/4/2019 | Friday | 59803 | FLA | DTW | FO | CRJ |
| 10/4/2019 | Friday | 59909 | FLA | DTW | FO | CRJ |
| 10/4/2019 | Friday | 60047 | EMR | DTW | FO | CRJ |
| 10/4/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 10/4/2019 | Friday | 61364 | FLA | DTW | FO | CRJ |
| 10/4/2019 | Friday | 65026 | MIL | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 10/4/2019 | Friday | 65415 | MIL | DTW | FO | CRJ |
| 10/4/2019 | Friday | 70029 | ONP | DTW | FO | CRJ |
| 10/5/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 10/5/2019 | Saturday | 55378 | FLA | DTW | FO | CRJ |
| 10/5/2019 | Saturday | 56583 | SIC | DTW | FO | CRJ |
| 10/5/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 10/5/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 10/5/2019 | Saturday | 59803 | FLA | DTW | FO | CRJ |
| 10/5/2019 | Saturday | 59909 | FLA | DTW | FO | CRJ |
| 10/5/2019 | Saturday | 60107 | EMR | DTW | FO | CRJ |
| 10/5/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 10/5/2019 | Saturday | 61364 | FLA | DTW | FO | CRJ |
| 10/5/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |
| 10/5/2019 | Saturday | 64565 | EMR | DTW | FO | CRJ |
| 10/5/2019 | Saturday | 65026 | MIL | DTW | FO | CRJ |
| 10/5/2019 | Saturday | 65415 | MIL | DTW | FO | CRJ |
| 10/5/2019 | Saturday | 65774 | ONP | DTW | FO | CRJ |
| 10/5/2019 | Saturday | 67326 | ONP | DTW | FO | CRJ |
| 10/5/2019 | Saturday | 70029 | ONP | DTW | FO | CRJ |
| 10/6/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 10/6/2019 | Sunday | 55378 | FLA | DTW | FO | CRJ |
| 10/6/2019 | Sunday | 56583 | SIC | DTW | FO | CRJ |
| 10/6/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 10/6/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 10/6/2019 | Sunday | 59803 | FLA | DTW | FO | CRJ |
| 10/6/2019 | Sunday | 59909 | FLA | DTW | FO | CRJ |
| 10/6/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 10/6/2019 | Sunday | 61364 | FLA | DTW | FO | CRJ |
| 10/6/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |
| 10/6/2019 | Sunday | 65026 | MIL | DTW | FO | CRJ |
| 10/6/2019 | Sunday | 65122 | SIC | DTW | FO | CRJ |
| 10/6/2019 | Sunday | 65415 | MIL | DTW | FO | CRJ |
| 10/6/2019 | Sunday | 65774 | ONP | DTW | FO | CRJ |
| 10/6/2019 | Sunday | 67326 | ONP | DTW | FO | CRJ |
| 10/6/2019 | Sunday | 70029 | ONP | DTW | FO | CRJ |
| 10/11/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 10/11/2019 | Friday | 55378 | FLA | DTW | FO | CRJ |
| 10/11/2019 | Friday | 55399 | EMV | DTW | FO | CRJ |
| 10/11/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 10/11/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 10/11/2019 | Friday | 59803 | FLA | DTW | FO | CRJ |
| 10/11/2019 | Friday | 59909 | FLA | DTW | FO | CRJ |
| 10/11/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 10/11/2019 | Friday | 61364 | FLA | DTW | FO | CRJ |
| 10/11/2019 | Friday | 64766 | MIL | DTW | FO | CRJ |
| 10/11/2019 | Friday | 65026 | MIL | DTW | FO | CRJ |
| 10/11/2019 | Friday | 65415 | MIL | DTW | FO | CRJ |
| 10/11/2019 | Friday | 66809 | MIL | DTW | FO | CRJ |
| 10/11/2019 | Friday | 66810 | MIL | DTW | FO | CRJ |
| 10/11/2019 | Friday | 68772 | ONP | DTW | FO | CRJ |
| 10/11/2019 | Friday | 70029 | ONP | DTW | FO | CRJ |
| 10/12/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 10/12/2019 | Saturday | 55378 | FLA | DTW | FO | CRJ |
| 10/12/2019 | Saturday | 55399 | EMV | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 10/12/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 10/12/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 10/12/2019 | Saturday | 59803 | FLA | DTW | FO | CRJ |
| 10/12/2019 | Saturday | 59909 | FLA | DTW | FO | CRJ |
| 10/12/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 10/12/2019 | Saturday | 61364 | FLA | DTW | FO | CRJ |
| 10/12/2019 | Saturday | 63429 | EMR | DTW | FO | CRJ |
| 10/12/2019 | Saturday | 64565 | SIC | DTW | FO | CRJ |
| 10/12/2019 | Saturday | 64766 | MIL | DTW | FO | CRJ |
| 10/12/2019 | Saturday | 65026 | MIL | DTW | FO | CRJ |
| 10/12/2019 | Saturday | 65359 | SIC | DTW | FO | CRJ |
| 10/12/2019 | Saturday | 65415 | MIL | DTW | FO | CRJ |
| 10/12/2019 | Saturday | 66809 | MIL | DTW | FO | CRJ |
| 10/12/2019 | Saturday | 66810 | MIL | DTW | FO | CRJ |
| 10/12/2019 | Saturday | 68772 | ONP | DTW | FO | CRJ |
| 10/12/2019 | Saturday | 70029 | ONP | DTW | FO | CRJ |
| 10/13/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 10/13/2019 | Sunday | 55378 | FLA | DTW | FO | CRJ |
| 10/13/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 10/13/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 10/13/2019 | Sunday | 59592 | EMR | DTW | FO | CRJ |
| 10/13/2019 | Sunday | 59803 | FLA | DTW | FO | CRJ |
| 10/13/2019 | Sunday | 59909 | FLA | DTW | FO | CRJ |
| 10/13/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 10/13/2019 | Sunday | 61364 | FLA | DTW | FO | CRJ |
| 10/13/2019 | Sunday | 64766 | MIL | DTW | FO | CRJ |
| 10/13/2019 | Sunday | 65026 | MIL | DTW | FO | CRJ |
| 10/13/2019 | Sunday | 65359 | SIC | DTW | FO | CRJ |
| 10/13/2019 | Sunday | 65415 | MIL | DTW | FO | CRJ |
| 10/13/2019 | Sunday | 65789 | SIC | DTW | FO | CRJ |
| 10/13/2019 | Sunday | 66473 | OFP | DTW | FO | CRJ |
| 10/13/2019 | Sunday | 66474 | EMR | DTW | FO | CRJ |
| 10/13/2019 | Sunday | 66810 | MIL | DTW | FO | CRJ |
| 10/13/2019 | Sunday | 68260 | ONP | DTW | FO | CRJ |
| 10/13/2019 | Sunday | 68772 | ONP | DTW | FO | CRJ |
| 10/13/2019 | Sunday | 70029 | ONP | DTW | FO | CRJ |
| 10/18/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 10/18/2019 | Friday | 55378 | FLA | DTW | FO | CRJ |
| 10/18/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 10/18/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 10/18/2019 | Friday | 59803 | FLA | DTW | FO | CRJ |
| 10/18/2019 | Friday | 59909 | FLA | DTW | FO | CRJ |
| 10/18/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 10/18/2019 | Friday | 61364 | FLA | DTW | FO | CRJ |
| 10/18/2019 | Friday | 64766 | MIL | DTW | FO | CRJ |
| 10/18/2019 | Friday | 65026 | MIL | DTW | FO | CRJ |
| 10/18/2019 | Friday | 65415 | MIL | DTW | FO | CRJ |
| 10/18/2019 | Friday | 65814 | MIL | DTW | FO | CRJ |
| 10/18/2019 | Friday | 65830 | MIL | DTW | FO | CRJ |
| 10/18/2019 | Friday | 66474 | MIL | DTW | FO | CRJ |
| 10/18/2019 | Friday | 68772 | ONP | DTW | FO | CRJ |
| 10/18/2019 | Friday | 68897 | MIL | DTW | FO | CRJ |
| 10/18/2019 | Friday | 69551 | ONP | DTW | FO | CRJ |
| 10/18/2019 | Friday | 70029 | ONP | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 10/19/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 10/19/2019 | Saturday | 55378 | FLA | DTW | FO | CRJ |
| 10/19/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 10/19/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 10/19/2019 | Saturday | 59803 | FLA | DTW | FO | CRJ |
| 10/19/2019 | Saturday | 59909 | FLA | DTW | FO | CRJ |
| 10/19/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 10/19/2019 | Saturday | 61364 | FLA | DTW | FO | CRJ |
| 10/19/2019 | Saturday | 64766 | MIL | DTW | FO | CRJ |
| 10/19/2019 | Saturday | 65026 | MIL | DTW | FO | CRJ |
| 10/19/2019 | Saturday | 65415 | MIL | DTW | FO | CRJ |
| 10/19/2019 | Saturday | 65814 | MIL | DTW | FO | CRJ |
| 10/19/2019 | Saturday | 65830 | MIL | DTW | FO | CRJ |
| 10/19/2019 | Saturday | 66474 | MIL | DTW | FO | CRJ |
| 10/19/2019 | Saturday | 66770 | ONP | DTW | FO | CRJ |
| 10/19/2019 | Saturday | 68299 | MIL | DTW | FO | CRJ |
| 10/19/2019 | Saturday | 68498 | SIC | DTW | FO | CRJ |
| 10/19/2019 | Saturday | 68772 | ONP | DTW | FO | CRJ |
| 10/19/2019 | Saturday | 68897 | MIL | DTW | FO | CRJ |
| 10/19/2019 | Saturday | 69551 | ONP | DTW | FO | CRJ |
| 10/19/2019 | Saturday | 70029 | ONP | DTW | FO | CRJ |
| 10/20/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 10/20/2019 | Sunday | 55378 | FLA | DTW | FO | CRJ |
| 10/20/2019 | Sunday | 55548 | SKV | DTW | FO | CRJ |
| 10/20/2019 | Sunday | 56585 | EMR | DTW | FO | CRJ |
| 10/20/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 10/20/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 10/20/2019 | Sunday | 59803 | FLA | DTW | FO | CRJ |
| 10/20/2019 | Sunday | 59909 | FLA | DTW | FO | CRJ |
| 10/20/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 10/20/2019 | Sunday | 61364 | FLA | DTW | FO | CRJ |
| 10/20/2019 | Sunday | 64766 | MIL | DTW | FO | CRJ |
| 10/20/2019 | Sunday | 65026 | MIL | DTW | FO | CRJ |
| 10/20/2019 | Sunday | 65415 | MIL | DTW | FO | CRJ |
| 10/20/2019 | Sunday | 65814 | MIL | DTW | FO | CRJ |
| 10/20/2019 | Sunday | 65830 | MIL | DTW | FO | CRJ |
| 10/20/2019 | Sunday | 66474 | MIL | DTW | FO | CRJ |
| 10/20/2019 | Sunday | 66770 | ONP | DTW | FO | CRJ |
| 10/20/2019 | Sunday | 68299 | MIL | DTW | FO | CRJ |
| 10/20/2019 | Sunday | 68772 | ONP | DTW | FO | CRJ |
| 10/20/2019 | Sunday | 68897 | MIL | DTW | FO | CRJ |
| 10/20/2019 | Sunday | 68988 | SIC | DTW | FO | CRJ |
| 10/20/2019 | Sunday | 69551 | ONP | DTW | FO | CRJ |
| 10/20/2019 | Sunday | 70029 | ONP | DTW | FO | CRJ |
| 10/25/2019 | Friday | 41000 | ADM | DTW | FO | CRJ |
| 10/25/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 10/25/2019 | Friday | 55378 | FLA | DTW | FO | CRJ |
| 10/25/2019 | Friday | 55548 | SKV | DTW | FO | CRJ |
| 10/25/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 10/25/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 10/25/2019 | Friday | 59803 | FLA | DTW | FO | CRJ |
| 10/25/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 10/25/2019 | Friday | 61364 | FLA | DTW | FO | CRJ |
| 10/25/2019 | Friday | 61637 | MIL | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 10/25/2019 | Friday | 63526 | EMR | DTW | FO | CRJ |
| 10/25/2019 | Friday | 64766 | MIL | DTW | FO | CRJ |
| 10/25/2019 | Friday | 65026 | MIL | DTW | FO | CRJ |
| 10/25/2019 | Friday | 65415 | MIL | DTW | FO | CRJ |
| 10/25/2019 | Friday | 67011 | EMR | DTW | FO | CRJ |
| 10/25/2019 | Friday | 67703 | EMR | DTW | FO | CRJ |
| 10/25/2019 | Friday | 68299 | MIL | DTW | FO | CRJ |
| 10/25/2019 | Friday | 68772 | ONP | DTW | FO | CRJ |
| 10/25/2019 | Friday | 70029 | ONP | DTW | FO | CRJ |
| 10/26/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 10/26/2019 | Saturday | 55378 | FLA | DTW | FO | CRJ |
| 10/26/2019 | Saturday | 57893 | OFP | DTW | FO | CRJ |
| 10/26/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 10/26/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 10/26/2019 | Saturday | 59803 | FLA | DTW | FO | CRJ |
| 10/26/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 10/26/2019 | Saturday | 61364 | FLA | DTW | FO | CRJ |
| 10/26/2019 | Saturday | 61637 | MIL | DTW | FO | CRJ |
| 10/26/2019 | Saturday | 63526 | EMR | DTW | FO | CRJ |
| 10/26/2019 | Saturday | 64766 | MIL | DTW | FO | CRJ |
| 10/26/2019 | Saturday | 65026 | MIL | DTW | FO | CRJ |
| 10/26/2019 | Saturday | 65415 | MIL | DTW | FO | CRJ |
| 10/26/2019 | Saturday | 67011 | EMR | DTW | FO | CRJ |
| 10/26/2019 | Saturday | 67703 | EMR | DTW | FO | CRJ |
| 10/26/2019 | Saturday | 68299 | MIL | DTW | FO | CRJ |
| 10/26/2019 | Saturday | 68498 | EMR | DTW | FO | CRJ |
| 10/26/2019 | Saturday | 68772 | ONP | DTW | FO | CRJ |
| 10/26/2019 | Saturday | 70029 | ONP | DTW | FO | CRJ |
| 10/27/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 10/27/2019 | Sunday | 54244 | SKV | DTW | FO | CRJ |
| 10/27/2019 | Sunday | 55378 | FLA | DTW | FO | CRJ |
| 10/27/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 10/27/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 10/27/2019 | Sunday | 59803 | FLA | DTW | FO | CRJ |
| 10/27/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 10/27/2019 | Sunday | 61364 | FLA | DTW | FO | CRJ |
| 10/27/2019 | Sunday | 61637 | MIL | DTW | FO | CRJ |
| 10/27/2019 | Sunday | 64766 | MIL | DTW | FO | CRJ |
| 10/27/2019 | Sunday | 65026 | MIL | DTW | FO | CRJ |
| 10/27/2019 | Sunday | 65045 | SIC | DTW | FO | CRJ |
| 10/27/2019 | Sunday | 65415 | MIL | DTW | FO | CRJ |
| 10/27/2019 | Sunday | 65789 | EMR | DTW | FO | CRJ |
| 10/27/2019 | Sunday | 67011 | EMR | DTW | FO | CRJ |
| 10/27/2019 | Sunday | 67703 | EMR | DTW | FO | CRJ |
| 10/27/2019 | Sunday | 68299 | MIL | DTW | FO | CRJ |
| 10/27/2019 | Sunday | 68772 | ONP | DTW | FO | CRJ |
| 10/27/2019 | Sunday | 69486 | EMR | DTW | FO | CRJ |
| 10/27/2019 | Sunday | 70029 | ONP | DTW | FO | CRJ |
| 11/1/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 11/1/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 11/1/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 11/1/2019 | Friday | 59803 | FLA | DTW | FO | CRJ |
| 11/1/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 11/1/2019 | Friday | 61364 | FLA | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 11/1/2019 | Friday | 63665 | SIC | DTW | FO | CRJ |
| 11/1/2019 | Friday | 64766 | MIL | DTW | FO | CRJ |
| 11/1/2019 | Friday | 65026 | MIL | DTW | FO | CRJ |
| 11/1/2019 | Friday | 65814 | MIL | DTW | FO | CRJ |
| 11/1/2019 | Friday | 65830 | SIC | DTW | FO | CRJ |
| 11/1/2019 | Friday | 66810 | MIL | DTW | FO | CRJ |
| 11/1/2019 | Friday | 68772 | FLA | DTW | FO | CRJ |
| 11/1/2019 | Friday | 68988 | EMR | DTW | FO | CRJ |
| 11/1/2019 | Friday | 70029 | ONP | DTW | FO | CRJ |
| 11/2/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 11/2/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 11/2/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 11/2/2019 | Saturday | 59803 | FLA | DTW | FO | CRJ |
| 11/2/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 11/2/2019 | Saturday | 61364 | FLA | DTW | FO | CRJ |
| 11/2/2019 | Saturday | 63665 | SIC | DTW | FO | CRJ |
| 11/2/2019 | Saturday | 64766 | MIL | DTW | FO | CRJ |
| 11/2/2019 | Saturday | 65026 | MIL | DTW | FO | CRJ |
| 11/2/2019 | Saturday | 65814 | MIL | DTW | FO | CRJ |
| 11/2/2019 | Saturday | 66810 | MIL | DTW | FO | CRJ |
| 11/2/2019 | Saturday | 68772 | FLA | DTW | FO | CRJ |
| 11/2/2019 | Saturday | 68897 | MIL | DTW | FO | CRJ |
| 11/2/2019 | Saturday | 70029 | ONP | DTW | FO | CRJ |
| 11/3/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 11/3/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 11/3/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 11/3/2019 | Sunday | 59803 | FLA | DTW | FO | CRJ |
| 11/3/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 11/3/2019 | Sunday | 61364 | FLA | DTW | FO | CRJ |
| 11/3/2019 | Sunday | 61456 | SIC | DTW | FO | CRJ |
| 11/3/2019 | Sunday | 62348 | EMR | DTW | FO | CRJ |
| 11/3/2019 | Sunday | 63242 | MIL | DTW | FO | CRJ |
| 11/3/2019 | Sunday | 64766 | MIL | DTW | FO | CRJ |
| 11/3/2019 | Sunday | 65026 | MIL | DTW | FO | CRJ |
| 11/3/2019 | Sunday | 65814 | MIL | DTW | FO | CRJ |
| 11/3/2019 | Sunday | 66810 | MIL | DTW | FO | CRJ |
| 11/3/2019 | Sunday | 68772 | FLA | DTW | FO | CRJ |
| 11/3/2019 | Sunday | 68897 | MIL | DTW | FO | CRJ |
| 11/3/2019 | Sunday | 70029 | ONP | DTW | FO | CRJ |
| 11/8/2019 | Friday | 23143 | EMR | DTW | FO | CRJ |
| 11/8/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 11/8/2019 | Friday | 56618 | SIC | DTW | FO | CRJ |
| 11/8/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 11/8/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 11/8/2019 | Friday | 59551 | SIC | DTW | FO | CRJ |
| 11/8/2019 | Friday | 59803 | FLA | DTW | FO | CRJ |
| 11/8/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 11/8/2019 | Friday | 61364 | FLA | DTW | FO | CRJ |
| 11/8/2019 | Friday | 64565 | SAD | DTW | FO | CRJ |
| 11/8/2019 | Friday | 64766 | MIL | DTW | FO | CRJ |
| 11/8/2019 | Friday | 65026 | MIL | DTW | FO | CRJ |
| 11/8/2019 | Friday | 65814 | MIL | DTW | FO | CRJ |
| 11/8/2019 | Friday | 68772 | FLA | DTW | FO | CRJ |
| 11/8/2019 | Friday | 68897 | MIL | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 11/8/2019 | Friday | 70029 | ONP | DTW | FO | CRJ |
| 11/9/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 11/9/2019 | Saturday | 56618 | SIC | DTW | FO | CRJ |
| 11/9/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 11/9/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 11/9/2019 | Saturday | 59803 | FLA | DTW | FO | CRJ |
| 11/9/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 11/9/2019 | Saturday | 61364 | FLA | DTW | FO | CRJ |
| 11/9/2019 | Saturday | 64766 | MIL | DTW | FO | CRJ |
| 11/9/2019 | Saturday | 65026 | MIL | DTW | FO | CRJ |
| 11/9/2019 | Saturday | 65814 | MIL | DTW | FO | CRJ |
| 11/9/2019 | Saturday | 68772 | FLA | DTW | FO | CRJ |
| 11/9/2019 | Saturday | 68897 | MIL | DTW | FO | CRJ |
| 11/9/2019 | Saturday | 70029 | ONP | DTW | FO | CRJ |
| 11/10/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 11/10/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 11/10/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 11/10/2019 | Sunday | 59803 | FLA | DTW | FO | CRJ |
| 11/10/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 11/10/2019 | Sunday | 61364 | FLA | DTW | FO | CRJ |
| 11/10/2019 | Sunday | 61998 | FTG | DTW | FO | CRJ |
| 11/10/2019 | Sunday | 64766 | MIL | DTW | FO | CRJ |
| 11/10/2019 | Sunday | 65026 | MIL | DTW | FO | CRJ |
| 11/10/2019 | Sunday | 65814 | MIL | DTW | FO | CRJ |
| 11/10/2019 | Sunday | 68772 | FLA | DTW | FO | CRJ |
| 11/10/2019 | Sunday | 68897 | MIL | DTW | FO | CRJ |
| 11/10/2019 | Sunday | 70029 | ONP | DTW | FO | CRJ |
| 11/15/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 11/15/2019 | Friday | 56262 | SKV | DTW | FO | CRJ |
| 11/15/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 11/15/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 11/15/2019 | Friday | 59803 | FLA | DTW | FO | CRJ |
| 11/15/2019 | Friday | 60326 | ADM | DTW | FO | CRJ |
| 11/15/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 11/15/2019 | Friday | 61364 | FLA | DTW | FO | CRJ |
| 11/15/2019 | Friday | 61612 | EMR | DTW | FO | CRJ |
| 11/15/2019 | Friday | 63242 | MIL | DTW | FO | CRJ |
| 11/15/2019 | Friday | 64766 | MIL | DTW | FO | CRJ |
| 11/15/2019 | Friday | 65026 | MIL | DTW | FO | CRJ |
| 11/15/2019 | Friday | 65148 | EMR | DTW | FO | CRJ |
| 11/15/2019 | Friday | 65814 | MIL | DTW | FO | CRJ |
| 11/15/2019 | Friday | 67544 | SIC | DTW | FO | CRJ |
| 11/15/2019 | Friday | 68772 | FLA | DTW | FO | CRJ |
| 11/15/2019 | Friday | 68842 | ONP | DTW | FO | CRJ |
| 11/15/2019 | Friday | 70029 | ONP | DTW | FO | CRJ |
| 11/16/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 11/16/2019 | Saturday | 55378 | SIC | DTW | FO | CRJ |
| 11/16/2019 | Saturday | 55802 | EMR | DTW | FO | CRJ |
| 11/16/2019 | Saturday | 56262 | SKV | DTW | FO | CRJ |
| 11/16/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 11/16/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 11/16/2019 | Saturday | 59803 | FLA | DTW | FO | CRJ |
| 11/16/2019 | Saturday | 60326 | ADM | DTW | FO | CRJ |
| 11/16/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 11/16/2019 | Saturday | 61364 | FLA | DTW | FO | CRJ |
| 11/16/2019 | Saturday | 63242 | MIL | DTW | FO | CRJ |
| 11/16/2019 | Saturday | 64766 | MIL | DTW | FO | CRJ |
| 11/16/2019 | Saturday | 65026 | MIL | DTW | FO | CRJ |
| 11/16/2019 | Saturday | 65148 | EMR | DTW | FO | CRJ |
| 11/16/2019 | Saturday | 65814 | MIL | DTW | FO | CRJ |
| 11/16/2019 | Saturday | 66474 | MIL | DTW | FO | CRJ |
| 11/16/2019 | Saturday | 66971 | MIL | DTW | FO | CRJ |
| 11/16/2019 | Saturday | 67544 | SIC | DTW | FO | CRJ |
| 11/16/2019 | Saturday | 68269 | SIC | DTW | FO | CRJ |
| 11/16/2019 | Saturday | 68772 | FLA | DTW | FO | CRJ |
| 11/16/2019 | Saturday | 68842 | ONP | DTW | FO | CRJ |
| 11/16/2019 | Saturday | 70029 | ONP | DTW | FO | CRJ |
| 11/17/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 11/17/2019 | Sunday | 55378 | SIC | DTW | FO | CRJ |
| 11/17/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 11/17/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 11/17/2019 | Sunday | 59803 | FLA | DTW | FO | CRJ |
| 11/17/2019 | Sunday | 60326 | ADM | DTW | FO | CRJ |
| 11/17/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 11/17/2019 | Sunday | 61364 | FLA | DTW | FO | CRJ |
| 11/17/2019 | Sunday | 61608 | EMV | DTW | FO | CRJ |
| 11/17/2019 | Sunday | 63242 | MIL | DTW | FO | CRJ |
| 11/17/2019 | Sunday | 64766 | MIL | DTW | FO | CRJ |
| 11/17/2019 | Sunday | 64990 | EMR | DTW | FO | CRJ |
| 11/17/2019 | Sunday | 65026 | MIL | DTW | FO | CRJ |
| 11/17/2019 | Sunday | 65116 | SIC | DTW | FO | CRJ |
| 11/17/2019 | Sunday | 65148 | EMR | DTW | FO | CRJ |
| 11/17/2019 | Sunday | 65814 | MIL | DTW | FO | CRJ |
| 11/17/2019 | Sunday | 66474 | MIL | DTW | FO | CRJ |
| 11/17/2019 | Sunday | 66971 | MIL | DTW | FO | CRJ |
| 11/17/2019 | Sunday | 67544 | SIC | DTW | FO | CRJ |
| 11/17/2019 | Sunday | 68269 | SIC | DTW | FO | CRJ |
| 11/17/2019 | Sunday | 68772 | FLA | DTW | FO | CRJ |
| 11/17/2019 | Sunday | 68947 | SIC | DTW | FO | CRJ |
| 11/17/2019 | Sunday | 70029 | ONP | DTW | FO | CRJ |
| 11/22/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 11/22/2019 | Friday | 52218 | EMR | DTW | FO | CRJ |
| 11/22/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 11/22/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 11/22/2019 | Friday | 59803 | FLA | DTW | FO | CRJ |
| 11/22/2019 | Friday | 60326 | ADM | DTW | FO | CRJ |
| 11/22/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 11/22/2019 | Friday | 61364 | FLA | DTW | FO | CRJ |
| 11/22/2019 | Friday | 63242 | MIL | DTW | FO | CRJ |
| 11/22/2019 | Friday | 64766 | MIL | DTW | FO | CRJ |
| 11/22/2019 | Friday | 65026 | MIL | DTW | FO | CRJ |
| 11/22/2019 | Friday | 65814 | MIL | DTW | FO | CRJ |
| 11/22/2019 | Friday | 66471 | SIC | DTW | FO | CRJ |
| 11/22/2019 | Friday | 66648 | EMR | DTW | FO | CRJ |
| 11/22/2019 | Friday | 66810 | MIL | DTW | FO | CRJ |
| 11/22/2019 | Friday | 68772 | FLA | DTW | FO | CRJ |
| 11/22/2019 | Friday | 70029 | ONP | DTW | FO | CRJ |
| 11/23/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 11/23/2019 | Saturday | 52218 | EMR | DTW | FO | CRJ |
| 11/23/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 11/23/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 11/23/2019 | Saturday | 59803 | FLA | DTW | FO | CRJ |
| 11/23/2019 | Saturday | 60326 | ADM | DTW | FO | CRJ |
| 11/23/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 11/23/2019 | Saturday | 61364 | FLA | DTW | FO | CRJ |
| 11/23/2019 | Saturday | 64766 | MIL | DTW | FO | CRJ |
| 11/23/2019 | Saturday | 65026 | MIL | DTW | FO | CRJ |
| 11/23/2019 | Saturday | 65814 | MIL | DTW | FO | CRJ |
| 11/23/2019 | Saturday | 66471 | SIC | DTW | FO | CRJ |
| 11/23/2019 | Saturday | 66648 | EMR | DTW | FO | CRJ |
| 11/23/2019 | Saturday | 66810 | MIL | DTW | FO | CRJ |
| 11/23/2019 | Saturday | 68772 | FLA | DTW | FO | CRJ |
| 11/23/2019 | Saturday | 70029 | ONP | DTW | FO | CRJ |
| 11/24/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 11/24/2019 | Sunday | 51977 | SIC | DTW | FO | CRJ |
| 11/24/2019 | Sunday | 52218 | EMR | DTW | FO | CRJ |
| 11/24/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 11/24/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 11/24/2019 | Sunday | 59803 | FLA | DTW | FO | CRJ |
| 11/24/2019 | Sunday | 60326 | ADM | DTW | FO | CRJ |
| 11/24/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 11/24/2019 | Sunday | 61364 | FLA | DTW | FO | CRJ |
| 11/24/2019 | Sunday | 64766 | MIL | DTW | FO | CRJ |
| 11/24/2019 | Sunday | 65026 | MIL | DTW | FO | CRJ |
| 11/24/2019 | Sunday | 65814 | MIL | DTW | FO | CRJ |
| 11/24/2019 | Sunday | 66648 | EMR | DTW | FO | CRJ |
| 11/24/2019 | Sunday | 66810 | MIL | DTW | FO | CRJ |
| 11/24/2019 | Sunday | 68772 | FLA | DTW | FO | CRJ |
| 11/24/2019 | Sunday | 70029 | ONP | DTW | FO | CRJ |
| 11/29/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 11/29/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 11/29/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 11/29/2019 | Friday | 59803 | FLA | DTW | FO | CRJ |
| 11/29/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 11/29/2019 | Friday | 61364 | FLA | DTW | FO | CRJ |
| 11/29/2019 | Friday | 63242 | MIL | DTW | FO | CRJ |
| 11/29/2019 | Friday | 64766 | MIL | DTW | FO | CRJ |
| 11/29/2019 | Friday | 65026 | MIL | DTW | FO | CRJ |
| 11/29/2019 | Friday | 65814 | MIL | DTW | FO | CRJ |
| 11/29/2019 | Friday | 66770 | ONP | DTW | FO | CRJ |
| 11/29/2019 | Friday | 68772 | FLA | DTW | FO | CRJ |
| 11/29/2019 | Friday | 70029 | ONP | DTW | FO | CRJ |
| 11/30/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 11/30/2019 | Saturday | 51733 | SIC | DTW | FO | CRJ |
| 11/30/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 11/30/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 11/30/2019 | Saturday | 59803 | FLA | DTW | FO | CRJ |
| 11/30/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 11/30/2019 | Saturday | 61364 | FLA | DTW | FO | CRJ |
| 11/30/2019 | Saturday | 61998 | SIC | DTW | FO | CRJ |
| 11/30/2019 | Saturday | 63242 | MIL | DTW | FO | CRJ |
| 11/30/2019 | Saturday | 64766 | MIL | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 11/30/2019 | Saturday | 65026 | MIL | DTW | FO | CRJ |
| 11/30/2019 | Saturday | 65814 | MIL | DTW | FO | CRJ |
| 11/30/2019 | Saturday | 66770 | ONP | DTW | FO | CRJ |
| 11/30/2019 | Saturday | 68772 | FLA | DTW | FO | CRJ |
| 11/30/2019 | Saturday | 70029 | ONP | DTW | FO | CRJ |
| 12/1/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 12/1/2019 | Sunday | 51733 | SIC | DTW | FO | CRJ |
| 12/1/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 12/1/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 12/1/2019 | Sunday | 59803 | FLA | DTW | FO | CRJ |
| 12/1/2019 | Sunday | 60197 | EMV | DTW | FO | CRJ |
| 12/1/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 12/1/2019 | Sunday | 61364 | FLA | DTW | FO | CRJ |
| 12/1/2019 | Sunday | 61608 | SKV | DTW | FO | CRJ |
| 12/1/2019 | Sunday | 61998 | SIC | DTW | FO | CRJ |
| 12/1/2019 | Sunday | 63242 | MIL | DTW | FO | CRJ |
| 12/1/2019 | Sunday | 64766 | MIL | DTW | FO | CRJ |
| 12/1/2019 | Sunday | 65026 | MIL | DTW | FO | CRJ |
| 12/1/2019 | Sunday | 65158 | EMR | DTW | FO | CRJ |
| 12/1/2019 | Sunday | 65814 | MIL | DTW | FO | CRJ |
| 12/1/2019 | Sunday | 68772 | FLA | DTW | FO | CRJ |
| 12/6/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 12/6/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 12/6/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 12/6/2019 | Friday | 59803 | FLA | DTW | FO | CRJ |
| 12/6/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 12/6/2019 | Friday | 61364 | FLA | DTW | FO | CRJ |
| 12/6/2019 | Friday | 63242 | MIL | DTW | FO | CRJ |
| 12/6/2019 | Friday | 64081 | MIL | DTW | FO | CRJ |
| 12/6/2019 | Friday | 64766 | MIL | DTW | FO | CRJ |
| 12/6/2019 | Friday | 65026 | MIL | DTW | FO | CRJ |
| 12/6/2019 | Friday | 65789 | EMR | DTW | FO | CRJ |
| 12/6/2019 | Friday | 65814 | MIL | DTW | FO | CRJ |
| 12/6/2019 | Friday | 66249 | MIL | DTW | FO | CRJ |
| 12/6/2019 | Friday | 66810 | MIL | DTW | FO | CRJ |
| 12/6/2019 | Friday | 68772 | FLA | DTW | FO | CRJ |
| 12/7/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 12/7/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 12/7/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 12/7/2019 | Saturday | 59803 | FLA | DTW | FO | CRJ |
| 12/7/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 12/7/2019 | Saturday | 61364 | FLA | DTW | FO | CRJ |
| 12/7/2019 | Saturday | 63242 | MIL | DTW | FO | CRJ |
| 12/7/2019 | Saturday | 64081 | MIL | DTW | FO | CRJ |
| 12/7/2019 | Saturday | 64766 | MIL | DTW | FO | CRJ |
| 12/7/2019 | Saturday | 65026 | MIL | DTW | FO | CRJ |
| 12/7/2019 | Saturday | 65814 | MIL | DTW | FO | CRJ |
| 12/7/2019 | Saturday | 66249 | MIL | DTW | FO | CRJ |
| 12/7/2019 | Saturday | 66810 | MIL | DTW | FO | CRJ |
| 12/7/2019 | Saturday | 66861 | SAD | DTW | FO | CRJ |
| 12/7/2019 | Saturday | 66971 | MIL | DTW | FO | CRJ |
| 12/7/2019 | Saturday | 68772 | FLA | DTW | FO | CRJ |
| 12/7/2019 | Saturday | 68885 | MIL | DTW | FO | CRJ |
| 12/8/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 12/8/2019 | Sunday | 56583 | SIC | DTW | FO | CRJ |
| 12/8/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 12/8/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 12/8/2019 | Sunday | 59803 | FLA | DTW | FO | CRJ |
| 12/8/2019 | Sunday | 59825 | SAD | DTW | FO | CRJ |
| 12/8/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 12/8/2019 | Sunday | 61364 | FLA | DTW | FO | CRJ |
| 12/8/2019 | Sunday | 61608 | SKV | DTW | FO | CRJ |
| 12/8/2019 | Sunday | 63242 | MIL | DTW | FO | CRJ |
| 12/8/2019 | Sunday | 64081 | MIL | DTW | FO | CRJ |
| 12/8/2019 | Sunday | 64766 | MIL | DTW | FO | CRJ |
| 12/8/2019 | Sunday | 65026 | MIL | DTW | FO | CRJ |
| 12/8/2019 | Sunday | 65830 | MIL | DTW | FO | CRJ |
| 12/8/2019 | Sunday | 66474 | EMR | DTW | FO | CRJ |
| 12/8/2019 | Sunday | 66810 | MIL | DTW | FO | CRJ |
| 12/8/2019 | Sunday | 66971 | MIL | DTW | FO | CRJ |
| 12/8/2019 | Sunday | 68772 | FLA | DTW | FO | CRJ |
| 12/8/2019 | Sunday | 68885 | MIL | DTW | FO | CRJ |
| 12/13/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 12/13/2019 | Friday | 57724 | SIC | DTW | FO | CRJ |
| 12/13/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 12/13/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 12/13/2019 | Friday | 59803 | FLA | DTW | FO | CRJ |
| 12/13/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 12/13/2019 | Friday | 61364 | FLA | DTW | FO | CRJ |
| 12/13/2019 | Friday | 61608 | SKV | DTW | FO | CRJ |
| 12/13/2019 | Friday | 62162 | SKV | DTW | FO | CRJ |
| 12/13/2019 | Friday | 63242 | MIL | DTW | FO | CRJ |
| 12/13/2019 | Friday | 64766 | MIL | DTW | FO | CRJ |
| 12/13/2019 | Friday | 65026 | MIL | DTW | FO | CRJ |
| 12/13/2019 | Friday | 65830 | MIL | DTW | FO | CRJ |
| 12/13/2019 | Friday | 66810 | MIL | DTW | FO | CRJ |
| 12/13/2019 | Friday | 66810 | MIL | DTW | FO | CRJ |
| 12/13/2019 | Friday | 67735 | MIL | DTW | FO | CRJ |
| 12/13/2019 | Friday | 68772 | FLA | DTW | FO | CRJ |
| 12/13/2019 | Friday | 68885 | ONP | DTW | FO | CRJ |
| 12/14/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 12/14/2019 | Saturday | 57724 | SIC | DTW | FO | CRJ |
| 12/14/2019 | Saturday | 58255 | SKV | DTW | FO | CRJ |
| 12/14/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 12/14/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 12/14/2019 | Saturday | 59803 | FLA | DTW | FO | CRJ |
| 12/14/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 12/14/2019 | Saturday | 61364 | FLA | DTW | FO | CRJ |
| 12/14/2019 | Saturday | 62162 | SKV | DTW | FO | CRJ |
| 12/14/2019 | Saturday | 62626 | SIC | DTW | FO | CRJ |
| 12/14/2019 | Saturday | 63242 | MIL | DTW | FO | CRJ |
| 12/14/2019 | Saturday | 64766 | MIL | DTW | FO | CRJ |
| 12/14/2019 | Saturday | 65026 | MIL | DTW | FO | CRJ |
| 12/14/2019 | Saturday | 67735 | MIL | DTW | FO | CRJ |
| 12/14/2019 | Saturday | 68772 | FLA | DTW | FO | CRJ |
| 12/14/2019 | Saturday | 68885 | ONP | DTW | FO | CRJ |
| 12/15/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 12/15/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 12/15/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 12/15/2019 | Sunday | 59683 | SIC | DTW | FO | CRJ |
| 12/15/2019 | Sunday | 59802 | SIC | DTW | FO | CRJ |
| 12/15/2019 | Sunday | 59803 | FLA | DTW | FO | CRJ |
| 12/15/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 12/15/2019 | Sunday | 61364 | FLA | DTW | FO | CRJ |
| 12/15/2019 | Sunday | 63242 | MIL | DTW | FO | CRJ |
| 12/15/2019 | Sunday | 64766 | MIL | DTW | FO | CRJ |
| 12/15/2019 | Sunday | 65026 | MIL | DTW | FO | CRJ |
| 12/15/2019 | Sunday | 67735 | MIL | DTW | FO | CRJ |
| 12/15/2019 | Sunday | 68772 | FLA | DTW | FO | CRJ |
| 12/15/2019 | Sunday | 68946 | SIC | DTW | FO | CRJ |
| 12/20/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 12/20/2019 | Friday | 54453 | SKV | DTW | FO | CRJ |
| 12/20/2019 | Friday | 55672 | SIC | DTW | FO | CRJ |
| 12/20/2019 | Friday | 56262 | SAD | DTW | FO | CRJ |
| 12/20/2019 | Friday | 58196 | SIC | DTW | FO | CRJ |
| 12/20/2019 | Friday | 58635 | SIC | DTW | FO | CRJ |
| 12/20/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 12/20/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 12/20/2019 | Friday | 59803 | FLA | DTW | FO | CRJ |
| 12/20/2019 | Friday | 59920 | SIC | DTW | FO | CRJ |
| 12/20/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 12/20/2019 | Friday | 61364 | FLA | DTW | FO | CRJ |
| 12/20/2019 | Friday | 63242 | MIL | DTW | FO | CRJ |
| 12/20/2019 | Friday | 63301 | SIC | DTW | FO | CRJ |
| 12/20/2019 | Friday | 64766 | MIL | DTW | FO | CRJ |
| 12/20/2019 | Friday | 65026 | MIL | DTW | FO | CRJ |
| 12/20/2019 | Friday | 67702 | SIC | DTW | FO | CRJ |
| 12/21/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 12/21/2019 | Saturday | 54453 | SKV | DTW | FO | CRJ |
| 12/21/2019 | Saturday | 55589 | EMR | DTW | FO | CRJ |
| 12/21/2019 | Saturday | 55672 | SIC | DTW | FO | CRJ |
| 12/21/2019 | Saturday | 58635 | SIC | DTW | FO | CRJ |
| 12/21/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 12/21/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 12/21/2019 | Saturday | 59803 | FLA | DTW | FO | CRJ |
| 12/21/2019 | Saturday | 59920 | SIC | DTW | FO | CRJ |
| 12/21/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 12/21/2019 | Saturday | 61364 | FLA | DTW | FO | CRJ |
| 12/21/2019 | Saturday | 63242 | MIL | DTW | FO | CRJ |
| 12/21/2019 | Saturday | 64766 | MIL | DTW | FO | CRJ |
| 12/21/2019 | Saturday | 65026 | MIL | DTW | FO | CRJ |
| 12/21/2019 | Saturday | 65045 | SIC | DTW | FO | CRJ |
| 12/21/2019 | Saturday | 65805 | EMR | DTW | FO | CRJ |
| 12/21/2019 | Saturday | 66817 | EMR | DTW | FO | CRJ |
| 12/22/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 12/22/2019 | Sunday | 54244 | SKV | DTW | FO | CRJ |
| 12/22/2019 | Sunday | 55589 | EMR | DTW | FO | CRJ |
| 12/22/2019 | Sunday | 55672 | SIC | DTW | FO | CRJ |
| 12/22/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 12/22/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 12/22/2019 | Sunday | 59803 | FLA | DTW | FO | CRJ |
| 12/22/2019 | Sunday | 59920 | SIC | DTW | FO | CRJ |

| Date | Day of Week | EmpNo | AbsenceCode | Domicile | Position | Aircraft |
|---|---|---|---|---|---|---|
| 12/22/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 12/22/2019 | Sunday | 61364 | FLA | DTW | FO | CRJ |
| 12/22/2019 | Sunday | 63242 | MIL | DTW | FO | CRJ |
| 12/22/2019 | Sunday | 64766 | MIL | DTW | FO | CRJ |
| 12/22/2019 | Sunday | 65026 | MIL | DTW | FO | CRJ |
| 12/22/2019 | Sunday | 65045 | SIC | DTW | FO | CRJ |
| 12/22/2019 | Sunday | 66487 | EMR | DTW | FO | CRJ |
| 12/22/2019 | Sunday | 66817 | EMR | DTW | FO | CRJ |
| 12/27/2019 | Friday | 49425 | MIL | DTW | FO | CRJ |
| 12/27/2019 | Friday | 51977 | SIC | DTW | FO | CRJ |
| 12/27/2019 | Friday | 55399 | SKV | DTW | FO | CRJ |
| 12/27/2019 | Friday | 58673 | FLA | DTW | FO | CRJ |
| 12/27/2019 | Friday | 58684 | FLA | DTW | FO | CRJ |
| 12/27/2019 | Friday | 59803 | FLA | DTW | FO | CRJ |
| 12/27/2019 | Friday | 59835 | FTG | DTW | FO | CRJ |
| 12/27/2019 | Friday | 60775 | FLA | DTW | FO | CRJ |
| 12/27/2019 | Friday | 61364 | FLA | DTW | FO | CRJ |
| 12/27/2019 | Friday | 63242 | MIL | DTW | FO | CRJ |
| 12/27/2019 | Friday | 64766 | MIL | DTW | FO | CRJ |
| 12/27/2019 | Friday | 65026 | MIL | DTW | FO | CRJ |
| 12/27/2019 | Friday | 65032 | MIL | DTW | FO | CRJ |
| 12/27/2019 | Friday | 65359 | ADM | DTW | FO | CRJ |
| 12/28/2019 | Saturday | 49425 | MIL | DTW | FO | CRJ |
| 12/28/2019 | Saturday | 51977 | SIC | DTW | FO | CRJ |
| 12/28/2019 | Saturday | 55399 | SKV | DTW | FO | CRJ |
| 12/28/2019 | Saturday | 58673 | FLA | DTW | FO | CRJ |
| 12/28/2019 | Saturday | 58684 | FLA | DTW | FO | CRJ |
| 12/28/2019 | Saturday | 59803 | FLA | DTW | FO | CRJ |
| 12/28/2019 | Saturday | 60775 | FLA | DTW | FO | CRJ |
| 12/28/2019 | Saturday | 61364 | FLA | DTW | FO | CRJ |
| 12/28/2019 | Saturday | 63242 | MIL | DTW | FO | CRJ |
| 12/28/2019 | Saturday | 64766 | MIL | DTW | FO | CRJ |
| 12/28/2019 | Saturday | 65026 | MIL | DTW | FO | CRJ |
| 12/28/2019 | Saturday | 65032 | MIL | DTW | FO | CRJ |
| 12/28/2019 | Saturday | 65359 | ADM | DTW | FO | CRJ |
| 12/29/2019 | Sunday | 49425 | MIL | DTW | FO | CRJ |
| 12/29/2019 | Sunday | 56585 | EMV | DTW | FO | CRJ |
| 12/29/2019 | Sunday | 58673 | FLA | DTW | FO | CRJ |
| 12/29/2019 | Sunday | 58684 | FLA | DTW | FO | CRJ |
| 12/29/2019 | Sunday | 59803 | FLA | DTW | FO | CRJ |
| 12/29/2019 | Sunday | 60775 | FLA | DTW | FO | CRJ |
| 12/29/2019 | Sunday | 61364 | FLA | DTW | FO | CRJ |
| 12/29/2019 | Sunday | 61603 | FTG | DTW | FO | CRJ |
| 12/29/2019 | Sunday | 63242 | MIL | DTW | FO | CRJ |
| 12/29/2019 | Sunday | 64766 | MIL | DTW | FO | CRJ |
| 12/29/2019 | Sunday | 65026 | MIL | DTW | FO | CRJ |
| 12/29/2019 | Sunday | 65032 | MIL | DTW | FO | CRJ |
| 12/29/2019 | Sunday | 65359 | ADM | DTW | FO | CRJ |
| 12/29/2019 | Sunday | 66474 | FTG | DTW | FO | CRJ |
| 12/29/2019 | Sunday | 67957 | EMR | DTW | FO | CRJ |
| 12/29/2019 | Sunday | 68091 | SIC | DTW | FO | CRJ |

# EXHIBIT 33

| ORIGINAL | |
|---|---|
| Jun-17 | 264 |
| Jul-17 | 264 |
| Aug-17 | 326 |
| Sep-17 | 378 |
| Oct-17 | 344 |
| Nov-17 | 282 |
| Dec-17 | 244 |
| Jan-18 | 214 |
| Feb-18 | 229 |
| Mar-18 | 219 |
| Apr-18 | 226 |
| May-18 | 261 |
| Jun-18 | 288 |
| Jul-18 | 229 |
| Aug-18 | 217 |
| Sep-18 | 204 |
| Oct-18 | 191 |
| Nov-18 | 220 |
| Dec-18 | 223 |
| Jan-19 | 219 |
| Feb-19 | 223 |
| Mar-19 | 270 |
| Apr-19 | 282 |
| May-19 | 226 |
| Jun-19 | 237 |
| Jul-19 | 276 |
| Aug-19 | 303 |
| Sep-19 | 277 |
| Oct-19 | 270 |
| Nov-19 | 274 |
| Dec-19 | 256 |

| NEW | |
|---|---|
| 201706 | 265 |
| 201707 | 265 |
| 201708 | 327 |
| 201709 | 379 |
| 201710 | 345 |
| 201711 | 283 |
| 201712 | 245 |
| 201801 | 215 |
| 201802 | 230 |
| 201803 | 220 |
| 201804 | 227 |
| 201805 | 262 |
| 201806 | 289 |
| 201807 | 230 |
| 201808 | 218 |
| 201809 | 205 |
| 201810 | 192 |
| 201811 | 221 |
| 201812 | 224 |
| 201901 | 219 |
| 201902 | 224 |
| 201903 | 271 |
| 201904 | 283 |
| 201905 | 227 |
| 201906 | 238 |
| 201907 | 277 |
| 201908 | 304 |
| 201909 | 278 |
| 201910 | 271 |
| 201911 | 275 |
| 201912 | 257 |

| ORIGINAL<br>Reserve Pilots who were assigned to fly | | NEW<br>Reserve Pilots that could have, if assigned, flown | |
|---|---|---|---|
| 6/2/2017 | 44 | 6/2/2017 | 49 |
| 6/3/2017 | 31 | 6/3/2017 | 40 |
| 6/4/2017 | 35 | 6/4/2017 | 48 |
| 6/9/2017 | 44 | 6/9/2017 | 54 |
| 6/10/2017 | 39 | 6/10/2017 | 51 |
| 6/11/2017 | 40 | 6/11/2017 | 49 |
| 6/16/2017 | 52 | 6/16/2017 | 56 |
| 6/17/2017 | 43 | 6/17/2017 | 51 |
| 6/18/2017 | 45 | 6/18/2017 | 57 |
| 6/23/2017 | 47 | 6/23/2017 | 55 |
| 6/24/2017 | 43 | 6/24/2017 | 56 |
| 6/25/2017 | 50 | 6/25/2017 | 57 |
| 6/30/2017 | 49 | 6/30/2017 | 58 |
| 7/1/2017 | 29 | 7/1/2017 | 31 |
| 7/2/2017 | 20 | 7/2/2017 | 21 |
| 7/7/2017 | 32 | 7/7/2017 | 33 |
| 7/8/2017 | 25 | 7/8/2017 | 29 |
| 7/9/2017 | 22 | 7/9/2017 | 25 |
| 7/14/2017 | 37 | 7/14/2017 | 38 |
| 7/15/2017 | 21 | 7/15/2017 | 27 |
| 7/16/2017 | 24 | 7/16/2017 | 27 |
| 7/21/2017 | 43 | 7/21/2017 | 44 |
| 7/22/2017 | 36 | 7/22/2017 | 42 |
| 7/23/2017 | 34 | 7/23/2017 | 39 |
| 7/28/2017 | 33 | 7/28/2017 | 35 |
| 7/29/2017 | 23 | 7/29/2017 | 32 |
| 7/30/2017 | 29 | 7/30/2017 | 40 |
| 8/4/2017 | 37 | 8/4/2017 | 38 |
| 8/5/2017 | 32 | 8/5/2017 | 34 |
| 8/6/2017 | 38 | 8/6/2017 | 38 |
| 8/11/2017 | 38 | 8/11/2017 | 40 |
| 8/12/2017 | 30 | 8/12/2017 | 31 |
| 8/13/2017 | 39 | 8/13/2017 | 43 |
| 8/18/2017 | 42 | 8/18/2017 | 52 |
| 8/19/2017 | 32 | 8/19/2017 | 37 |
| 8/20/2017 | 33 | 8/20/2017 | 47 |
| 8/25/2017 | 49 | 8/25/2017 | 57 |
| 8/26/2017 | 34 | 8/26/2017 | 50 |
| 8/27/2017 | 44 | 8/27/2017 | 58 |
| 9/1/2017 | 49 | 9/1/2017 | 54 |
| 9/2/2017 | 35 | 9/2/2017 | 42 |

| ORIGINAL<br>Reserve Pilots who were assigned to fly | | NEW<br>Reserve Pilots that could have, if assigned, flown | |
|---|---|---|---|
| 9/3/2017 | 32 | 9/3/2017 | 40 |
| 9/8/2017 | 38 | 9/8/2017 | 43 |
| 9/9/2017 | 29 | 9/9/2017 | 37 |
| 9/10/2017 | 40 | 9/10/2017 | 46 |
| 9/15/2017 | 48 | 9/15/2017 | 54 |
| 9/16/2017 | 41 | 9/16/2017 | 50 |
| 9/17/2017 | 41 | 9/17/2017 | 50 |
| 9/22/2017 | 46 | 9/22/2017 | 55 |
| 9/23/2017 | 41 | 9/23/2017 | 49 |
| 9/24/2017 | 45 | 9/24/2017 | 66 |
| 9/29/2017 | 42 | 9/29/2017 | 60 |
| 9/30/2017 | 37 | 9/30/2017 | 52 |
| 10/1/2017 | 46 | 10/1/2017 | 51 |
| 10/6/2017 | 37 | 10/6/2017 | 43 |
| 10/7/2017 | 38 | 10/7/2017 | 41 |
| 10/8/2017 | 46 | 10/8/2017 | 50 |
| 10/13/2017 | 45 | 10/13/2017 | 54 |
| 10/14/2017 | 33 | 10/14/2017 | 50 |
| 10/15/2017 | 42 | 10/15/2017 | 52 |
| 10/20/2017 | 46 | 10/20/2017 | 61 |
| 10/21/2017 | 38 | 10/21/2017 | 54 |
| 10/22/2017 | 43 | 10/22/2017 | 52 |
| 10/27/2017 | 48 | 10/27/2017 | 65 |
| 10/28/2017 | 41 | 10/28/2017 | 55 |
| 10/29/2017 | 57 | 10/29/2017 | 67 |
| 11/3/2017 | 37 | 11/3/2017 | 42 |
| 11/4/2017 | 28 | 11/4/2017 | 35 |
| 11/5/2017 | 40 | 11/5/2017 | 42 |
| 11/10/2017 | 38 | 11/10/2017 | 49 |
| 11/11/2017 | 30 | 11/11/2017 | 45 |
| 11/12/2017 | 36 | 11/12/2017 | 47 |
| 11/17/2017 | 33 | 11/17/2017 | 49 |
| 11/18/2017 | 29 | 11/18/2017 | 49 |
| 11/19/2017 | 30 | 11/19/2017 | 46 |
| 11/24/2017 | 32 | 11/24/2017 | 55 |
| 11/25/2017 | 44 | 11/25/2017 | 60 |
| 11/26/2017 | 35 | 11/26/2017 | 53 |
| 12/1/2017 | 27 | 12/1/2017 | 28 |
| 12/2/2017 | 21 | 12/2/2017 | 26 |
| 12/3/2017 | 19 | 12/3/2017 | 24 |
| 12/8/2017 | 21 | 12/8/2017 | 27 |
| 12/9/2017 | 26 | 12/9/2017 | 28 |

| ORIGINAL<br>Reserve Pilots who were assigned to fly | | NEW<br>Reserve Pilots that could have, if assigned, flown | |
|---|---|---|---|
| 12/10/2017 | 18 | 12/10/2017 | 25 |
| 12/15/2017 | 25 | 12/15/2017 | 33 |
| 12/16/2017 | 19 | 12/16/2017 | 28 |
| 12/17/2017 | 23 | 12/17/2017 | 27 |
| 12/22/2017 | 19 | 12/22/2017 | 27 |
| 12/23/2017 | 17 | 12/23/2017 | 25 |
| 12/24/2017 | 13 | 12/24/2017 | 25 |
| 12/29/2017 | 23 | 12/29/2017 | 26 |
| 12/30/2017 | 25 | 12/30/2017 | 31 |
| 12/31/2017 | 21 | 12/31/2017 | 27 |
| 1/5/2018 | 19 | 1/5/2018 | 23 |
| 1/6/2018 | 12 | 1/6/2018 | 20 |
| 1/7/2018 | 13 | 1/7/2018 | 19 |
| 1/12/2018 | 24 | 1/12/2018 | 35 |
| 1/13/2018 | 15 | 1/13/2018 | 28 |
| 1/14/2018 | 12 | 1/14/2018 | 25 |
| 1/19/2018 | 22 | 1/19/2018 | 30 |
| 1/20/2018 | 17 | 1/20/2018 | 24 |
| 1/21/2018 | 19 | 1/21/2018 | 28 |
| 1/26/2018 | 28 | 1/26/2018 | 29 |
| 1/27/2018 | 18 | 1/27/2018 | 30 |
| 1/28/2018 | 18 | 1/28/2018 | 30 |
| 2/2/2018 | 21 | 2/2/2018 | 27 |
| 2/3/2018 | 7 | 2/3/2018 | 16 |
| 2/4/2018 | 11 | 2/4/2018 | 21 |
| 2/9/2018 | 22 | 2/9/2018 | 29 |
| 2/10/2018 | 13 | 2/10/2018 | 26 |
| 2/11/2018 | 14 | 2/11/2018 | 25 |
| 2/16/2018 | 30 | 2/16/2018 | 37 |
| 2/17/2018 | 21 | 2/17/2018 | 31 |
| 2/18/2018 | 16 | 2/18/2018 | 28 |
| 2/23/2018 | 25 | 2/23/2018 | 32 |
| 2/24/2018 | 14 | 2/24/2018 | 27 |
| 2/25/2018 | 22 | 2/25/2018 | 32 |
| 3/2/2018 | 27 | 3/2/2018 | 29 |
| 3/3/2018 | 16 | 3/3/2018 | 23 |
| 3/4/2018 | 14 | 3/4/2018 | 23 |
| 3/9/2018 | 30 | 3/9/2018 | 35 |
| 3/10/2018 | 21 | 3/10/2018 | 30 |
| 3/11/2018 | 16 | 3/11/2018 | 25 |
| 3/16/2018 | 20 | 3/16/2018 | 33 |
| 3/17/2018 | 13 | 3/17/2018 | 29 |

| ORIGINAL<br>Reserve Pilots who were assigned to fly | | NEW<br>Reserve Pilots that could have, if assigned, flown | |
|---|---|---|---|
| 3/18/2018 | 13 | 3/18/2018 | 28 |
| 3/23/2018 | 29 | 3/23/2018 | 39 |
| 3/24/2018 | 22 | 3/24/2018 | 33 |
| 3/25/2018 | 23 | 3/25/2018 | 37 |
| 3/30/2018 | 32 | 3/30/2018 | 43 |
| 3/31/2018 | 27 | 3/31/2018 | 38 |
| 4/1/2018 | 26 | 4/1/2018 | 26 |
| 4/6/2018 | 26 | 4/6/2018 | 30 |
| 4/7/2018 | 12 | 4/7/2018 | 30 |
| 4/8/2018 | 19 | 4/8/2018 | 28 |
| 4/13/2018 | 25 | 4/13/2018 | 30 |
| 4/14/2018 | 15 | 4/14/2018 | 28 |
| 4/15/2018 | 28 | 4/15/2018 | 33 |
| 4/20/2018 | 27 | 4/20/2018 | 40 |
| 4/21/2018 | 22 | 4/21/2018 | 37 |
| 4/22/2018 | 27 | 4/22/2018 | 36 |
| 4/27/2018 | 24 | 4/27/2018 | 41 |
| 4/28/2018 | 25 | 4/28/2018 | 38 |
| 4/29/2018 | 32 | 4/29/2018 | 39 |
| 5/4/2018 | 28 | 5/4/2018 | 32 |
| 5/5/2018 | 18 | 5/5/2018 | 26 |
| 5/6/2018 | 25 | 5/6/2018 | 30 |
| 5/11/2018 | 33 | 5/11/2018 | 35 |
| 5/12/2018 | 25 | 5/12/2018 | 30 |
| 5/13/2018 | 22 | 5/13/2018 | 34 |
| 5/18/2018 | 34 | 5/18/2018 | 44 |
| 5/19/2018 | 29 | 5/19/2018 | 37 |
| 5/20/2018 | 26 | 5/20/2018 | 38 |
| 5/25/2018 | 32 | 5/25/2018 | 40 |
| 5/26/2018 | 17 | 5/26/2018 | 30 |
| 5/27/2018 | 16 | 5/27/2018 | 35 |
| 6/1/2018 | 21 | 6/1/2018 | 21 |
| 6/2/2018 | 12 | 6/2/2018 | 12 |
| 6/3/2018 | 16 | 6/3/2018 | 18 |
| 6/8/2018 | 31 | 6/8/2018 | 35 |
| 6/9/2018 | 15 | 6/9/2018 | 23 |
| 6/10/2018 | 16 | 6/10/2018 | 23 |
| 6/15/2018 | 39 | 6/15/2018 | 43 |
| 6/16/2018 | 21 | 6/16/2018 | 28 |
| 6/17/2018 | 25 | 6/17/2018 | 26 |
| 6/22/2018 | 45 | 6/22/2018 | 51 |
| 6/23/2018 | 27 | 6/23/2018 | 37 |

| ORIGINAL<br>Reserve Pilots who were assigned to fly | |
|---|---|
| 6/24/2018 | 33 |
| 6/29/2018 | 52 |
| 6/30/2018 | 29 |
| 7/1/2018 | 21 |
| 7/6/2018 | 25 |
| 7/7/2018 | 25 |
| 7/8/2018 | 28 |
| 7/13/2018 | 33 |
| 7/14/2018 | 26 |
| 7/15/2018 | 25 |
| 7/20/2018 | 34 |
| 7/21/2018 | 26 |
| 7/22/2018 | 26 |
| 7/27/2018 | 30 |
| 7/28/2018 | 23 |
| 7/29/2018 | 32 |
| 8/3/2018 | 15 |
| 8/4/2018 | 14 |
| 8/5/2018 | 8 |
| 8/10/2018 | 16 |
| 8/11/2018 | 14 |
| 8/12/2018 | 11 |
| 8/17/2018 | 11 |
| 8/18/2018 | 9 |
| 8/19/2018 | 10 |
| 8/24/2018 | 10 |
| 8/25/2018 | 9 |
| 8/26/2018 | 15 |
| 8/31/2018 | 15 |
| 9/1/2018 | 6 |
| 9/2/2018 | 5 |
| 9/7/2018 | 10 |
| 9/8/2018 | 6 |
| 9/9/2018 | 9 |
| 9/14/2018 | 18 |
| 9/15/2018 | 10 |
| 9/16/2018 | 14 |
| 9/21/2018 | 21 |
| 9/22/2018 | 9 |
| 9/23/2018 | 14 |
| 9/28/2018 | 15 |
| 9/29/2018 | 10 |

| NEW<br>Reserve Pilots that could have, if assigned, flown | |
|---|---|
| 6/24/2018 | 41 |
| 6/29/2018 | 57 |
| 6/30/2018 | 35 |
| 7/1/2018 | 22 |
| 7/6/2018 | 30 |
| 7/7/2018 | 31 |
| 7/8/2018 | 30 |
| 7/13/2018 | 35 |
| 7/14/2018 | 33 |
| 7/15/2018 | 31 |
| 7/20/2018 | 44 |
| 7/21/2018 | 32 |
| 7/22/2018 | 29 |
| 7/27/2018 | 40 |
| 7/28/2018 | 39 |
| 7/29/2018 | 40 |
| 8/3/2018 | 15 |
| 8/4/2018 | 19 |
| 8/5/2018 | 10 |
| 8/10/2018 | 18 |
| 8/11/2018 | 16 |
| 8/12/2018 | 11 |
| 8/17/2018 | 17 |
| 8/18/2018 | 15 |
| 8/19/2018 | 14 |
| 8/24/2018 | 17 |
| 8/25/2018 | 15 |
| 8/26/2018 | 15 |
| 8/31/2018 | 18 |
| 9/1/2018 | 12 |
| 9/2/2018 | 10 |
| 9/7/2018 | 23 |
| 9/8/2018 | 18 |
| 9/9/2018 | 21 |
| 9/14/2018 | 26 |
| 9/15/2018 | 21 |
| 9/16/2018 | 26 |
| 9/21/2018 | 25 |
| 9/22/2018 | 19 |
| 9/23/2018 | 22 |
| 9/28/2018 | 22 |
| 9/29/2018 | 27 |

| ORIGINAL<br>Reserve Pilots who were assigned to fly | |
|---|---|
| 9/30/2018 | 13 |
| 10/5/2018 | 11 |
| 10/6/2018 | 7 |
| 10/7/2018 | 8 |
| 10/12/2018 | 12 |
| 10/13/2018 | 9 |
| 10/14/2018 | 12 |
| 10/19/2018 | 16 |
| 10/20/2018 | 8 |
| 10/21/2018 | 14 |
| 10/26/2018 | 11 |
| 10/27/2018 | 5 |
| 10/28/2018 | 7 |
| 11/2/2018 | 10 |
| 11/3/2018 | 8 |
| 11/4/2018 | 12 |
| 11/9/2018 | 20 |
| 11/10/2018 | 18 |
| 11/11/2018 | 15 |
| 11/16/2018 | 21 |
| 11/17/2018 | 16 |
| 11/18/2018 | 14 |
| 11/23/2018 | 8 |
| 11/24/2018 | 17 |
| 11/25/2018 | 17 |
| 11/30/2018 | 15 |
| 12/1/2018 | 11 |
| 12/2/2018 | 12 |
| 12/7/2018 | 16 |
| 12/8/2018 | 9 |
| 12/9/2018 | 7 |
| 12/14/2018 | 21 |
| 12/15/2018 | 10 |
| 12/16/2018 | 16 |
| 12/21/2018 | 17 |
| 12/22/2018 | 20 |
| 12/23/2018 | 17 |
| 12/28/2018 | 22 |
| 12/29/2018 | 23 |
| 12/30/2018 | 21 |
| 1/4/2019 | 14 |
| 1/5/2019 | 13 |

| NEW<br>Reserve Pilots that could have, if assigned, flown | |
|---|---|
| 9/30/2018 | 27 |
| 10/5/2018 | 11 |
| 10/6/2018 | 10 |
| 10/7/2018 | 11 |
| 10/12/2018 | 15 |
| 10/13/2018 | 15 |
| 10/14/2018 | 14 |
| 10/19/2018 | 18 |
| 10/20/2018 | 15 |
| 10/21/2018 | 18 |
| 10/26/2018 | 13 |
| 10/27/2018 | 13 |
| 10/28/2018 | 18 |
| 11/2/2018 | 15 |
| 11/3/2018 | 10 |
| 11/4/2018 | 14 |
| 11/9/2018 | 21 |
| 11/10/2018 | 22 |
| 11/11/2018 | 18 |
| 11/16/2018 | 21 |
| 11/17/2018 | 23 |
| 11/18/2018 | 18 |
| 11/23/2018 | 22 |
| 11/24/2018 | 23 |
| 11/25/2018 | 18 |
| 11/30/2018 | 22 |
| 12/1/2018 | 15 |
| 12/2/2018 | 13 |
| 12/7/2018 | 18 |
| 12/8/2018 | 12 |
| 12/9/2018 | 12 |
| 12/14/2018 | 22 |
| 12/15/2018 | 12 |
| 12/16/2018 | 18 |
| 12/21/2018 | 18 |
| 12/22/2018 | 23 |
| 12/23/2018 | 24 |
| 12/28/2018 | 25 |
| 12/29/2018 | 23 |
| 12/30/2018 | 27 |
| 1/4/2019 | 18 |
| 1/5/2019 | 20 |

| ORIGINAL<br>Reserve Pilots who were assigned to fly | | NEW<br>Reserve Pilots that could have, if assigned, flown | |
|---|---|---|---|
| 1/6/2019 | 17 | 1/6/2019 | 19 |
| 1/11/2019 | 5 | 1/11/2019 | 17 |
| 1/12/2019 | 7 | 1/12/2019 | 20 |
| 1/13/2019 | 6 | 1/13/2019 | 23 |
| 1/18/2019 | 22 | 1/18/2019 | 22 |
| 1/19/2019 | 9 | 1/19/2019 | 21 |
| 1/20/2019 | 16 | 1/20/2019 | 25 |
| 1/25/2019 | 14 | 1/25/2019 | 21 |
| 1/26/2019 | 11 | 1/26/2019 | 20 |
| 1/27/2019 | 11 | 1/27/2019 | 17 |
| 2/1/2019 | 18 | 2/1/2019 | 18 |
| 2/2/2019 | 14 | 2/2/2019 | 15 |
| 2/3/2019 | 10 | 2/3/2019 | 14 |
| 2/8/2019 | 21 | 2/8/2019 | 21 |
| 2/9/2019 | 14 | 2/9/2019 | 19 |
| 2/10/2019 | 11 | 2/10/2019 | 12 |
| 2/15/2019 | 24 | 2/15/2019 | 28 |
| 2/16/2019 | 11 | 2/16/2019 | 23 |
| 2/17/2019 | 14 | 2/17/2019 | 25 |
| 2/22/2019 | 18 | 2/22/2019 | 20 |
| 2/23/2019 | 9 | 2/23/2019 | 15 |
| 2/24/2019 | 10 | 2/24/2019 | 13 |
| 3/1/2019 | 17 | 3/1/2019 | 25 |
| 3/2/2019 | 8 | 3/2/2019 | 13 |
| 3/3/2019 | 8 | 3/3/2019 | 9 |
| 3/8/2019 | 16 | 3/8/2019 | 17 |
| 3/9/2019 | 12 | 3/9/2019 | 12 |
| 3/10/2019 | 13 | 3/10/2019 | 13 |
| 3/15/2019 | 18 | 3/15/2019 | 20 |
| 3/16/2019 | 13 | 3/16/2019 | 14 |
| 3/17/2019 | 11 | 3/17/2019 | 12 |
| 3/22/2019 | 22 | 3/22/2019 | 23 |
| 3/23/2019 | 13 | 3/23/2019 | 18 |
| 3/24/2019 | 10 | 3/24/2019 | 17 |
| 3/29/2019 | 20 | 3/29/2019 | 29 |
| 3/30/2019 | 13 | 3/30/2019 | 22 |
| 3/31/2019 | 15 | 3/31/2019 | 16 |
| 4/5/2019 | 25 | 4/5/2019 | 31 |
| 4/6/2019 | 19 | 4/6/2019 | 20 |
| 4/7/2019 | 23 | 4/7/2019 | 24 |
| 4/12/2019 | 40 | 4/12/2019 | 43 |
| 4/13/2019 | 31 | 4/13/2019 | 36 |

| ORIGINAL<br>Reserve Pilots who were assigned to fly | |
|---|---|
| 4/14/2019 | 30 |
| 4/19/2019 | 40 |
| 4/20/2019 | 30 |
| 4/21/2019 | 23 |
| 4/26/2019 | 37 |
| 4/27/2019 | 26 |
| 4/28/2019 | 26 |
| 5/3/2019 | 11 |
| 5/4/2019 | 10 |
| 5/5/2019 | 11 |
| 5/10/2019 | 15 |
| 5/11/2019 | 10 |
| 5/12/2019 | 12 |
| 5/17/2019 | 16 |
| 5/18/2019 | 13 |
| 5/19/2019 | 21 |
| 5/24/2019 | 27 |
| 5/25/2019 | 15 |
| 5/26/2019 | 14 |
| 5/31/2019 | 25 |
| 6/1/2019 | 14 |
| 6/2/2019 | 14 |
| 6/7/2019 | 15 |
| 6/8/2019 | 14 |
| 6/9/2019 | 11 |
| 6/14/2019 | 20 |
| 6/15/2019 | 13 |
| 6/16/2019 | 11 |
| 6/21/2019 | 24 |
| 6/22/2019 | 20 |
| 6/23/2019 | 17 |
| 6/28/2019 | 18 |
| 6/29/2019 | 15 |
| 6/30/2019 | 14 |
| 7/5/2019 | 6 |
| 7/6/2019 | 11 |
| 7/7/2019 | 13 |
| 7/12/2019 | 15 |
| 7/13/2019 | 8 |
| 7/14/2019 | 11 |
| 7/19/2019 | 13 |
| 7/20/2019 | 16 |

| NEW<br>Reserve Pilots that could have, if assigned, flown | |
|---|---|
| 4/14/2019 | 37 |
| 4/19/2019 | 45 |
| 4/20/2019 | 38 |
| 4/21/2019 | 31 |
| 4/26/2019 | 40 |
| 4/27/2019 | 36 |
| 4/28/2019 | 37 |
| 5/3/2019 | 15 |
| 5/4/2019 | 14 |
| 5/5/2019 | 16 |
| 5/10/2019 | 19 |
| 5/11/2019 | 15 |
| 5/12/2019 | 22 |
| 5/17/2019 | 26 |
| 5/18/2019 | 21 |
| 5/19/2019 | 24 |
| 5/24/2019 | 28 |
| 5/25/2019 | 20 |
| 5/26/2019 | 23 |
| 5/31/2019 | 36 |
| 6/1/2019 | 16 |
| 6/2/2019 | 15 |
| 6/7/2019 | 18 |
| 6/8/2019 | 17 |
| 6/9/2019 | 16 |
| 6/14/2019 | 23 |
| 6/15/2019 | 17 |
| 6/16/2019 | 15 |
| 6/21/2019 | 30 |
| 6/22/2019 | 28 |
| 6/23/2019 | 21 |
| 6/28/2019 | 27 |
| 6/29/2019 | 24 |
| 6/30/2019 | 29 |
| 7/5/2019 | 7 |
| 7/6/2019 | 11 |
| 7/7/2019 | 14 |
| 7/12/2019 | 16 |
| 7/13/2019 | 12 |
| 7/14/2019 | 15 |
| 7/19/2019 | 14 |
| 7/20/2019 | 16 |

| ORIGINAL<br>Reserve Pilots who were assigned to fly | |
|---|---|
| 7/21/2019 | 24 |
| 7/26/2019 | 22 |
| 7/27/2019 | 18 |
| 7/28/2019 | 20 |
| 8/2/2019 | 14 |
| 8/3/2019 | 9 |
| 8/4/2019 | 14 |
| 8/9/2019 | 12 |
| 8/10/2019 | 14 |
| 8/11/2019 | 13 |
| 8/16/2019 | 23 |
| 8/17/2019 | 18 |
| 8/18/2019 | 17 |
| 8/23/2019 | 32 |
| 8/24/2019 | 22 |
| 8/25/2019 | 21 |
| 8/30/2019 | 32 |
| 8/31/2019 | 17 |
| 9/1/2019 | 11 |
| 9/6/2019 | 28 |
| 9/7/2019 | 22 |
| 9/8/2019 | 16 |
| 9/13/2019 | 25 |
| 9/14/2019 | 19 |
| 9/15/2019 | 19 |
| 9/20/2019 | 27 |
| 9/21/2019 | 20 |
| 9/22/2019 | 22 |
| 9/27/2019 | 26 |
| 9/28/2019 | 21 |
| 9/29/2019 | 24 |
| 10/4/2019 | 14 |
| 10/5/2019 | 10 |
| 10/6/2019 | 10 |
| 10/11/2019 | 18 |
| 10/12/2019 | 18 |
| 10/13/2019 | 20 |
| 10/18/2019 | 12 |
| 10/19/2019 | 6 |
| 10/20/2019 | 9 |
| 10/25/2019 | 23 |
| 10/26/2019 | 16 |

| NEW<br>Reserve Pilots that could have, if assigned, flown | |
|---|---|
| 7/21/2019 | 24 |
| 7/26/2019 | 24 |
| 7/27/2019 | 25 |
| 7/28/2019 | 21 |
| 8/2/2019 | 14 |
| 8/3/2019 | 10 |
| 8/4/2019 | 15 |
| 8/9/2019 | 17 |
| 8/10/2019 | 17 |
| 8/11/2019 | 22 |
| 8/16/2019 | 24 |
| 8/17/2019 | 24 |
| 8/18/2019 | 23 |
| 8/23/2019 | 38 |
| 8/24/2019 | 32 |
| 8/25/2019 | 26 |
| 8/30/2019 | 42 |
| 8/31/2019 | 21 |
| 9/1/2019 | 18 |
| 9/6/2019 | 43 |
| 9/7/2019 | 39 |
| 9/8/2019 | 29 |
| 9/13/2019 | 34 |
| 9/14/2019 | 32 |
| 9/15/2019 | 26 |
| 9/20/2019 | 35 |
| 9/21/2019 | 33 |
| 9/22/2019 | 35 |
| 9/27/2019 | 37 |
| 9/28/2019 | 41 |
| 9/29/2019 | 46 |
| 10/4/2019 | 19 |
| 10/5/2019 | 16 |
| 10/6/2019 | 16 |
| 10/11/2019 | 25 |
| 10/12/2019 | 25 |
| 10/13/2019 | 24 |
| 10/18/2019 | 24 |
| 10/19/2019 | 22 |
| 10/20/2019 | 21 |
| 10/25/2019 | 34 |
| 10/26/2019 | 34 |

| ORIGINAL<br>Reserve Pilots who were assigned to fly | |
|---|---|
| 10/27/2019 | 16 |
| 11/1/2019 | 14 |
| 11/2/2019 | 8 |
| 11/3/2019 | 16 |
| 11/8/2019 | 19 |
| 11/9/2019 | 9 |
| 11/10/2019 | 11 |
| 11/15/2019 | 23 |
| 11/16/2019 | 11 |
| 11/17/2019 | 18 |
| 11/22/2019 | 20 |
| 11/23/2019 | 17 |
| 11/24/2019 | 15 |
| 11/29/2019 | 20 |
| 11/30/2019 | 29 |
| 12/1/2019 | 18 |
| 12/6/2019 | 13 |
| 12/7/2019 | 12 |
| 12/8/2019 | 12 |
| 12/13/2019 | 17 |
| 12/14/2019 | 13 |
| 12/15/2019 | 8 |
| 12/20/2019 | 21 |
| 12/21/2019 | 21 |
| 12/22/2019 | 15 |
| 12/27/2019 | 13 |
| 12/28/2019 | 9 |
| 12/29/2019 | 8 |

| NEW<br>Reserve Pilots that could have, if assigned, flown | |
|---|---|
| 10/27/2019 | 28 |
| 11/1/2019 | 22 |
| 11/2/2019 | 19 |
| 11/3/2019 | 27 |
| 11/8/2019 | 25 |
| 11/9/2019 | 25 |
| 11/10/2019 | 24 |
| 11/15/2019 | 35 |
| 11/16/2019 | 27 |
| 11/17/2019 | 29 |
| 11/22/2019 | 34 |
| 11/23/2019 | 35 |
| 11/24/2019 | 29 |
| 11/29/2019 | 44 |
| 11/30/2019 | 41 |
| 12/1/2019 | 20 |
| 12/6/2019 | 20 |
| 12/7/2019 | 14 |
| 12/8/2019 | 14 |
| 12/13/2019 | 23 |
| 12/14/2019 | 19 |
| 12/15/2019 | 18 |
| 12/20/2019 | 22 |
| 12/21/2019 | 24 |
| 12/22/2019 | 20 |
| 12/27/2019 | 14 |
| 12/28/2019 | 12 |
| 12/29/2019 | 15 |

| ORIGINAL<br>Number of *flights* flown<br>by reserves on a day | |
|---|---|
| 6/2/2017 Friday | 131 |
| 6/3/2017 Saturday | 79 |
| 6/4/2017 Sunday | 106 |
| 6/9/2017 Friday | 147 |
| 6/10/2017 Saturday | 105 |
| 6/11/2017 Sunday | 110 |
| 6/16/2017 Friday | 148 |
| 6/17/2017 Saturday | 105 |
| 6/18/2017 Sunday | 126 |
| 6/23/2017 Friday | 145 |
| 6/24/2017 Saturday | 123 |
| 6/25/2017 Sunday | 144 |
| 6/30/2017 Friday | 133 |
| 7/1/2017 Saturday | 77 |
| 7/2/2017 Sunday | 64 |
| 7/7/2017 Friday | 99 |
| 7/8/2017 Saturday | 65 |
| 7/9/2017 Sunday | 61 |
| 7/14/2017 Friday | 101 |
| 7/15/2017 Saturday | 67 |
| 7/16/2017 Sunday | 70 |
| 7/21/2017 Friday | 133 |
| 7/22/2017 Saturday | 111 |
| 7/23/2017 Sunday | 93 |
| 7/28/2017 Friday | 97 |
| 7/29/2017 Saturday | 72 |
| 7/30/2017 Sunday | 86 |
| 8/4/2017 Friday | 124 |
| 8/5/2017 Saturday | 90 |
| 8/6/2017 Sunday | 108 |
| 8/11/2017 Friday | 120 |
| 8/12/2017 Saturday | 87 |
| 8/13/2017 Sunday | 118 |
| 8/18/2017 Friday | 142 |
| 8/19/2017 Saturday | 92 |
| 8/20/2017 Sunday | 112 |
| 8/25/2017 Friday | 147 |
| 8/26/2017 Saturday | 99 |
| 8/27/2017 Sunday | 139 |
| 9/1/2017 Friday | 130 |
| 9/2/2017 Saturday | 89 |

| NEW<br>Number of *reserve pilots*<br>that flew on a day | |
|---|---|
| 6/2/2017 | 44 |
| 6/3/2017 | 31 |
| 6/4/2017 | 35 |
| 6/9/2017 | 44 |
| 6/10/2017 | 39 |
| 6/11/2017 | 40 |
| 6/16/2017 | 52 |
| 6/17/2017 | 43 |
| 6/18/2017 | 45 |
| 6/23/2017 | 47 |
| 6/24/2017 | 43 |
| 6/25/2017 | 50 |
| 6/30/2017 | 49 |
| 7/1/2017 | 29 |
| 7/2/2017 | 20 |
| 7/7/2017 | 32 |
| 7/8/2017 | 25 |
| 7/9/2017 | 22 |
| 7/14/2017 | 37 |
| 7/15/2017 | 21 |
| 7/16/2017 | 24 |
| 7/21/2017 | 43 |
| 7/22/2017 | 36 |
| 7/23/2017 | 34 |
| 7/28/2017 | 33 |
| 7/29/2017 | 23 |
| 7/30/2017 | 29 |
| 8/4/2017 | 37 |
| 8/5/2017 | 32 |
| 8/6/2017 | 38 |
| 8/11/2017 | 38 |
| 8/12/2017 | 30 |
| 8/13/2017 | 39 |
| 8/18/2017 | 42 |
| 8/19/2017 | 32 |
| 8/20/2017 | 33 |
| 8/25/2017 | 49 |
| 8/26/2017 | 34 |
| 8/27/2017 | 44 |
| 9/1/2017 | 49 |
| 9/2/2017 | 35 |

TAB 9(B)

| ORIGINAL<br>Number of *flights* flown by reserves on a day | |
|---|---|
| 9/3/2017 Sunday | 87 |
| 9/8/2017 Friday | 123 |
| 9/9/2017 Saturday | 69 |
| 9/10/2017 Sunday | 119 |
| 9/15/2017 Friday | 166 |
| 9/16/2017 Saturday | 108 |
| 9/17/2017 Sunday | 123 |
| 9/22/2017 Friday | 137 |
| 9/23/2017 Saturday | 100 |
| 9/24/2017 Sunday | 143 |
| 9/29/2017 Friday | 127 |
| 9/30/2017 Saturday | 93 |
| 10/1/2017 Sunday | 108 |
| 10/6/2017 Friday | 119 |
| 10/7/2017 Saturday | 93 |
| 10/8/2017 Sunday | 134 |
| 10/13/2017 Friday | 135 |
| 10/14/2017 Saturday | 80 |
| 10/15/2017 Sunday | 106 |
| 10/20/2017 Friday | 134 |
| 10/21/2017 Saturday | 84 |
| 10/22/2017 Sunday | 125 |
| 10/27/2017 Friday | 134 |
| 10/28/2017 Saturday | 100 |
| 10/29/2017 Sunday | 150 |
| 11/3/2017 Friday | 98 |
| 11/4/2017 Saturday | 67 |
| 11/5/2017 Sunday | 103 |
| 11/10/2017 Friday | 92 |
| 11/11/2017 Saturday | 70 |
| 11/12/2017 Sunday | 103 |
| 11/17/2017 Friday | 93 |
| 11/18/2017 Saturday | 65 |
| 11/19/2017 Sunday | 76 |
| 11/24/2017 Friday | 76 |
| 11/25/2017 Saturday | 117 |
| 11/26/2017 Sunday | 82 |
| 12/1/2017 Friday | 76 |
| 12/2/2017 Saturday | 58 |
| 12/3/2017 Sunday | 47 |
| 12/8/2017 Friday | 51 |
| 12/9/2017 Saturday | 46 |

| NEW<br>Number of *reserve pilots* that flew on a day | |
|---|---|
| 9/3/2017 | 32 |
| 9/8/2017 | 38 |
| 9/9/2017 | 29 |
| 9/10/2017 | 40 |
| 9/15/2017 | 48 |
| 9/16/2017 | 41 |
| 9/17/2017 | 41 |
| 9/22/2017 | 46 |
| 9/23/2017 | 41 |
| 9/24/2017 | 45 |
| 9/29/2017 | 42 |
| 9/30/2017 | 37 |
| 10/1/2017 | 46 |
| 10/6/2017 | 37 |
| 10/7/2017 | 38 |
| 10/8/2017 | 46 |
| 10/13/2017 | 45 |
| 10/14/2017 | 33 |
| 10/15/2017 | 42 |
| 10/20/2017 | 46 |
| 10/21/2017 | 38 |
| 10/22/2017 | 43 |
| 10/27/2017 | 48 |
| 10/28/2017 | 41 |
| 10/29/2017 | 57 |
| 11/3/2017 | 37 |
| 11/4/2017 | 28 |
| 11/5/2017 | 40 |
| 11/10/2017 | 38 |
| 11/11/2017 | 30 |
| 11/12/2017 | 36 |
| 11/17/2017 | 33 |
| 11/18/2017 | 29 |
| 11/19/2017 | 30 |
| 11/24/2017 | 32 |
| 11/25/2017 | 44 |
| 11/26/2017 | 35 |
| 12/1/2017 | 27 |
| 12/2/2017 | 21 |
| 12/3/2017 | 19 |
| 12/8/2017 | 21 |
| 12/9/2017 | 26 |

TAB 9(B)

| ORIGINAL<br>Number of *flights* flown by reserves on a day | |
|---|---|
| 12/10/2017 Sunday | 44 |
| 12/15/2017 Friday | 60 |
| 12/16/2017 Saturday | 39 |
| 12/17/2017 Sunday | 52 |
| 12/22/2017 Friday | 54 |
| 12/23/2017 Saturday | 41 |
| 12/24/2017 Sunday | 31 |
| 12/29/2017 Friday | 59 |
| 12/30/2017 Saturday | 60 |
| 12/31/2017 Sunday | 42 |
| 1/5/2018 Friday | 50 |
| 1/6/2018 Saturday | 22 |
| 1/7/2018 Sunday | 26 |
| 1/12/2018 Friday | 70 |
| 1/13/2018 Saturday | 27 |
| 1/14/2018 Sunday | 25 |
| 1/19/2018 Friday | 60 |
| 1/20/2018 Saturday | 33 |
| 1/21/2018 Sunday | 49 |
| 1/26/2018 Friday | 84 |
| 1/27/2018 Saturday | 35 |
| 1/28/2018 Sunday | 58 |
| 2/2/2018 Friday | 63 |
| 2/3/2018 Saturday | 15 |
| 2/4/2018 Sunday | 25 |
| 2/9/2018 Friday | 48 |
| 2/10/2018 Saturday | 24 |
| 2/11/2018 Sunday | 36 |
| 2/16/2018 Friday | 76 |
| 2/17/2018 Saturday | 44 |
| 2/18/2018 Sunday | 45 |
| 2/23/2018 Friday | 67 |
| 2/24/2018 Saturday | 39 |
| 2/25/2018 Sunday | 57 |
| 3/2/2018 Friday | 71 |
| 3/3/2018 Saturday | 33 |
| 3/4/2018 Sunday | 36 |
| 3/9/2018 Friday | 90 |
| 3/10/2018 Saturday | 46 |
| 3/11/2018 Sunday | 46 |
| 3/16/2018 Friday | 54 |
| 3/17/2018 Saturday | 28 |

| NEW<br>Number of *reserve pilots* that flew on a day | |
|---|---|
| 12/10/2017 | 18 |
| 12/15/2017 | 25 |
| 12/16/2017 | 19 |
| 12/17/2017 | 23 |
| 12/22/2017 | 19 |
| 12/23/2017 | 17 |
| 12/24/2017 | 13 |
| 12/29/2017 | 23 |
| 12/30/2017 | 25 |
| 12/31/2017 | 21 |
| 1/5/2018 | 19 |
| 1/6/2018 | 12 |
| 1/7/2018 | 13 |
| 1/12/2018 | 24 |
| 1/13/2018 | 15 |
| 1/14/2018 | 12 |
| 1/19/2018 | 22 |
| 1/20/2018 | 17 |
| 1/21/2018 | 19 |
| 1/26/2018 | 28 |
| 1/27/2018 | 18 |
| 1/28/2018 | 18 |
| 2/2/2018 | 21 |
| 2/3/2018 | 7 |
| 2/4/2018 | 11 |
| 2/9/2018 | 22 |
| 2/10/2018 | 13 |
| 2/11/2018 | 14 |
| 2/16/2018 | 30 |
| 2/17/2018 | 21 |
| 2/18/2018 | 16 |
| 2/23/2018 | 25 |
| 2/24/2018 | 14 |
| 2/25/2018 | 22 |
| 3/2/2018 | 27 |
| 3/3/2018 | 16 |
| 3/4/2018 | 14 |
| 3/9/2018 | 30 |
| 3/10/2018 | 21 |
| 3/11/2018 | 16 |
| 3/16/2018 | 20 |
| 3/17/2018 | 13 |

| ORIGINAL<br>Number of *flights* flown<br>by reserves on a day | | | NEW<br>Number of *reserve pilots*<br>that flew on a day | |
|---|---|---|---|---|
| 3/18/2018 | Sunday | 35 | 3/18/2018 | 13 |
| 3/23/2018 | Friday | 76 | 3/23/2018 | 29 |
| 3/24/2018 | Saturday | 48 | 3/24/2018 | 22 |
| 3/25/2018 | Sunday | 60 | 3/25/2018 | 23 |
| 3/30/2018 | Friday | 86 | 3/30/2018 | 32 |
| 3/31/2018 | Saturday | 62 | 3/31/2018 | 27 |
| 4/1/2018 | Sunday | 55 | 4/1/2018 | 26 |
| 4/6/2018 | Friday | 78 | 4/6/2018 | 26 |
| 4/7/2018 | Saturday | 34 | 4/7/2018 | 12 |
| 4/8/2018 | Sunday | 54 | 4/8/2018 | 19 |
| 4/13/2018 | Friday | 66 | 4/13/2018 | 25 |
| 4/14/2018 | Saturday | 34 | 4/14/2018 | 15 |
| 4/15/2018 | Sunday | 66 | 4/15/2018 | 28 |
| 4/20/2018 | Friday | 83 | 4/20/2018 | 27 |
| 4/21/2018 | Saturday | 53 | 4/21/2018 | 22 |
| 4/22/2018 | Sunday | 67 | 4/22/2018 | 27 |
| 4/27/2018 | Friday | 72 | 4/27/2018 | 24 |
| 4/28/2018 | Saturday | 63 | 4/28/2018 | 25 |
| 4/29/2018 | Sunday | 88 | 4/29/2018 | 32 |
| 5/4/2018 | Friday | 87 | 5/4/2018 | 28 |
| 5/5/2018 | Saturday | 43 | 5/5/2018 | 18 |
| 5/6/2018 | Sunday | 61 | 5/6/2018 | 25 |
| 5/11/2018 | Friday | 100 | 5/11/2018 | 33 |
| 5/12/2018 | Saturday | 55 | 5/12/2018 | 25 |
| 5/13/2018 | Sunday | 58 | 5/13/2018 | 22 |
| 5/18/2018 | Friday | 98 | 5/18/2018 | 34 |
| 5/19/2018 | Saturday | 71 | 5/19/2018 | 29 |
| 5/20/2018 | Sunday | 64 | 5/20/2018 | 26 |
| 5/25/2018 | Friday | 93 | 5/25/2018 | 32 |
| 5/26/2018 | Saturday | 39 | 5/26/2018 | 17 |
| 5/27/2018 | Sunday | 38 | 5/27/2018 | 16 |
| 6/1/2018 | Friday | 64 | 6/1/2018 | 21 |
| 6/2/2018 | Saturday | 30 | 6/2/2018 | 12 |
| 6/3/2018 | Sunday | 40 | 6/3/2018 | 16 |
| 6/8/2018 | Friday | 105 | 6/8/2018 | 31 |
| 6/9/2018 | Saturday | 37 | 6/9/2018 | 15 |
| 6/10/2018 | Sunday | 46 | 6/10/2018 | 16 |
| 6/15/2018 | Friday | 112 | 6/15/2018 | 39 |
| 6/16/2018 | Saturday | 48 | 6/16/2018 | 21 |
| 6/17/2018 | Sunday | 63 | 6/17/2018 | 25 |
| 6/22/2018 | Friday | 126 | 6/22/2018 | 45 |
| 6/23/2018 | Saturday | 67 | 6/23/2018 | 27 |

| ORIGINAL<br>Number of *flights* flown by reserves on a day | |
|---|---|
| 6/24/2018 Sunday | 96 |
| 6/29/2018 Friday | 135 |
| 6/30/2018 Saturday | 77 |
| 7/1/2018 Sunday | 64 |
| 7/6/2018 Friday | 76 |
| 7/7/2018 Saturday | 68 |
| 7/8/2018 Sunday | 88 |
| 7/13/2018 Friday | 96 |
| 7/14/2018 Saturday | 67 |
| 7/15/2018 Sunday | 57 |
| 7/20/2018 Friday | 94 |
| 7/21/2018 Saturday | 52 |
| 7/22/2018 Sunday | 65 |
| 7/27/2018 Friday | 76 |
| 7/28/2018 Saturday | 51 |
| 7/29/2018 Sunday | 69 |
| 8/3/2018 Friday | 44 |
| 8/4/2018 Saturday | 31 |
| 8/5/2018 Sunday | 27 |
| 8/10/2018 Friday | 50 |
| 8/11/2018 Saturday | 35 |
| 8/12/2018 Sunday | 33 |
| 8/17/2018 Friday | 27 |
| 8/18/2018 Saturday | 18 |
| 8/19/2018 Sunday | 24 |
| 8/24/2018 Friday | 28 |
| 8/25/2018 Saturday | 22 |
| 8/26/2018 Sunday | 31 |
| 8/31/2018 Friday | 37 |
| 9/1/2018 Saturday | 12 |
| 9/2/2018 Sunday | 10 |
| 9/7/2018 Friday | 28 |
| 9/8/2018 Saturday | 15 |
| 9/9/2018 Sunday | 23 |
| 9/14/2018 Friday | 44 |
| 9/15/2018 Saturday | 18 |
| 9/16/2018 Sunday | 37 |
| 9/21/2018 Friday | 49 |
| 9/22/2018 Saturday | 17 |
| 9/23/2018 Sunday | 38 |
| 9/28/2018 Friday | 39 |
| 9/29/2018 Saturday | 26 |

| NEW<br>Number of *reserve pilots* that flew on a day | |
|---|---|
| 6/24/2018 | 33 |
| 6/29/2018 | 52 |
| 6/30/2018 | 29 |
| 7/1/2018 | 21 |
| 7/6/2018 | 25 |
| 7/7/2018 | 25 |
| 7/8/2018 | 28 |
| 7/13/2018 | 33 |
| 7/14/2018 | 26 |
| 7/15/2018 | 25 |
| 7/20/2018 | 34 |
| 7/21/2018 | 26 |
| 7/22/2018 | 26 |
| 7/27/2018 | 30 |
| 7/28/2018 | 23 |
| 7/29/2018 | 32 |
| 8/3/2018 | 15 |
| 8/4/2018 | 14 |
| 8/5/2018 | 8 |
| 8/10/2018 | 16 |
| 8/11/2018 | 14 |
| 8/12/2018 | 11 |
| 8/17/2018 | 11 |
| 8/18/2018 | 9 |
| 8/19/2018 | 10 |
| 8/24/2018 | 10 |
| 8/25/2018 | 9 |
| 8/26/2018 | 15 |
| 8/31/2018 | 15 |
| 9/1/2018 | 6 |
| 9/2/2018 | 5 |
| 9/7/2018 | 10 |
| 9/8/2018 | 6 |
| 9/9/2018 | 9 |
| 9/14/2018 | 18 |
| 9/15/2018 | 10 |
| 9/16/2018 | 14 |
| 9/21/2018 | 21 |
| 9/22/2018 | 9 |
| 9/23/2018 | 14 |
| 9/28/2018 | 15 |
| 9/29/2018 | 10 |

TAB 9(B)

| **ORIGINAL**<br>Number of *flights* flown by reserves on a day | |
|---|---|
| 9/30/2018 Sunday | 36 |
| 10/5/2018 Friday | 32 |
| 10/6/2018 Saturday | 18 |
| 10/7/2018 Sunday | 25 |
| 10/12/2018 Friday | 29 |
| 10/13/2018 Saturday | 16 |
| 10/14/2018 Sunday | 31 |
| 10/19/2018 Friday | 36 |
| 10/20/2018 Saturday | 16 |
| 10/21/2018 Sunday | 38 |
| 10/26/2018 Friday | 22 |
| 10/27/2018 Saturday | 10 |
| 10/28/2018 Sunday | 20 |
| 11/2/2018 Friday | 31 |
| 11/3/2018 Saturday | 16 |
| 11/4/2018 Sunday | 31 |
| 11/9/2018 Friday | 54 |
| 11/10/2018 Saturday | 39 |
| 11/11/2018 Sunday | 37 |
| 11/16/2018 Friday | 55 |
| 11/17/2018 Saturday | 36 |
| 11/18/2018 Sunday | 40 |
| 11/23/2018 Friday | 27 |
| 11/24/2018 Saturday | 47 |
| 11/25/2018 Sunday | 65 |
| 11/30/2018 Friday | 37 |
| 12/1/2018 Saturday | 24 |
| 12/2/2018 Sunday | 29 |
| 12/7/2018 Friday | 37 |
| 12/8/2018 Saturday | 20 |
| 12/9/2018 Sunday | 11 |
| 12/14/2018 Friday | 52 |
| 12/15/2018 Saturday | 19 |
| 12/16/2018 Sunday | 36 |
| 12/21/2018 Friday | 55 |
| 12/22/2018 Saturday | 51 |
| 12/23/2018 Sunday | 42 |
| 12/28/2018 Friday | 65 |
| 12/29/2018 Saturday | 62 |
| 12/30/2018 Sunday | 49 |
| 1/4/2019 Friday | 35 |
| 1/5/2019 Saturday | 25 |

| **NEW**<br>Number of *reserve pilots* that flew on a day | |
|---|---|
| 9/30/2018 | 13 |
| 10/5/2018 | 11 |
| 10/6/2018 | 7 |
| 10/7/2018 | 8 |
| 10/12/2018 | 12 |
| 10/13/2018 | 9 |
| 10/14/2018 | 12 |
| 10/19/2018 | 16 |
| 10/20/2018 | 8 |
| 10/21/2018 | 14 |
| 10/26/2018 | 11 |
| 10/27/2018 | 5 |
| 10/28/2018 | 7 |
| 11/2/2018 | 10 |
| 11/3/2018 | 8 |
| 11/4/2018 | 12 |
| 11/9/2018 | 20 |
| 11/10/2018 | 18 |
| 11/11/2018 | 15 |
| 11/16/2018 | 21 |
| 11/17/2018 | 16 |
| 11/18/2018 | 14 |
| 11/23/2018 | 8 |
| 11/24/2018 | 17 |
| 11/25/2018 | 17 |
| 11/30/2018 | 15 |
| 12/1/2018 | 11 |
| 12/2/2018 | 12 |
| 12/7/2018 | 16 |
| 12/8/2018 | 9 |
| 12/9/2018 | 7 |
| 12/14/2018 | 21 |
| 12/15/2018 | 10 |
| 12/16/2018 | 16 |
| 12/21/2018 | 17 |
| 12/22/2018 | 20 |
| 12/23/2018 | 17 |
| 12/28/2018 | 22 |
| 12/29/2018 | 23 |
| 12/30/2018 | 21 |
| 1/4/2019 | 14 |
| 1/5/2019 | 13 |

| **ORIGINAL**<br>Number of *flights* flown<br>by reserves on a day | |
|---|---|
| 1/6/2019 Sunday | 33 |
| 1/11/2019 Friday | 10 |
| 1/12/2019 Saturday | 14 |
| 1/13/2019 Sunday | 12 |
| 1/18/2019 Friday | 57 |
| 1/19/2019 Saturday | 20 |
| 1/20/2019 Sunday | 36 |
| 1/25/2019 Friday | 40 |
| 1/26/2019 Saturday | 31 |
| 1/27/2019 Sunday | 26 |
| 2/1/2019 Friday | 53 |
| 2/2/2019 Saturday | 36 |
| 2/3/2019 Sunday | 18 |
| 2/8/2019 Friday | 49 |
| 2/9/2019 Saturday | 32 |
| 2/10/2019 Sunday | 24 |
| 2/15/2019 Friday | 58 |
| 2/16/2019 Saturday | 16 |
| 2/17/2019 Sunday | 31 |
| 2/22/2019 Friday | 47 |
| 2/23/2019 Saturday | 14 |
| 2/24/2019 Sunday | 29 |
| 3/1/2019 Friday | 46 |
| 3/2/2019 Saturday | 21 |
| 3/3/2019 Sunday | 27 |
| 3/8/2019 Friday | 48 |
| 3/9/2019 Saturday | 31 |
| 3/10/2019 Sunday | 39 |
| 3/15/2019 Friday | 50 |
| 3/16/2019 Saturday | 30 |
| 3/17/2019 Sunday | 31 |
| 3/22/2019 Friday | 64 |
| 3/23/2019 Saturday | 38 |
| 3/24/2019 Sunday | 26 |
| 3/29/2019 Friday | 70 |
| 3/30/2019 Saturday | 32 |
| 3/31/2019 Sunday | 34 |
| 4/5/2019 Friday | 71 |
| 4/6/2019 Saturday | 40 |
| 4/7/2019 Sunday | 60 |
| 4/12/2019 Friday | 113 |
| 4/13/2019 Saturday | 72 |

| **NEW**<br>Number of *reserve pilots*<br>that flew on a day | |
|---|---|
| 1/6/2019 | 17 |
| 1/11/2019 | 5 |
| 1/12/2019 | 7 |
| 1/13/2019 | 6 |
| 1/18/2019 | 22 |
| 1/19/2019 | 9 |
| 1/20/2019 | 16 |
| 1/25/2019 | 14 |
| 1/26/2019 | 11 |
| 1/27/2019 | 11 |
| 2/1/2019 | 18 |
| 2/2/2019 | 14 |
| 2/3/2019 | 10 |
| 2/8/2019 | 21 |
| 2/9/2019 | 14 |
| 2/10/2019 | 11 |
| 2/15/2019 | 24 |
| 2/16/2019 | 11 |
| 2/17/2019 | 14 |
| 2/22/2019 | 18 |
| 2/23/2019 | 9 |
| 2/24/2019 | 10 |
| 3/1/2019 | 17 |
| 3/2/2019 | 8 |
| 3/3/2019 | 8 |
| 3/8/2019 | 16 |
| 3/9/2019 | 12 |
| 3/10/2019 | 13 |
| 3/15/2019 | 18 |
| 3/16/2019 | 13 |
| 3/17/2019 | 11 |
| 3/22/2019 | 22 |
| 3/23/2019 | 13 |
| 3/24/2019 | 10 |
| 3/29/2019 | 20 |
| 3/30/2019 | 13 |
| 3/31/2019 | 15 |
| 4/5/2019 | 25 |
| 4/6/2019 | 19 |
| 4/7/2019 | 23 |
| 4/12/2019 | 40 |
| 4/13/2019 | 31 |

**ORIGINAL**

Number of *flights* flown by reserves on a day

| | |
|---|---|
| 4/14/2019 Sunday | 79 |
| 4/19/2019 Friday | 116 |
| 4/20/2019 Saturday | 69 |
| 4/21/2019 Sunday | 58 |
| 4/26/2019 Friday | 104 |
| 4/27/2019 Saturday | 62 |
| 4/28/2019 Sunday | 62 |
| 5/3/2019 Friday | 39 |
| 5/4/2019 Saturday | 21 |
| 5/5/2019 Sunday | 28 |
| 5/10/2019 Friday | 42 |
| 5/11/2019 Saturday | 21 |
| 5/12/2019 Sunday | 29 |
| 5/17/2019 Friday | 45 |
| 5/18/2019 Saturday | 31 |
| 5/19/2019 Sunday | 57 |
| 5/24/2019 Friday | 73 |
| 5/25/2019 Saturday | 34 |
| 5/26/2019 Sunday | 32 |
| 5/31/2019 Friday | 76 |
| 6/1/2019 Saturday | 31 |
| 6/2/2019 Sunday | 39 |
| 6/7/2019 Friday | 48 |
| 6/8/2019 Saturday | 28 |
| 6/9/2019 Sunday | 36 |
| 6/14/2019 Friday | 59 |
| 6/15/2019 Saturday | 34 |
| 6/16/2019 Sunday | 40 |
| 6/21/2019 Friday | 65 |
| 6/22/2019 Saturday | 53 |
| 6/23/2019 Sunday | 50 |
| 6/28/2019 Friday | 63 |
| 6/29/2019 Saturday | 38 |
| 6/30/2019 Sunday | 33 |
| 7/5/2019 Friday | 16 |
| 7/6/2019 Saturday | 33 |
| 7/7/2019 Sunday | 47 |
| 7/12/2019 Friday | 49 |
| 7/13/2019 Saturday | 20 |
| 7/14/2019 Sunday | 34 |
| 7/19/2019 Friday | 35 |
| 7/20/2019 Saturday | 51 |

**NEW**

Number of *reserve pilots* that flew on a day

| | |
|---|---|
| 4/14/2019 | 30 |
| 4/19/2019 | 40 |
| 4/20/2019 | 30 |
| 4/21/2019 | 23 |
| 4/26/2019 | 37 |
| 4/27/2019 | 26 |
| 4/28/2019 | 26 |
| 5/3/2019 | 11 |
| 5/4/2019 | 10 |
| 5/5/2019 | 11 |
| 5/10/2019 | 15 |
| 5/11/2019 | 10 |
| 5/12/2019 | 12 |
| 5/17/2019 | 16 |
| 5/18/2019 | 13 |
| 5/19/2019 | 21 |
| 5/24/2019 | 27 |
| 5/25/2019 | 15 |
| 5/26/2019 | 14 |
| 5/31/2019 | 25 |
| 6/1/2019 | 14 |
| 6/2/2019 | 14 |
| 6/7/2019 | 15 |
| 6/8/2019 | 14 |
| 6/9/2019 | 11 |
| 6/14/2019 | 20 |
| 6/15/2019 | 13 |
| 6/16/2019 | 11 |
| 6/21/2019 | 24 |
| 6/22/2019 | 20 |
| 6/23/2019 | 17 |
| 6/28/2019 | 18 |
| 6/29/2019 | 15 |
| 6/30/2019 | 14 |
| 7/5/2019 | 6 |
| 7/6/2019 | 11 |
| 7/7/2019 | 13 |
| 7/12/2019 | 15 |
| 7/13/2019 | 8 |
| 7/14/2019 | 11 |
| 7/19/2019 | 13 |
| 7/20/2019 | 16 |

| ORIGINAL<br>Number of *flights* flown<br>by reserves on a day | |
|---|---|
| 7/21/2019 Sunday | 71 |
| 7/26/2019 Friday | 62 |
| 7/27/2019 Saturday | 40 |
| 7/28/2019 Sunday | 63 |
| 8/2/2019 Friday | 40 |
| 8/3/2019 Saturday | 29 |
| 8/4/2019 Sunday | 36 |
| 8/9/2019 Friday | 36 |
| 8/10/2019 Saturday | 35 |
| 8/11/2019 Sunday | 32 |
| 8/16/2019 Friday | 66 |
| 8/17/2019 Saturday | 48 |
| 8/18/2019 Sunday | 41 |
| 8/23/2019 Friday | 88 |
| 8/24/2019 Saturday | 63 |
| 8/25/2019 Sunday | 65 |
| 8/30/2019 Friday | 95 |
| 8/31/2019 Saturday | 35 |
| 9/1/2019 Sunday | 26 |
| 9/6/2019 Friday | 83 |
| 9/7/2019 Saturday | 62 |
| 9/8/2019 Sunday | 49 |
| 9/13/2019 Friday | 62 |
| 9/14/2019 Saturday | 47 |
| 9/15/2019 Sunday | 43 |
| 9/20/2019 Friday | 82 |
| 9/21/2019 Saturday | 44 |
| 9/22/2019 Sunday | 57 |
| 9/27/2019 Friday | 71 |
| 9/28/2019 Saturday | 51 |
| 9/29/2019 Sunday | 78 |
| 10/4/2019 Friday | 37 |
| 10/5/2019 Saturday | 27 |
| 10/6/2019 Sunday | 26 |
| 10/11/2019 Friday | 58 |
| 10/12/2019 Saturday | 41 |
| 10/13/2019 Sunday | 57 |
| 10/18/2019 Friday | 32 |
| 10/19/2019 Saturday | 15 |
| 10/20/2019 Sunday | 19 |
| 10/25/2019 Friday | 82 |
| 10/26/2019 Saturday | 44 |

| NEW<br>Number of *reserve pilots*<br>that flew on a day | |
|---|---|
| 7/21/2019 | 24 |
| 7/26/2019 | 22 |
| 7/27/2019 | 18 |
| 7/28/2019 | 20 |
| 8/2/2019 | 14 |
| 8/3/2019 | 9 |
| 8/4/2019 | 14 |
| 8/9/2019 | 12 |
| 8/10/2019 | 14 |
| 8/11/2019 | 13 |
| 8/16/2019 | 23 |
| 8/17/2019 | 18 |
| 8/18/2019 | 17 |
| 8/23/2019 | 32 |
| 8/24/2019 | 22 |
| 8/25/2019 | 21 |
| 8/30/2019 | 32 |
| 8/31/2019 | 17 |
| 9/1/2019 | 11 |
| 9/6/2019 | 28 |
| 9/7/2019 | 22 |
| 9/8/2019 | 16 |
| 9/13/2019 | 25 |
| 9/14/2019 | 19 |
| 9/15/2019 | 19 |
| 9/20/2019 | 27 |
| 9/21/2019 | 20 |
| 9/22/2019 | 22 |
| 9/27/2019 | 26 |
| 9/28/2019 | 21 |
| 9/29/2019 | 24 |
| 10/4/2019 | 14 |
| 10/5/2019 | 10 |
| 10/6/2019 | 10 |
| 10/11/2019 | 18 |
| 10/12/2019 | 18 |
| 10/13/2019 | 20 |
| 10/18/2019 | 12 |
| 10/19/2019 | 6 |
| 10/20/2019 | 9 |
| 10/25/2019 | 23 |
| 10/26/2019 | 16 |

| ORIGINAL<br>Number of *flights* flown<br>by reserves on a day | |
|---|---|
| 10/27/2019 Sunday | 47 |
| 11/1/2019 Friday | 33 |
| 11/2/2019 Saturday | 19 |
| 11/3/2019 Sunday | 35 |
| 11/8/2019 Friday | 47 |
| 11/9/2019 Saturday | 20 |
| 11/10/2019 Sunday | 28 |
| 11/15/2019 Friday | 62 |
| 11/16/2019 Saturday | 28 |
| 11/17/2019 Sunday | 52 |
| 11/22/2019 Friday | 55 |
| 11/23/2019 Saturday | 47 |
| 11/24/2019 Sunday | 41 |
| 11/29/2019 Friday | 41 |
| 11/30/2019 Saturday | 74 |
| 12/1/2019 Sunday | 51 |
| 12/6/2019 Friday | 39 |
| 12/7/2019 Saturday | 26 |
| 12/8/2019 Sunday | 26 |
| 12/13/2019 Friday | 45 |
| 12/14/2019 Saturday | 38 |
| 12/15/2019 Sunday | 17 |
| 12/20/2019 Friday | 63 |
| 12/21/2019 Saturday | 54 |
| 12/22/2019 Sunday | 48 |
| 12/27/2019 Friday | 37 |
| 12/28/2019 Saturday | 19 |
| 12/29/2019 Sunday | 21 |

| NEW<br>Number of *reserve pilots*<br>that flew on a day | |
|---|---|
| 10/27/2019 | 16 |
| 11/1/2019 | 14 |
| 11/2/2019 | 8 |
| 11/3/2019 | 16 |
| 11/8/2019 | 19 |
| 11/9/2019 | 9 |
| 11/10/2019 | 11 |
| 11/15/2019 | 23 |
| 11/16/2019 | 11 |
| 11/17/2019 | 18 |
| 11/22/2019 | 20 |
| 11/23/2019 | 17 |
| 11/24/2019 | 15 |
| 11/29/2019 | 20 |
| 11/30/2019 | 29 |
| 12/1/2019 | 18 |
| 12/6/2019 | 13 |
| 12/7/2019 | 12 |
| 12/8/2019 | 12 |
| 12/13/2019 | 17 |
| 12/14/2019 | 13 |
| 12/15/2019 | 8 |
| 12/20/2019 | 21 |
| 12/21/2019 | 21 |
| 12/22/2019 | 15 |
| 12/27/2019 | 13 |
| 12/28/2019 | 9 |
| 12/29/2019 | 8 |

# EXHIBIT 34

Uncontrolled copy. Currency must be verified with the LESP before use.

SkyWest AIRLINES®

# Pilot Policy Manual

**REVISION 08**

**12 FEB 18**

Uncontrolled copy. Currency must be verified with the LESP before use.

INTENTIONALLY LEFT BLANK

Uncontrolled copy. Currency must be verified with the LESP before use.

# Record of Revisions

| Revision Number | Revision Date | Effective Date |
|---|---|---|
| Original | 10 FEB 11 | 10 FEB 11 |
| 01 | 06 MAY 11 | 06 MAY 11 |
| 02 | 15 MAR 12 | 15 MAR 12 |
| 03 | 01 APR 13 | 01 APR 13 |
| 04 | 01 APR 14 | 01 APR 14 |
| 05 | 31 JAN 15 | 31 JAN 15 |
| 06 | 01 OCT 15 | 01 OCT 15 |
| 07 | 01 NOV 16 | 01 NOV 16 |
| 08 | 12 FEB 18 | 12 FEB 18 |

Uncontrolled copy. Currency must be verified with the LESP before use.

INTENTIONALLY LEFT BLANK

Uncontrolled copy. Currency must be verified with the LESP before use.

# List of Effective Standard Practices

***Record of Revisions***

| Section | Rev # | Rev Date | Pages |
|---|---|---|---|
| ROR | 08 | 12 FEB 18 | 1-2 |

***List of Effective Standard Practices***

| Section | Rev # | Rev Date | Pages |
|---|---|---|---|
| LESP | 08 | 12 FEB 18 | 1-2 |

***Table of Contents***

| Section | Rev # | Rev Date | Pages |
|---|---|---|---|
| TOC | 08 | 12 FEB 18 | 1-2 |

| Standard Practice | Rev # | Rev Date | Pages |
|---|---|---|---|
| SP 3003 | 08 | 12 FEB 18 | 1-2 |
| SP 3005 | 08 | 12 FEB 18 | 1-14 |
| SP 3006 | 08 | 12 FEB 18 | 1-10 |
| SP 3007 | 06 | 01 OCT 15 | 1-10 |
| SP 3008 | 08 | 12 FEB 18 | 1-24 |
| SP 3009 | 08 | 12 FEB 18 | 1-8 |
| SP 3010 | 04 | 01 APR 14 | 1-2 |
| SP 3011 | 08 | 12 FEB 18 | 1-4 |
| SP 3012 | 06 | 01 OCT 15 | 1-2 |
| SP 3013 | 08 | 12 FEB 18 | 1-4 |
| SP 3014 | 05 | 31 JAN 15 | 1-2 |
| SP 3015 | 08 | 12 FEB 18 | 1-8 |
| SP 3016 | 05 | 31 JAN 15 | 1-2 |
| SP 3017 | 08 | 12 FEB 18 | 1-24 |
| SP 3018 | 08 | 12 FEB 18 | 1-12 |
| SP 3019 | Original | 10 FEB 11 | 1-2 |
| SP 3020 | 01 | 06 MAY 11 | 1-2 |
| SP 3021 | 08 | 12 FEB 18 | 1-6 |
| SP 3022 | 01 | 06 MAY 11 | 1-2 |
| SP 3023 | 08 | 12 FEB 18 | 1-6 |
| SP 3024 | 06 | 01 OCT 15 | 1-6 |
| SP 3025 | 01 | 06 MAY 11 | 1-4 |
| SP 3026 | 08 | 12 FEB 18 | 1-6 |
| SP 3027 | 08 | 12 FEB 18 | 1-6 |
| SP 3028 | 05 | 31 JAN 15 | 1-2 |
| SP 3029 | Original | 10 FEB 11 | 1-2 |
| SP 3030 | 04 | 01 APR 14 | 1-2 |
| SP 3031 | Original | 10 FEB 11 | 1-2 |
| SP 3032 | 04 | 01 APR 14 | 1-2 |
| SP 3033 | Original | 10 FEB 11 | 1-2 |
| SP 3034 | 08 | 12 FEB 18 | 1-4 |

Uncontrolled copy. Currency must be verified with the LESP before use.

***Index of Topics***



| **Section** | **Rev #** | **Rev Date** | **Pages** |
|---|---|---|---|
| Index | 08 | 12 FEB 18 | 1-6 |

Uncontrolled copy. Currency must be verified with the LESP before use.

# Table of Contents


Record of Revisions ........ ROR–1
List of Effective Standard Practices ........ LESP–1
Table of Contents ........ TOC–1
Letter of Agreement ........ 3003.1
Definitions ........ 3005.1
Personnel Files, Rules of Conduct, and Pilot Reliability ........ 3006.1
Pilot Personal Appearance, Grooming, and Uniforms ........ 3007.1
Compensation ........ 3008.1
Expenses ........ 3009.1
Deadheading ........ 3010.1
Vacation Time ........ 3011.1
User Time ........ 3012.1
Leave of Absences, On-the-Job Injuries, and Workers' Compensation ........ 3013.1
Pilot Physical Standards and Examination ........ 3014.1
Training ........ 3015.1
Hours of Service ........ 3016.1
Scheduling ........ 3017.1
Reserve ........ 3018.1
Transferring to Non-Flying or Supervisory Duty ........ 3019.1
Miscellaneous Flying ........ 3020.1
Seniority ........ 3021.1
Reduction of Positions at a Domicile / Furlough and Recall ........ 3022.1
Filling of Vacancies and Training Freezes ........ 3023.1
Corrective Action and Employment Separation ........ 3024.1
Pilot Appeals Procedure and Policy Interpretation Complaints ........ 3025.1
Jumpseat ........ 3026.1
SkyWest Airlines Pilot Compensation ........ 3027.1
Historical Block-to-Block Times ........ 3028.1
Reserved ........ 3029.1
Reserved ........ 3030.1
Letter of Instruction ........ 3031.1
Agreement for Performance ........ 3032.1
Counseling Statement ........ 3033.1
HIMS Program ........ 3034.1
Index of Topics ........ Index–1

Flight Operations SkedPlus+ User's Guide

Uncontrolled copy. Currency must be verified with the LESP before use.

**INTENTIONALLY LEFT BLANK**

Uncontrolled copy. Currency must be verified with the LESP before use.

SkyWest AIRLINES

**Letter of Agreement between SkyWest Airlines, Inc.**
**and the SkyWest Airlines Pilot Association**

The following is an agreement between SkyWest Airlines and its pilots regarding the policies and procedures of SkyWest's Flight Operations Department.

General:

A. This Agreement covers all standard practices included in this Pilot Policy Manual and the Flight Operations SkedPlus+ User's Guide.

B. SkyWest Airlines, Inc. and the SkyWest Airlines Pilot Association agree to abide by the policies and procedures contained herein.

C. This Policy Manual will remain in effect indefinitely. Changes to the policies and procedures, including pay scales and per diem, can be made at any time, but only after a written revision approved and signed by all affected parties.

D. The Employee Incentive Plan contained within the Company Policy Manual will apply to pilots.

E. No policy within this manual shall remain in effect if it is discovered to be in violation of law. Other than the specific policies set forth in this manual, the Company retains authority to manage and direct its pilots, including creating or revoking Company Policy. Should any conflict arise between Company Policy and pilot policy, this Pilot Policy Manual shall control.

[signature]
Michael Thompson
Chief Operating Officer, SkyWest Airlines
02/09/18
Date

[signature]
Tracy T. Gallo
Vice President Flight Operations, SkyWest Airlines
01/09/18
Date

[signature]
Russell Jacobie
President of SkyWest Airlines Pilot Association (SAPA)
12/31/17
Date

*444 South River Road*
*St. George, Utah 84790*
*435.634.3700*
*www.skywest.com*

Uncontrolled copy. Currency must be verified with the LESP before use.

INTENTIONALLY LEFT BLANK

Uncontrolled copy. Currency must be verified with the LESP before use.

**actual block-to-block**

a. That period of time beginning when an aircraft first leaves the blocks (via power or push back) for purposes of flight and ending when the aircraft next comes to rest at the ramp blocks at any station or other point of termination.

**add (pairing)**

a. When a pilot or Crew Support adds a pairing to the pilot's awarded bid or reserve adjusted bid.

**anticipated lines**

a. The projected number of lines to be built by the PBS as determined by Crew Planning and the Preferential Bidding software.

→

→

**Aspen bid guarantee**

a. The minimum value of the credit hours contained within an awarded bid will be no less than 83 hours for regular Aspen line holders and 75:36 hours for all Aspen reserve line holders.

**Aspen pilot**

a. A Denver-based CRJ pilot that has received the specialized training for the ASE and EGE airports and is on the monthly Aspen seniority bid list in the Aspen crewmember bid package.

**assignment**

a. Any time a pilot is required to report for duty.

**awarded bid**

a. The regular or reserve line awarded, by pilot seniority, by the PBS, or composite lines as completed by Crew Support in accordance with Pilot Policy Manual SP 3017 Scheduling.

**bid eligibility**

a. A list constructed by the Company of pilots eligible to bid.

**bid period**

a. A bid period includes the first day through the last day of each calendar month, with the exceptions listed in Pilot Policy Manual SP 3017 Scheduling.

Uncontrolled copy. Currency must be verified with the LESP before use.

**bid window**

a. The period of time for pilots to bid from 0900 Mountain Time on the 10th to 0900 Mountain Time on the 17th of each bid period.

**bucket**

a. This refers to a grouping of reserve pilots. Each bucket will consist of reserve pilots available for the same number of reserve days prior to their next day off.

**build-up line**

a. A line of flying used by high minimums pilots to obtain 100 hours of flight time in any type of aircraft.

**calendar day**

a. A 24-hour period from 0000 through 2359 local time. A flight segment originating in one calendar day or flight pairing(s), which due to irregular operations (not to include modified pairings) extends into the next calendar day, will be considered to have terminated in the first calendar day.

**calendar month**

a. The period from the first day to and including the last day of each calendar month of the year.

**calendar week**

a. The period from Sunday through Saturday inclusive.

**captain**

a. A pilot who is in command of the aircraft and its crew while on duty and who is responsible for the manipulation of the controls of an aircraft including taxi, takeoff, and landing of such aircraft, who is properly qualified and designated by the Company to serve and who holds a current effective airmen's certificate authorizing him/her to serve as such pilot.

**carry-in/carry-out pairing**

a. A pairing that begins in one bid period and operates into the subsequent bid period.

**co-domicile**

a. Two or more geographical locations within 40 road miles of each other where pilots can receive an assignment and not qualify for driving expenses. Pilots utilizing a co-domicile will return to the airport of departure at the completion of an assignment.

Uncontrolled copy. Currency must be verified with the LESP before use.

**Company**

a. SkyWest Airlines, Inc.

**composite line**

a. A partial line built by PBS that is not included in the minimum number of regular lines. This may consist of both awarded pairings and reserve availability periods.

**Counseling Statement**

a. Written notification of repeated and/or more serious infractions, performance, or behavioral issues. Counseling sessions require in-depth discussion and documentation to include definition of infraction, performance, or behavioral issue, consequences and/or results of the actions or behaviors, clarifications of expectations for improved performance, and follow-up actions and responsibilities of both the pilot and the chief pilot.

**credit hours**

a. The value of hours worked for pay purposes. Refer to Pilot Policy Manual SP 3008 Compensation (Determining Credit Hours paragraph).

**crewmember**

a. Any pilot, flight attendant, or person required for the safe operation of an aircraft in flight.

**daily vacation rate**

a. The established value for each day of vacation.

**date of hire**, acronym **DOH**

a. The date a pilot reports to initial ground school training (after the date of acquisition of Sunaire by SkyWest Airlines, Inc.).

**day**

a. Any 24-hour period.

**day off**

a. A day or days that are free from all assignments, including travel.

**deadhead/deadhead time**

a. The actual flight time spent by a pilot in travel from one point to another at the direction of the Company, either for duty or returning from duty. Deadhead time will be considered duty time.

Uncontrolled copy. Currency must be verified with the LESP before use.

**Designated Mountainous Airport**, acronym **DMA**

a. An airport within the SkyWest Airlines system that requires special pilot training (simulator or aircraft), currency, and operating requirements, as specifically applied to:

1. Aspen-Pitkin County Airport, Aspen, Colorado (ASE), and
2. Vail-Eagle County Airport, Vail, Colorado (EGE), and
3. Any other airports designated by the Vice President of Flight Operations

**Designated Mountainous Airport Pilot**

a. A pilot who is current and qualified for operation into a Designated Mountainous Airport.

**Discussion and Action**

a. Oral notification and discussion of infraction. The pilot is requested to attend a meeting with their respective chief pilot to discuss the infraction and actions expected to correct a performance issue.

**displacement**

a. A pilot is considered displaced when removed from all or part of his/her scheduled flight pairings by a management pilot, a reserve line holder obtaining flying prior to a checkride, or displaced due to initial operating experience (IOE) or training purpose (including a checkride).

**domicile**

a. A geographical location designated by the Company where pilots are based. All domiciles shall include an airport to which the Company provides or intends to provide regularly scheduled service. A pilot will not have more than one domicile.

**drop (pairing)**

a. When a pilot or Crew Support drops a pairing from a pilot's awarded bid or reserve adjusted bid.

**duty**

a. Any task that a pilot performs as required by the Company, including but not limited to flight duty period, flight duty, pre- and post-flight duties, administrative work, training, deadhead transportation, aircraft positioning on the ground, aircraft loading, and aircraft servicing.

**duty day**

a. Any day that a pilot has been issued an assignment or on-call reserve assignment.

Uncontrolled copy. Currency must be verified with the LESP before use.

**duty guarantee**

a. The credit hours of work determined at a rate of one hour of pay for each two hours of scheduled duty time up to 12 hours within a scheduled duty day.

**duty time**

a. The time beginning at the report for duty time and terminating at the release from duty time.

**Exchange (pairing)**

a. When a pilot replaces an assigned pairing(s) for a pairing(s) in open time.

**fatigue**

a. A physiological state of reduced mental or physical performance capability resulting from lack of sleep or increased physical activity that can reduce a pilot's alertness and ability to safely operate an aircraft or perform safety-related duties.

**first officer**

a. A pilot who is second-in-command (SIC) and any part of whose duty is to assist or relieve the captain in the manipulation of the controls of an aircraft including takeoff and landing of such aircraft, who is properly qualified to serve as and who holds a current effective airman's certificate authorizing him/her to serve as first officer, and who is designated by the Company to serve as such.

**first out**

a. The first pilot to be called from a reserve status.

**fit for duty**

a. Physiologically and mentally prepared and capable of performing assigned duties at the highest degree of safety.

**flight attendant**

a. Individual hired by the Company who has successfully completed all training requirements to ensure in-flight safety pursuant to Federal Aviation Regulations (FARs) and Company regulations and will include those flight attendants whose names appear on the Company system seniority list prepared by the Company.

**flight duty period**, acronym **FDP**

a. A period that begins when a pilot is required to report for duty with the intention of conducting a flight, a series of flights, or positioning or ferrying flights, and ends when the aircraft is parked after the last flight and there is no intention for further aircraft movement by the same pilot. A flight duty period includes the duties performed by the pilot on behalf of the certificate holder that occur before a flight segment or between flight segments without a required intervening rest period.

Uncontrolled copy. Currency must be verified with the LESP before use.

**flight time**

a. The elapsed time of the actual block-to-block.

**FMLA**

a. Family Medical Leave Act

**full-time instructor pilot**

a. A pilot assigned to the Training Department and whose name does not appear on the bid eligibility list. His/her name will continue to appear on the seniority list.

**furlough**

a. The removal of a pilot from active service due to a reduction in force, or the period of time during which such pilot is not in active employment with the Company as a pilot due to such reduction in force or flying.

**high minimums**

a. Pilots with less than 100 hours in a specific type of aircraft.

**historical block-to-block**

a. The simple average of historical block-to-block time over a specified route, expressed in minutes.

b. On new routes with no historical block-to-block times, an approved mathematical formula or secondary reference period will be used until sufficient data is available. (Refer to Pilot Policy Manual SP 3028 Historical Block-to-Block Times.)

**Industry experience**

a. Amount of time (In days, weeks, months, and years) counted towards a pilot's pay scale and benefits (401K match, profit sharing, and User/Vacation accrual rates). A pilot may combine their current time of service at SkyWest Airlines with their total time at one other FAR 121 carrier.

**Initial Training**

a. Training a new hire receives before commencing his/her first line assignment at the Company.

**IOE**

a. Initial Operating Experience

Uncontrolled copy. Currency must be verified with the LESP before use.

**junior manned**

a. Any pairing or modified pairing assignment given by the Company that requires or results in a pilot working on a scheduled day(s) off. When a pilot is required to be junior manned by the Company, it will be by reverse seniority. When a pilot volunteers to be available for junior manning, it will be on a seniority basis. A junior-manned assignment will be considered overtime.

**layover**

a. The period of time during which a pilot is relieved from duty away from his/her domicile for the purpose of legal rest.

**Letter of Instruction**, acronym **LOI**

a. Initial written warning notification of an infraction, performance, or behavioral issue. Discussion and documentation to include definition of infraction, performance, or behavioral issue, consequences and/or results of the actions or behaviors, expectations for improved performance, and follow-up actions and responsibilities of both the pilot and the chief pilot.

**long-call reserve**, acronym **LCR**

a. On-call status where a pilot is required to report for duty following a legal rest period but no earlier than 12 hours after notification.

**longevity**

a. The months or years of service accumulated by a pilot since his/her most recent date of hire.

**long term training**

a. Any required training event scheduled for more than 15 days.

**management pilot**

a. A pilot holding a seniority number on the Company's pilot seniority number list who is currently filling a position in a management capacity.

**minimum bid guarantee**

a. The minimum value of the credit hours contained within an awarded bid, which will be no less than:
   - 75 hours for regular line holders on the CRJ and ERJ 175
   - 80 hours for regular line holders on the EMB 120
   - 75:36 hours for all reserve line holders

**minimum daily guarantee**

a. The credit hour value of a pairing which guarantees at least 4:12 hours of pay for each duty day scheduled to work except for split duty overnights.

**minimum number of regular lines**

a. The number of lines guaranteed to receive credit hours as regular lines.

**minimum reserve staffing**, acronym **MRS**

a. A Company-published value that establishes a targeted minimum number of reserve pilots for any given day (per seat, per base, per equipment).

**modified pairing**

a. A pairing which has been changed, by Crew Support or Flight Control, due to the deletion of, or the addition of, flight segments to the original pairing.

**month**

a. Refer to calendar month.

**multi-day pairing**

a. A pairing consisting of more than one duty day.

**OJI**

a. On-the-Job Injury

**on-call reserve assignment**

a. Short-call reserve availability period or long-call reserve.

**open time**

a. An unassigned pairing other than restricted open time available within SkedPlus+.

**operational decision**

a. Any decision by the Company to change equipment, flight, or assignments.

**original pairing**

a. A pairing bid upon by pilots, published in the pairing package.

**overtime**

a. Any assignment that will be paid at a rate of one and one-half times the pilot's hourly rate for deadhead(s) and/or flight time flown.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

**pairing**

a. A flight or series of flights that are blocked together as a work assignment. Pairing generally describes a single-day pairing, multi-day pairing, original pairing, modified pairing, or replacement pairing.

**pairing package**

a. A publication of original pairings for the subsequent bid period and all replacement pairings for the current bid period.

**partial line**

a. A line constructed by the PBS that does not meet the minimum line credit value appropriate for the status as established in Pilot Policy Manual SP 3017 Scheduling.

**Performance Agreement**

a. An agreement for performance accomplished through a one-on-one meeting with both the chief pilot and pilot with a purpose to reach a common understanding. Areas of discussion and clarification include: responsibilities and job requirements, expected level of performance, authority, priorities and goals, any and all other outstanding issues.

**pilot**

a. A captain or first officer as defined herein and shall include only pilots on the Company's pilot seniority list.

**preassigned activity**

a. Any event added to a pilot's schedule prior to the opening of the bid.

**Preferential Bidding System**, acronym **PBS**

a. The system which creates pilots' lines using pilot preferences and other constraints. May also be referred to as the Preferential Bidding software.

**premium pay guarantee**

a. The credit hour value of work in excess of 12 scheduled duty hours (time). The value will be equal to one hour of pay for each hour of scheduled duty time in excess of 12 hours within a scheduled duty day as indicated within the original pairing package.

**probation period**

a. A pilot employed by the Company, whose name appears on the Company pilot seniority list and who has not completed one full year of active service beginning with his/her date of hire and/or completed the probation period review process.

Uncontrolled copy. Currency must be verified with the LESP before use.

**ready reserve (airport/standby)**, acronym **RDY**

a. A defined duty period during which the pilot is required by the Company to be at an airport for a possible assignment.

**regular line**

a. A schedule built by the Company utilizing the PBS that consists of pairings, assignments, and days off.

**regular line holder**

a. A pilot whose seniority entitles him/her to hold a regular line of flying.

**release from duty**

a. The time duty ends. Commencing 15 minutes after either the last aircraft movement or arrival time of the pairing's last flight.

**relocation incentive**

a. The monetary reward given to a pilot that elects to go as directed by the Company to "where the flying is" when there is a domicile closure or a reduction in flying within a domicile. The reward will be 55:48 hours of pay at his/her current hourly rate of pay when the move is complete and another 18:36 hours of pay at the time he/she has completed an additional continuous year of employment with the Company to be paid at the same hourly rate as the 55:48 hours of pay.

**replacement pairing**

a. A pairing that begins in the current bid period, which is changed by Crew Planning due to marketing changes in the subsequent bid period.

**report for duty**

a. The time duty begins commencing a minimum of 45 minutes prior to the scheduled departure time of the pairing's first flight. This time may be reduced to 30 minutes on layovers for EMB 120 crews.

**repositioning**

a. Any time the aircraft is first moved under its own power for purposes other than flight and ending when the aircraft returns to its original position or its newly relocated position.

**reserve adjusted bid**

a. The final bid results after adjustments for FAR and/or bid conflicts between the current and subsequent bid periods for reserve pilots.

**reserve availability period**, acronym **RAP**

a. A duty period during which the Company requires the pilot on short-call reserve to be available and notifiable to receive an assignment.

---

**reserve line**

a. A schedule built by the Company utilizing the PBS indicating on-call reserve assignments, assignments, and days off.

---

**reserve line holder**

a. A pilot whose seniority entitles him/her to hold a reserve line of flying.

---

**rest period**

a. A continuous period during which the pilot is free from all restraint by the Company, including freedom from present responsibility for work, should the occasion arise.

---

**restricted open time**, acronym **ROT**

a. An unassigned pairing which is restricted for pick-up as a result of vacation and/or user time awards, or currently being assigned within 120 hours of report time.

---

**Return to Work Meeting**

a. A meeting scheduled with the intent to reinstate a pilot's flight status. Other suspended privileges may or may not be reinstated immediately. A Counseling Statement is administered to define the performance issue, result of actions and/or behavior, to clarify expected performance improvements, and to define the follow-up actions expected of both the pilot and the chief pilot.

---

**Scheduled Assignment Deviation**, acronym **SAD**

a. Whenever a pilot fails to report, or is late to report, to an assignment as published within his/her monthly bid schedule. Refer to Pilot Policy Manual SP 3006 Personnel Files, Rules of Conduct, and Pilot Reliability.

---

**scheduled duty time**

a. Any period of continuous duty, report for duty to release from duty that is constructed by the Company.

---

**scheduled flight time**

a. Historical block-to-block time over a specified route.

---

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

**Scheduled Interruption Point**, acronym **SIP**

a. A natural break point within a pairing where the pilot or Crew Support may modify a pairing for the purpose of a trade, add, or drop. The point must be a Company-designated pilot domicile staffed with pilots qualified in the same equipment type/qualification as the pairing, unless mutually agreed upon between the pilot and the Company.

**scheduling liaison**

a. A pilot selected by SAPA, and mutually agreed upon by the Vice President Flight Operations, to observe and assist the Company with the creation of PBS pairings.

**seniority date**

a. The date the pilot was assigned a number appearing on the Company pilot seniority list. Refer to date of hire.

**short-call reserve**, acronym **SCR**

a. A period of time in which a pilot is assigned to a reserve availability period.

**single day pairing**

a. A pairing consisting of one duty day.

**SkedPlus+**

a. An electronic program which is the platform for a pilot to view, manage, and perform multiple tasks and/or adjustments pertaining to their work schedule.

**SkyWest Online**, acronym **SWOL**

a. Company intranet website.

**split duty**, acronym **SDuty**

a. A flight duty period that has a scheduled break in duty that is less than a normal rest period. *Duty and premium pay guarantees apply to the entirety of the SDuty.*

**status**

a. Classification as captain or first officer in a specific type of equipment. No regular line holder or reserve line holder may hold more than one status at any time. A pilot's status changes the day after completion of all simulator training.

**status vacancy**

a. A vacant position on the bid eligibility list.

Uncontrolled copy. Currency must be verified with the LESP before use.

**supervisory/management pilot**

a. Any management pilot, full-time instructor pilot, or Company check airman. This definition does not include part-time instructors, regular line, or reserve line pilots who are designated as flight instructors or line check airmen solely for the purpose of fulfilling operating requirements.

---

**suspension of duty**

a. Serious infractions and/or failure to correct performance or behavioral issues will result in suspension of duty. The pilot is not compensated for the duration of the suspension. All bidding privileges as well as Company and interline travel privileges are also suspended. Suspensions are administered to allow both the Company and the pilot to investigate an incident, evaluate employment status, and to determine options for continued service with the Company or termination of employment.

---

**swap**

a. A trade of flight assignments taking place between pilots.

---

**temporary duty**, acronym **TDY**

a. A duty assignment away from a pilot's home domicile.

---

**termination**

a. When a pilot is required to terminate his/her employment with the Company.

---

**time away from base**, acronym **TAFB**

a. The time beginning at the scheduled report for duty time to the time ending at the scheduled release from duty time of a pairing.

---

**time away from base guarantee**

a. The guaranteed credit hour value of an original pairing package pairing in which the guarantee will be equal to 1:00 hour of pay for each 4:00 hours of scheduled time away from base (TAFB).

---

**trade (pairing)**

a. A trade of flight assignments taking place between a pilot and the Company and/or with open time.

---

**training**

a. All time spent in recurrent, initial, transition, IOE, simulator, upgrade, or any other time that might arise involving a need for special training.

---

Uncontrolled copy. Currency must be verified with the LESP before use.

**training period**

a. The period of time required to complete a course of training. Usually, it will be associated with the beginning of initial, transition, or upgrade training until the completion of IOE but may include recurrent or simulator training.

**training vacancy**

a. A vacant position for training open for pilot bid.

**user day**

a. A calendar day on which a pilot drops an assignment for illness or personal use.

**vacation block**

a. Seven day increments beginning with a vacation period. More than one vacation block may be associated with any one vacation period. A pilot may begin his/her vacation on any of the days that fall within his/her awarded or assigned vacation block.

**vacation day**

a. One day, e.g. Monday.

**vacation month**

a. One calendar month, e.g. January.

**vacation period**

a. One calendar week, Sunday through Saturday inclusive, consisting of seven days. It may overlap bid periods and year-end as necessary.

**Verbal Warning**

a. Oral notification of an infraction. The pilot may be approached and the performance issue addressed by a chief/assistant chief pilot, check airman, or flight instructor.

**voluntary termination**

a. When a pilot voluntarily terminates his/her employment with the Company.

Uncontrolled copy. Currency must be verified with the LESP before use.

**Paragraph** **Page**

**1. Personnel Files and Passport Documents ........ 3006.1**
**2. Pilot Rules of Conduct ........ 3006.2**
**3. Pilot Reliability Program ........ 3006.6**
**4. Sick Calls ........ 3006.6**
**5. Scheduled Assignment Deviation (SAD) ........ 3006.8**
**6. Fatigue Calls ........ 3006.9**

## 1. Personnel Files and Passport Documents

A. An official personnel file will be maintained and held at SkyWest Airlines Corporate Headquarters located in St. George, Utah for each pilot and will:

1) Contain all records and progress reports, evaluations, and other reports and records involving the pilot's employment relationship with the Company. Due to the requirements outlined by the FAA, documents may not be removed from this file at any time.

2) Be made available at his/her request for inspection, with his/her chief pilot or his/her designee during normal office hours.

3) Be made available during his/her exit interview when requested by the pilot. The request for inspection should be made at least five days prior to the pilot scheduled exit interview.

B. Passport Documents

1) Pilots are required to maintain passport currency.

2) A pilot will be allowed a period of up to six weeks for the passport renewal process.

a) Pilots are required to notify the Company within 72 hours of submitting his/her passport for renewal on SkyWest Online > Operations > Passport Renewal Notification.

b) In the event a lineholder pilot bid avoids all international pairings and is still assigned any international flying, that pilot will be removed and the Company will have the following options:

(1) Reflow or reassign the pilot to alternate flying provided the original pairing footprint is not extended.

(2) Be assigned short call reserve for the original duty times of any flying removed from their schedule.

(3) Be released from duty and not reassigned.

c) Pilots will be pay protected for any international flying removed which meets the requirements of 1.B.2)b) above.

d) The Company will provide a hotel room in domicile if a pilot is required to overnight in their domicile as a result of reflow/reassignment or reserve assignment (within the original pairing footprint).

e) Reserve pilots will not be required to accept international assignments during this renewal period, nor will they be penalized for being unable to accept them provided they have met the notification requirements listed above.

f) Pilots are required to immediately notify the Company when their passport is current.

## 2. Pilot Rules of Conduct

A. All rules of conduct and any Flight Operations information bulletins issued which supersede these rules are to be adhered to at all times. Failure to comply could lead to disciplinary action being taken as outlined in Pilot Policy Manual SP 3024 Corrective Action and Employment Separation. Pilots will report directly to his/her chief pilot/assistant chief pilot.

B. The following are the minimum expectations and rules of conduct which all pilots are required to observe at all times:

1) Pilots owe their entire professional services to the Company. Any flying outside of the Company, which is regulated by 14 CFR Part 119, is prohibited. This includes Parts 121, 125, and 135; Part 91K is also prohibited. Flying under Parts 61, 91, 141, and 142 is allowed, provided that the pilot understands and complies with their responsibility under Part 117 Section 5 *Fitness for duty*. If a pilot chooses to engage in outside flying, they can do so as long as it does not conflict with any FAR and it does not conflict with, prevent, or limit the Company's utilization of the pilot.

2) Pilots will maintain proper flight deck and traffic vigilance, discipline, and collision avoidance at all times. Laxity in the flight deck, inattention to duty, or unprofessional conduct will not be tolerated.

3) Pilots will use checklists and follow Company policies and procedures at all times.

4) Pilots shall report any violation of FARs directly to his/her chief/assistant chief pilot and/or Director of Flight Operations.

5) Pilots are not allowed to carry firearms on any Company aircraft except with written permission from the Vice President of Flight Operations. They shall carry a copy of the permission at all times when carrying firearms while on duty.

6) Alcoholic beverages shall not be consumed by any pilot in the eight hours prior to any assigned duty. No alcoholic beverages will be consumed on any airport premises or in any Company offices or terminals whether a pilot is on duty or not. The only exception to this rule would be in the case of an airport bar while a pilot is not on duty and not in uniform. A pilot shall not consume alcohol while in uniform or in any clothing which could identify him/her as a Company flight pilot.

7) Pilots will only perform duties required for safe operation of the aircraft during critical phases of flight. Non-safety items such as ordering galley supplies, confirming passenger connections, promoting the air carrier, pointing out sights of interest, eating meals, reading publications not related to the proper conduct of the flight, or nonessential conversation between pilots will not be performed during critical phases of flight. Critical phases of flight include all ground operations involving taxi, takeoff, landing and flight below 10,000 feet, except cruise flight.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

8) Smoking will not be permitted in or on Company aircraft, ramp areas, or near any aircraft at any time. Smoking is not permitted while conducting business with passengers.

9) Pilots must have a thorough knowledge of all regulations, standard operating procedures, and Company policies. Each pilot will be subject to examinations by Company check airmen at any time to determine such knowledge.

10) When any question arises which is not covered by Company provided manuals or bulletins, pilots shall communicate with his/her chief pilot/assistant chief pilot.

11) Pilots shall keep Crew Support informed of his/her current telephone number and Payroll informed of his/her current address.

12) Pilots shall cooperate fully with other members/employees of the Flight Operations Department and other departments within the Company, as well as other agencies and businesses the Company does business with.

13) Pilots will be courteous and professional at all times. Rude and abusive language and/or behavior will not be tolerated.

14) All pilots will report fit for duty. In order to ensure that each pilot is fit for duty, the following must be adhered to:

    a) As a general policy, pilots should avoid drugs when flying. Pilots will clear all use of medication with his/her chief pilot or an aviation medical examiner. The use of any non-prescribed drugs, including all medications prohibited by FAA for use while flying or the use of any unlawful agent or drug, is considered cause for immediate dismissal.

    b) It is recommended that pilots not give blood unless it is absolutely necessary. A pilot may return to work 72 hours after giving blood provided that after donation a physician must perform a hematocrit test to determine that the pilot's blood is no less than three percent lower than his/her hematocrit prior to donation. This test need not be accomplished if 14 days has elapsed since donation.

    c) To avoid decompression sickness, pilots will not begin a flight within 24 hours of the end of scuba diving.

15) When a pilot becomes ill and is unable to perform his/her normal duties, Crew Support or Flight Control shall be notified as soon as possible by that pilot. This notification shall include the nature of the illness and the length of time expected to be off duty. If, for any reason, the length of time must be exceeded, the Company shall be notified immediately.

16) Pilots will not release any information, regardless of intent, to the press or news media. All requests for information will be directed to the Vice President Flight Operations or other authorized Company personnel.

17) Pilots shall not discriminate against fellow employees or passengers because of age, gender, race, color, or creed.

18) Pilots are expected to follow direct (legal) orders given by a member of management or other person in authority. Full cooperation is necessary, when asked, to provide information to the Company in an investigation.

19) Pilots may not restrict work output or encourage others to do so.

Uncontrolled copy. Currency must be verified with the LESP before use.

20) Pilots may not make or publish false, vicious, or malicious statements concerning any employee, management representative of the Company, or which has the potential to adversely affect the Company's relationship with customers, suppliers, employees, or the public.

21) Pilots may not possess, use, sell, or distribute any medically unauthorized or illegal drugs while employed with the Company or on Company property.

22) Unauthorized, attempted possession, or removal of any Company property including records, private information, property of employees, property of customers or others with whom the Company does business will not be tolerated.

23) Pilots may not abuse or misuse any travel benefits (free, reduced rate, or while on Company business) and/or obtain or conspire to obtain travel benefits for which the pilot is not entitled or for individuals who are not entitled.

24) Pilots will be held responsible for any misconduct of employees/relatives and or persons traveling on a buddy pass while traveling or attempting to travel on a pass or reduced fare ticket on Company flights or any other carrier.

25) Pilots will submit only true and accurate information on all Company records and reports.

26) Pilots may not transport, attempt to transport, or allow to be transported, unauthorized individuals, or prohibited or illegal articles on which appropriate charges, taxes or duty have not been paid.

27) Pilots may not deliberately destroy, deface, misplace, or damage any Company property, the property of others, or property for which the Company bears responsibility.

28) Pilots may not misuse or permit others to misuse Company computer equipment, including computer terminals, printers, and related support equipment, whether it is the Company's property or other property for which the Company bears responsibility. The misuse, destruction, distortion of information, data, or instruction codes will not be tolerated.

29) Pilots may not fight, provoke a fight, threaten, coerce, intimidate, or assault others while on Company property, and/or within any other work related circumstances.

30) Pilots may not gamble on Company property.

31) Improper or negligent behavior while on Company property and/or in other work related circumstances will not be allowed.

32) Unauthorized absence from work and/or repeated failure to properly notify the Company of any absence will not be tolerated.

33) Pilots shall not involve the Company in the pilot's personal financial affairs.

34) Pilots shall not chew gum while in uniform in view of passengers or the public.

35) Sleeping or giving the appearance of sleeping while on duty and/or in public view, except when deadheading, will not be tolerated.

Uncontrolled copy. Currency must be verified with the LESP before use.

36) Pilots are expected to comply with security regulations and cooperate fully with security personnel.

37) Pilots are expected to promptly report work related accidents, irregularities, incidents, injuries, or property damage.

38) Pilots may not use or operate any Company equipment without authorization.

39) Unauthorized posting, removal of notices, signs, or writing in any form on Company property is prohibited.

40) Pilots must comply with appearance standards and uniform regulations.

41) Pilots are expected to follow the proper chain of command to resolve problems.

42) Pilots may not solicit, request, or act in a manner which suggests the soliciting or requesting of tips.

43) Intervention of family or friends in the working relationship of the Company and its pilots will not be tolerated.

44) Falsely filing claims of occupational injury, other sick leave, Workers' Compensation benefits, or furnishing false information regarding absence will not be tolerated.

45) Pilots may not make inappropriate requests and phone calls to Crew Support and/or Flight Control.

46) Conversation with passengers and fellow employees while on duty and in uniform, or on Company property will be restricted as follows:

   a) Avoid arguments.

   b) Be as modest as possible.

   c) Avoid flippancy both in manner and remarks.

   d) Do not boss or appear to give orders except as duty requires.

   e) Endeavor to find answers to questions you do not know.

   f) Avoid discussions of politics, religion, racial or risqué subjects.

   g) Always try to face the passenger/employee.

   h) Be a good listener; encourage the passenger/employee to talk about themselves.

   i) Explanations to passengers regarding any phase of operation should be presented in terminology which can be easily understood and is professional.

   j) In response to questions about your flight experience, avoid the thrilling and exceptional and keep the matter routine.

   k) Avoid loud laughter and greetings. Speak in pleasant and low-pitched tones. Be aware of your conversations and behavior on board the aircraft. Professionalism is required at all times.

   l) Keep current on events, but never be afraid to admit you do not know something.

   m) Never put the passenger/employee on the spot.

Uncontrolled copy. Currency must be verified with the LESP before use.

n) Never give passengers or friends the phone numbers of any Company employee or Flight Operations.

## 3. Pilot Reliability Program

A. Consistent reliability is expected of all Company pilots; therefore, it is the pilot's responsibility to be available at the report for duty time. The Flight Operations Department will monitor and record this reliability and each pilot's overall performance on an ongoing basis. While this program is designed to increase reliability and consistency with the goal of reducing flight delays and cancellations, it should also increase the awareness of the potential affect on a pilot's personnel records and employment status. Excessive occurrences and schedule assignment deviations (SAD) will result in disciplinary action being taken as outlined in Pilot Policy Manual SP 3024 Corrective Action and Employment Separation.

1) Attendance: Unnecessary and/or excessive occurrences from duty are considered failure to assume responsibility and are ultimately cause for termination. Should a pilot expect to be unavailable for any reason, the pilot must notify Crew Support as soon as possible. Failure to provide timely notification to the Crew Support department will result in disciplinary action. This notification does not absolve the pilot from his/her obligation to report for duty on time. The following policies will be adopted and followed:

a) Each pilot is expected to maintain good health and ensure availability to perform his/her duties.

b) Each absence/occurrence shall be judged on its own merits before any level of discipline is imposed (i.e., the Company will consider the existence of extenuating circumstances presented by the pilot).

c) Sick calls, missed pairings, and late reports will be monitored and recorded and will affect the individual pilot's reliability record.

d) Excused or unexcused absences constitute an occurrence. An occurrence is defined as an absence or illness despite length; e.g., one day for a cold or three consecutive days for a cold would constitute one occurrence. A medical release from a licensed physician outlining illness, treatment, and a return to duty date may be required.

e) When a pilot's absence lasts more than 14 days, the Director Flight Operations may convert the absence to a medical leave of absence as outlined in Pilot Policy Manual SP 3013 Leaves of Absences, On-the-Job Injuries, and Workers' Compensation. The absence shall not be counted as an occurrence for purposes of the reliability program.

## 4. Sick Calls

A. A pilot, when ill, is required to call in sick for each pairing or on-call reserve assignment, regardless of the pairings they may have been assigned. All pilots are required to personally call Crew Support.

Uncontrolled copy. Currency must be verified with the LESP before use.

B. When a pilot is sick for three or more consecutive days, the pilot must contact their chief pilot. A doctor's excuse may be required.

C. When a pilot becomes ill during a flight sequence and is unable to complete the pairing, the pilot shall notify Crew Support as soon as possible. Crew Support will make arrangements to return the pilot to their domicile.

D. Any pilot who is found to have falsified a sick leave claim, falsely claimed to be ill, or failed to return from sick leave or a leave of absence as soon as physically able to do so will be subject to immediate termination.

E. Returning to Flight Status

1) All pilots should return to flight status as soon as they are capable of resuming their flight duties and by contacting Crew Support.

2) The procedures are as follows when a pilot returns to duty:

a) If a reserve pilot has been assigned the pairing, the pilot will be allowed to pick up the remaining portion of the pairing. The pilot may only pick up the pairing at a SIP and is responsible to get themselves to the SIP. The pairing will be added to the returning pilot's schedule once they are in position at the SIP.

b) If another pilot has been junior-manned, is reflowed to cover the pairing, or the pairing does not touch a SIP, the original pilot will not be allowed to return to the pairing. Instead, the pilot has the following options:

(1) Crew Support may offer the pilot another pairing from Open Time, if available. (Overtime pay does not apply.)

(2) The pilot will be offered a 12-hour reserve availability period for each remaining duty day of the pairing. Crew Support will inform the pilot of the start and end times of the reserve availability period(s). The pilot may accept or decline. Upon mutual agreement, the pilot may accept a reserve availability period of less than 12 hours and will receive prorated credit (refer to Pilot Policy Manual SP 3008 Compensation (User Time Pay) for examples).

(3) The pilot may remain on sick status for the remainder of the pairing.

(4) Upon mutual agreement, Crew Support may release the pilot from further duty without pay so the pilot may pick up a pairing from another pilot. (Overtime pay does not apply.)

F. Each pilot who misses any part of a pairing due to illness will be paid in accordance with the provisions of Pilot Policy Manual SP 3008 Compensation.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 5. Scheduled Assignment Deviation (SAD)

A. A scheduled assignment deviation shall occur when a pilot fails to report, or is late to report, to an assignment as published within his/her monthly bid schedule. When a pilot misses a portion of a pairing and a reserve pilot is called out, the original scheduled pilot may be required to resume the pairing if operational needs dictate. The pilot may resume the pairing regardless of any corrective action pending against that pilot for the previous missed flight segments. The following is a clarification of terms and meanings:

1) A missed flight assignment shall occur when:

a) A pilot fails to check in for a scheduled pairing.

b) A pilot checks in ten minutes late for a scheduled pairing and is prohibited from flying the scheduled pairing because a reserve pilot has been called out.

c) A pilot checks in but later misses the deadhead flight and/or shuttle, and consequently does not take the scheduled or rescheduled pairing.

d) A pilot checks in, but later misses the scheduled or rescheduled pairing.

e) A pilot calls in sick no sooner than 30 minutes before or after the required check-in time of the pairing.

f) A reserve pilot is unavailable during a scheduled reserve availability period when Crew Support attempts contact.

g) A reserve pilot declares themselves sick when contacted by Crew Support for a flight assignment.

h) A reserve pilot is on a short call availability period and fails to respond to Crew Support within ten minutes after being called or a reserve pilot is on a long call availability period and fails to respond to Crew Support within 60 minutes after being called.

i) A reserve pilot's telephone is busy for more than five minutes when Crew Support attempts contact.

j) Any pairing that cannot be completed because of a pilot not having all required flight equipment (unless the Company has not furnished the equipment).

k) A pilot fails to contact Crew Support during a mechanical, weather cancellation, or extended flow delay and leaves the premises.

l) A pilot fails to attend a scheduled day of ground school, and the absence has not been prearranged and approved by the Flight Operations Department.

m) A pilot fails to report for a scheduled appointment with his/her chief pilot.

n) A pilot works an unauthorized pairing or deviates from a scheduled pairing.

2) A late report shall occur when:

a) A pilot checks in for a pairing or after a layover more than ten minutes after the scheduled or rescheduled check-in time but is allowed to take the scheduled or rescheduled pairing.

b) A pilot reports late to the aircraft or designated show area and is allowed to take the pairing or a backup deadhead flight.

c) A pilot misses a scheduled or rescheduled hotel shuttle, but is allowed to take the scheduled or rescheduled pairing.

d) A pilot causes a delay of flight due to negligence and/or late report.

e) A pilot reporting late may remain on the scheduled pairing provided the reserve pilot can be contacted before reporting for the pairing, or if a flight delay would be incurred by waiting for the reserve pilot to report.

3) Each pilot who misses a pairing due to a SAD will be paid in accordance with the provision of Pilot Policy Manual SP 3008 Compensation.

## 6. Fatigue Calls

A. When a pilot is fatigued, they must contact Crew Support to inform them that they are "fatigued."

1) Crew Support will remove the pilot from duty and adjust the pilot's schedule accordingly to accommodate the needed rest period.

2) Crew Support will complete the Pilot Fatigue Call Report.

a) This report is used to establish a report time for the pilot's next assignment.

3) Upon completing the call, the pilot's flight status is "fatigued" and will be provided a rest period in lodging as outlined in Pilot Policy Manual SP 3009 Expenses.

4) A pilot that calls in fatigued is required to complete a Fatigue Report Form (FRF) online within 24 hours of the fatigue event or within 24 hours of the end of their trip sequence, whichever is longer.

B. Return to Flight Status

1) The pilot will contact Crew Support at or before their expected report time to receive or plan their next assignment only if it is not known at the conclusion of the Pilot Fatigue Call Report.

2) There will be no undue delay by the pilot or Crew Support to return the pilot to his/her original flight assignment. This is the highest priority.

a) If a junior-manned pilot is covering the original flight assignment or if Crew Support is not able to get that pilot back on his/her original flight assignment in a reasonable amount of time, Crew Support can re-flow that pilot as a secondary option. As a last option, Crew Support can assign reserve to the pilot. Reserve assignments for line holders will always be at the discretion of the pilot.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

b) If necessary, Crew Support will provide positive space travel to the pilot in order for them to return to their domicile, to reclaim their original flight assignment, to start a new flight assignment, or to start a reserve assignment.

C. Protection of Privacy

1) As to the protection of privacy methods protecting ALL reporting employees, SkyWest Airlines Corporate policy is that there will be no adverse actions that will be responsible for discouraging the reporting of fatigue-related events.

2) All Fatigue Steering Committee (FSC) reports will be de-identified before being sent to the Flight Leadership Team.

3) At no time will SkyWest, or any representative, use any information obtained from this Fatigue Risk Management Plan (FRMP) process to take any actions against any employee of SkyWest except in cases of willful non-compliance with or intentional disregard of regulations or Company procedures, or in the event a criminal act has been committed.

4) Fostering a non-punitive environment, reporting of any fatigue concerns is considered an act of responsibility and is in the interest of safety.

Uncontrolled copy. Currency must be verified with the LESP before use.

**Paragraph** **Page**
1. SkyWest Airlines Professional Appearance and Grooming Standards ........ 3007.1
2. The Company Look ........ 3007.2
3. Personal Hygiene ........ 3007.2
4. Uniforms ........ 3007.2
5. Hair - Female and Male ........ 3007.4
6. Jewelry, Body Piercing, and Tattoos ........ 3007.5
7. Eye Glasses ........ 3007.5
8. Umbrella ........ 3007.6
9. Luggage ........ 3007.6
10. Inclement/Cold Weather Wear ........ 3007.6
11. Mandatory and Optional Uniform Items ........ 3007.7
12. Company-Issued and Approved Uniform Items ........ 3007.7
13. Uniform Lost and Found Procedures ........ 3007.8
14. Non-Revenue Travel Attire Requirements ........ 3007.8
15. Company Business Travel and Clothing ........ 3007.8
16. Pilot Identification Badge ........ 3007.8

**NOTE -** In the spirit of cooperation, the Company agrees to advise SAPA on any changes to this SP prior to implementation.

## 1. SkyWest Airlines Professional Appearance and Grooming Standards

A. It shall be the responsibility of each pilot to maintain a neat, complete uniform and professional appearance at all times while on duty or representing SkyWest Airlines.

B. The complete uniform must be properly worn in compliance with the established uniform policy whenever a pilot is, or is expected to be, within view of the public. If the pilot elects not to wear the full and proper uniform while in public view, then either a complete change of clothing is required, or the pilot must “de-identify” their apparel to ensure that they will not be easily identifiable as a pilot. “De-identifying” includes the removal of all epaulettes, pins, stripes, and hats that could result in a pilot being identified as a flight deck crewmember.

C. Pilots who fail to meet appearance standards will be removed from their schedule until they meet standards and/or face disciplinary action as outlined in Pilot Policy Manual SP 3024 Corrective Action and Employment Separation.

D. Captains are responsible for monitoring and counseling other SkyWest pilots with regard to uniform standards.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 2. The Company Look

A. Customer expectations are directly influenced by the professional appearance of our flight crews. Professional appearance promotes technical competency, aviation skill, trust, safety, and passenger commitment. The Flight Operations Department requires each pilot to be clothed in a Company-approved standard uniform (emergency substitute uniform items by chief pilot permission only).

B. Appropriate uniform attire must be commensurate with the inside or outside environmental conditions.

C. The Company-approved uniform vendors are:

1) M & H Uniforms

Website: www.mandhuniforms.com

2) Crew Outfitters

Website: skywest.crewoutfitters.com

## 3. Personal Hygiene

A. Special attention and detail must be given to personal hygiene and cleanliness. Pilots, on duty, shall always bathe daily. Deodorants and/or antiperspirant will be used as necessary. Overall personal grooming standards will be used to maintain a professional and businesslike appearance.

## 4. Uniforms

A. Jackets

1) Company-approved uniform jackets shall be worn year-round. However, if excessive temperature or inclement weather causes discomfort, wearing the jacket is at the pilot's discretion. When the uniform jacket is worn in public view, it must be buttoned. Pilot wings are required on the uniform jacket and must be worn on the left side of the jacket.

2) Epaulets and name tags will be worn on the leather jacket at all times while on duty in public view.

B. Pants

1) Pants shall match the jacket color and type of fabric. Low cut waist lines and bell bottom pant legs are not authorized.

2) Pants may be pleated or plain front. Cuffed pant legs are not acceptable.

C. Shirts and Sweaters

1) Epaulets will be worn at all times while on duty in public view.

2) Shirts will be clean, pressed, buttoned, and appropriately fitted. Pilot shirt wings and name tags are required on the uniform shirt with the wings worn centered one-half inch over the left breast pocket and the name tag centered one-quarter inch below the top of the pocket. An optional short sleeve pilot shirt with a pink Breast Cancer Awareness logo may be purchased from M & H Uniforms and worn during the month of October only.

Uncontrolled copy. Currency must be verified with the LESP before use.

3) Pullover-type black pilot sweaters may be worn over the white shirt. Pilot epaulets must be worn on the sweater.

4) If the sweater does not have pilot epaulets, then the jacket, leather jacket, or pilot hat must be worn while in public view.

D. Pilot Undergarment Requirements

1) Female Pilot

a) A bra must be worn under the uniform shirt. Approved colors are white, nude, or skin color.

b) A camisole may be worn under the shirt or blouse and must be white, nude, or skin color. Undergarments must be worn professionally with all pieces of the female pilot uniform.

2) Male Pilot

a) Undershirts must be worn. They must be white in color and not torn, frayed, or discolored.

E. Footwear

1) All footwear will be properly maintained and highly shined. Acceptable shoe or boot color is black. Worn, scuffed, torn, water-marked, or unpolished shoes are unacceptable.

2) Shoes must be conservative in appearance and not extreme in style. Heel height is one inch maximum. Boots are acceptable if they are low enough so as not to cause a bulge in the pant leg.

3) All footwear will be leather or synthetic leather with the entire foot fully enclosed. All shoe stitching will be black. Suede or woven materials are not permitted. Athletic shoes, western boots, mules, sandals, and tasseled shoes are unacceptable. Crepe or waffle style soles are not permitted.

F. Belts and Ties

1) A belt must be worn and the belt must pass through all belt loops.

a) Belts must be black in color and made of leather or synthetic leather.

b) Belt width is a maximum of one and one-half inch. Chain, ribbon, western style, suede, or patent leather belts are not permitted. Piping, trimming, studs, or embroidery, other than the belt color, is unacceptable.

c) The belt buckle will not be larger than 1 ½” x 1¾”. Buckles must be gold or silver. Slider loop may be black, gold, or silver. Decorative belt ends are not acceptable.

2) Ties will be solid black in color or a Company-authorized pattern only.

a) Ties are required for both male and female pilots. Females may wear the black tie tab.

b) Non-standard solid black ties may ONLY be worn at Company discretion.

G. Hats

1) The pilot hat is an optional item. It is to be worn squarely on the head and not tilted back or to either side.

Uncontrolled copy. Currency must be verified with the LESP before use.

2) The hat may not be worn without the hat emblem in place.

3) No other hat is authorized for wear while in uniform (except as noted in the inclement/cold weather section).

4) Hats will be maintained in their originally purchased condition. Modifications are not permitted.

## 5. Hair - Female and Male

A. Female

1) Hair must be styled in an overall professional look that reflects current business styles and complements the uniform and hat ensemble. Hair must be natural looking, clean, neat, and well groomed. Long hair that falls below the middle of the back must be pulled up. Hair accessories must compliment the overall look. Acceptable colors for female pilot hair fasteners are black, gold, clear, tortoise, or pearl. Synthetic or human hair attachments are authorized if the hair appears natural and is the same color and meets the respective guidelines as defined above.

2) Unauthorized hairstyles include, but are not limited to, the following styles: Extreme volume, length that falls below the natural waistline, frizzed or crimped looks, asymmetric, geometric and other severe cuts, spiked or disheveled looks, oily, wet, slicked-down styles, loosely secured styles, dreadlocks, cornrows, excessive tendrils or tendrils below the jaw line, partially shaved cuts, or unnatural hair colors or color combinations, including extreme chunks of unnatural color contrast. Bangs are not to cover the eye(s) at any time.

B. Male

1) Hair must be styled in an overall professional look that reflects current business styles and complements the uniform and hat ensemble. Hair must be cut to prevent extending over the top of the ear or longer than the top of the shirt collar. Bangs are not to extend lower than the top of the eyebrow.

2) Unauthorized hairstyles include but are not limited to the following styles: Extreme volume, frizzed or crimped looks, asymmetric, geometric and other severe cuts, spiked or disheveled looks, oily, wet, slicked-down styles, dreadlocks, cornrows, or unnatural hair colors or color combinations, including extreme chunks of unnatural color contrast.

C. Mustaches and/or sideburns

1) Mustaches must be kept neat and well trimmed. Mustaches may not be longer than the top of the upper lip or extend past the corner of the mouth.

2) Sideburns are not to be extreme in style or length and may not extend below the midpoint of the ear opening.

3) Beards and other facial hair below the upper lip line are not permitted.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 6. Jewelry, Body Piercing, and Tattoos

A. Jewelry will complement the pilot uniform and represent a conservative business appearance. Individual pieces or the combination of jewelry should not be large or excessive in style as to detract from the uniform look or create a cluttered appearance.

1) Earrings

a) Females are allowed one earring in each ear and must be worn on the ear lobe. Tribal plug style earrings are not permitted.

(1) Earrings may not dangle more than one-half inch below the ear lobe.

(2) Earrings must be no larger than the circumference of a quarter.

(3) Earrings may be gold, silver, diamond, pearl, or genuine birthstone.

(4) Earrings must be a matched pair.

b) Male pilots may not wear earrings while on duty or in uniform.

2) Body Piercing

a) Body piercings may not be on any visible part of the body such as tongue, nose, eyebrows, lips, etc. Band-Aids are not acceptable for covering a piercing nor is a clear plug acceptable.

3) Rings

a) A total of two rings may be worn on each hand for both male and female pilots. Rings may be gold or silver in color. Genuine or synthetic stones are acceptable. All other materials are unacceptable.

4) Bracelets

a) One conservative style bracelet is allowed.

5) Tattoos

a) Pilots may not have tattoos and body art visible while in uniform.

b) Any pilot with a tattoo on any visible body part must wear long-sleeved shirts and/or pants to completely cover all tattoos. Band-Aids are not acceptable for covering a tattoo or body art.

B. Diamonds and genuine birthstones are acceptable in authorized pins, earrings, pendants, bracelets, watches, and rings.

## 7. Eye Glasses

A. Eyeglasses should complement your individual skin tone and uniform. The design should be plain with thin plastic or metal frames. Rimless frames are acceptable. No extreme colors are allowed. Eyeglass chains may be black, gold, or silver.

B. Sunglasses are acceptable and the design should be conservative. Sunglasses are not to be worn on the top of the head.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 8. Umbrella

A. Pilots may carry a folding umbrella in a plain style/pattern and black in color.

## 9. Luggage

A. Luggage must be limited to two pieces (excluding purse, flight bag, lunch bag, and/or briefcase). All luggage must be black in color. Backpacks are not allowed. Each piece of luggage should have an identification tag on the outside of the bag stating: SkyWest Airlines and the pilot's name and employee number. It is also recommended to place ID inside of the bag.

B. Any item carried must not be broken, torn, or detract from the professional image. Stickers must be conservative in nature and not detract from the professional image. Stickers that contain the following content or message are not allowed:

1) Alcohol or drug references
2) Sexual references
3) Profane language
4) Vulgar expressions
5) Political stickers

C. If a pilot's luggage is lost or misplaced while on duty, the pilot shall contact the appropriate station(s) to initiate a search. If the luggage is not found, contact the MOD with a list of essential items necessary to continue the shift. Send the approved MOD list and expense report for reimbursement to the respective chief pilot. Nonessential items such as workout clothes, hair dryers, etc. will not be reimbursed.

D. Luggage that has not been located after 30 days should be reported through the IOR process. Provide a description of all lost or damaged luggage and/or contents. The Company will decide upon a reasonable replacement value.

## 10. Inclement/Cold Weather Wear

A. Pilots may, at their discretion, wear certain protective gear during inclement/cold weather. The following items are approved during inclement/cold weather:

1) Pilot gloves. Gloves must be black and may be knit, leather, suede, or Isotoner style.
2) Winter scarves. Scarves must be black.
3) Uniform hat covers. Covers must be black or clear.
4) Leather jackets. Jackets must be from an approved uniform vendor.
5) Overcoat (trench coat). Overcoats must be black. Overcoats must be from an approved uniform vendor. When the overcoat is worn without epaulets, then a pilot hat must also be worn.

Uncontrolled copy. Currency must be verified with the LESP before use.

6) Black neoprene jackets. Jackets must be from an approved uniform vendor. **These jackets are ONLY approved for use while operating within the Alaska Airlines system.** In order to be identifiable as a flight deck crewmember, pilot wings must be worn on these jackets while on duty.

7) Winter hats or ear protection must be black in color. Hats must be watchcap style, conform to the shape of the head, and not contain any logos or have a visor-type bill. Once inside the terminal or in a warm airplane, such headwear must be removed.

## 11. Mandatory and Optional Uniform Items

A. Mandatory Male and Female Uniforms

1) Company-issued name tags
2) Company-issued shirt wings
3) Company-approved jacket
4) Company-issued jacket wings
5) Company-approved pants
6) Company-approved white shirts
7) Company-approved tie (black or other approved)
8) Company-issued epaulets
9) Black socks
10) Black shoes or boots (no cowboy or work-style boots)
11) Black belts one to one and one-half inches in width, buckle not to exceed 1 ½” x 1 ¾” (no design)

B. Optional Male and Female Uniforms

1) Company-approved hat and emblem
2) Company-approved pullover sweater
3) Company-approved overcoat
4) Company-approved leather jacket
5) Black gloves, scarf, and hat (watchcap)
6) Ornamental pins:
   - EMB 120, CRJ, SAPA, and military wings
   - Company-issued performance recognition pins
   - Maximum of two pins can be worn: one on the tie and one on the jacket lapel

## 12. Company-Issued and Approved Uniform Items

A. Items issued through, or approved by, the Company are not to be altered to change the original design at any time.

B. Uniforms should fit the body appropriately. Oversized or tight fitting clothing is not acceptable.

Uncontrolled copy. Currency must be verified with the LESP before use.

C. Non-Company approved item(s) may not be substituted except with prior approval by your chief or assistant chief pilot.

D. SkyWest Airlines provides a uniform allotment to each qualified pilot. This allotment is to be used by the individual pilot for his/her own use. This allotment is not transferable to another pilot's account nor should the pilot purchase uniform pieces for someone else. Pilots cannot sell items purchased from the uniform allotment for personal gain.

## 13. Uniform Lost and Found Procedures

A. Anyone finding an item should turn the item in to the Customer Service Department or the Flight Operations office (if applicable) at the city in which the item was found.

B. When an item is lost, report the item(s) lost to the city in which you believed it to be lost.

C. When any required uniform item is lost, a new item must be acquired to replace that item within four weeks at the expense of the pilot.

D. Writing your employee number on each uniform piece is helpful when identifying a lost or stolen item.

## 14. Non-Revenue Travel Attire Requirements

A. Pilots traveling on non-revenue status must follow the attire set forth by the respective codeshare carrier. Pilots should consult the airline or the SkyWest online travel information section for interline dress code policies. Noncompliance of the dress code policies may result in denied boarding or loss of pass privileges.

## 15. Company Business Travel and Clothing

A. Travel

1) Pilots deadheading to or from a same day Company-directed flying assignment must wear his/her Company-approved pilot uniform.

2) When traveling on Company business (non-flight assignments), business casual attire is mandatory. Jeans and denim are not allowed.

B. Clothing

1) Business casual is the minimum acceptable attire for all non-flying official Company business (recurrent, simulator, ground school, etc.). Jeans and denim are not allowed.

## 16. Pilot Identification Badge

A. Federal regulations require that a pilot's identification badge (picture side) be visible on the outermost garment above the waist when in a Security Identification Display Area (SIDA) area. SIDA requirements can be found on SkyWest Online or by contacting the appropriate chief pilot.

Uncontrolled copy. Currency must be verified with the LESP before use.

B. The only approved methods of securing identification badges to the uniform are by using the metal badge clip, a black lanyard, or another approved lanyard around the neck.

Case 2:19-cv-00149-JNP Document 53-2 Filed 08/27/21 PageID.3339 Page 1099 of 1277

Uncontrolled copy. Currency must be verified with the LESP before use.

INTENTIONALLY LEFT BLANK


SkyWest 000432

Uncontrolled copy. Currency must be verified with the LESP before use.

**Paragraph** **Page**

1. Compensation ... 3008.1
2. Employee Incentive Bonus ... 3008.2
3. 401(k) Retirement Plan ... 3008.2
4. Determining Credit Hours ... 3008.2
5. Minimum Bid / Pay Guarantees ... 3008.3
6. Changes to the DMA Bid Award Schedule ... 3008.5
7. Pilot Paychecks ... 3008.6
8. Description of Guarantees ... 3008.9
9. Holiday Pay ... 3008.11
10. Company Business Pay ... 3008.12
11. Shift Cancellation Pay ... 3008.12
12. Functional Flight Pay ... 3008.12
13. Deadhead Pay ... 3008.13
14. Flying at a Different Status Pay ... 3008.13
15. Fatigue Pay ... 3008.14
16. User Time Pay ... 3008.16
17. Vacation Pay ... 3008.17
18. New Hire Pay ... 3008.18
19. Supplemental Operations ... 3008.18
20. Reposition Pay ... 3008.18
21. Pairing Extensions ... 3008.19
22. Pairing Extension - Explanation of Compensation ... 3008.19
23. Displacement - Explanation of Compensation ... 3008.20
24. Flying While Waiting for IOE ... 3008.21
25. Pilot Profit Sharing (PPS) Program ... 3008.21

## 1. Compensation

A. Applicable pay rates are set forth in Pilot Policy Manual SP 3027 SkyWest Airlines Pilot Compensation with pilots advancing from one longevity pay status to the next on the anniversary of their date of hire.

B. Flight Time Compensation

1) All flown flight time shall be credited and paid at the individual historical block-to-block time or the actual block-to-block time, whichever is greater.

2) Regardless of the source, OOOI times will be 100% automated for the actual block-to-block time and ACARS/AFIS data will be used whenever available.

3) When the Company adjusts the flight time of a leg to the FAA definition of flight time, the pilot will be notified and made whole for any difference in compensation.

C. Payroll discrepancies and pay credit for additional tasks (e.g., taxi credit)

1) Either pilot may electronically complete and submit a Pay Correction Form located on SkyWest Online that will apply to both pilots.

2) Discrepancies may be investigated and the intentional filing of a fraudulent claim may be grounds for immediate termination.

Uncontrolled copy. Currency must be verified with the LESP before use.

3) Online submission of a Pay Correction Form received by 2359 Mountain Time on the closing day of the pay period will be credited to the same pay period. Pay Correction Form submissions received after this time will be credited to the next pay period.

4) Pay Correction Form submissions must be received no later than the close of the following pay period for credit to be made.

D. Overtime will be paid at a rate of one and one-half times a pilot's hourly rate whenever a pilot is junior manned by the Company.

## 2. Employee Incentive Bonus

Refer to Company Policy Manual SP 100 Total Rewards.

## 3. 401(k) Retirement Plan

A. For all pilots the following will apply:

1) The Company will provide matching contributions, dollar-for-dollar, up to the following percentages based on completed years of service:

a) 1-4 years of service = 4%

b) 5-9 years of service = 6%

c) 10-14 years of service = 8%

d) 15+ years of service = 10%

B. Pilots will be disaggregated from all other workgroups for purposes of the required annual ADP and ACP compliance testing.

1) The 401(k) Retirement Plan is subject to the provisions located in Company Policy Manual SP 100 Total Rewards.

→

2) HCEs who contribute an additional 1% above the 2%, 4%, or 6% threshold noted above will receive an additional matching payment equal to 1% of his/her 401(k) eligible earnings each pay period. With the exception of the matching schedule above, the 401(k) Retirement Plan is subject to the provisions located in Company Policy Manual SP 100 Total Rewards.

## 4. Determining Credit Hours

A. The value of hours worked for pay purposes (credit hours) will be determined by the Company. Credit hours for a leg, a duty period, and a pairing are determined as follows:

1) A leg's credit hour value is the greater of:

a) Historical block-to-block time (includes deadheads), or

b) Actual block-to-block time.

2) A duty period's credit hour value is the greater of the:

a) Sum of the leg credit hour values within the duty period, or

b) Duty and premium pay guarantee, or

c) Minimum daily guarantee.

3) A pairing's credit hour value is the greater of the:

a) Sum of the duty periods' credit hour values within the pairing, or

b) Time away from base (TAFB) guarantee.

B. A duty period, which is modified by adding an additional leg(s) and is originally scheduled to credit minimum daily guarantee (MDG), will credit the value of the additional leg(s) in addition to the MDG of the duty period.

## 5. Minimum Bid / Pay Guarantees

A. Pilots will be guaranteed to receive pay, including credit hours which may have been subtracted after the bid has been awarded, for no less than the following:

1) Regular Line Holder

a) EMB 120: 80 hours per bid period

b) CRJ and ERJ 175: 75 hours per bid period

c) In the event the PBS builds partial lines within the minimum number of regular lines, the lines will be guaranteed to receive the regular line credit hours appropriate for the status.

(1) Pilots will start with a baseline that equals the guarantee for their position.

(2) The credit value for any pairings dropped by the pilot will be subtracted from that baseline.

(3) Credit for any pairings picked up will then be added.

Example 1:
An EMB 120 pilot is within the minimum number of regular lines and is built a PBS schedule with only 77 hours of credit. During the month, the pilot drops a pairing with a credit value of 10 hours and picks up a credit value of 5 hours. The pilot would be paid the following:
80 Baseline Guarantee for EMB 120 Pilots
-10 hours for credit dropped
+5 hours for credit picked up
75 Hours of pay for the month.

Example 2:
A CRJ pilot is within the minimum number of regular lines and is built a PBS schedule with only 70 hours of credit. During the month, the pilot drops a pairing with a credit value of 5 hours and picks up a credit value of 12 hours. The pilot would be paid the following:
75 Baseline Guarantee for CRJ Pilots
-5 hours for credit dropped
+12 hours for credit picked up
82 Hours of pay for the month.

Uncontrolled copy. Currency must be verified with the LESP before use.

Example 3:
An ERJ 175 pilot is within the minimum number of regular lines and is built a PBS schedule with only 70 hours of credit. During the month the pilot picks up a credit value of 12 hours. The pilot would be paid the following:
75 Baseline Guarantee for ERJ 175 Pilots
+12 hours for credit picked up
87 Hours of pay for the month.

2) Composite Line Holder

a) Composite lines not containing reserve availability periods with a credit value of 80 credit hours or more for EMB 120 pilots or 75 credit hours or more for CRJ and ERJ 175 pilots, by 2000 Mountain Time on the 24th, will be guaranteed to receive no less than the regular line credit hours appropriate for the status.

b) Composite lines containing reserve availability periods will be guaranteed to receive no less than 75 credit hours.

3) Reserve line holder: 75:36 hours per bid period.

4) Training pay: 70 hours per bid period.

5) Training pay for ground school: Scheduled training time as determined by the training department divided by two to a maximum of four hours per training day.

6) Training pay for Company assigned home study recurrent work books: Scheduled training time as determined by the training department divided by two to a maximum of two hours.

7) Training pay for simulator/aircraft training: Simulator/aircraft training will be paid the greater of the actual simulator/aircraft flight time, or the value of the pairings missed while taking the check.

8) Proficiency flight checks: Proficiency flight checks will be paid the greater of actual deadhead and flight incurred as a result of the check, or the value of the pairings missed while taking the check.

9) Travel to and from training: Travel pay will be the scheduled block time of the routing shown on the pilot's travel pass from his/her domicile, or four hours, whichever is less per calendar day. For travel outside the contiguous United States, travel pay will be the scheduled block time of the routing shown on the pilot's travel pass from his/her domicile, or four hours, whichever is less per calendar day.

10) Per diem pay will be paid for all duty time when assigned away from the pilot's home domicile by the Company.

B. Pilots will be guaranteed to receive the credit values as stated in Pilot Policy Manual SP 3017 Scheduling for all pre-assigned activities considered duty days placed on a pilot's schedule prior to the opening of the bid.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

C. Designated Mountainous Airport (DMA) pilots will be guaranteed to receive pay for no less than the following:

1) Regular Line Holder – 75 hours per bid period.

→

2) Reserve Line Holder – 75:36 hours per bid period.

3) Designated Mountainous Airport qualified pilots will receive an additional 1.0 hour of credit above any guarantee or credit (regardless of bidding status) for each scheduled landing at a DMA. For the purposes of pay, a scheduled landing is a landing in the original bid packet or an additional segment scheduled by the Company. Secondary attempts after a diversion(s) will not incur additional landing credits. Additional flights that are a result of a cancellation/reposition do not incur additional credits for landing at the DMA location.

a) A pilot will receive 1.0 hour of pay described in this section if:

(1) The pilot operates (is in a captain or first officer seat) the flight as scheduled to the DMA.

(2) The pilot is assigned a flight to the DMA, and:

(a) The flight diverts to another airport,

(b) The pilot is displaced by the Company from the pairing containing the landing(s) at the DMA,

(i) If a DMA pilot is displaced from a DMA pairing, subsequently reassigned and drops that pairing, no landing incentive will be received.

(ii) If a DMA pilot is displaced from a DMA pairing, subsequently reassigned and drops that pairing, the landing incentive will be protected at the higher of the two each day.

(c) The flight assignment is canceled, or

(d) The pilot is rescheduled by the company off the flight/trip landing at the DMA.

b) The pilot forfeits the landing incentive if the criteria in paragraph 3)a) is not met.

## 6. Changes to the DMA Bid Award Schedule

A. When a pilot adds additional flying to their awarded schedule, the credit value of that flying will be paid in addition to the DMA bid guarantee.

B. Changes to DMA Line Holder's Schedule

1) Crew Support may need to remove flying from a pilot's schedule during transition due to FAA legalities. If part of a day's flying is removed, the credit value for that day will be no less than minimum daily guarantee and 83 hours for the month. If an entire day and/or pairing is removed, the pilot will still receive no less than the line award for the month. Any credit for landing in a DMA location is forfeited when the flight is removed due to a bid award conflict.

Uncontrolled copy. Currency must be verified with the LESP before use.

→
→

C. Pre-assignments

1) Any pre-assigned training event, non-DMA carry-in pairing, Company Business function, or other Company-assigned function that falls on a bid package day off will be paid in addition to the line credit awarded.

2) If a pre-assignment conflicts with part or all of an awarded DMA pairing, the pilot will be paid the greater of the credit of the originally awarded trip or the credit of the pre-assignment per calendar day. Any additional credit from a pre-assignment will not be paid in excess of the DMA line credit award, unless the additional credit causes the pilot's credit value to exceed the line award for the month. Then the pilot will be paid the actual credit for the month.

→
→
→
→

## 7. Pilot Paychecks

A. Pilots will be issued semi-monthly checks/electronic deposits on the 7th and the 22nd of each month. When the 7th or the 22nd of the month falls on Saturday, a check/electronic deposit will be issued on the 6th and the 21st of the month. If the 7th or the 22nd of the month falls on Sunday, a check/electronic deposit will be issued on the 8th and 23rd of the month.

B. When the 7th or the 22nd falls on a recognized holiday, a check/electronic deposit will be issued the day after the holiday.

Example:
When the holiday falls on a Saturday, the check/electronic deposit will be issued on Friday, and if the holiday falls on a Sunday, the check/electronic deposit will be issued on Monday.

C. Pay will be determined as follows:

1) Regular and Composite Line Holders

a) Each paycheck will reflect all credit time, per diem, junior man assignments, and benefits awarded during the previous semi-monthly pay period as outlined within the pilot's bid award. Non-earned credit time that is added to bid lines to meet bid period guarantees will be credited to the last day of the bid period and will be reflected in that pay period.

b) When a pairing begins in one bid period and ends in the following bid period, all of the hours flown in the first bid period will be credited to the first bid period. The remainder of the hours flown will be credited in the next bid period.

D. Pilots in reserve guarantee status will have their pay based on a 75:36 hour credit per bid period adjusted to be reconciled each bid period. If a pilot is unavailable for a full month of reserve due to any unpaid absence, leave, or status/equipment change, the hours necessary to calculate breaking guarantee is the sum total of 4:12 hours for each reserve day available. Each bid period will guarantee to pay 75:36 credit hours, except as specified above. The bid period will be divided in half to coincide with the semimonthly pay periods described in this section. Each semimonthly period will pay a guarantee of 37:48 credit hours, except as specified above. The first period during each semimonthly reconciliation (1st day of the bid period through the 15th of each month) is designated the ODD pay period and the second (16th day of the month through the last day of each bid period) is designated the EVEN pay period.

1) During each ODD pay period, a reserve line holder will receive:

a) The pay equal to their current pay rate times 37:48 credit hours.

b) Any per diem earned for the entire pay period.

c) The pay for any additional flying as set forth in this policy manual.

d) Holiday pay for holidays that fall within this pay period.

2) During each EVEN pay period, a reserve line holder will receive:

a) The pay equal to their current pay rate times 37:48 credit hours.

(1) CRJ reserve pilots who fly the CRJ 700 or CRJ 900 will receive the difference between the CRJ Base Rate and the CRJ 700 Rate or CRJ 900 Rate for each leg flown. This will be reconciled each pay period.

b) The pay equal to their current pay rate times the number of hours credited above 75:36 credit hours cumulatively between the last ODD pay period and the current EVEN pay period (reconciliation).

(1) When the pilot has worked in excess of their guarantee (broken guarantee), the reconciliation will include pay equal to their current pay rate times the minimum daily guarantee, shift value according to Pilot Policy Manual SP 3008 Compensation, or the value of the shift as published in the pairing package, whichever is greater, for each shift flown for the entire reconciliation period. Additionally, each on call duty period not associated with credit towards breaking the guarantee during the reconciliation period will be credited at and paid minimum daily guarantee.

c) Any per diem earned for the entire pay period.

d) The pay for any additional flying as set forth in this policy manual.

e) Holiday pay for holidays that fall within this pay period.

3) Hours credited towards breaking a reserve line holder guarantee will be determined as per Pilot Policy Manual SP 3008 Compensation.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

4) Reserve duty will be classified into two categories: “on call” and ”on duty.” All credit hours associated with a reservist on duty will be credited toward breaking their guarantee. Any reservist in an on call status will not be credited with hours toward breaking their guarantee.

   a) On duty status shall be defined as any assignment where the pilot is earning per diem. Additionally, user and vacation time will be considered toward the breaking of the guarantee.

   b) The reserve guarantee shall end on the last day prior to the first day of the new guarantee category.

5) A pilot assigned to stand as ready reserve will credit 50% of the time standing ready reserve.

E. Pilots who are in training guarantees will have their pay based on a 70 hour credit per bid period adjusted to be reconciled each bid period. Each bid period will guarantee to pay 70 credit hours. The bid period will be divided in half to coincide with the semi-monthly pay periods described in this section. Each semi-monthly period will pay a guarantee of 35 credit hours. The first period during each semi-monthly reconciliation period (1st day of the bid period through the 15th of each month) is designated the ODD pay period and the second (16th of each month through the last day of each bid period) is designated the EVEN pay period.

1) During each ODD pay period, a reserve line holder will receive:

   a) The pay equal to their current pay rate times 35 credit hours.

   b) Any per diem earned for the entire pay period.

   c) The pay for any additional flying as set forth in this policy manual.

   d) Holiday pay for holidays that fall within this pay period.

2) During each EVEN pay period, a reserve line holder will receive:

   a) The pay equal to their current pay rate times 35 credit hours.

   b) The pay equal to their current pay rate times the number of hours credited above 70 credit hours, calculated as per Pilot Policy Manual SP 3008 Compensation, cumulatively between the last ODD pay period and the current EVEN pay period (reconciliation).

   c) The pay for any additional flying as set forth in this manual.

   d) Any per diem earned for the entire pay period.

   e) Holiday pay for holidays that fall within this pay period.

3) Hours credited towards breaking a training guarantee will be determined as per Pilot Policy Manual SP 3008 Compensation.

4) Pilots on a training guarantee will be classified into two distinct groups, active training day and inactive training day. All credit hours associated with a pilot on an active training day will be credited toward breaking their guarantee. A pilot on an inactive training day will not be credited with hours toward breaking their guarantee.

   a) An active training day will be defined as a pilot that attended a training event as described in Pilot Policy Manual SP 3008 Compensation.

b) An inactive training day will be defined as a pilot that did not attend a training event as described in Pilot Policy Manual SP 3008 Compensation.

5) Training Guarantee Window

a) The training guarantee shall begin on the day prior to the first day of the training event.

b) The training guarantee shall conclude on the day of the successful completion of the qualification LOE (or simulator checkride).

F. Any clerical errors in paychecks brought to the Company's or the pilot's attention shall be reconciled in the following paycheck by the Company, or the pilot, unless the amount exceeds $50.00, in which case it shall be reconciled immediately.

## 8. Description of Guarantees

A. The following bid period guarantees will apply to all pilots not considered regular or composite line holders. All guarantees are based on a bid period credit adjusted to be reconciled each bid period. Each bid period reconciliation period shall be divided in half which coincides with the semi-monthly pay periods described in this section. Each semi-monthly period will pay a specified number of credit hours as described below for each guarantee category. The first period during each bid period reconciliation period is designated the ODD pay period and the second is designated the EVEN pay period.

1) The ODD pay period will pay the base guarantee as described below for each guarantee category. The EVEN pay period will reconcile the base credit hours against the work performed during the current semi-monthly period and pay the base credit hours in addition to any credit hours for work performed above the respective bid period guarantee.

a) Bid period guarantee credit hours are as follows:

(1) New hire guarantee - 65 hours

(2) Training guarantee - 70 hours

(3) Reserve guarantee - 75:36 hours

b) When a pilot is changing guarantee categories or is changing from a particular guarantee category to regular or composite line holder status, a daily rate will be applied to calculate proper credit hours. The daily rates to be applied during a category change will be as follows:

(1) Training daily rate - 2:18 hours per calendar day irrespective of number of duty days

(2) Reserve daily rate - 2:31 hours per calendar day irrespective of number of duty days

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

**Example 1**

- Training event begins on the 7th of the bid period.
- Pilot's last duty day on reserve is the 5th.

A pilot is on reserve and will be changing to a training guarantee with the above dates. The pilot will have been in the reserve guarantee category for six calendar days prior to changing into the training guarantee. The reserve guarantee for that pay period will pay 15:06 hours (six calendar days multiplied by 2:31 hours per calendar day). The 15:06 hours would be reconciled against what the reserve pilot actually worked and he/she would be paid either 15:06 hours or the amount worked, whichever is greater. The remaining portion of the paycheck would reflect the training guarantee for the number of days remaining in the period. Since this is an ODD pay period, the pilot would receive the base hours of 20:42 hours (nine calendar days, the 7th through the 15th of the bid period, multiplied by 2:18 hours per calendar day). The total paycheck would reflect 35:48 hours (15:06 hours plus 20:42 hours) if the pilot did not break the reserve guarantee.

**Example 2**

- Training event begins on the 20th of the bid period.
- Pilot's last duty day on reserve is the 18th.
- Assuming a 30-day bid period.

A pilot is on reserve and will be changing to a training guarantee with the above dates. The pilot will have been in the reserve guarantee category for three calendar days in the EVEN pay period prior to changing to the training guarantee. The reserve guarantee for the EVEN paycheck would pay a base credit of 7:33 hours (three calendar days multiplied by 2:31 hours per calendar day) and reconcile that amount against what was worked during the last ODD pay period and the current EVEN pay period. The pay check would reflect a reserve guarantee credit value of 7:33 hours or the cumulative hours equal to what was worked above the guarantee of 45:21 hours for the portion of the ODD and EVEN pay periods in the reserve guarantee (37:48 plus 7:33), whichever is greater. The paycheck would also reflect the training guarantee of 29:54 hours (13 calendar days multiplied by 2:18 hours per calendar day). The total paycheck would reflect 37:27 (7:33 hours plus 29:54 hours) if the pilot did not break the reserve guarantee.

Uncontrolled copy. Currency must be verified with the LESP before use.

**Example 3**

- Simulator check ride passed on the 8th of the bid period.
- Pilot worked 22:00 hours by the end of the checkride.
- Assume a 30-day bid period.

A pilot is in a training guarantee and successfully completes the simulator checkride on the 8th of the bid period. The day after the checkride, the pilot will be in the reserve guarantee category. The ODD pay period will reflect 22:00 hours since the hours worked are greater than the base guarantee for the eight calendar days in the training guarantee (18:24 hours). The training guarantee is reconciled even though this is an ODD pay period because the pilot is changing guarantees and must be reconciled out of his/her current guarantee. The reconciliation of the training guarantee is reconciled only against work performed during the training event. The subsequent reserve guarantee will begin on the 9th of the bid period (the day after the checkride). The ODD paycheck will reflect the reserve guarantee of 17:37 hours (seven calendar days multiplied by 2:31 hours per calendar day). The total paycheck would reflect 39:37 hours (17:37 hours plus 22:00). During the subsequent EVEN pay period, the reconciliation would occur for reserve only. The paycheck would reflect the number of hours worked toward breaking the guarantee over the last ODD pay period and the current EVEN pay period or the guarantee of 37:48 hours, whichever is greater.

B. Composite line holders will be guaranteed to receive pay as follows:

1) Composite line holders with pairings awarded in accordance with Pilot Policy Manual SP 3017 Scheduling will be paid according to Pilot Policy Manual SP 3008 Compensation for regular line holders.

2) Pay for reserve availability periods assigned to a composite line holder will be based on a daily reconciliation of credit equal to minimum daily guarantee per reserve availability period. Pay for each reserve availability period will be the greater of:

a) Credit hours determined in accordance with Pilot Policy Manual SP 3008 Compensation, or

b) Credit hours equal to minimum daily guarantee per reserve availability period.

## 9. Holiday Pay

A. The Company recognizes the following holidays:

1) New Year's Day
2) Memorial Day
3) 4th of July
4) Labor Day
5) Thanksgiving Day
6) Christmas Day

Uncontrolled copy. Currency must be verified with the LESP before use.

B. A pilot who has completed 90 days of employment from their date of hire is eligible to receive 4:18 hours of holiday pay when:

1) The pilot works on a holiday, or
2) The pilot is not scheduled to work on a holiday and:
    a) The pilot does not call in unable to work (e.g., sick, missed commute, personal emergency) for the day before or after the holiday.

**NOTE -** Holiday pay for a fatigue call is addressed in Pilot Policy Manual SP 3008 Compensation. For pilots on a leave of absence, refer to Company Policy Manual SP 69 Leave of Absence (LOA) and SP 70 On-the-Job Injuries.

C. A pilot who has not completed 90 days of employment from their date of hire will be paid one and one-half times the pilot's hourly wage when that pilot works on a holiday.

D. A holiday will be paid within the pay period in which it falls.

## 10. Company Business Pay

A. Pilots attending mandated meetings that are not pre-assigned at the direction of the Company or meetings such as SAPA, check airmen, or other mandatory meetings required by the Company will be compensated the higher of either the pairing(s) lost or 50% of the actual meeting time to a maximum of four hours per day. Company business pay will be paid within the pay period in which it falls.

## 11. Shift Cancellation Pay

A. When a pilot's scheduled shift is canceled for maintenance, weather, or by the Company, he/she may be required to remain on a reserve status (at the discretion of the Company) and will be paid the value of the shift canceled.

## 12. Functional Flight Pay

A. Pilots performing a functional flight will be credited using the following guidelines:

1) When the functional flight occurs before the scheduled report for duty time or after the scheduled release from duty time of a pairing, the pay will be the greater of one credit hour or actual flight time.
2) When the functional flight occurs on a scheduled day off, the pay will be the greater of one credit hour or actual flight time. Overtime does not apply.
3) When the functional flight occurs between scheduled report for duty time and the scheduled release from duty time of a pairing, the pay will be the actual flight time, unless the functional flight was conducted in place of a scheduled leg(s) of flying. In this case, the pilot will receive credit for the canceled leg(s) or the functional flight, whichever is greater, but not both.

Uncontrolled copy. Currency must be verified with the LESP before use.

B. When a check airman is required by the Company to perform a functional flight, the following applies:

1) Check airmen on a scheduled shift are required to accomplish the functional flight as long as that flight will be completed by his/her original scheduled release time or is not scheduled to start before his/her original scheduled show time. Credit for this is the greater of:
   - Credit for leg or legs missed in order to accomplish the functional flight; or
   - Actual block time of the functional flight; or
   - One hour.

2) Check airmen who are on a scheduled day off have the option of accepting or declining the flight. When the pilot chooses to accept the flight, he/she receives credit the greater of:
   - Minimum daily guarantee; or
   - Actual block time of the functional flight.

3) Check airmen may be asked to perform a functional flight outside of his/her original show time or release time on a day that they were originally scheduled to work. In this case, the pilot has the option of accepting or declining the functional flight. When the pilot chooses to accept the flight, he/she receives credit the greater of:
   - Actual block time of the functional flight; or
   - Two hours.

   This is in addition to any credit received for leg or legs that were canceled during their originally scheduled trip.

4) When a reserve check airman is required to perform a functional flight because a more junior reserve pilot is not qualified for that functional flight, he/she is credited minimum daily guarantee towards his/her reserve guarantee or actual flight time, whichever is greater. When he/she is called either on a day off or before or after an original scheduled shift, he/she is treated in accordance with above.

5) In addition to the provisions above, a check airman who performs a functional flight receives check airman override pay for the actual block time of the functional flight.

## 13. Deadhead Pay

A. When a pilot is required to deadhead as part of a scheduled work assignment, he/she will receive 100% flight pay for the scheduled block time of the deadhead.

## 14. Flying at a Different Status Pay

A. A pilot's status changes the day after completion of all simulator training.

B. Pilots who hold captain status and who are assigned to first officer duties during any portion of a bid period will be paid for all pairing(s) flown or credited during the bid period at captain rates.

Uncontrolled copy. Currency must be verified with the LESP before use.

C. Pilots who hold first officer status and who are assigned by the Company to captain duties during the bid period, will be paid all hours flown as captain at applicable captain pay rates.

D. Pilots who hold first officer status who volunteer and are assigned by the Company for captain duties will be paid only those hours flown, or credit at the applicable rates for captains with similar dates of hire who are assigned to the same equipment.

## 15. Fatigue Pay

A. If a pilot calls in fatigued prior to or after starting a flight assignment, reserve assignment, or ready reserve assignment, the pilot has the option of taking user/vacation time or forfeiting that time for the credit that was lost from their original flight assignment, reserve assignment, and/or ready reserve assignment.

1) If the pilot is a line holder and is re-flowed into a flight assignment that pays more credit than their original flight assignment, he/she will be paid the higher of the two flight assignments. If the new flight assignment has less credit, the pilot has the option of taking user/vacation time to supplement the difference in pay from the new flight assignment to the pilot's original flight assignment.

2) If the pilot is a line holder and agrees to sit reserve because they were not able to reclaim their original flight assignment or be re-flowed, he/she will be paid the higher of the minimum daily guarantee or the credit for the flying that was completed, if called out, for each day that the pilot sat reserve. In this case, the pilot has the option of taking user/vacation time to supplement the difference in pay from the reserve assignment(s) to the pilot's original flight assignment.

a) In this situation, if the pilot elects to not sit reserve, the pilot has the option of taking user/vacation time to cover the lost credit from the remaining balance of their original flight assignment. In doing so, the pilot will automatically forfeit the offered reserve credit for each day that he/she elected to not sit reserve in the Fatigue Pay Committee (FPC) decision.

3) If the pilot is a reserve line holder, he/she will be credited the portion of the flying or ready reserve that he/she completed prior to calling in fatigued for the purpose of breaking guarantee. If the credit for the day that the pilot called in fatigued was below minimum daily guarantee, he/she has the option of taking user/vacation time to supplement the difference or forfeiting that time. (Refer to Paragraph 7.D.4)a) above for policy of applying user/vacation toward breaking reserve guarantee.)

4) If a pilot calls in fatigued after beginning a reserve assignment, he/she will be credited for the time that he/she was actually available as a proration of minimum daily guarantee. In this case, the pilot has the option of taking user/vacation time to supplement the difference in pay.

Uncontrolled copy. Currency must be verified with the LESP before use.

5) If a pilot calls in fatigued prior to the beginning of a reserve assignment, he/she has the option of adjusting the start of the reserve assignment.

a) If a reserve assignment start time is adjusted, the pilot will be credited for the time that he/she was actually available as a proration of minimum daily guarantee. At no time will the reserve assignment be extended beyond the pilot's original reserve assignment release time. In this case, the pilot has the option of taking user/vacation time to supplement the difference in pay.

B. Flight pay will be restarted at the point of time in which the pilot physically reclaims their original flight assignment, or has begun a re-flow or reserve assignment. This includes deadhead(s) to reposition the pilot for the purpose of a re-flow or reserve assignment.

1) If a pilot is being deadheaded to reclaim their original flight assignment, that time will not be counted as flight pay.

2) If a pilot is being deadheaded for the purpose of a re-flow or reserve assignment, that time will be counted as flight pay.

a) In this case, if the combined credit from the completed portion of the original flight assignment, re-flow and/or reserve assignment(s), and deadhead(s) is greater than the original flight assignment credit, the pilot will receive the higher of the two.

3) In all cases, per diem pay will be continuous until the pilot is released in his/her domicile.

C. The FPC will meet to review each pilot's Fatigue Data Analysis.

1) The FPC will be composed of:

a) Flight Operations representative

b) SAPA representative

2) If in the determination of the FPC, the pilot's fatigue event was not caused by factors within his/her control and could not be reasonably expected of a pilot to safely complete that flight assignment, the pilot will be reimbursed user/vacation time and lost pay if user/vacation time was forfeited or the pilot did not have enough user/vacation time to cover the lost credit.

a) In this case, lost pay also includes holiday pay if the fatigue call occurred on a Company recognized holiday or within one day of a company recognized holiday.

b) In the case that a line holder elects to not sit reserve because they were not able to reclaim their original trip or be re-flowed, they will only be reimbursed user/vacation time and lost pay up to the reserve credit that they forfeited for the time that they elected to not sit reserve.

3) If the FPC cannot agree on a pay resolution, the event would be forwarded to the Director Flight Operations/Company Chief Pilot and SAPA President, or their designee(s), for a final review and determination.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 16. User Time Pay

A. Pilots with 90 days of employment will take user time to cover loss of credit flight time because of illness, injury, scheduled assignment deviations or personal time. The credited flight time will be deducted from the pilot's user bank at a rate equal to the value, or portions of, the pairing(s) lost and their guarantee will not be affected.

1) Reserve line holders will receive credited flight time at a rate equal to minimum daily guarantee per day.

a) When the pilot is unavailable for only a portion of the assigned on-call reserve assignment, he/she will only receive credited flight time for that portion of his/her on-call reserve assignment in which he/she was unavailable on a prorated basis. The portion of the on-call reserve assignment in which the pilot was available will be considered a pro-rated “on-call" period and will be paid in accordance with Pilot Policy Manual SP 3008 Compensation.

2) When a pilot has insufficient time in his/her user bank to cover the value of the pairing(s), his/her guarantee will be reduced by the value of the pairing.

Reserve Examples:

a) A reserve pilot assigned a reserve availability period from 0600 to 1800 local time calls in sick the day before and requests the entire day off, a sick block will be added with a credit equal to minimum daily guarantee. The next day the pilot calls in feeling better at 1000 local time and is willing to sit the remainder of his/her duty day. His/Her user time would be deducted at 1:20 credit hours for the period from 0600 to 1000 local time. He/She would receive 2:40 credit hours of “on call” reserve time credit if he/she breaks guarantee.

b) A reserve pilot assigned a reserve availability period from 0400 to 1600 local time calls in sick at noon. His/Her user time would be deducted at 1:20 credit hours for the period from 1200 to 1600 local time. He/She would receive 2:40 credit hours of “on call” reserve time credit if he/she breaks guarantee.

c) A reserve pilot assigned a long call reserve assignment (24 hours) calls in sick at 0800 local time. His/Her user time would be deducted at 2:40 credit hours for the remainder of the day. He/She would receive 1:20 credit hours of “on-call” reserve time credit for 0001 to 0800 local time if he/she breaks guarantee.

3) When a pilot calls in sick for a pairing and subsequently contacts Crew Support to return to flight status and accepts a 12-hour reserve availability period, the pilot will be paid the greater of credit hours equal to minimum daily guarantee or the credit for the flights assigned during the reserve assignment. The pilot may elect to utilize User Time to achieve the original credited flight time from their original pairing on a day-by-day basis. Reserve availability periods less than 12 hours will be prorated.

Uncontrolled copy. Currency must be verified with the LESP before use.

B. Golden days will be awarded prior to 0900 Mountain Time on the 8th of each month. Golden days have no associated credit value and are considered guaranteed day(s) off.

C. Any other types of user time (family leave, emergency leave, user time, etc.) that are awarded or assigned prior to the bid opening for a subsequent bid period will be pre-assigned activities in the PBS in accordance with Pilot Policy Manual SP 3017 Scheduling. Pilots may request an equal amount of user time be deducted from his/her user time.

D. Each pilot will have the option of receiving pay in lieu of earned or accrued user time at the end of each calendar year. This will be paid in December of each year and should be requested in writing by December 1st of each year.

E. User time pay may be requested on any future day(s) off. Credited flight time of 4:18 to 8:00 hours (pilot selectable with 4:18 default) for each day of user time taken will be deducted from the pilot's user time bank.

## 17. Vacation Pay

A. Pilots with one year of employment may request vacation pay (or user time) for awarded vacation time. The vacation credit hours deducted from the pilot's vacation bank will be as follows:

1) Pilots will have until 0900 Mountain Time on the 5th of the month prior to the month in which the vacation is awarded to choose a daily vacation rate. Pilots will select the daily vacation rate to be used via SkyWest Online using the SkedPlus+ application. Pilots may choose a daily vacation rate between 2:30 and 4:12 credit hours per day in increments of six minutes. The selected rate will be used for all vacation time awarded at the time of the bid opening for the subsequent bid period. When the pilot does not elect to choose a daily vacation rate, a rate of 2:54 credit hours per day will be used.

a) In the event a pilot has an awarded vacation period and is assigned or awarded a reserve line by the PBS for that bid period, the on-call reserve assignments in conflict will be dropped during the reserve adjusted bid, and a daily vacation rate equal to minimum daily guarantee per on-call reserve assignment dropped will be used to determine credit time paid and deducted from the pilot's vacation bank.

2) Pilots awarded vacation by Crew Support after the awarded bid or reserve adjusted bids are published for the subsequent bid period or anytime during the current bid period will be paid for the credit time of all pairings dropped due to the awarded vacation. Credit time will be deducted from the pilot's vacation bank at a rate equal to the credit time dropped. Reserve pilots who are awarded vacation under the provisions of this paragraph will be paid and credit time deducted from their vacation bank at a rate equal to minimum daily guarantee for each on-call reserve assignment dropped due to the vacation award.

Uncontrolled copy. Currency must be verified with the LESP before use.

B. Vacation pay may be requested during any period that a pilot has three consecutive scheduled days off. Credited flight time at a rate equal to 4:18 hours for each day of vacation taken will be deducted from the pilot's vacation bank.

C. Aspen line holders will be paid for the credit time of all pairings or portion of pairings dropped due to awarded vacation. Credit time will be deducted from the pilot's vacation bank at a rate equal to the credit time dropped. Aspen line holders that have vacation during the month will still be paid the Aspen bid guarantee for the month.

## 18. New Hire Pay

A. The Company will afford the following benefits to new hire employees:

1) Hotels

The Company will provide double occupancy hotels for new hire pilots while in training. This does not include the time spent between ground school and simulator training.

2) New Hire

New hire pilots will be paid reserve guarantee beginning on the first day of IOE, after which the pilot will be paid according to the guidelines set forth in Pilot Policy Manual SP 3008 Compensation.

## 19. Supplemental Operations

A. All supplemental operations flights will be compensated according to pay guarantees established within this section. Should a supplemental operations flight be assigned to a schedule, such as during a split duty (SDuty) overnight, after the pairing packages have been published and bids have been awarded, that supplemental operations flight will not be considered part of the original bid and it will be compensated separately from the awarded bid or reserve adjusted bid award.

## 20. Reposition Pay

A. When an aircraft is required to be repositioned by a pilot for purposes other than flight, the associated pay will be 12 minutes (Exception: 30 minutes for all ORD repositions and for all repositions associated with Customs non-precleared international operations). All attempts will be made by Crew Support to reflect these times within the pairing(s) when the pairing is created. In the event they have not been included, the pilot must record this reposition on the Pay Correction Form when they occur and submit to Crew Payroll for inclusion in payroll calculations.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 21. Pairing Extensions

A. Pilots who are asked by the Company to make additional revenue flights outside of the originally scheduled pairing with these additional flights occurring exclusively before the scheduled report for duty time or after the scheduled release from duty time will be paid overtime. Please refer to the scenarios and explanation of compensation located in this section.

B. Pilots will not be paid overtime for pairing extensions when they occur under the following guidelines.

1) A pilot is flying a pairing and has a long scheduled break in the middle. During that break, Crew Support adds additional leg(s). The pilot will be paid regular pay for those additional leg(s).

2) A pilot is flying a multi-day pairing and upon scheduled arrival at a layover station, Crew Support requests the pilot to fly additional leg(s). The pilot will be paid regular pay for those additional leg(s).

3) This policy does not apply to reserve pilots on reserve duty days.

4) When a pilot is on a junior man assignment/overtime pairing, that pilot will only be paid at a rate of one and one-half times their hourly rate irrespective of any pairing extension.

## 22. Pairing Extension - Explanation of Compensation

A. Overtime will be paid in accordance with the following scenarios listed in the table below. In the following scenarios A, B, C, and D represent hypothetical pairing extensions, while 1, 2, 3, and 4 represent hypothetical legs.

| SCENARIO | EXPLANATION OF COMPENSATION |
|---|---|
| Scenario 1<br><br>A B / 1 2 3 4 / C D | In this scenario, overtime is paid for (A B C D) on either end of the pairing when the scheduled pairing is flown in its entirety.<br><br>When the pairing is not flown in its entirety for any reason, leg (C) is paid overtime if the scheduled departure time of (C) is after the originally scheduled release from duty time.<br><br>When the scheduled departure time of leg (C) is prior to the scheduled release from duty time, a reflow has occurred. In the event of a reflow, leg (C) and all subsequent legs are included in the reflow. Reflows are paid at regular pay. |
| Scenario 2<br><br>A B /1 2 3 4<br>where any leg(s) (1, 2, 3, or 4) are not flown for whatever reason. | In this scenario, total pay is 1.5 x (A+B) + (1+2+3+4) so long as at least one leg (1,2,3 or 4) is flown after (A) and (B). |

| SCENARIO | EXPLANATION OF COMPENSATION |
|---|---|
| Scenario 3<br><br>A B / 1 2 3 4<br>where legs (1, 2, 3 and 4) are not flown. | In this scenario, total pay is the greater of 1.5 x (A+B), or (1+2+3+4) at regular pay, or the minimum daily guarantee, if no legs are flown after flying (A) and (B). |
| Scenario 4<br><br>A B / 1 2 3 4<br>where (A) and (B) cancel after report for duty. | In this scenario, total pay is 1.5 x (A+B) + (1+2+3+4) so long as at least one leg (1, 2, 3, or 4) is flown. |

## 23. Displacement - Explanation of Compensation

A. The following examples illustrate how compensation in relation to displacement will occur:

1) A pilot is displaced and reassigned 72 hours prior to the report for duty time of a pairing that has duty from 0800 to 1800 local time on August 10th.

a) The pilot may only be reassigned a pairing or portion thereof that operates between 0800 to 1800 local time on August 10th.

b) Pay credit is the greater of the two pairings compared day-by-day.

B. The pilot is released and not reassigned. The pilot then accepts a pairing from another pilot.

1) Pay credit is regular pay guarantee for the displaced pairing and,

2) Pay credit is regular pay for the accepted pairing.

C. The pilot is released and not reassigned. The pilot then voluntarily or involuntarily accepts an assignment from scheduling.

1) Pay credit is the regular pay guarantee for the displaced pairing and,

a) Pay credit is overtime pay for the accepted pairing providing that after checking legality, the pilot could have normally accepted both the displaced pairing and the accepted pairing, or

b) Pay credit is regular pay for the accepted pairing if not legal to have flown both the accepted and displaced pairing.

D. In any event, the pilot will receive the displacement guarantee as well as either a) or b) above.

E. 72 hours in advance, Crew Support breaks a four day multi-day pairing starting August 10th by displacing a pilot for only two days. On August 12th, the pilot picks up the remainder of the original multi-day pairing.

1) Scheduling may only break a multi-day pairing one time.

2) Crew Support has the option of displacing and reassigning the pilot on August 12th and 13th as well, as long as the reassignment occurs 72 hours prior to the report for duty time on August 12th.

3) Pay credit is the greater of the pairing(s) flown as compared day-by-day.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

F. A pilot picks up a pairing on a day off from another pilot or from open time and is then displaced from that pairing prior to 72 hours from the report for duty time.

1) Pay credit for a released pilot will be regular pay for the pairing even if it was an overtime assignment.

2) Pay credit for a pilot that is reassigned will be paid as follows:

a) Pilots displaced from an overtime pairing will receive the original pairing at regular pay or the new pairing at overtime pay, whichever is greater.

b) Pilots displaced from a regular pay pairing will receive the original pairing pay, or the new pairing pay, whichever is greater.

3) A released pilot in the example noted in Paragraph 23.E. above may also accept a pairing as shown in Paragraphs 23.B. and 23.C. above with pay following those guidelines.

## 24. Flying While Waiting for IOE

A. From the beginning of ground school to completion of the captain checkride, the pilot has the option to fly as a first officer if he/she is upgrading on the same equipment. Any Company open time flying done as a first officer during this time will be paid at time and one half of the first officer rate and will be paid above the training guarantee.

B. From the completion of the captain checkride to the commencement of IOE, the pilot has the option to fly as a first officer if he/she is upgrading on the same equipment. Any Company open time flying done as a first officer during this time will be paid at time and one half of the captain rate and will be paid above the training guarantee.

## 25. Pilot Profit Sharing (PPS) Program

A. The pilots will participate in a Pilot Profit Sharing (PPS) Program that is separate from the current Operational Performance Rewards and Financial Performance Rewards programs as outlined in Company Policy Manual SP 100 Total Rewards.

B. Eligibility – Pilots eligible for PPS are all pilots who:

1) Earned income during the PPS period, and

2) Are currently employed with the Company on the payout date. Payroll processing typically occurs three to four days prior to the payout date.

C. Distribution – The PPS total distribution will be:

1) 9% of the SkyWest Airlines' net income beginning in 2017 and continuing for subsequent years (distributed semi-annually).

→

Uncontrolled copy. Currency must be verified with the LESP before use.

D. Guarantee – The total PPS distribution will be no less than:

| Pilot Profit Sharing Guaranteed Payment Schedule | | | | | | |
|---|---|---|---|---|---|---|
| | 2017 | 2018 | 2019 | 2020 | 2021 | 2022* |
| Guarantee | $130M | $135M | $140M | $140M | $140M | $70M |
| Percentage Net Profit | 9% | 9% | 9% | 9% | 9% | 9% |
| Minimum Distribution | $11.7M | $12.15M | $12.6M | $12.6M | $12.6M | $6.3M |

* Guarantee applies only to first half of 2022 (September 15th, 2022 payment)

1) $11.7 million for the sum of the total PPS distributions covering net income in 2017 (reconciled annually).

2) $12.15 million for the sum of the total PPS distributions covering net income in 2018 (reconciled annually).

3) $12.6 million for the sum of the total PPS distributions covering net income in 2019 (reconciled annually).

4) $12.6 million for the sum of the total PPS distributions covering net income in 2020 (reconciled annually).

5) $12.6 million for the PPS distribution covering net income in the first half of 2021.

6) $6.3 million for the first half of 2022. The semi-annual PPS distribution will continue at 9% of net income with no minimum value guarantee.

E. Payout calculation: An individual pilot's profit share payout is determined as follows:

1) Defined Values for Calculation:

a) **Individual Credit** – The total number of credit hours earned during a payout period by an individual eligible pilot with a cap of 750 total hours.

b) **Rank Multiplier** – Captains apply a multiple of 1.15 and first officers apply a multiple of 0.85 to their Individual Credit. To apply the captain multiplier, an individual captain must be earning a captain rate prior to the beginning of the payout period.

c) **Pilot Wide Credit** – The sum of the entire pilot group's Individual Credit after applying the cap and Rank Multiplier.

d) **Distribution** – The total PPS distribution amount.

2) Individual Profit Share Payout Calculation:

a) To calculate a pilot's individual profit share payout, multiply the **Individual Credit** by the **Rank Multiplier**, divided by the **Pilot Wide Credit**, and multiply by the **Distribution**:

$$\text{Individual Payout} = \frac{\textbf{(Individual Credit * Rank Multiplier)}}{\textbf{Pilot Wide Credit}} * \text{Distribution}$$

Uncontrolled copy. Currency must be verified with the LESP before use.

3) Examples:

#1: A captain credits 475 hours the second half of 2017 and the **Pilot Wide Credit** is 1,600,000. The **Distribution** is $5,850,000 (assuming 9% of 65,000,000 net profit in the payout period). Payout would be $1,977.22.

$$\frac{475 * 1.15}{1,600,000} * \$5,850,000 = \$1,977.22$$

#2: An FO credits 475 hours the second half of 2019 and the **Pilot Wide Credit** is 1,600,000. The **Distribution** is $6,300,000 (assuming 9% of 70,000,000 net profit in the payout period). Payout would be $1,589.77.

$$\frac{475 * 0.85}{1,600,000} * \$6,300,000 = \$1,589.77$$

#3: A captain works 850 hours during the second half of 2019 and during that time the Company's net income is $85,000,000. The captain's **Individual Credit** is 750 due to the cap. The **Pilot Wide Credit** is 1,600,000. The **Distribution** is $7,650,000 (9% of 85,000,000). Payout would be $4,123.83.

$$\frac{750 * 1.15}{1,600,000} * \$7,650,000 = \$4,123.83$$

F. Payout Dates: First half of the year earnings payout no later than September 15 of that year. Second half of the year earnings payout no later than March 15 of the following year.

G. The Company will share with SAPA a SkyWest Airlines Summary Income Statement following the Q2 and Q4 earnings calls when requested by SAPA. The Summary Income Statement must include the net income used in the calculation for the PPS.

H. Upon mutual agreement between SAPA and the Company, the PPS Program may be modified or eliminated in conjunction with future increases to pay scales.

Uncontrolled copy. Currency must be verified with the LESP before use.

INTENTIONALLY LEFT BLANK

Paragraph Page

1. Per Diem ... 3009.1
2. Lodging ... 3009.1
3. Uniform Acquisition and Replacement ... 3009.3
4. Parking ... 3009.3
5. Jury Duty ... 3009.3
6. Bereavement ... 3009.4
7. Moving Expenses ... 3009.4
8. Relocation Incentive ... 3009.5
9. Miscellaneous Expenses ... 3009.5
10. Changes/Revisions to Areas of Pay ... 3009.5
11. Electronic Flight Bag (EFB) ... 3009.5

## 1. Per Diem

A. A pilot shall receive $1.90 per hour. (Per diem will increase to $1.95 per hour on January 1, 2018 and $2.00 per hour on January 1, 2020.) Per diem will be paid and calculated as follows:

1) Per diem will be calculated from the time the pilot reports for duty at his/her domicile, until he/she is released from duty at his/her domicile and will be prorated for portions of an hour.

2) Pilots who are assigned to temporary duty (TDY) at a domicile other than the domicile in which they are permanently assigned, shall be entitled to per diem from the time they depart their permanent domicile at the beginning of the assignment, to the time they return to their permanent domicile at the conclusion of the assignment.

3) Pilots dropping a pairing due to illness at an outstation will forfeit all remaining per diem associated with that pairing when that pilot actually returns to his/her home domicile or when he/she was rescheduled to return to his/her domicile by Crew Support, whichever is sooner.

4) Pilots dropping a pairing voluntarily will forfeit all remaining per diem associated with that pairing(s) at the time he/she drops the pairing(s).

## 2. Lodging

A. In addition to per diem, the Company will pay for the cost of comfortable, adequate, and mutually agreed upon (between the Company and SAPA hotel committee) single occupancy lodging and transportation to and from the airport as follows:

1) Whenever scheduled layovers of six hours or more between 0600 and 2200 local time; or four hours or more between 2201 and 0559 local time at a location other than the pilot's assigned domicile.

2) When a pilot is assigned to TDY at a domicile other than the domicile currently assigned, including days off.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

3) Whenever a pilot is assigned to a new domicile because of 1) new hire, 2) upgrade, 3) aircraft transition, or 4) reduction in force, and after he/she has successfully completed all required training, he/she will be provided three days of a single occupancy hotel room at the new domicile. The room will be available to the pilot for the first 30 days of the assignment in the new domicile and will be available on consecutive days. During this period, the pilot will not be assigned duty so that he/she may make their own living arrangements.

4) When hotel provided transportation is not available within 20 minutes of a pilot's release from duty time, the pilot may utilize a taxi and will be reimbursed for the expense.

5) The Company is responsible to select adequate, safe, and comfortable lodging for pilot overnight stays. The following criteria will be used in selecting appropriate lodging. With mutual consent between the Company and SAPA hotel committee, any of these requirements may be waived:

   a) Each room must have an alarm clock.

   b) Telephones must be turned on for local, credit card, “800/888” or collect telephone calls without the use of a credit card.

   c) There must not be a charge for local, credit card, or collect telephone calls. The pilot retains responsibility to determine what constitutes a local call.

   d) Rooms must be above ground level with inside access if requested by the pilot.

   e) The hotel must be within close proximity to a restaurant, which serves food during the hours of the pilot's stay at the hotel and/or provides transportation to and from such establishments.

> **NOTE -** It is the pilot's responsibility to ensure all room charges such as telephone bills, television charges, or room service be cleared prior to checking out.

> **NOTE -** It is a good practice to physically check out at the front desk and request a copy of the room receipt. If these personal charges are not cleared prior to checking out, a payroll deduction and/or disciplinary action as outlined in Pilot Policy Manual SP 3024 Corrective Action and Employment Separation will be instituted.

> **NOTE -** When a pilot requests long distance telephone services, or pay television programming which require a deposit for access, the pilot retains responsibility for such deposits. When a dispute exists between the pilot and the hotel, it is the pilot's responsibility to resolve these disputes in a manner which will reflect the Company in a positive way.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 3. Uniform Acquisition and Replacement

The initial and replacement costs to purchase uniforms will be as follows:

A. Pilots

1) New hire pilots will:

a) Be responsible for 100% of the cost of the initial uniform with the exception of Company provided wings and cap insignia.

b) Purchase their initial uniform, repair and replace items from a designated supplier.

c) Have the option of defraying the cost of the initial uniform purchase through payroll deduction to a maximum amount of $500.00.

2) Other than new hire pilots:

a) Pilots who are not new hires will be allotted up to $200.00 per year to purchase uniform articles from the designated Company supplier. Once a pilot has completed the probationary period, he/she will be allotted $100.00 semi-annually for a total of $200.00 per year. The allotment dates will be January 1st and July 1st of each year. The maximum accrual in a pilot's uniform account will be $400.00.

b) Any additional/optional purchases over the amount allowed are the total responsibility of the pilot.

c) A uniform reissue is defined as a complete change of the required uniform issued by the Company.

## 4. Parking

A. The Company will pay the cost of employee parking only at each pilot's assigned domicile.

## 5. Jury Duty

A. Pilots who are called and required to appear and serve for jury duty and who miss regularly scheduled work time, will be compensated at 100% of scheduled pay for time missed. Maximum annual jury duty pay will be 15 days. The pilot will retain any jury duty pay paid by the court. Refer to the Company Policy Manual for additional jury duty information.

B. Full-time (58:36 hours per bid period or more), permanent pilots are eligible for jury duty pay as follows:

1) Must have completed three full calendar months of employment.

2) The pilot will have to provide court documents substantiating that time away from work was spent on official jury duty.

3) Each full-time pilot who is required to appear and serve on jury duty and who, as a result of that jury duty call, misses regularly scheduled work time will be compensated at 100% of his/her regularly scheduled pay for the time missed. The employee will also retain any jury duty pay paid by the court.

4) The maximum annual jury duty pay is 15 days.

Uncontrolled copy. Currency must be verified with the LESP before use.

C. In the event the pilot is released from jury duty by the court and desires to be placed back on his/her scheduled pairing, the pilot must contact Crew Support as soon as possible. Upon contacting Crew Support, the pilot will have the following options:

1) Be released from the remaining credit time of his/her scheduled pairing, which compensation will be paid out of the pilot's user or vacation bank.

2) Be released from the remaining credit time of his/her scheduled pairing without credit pay.

3) Be returned to flight status.

D. When the pilot desires to return to flight status, Crew Support will have the following options:

1) Return the pilot to his/her scheduled pairing in any designated SIP point.

2) Place the pilot on a reserve availability period for the calendar day(s) of the scheduled pairing(s). All reserve pay guarantees will apply.

## 6. Bereavement

A. After six months of employment, full-time (58:36 hours per bid period or more) pilots are eligible for bereavement coverage and pay as follows:

1) Bereavement coverage must be approved by the pilot's chief pilot.

2) Receive three paid days off to attend to related matters as a result of an impending death or death of a pilot's immediate family member. For the purposes of this paragraph, the immediate family is defined as the spouse, parents, step-parents, brothers, sisters, children, step-children, grandparents, and grandchildren of the pilot and the parents, step-parents of pilot's spouse, domestic partner, domestic partner's parents, and any children the domestic partner has.

B. Part-time employees are eligible to receive pay only for scheduled workdays (or hours) up to three days maximum.

## 7. Moving Expenses

Refer to Company Policy Manual SP 65 Moving Expense Reimbursement (MER).

**NOTE -** In the event of Company discontinuation of this policy, SAPA and Flight Operations management have agreed to open negotiations for a pilot only moving expense policy.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 8. Relocation Incentive

A. In any case where a pilot is forced out of a worksite because of a domicile closure or reduction of work force, pilots with one or more years of service will be offered a special relocation allowance if they transfer to locations as designated by management. The allowance will be 55:48 hours immediately and an additional 18:36 hours at the completion of one additional year of service with the Company. The 18:36 hours will be paid at the same rate of pay as the previous 55:48 hours of incentive.

## 9. Miscellaneous Expenses

A. Should any pilot incur the cost of Company required visas, inoculations, or any airport or government charges such as head tax while traveling on Company business, the Company will reimburse the pilot for those costs incurred.

B. The Company will reimburse pilots for the renewal of an expired passport (standard government fee). This is not applicable for expedited services, fees paid for a name change, a lost/stolen passport, or additional pages.

C. Should an increase in automobile mileage expense be made available to other Company employees, such increases will also be made available to pilots.

## 10. Changes/Revisions to Areas of Pay

A. When a change and/or revision is made that affects any area of pilots' pay, the effective date of the change and/or revision will be made on the first day of the new pay period.

## 11. Electronic Flight Bag (EFB)

A. Electronic Flight Bags

1) The Company will use an FAA-approved EFB.

2) The Company will provide, at no cost to the pilot:

a) An EFB in new or like new condition.

b) A backup battery

c) Appropriate charging accessories.

d) A protective cover or sleeve.

B. Equipment Ownership and Responsibility

1) Once issued, the EFB will become the responsibility of the pilot.

2) Upon separation from the Company, the pilot may return the EFB to SkyWest without cost under the following conditions:

a) Within 90 days after issuance, the EFB condition is rated “excellent” based on the criteria below, OR

b) The EFB is returned in “good” condition or better based on the criteria below.

3) Actual condition descriptions:

a) Excellent – The EFB may have minimal signs of wear, but looks almost like new and is fully functional.

b) Good – The EFB may have moderate signs of wear, but no major cosmetic defects and is fully functional.

4) Pilots who do not return the EFB upon separation will reimburse the Company a prorated fee based upon the reimbursement table below. The Company and SAPA agree to adjust the reimbursement table, as necessary, to ensure that the separation cost does not exceed the current depreciated resale market value of the device in “good” condition. SAPA and the Company agree to use one or more third party companies, such as Gazelle.com, to establish this value.

5) Reimbursement Table

| Days Since EFB Issuance | Reimbursement Amount |
|---|---|
| 0 - 180 | $206 |
| 181 - 270 | $152.44 |
| 271 - 360 | $121.95 |
| 361 - 390 | $97.56 |
| 391 - 420 | $88.78 |
| 421 - 450 | $79.90 |
| 451 - 480 | $71.91 |
| 481 - 510 | $63.28 |
| 511 - 540 | $55.06 |
| 541 - 570 | $46.80 |
| 571 - 600 | $38.37 |
| 601 - 630 | $29.93 |
| 631 - 660 | $21.25 |
| 661 - 690 | $12.75 |
| 691 - 720 | $4.21 |
| > 720 | $0.00 |

6) The backup battery is the property of the Company and will be returned upon employment separation.

C. Pilots Protection of Privacy

1) The EFB will contain software that enables a pilot to create a personal profile for the pilot’s personal use.

2) A pilot’s personal profile is their own personal property, and the information and data, in such space, is private and confidential. A pilot will be able to erase the entirety of their personal profile at any time.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

3) All Company information will be erased from the EFB after separation from the Company.

4) The Company will not use the EFB to determine, monitor, or track a pilot's location for any purpose.

5) Information or data, including, but not limited to, audio or video recordings or transmissions from an EFB, will not be obtained by the Company or used against a pilot in any manner in any disciplinary case, other than for failure to maintain and update required publications.

6) The Company will not disclose any EFB data (including audio or video data) to any third parties.

D. Equipment Damage, Lost or Stolen Equipment

1) A pilot will maintain their EFB in good condition, normal wear and tear excepted.

2) A pilot will promptly report to the Company if the EFB is lost or stolen.

3) If the EFB is lost or damaged due to pilot negligence, the pilot will reimburse the Company for the actual purchase cost of a replacement EFB.

4) In no case will such a replacement fee be greater than the separation cost in Paragraph 10.B.2) above.

5) A pilot may choose to reimburse the Company via payroll deduction over the course of 12 months.

6) In the event that the EFB or battery becomes defective (hardware or software) and requires repair or replacement, the Company shall repair or replace the device at no cost to the pilot.

7) Notwithstanding subparagraph 3) above, the Company will repair or replace, at no cost to the pilot, any EFB that becomes damaged while performing any Company-assigned activity.

8) The pilot is responsible for replacing a lost backup battery with a Company issued backup battery. The replacement cost will be the responsibility of the pilot not to exceed $40.

E. Software Updates

1) The Company will make content updates available at no cost to the pilot. A pilot will be responsible for keeping all content of the EFB updated and current.

F. New Device Implementation

1) Upon request of either party, the Company and SAPA will meet to discuss issues associated with the implementation of any new device.

Uncontrolled copy. Currency must be verified with the LESP before use.

G. Device Usage

1) Use of the EFB during operation will be in accordance with applicable Federal Aviation Regulations (FARs) and Company policy at all times.

2) When a reflow and notification policy is in effect, the EFB may be used for notification in accordance with that permanent or temporary policy.

3) When a reflow and notification policy is not in effect, acknowledging schedule changes on the EFB will be optional. The Company will not limit EFB functionality for failure to acknowledge notification.

Uncontrolled copy. Currency must be verified with the LESP before use.

Paragraph Page

1. Pay ........ 3010.1
2. Mode of Transportation ........ 3010.1
3. Deadheading To A Work Assignment ........ 3010.1
4. Deadheading From A Work Assignment ........ 3010.2

## 1. Pay

A. Crewmembers who are required by the Company to deadhead to or from any station will:

1) Receive 100% of the pilot's hourly rate for the scheduled block time of the deadhead.

2) When required to use surface transportation, receive 50% of the applicable pilot's hourly rate for the actual surface travel time.

3) For the purpose of round trip travel from LAX, SNA, and ONT to Flight Safety in Long Beach, the applicable flight pay will be 23 minutes for each direction or 46 minutes for the round trip.

## 2. Mode of Transportation

A. The Company will require pilots to deadhead only on:

1) Company aircraft or FAA-approved air carriers/operators, except where means of surface transportation is provided or otherwise authorized. Charter aircraft may be utilized by mutual agreement.

2) For the purpose of round trip surface transportation from LAX, SNA, and ONT to Flight Safety in Long Beach, an approved commercial shuttle service will be used as the authorized provider.

## 3. Deadheading To A Work Assignment

A. When reporting for duty, a pilot will:

1) Be provided positive space on a SkyWest Airlines flight.

2) At the discretion of the Company, be provided positive or space available interline tickets.

3) In the event that a pilot's seat would result in a denied boarding of a revenue passenger (SkyWest Airlines flights only), the pilot may be asked to occupy the flight deck jumpseat. When the pilot chooses to accept the request (all FARs and policies apply), he/she will make the request known to the captain. When the captain has ensured that the jumpseat request can be accommodated, the NRPS ticket will be canceled and the jumpseat assigned.

4) Cancel a seat that has been reserved by Crew Support if he/she does not plan to use the seat.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 4. Deadheading From A Work Assignment

A. When returning from duty, a pilot will:

1) Be provided positive space return to their domicile when a pairing ends in a deadhead as per the awarded bid or reserve adjusted bid award. When the pilot cannot make the scheduled deadhead flights due to weather, mechanical, or flow delays, the pilot should be returned to their domicile with positive space travel on the next flights that he/she can be present for.

2) Be provided positive space online on the next flight when the pilot is returning to their domicile from a modified pairing that terminates away from their domicile. This travel may be accomplished by using the aircraft jumpseat in lieu of removing a revenue passenger (SkyWest Airlines-operated flights only).

3) In all other instances, be provided space available S2/BP7 passes online, as long as it does not result in denied boarding of a revenue passenger. However, in the event a deadheading pilot has unsuccessfully tried to deadhead on two scheduled flights or if it is the last flight of the day, then the deadheading pilot will receive a positive space seat to return to his/her domicile or by other arrangements if mutually agreed upon by the pilot and the Company.

4) At the discretion of the Company, be provided positive space on interline carriers.

5) In the event that a pilot's seat would result in a denied boarding of a revenue passenger (SkyWest Airlines flights only), the pilot may be asked to occupy the flight deck jumpseat. When the pilot chooses to accept the request (all FARs and policies apply), he/she will make the request known to the captain. When the captain has ensured that the jumpseat request can be accommodated, the NRPS ticket will be canceled and the jumpseat assigned.

→

6) Be responsible to cancel a seat that has been reserved by Crew Support for the purpose of deadheading if he/she does not plan to use the seat.

Uncontrolled copy. Currency must be verified with the LESP before use.

Paragraph Page

1. Accrual ....3011.1
2. Pay Treatment ....3011.1
3. Yearly Bid for Vacations ....3011.2
4. Termination, Death or Furlough....3011.2
5. Conflicts Due to Training, Changes in Equipment, Domicile, or Status ....3011.2
6. Cancellations....3011.3
7. Posting of Vacation Openings after the Yearly Bid Closing Date....3011.3
8. Bidding on Open Vacation Periods / Dropping Awarded Vacation Periods ....3011.3

## 1. Accrual

A. Vacation entitlement will accrue on an hourly basis after six months of employment based on the following table:

| ACTIVE SERVICE | ACCRUAL RATE |
|---|---|
| After six months | .0385 per hour |
| After five years | .0462 per hour |
| After ten years | .0577 per hour |
| After fifteen years | .0615 per hour |
| After sixteen years | .0654 per hour |
| After seventeen years | .0692 per hour |
| After eighteen years | .0731 per hour |
| After nineteen years | .0769 per hour |

B. Should an increase in accrual be offered to other Company employees, the same accrual will be made available to pilots.

C. Maximum base pay used for vacation accrual is 80 hours per semimonthly pay period.

D. No more than 186 hours of vacation may be accrued at any time. Once the maximum hours have been accrued, additional time may not be accrued until vacation hours have been taken.

E. Vacation may not be taken until one completed year of employment.

F. Pilots will not be required to keep the Company notified of his/her whereabouts while on vacation.

## 2. Pay Treatment

A. Refer to Pilot Policy Manual SP 3008 Compensation.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 3. Yearly Bid for Vacations

A. Vacation will open for bidding on November 1st and close on November 20th. Vacations will be awarded by December 1st. Pilots may bid for vacations on the basis of the amount of vacation time they expect to accrue at the beginning of their vacation. Vacations will be awarded on a pilot seniority basis.

## 4. Termination, Death or Furlough

A. Pilots who voluntarily terminate employment or the estates of deceased pilots will be paid the vested and accrued vacation that was not used prior to the resignation or death. Furloughed pilots will have the option of retaining vested and accrued vacation time or receiving pay in lieu thereof. Pilots who are terminated will be paid for vacation vested and accrued vacation at the time of termination. Vacation time will not be granted immediately prior to termination and following the last day of employment.

## 5. Conflicts Due to Training, Changes in Equipment, Domicile, or Status

A. Pilots, who as a result of:

1) An awarded or assigned bid are required to attend training that coincides with his/her scheduled vacations, will be permitted to re-bid such vacation.

2) Changes in equipment, domicile, or status will be allowed to keep his/her original vacation award, provided the award is available in the new equipment, status, or domicile. Pilots who are unable to keep his/her original awards may re-bid for available vacation slots in his/her new equipment, status, or domicile. Pilots who voluntarily bid into or out of Designated Mountainous Airport (DMA) will be considered having a change in their bidding status and will lose any master vacation and/or golden days. Pilots may re-bid for these in their new status. Pilots involuntarily assigned or involuntarily removed from DMA will retain all master vacation and/or golden days.

> **NOTE -** A pilot may be bidding in PBS but still be in the DMA program (high and low seasons and associated manpower adjustments do not impact the status of a DMA pilot or their master vacation/golden days). If a pilot bids out of DMA, vacation or gold day awarded in the DMA program will be forfeited and may be re-bid in their new status.

3) A reduction in his/her position at a domicile will be allowed to keep his/her original vacation award. Those pilots on the waitlist in the reduction in position domicile will need to re-submit for vacation slots in the new domicile.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 6. Cancellations

A. Once scheduled, vacations may be canceled by the Company only as the operational needs of the Company require. The Company will give as much notice as possible before canceling a vacation. Canceled vacations will, at the pilot's option, be available for re-bid or by mutual agreement or be compensated. Pilots who suffer the loss of a non-refundable deposit due to Company cancellation of a vacation will be reimbursed by the Company for such loss upon presentation of receipts. No such reimbursement will be made, however, unless the pilot notifies the Company of the deposit at the time the vacation is canceled and uses his/her best efforts to collect such deposits. The Company will be entitled to attempt to recover the deposit after reimbursing the pilot.

## 7. Posting of Vacation Openings after the Yearly Bid Closing Date

A. All vacation periods that become available due to drops, transitions, training, attrition, domicile transfers, and/or any vacation period not awarded during the yearly vacation bid will be posted on SkyWest Online as they become known to the Company.

## 8. Bidding on Open Vacation Periods / Dropping Awarded Vacation Periods

**NOTE -** Pilots should use caution when requesting days off with an uninterrupted block of 3 days or less in-between GOLD, VAC, and/or USER days. Refer to Pilot Policy Manual SP 3017 Scheduling (PBS Line Construction paragraph).

A. Pilots may:

1) Bid via SkyWest Online on vacation periods that become available and posted as outlined in paragraph Posting of Vacation Openings after the Yearly Bid Closing Date above. Bids must be received by 0900 Mountain Time on the 1st day of the bid period prior to the bid period in which the vacation occurs. Such vacation periods will be awarded on a seniority basis by 0900 Mountain Time on the 3rd day of the bid period prior to the bid period in which the vacation occurs.

2) Drop vacation periods with written notice to Crew Support via SkyWest Online. Bids to drop vacation must be received by 0900 Mountain Time on the 1st day of the bid period prior to the bid period in which the vacation is scheduled. Requests to drop vacation received after this time will be granted or denied based on the operational needs of the Company. When the request is granted, the pilot may be given another work assignment.

3) Modify vacation periods with written notice to Crew Support via SkyWest Online. Bids to modify vacation must be received by 0900 Mountain Time on the 1st day of the bid period prior to the bid period in which the vacation is scheduled. Day or days dropped must be at the beginning and/or the end of the awarded vacation block, leaving an uninterrupted block of vacation or dropped from within the vacation block in groups of no less than four consecutive days.

Uncontrolled copy. Currency must be verified with the LESP before use.

B. When a pilot has not accrued enough vacation time by the 7th of the previous month for vacation in the subsequent bid period (considering the daily vacation rate elected, or if one has not elected the default) the pilot will be allowed a negative vacation bank value of up to 75 x his/her current vacation accrual rate rounded to the nearest minute. When the pilot still does not have enough vacation time he/she will be granted vacation for the amount of time available in his/her vacation bank plus the negative amount above on a calendar day basis. Once a pilot's vacation bank has reached the maximum negative amount, awarded vacation days will be removed from the back of the vacation award.

Example 1:
A pilot with six years longevity has two weeks of vacation awarded, has not elected a daily vacation rate and has accrued 32:42 hours of vacation as of the 7th of the month prior. The two week vacation requires 40:36 vacation hours (14 days x three vacation hours per day), and he/she will be allowed a negative vacation credit of up to 3:28 hours (75 x .0462) for a total available vacation time of 36:10 hours. He/she will be given 12 days (34:48 / 2:54 hours credit per day) of vacation starting from the original vacation start date as awarded with a negative vacation bank of 2:06 hours (32:42 - 34:48).

Example 2:
A pilot with ten years longevity has four weeks of vacation awarded, has elected a 2:42 daily vacation rate and has accrued 73:00 hours of vacation as of the 7th of the month prior. The four weeks of vacation requires 75:36 vacation hours (28 x 2:42 vacation hours per day), and he/she will be allowed a negative vacation credit of up to 4:20 hours (75 x .0577) for a total available vacation time of 77:20 hours. He/she will be given all 28 days of vacation with a negative vacation bank of 2:36 hours (73:00 - 75:36).

Paragraph Page

1. Accrual .......... 3012.1
2. Termination, Death, or Furlough .......... 3012.1
3. Pay Treatment .......... 3012.1
4. Workers' Compensation .......... 3012.2
5. Loss of Medical Certificate .......... 3012.2
6. Furlough or Leave of Absence .......... 3012.2

## 1. Accrual

A. User day entitlement will accrue on an hourly basis after 90 days of employment based on the following table:

| ACTIVE SERVICE | ACCRUAL RATE |
|---|---|
| After ninety days | .0193 per hour |
| After two years | .027 per hour |
| After five years | .0385 per hour |

B. Should an increase in accrual be offered to other Company employees, the same accrual will be made available to the pilots.

C. While there is no limit to the number of user hours that can be earned and accrued, hours in excess of 240 are automatically paid out at the end of the year by the procedure detailed in Company Policy Manual SP 103 Compensated Time Off.

D. User days may not be taken until the completion of 90 days of employment. A user day request will be:

1) Requested from Crew Support.

2) Granted when Crew Support determines there are adequate resources available to cover all time requested except for golden day requests.

## 2. Termination, Death, or Furlough

A. Pilots who voluntarily terminate employment or the estate of a deceased pilot will be paid the vested and accrued user hours that were not used prior to his/her resignation or death. Furloughed pilots will have the option of retaining vested and accrued user day hours or receiving pay in lieu thereof. Pilots who are terminated will be paid for user day hours vested and accrued at the time of termination. User days will not be granted immediately prior to termination and following the last day of employment.

## 3. Pay Treatment

A. Refer to Pilot Policy Manual SP 3008 Compensation.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 4. Workers' Compensation

A. In the event that a pilot becomes eligible for workers' compensation benefits and there is a waiting period before benefits commence, the Company will pay user hours during the waiting period to the extent it has been accrued.

## 5. Loss of Medical Certificate

A. Pilots who are unable to maintain FAA-required medical standards as a result of any physical examination taken will, from the date they are removed from flight status, receive any user day hours to the extent it has been accrued.

## 6. Furlough or Leave of Absence

A. Pilots who are furloughed or on a leave of absence will retain (or elect to cash in only on leave of absence) any unused user hours.

Uncontrolled copy. Currency must be verified with the LESP before use.

Paragraph Page

1. Personal Leave ........ 3013.1
2. Military Leave ........ 3013.1
3. Medical Leave ........ 3013.1
4. Maternity Leave ........ 3013.1
5. Return from Leave of Absence ........ 3013.3
6. Family Medical Leave Act ........ 3013.3
7. On-the-Job Injuries and Workers' Compensation Procedures/Leave of Absence ........ 3013.3

## 1. Personal Leave

A. Refer to the Company Policy Manual SP 69 Leave of Absence (LOA).

## 2. Military Leave

A. Pilots who are members of the Armed Forces of the United States will be granted military leaves of absence in accordance with applicable law. A pilot's date of hire will not be adjusted as the result of a military leave of absence.

→

→

## 3. Medical Leave

A. Pilots who become medically disqualified under FAR Part 67 by an Aviation Medical Examiner (AME) will be placed on a Medical Leave of Absence upon written request of the pilot.

B. A medical leave granted under this section of the SkyWest Airlines Pilot Policy Manual will not exceed four consecutive years without written consent from the Vice President Flight Operations. For purposes of this paragraph, a period of four consecutive years means a period that does not include at least a six month uninterrupted period of active service.

C. Refer to Company Policy Manual SP 69 Leave of Absence (LOA).

## 4. Maternity Leave

A. Maternity leave for pilots will be handled in accordance with applicable law and granted as follows:

1) Each pilot that becomes pregnant is required to:

a) Notify her chief pilot within 14 days of her condition and discovery of the pregnancy.

b) Provide her chief pilot with prompt written notice of the date of delivery or termination of pregnancy.

c) Submit to her chief pilot a written statement from her personal physician and/or FAA medical examiner specifying:

(1) Her ability to continue to fly, inability to fly due to disability (to be done monthly), or her request for a maternity leave of absence.

Uncontrolled copy. Currency must be verified with the LESP before use.

(2) The pregnancy is a normal, doctor-supervised pregnancy and she remains capable of safely performing her duties.

(3) The estimated delivery date and the estimated date that she should cease working.

(4) Any changes of the initial estimated delivery date or if her medical condition might affect her ability to perform her duties.

d) Failure to provide any information listed above may result in removal from duty.

2) Maternity leave will commence:

a) When the pilot's personal physician determines she is unable to perform her duties because of her condition or the medical treatment thereof, or

b) When the Company determines the pilot's attendance, quality, and quantity of work are adversely affected by the pregnancy, or

c) When as a result of a Company required medical examination, a pilot is found to be unable to safely continue to perform her duties.

3) Maternity leave will continue until:

a) 12 weeks post delivery, and/or

b) Consistent with applicable state and federal law and/or

c) Until such time as the pilot's physician certifies that she is able to return to work.

4) Prior to returning to work, a pilot is required to:

a) Contact her chief pilot to discuss her plans to return to work within 30 days prior to the expiration of her absence and shall return to work on a date established by the Company. Failure to return to work on the date established shall be deemed a voluntary termination of employment.

b) Meet the minimum requirements of pilot job descriptions as outlined in the Flight Operations Manual SP 3100 Chapter 02 Organization and Chain of Command.

c) Obtain a drug test when the leave of absence has exceeded 180 days.

5) Medical complications following the delivery which result in continuing disability shall be the only exception recognized that would permit the extension of a maternity leave of absence beyond 12 weeks after delivery. When such complications occur, the pilot will be placed on a medical leave until such time as her personal physician provides medical clearance for the pilot to return to duty.

6) Benefits while disabled due to pregnancy:

a) After 20 weeks, a pilot will be considered disabled from the pilot's occupation and is eligible for disability benefits.

Uncontrolled copy. Currency must be verified with the LESP before use.

b) A pilot is eligible for disability benefits for reason of pregnancy, childbirth or related medical conditions when she is rendered unable to perform her duties because of her condition or the medical treatment thereof. Some states allow unemployment compensation and/or state disability benefits. It is the responsibility of the employee to apply for these benefits.

c) A disabled pilot who has accrued personal user time will be eligible to be paid to the extent of her user hour bank prior to the first day of the leave of absence.

d) When on maternity leave of absence, a pilot is eligible for life and health benefits, provided premiums are continued at the full premium rate. Refer to the Family Medical Leave Act for complete details concerning individual circumstances.

## 5. Return from Leave of Absence

A. A pilot's return to duty will be coordinated with Flight Operations. Such return will occur no later than the first available training class to qualify the pilot in the status to which he/she is returning. Pilots, upon his/her return, shall be allowed to perform whatever extra work is available at his/her previous domicile, or if that domicile has been closed, any domicile for which he/she is qualified until the next regular bid. At that time, he/she shall be allowed to exercise full seniority rights subject to qualifications. No special training provision will be made for pilots under this section.

## 6. Family Medical Leave Act

A. Up to 12 weeks of leave may be taken upon the birth of the employee's child, upon the placement of a child with the employee for adoption or foster care, when the employee is needed to care for a child, spouse, or parent who has a serious health condition.

## 7. On-the-Job Injuries and Workers' Compensation Procedures/Leave of Absence

A. When a pilot is injured on the job, he/she must notify his/her manager within 24 hours. Use voice mail if necessary.

B. The manager and pilot must complete a Supervisors Accident Investigation Report.

C. When injury occurs during the flight or away from base while on duty, he/she must notify the captain immediately. The captain and the crewmember must complete a Supervisors Accident Investigation Report (available at all stations). This form must be submitted to the pilot's manager upon return.

D. California based employees must also complete a Workers' Compensation Claim Form (DWC1) and Notice of Potential Eligibility, which must be completed by the same individual who completed the Supervisors Accident Investigation Report.

Uncontrolled copy. Currency must be verified with the LESP before use.

E. When medical attention is necessary, the pilot must take the Request to Doctor form with them. The pilot's chief pilot or a station supervisor provides this form. A designated workers' compensation physician must see the pilot on the first visit. This form will be left with the physician. Station supervisors have the location of the nearest workers' compensation approved facility.

F. When a pilot is seriously injured or unconscious, Flight Control and the People Department must be contacted immediately by telephone.

G. Pilots on workers' compensation must contact their manager at least once a week regarding his/her status.

H. When an injured pilot is released to work, his/her manager must contact the People Department within three days to notify them of the pilot's return.

I. All original medical reports, work status reports, etc. regarding the pilot's injury are to be given to his/her chief pilot at his/her domicile. Copies must be sent to the People Department, HDQ/SGU, c/o Safety Programs Manager.

J. A pilot on a workers' compensation leave of absence will retain his/her travel benefits. However, if the use of such benefits is found to interfere with the requirements of the medical care provider or the healing process, the Company may suspend the pilot's travel benefits.

K. When determined by the workers' compensation doctor that the pilot has a temporary total disability, the pilot may not return to work until released by the doctor.

L. When the workers' compensation doctor determines the pilot has a permanent total disability, the injured worker is totally and permanently unable to perform work for gainful employment. In this case, benefits for disability are computed using the formula required by the state.

M. When the workers' compensation doctor determines the pilot has a temporary partial disability, the pilot is encouraged to return to work in a light duty status. Pilots will receive their normal pay less 10% while on light duty status [4:18 hours (4.3) x current flight rate x 90% = light duty pay]. Light duty will normally be limited to 30 days.

N. When the workers' compensation doctor determines the pilot has permanent partial disability, the pilot is considered to be disabled. The Americans with Disabilities Act protects disabled workers. Employment in the Company may be possible by making reasonable accommodation. When re-employment in the Company is not possible, a state caseworker will determine employability elsewhere and/or rehabilitation if required.

Uncontrolled copy. Currency must be verified with the LESP before use.

Paragraph Page

**1. Physical Standards Applied ........ 3014.1**
**2. Examination At Company Expense ........ 3014.2**
**3. Resolution of Disputes ........ 3014.2**

## 1. Physical Standards Applied

A. The pilot is presumed to be physiologically capable of flight during the flight duty period (FDP) assigned unless otherwise reported. It is the pilot's responsibility to report medical deficiencies as required by 14 CFR Part 61.53. The provisions and requirements concerning pilot medical certificates are:

1) Pilots may select medical examiners of their choice to meet the FAA requirements for the appropriate class certificate issuance.

2) The pilot will pay for the medical examination required for an appropriate class certificate. The Company will reimburse a pilot $70.00 for each medical certificate submitted in compliance with the deadline below.

a) The Company will pay for medicals required by the FAA based on regulations as of January 31, 2014.

b) First officers over 40 who wish to maintain a 1st Class Medical will be reimbursed up to once each year, even if the medical is not immediately due.

3) The medical certificate shall be updated on SkyWest Online under "Pilot Data," as well as sending an electronic document via fax/scan as directed in the Pilot Data User's Guide (SkyWest Online > Documents > Manuals > FO Tab > Technical Guide > Pilot Data User's Guide). The pilot will have until 2359 Mountain Time on the 25th of the month to submit and gain Company acceptance of the updated medical certificate. The process will be considered complete when the pilot receives an electronic "Accepted" SkyWest Online verification from the Company.

a) Failure to comply will result in:

(1) Removal of all shifts thereafter to the end of the bid period without pay.

(2) Removal of any carry-in shifts to the next bid period without pay.

(3) No additional flying will be granted.

b) In each case, the pilot will be removed at Company discretion.

4) In the event a pilot is unable to obtain an updated medical certificate by the 25th, the pilot must obtain an approved extension from their chief pilot prior to the 25th. The chief pilot is responsible for communicating the approval to the Manager Crew Resources HDQ/SGU, extension 43745.

5) In the event a pilot allows his/her medical certificate to expire for the class required, and where the pilot has not received, in writing, prior provisions from their chief pilot, the pilot will forfeit his/her awarded bid for the entire subsequent bid period. At that time, the pilot will be placed on reserve status or another assignment at the discretion of the Company beginning from the time a current medical certificate can be presented to his/her chief pilot and updated on SkyWest Online.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 2. Examination At Company Expense

A. When the Company questions the physical fitness of a pilot to fly, the Company may require a pilot to submit to a physical examination or medical test in addition to those required by FAA regulations. The examination may be by a Company-designated medical examiner and the pilot will, upon request, be furnished with a copy of the medical examiner's report. The medical record resulting from a physical examination or test will be strictly confidential. The cost of each such Company required examination or test will be paid by the Company.

## 3. Resolution of Disputes

A. Any pilot who fails to pass a physical examination or medical test required by the FAA or the Company in order to exercise the privileges of his/her pilot certificate may, at his/her option, have a review in the following manner:

1) He/she may employ a FAA qualified medical examiner of his/her own choosing and at his/her own expense for the purpose of conducting a physical examination or test.

2) A copy of the findings of the pilot's medical examiner will be furnished to the Company. In the event that such findings verify the findings of the Company medical examiner, disposition of the pilot will be in accordance with Pilot Policy Manual SP 3013 Leave of Absences, On-the-Job Injuries, and Workers' Compensation.

3) If the finding of the Company's medical examiner and the pilot's examiner disagree on the pilot's qualification to exercise the privileges of his/her pilot's certificate, the Company will, at the written request of the pilot, ask the two examiners to agree upon a third, qualified and impartial medical examiner, preferably a specialist, for the purpose of making further physical examination or test.

4) The case will be settled on the basis of the findings of the said unbiased medical examiner.

5) The expense of employing the impartial medical examiner will be borne ½ by the pilot and ½ by the Company. Copies of such medical examiner's reports will be furnished to the pilot and Company.

Paragraph Page

**1. Company Training ... 3015.1**
**2. Pilot Eligibility, Notification, and Scheduling ... 3015.1**
**3. Pay Treatment and Expenses ... 3015.2**
**4. New Hire Training - Hotel Accommodations ... 3015.2**
**5. Qualification Training ... 3015.2**
**6. Continuing Qualification (CQ) ... 3015.4**
**7. Requalification Training ... 3015.5**
**8. Special Tracking ... 3015.5**
**9. Operating Experience/Line Checks ... 3015.6**
**10. Training Review Board ... 3015.7**

## 1. Company Training

A. The Company will establish training requirements for pilots in accordance with applicable FARs and the Pilot Advanced Qualification Program Manual (PAQPM).

1) The Company provides all training materials either electronically or physically.

## 2. Pilot Eligibility, Notification, and Scheduling

A. The Company will select qualified candidates for Initial Equipment, Transition, or Upgrade training by pilot seniority order and in accordance with the following:

1) Pilots (excluding new hires) assigned to training will be so notified at least seven days prior to commencement of training, unless the pilot waives such notice. When a pilot is not given at least seven days notice of a training assignment and the pilot declines to attend such training, they will not be frozen from bidding on the next or subsequent training assignments.

2) For Initial Equipment, Transition, or Upgrade training, pilots will be afforded one calendar day off prior to the class start date or prior to required travel to class, whichever occurs earlier.

3) Training will not be scheduled for more than six consecutive days followed by 24 consecutive hours free from duty, except with mutual agreement between the Company and the pilot.

4) Pilots will not be required to attend training for more than eight hours per calendar day, not including breaks, unless mutually agreed upon by the pilot.

5) Pilots will not be scheduled for more than four hours in a flight simulator, except during Upgrade LOE when a pilot may be scheduled for no more than five hours. This may be extended to six hours with mutual agreement between the pilot and the simulator instructor.

6) Each four hour simulator session must contain at least a 15-minute break, except with mutual agreement between the pilot and the simulator instructor.

7) Pilots will be afforded rest in accordance with applicable FAA rest requirements for all training events.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 3. Pay Treatment and Expenses

A. Pay and expenses will be handled in accordance with Pilot Policy Manual SP 3008 Compensation and SP 3009 Expenses.

## 4. New Hire Training - Hotel Accommodations

A. Pilots

1) Hotel accommodations will be provided by the Company to persons attending new hire training whose residential address is outside a 40-mile radius from the Salt Lake City International Airport. The mileage is figured by using www.randmcnally.com.

## 5. Qualification Training

A. Each pilot must meet the below listed minimum qualifications prior to attending a training session.

1) Initial Equipment Qualification Training

a) The Company will be free to set minimum requirements for employment.

b) For Company pilots to be considered for Initial Equipment or Transition training, they must not be frozen in their current position.

2) Upgrade Qualification Training

a) In order for a first officer to be eligible for an upgrade award, he or she must have:

(1) An ATP Certificate

(2) A current first class medical, valid for three months after the first day of class

(3) 2500 hours total fixed wing time

(4) 1000 hours total multi-engine time or equivalent

(5) 1000 hours total turbine time

(6) 1000 hours of Company flight time or equivalent

(7) No pending action on certificates from the FAA

(8) Not been frozen in current position

(9) If applicable, met the Special Tracking progress given in 8.E. of this SP

B. The Company may waive any of the requirements listed above in 5.A.1) or 2) when there are no other qualified pilots available to fill the needs of the Company.

C. Pilots in training will be provided ground and flight training as outlined in the Company training program.

D. Pilots must successfully pass ground training with a minimum score of 80% before progressing in training.

Uncontrolled copy. Currency must be verified with the LESP before use.

E. Unsatisfactory/Incomplete Checking Events

1) Unsatisfactory/Incomplete in any of the following checking events are considered a *strike*:

- Basic Indoctrination Validation (BIV)
- Systems Validation (SV)
- Procedures Validation (PV)
- Knowledge Validation (KV)
- Maneuvers Validation (MV)
- Line Operations Evaluation (LOE)
- Initial Line Check (ILC)

> **NOTE -** An incomplete event due to mechanical failure or illness will not count as a *strike*.

2) A maximum total of two unsatisfactory/incomplete checking events within a curriculum will be allowed (e.g., Basic Indoctrination Validation or Line Operations Evaluation). Following the third unsatisfactory/incomplete checking event (i.e., "third *strike* and you're out"), a new hire pilot will be terminated; a line pilot will return to his or her previous position.

a) The exception to the *three strikes* rule is following a second unsatisfactory/incomplete BIV or SV, or combination thereof, a new hire pilot will be terminated, an existing pilot will return to his or her previously-held position, and other trainees may reapply to his or her previous Company position in accordance with Company Policy Manual SP 57 Employment Classifications.

b) A Company pilot returned to their previous position will be frozen in that position for a period of 12 months. In the event that the pilot cannot satisfactorily complete the required Requalification training for their previous position, they will be subject to a Training Review Board.

c) A pilot who receives an unsatisfactory/incomplete on a KV (either FAA or Company) will be given an opportunity to prepare for an additional KV.

3) A pilot who receives an unsatisfactory/incomplete will be offered five consecutive days off, free from all required duty, to be used as the pilot sees fit. The pilot may waive all or part of the five days and proceed with additional training as soon as it can be scheduled.

4) A pilot who needs additional Procedures, Maneuvers Prep, and/or TLOFT training will be granted a bank of up to ten additional hours as pilot flying to be "Recommended" for the checking event.

a) The bank of ten hours is a cumulative total for all additional Procedures, Maneuvers Prep, and/or TLOFT training and will be available for each pilot to utilize to bring the pilot up to Company standards or retrain the pilot for an unsatisfactory PV, MV, or LOE.

Uncontrolled copy. Currency must be verified with the LESP before use.

b) If all additional simulator training hours have been exhausted and the pilot's training status remains incomplete/"Do Not Recommend," a new hire pilot will be terminated and a Company pilot will be returned to his or her previous position.

5) If the instructor notes no progress in the ground or simulator training process, instructor will conduct an evaluation. If both the instructor and the evaluator agree that no progress is being made, then the pilot will be subject to a Training Review Board.

6) If the pilot being trained feels that a personality conflict with a specific instructor is inhibiting progress, he or she may be afforded a different instructor on request.

7) After a second *strike*, a pilot will be offered five consecutive days off, free from all required duty, to be used as the pilot sees fit.

8) A pilot who does not satisfactorily complete a KV, MV, LOE, OE, or line check will be afforded a different instructor at the trainee's request, prior to being re-evaluated.

F. The Company will freeze pilots who fail to qualify, after entering an Initial Equipment, Transition, or Upgrade program for the second time, in status and equipment for as long as the equipment remains in operation. If such equipment is phased out, the pilot's employment will be terminated.

G. An incomplete event due to mechanical failure or illness will not count as a *strike*.

## 6. Continuing Qualification (CQ)

A. Pilots are required to complete all Continuing Qualification (CQ) training and checking events in accordance with applicable FARs and the PAQPM.

1) Such training includes, but is not limited to, CQ Ground, quarterly bulletins, specific subject training, LOE, MV, line checks, etc.

B. Pilots will be given five days advance notice of all CQ training and checking events, except for line checks. Pilots will have the right to waive this notice.

C. Pilots who receive an unsatisfactory/incomplete on any KV, MV, or LOE will be given additional training in, but not limited to, the areas in which they failed to demonstrate acceptable proficiency; after the additional training, pilots will then be given a second KV, MV, or LOE within three days, unless special circumstances exist. Pilots receiving an unsatisfactory in the LOE, KV, or MV will automatically be entered into Special Tracking.

D. Pilots who receive an unsatisfactory/incomplete may request additional days off. These requests will be evaluated on a case-by-case basis.

E. A pilot who needs additional CQ simulator training will be granted a bank of ten additional hours as the pilot flying. All ten hours may not be needed to train the pilot to proficiency.

F. The bank of ten hours is a cumulative total for additional simulator training and will be available for each pilot to utilize in order to bring them up to Company standards or retrain them for an unsatisfactory/incomplete MV or LOE. A maximum total of two unsatisfactory/incomplete attempts will be allowed.

Uncontrolled copy. Currency must be verified with the LESP before use.

G. If all simulator training hours have been exhausted and the pilot's training status remains unsatisfactory/"Do Not Recommend" or if the pilot is unable to satisfactorily complete a third attempt, he or she will be subject to a Training Review Board, which will consider three possible outcomes:

1) Recommending additional training and specifying terms of an Agreement for Performance.
2) Offering a same-aircraft seat downgrade.
3) Terminating the pilot.

H. An incomplete event due to mechanical failure or illness will not count as a *strike*.

## 7. Requalification Training

A. Requalification training is dependent upon the length of time the pilot has been de-qualified and whether or not CQ training events were missed during that time. All segments of Requalification training address landing currency.

B. The elements and requirements for Requalification training and checking are outlined in each specific training module found in the PAQPM.

C. The policies outlined in Pilot Policy Manual SP 3015 Training will apply to each specific qualification requirement as applicable.

## 8. Special Tracking

A. Special Tracking is the assignment of an individual pilot to an augmented training and/or evaluation schedule. The Special Tracking program exists for the purpose of improving and maintaining pilot proficiency.

B. The following situations result in a pilot being placed into Special Tracking:

1) An unsatisfactory type ride, PC, KV, MV, LOE, or any type of line check (i.e., checking events).
2) A pilot uses more than two hours from their additional simulator training bank.
3) At the discretion of the Director of Training.

> **NOTE -** Incomplete sessions or events do not place a pilot in Special Tracking.

C. Pilots placed into Special Tracking will usually remain in Special Tracking for a *minimum* of 18 months. That interval includes the time required to reach the six-month full CQ curriculum and then another 12 months of demonstrated flying and checking proficiency without the benefit of mid-term training, similar to all other non-Special Tracking pilots.

Uncontrolled copy. Currency must be verified with the LESP before use.

D. Exit from Special Tracking

1) Pilots will automatically exit Special Tracking by satisfactorily completing the following milestones:

a) A three-month Special Tracking Line Check,

b) The six-month full CQ curriculum, and

c) The 18-month full CQ curriculum.

**NOTE -** Unsatisfactory performance in any of the three milestones resets the Special Tracking start date and restarts the Special Tracking 18-month cycle.

E. Pilots placed into Special Tracking will not be eligible for an upgrade class date assignment until successful completion of both the three-month Special Tracking Line Check and the six-month Special Tracking CQ curriculum, and a minimum of six months has elapsed since originally being placed into Special Tracking. Pilots placed into Special Tracking remain in Special Tracking, even if the pilot transitions to a different aircraft type or upgrades, until deemed eligible for removal according to paragraph 8.D.

F. Unsatisfactory performance in any of the checking events in the six-month Special Tracking full CQ curriculum will result in the pilot's performance being reviewed by a Training Review Board, with only two outcomes possible:

1) Taking no additional action, or

2) Specifying terms in an Agreement for Performance.

**NOTE -** If a pilot fails any single Special Tracking CQ checking event in three consecutive milestones, he or she may be terminated after procedural review by Training Review Board.

## 9. Operating Experience/Line Checks

A. Operating experience (OE) will be conducted by an authorized line check airman.

B. Initial Operating Experience (IOE) hours:

1) Minimum IOE hours: As outlined in the PAQPM.

2) Maximum IOE hours: SkyWest has established a maximum of 50 flight hours. Maximum hours may be extended at the discretion of the Manager Flight Standards and with approval from the Director Aircraft Operations.

3) The line check is not included in IOE hours.

C. An FAA representative or an authorized line check airman must conduct line checks.

D. Pilots must satisfactorily pass all line checks. Failure of a line check will be treated as follows:

1) Additional training will be provided to include at least OE, as determined by the Manager Flight Standards and the Director Training, not to exceed:

a) Initial Qualification Line Check – Maximum IOE hours or remaining simulator bank hours, whichever is greater.

Uncontrolled copy. Currency must be verified with the LESP before use.

b) Continuing Qualification Line Check – 8 legs of OE

c) Special Tracking Line Check – 8 legs of OE

d) Random Line Check – 8 legs of OE

e) Requalification Line Check – 8 legs of OE

2) Pilots unable to satisfactorily complete the additional training and OE, pass a second line check, or are not recommended for a second line check after the OE is complete:

a) Initial New Hire Training – Terminated.

b) Initial Equipment, Upgrade, and Transition Training – Pilots may be offered additional OE (max. 4 legs) or return to their previous position in which they were qualified and be frozen in that position for a period of 12 months.

**NOTE -** Pilots must pass the Requalification training for their previous position. In the event the Requalification training cannot be satisfactorily completed, they will be subject to a Training Review Board.

c) Other Line Checks (CQ, Special Tracking, Random, Requalification) – Pilots may be offered additional OE (max. 4 legs).

**NOTE -** Pilots that are unable to satisfactorily complete the additional OE above, pass a third line check, or are not recommended for the third line check after the additional OE is complete will be subject to a Training Review Board.

## 10. Training Review Board

A. The Training Review Board consists of the Director Training, the applicable Managers Flight/Ground/CQ Training or Manager Flight Standards, and a SkyWest Airlines Pilot Association (SAPA) representative or their respective designees. The purpose of the Training Review Board is to review a pilot's performance and ensure it is consistent with Pilot Policy Manual SP 3015 Training and the PAQPM.

B. The Training Review Board will convene for the conditions outlined in Pilot Policy Manual SP 3015 Training. Additionally, the Training Review Board may convene at any time at the discretion of the Director Training.

C. The Training Review Board may result in an Agreement for Performance (Pilot Policy Manual SP 3032 Agreement for Performance) or termination.

Uncontrolled copy. Currency must be verified with the LESP before use.

**INTENTIONALLY LEFT BLANK**

| Paragraph | Page |
|---|---|
| 1. Monthly Maximum Flight Time | 3016.1 |
| 2. Flight Time and Crew Rest Limitations | 3016.1 |
| 3. Report and Release for Duty Time | 3016.1 |
| 4. Minimum Duty Requirements to Maintain Benefits | 3016.1 |
| 5. 24-Hour Clock | 3016.2 |

## 1. Monthly Maximum Flight Time

A. Pilots will not be scheduled to exceed current Part 117 flight time limits as outlined within the Federal Aviation Regulations.

## 2. Flight Time and Crew Rest Limitations

A. Crewmembers will be subject to current Federal Aviation Regulations regarding duty and crew rest requirements. Additionally, pilots will not be scheduled for duty time that exceeds 14 hours between rest periods without his/her consent. Deadhead time will not be considered in crew rest.

## 3. Report and Release for Duty Time

A. A duty day at a pilot's home domicile and/or temporary domicile will begin 45 minutes prior to the first scheduled departure. A duty day away from a pilot's home domicile and/or temporary domicile will begin 45 minutes for the CRJ and 30 minutes for the EMB 120 prior to the first aircraft movement or first scheduled departure. Pilots will be released from duty 15 minutes after the completion of the last scheduled flight or aircraft movement.

## 4. Minimum Duty Requirements to Maintain Benefits

A. A pilot who swaps, drops, or trades a pairing which would project him/her below 58:36 credit hours will be 100% responsible for the cost of his/her insurance benefits for that bid period. However, a pilot may use his/her user and vacation time to increase their projected time above 58:36 credit hours.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 5. 24-Hour Clock

A. The Company will utilize a 24-hour clock when writing schedules and other flight related materials. To convert from a normal AM/PM format, the following is provided:

| | | | |
|---|---|---|---|
| Midnight | 0000 | Noon | 1200 |
| 1 AM | 0100 | 1 PM | 1300 |
| 2 AM | 0200 | 2 PM | 1400 |
| 3 AM | 0300 | 3 PM | 1500 |
| 4 AM | 0400 | 4 PM | 1600 |
| 5 AM | 0500 | 5 PM | 1700 |
| 6 AM | 0600 | 6 PM | 1800 |
| 7 AM | 0700 | 7 PM | 1900 |
| 8 AM | 0800 | 8 PM | 2000 |
| 9 AM | 0900 | 9 PM | 2100 |
| 10 AM | 1000 | 10 PM | 2200 |
| 11 AM | 1100 | 11 PM | 2300 |

Uncontrolled copy. Currency must be verified with the LESP before use.

**Paragraph** **Page**

**1. Bid Periods ... 3017.1**
**2. Bid Eligibility ... 3017.2**
**3. Minimum Daily Guarantee ... 3017.3**
**4. Replacement Pairings ... 3017.4**
**5. Preparation of the Pairing Package ... 3017.4**
**6. Pre-Assigned Activities ... 3017.5**
**7. PBS Line Construction ... 3017.9**
**8. PBS and Awarding of Schedules ... 3017.11**
**9. Composite Lines ... 3017.12**
**10. DMA Adjusted Bid Awards ... 3017.14**
**11. Reserve Adjusted Bid ... 3017.14**
**12. Pilot Schedule Adjustments and Awarding of Open Time ... 3017.14**
**13. Scheduled Interruption Points (SIPs) ... 3017.17**
**14. Displacement ... 3017.18**
**15. Pairing Extensions ... 3017.19**
**16. Volunteering for Reserve on a Scheduled Day Off ... 3017.20**
**17. Double Scheduled Pairings ... 3017.20**
**18. Federal Aviation Regulation Conflicts ... 3017.20**
**19. Management Flying ... 3017.21**
**20. Crew Gate Swap ... 3017.21**
**21. Check Airmen Acting as First Officers ... 3017.21**
**22. Scheduling During Training ... 3017.22**
**23. Scheduling After Long-term Training ... 3017.22**
**24. SAPA Involvement in Pairing Construction ... 3017.23**
**25. Minimum Reserve Staffing (MRS) and Daily Net Reserve Staffing ... 3017.23**
**26. Time Away From Base (TAFB) Guarantee ... 3017.23**

## 1. Bid Periods

A. Bid periods will be calendar months with the exception of the following bid periods:

| **Standard Exceptions** | |
|---|---|
| January | January 1st - January 30th |
| February | January 31st - March 1st |
| March | March 2nd - March 31st |

| **Exceptions During a Leap Year** | |
|---|---|
| January | January 1st - January 30th |
| February | January 31st - February 29th |

October and November bid periods will be based on mainline carrier schedule changes.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 2. Bid Eligibility

A. The Company will make available a bid eligibility list for each bid period. The bid eligibility list will include all pilots by status and domicile eligible to bid for the subsequent bid period except:

1) Management, supervisory, or instructor pilots who will not be placed on the bid eligibility list in an active status or awarded any flying other than open time while assigned to those categories except as provided in this section.

2) Pilots who are scheduled to attend long-term training except:

a) A pilot that will begin long-term training in the subsequent bid period will bid a schedule for the portion of the bid period that he/she is available. The Company will place long-term training days and other necessary pre-assignments as applicable on the pilot's schedule.

b) A pilot in long-term training, whose scheduled IOE completion date plus seven days is within the subsequent bid period, will be allowed to bid in the subsequent bid period utilizing the PBS. The pilot will be allowed to bid on the remaining days available in the subsequent bid period using the PBS. If the pilot completes IOE prior to the end of the pre-assigned long-term training days, the Company may add trips from open time or reserve days as applicable.

3) Pilots who lose currency or qualifications, except that such pilots will be allowed to bid for the subsequent bid period if his/her re-qualification training is scheduled to be completed by the end of the current bid period.

4) Pilots who are on a leave of absence for medical, military or other reasons.

5) Check airmen or assistant chief pilots whose known duties take him/her away from flying for more than ½ the bid period.

6) Pilots who do not inform their Chief Pilot of their return date in the subsequent month by the 7th of the current month.

> **NOTE -** Pilots who wish to return from maternity leave prior to six weeks post delivery must provide a medical release (also refer to Pilot Policy Manual SP 3013 Leave of Absences, On-the-Job Injuries, and Workers' Compensation).

7) Pilots who bid for and are awarded Designated Mountainous Airport (DMA) will have a 12-month commitment that starts on the month of the first awarded line.

a) An early release from the 12-month commitment may be permitted with a 90-day written notice.

b) A maximum of 10 percent of the pilots by seniority, in either crew position, who have agreed to the 12-month commitment, will be allowed to exercise the early release in any single bid period as long as the total group exiting DMA does not exceed 25 percent of the DMA seniority list in a single bid period.

Uncontrolled copy. Currency must be verified with the LESP before use.

c) A pilot who has terminated the 12-month commitment early may only bid back into DMA flying by seniority when a vacancy exists, thereby commencing a new 12-month commitment.

→

d) A pilot that has training, military leave, FMLA, or a leave of absence during part of a month will still be eligible to bid in DMA that month under the following provisions:

(1) The pilot must be starting leave no earlier that the 15th of the month, or

(2) The pilot must be returning from leave no later than the 10th of the month.

(3) The partial month will count as an entire month toward the 12-month commitment.

> **NOTE -** For informational purposes, the Training Department has the following required qualifications in order to be eligible to bid DMA. They are not considered part of this policy and are subject to change.
>
> - DMA captains must have 100 hours line operating experience and 75 hours in the aircraft type by date awarded DMA (prior to training).
> - DMA first officers must have 100 hours line operating experience by the date awarded DMA (prior to training).
> - 100 hours line operating experience starts after simulator pass off (IOE does count).
> - Pilots in Special Tracking are excluded from bidding DMA.

## 3. Minimum Daily Guarantee

A. Minimum daily guarantee shall be used in the preparation of the original pairing package to ensure the credit hour value of a pairing is at least 4:12 hours of pay for each duty day scheduled to work except for split duty overnights.

B. Split trip transactions processed through SkedPlus+ will be paid leg credit only (LCO). Minimum daily guarantee does not apply on the day(s) the split occurs, except that pairings picked up from open time within 120 hours of the report for duty time of the pairing will be paid by the provisions of Paragraph 3.C. below.

C. A pilot that works an overtime pairing, in accordance with Paragraph 12.B.2) below, shall have the minimum daily guarantee applied in the following manner:

1) The credit hours associated with the pairing or assignment shall be determined by the greater of:

a) Credit hours or actual block to block time including deadhead time at a rate of one and one-half times the pilot's hourly rate,

b) The minimum daily guarantee of 4:12 hours.

2) Credit hours in relation to functional flights, training, and Company business are covered separately and do not apply under this section.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 4. Replacement Pairings

A. When a pairing operates in both the current bid period and the subsequent bid period, Crew Planning may make changes to the pairing in the form of replacement pairings to accommodate marketing changes using the following criteria:

1) The replacement pairing's show time must be no earlier than two hours prior to the original pairing's show time, and

2) Crew Planning may only revise carry out pairings in the current bid period to the 3rd day of the subsequent bid period with the exception that an originally scheduled five day pairing may be adjusted within the five calendar days of the original pairing.

B. Replacement pairings will be placed onto affected pilot's schedules by 0900 Mountain Time on the 10th of each month.

## 5. Preparation of the Pairing Package

A. Pairing packages for each status in each domicile will be available via SkyWest Online no later than 0900 Mountain Time on the 10th of each month. Printed pairing packages for each status in each domicile will be distributed to each domicile as soon as possible after publication.

B. The Company will prepare and distribute pairing packages specifically for each status in each domicile. The pairing package will contain the following information.

1) All pairings and replacement pairings, including the following schedule information:

a) Report time

b) Pairing number

c) Flight number

d) Block and credit time for each segment

e) Block and credit time for each pairing

f) Duty time

g) Ground time

h) Deadhead time

i) Originating, intermediate, and terminating stations

j) Layover station, layover time, hotel name, telephone number

k) Minimum required rest

l) Pairing time (TAFB)

m) Date(s) of operation

2) The minimum number of regular lines

3) The anticipated number of lines

4) Reserve availability codes. Reserve lines (if constructed by the Company) which contain designated reserve availability periods and days off in accordance with this section.

Uncontrolled copy. Currency must be verified with the LESP before use.

C. DMA Pairings

1) No DMA pairing will be built with more than three takeoffs and three landings into and out of a DMA airport in a single duty day with a maximum of six total legs in a single duty day.

D. DMA Bid Package

1) The monthly DMA Bid Package will consist of a predetermined number of hard flying lines (based on operational need) that are built from DMA pairings and a number of reserve lines. The DMA Bid Package will be available on SkyWest Online no later than 0900 Mountain Time on the 10th of the month and will include instructions on how to bid.

## 6. Pre-Assigned Activities

A. Crew Planning will apply all known pre-assigned activities to pilots' schedules prior to the opening of the bid window. Pre-assigned activities may be added or removed during the bid window only if the pilot is verbally notified of the change by Crew Support, with the following exceptions:

1) Moving days

2) Vacation days

3) User days

4) Golden days

B. Any changes to these four pre-assignment activities must be mutually agreed upon by the pilot and Crew Support.

C. All pre-assigned activities and their associated credit times will be used during the PBS line construction to determine a pilot's schedule. Pre-assigned activities with a virtual credit (i.e., family leave) are not paid credit times. Pre-assigned activities with an actual credit value (i.e., recurrent ground) will be paid as such and will count toward the maximum duty days per PBS Line Construction.

D. The following credits will apply to pre-assigned activities used during the PBS line construction (with the associated codes):

1) Simulator (SIM) Training

a) SIM training uses the following formula:

(1) Traditional 121 training pays 4:12 hours for 4 hours of SIM time. No additional pay credit will be associated with standard briefing and de-briefing times.

(2) SIM AQP MV or LOE training is paid 4 hours for 4 hours of SIM time. Briefing time or matrix time is paid at 50% of time trained.

> **NOTE -** If the amount of SIM time or briefing/matrix time for these rides changes in the future, the same formula will be applied and the below credit will be adjusted.

Uncontrolled copy. Currency must be verified with the LESP before use.

| | | |
|---|---|---|
| † Actual credit values; counts towards maximum duty days<br>* Virtual credit values<br>** SIM AQP credit values | | |
| ADMN | Administrative Leave | 2:54 Hours per day* |
| COBU | Company Business | 4:12 Hours per day† |
| FLT | Long-Term Training | 2:30 CRJ Hours per day* |
| FLT | Long-Term Training | 2:41 EMB Hours per day* |
| FMLA | Family Medical Leave Act | 2:54 Hours per day* |
| → | | |
| GOLD | Golden Day | 0:00 Hours per day |
| INTV | Pilot Interview Team | 4:12 Hours per day† |
| JURY | Jury Duty | 4:18 Hours per day† |
| MIL | Military Leave | 2:54 Hours per day |
| MOV | Unpaid Moving Day<br>→ | 0:00 Hours per day<br>→ |
| OJI | On The Job Injury | 2:54 Hours per day* |
| QUIT | Voluntary Termination | 2:54 Hours per day* |
| RECR/STT | Recurrent Ground | 4:12 Hours per day† |
| RET | Retiring Employee | 2:54 Hours per day* |
| SAPA | SAPA Meeting | 5:00 Hours per day† |
| SIM | Traditional 121 Simulator Training | 4:12 Hours per day† |
| SIM AQP MV | Simulator Maneuvers Validation | 5:00 Hours per day** |
| SIM AQP MV with Matrix | Simulator Maneuvers Validation with Matrix | 6:00 Hours per day** |
| SIM AQP LOE | Simulator Line Oriented Evaluation | 5:00 Hours per day** |
| TRNF | Domicile Transfer Move | 4:12 Hours per day* |
| TRM | Termination of Employee | 2:54 Hours per day* |
| TVL | Travel to Training | Per SP 3008 Par. 5.A.9)† |
| USER | User Day | 4:18 Hours per day† |
| VAC | Vacation | Per SP 3008 Compensation<br>(Default = 2:54 Hours per day)* |

Uncontrolled copy. Currency must be verified with the LESP before use.

E. Pre-assigned activities with a virtual credit that do not count towards the maximum duty days (as indicated by a *) will utilize the following prorating tables to determine the maximum duty days available in the PBS for the remainder of the bid period:

| 31-Day Bid Period | | 30-Day Bid Period | |
|---|---|---|---|
| Total Days of Virtual Credit Pre-Assignments | Maximum Duty Days Allowed | Total Days of Virtual Credit Pre-Assignments | Maximum Duty Days Allowed |
| 0 | 19 | 0 | 19 |
| 1 | 18 | 1 | 18 |
| 2 | 18 | 2 | 18 |
| 3 | 17 | 3 | 17 |
| 4 | 17 | 4 | 16 |
| 5 | 16 | 5 | 16 |
| 6 | 15 | 6 | 15 |
| 7 | 15 | 7 | 15 |
| 8 | 14 | 8 | 14 |
| 9 | 13 | 9 | 13 |
| 10 | 13 | 10 | 13 |
| 11 | 12 | 11 | 12 |
| 12 | 12 | 12 | 11 |
| 13 | 11 | 13 | 11 |
| 14 | 10 | 14 | 10 |
| 15 | 10 | 15 | 10 |
| 16 | 9 | 16 | 9 |
| 17 | 9 | 17 | 8 |
| 18 | 8 | 18 | 8 |
| 19 | 7 | 19 | 7 |
| 20 | 7 | 20 | 6 |
| 21 | 6 | 21 | 6 |
| 22 | 6 | 22 | 5 |
| 23 | 5 | 23 | 4 |
| 24 | 4 | 24 | 4 |
| 25 | 4 | 25 | 3 |
| 26 | 3 | 26 | 3 |
| 27 | 2 | 27 | 2 |
| 28 | 2 | 28 | 1 |
| 29 | 1 | 29 | 1 |
| 30 | 1 | 30 | 0 |
| 31 | 0 | | |

Uncontrolled copy. Currency must be verified with the LESP before use.

F. Golden Days

> **NOTE -** Pilots should use caution when requesting days off with an uninterrupted block of 3 days or less in between GOLD, VAC, and/or USER days. Refer to Pilot Policy Manual SP 3017 Scheduling (PBS Line Construction paragraph).

1) The Company will set aside and guarantee a minimum of one day per domicile per pilot position available for golden day use.

2) At the beginning of each calendar year, pilots will be awarded five golden days for that calendar year. These days allow the pilot the flexibility to plan on certain events that take place each year, but outside the current or next bid period; for example, future weddings, graduations, or events requiring advanced ticket purchases, etc. Pilots will be able to submit a golden day request and be assured of the time off requested. However, a golden day may not be used the day before, the day of, or the day after any Company acknowledged holiday.

3) Pilots must request golden days via SkyWest Online. Requests must be received by 0900 Mountain Time on the first day of the bid period prior to the bid period in which the golden day is being requested. Requested golden days will be granted based upon availability as outlined above. Requests to cancel awarded golden days must also be submitted via SkyWest Online by 0900 Mountain Time on the first day of the bid period prior to the bid period in which the golden day was awarded.

    a) Pilots may request to cancel awarded golden days up to 0900 Mountain Time on the 7th of the bid period prior to the bid period in which the golden day was awarded; however, the pilot will not be credited the golden day(s) back to their bank.

4) When a golden day falls on an awarded reserve day, the pilot may:

    a) Be paid credit hours equal to minimum daily guarantee of user/vacation time per reserve day(s) for the golden day(s).

    b) Have the reserve day moved to a mutually agreed upon day within that bid month.

    c) If the pilot does not contact the Company prior to 0900 Mountain Time on the 24th, or an alternative reserve day cannot be mutually agreed upon, Crew Support will charge credit hours equal to minimum daily guarantee per reserve day to the pilot's user/vacation bank.

5) When a DMA line holder's golden day conflicts with an awarded trip in their line award, the pilot will be charged user/vacation time for the credit value of the trip or trip portion that must be removed.
[6) NO CHANGE]

6) Conflicts due to training, changes in equipment, domicile, or status:

    a) A pilot awarded or assigned a bid requiring the pilot to attend training that conflicts with a scheduled golden day(s) will re-bank the golden day(s).

Uncontrolled copy. Currency must be verified with the LESP before use.

b) A pilot who, as a result of changes in his/her equipment, domicile, or status, will be allowed to keep his/her original awarded golden day(s) provided the award(s) is/are available in the new equipment, status, or domicile. A pilot who is unable to keep his/her original award will re-bank the golden day(s).

c) A pilot, who as a result of a reduction in his/her position at a domicile, will be allowed to keep his/her approved golden day(s). Those pilots on the waitlist in the reduction in position domicile will need to re-submit for golden day slots in the new domicile.

## 7. PBS Line Construction

A. Each pilot's schedule will be constructed by utilizing the PBS and may be a regular line, composite line, or reserve line. The Company will determine the minimum number of regular lines, number of anticipated lines and the number of reserve lines that will be constructed. Lines will be awarded or assigned in accordance with a pilot's seniority and this agreement.

1) The minimum number of regular lines will be calculated by dividing the total credit value of the pairing set (not including pre-assignments) by 87.

2) The number of anticipated lines will be determined by Crew Support in accordance with this agreement.

B. When the PBS is not capable of constructing reserves lines in compliance with this agreement, the Company may construct such lines.

C. The PBS will use the following general default settings in building all lines:

1) Regular lines will be constructed by the PBS using the following criteria:

a) Assign lines as close as possible to 87 credit hours.

b) Include one calendar day off in any seven-day period.

> **NOTE -** Pilots may bid to waive this restriction in PBS. If the pilot elects to waive this restriction, PBS will consider ANY scheduled 30-hour break (including those scheduled as overnights in a pairing) as the required 30 consecutive hours free from all duty in any 168 consecutive hour period required in 14 CFR Part 117.

c) For pilots other than EMB 120 pilots, allow a bid period credit value no less than 75 credit hours and no more than 120 credit hours.

d) For EMB 120 pilots, allow a bid period credit value no less than 80 credit hours and no more than 120 credit hours.

> **NOTE -** Pilots may bid to waive default minimum credit as a preference in PBS and bid a minimum of 58:36 credit hours per bid period. This option will only be granted to those bidding within the minimum number of guaranteed lines, any partial lines built by the PBS not included in the minimum number of guaranteed lines will be considered composite as per Composite Lines.

Uncontrolled copy. Currency must be verified with the LESP before use.

e) Allow a maximum of 28 block hours in any seven-day period.

**NOTE -** Pilots may bid to waive this restriction in PBS.

f) Allow a maximum of 98* block hours in any 672 consecutive hours.

g) Allow a maximum of 995* block hours in a 365 consecutive calendar day period.

h) Allow a maximum of 56* flight duty period hours in any 168 consecutive hours.

i) Allow a maximum of 184* flight duty period hours in any 672 consecutive hours.

* To maintain operational reliability, the Company retains the right to adjust the values indicated above. The Company will consult with SAPA prior to any change to these values.

j) Allow a maximum of 19 duty days per bid period or the maximum duty days per bid period as established in the prorating table above.

**NOTE -** Pilots may waive this restriction in PBS.

k) Assign no more than five split duty (SDuty) overnights in a row without at least one calendar day off.

l) Assign days off with a minimum of two calendar days off in a row, unless a pilot bids otherwise in the PBS by utilizing the minimum days off preference to a minimum of one calendar day off in a row.

m) Not to include out-of-domicile pairings or reserve availability periods.

n) Not assign any pairing that infringes on a preassigned VAC or GOLD day or awarded off day, as these are calendar day (0001-2359) assignments.

o) When a regular line is constructed by PBS as a partial line and the partial line is a direct result of at least two occurrences of leaving an uninterrupted block of 3 days or less in-between awarded GOLD, VAC, and/or USER days, the partial line will be considered as a composite line and constructed as a composite line.

2) A pilot not awarded or assigned a regular or composite line using the PBS will be assigned a reserve line. Reserve lines will be constructed using the following criteria:

a) The PBS or the Company will construct reserve lines, upon which pilots, using the PBS, may bid.

b) With a minimum of 75:36 credit hours.

c) With a maximum of 19 duty days per bid period or the maximum duty days per bid period as established in the credit value table above for pilots.

d) With at least two consecutive calendar days free from all duty per pay period, and no more than two "one calendar day" off periods will be placed in any reserve line with the following exceptions:

(1) A reserve line that is constructed in the original pairing package that has in it a on-call reserve assignment that includes the hours between 0200 and 0400 local time may be constructed to include at least two consecutive "24-hour off" periods free from all duty per pay period.

e) No more than two "one 24-hour period" off periods will be placed in any reserve line.

Example:
A reserve line is constructed to include a reserve availability period between 1900 and 0700 hours local time. Since this reserve availability period includes the hours between 0200 and 0400 local time, Crew Support has the option of building these lines with at least two consecutive "24 hour periods" off instead of two consecutive "calendar day off" periods.

f) Contain on-call reserve assignments as indicated in the pairing package and SkyWest Online.

g) Not include out-of-domicile pairings.

h) Pilots with on-call reserve assignments in the current or subsequent bid periods will have their schedules completed in accordance with the reserve adjusted bid.

D. After the PBS line construction process is complete, pairings will not be added to or removed from a regular line except as allowed by this agreement.

E. Pilot bid awards with reserve availability periods in the current and/or subsequent bid period, will have their schedule completed in accordance with the reserve adjusted bid.

F. All regular lines generated by the PBS and all partial lines, up to and including the minimum number of regular lines, will be considered regular lines, treated as such, and paid according to Pilot Policy Manual SP 3008 Compensation.

G. Partial lines generated by the PBS that are in excess of the minimum number of regular lines will be composite lines and treated in accordance with the composite line policy in Composite Lines below.

## 8. PBS and Awarding of Schedules

A. Each pilot may enter a bid for the subsequent bid period into the PBS software via SkyWest Online between 0900 Mountain Time on the 10th and 0900 Mountain Time on the 17th of each month. It is the responsibility of the pilot to save and verify the accuracy of their final bid prior to bid closing.

B. A pilot who fails to enter a bid by the deadline will be assigned a line in the following manner:

1) Utilizing the pilot's stored standing bid or,

2) When a standing bid has not been entered by the pilot, utilizing the default standing bid established and agreed to by the Company and SAPA.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

C. The PBS bid awards will be by seniority, status and domicile as indicated in the bid eligibility list, and will be available in the PBS portion of SkyWest Online by 0900 Mountain Time on the 20th of each month.

D. Pilots' schedules will be loaded into CrewTrac and be available in SkedPlus+ by 2000 Mountain Time on the 24th of each month.

E. First officers will be given a bid preference to avoid check airman in the PBS. The process will occur as follows:

1) First officers may indicate their preference to avoid check airmen in PBS by using the “avoid check airmen” preference.

2) Awards will be based upon seniority, and if “avoid check airmen” is indicated, the first officer will be awarded pairings that their seniority will hold that have not been assigned to check airmen.

3) When there are no pairings available that satisfy the bid preference to avoid check airman, the PBS will continue with the next layer of preferences.

F. Pilot bid awards that contain on-call reserve assignments in the current and/or subsequent bid period will have their schedules completed and available in E-Trip by the end of the reserve adjusted bid at 2000 Mountain Time on the 24th of each month.

G. When a pilot has an awarded vacation which overlaps an awarded carry-out pairing, the pilot's schedule will be adjusted between the 20th and 24th of the month prior to the vacation award in the following manner:

1) When the overlapping pairing returns to the pilot's domicile on the day prior to the beginning of the vacation period, the trip will be split at the last arrival in the domicile. The trip may be split at another SIP during that day or on the following day (the first day of the vacation) with the mutual agreement of Crew Support and the pilot. Any credit time removed from, or added to, a pilot's schedule resulting from a split will be deducted from, or added to, respectively his/her vacation bank but will not exceed original value of vacation.

2) If the overlapping pairing does not return to the pilot's domicile on the day prior to the beginning of the vacation period, the pilot will be removed from the pairing on the day prior. Assistance to the extent possible will be provided for travel back to the pilot's domicile. The trip may be split at another SIP if mutually agreed upon by the pilot and the Company. The Company will assume no liability with expenses (e.g. hotel rooms) incurred as a result of the splitting of the trip.

## 9. Composite Lines

A. Any partial lines built by the PBS, not included in the minimum number of regular lines will be considered composite lines.

Uncontrolled copy. Currency must be verified with the LESP before use.

B. After the PBS bid award, Crew Support will, in the following sequence:

1) Add any pairings from open time to composite lines only to meet the regular line minimum credit value appropriate for the equipment and status. Pairings will be added to the composite lines, beginning with the most senior composite line holder. If, after adding all available pairings, the composite line meets the regular line minimum credit value appropriate for equipment and status, the resulting line will be considered a regular line, treated as such, and paid according to Pilot Policy Manual SP 3008 Compensation. If, after adding all available pairings, the composite line still does not meet the regular line minimum credit, then Crew Support will:

2) Add reserve availability periods, at minimum daily guarantee credit hours each, only to meet a minimum credit value of 75 credit hours for pilots. For example: A partial line with a credit value of 74 credit hours will have only one reserve availability period added.

a) Reserve availability periods added will be placed according to the operational needs of the Company.

b) Reserve availability periods will only be added up to a maximum of 18 duty days for pilots, or the maximum established in the credit value and prorating tables above as appropriate. If the resulting bid period credit value remains below 75 credit hours, the resulting line will be guaranteed to 75 credit hours.

C. All composite lines will be completed in SkedPlus+ by 2000 Mountain Time on the 24th of the month.

D. Pairings assigned to a Composite Line-holder as part of the PBS award or by Crew Support will be treated as pairings awarded to regular line holders and paid according to Pilot Policy Manual SP 3008 Compensation. Reserve Availability Periods will be paid according to Pilot Policy Manual SP 3008 Compensation.

E. When the Company adds flying or reserve days to bring the composite line holder up to 75 hours of credit, the company will comply with the following additional limitations, any of which may be waived with pilot consent:

1) Include at least one calendar day off in domicile in any seven-day period.

2) Will not assign more than 28 block hours in any seven-day period.

3) Will not assign more than 19 duty days per bid period or the maximum duty days per bid period as established in the prorating table above.

4) Will not assign more than five split duty (SDuty) overnights in a row without at least one calendar day off.

5) Will not assign less than two calendar days off in a row between work blocks.

6) Will not assign a duty period that begins on the same calendar day that another duty period ends, with the exception of consecutive split duty (SDuty) overnights.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 10. DMA Adjusted Bid Awards

A. The Company will make the adjusted bid award for the next bid, per the current Pilot Policy Manual, available on SkedPlus+ via SkyWest Online. The adjusted bid award will include changes made by Crew Support to a pilot's awarded line for the following reasons:

1) During the transition period from the last day of the previous bid period until the third day of the new bid period:

a) Crew Support may remove part of a trip or an entire trip from the new bid period's award that is in conflict with the previous month's bid schedule.

b) Crew Support may modify pairings with replacement pairings per Replacement Pairings above.

2) Allow Crew Support to make adjustments to an DMA pilot's schedule for the next bid period to accommodate vacation, training, leaves of absences, and other conflicts.

## 11. Reserve Adjusted Bid

A. The Company will publish via SkedPlus+, the reserve adjusted bid award for the subsequent bid period by 2000 Mountain Time on the 24th of each month. The reserve adjusted bid award will:

1) Only include pilots with on-call reserve assignments in the current and/or subsequent bid period.

2) Contain the last day of the current bid period, and the first four days of the subsequent bid period.

3) Allow Crew Support to add, drop, modify, and/or swap pairings and/or on-call reserve assignments that are in conflict with the previous bid schedules. Conflicts include FAR conflicts and any conflict with this section. If, as a result of the reserve adjusted bid, a pilot loses a day off from his/her original awarded bid; such pilot will be paid for the pairing and receive an equal number of days off during that bid period. The received days off will be mutually agreed upon by the pilot and Crew Support.

4) The pairings referenced in this paragraph are original bid pairings.

## 12. Pilot Schedule Adjustments and Awarding of Open Time

A. After the reserve adjusted bid has been published and until the end of the subsequent bid period, regular, composite, and reserve line holders will be allowed to adjust their schedules, within FARs and/or Company limitations, on a first come, first served basis, as follows:

1) Use all of the available features of SkedPlus+.

2) Volunteer to be available for junior manning during any scheduled day off as indicated on their awarded bid or reserve adjusted bid award.

Uncontrolled copy. Currency must be verified with the LESP before use.

B. Schedule adjustment and awarding of open time will be limited as follows:

1) A pilot may trade, exchange, or add any pairing with another pilot or from open time that may be available in a different domicile provided the Company assumes no liability (e.g., hotel rooms, deadheading, additional duty time, etc.) that might be associated with such action.

a) Pilots are limited from exchanging or adding from open time a pairing outside of his or her assigned domicile for 48 hours after the reserve adjusted bid has been published.

b) For pilot-initiated exchanges of a non-incentivized pairing with an incentivized pairing, when the entire original pairing falls within the footprint of the incentivized pairing, any days falling outside of the original footprint will be paid at the incentivized rate (refer to Example 1).

c) For pilot-initiated exchanges of a non-incentivized pairing with an incentivized pairing, when the original pairing does not fall entirely within the footprint of the incentivized pairing, the first day of the incentivized pairing will replace the first day of the original trip and will not be eligible for incentive pay. The same process will apply to all subsequent days. All additional days will pay the incentivized rate (refer to Example 2 and Example 3).

d) Pilots must contact Crew Support to initiate an exchange of any non-incentivized pairing with an incentivized pairing to ensure proper application of overtime pay as per this policy.

Example 1:
A two-day trip beginning on the 10th is exchanged for an incentivized four-day trip beginning on the 9th (i.e., the original pairing is entirely within the footprint of the incentivized trip). Day one is paid at the incentivized rate. Day two and day three are paid at straight pay, and day four is paid at the incentivized rate.

Example 2:
A three-day trip beginning on the 10th is exchanged for an incentivized four-day trip beginning on the 4th. In this scenario the original pairing is not within the footprint of the incentivized pairing. Day one, day two, and day three are paid at straight pay. Day four is paid at the incentivized rate.

Example 3:
A three-day trip beginning on the 10th is exchanged for an incentivized four-day trip beginning on the 7th. Again, in this scenario, the original pairing is not entirely within the incentivized pairing. Only the last day will pay the incentivized rate.

2) A pilot is not required to maintain a minimum credit value for the month. However, if a pilot adjusts his/her schedule such that it is projected to be below 58:36 credit hours, he/she will be 100% responsible for the cost of their insurance benefits for that bid period. A pilot may use their user and vacation time to increase their projected time above 58:36 credit hours.

Uncontrolled copy. Currency must be verified with the LESP before use.

3) A pilot will be restricted by SkedPlus+ from adding any pairing that would result in the pilot's schedule exceeding:

- 98:30* block hours per 672 consecutive hour period
- 998* block hours per 365 consecutive calendar day period
- 57* flight duty period hours in any 168 consecutive hours
- 186* flight duty period hours in any 672 consecutive hours

These restrictions are in place to maintain schedule integrity and may only be waived at Company discretion.

* To maintain operational reliability, the Company retains the right to adjust the values indicated above. The Company will consult with SAPA prior to any change to these values.

C. Additional incentive will apply to open time pairings picked up when staffing levels fall below targeted levels established in the Minimum Reserve Staffing (MRS) and Daily Net Reserve Staffing paragraph below.

1) A pilot will be paid at 115% of the pilot's applicable rate for open time pairings picked up under the following conditions:

a) The pairing is picked up within 360 to 240 hours of the report for duty time of the pairing, AND

b) At the time of pickup, the pairing contains one or more days where the net reserve staffing is at 75% of MRS or less.

2) A pilot will be paid at 130% of the pilot's applicable rate or open time pairings picked up under the following conditions:

a) The pairing is picked up within 240 to 120 hours of the report for duty time of the pairing, AND

b) At the time of pickup, the pairing contains one or more days where the net reserve staffing is at 60% of MRS or less.

D. Any pairing from open time not picked up within 120 hours of the report for duty time of the pairing may be assigned under the following guidelines:

1) The pairing may be assigned by Crew Support to a reserve line holder.

2) The pairing may be picked up from open time by a pilot for overtime pay at 150% of the pilot's applicable rate.

3) If a pilot attempts to pick up a pairing within 120 hours of the report for duty time, Crew Support must assign the pilot that pairing for overtime pay at 150% of the pilot's applicable rate or immediately assign it to a reserve.

4) If a pilot attempts to pick up a pairing within 72 hours of the report for duty time via SkedPlus+, it must be assigned to the pilot for overtime pay at 150% of the pilot's applicable rate.

5) If a reserve is not available and/or the pairing has not been voluntarily picked up from open time by a pilot, Crew Support may assign the pairing to a volunteering pilot as needed, in which situation, overtime pay will apply.

Uncontrolled copy. Currency must be verified with the LESP before use.

E. Restricted open time (ROT) is viewable to all pilots on SkedPlus+. A pilot may exchange one or more pairings with ROT pairings under the following requirements:

1) The pairings must be in the same domicile and equipment.

2) The pairing(s) exchanged must match the same days as the pairing(s) from ROT. The pairings' credit, report times, or release times do not need to match.

Example:
A four-day pairing that starts on the 12th may be exchanged with a different four-day pairing that starts on the 12th from ROT regardless of report for duty and release times. Or, 2 two-day pairings, the first of which starts on the 12th and the second of which starts on the 14th, may be exchanged for a four-day pairing that starts on the 12th regardless of report for duty and release times.

3) Pilots may exchange other pairings with ROT pairings that do not meet the requirements above at the discretion of Crew Support.

4) Restricted open time exchange will not be available once a pairing is within 120 hours from report time unless approved by Crew Support. Restricted open time pairings will remain viewable in SkedPlus+ to the pilots.

F. A pilot may drop any pairing to Open Time when the daily net reserve staffing for all days of the pairing is above MRS and in accordance with the SkedPlus+ User's Guide.

## 13. Scheduled Interruption Points (SIPs)

A. A SIP can be created by Crew Support initiating the event or by a pilot initiating the event. The way the SIP is handled depends upon who is requesting the event.

1) Crew Support-initiated SIP in a pilot's domicile

a) Crew Support accepts the responsibility for the replacement pilot to report for the remaining portion of the pairing.

b) Upon arrival in the pilot's domicile, the pilot must contact Crew Support prior to leaving the airport. The pilot is required to remain on duty only if Crew Support has been notified of a report problem involving the replacement pilot; otherwise the pilot is released.

c) The original pilot receives per diem and any accommodations necessary while waiting for the replacement pilot to report for duty per Pilot Policy Manual SP 3009 Expenses.

2) Crew Support-initiated SIP in a domicile other than the pilot's domicile

a) Crew Support accepts the responsibility for the replacement pilot to report for the remaining portion of the pairing.

b) The original pilot is not released from duty until the replacement pilot physically arrives at the SIP location. The original pilot is required to remain on duty in case the replacement pilot does not report for duty.

c) The original pilot receives per diem and any accommodations necessary while waiting for the replacement pilot to report for duty per Pilot Policy Manual SP 3009 Expenses.

d) Once released, the Company will provide travel for the released pilot per Pilot Policy Manual SP 3010 Deadheading.

3) Pilot-initiated SIP

a) Any SIP created by a pilot requires that pilot to maintain responsibility for the pairing until the replacement pilot reports for duty.

b) The original pilot does not receive accommodations in excess of the originally scheduled pairing while waiting for the replacement pilot to report for duty. Any details of the SIP should be worked out between the two pilots involved.

c) Per diem for the original pilot ends 15 minutes after arrival in the SIP location.

## 14. Displacement

A. When a pilot is displaced from all or part of his/her scheduled flight assignment by a management pilot, a reserve line holder obtaining flying prior to a checkride, or is displaced due to IOE or training (including checkrides), such pilot may be reassigned along the following guidelines:

1) Scheduling may only consider a displacement event as a single or multi-day pairing. A multi-day pairing may also be split to create two separate displacement events.

2) Pilots are considered displaced when:

a) They are awarded a bid with a designated check airman. Designated check airmen for a bid period will be listed in every pairing package.

b) They are removed from a pairing any time during a bid period for one of the reasons stated above in the definition of displacement. Pilots in this scenario must be notified person to person by Crew Support.

3) Pilots who bid with designated check airman may be displaced and reassigned within the guidelines in Reassignment guidelines below.

4) Notification of displacement will be considered complete when the awarded bid is complete. Notification of displacement will consist of receiving a bid award with a designated check airman.

5) Displaced pilots have the responsibility to verify their awarded bids, determine displacement status, and verify reassignments. Pilots may verify their status at anytime; however, failure to report for duty will result in a SAD.

a) Acceptance of notification must occur prior to 13 hours before the show time of the originally displaced pairing.

6) Reassignment guidelines:

a) A displaced pilot who has not been reassigned by Crew Support 72 hours prior to the report for duty time of the pairing is released from duty.

Uncontrolled copy. Currency must be verified with the LESP before use.

b) If displacement occurs less than 72 hours prior to the report for duty time of the first day affected then reassignment can only occur through mutual agreement between the pilot and Crew Support.

c) Displaced pilots may not be assigned to reserve availability periods as a reassignment.

d) If displaced from a multi-day pairing, the pilot may be assigned to a single or multi-day pairing, or portion thereof that occurs between the report for duty time of the first day and the release from duty time of the last day (e.g., an overnight can be replaced by locals or overnights).

e) If displaced from a single day pairing, the pilot may only be assigned to a single day pairing or portion thereof that occurs between the report for duty time and the release from duty time (e.g., a local can only be replaced with a local).

f) Pairings may be assigned outside of the time frames described in (b) above; however, the assignment must be mutually agreed upon between the pilot and Crew Support.

B. The pilot will be credited using the guidelines set forth in Pilot Policy Manual SP 3008 Compensation.

## 15. Pairing Extensions

A. Pilots who are asked by the Company to make additional revenue flights outside of the originally scheduled pairing with these additional flights occurring exclusively before the scheduled report for duty time or after the scheduled release from duty time will be paid overtime.

B. Pilots will not be paid overtime for pairing extensions when they occur under the following guidelines.

1) A pilot is flying a single day pairing and has a long scheduled break in the middle. During that break, Crew Support adds additional leg(s). The pilot will be paid regular pay for those additional leg(s).

2) A pilot is flying a multi day pairing and upon scheduled arrival at an RON station, Crew Support requests the pilot to fly additional leg(s). The pilot will be paid regular pay for those additional legs.

3) This policy does not apply to reserve pilots on reserve duty days.

4) When a pilot is on a junior man assignment/overtime pairing, that pilot will only be paid at a rate of one and one-half times their hourly rate irrespective of any pairing extensions.

a) Refer to Pilot Policy Manual SP 3008 Compensation for an explanation of compensation concerning pairing extensions.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 16. Volunteering for Reserve on a Scheduled Day Off

A. Any pilot may volunteer to sit reserve on a scheduled day off at the discretion of Crew Support. Volunteering for reserve on a scheduled day off outside of a pilot's domicile is not a TDY assignment, and that volunteering pilot will be utilized within that domicile's bucket system per that domicile's seniority order. During the assigned reserve availability period, the pilot will need to be available for flight duty and all regular reserve rules apply. If the pilot is called out on an assignment, they will be paid the greater of the minimum daily guarantee or overtime for deadhead and/or flight time flown. If the pilot is not called out to fly, they will be paid minimum daily guarantee. If applicable, stand-alone ready and ready reserve will not be paid at the overtime rate. Pilots may request to be on “call first” status. Pilots interested in sitting reserve on a scheduled day off must contact Crew Support.

## 17. Double Scheduled Pairings

A. If two pilots are scheduled to fly the same pairing on the same day, the senior pilot will have the choice of whether or not to remain on the pairing. The pilot removed from the pairing will be treated as if displaced.

## 18. Federal Aviation Regulation Conflicts

A. When a pilot has a conflict with the FARs and that conflict causes a pilot not to be able to perform his/her scheduled flight duties because of such conflict (other than those caused by the pilot's failure to meet his/her responsibilities such as carrying his/her medical certificate), he/she will be pay protected and released until such time he/she can return to duty. Such pilot may be returned to his/her originally scheduled pairing or reassigned pursuant to the rescheduling provisions on days he/she was scheduled for flight duty. If rescheduled, the pilot will be credited for his/her originally scheduled pairing (including deadheading), or time flown, whichever is greater.

B. In the event PBS is unable to build a schedule equal to or greater than the monthly guarantee due to a FAA cumulative limitation, the pilot may select from the following options:

1) Waive the monthly guarantee in PBS, or

2) Use vacation or user time to supplement any credit assigned by PBS, or

3) Bid a reserve line (reserve guarantees will apply), or

4) Accept a Company business assignment. Company business will be assigned and paid in accordance with Pilot Policy Manual SP 3008 Compensation (Company Business Pay paragraph) up to the minimum monthly guarantee. The pilot must contact their Chief Pilot prior to the 24th of the preceding month to inform them of willingness to be assigned Company business duties. Company business must be mutually agreed upon by the pilot and the Chief Pilot and will be assigned by the 1st of the affected month.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 19. Management Flying

A. Management pilots and full-time instructor pilots will not bid or hold a regular, composite, or reserve line (unless management pilots and full-time Instructor pilots are required to do so because total flight time conflicts such as 1,000 hours per year and 100 per month exist and the Company does not have adequate reserve assets available to cover such cases). However,

1) They may displace a regular or reserve line holder. When a line pilot is displaced from his/her pairing, the pilot displaced will be subject to Displacement above.

2) They may pick up time from open time subject to the provisions in Pilot Policy Manual SP 3020 Miscellaneous Flying.

## 20. Crew Gate Swap

A. Under regular operations, pilots may initiate a change to their flight assignment up to 45 minutes prior to scheduled departure time, provided the following procedures are adhered to:

1) Crew Support and Flight Control are contacted at least 45 minutes prior to the scheduled departure time of the flight.

2) Both pilots agree to the “Gate Swap.”

3) Accepting pilot is qualified and legal for the flight assignment.

4) The dropping pilot shall not be relieved of duty until the accepting pilot is present at the departure gate.

5) Both pilots shall make verbal confirmation of the gate swap with Crew Scheduling.

6) If the accepting pilot was on a scheduled paid deadhead, the accepting pilot will now be paid flight credit pay and the dropping pilot will forfeit any associated pay with that leg, unless they are using the deadhead.

7) Pilots may not be approved for a gate swap for a deadhead only (actual flight leg must be exchanged in the transaction).

8) Both pilots are regular line holders.

## 21. Check Airmen Acting as First Officers

A. If staffing levels are such that Crew Support would have to cancel a flight because of a shortage of first officers, the Company may ask a check airman to fly in the right seat as a first officer. This will only be done in cases that no other options remain to cover the flying (i.e., TDY, TDT, or junior manning current first officers). A check airman is not obligated to fly any trip/trip series.

B. Check airmen will receive the check airman override for all block hours flown in the right seat.

C. Additionally, any overtime assignments will be paid according to policy.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 22. Scheduling During Training

A. While attending training to upgrade from First Officer to Captain in the same equipment, the pilot may, at the pilot's sole discretion, continue to fly as a First Officer, but with the following restrictions:

1) To ensure the pilot's punctual attendance at the pilot's next scheduled training event and/or first scheduled IOE flight, any flights accepted by the pilot must be scheduled as follows:

a) In the case of trips scheduled to finish in the domicile of the training event or IOE flight, the trip must be scheduled to finish no less than 24 hours prior to the training event or IOE flight.

b) In the case of trips scheduled to finish in a domicile different than the training event or IOE flight, the trip must be scheduled to finish no less than 48 hours prior to the training event or IOE flight.

c) Once IOE training commences, the pilot may no longer accept flights as a First Officer.

B. Nothing in this provision shall be construed to obligate a pilot to fly as First Officer during upgrade training. If a pilot elects not to fly during training and notifies Crew Scheduling of said election, then Crew Scheduling shall not call that pilot except for the sole purpose of notifying the pilot of the next scheduled training event and/or IOE flight.

C. Compensation for any and all flights accepted by a pilot pursuant to this section shall be compensated according to Flying While Waiting for IOE in Pilot Policy Manual SP 3008 Compensation.

> **NOTE -** NRPS seats will not be provided to pilots attempting to pick up flying while on a training guarantee except as would otherwise be provided to other crewmembers (which might include but not be limited to a DH built in the original pairing).

## 23. Scheduling After Long-term Training

A. The pilot must contact Crew Support no later than 30 hours after the end of long-term training. Upon completion of long-term training, pilots will be allowed 3 calendar days free from duty, following their last required training/checking event prior to any pairing or reserve assignment. Commencing on the 4th day, a pilot may be assigned a pairing or placed on reserve not to exceed the lesser of 2/3 of the remaining days in the bid period or a total of 19 duty days for the bid period (including duty days in training). The Company will attempt to honor specific pilot requests for days off but may schedule pairings or reserve days at their discretion.

> **NOTE -** The pilot may choose to waive the 3 calendar days.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 24. SAPA Involvement in Pairing Construction

A. A SAPA Scheduling Liaison will be preassigned a minimum of four days each month in order to observe and assist the Company in the construction of the PBS pairing package. The SAPA Scheduling Liaison will be mutually agreed upon by the SAPA Scheduling Chairman and the Vice President Flight Operations. Preassigned duties for the liaison will be classified as "SAPA" as per the Pre-Assigned Activities paragraph above.

## 25. Minimum Reserve Staffing (MRS) and Daily Net Reserve Staffing

A. In order to establish a daily targeted minimum reserve compliment, the Company will set specific MRS values for each day, seat (CA or FO), domicile, and equipment type. MRS values may be based on historical staffing levels and may have different values for each individual day in the bid period.

B. The Company will publish MRS values for the subsequent bid period by 2000 Mountain Time on the 24th of each month. Once published, the MRS values will not change for the bid period.

C. Net reserve staffing is the total number of reserves available in each seat, domicile, and equipment after subtracting any open time or ROT pairings reconciled on a daily basis.

## 26. Time Away From Base (TAFB) Guarantee

A. Time away from base (TAFB) guarantee shall be used in the preparation of the original pairing package to ensure the credit hour value of a pairing is at least 1:00 hour of pay for each 4:00 hours of TAFB.

B. TAFB guarantee credit will only apply to pairings published in the original pairing package.

C. TAFB guarantee for a pairing will not be recalculated after the publication of the pairing package.

D. The TAFB guarantee will be removed when a pairing is not completed in its entirety by the pilot as a result of a modification initiated by the pilot.

E. When a pilot does not complete a portion of a pairing, the pilot will not be required to use user or vacation time to cover the TAFB guarantee.

F. When a pilot has been covered for the entire pairing, the pilot will be required to use user or vacation time to cover the TAFB guarantee.

G. Additional credit from a Company-initiated modification will be applied towards the TAFB guarantee.

H. When an original pairing containing a TAFB guarantee is modified by the Company, the pilot will be pay protected for the original TAFB guarantee.

I. A pilot that works an overtime pairing, in accordance with Paragraph 12.B.2) above, and the pairing has an associated TAFB guarantee will be compensated at a rate of one and one-half times the pilot's hourly rate for the TAFB guarantee.

Case 2:19-cv-00149-JNP Document 53-2 Filed 08/27/21 PageID.3419 Page 1179 of 1277

Uncontrolled copy. Currency must be verified with the LESP before use.

**INTENTIONALLY LEFT BLANK**


SkyWest 000512

Uncontrolled copy. Currency must be verified with the LESP before use.

Paragraph Page

1. Reserve Line Assignments - Pilots ... 3018.1
2. Reserve Expectations and Requirements ... 3018.2
3. Reserve Assignments... 3018.4
4. Ready Reserve Assignment... 3018.7
5. Co-Domicile Reserve Assignments... 3018.8
6. Swapping of Reserve Days ... 3018.9
7. Junior Manning ... 3018.9
8. DMA Reserve... 3018.10
9. Out of Base Reserve (OBR)... 3018.10

## 1. Reserve Line Assignments - Pilots

A. The Company will designate the number of reserve lines and variety of on-call reserve assignments necessary to fill the Company's needs. Any pilot may bid a reserve line; reserve lines will be constructed with the indicated on-call reserve assignments.

B. The Company is responsible to build and award short call and long call reserve lines for each bid period. A minimum of 20%, using conventional rounding, of the reserve lines will be built as long call reserve lines. The Company may build and award more long call reserve lines than is required by this paragraph. Pilots will bid for long call or short call lines in seniority order.

Examples:

| Number of Reserve Lines | Number of Long Call Reserves | Number of Reserve Lines | Number of Long Call Reserves |
|---|---|---|---|
| 1 | 0 | 6 | 1 |
| 2 | 0 | 7 | 1 |
| 3 | 1 | 8 | 2 |
| 4 | 1 | 9 | 2 |
| 5 | 1 | 10 | 2 |

If SLC is planned for 42 total reserves:

42 X 20% = 8.4 (8 long call reserve lines)

If SLC is planned for 43 total reserves:

43 X 20% = 8.6 (9 long call reserve lines)

Uncontrolled copy. Currency must be verified with the LESP before use.

C. A pilot that is awarded with a long call reserve line may submit a written request to Crew Support to be transitioned to short call reserve. The request must be submitted via approved electronic method no later than 24 hours before the first on-call reserve assignment begins. Requests may only be made for entire blocks of reserve (from scheduled day off to scheduled day off), not individual days. Crew Support must honor this request and will then determine the short call reserve availability period(s) based on operational need. Once the pilot has transitioned to short call reserve, the pilot is not allowed to transition back to long call reserve for that specific block of days. Pilot initiated requests do not count against the Company's transition limit set in Swapping of Reserve Days.

## 2. Reserve Expectations and Requirements

A. Each reserve line holder will be assigned a reserve line; a select group of reserve lines will be assigned to perform duty time between 0001 local time on the first day of a series of on-call reserve assignments and ending by 2400 local time, or in accordance with Reserve Assignments below, on the last day of a series of on-call reserve assignments.

B. Each reserve line holder will be on call for the on-call reserve assignments designated within his/her awarded reserve line. Short-call availability periods will be a maximum of 12 consecutive hours. Long-call on-call reserve assignments will be from 0001 to 2400 based on assigned domicile local time.

C. A short-call reserve line holder will not be scheduled to commence a reserve availability period with:

1) Fewer than ten consecutive hours, or whatever time is required to comply with current FARs, of uninterrupted rest following his/her last release from a reserve availability period or duty time period.

a) When necessary, the commencement of the next reserve availability period will be delayed to provide for the rest outlined above. However, the duration of the ensuing reserve availability period will be reduced by the amount of time it is delayed, without modifying its scheduled ending time.

b) If a reserve line holder is contacted by Crew Support/manager regarding a duty assignment prior to the completion of the required rest period as required by current FARs, that pilot's required rest period begins anew.

D. A reserve line holder will not be called out for duty scheduled to terminate beyond the limitations of the current FARs.

E. A reserve pilot is required to check in via the Company's computer system within the following call out times:

> **NOTE -** The start of the call out clock begins when Crew Support makes the first attempt of notification.

1) Designated short call reserve availability period of 12 hours; must report within two hours of notification.

2) Designated long call reserve assignment of 24 hours; must report within 12 hours of notification.

Uncontrolled copy. Currency must be verified with the LESP before use.

3) Report times can be changed by mutual agreement between Crew Support and the pilot to no less than the FAA required rest.

4) Pilots may request a release from an on-call reserve assignment at any time via approved electronic methods. Crew Support will evaluate the requests at the times below (Mountain Time):

| Reserve Assignment | Early Release Evaluation |
|---|---|
| RE1 (4a-4p, or 5a-5p) | 0900 and 1200 |
| RE2 (9a-9p) | 1400 and 1700 |
| LCR (24 hr) | 1400 and 1700 |

5) Requests will be processed in order of seniority within the bucket. For example: At 0900 Crew Support may determine that they can release three RE1 reserve pilots in the 1-day bucket and two RE1 reserve pilots in the 2-day bucket. The most senior pilots on the early release request list at the time of the evaluation in that bucket will be offered the release.

6) Early release requests that cannot be granted at the first evaluation time will remain on the list until the last evaluation period during the pilots Reserve Availability Period.

7) Early release for RDY reserves will be evaluated as they are received and will be granted or denied based on operational needs.

8) On a day of reserve preceding a day off, a reserve pilot may volunteer to defer a notification attempt within the following guidelines:

   a) When a pilot's Reserve Availability Period (RAP) ends on or after 19:00 domicile time, the pilot may volunteer to defer notification for the last two hours of the RAP.

   b) When a pilot is on a long call RAP, the pilot may volunteer to defer notification for the last twelve hours of the RAP.

   c) When a pilot volunteers to defer notification, the pilot must acknowledge all changes to their schedule that occurred during the volunteer period of the RAP by noon the following day.

   d) A pilot in a volunteer period will not be required to accept an assignment for that same day.

F. A reserve line holder who becomes unavailable, for whatever reason, will notify Crew Support as soon as possible. If, upon notification of a duty assignment by Crew Support, a pilot states he/she is unavailable because of sickness or any other reason, his/her unavailability will be treated as a SAD as defined in Pilot Policy Manual SP 3006 Personnel Files, Rules of Conduct, and Pilot Reliability. Additionally, he/she will be subjected to disciplinary action as outlined in Pilot Policy Manual SP 3024 Corrective Action and Employment Separation.

G. A reserve line holder, excluding ready reserve, who is called to duty will:

1) Be released upon completion of the pairing and will not be on call until his/her next scheduled on-call reserve assignment.

2) If required to continue his/her on-call reserve assignment beyond his/her pairing, this will be considered a duty status with all duty guarantees and per diem paid accordingly.

Uncontrolled copy. Currency must be verified with the LESP before use.

H. A reserve line holder, when substituted on a line assignment, should expect to complete the entire pairing unless it would result in the pilot having less than his/her guaranteed days off. In such an event, the reserve line holder will:

1) Be replaced as necessary, or

2) Continue the pairing and be considered junior manned with credited pay above bid period guarantee, or

3) Upon mutual agreement, be compensated with equal time off.

## 3. Reserve Assignments

A. Crew Support will not assign pairings to reserve pilots, nor will a pilot accept an assignment, that conflicts with the applicable duty time and rest limitations as outlined in the current FARs.

B. Pilot will be utilized for a reserve assignment by the bucket system, duty and rest considerations, and seniority.

1) **Bucket**: Pilots in reserve status are sorted by the type of reserve (i.e., Long Call or Short Call) and the number of forward-looking consecutive days that the pilot is available on a reserve status. This is referred to as the *bucket*. Crew Support will utilize pilots in the available buckets using the method below. The bucket being considered for a reserve assignment is the first bucket from the following list with one or more pilots eligible for the assignment:

a) The long call bucket equal to the number of days of the assignment. If no eligible pilots exist for the assignment in that bucket, then:

b) The long call bucket one day greater than the assignment. This step is repeated with successively longer bucket lengths until all long call buckets have been considered. If no eligible pilots exist for the assignment in the long call buckets, then:

c) The short call bucket equal to the number of days of the assignment. If no eligible pilots exist for the assignment in that bucket, then:

d) The short call bucket one day greater than the assignment. This step is repeated with successively longer bucket lengths until all short call buckets have been considered.

2) **Duty and Rest Considerations**: Once the bucket being considered for an assignment is selected, the assignment will be given to a pilot from that bucket within the following guidelines:

a) If only one pilot is in the bucket being considered, that pilot will be given the assignment. If more than one pilot is in the bucket being considered, then:

b) Pilots who have received a rest period of 12 hours or greater preceding the assignment will be considered first. If no pilot or if more than one pilot meets this requirement, then:

c) Pilots who have a scheduled RAP that encompasses the first scheduled duty day of the assignment will be considered first. If no pilot or if more than one pilot meets this requirement, then:

Uncontrolled copy. Currency must be verified with the LESP before use.

d) Pilots who can be scheduled to complete the first day of the assignment no later than 60 minutes less than that pilot's FAR's maximum permitted duty day length will be considered first. At the Company's discretion, the 60 minutes may be formally increased on a broad basis (potentially affecting multiple reserve assignments) in response to expected operational delays. This increase may not be used on a case-by-case basis. If no pilot or if more than one pilot meets this requirement, then:

e) Pilots with an RAP that begins closest to the report for duty time of the assignment will be considered first. If more than one pilot meets this requirement, then:

f) Pilots with an RAP that ends closest to the scheduled release from duty time of the first day of the assignment will be considered first.

3) **Seniority**: If more than one pilot in the same bucket meets the requirements of Duty and Rest Considerations above, Crew Support will utilize pilots in the following order:

a) The most senior pilot on Call-First status. If no pilots are on Call-First status, then:

b) The most junior pilot.

4) If no pilot is available in any longer buckets, then the pairing may not infringe upon the first day off following the last day of reserve availability (in accordance with this section) without consent of the reserve pilot.

5) Crew Support may make an assignment to a reserve pilot in a domicile other than the domicile in which the pairing originates only if all reserve pilots have been utilized in all available buckets, according to this policy, in the domicile in which the pairing originates. Crew Support will determine the domicile from which the reserve pilot is utilized based on operational considerations.

a) The Company may establish and will make available minimum reserve staffing complements at each domicile.

b) The Company may make an assignment to a reserve pilot in a domicile other than the domicile in which the pairing originates, if the assignment of a reserve pilot from the domicile that the pairing originates would bring the reserve complement for that domicile below the established minimum reserve complement.

6) If an assignment to a reserve pilot would result in a crew legality conflict, or if specific airport training is required by the Company, or if any other such instance that would otherwise make a pilot unavailable to accept the pairing, then that pilot will not be considered eligible for the assignment in accordance with this section.

Uncontrolled copy. Currency must be verified with the LESP before use.

7) A reserve line holder may indicate a preference to be on a first out status for a period or remaining on-call reserve assignment by selecting first call status via approved electronic methods at least 24 hours prior to the beginning of the on-call reserve assignment. A pilot will remain in first call status until he/she selects to be removed from first call status via approved electronic methods. It will remain the responsibility of the requesting pilot to ensure that the correct status is in place after making such a request. A pilot in a first call out status shall be utilized according to this section and must accept a pairing when assigned according to this policy.

8) A long-call reserve pilot will be called to the airport only for a specific flight assignment and such pilot may subsequently be rescheduled and/or extended at the Company's discretion.

9) A long-call reserve pilot may be transitioned by the Company to short-call reserve at any time for any portion of his/her reserve period(s) no more than seven days per bid period upon receiving at least 12 hours notification. If so transitioned, he/she will be subject to the short-call provisions of this agreement. A long-call reserve pilot transitioned to short-call reserve will be assigned a reserve availability period at the Company's discretion including ready reserve. At the end of the reserve availability period or flight assignment received while on short-call status, the reserve pilot will immediately return to long-call reserve status.

   a) The seven day limit applies to the transition to a short-call reserve availability period only. For example, if the Company transitions a pilot to a short-call reserve availability period on the first day only of a four day reserve block and then later assigns a four day pairing over that block, this counts as only one short call transition day of the allotted seven. If the Company assigns a short-call reserve availability period for each day of the four day reserve block and then later assigns a four day pairing over that block, this counts as four short call transition days of the allotted seven.

C. Crew Support may make assignments outside of the guidelines set forth in Reserve Assignments only under the following conditions:

1) Assignments to newly qualified pilots filling the requirements of 100 hours within 120 days of qualifications in the aircraft.

2) In order to avoid violating the Pilot Operating Limitations and Pairing Requirements as defined in Flight Operations Manual SP 3100 Chapter 04 Flight Crew Requirements.

3) Assignment to a reserve pilot who requests line flying within one week prior to his/her checkride. If displacement of a regular line holder is required, the displaced pilot will be treated in accordance with Pilot Policy Manual SP 3017 Scheduling.

D. Reserve availability is restricted to the reserve line holder's domicile unless the Company assigns a reserve line holder to a specific out of domicile pairing, or a specific out of domicile reserve assignment. Any time a reserve pilot is assigned to sit reserve in a location other than his/her domicile, that pilot will be paid in accordance with Pilot Policy Manual SP 3008 Compensation.

Uncontrolled copy. Currency must be verified with the LESP before use.

E. If the Company requires out of domicile reserve coverage for an entire bid period, the assignment will be considered TDY. Before being assigned, it will be posted for bid and awarded in accordance with seniority. If there are no bidders, it will be assigned by inverse seniority.

F. Once assigned a pairing, a reserve line holder will be released from their on-call reserve assignment until the report for duty time of the pairing. For a long-call reserve assignment, this time is considered as rest.

G. A reserve line holder may be removed from a pairing at any time. When this occurs, the reserve line holder will be returned to his/her original on-call reserve assignment that shall terminate at the original scheduled release from the on-call reserve assignment.

H. A scheduled on-call reserve assignment will be considered a day of work.

I. A pairing that is scheduled to end prior to 0201 local time of the following calendar day will be considered to end on the same calendar day that the duty period began. Any pairing that is scheduled to end at 0201 local time or later will be considered to end on the calendar day in which it ends.

J. Scheduled rest according to Short Call Reserve above will begin upon arrival to the pilot's domicile and the reserve availability period will be adjusted to accommodate the required rest period.

## 4. Ready Reserve Assignment

A. A reserve pilot may be assigned to a period of ready reserve to be carried out at a specified domicile. In such instances:

1) Duty time will commence at the report for duty time at the pilot's domicile and continue until the reserve pilot has completed an assigned pairing or he/she has been returned to his/her domicile and released from duty. When a pilot is assigned to a multi-day pairing, duty time will commence at the report for duty time at the pilot's domicile and continue until the completion of the first day's segment of the multi-day pairing. Duty time then will be as scheduled within the multi-day pairing and continue until he/she has been returned to his/her domicile and released from duty.

2) A ready reserve period will be scheduled within a duty day as follows and may be modified upon mutual agreement between Crew Support and the pilot:

> **NOTE -** This policy is for the scheduling of ready reserve periods. Flying or deadheads added as a result of ready reserve may extend beyond this policy that apply to ready reserve periods.

a) A ready reserve period preceding flying or a deadhead will be scheduled to end 15 minutes before the scheduled departure time and may be modified to reflect actual departure time.

b) A ready reserve period following flying or a deadhead will be scheduled to begin 15 minutes after the scheduled arrival time and may be modified to reflect actual arrival time.

Uncontrolled copy. Currency must be verified with the LESP before use.

c) A ready reserve period at the end of a duty day will end no later than the end of the pilot's originally scheduled short call Reserve Availability Period (RAP) or will not exceed two hours in duration when the originally scheduled RAP was long call.

d) The addition of a ready reserve period will not extend the scheduled duty day beyond eight hours.

e) When a pilot's scheduled duty day exceeds eight hours, has more than one leg, and terminates in a deadhead, the pilot may only be assigned ready reserve preceding the deadhead as follows:

(1) The assigned deadhead must be the first available option following the pilot's last assigned leg.

(2) The first available option is one that has a practical connection long enough to allow the pilot to board the deadhead leg without causing a delay, meets partner restrictions for carrier chosen, and has an available seat.

3) A pilot will not be required to remain in a ready reserve status in excess of eight hours.

4) When a reserve line holder who is standing ready reserve is then assigned a pairing, that pilot's total duty time, starting from his/her original report for duty time, will not be scheduled to exceed the lesser of 14 hours or FAR maximum flight duty period.

5) The Company will designate a suitable lounge facility to accommodate reserve pilots while waiting for a flying assignment.

6) A pilot in a ready reserve period will be required to be at the aircraft upon notification of an assignment within 20 minutes.

7) Ready reserve periods of greater than four hours will be limited as follows:

a) The number of pilots concurrently assigned ready reserve in a domicile at any given time will be limited by the size of the domicile (i.e., per seat, per aircraft type):

(1) Domicile of less than 76 pilots is limited to one pilot.

(2) Domicile of 76 to 150 pilots is limited to two pilots.

(3) Domicile of more than 150 pilots is limited to three pilots.

For example, if SEA has 30 CRJ first officers, no more than one CRJ first officer may be on ready reserve at the same time in SEA.

b) A one-hour overlap is permitted and will not count against the above limitation.

## 5. Co-Domicile Reserve Assignments

A. In areas where co-domiciles exist, one of the airports will be designated as the primary airport and reserve reporting requirements will be based on that location. When requested by a pilot and mutually agreed upon with the Company, such reserve line holder may use a non-primary domicile as their base for reporting purposes.

## 6. Swapping of Reserve Days

A. A reserve line holder may swap on-call reserve assignments with other reserve line holders provided the respective reserve line holder's availability remains the same.

B. A reserve line holder and a regular line holder may not swap days.

C. A reserve line holder may pick up pairings on their scheduled days off as long as it does not conflict with their regular reserve schedule/assignments. Reserve pay loss as a result of a conflict will not be guaranteed.

## 7. Junior Manning

**NOTE -** Junior man assignments will be on a volunteer basis. (This does not apply to the transition period each month.)

A. When required, and in order to maintain the integrity of the schedule, Crew Support may junior man a regular line holder/reserve line holder within the following guidelines:

1) Crew Support will call out a junior man assignment in the following order:

a) Volunteers to be junior manned available at the domicile in seniority order.

(1) Volunteers to be junior manned available at another domicile to the extent that these volunteers accept the assignment as written within the bid package. For example, deadhead time to and from the assignment and hotel accommodations will be the responsibility of the volunteer.

(2) Volunteers to be junior manned are pilots who have indicated to Crew Support they would be available on a given day for a junior man assignment within the following guidelines:

(a) Each assignment must be legal within all Company policies and FAR limitations.

(b) The pilot need not be required to accept a junior man assignment. However, if a pilot has indicated he/she would be available and Crew Support calls that pilot and he/she answers the phone, the act of answering the phone indicates he/she is still available and at that time he/she must accept the junior man assignment.

b) The most junior pilot available at the domicile by contacting available pilots in inverse order of seniority.

c) The most junior pilot available at another domicile by contacting available pilots in inverse order of seniority.

(1) Pilots who are junior manned involuntarily will:

(a) Be pilots whose schedule will be the least disrupted by the junior man assignment (i.e., conflicts with FARs or duty and rest provisions).

Uncontrolled copy. Currency must be verified with the LESP before use.

(b) Not be junior manned more than an average of once a bid period per a calendar year unless the pilot agrees otherwise.

> **NOTE -** Junior manning may take a pilot above his/her maximum scheduled duty days.

2) Crew Support will notify the pilot of an involuntary junior man assignment within the following guidelines:

a) Crew Support will notify the pilot in person and will state the nature of the call immediately.

b) Crew Support cannot contact a pilot for the purposes of involuntary junior manning that pilot while that pilot is on duty or performing work for the Company (i.e., at a hotel during a RON or while on a reserve assignment).

c) Crew Support may attempt to contact pilots while on duty in an effort to find a volunteer for junior man assignments. However, no pilot may be forced to accept a junior man assignment while they are on duty as it states in paragraph b) above.

## 8. DMA Reserve

> **NOTE -** All policies in this SP apply to Designated Mountainous Airport (DMA) reserve line holders, with the addition of the following:

A. DMA reserves will not be assigned, without the pilot's consent, a trip with more than three takeoffs and three landings into and out of a DMA in a single calendar day with a maximum of six total legs in a single calendar day.

B. DMA reserves may request to not be assigned more than 24 legs into or out of a DMA airport within any seven consecutive day period.

C. Regarding Reserve Assignments, a DMA reserve may be considered to be in a DMA bucket or their associated DMA location (Denver domicile for example) bucket at the discretion of Crew Support. Crew Support will make every attempt to utilize DMA reserves on DMA operations before using other qualified DMA pilots to cover DMA operations.

## 9. Out of Base Reserve (OBR)

A. OBR is an assignment, which includes a reserve availability period (RAP) and/or a stand-alone ready reserve period at a domicile other than the pilot's domicile. Per this section, a stand-alone ready reserve period is a ready reserve period that does not precede or follow a leg of flying within a duty day. An OBR assignment will be constructed as follows, unless the pilot and Company concur on alternative assignment construction:

1) An OBR assignment will not exceed five days.

2) An OBR assignment may exceed four days once per month. When an OBR assignment overlaps two months, the month of the OBR assignment's last day will be used for this limitation.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

3) The pilot will be scheduled to be returned to the pilot's domicile no later than two hours beyond the pilot's original RAP end on the last day of an OBR assignment, unless the return travel is immediately preceded by assigned flying.

4) Accommodations for an RAP within an OBR assignment will be as follows:

a) A Company-contracted long-hotel will be used unless:

(1) Unavailable due to occupancy.

(2) Unavailable because hotel transportation is limited and/or impractical.

b) A Company-contracted short-hotel will be used when the long-hotel is unavailable.

c) A non-contracted hotel may be used as long as it meets or exceeds a AAA 3-diamond rating and a Company-contracted hotel is unavailable.

d) A non-contracted hotel that does not meet the AAA 3-diamond rating may be used for one night only and only if none of the above options are available.

B. A pilot on an OBR assignment will be utilized by integrating the pilot into the Call-First seniority order of the RAP's domicile with the exception of the first day on an OBR assignment; in which case, the pilot will be utilized at the discretion of the Company.

C. An OBR assignment will be paid in accordance with Pilot Policy Manual SP 3008 Compensation.

Case 2:19-cv-00149-JNP Document 53-2 Filed 08/27/21 PageID.3431 Page 1191 of 1277



Uncontrolled copy. Currency must be verified with the LESP before use.

**INTENTIONALLY LEFT BLANK**



SkyWest 000524

Uncontrolled copy. Currency must be verified with the LESP before use.

**Paragraph** **Page**

**1. Retention and Accrual of Seniority ........ 3019.1**
**2. Management Promotion Seniority Policy ........ 3019.1**

## 1. Retention and Accrual of Seniority

A. Pilots transferred by the Company to non-flying or supervisory duty will retain and continue to accrue seniority and longevity, without adjustment of date of hire.

## 2. Management Promotion Seniority Policy

A. In the event a pilot is selected by management to move into a management position, the following provisions shall apply:

1) The pilot will retain his/her seniority position, for all purposes, on the seniority list from which he/she came.

2) In the event the pilot or Company feels it is in their best interest for the pilot to return to his/her original position, the following shall apply:

a) The pilot shall be offered whatever extra work is available at any domicile (subject to seniority and qualifications) until the next regular bid (monthly or otherwise). At this time, the pilot shall be allowed to exercise his/her full seniority rights to bid any position for which they are qualified.

3) If the pilot's seniority is sufficient for him/her to hold a position for which he/she is not qualified, he/she must wait for the next regular training session in order to become qualified.

Uncontrolled copy. Currency must be verified with the LESP before use.

**INTENTIONALLY LEFT BLANK**

Uncontrolled copy. Currency must be verified with the LESP before use.

Paragraph — Page

1. Supervisory Pilots ........................................ 3020.1

# 1. Supervisory Pilots

A. Will not bid on a vacancy, regular, or reserve scheduled line of flying.

B. May not fly a pairing except:

1) For the purpose of accomplishing initial operating experience, line checks, route checks, or personal proficiency. Such flying may be selected from either open time or by displacement of a regular or reserve line holder. When a regular or reserve line holder is displaced from his/her scheduled flight assignment or portion thereof by a supervisory pilot or a full-time or part-time instructor, he/she will be subject to the provisions of Pilot Policy Manual SP 3017 Scheduling.

Uncontrolled copy. Currency must be verified with the LESP before use.

**INTENTIONALLY LEFT BLANK**

Uncontrolled copy. Currency must be verified with the LESP before use.

Paragraph ... Page
1. Accrual ... 3021.1
2. Seniority List ... 3021.4
3. Protests ... 3021.5

## 1. Accrual

A. Seniority will be established when two or more new hire pilots are attending new hire pilot training. Once seniority is established in the new hire class, the new hire seniority will be added to the bottom of the pilot seniority list. Seniority for new hire pilots will be established in the following manner:

1) New hire pilots who are employed with the Company prior to attending his/her scheduled training will be placed first on his/her respective new hire seniority list. When more than one Company employee is attending the class, seniority will be determined by his/her Company date of hire. The employee with the highest amount of time employed with the Company will be placed first on the new hire seniority list.

2) New hire pilots who have not been previously employed with the Company prior to attending his/her scheduled training will be placed on the seniority list after current employees according to the last four digits of their social security number. The new hire pilot with the last four digits of their social security numbers starting with 0000 will be placed first on his/her respective new hire seniority list and the pilot with 9999 will be placed last.

3) Except as otherwise provided in this policy manual, seniority will govern all pilots in the case of upgrade, displacement, filling of vacancies, furlough, recall, or assignment due to expansion or reduction in schedules.

4) When a junior first officer is upgraded over a senior first officer by reason of the failure of the senior first officer to qualify in his/her proper turn, the senior first officer will continue to retain his/her position on the pilot's seniority list.

5) A pilot designated and qualified as captain who is reduced to first officer because captain positions are unavailable will be given preference in accordance with his/her seniority to occupy the next available captain position for which he/she is trained, provided such a position becomes available within six months of the reduction to first officer.

6) A pilot will forfeit all employment and seniority rights and his/her name will be removed from the seniority list under the following conditions:

a) He/she voluntarily terminates or retires.

→

→

→

b) His/her employment is terminated.

c) He/she declines recall or fails to notify the Company of his/her intent to return to work from furlough in accordance with Pilot Policy Manual SP 3022 Reduction of Positions at a Domicile / Furlough and Recall.

d) He/she fails to return to work at the expiration of a leave of absence.

e) He/she fails to report for duty as scheduled and fails to notify the Company of a satisfactory reason for his/her failure within three scheduled working days.

f) He/she gives a false reason for using sick leave or obtaining a leave of absence.

g) Any condition not listed above but specified within the Company Policy Manual.

7) No employee of the Company will be placed upon the pilot seniority list until he/she meets the required qualifications and successfully passes all applicable interview and training requirements for the appropriate pilot position. For the purposes of establishing seniority on the pilot seniority list, an employee who has completed the above requirements will be treated as a new hire pilot as stated in this SP.

8) Industry Experience

a) When a pilot with prior FAR 121 experience obtains employment at SkyWest Airlines, the will be placed on the pilot seniority list as a new hire per the Pilot Policy Manual. They will be eligible to count up to ten years of previous experience towards longevity for hourly pay on their equipment and seat.

(1) Pilots are only eligible to apply time spent at one previous FAR 121 carrier. When a pilot has been previously employed at multiple FAR 121 carriers, the pilot must choose one airline to count towards their industry experience to be used for the application of this policy.

(2) The applicant must have separated from their prior employer In good standing. Proof of eligibility is required In the form of PRIA, FAA, or other verifiable employment records and must be provided by the pilot.

(3) Industry experience applies to 401K match, profit sharing, and User/Vacation accrual rates subject to all other terms of the plans. (Travel benefits are not included).

(4) The applicant must have a minimum of one year of prior FAR Part 121 experience at their previous employer to be eligible for this industry experience policy.

(5) Examples:

(a) A former captain who has completed seven years of service with another airline will be hired as a first officer and receive Year 8 FO pay and be placed on the bottom of the seniority list. Upon upgrade, the pay scale will laterally move to the captain rate, as It does with any other pilot.

Uncontrolled copy. Currency must be verified with the LESP before use.

(b) Other examples:

New hire pilots:

| Previous Years FAR Part 121 Experience at a Single Carrier | Total Years of Service for Compensation – CA | Total Years of Service for Compensation – FO |
|---|---|---|
| 9 Months | 0 | 0 |
| 1 | 1 | 1 |
| 3 | 3 | 3 |
| 5 | 5 | 5 |
| 8 | 8 | 8 |
| 9 | 9 | 8 |
| 15 | 10 | 8 |
| 20 | 10 | 8 |

Existing SkyWest Pilots

| SkyWest Pilot years of Experience | Previous Years FAR Part 121 Experience | Total Years of Service for Compensation – CA | Total Years of Service for Compensation – FO |
|---|---|---|---|
| 9 months | 5 | 5 | 5 |
| 18 months | 6 | 7 | 7 |
| 10 | 2 | 12 | 8 |
| 5 | 3 | 8 | 8 |
| 6 | 6 | 12 | 8 |
| 15 | 2 | 17 | 8 |
| 20 | 10 | 20 | 8 |

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

> **NOTE -** Pilots who previously separated in good standing from any FAR Part 121 carrier and subsequently sought employment with SkyWest Airlines prior to this policy approval will receive the benefits upon date of signing. All pilots in this category will be eligible for no more than ten years of previous service. Pilots are not eligible for any retroactive pay under this policy. Pilots currently on property as of the date of signing with previous FAR Part 121 experience at an airline other than SkyWest Airlines shall be raised by the number of years they can document up to the ten year maximum. These existing pilots must have disclosed prior FAR 121 experience in their original application for employment. The Company reserves the right to discontinue this policy at any time, however, any pilot that has received the benefit of this policy will not have it removed at any future date.

## 2. Seniority List

A. The pilot seniority list will be updated on the 1st of each month and posted within seven days.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 3. Protests

A. Any alleged error or omission affecting a crewmember's seniority on any list on which his/her name first appears or on which his/her relative seniority position is incorrect must be protested by him/her within 30 days of the posting of such initial or changed list. A pilot will be responsible for monitoring any list(s). A pilot making no protest within this time may not thereafter protest the same alleged error or omission on any subsequent list or as posted within the bid package.

B. Pilots on furlough or leave of absence will have seven days from the return to service to protest their relative seniority position.

Uncontrolled copy. Currency must be verified with the LESP before use.

**INTENTIONALLY LEFT BLANK**

Uncontrolled copy. Currency must be verified with the LESP before use.

**Paragraph** **Page**

1. Reduction of Positions at a Domicile ........ 3022.1
2. Furlough ........ 3022.1
3. Recall ........ 3022.2
4. Recall Bypass ........ 3022.2

## 1. Reduction of Positions at a Domicile

A. The Company will provide all pilots at least 30 days written notice of any force surplus necessitating a reduction in the number of pilots in a particular status, equipment, and domicile.

B. Pilots holding awards in the surplus status, equipment, and domicile will be displaced in inverse order of seniority.

C. Displaced pilots, by order of seniority, will be afforded the following options:

1) Volunteer to be displaced.

2) Offered a relocation incentive to transfer to a location designated by management, or

3) Displace the most junior pilot in the same status and equipment in the system, or if unavailable

4) Displace the most junior pilot in the same status in other equipment at the current domicile, or if unavailable

5) Displace the most junior pilot in the same status in other equipment in the system, or if unavailable

6) Displace the most junior pilot in a lower status, in the same equipment in the same domicile, or if unavailable

7) Displace the most junior pilot in a lower status, in other equipment in the same domicile, or if unavailable

8) Displace the most junior pilot in a lower status, in other equipment in the system.

> **NOTE -** If, as a result of 2) through 6) above, a pilot is displaced from his/her domicile, and is transferred to the location designated in 1) above, that pilot will receive the relocation incentive.

## 2. Furlough

A. Pilots will be furloughed in inverse order of seniority. However, a pilot may, at the Company's discretion, take a voluntary furlough in lieu of displacing in other equipment, status, or domicile by order of seniority.

B. Pilots to be furloughed will be notified in writing at their last filed address. Pilots will be given 30 days notice of furlough or pay in lieu thereof, except in cases of emergency, acts of God, or other causes beyond the control of the Company.

C. When a furlough becomes necessary, the company will notify the SAPA President of the names of the affected pilots and the anticipated effective dates of the furloughs.

D. Any pilot that is displaced as a result of a furlough will be entitled to the same displacement rights in the same order as in paragraph 1.C above.

## 3. Recall

A. Pilots will be recalled in order of seniority. When a pilot is recalled, he/she will maintain their original pilot date of hire for seniority and longevity purposes.

B. All pilots furloughed by the Company will file proper addresses with the Company at the time of furlough. Any change in address must be supplied to the Company promptly. A pilot will be notified by: 1) "reply requested" telegram or 2) registered letter, "return receipt requested," of his/her recall with the Company. After delivery of such notice to the last address on file with the Company, the pilot will be allowed a period of 15 days to notify the Company of his/her intent to return to duty.

C. The Company will provide the recalled pilot with a minimum of 30 days notice of their return to duty date. The 30-day notice provision may be waived by the pilot to allow a return to duty in a shorter period of time

## 4. Recall Bypass

A. A pilot may choose to bypass a recall by providing the Company with written notification within 15 days of receiving his/her recall notice from the Company.

B. A pilot that chooses to bypass recall will remain on such status until all of the furloughed pilots junior to him/her have been recalled or until the pilot chooses to cancel their bypass notice.

C. If an insufficient number of pilots accept recall by the time the Company reaches the bottom of the system seniority list, the Company will then issue a second recall.

D. The second recall will proceed in inverse seniority order and this recall will be mandatory.

E. If a pilot does not return to duty within the time specified on the second recall notice, he/she will be treated as a pilot that has resigned his/her position. Benefits will be paid to such a pilot in accordance with the provisions of Pilot Policy Manual SP 3011 Vacation Time and SP 3012 User Time of this agreement.

F. Unless otherwise specified, the provisions of Recall Bypass above will apply to a second recall.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

| Paragraph | Page |
|---|---|
| 1. Adequate Pilot Force | 3023.1 |
| 2. Permanent Vacancies | 3023.1 |
| 3. Temporary Duty Assignments (TDYs) | 3023.1 |
| 4. Temporary Domicile Transfers (TDTs) | 3023.2 |
| 5. Bidding on Vacancies | 3023.2 |
| 6. Delay in Upgrade | 3023.3 |
| 7. Awarding of Vacancies | 3023.4 |
| 8. Training Freezes | 3023.4 |
| 9. Designated Mountainous Airport Program | 3023.5 |

## 1. Adequate Pilot Force

A. The Company will endeavor to provide an adequate number of pilots, including reserve pilots, to cover scheduled pairings, vacations, training, and known sick leave.

## 2. Permanent Vacancies

A. A permanent vacancy will be any vacancy which is anticipated to exist for more than 90 days, excluding all leaves of absences (e.g., VLA, FMLA). The Company retains the right to declare when there is a vacancy. When such a vacancy occurs, the Company will:

1) Refer to the standing bid list to fill the vacancy, or

2) If the vacancy is for a new domicile and/or equipment, or if there is no standing bid, the Company will distribute a vacancy notice via SkyWest Online messaging system, which will include the following:

a) Anticipated number of vacancies

b) Domicile(s) involved

c) Equipment

d) Status

e) Effective date of the vacancy, and

f) Any other pertinent information

## 3. Temporary Duty Assignments (TDYs)

A. A temporary duty assignment (TDY) is any vacancy anticipated to exist for less than 90 days. TDYs known of prior to bid period closing will be awarded on a bid period basis, in order of seniority among available qualified pilots.

B. Pilots filling TDYs away from their domicile will be paid per diem expenses and provided lodging in accordance with Pilot Policy Manual SP 3009 Expenses for the duration of the TDY.

C. A pilot holding a TDY will be entitled to bid a line of flying at the domicile to which he/she is temporarily assigned, in accordance with his/her seniority.

D. Upon mutual agreement, a pilot may be permitted to commute between domiciles for temporary duty assignments and be reimbursed car allowance in accordance with Pilot Policy Manual SP 3009 Expenses.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 4. Temporary Domicile Transfers (TDTs)

A. The Company may offer temporary domicile transfers (TDTs) from one to three bid cycles (months) that do not qualify for continuous per diem, moving expenses, or lodging as follows:

1) To accommodate leaves of absence (e.g., Military, FMLA, VLA) in the same position and equipment type (e.g., Captain CRJ).

2) To accommodate a SkyWest training footprint as necessary to allow a pilot to upgrade or transition to new equipment.

3) To fill vacancies that were created unexpectedly after the domicile vacancy report and award were issued, until the vacancy can be filled permanently in the next month's domicile vacancy report and award; or

4) To balance domiciles on a temporary basis.

5) Expenses, lodging, and per diem will be paid as if the pilot were permanently assigned that domicile.

B. Vacancies for these assignments will be awarded from a separate standing bid list. Awards will be based on seniority from pilots within domiciles determined by the Company to have sufficient staffing and may be awarded at any time. SAPA will be notified monthly of all TDT vacancies and awards. A pilot who is awarded a TDT will be required to fulfill no less than 30 days of the TDT unless that pilot is awarded a permanent vacancy or training for transition, upgrade, or downgrade. The TDT duration may only be changed by mutual agreement with the pilot and the Company.

C. Pilots may not be assigned a reserve availability period outside of their assigned domicile unless they are on a TDY status with applicable per diem compensation or on a TDT assignment filled from the standing bid list.

D. The Company may cancel any or all TDT assignments at any time and those pilots affected will be required to return to their permanent assigned domicile in a time frame that will allow for normal PBS bidding.

E. The Company may chose to incentivize pilots to submit TDT bids by providing an additional credit block of 5 hours in addition to a pilot's credit for the month the TDT bid is exercised.

## 5. Bidding on Vacancies

A. Anticipated Vacancy Information

1) At least five days prior to closing the standing bid list for the awarding of vacancies, the Company will distribute a vacancy notice, or a link to the notice, via SkyWest Online messaging system, which will include the following:

a) Anticipated number of vacancies

b) Domicile(s) involved

c) Equipment

Uncontrolled copy. Currency must be verified with the LESP before use.

d) Effective date of the vacancy, and

e) Any other pertinent information

> **NOTE -** This information is subject to change and is provided as courtesy to pilots to adjust their standing bids accordingly.

B. Standing Bid

If a pilot has a preference for a particular domicile, equipment type, or status, he/she should place a standing bid via SkyWest Online – Standing Bid List. The standing bid list will contain all pilot bids for existing Company domiciles, equipment, and status or combination thereof and the following applies:

1) It is the pilot's responsibility to ensure that his/her bid is current and up-to-date, as the Company will fill vacancies directly from this list.

2) All vacancies that become available as a result of another vacancy being filled, such as when a CRJ first officer upgrades to EMB 120 captain creating a vacated CRJ first officer position, will be awarded at the same time as the original vacancy.

3) Each pilot may add, change, or delete his/her bid at any time via SkyWest Online – Standing Bid List. (The only exception is while the bid list is closed for processing of awards.)

4) Pilots may define a “before” or “after” date associated with any standing bid. This date corresponds to the transfer effective date or the first day of required training for the award.

5) Pilots may define permanent or TDT status for domicile transfers.

6) Domiciles will be input in order of preference.

7) Once any standing bid on the pilot’s list is awarded, all remaining bids that are listed below (junior to) the awarded bid will be canceled. Anything above (senior to) the awarded bid will remain as a standing bid for transfer.

8) All standing bids may be seen by any pilot, at any time via SkyWest Online – Standing Bid List. (The only exception is while the bid list is closed for processing of awards.)

## 6. Delay in Upgrade

A. Pilots who are awarded an upgrade in status or equipment, but whose training for such status or equipment is postponed due to operational needs of the Company, will be paid according to the rate applicable to what his/her position and seniority dictates in the status and equipment in which the training is delayed, e.g., a CRJ first officer is not allowed to upgrade to EMB 120 captain because the Company is short of CRJ first officers. The pay rates will become effective at the originally expected completion of the status or equipment checkride and the pilot must take the first available upgrade class when offered.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 7. Awarding of Vacancies

A. When awarding permanent vacancies, the following applies:

1) Bids will normally be processed and awarded during the last week of every calendar month and finalized by the 7th of the following month for proper assignments in PBS.

2) Once the Company awards a standing bid, the pilot will be required to fill the new assignment as of the effective date.

3) Permanent vacancies will be awarded to pilots in order of most senior pilot first.

> **NOTE -** Authorization to turn down an awarded bid will require individual approval from the Vice President Flight Operations.

B. Awards for vacancies will be posted on SkyWest Online within a maximum of 72 hours of the closing of the bid.

C. If there are no current bids to fill a required vacancy, assignments may be made in inverse order of seniority.

D. Pilots who are awarded/assigned vacancies which require them to move from one domicile to another will be given no less than 14 days notice to report to the new domicile. Such pilots will be considered to be on temporary assignment, and eligible for expenses and accommodations in accordance with Pilot Policy Manual SP 3009 Expenses until such time as they have been allowed 96 consecutive hours free from duty after any required rest period for the purpose of moving to the new domicile. Pilots may opt to waive any amount of this time by communicating such preference to Crew Scheduling.

E. All new hire pilots will bid for an initial domicile and equipment type.

F. If a mistake is made on a pilot's bid, such as being overlooked, he/she will have 60 days from the awarding of such bid to enter a grievance. After 60 days, all bids awarded will become final.

## 8. Training Freezes

A. Pilots who are assigned or awarded a bid, which requires initial, upgrade, or transition training may not be awarded another equipment type or seat as follows:

1) Pilots who transition from one jet equipment to another jet equipment may not be allowed to start a transition class for a period of 24 months after the commencement of the first day of the most recent transition ground school attended.

2) New hire pilots who receive their choice of initial equipment may not be allowed to start a transition class for a period of 24 months after date of hire.

3) Pilots who downgrade from a captain to a first officer position may not be allowed to start another class for a period of 24 months after the commencement of the first day of downgrade ground school.

Uncontrolled copy. Currency must be verified with the LESP before use.

4) Pilots may not be allowed to start a class for an equipment or seat change (upgrade, transition, or downgrade) for a period of 12 months after the commencement of the first day of the most recent upgrade, transition, or new hire ground school.

5) No pilot will be frozen in status or equipment, except new hire pilots and pilots still within a training freeze period, when that pilot was not afforded the opportunity to transition or upgrade when his/her seniority allowed such training due to Company operational requirements.

6) Pilots who are displaced according to Pilot Policy Manual SP 3022 Reduction of Positions at a Domicile / Furlough and Recall (Reduction of Positions at a Domicile paragraph) will not be subject to the training freeze requirements above.

B. Pilots who have not completed probation will be allowed to upgrade at the Company's discretion.

C. The Company reserves the right to relieve a pilot from a freeze if operational requirements determine that need.

D. No captain will be frozen from transitioning into a captain vacancy in new equipment. New equipment will include all types that have been in operation by the Company for less than six months.

E. No pilot will be allowed to transition or upgrade if that pilot cannot complete an 18 month period, commencing from the first day of ground school, prior to FAR mandated retirement from the Company. The pilot will be pay protected for the difference between the position he/she currently holds and the position he/she would be eligible to hold as long as that pilot is required to remain in his/her position. In order to receive pay protection in accordance with this paragraph, the pilot must have had a bid in the seat or equipment change 18 months prior to FAR mandated retirement. Pay protection will commence when the first pilot in the class passes his/her checkride.

F. If a pilot was awarded a ground school and that ground school is delayed more than 45 days from the original expected start date of the ground school, that pilot will be allowed to turn down the class without receiving a bid or domicile freeze.

## 9. Designated Mountainous Airport Program

A. Upon the signing date of this policy, current Aspen pilots will become Designated Mountainous Airport (DMA) pilots.

B. Filling of vacancies. When a vacancy exists in a DMA location that will require additional DMA pilot staffing, the Company will hold one single bid for the DMA pilot slots. Bids will be processed in the following order:

1) Hold a bid for DMA qualified pilots in the DMA location. Bids will be awarded by pilot seniority. If there still remains a vacancy, then:

2) DMA pilots who have not fulfilled their commitment time and are in the vacancy location will be returned to DMA service in inverse order of seniority. If there still remains a vacancy, then:

3) Offer those vacancies to non-DMA-qualified pilots who are currently based in the domicile location.

Uncontrolled copy. Currency must be verified with the LESP before use.

4) Offer those vacancies to pilots in other domiciles who wish to transfer to the DMA location with vacancies. If the pilot could not otherwise hold the domicile that the DMA location is in by seniority and subsequently opts out of DMA, they will be returned to the domicile that they previously held.

5) Involuntarily assign, in inverse order of seniority, unfilled vacancies for DMA operations using pilots from the domicile location within their respective statuses.

> **NOTE -** A DMA pilot will remain in the DMA Program until they expressly bid out of the DMA Program using company bid protocol.

C. Pilots who voluntarily bid for, and are awarded, a DMA assignment under the provisions of paragraph (B) (4&5) above will:

1) Be required to complete a 12-calendar month commitment as a DMA pilot, beginning on the month of the first awarded line.

D. Adjustment in work force. For each reduction in DMA lines at a domicile, the Company will hold a single bid. The Company will process bids in the following order:

1) Displace pilots who have volunteered to displace from DMA duty in seniority order and return them to PBS, then:

2) In inverse-seniority order, displace a pilot from DMA duty, and return those pilots to PBS. Pilots who could not hold their DMA location by seniority will remain in the new DMA location, and must accept the first available DMA bid.

3) Pilots displaced out of DMA will have their displaced months count towards the twelve-month commitment regardless of whether the pilot is bidding in PBS or DMA.

Uncontrolled copy. Currency must be verified with the LESP before use.

**Paragraph** **Page**

1. Introduction ........ 3024.1
2. General ........ 3024.1
3. Categories of Inappropriate Behavior ........ 3024.1
4. Levels of Corrective Action ........ 3024.2
5. Extenuating Considerations/Individual Circumstances ........ 3024.4
6. Corrective Action Process ........ 3024.4
7. Management Reporting Procedures ........ 3024.5
8. Appeals ........ 3024.5

## 1. Introduction

A. In order to ensure a fair and understandable corrective action policy, SkyWest Airlines has identified six basic categories of inappropriate behavior, five levels of corrective action, and a list of factors which might affect the chief pilot's decision-making process. This section is presented as an outline to be used by management and pilots, a tool to understand how appropriate corrective action should be determined for a particular behavior, and to describe the corrective action process.

## 2. General

A. The Company guarantees that each pilot will receive fair treatment and individual circumstances surrounding each event will be taken into consideration prior to assigning a level of corrective action. Only after careful consideration of the extenuating considerations and/or individual circumstances surrounding a behavior will the chief pilot assign an appropriate level of corrective action to a category of behavior.

B. Whenever a pilot is required to meet with any supervisor, he/she will have the option of having a SAPA representative available in person or by conference call within a timeframe that will not unduly delay the corrective action process.

C. The following defines the categories of inappropriate behavior, levels of corrective action, and the extenuating considerations and/or individual circumstances.

## 3. Categories of Inappropriate Behavior

A. The following descriptions are examples of infractions and undesirable performance or behaviors. These descriptions are provided as a guideline and do not necessarily identify or encompass all inappropriate behavior. In general terms, Category A would be considered the least severe and Categories D, E, and F the most severe.

1) Category A – Non-Safety of Flight/Personnel Matters

This conduct can be described as a failure to abide by Company policy and/or projection of the Company in a negative manner. Although this category is the least severe, additional infractions or failure to correct the identified behavior will be treated as a Category C behavior problem.

Uncontrolled copy. Currency must be verified with the LESP before use.

2) Category B – Non-Safety of Flight Conduct/Revenue Loss/Service Failures

This conduct can be described as a failure to perform duties which might lead to a delayed or canceled flight, potential or actual loss of revenue, or any adverse interaction between the pilot, customers, or other employees.

3) Category C – Repeated Infractions/Safety of Ground Operations

This conduct can be described as failure to correct any inappropriate behaviors. This category also includes all inappropriate conduct leading to the damage of aircraft, equipment, or other unsafe ground operations, such as high-speed surface movement, failure to utilize wing walkers, and/or actions which endanger the safety of ground personnel.

4) Category D – Safety of Flight Operations

This conduct may be described as any action that causes concern for passengers, crew, aircraft safety, or willful disregard for FARs and/or Company policies and procedures.

5) Category E – Insubordination

This conduct may be described as a disregard of authority or the failure to follow a direct legal order.

6) Category F – Harassment/Sexual Harassment

This conduct may be described as any unsolicited and/or unwanted behavior – either sexual or otherwise. This includes, but is not limited to, touching, language, gestures, or innuendos.

## 4. Levels of Corrective Action

A. The six levels of corrective action are:

1) Level I - Verbal Warning

The pilot is notified of an infraction, performance, or behavioral issue and verbally warned. A Verbal Warning may include a discussion and action meeting with the chief pilot. A discussion and action meeting is utilized to discuss and clarify expectations in order to correct a performance issue.

2) Level II - Written Warning

The pilot is notified of an infraction, performance, or behavioral issue and is issued a Written Warning, which may include a discussion and action meeting. The pilot will be given ten calendar days to respond to and/or sign the Written Warning (sent via priority message on SkyWest Online). A face-to-face meeting is not required unless the pilot and/or the Company requests a meeting.

3) Level III - Letter of Instruction

The pilot is notified of an infraction, performance, or behavioral issue and a Written Warning or Letter of Instruction (Pilot Policy Manual SP 3031 Letter of Instruction) is administered. A Letter of Instruction will define the inappropriate behavior, clarify the pilot's expected performance improvements, and define any follow-up actions expected of both the pilot and the chief pilot. This level of corrective action requires documentation of all issues discussed and requires the signatures of both the pilot and the chief pilot.

> **NOTE -** In addition, a Performance Agreement (Pilot Policy Manual SP 3032 Agreement for Performance) is an option used to create a common understanding between a pilot and chief pilot with the intent to focus on future goals for improved performance. This agreement includes a definition of duties and responsibilities, priorities, goals, authority, and discussion and clarification of any other outstanding issues. A performance agreement is not required and may be used in addition to required documents with any level of corrective action. It may be requested by either the pilot or the chief pilot.

4) Level IV - Counseling Statement

The pilot is notified of a more serious infraction or failure to correct a performance or behavioral issue and a Counseling Statement (Pilot Policy Manual SP 3033 Counseling Statement) is administered. A Counseling Statement will define the inappropriate behavior, clarify the pilot's expected performance improvements, and define the follow-up actions expected of both the pilot and the chief pilot. This level of corrective action requires documentation of all issues discussed and requires the signatures of both the pilot and the chief pilot.

5) Level V - Suspension of Duty

The pilot is notified of a more serious infraction and/or failure to correct a performance or behavioral issue, and the pilot receives a suspension of duty. Suspensions are administered to allow both the Company and the pilot time to investigate the incident, evaluate the pilot's employment status, and to determine the options for continued service with the Company. If it is determined that the pilot is able to continue service with the Company, a return-to-work meeting between the pilot and chief pilot will be scheduled. A Counseling Statement may be administered defining the inappropriate behavior, clarify the pilot's expected performance improvements, and define the follow-up actions expected of both the pilot and the chief pilot. This level of corrective action requires documentation of all issues discussed and requires the signatures of both the pilot and the chief pilot.

> **NOTE -** In the event a suspension of duty is found unwarranted, the pilot will be reinstated with full compensation of the pairings and/or assignment(s) missed.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

6) Level VI - Separation

Severe infractions and/or failure to correct any performance or behavioral issue will result in separation of employment.

## 5. Extenuating Considerations/Individual Circumstances

A. While using the guidelines listed above, the chief pilot has the discretion to consider the circumstances surrounding each event on its own merit. When evaluating and assigning the appropriate level of corrective action response, the chief pilot may take into consideration any of the following extenuating considerations and/or individual circumstances. This list should not be considered inclusive, only a presentation of examples of types of factors that might affect the chief pilot's decision.

1) The severity of the infraction(s).

2) The length of the pilot's service and his/her history of overall performance.

3) The pilot's response and outlook for continued service with the Company.

4) Any history of adverse interaction with fellow employees and/or customers.

5) Past failures to correct a performance or behavioral issue and/or repeated infractions.

6) The pilot's attitude.

B. Pilots who disclose a substance abuse problem during the corrective action process will be treated according to Pilot Policy Manual SP 3034 HIMS Program.

## 6. Corrective Action Process

A. Once a problem has been identified, the pilot can expect that the chief pilot will exercise good judgment and fairness. When evaluating the problem, the chief pilot will keep in mind the best interest of the Company, as well as the pilot. To assist the pilot in understanding the process, as well as to aid the chief pilot, the following summary of the events surrounding a problem is provided.

1) The first phase of the process requires the documentation of the incident. This is accomplished as follows:

a) Immediately, the pilot should document information relevant to the incident. This should include collecting all pertinent information, such as date, time, and witnesses, as well as compiling a written summary of the incident.

b) Upon notification of an incident, the chief pilot will contact the pilot in person or, if unable, by computer, phone, or written communication in order to obtain his/her version of the incident.

c) The chief pilot will attempt to gather any other supporting information surrounding the event, including statements from other parties involved.

d) The chief pilot will then review the Company policies governing the incident.

Uncontrolled copy. Currency must be verified with the LESP before use.

2) The second phase of the process begins once all available information has been compiled and reviewed. After the chief pilot has reviewed the facts, considered the categories of inappropriate behavior, and the extenuating considerations and/or individual circumstances, an evaluation to either sanction further action or conclude that corrective action is unjustified and/or unwarranted will be made.

3) If corrective action is determined to be unjustified, the chief pilot should support, coach, and help rebuild the confidence of the pilot.

4) If further corrective action is justified, the chief pilot will determine the appropriate level of corrective action.

## 7. Management Reporting Procedures

A. Once corrective action has been administered, it is the responsibility of the chief pilot to report the results, with all supporting information, to the Director Flight Operations/Company Chief Pilot. In the event it is determined that the corrective action will result in employment termination, a complete review will be completed by the Vice President Flight Operations prior to such action.

## 8. Appeals

A. If a pilot feels that he/she has been treated unfairly or inappropriately, he/she may appeal any of the above listed actions using the appeal procedures as outlined in Pilot Policy Manual SP 3025 Pilot Appeals Procedure and Policy Interpretation Complaints.

Uncontrolled copy. Currency must be verified with the LESP before use.

**INTENTIONALLY LEFT BLANK**

Uncontrolled copy. Currency must be verified with the LESP before use.

| Paragraph | Page |
|---|---|
| 1. Pilot Disciplinary Appeals Procedure | 3025.1 |
| 2. Policy Interpretation Complaints | 3025.2 |
| 3. General Guidelines for Hearings | 3025.3 |
| 4. Legal Defense Plan | 3025.3 |

## 1. Pilot Disciplinary Appeals Procedure

A. The pilot and supervisors should always attempt to seek a fair resolution to disciplinary matters. However, it is the policy of the Company to encourage the pilot to bring to the attention of management his/her complaints about work related disciplinary situations and under no circumstances should the pilot be penalized for doing so. The pilot will be provided with an opportunity to present his/her complaints concerning disciplinary treatment by supervisors or other management personnel through a formal appeals procedure. Supervisors are responsible for ensuring the appeal is fully processed until the pilot is satisfied with the decision or until the pilot's appeal is exhausted. The appeal hearing process will be resolved fairly and promptly within the following guidelines.

1) The pilot has the right to appeal any disciplinary action that would be considered transferable to future employers. This could include, but is not limited to, suspensions, counseling statements, or certain letters of instruction. A pilot who has completed one year of active employment (adjusted for leave of absence) has the right to appeal a disciplinary action regardless of probationary status.

2) The pilot must notify the Employee Relations Manager of intent to appeal a disciplinary action. This notification must occur within five business days of the issuance of the disciplinary action.

3) The Employee Relations Manager is responsible for notifying the pilot's supervisor of the pilot's intent to appeal. Within 15 business days of notification, the People Department will gather the pertinent facts from all parties, schedule the appeals hearing, and convene an appeals hearing committee.

4) The appeals hearing committee will be made up of the following individuals and will conduct the appeal hearing as follows.

a) An employee of the People Department will be designated to serve as a non-voting chairperson and moderator.

b) Two management representatives will be chosen at random: one from the same department where the pilot works and one from another department.

c) Two pilot peer representatives will be selected at random by SAPA.

d) The appeals hearing committee will review all of the available facts surrounding the appeal. Both the affected pilot and his/her supervisor will be given an opportunity to present any information regarding the appeal to the committee. This information must be presented in person or through written statements. No outside representation will be allowed. The time limit for an appeals hearing is three hours.

Uncontrolled copy. Currency must be verified with the LESP before use.

e) After gathering the facts surrounding the appeal, the committee may take only the following action.

(1) The committee may find in favor of the pilot and recommend a solution.

(2) The committee may find against the pilot and all previous rulings stand.

(3) The committee may find fault with both parties and recommend a modified solution.

(4) All decisions of the appeals hearing committee will be reviewed by management and will be affirmed unless a specific written reason for not following the appeals hearing committee's decision is provided to all concerned parties within ten business days.

f) Information concerning a pilot appeal will be received in strict confidence. Members of management and the appeals hearing committee will discuss an appeal only with those individuals who are involved in processing the appeal.

g) Management's decisions, or the appeal hearing committee's decisions, will not be precedent setting or binding on future appeals unless they are officially stated as Company policy. Whenever possible, the decisions will be retroactive to the date of the pilot's official complaint.

## 2. Policy Interpretation Complaints

A. A Policy Interpretation Complaint (PIC) under this section is defined as any pilot disagreement concerning the interpretation or application of any policies in the Pilot Policy Manual. Any pilot may file a PIC, and the PIC must be filed via www.sapapilot.org (PIC section) no later than 30 days after the Company interpretation in question.

B. A PIC under this section will be handled in accordance with the following procedures:

1) A SAPA PIC Committee meeting consisting of members of the SAPA PIC Committee will convene monthly to review all outstanding PIC's submitted. After review of the PIC, the committee will make a determination as to whether or not, in its estimation, there has been a possible interpretation error by the Company. If the committee agrees that there has been an interpretation error by the Company, the PIC will then be reviewed and discussed with the appropriate Company personnel. If the committee finds that there has not been an interpretation error by the Company, the pilot will be notified via www.sapapilot.org (PIC section) and the PIC will be closed.

2) If the Company agrees with the committee's decision that an interpretation error has occurred, a satisfactory resolution will be discussed and the pilot will be notified via www.sapapilot.org (PIC section). If the Company upholds its interpretation, the pilot will be notified and be given an opportunity to discuss his/her PIC with the Vice President Flight Operations or as assigned.

Uncontrolled copy. Currency must be verified with the LESP before use.

3) If the Company continues to uphold the interpretation, the PIC will be closed and the Company will issue a clarification of the policy in question.

4) In an effort not to spend unnecessary time on duplicate PIC subject matter previously reviewed, all PIC's reviewed in the initial PIC Committee meeting will be subject to former Company issued clarifications.

## 3. General Guidelines for Hearings

A. All time limits in this section may be extended with mutual agreement. Oral agreements to extend the time limits must be followed up in writing as soon as possible.

B. Any employee who may be involved in an employee appeal hearing or policy interpretation complaint will travel on an S2 or BP7 pass to and from any meeting related to the issue.

C. Time spent by the pilot in an appeal hearing with management or SAPA during his/her normal working hours will be considered hours worked for pay purposes if the pilot wins the appeal hearing. In any case, the pilot will not be compensated for travel time to and from the hearing. The pilot may use vacation or user time during the appeal hearing.

D. Whenever two or more employees have a common or similar complaint, the pilot will select one or more of them to represent the group. The final decision on the appeal will be binding on all members of the group.

## 4. Legal Defense Plan

A. The Company will provide legal representation for the pilot's defense in relation to aviation related actions that occur during the normal course and scope of employment. In the event the pilot involved prefers his/her own legal representation, the Company will provide compensation for such representation as long as the fees are within reasonable limits.

B. The aviation related actions include:

1) Pilot protection from FAA airman certificate violation action.

2) Pilot protection from FAA medical certificate action.

3) Pilot protection from on-the-job related personal actions. This does not include protection from actions taken against a pilot by the Company.

C. The following guidelines apply:

1) At any time the Company determines, based upon their judgment, that a case is no longer warranted, the pilot will have the option of being provided with a panel of his/her peers to review the case.

a) This review panel for pilots:

(1) Will be comprised of five non-management pilots on the Company pilot seniority list, one of which will be a member of the SAPA representative board.

(2) Will be selected and appointed by the SAPA representative board.

Case 2:19-cv-00149-JNP Document 53-2 Filed 08/27/21 PageID.3459 Page 1219 of 1277


Uncontrolled copy. Currency must be verified with the LESP before use.

(3) Can be altered at the request of the pilot involved if a conflict of interest exists with a panel member.

2) A Flight Operations management person will also be present for the review process. At the discretion of the pilot involved, his/her attorney may or may not be present.

3) After the review panel has evaluated the facts of the case, the review panel will determine by vote whether the Company shall continue legal representation. The assigned SAPA representative shall administer this vote.

4) The resulting decision of the panel will be considered final.



SkyWest 000552

Paragraph Page

1. General ..... 3026.1
2. Flight Deck Jumpseat Designation ..... 3026.1
3. Flight Deck Jumpseat Priority ..... 3026.1
4. Procedures ..... 3026.4
5. Reciprocal Jumpseat Agreements ..... 3026.5
6. Cockpit Access Security System (CASS) ..... 3026.6

Uncontrolled copy. Currency must be verified with the LESP before use.

## 1. General

A. It is the policy of the Company to provide a jumpseat to certain qualified personnel of this airline as well as those airlines who are willing to reciprocate such an agreement.

B. In all cases, SkyWest Airlines pilots maintain priority (4) over all jumpseat requests until fifteen minutes prior to scheduled departure time. However, agents will make every effort to accommodate all jumpseat requests regardless of scheduled departure time.

## 2. Flight Deck Jumpseat Designation

A. Observer seat and/or any available seat in the cabin of SkyWest aircraft.

B. The Company jumpseat policy specifically limits the number of jumpseaters per flight to the number of actual jumpseats installed in the aircraft. However, additional jumpseaters on a given flight may be admitted at the discretion of the captain – provided seats are available in the cabin and other revenue or non-revenue passengers are not affected.

C. Occupancy of the flight deck jumpseat is authorized by the captain of the flight.

D. The jumpseat priority list applies to the observer seat only. After the observer seat is filled, priority numbers 7-12 are cleared as they appear on the departure management (DM) list as a BP11 (United) or on the airport standby list (ASL) as an S4 (Delta). Higher classification requires a non-revenue ticket.

## 3. Flight Deck Jumpseat Priority

| PRIORITY | AUTHORIZED PERSONS | ID REQUIRED |
|---|---|---|
| 1a | Secret Service Agents | Secret Service credentials |
| 1b | FAA inspectors engaged in flight checking on a "must ride" basis | Form 110A |
| 1c | NTSB on a "must ride" basis | Form 1660.2 |
| 1d | Department of Defense (DOD) inspectors or evaluators | S&A Form 110B and government identification |

Uncontrolled copy. Currency must be verified with the LESP before use.

| PRIORITY | AUTHORIZED PERSONS | ID REQUIRED |
|---|---|---|
| 1e | IOSA flight check personnel | Form 8430-6 (Admission to flight deck), signed by the Air Carrier Safety Inspector and the Air Carrier Authorizing Official, IOSA auditor identification badge and a photo ID. |
| 1f | → <br>• Mr. Russell (Chip) Childs, President, SkyWest, Inc.<br>• Mr. Michael Thompson, Chief Operating Officer, SkyWest Airlines<br>• Mr. Tracy T. Gallo, Vice President Flight Operations, SkyWest Airlines<br>• Mr. Wade Steel, Executive Vice President, President, SkyWest, Inc.<br>• Mr. Logan Phipps, Managing Director Safety, SkyWest Airlines | Current SkyWest Airlines Company photo ID<br>SkyWest OCC must add the name of the SkyWest official to the dispatch release. |
| 2a | Flight checking by SkyWest check airmen or active SkyWest pilots assigned to Flight Operations management | Current SkyWest Airlines Company photo ID |
| 2b | SkyWest pilots who are non-revenue positive space (NRPS).<br>(Refer to SP 3010 Deadheading.) | Current SkyWest Airlines Company photo ID, FAA Airmen Certificate (See NOTE) |
| 2c | On-duty SkyWest mechanics who are NRPS proceeding to or from a scheduled work assignment by the Company.<br>**NOTE** – The Vice President Flight Operations, Director Flight Operations/Company Chief Pilot, or Director Aircraft Operations will send authorization for flight deck access (Form FO-2). | Current SkyWest Airlines Company photo ID, FAA Airmen Certificate (Mechanic Certificate) |

Uncontrolled copy. Currency must be verified with the LESP before use.

| PRIORITY | AUTHORIZED PERSONS | ID REQUIRED |
|---|---|---|
| 3 | • Mr. Dennis Sniffin, Aircraft Operations Technical<br>• Mr. Steven Hansen, Recurrent Ground Instructor<br>• Mr. Richard Smail, Auditor<br>→<br>→ | Current SkyWest Airlines Company photo ID<br>SkyWest OCC must add the name of the SkyWest official to the dispatch release |
| 4 | SkyWest pilot by pilot date-of-hire | Current SkyWest Airlines Company photo ID, FAA Airmen Certificate (See NOTE) |
| 5 | SkyWest dispatcher by date-of-hire | Current SkyWest Airlines Company photo ID, FAA Airmen Certificate (See NOTE) |
| 6 | ExpressJet pilots in order of check-in (regardless of codeshare) | Current Company photo ID, FAA Airmen Certificate, current Medical Certificate (See NOTE) |
| 7 | Pilot<br>Flights operated as Delta Connection: Delta/Delta Connection pilots in order of check-in | Current Company photo ID, FAA Airmen Certificate, current Medical Certificate (See NOTE) |
| | Pilot<br>Flights operated as United Express: United/United Express pilots in order of check-in<br>**NOTE** – UAL computer priority is superseded by a paper UAX Jumpseat Priority form carried by UAL/UAX pilots. | Current Company photo ID, FAA Airmen Certificate, current Medical Certificate (See NOTE) |
| 8 | Pilots employed by other airlines with reciprocating agreements in order of check-in | Current Company photo ID, FAA Airmen Certificate, current Medical Certificate (See NOTE) |
| 9 | ExpressJet dispatchers in order of check-in (regardless of codeshare) | Current Company photo ID, FAA Airmen Certificate (Dispatcher Certificate) (See NOTE) |
| 10 | Dispatcher employed by other airlines with reciprocating agreements in order of check-in | Current Company photo ID, FAA Airmen Certificate (Dispatcher Certificate) (See NOTE) |

Uncontrolled copy. Currency must be verified with the LESP before use.

| PRIORITY | AUTHORIZED PERSONS | ID REQUIRED |
|---|---|---|
| 11 | A technical representative of the aircraft/components manufacturer whose duties directly relate to flight monitoring of equipment or operating procedures, and such representative's presence on the flight deck is required to perform such duties | Written authorization by the Vice President Flight Operations, Air Carrier Safety Inspector approval per 14 CFR Part 121.547 and a photo ID. SkyWest OCC must add the name of the technical representative to the dispatch release. |
| 12 | • Anyone authorized by SkyWest Airlines Vice President Flight Operations or Director Aircraft Operations with Air Carrier Safety Inspector approval per 14 CFR Part 121.547<br>• Mr. Garth S. Black, Vice President Customer Service<br>• Ms. Anita Spencer, Director Crew Support<br>• Mr. Jeremy Barclay, Director Safety Policy and Security | Written authorization by the Vice President Flight Operations or Director Aircraft Operations and a photo ID. SkyWest OCC must add the name of the authorized person to the dispatch release. |
| 13 | FAA Air Traffic Controllers | Form 3120-38 and FAA Identification |
| **NOTE – Must have a positive verification in CASS. Refer to the Jumpseat Safety and Authorization Card for the proper form and the required items on the form.** | | |

## 4. Procedures

A. Any person in the above categories of authorization for flight deck/cabin jumpseat privileges should present themselves and a valid ID at the gate:

1) At least 30 minutes prior to flight departure time, but no earlier than two hours prior to flight departure time.

B. Any person requesting jumpseat privileges must be dressed in appropriate business casual attire.

C. Availability of a jumpseat is determined by the captain of the flight. Every effort will be made to inform the Captain prior to sending out the jumpseat requestor.

D. The person requesting jumpseat privileges is issued the following documents:

1) On United Express flights: OMC card for flight deck. A seat assignment card is all that is required for cabin seats, but the requestor must still check in with the captain prior to taking their seat.

2) On Delta Connection flights: Jumpseat Pass card (Seat 1P card). The agent then removes a copy of the SkyWest Airlines Jumpseat Authorization form for his/her records. The additional copies are returned to the jumpseater so that he/she may present them to the captain of the flight for approval. Once approved, the captain verifies identification and removes the original copy for his/her records and returns a copy to the jumpseater.

a) When the observer seat is used, the person should be boarded after general boarding. All priority #1 and #2 jumpseaters should be boarded prior to general boarding.

b) When a cabin seat is used, the person(s) can be boarded during general boarding.

E. The captain must ensure that anyone occupying the observer seat is briefed on the use of seat belts, oxygen masks, and headset utilization.

F. At an intermediate stop, when the observer seat is occupied, the captain must ensure the inbound station is notified there is an observer onboard and whether he/she will remain onboard during the stop.

G. When a weight limitation is predicted that may result in a denied boarding on a flight, the captain will determine the weight and balance and provide the information to gate/operations personnel.

H. FAA inspectors engaged in checking flight operations will take priority over revenue passengers.

## 5. Reciprocal Jumpseat Agreements

A. The Company agrees to direct all jumpseat agreement requests to the SAPA Jumpseat Committee. The SAPA Jumpseat Committee uses the criteria in Paragraph 5.B. below to approve or deny jumpseat agreement requests. The SAPA Jumpseat Committee then takes the requests the committee has approved to the Vice President Flight Operations for final approval.

B. In order to be considered for a jumpseat agreement, the requesting carrier must meet the following criteria:

1) The requesting carrier must be capable of full reciprocity. Carriers that can only reciprocate on reposition or deadhead flights do not meet these criteria.

2) The requesting carrier must be capable and willing to provide a schedule via either phone or internet to the requesting pilot.

3) In the event the requesting carrier does not meet the requirements of 1) and/or 2) above in this section, but offers a sufficiently compelling alternative benefit to SkyWest pilots, a vote of at least two-thirds of the voting SAPA representatives may waive the requirement(s).

C. In the event that a carrier either ceases operation or fails to meet the criteria in Paragraph 5.B. above, the carrier will have their jumpseat agreement with SkyWest canceled within 30 days.

D. Excluding Paragraph 5.C. above, carriers who have a jumpseat agreement will not be removed without mutual consent between the Vice President Flight Operations or his/her delegate and the SAPA Jumpseat Committee.

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

## 6. Cockpit Access Security System (CASS)

A. All pilots, including SkyWest pilots, requesting access to a cockpit observer's jumpseat on SkyWest-operated flights must be verified as eligible in CASS. Pilots who cannot be verified via CASS are still eligible to occupy an available passenger cabin seat.

B. The Company will provide accurate pilot data to CASS in a timely manner for all SkyWest pilots on the pilot seniority list, regardless of their status. Active line, reserve, and management pilots on the SkyWest pilot seniority list will be shown as active, enabled, and eligible in CASS.

C. SkyWest pilots on military leave may request their CASS status to be enabled by contacting their chief pilot.

D. SkyWest pilots will remain enabled for 30 days while on leave (90 days for military leave). A pilot will not be eligible in CASS beyond 30 days after beginning a leave of absence (90 days for military leave) unless other arrangements are made with their chief pilot.

E. SkyWest pilots may view their current CASS status via SkyWest Online (Travel > CASS Inquiry).

Uncontrolled copy. Currency must be verified with the LESP before use.

**Paragraph** **Page**

1. Pay Scale Captain – CRJ Rates ........ 3027.1
2. Pay Scale First Officer – CRJ Rates ........ 3027.4
3. CRJ Base Rate Application ........ 3027.4
4. Pay Scale Captain – ERJ 175 ........ 3027.5
5. Pay Scale First Officer – ERJ 175 ........ 3027.6
6. Yearly Review of Year 1 First Officer Pay ........ 3027.6

## 1. Pay Scale Captain – CRJ Rates

| Captain – CRJ Base Rate (July 1st 2017 then January 1st 2019–2022) | | | | | | |
|---|---|---|---|---|---|---|
| Years | 2017 | July 1st, 2017 | 2019 | 2020 | 2021 | 2022 |
| 1 | $62.36 | $63.61 | $64.24 | $64.89 | $65.53 | $66.19 |
| 2 | $64.83 | $66.13 | $66.79 | $67.46 | $68.13 | $68.81 |
| 3 | $67.86 | $69.22 | $69.91 | $70.61 | $71.31 | $72.03 |
| 4 | $69.78 | $71.18 | $71.89 | $72.61 | $73.33 | $74.07 |
| 5 | $71.98 | $73.42 | $74.15 | $74.90 | $75.64 | $76.40 |
| 6 | $74.19 | $75.67 | $76.43 | $77.19 | $77.97 | $78.75 |
| 7 | $76.65 | $78.18 | $78.96 | $79.75 | $80.55 | $81.36 |
| 8 | $78.56 | $80.13 | $80.93 | $81.74 | $82.56 | $83.38 |
| 9 | $81.32 | $82.95 | $83.78 | $84.61 | $85.46 | $86.31 |
| 10 | $84.06 | $85.74 | $86.60 | $87.46 | $88.34 | $89.22 |
| 11 | $86.54 | $88.27 | $89.15 | $90.05 | $90.95 | $91.85 |
| 12 | $89.56 | $91.35 | $92.26 | $93.19 | $94.12 | $95.06 |
| 13 | $92.03 | $93.87 | $94.81 | $95.76 | $96.71 | $97.68 |
| 14 | $95.05 | $96.95 | $97.92 | $98.90 | $99.89 | $100.89 |
| 15 | $97.81 | $99.77 | $100.76 | $101.77 | $102.79 | $103.82 |
| 16 | $100.55 | $102.56 | $103.59 | $104.62 | $105.67 | $106.73 |
| 17 | $103.30 | $105.37 | $106.42 | $107.48 | $108.56 | $109.64 |
| 18 | $106.05 | $108.17 | $109.25 | $110.35 | $111.45 | $112.56 |
| 19 | $107.70 | $109.85 | $110.95 | $112.06 | $113.18 | $114.31 |
| 20 | $109.89 | $112.09 | $113.21 | $114.34 | $115.48 | $116.64 |

Uncontrolled copy. Currency must be verified with the LESP before use.

| Captain – CRJ 700 Rate (July 1st 2017 then January 1st 2019–2022) | | | | | | |
|---|---|---|---|---|---|---|
| Years | 2017 | July 1st, 2017 | 2019 | 2020 | 2021 | 2022 |
| 1 | $66.10 | $67.42 | $68.10 | $68.78 | $69.46 | $70.16 |
| 2 | $68.73 | $70.10 | $70.81 | $71.51 | $72.23 | $72.95 |
| 3 | $71.93 | $73.37 | $74.10 | $74.84 | $75.59 | $76.35 |
| 4 | $73.96 | $75.44 | $76.19 | $76.96 | $77.73 | $78.50 |
| 5 | $76.30 | $77.83 | $78.60 | $79.39 | $80.18 | $80.99 |
| 6 | $78.63 | $80.20 | $81.00 | $81.81 | $82.63 | $83.46 |
| 7 | $81.24 | $82.86 | $83.69 | $84.53 | $85.38 | $86.23 |
| 8 | $83.28 | $84.95 | $85.80 | $86.65 | $87.52 | $88.39 |
| 9 | $86.21 | $87.93 | $88.81 | $89.70 | $90.60 | $91.50 |
| 10 | $89.12 | $90.90 | $91.81 | $92.73 | $93.66 | $94.59 |
| 11 | $91.74 | $93.57 | $94.51 | $95.46 | $96.41 | $97.37 |
| 12 | $94.94 | $96.84 | $97.81 | $98.79 | $99.77 | $100.77 |
| 13 | $97.55 | $99.50 | $100.50 | $101.50 | $102.52 | $103.54 |
| 14 | $100.77 | $102.79 | $103.81 | $104.85 | $105.90 | $106.96 |
| 15 | $103.68 | $105.75 | $106.81 | $107.88 | $108.96 | $110.05 |
| 16 | $106.59 | $108.72 | $109.81 | $110.91 | $112.02 | $113.14 |
| 17 | $109.50 | $111.69 | $112.81 | $113.93 | $115.07 | $116.23 |
| 18 | $112.42 | $114.67 | $115.82 | $116.97 | $118.14 | $119.32 |
| 19 | $114.16 | $116.44 | $117.61 | $118.78 | $119.97 | $121.17 |
| 20 | $116.49 | $118.82 | $120.01 | $121.21 | $122.42 | $123.64 |

Uncontrolled copy. Currency must be verified with the LESP before use.

| Captain – CRJ 900 Rate (July 1st 2017 then January 1st 2019–2022) | | | | | | |
|---|---|---|---|---|---|---|
| Years | 2017 | July 1st, 2017 | 2019 | 2020 | 2021 | 2022 |
| 1 | $67.35 | $68.70 | $69.38 | $70.08 | $70.78 | $71.49 |
| 2 | $70.01 | $71.41 | $72.12 | $72.85 | $73.57 | $74.31 |
| 3 | $73.29 | $74.76 | $75.50 | $76.26 | $77.02 | $77.79 |
| 4 | $75.36 | $76.87 | $77.64 | $78.41 | $79.20 | $79.99 |
| 5 | $77.74 | $79.29 | $80.09 | $80.89 | $81.70 | $82.51 |
| 6 | $80.12 | $81.72 | $82.54 | $83.37 | $84.20 | $85.04 |
| 7 | $82.78 | $84.44 | $85.28 | $86.13 | $86.99 | $87.86 |
| 8 | $84.85 | $86.55 | $87.41 | $88.29 | $89.17 | $90.06 |
| 9 | $87.84 | $89.60 | $90.49 | $91.40 | $92.31 | $93.23 |
| 10 | $90.79 | $92.61 | $93.53 | $94.47 | $95.41 | $96.37 |
| 11 | $93.46 | $95.33 | $96.28 | $97.25 | $98.22 | $99.20 |
| 12 | $96.74 | $98.67 | $99.66 | $100.66 | $101.66 | $102.68 |
| 13 | $99.40 | $101.39 | $102.40 | $103.43 | $104.46 | $105.50 |
| 14 | $102.66 | $104.71 | $105.76 | $106.82 | $107.89 | $108.96 |
| 15 | $105.64 | $107.75 | $108.83 | $109.92 | $111.02 | $112.13 |
| 16 | $108.59 | $110.76 | $111.87 | $112.99 | $114.12 | $115.26 |
| 17 | $111.56 | $113.79 | $114.93 | $116.08 | $117.24 | $118.41 |
| 18 | $114.54 | $116.83 | $118.00 | $119.18 | $120.37 | $121.57 |
| 19 | $116.31 | $118.64 | $119.82 | $121.02 | $122.23 | $123.45 |
| 20 | $118.68 | $121.05 | $122.26 | $123.49 | $124.72 | $125.97 |

Uncontrolled copy. Currency must be verified with the LESP before use.

## 2. Pay Scale First Officer – CRJ Rates

| First Officer – CRJ Base Rate (July 1st 2017 then January 1st 2019–2022) | | | | | | |
|---|---|---|---|---|---|---|
| Years | 2017 | July 1st, 2017 | 2019 | 2020 | 2021 | 2022 |
| 1 | $36.50 | $37.23 | $37.60 | $37.98 | $38.36 | $38.74 |
| 2 | $38.28 | $39.05 | $39.44 | $39.83 | $40.23 | $40.63 |
| 3 | $40.57 | $41.38 | $41.80 | $42.21 | $42.64 | $43.06 |
| 4 | $41.83 | $42.67 | $43.09 | $43.52 | $43.96 | $44.40 |
| 5 | $43.19 | $44.05 | $44.49 | $44.94 | $45.39 | $45.84 |
| 6 | $44.46 | $45.35 | $45.80 | $46.26 | $46.72 | $47.19 |
| 7 | $45.81 | $46.73 | $47.19 | $47.67 | $48.14 | $48.62 |
| 8 | $47.16 | $48.10 | $48.58 | $49.07 | $49.56 | $50.06 |

| First Officer – CRJ 900 Rates (July 1st 2017 then January 1st 2019–2022) | | | | | | |
|---|---|---|---|---|---|---|
| Years | 2017 | July 1st, 2017 | 2019 | 2020 | 2021 | 2022 |
| 1 | $36.50 | $37.23 | $37.60 | $37.98 | $38.36 | $38.74 |
| 2 | $41.33 | $42.16 | $42.58 | $43.00 | $43.43 | $43.87 |
| 3 | $43.82 | $44.70 | $45.14 | $45.59 | $46.05 | $46.51 |
| 4 | $45.18 | $46.08 | $46.54 | $47.01 | $47.48 | $47.95 |
| 5 | $46.64 | $47.57 | $48.05 | $48.53 | $49.01 | $49.50 |
| 6 | $48.01 | $48.97 | $49.46 | $49.95 | $50.45 | $50.96 |
| 7 | $49.47 | $50.46 | $50.96 | $51.47 | $51.99 | $52.51 |
| 8 | $50.92 | $51.94 | $52.46 | $52.98 | $53.51 | $54.05 |

## 3. CRJ Base Rate Application

A. CRJ 700 and 900 rates will be applied to block time credit (greater of historical or actual) for flights scheduled on the CRJ 700 and 900 aircraft. (Refer to Pilot Policy Manual SP 3008 Compensation.)

1) If the original assignment is downgraded from a CRJ 900 or CRJ 700 to a lesser paying equipment, the original equipment rates will be paid.

2) If any flying is canceled and was originally scheduled in a CRJ 700 or CRJ 900 aircraft, the original equipment rate(s) will be applied for the canceled legs.

B. All other pay credit for CRJ pilots will be paid at the CRJ Base Rate (CBR).

→

→

Uncontrolled copy. Currency must be verified with the LESP before use.

## 4. Pay Scale Captain – ERJ 175

| Captain – ERJ 175 Rate (July 1st 2017 then January 1st 2019–2022) | | | | | | |
|---|---|---|---|---|---|---|
| Years | 2017 | July 1, 2017 | 2019 | 2020 | 2021 | 2022 |
| 1 | $66.35 | $67.68 | $68.35 | $69.04 | $69.73 | $70.42 |
| 2 | $68.98 | $70.36 | $71.06 | $71.77 | $72.49 | $73.22 |
| 3 | $72.21 | $73.65 | $74.39 | $75.13 | $75.89 | $76.64 |
| 4 | $74.24 | $75.72 | $76.48 | $77.25 | $78.02 | $78.80 |
| 5 | $76.59 | $78.12 | $78.90 | $79.69 | $80.49 | $81.29 |
| 6 | $78.94 | $80.52 | $81.32 | $82.14 | $82.96 | $83.79 |
| 7 | $81.56 | $83.19 | $84.02 | $84.86 | $85.71 | $86.57 |
| 8 | $83.60 | $85.27 | $86.12 | $86.99 | $87.86 | $88.73 |
| 9 | $86.53 | $88.26 | $89.14 | $90.03 | $90.93 | $91.84 |
| 10 | $89.44 | $91.23 | $92.14 | $93.06 | $93.99 | $94.93 |
| 11 | $92.08 | $93.92 | $94.86 | $95.81 | $96.77 | $97.74 |
| 12 | $95.30 | $97.21 | $98.18 | $99.16 | $100.15 | $101.15 |
| 13 | $97.93 | $99.89 | $100.89 | $101.90 | $102.92 | $103.94 |
| 14 | $101.14 | $103.16 | $104.19 | $105.24 | $106.29 | $107.35 |
| 15 | $104.08 | $106.16 | $107.22 | $108.30 | $109.38 | $110.47 |
| 16 | $106.99 | $109.13 | $110.22 | $111.32 | $112.44 | $113.56 |
| 17 | $109.91 | $112.11 | $113.23 | $114.36 | $115.51 | $116.66 |
| 18 | $112.84 | $115.10 | $116.25 | $117.41 | $118.58 | $119.77 |
| 19 | $114.59 | $116.88 | $118.05 | $119.23 | $120.42 | $121.63 |
| 20 | $116.93 | $119.27 | $120.46 | $121.67 | $122.88 | $124.11 |

→

Uncontrolled copy. Currency must be verified with the LESP before use.

## 5. Pay Scale First Officer – ERJ 175

| First Officer – ERJ 175 Rate (July 1st 2017 then January 1st 2019–2022) | | | | | | |
|---|---|---|---|---|---|---|
| Years | 2017 | July 1st, 2017 | 2019 | 2020 | 2021 | 2022 |
| 1 | $36.50 | $37.23 | $37.60 | $37.98 | $38.36 | $38.74 |
| 2 | $40.72 | $41.53 | $41.95 | $42.37 | $42.79 | $43.22 |
| 3 | $43.17 | $44.03 | $44.47 | $44.92 | $45.37 | $45.82 |
| 4 | $44.51 | $45.40 | $45.85 | $46.31 | $46.78 | $47.24 |
| 5 | $45.95 | $46.87 | $47.34 | $47.81 | $48.29 | $48.77 |
| 6 | $47.30 | $48.25 | $48.73 | $49.22 | $49.71 | $50.20 |
| 7 | $48.74 | $49.71 | $50.21 | $50.71 | $51.22 | $51.73 |
| 8 | $50.17 | $51.17 | $51.69 | $52.20 | $52.72 | $53.25 |

→

## 6. Yearly Review of Year 1 First Officer Pay

A. SAPA and the Company have agreed to review the First Officer Year 1 pay scales on a yearly basis. Upon mutual agreement between SAPA and the Company, the First Officer Year 1 pay scales may be adjusted with or without modifying the remainder of the Pilot Policy Manual.

Uncontrolled copy. Currency must be verified with the LESP before use.

Paragraph | Page

1. General ........ 3028.1

## 1. General

A. The Company and SAPA, by mutual agreement, have established historical block-to-block times for each scheduled flight segment. These times shall be used for the scheduling of pilots, the construction of bid packages, and the pay of pilots when greater than actual time flown.

B. All historical block-to-block times are considered unique for each direction of travel within a city pair and also for each equipment type and variant.

C. Historical block-to-block times are divided into two categories: those with sufficient history and those without.

1) Markets with Sufficient History

a) Historical block-to-block times with sufficient history are defined as having 30 or more scheduled operations at the Company in the standard reference period of the previous year. Specifically, historical block reference periods to be used are: April-September and October-March. A simple average (mean) of that data is used to calculate the historical block time for the city pair, equipment type, and variant. (For example, the historical block-to-block for SLC-DEN CRJ 200 for April-September 2012 would be a simple average of all CRJ 200 flights from SLC to DEN from April 1, 2011 through September 30, 2011.)

(1) Reinstated Service – If the city pair has been served by the Company in the last five years, but does not have 30 or more scheduled operations in the previous year, the Company may use the corresponding six-month reference period for the most recent year that contains the required 30 or more scheduled operations.

2) New Markets

a) If the sufficient-history criteria is not met, a temporary historical block-to-block value will be derived using one of the following methods:

(1) The Company may use a secondary reference period consisting of the preceding 12 months if there are 30 or more scheduled operations in that reference period. (For new equipment, non-revenue and/or training flights may be used in the average of scheduled operations.) A simple average (mean) of that data is used to calculate the historical block time for the city pair and equipment type and variant, or

Uncontrolled copy. Currency must be verified with the LESP before use.

(2) The Company may use a mathematical model that has been shown to accurately predict the average block-to-block time for new markets. The model uses both a linear regression of distance between airports, plus an airtime adjustment for direction of travel to approximate a block-to-block time for the flight segment. Each reference period may have a unique model to account for seasonal wind patterns. Any change to the mathematical model is subject to SAPA approval for accuracy.

(a) For new equipment, the Company may derive data from the most similar aircraft in fleet adjusted for cruise speed.

(b) All temporary historical block-to-block times using this method must have a value of no less than 92% of the average published marketing block-to-block time for that bid period.

D. Historical block-to-block data for each month will be published on SkyWest Online no later than the first of the month prior to the bid period. (For example, the April historical block-to-block will be made available no later than March 1st of the same year.) The published data will indicate the city pairs using temporary block-to-block times. The Company will archive all past historical block-to-block times for each bid period and will make this data available on SkyWest Online for no less than two years.

E. The Company will make any data and/or formulas available to SAPA that are utilized to establish the historical block times upon reasonable request of SAPA.

→

Uncontrolled copy. Currency must be verified with the LESP before use.

THIS STANDARD PRACTICE IS RESERVED.

Uncontrolled copy. Currency must be verified with the LESP before use.

**INTENTIONALLY LEFT BLANK**

Uncontrolled copy. Currency must be verified with the LESP before use.

THIS STANDARD PRACTICE IS RESERVED.

Uncontrolled copy. Currency must be verified with the LESP before use.

**INTENTIONALLY LEFT BLANK**

Uncontrolled copy. Currency must be verified with the LESP before use.

- Refer to the form located on SkyWest Online under Info Center > Documents > Forms (Company tab) > Supervisor Forms > Letter of Instruction.

Uncontrolled copy. Currency must be verified with the LESP before use.

**INTENTIONALLY LEFT BLANK**

Uncontrolled copy. Currency must be verified with the LESP before use.

SkyWest AIRLINES®

FLIGHT OPERATIONS FORMS

# Agreement for Performance

PAGE 1 of 1 | REVISION Original | DATE 05/21/13

**Employee Name:** ____________________ **Department:** ____________________

**Employee Number:** ________ **Date of Hire:** ____________ **Date of Performance Meeting:** ____________

The goal and intent of this Agreement for Performance is to establish a common understanding of expectations, increased productivity, and improved results. This Agreement is intended to address areas of needed performance improvement as well as to provide support and guidance. Mutual understanding and commitment between the employee and leadership is required.

**The following are areas of current performance concern:**

**Expectations and responsibility to improve performance:**

**Resources and tools:**

**AGREEMENT FOR PERFORMANCE**

____________________ has read and agreed to make the necessary changes required as outlined in this Agreement for Performance. ____________________ is to communicate to his/her chain of command with any questions pertaining to this agreement or his/her reliability.

**Employee Signature** ____________________ **Date** ____________

**Manager or Supervisor Signature** ____________________ **Date** ____________

**Witness Signature** ____________________ **Date** ____________

***Please check the appropriate box if this Agreement for Performance is associated with a corrective action.***

- ☐ *Letter of Instruction (LOI)*
- ☐ *Counseling Statement (CS)*
- ☐ *Administrative Leave*
- ☐ *Suspension*
- ☐ *N/A*

Fax the original to Employee Relations at 435.705.2123
Copy to employee.

Uncontrolled copy. Currency must be verified with the LESP before use.

**INTENTIONALLY LEFT BLANK**

Uncontrolled copy. Currency must be verified with the LESP before use.

- Refer to the form located on SkyWest Online under Info Center > Documents > Forms (Company tab) > Supervisor Forms > Counseling Statement.

Uncontrolled copy. Currency must be verified with the LESP before use.

**INTENTIONALLY LEFT BLANK**

Uncontrolled copy. Currency must be verified with the LESP before use.

**Paragraph** **Page**

1. Purpose.......... 3034.1
2. HIMS Program Eligibility.......... 3034.1
3. Entry Options.......... 3034.1
4. Termination with Conditional Reinstatement.......... 3034.2
5. Terms and Definitions.......... 3034.2
6. Human Intervention Motivation Study (HIMS) Program.......... 3034.3

## 1. Purpose

A. In accordance with Company Policy Manual SP 153 Drug and Alcohol Testing Program, SkyWest Airlines is committed to maintaining a working environment free from the influence of drugs and alcohol. This commitment is based upon the Company's goal to ensure the highest standards of safety in the airline industry. Recognizing that abuse and/or addiction is a disease state and not an issue of poor behavior, SkyWest Airlines has committed itself to being instrumental in the health and well-being of their pilot group. The SkyWest Airlines HIMS Program is developed and administered in cooperation with the SkyWest Airlines Pilot Association (SAPA).

## 2. HIMS Program Eligibility

A. Currently, only pilots are eligible for evaluation and entry into the HIMS Program. The FAA has established the HIMS Program as the only method to recertify SkyWest pilots, by issuing a Special Issuance Medical Certificate in lieu of a normal medical certificate once initial treatment is completed. Other employees and those with safety sensitive positions at SkyWest Airlines do not have these medical certificate requirements.

## 3. Entry Options

A. (Self-Disclosure Method) Pilots may enter the program through self-disclosure at any time before reaching the point of intent to fly, and prior to being notified of the request to take a DOT drug test. A pilot may self-disclose only by contacting their chief pilot, the pilot Manager-on-Duty (MOD), any employee working within the Employee Assistance Program (EAP), or the SAPA HIMS Chairman.

B. (Non Self-Disclosure Method) Pilots that fail a required Company requested drug or alcohol test, a DOT drug or alcohol test, or refuse a required test are subject to corrective action up to and including termination (refer to Company Policy Manual SP 153 Drug and Alcohol Testing Program).

C. If within 30-days following the termination, the pilot subjects themselves to a substance abuse evaluation by an FAA-trained addiction psychiatrist and receives a diagnosis of “dependence” to a mind-altering substance, the pilot will be changed to the status of “termination with conditional reinstatement.”

Uncontrolled copy. Currency must be verified with the LESP before use.

## 4. Termination with Conditional Reinstatement

A. A pilot who has been terminated with conditional reinstatement may return to active flight status at the completion of their FAA recertification process under the following circumstances:

1) The pilot must enter and successfully complete the SkyWest Airlines HIMS Program at their own expense.

2) The pilot will be required to sign a "last chance" agreement with the Company. At anytime during the pilot's career with SkyWest, if any portion of the agreement is breached, the pilot will be permanently terminated and ineligible for rehire at any future time. This contract will be in effect until the pilot either resigns from their pilot position and leaves the Company or reaches retirement.

3) The pilot's reinstatement is based on the joint approval of the Vice President Flight Operations, the EAP HIMS Coordinator, and the SAPA HIMS Chairman. This approval is discretionary based solely on the pilot's satisfactory compliance with all aspects of the HIMS Program, and will not be unreasonably withheld.

B. Upon reinstatement, the pilot will be returned to their last qualified position and domicile per Company Policy Manual SP 69 Leave of Absence (LOA). Pilot seniority and benefits do not accrue, but will be reinstated at the level the pilot obtained prior to termination with conditional reinstatement.

Example:

If a pilot was hired on Jan 2, 2000 and was terminated on Jan 15, 2010, as of that date, he had 10 years and 14 days of longevity. The pilot's longevity is frozen until the pilot is conditionally reinstated.

On the date of reinstatement, the pilot's longevity will be compared to the current seniority list and the pilot will be inserted on the seniority list just above any current pilot with the same longevity as of that date. Assuming the pilot completes the HIMS Program in one year and returns to service on Jan 15, 2011, he would be compared to other pilots with the same LONGEVITY as of that date. So in this case, the pilot would be placed on the seniority list above anyone hired on Jan 2, 2001 (10 years 14 days of longevity) but junior to anyone hired on Jan 1, 2001 (10 years 15 days of longevity).

## 5. Terms and Definitions

### Alcohol Positive

a. A confirmed Blood Alcohol Content (BAC) of .020 or above which has been obtained from a DOT breathalyzer test as outlined in Company Policy Manual SP 153 Drug and Alcohol Testing Program.

### Dependence

a. A diagnosis given by an FAA-trained addiction psychiatrist when a patient meets specific criteria as defined in 14 CFR Part 67.107(4) Mental.

Uncontrolled copy. Currency must be verified with the LESP before use.

**Drug Positive**

a. The presence of a prohibited drug or its metabolites on a DOT drug screen that has been confirmed and verified by a Medical Review Officer (MRO) as outlined in Company Policy Manual SP 153 Drug and Alcohol Testing Program.

**Last Chance Agreement**

a. A legal agreement between a pilot and SkyWest Airlines which stipulates terms and conditions which must be continually met in order to maintain employment.

**Non Self-Disclosure**

a. When a pilot has an on-duty verified positive drug or alcohol test result which has been properly confirmed either by specially trained personnel or by an MRO in accordance with Company Policy Manual SP 153 Drug and Alcohol Testing Program.

**Point of Intent to Fly**

a. Defined as the reading of the Prestart Checklist.

**Self-Disclosure**

a. When a pilot discloses a substance abuse problem as defined in Entry Options above.

b. Also refers to when a pilot has been diagnosed as substance dependent by an FAA-trained addiction psychiatrist on any FAA or Company requested substance abuse evaluation.

**Substance Abuse Evaluation**

a. Refers to the FAA-approved medical process used to determine if a pilot is dependent to any mind-altering substances as per 14 CFR Part 67.107(4) Mental. This process will be performed only by an FAA-trained addiction psychiatrist.

## 6. Human Intervention Motivation Study (HIMS) Program

A. This program will comply with all aspects required by the Federal Aviation Administration in returning recovering pilots back to their original medical status.

Uncontrolled copy. Currency must be verified with the LESP before use.

B. Due to the breadth of information required to outline the HIMS Program and its policies, this Standard Practice will reference 49 CFR Part 40 with respect to alcohol and drug testing and Department of Transportation (DOT) requirements. It will also reference the SPAC/SAPA HIMS document as containing all appropriate terms, procedures, and legalities of the HIMS Program for the identification, intervention, treatment, recertification, monitoring, and recovery of the addicted and/or abusing pilot.

C. If you desire further information on the DOT/FAA Alcohol Misuse Prevention Program (AMPP, from Company Policy Manual SP 153 Drug and Alcohol Testing Program) or SkyWest Airlines' Company Policy or wish to have a copy of regulation 49 CFR Part 40, contact the Drug & Alcohol Program Manager in St. George, Utah, at 888.717.9000, extension 43366.

Uncontrolled copy. Currency must be verified with the LESP before use.

24-Hour Clock ........ 3016.2
401(k) Retirement Plan ........ 3008.2

A

Accrual (Seniority) ........ 3021.1
Accrual (User Time) ........ 3012.1
Accrual (Vacation Time) ........ 3011.1
Adequate Pilot Force ........ 3023.1
Agreement for Performance ........ 3032.1
Appeals ........ 3024.5
Areas of Pay
Changes/Revisions ........ 3009.5
Aspen Adjusted Bid Awards ........ 3017.14
Aspen Reserve ........ 3018.10
Awarding of Vacancies ........ 3023.4

B

Bereavement ........ 3009.4
Bid Eligibility ........ 3017.2
Bid Periods ........ 3017.1
Bidding on Open Vacation Periods / Dropping Awarded Vacation Periods ........ 3011.3
Bidding on Vacancies ........ 3023.2

C

Cancellations (Vacation Time) ........ 3011.3
Categories of Inappropriate Behavior ........ 3024.1
Changes to Areas of Pay ........ 3009.5
Changes to the Aspen Bid Award Schedule ........ 3008.5
Check Airmen Acting as First Officers ........ 3017.21
Co-Domicile Reserve Assignments ........ 3018.8
Company Business Pay ........ 3008.12
Company Business Travel and Clothing ........ 3007.8
Company Look ........ 3007.2
Company Training ........ 3015.1
Company-Issued and Approved Uniform Items ........ 3007.7
Compensation ........ 3008.1
Compensation, Crewmember ........ 3027.1
Composite Lines ........ 3017.12
Conflicts Due to Training, Changes in Equipment, Domicile, or Status (Vacation Time) ........ 3011.2
Continuing Qualification (CQ) ........ 3015.4
Corrective Action and Employment Separation ........ 3024.1
Corrective Action Process ........ 3024.4
Counseling Statement ........ 3033.1
Crew Gate Swap ........ 3017.21
Crew Rest Limitations ........ 3016.1
Crewmember Compensation, SkyWest Airlines ........ 3027.1
CRJ Base Rate Application ........ 3027.4

Uncontrolled copy. Currency must be verified with the LESP before use.

## D

Daily Net Reserve Staffing ... 3017.23
Deadhead Pay ... 3008.13
Deadheading From A Work Assignment ... 3010.2
Deadheading To A Work Assignment ... 3010.1
Death (User Time) ... 3012.1
Death (Vacation Time) ... 3011.2
Definitions ... 3005.1
Delay in Upgrade ... 3023.3
Description of Guarantees ... 3008.9
Determining Credit Hours ... 3008.2
Disciplinary Appeals Procedure ... 3025.1
Displacement ... 3017.18
Displacement - Explanation of Compensation ... 3008.20
Double Scheduled Pairings ... 3017.20

## E

Electronic Flight Bag (EFB) ... 3009.5
Eligible for HIMS ... 3034.1
Employee Incentive Bonus ... 3008.2
Entry Options (HIMS Program) ... 3034.1
Examination At Company Expense ... 3014.2
Extenuating Considerations/Individual Circumstances ... 3024.4
Eye Glasses ... 3007.5

## F

Family Medical Leave Act ... 3013.3
Fatigue Calls ... 3006.9
Federal Aviation Regulation Conflicts ... 3017.20
Flight Deck Jumpseat Designation ... 3026.1
Flight Time ... 3016.1
Flying at a Different Status Pay ... 3008.13
Flying While Waiting for IOE ... 3008.21
Functional Flight Pay ... 3008.12
Furlough ... 3022.1
Furlough (User Time) ... 3012.1–3012.2
Furlough (Vacation Time) ... 3011.2

## G

General (Corrective Action and Employment Separation) ... 3024.1
General (Historical Block-to-Block Times) ... 3028.1
General (Jumpseat) ... 3026.1
General Guidelines for Hearings ... 3025.3
Golden Days ... 3017.8
Grooming Standards ... 3007.1

## H

Hair - Female and Male ... 3007.4

Hearings ..... 3025.3
HIMS Eligibility ..... 3034.1
Holiday Pay ..... 3008.11
Human Intervention Motivation Study (HIMS) Program ..... 3034.3

**I**

Inclement/Cold Weather Wear ..... 3007.6
Interpretation Complaints ..... 3025.2
Introduction (Corrective Action and Employment Separation) ..... 3024.1

**J**

Jewelry, Body Piercing, and Tattoos ..... 3007.5
Jumpseat ..... 3026.1
Junior Manning ..... 3018.9
Jury Duty ..... 3009.3

**L**

Leave of Absence (User Time) ..... 3012.2
Legal Defense Plan ..... 3025.3
Letter of Agreement ..... 3003.1
Letter of Instruction ..... 3031.1
Levels of Corrective Actions ..... 3024.2
Lodging ..... 3009.1
Loss of Medical Certificate ..... 3012.2
Luggage ..... 3007.6

**M**

Management Flying ..... 3017.21
Management Promotion Seniority Policy (Transferring to Non-Flying or Supervisory Duty) ..... 3019.1
Management Reporting Procedures ..... 3024.5
Mandatory and Optional Uniform Items ..... 3007.7
Maternity Leave ..... 3013.1
Medical Certificate
  Loss of ..... 3012.2
Medical Leave ..... 3013.1
Military Leave ..... 3013.1
Minimum Daily Guarantee ..... 3017.3
Minimum Duty Requirements to Maintain Benefits ..... 3016.1
Minimum Reserve Staffing (MRS) ..... 3017.23
Miscellaneous Expenses ..... 3009.5
Miscellaneous Flying ..... 3020.1
Mode of Transportation (Deadheading) ..... 3010.1
Monthly Maximum Flight Time ..... 3016.1
Moving Expenses ..... 3009.4
Mustaches and/or sideburns ..... 3007.4

Uncontrolled copy. Currency must be verified with the LESP before use.

Uncontrolled copy. Currency must be verified with the LESP before use.

## N

New Hire Pay .... 3008.18
New Hire Training - Hotel Accommodations .... 3015.2
Non-Revenue Travel Attire Requirements .... 3007.8

## O

On the Job Injuries Procedures/Leave of Absence .... 3013.3
Operating Experience/Line Checks .... 3015.6
Out of Base Reserve (OBR) .... 3018.10

## P

Pairing Extension - Explanation of Compensation .... 3008.19
Pairing Extensions .... 3008.19
Pairing Extensions (Scheduling) .... 3017.19
Parking .... 3009.3
Pay (Deadheading) .... 3010.1
Pay Scale Captain – CRJ Rates .... 3027.1
Pay Scale Captain – ERJ 175 .... 3027.5
Pay Scale First Officer – CRJ Rates .... 3027.4
Pay Scale First Officer – ERJ 175 .... 3027.6
Pay Treatment (User Time) .... 3012.1
Pay Treatment (Vacation Time) .... 3011.1
Pay Treatment and Expenses (Training) .... 3015.2
PBS and Awarding of Schedules .... 3017.11
PBS Line Construction .... 3017.9
Per Diem .... 3009.1
Permanent Vacancies .... 3023.1
Personal Hygiene .... 3007.2
Personal Leave .... 3013.1
Personnel Files .... 3006.1
Physical Standards Applied .... 3014.1
Pilot Eligibility, Notification and Scheduling (Training) .... 3015.1
Pilot Identification Badge .... 3007.8
Pilot Paychecks .... 3008.6
Pilot Reliability Program .... 3006.6
Pilot Rules of Conduct .... 3006.2
Pilot Schedule Adjustments and Awarding of Open Time .... 3017.14
Posting of Vacation Openings after the Yearly Bid Closing Date .... 3011.3
Pre-Assigned Activities .... 3017.5
Preparation of the Pairing Package .... 3017.4
Procedures (Jumpseat) .... 3026.4
Professional Appearance and Grooming Standards .... 3007.1
Protests (Seniority) .... 3021.5
Purpose (HIMS Program) .... 3034.1

## Q

Qualification Training .... 3015.2

Uncontrolled copy. Currency must be verified with the LESP before use.

## R

Ready Reserve Assignment ........ 3018.7
Recall ........ 3022.2
Recall Bypass ........ 3022.2
Reciprocal Jumpseat Agreements ........ 3026.5
Reduction of Positions at a Domicile ........ 3022.1
Relocation Incentive ........ 3009.5
Replacement Pairings ........ 3017.4
Report and Release for Duty Time ........ 3016.1
Reposition Pay ........ 3008.18
Requalification Training ........ 3015.5
Reserve Adjusted Bid ........ 3017.14
Reserve Assignments ........ 3018.4
Reserve Expectations and Requirements ........ 3018.2
Reserve Line Assignments - Pilots ........ 3018.1
Resolution of Disputes ........ 3014.2
Retention and Accrual of Seniority (Transferring to Non-Flying or Supervisory Duty) ........ 3019.1
Return from Leave of Absence ........ 3013.3
Revisions to Areas of Pay ........ 3009.5

## S

SAPA Involvement in Pairing Construction ........ 3017.23
Scheduled Assignment Deviation (SAD) ........ 3006.8
Scheduled Interruption Points (SIPs) ........ 3017.17
Scheduling After Long-term Training ........ 3017.22
Scheduling During Training ........ 3017.22
Seniority ........ 3021.1
Seniority List ........ 3021.4
Shift Cancellation Pay ........ 3008.12
Sick Calls ........ 3006.6
SkyWest Airlines Crewmember Compensation ........ 3027.1
SkyWest Airlines Professional Appearance and Grooming Standards ........ 3007.1
Special Tracking ........ 3015.5
Supervisory Pilots ........ 3020.1
Supplemental Operations ........ 3008.18
Swapping of Reserve Days ........ 3018.9

## T

Temporary Domicile Transfers (TDTs) ........ 3023.2
Temporary Duty Assignments (TDYs) ........ 3023.1
Termination (User Time) ........ 3012.1
Termination (Vacation Time) ........ 3011.2
Termination with Conditional Reinstatement (HIMS Program) ........ 3034.2
Terms and Definitions (HIMS Program) ........ 3034.2
The Company Look ........ 3007.2
Training Freezes ........ 3023.4
Training Review Board ........ 3015.7

Uncontrolled copy. Currency must be verified with the LESP before use.

## U

Umbrella ........ 3007.6
Uniform Acquisition and Replacement ........ 3009.3
Uniform Lost and Found Procedures ........ 3007.8
Uniforms ........ 3007.2
User Time ........ 3012.1
User Time Pay ........ 3008.16

## V

Vacation Pay ........ 3008.17
Vacation Time ........ 3011.1
Volunteering for Reserve on a Scheduled Day Off ........ 3017.20

## W

Worker's Compensation Procedures/Leave of Absence ........ 3013.3
Workers' Compensation (User Time) ........ 3012.2

## Y

Yearly Bid for Vacations ........ 3011.2

# EXHIBIT 35

Erik Strindberg (Utah Bar No. 4154)
**STRINDBERG SCHOLNICK BIRCH HALLAM HARSTAD THORNE**
675 East 2100 South, Suite 350
Salt Lake City, Utah 84106
(t) 801.359.4169
(f) 801.359.4313
email: erik@utahjobjustice.com

Todd. R. McFarland (*Pro Hac Vice)*
Associate General Counsel
Office of General Counsel
**General Conference of Seventh-day Adventists**
12501 Old Columbia Pike
Silver Springs, MD 20902-6600
(t) 301.680.6321
(f) 301.680.6329
Email: mcfarlandt@gc.adventist.org

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| **SHANE ANDREW CASSELL,**<br><br>Plaintiff<br><br>v.<br><br>**SKYWEST, INC. d/b/a SKYWEST AIRLINES,**<br><br>Defendant. | **DECLARATION OF EZZY KHAOSANGA**<br><br>Case No. 2:19-CV-00149 JNP-DAO<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Daphne A. Oberg |

I, Ezzy Khaosanga declare as follows:

1. I am a Utah attorney, Bar number 17259, and work for the law firm of Strindberg Scholnick Birch Hallam Harstad Thorne.

2. SkyWest Airlines is subject to the Railway Labor Act ("RLA"), codified 45 U.S.C. § 181. Under the RLA, airline employees may designate a representative to bargain on their behalf.

3. Based on the case *International Broth. of Teamsters, Airlines Div. v. Allegiant Air, LLC*, 788 F.3d 1080 (9th Cir. 2015), I learned that representative must either "demand recognition from a carrier" or be certified by the National Mediation Board ("the Board") as the employee representative. The case also stated that RLA representatives have a legal obligation to file annual reports with the Department of Labor.

4. Based on my research, I searched the Department of Labor's online "Union Search" function[1] for SkyWest Airlines Pilot Association ("SAPA"). There were no records in the "Union Search" that had been filed for SAPA.

5. On August 4, 2021 I reached out to the Board and left a voicemail inquiring whether the Board had certified SAPA as a RLA representatives.

6. On August 12, 2021, I received a call back from a National Mediation Board paralegal, Troi Newman, who confirmed over the phone that the Board did not have a record that it had certified SAPA.

[1] The "Union Search" function was accessed via webpage at https://olmsapps.dol.gov/olpdr/?_ga=2.256284491.1138867676.1629756461-1376968239.1628002418.

7. On August 13, 2021, I received an email from Troi Newman confirming that they had checked with the Board's head counselor and that the Board had no certification for SAPA. A copy of that email is attached hereto as Exhibit A.

*I declare under the penalty of perjury that the foregoing is true and correct.*

DATED this 23 day of August, 2021.

EKhaosanga
Ezzy Khaosanga

Follow-Up 08/12/21 Call - NMB

Troi Newman <troi.newman@nmb.gov>
Fri 8/13/2021 12:24 PM
**To:** Ezzy Khaosanga <Ezzy@utahjobjustice.com>

Hello Attorney Ezzy Khaosanga,

It was such a pleasure speaking with you yesterday. I double-checked with our head counselor, and National Mediation Board [NMB] has no certification for SkyWest Airlines Pilot Association [SAPA]. If you have any more questions, please do not hesitate to call 202-692-5039 or email your inquiry request to our Office of Legal Affairs, **ola-efile@nmb.gov**, and someone can further assist you. Thank you.

--
Troi Newman
Paralegal
National Mediation Board
1301 K Street NW Suite 250E
Washington, DC 20005
202-692-5039

# EXHIBIT 36

Erik Strindberg (Utah Bar No. 4154)
**STRINDBERG SCHOLNICK BIRCH HALLAM HARSTAD THORNE**
675 East 2100 South, Suite 350
Salt Lake City, Utah 84106
(t) 801.359.4169
(f) 801.359.4313
email: erik@utahjobjustice.com

Todd. R. McFarland (*Pro Hac Vice)*
Associate General Counsel
Office of General Counsel
**General Conference of Seventh-day Adventists**
12501 Old Columbia Pike
Silver Springs, MD 20902-6600
(t) 301.680.6321
(f) 301.680.6329
Email: mcfarlandt@gc.adventist.org

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| **SHANE ANDREW CASSELL,**<br>Plaintiff<br>v.<br>**SKYWEST, INC. d/b/a SKYWEST AIRLINES,**<br>Defendant. | **DECLARATION OF YOKO FUJIOKA-MATHEW**<br><br>Case No. 2:19-CV-00149 JNP-DAO<br><br>Judge Jill N. Parrish<br>Magistrate Judge Daphne A. Oberg |

I, Yoko Fujioka-Mathew, declare as follows:

1. I work as an administrative and legal assistant to Todd R. McFarland at the General Conference of Seventh-day Adventists.
2. At the request of Mr. McFarland I reviewed defendant SkyWest's document production SkyWest_002050 to SkyWest_002123, which is a 74 page PDF with the title "Stephen Horne Friday and Saturday Work History" on SkyWest_002123 and "Michael Wahlen Friday and Saturday Work History" on SkyWest_002103".
3. This document has columns titled "FlightDate" and "DayOfWeek" next to each other.
4. I compared sampling of the dates listed on this document to a calendar and discovered that every day listed under "DayOfWeek" as a Friday was in fact a Wednesday and every day listed under "Day OfWeek" as a Saturday was in fact a Thursday.
5. I then received the same information contained in the PDF in an Excel spreadsheet that had been produced by SkyWest. Using the date/calendar function in Excel I converted every date to a day of the week. I confirmed that for every entry the day's listed in SkyWest's document as a Friday was a Wednesday and every Saturday was in fact a Thursday.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED this 19th day of August, 2021.

Yoko Fujioka-Mathew

# EXHIBIT 37

Erik Strindberg (Utah Bar No. 4154)
**STRINDBERG SCHOLNICK BIRCH HALLAM HARSTAD THORNE**
675 East 2100 South, Suite 350
Salt Lake City, Utah 84106
(t) 801.359.4169
(f) 801.359.4313
email: erik@utahjobjustice.com

Todd. R. McFarland (*Pro Hac Vice)*
Associate General Counsel
Office of General Counsel
**General Conference of Seventh-day Adventists**
12501 Old Columbia Pike
Silver Springs, MD 20902-6600
(t) 301.680.6321
(f) 301.680.6329
Email: mcfarlandt@gc.adventist.org

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| **SHANE ANDREW CASSELL,**<br><br>Plaintiff<br>v.<br><br>**SKYWEST, INC. d/b/a SKYWEST AIRLINES,**<br><br>Defendant. | **DECLARATION OF MICHAEL WAHLEN**<br><br>Case No. 2:19-CV-00149 JNP-DAO<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Daphne A. Oberg |

I, Michael Wahlen, declare as follows:

1. I applied for a first officer position at SkyWest in approximately the fall of 2016. After applying I went through the interview process and was hired in November of that year.
2. I completed the ground school portion of the CTP certification course, which pilots must complete before working for an airline, on January 9, 2017, and completed the simulator portion of the CTP certification course a few days later.
3. On December 12, 2016 I submitted a Request for Religious Accommodation form, which allowed me to discuss the purpose of my request for religious accommodation, how my religious beliefs would limit my ability to perform the essential functions of my job, how the accommodation or modification would enable me to perform the essential functions of my job, and if I would be able to perform the essential functions of my job if I received the requested accommodation. A copy of my Request is attached hereto as Exhibit A.
4. I submitted this Request for Religious Accommodation because I am a practicing Seventh-day Adventist. As such, I do not work on the Sabbath which is from sundown Friday to sundown Saturday.
5. SkyWest's reply, which is attached as Exhibit B, was in my opinion very generic and non-committal. Significantly, SkyWest did not agree to provide me with the accommodation to not work or train during Sabbath hours.
6. I started SkyWest's ground school in Salt Lake City on February 13, 2017, to be trained as a First Officer (FO) flying the CRJ aircraft. There were approximately forty (40) other students in my class. Class sessions were from Monday through Friday for 4 or 5 weeks. Matrix training (which is done on a series of computer monitors) occurred after class,

starting on Friday. However, I was able to complete the Matrix training before sundown on Friday. This possibility was in part because of my request to delay the beginning of my training until after daylight savings time had begun, which meant that sundown was later than during the winter months. This increased the number of hours I was able to work on Friday afternoon/evenings and increased the odds of being able to attend the required Friday training, and increased the amount of flights I would be able to work while I was still low on the seniority list.

7. After ground school I did approximately three weeks of simulator training in Cincinnati, Ohio. As I understand, the simulators themselves were owned by another company, Flight Safety, but the training and scheduling of the training was done by SkyWest.

8. I was initially able to avoid simulator training on the Sabbath by bidding for the least desirable simulator time, which ran from 10 p.m. to 2 a.m. This schedule was one of just a few available that did not have any Sabbath conflicts. However, after I started training my schedule was changed to include some training on the Sabbath. I was able to find another student who had a schedule that was not during Sabbath hours and I approached them asking if they wouldn't mind trading with me. They said they'd be willing if it was approved by SkyWest. After I arranged this trade with the student, it was approved by the SkyWest training department.

9. After I completed ground school and simulator training, I had a few weeks off before I started training in the airplane itself. The flight training consisted of approximately 3 to 4 trips with a check airman flying passengers.

10. My training was completed by June of 2017 at which time I started working in the Detroit domicile. It is my understanding that everyone in my class, as well as 2 or 3 other classes

that finished after us, were assigned to Detroit. That domicile was adding more flights and SkyWest needed more pilots there. By choosing to stay in the most junior domicile I was able to have my relative seniority increase the fastest which allowed me more scheduling flexibility.

11. I was initially designated as a reserve pilot, but I only held that assignment for the first 3 weeks.

12. During the three weeks that I served as a reserve pilot, SkyWest allowed me to request which days I wanted to be on reserve for the remainder of the month. This is because I finished training between monthly bid periods and as such could not bid for the days off that I wanted along with the other current pilots. This is a normal practice for all pilots upon completing training in the middle of bid periods. They allow the pilots just after training to request the reserve days they want to work and the days off they want, but do not guarantee they can accommodate.

13. By my second month, starting in July of 2017, I was able to start bidding for a line using the Preferential Bidding System (PBS). During the first few months I was assigned a few Sabbath trips because I was not senior enough for PBS to award me every Saturday off of work, even though that is what I bid for. I was able to use the open time feature of our scheduling system to post those trips in the hopes that some other pilots would work them for me. I was able to get rid of them by offering other pilots $100 to take some of them off my schedule.

14. I had difficulty getting rid of one 4-day trip because very few pilots have the needed days off to be able to pick up that long of a trip. However, I was able to find a pilot to trade with by looking through the bid transparency list, which shows pilots in order of seniority

and the trips they had been assigned. From this list I was able to find another pilot who had a 4-day trip lined up that did not conflict with the Sabbath. I then identified the pilot by reviewing the seniority list for the domicile which lists all pilots in the domicile. I contacted the pilot and he agreed to the trade.

15. By the end of 2017 I had enough seniority so I could avoid Sabbath conflicts through the PBS without needing to trade flights with another pilot. PBS has seven different preference levels which allows you to enter varying criteria for the flights or schedule that you want. To avoid flying on the Sabbath on the first 4 preference levels I would enter that I only wanted to work Sunday through Thursday. On level 5 I would indicate that I would work Sunday through early Friday. On level 6 I would indicate that I would work Sunday through the afternoon of Friday. And on the last level, 7, I would indicate that I would work Sunday through one hour before sunset on each particular Friday. This was in the hope of avoiding working on the Sabbath if there were short delays at the end of one of my trips. This essentially means that as the last preference, I bid for every trip possible that was not during Sabbath hours.

16. By entering these preferences in PBS I have been able to avoid working on the Sabbath. I did review the sheets prepared by SkyWest which showed me working many Friday and Saturdays (Defendants Ex. G-2, Dkt. # 48-3, pp.2103-2123). I checked my log books and I did make the fights listed by SkyWest in the document. I also consulted a calendar, and what shows up on those sheets as Friday flights actually took place on Wednesday, and the Saturday flights actually happened on Thursday.

17. At the end of April 2021 I transferred to the Dallas-Fort Worth (DFW) base and moved to the Dallas area because the Detroit (DTW) base was being downsized and I wanted to

retain schedule flexibility for my family and religious beliefs and my (now) high relative seniority allows me to do that. During my entire employment with SkyWest I have never flown or trained on the Sabbath.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED this 25th day of August, 2021.

Michael Wahlen

# EXHIBIT A

SkyWest AIRLINES®

EMPLOYEE FORMS

# Employee Request for Religious Accommodation

PAGE 1 of 2 | REVISION Original | DATE 06/27/12

## Employee Information

Employee Name: Michael Andrew Wahlen (First | Middle | Last) Employee Number: 055602

Original Hire Date: 01/30/2017 Position: First Officer

Dept/Location: CRJ Training / Salt Lake City Home Phone: 301-471-8463

Manager Name: Jake Whicker Manager Phone: 801-258-4527

## Accommodation Request Details

*Attach additional pages if necessary.*

1. Describe the purpose of your request for a religious accommodation.

To allow me to remain employed and not violate my religious beliefs regarding Sabbath observance.

2. Describe how your religious beliefs limit your ability to perform the essential functions of your job. Please be as specific as possible.

My religious beliefs do not limit my ability to perform the essential functions of my job, however my accommodation request is to not be scheduled to work or train from Fridays at sunset to Saturdays at sunset.

3. Describe the accommodation or modification being requested and explain how the accommodation will enable you to perform the essential functions of your job. Please be as specific as possible.

To be allowed to not work or train during the time period of Fridays at sunset to Saturdays at sunset. This will allow me to keep Sabbath holy as practiced by Seventh-day Adventists.

4. Will you be able to perform all of the essential functions of your job if you receive the requested accommodation? ☒ Yes ☐ No If no, please describe the specific functions you will not be able to perform.

5. Are there any other modifications that would assist you in performing the essential functions of your job? ☐ Yes ☒ No If yes, please describe the other modification(s).

Employee Signature: Michael Wahlen Date: 12/5/16

# EXHIBIT B

December 12, 2016

Michael A. Wahlen - 55602

RE: Memorandum of Agreement for Religious Accommodation Request

This Memorandum of Agreement is in response to a request for religious accommodation. The company has thoroughly reviewed the information Michael A. Wahlen has provided both verbally and in writing, citing the specific religious observances and desire for company induced scheduling changes.

After extensive evaluation and consideration of the request as well as evaluation of the quality, safety, operational impact as well as training footprint structure for SkyWest, it has been determined that we are unable to honor the specific request with work scheduling. However, as an accommodation we have provided FO Wahlen with tools to meet his religious requirements. Options include pursuit of schedule changes as defined by company and departmental resources (e.g. drop/trade shift, bid for desired work assignments, domicile staffing/available shifts).

As standard for all pilots, unexcused work assignment will be addressed as defined by the Flight Operations reliability program PPM 3006.

Thank you for engaging in this dialogue regarding your request. Should you have any questions, please contact me directly.

| | | |
|---|---|---|
| Coy K. Bryant | Jake Whicker | Michael A. Wahlen |
| Mgr. Employee Relations | Mgr, CRJ Training \| Flt Ops. | First Officer |

# EXHIBIT 38

Erik Strindberg (Utah Bar No. 4154)
**STRINDBERG SCHOLNICK BIRCH HALLAM HARSTAD THORNE**
675 East 2100 South, Suite 350
Salt Lake City, Utah 84106
(t) 801.359.4169
(f) 801.359.4313
email: erik@utahjobjustice.com

Todd. R. McFarland (*Pro Hac Vice)*
Associate General Counsel
Office of General Counsel
**General Conference of Seventh-day Adventists**
12501 Old Columbia Pike
Silver Springs, MD 20902-6600
(t) 301.680.6321
(f) 301.680.6329
Email: mcfarlandt@gc.adventist.org

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| **SHANE ANDREW CASSELL,**<br><br>Plaintiff<br><br>v.<br><br>**SKYWEST, INC. d/b/a SKYWEST AIRLINES,**<br><br>Defendant. | **DECLARATION OF STEPHEN HORNE**<br><br>Case No. 2:19-CV-00149 JNP-DAO<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Daphne A. Oberg |

I, Stephen Horne, declare as follows:

1. I worked as a pilot for SkyWest Airlines from 2007 to 2018 both as a First Officer and Captain.
2. I am a practicing Seventh-day Adventist and as such observe the Sabbath from sundown on Friday to sundown on Saturday.
3. During my time at SkyWest I strove to keep the Sabbath and not work from sundown Friday to sundown Saturday and was largely successful.
4. I was able to avoid working on Sabbath by using the bidding and trading systems in place at SkyWest along with the normal crew scheduling policies and procedures in place.
5. When I first started at SkyWest in 2007 I was not as committed to Sabbath observance as I am now and came to be after I first began working at SkyWest.
6. During this time largely in 2007 I did work some during the Sabbath hours. However, after 2007 I was largely able to avoid Sabbath work except for a handful of times when, to the best of my memory, there were unforeseen circumstances that cause me to work into the Sabbath on Friday evenings.
7. In 2011 I also had incidents where I was required to work on Sabbath and was threatened and received discipline for not doing so. In response, I bid myself back to reserve and ultimately changed my base of operations to Phoenix, AZ

which allowed me better seniority to bid for my Sabbath off and I had no similar events after that.

8. I spoke with both Michael Wahlen and Shane Cassell regarding the strategies I used to avoid working on the Sabbath.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED this 26th day of August, 2021.

Stephen Horne