# Exhibit R

Exhibit R

| Flight | FlightDate | DayOfWeek | ACType | Tail | Origin | Dest | FlightHours | DepartureLocal | ArrivalLocal | Position | EmpNo | Sunset departure | Sunset arrival | Infringes on Sabbath? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6189 | 8/17/2007 | Friday | CRJ | N923SW | XNA | ORD | 1.7833 | 8/17/2007 18:37 | 8/17/2007 20:24 | FO | 31651 | 20:05 | 19:48 | Yes, arriving after sundown |
| 6076 | 8/17/2007 | Friday | CRJ | N923SW | ORD | LEX | 1.1166 | 8/17/2007 20:56 | 8/17/2007 23:03 | FO | 31651 | 19:48 | 20:28 | Yes, departing and arriving after sundown |
| 6450 | 11/23/2007 | Friday | CRJ | N956SW | LNK | ORD | 1.6166 | 11/23/2007 15:29 | 11/23/2007 17:06 | FO | 31651 | 17:03 | 16:24 | Yes, landing after sundown |
| 5877 | 12/28/2007 | Friday | CRJ | N927SW | MLI | ORD | 1.0833 | 12/28/2007 16:23 | 12/28/2007 17:28 | FO | 31651 | 16:39 | 16:26 | Yes, arriving after sundown |
| 6426 | 1/2/2009 | Friday | CRJ | N982SW | ORD | MBS | 0.9 | 1/2/2009 15:58 | 1/2/2009 17:52 | FO | 31651 | 16:31 | 17:10 | Yes, arriving after sundown |
| 6426 | 1/2/2009 | Friday | CRJ | N982SW | MBS | ORD | 1.2166 | 1/2/2009 18:27 | 1/2/2009 18:40 | FO | 31651 | 17:10 | 16:31 | Yes, departing and arriving after sundwon |
| 4609 | 7/30/2010 | Friday | CRJ | N433SW | RAP | SLC | 1.7666 | 7/30/2010 18:46 | 7/30/2010 20:32 | FO | 31651 | 20:19 | 20:30 | Yes, arriving after sundown |
| 4562 | 11/25/2011 | Friday | CRJ | N494CA | SMF | SLC | 1.5 | 11/25/2011 16:19 | 11/25/2011 18:49 | FO | 31651 | 16:47 | 17:02 | Yes, arriving after sundown |
| 4597 | 1/1/2016 | Friday | CRJ | N455SW | DTW | FWA | 1.5 | 1/1/2016 16:02 | 1/1/2016 17:32 | CA | 31651 | 17:10 | 17:22 | Yes, arriving after sundown |
| 4597 | 1/1/2016 | Friday | CRJ | N455SW | FWA | DTW | 1.2666 | 1/1/2016 17:54 | 1/1/2016 19:10 | CA | 31651 | 17:22 | 17:10 | Yes, departing and arriving after sundown |
| 5254 | 1/15/2016 | Friday | CR6 | N765SK | JAX | ORD | 2.3333 | 1/15/2016 16:33 | 1/15/2016 17:53 | CA | 31651 | 17:48 | 16:44 | Yes, arriving after sundown |
| 6277 | 1/22/2016 | Friday | CRJ | N971SW | ICT | ORD | 2.1666 | 1/22/2016 15:06 | 1/22/2016 17:16 | CA | 31651 | 17:41 | 16:52 | Yes, arriving after sundown |
| 6206 | 8/11/2007 | Saturday | CRJ | N969SW | SPI | ORD | 0.9833 | 8/11/2007 5:50 | 8/11/2007 6:49 | FO | 31651 | 20:00 | 19:56 | Yes, departs and arrives before sundown |
| 6549 | 8/11/2007 | Saturday | CRJ | N959SW | ORD | SGF | 1.5666 | 8/11/2007 8:10 | 8/11/2007 9:44 | FO | 31651 | 19:56 | 20:10 | Yes, departs and arrives before sundown |
| 6549 | 8/11/2007 | Saturday | CRJ | N959SW | SGF | ORD | 1.4666 | 8/11/2007 10:12 | 8/11/2007 11:40 | FO | 31651 | 20:10 | 19:56 | Yes, departs and arrives before sundown |
| 6123 | 8/11/2007 | Saturday | CRJ | N930SW | ORD | SDF | 1.3 | 8/11/2007 13:05 | 8/11/2007 15:23 | FO | 31651 | 19:56 | 20:41 | Yes, departs and arrives before sundown |
| 6027 | 8/11/2007 | Saturday | CRJ | N930SW | SDF | ORD | 1.2333 | 8/11/2007 15:57 | 8/11/2007 16:11 | FO | 31651 | 20:41 | 19:56 | Yes, departs and arrives before sundown |
| 6196 | 8/18/2007 | Saturday | CRJ | N924SW | LEX | ORD | 1.5666 | 8/18/2007 13:21 | 8/18/2007 13:55 | FO | 31651 | 19:41 | 19:46 | Yes, departs and arrives before sundown |
| 6268 | 8/18/2007 | Saturday | CRJ | N924SW | ORD | CRW | 1.5833 | 8/18/2007 14:26 | 8/18/2007 17:01 | FO | 31651 | 19:46 | 20:16 | Yes, departs and arrives before sundown |
| 6268 | 8/18/2007 | Saturday | CRJ | N924SW | CRW | ORD | 1.4833 | 8/18/2007 17:45 | 8/18/2007 18:14 | FO | 31651 | 20:16 | 19:46 | Yes, departs and arrives before sundown |
| 6579 | 8/18/2007 | Saturday | CRJ | N924SW | ORD | BNA | 1.5166 | 8/18/2007 18:59 | 8/18/2007 20:30 | FO | 31651 | 19:46 | 19:33 | Yes, departs before sundown |
| 6206 | 8/25/2007 | Saturday | CRJ | N909SW | SPI | ORD | 0.85 | 8/25/2007 5:51 | 8/25/2007 6:42 | FO | 31651 | 19:40 | 19:35 | Yes, departs and arrives before sundown |
| 6019 | 8/25/2007 | Saturday | CRJ | N909SW | ORD | MKE | 0.8166 | 8/25/2007 7:27 | 8/25/2007 8:16 | FO | 31651 | 19:35 | 19:38 | Yes, departs and arrives before sundown |
| 6227 | 8/25/2007 | Saturday | CRJ | N909SW | MKE | ORD | 0.7666 | 8/25/2007 8:47 | 8/25/2007 9:33 | FO | 31651 | 19:38 | 19:35 | Yes, departs and arrives before sundown |
| 6210 | 8/25/2007 | Saturday | CRJ | N412SW | ORD | DAY | 1 | 8/25/2007 11:04 | 8/25/2007 13:04 | FO | 31651 | 19:35 | 20:19 | Yes, departs and arrives before sundown |
| 6210 | 8/25/2007 | Saturday | CRJ | N412SW | DAY | ORD | 0.95 | 8/25/2007 13:26 | 8/25/2007 13:23 | FO | 31651 | 20:19 | 19:35 | Yes, departs and arrives before sundown |
| 6646 | 9/1/2007 | Saturday | CRJ | N928SW | ORD | SYR | 1.7666 | 9/1/2007 6:47 | 9/1/2007 9:33 | FO | 31651 | 19:24 | 19:39 | Yes, departs and arrives before sundown |
| 5801 | 9/1/2007 | Saturday | CRJ | N928SW | SYR | ORD | 1.9 | 9/1/2007 10:08 | 9/1/2007 11:02 | FO | 31651 | 19:39 | 19:24 | Yes, departs and arrives before sundown |
| 5800 | 9/1/2007 | Saturday | CRJ | N928SW | ORD | YWG | 1.95 | 9/1/2007 12:08 | 9/1/2007 14:05 | FO | 31651 | 19:24 | 20:12 | Yes, departs and arrives before sundown |
| 5829 | 9/15/2007 | Saturday | CRJ | N910SW | ORD | OMA | 1.5333 | 9/15/2007 6:09 | 9/15/2007 7:41 | FO | 31651 | 19:00 | 19:33 | Yes, departs and arrives before sundown |
| 5829 | 9/15/2007 | Saturday | CRJ | N910SW | OMA | ORD | 1.3333 | 9/15/2007 8:11 | 9/15/2007 9:31 | FO | 31651 | 19:33 | 19:00 | Yes, departs and arrives before sundown |
| 6154 | 9/15/2007 | Saturday | CRJ | N910SW | ORD | GRR | 0.7833 | 9/15/2007 10:40 | 9/15/2007 12:27 | FO | 31651 | 19:00 | 19:53 | Yes, departs and arrives before sundown |
| 6154 | 9/15/2007 | Saturday | CRJ | N910SW | GRR | ORD | 0.9833 | 9/15/2007 12:58 | 9/15/2007 12:57 | FO | 31651 | 19:53 | 19:00 | Yes, departs and arrives before sundown |
| 4497 | 6/4/2011 | Saturday | CR9 | N821SK | BOI | SLC | 1.15 | 6/4/2011 6:29 | 6/4/2011 7:38 | FO | 31651 | 21:21 | 20:54 | Yes, departs and arrives before sundown |
| 4773 | 6/4/2011 | Saturday | CR9 | N821SK | SLC | LAX | 1.8333 | 6/4/2011 8:32 | 6/4/2011 9:22 | FO | 31651 | 20:54 | 20:00 | Yes, departs and arrives before sundown |
| 4773 | 6/4/2011 | Saturday | CR9 | N821SK | LAX | SLC | 1.5166 | 6/4/2011 10:14 | 6/4/2011 12:45 | FO | 31651 | 20:00 | 20:54 | Yes, departs and arrives before sundown |
| 6430 | 12/31/2011 | Saturday | CRJ | N970SW | SMF | LAX | 1.55 | 12/31/2011 16:51 | 12/31/2011 18:24 | FO | 31651 | 16:54 | 16:53 | Yes, departs before sundown |