Scott M. Petersen, #7599
Tanner J. Bean, #17128
**FABIAN VANCOTT**
215 South State Street, Ste. 1200
Salt Lake City, Utah 84111-2323
Telephone: (801) 531-8900
Facsimile: (801) 596-2814
spetersen@fabianvancott.com
tbean@fabianvancott.com

*Attorneys for Defendant SkyWest Airlines, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH - CENTRAL DIVISION**

| | |
|---|---|
| SHANE ANDREW CASSELL,<br>Plaintiff,<br>v.<br>SKYWEST, INC., d/b/a SKYWEST AIRLINES,<br>Defendant. | **SUPPLEMENTAL DECLARATION OF ARIC ARNOLD**<br>Case No. 2:19-cv-00149-JNP-EJF<br>Judge Jill N. Parrish<br>Magistrate Judge Evelyn J. Furse |

I, Aric Arnold, declare and state as follows:

1. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently to them under oath.

2. I am the President of the SkyWest Airlines Pilot Association ("SAPA"), SkyWest pilots' designated collective bargaining representative under the Railway Labor Act. I have been the President of SAPA for 3 years, and prior to that, I had been SAPA's Secretary since 2015.

3. I previously executed a declaration in this case, which was attached as Exhibit K to the appendix in support of SkyWest's motion for summary judgment. I incorporate my statements therein in this declaration.

4. At SAPA's inception in 1992, SkyWest voluntarily recognized SAPA as SkyWest pilots' collective bargaining representative under the Railway Labor Act. Since then, SkyWest has always recognized SAPA as SkyWest pilots' representative.

5. Since 1992, there have been only two disputes concerning SkyWest pilots' collective bargaining representative.

6. In 2004, the Unified Pilots Association ("UPA") raised a representation dispute with the National Mediation Board ("NMB"). UPA gathered and submitted signature cards from pilots and submitted them to the NMB. NMB held an election, and the result was that less than 51% of SkyWest pilots voted for UPA, so NMB did not certify UPA as SkyWest pilots' representative. SAPA remained SkyWest pilots' representative.

7. Similarly, in 2007, the Airline Pilot Association ("ALPA") raised a representation dispute with the NMB. NMB conducted the same process as it had with UPA in 2004 and the election result was the same. Again, SAPA remained SkyWest pilots' representative.

8. The foundation and existence of the seniority system is laid in the Pilot Policy Manual, which SAPA has always understood to include the bidding system in addition to the items listed in 1.A.3. of the Pilot Policy Manual. SAPA does not read 1.A.3. as the exclusive list of subjects governed by seniority. If SkyWest ever unilaterally modified the seniority system in any material way relating to the bidding system, SAPA would take the position that such modification was a material breach of the CBA between SAPA and SkyWest.

9. SkyWest has never exercised unilateral discretion to modify its seniority system in any respect without consulting and negotiating with SAPA and reaching a bargained solution. It is understood between SAPA and SkyWest that the seniority system, and all its applications, is a central component of SAPA and SkyWest's collective bargaining agreement, which includes, but is not limited to, how pilots determine their domiciles and bid their lines.

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED September 30, 2021, at Denver, Colorado.

*/s/ Aric Arnold*
*electronically signed with permission*
SAPA President
Capt. Aric Arnold