marked as Exhibit -- what I want to mark as Exhibit 16. This is SkyWest 300 through 303.

(Exhibit 16 was marked.)

Q. (BY MR. PETERSEN): Do you see this document?

A. I see it.

Q. Have you ever seen this before?

A. I saw just this section of it a couple of days ago.

Q. Okay. You didn't ever look up any kind of a online or paper user guide that was titled "PBS User Guide"?

A. No, I never did.

Q. Okay. And I'll just represent that this is just a few pages of the guide that I pulled out to show you.

But did you ever look at anything that looks like this, "Introduction" or "Advantages of PBS" or "User Guide Overview"?

A. The document very well could have been provided to me. There was a lot of things provided to me the first week of training, and I was not focused on things like this that weren't applicable during training. So it could have been provided to me. I might have looked at it, but I don't recall

ever opening this document.

Q. Okay. I'm going to show you what I would like to mark as Exhibit 17.

(Exhibit 17 was marked.)

Q. (BY MR. PETERSEN): And this is a section, I'll represent to you, of SkyWest's sort of standard practice policies. And this is Bates-numbered 418 to 421.

Have you ever seen this section of SkyWest's policies and procedures?

A. I saw this excerpt a couple of days ago, and I do recall getting a copy of the employee policy or the pilot policy manual on the EF -- the -- they gave us a Windows Surface tablet when we started training. I know this was on there. I don't -- I don't remember if I looked at this specific part of it or not, though.

Q. All right. You don't recall reviewing anything that looked like this or looking at this? It doesn't ring your recollection that you reviewed this at the time -- either of your resignation from SkyWest or at the later time when you reapplied in the summer of 2017. Is that fair?

A. That's fair, yeah. I know that they -- that they didn't pull this out and go through it

when I resigned.

Q. They did not, you're saying?

A. Yeah. If they did, I didn't see it. They weren't quoting from it.

Q. Okay. Do you see, though, under 3A, "Consistent reliability is expected of all company pilots; therefore, it is the pilot's responsibility to be available at the report-for-duty time"?

Would you agree with that statement?

A. I would agree with that statement.

Q. And was that your understanding in 2016 and 2017 that that was SkyWest's policy?

A. Yeah.

Q. Okay. Had you ever heard of a scheduled assignment deviation or a SAD?

A. It sounds familiar, like it was mentioned.

Q. But you -- but sitting here today, you don't remember a specific -- either you investigating as to what it meant or having any specific discussions with anybody about SAD?

A. My recollection -- I'm sorry.

Q. Sorry. Go ahead.

A. My recollection is, it was mentioned in ground school during indoc when we went through -- they went through some company policies. That's

when I seem to recall remembering it.
Q. Okay. Under Sick Calls under 4D, do you see this? It says, "Any pilot who is found to have falsified a sick-leave claim, falsely claimed to be ill, or failed to return from sick leave or a leave of absence as soon as physically able to do so will be subject to immediate termination."
Did you know that that was SkyWest's policy at the time in 2016, 2017?
A. I probably read it in there and would have been aware of it.
Q. Okay. All right.
But if I asked you to comment on some of this, you don't have any specific recollection of having reviewed this particular policy?
A. Not -- nothing that sticks out. Like I said, I -- I do believe that some of this stuff was mentioned during indoc, company indoc, but I don't -- I don't remember how much time was spent on it, if there was any test over it. I think it was just a, "Hey, this is where you can find all this information" kind of talk.
Q. Okay. All right. I'm going to show you what I would like to mark as Exhibit 18. And it is labeled CASSELL 194 through 215. It is labeled

"confidential."

(Exhibit 18 was marked.)

Q. (BY MR. PETERSEN): Can you -- do you recognize -- it's a fair amount of documents, but they all look similar.

Do you know what these are?

A. These are my duty logs, and that would date as far back as December of 2018.

Q. Okay. So what I'd like you to do is just take this first one, CASSELL 194 of Exhibit 18, and tell me -- help me understand how to read this.

MR. STRINDBERG: Would you blow that up a little bit, Scott?

MR. PETERSEN: Yeah. It's going to go -- yeah. I'm going to have to go back and forth because it's going to -- it's going to make it so I can't -- it's not on the same page. Tell me when.

Is that good enough, Erik?

MR. STRINDBERG: Yeah, it is. Thank you.

Q. (BY MR. PETERSEN): Okay. So let me start, Mr. Cassell -- help me understand -- first of all, like, I'm looking at this first one, and it says "December of 2018."

Does that mean it's for the whole month?

A. Yes.

Q. All right. So then if I go back to the left here, what do the Date columns mean? And why are they numerical orders as opposed to an actual date?
A. Well, the first one would be December 1. All of this is assumed to be December of 2018 since it's marked in the top right-hand corner as that. And then you go all the way down to December 1st.
Q. Okay.
A. (Inaudible.)
(Reporter clarification.)
A. It goes -- it would -- it should go down to the 31st of December.
Q. Like that?
A. Yes.
Q. Okay.
A. So this was the first month we used it, so we were still trying to figure out exactly how to do it properly. So if you scroll further down, you would find one that's more accurately filled out. But I can tell you what's going on here.
Q. Well, let's do one that's got more in it.
Is the second month a better one?
A. Yeah, the second month would be better.
Q. All right. This is January 2019?

A. Yeah.
Q. Okay.
A. So this is my crew flight and duty record, January 1st. If you scroll all the way to the right, you'll see the type of assignment that it was. This was a 24-hour rest period. I was off.

Then if you go down to the next line, which would be January 2nd, I flew a flight from Lincoln up to XVG and back down to Lincoln. It was Part 135. That's what the "Reg" says. Within the columns, just working right to left, I had no night landings; two day takeoffs; two day landings; no holds; no instrument approaches.

I -- and then the numbers here, IFR hours, 0.7 flying in clouds or in limited visibility. "Comm hours" would be "commercial hours." It was 3.8 hours. "PIC" would be "pilot in command." "SIC" would be "second in command."

So it shows that I had 3.8 PIC, pilot in command, hours. Rest hours, I had 18.3 hours of rest. And it's saying that I was on duty for 5 hours and 40 minutes. The time on was -- and this is in UTC time. So this would have been 10:30 -- or, no, this is close to 6:00. So it would have been 9:30 and it would be 4:10. So that's when I

went on duty and then when I was off duty.
Q. Okay.
A. Aircraft type, BE9L, that's a King Air. That's the craft registration. November 390PS, N390PS.
Q. So the "A/C type" is aircraft type?
A. Yeah, aircraft type and registration is there. BE9L is the type. N390PS is the aircraft's registration.
Q. Okay. So you get -- you're on salary. But what it shows is from the 1st to the 6th, you only worked on the 2nd, correct?
A. Yeah, that's correct.
Q. Then you worked on the 7th. You had two flights on the same day. That's why they both show the "7" there?
A. Yes.
Q. Then what's the "NA" for the rest hours?
A. That's saying that the rest hours, there was not -- it was not applicable because there was no rest requirement prior to the flight --
Q. Okay.
A. -- which, with Part 91, you will get that. There's no regulation governing how much -- how much a pilot can fly, how long they can be on duty, and

how much rest they have to have when operating under Part 91.
Q. All right. I know that because I go to the far right, and it tells me the part?
A. It should say. And, yeah --
Q. The first one says "135," and then the second one says "91."
A. Yeah. So the 135 flight was first, and then the 91 flight was second. And since the flight 91 -- Part 91 flight was second, there was no requirement for me to have been rested prior to that flight.
Q. So on the 7th, you had a total of three takeoffs in the day, three takeoffs -- or landings in the day, and one takeoff at night, and one landing at night?
A. That's what it appears to say, yeah. Uh-huh. Yeah, that's right.
Q. Is this month -- this month shows one, two, three, four, five, six, seven, eight days that you worked.
Is that a typical month?
A. No. That's pretty light.
Q. So when I go down to -- let's take the 20 -- line 20 there, the 20th.

You're in training?
A. Yeah.
Q. You're getting paid for eight hours, but you're not actually flying anything?
A. Correct. I was in class. I was doing class from -- oh, those times don't match up. I think I might have accidentally put local time instead of UTC time in there. Like I said, we were new, and we were still trying to figure the system out at this point. But, yeah, I was only in training for eight hours that day.
Q. Okay. Okay. All right.
MR. PETERSEN: Do you want to take a five-minute break? I'm getting toward the end here.
(Recess taken, 3:07 p.m. to 3:16 p.m.)
Q. (BY MR. PETERSEN): Mr. Cassell, you understand you're still under oath, correct?
A. I understand.
Q. So I want to ask you just some follow-up questions. I know we talked about earlier on the domicile selection your willingness to pick the worst domiciles -- or the most junior domiciles, the worst flights because they're mostly going to be left for the junior pilots.
Did you have an understanding -- and I

think I asked it, but I'm not sure I know what your answer was. I may have moved on before I got it.

Do you realize that there's a seniority system for first officers and a seniority system for a pilot such that -- let me just finish -- such that when you become senior as a first officer, if you want to be a pilot, you switch over and go back down to the bottom of that seniority pile as it relates to those pilots? Did you have that understanding when you were training or flying at SkyWest?

A. Yeah, I had that understanding. I knew that, to upgrade to a captain position, you'd go back to the bottom. I knew some people chose to wait a little bit so that when they upgraded to captain, their seniority would be a little higher.

So my understanding was, the company's seniority system allowed you to -- it's compared against other employees. You don't start all over again at the bottom of the list when you upgrade to captain if you wait to upgrade longer than your fellow peers that have the same seniority numbers that you might.

Q. So if I understand that right, then, what you're saying is, if you had worked as a first officer for, say, 15 years and you then wanted to

become a pilot, that 15 years of seniority would -- how -- in your understanding, when you decided to become a pilot, where would that -- those 15 years help you in the pilot seniority list, the captain seniority list?

A. Certainly. So, as I understand it, if you -- if I were to upgrade to captain as soon as I had the seniority and qualifications to do so, I would be very junior. If someone that remained a first officer longer than I did -- let's say we were hired at the same time -- and I switched right away to captain as soon as I was able to and they waited another two years, they would not start beneath me on the seniority list for captains. They would still be where they were. Let's say they were above me to begin with. They would still be above me as a captain when it comes to seniority.

Q. And is that understanding from -- where do you get that understanding, that that's how the seniority system would work across first officer to captain?

A. From pilots I've spoken to that work there.

Q. Does that include Steve Horne?

A. Yes.

Q. And Mr. Wahlen?

A. Yes.

Q. Okay. I'm going to show you --

MR. PETERSEN: Is this 19, Jessica?

THE REPORTER: Yes, it is.

(Exhibit 19 was marked.)

Q. (BY MR. PETERSEN): I'm showing you another chunk of the standard practice -- SkyWest's, essentially, policies and procedures. This one entitled "Corrective Action Process," do you see that? It's Bates-numbered SkyWest 546 to 547.

Do you recognize this portion of the policy and procedures manual?

A. I saw it a few days ago with all the other documents that were sent to me, and I'm -- there's a chance that I looked over it in training. But I -- aside from that, no.

Q. Okay. What are your current plans at Silverhawk? You've been there for almost four years now, and you're assistant chief pilot.

What -- are you vying to be the chief pilot of the airline?

A. Not necessarily. But the chief pilot we have currently is very good at what he does, and I have no aspirations to push him out and take that

spot. Or if it became available, I would -- I don't really know what I would do.
Q. Are you looking to move to another company, another airline?
A. Not necessarily. I would never say I'm never looking, but I'm happy with what I'm doing currently.
Q. You're not engaged currently in any efforts to seek other employment other than Silverhawk?
A. Correct.
Q. And do you receive regular or yearly raises at Silverhawk currently?
A. We get -- we get yearly raises.
Q. Do you know how much those raises are?
A. Under the current pay scale for a captain, it's $2,500 a year in the salary increase.
Q. And is there a cap on that?
A. I think the cap is ten years.
Q. So it would be 2,500 a year times ten, so $25,000 of potential increase over the next ten years?
A. Yeah.
Q. And do you know whether the chief pilot is -- if you were to take the chief pilot's

position, would that change that analysis you just gave about the 25,000 over ten years?
A. I think that it remains the same.
Q. Do you know how much the chief pilot is making?
A. I don't know how much the chief pilot is making.
Q. All right. Has Silverhawk suggested that there will be any additional benefits offered or employer-paid portions of the current benefits?
A. To be -- if I were to become the chief pilot?
Q. No. Just, do they have any plans to pay more towards benefits or to offer benefits they don't currently offer?
A. Not to my knowledge.
Q. Any more bonus plans or bonus incentives that have been discussed by Silverhawk?
A. Not to my knowledge. I know that -- the only thing I know of is, there's been talks of changing the pay scale to increase pilot pay at Silverhawk. But aside from that, I've heard nothing. I don't know how much. I don't know when it would go into effect, nothing like that. I just know there's been talks of it.

Q. But it would be pay increases for all of you as pilots?
A. It should be, yes.
Q. And no idea if we're talking about $1,000 or $10,000?
A. Correct.
Q. Okay. If I were to explain to you that switching from a first officer to a captain at SkyWest meant that you went to the bottom of the captain seniority list at the domicile in which you were situated, would that discourage you, in your mind, from switching over if you became a senior first officer and were able to secure no Sabbath work?
A. It would prevent me from doing it. I would wait until I had the seniority to have a good schedule as a captain before I would make the switch.
Q. So do you think -- it's your understanding that you could secure a captain's schedule before becoming a captain?
A. I'm not entirely certain what you mean.
Q. Sure. You indicated, if I understood you right, that you would make sure that you had secured a good captain's schedule before making the switch

from first officer to captain; is that right?
A. I see what you're saying.
Yes, I would wait -- the key here would be, I would want my seniority to be high enough so that when I made the switch from first officer to captain, I could have a very good expectation I would be able to get Saturdays off, the Sabbath period off.
Q. I see. So your understanding is that the difference between seniority of captains and first officers still goes back to seniority with the company, not a seniority difference between first officers and captains, per se?
A. That's correct. That's how I understand it.
Q. Okay. And if your understanding was incorrect and that a switch from first officer to captain meant -- if the result was, you switched from first officer to captain, you're going to go back to the bottom of the captain seniority list for purposes of seniority, scheduling, and all of that, would that make you think about staying as a first officer if, as a first officer, you were able to secure no Sabbath work?
MR. STRINDBERG: I'm going to object to

the question. You're asking him to speculate.

Q. (BY MR. PETERSEN): Go ahead. Do you understand what I'm saying?

A. I understand what you're saying. Yeah, I think that would discourage me. I'm not saying I wouldn't upgrade to captain. It would definitely -- I would definitely -- it would be a calculated move when I did, though.

Q. Okay. And what are your -- do you have any long-term plans as to kind of where you see yourself in five years or ten years?

A. Flying airplanes. Yeah, I don't -- I don't know that I -- I don't know. Like I said, I'm very happy here at Silverhawk. I don't have any plans to leave. I like the company. I like where I'm living. It's a good situation for me right now.

Q. What's your year of birth? I'm sorry. I asked you and you told me. But I didn't write it down.

A. No problem. 1991.

Q. Do you -- I mean, could you see yourself retiring at Silverhawk?

A. Potentially. Maybe. I don't know what the future holds for the industry, for the company, for myself.

Q. I see. Has COVID-19 affected your plans for your future?

A. Not really too terribly -- too terribly bad -- too badly. I can't talk. I -- it definitely has affected -- it affected my company a little bit when it hit initially when everybody quit flying. But we've -- we've found that we've had no decrease in demand from last year this year. People will still fly privately. So it hasn't necessarily changed anything here.

Q. What if switching from first officer to captain at SkyWest meant you had to go not only to the bottom of the captain list, but you had to be a reserve pilot again and risk having -- being scheduled as a ready-reserve on your Sabbath?

MR. STRINDBERG: Same objection. Asking him to speculate.

Q. (BY MR. PETERSEN): Go ahead.

Would that be another reason that might discourage you from switching from first officer to captain?

MR. STRINDBERG: Same objection.

Q. (BY MR. PETERSEN): Go ahead.

A. As I said before, I think it would make me -- it would be a calculated move when I did it.

Like, I wouldn't do it in the middle of winter. I would do it in the summertime when the sun went down later, et cetera. I mean, I think it would be discouraging to anybody regardless of whether or not they hold that religious belief. Nobody wants to have a bad schedule.

Q. Is it fair to say that -- did you have a specific intent when you started -- when you applied for SkyWest on any of the three times you applied, that I -- "My goal is to be a pilot"? Or did you say, "My goal is to be a captain" or "My goal is to be a first officer" or "I want to be a chief pilot"?

Did you have any particular goals at those times?

A. Yeah. My -- my hope was that I would be able to upgrade to captain and let my seniority increase so that I could get a base in the mountains, Denver or Colorado Springs, and be able to hold that base with a good schedule as a captain and potentially even move into being a line check airman for the company.

Q. Are you a line check airman currently for your company?

A. I'm a check airman currently, yes.

Q. And you're a captain currently?

A. Yes.
Q. Have you found the mountains that you're looking for?
A. Not in Lincoln, Nebraska. But Denver is six hours away, so it's all right.
Q. Okay. Gotcha. You mentioned early on that pretty much most airlines have a seniority system of some sort; is that right?
A. Correct.
Q. In your understanding?
A. As I understand it, yes.
Q. Do you have an understanding as to whether SkyWest's seniority base system is significantly different from other seniority systems in the airline industry, in your understanding?
A. As I understand it, SkyWest doesn't have a union; they just have the pilots' association.
Q. Is that SAPA you're talking about, the SkyWest Airline Pilots Association?
A. Yes.
Q. And you say they're not a union; is that right?
A. They don't -- they don't claim to be a union like the Airline Pilots Association or Teamsters does.

Q. Okay. Do you know whether "SAPA" -- that's what I'm going to say for reference to SkyWest Airlines Pilots Association.
Do you know whether SAPA negotiated with SkyWest management on behalf of pilots?
A. As I understand, they do.
Q. Do you know whether or not -- do you have any understanding as to whether SAPA has negotiated the terms and conditions of SkyWest's seniority system?
A. I do not know who was responsible for negotiating that.
Q. Have you ever seen anything that looked like some sort of collective bargaining agreement between SAPA and SkyWest Airlines?
A. Not that I recall.
Q. You've never seen a writing electronically or in hard copy that looked like some sort of CBA, collective bargaining agreement?
A. If it was shown to me, I did not know that that was what I was looking at.
Q. Okay. In your discussions with Mr. Horne or Mr. Wahlen, did they ever discuss SAPA?
A. Not really. They -- they really didn't talk about it. I know -- I know it was brought up

once or twice, but it was just like, "Yeah, this is our" -- Steve brought it up once or twice. He's like, "Yeah, this is who we have. Instead of a union, we have SAPA."

Q. Did they suggest that that was a negative, that somehow SAPA didn't represent them?

A. No, not necessarily.

Q. Have you had any discussions with any of the other airlines with whom you've applied prior to working for Silverhawk regarding accommodations to your religious observance needs?

A. Yeah. With -- I applied at Republic Airline, I applied at PSA, and I applied at GoJet as well. And with each of them, I had the discussion, and I got the same response from PSA and GoJet. They -- they told me that they were not -- they didn't say they wouldn't hire me, but they said, "You're going to run into problems." And Republic would not even interview me.

Q. "Problems," meaning conflicts with your Sabbath?

A. Yeah.

Q. Do you know whether those airline companies had seniority systems?

A. Republic and GoJet have -- to the best of

my knowledge, have the PBS system. And then at the time, PSA had what they call a "SAP," schedule adjustment period. It works a little bit differently, from what I've been told, but I couldn't give you the details on that.

Q. But they would not even consider hiring you because they -- it was their position that you were going to have problems with scheduling?

A. GoJet and PSA offered me jobs, but they told me that they could not guarantee anything. Republic would not interview me.

Q. Have you filed any discrimination charges against either of those three companies?

A. I have not.

Q. Why not?

A. Well, I had one going with SkyWest, and I didn't want to take on a bunch of legal work, I guess. I didn't want to -- I didn't want to fight more than I -- I don't know. SkyWest was enough for me.

Q. Okay. Do you believe that the way those airlines treated you in telling you that they couldn't guarantee no work on the Sabbath was a violation of the law?

MR. STRINDBERG: Objection. Objection.

Misstates his testimony.

Q. (BY MR. PETERSEN): Okay. Let me back up a little bit.

Do you have any -- do you believe that the way those other three airlines treated you was legal, in your understanding?

MR. STRINDBERG: I'm going to object to the question. That calls for a legal conclusion. He's not a lawyer.

Q. (BY MR. PETERSEN): Go ahead. What's your understanding?

A. Well -- allow me a minute to think. So they never stated that they would fire me over it. They just said, "We can't guarantee that your schedule will be free from Saturday conflicts." And then they -- they said, "We're offering you a job, but understand that this is what you'll be up against here."

I never got to a point where I felt that I needed to ask them for an accommodation because I never got into training with them. So in what they said, they told me, "Hey, yes, you're going to be up against this is, and we'd like to offer you a job." So I don't feel that that was illegal.

Republic choosing not to interview me,

that potentially could -- I could probably make a case out of that, maybe. I don't know. I would be more likely to. But at the moment, I don't have a desire to do so.

Q. The PSA offer and the other offer, why didn't you take one of those?

A. Because it was going to be the same situation that I ran into at SkyWest for an airline.

Q. You realized that you're going to have problems ensuring your Sabbath free of work?

A. Yes.

Q. Correct?

A. Correct.

Q. And that was essentially a deal-breaker for you for employment purposes?

A. Yeah.

Q. Okay. All right. Do you think that SkyWest's -- do you -- are you aware of any airline that's a Part 121 airline that indicated that -- that indicated to you that they would be able to accommodate your religious Sabbath without problems, similar to what you've been told by PSA and SkyWest and the other airline? I can't remember that other airline's name. It's not Republic. The other one.

A. I'm not aware of any airlines that -- that

have guaranteed such.
Q. Do you believe that SkyWest's failure to hire you in the summer of 2017 was caused by your filing a complaint against SkyWest in February of 2017?
A. I -- I believe the reason that they -- that SkyWest chose not to hire me could have had something to do with that, in addition to the fact that I had requested an accommodation in the past.
Q. All right. Did somebody make you think that? I mean, did anyone say anything to you at SkyWest that would indicate to you that SkyWest was upset or angry about the fact that you had filed a discrimination charge in February of 2017?
A. No.
Q. Did anyone at SkyWest indicate to you that they were upset or angry because you had earlier requested an accommodation at the end of 2016?
A. No.
Q. Other than your belief that you think it's based in one of those two items, do you have any other statement or document or evidence that you're aware of at SkyWest that would support your belief that SkyWest's decision not to hire you was related to a prior request for accommodation or a prior

discrimination charge?

MR. STRINDBERG: Object to the question. You're asking him basically to do the work of an attorney to determine what facts support his claim, and that's not an appropriate question.

MR. PETERSEN: I'm going to ask it.

Q. (BY MR. PETERSEN): I just want to know if you have any other evidence or comment or piece of paper.

A. I personally do not.

Q. Okay. Are you aware of anybody who possesses such a piece of paper or evidence at this point?

A. My attorney might.

Q. Okay. And your belief as to why you resigned, your position on that is that you were not willing to work it the day -- that portion of your Sabbath that was -- that your training session was bleeding into, and you didn't want to be terminated, which you knew was inevitable if you didn't work it, is that right, and that's why you resigned?

A. That's why I resigned, yes.

Q. Okay. And while I know that you believe that SkyWest may have not hired you in 2017 in part because of -- in whole or in part because of your

request for accommodation earlier or your filing the charge, that's not what SkyWest told you was the reason for not hiring you; isn't that right?
A. SkyWest sent me an email saying that they were not going to hire me. I don't remember exactly what was in that email.
Q. Do you recall anything along the lines of it being -- that it being your -- that the -- that SkyWest's position was that there would be no way you could avoid Saturday work at some point as a newly hired reserve pilot?
A. SkyWest had -- they made that position clear in emails that they sent back and forth between Todd Emerson and Alan Reinach.
Q. And even as far back as February 2017's letter from Todd to Mr. Reinach, it indicated the same thing; isn't that right?
A. Yes.
MR. PETERSEN: All right. Let me take a five-minute break. I may be done.
Are you going to ask any questions, Erik? I'm assuming not.
MR. STRINDBERG: Probably not. But it depends what else you come up with.
MR. PETERSEN: All right. Let's take five

minutes, and then I may be done or I may have a couple of last-minute questions. So just give me a second.

(Recess taken, 3:44 p.m. to 3:50 p.m.)

MR. PETERSEN: All right. Going back on.

I don't have any more questions at this time.

MR. STRINDBERG: We don't have any, either.

We'll read and sign. Jessica, could you send the transcript to me and I'll get it to Shane?

THE REPORTER: Sure.

Copy orders?

MR. STRINDBERG: For myself, I just want it electronically.

MR. PETERSEN: Digital is fine with me.

(Signature requested.)

(Whereupon, the taking of this deposition was concluded at 3:50 p.m.)

* * *

Original transcript filed with Mr. Petersen.

Reading copy submitted to Mr. Strindberg.

CERTIFICATE

STATE OF UTAH )
COUNTY OF __________ )

I HEREBY CERTIFY that I have read the foregoing testimony consisting of 227 pages, numbered from 5 through 231 inclusive, and the same is a true and correct transcription of said testimony except as I have indicated said changes on the enclosed errata sheet.

_______________________
SHANE ANDREW CASSELL

Subscribed and sworn to at ___________________
this ______ day of ____________________ 20___.

_______________________
Notary Public

My commission expires:

* * *

C E R T I F I C A T E

STATE OF UTAH )
COUNTY OF SALT LAKE )

THIS IS TO CERTIFY that the deposition of SHANE ANDREW CASSELL was taken before me, Jessica Croxford, a Registered Professional Reporter in and for the State of Utah;

that the said witness was by me, before examination, duly sworn to testify the truth, the whole truth, and nothing but the truth in said cause;

that the testimony was reported by me in Stenotype, and thereafter transcribed by computer under my supervision, and that a full, true, and correct transcription is set forth in the foregoing pages.

I further certify that I am not of kin or otherwise associated with any of the parties to said cause of action and that I am not interested in the event thereof.

WITNESS MY HAND this 8th day of October, 2020.

____________________________
Jessica Croxford, RPR

**Exhibits**

**Cassell Exhibit 01** 63:21
**Cassell Exhibit 02** 92:10,12
**Cassell Exhibit 03** 95:9,17,19
**Cassell Exhibit 04** 109:12,13
**Cassell Exhibit 05** 118:21,22,23 122:18
**Cassell Exhibit 06** 120:22,23 134:10
**Cassell Exhibit 07** 128:13 138:9
**Cassell Exhibit 08** 143:4,5,6
**Cassell Exhibit 09** 151:20,21
**Cassell Exhibit 10** 155:19,20,22 156:1 170:22
**Cassell Exhibit 11** 155:20 156:2,3 174:9
**Cassell Exhibit 12** 174:1,2
**Cassell Exhibit 13** 190:25 191:1,2
**Cassell Exhibit 14** 192:11,12 196:18
**Cassell Exhibit 15** 197:17,19 200:19
**Cassell Exhibit 16** 202:2,3
**Cassell Exhibit 17** 203:3,4
**Cassell Exhibit 18** 205:24 206:2,10
**Cassell Exhibit 19** 214:6

**$**

**$1,000** 42:6 101:24 178:6 217:4
**$1.40** 186:24
**$10** 185:22
**$10,000** 217:5
**$10,450** 182:6
**$14,575.18** 94:1
**$2,000** 42:22
**$2,500** 215:17
**$2.16** 176:11
**$20** 42:7 43:14
**$200** 101:21
**$22** 66:12
**$25,000** 215:21
**$35** 106:21
**$500** 56:24 101:8 177:24
**$6.40** 176:16
**$7,108** 177:18
**$7,198.30** 92:21

**0**

**0** 185:13
**0.7** 208:15
**056** 68:2
**057** 68:2

**1**

**1** 63:2,8,14,15,21 119:9 134:17 142:25 177:6,9,13 190:21 191:24 207:5
**1's** 63:9
**1,000** 68:22 75:18 102:2 147:8
**1,500** 76:7,14
**1.4** 176:25
**10** 15:10 59:18 99:22 109:20 155:19,20,22 156:1 170:22 182:9 185:24 186:1
**10,400** 182:9
**10,450** 181:20
**100** 144:20 145:13,17,21 146:5,8
**10:30** 208:23
**10:40** 51:18
**10:56** 51:18
**11** 109:3 155:20 156:2,3 174:9 187:17
**11:00** 114:24
**12** 58:3 144:20 147:5 174:1,2
**12-hour** 87:7,25
**12/1/2019** 178:22
**12/14** 180:6
**12/14/2019** 178:22
**12/15/2018** 174:20
**12/2/2018** 174:20
**12/20/2019** 178:21
**121** 28:21 54:4,12,15 59:4,8,11,18,22,23 60:2 68:23 71:20,22,23 72:23 73:5 75:11,13 147:9 148:3 227:19
**12:05** 102:6
**12:35** 102:6
**12a** 98:17
**12th** 143:19
**13** 108:20 190:25 191:2
**13.87** 186:11
**135** 54:7,8,11,16 59:3,16,23 60:4 68:16,24 69:3 73:4,8 208:10 210:6,8
**14** 59:17 78:1 147:5 180:13 192:11,12 196:18
**15** 37:13 47:11 66:15 197:17,19 200:19,20,21 212:25 213:1,3
**150** 62:19
**16** 36:14,15 47:22 200:19 202:2,3
**1600** 124:19
**17** 120:8,25 182:2 193:13 203:3,4
**176** 62:20
**177** 95:15
**18** 8:4 99:3 134:16 135:17 182:2 205:24 206:2,10
**18.3** 208:20
**1800** 124:20
**182.05** 185:5
**19** 120:8 182:3 193:13 214:4,6
**190** 95:16
**191** 92:3,8,11,13 93:8
**192** 93:3,24
**192.30** 175:17
**193** 62:6,18 92:3,11 94:8
**194** 205:25 206:10
**1991** 8:4 219:20
**1:00** 165:24
**1st** 118:12 126:8,9 127:8 207:8 208:4 209:11

**2**

**2** 63:15 92:10,12 122:22 124:19 142:25 150:9 181:4
**2,500** 215:20
**20** 15:18 20:8 62:3 66:15 133:18 152:5 210:25
**2010** 9:7 73:17
**2013** 12:25 106:15,20
**2014** 9:19 10:8 13:5 106:15,20
**2015** 77:10,11 86:1 102:15 105:17,21 106:7,8,15,16,21,22
**2016** 10:13,15,17 13:16 26:4 63:2 66:17 67:3 69:20 71:1 77:9 85:25 92:17 93:10,14,18,19 94:23 105:18,19 106:4,5,15,23 107:6,14,20 109:20,24 119:9 120:1 121:1 122:22 124:19 126:2 128:22 129:17 154:14 182:1 183:23 184:2 190:21 191:4,11,24 204:11 205:9 228:18
**2017** 24:7 25:20 31:6,12 33:18 35:12,15 36:16,17 51:12 66:18 67:3,17,19 69:11,15,16,22 71:2 74:2 92:18 93:8,16,17,19 94:1,4,17 107:13,18 141:20,25 148:23 155:13 170:12 171:22 182:6 183:4,6 203:23 204:12 205:9 228:3,5,14 229:24
**2017's** 230:15
**2018** 31:17 94:8,11,14 96:2,8 99:3,22 182:6,14 183:4,6 206:8,23 207:6
**2019** 31:18 96:8 101:20 180:6,15,18,20 181:14,18 183:10,19 187:17 207:25
**2020** 182:4 183:20 184:5
**20th** 210:25
**21** 192:14
**2121** 8:6
**215** 205:25
**216** 174:4,10,19
**217** 178:20 183:9
**218** 174:4,10
**219** 174:4 184:12 185:6 186:10
**220** 184:12
**221** 174:4,5
**24** 138:12,24
**24-hour** 172:6 208:6
**25** 37:12 47:11 69:10
**25,000** 216:2
**26** 191:2
**27** 120:1 121:1 126:1
**27th** 194:25
**29** 155:13 170:11
**29th** 170:23
**2:06** 171:16
**2:13** 171:16
**2:30** 28:2
**2nd** 126:10 127:8 208:8 209:12

### 3

**3** 63:15 95:9,17,19 135:16 148:23 193:18
**3.8** 208:17,19
**30** 48:7 104:25 110:19,20 115:14 116:2
**30-minute** 87:9
**300** 202:2
**3006** 194:20 197:7
**303** 202:2
**31st** 207:13
**34** 155:5 166:7
**36,000** 106:24
**36.50** 78:21,23 83:17
**365** 138:13,25
**38** 118:6 185:22
**38.46** 186:2
**39** 118:6
**390PS** 209:4
**3:07** 211:15
**3:16** 211:15
**3:28** 126:6,8
**3:44** 231:4
**3:50** 231:4,19
**3A** 204:5

### 4

**4** 109:12,13 122:10
**4,000** 129:14
**4.69** 186:14
**40** 35:13,15,17 37:9 47:10 48:18 110:20 175:2,11 208:22
**401(k)** 41:10,13,16 61:6
**418** 203:7
**42** 128:12 138:8
**421** 203:8
**43** 62:6,17,20 128:12 138:8
**45** 105:1 115:14 116:3
**48** 55:14 57:24 58:10
**49** 151:24
**4:00** 28:1 103:8 112:17 124:21,25
**4:10** 208:25
**4:30** 172:9
**4D** 205:2
**4th** 15:18 19:7,9 20:7

### 5

**5** 118:22,23 122:12,16,18 208:21
**500** 178:9,12
**546** 214:11
**547** 214:11
**56** 68:2
**57** 68:7
**58,544.91** 94:9
**588** 109:11
**5:00** 27:7 103:17 114:23 133:21 134:7 165:15,17 172:9
**5th** 181:17

### 6

**6** 69:15,16,22 120:22,23 122:14,15 134:10 156:8,9
**6,500** 42:16
**600** 45:2
**61** 197:18
**64,000** 182:18
**64,480.71** 180:7
**64-** 180:4,12
**65** 78:21,22,23
**65,000** 180:21
**65-** 183:10
**67,5** 181:8
**67,500** 181:5
**68522** 8:7
**6:00** 103:8,9 112:17,18 114:12 124:22 125:1,2 208:24
**6th** 71:2 209:11

### 7

**7** 128:13 138:9,24 209:16
**7,108** 182:14
**750** 76:5
**76** 89:2,4,7
**76-hour** 88:25
**79,000** 183:12
**7th** 209:14 210:13

### 8

**8** 128:22 143:4,5,6
**80** 39:21 108:8 174:21,22, 25 175:11
**80-** 183:13
**82,000** 41:8 180:10,11 181:11
**82-** 180:12,16,18
**8:00** 27:7 103:9 112:17,18 125:2 134:7

### 9

**9** 47:22 151:20,21
**90** 31:14,21,23 32:9 68:10
**91** 54:7,8,11,21 59:4,23 209:23 210:2,7,9,10
**9:30** 208:25

### A

**a.m.** 51:18 165:17
**A/c** 209:6
**ability** 91:6 135:21 137:1 146:21 154:1 193:23 196:10,20
**absence** 205:6
**absolutely** 130:8 131:8 143:20
**Academy** 9:9
**acceptable** 132:9
**accepted** 28:10 113:4
**access** 44:5 184:24 197:9
**accessible** 81:17,18
**accident** 179:9,15,16,21 186:17
**accidental** 186:20
**accidentally** 211:7
**accommodate** 48:4 58:8, 12,14 104:4 133:13 148:16,24 227:21
**accommodation** 105:4 115:17 116:8,17 120:3 121:3,8 123:9 127:11,17 132:9 134:19 135:7 138:6 149:23 169:8 192:20 193:6 194:5 195:18,23 196:1,7, 11 197:2 226:20 228:9,18, 25 230:1
**accommodations** 115:11 132:12 133:13 134:21 224:10
**accompanied** 120:5
**accomplish** 150:3
**accordance** 125:10
**account** 41:25 42:4,10,19 65:11 185:4,21 186:6,8 187:25
**accumulated** 68:18
**accurate** 131:23,24 182:11
**accurately** 65:11 207:20
**acknowledge** 139:23
**acknowledgment** 158:23 196:16
**acquaintances** 161:25
**acquire** 72:19
**act** 77:1 85:8 142:2
**acted** 119:11
**action** 199:13 200:1 214:10
**activity** 113:10 114:6
**actual** 41:21 49:7 72:2 84:5 198:6 207:3
**add** 42:7 173:14
**added** 31:18 36:8 48:4 171:6,8
**adding** 74:8 120:4
**addition** 68:9 101:15 228:8
**additional** 56:3 140:4 149:24 150:2 176:3 178:24 216:9
**address** 8:5 148:13
**addressed** 170:10 194:19
**adequate** 158:13
**adjustment** 225:3
**adjustments** 176:6 178:24
**Administration** 78:6
**admire** 131:25
**advantage** 73:2
**advantages** 107:25 202:18
**Adventist** 13:25 15:2 18:6, 20 24:1 121:10 134:23 173:6 188:17 189:23
**Adventists** 15:8,14 16:1 19:6 48:19 110:22 145:17 148:16 160:1 161:25
**aerial** 10:10 106:12
**aerodynamics** 78:10
**affected** 220:1,5
**afford** 67:12
**afraid** 17:3
**after-takeoff** 113:22
**afternoon** 104:23
**agree** 125:6,12,22 129:23, 25 130:4,5 131:10,12 147:14,21,23 148:21

173:17 196:6 204:9,10
**agreed** 81:13 121:20
**agreement** 46:23 52:7 55:8 223:14,19
**ahead** 18:18 57:22 84:20 88:4 137:6 142:22 149:4 162:17 204:22 219:2 220:18,23 226:10
**air** 31:14,21,23 32:9 39:23 45:7,8,16 54:15 61:25 62:1 63:23 64:11,16 68:10 209:3
**aircraft** 16:25 31:14 34:11 36:9,12,14,15,24,25 37:1, 2,3,18,19 39:13 44:6,17 47:22 48:4 54:19 58:11 61:8 78:13 98:21 99:21,24 109:4,6,8 111:18 113:16 164:4,7,11,13 167:14 209:3,6,7
**aircraft's** 209:8
**airfare** 80:9
**airframe** 29:10,14,17 31:16,19 34:12 37:17 164:21,23
**airframes** 39:22
**airline** 10:24 14:10,12 19:19 26:14 28:22 30:17, 20 35:25 36:1 54:4,16 55:2 59:4,11,23,24 64:13,14 71:13,21,22 75:11,25 76:17,23,25 77:4 78:4 82:22 105:15 148:3 157:6, 22 165:4,7 214:22 215:4 222:15,19,24 224:13,23 227:8,18,19,23
**airline's** 227:24
**airlines** 5:10 11:4 20:16 28:22 30:22 48:11 59:7 61:19,23 62:1 74:8 126:23 165:5 222:7 223:3,15 224:9 225:22 226:5 227:25
**airman** 31:21 221:21,22,24
**airplane** 44:13 86:11,15
**airplanes** 60:7 219:12
**airport** 40:16 51:7 79:19, 21,23 86:19 87:20 88:19 89:10,23 100:5,6
**Airs** 39:14,16
**Airscout** 106:10,11,13,14 107:7,16,19,22 108:7 109:2
**Alan** 129:4 143:2,14 149:6 170:8 230:14
**Alaska** 172:13 198:10
**Alaskan** 198:5
**Allen** 187:21 188:17
**allowed** 31:15 44:9 59:16 132:25 180:25 201:12 212:17
**allowing** 77:1 158:5,12 168:5
**altered** 148:15,24
**alternative** 125:9,13 128:4 132:12
**ambulance** 17:11 62:1 64:16
**America** 55:17
**American** 198:5,10,17
**amount** 23:1,5 34:2 41:22 43:14 47:17 51:6 68:19 94:3 101:22,23 160:17 172:23 178:5 206:4
**analysis** 216:1
**analyst** 144:18
**Andrew** 5:2 8:1
**Andrews** 9:16,24 10:21 12:16
**Angeles** 165:8
**angry** 228:13,17
**announcement** 49:17
**answering** 170:16
**anticipation** 45:14
**apartment** 8:13,15
**apologize** 13:13 21:8 43:10 51:11 61:1 66:23 90:21,23 95:13,21 117:25
**apparently** 90:23 95:12 187:7
**appears** 97:22 170:7,10 210:17
**applicable** 202:23 209:20
**application** 31:3 46:10,12 62:22 63:2 66:7
**applications** 70:18
**applied** 10:16,17,23 11:3, 5,17 13:14,15 22:20 26:12, 18,25 29:5,12,24 30:7 33:18 61:24 63:24 65:18 67:6 69:19 71:3 77:5,11 83:23 105:21 106:4,6,7 123:22 135:7 138:21 139:1 141:24 171:20,23 221:8,9 224:9,12,13
**applies** 30:16
**apply** 11:7 16:13 29:6 61:22 76:23 111:14 142:15
**applying** 10:25 64:17 70:2 75:24 85:25
**approach** 124:11
**approaches** 173:7 208:13
**April** 8:4 44:25 133:25
181:6
**area** 36:4 133:4 136:5 176:6
**areas** 24:22
**argue** 190:10
**arm** 176:22 179:13,16
**arrested** 8:23
**Arrow** 63:23 64:11
**arts** 10:5
**asks** 17:25
**aspect** 159:21 171:8
**aspirations** 214:25
**Assessment** 187:12
**assign** 29:7 50:20 201:19
**assigned** 30:10 46:3,8,15, 20,21 51:4,5 123:23 124:17 135:13 196:22 200:23 201:7
**assigning** 34:4
**assignment** 50:16 52:22 89:16 127:5 204:15 208:5
**assignments** 52:19 194:18
**assistance** 196:22,23
**assistant** 31:8,11 34:22 35:3 214:20
**association** 47:1 222:17, 19,24 223:3
**assume** 90:16 100:15
**assumed** 207:6
**assuming** 100:19 114:7 115:5 136:17 146:2,7,8 179:1 183:23 195:10 230:22
**assure** 158:3
**Assurity** 176:18 179:2
**Atlanta** 28:16 79:6,7,13,15 80:21,24 81:6,17,25 82:20
**ATP** 29:4 76:13,15
**attached** 127:10
**attempt** 147:18
**attempted** 145:14
**attend** 124:18 126:18
**attendance** 200:13
**attended** 9:16
**attending** 33:5 151:16
**attire** 199:15
**attitude** 146:16
**attorney** 129:1 229:4,14
**attorneys** 63:1
**attracted** 165:4
**attractive** 11:16
**audible** 6:6
**audibles** 14:20
**August** 62:4 63:2 66:18 67:3 92:18 93:19
**availability** 27:10 61:5
**average** 45:3 181:21
**aviation** 9:22 10:6 31:1,3, 5,10 33:17 68:3 71:2 78:6 93:3 184:19
**aviation-related** 12:22
**avoid** 22:17 23:14,23 27:20,22 29:9,13 53:4 117:14 126:25 130:3,11,15 134:2 145:15 150:16 158:18 164:5,8 230:10
**avoided** 22:3 23:8 24:13 131:13
**avoiding** 131:14 133:1 171:25
**awarded** 34:7 178:17
**aware** 23:13,16 32:23 33:3 47:25 49:17,19 58:20,23 70:6,23 71:14,16 74:3 94:15 110:23 114:5 121:18 132:17 134:3 140:21 141:1,3 145:19 191:4 200:7 201:2,5 205:11 227:18,25 228:23 229:11

**B**

**bachelor's** 9:21 10:3
**back** 16:25 44:14,16 45:6 47:9 50:14 52:14,16 61:1 71:17 90:1 93:7 96:2 100:7 102:14 104:1,3,24 112:13 114:24 117:25 120:7 121:25 122:9,18 123:10 135:8 140:16 141:13 156:11 161:7 165:23 167:14 170:22 172:1 182:13 188:13 191:10 195:24 200:19 206:8,15 207:1 208:9 212:7,13 218:11,20 226:2 230:13,15 231:5
**backed** 119:21
**bad** 129:5 220:4 221:6
**badly** 142:10 220:4
**balance** 150:14
**balancing** 150:9
**Bank** 185:21 186:6,9
**baptized** 15:9
**bare** 73:9
**bargaining** 47:2 223:14, 19

**barrel** 145:11
**base** 88:18 91:10 154:2,3 158:14 164:4 167:14 221:17,19 222:13
**based** 10:11 19:7 27:9 30:9,10 45:12 46:3,15 67:12 70:3 86:6 144:5,10 149:15 153:16 166:6 169:1 178:1 228:21
**bases** 164:7,25 165:6,9
**basically** 29:2 34:2 37:5 103:12 105:16 136:14 188:5 195:21 229:3
**basis** 40:9 42:4 128:2
**Bates** 64:22 92:11 120:25 142:24 150:9 151:23 156:8 174:3,10 197:18
**Bates-numbered** 62:6 92:3 118:6 120:8 128:11 203:7 214:11
**Bates-numbers** 68:1
**BE9L** 209:3,8
**bear** 8:20
**bearing** 91:23
**beautiful** 165:2
**began** 28:12,13
**begin** 167:20 213:16
**beginning** 14:19 174:20 178:22
**begins** 124:18
**behalf** 5:3 43:18 132:11 223:5
**belief** 17:15 18:9,17,19 19:14,25 20:4,6,10 137:11 149:18 169:8 221:5 228:20,23 229:15
**beliefs** 16:10 17:6,10 108:24 158:4,11,22 159:6 167:16 169:25
**believed** 154:5
**believes** 20:8
**bell** 163:18
**belong** 188:19
**belongs** 13:24
**Belov** 121:3,16
**beneath** 213:13
**benefit** 107:1,3 167:23
**benefits** 41:9 44:3,4 61:4, 19 67:11 106:25 176:13 179:19 184:18 185:1 187:4 216:9,10,14
**Berrien** 9:16
**bid** 22:12 29:22 30:10 40:14 85:1 88:18 123:5,21 125:10 131:16 145:14 146:20 150:6 159:5,14,16, 18 160:8 162:3,13 164:3, 13 165:16,18,20 196:10,21 198:2
**bidding** 24:23 30:13 125:16 132:24 135:10 150:1 159:9,10 162:11 166:21,24 167:2 192:6 194:10,15,16 200:25 201:5
**bids** 24:15
**big** 97:19
**bigger** 64:5,10 97:15
**bill** 73:3,7
**binder** 111:10,22
**birth** 8:2,4 219:17
**bit** 9:3 31:9 36:8 61:2 69:3 104:10 119:13 142:10 153:15 154:4 156:11 185:8 206:13 212:14 220:5 225:3 226:3
**blanks** 155:2
**bleed** 81:5 110:5 111:2
**bleeding** 229:19
**bleeds** 167:21
**blow** 174:6 206:12
**blue** 97:13,25 98:17
**boards** 161:3
**bonus** 177:18,20 178:6,14 181:12,21 182:5,19 183:11,18 216:17
**bonuses** 101:4 177:19,22 178:1 182:9
**born** 15:7
**bottom** 109:21 145:10 197:12 212:8,13,19 217:9 218:20 220:13
**Bouncing** 61:1
**break** 7:7,8,10 51:15,17 53:22 83:6 91:23 102:4 104:7,24 112:2 115:15 157:13 171:13,15 173:22 176:22 211:14 230:20
**briefly** 139:16
**bring** 16:24 114:14 169:22, 23
**broader** 59:8
**broke** 179:13
**broken** 32:4 179:16
**brought** 5:11 112:1 223:25 224:2
**Bryan** 100:1,2
**Bryant** 115:23,25 120:6,18 121:1 125:25 127:13 155:12 156:21 170:24 190:20 191:23
**bugging** 95:20
**building** 114:2
**bullet** 122:21 123:4
**bump** 97:17
**bunch** 5:12 95:3 108:12 225:17
**burn** 178:5,6
**business** 27:7
**button** 103:13
**buttons** 113:18,21,23

### C

**calculated** 219:7 220:25
**calculating** 173:19
**calendar** 16:2 98:2
**California** 152:23
**call** 5:19 16:16 34:1 40:12, 24 41:2 51:5 56:11 58:2 85:9 86:14 87:6 88:11 103:11 104:1 121:23 151:12 156:20 192:2 225:2
**called** 5:3 19:16 28:24 45:25 54:3 66:3 74:6 77:24 84:14 86:17 87:22 89:25 91:5,7,8,10 103:10 104:2, 3,17 105:2 106:10 113:19 114:23 115:21 141:7,9 151:10,14
**calling** 54:17
**callout** 86:9 87:7,8,9,25
**calls** 205:2 226:8
**Canada** 55:15 177:11
**cancel** 57:16 58:21
**canceled** 45:15
**Cannon** 109:22,23 110:14
**cap** 215:18,19
**captain** 25:9,15,17 31:13, 14 34:13 37:15 39:1,3 40:6 60:24 68:11,14,18,23 69:1, 5,7 71:18,22 72:10,12,20, 22 73:8 75:12 77:3 146:23 147:3 181:1 201:12 212:12,15,20 213:4,7,12, 17,21 215:16 217:8,10,17, 21 218:1,6,18,19,20 219:6 220:12,13,21 221:11,16, 19,25
**captain's** 166:24 181:3 217:20,25
**captains** 37:11,12 38:21 39:14,15,17,18 47:11 166:18 199:24 213:14 218:10,13
**car** 71:4
**care** 42:9 130:19,21 147:24
**career** 48:17 71:15 105:25
**cargo** 36:22 61:25 64:14
**Caribbean** 55:16
**carrier** 14:9 28:21 54:15 74:3
**carriers** 60:2 61:21 62:1 198:13
**case** 110:25 130:18 148:17 149:10 163:19 177:10 227:2
**Cassell** 5:2,8 8:1,3 51:19 53:17 62:6,17 63:14,25 65:23 68:2,7 90:17,18,20, 22 92:3 93:3 95:9,15,16 97:20 100:20 102:8 109:15 118:24 119:1 122:18,25 130:1,7 131:4,7,20 136:24 137:2,19 138:2,13 143:8, 20 148:18 149:10 151:23 156:5 171:17 173:10,14 174:4,8,10 183:9 185:6 187:13 189:7,14,24 190:23 192:16 194:5,6 196:2 205:25 206:10,21 211:16
**Cassell's** 144:21 189:6
**categorized** 87:24
**category** 78:12
**caught** 116:14,18 117:4 119:12
**caused** 16:22 165:11 178:18 228:3
**CBA** 223:18
**center** 80:1 195:24
**Centerville** 9:11
**Central** 55:17
**certification** 77:16,25 78:8
**certified** 102:12
**Cessna** 31:20
**cetera** 19:20 37:8 85:2 91:7 101:2 103:16 111:20 221:3
**chain** 68:3 118:7
**chance** 29:21 65:4,6 104:21 115:10 142:4 165:17 171:25 191:14 195:22 214:16
**change** 48:17 86:2 181:11 216:1
**changed** 85:24 87:5 96:3 132:7 138:20 179:5 220:10
**changing** 216:21
**Chapter** 15:18
**characterization** 129:24

**charge** 81:12 127:24 128:3,8 141:21,22 142:2 228:14 229:1 230:2
**charges** 225:12
**charter** 36:23 48:14 54:17 55:8 62:2
**chartering** 54:20
**check** 31:21 84:1 95:5 176:23 221:20,22,24
**checked** 141:15
**Chicago** 21:16 152:10 153:10,24,25 154:3 165:3, 10
**chief** 31:8,11 34:22,24 35:3 49:20 50:4 91:10 105:24 106:1,23 151:11 158:14 214:20,21,23 215:24,25 216:4,6,11 221:12
**children** 147:20
**choice** 34:6 56:21 89:14 152:7
**choose** 17:12,20 34:6 103:7 130:24 137:8 200:16
**chooses** 60:2 72:4
**choosing** 226:25
**chose** 18:20 29:8,19 42:23 48:16 105:13 116:18 130:19 212:13 228:7
**chosen** 36:2
**Christian** 134:23
**chunk** 124:25 182:23 214:8
**church** 15:8 20:8 173:7
**church's** 18:8
**Cincinnati** 153:13
**circling** 98:16 175:19
**circumstance** 16:17 167:11
**circumstances** 7:22 171:3
**Cirrus** 68:10
**Citation** 31:20 39:17,24 45:7,10,15
**Citations** 39:15,19 40:7 181:2,3
**cities** 165:2
**city** 44:20 82:19 84:9 102:13,14 103:18 153:3
**claim** 205:4 222:23 229:4
**claimed** 205:4
**claims** 168:24
**clarification** 99:13 105:20 111:11 117:20 118:2 207:11
**clarify** 33:4 53:9,11
**class** 32:22 33:12 103:20 104:25 105:1,2 110:19 112:2,6,10,16,21,24 113:5, 9 114:8,11,23 115:12,16 121:12 122:2,4 124:25 125:2 131:21 133:11,12,25 134:5,6 140:3 141:10,13, 19 153:10 155:5 166:7,8,9, 14 191:6 197:8 211:5,6
**classes** 110:15
**classmate** 28:5,7
**classmates** 144:21 146:15
**classroom** 113:8,12 135:13,14
**cleaner** 96:18,20
**clear** 5:21 39:11 45:14 110:2 230:13
**click** 98:7 193:10
**client** 44:11 57:18,25 100:2 179:23
**client's** 40:20
**clients** 101:9,16
**close** 35:15 44:20 47:16 88:19 183:16 208:24
**closely** 199:11
**closer** 153:11
**clouded** 119:13
**clouds** 208:15
**Coast** 165:4,6
**code** 54:5
**collective** 223:14,19
**college** 9:14,15 10:1,2,3,5
**Colorado** 152:15 154:20 221:18
**colors** 99:19,21
**columns** 207:2 208:11
**Comm** 208:16
**command** 77:1 208:17,18, 20
**Commandment** 15:18 19:7,10 20:7
**commandments** 91:22
**comment** 60:11 197:5 205:13 229:8
**commerce** 15:22
**commercial** 208:16
**communicating** 149:7
**companies** 60:4 61:25 67:6 94:22 224:24 225:13
**company** 11:13 29:16 32:8 34:3,19 36:5,19,21 41:10,16,18 42:1,5 44:6,17 45:2 46:11,24 49:16 50:19 52:7,20 54:21 55:6,13,23 57:16,22,24 58:3,16 60:2,6 61:7 66:3 69:25 72:20,22 73:8 88:6 97:5,6 98:12 105:22 106:6,8,10,11 111:12 123:2 142:11 160:21 163:23 180:24 182:24 185:5,10,16,17 186:2,12,15,18,24 199:12 204:6,25 205:18 215:4 218:12 219:15,24 220:5 221:21,23
**company's** 98:4 212:16
**comparatively** 148:10
**compare** 179:18
**compared** 11:11 212:17
**compensation** 92:20,24 94:10,14
**competitors** 26:14
**complained** 56:15
**complaining** 49:25 50:3
**complaint** 77:15,23 78:1 228:4
**complaints** 199:15
**complete** 48:17 80:21 127:4 133:15 140:5
**completed** 80:22 82:15 125:20
**completely** 117:4 159:20
**comprehensive** 70:22
**computer** 16:8 66:21
**computer-based** 32:6
**concern** 146:24,25 147:9 148:14 167:15
**concerns** 27:14,17 74:19, 21
**concluded** 231:19
**conclusion** 136:15,19 137:23,25 190:11 199:8 226:8
**concurred** 150:12
**conditional** 26:11
**conditions** 47:2 223:9
**confidential** 206:1
**conflict** 81:3 89:20 113:6 134:2 159:6 168:4
**conflicts** 49:4,6 109:1 164:5 224:20 226:15
**confused** 105:21
**confusing** 53:14
**congratulations** 60:13
**connection** 88:7
**conscience** 17:6
**consecutive** 32:14
**consideration** 34:2,19 192:23
**considered** 83:25 113:12
**consistent** 48:2 127:7 167:18 204:6
**constantly** 48:3
**constitute** 64:23
**consumption** 178:2
**contact** 26:22 189:13
**contending** 168:1
**content** 111:9
**contest** 197:11
**continue** 83:16 102:14 159:4
**continued** 83:12,15 127:3 198:23
**contribute** 41:22 185:15
**contributes** 42:5,6
**contributing** 42:7 185:11, 17
**contribution** 185:21
**control** 24:23 164:17,24
**conversation** 105:11 116:4,5,7 119:17 191:22, 23
**conversations** 13:21 22:1,6 26:17 73:14 117:18 144:9
**convicted** 8:21
**convictions** 134:23 135:20 193:22
**coordinate** 121:5
**coordinating** 121:14
**copies** 184:22
**copy** 127:11,16 171:5 195:10 203:12 223:18 231:13,22
**corner** 119:21 207:7
**corporate** 48:14 54:23 62:3 156:18 164:5
**correct** 6:22,23 11:1 15:3 16:12 21:23 24:12 28:10 32:22 33:15 34:23 39:5,10, 25 41:17 43:16 51:9 52:2 53:19 54:9 55:4,11 60:25 61:11 64:11 67:17 69:9 72:14 77:7,14 82:3,14 84:7 85:7,12,18,19 92:23 94:6 97:4 98:5,20 110:7 115:3 117:16 118:9 121:15 124:4 125:18 126:10,21 127:2,25 128:1,9 138:21 140:11,14 141:2 149:22 150:24,25 151:4 152:9,11,13 153:6 159:1,2,11,12 166:4,5,15,

16,22,25 167:1,4,8,9 168:10,16 169:21 171:18 178:11 180:19 181:13 185:6 186:12,16 187:2,18 194:3 201:7 209:12,13 211:5,17 215:11 217:6 218:14 222:9 227:12,13
**correction** 175:17
**Corrective** 214:10
**correspondence** 149:5 170:7
**correspondences** 143:15
**COS** 152:14
**cost** 44:6,7 61:8 80:11,12, 18 177:12
**costs** 80:15 81:22,23
**counsel** 5:13 6:13
**count** 72:4 183:11
**counterintuitive** 91:21
**counting** 181:12
**couple** 49:13 56:15 122:1 156:19 180:23 183:17 190:24 197:22 202:8 203:11 231:2
**courts** 150:11,12
**cover** 52:4 57:2,6 59:9 64:19 111:12
**coverage** 42:18
**covered** 103:2
**covering** 42:15
**covers** 42:1
**COVID-19** 220:1
**Coy** 115:23 120:6,18 121:1 127:13 155:12 156:21 170:24 190:20
**craft** 209:4
**create** 163:22
**creating** 96:14
**crew** 37:7 58:12 86:10,12, 14 87:19 88:7,9 91:8 144:9,13 151:10 158:14 161:5 208:3
**crime** 8:21
**criteria** 200:22
**criterias** 201:2
**critical** 176:18,19 179:1,2, 14,17,20 186:23,24
**CRJ** 29:8,12 77:13 110:11, 13 113:15 125:5 164:19
**crucial** 19:21
**CTP** 28:15,17,19,24 77:16 78:7 79:2 80:22 81:7 82:16 120:15 191:6
**culture** 11:10,15
**curious** 84:22 173:18
**curiously** 172:24
**current** 8:5 174:17 178:8 214:18 215:16 216:10
**cursor** 98:15
**cut** 43:9 57:23 77:18 84:20

**D**

**danger** 16:21
**dash** 97:23
**date** 8:2,4 30:9 69:14 100:25 111:24 141:13,19 177:15 178:21 180:5 206:8 207:2,4
**dated** 69:10 119:9 128:22 155:13 190:20
**dates** 69:21 198:14,15
**Dave** 109:22,23 110:14
**day** 15:20 19:8,10 22:20 23:8,14,23 24:8,9 33:13 40:18 45:13,19 49:1 50:18, 24 53:5 55:24 56:5,24 59:13 82:21 87:25 101:6,8 104:4,6,19,20 108:12,20 113:3 114:19,20,25 117:19 118:11 121:21 138:13,14, 24 139:5 158:9 177:23,25 178:10 187:24 198:2 208:12 209:15 210:14,15 211:11 229:17
**day-by-day** 96:19 97:2
**daylight** 172:23
**days** 28:25 32:10,14,15 34:5 40:12,13,15,22,23 45:4,5 50:25 52:4 55:20 56:6,17,22 74:18 78:9 95:3 96:22 101:7 108:11 112:25 129:21 130:11 133:12 135:14 138:13,24,25 147:1 156:19 159:24,25 172:4,5 177:24 180:13 182:12 190:24 197:22 201:11 202:9 203:11 210:20 214:14
**days-of-the-week** 146:24
**deal** 108:13
**deal-breaker** 227:14
**death** 186:20
**December** 66:17 67:2 92:17 93:19 96:2,8 99:3,22 105:19 109:20,24 118:12 119:9 122:22 124:19 126:8 127:8 128:22 129:17 143:19 181:18 206:8,23 207:5,6,8,13
**decide** 11:18 50:19 137:13
**decided** 80:3 140:2 142:14 213:2
**deciding** 30:3
**decision** 15:9 108:1 140:6 142:22 228:24
**deck** 113:15
**decrease** 220:7
**decreases** 168:4
**deductible** 42:16,19,21,23 43:2
**deeply** 134:22
**defendant** 5:4
**defense** 5:10 62:14
**defined** 123:2 194:19
**definition** 200:15
**degree** 10:21
**degrees** 10:3
**delay** 16:22 167:12
**delayed** 86:10 158:18
**Delta** 198:4,10,17
**demand** 29:15 220:8
**demonstrates** 70:24
**DEN** 152:16
**dental** 41:12 43:6,7,15 61:5 176:15 179:8 186:11
**Denver** 152:16 165:1,8 221:18 222:4
**department** 24:21 133:10 144:10,14,19
**departmental** 123:3
**depended** 76:3
**dependent** 40:20
**depending** 76:1,8
**depends** 15:25 17:19 37:17 40:3 60:1,5,6 230:24
**deposed** 8:16
**deposition** 5:16 190:4 231:18
**describe** 134:17 176:20
**describing** 84:3
**description** 31:19 137:17 139:1
**designed** 168:6
**desirable** 28:3
**desire** 158:2 227:4
**desired** 123:5,21
**details** 225:5
**determine** 15:23 33:21 40:22 137:15 175:4 229:4
**determined** 122:20,23 166:3 193:1 198:16,18 201:3
**determining** 200:23 201:6
**Detroit** 21:17,18 25:14 152:8 153:10,24 154:2,6,8, 15 165:3,9
**Detroit's** 153:11
**Detroit-based** 201:20
**developed** 129:20
**deviation** 204:15
**diagonal** 97:23
**differ** 87:12
**difference** 19:12,14 54:14 97:11,12 183:21 218:10,12
**differences** 71:17 182:16
**differently** 41:3 188:14 225:4
**difficult** 98:6 139:18
**difficulties** 20:20 49:7
**dig** 71:9 187:3
**Digital** 231:16
**dinging** 66:22
**dinner** 155:8
**direct** 31:14 149:2
**directed** 144:18
**directly** 127:13
**disability** 169:2 180:1
**disadvantages** 107:25
**disagree** 129:16,18 132:4 149:14 189:10
**disciplinary** 199:13 200:1
**discipline** 194:23 195:4,6
**disciplined** 13:10
**disclose** 121:4
**disclosed** 70:10
**discourage** 217:11 219:5 220:20
**discouraging** 221:4
**discovered** 121:11
**discriminate** 169:1
**discrimination** 5:10 127:24 128:3,8 141:21 225:12 228:14 229:1
**discuss** 132:10,11 133:3 148:15 156:17 223:23
**discussed** 13:21 49:20 57:12 73:18 132:14,20,24 192:4,8 194:13 216:18
**discussing** 11:22,25 78:10 139:7
**discussion** 13:18 64:6 83:9 125:24 132:18 138:7, 10 139:16 155:7,24 187:5 224:14

**discussions** 60:8 80:14 139:9 143:24 144:12 148:22 204:20 223:22 224:8
**disgruntled** 49:8
**dishonest** 91:20
**dismemberment** 186:20
**distance** 44:21
**distribute** 182:25
**doctrinal** 172:25
**doctrine** 20:4
**document** 62:25 64:4 99:16 109:15 120:12,15 128:11,15 143:1,8,9 151:23 156:5,10,25 178:20 192:15 197:21 198:23 202:5,20 203:1 228:22
**documents** 64:2,21 65:5, 18 70:3,15,23 71:7 92:4 95:23 96:12 97:1,2 99:16 102:5 107:12 120:9 174:5, 12 197:9 206:4 214:15
**dollar** 177:1,6 186:18
**domicile** 16:24,25 152:3 153:5,18 154:18,23 166:3 167:7 201:16,17,23 211:21 217:10
**domiciled** 20:25 21:13,16 25:12 154:8
**domiciles** 152:4 166:13 211:22
**dot** 185:2,4
**dramatically** 44:23,24
**drawn** 144:8
**dress** 199:15
**driver** 17:11 71:4
**driver's** 12:19
**driving** 44:20
**drop** 24:16 89:18 91:7 123:21 145:14 150:6 159:5,14 160:10,16,18,25 161:13,16 162:13 163:6,7, 9,10,15,16 194:14 196:10, 21
**Drop/trade** 123:4
**dropped** 160:24 162:3
**dropping** 22:14 135:11 160:11,22 162:11
**DTW** 152:7
**due** 29:8,20 168:4
**duly** 5:4
**duties** 18:11 85:14,20 86:21 87:12 191:8,13,25
**duty** 59:13,14,17 96:17 100:24 101:2 167:13 201:11 206:7 208:3,21 209:1,25
**duty-day** 162:16
**dying** 52:10

**E**

**earlier** 40:11 44:24 58:8 78:3 92:16 100:13 134:9 143:11 167:18 211:20 228:17 230:1
**early** 25:20 66:18 67:3 92:18 93:19 160:3 165:14 172:8 191:4 222:6
**earn** 58:17
**easier** 29:9,12 72:18,24 163:7
**easy** 153:21 172:21
**educated** 35:20,21
**EF** 203:13
**effect** 146:9 216:24
**effective** 105:8,15 116:13
**efforts** 47:5 64:23 65:11 70:8,10,24 71:13,15 121:14 215:9
**electrical** 111:20
**electronic** 45:21
**electronically** 223:17 231:15
**eligible** 29:4
**else's** 99:10 166:14
**email** 68:2 117:19,21 118:3,7,14 119:8,10,22 120:5 123:18 124:17 126:4,6,7,8 127:16 155:12, 14,15 170:23 171:4 190:18,19,23 191:5 230:4, 6
**emailed** 118:10
**emails** 118:15 230:13
**emergencies** 52:11
**emergency** 16:20 136:4,5 150:23
**Emerson** 63:14 143:2 145:12 147:10 170:8 230:14
**Emerson's** 144:2
**emotions** 119:13
**employ** 109:2
**employed** 64:24 129:17 132:23
**employee** 44:15 157:6 169:1 176:2 178:24 184:19,24,25 185:13,25 200:4,6 203:12
**employees** 44:5 129:22 147:18 212:18
**employer** 92:7,14 94:14 137:14,15 168:22,25 174:17 180:2 190:9
**employer-paid** 216:10
**employment** 9:3 47:3 62:22 63:2 64:23 65:12 69:25 70:8,18,24 126:23 127:4,5 130:7 131:7 200:5 215:9 227:15
**employs** 129:14
**empty** 44:10,15,18 61:10
**end** 68:6 124:19 147:11 153:16 155:10 167:20 172:10,11 181:17,18 182:1 188:3 211:14 228:18
**ended** 82:9 100:7 115:15
**ending** 28:2 174:20 178:22 180:6
**ends** 15:16 172:8
**engaged** 215:8
**enjoy** 11:14 106:3
**enjoyable** 108:14
**enroll** 176:21
**enrolled** 185:1,2,15
**ensure** 168:8
**ensuring** 227:10
**entirety** 102:18 125:21
**entities** 94:24
**entitled** 189:18,20 214:10
**entitlement** 170:1
**entity** 92:16
**entry** 31:14
**equal** 168:21,25
**equally** 34:17
**Erik** 63:12 65:16 93:13 184:1 206:18 230:21
**ERJ** 164:12,15
**escapes** 67:20
**essential** 135:21 136:2,8, 16,17,22 137:1,3,6,14,16, 19 193:23
**essentially** 15:4 26:13 37:3 64:24 72:3 86:16 88:5 103:11 157:23 168:7 196:16 214:9 227:14
**established** 125:11
**estimate** 37:10,12 129:16
**estimation** 72:18
**evaluation** 192:22,23
**evening** 53:17 55:22 104:2 111:25 112:18 116:11 126:19 171:25
**event** 17:8 98:9 103:6,9 105:6 116:10,11
**events** 97:5 117:20 122:8 133:6 193:9
**evidence** 146:7,9 228:22 229:8,12
**exact** 24:8 35:14 116:22
**EXAMINATION** 5:6
**examined** 5:4
**examples** 58:6
**exceed** 88:25
**excellent** 11:9 68:9
**exception** 16:15 52:10 136:5
**exceptions** 155:16 156:22
**excerpt** 203:11
**excuse** 104:6
**exhibit** 63:7,20,21 92:10, 12 95:9,17,19 109:12,13 118:21,23 120:22,23 122:9,18 128:13 134:10 138:9 143:4,5,6 151:20,21 155:19,20,22 156:1,2,3 170:22 173:25 174:1,2,9 190:25 191:1 192:11,12 193:12 196:18 197:17,19 200:19 202:1,2,3 203:3,4 205:24 206:2,10 214:6
**Exodus** 15:17 20:8
**expect** 84:17 142:8 168:12 169:5,12
**expectation** 218:6
**expected** 40:15 86:8,14 108:11 173:10 199:18 204:6
**expecting** 105:11 119:15, 16 146:18
**expense** 42:13 177:5,7,13, 14
**expensive** 44:8 177:3
**experience** 27:18 35:25 48:8 108:2 130:14,17 144:11 149:17
**experienced** 87:18 141:8
**experiences** 142:19 144:5 149:15
**expert** 18:14,17
**expertise** 67:1
**explain** 15:12 28:6 33:23 74:1 117:2,10 123:13 138:4 139:17 173:2,4,21 217:7
**explained** 80:17 81:13 103:20 105:3 112:3 156:15 198:25

**explaining** 22:8 49:21 74:10 84:16 91:15 104:3
**explanation** 145:23
**extend** 131:21
**extended** 167:13
**extensive** 11:21 192:22
**extent** 188:8
**extra** 57:1 161:4,8,9,10,11 177:10
**eye** 108:17
**eyes** 95:20

**F**

**FAA** 78:5
**face-to-face** 26:24
**Facebook** 60:11
**facility** 81:17
**fact** 29:8,20 63:12 66:24 68:1 105:9 117:24 145:22 178:8 228:8,13
**facts** 7:22 146:7 229:4
**failed** 140:20 205:5
**failure** 228:2
**fair** 35:23 38:11 42:15 46:14,17 47:17,18 48:5 49:12 55:10 56:16 75:20 81:4 85:6,7,11 91:25 95:6 97:3 98:9 125:17 131:17 136:1 151:3 172:23 173:12,17 181:12 195:11 203:23,24 206:4 221:7
**fairly** 43:1 60:4 65:11
**faith** 142:2
**faithfulness** 131:25
**fall** 26:4 31:6,12,18 33:18 69:20 77:8 102:15 106:15, 22,23 136:3 165:20
**fallout** 151:5
**falls** 167:16
**false** 91:23
**falsely** 205:4
**falsified** 205:4
**falsify** 7:2
**familiar** 86:17 138:15 151:12 204:16
**family** 16:5 147:19
**family's** 16:4
**fast** 47:21
**faster** 29:21 154:2
**FAT** 152:22
**February** 24:7 96:8 141:20 143:12 148:23 187:17
228:4,14 230:15
**federal** 78:5 175:23
**Fedex** 14:14,15,18 60:10, 15
**feed** 79:16
**feedback** 188:15
**feel** 169:25 170:5 196:11 226:24
**fellow** 212:21
**felt** 119:20 143:19 155:9 169:13 170:13 171:23 226:19
**fight** 139:11 225:18
**figure** 172:15 182:8 183:8, 20 187:4 207:18 211:9
**file** 95:12
**filed** 127:24 141:21 225:12 228:13 231:21
**files** 95:13
**filing** 228:4 230:1
**fill** 38:23 39:1,3 56:12 120:13,16 140:5,9,23 152:24 155:3 199:24
**filled** 76:13 134:9 152:6 207:20
**filling** 155:2
**fills** 88:5
**find** 93:22 100:17 115:12 179:18,20 205:21 207:20
**finding** 142:1
**fine** 83:8 112:22 119:6 231:16
**finish** 84:20 85:23 167:25 212:5
**finished** 82:18 102:11
**finishing** 128:4
**fire** 226:13
**fired** 105:7,14 116:20
**firefighter** 17:11,15
**first-officer** 69:7
**fit** 168:18 199:11
**five-** 51:16
**five-minute** 171:15 211:14 230:20
**fleet** 11:10
**flew** 22:19,22 40:24 45:2 82:19 100:3,6,21 130:20 164:11,19 177:11 208:8
**flies** 33:21 36:13 38:17 100:14 138:12 158:9
**flight** 12:21,23 13:7 36:21 37:15 44:4 46:21 50:15,18, 20 51:4,6 53:2 56:25 57:17 58:16 61:19 66:1,4,8,9
68:19 69:24 70:8 71:23 72:1,8,19 73:3 75:22 79:12,14 83:11 86:10,13 88:8,12 89:16 92:14 93:10, 15 94:20 98:12,19,23 99:8, 18,23 100:22 101:1 106:21,22 108:12 113:15 131:20 144:18 146:21,25 147:2 158:16,18 160:17,22 162:23 163:1,6,7,10 167:19,23,25 178:3 194:19 198:5 208:3,8 209:21 210:8,9,10,12
**flights** 22:19,22 23:1 40:17,18 46:2,13,14 51:1, 23 58:20 61:10 84:6 97:6 98:14 103:14 138:12,14 139:24 148:4 160:3,8,16 161:12 164:3,7 165:16,18, 19,21,23 167:6 178:4 197:25 198:4,7,9,12,15,19 209:15 211:23
**Flightsafety** 32:8 33:6
**Flint** 130:25
**flip** 103:14,15
**Florida** 44:12,16
**flow** 113:20,22
**flown** 50:22,25 53:12,23, 24,25 100:24 102:12
**flows** 103:12 113:20
**fly** 28:21 29:2,6,12 30:4 36:23 37:25 38:1,7,10,11, 15,19 39:7,9,18 40:17,23 44:9,14,22,25 45:7 48:21 51:2,8,25 52:7,16,23 53:17 55:9,12,15,16,17 57:14,15 58:14 59:3,22 72:15 77:13 88:23 90:1,9 101:5 109:4 130:21 131:1 138:15,24 139:5 147:8 148:10 154:7 164:4,12,22 165:6 167:14 171:21 201:13 209:25 220:9
**flying** 14:9 23:15 29:22 31:22 40:2,5,7,10,22 41:3 45:3,4,8,9 52:21 60:15 74:19 82:24 84:5 208:15 211:4 212:10 219:12 220:6
**FO** 122:25 194:5 196:2
**focused** 202:23
**follow** 15:17
**follow-up** 117:17 211:19
**food** 80:4
**footprint** 192:25
**forget** 150:12 195:14
**form** 16:8 47:6 75:25 121:8 127:17 140:8,12,22 141:1 192:4 199:25
**formal** 49:16,19 60:11 66:7
**format** 96:19
**Fort** 44:11
**forty** 177:1
**forward** 183:23 184:2
**found** 20:7 96:17 205:3 220:7 222:2
**four-seaters** 109:9
**fourth** 111:15
**frame** 87:2
**Francisco** 153:2 165:1
**free** 44:17 61:10 147:20 192:7 226:15 227:10
**Fresno** 152:23
**Friday** 15:15,24 19:8 20:1 23:24 27:6 46:19,22 52:8, 14,15 53:10 55:22 58:14 80:24 82:21,24 90:6 103:5 111:25 112:18 113:8 114:9 116:11 121:9,17 123:14 124:19 126:12 134:7 135:19 138:18 148:4 193:7,21
**friend** 73:19
**friends** 73:17
**front** 157:4
**frustrated** 49:14
**fuel** 111:19 178:2,5,6,13,14
**full** 7:24 8:1 76:13 182:2
**full-motion** 78:12
**full-time** 106:16 175:4
**fun** 108:4,18
**function** 127:6 136:18 137:4,7,19 158:5,12
**functions** 135:18,21 136:2,3,8,9,16,22 137:1, 14,16 193:20,23
**furnish** 65:19
**futile** 148:20 149:13
**future** 197:3 219:24 220:2

**G**

**gain** 139:15
**gained** 108:1 139:12
**gains** 130:1 131:4
**gamble** 43:4
**Garfield** 8:6
**Gate** 185:21 186:5,9
**gave** 81:14 103:3 111:9,21 121:3 123:17 132:15 135:9 146:20 150:17 177:14 189:10 203:14 216:2
**gear** 111:19

**gears** 10:1 92:1
**Geary** 68:3
**general** 146:16
**generally** 147:23
**Georgia** 28:16 79:6
**give** 7:24 27:8 36:17 48:7 49:21 52:24 96:19 98:8,16 104:1,11 128:4 142:4 147:1 158:13 168:13 169:6 170:3,4 178:1 191:21 225:5 231:2
**glance** 63:6
**goal** 150:3 221:10,11
**goals** 221:13
**Gojet** 224:13,15,25 225:9
**good** 6:4 11:10,14,15 17:4,5 29:18 53:5 73:19 77:21 84:3 107:22 119:1 130:23 142:2 170:15 171:13,15 184:7 188:11 206:18 214:24 217:16,25 218:6 219:16 221:19
**goofy** 8:18,19
**Gotcha** 222:6
**governed** 72:21,22
**governing** 209:24
**governs** 54:5
**graduate** 9:18,20
**graduated** 9:4,6,21 10:8
**graduation** 157:20
**granted** 159:19
**gray** 97:12,22,25 99:22,24 100:20
**great** 51:17 53:4 89:1 147:7
**grew** 47:21
**ground** 12:22 13:2,7 27:6 28:25 78:9 82:19 83:3 119:19 125:5 134:6 204:24
**group** 13:11 22:12 39:21 125:1 133:18,19 182:25
**grow** 29:19 36:5 154:2 164:20 165:11
**growing** 11:10 23:6 29:21 36:19
**grown** 36:8 157:21
**grows** 164:23
**grunt** 6:8
**grunting** 6:2
**guarantee** 78:20 88:25 89:7 123:16 134:11 135:6 150:19,20 158:20 192:5 225:10,23 226:14
**guaranteed** 228:1
**guess** 14:6 15:6 35:19,20,21 43:4,22 52:21 68:14 73:6 83:23 84:2 105:20 109:20 113:11 118:11 119:12 142:7 146:3 152:7 170:16 171:5 183:7 200:10 225:18
**guide** 202:11,12,15,19
**guy** 43:1
**guys** 50:5 62:23 74:20 132:20 166:7 201:13

**H**

**H-O-R-N** 12:6
**half** 79:4 87:25 102:19,20,22,25
**hand** 98:15
**handed** 45:24 66:1 96:13 152:2
**handful** 47:25
**handheld** 16:7
**handle** 22:6 37:6 57:13 171:10
**handled** 12:1 81:3 90:15 173:8,21
**handling** 37:8
**handwriting** 195:14 196:5 197:12
**handwritten** 196:4
**hang** 99:19
**happen** 10:6 40:18 44:18 45:18 56:18 57:5 101:17 150:2 191:15
**happened** 31:17 44:15 57:4 58:24 82:17 84:17 102:24 106:5 111:7 118:2 156:15
**happening** 5:17 151:15
**happy** 16:24 18:2 36:4 65:9 112:24 113:3 133:20 138:5 173:4,8,20 188:5 215:6 219:14
**hard** 14:23 72:25 139:21 223:18
**He'll** 104:1
**head** 6:5,6 53:23 77:20 110:13
**heads** 6:3 50:2
**heads-up** 191:21
**healing** 17:4,25 18:1,12 19:22
**health** 41:11,19,25 42:4,9,10,19 61:4 176:21 185:4
**healthy** 43:1,5
**hear** 90:25
**heard** 87:8 88:17 90:21 150:5 200:8,11,22 204:14 216:22
**Heart** 100:1,2
**held** 20:10 64:6 83:9 134:22 138:7,10 155:24 187:5
**helped** 108:2 165:11
**helpful** 22:8
**helping** 56:9
**Hey** 49:10 54:18 56:4 57:25 74:20 84:16 137:18 142:17 188:11,13 205:21 226:22
**high** 9:5,6,8,13 42:18 43:13 158:6 181:24,25 182:10 218:4
**high-deductible** 41:25
**higher** 29:15 34:14 35:18 212:15
**highest** 34:7
**highway** 18:4,7,10,21 19:12
**Hinckley** 190:20
**hindsight** 107:21
**hire** 30:9 47:23 48:3 65:25 69:5,14 224:17 228:3,7,24 230:5
**hired** 26:3,7 31:12 64:25 65:1,12 66:2,8,9 67:16,19,21 68:25 69:22 71:1,19 73:22 74:6 75:8,22,23 89:9 90:2 107:17 144:20 145:21 213:11 229:24 230:11
**hires** 29:17
**hiring** 29:17 48:4 73:9 225:6 230:3
**historically** 40:6 173:8,21
**history** 9:3 63:2 142:11
**hit** 220:6
**hitch** 44:16
**hold** 19:24 62:10 136:11 142:12 155:18 221:5,19
**holding** 45:13
**holds** 208:13 219:24
**holidays** 130:10,16 131:9 139:2
**holidays'** 143:21
**home** 8:14 32:7 88:19
**honest** 178:16
**honor** 122:23 123:14 193:1
**hope** 62:10 114:10 221:15
**hopeful** 142:12
**hopes** 121:5
**hoping** 62:9 88:11
**hops** 61:15
**Horne** 12:5 13:18,23 20:13,15,17,22 21:21,25 22:23 23:2 24:24 25:15,17,22 26:16,18 60:9 80:15 84:10,14 141:6 161:20 164:1 213:24 223:22
**hospital** 100:3
**hotel** 52:15 79:9,19,22,23,24 80:1 82:25 83:2
**hour** 66:12 78:21,23 83:17 106:21,22 131:22
**hours** 27:7 29:1 40:16 45:2 51:7 53:25 54:1 57:24 58:3,10 59:12,17,18 66:13 68:22 71:23 72:1,2,8 75:10,13,22,23 76:4,10,14,19 78:11,21,22,23 85:3 86:15,22 87:2,5 89:2,4,7,17 100:14,21 101:1 108:8,20 133:11,17 138:24 146:21 147:9 155:17 158:17 160:17,19 163:1 165:25 174:21,22,25 175:2,11 208:14,16,17,20,22 209:18,19 211:3,11 222:5
**house** 79:10
**housing** 107:2
**How's** 64:7
**HR** 156:17
**HSA** 185:19,20 186:3,4,7
**HSAS** 186:5
**huh-uh** 6:9
**hungry** 74:4

**I**

**Iceland** 172:19
**idea** 35:8 43:17 47:8 48:12 60:16 81:22 88:1 101:20,21 107:22 148:7 154:9,10 191:18 197:23 217:4
**ideas** 132:15 169:23
**identified** 20:1 21:22
**identifier** 100:5
**idiot** 187:7
**IFR** 208:14
**Ill** 176:18
**ill** 205:5
**illegal** 226:24
**illness** 176:19 179:1,14,17,21 186:24

**immediately** 105:8,15 116:13
**impact** 192:24
**impacts** 189:8
**implemented** 133:5
**important** 6:1,6 8:20 100:15
**in-person** 188:4
**inappropriate** 189:25 190:3
**Inaudible** 43:23 207:10
**inbound** 86:10
**incentives** 216:17
**incidentals** 80:5
**incidents** 199:12
**include** 123:1 195:7 213:24
**included** 95:4 169:4 183:18
**including** 109:3,9 144:21
**income** 94:4,17,19 175:23, 25
**incorrect** 144:4 145:1,3 218:17
**increase** 168:5 215:17,21 216:21 221:17
**increased** 23:3,6
**increases** 168:4 217:1
**indented** 123:4
**Indiana** 10:11 11:6 107:5
**indicating** 44:23 63:1 94:19
**indication** 196:6
**individual** 11:20 12:3 17:19 18:19 19:18 23:16 49:22 81:12
**individuals** 17:20 22:16 47:25 73:7 91:15
**indoc** 111:12 204:24 205:18
**industry** 11:9 13:11 17:23 30:16 219:24 222:15
**inevitable** 229:20
**information** 26:22 58:25 95:3 96:17,20 98:9 121:4 179:24 190:5 205:22
**infrequent** 61:13
**initial** 107:23 166:14
**initially** 62:20 120:13 220:6
**instances** 53:11
**Institute** 92:15
**Institution** 66:5
**instruct** 189:15,18,19
**instructed** 189:24
**instructor** 12:21,22 13:7 31:16 66:8,10 73:3 109:21, 24 110:6
**instructor's** 12:24 13:2
**instructors** 110:1
**instrument** 208:13
**insurance** 41:11,19 42:14 176:20,21 179:9,15,21 186:8,21
**intend** 195:19
**intended** 70:21 167:19
**intending** 9:23
**intent** 153:19 157:5 159:4 221:8
**interchangeably** 53:14
**interested** 130:23
**interesting** 185:8
**interject** 179:23
**internal** 54:22
**interrupting** 83:22
**Interruption** 66:19
**interview** 27:4 134:5 142:13 156:19 224:19 225:11 226:25
**interviewed** 156:12
**introduction** 180:24 202:18
**invaluable** 108:1
**investigating** 204:19
**invited** 142:13
**involve** 18:11
**involved** 47:1
**IOE** 22:15
**ipad** 46:11
**ipads** 46:11
**iphone** 16:2
**irrationally** 119:12
**issue** 57:11 95:11 110:6 127:14
**issues** 24:20 46:11
**item** 45:21 182:19,20
**items** 42:9 136:7 154:22, 25 159:15 164:8 228:21

**J**

**jack** 62:10
**Jake** 103:23 110:8 118:7
**Jake's** 110:16
**James** 187:21
**January** 24:7 96:8 181:17 207:25 208:4,8
**Jessica** 5:18 51:15 63:9 83:5 92:9 122:10 157:12 214:4 231:10
**Jesus** 17:2
**jet** 29:2 37:4,19 38:12,13, 19 39:9,23 54:18,20,23 78:10
**Jetinsight** 46:1,9,12
**jets** 37:24 38:1,4,9,10,16 39:18,19 44:7 55:3,5,7
**job** 9:12 10:10 14:11 26:11 31:3,10,19 67:12,23 69:23 85:14 100:13 105:22 108:5,7 117:25 127:6 135:21 136:8,16,18,22 137:1,3,7,17 139:1 188:11 193:23 226:16,23
**job's** 136:2 137:13
**jobs** 170:21 225:9
**John** 68:3
**joining** 5:8
**judgment** 119:13
**July** 45:1 67:17,19,24 69:10 107:18
**jump** 61:20
**June** 155:13 170:11,23 171:21
**junior** 88:14 153:25 154:4, 23 164:4,7 165:22 166:9 211:22,24 213:9

**K**

**Kansas** 32:12
**keeping** 20:21 45:14
**key** 99:1 218:3
**kind** 6:9 8:18,20 10:24 11:18 15:20,25 18:11 35:9 36:1,6 51:23 61:2 63:22 68:15 72:19 76:18 77:22 91:12 96:19 98:6 105:11, 12 106:11 111:7 116:14,17 119:13,21 121:13 140:22 145:10 156:22 173:19 174:6 188:12 192:8 199:10,17 202:10 205:22 219:10
**kinds** 42:17
**King** 31:14,21,23 32:9 39:14,16,23 45:7,8,16 68:10 209:3
**knew** 11:20,23 25:11 135:11 139:13 141:9 142:9,10 146:17 151:8 153:15,23,24 154:25 161:23 191:14 199:3 201:1 212:11,13 229:20
**knowing** 189:9
**knowledge** 47:7 86:6 87:17 102:23 216:16,19 225:1

**L**

**lab** 109:19
**labeled** 77:25 205:25
**lady** 5:17
**Lake** 82:19 83:11 84:9 102:13,14 103:17 153:3 165:8
**land** 165:24
**landing** 72:2 103:15 111:19 210:16
**landings** 208:12 210:14
**language** 134:24
**largely** 40:19
**larger** 35:25 36:8 39:20 48:14
**last-minute** 231:2
**late** 88:8 114:13 141:17 165:23 171:24
**Lauderdale** 44:11
**law** 19:18 169:11,20 225:24
**lawsuit** 8:25
**lawyer** 226:9
**leadership** 144:9,13
**leading** 112:25
**learn** 111:4
**lease** 55:7
**leases** 81:20
**leave** 44:13 52:14,15 58:1, 8 88:10 175:6,9,13 198:19 205:5 219:15
**leaves** 148:19 149:12
**leaving** 73:14 190:15
**left** 23:4,17 48:1,10 60:9 61:22 70:25 73:11 82:21 107:20 109:21 149:5 165:16,18,19,21 207:2 208:11 211:24
**leg** 85:18 179:17
**legal** 54:10 136:15,19,22 137:12,23,25 162:15 199:7 201:10 225:17 226:6,8
**legs** 44:10,18 61:10,11 160:8
**lengthens** 172:5

**lengths** 53:4
**letter** 64:19 120:2 123:8,12 128:17,23 129:2,9,12 143:1,19 144:17,18 150:8 170:11,25 230:16
**level** 158:6
**levels** 86:24
**liability** 157:5,7
**liberal** 10:5
**license** 10:18 12:18,20,24 13:2 28:23 77:1,4 82:23
**licensed** 38:6
**licenses** 12:18 13:8,11 76:3
**lied** 91:17 151:1
**life** 15:5 16:21
**lifted** 77:3
**light** 210:23
**lighter** 148:10
**likelihood** 168:4
**likes** 164:25
**limit** 55:12 135:20 136:25 193:22
**limitations** 59:13
**limited** 55:14 86:6 87:17 167:12 208:15
**Lincoln** 8:6 36:3 40:16 44:17,19 61:14 99:2 100:6, 7,8 208:9 222:4
**Lincoln-lincoln** 98:18
**lined** 10:10 113:14
**lines** 97:24 98:13 99:5,17, 18 200:23 201:7 230:7
**Link-link** 98:23
**list** 154:21,25 155:5 201:13 212:19 213:4,5,14 217:10 218:20 220:13
**listed** 123:17 137:7 177:13 196:18
**listen** 5:22
**literally** 129:6
**live** 36:3 88:18 164:25 165:3 172:22
**lived** 165:7
**lives** 73:19
**living** 11:3,5 153:12 219:16
**LNK** 100:4,5
**local** 211:7
**lodging** 79:11 80:8 83:11, 13
**logged** 101:1
**logo** 198:8
**logs** 96:17 100:24 189:11 206:7
**long** 8:8 12:10,23 13:3 20:10,12 21:6 25:18 32:3 34:18 47:8 56:25 59:14 66:16 68:8 78:25 87:6 102:13 104:25 106:13 108:11,12 136:2 144:10 154:17 156:12 160:16 162:15,17,25 164:16 181:2 199:4 209:25
**long-call** 86:25 87:13
**long-term** 219:10
**longer** 14:3 36:11 59:10 154:4 172:5 212:20 213:10
**looked** 70:17 111:24 202:25 203:16,19 214:16 223:13,18
**Los** 165:8
**lost** 96:4
**lot** 6:2,12 11:11,24 45:1 47:23 55:25 62:19 74:4 96:18,20 130:12 142:20 146:16 147:4 160:1,5 164:17 165:2,4,5 180:22, 23 202:21
**lots** 51:1
**lounge** 87:19
**low** 130:8 131:7 139:13,21 145:10 164:14 181:24
**Lowell** 10:11 11:5 107:5
**lower** 42:21,22 43:2 55:14 154:1
**luck** 142:1
**lump** 176:23 179:16
**lunch** 92:1 104:5,6,19,21, 24 115:6,15 155:8

**M**

**made** 15:9 49:16 66:11 71:18 95:25 101:19 102:18 108:1 116:17 141:1 142:21 180:18,20 181:18 182:24 183:19,20 197:3,14 201:2 218:5 230:12
**mainland** 197:24
**maintaining** 52:21
**maintenance** 16:22 37:7 97:6,24 98:11,18,21,24 167:12
**major** 14:9 43:3 48:11 108:25
**majority** 13:20 22:5
**majors** 74:5,6
**make** 5:24 6:10 7:2,11 22:16 24:20 35:5 41:6 52:10 58:16 64:5 68:8 86:11,12 91:24 97:15 101:20 105:5 110:24 113:2 114:13 115:17 116:9 119:11 122:5 140:6 143:3 153:20 156:1 160:20 199:17 200:14 206:16 217:17,24 218:22 220:24 227:1 228:10
**makes** 147:10
**making** 41:8 66:12 181:8 182:9 183:9,12 216:5,7 217:25
**manage** 129:22 164:15
**management** 36:25 37:1, 3 108:2 158:3 196:23 223:5
**manager** 110:12 133:8,9 187:12
**mandated** 78:6
**manner** 6:18
**manual** 203:13 214:13
**March** 12:25 44:25
**mark** 63:7,20 92:10 95:9, 18 109:11 118:20 120:21 138:9 151:20 155:19 156:2 197:17 202:1 203:3 205:24
**marked** 63:21 92:12 95:15, 17 109:10,13 118:23 120:23 122:11,13 128:13 143:6 151:21 155:22 156:3 173:25 174:2 190:25 192:12 197:17,19 202:1,3 203:4 206:2 207:7 214:6
**match** 41:11,16 147:18 211:6
**matched** 201:17
**material** 111:22
**matrix** 103:10 109:19 113:2,24
**matter** 112:12 144:21 145:14
**maximum** 76:21
**MCFARLAND** 173:3,20
**meaning** 168:25 224:20
**means** 5:21 76:24 98:23 128:4 177:2 198:21
**meant** 90:23 131:1 157:10 204:19 217:9 218:18 220:12
**measure** 5:14
**Medicare** 175:24 176:2
**medications** 7:13,14
**meet** 69:1 75:25 76:13 187:23 194:8 196:2
**meeting** 114:22 188:4,9, 10
**meets** 163:22
**member** 15:9
**memo** 155:15
**memorandum** 194:2,25 195:10
**mention** 121:22 140:22 197:14
**mentioned** 37:9 40:11 52:6,18 54:2 56:14 61:7 69:24 71:20 74:17 77:23 78:4 92:16 116:16 118:10 139:11,21 141:20 151:7 201:4 204:16,23 205:18 222:6
**mentioning** 199:23
**mentors** 163:25
**messages** 122:1
**messed** 175:20
**met** 26:23 150:10 200:1
**Mexico** 55:16
**Michael** 23:19 50:8 141:7, 9,19 142:16,18
**Michigan** 9:17 131:1
**middle** 181:9 185:12 191:5 195:25 221:1
**Middletown** 66:2,4 69:24 70:7 92:14 93:9,14 94:20 95:1
**midnight** 165:24
**Mike** 164:1
**Mikhail** 121:3
**military** 76:5
**mind** 19:21 71:3 217:12
**mine** 12:16 24:19 26:23 66:21 73:20 195:16
**minimum** 73:9 89:7 165:25
**minimums** 75:25 76:13,24
**Minneapolis** 153:1 165:10
**minus** 176:25
**minute** 226:12
**minutes** 105:1 115:14 116:3 208:22 231:1
**missed** 66:6
**misses** 88:7
**missing** 66:7 93:13
**Misstates** 226:1
**misunderstood** 117:22, 23
**mix** 88:15
**moment** 227:3

**Monday** 27:6 82:6,9,10,13 83:4 134:7 148:4 162:21 165:21
**Monday-to-friday** 147:12
**money** 41:15 42:3 177:12 181:12
**monitoring** 199:10
**monitors** 113:14
**month** 26:6 32:5 41:22 42:7 63:3 67:20,21 96:9 206:24 207:17,23,24 210:19,22
**monthly** 40:9 42:4 78:24
**months** 40:4 144:20 147:5
**morning** 28:2 52:15 58:1 81:10 165:15,24
**mornings** 160:3,4
**mountains** 221:18 222:2
**move** 34:11 35:25 81:13 89:20 91:25 97:10 141:12 146:23 215:3 219:7 220:25 221:20
**moved** 33:12 83:2 212:2
**moving** 196:24
**MSP** 153:1
**multitude** 86:12

**N**

**N390ps** 209:5,8
**NA** 209:18
**names** 109:25 110:16
**Nashville** 130:25
**nature** 73:13 91:18,19
**natures** 73:16
**NE** 175:24 176:1
**Nebraska** 8:7,11 36:4 176:1 222:4
**Nebraska/omaha** 36:4
**necessarily** 17:22 59:25 72:24 108:16 130:17 146:19 167:12 214:23 215:5 220:9 224:7
**needed** 43:3 45:16,17 74:11 114:13 133:14 142:9 150:2 226:20
**needing** 78:14
**negative** 188:15 224:5
**negotiated** 223:4,8
**negotiating** 223:12
**newer** 29:17 164:12
**newly** 230:11
**nice** 177:4
**night** 95:10 105:9 116:16 208:11 210:15,16
**nights** 82:7
**no-fly** 201:13
**nodded** 6:6
**nodding** 6:3
**noes** 6:7
**nonemergency** 136:7,10
**nonessential** 136:10
**noon** 83:6,7 165:18
**normal** 27:7 42:9 125:4
**northern** 172:13
**note** 56:2 189:21
**notes** 44:1 77:22
**notice** 91:14 158:14
**November** 62:4 154:14 209:4
**NPPD** 99:2
**number** 12:15 23:1 35:14 71:23 100:14 103:24 114:22 120:25 129:16 134:17 135:16 142:24 150:9 151:24 156:8 174:10,19 177:20,21 178:12,16 181:4 185:6 192:13 193:18 197:18 199:12
**numbers** 63:11 92:11 174:3 208:14 212:21
**numerical** 207:3
**numerically** 63:13

**O**

**O'HARE** 153:14
**oath** 6:22,24 7:5 51:20 102:9 171:18 211:17
**object** 17:16 18:13 90:12 136:14,18 137:22 172:16 189:15 218:25 226:7 229:2
**objecting** 6:13
**objection** 75:14 136:11 137:5 138:1 146:6 188:25 190:15 220:16,22 225:25
**observance** 50:6 132:8 148:25 224:11
**observe** 148:17 158:22
**observed** 157:21
**obtain** 76:25
**occasion** 53:20 58:5 124:13
**occupations** 17:12
**occurrences** 199:13
**October** 81:9 120:1 121:1 123:10 126:1 182:4 194:25
**off-guard** 116:14,18 117:4
**offended** 14:24
**offer** 26:11 67:23 68:10 106:25 107:23 161:7 216:14,15 226:23 227:5
**offered** 67:8 105:22,23 117:8 133:23 163:21 196:7 216:9 225:9
**offering** 117:10 226:16
**offers** 67:5 179:19
**office** 103:24 104:20 105:2 114:21 115:8,9,19
**officer** 17:11,15 25:10,11, 16 34:12 37:16 38:24,25 39:2 60:23 68:13 72:9 75:12,23 76:22 83:20,21, 24,25 84:2 146:23 166:22 167:7 181:3 194:6 212:6, 25 213:10,20 217:8,13 218:1,5,17,19,23 220:11, 20 221:12
**officers** 19:16 37:11,13 38:21 47:11 154:11 166:19 167:3 201:12 212:4 218:11,13
**official** 69:14
**Ohio** 9:11 66:2 153:13
**Omaha** 44:20 61:14
**on-call** 46:8 52:19
**on-demand** 36:24 54:17, 20
**one's** 53:1 62:15
**one-on-one** 112:23 133:22
**online** 96:13 191:9 202:11
**onwards** 107:13
**open** 98:8
**open-time** 161:3
**opening** 203:1
**operate** 60:2 111:14 158:5,12 178:3 198:11
**operated** 79:22,24 198:13
**operating** 59:8 198:1 210:1
**operation** 55:18 64:16 68:20
**operational** 192:24
**operations** 54:16 68:25 111:13 144:19 194:19
**opinion** 18:17 54:10 138:2
**opinions** 142:18
**opportunities** 73:1,7
**opportunity** 114:16 150:17 168:22,25 170:6,13 197:2
**opposed** 14:21 125:16 154:3 171:22 207:3
**optimization** 198:20
**option** 28:4 141:12 154:5
**options** 17:23 42:17,20 103:18 105:4,25 112:19 116:9,15 119:16,17 123:1 126:17 132:22
**ORD** 152:10
**order** 19:18 28:23 68:18 72:8 78:4 103:15,16 117:13 126:24 140:5 150:3 153:4,8,18 163:22 164:5, 10
**ordering** 153:20
**orders** 207:3 231:13
**organized** 24:15
**original** 141:18 171:5 231:21
**originally** 33:11 82:8
**outfits** 48:15
**outstation** 16:23 167:13
**outstations** 37:8
**overnight** 130:25
**overnights** 130:19
**overturn** 48:2 74:5
**Overview** 202:19
**owned** 37:4 55:2
**owners** 36:25 37:2 54:21
**owns** 55:6 81:19

**P**

**P-H** 24:25
**p.m.** 102:6 103:8,9,17 114:12,24 124:21,22 125:2 133:21 171:16 172:9 211:15 231:4,19
**package** 187:4
**pages** 62:19,20 202:15
**paid** 41:1,2,3,4 56:24 78:15,18,19,21,22 80:5 83:12,15 86:16 88:20,21, 22 89:1 94:4 100:14 101:8 102:21 106:21,24 175:6,9 177:23 180:9,25 181:6,10 183:1,13 211:3
**pair** 122:7
**paired** 201:22
**pairing** 198:20
**paper** 6:4 45:23 70:9 140:5,22 202:11 229:9,12

**paperwork** 115:21 127:12, 18
**paragraph** 78:1 122:21 124:16 126:16 129:13,19 131:19 132:7 144:8 147:11 148:12 149:10 168:11 192:22 195:25
**parameters** 145:20 156:23 162:16
**pardon** 104:11
**parent** 74:7
**parents** 15:7
**part** 11:13 54:3,4,5,7,12, 15,16,21 59:3,4,16,23 64:23 68:16,19,23,24 69:3 71:20,22,23 72:23 75:11 103:7,8 125:5 132:2 143:11 148:3 149:25 150:12 154:22 159:7 174:24 203:17 208:10 209:23 210:2,4,10 227:19 229:24,25
**part-time** 65:25 66:2,9 92:17
**partake** 15:21
**participate** 41:13 42:23
**parties** 108:17
**partner** 198:16
**partners** 197:25
**parts** 72:21 103:6 172:13
**pass** 179:24
**passed** 84:1 132:16 191:12 192:1
**passenger** 36:21 55:2 64:13 84:5
**passengers** 36:23 167:16, 23
**passing** 29:3 188:13
**past** 43:2 144:20 228:9
**pat** 188:13
**patrol** 18:10
**patrolman** 18:4,7,21 19:13
**Paul** 153:1
**pay** 41:18 42:2,8 43:12 67:13 78:23 106:18,19 161:4,8,11 174:16,19,23 175:17 177:10,22 178:6,21 179:13,16 180:6,24 181:4 182:7 183:8 185:14 186:11,14,18,24,25 215:16 216:13,21 217:1
**paycheck** 43:13,14 78:17 107:3 175:21
**paying** 43:18,20 161:9,10 185:10
**payment** 107:2 176:12 181:15,16
**pays** 57:1 185:5,25 186:2, 12,15,18
**PBS** 30:11,12,14 45:23 201:4 202:11,19 225:1
**pecking** 164:10
**peers** 212:21
**penalties** 7:3
**people** 7:4 10:1 11:23 19:19 30:3 32:24 37:24 45:1 55:7,9 133:9 147:4 155:8 160:5 164:21,22 165:13,15 170:20 189:13 212:13 220:8
**perceived** 119:14
**percent** 39:21
**percentage** 41:21 182:24
**perfectly** 112:22 178:16
**perform** 135:21 136:2,7 137:1 193:23
**performance** 136:3 178:2 187:14 188:2,6,15 199:20
**period** 15:16,20 27:21,25 29:23 46:9 49:22 52:9,12 85:25 86:1 121:17 125:1,2 126:2 135:19 172:6 174:19,23 178:22 180:6 182:14 191:5 193:8,21 198:2 199:1 208:6 218:8 225:3
**periods** 40:14 85:2
**permission** 121:4
**person** 18:10 23:12 39:8 48:21 49:4 91:12 151:12 162:23 189:23
**personal** 18:9 43:4 163:23
**personally** 17:21 81:2 170:6 177:12 229:10
**Petersen** 5:7,9 18:3,16,18 43:23,25 44:2 51:14,19 53:15,16 62:13,17 63:9,12, 19,22 64:5,7 65:21,22 66:20 67:2 70:20 75:16 83:5,10 90:16 92:9,13 93:12,17,23,24 95:6,8,18 96:23,25 97:17,19 100:11, 16,19 102:3,7 104:12,16 109:14 118:21,24 120:21, 24 122:10,13,16 128:14 136:20,21 137:6,24 138:8, 11 143:5,7 146:11,12 151:22 155:23,25 156:4 157:11,16,19 171:14,17 172:20 173:3,12,13,23,24 174:3 180:3,4,17 183:25 184:9,10 187:6,11 189:3,5, 17,21 190:14,17 191:1 192:13 197:20 200:21 202:4 203:5 206:3,14,20 211:13,16 214:4,7 219:2 220:18,23 226:2,10 229:6, 7 230:19,25 231:5,16,21
**phase** 103:14
**Phoenix** 152:18
**phone** 11:22,25 16:7,8 56:22 87:20 103:24 114:22 115:23,24,25 156:20 177:11 192:2
**photographer** 10:11
**photography** 106:12
**phrase** 136:15
**phrased** 136:13
**PHX** 152:18
**physically** 205:6
**PIC** 208:17,19
**pick** 89:19 139:15 154:23 160:19,24 161:15 165:7 211:21
**picked** 27:24 28:2 117:13 166:13
**picture** 64:10
**piece** 140:4,22 229:8,12
**pile** 212:8
**pilot** 9:24 12:2,8 14:1 19:13,19 20:22 21:1,3 22:11 24:3,17 26:3 28:10, 23 31:8,11,16 34:3,11,18, 22,24,25 35:3 37:5,18,21 39:21 44:3 45:12 46:11 49:5,10,20 50:4,22 52:24 58:2,4 59:6,14 60:21 75:23,25 76:17,19,24,25 77:4,6,12 78:2,5 82:23 84:24 85:14,21 86:3,9,19 88:5 89:9,18 91:10 105:24 106:1,23 109:9 121:2,7 124:11 131:11 135:14,22 137:2 144:22 149:21 151:11,17 157:24 158:2,14 162:15 165:22 166:10 182:25 188:21,22,23 192:6 193:24 196:9 199:2 200:8, 11 201:16,19,20 203:13 205:3 208:17,19 209:25 212:5,7 213:1,3,4 214:20, 22,23 215:24 216:4,6,12, 21 220:14 221:10,12 230:11
**pilot's** 10:18 12:17 13:8 76:3 204:7 215:25
**pilots** 10:2 11:14 28:21 33:17 34:6,7,16 35:4,6,11, 13,24 36:2,10 37:9,20 38:19 39:12 46:5,8,10,16 47:10,23 48:6,18,24 49:7, 14 50:18 54:24 56:15 57:1, 19 58:14 59:12,22 74:4,5, 11 75:7,24 76:22 78:6,14 83:14 85:4,5,8,13,17 86:7 88:14,16,17 103:7,11 108:23 109:1,2 129:14,17 130:10,15,18,20 131:13 133:7 138:24 139:4 142:9 144:20 145:13,17,21 146:5,8 147:13 149:16 150:5 153:25 154:7,8,9,11 161:4,23 164:12 165:5 175:1 194:18,23 204:7 211:24 212:9 213:22 217:2 222:19,24 223:3,5
**pilots'** 47:1,2 144:5 222:17
**piston-powered** 109:8
**place** 8:13 28:14 39:8 54:19 63:24 65:24,25 66:6 114:6 158:18 159:9 172:22
**places** 10:4 55:10 62:3 65:18 67:8 83:16
**plaintiff** 5:3
**plan** 41:23,24 43:6,7 154:22 157:5 177:11 180:1 186:7,8
**plane** 29:6 72:5,16 85:10
**planes** 37:22 38:1 45:21 52:20 55:7 198:7
**plans** 42:24 214:18 216:13,17 219:10,15 220:1
**pleased** 132:10 148:14
**plug** 46:6
**point** 18:5 42:12,14 49:23 53:16,21 90:11 91:6 96:3 104:22 111:6 113:24 123:1,4 127:22 128:7 138:6 150:4 151:6,8 155:1 158:23 162:7 170:18 172:21,24 173:1 179:6 195:9 211:10 226:19 229:13 230:10
**points** 122:21
**police** 17:10,14 19:16
**policies** 111:12 151:13 203:7,10 204:25 214:9
**policy** 162:3 163:16 164:5 194:22 203:13 204:12 205:9,15 214:13
**pool** 86:7
**pop-up** 40:17 58:7
**portal** 184:24
**portion** 28:15 176:20 214:12 229:17
**portions** 216:10
**pose** 191:16
**posing** 191:25
**position** 18:7 19:21 31:7 64:17 68:10 69:7 76:13 83:24 90:14,17 106:1,3 108:3 110:9,11 113:15 132:7 137:2,10 196:17

212:12 216:1 225:7 229:16 230:9,12
**positions** 67:8 70:2
**positive** 186:22
**possesses** 229:12
**possibly** 71:9
**potential** 81:3 195:22 197:2 215:21
**potentially** 219:23 221:20 227:1
**power** 168:8
**powerhouse** 157:22
**PPM** 194:20 197:7
**practice** 196:13 203:7 214:8
**practices** 125:11
**predicament** 81:13 103:21 112:4
**prefer** 63:18
**preference** 153:4 166:15
**preferences** 30:11 144:22 150:10,15
**preferential** 30:13 168:13 169:6,9,10,18 201:5
**preferred** 112:20
**premium** 41:19
**premiums** 42:1 185:18
**prepared** 98:3
**present** 63:3
**present's** 63:3
**presume** 14:8 177:10
**presumed** 43:21
**presumption** 14:10
**pretax** 107:3 176:11,16 179:9
**pretty** 177:4 210:23 222:7
**prevent** 190:4 217:15
**preventive** 42:8
**previous** 111:9 171:7
**previously** 122:11 192:8
**principal** 176:11,15 179:7,8 185:11 186:11,14
**principle** 20:5
**printed** 184:20
**prior** 10:25 209:21 210:11 224:9 228:25
**private** 37:24
**privately** 55:2 220:9
**privileges** 61:20
**probation** 199:3,5,6,20,21
**probationary** 199:1 200:4,5
**problem** 17:24 18:21 56:9 63:13 91:1 134:4 139:23 141:18 151:17 172:1 191:17,25 219:20
**problems** 108:13 157:8 169:24 224:18,20 225:8 227:10,21
**procedures** 203:10 214:9,13
**process** 24:23 141:4 150:7 172:14 192:6 214:10
**produce** 96:2
**produced** 95:2 96:21 107:10,14
**professional** 12:18,20
**professor** 12:16 26:23
**profit** 182:20,23 183:2,3,5,11
**profit-sharing** 182:22
**profits** 182:24
**program** 10:6 45:25 59:9 76:2,6,7 77:16,25 78:8 82:16 102:12 131:21 135:12 194:20
**prohibit** 16:10 17:13
**project** 18:1
**promotion** 105:24
**promotions** 180:22,23
**pronounce** 128:19
**pronouncing** 90:19
**prop** 37:22
**proper** 150:14
**properly** 163:21 207:19
**protect** 19:17
**protecting** 19:22
**provide** 36:24 37:7 111:10 116:21 190:11
**provided** 67:11 79:11,14 80:8 83:13 85:14 107:2 119:20 120:15 122:24 150:14 158:21 159:5 194:5 196:1 202:21,24
**providers** 179:5
**providing** 78:14 105:3 116:8
**PSA** 30:22 224:13,15 225:2,9 227:5,22
**pull** 115:12 120:3 142:22 203:25
**pulled** 98:3,21 115:15 116:2 202:15
**punctuality** 200:12
**purpose** 28:20 88:2 119:9 129:9 134:18,20 189:4
**purposes** 30:3 218:21 227:15
**pursuit** 123:1
**push** 113:21 119:4 214:25
**pushed** 46:9
**pushes** 72:5
**pushing** 113:18
**pushy** 170:20
**put** 41:15 42:3 56:2 70:18 82:25 97:7 105:13 152:3 153:11,13 155:6 170:12 175:2 177:7 185:5 197:4 201:12 211:7
**puts** 196:13
**putting** 108:20 113:5 155:6

**Q**

**qualifications** 34:14,15 59:6 213:8
**qualified** 34:17 38:6 39:12,14,16,17,19,22
**quality** 158:6 192:24
**quarter** 178:4,7
**question** 6:14,16 7:9,10 16:17 17:17 26:8 51:24 60:17 68:15 70:11,20,21 77:19 90:13 99:9 107:11 129:5 130:13 136:18 137:12 146:3 157:1 170:8,15,16 172:2 189:16,25 190:3,6,13 193:3 219:1 226:8 229:2,5
**questions** 5:12,22 6:12,19 8:19 18:15 35:10 51:22 84:18 127:13 142:19 187:20 211:20 230:21 231:2,6
**quick** 157:3
**quicker** 154:24 164:23
**quickly** 29:19 129:12 147:6 164:20 165:12
**quit** 14:4,5,7 156:15 220:6
**quote** 56:3
**quoting** 204:4

**R**

**R-N-E** 12:6,7
**race** 169:2
**raised** 15:8 110:5 170:9
**raises** 215:13,14,15
**ran** 227:8
**random** 27:9 97:6
**randomly** 46:7
**range** 64:22
**rank** 153:8,18,19
**rank-ordered** 166:8
**rate** 177:23 178:9
**reach** 42:13
**reached** 74:21 81:11 121:10
**read** 14:23 64:8,9 98:6 118:17 119:7 152:25 198:24 205:10 206:11 231:10
**reading** 119:2,3 231:22
**ready** 51:8 87:14 89:11 90:3 113:21 118:25 154:13
**ready-reserve** 86:18,25 87:11,12,19 89:13,22 220:15
**real** 157:3 189:14
**realize** 158:20 182:11 212:3
**realized** 122:1,2 227:9
**reapplied** 203:22
**reapply** 142:23
**reason** 7:17,20 17:1 50:5 61:16 94:3 129:15,18 144:25 145:2 162:20 171:20 201:14 220:19 228:6 230:3
**reasoning** 153:7
**reasons** 50:6 86:12 167:21
**recall** 7:21 21:7 25:24 59:18 78:21 79:25 82:12 86:24 109:23 114:21 115:22,25 116:24 123:12 126:3,15 127:15 183:5 192:2 197:10 199:23 202:25 203:12,18 205:1 223:16 230:7
**receive** 41:16 94:13 127:21 183:3 215:12
**received** 26:10 126:4 188:1,3 194:24
**receiving** 127:19 144:17
**recently** 142:21 144:20 145:21
**recess** 51:18 102:6 171:16 211:15 231:4
**reckon** 191:20
**recognize** 95:22 98:5 109:14 120:9,10 123:6 143:7 151:22,25 152:1 155:14 156:4 158:8 174:8 197:20 206:4 214:12
**recollection** 7:21 65:8 78:22 142:7 203:20

204:21,23 205:14
**recommendations** 169:23 170:2
**record** 5:20 64:6 83:9 105:14 138:7,10 155:24 187:5 189:22 208:3
**red** 185:2,3
**reference** 134:13,15 200:12 223:2
**referenced** 193:4
**references** 77:15 120:1
**referred** 112:4 194:2
**referring** 163:24 169:19 194:21
**reflected** 78:17 181:7
**reflective** 97:8
**refusal** 195:3
**refuse** 57:25
**refused** 195:1
**Reg** 208:10
**regional** 26:13 48:11 66:4 69:24 70:7 92:14 93:9,15 94:20 157:22
**regionals** 11:11 48:13 74:6
**registration** 209:4,7,9
**regular** 10:3 215:12
**regularly** 17:7
**regulation** 209:24
**regulations** 68:17 111:13 163:2
**regulatory** 72:21
**reimbursed** 177:12
**reimbursement** 177:5,7, 15
**Reinach** 128:17,18,20,21, 24 132:16,19 143:2,24 149:6 170:8 230:14,16
**related** 160:13 228:24
**relates** 131:11 212:8
**relation** 15:11 182:6 192:3
**relative** 13:11 70:9
**relevancy** 189:1
**relevant** 17:17 18:14 173:18
**reliability** 194:20 200:9,12 204:6
**religion** 13:24 105:6 108:24 116:10 169:2 188:20 189:8
**religious** 15:11 16:10 17:6,9,15 18:5,15 19:14 50:6 108:24 120:3 127:11 134:18,22 135:20 150:10, 14 158:4,11 167:16 169:7 192:20 193:6,22 194:8 195:18 196:2 221:5 224:11 227:21
**relinquish** 195:17
**remain** 83:3
**remained** 213:9
**remains** 216:3
**remember** 13:4 20:12 21:9 26:6,9,10,20 43:8,12 64:15 84:11 93:1 94:21 98:25 109:25 110:16 111:16 112:7 113:9 116:6, 22 117:20 126:14 127:19 129:3 143:13,14,16 179:14,17 193:12 199:4 200:2 203:16 204:18 205:19 227:23 230:5
**remembering** 205:1
**remind** 184:7
**remove** 97:5
**rent** 79:9
**repeat** 77:19
**rephrase** 6:17 136:20 145:25 166:20
**replace** 48:3 74:7
**replied** 126:11,14
**reply** 126:13 143:18
**report** 116:19 124:18 127:4
**report-for-duty** 204:8
**reported** 92:25
**reporter** 51:16 63:11 83:7 99:13 122:15 157:14,18 200:20 207:11 214:5 231:12
**repositioning** 44:10
**represent** 5:9 99:21 109:18 202:14 203:6 224:6
**represents** 99:24
**Republic** 224:12,18,25 225:11 226:25 227:24
**reputation** 11:9
**request** 95:24 120:2 122:24 123:9,14 127:11 134:18,20 138:5 139:12 152:3,7 153:19 169:7 192:19,23 193:2,4,6,11,14, 15,17 194:1 195:18 228:25 230:1
**request-for-religious-accommodation** 192:3
**requested** 48:25 55:9,10 107:13 111:1 120:12,14 121:2,8 144:22 193:5 228:9,18 231:17
**requesting** 135:22 193:24
**requests** 22:16 24:21 133:8
**require** 7:9 37:15,18,20,21 42:19 136:9 149:24 160:23 169:20 199:13
**required** 27:15 59:17 71:21 75:22 76:19 78:13 83:16 105:6 125:20 127:6 130:9 131:8 139:2,4 140:25 143:21 144:23 163:2
**requirement** 68:17 69:2,4 209:21 210:11
**requirements** 59:3,6,12, 20 76:11 194:9 196:3 201:10
**requires** 59:21 72:25 75:11 76:12 138:23
**reschedule** 81:25
**research** 11:18
**reserve** 20:22 21:1,3 84:24 85:2,4,5,8,14,21 86:3,7,14, 20,24 87:4 88:5,17,18 151:17 164:15,16 191:8, 13,25 199:2 220:14 230:11
**reserves** 87:13
**reservist** 88:2,11 89:9,11 90:3
**reservists** 88:13,22,24 154:13,18
**resign** 105:7,13 116:12 117:9
**resignation** 115:20 117:11,13 139:8 141:2,6 203:21
**resigned** 105:15 107:16 126:23 127:22 131:20 140:9 204:1 229:16,21,22
**resigning** 116:18
**resources** 123:3
**respond** 5:23 6:15 14:20 126:5,7,11
**responded** 126:10 135:5
**responder** 17:10
**response** 49:17 119:23 120:6,25 121:1 122:19 123:8 134:15 137:21 155:15 156:10 157:1 170:25 192:19 224:15
**responses** 6:7
**responsibilities** 15:21
**responsibility** 204:7
**responsible** 198:1 223:11
**rest** 15:20 59:18 124:24 132:6 162:19 165:25 166:1 208:6,20,21 209:18,19,21 210:1
**rested** 210:11
**restricted** 76:23,25
**restriction** 77:3
**restrictions** 163:13
**result** 5:20 57:9 195:4 218:18
**resume** 64:19 66:1 117:14 126:25
**resuming** 148:19 149:12
**retain** 19:18
**retirements** 74:5
**retiring** 219:22
**return** 205:5
**returns** 132:1
**revenue** 58:17 98:14
**review** 65:4 144:19 187:14
**reviewed** 171:1 203:20 205:15
**reviewing** 203:18
**reviews** 188:2,6 199:20
**revoked** 13:8
**ride** 44:16 84:1
**right-hand** 207:7
**ring** 163:17 203:20
**rise** 154:23
**risk** 220:14
**risks** 189:14 190:7
**robust** 129:20
**robustly** 60:5
**rolled** 80:24
**rotation** 40:12 56:5
**rotations** 34:5
**roughing** 183:17
**roughly** 37:14 68:22 108:21 180:21
**round** 178:12,15
**route** 140:23
**routes** 33:21 74:8
**rules** 5:14 160:13 163:12 190:1
**run** 53:3 57:11 224:18
**running** 134:2
**runs** 190:6

## S

**S-T-E-P-H-E-N** 25:3
**S-T-E-V-E-N** 25:3
**SA** 178:24

**Sabbath** 15:12,15 16:11, 20 17:4,5,8,14,25 18:10 19:2,4,8,24 20:1,14,16,21 21:21 22:4,18 23:24 24:11 27:12,15,20,23,25 29:23 32:23 48:22 52:3,5,23 53:9,13,19,24,25 55:21 56:12 57:2,6,7,16 58:22 74:24 75:2 80:23 81:6,10 85:3 89:11,16 90:4,5 108:9,10,20 110:5 111:2,3, 5 112:12,15,21 130:3 131:22 132:2,8 133:2 136:4,9 137:3,9 144:14,15 148:17,19,24 149:11,21 150:16,22 153:21 155:17 156:24 158:10,17 159:1,11 164:9 167:20 168:9 172:3, 15 191:24 193:8 217:13 218:7,24 220:15 224:21 225:23 227:10,21 229:18

**sabbaths** 29:10,13

**SAD** 204:15,20

**safely** 29:2

**safety** 167:15 192:24

**Saint** 153:1

**salaried** 174:24

**salary** 41:4,6 100:14 101:13,15 106:24 177:17 180:5,16 182:19 183:12 209:10 215:17

**Salt** 82:19 83:11 84:9 102:13,14 103:17 153:2 165:8

**San** 153:2 165:1

**SAP** 225:2

**SAPA** 222:18 223:1,4,8,15, 23 224:4,6

**sat** 89:10,22 115:7 164:15 188:10

**satisfied** 49:24

**Saturday** 15:16,24 19:9 20:2 21:21 22:3 23:24,25 32:16,17,21 33:8,14 46:19, 22 50:5,9 51:12 52:8,16 53:8,10,12,13,18,23 55:21, 22 56:5 58:1,15 60:20 81:10,14 82:2,9,13 89:10 90:4,6 109:19 121:9,17 123:15 130:9,21 131:9 134:12 135:19 136:17 137:9 138:16 139:25 143:21 144:3,14,24 145:15,23,24 146:4,9 151:10 153:21 162:19 164:8 172:8 189:7 191:7,9, 13 193:21 195:2 226:15 230:10

**Saturdays** 27:20 49:5,11 56:16 58:6 60:15 130:15 131:15 137:20 138:4 139:19 148:5,9 151:18 159:23 189:12 192:7 218:7

**save** 65:10

**savings** 41:25 42:4,10,19 185:4 186:8

**scale** 180:24 215:16 216:21

**schedule** 11:18,22,25 13:19,22 22:17 24:18 27:1, 5 30:10 40:4,8 45:9,14,20, 23 46:7 50:23,24 52:9,12 56:1,8 58:11,12 67:10 74:15,22 81:7,9 89:20 95:25 96:5,9,16 97:2,8 99:10,11,12,14 100:17 103:3,19 111:23 112:14 113:7 121:5 123:2 135:13 139:9 144:23 158:21,25 163:22 164:18,24 196:14 217:17,20,25 221:6,19 225:2 226:15

**scheduled** 17:7 22:16 24:22 40:13,19 52:13 54:15 56:19 81:10 82:9,12 85:17 89:9,17 90:3 101:3,6 103:6 110:4 112:16 113:25 114:7 124:25 125:13 126:18 133:7 135:18 191:6,8,12 193:7,20 195:2 204:14 220:15

**schedules** 29:18 34:4 122:6 129:22 144:19 147:19 148:6,7,14,15,23

**scheduling** 46:1 49:7 53:4 56:2 81:12 91:8 96:3 122:24 144:10,13,22 151:11 157:9 158:14 191:20,25 193:2 196:24 218:21 225:8

**school** 9:5,6,8,13 27:6 28:25 66:1 78:9 119:19 134:6 204:24

**scope** 190:3

**Scott** 5:9 43:24 53:7 62:12 64:2 65:15,17 90:14 95:2 96:22 97:16 100:10 118:19 146:10 171:12 179:22 180:15 187:10 189:1 190:8 206:13

**screen** 5:18 113:14 184:15

**screenshot** 184:23

**scroll** 185:7 207:19 208:4

**SEA** 152:12

**seat** 61:20

**Seattle** 152:12 154:20 165:1

**Seattle-based** 201:19

**second-in-command** 31:20

**secretaries** 115:21

**secretary** 103:24,25

**section** 202:8 203:5,9

**sections** 32:4

**secure** 217:13,20 218:24

**secured** 217:24

**security** 175:24 200:4

**seek** 215:9

**seeking** 135:6

**select** 159:24,25

**selected** 145:21 147:12 160:2

**selection** 211:21

**sell** 187:9

**send** 120:17 231:11

**senior** 35:6 88:14,17 130:10,14 147:13 154:24 164:12 168:7 212:6 217:12

**seniority** 22:12 29:16,19, 21,25 30:6,8 33:20,23,25 34:7,13,15 35:18 45:10 46:3,16 47:12,21 129:20, 24 130:2,8 131:4,7,15 132:13 139:13,14,15,21 145:10 149:25 150:11,13, 16 153:17 154:1,2 164:14, 20,23 165:11 166:3,6,9,18, 19 167:3 168:5,16 201:3,8, 9 212:3,4,8,15,17,21 213:1,4,5,8,14,17,20 217:10,16 218:4,10,11,12, 20,21 221:16 222:7,13,14 223:9 224:24

**seniority-based** 50:15

**sense** 5:24 6:10 7:11 91:24 136:22 143:23 200:14

**sentence** 125:22 129:23 130:4 131:10 132:6 144:7 145:12 149:9,14 150:8 157:3,25 159:8 167:17 168:12,14,23 169:19

**sentences** 158:19

**separate** 43:7 95:12 182:18,20 196:24

**September** 69:15,16,22 71:2 190:21 191:4,11,24

**sequences** 113:18

**serve** 19:16

**serves** 189:4

**serving** 19:22

**session** 81:11 82:6 103:10 113:1 124:9 133:11 229:18

**sessions** 113:2,25 124:2

**set** 24:19 166:6

**seventh** 19:7

**Seventh-day** 13:25 15:1, 7,14 18:6,20 19:6 24:1 48:19 110:22 121:10 134:23 145:17 148:16 188:17 189:23

**SFO** 153:2

**shaken** 6:5

**shaking** 6:3

**Shane** 5:2 8:1 17:18 18:14, 18 44:2 49:11 53:8,9,11 70:14 93:21 95:23 100:13 104:9 231:11

**shared** 24:14 58:25 85:1 141:8

**sharing** 182:21,23 183:2, 4,5,11

**shift** 123:4 124:18 125:4, 20 129:21 140:3,13 151:16,18 159:6,14,16,18 160:11 161:9,14,17 162:9, 10,11,12 194:14 195:3 196:24

**shifts** 123:21 125:9,14 135:18 161:5 162:3 165:13 172:7 193:20 196:10

**short** 61:15 68:8 146:22 154:17 156:13 171:13 187:10

**short-** 87:12

**short-call** 86:25 87:1,4

**short-term** 180:1

**shorter** 87:2 172:4

**shortly** 127:23

**show** 19:19 46:13 62:5 91:13 96:11,12,18 100:23, 25 101:2 105:6,7 116:10, 11 117:9 118:15 128:10 140:20 142:24 151:19 155:11,23 173:25 176:3 178:25 190:17 192:10 197:16 200:18 201:25 202:16 203:2 205:23 209:15 214:3

**showed** 104:20 187:24

**showing** 92:2 109:10 118:5 126:25 199:15 214:7

**shown** 94:11 97:1 223:20

**shows** 94:1,8,18 99:18,23 177:5,18 180:7 182:17,18, 20 184:25 185:17,22 186:1 208:19 209:11 210:19

**shrink** 184:11,13

**shrinks** 172:4

**shuttle** 79:21,23,24,25

**sic** 63:20 174:9 208:18

**sick** 86:9 89:25 91:18 151:2,3 175:6,8,9,13 205:2,5
**sick-leave** 205:4
**sign** 195:22 197:1,4 231:10
**signature** 195:13,15,17,21 196:4,5,15 231:17
**signature's** 195:11
**signed** 115:20 120:2 197:6
**significant** 42:13 189:8
**significantly** 222:13
**Silverhawk** 31:1,2,5,10,13 32:1 33:1,5,17,20 35:6,11, 23 36:7,12 37:6,25 38:17, 23 39:7,22 40:8 41:7,9 42:6 43:18 44:4,5,15 46:2, 15 47:3 48:8,25 50:15 51:4,23 52:1 54:6 55:14 57:1,5 58:21 61:4,23 64:18 65:1 67:20,22 68:3,13 69:13,14,23 71:1,19 72:20 76:10,12 85:5 93:3,25 94:4,9,11,19,25 96:1 98:11,17,23 177:22 184:19,25 187:15 188:2,20 189:24 214:19 215:10,13 216:8,18,22 219:14,22 224:10
**similar** 45:22 59:20 62:2 182:14 206:5 227:22
**simply** 46:21 47:20 161:16
**simulated** 113:15
**simulation** 32:8
**simulator** 27:9,16,19,22 29:1 32:9 78:11,12 81:11, 14,25 82:2,6 113:9,13 114:2,3 120:14 124:2,5,8
**simulators** 27:8 81:16,20 123:23 124:15
**sincere** 134:22 172:2
**sincerely** 19:23,24
**single** 138:13
**single-engine** 109:7
**single-pilot** 68:25
**sir** 13:9
**sit** 52:15 56:1 89:8
**sits** 86:19 87:19
**sitting** 40:24 204:17
**situated** 217:11
**situation** 16:19 18:23 22:7,8 196:25 219:16 227:8
**situations** 177:21 196:20
**six-month** 40:14
**skim** 63:23
**skimming** 64:20
**skip** 69:6
**Skywest** 5:10 10:16,18,25 11:3,7,8,12,16,19 12:11 13:14,15 14:1 16:18,23 20:16,18 21:22 22:19,22, 23 23:2,6,8,15 24:6 25:7, 19 26:4,12,18 27:2 28:10, 22 29:5,25 30:14 31:4 33:22 50:8 54:3 59:7 60:9, 20 61:22 62:2 64:24,25 65:13 67:15 68:20 69:19 70:25 72:4,13,15,23 73:11, 15,22 74:2,11 75:7,21 76:20,22 77:5,12,24 78:13, 14 79:11 80:5,8,10,11,17 81:19 82:20,25 83:12,13, 24 85:14,21 86:4,7 89:4,5, 8 90:3 105:3 106:4 107:17, 18,23 109:11 110:18 111:14 116:7,21,22,24 117:15 118:6 120:8 121:19 123:13 124:14 126:1,23 127:23,24 128:12 129:1,3, 13,17 131:11 132:12,14,22 133:1 134:15,16 135:17 137:18 138:12,21,23 139:4 141:25 142:5,9,15,25 143:16 144:13 148:22 149:5,6 151:1,23 154:8 156:9,12 157:6,21,24 158:3,5,8,12,20 159:5,16, 22 161:1,10,11,16,23 163:25 165:4,7 168:12,24 169:6,12,25 170:3 171:21 179:19 191:2 192:13,25 193:13 196:9 197:18,24,25 198:1,3,7,16 199:1 200:16 202:2 203:22 212:10 214:11 217:9 220:12 221:9 222:16,19 223:3,5,15 225:16,19 227:8,22 228:4, 7,12,16,23 229:24 230:2,4, 12
**Skywest's** 89:6 129:24 149:25 150:13 168:16,21 192:19 198:8 203:6,10 204:12 205:8 214:8 222:13 223:9 227:18 228:2,24 230:9
**slanted** 99:17
**SLC** 152:20 153:2
**slew** 178:23
**slightly** 42:21 68:21 153:11
**slip** 180:15
**slot** 81:14 112:18
**slots** 27:19
**slowly** 65:9
**small** 37:18 64:4 96:6 101:22 109:7 174:6
**social** 175:24
**society** 19:17,22
**software** 56:2 96:3
**somebody's** 163:17
**someone's** 16:21 54:17
**sort** 30:1 35:24 42:13 46:25 55:8 72:2,6 98:14 125:16 154:21 156:15 178:13 179:25 203:6 222:8 223:14,18
**sorts** 12:20 61:25
**sought** 33:2
**sound** 134:14
**sounds** 179:25 204:16
**South** 44:16
**span** 62:4
**speak** 51:5 115:10
**speaking** 13:17 21:13,15 84:10,14 159:22 160:2 172:24
**special** 168:13 169:6,9,10, 18
**specific** 38:13 75:21 122:23 179:24 193:2,3 194:1 203:17 204:18,20 205:14 221:8
**specifically** 74:18 85:13 89:13 111:18 146:7 148:13 157:9 178:3 193:19
**specifications** 55:18 111:13
**specifics** 180:2
**speculate** 90:13 172:17 219:1 220:17
**speculation** 143:22
**speculative** 151:6
**spell** 23:20
**Spencer** 190:20
**spend** 40:1
**spent** 11:21,24 40:4,7 205:19
**split** 187:7
**spoke** 24:10 25:13 26:16 27:17 84:25 142:16 146:16
**spoken** 5:13 73:10 74:14 130:18 213:22
**spot** 166:25 215:1
**spouses** 147:19
**spring** 9:7,9
**Springs** 9:17 152:15 154:21 221:18
**stability** 11:9,15
**staffed** 60:3,4
**staffing** 58:4
**stance** 168:21
**stand** 28:17 76:15 100:1
**standard** 194:17 196:8,13 203:6 214:8
**standards** 11:12
**standpoint** 106:1
**stands** 28:19
**start** 42:14 82:20 83:4 88:16 119:19 157:3 160:3 172:11 181:6,8 206:21 212:18 213:13
**started** 21:15 23:3,17 24:5,7,8 25:20 28:9 31:5, 13 35:10 36:6 69:13 100:7 105:1 124:21 134:5 155:2 158:1 171:24 197:8 203:15 221:8
**starting** 28:1 36:10 84:21 167:19 181:4 189:13
**starts** 15:15 19:8 172:7
**state** 157:4,25 159:3,13 167:10 168:3,12 169:22 175:25
**stated** 77:16 126:17 226:13
**statement** 97:3 131:3 136:1 143:19 144:2,8 147:10 174:25 175:16 204:9,10 228:22
**statements** 92:5 94:24
**states** 19:10 55:15 134:20 172:22 198:22
**stay** 36:5 88:19 102:18 140:13 164:3,22
**stayed** 141:18
**staying** 17:6 43:4 218:22
**stepping** 35:24
**steps** 111:7
**Steve** 12:5 23:11,12 27:17, 22 84:25 141:7,8 142:16, 21 164:1 213:24 224:2
**Steven** 25:2 60:9
**stick** 36:10
**sticks** 205:16
**stone** 35:24
**stopped** 50:2
**stops** 49:25
**story** 68:8 156:13
**straight** 73:4 77:21 186:1
**street** 8:6 80:2
**Strindberg** 17:16 18:13 43:24 53:7 62:12 63:17 64:2 65:15 70:14 75:14 90:12 93:16,21 95:2 96:21

97:15 100:10,12,18 104:8 118:19 122:12 136:13 137:5,22 143:3 146:6 171:12 172:16 173:2 179:22 180:14 184:6 187:9 188:25 189:4,10,19 190:2, 16 206:12,19 218:25 220:16,22 225:25 226:7 229:2 230:23 231:8,14,22
**structure** 192:25
**struggled** 108:23
**stub** 183:8
**stubs** 174:16 182:7
**stuck** 16:23
**stuff** 22:14 70:18 78:10 161:5 190:7 199:16 205:17
**sub-bullet** 123:1
**subject** 166:14 205:7
**submitted** 231:22
**subpoena** 190:8
**Subsequently** 126:22
**subsidize** 41:18
**substance** 116:4
**substantial** 101:22
**success** 158:7 160:6
**successfully** 80:20 82:15
**such-and-such** 54:18
**suggest** 74:9 75:8 135:2 139:3 224:5
**suggested** 74:10 216:8
**suggesting** 49:10 159:8
**suggests** 47:15
**suit** 5:11
**sum** 176:23 179:16 187:19
**summarize** 149:18
**summary** 116:5,6
**summer** 13:15 31:17 74:2 77:10 106:20 141:25 171:21 203:23 228:3
**summers** 106:14
**summertime** 172:10 221:2
**sun** 134:1 141:11 171:24 172:8 221:2
**Sunday** 32:19,22,23 33:2, 12,14 49:1 52:14,16 83:2 130:21 133:16 138:18 139:24 160:3 162:19 165:19
**Sundays** 138:5 148:5
**sundown** 15:15,16,23,24 16:1,3,6 19:9 20:1,2 23:24, 25 46:19,22 52:8 53:10,12, 18 58:15 80:24 90:6 103:17 114:12 121:9
123:14,15 135:19,20 139:24 141:15,17 193:21, 22
**sunlight** 172:14
**supervisor** 187:20
**support** 71:8 228:23 229:4
**supposed** 15:19 86:13 88:9 102:17 113:10
**Surface** 203:14
**surprise** 105:12 145:4,6,8 146:1,2,4 147:16
**surprised** 73:21 74:1 75:6 141:9 142:5 146:12,14
**surprising** 147:17
**surrounded** 171:4
**suspect** 39:4 85:9
**suspended** 13:8
**swap** 90:8 112:11 145:14
**swapping** 132:25
**swaps** 58:12
**switch** 82:4 92:1 103:13 120:14 164:13 212:7 217:18,25 218:5,17
**switched** 21:16,18 30:19 33:14 66:22 82:5,13 213:11 218:18
**switching** 217:8,12 220:11,20
**sworn** 5:4
**system** 29:25 30:7,8,11, 12,13 33:20,24,25 45:22 98:4 111:19,20 114:1 129:21,24 131:16 132:13, 24 133:4 135:10 150:1,11, 14,16 159:9,10,20 161:24 163:21 166:8,18,19 167:3 168:5,16,19 194:10,16 200:25 201:5,6 211:9 212:4,17 213:20 222:8,13 223:10 225:1
**systems** 78:10 111:18 114:1 222:14 224:24

## T

**tablet** 203:14
**take-off** 72:2,5
**takeoff** 103:14 113:20 210:15
**takeoffs** 208:12 210:14
**takes** 59:10
**taking** 43:25 84:9 114:6 139:24 177:1 231:18
**talk** 6:2 9:2 20:17 61:3 62:19 64:9 69:21 84:23 96:23 104:21 111:17
112:8,9 114:18 115:13 140:24 142:14 155:4,20 159:15 173:9 199:21 205:22 220:4 223:25
**talked** 23:7 64:21,22 70:7 147:24 211:20
**talking** 12:3,19 53:8 90:6 105:18 115:24 121:6 135:2 136:6 143:24 145:18 146:15 180:15 186:3 190:7 191:19 193:11 217:4 222:18
**talks** 91:22 216:20,25
**target** 178:5
**tasked** 132:1
**taught** 20:12
**tax** 92:5 95:3 175:23,25 176:3
**taxes** 175:22
**teach** 29:1 163:21
**teacher** 103:20 112:2,6,8 114:15,17
**teachers** 112:23
**teaching** 103:11,13 133:18,19
**team** 68:9
**Teamsters** 222:25
**technology** 9:22
**telling** 225:22
**tells** 210:4
**ten** 12:13 21:10 25:23 29:1 32:10,13,15 34:4 35:7 40:12,15,23 45:3 47:12 51:25 52:1,4 55:20 78:11 95:3 96:22 165:25 215:19, 20,21 216:2 219:11
**ten-and-five** 40:12
**ten-day** 46:8
**ten-minute** 51:16
**tend** 59:8 88:13
**Tennessee** 130:25
**tenure** 168:3
**term** 53:13
**terminated** 14:6,7,8,11 48:15 116:12 117:9,14,24 127:6 140:21 229:19
**termination** 126:25 127:12,17 141:4 195:7 205:7
**terms** 17:4 41:1 45:10 47:2 59:6,13 163:2 185:17 223:9
**terribly** 220:3
**test** 29:4 78:5 82:22 83:1 84:9 103:1 111:8,21
205:20
**Testament** 17:3
**testified** 5:5 167:18 189:9
**testify** 7:18
**testimony** 226:1
**testing** 83:17,19
**texted** 121:25
**that'll** 96:19
**thing** 73:5 140:25 142:3 174:7 182:13 216:20 230:17
**thing's** 77:22
**things** 7:2 22:13 24:15 48:1 52:11 73:18,19 108:15,22 111:13 124:7 149:7 160:14 169:2 178:17 196:21 201:3,10 202:21,23
**thinking** 35:9 53:23 70:12
**thinly** 60:3
**thought** 26:13 91:3 95:10 105:25 116:16 134:8 144:2 150:2 155:3 172:18,25 187:6
**thoughts** 63:16
**thousand** 183:17
**three-day** 162:21
**Thursday** 118:12 162:22 170:23
**time** 11:3,17,21,25 13:17 15:19 16:6 20:18 22:20,23 23:3 24:10 26:25 27:3,11, 20,25 29:1,24 30:7 32:15 33:2,18 34:3 40:2,4,7 49:11,22 52:9,12 53:1 56:3 65:10 68:19,23 69:1,4,12, 18 70:3,24 71:1,17 72:19 73:3,7,23 77:8,10,20 78:20 81:24 83:15 85:25 86:1 87:1 88:10,12 90:10,22 91:1,4 96:1 97:9 101:1,7 102:5 107:16,17 110:3,6, 10,18 112:18,20,23 113:8, 9,12 114:8 115:4 117:5 120:14 121:17 123:25 124:2,5 125:1,2 126:2 127:20 132:23 133:17 134:5 135:22 139:8,22 140:2,8,16 141:1,16,25 147:1,2,9 148:10 151:13 154:14,18 159:17 160:17 162:23 163:3 164:16 166:3 168:20 171:13,15,22 182:14 183:13 187:15 191:4 193:24 194:24 199:14 201:10 203:21,22 204:8 205:9,19 208:22,23 211:7,8 213:11 225:2 231:7
**time's** 167:13

**timeanddate.com** 16:3
**timeliness** 158:7
**timely** 200:13
**times** 55:9,25 85:9 111:25 114:5 141:16 194:11 198:14,15 211:6 215:20 221:9,14
**timing-wise** 67:14
**tip** 101:16
**tips** 101:4,20
**title** 85:5 110:12
**titled** 202:11
**today** 5:17 7:13,18 167:19 189:9 204:17
**Todd** 128:17 143:2 173:2 230:14,16
**told** 20:15 22:14 24:16 27:5,9,18,24 28:4 29:14 50:12 58:24 60:13 67:15 71:4 75:4,5,18 113:17 115:9,16 123:16 127:7 129:8 134:6,8 141:10 153:9 156:16 175:1 188:5 189:7 219:18 224:16 225:4,10 226:22 227:22 230:2
**Tom** 170:8
**tonight** 124:18
**tool** 196:8
**tools** 122:25 123:17,20 130:2 135:9,10 159:4,9 194:8,10,12 196:2
**top** 35:7 47:12 68:7 207:7
**topics** 12:22
**total** 32:15 177:17 187:19 210:13
**touch** 73:18 84:15 103:23 113:14
**trade** 13:11 24:16 28:4,7 89:18 91:6 124:1,5,10,12 125:10 135:13 150:6 159:6,14 162:8,14,24 163:3,6,8,15 194:14 196:10,21
**traded** 85:1 124:6
**trades** 129:21
**trading** 22:13 123:21 131:15 132:13 135:10 150:1 162:10,12
**train** 80:11,13 120:16
**trained** 38:24 69:19
**trainee** 20:18 27:2
**training** 11:10,15 12:1 20:20 22:15 23:9,10 24:17,18,21 26:2 27:5,16,23 28:12,13,14 31:15,25 32:3,6,9 38:12 59:9,10 66:4 67:16 70:25 76:2,7,9 77:13,16,25 78:2,8,16,20,24,25 79:20 80:1,6,18,21 81:5,17 82:1,2,19 83:3,14 84:3,8,18 92:14 102:12,13,16 105:6 110:4,12,13,18 114:1 115:4 120:17 123:22 124:1 125:5,15,19,20 126:18 128:5 131:20,21 133:4,6,8,9,10,14 134:13,15,21 135:3,8,11,18 139:10,18 140:3 142:19 144:3 148:14,15,19,20,23 149:12 150:6 166:7,22 171:6,8,10 191:12 192:1,25 193:8,20 196:20 202:22,24 203:15 211:1,11 212:10 214:16 226:21 229:18
**transcript** 231:11,21
**transport** 28:22 75:25 76:17,24,25 77:4 78:4,12 82:23
**transportation** 79:18,19
**travel** 139:2
**treated** 225:22 226:5
**treatment** 43:3 168:13 169:7,9,11
**trick** 26:8 63:5 70:21 107:11
**trigger** 142:22
**trip** 45:14,15,18 46:4 100:7 130:23 145:15 151:9 162:18,22
**trips** 22:14 40:18 52:13 56:1,3 58:7,11 147:1,12
**true** 89:3 126:20 145:5 146:2,13 166:17 172:5 175:6,7
**truth** 7:1,4
**truthfully** 7:18
**Tuesday** 103:2 111:9,21 114:21 165:21
**tune** 192:8
**turbo** 38:7
**turboprop** 38:5,16,20 39:9,23 40:5
**turboprops** 37:23 38:3
**turn** 66:23 77:20
**turned** 67:9 150:21
**turnover** 47:17,19
**two-hour** 86:8
**type** 18:15 36:9 38:12,16,19 190:7 208:5 209:3,6,7,8
**types** 37:25 38:1,2,3,10 99:21 133:13
**typical** 210:22
**typically** 44:19 50:21 88:16 130:10,15,22 147:20

**U**

**Uber** 71:4
**uh-huh** 6:8 14:16,21 24:4 32:20 152:17 159:2 176:17 183:15 210:18
**UHC** 185:19 186:6,7
**unable** 89:21 90:8 97:5 122:23 123:13 162:13 170:3 193:1
**unannounced** 91:13
**unavoidably** 130:9 131:8 132:1 143:20 158:25
**unaware** 161:14
**underestimated** 182:8
**understand** 5:15 6:15,16,18,21,24 7:3 27:1 47:13 51:20 53:15 65:22 70:11 71:25 72:11 81:1 85:16,20 102:8,10 111:7 123:19 130:22 135:7 137:25 159:7 164:6 166:2 167:17 168:14 171:18,19 172:21 195:6 198:3 199:5 206:11,21 211:17,18 212:23 213:6 218:14 219:3,4 222:11,16 223:6 226:17
**understanding** 21:20,24 22:25 23:13 24:9 27:3 29:11 30:15 39:6 48:6 50:7,10,11 54:13 59:2 60:19,22 71:20 72:7 77:2 83:18 85:22,24 86:3,5 87:4,18 88:15,24 89:5,6 102:16 107:12 114:4 123:24,25 124:8 138:1 149:20 159:18,19,21 160:15,23,25 161:15,19 191:10 195:1 198:6,9,12,21 199:7,9 200:3 204:11 211:25 212:9,11,16 213:2,18,19 217:19 218:9,16 222:10,12,15 223:8 226:6,11
**understood** 29:25 30:6,8 89:12 161:18 163:4 190:16 195:5,8 217:23
**undesirable** 145:15 164:3,6 165:13
**unexcused** 194:18
**unforeseen** 16:17 167:11,21
**uniform** 199:16
**union** 222:17,21,24 224:4
**unique** 30:14
**United** 55:15 172:22 198:4,10
**universe** 70:23
**university** 9:16 157:20
**unreasonable** 169:13,14
**unsold** 44:10 61:11
**unstructured** 76:6
**unwilling** 27:12 57:15 58:22 126:18
**upcoming** 111:22
**upgrade** 34:12 68:23 146:22 147:2,6 181:5 212:12,19,20 213:7 219:6 221:16
**upgraded** 181:2 212:14
**upgrades** 34:10
**uphold** 134:22
**upset** 197:12 228:13,17
**user** 202:11,12,19
**Utah** 153:3
**UTC** 208:23 211:8
**utilize** 56:7 130:2

**V**

**vacation** 101:7 129:21 175:5,6,8,12,13 182:19
**vacations** 19:20
**Valley** 9:9
**varies** 44:24
**variety** 10:4
**vary** 44:23
**verbal** 188:8
**versa** 38:25
**versus** 19:13 23:3 38:4 59:4,23 87:23
**vertical** 99:17
**vice** 38:25
**view** 18:6 36:2 49:23 64:4 96:15 169:25
**viewed** 36:7
**views** 15:12
**violate** 53:18
**violation** 225:24
**visibility** 208:15
**vision** 41:12 43:7,15 61:5 176:11,12 179:8 186:14
**visit** 104:4,19
**voluntary** 186:17,23
**vying** 214:21

W

**W-2** 92:21,25 93:9,14 94:1, 8,24 107:6
**W-2S** 92:5 93:20 94:18 95:4 183:22 184:2
**W-A-H-L-E-N** 23:22
**wage** 92:4 174:24
**wages** 92:21 94:8
**Wahlen** 23:19 25:7,18 50:8 73:10,16 74:10,14 80:15 84:10,12,13,16 141:19 161:20,21,22 164:1 214:1 223:23
**wait** 5:22 6:14 114:12 133:24 141:11 212:14,20 217:16 218:3
**waited** 213:12
**waiting** 119:5
**waiving** 196:17
**walk** 80:3
**walked** 65:25
**wanted** 11:13 29:7 34:8 44:6 61:17 103:7 124:9 146:8 152:4 155:9 156:21 157:24 160:5 161:13 164:12 165:6 170:3 171:9 190:8 191:21 212:25
**wanting** 29:16 151:20
**water** 104:8
**ways** 90:22 173:8
**weather** 16:22
**website** 168:24 184:20
**Wednesday** 82:7,10,18 104:23 115:1 162:21
**weeds** 61:2
**week** 19:8 23:14 49:1 66:14,22 79:4 102:19,20, 21,24 103:1,2 108:8 111:11 135:23 138:25 158:9 162:20 175:2 185:9 186:11,15,19 193:25 202:22
**week's** 111:9
**weekend** 56:1 113:3 130:20 131:2 133:11 160:4 162:22
**weekends** 139:2,22 146:19 147:20
**weekly** 40:9
**weeks** 40:19 44:12,14 63:4 102:17 103:4 111:15,22 175:2,3
**weighed** 105:24
**weighing** 126:17 173:5
**well-being** 167:15
**West** 8:6 165:4,6 185:20 186:5,9
**whichever** 29:6 153:11
**Whicker** 103:23 110:8 112:5,9 114:15,18 115:2 117:18 118:7,11 122:20 123:7 125:25 126:5 139:7
**Whicker's** 124:17
**Whoops** 62:8
**Wichita** 32:12
**Wicker's** 110:11
**willingness** 211:21
**Windows** 203:14
**winter** 69:20 70:25 106:17 221:1
**wintertime** 172:1,7
**withdraw** 141:23
**withdrew** 128:7 141:21,24 142:2
**withholding** 175:24,25
**withholdings** 175:23
**wizard** 64:3
**word** 53:5 132:21 200:8,11
**wording** 123:6
**words** 112:12 116:23 135:24,25 136:23
**work** 11:10,14 13:18 15:19 16:9,10,14,19 17:3,22 18:10 19:2,3,11 22:4 23:1, 8 27:12,15 30:23,24 31:1 34:4 40:11 45:24 46:18 49:5 50:9 51:23 52:1,3 55:21,24 56:17,19 57:7 58:22 60:6 66:16 67:10 71:6 72:25 73:18 74:24 94:5,9 101:6 103:19 105:5 106:13 107:15,19 111:2, 19,20 114:13 116:9 117:8 121:16,21 122:3,5,24 123:5,22 124:7 127:13 128:3 129:22 130:9,22 131:8 132:25 133:21 134:12,21 135:12,18 136:9 137:8,20 138:4,5 140:2,13 142:1 143:21 144:3,14,15, 23 145:15 146:18,25 147:18 148:18 149:11,19, 20,24 151:16 153:22 155:16 156:24 157:23 160:13 161:17 162:1 163:11 164:9 165:15 168:6,15,17 169:24 171:24 174:25 177:24 182:12 191:7 193:2,8,20 194:18 195:1,3 213:20,22 217:14 218:24 225:17,23 227:10 229:3,17,20 230:10
**worked** 10:24 12:10 20:13, 15 21:6,21 22:23 24:11 31:2 32:19 48:14 51:12 60:14,20 66:13,17 75:1 92:17 93:18 95:25 106:14, 16 107:15,22 145:22,24 150:23 156:13 162:1,4,6 174:22 175:2,3 182:1 189:6,12 201:1 209:12,14 210:21 212:24
**working** 11:19,21,23 14:2, 12,18 17:13 18:22 19:24, 25 23:14,23 24:5 29:9 34:3 56:6,24 60:9,12 69:13 72:16 75:11 105:23 106:8 108:8,9,10,19 111:5 112:11,15,21 113:8 130:3, 11,15 131:11,14 132:1 133:1 136:17 137:3 149:21 150:16 151:17 158:10,25 159:10,23 160:21 168:9 177:23 178:10 208:11 224:10
**works** 14:3 41:24 46:2 141:4 160:13 189:14 196:9 225:3
**world** 15:21
**worse** 47:20
**worship** 172:3
**worst** 45:18 211:22,23
**worth** 189:9
**write** 134:25 176:23 219:18
**writes** 176:22
**writing** 5:18,21 137:17 143:18 162:4 184:6 188:7 195:19 196:15 223:17
**written** 15:17 68:17 78:5 82:22 140:22 162:2 187:14 194:22
**wrong** 152:20
**wrote** 134:24 135:1 159:17 170:11 195:20 196:25 197:13

X

**XVG** 208:9

Y

**year** 13:4 21:4 40:14 41:8 42:6 44:25 74:15,16,25 75:2 94:4 101:25 102:2 106:23,24 133:25 138:13, 25 139:5 147:5 171:22 172:4 175:10,11,12 177:7, 15 180:5,16 181:4,9,21 182:2 183:1 188:4 199:24 215:17,20 219:17 220:8
**year-end** 181:15
**year-to-date** 174:16 177:17 178:12
**yearly** 215:12,14
**years** 8:9 12:13 13:1 15:10 21:11 25:21 36:7 47:16,22 73:3 130:7 131:6 132:2 182:17 183:22 184:4,5 212:25 213:1,3,13 214:19 215:19,22 216:2 219:11
**years'** 48:8
**yellow** 97:12,25 98:22
**yeses** 6:7
**you-all** 66:21
**young** 5:17
**younger** 22:13

Z

**zipping** 62:8
**Zoom** 5:9,19 77:22