# Exhibit B

**From** Spencer Hinckley **Date** 9/1/2016, 10:52:56 AM
**To** Coy Bryant
**Cc**
**Subject** Shane Cassell

Hello Coy,

We have hired Shane into a training class in November. While speaking about the schedule he notified me that he is a 7th day Adventist and cannot work on Saturdays. We have scheduled him into a CTP class that will allow him to not work on Saturday. However, He will definitely be scheduled for reserve duties on a Saturday when he is online. This will pose a problem for us. I wanted to give you a heads up so you can have that conversation with him.

Thanks,

Spencer Hinckley
Recruitment Specialist | People Department
SkyWest Airlines
O: 435.634.3345
M: 435.218.4324
Spencer.Hinckley@skywest.com