MR. PETERSEN: I understand. That's why you're asking about this. My point is -- well, I guess maybe I'm premature. You ask him the time, place, manner of the communications, and then I'll respond then.

MR. STRINDBERG: Okay.

**Q. (By Mr. Strindberg) At any time have you had any conversations with Chandler, Monica or Jaime about Mr. Cassell or request of an accommodation he had made?**

A. Yes.

**Q. When did those conversations -- conversation or conversations take place and with whom was it, or were they?**

A. I have never had a conversation with Chandler Larsen about Shane Cassell. I have never had a conversation with Monica Polad about Shane Cassell. I have had several conversations with Jaime Sorensen about Shane Cassell and broadly how we handle requests for accommodations during the recruiting process.

**Q. And these conversations with Jaime, did they take place before or after June 26th, 2017?**

A. I don't recall any discussions with Jaime about this matter prior to the last two years. All

of my conversations with her have happened since the inception of the litigation.

**Q. Okay. And you considered them to be giving -- those conversations, you were giving her legal advice?**

MR. PETERSEN: If you want to hold on, let me think about that and talk with --

MR. STRINDBERG: If the answer is -- if he says yes, I'm not going to claim he's waived the privilege, if that helps.

MR. PETERSEN: Okay. Yes, it does help.

I just would clarify, Todd, if it's seeking by her or you giving legal advice, then the answer is it's attorney-client privileged and you do not answer the question.

THE WITNESS: My conversations with Jaime were me seeking information from her about how our recruiting process interfaces with applicants who request a religious accommodation at the start, in interview or before they make it to training, and how -- what her processes are for handling those. But it was more to educate me, to help me give advice to the company. So I don't know if that's work product or helped me form my mental impressions, but I'm asking her questions to help me do my job.

MR. PETERSEN: Erik, I'm okay if you ask him about what she told him.

MR. STRINDBERG: Okay.

**Q. (By Mr. Strindberg) What did Jaime tell you in the course of those conversations?**

A. She told me that pilot recruiting is a team effort by the flight operations who sometimes use actual pilots to go out, interview, evaluate and help us hire pilots. And, also, the employee relations department is involved. And employee relations is there for these type of questions, because pilot recruiters are not trained to handle them and may have an immediate response that, Well, if you won't commit to work 365 days of the year, you're not qualified for this job. That would truly be the case unless that person said, But it's for a religious reason.

That pilot and recruiter is not trained to handle that, so then it would get kicked over to HR for analysis. That was help, and then instruction back to flight operations on whether they should accept or reject the applicant. That's what she told me.

**Q. And do you know why all three of these people got involved in this situation of rehiring or**

**possible rehiring of Shane in June of 2017?**

MR. PETERSEN: I'll object as speculation. Lacks foundation. He testified he hadn't seen the documents.

But here's my point, Todd. You can answer that if you have a factual basis for that decision that comes prior to the litigation.

MR. STRINDBERG: Right. And I asked him why. So I'm really asking a yes, no question; then if he says yes, I'll ask him why or how he knows that.

THE WITNESS: Yes.

**Q. (By Mr. Strindberg) And how do you -- tell me why all three of them got involved in the Cassell rehire -- possible rehire in June of 2017.**

MR. PETERSEN: Only if that is based on percipient knowledge -- well, knowledge contemporaneous with the events, not that came out after the fact.

THE WITNESS: Chandler has copied in her boss and another worker who has the ability to help her with this problem. That's why Chandler has copied Jaime. Jaime was her boss. And -- I'm sorry. That was Monica. So Jaime is both Monica and Chandler's boss. So I'm reading this backwards.

Monica has flagged it, has copied her peer, Chandler, and sent it to her boss, Jaime, with this question. And then we see Chandler's response above back to her peer and to her boss. It doesn't surprise me to see these three people engaged in this topic.

**Q. Let me show you another document. It's Bates numbered SkyWest 5, and we will make it Exhibit 31.**

(EXHIBIT 31 WAS IDENTIFIED.)

**Q. (By Mr. Strindberg) Have you ever seen this document before, Todd?**

A. Yes.

**Q. And when did you first see it?**

A. During the production stage of this litigation.

**Q. So when Coy Bryant informed you that Shane had reapplied at SkyWest, he didn't show you this document?**

A. I don't recall Coy sharing this Email with me in our meeting, no.

**Q. Do you know -- and I realize you didn't write this or were copied on it, but Chandler talks about:**

**I don't think I can actually regret him on those circumstances, so how would you like to**

**move forward?**

**Do you know what she means by "I don't think I can actually regret him"?**

MR. PETERSEN: Objection. Speculation. Lacks foundation.

MR. STRINDBERG: But, Scott, again, I'm asking him if he knows what she's referring to.

MR. PETERSEN: Okay. I understand. Go ahead.

THE WITNESS: I understand what Chandler's saying. Is that your question?

**Q. (By Mr. Strindberg) Basically. It really gets down to what does it mean, "regret"? What does that term mean?**

A. Well, it's regret like a regret letter: We regret to inform you we can't hire you. It doesn't mean we'll regret it if we do hire him. "Regret" is a term of art in our recruiting department, so it's a euphemism for "reject."

**Q. Okay.**

A. That's what she means. I don't think I can actually reject him under those circumstances, so how would you like me to move forward? Chandler is a recruitment/hiring specialist. She's flagged this issue and kicked it up the chain to two different

managers who can help her. That's what she's doing.

**Q. And she also refers here to "our review board." Do you know what the review board is that --**

A. Yes.

**Q. -- she's referring to?**

**What is that?**

A. It's my understanding that when we interview and recruit pilots, their first interview is with a single recruiter, typically a pilot, not someone from HR. And that pilot is reviewing their qualifications, experience, their résumés and giving them verbal quizzes to see if they understand aeronautics and flying and are worth a deeper look. They also ask basic questions to see if they understand the job and are willing to perform it.

If one of those recruiters thinks they've found a qualified applicant that presents a problem that they can't resolve, they kick it up to a review board, which is three or four recruiters who meet together to discuss the issue. Also, I understand those are all flight operations. They're pilots or employees from flight operations.

So I understand this letter to mean that Shane Cassell's recruiter liked him, recommended him, but flagged the scheduling conflict and sent it up to

the review board, who said we can't hire him because of his scheduling conflicts. But Chandler did her job and caught it or weighed in and said I don't think in this case we can regret him based on his refusal to work Saturday, because it's a religious issue that has legal implications.

So she has stopped the process of rejecting or regretting him and looped it in to Coy and Jaime for review from their subject matter expertise, and she's taken it away from flight operations, because they may not know what they're doing when it comes to accommodating an applicant who asks for a religious exemption to our scheduling policies.

**Q. And when you talked with Coy and he told you that -- about this reapplication by Shane Cassell, did he come and meet with you in the office again?**

A. Yes.

**Q. But he didn't bring this Email with him?**

A. I don't recall seeing it.

**Q. Do you recall him bringing any documents to you?**

A. Yes.

**Q. What do you recall him bringing to you?**

A. He brought an Email he received from Shane Cassell.

**Q. Okay.**

MR. PETERSEN: Hey, Erik, in five minutes or so or when you're done with this, I need a break to use the restroom, if that's okay.

MR. STRINDBERG: Let's take a break right now.

Let's just mark this. I just pull up Cassell 20, and we'll make that Exhibit 32.

Let's take a break now.

(EXHIBIT 32 WAS IDENTIFIED.)

(Recess from 2:56 p.m. to 3:08 p.m.)

MR. STRINDBERG: Okay, let's continue.

**Q. (By Mr. Strindberg) We're getting close there, Todd.**

**I'm going to show you what we just marked as Exhibit 32, which is a letter, memo from Shane to Mr. Coy Bryant.**

**Did you ask Coy Bryant to get some more information from Shane?**

A. Yes.

**Q. And what did you ask Mr. Bryant to do?**

A. I asked Mr. Bryant to clarify with Shane whether, if he was handed a Saturday schedule through

the PBS bidding system that he could not add, drop, or trade after having used all of the tools at his disposal, would he refuse to fly, because this Email doesn't quite answer that question. It has several scenarios, but it's still missing the central question.

**Q. Okay. I think you're anticipating some questions I'm going to ask. Let's just back up for a moment.**

**So you apparently had talked with Coy Bryant sometime before June 29th regarding Mr. Cassell's new application for employment; is that correct?**

A. No. I'm sorry. When we left off in the deposition, I told you that I had a conversation with Coy in my office and that this was the document he brought with him. That was my re-engagement in Mr. Cassell's reapplication to SkyWest.

**Q. So you didn't ask Mr. Bryant to get this document from Shane himself; he already had it when he came to speak with you?**

A. Well, I guess as I sit here I don't know. My recollection is that Coy Bryant sometime in June 2017 brought it to my attention that Mr. Cassell had reapplied, had the same religious requirements

and that it had landed back in his department to work out the problem or the accommodation.

And I got -- maybe -- we had that conversation before this Email came in, but for me it's a good marker in time for my re-engagement. It would have been that week, that day, certainly that month, not prior. But since my last communication with Alan Reinach I didn't have anything to do with this matter, so Mr. Bryant approached me again to inform me that Mr. Cassell had reapplied and the application was pending.

**Q. And when he informed you of that, did he have the document we were just looking at, 32, which was Shane's statement?**

A. I don't know. But at some point in that time frame we reviewed this document together.

**Q. Okay. Let's -- we'll get back to that document in a second.**

**Let's look at this document. It is a series of emails. It starts with a portion blacked out, attorney work product.**

(Cell phone interruption.)

MR. STRINDBERG: Sorry. That was Siri wanting to take part in the deposition.

MR. PETERSEN: That was not Siri. That

was an English Dude.

MR. STRINDBERG: I know. No, that's my Siri.

THE WITNESS: Sounded like Cedric.

MR. STRINDBERG: I apologize for that.

**Q. (By Mr. Strindberg) Okay. So this is a series of emails. It's SkyWest 9 and 10. We will mark these as Exhibit 33.**

(EXHIBIT 33 WAS IDENTIFIED.)

**Q. (By Mr. Strindberg) Have you ever seen this before? It starts, first of all, with an Email from Shane to Coy, subject: Memo regarding religious beliefs. And I don't know if it was deposition or otherwise. Shane has said that the document we just looked at, Exhibit 32, is what was attached to this Email. And then Coy, I guess, sends to it Glassey, and then I assume it goes to some attorney. I don't know if it was you or not.**

**But does that refresh your recollection of when or how you ended up seeing Exhibit 32, which is Shane's statement?**

A. Yes, it does.

**Q. So tell me, what's been refreshed?**

A. Okay. So the -- I'm off a couple weeks. Shane sends this Email on Thursday, June 29, to Coy,

who 12 days later sends an Email to Roy Glassey saying he's read it and he thinks it has solved the problem. At that point I can tell you that Roy responds to me and Coy with questions about the Email and asked me to re-engage in the issue. And Coy and I then meet. So the meeting I'm describing happens on or after July 11th.

**Q. And these -- these questions --**

A. That's the re-engagement now in the case. That's -- I'm now re-engaged.

**Q. And these questions that Roy posed, they were -- what? -- in the form of an Email?**

A. Yes.

MR. STRINDBERG: Scott, I don't think that's been produced to us.

MR. PETERSEN: What you see is blocked out. I need to look at that, given where we are.

MR. STRINDBERG: Okay. Yeah. Because I'm not sure if --

THE WITNESS: That Email was sent to me seeking legal advice and copied Coy. So you understand, if there's a log, this is Roy Glassey to Coy Bryant and Todd Emerson. That's the next Email, and it's Roy seeking legal advice.

**Q. (By Mr. Strindberg) Okay. So you got**

**that -- is there a date -- I don't have the loggings on me. What's the date that Roy forwarded this to you, the part that's been blocked out?**

A. I don't know without the log.

**Q. But sometime, I gather, in July?**

A. I think the same day.

**Q. Okay. And based on the Email that you get from Roy with these questions, do you then contact Coy and set up a time to meet with him?**

A. Roy's Email is the impetus for our meeting. I don't know if Coy came to me or I called him.

**Q. And he came in, and he had -- did he have with him what we've previously marked as Exhibit 32, which is Cassell's memo to him, or letter, dated June 29th?**

A. Yes. It might have been electronic. We might have pulled it up and looked together at it on a screen, or it might have been a piece of paper. But we reviewed this Email together.

**Q. And I assume you read it and you saw it, and I've highlighted part of it, that Shane was saying that, I realize that SkyWest cannot guarantee that I will be provided a schedule, and he goes on to talk about how he intends to use these tools that**

**we've talked about to either bid out of, drop or trade a shift that may conflict with my beliefs. He then discusses a mentor, and he goes on from there.**

**I assume you read that part which he claims he was not asking for a guarantee. Correct?**

A. I read that part, correct.

**Q. After you reviewed this with Coy, what did you and he talk about?**

A. How to respond to Mr. Cassell with some follow-up questions about the accommodation he's seeking and what he is and is not willing to do.

**Q. Anything else you asked or told Coy?**

A. Anything else would be legal advice that I offered him.

**Q. But did you direct or ask Coy to talk with Mr. Cassell again to answer some questions?**

A. I did.

**Q. And what were those questions you asked him to ask Mr. Cassell?**

A. I asked him to find out from Mr. Cassell if, after using all the tools available to him, he ended up with a Saturday schedule; and then using all the tools available to him under the PBS system to avoid that Saturday schedule, he was nonetheless saddled with a sabbath Saturday schedule, would he

work it or decline it. We need to know his answer to that question.

**Q. And do you know if Mr. Bryant then contacted Shane Cassell?**

A. I don't know. I can't tell you for sure. It's my understanding that he did what I asked him to do. And I don't know if it was an Email or telephone call, but Coy responded sometime down the road that ultimately Mr. Cassell required a guarantee that he ultimately not be scheduled on a sabbath.

**Q. And this response to you from Coy, was it in writing or orally?**

A. Most of our communication was in person. We worked very close to each other geographically in the building. So I have no independent recollection other than to say Coy and I discussed this case 95 percent of the time and wrote about it or sent emails maybe for a very small sliver of the communication as we consulted.

**Q. And did Coy use the term "guarantee"? In other words, did he say that Cassell wanted a guarantee that he wouldn't have to work on a sabbath?**

A. Might have said "assurance" or another synonym for guarantee, but that's how I remember it.

**Q. And how did you respond to Mr. Bryant?**

A. I reminded Mr. Bryant that we can't make those assurances or guarantees or promises due to our contractual obligation to run the scheduling system the way we negotiated it with SAPA.

**Q. Did you ask Mr. Bryant to contact SAPA and see if they might be willing to help SkyWest accommodate Mr. Cassell's request?**

A. No.

MR. PETERSEN: I think you're getting into legal discussions with Mr. Emerson with the actors that are dealing with your client, so I'm going to -- I'm going to instruct him not to answer those types of questions from here on. You're way in the gray area, which is --

MR. STRINDBERG: Right. I understand what you're saying, Scott. I think it's -- you know, the legal advice is apparent. I mean, I think we all know what position SkyWest took on this, so, you know.

MR. PETERSEN: Well, I realize that. And, look, I'm trying to be -- I understand what you're doing, and we're trying to be cooperative on that; but selective waiver is not generally allowed in attorney-client communications. And so, you know, I'm not -- I think we've tried to limit what Todd's

testified to as to what his actual involvement has been as the HR -- when he puts on the HR hat versus the legal hat. I think we're now in an area where I'm not comfortable, I think, that he's got the HR hat on.

MR. STRINDBERG: Okay. I understand that, and you guys have been very cooperative. I mean, if you allow him to answer as to what he told Coy Bryant, I would not consider that a waiver of anything beyond that conversation, if that helps.

MR. PETERSEN: Well -- and I think he answered it, so -- didn't he?

THE WITNESS: I believe the question was did I ask him to go to SAPA and get a waiver.

MR. PETERSEN: Yeah, and he said no.

**Q. (By Mr. Strindberg) And did you tell Coy that without the, what you say, assurance about Shane Cassell -- did you ask or did you tell Coy that because SkyWest could not assure that Cassell would never work on a sabbath that you could not -- SkyWest would not hire him?**

MR. PETERSEN: Let me just caution you, Todd. So to the extent that you're a decision-maker on the business side, I think it's a fair question. To the extent that you're advising those who would be

decision-makers on the business side, then do not answer that.

Do you want to take a break and just let us talk that through for a couple of minutes?

MR. STRINDBERG: Sure.

THE WITNESS: That would be helpful. Thank you.

(Recess from 3;25 p.m. to 3:29 p.m.)

MR. STRINDBERG: Let's go back on the record.

**Q. (By Mr. Strindberg) Mr. Emerson, do you know who made the decision not to rehire Shane Cassell?**

A. I'm sorry. Just a minute. Is that -- I'm sorry. Just a minute.

(A discussion was held off the record.)

THE WITNESS: I'm sorry. What was your question?

**Q. (By Mr. Strindberg) My question was who made the decision not to rehire Shane Cassell?**

(A discussion was held off the record.)

MR. PETERSEN: Hold on.

(A discussion was held off the record.)

THE WITNESS: I remember the question; I can answer it. I don't know for sure as I sit here

today. I'd have to do some research.

**Q. (By Mr. Strindberg) Do you know who would have the authority to make the decision not to hire someone?**

A. Roy Glassey certainly. The members of that pilot review board, they could have stopped it before it got to Roy. It appeared that Roy was engaged at this point, so I gave instruction and legal advice to Coy. He left with that, and I don't know who ultimately made the decision not to rehire, whether that was the pilot recruiter, pilot review board, Mr. Glassey.

But the ultimate authority for hiring and firing pilots comes from the flight operations department, not from HR and not from me. We are advisors who typically give them a full appraisal of the situation, and then they act upon our advice.

**Q. I can't remember exactly what Mr. Glassey told us. Was he the chief pilot by July of 2017?**

MR. PETERSEN: If you remember.

THE WITNESS: I don't know his position in 2017. The top chief pilot -- there's a designation on our FAA certificate for chief pilot. That is Tracy --

THE REPORTER: Tracy who? I'm sorry.

THE WITNESS: Next in line of command is Roy, and I believe he was at the time. And whatever Roy's position was at that time, that decision made it to him.

MR. PETERSEN: I'll tell you, Erik, my notes from his depo say it was 2016 when he was made company chief pilot and director of flight operations.

MR. STRINDBERG: Thank you.

I'm going to pull up another document here. It's Cassell 176. We will mark it as Exhibit 34.

(EXHIBIT 34 WAS IDENTIFIED.)

**Q. (By Mr. Strindberg) This appears to be some sort of a form letter. Have you seen this letter before, Todd?**

A. No.

**Q. Were you aware that someone from SkyWest Airlines Recruitment was going to reject Shane's application before it was sent out?**

A. No.

**Q. Let's change subjects for moment. I gather from some of the documents that you guys provided to us that other employees have asked for religious accommodation over the years; is that**

**correct?**

A. Yes.

**Q. And some of those other people have requested similar accommodations in the form of not having to work the sabbath. Has SkyWest ever granted such accommodation?**

A. Not to my knowledge.

**Q. Have there been other requests for religious accommodation received by SkyWest other than for shift issues, and by that, not having to work a particular shift or day?**

A. Yes.

**Q. And what have those been?**

A. We've had employees ask for -- to pray, alterations to their uniform or permission to wear unapproved garments, hats, head coverings that would violate our uniform policy, and they've asked for an exception to wear their religious clothing or jewelry, tattoos, body piercings and --

**Q. Are tattoos and body piercings religious in nature?**

A. There are some religions in the South Pacific where the tattoos are of religious significance and genealogy and play a part in their religion. And we have a policy where they're not

allowed to have visible tattoos on certain parts of your body and work here. We grant an exception for those employees who seek a religious accommodation with a bona fide religious belief that requires that tattoo.

Coptic Christians also require a tattoo on their arms or hands, sign of the cross that's visible that demonstrates their religious devotion.

And I am aware we've granted exceptions for all of those.

**Q. So when you say "all of those," have you provided time for people to pray?**

A. Yes.

**Q. Are these people who are Muslim?**

A. Yes.

**Q. And how about these alterations to the uniform? Do you recall what those requests were for?**

A. Yes. Several Muslim employees and some Jewish employees have asked to wear head or hair coverings that are not part of the uniform as part of their religious practice. We have allowed those in most cases.

**Q. Do you recall how many times you've allowed it?**

A. Unless the head covering presents a safety

or identification issue, they have always been granted, so the answer is it's a standing permit unless a flight attendant must wear a full burka where all you can see are my eye slits. My entire uniform is covered.

Those present safety issues in the event of being able to identify the crew member and to visually impair that crew member in the event of an emergency, smoke in the cabin. When we used to have propellers, those head scarves could get caught in the propellers so we would have to work around those, but otherwise, most head coverings have been approved.

**Q. And tattoos and body piercings have also been allowed on occasion?**

A. I'm aware of tattoos being allowed and body piercings denied because it was not a bona fide religious belief.

**Q. So you've not granted anyone accommodation of a tattoo or body piercing?**

A. Tattoos, yes. The single body piercing that came to my attention, I believe it was denied.

**Q. Okay. Any other request for religious accommodations that you've entertained?**

A. Yes. A Christian woman working on the

ramp I want to say in Montana asked to be able to wear a very long skirt from the hip to the ankle as part of her religious observance. These skirts are generally denied; we require pants because there's moving belt loaders and parts and having loose, flowing fabric is a safety issue.

She came up with a tight latex, spandex-type skirt that didn't flow or reduce the safety issue of getting caught on the belt, and that accommodation was granted if her skirt was not free flowing and posed a safety issue.

**Q. Any other requests for religious accommodations that you can recall?**

A. We've had Latter-Day Saints ask for extended leave to perform missions. Those have been denied.

**Q. Have any Latter-Day Saint pilots asked for time off for missions?**

A. Yes.

**Q. Have they been rehired, then, when they return from their mission?**

A. I don't know.

**Q. What kind of accommodation are they asking for, then?**

A. They're asking to go on a two- or

three-year leave of absence to perform missionary service and then return as if they never left. They wished to accumulate seniority and not lose benefits of their time at the company. That was denied. Whether that person returned and was rehired, they would have been hired at the bottom of the seniority list, and they would start working their way back up again.

**Q. And you referred to "that person." Was there just one person?**

A. One comes to mind. There may have been more.

**Q. Okay. One last --**

A. If they're eligible -- eligible for rehire. If they left to perform missionary work, they're not disqualified in the future; they're just not put on a long leave.

**Q. Okay. One last document and we'll be done.**

**I've pulled up a document that's marked SkyWest 12 through 15, and we'll mark that as Exhibit 35.**

(EXHIBIT 35 WAS IDENTIFIED.)

**Q. (By Mr. Strindberg) And, Todd, have you ever -- as it says up in the upper right-hand corner,**

**"SkyWest Airlines Response." This is a position statement of SkyWest Airlines that I gather was filed in response to Mr. Shane's [sic] second charge of discrimination.**

**Have you ever seen this before?**

A. Yes.

**Q. Did you have anything to do with preparing this document?**

A. I did not author this document.

**Q. Do you know who --**

A. I don't know if I reviewed or edited or gave any advice on this document.

**Q. You don't remember if you did?**

A. I don't remember.

**Q. Who -- who authored it? Do you know?**

A. I don't know.

**Q. Is there someone in employee relations who is designated the person to respond to EEOC charges?**

A. Every ER manager responds to the EEOC charges that fall under their jurisdiction. At this time Coy Bryant was handling flight operations, and it is very likely that Coy Bryant is the author of this document. But I can't tell you for sure.

MR. STRINDBERG: Okay. Let's take a short break. I want to touch bases with Todd, and we'll

finish up.

MR. PETERSEN: All right. So how long do you want? Fifteen? Five? Ten?

MR. STRINDBERG: Five minutes.

(Recess from 3:45 p.m. to 3:50 p.m.)

MR. STRINDBERG: Okay. I have nothing further, Todd. Thank you.

Scott, do you have any questions?

MR. PETERSEN: I don't have any questions.

And, Susette, we would like to read and sign.

MR. STRINDBERG: And I want electronic copy, both the full size and the mini size.

THE REPORTER: Okay.

MR. PETERSEN: And I'd like the electronic copy that has the mini that's searchable and the appendix.

MR. STRINDBERG: I don't want a word index.

(The remote deposition concluded at 3:51 p.m.)

* * *

(Signature was requested.)

VERIFICATION

STATE OF ________________)
                          ) ss.
COUNTY OF _______________)

I, TODD C. EMERSON, being first duly sworn on my oath, depose and say:

That I am the witness named in the foregoing deposition taken the 2nd day of October, 2020, consisting of pages numbered 1 to 150, inclusive; that I have read the said deposition and know the contents thereof; that the questions contained therein were propounded to me; that the answers to said questions were given by me, and that the answers as contained therein (or as corrected by me therein) are true and correct.

Corrections Made: Yes________ No________

____________________________________
TODD C. EMERSON

Subscribed and sworn to before me this _________ day of _________, 2020, at ____________________, Utah.

___________________________________
Notary Public for Utah
Residing at________________, Utah.
My Commission Expires: _________.

REPORTER'S CERTIFICATE

STATE OF SALT LAKE )
) ss.
COUNTY OF UTAH )

I, SUSETTE M. SNIDER, Certified Shorthand Reporter and Registered Professional Reporter in and for the State of Utah, do hereby certify:

That prior to being examined, the witness named in the foregoing deposition was duly sworn remotely by me to testify to the truth, the whole truth and nothing but the truth;

That said deposition was taken down by me in shorthand at the time and place therein named and thereafter reduced to typewriting under my direction, and that the foregoing transcript contains a full, true and verbatim record of said deposition.

I further certify that I have no interest in the event of the action.

WITNESS my hand and seal this 19th day of October, 2020.

SUSETTE M. SNIDER
CSR, CRR, RPR

Exhibits

**Exhibit 23** 21:12,13,16
**Exhibit 24** 30:21,22 31:23
**Exhibit 25** 32:8, 9 33:17 46:16
**Exhibit 26** 36:25 37:2 44:19,22 100:12
**Exhibit 27** 100:16,17
**Exhibit 28** 117:19,20
**Exhibit 29** 120:1,2
**Exhibit 30** 121:6,7 122:3
**Exhibit 31** 127:8,9
**Exhibit 32** 131:10,12,18 134:15,20 136:14
**Exhibit 33** 134:8,9
**Exhibit 34** 143:12,13
**Exhibit 35** 148:22,23

0

**006** 31:23
**007** 32:7
**008** 32:7
**0to** 120:1

1

**1** 91:8 92:3,10
**1,200** 113:24
**10** 31:9 72:12 90:9 91:18 100:5, 18 134:7
**100** 87:5,8,18,25 88:4,10 89:18 90:8,9 91:1 93:17
**10:05** 20:11
**10:52** 31:17
**11** 100:6,18
**11:09** 31:17
**11th** 135:7
**12** 52:15,23 87:19 88:1 93:15, 19 113:24 135:1 148:21
**12-month** 93:13
**12/2** 23:14
**1200** 114:6 115:14
**12:02** 63:7
**12:19** 63:7
**12:20** 64:14
**12:24** 64:14
**12:54** 82:14
**12th** 84:3 99:4
**14** 18:13 20:25 52:10
**15** 18:13 31:9 72:12 91:18 148:21
**1600** 23:14
**161** 119:25 120:7
**162** 120:1,9
**17** 20:19 65:12
**176** 143:11
**1800** 23:15
**1858** 88:14 89:4
**1859** 88:14
**19** 20:19
**1:34** 82:14
**1A(3)** 45:7
**1st** 109:5

2

**20** 72:24 88:16 89:4,12,14 91:13 93:3 113:4 114:14 131:10
**20-something-thousand** 93:3
**2016** 7:2 8:8 13:13 14:3 15:11 30:2 32:7,15 54:9 77:16 87:6 89:19 92:4,10,16,17,24 93:25 97:4,8 103:16 104:17,22 109:23,24 143:6
**2017** 7:2 51:21 54:9 55:1 78:25 84:10 86:14 89:6, 21 93:25 97:13 98:13 100:23 109:22 116:19 117:1 119:13 122:7,14 123:23 126:1,15 132:24 142:19,22
**2019** 72:6,8,9
**21** 20:25
**22** 21:7 78:19
**23** 21:9,12,13,16 79:1
**24** 30:21,22 31:23
**25** 32:8,9 33:17 46:16 82:13
**26** 36:25 37:2 44:19,22 100:12, 14
**26th** 123:23
**27** 100:14,16,17
**27000** 91:13
**28** 117:19,20
**29** 120:1,2 134:25
**29th** 132:11 136:16
**2:56** 131:13
**2nd** 105:14

3

**3** 117:18
**30** 109:25 111:24 113:4 114:14 116:1 121:6,7 122:3
**3021** 45:2
**31** 127:8,9
**32** 131:10,12,18 133:13 134:15,20 136:14
**33** 134:8,9
**34** 143:12,13
**35** 148:22,23
**365** 125:14
**389** 36:23 44:16
**3:00** 28:25
**3:08** 131:13
**3:29** 141:8
**3:45** 150:5
**3:50** 150:5
**3:51** 150:21
**3;25** 141:8
**3rd** 84:10 100:23 102:6 111:12 112:20 113:6 117:24

4

**4** 21:11 117:18
**425** 21:4
**444** 5:14
**489** 83:19
**4:00** 23:15 28:20 29:1
**4th** 20:16

5

**5** 21:11 50:11 51:19 127:7
**5,000** 39:17 74:23 75:3
**50** 108:11
**529** 44:25
**53,197** 91:5
**53,197th** 91:10
**53000** 91:15
**57** 79:4
**586** 44:16
**59** 89:5
**5:00** 28:22
**5th** 8:8 10:13 13:19 14:3,12,15, 21,23 15:4,7 16:14 17:7 21:20 28:6 50:16

6

**6** 20:17,19 30:20 104:16
**60** 108:12
**62** 120:8
**6:00** 23:15 28:21
**6th** 54:20

7

**70** 108:9
**70s** 34:1

**8**

**8** 78:25
**80s** 34:1
**81** 121:1
**84790** 5:15
**8th** 13:12,20 32:7,15 46:17 52:4 54:18 67:2 75:10 84:1

**9**

**9** 134:7
**95** 90:9 138:17
**97** 88:9

**A**

**A-R-I-C** 37:17
**a.m.** 31:17
**ability** 18:7 19:13,19 52:5 126:21
**absence** 148:1
**absolutely** 46:22 48:8 67:3 68:7,13 104:12
**accept** 62:6 104:8 125:22
**acceptable** 75:22,24 76:6,14, 15,21,25 77:2,17, 18 103:17
**accepted** 104:2
**access** 111:8
**accommodate** 70:19 71:2,7,23 76:4 101:4,11 105:15 139:7
**accommodated** 100:1
**accommodating** 130:12
**accommodation** 7:8 8:5 9:11 14:13 15:2 18:1, 18 20:21,24 23:12 27:16 33:16 66:7,8 71:11,21 72:18 75:14,22,24 76:6, 14,16,21 77:1,3, 17,19 85:3 102:21,22,25 103:12,17,18 104:3,7,19 105:2, 6,19,23 122:12 123:9 124:19 133:2 137:10 143:25 144:6,9 145:3 146:19 147:10,23
**accommodations** 8:24 9:19 10:1 51:7,13 53:4 106:4,8,10 112:7, 12 123:20 144:4 146:24 147:13
**accumulate** 148:3
**accuracy** 16:4
**act** 142:17
**action** 68:20
**actors** 139:11
**actual** 87:11 125:8 140:1
**add** 10:6 67:18 102:23 103:8 132:1
**added** 43:3
**adding** 19:17
**addition** 17:16
**address** 5:11 47:18 66:1 67:13
**addressed** 84:3, 13 120:23
**adjust** 10:8 104:16
**adjusted** 92:12
**adjustment** 104:20
**advance** 111:2
**Adventist** 8:16 55:22 57:4,11 59:8 62:20 63:24 64:3,20 68:24
**Adventists** 55:4,7,24 58:1,5 101:5
**advice** 6:13,15 16:9 124:5,13,22 135:21,24 137:13 139:17 142:9,17 149:12
**advising** 140:25
**advisors** 142:16
**aeronautics** 129:13
**affairs** 6:1
**affect** 18:5,6 19:12
**afoul** 9:15
**afternoon** 11:15 22:20
**agencies** 36:4
**agency** 36:9,10, 15,19
**agree** 35:24 36:1 37:6 38:7 42:4 60:3,9 61:21 63:11,21 70:9
**agreeable** 109:2
**agreed** 58:18 60:22 73:17
**agreeing** 104:17
**agreement** 15:11 20:23 34:7, 9,15,18 35:1,9,17 47:5 57:23 61:10 62:12
**agreements** 38:17
**ahead** 27:10 35:5 36:7 38:14 42:14 51:20 56:5 66:2 77:12 78:4, 10 79:14 90:22 103:24 104:1 128:9
**Air** 80:4
**aircraft** 40:13,15 111:3,4
**airline** 54:4 85:6
**airline's** 95:4
**airlines** 40:9 96:6 118:2 143:19 149:1,2
**Airlines'** 95:25
**airplane** 80:9
**Airport** 29:12
**airports** 96:20, 22
**Alan** 7:19 13:12 16:18 20:15 30:19 32:15 33:16 54:19 61:15 64:11 83:25 84:3,6 99:3 111:12 117:22 133:8
**Alan's** 20:15
**Alaska** 95:24 96:4
**algorithm** 114:17
**allegation** 60:20
**allowed** 26:24 103:18 139:23 145:1,21,24 146:15,16
**allowing** 69:19
**alter** 35:16 49:18
**alterations** 144:15 145:16
**altered** 92:20 101:4
**ambiguous** 95:2
**amend** 34:16
**amendable** 35:23
**American** 81:18 95:21 96:4
**amount** 41:1 62:5,6 80:5 81:25
**analysis** 85:11 87:12 125:20
**analyst** 85:8,21, 25 86:3,5,7 87:17 89:18 90:1,2,14, 17 92:9
**analyze** 47:15 83:5
**analyzed** 48:13
**Angeles** 95:20 96:1,25
**Anita** 110:15,18 111:13 112:7
**Anita's** 111:18 112:3
**ankle** 147:2
**answering** 112:17
**answers** 12:4 52:15
**anticipating** 132:7
**anytime** 35:15 38:19
**apologize** 88:18 134:5
**apparent** 66:24 139:17
**apparently** 106:8 113:17 132:10
**appeared** 101:14 142:7

**appearing** 115:11
**appears** 32:6 46:1 143:14
**appendix** 150:17
**applicant** 125:22 129:17 130:12
**applicants** 124:18
**application** 25:23 119:13 132:12 133:11 143:20
**applied** 105:24
**apply** 58:2
**appraisal** 142:16
**apprised** 99:13
**approached** 133:9
**approved** 146:13
**approximately** 28:22
**April** 92:13,17 108:9
**arbitrate** 42:5
**arbitration** 41:23,25 42:3,5
**archived** 117:13
**area** 139:14 140:3
**areas** 72:20
**Aric** 37:16,20 72:3,7 73:4 74:1, 2,15,17
**Aric's** 74:8
**arms** 145:7
**Arnold** 37:16,18, 21 38:7 72:3,8 73:4 74:1
**art** 128:18
**asks** 130:13
**aspect** 81:14
**assembling** 68:22
**assertion** 84:15
**assign** 85:19
**assigned** 9:1 23:13 77:25 85:20 87:11 93:21 106:20,22 107:3,14,16
**assigning** 105:16
**assignment** 23:21 45:12,21 46:6 52:14 85:17 88:3 89:20 90:15 92:21 99:2 104:12
**assignments** 45:22 52:6,22 111:1
**association** 34:4
**assume** 7:4 19:11 40:6 54:8 117:23 134:17 136:21 137:4
**assurance** 138:23 140:17
**assurances** 139:2
**assure** 140:19
**Atlanta** 33:5 95:17
**attached** 134:15
**attachment** 118:3
**attempt** 57:14 70:8 111:5
**attempted** 58:2 69:10 97:23 98:1, 5 109:1
**attempting** 69:14
**attend** 23:13
**attendant** 146:3
**attendants** 111:8
**attended** 118:16
**attendees** 73:5
**attention** 45:6 55:18,25 57:1 119:16,17 132:24 146:22
**attorney** 6:18,19 61:14 122:24 133:21 134:17
**attorney-client** 15:14 33:12 42:24 43:5,9,21, 24 76:9 122:22, 24 124:14 139:24
**author** 149:9,22
**authored** 32:11, 13 100:22 149:15
**authority** 142:3, 13
**authorized** 39:13
**automatically** 39:25 40:2
**avenues** 10:7
**avoid** 8:24 18:7 51:11 52:5,20 53:14,17 55:8 56:18 57:16 59:9, 19 60:19 62:22 64:4,19,22 68:3, 25 69:10 85:16 87:20 88:3,5 97:21,23 98:1 102:17 104:11 111:20 113:14 115:3,17 137:24
**avoided** 87:9 102:1
**avoiding** 48:1 52:13
**aware** 36:19 44:10 45:17,24 46:12 55:23 57:3 60:16 101:25 143:18 145:9 146:16

**B**

**back** 13:25 14:6 15:2,11 16:16 20:11 21:4 22:9 23:10 26:10,13 27:20 31:18 46:16 47:16 63:2, 17 64:15 65:13 67:1 75:6,20 77:15 82:12 84:21 86:2 87:25 88:8 89:6,17 92:10 97:13 98:12 103:16 104:21 108:7,9 109:5 110:6 111:18 115:13 117:4 118:9 122:7 125:21 127:3 132:8 133:1,17 141:9 148:7
**background** 27:25
**backup** 85:12
**backwards** 111:22 126:25
**bad** 83:15
**Baker** 117:22,25
**balanced** 81:9
**ball** 58:23
**bananas** 70:16
**bargain** 35:21
**bargaining** 34:6,9,15,17 35:1,9,17 47:5
**based** 48:16,25 59:6,16 61:4 84:21 94:18 97:22 106:24 107:6 110:11 111:23 126:16 130:4 136:7
**bases** 47:1 48:4 149:25
**basic** 129:14
**basically** 93:25 107:23 128:12
**basis** 33:12 46:24 47:22,23 48:7 82:9 84:14 126:6
**Bates** 20:7 44:15 117:18 120:5 121:3 127:7
**began** 11:14 23:14 33:25 103:11
**begin** 92:3
**beginning** 28:4
**begins** 23:14
**behalf** 38:17 39:14,16
**belief** 24:18 66:8 74:13 145:4 146:18
**beliefs** 101:12 134:13 137:2
**belong** 29:15 39:21
**belt** 147:5,9
**benefits** 148:3
**bet** 120:18
**bid** 19:13,19 50:25 53:3 67:16 77:24 98:13,15 106:23 108:21 111:7,9 117:11, 13 137:1
**bid-avoid** 10:6 51:2 52:11 98:6
**bid-avoiding**

115:10
**bid-avoids** 98:8
**bidding** 10:3 19:8 45:16,19,24 46:1,8,10,14 47:16 66:6 70:5 83:12,17 98:25 104:10 111:9 113:13 132:1
**bids** 113:18,24 117:4,7,12
**big** 25:8
**bigger** 63:12
**bit** 46:5 70:24 82:4 84:2 85:5 90:23
**blacked** 86:3 133:20
**blend** 51:23 106:10
**blocked** 135:16 136:3
**blow** 15:1
**board** 35:19 38:16 41:4 53:5 71:13 72:22,23, 24,25 73:1 96:19 129:3,19 130:1 142:6,12
**body** 144:19,20 145:2 146:14,17, 20,21
**boiled** 9:8
**bona** 145:4 146:17
**boss** 108:1 126:21,23,25 127:2,4
**bottom** 148:6
**brain** 65:13
**branch** 36:16,17
**breach** 58:21 62:11
**break** 31:6,10 61:9 63:5 70:23 82:5 131:5,7,11 141:3 149:25
**breaking** 61:10
**briefed** 28:6
**briefly** 50:13
**bring** 83:21 119:17 130:20
**bringing** 130:22, 25
**broaden** 55:11
**broader** 76:24
**broadly** 123:19
**broke** 40:22 116:15
**broken** 78:22
**brought** 55:24 57:1 119:16 131:1 132:17,24
**Bryant** 7:11,20 8:4,8,11,20 9:4, 18 10:15,18 11:1, 3,7,19,23 12:4,7 13:21,25 14:1,2, 21 16:2,3 17:1,11 20:16 21:14 27:21 28:2,6 30:19 31:24 32:16 33:13 51:6 75:9 103:15 119:16 127:16 131:19,20,23,24 132:11,19,23 133:9 135:23 138:3,25 139:1,5 140:9 149:21,22
**build** 111:5
**building** 7:6 138:15
**bunch** 96:25
**bundled** 39:10
**burden** 106:11
**burka** 146:3
**business** 40:17, 21 41:1 43:7 79:15 81:19 140:24 141:1
**busy** 85:5
**buzz** 83:1
**bylaws** 72:11

**C**

**C-A-T-T-E-N** 90:24
**cabin** 146:9
**call** 5:16 6:6 35:18 73:24 80:1 82:21 96:2 105:19 111:17 138:8
**called** 5:4 12:24 18:21 34:4,12 64:11 78:16 87:3 136:11
**calls** 35:3 36:6 38:12 42:12,22 43:5,21 79:12 105:4
**cancel** 81:7
**canceled** 81:19, 22,23,24
**Canceling** 81:14,15
**capacity** 122:20
**capital** 82:24
**captain** 40:12
**captains** 78:22
**capture** 92:7,11
**captured** 90:8
**care** 33:9 53:15 64:5 116:4
**career** 17:18
**careful** 62:16
**carriers** 29:21 95:14 96:7
**case** 6:15 8:15 45:11 46:14 62:7 101:6 102:11 125:16 130:4 135:9 138:16
**cases** 6:14 145:22
**Casey** 6:23 7:1
**Cassell** 7:8,12 8:4,12,22 9:9,13, 21 10:1,11 11:8, 12,16 12:18 14:14 15:2 17:15 18:2 20:1,17 21:4,11,24 22:15 23:3,24 24:3,15 25:11,14,16 26:4, 17 27:5 28:4,7 30:20 31:23 32:7, 17 33:15 46:21 61:14,15 68:12 69:19 70:7 71:1 72:14 75:14 76:1, 22 92:23 100:1,5, 18 101:6 102:11, 20 104:2 105:7 107:12 108:22,25 109:10 110:4 112:8,12 119:11, 19,25 120:23 122:11 123:9,16, 18,19 126:15 130:17 131:2,10 132:24 133:10 137:9,16,19,20 138:4,9,21 140:18,19 141:13,20 143:11
**Cassell's** 50:23 70:20 71:3,7 92:8,18 100:8 101:11 102:9 129:24 132:12,18 136:15 139:7
**category** 29:22
**Catten** 90:24,25 97:12 98:23
**caught** 130:3 146:10 147:9
**caused** 102:8
**caution** 15:13 58:8 140:22
**CBA** 42:1,6 70:10,14 72:11, 19
**CBT** 101:16 106:5
**Cedric** 134:4
**cell** 133:22
**central** 132:5
**certainty** 79:9 94:7
**certificate** 142:23
**certified** 111:4
**chain** 21:15 128:25
**chance** 26:22
**Chandler** 121:9, 11,12,24 122:10 123:8,16 126:20, 22 127:1,22 128:23 130:2
**Chandler's** 126:25 127:3 128:10
**change** 35:21 36:1,2 37:13 38:2,7,20 39:13, 18 49:18,19 91:20 143:22
**changed** 35:23 39:15
**changing** 105:16
**chaotic** 31:4
**charge** 149:3
**charges** 149:18, 20
**chart** 78:20 93:6
**Chicago** 79:1 94:2,15 95:10,20

96:18 97:3
**chief** 68:17,19 69:5,11 142:19, 22,23 143:7
**children** 47:13
**choice** 53:14 114:19,22,24
**choose** 107:5
**chose** 66:10 90:25 92:15 108:17
**chosen** 108:16
**Christian** 146:25
**Christians** 145:6
**Christmas** 47:13 67:16,17, 20 74:10,24 75:1, 2,3,4 85:7
**chunk** 83:20
**Cincinnati** 95:18
**circumnavigated** 24:11
**circumstances** 88:24 127:25 128:22
**cities** 96:14
**city** 8:22 10:22 29:11 80:15 96:8
**claim** 43:20 124:9
**claimed** 84:13
**claims** 137:5
**clarification** 17:6 39:20 43:13, 20 76:20
**clarify** 22:19 23:5 83:11,14 117:6 124:12 131:24
**class** 12:16,25 13:1,2 22:7,9 24:10,23 26:5,10, 19 92:11,15,18, 23 101:16 102:2 107:21 108:14,21 109:17,19,20 110:3
**classes** 10:24 106:19 107:10,20 109:4,11
**classmate** 12:18
**clear** 34:3 102:22 117:3
**client** 62:12 63:22 84:15 89:3 116:20 139:11
**climbed** 108:11
**close** 12:11 131:15 138:14
**closed** 35:22
**closely** 28:8 89:22
**closer** 92:13,18
**clothing** 144:18
**club** 80:12
**code** 96:5
**collective** 34:6, 9,15,17,25 35:8, 17 47:4
**Colorado** 30:14 73:7
**column** 91:3
**combination** 67:14,23
**comfortable** 140:4
**command** 110:15 143:1
**commenced** 51:19
**comment** 113:22
**commenting** 16:12
**Commission** 61:17
**commit** 125:14
**common** 115:17
**communicate** 6:16
**communicated** 86:11
**communicating** 17:14 119:7
**communication** 54:25 118:19,21 119:2,8 133:7 138:13,19
**communications** 54:19,24 63:16 80:24 118:25 122:23 123:4 139:24
**compacted** 13:4
**companies** 96:3
**company** 44:2,7 96:3 107:16 124:23 143:7 148:4
**compensated** 40:15 48:24
**compensating** 48:16
**compensation** 38:20 39:9 40:7, 8,18
**compete** 47:18
**complaining** 48:12
**complement** 79:22
**complete** 23:20, 25 79:25 116:3
**completed** 23:16
**completely** 52:21
**comport** 94:2
**compound** 70:22 103:24
**compromise** 72:16
**computer** 12:10, 14 84:22
**computers** 29:3,4,15,16
**concepts** 19:7
**concern** 50:23 63:11
**concerned** 61:10
**concerns** 84:13
**concluded** 150:21
**conclusion** 35:4 36:6 38:13 42:13, 23 43:8 105:4
**conditions** 35:16 104:9
**conducts** 12:6
**confidential** 58:18 59:1,2 60:4,9,12,17,19, 22 61:24 62:8
**confidentiality** 58:20,22 59:16 60:11,24 61:5 63:3,11
**confidentially** 61:20
**confines** 60:21 62:14
**conflate** 106:1
**conflating** 105:10
**conflict** 9:3,8 102:1,8 129:25 137:2
**conflicts** 66:5 101:17 130:2
**confused** 95:8
**confusing** 78:9
**conjuring** 76:10
**consecutive** 93:5
**considered** 77:18 96:8 124:3
**consistent** 25:24
**constant** 47:6
**constitute** 72:25
**constituted** 76:15 77:2
**constrained** 70:4
**consult** 16:8 61:9
**consultation** 16:3
**consulted** 15:10,15 16:16 28:9 138:19
**consulting** 8:21
**contact** 62:21 71:1,6 136:8 139:5
**contacted** 7:10, 11 8:4,8 59:7 97:14 138:4
**contained** 38:24
**contemporaneous** 126:18
**context** 71:15 76:17
**continuation** 103:10
**continue** 11:16 25:22 27:15 101:20 103:19 131:14
**continued** 23:19 104:3

**continuous** 36:24

**contract** 35:22 49:24 50:1 70:11 74:7,18 96:6

**contractual** 139:3

**control** 29:7,25

**conversation** 11:2 13:22 14:1 17:25 31:24,25 32:2 50:22 53:12 68:15 70:3 86:12, 16,18 110:9 113:10 118:17 123:13,15,17 132:15 133:4 140:10

**conversations** 52:2 57:20 59:12 61:24 62:25 69:24 70:1 71:13 72:4 86:24 112:3, 6,11,14,18,22 113:8 118:14 122:10 123:8,12, 13,18,22 124:1,4, 16 125:5

**conversion** 66:20

**convinced** 63:13

**cooperative** 139:22 140:7

**copied** 119:1,4 126:20,23 127:1, 22 135:21

**Coptic** 145:6

**copy** 25:13,17 119:19 150:13,16

**corner** 148:25

**correct** 10:17 13:8 19:9,10,14, 15,19 25:12 43:25 44:19 50:3 54:10,21 67:8 91:15 102:4 105:2,17,18,22 107:24 110:22 113:19 118:6 122:1 132:13 137:5,6 144:1

**correctly** 27:13 38:4 66:15 90:21

**cost** 81:25 82:1

**costs** 81:8,10,13

**counsel** 6:16 31:13 33:8 44:2 60:14 61:9 122:21

**country** 33:4 80:16 96:24

**counts** 8:18

**couple** 14:18 63:8 73:2 82:16 115:15 134:24 141:4

**court** 58:23

**cover** 67:21 79:7

**covered** 68:1 146:5

**covering** 97:8 145:25

**coverings** 144:16 145:20 146:12

**covers** 45:24 46:7 83:16

**Covey** 5:10

**cow** 48:22 49:5,9

**Coy** 7:10,19,24 8:4 9:4 10:15,18 13:21,25 14:1,2, 5,8,21 15:3,6 16:20 18:9,11,23 19:21,24 20:16 27:20,21 30:19 31:24 32:16 33:13 51:6 75:8 103:15 119:16 127:16,19 130:8, 15 131:19,20 132:10,16,23 134:12,16,25 135:4,5,21,23 136:9,11 137:7, 12,15 138:8,11, 16,20 140:8,16, 18 142:9 149:21, 22

**created** 14:6 89:1,14 98:25

**crew** 12:13 47:23 53:21 68:16 110:10,14,17,20 115:3 146:7,8

**crews** 81:16

**CRJ** 16:5

**cross** 145:7

**crunch** 97:18 99:6

**crunching** 116:10

**current** 5:11 40:14 49:15

**cut** 108:7,9

## D

**Dakota** 80:21

**Dallas** 95:23

**dash** 82:24

**data** 82:17 83:9 84:21 87:16 89:17 90:3,6,13 97:10,18,22 99:6 112:18,24 113:5 116:10,11,12,14, 18,20,24 117:2,8

**database** 55:19

**date** 25:8 34:2 136:1,2

**dated** 13:12 20:16 32:6,15 46:17 84:2 136:15

**dates** 91:25 92:2 113:7

**Dave** 107:18

**David** 30:6,7 107:23

**day** 10:4 12:21, 24 51:24 109:7 111:21,22 116:4 118:12 133:6 136:6 144:11

**daylight** 109:6

**days** 18:21 25:24 74:3 77:23,24 102:3 125:14 135:1

**deal** 30:16 44:7 65:16,19 75:3

**dealing** 139:11

**dealt** 65:15,22 69:12

**December** 8:8 10:13 13:12,19, 20 14:3,12,15,21, 23 15:4,7 16:14 17:7 20:16 21:20 22:18 28:4,6 30:2 32:7,15 46:17 50:11,14,16 51:19 52:4 54:16, 18 67:2 69:16 75:9,10 77:15 84:1,3 85:5 99:4 102:6 103:3 104:16,21 105:14 109:5 111:18 112:16,19 113:10

**decided** 84:20

**decides** 39:6

**decision** 41:21 42:3 43:7 126:6 141:12,20 142:3, 10 143:3

**decision-maker** 140:23

**decision-makers** 141:1

**deck** 85:7

**decline** 9:2 103:9 138:1

**declined** 102:21, 25

**deeper** 129:13

**deeply** 24:17 74:12

**define** 77:1

**delay** 84:11

**deliver** 116:19

**Delta** 80:4 81:17 94:15,16 95:11, 17 96:4,10,12

**Delta's** 95:8

**demand** 79:21

**demanding** 62:6

**demonstrates** 145:8

**denied** 146:17, 22 147:4,16 148:4

**dense** 60:3

**Denver** 30:14,15 73:7 95:20

**department** 6:7, 10 78:14 85:21 101:17,20 106:22 109:10 110:2,11, 17 121:13,18,23 125:10 128:19 133:1 142:15

**departments** 105:25

**depo** 100:8 143:6

**deposition** 57:2 60:12,17 132:15 133:24 134:13 150:21

**depositions** 5:19

**describing** 135:6

**designate** 32:8

36:23,24 37:2 58:9

**designated** 60:16 149:18

**designation** 142:22

**detailing** 73:16

**determine** 55:3, 6 57:14 62:22 76:15 98:14 102:17

**determining** 74:12

**detour** 66:24

**Detroit** 79:1 94:1,15 95:10,18 96:18 97:3

**developed** 33:22

**device** 29:22

**devices** 29:18 30:1

**devote** 40:25

**devotion** 145:8

**dialed** 50:23

**difference** 25:5, 8

**difficult** 49:18 69:5 74:12 87:22 104:4 112:15

**difficulties** 47:25

**difficulty** 67:10 68:1 81:23

**dipping** 68:4

**direct** 33:11 70:18 71:5 84:20 119:5 137:15

**directly** 64:9 85:25

**director** 5:25 6:21 30:8 107:19 110:14 143:7

**disclose** 57:20 59:2,20 60:25 63:1

**disclosed** 59:14,21

**discloses** 60:15

**disclosing** 60:20

**disclosure** 62:13

**discovery** 57:9

**discrimination** 149:4

**discuss** 11:7 18:6,9 19:21 72:13 76:2 101:2, 3 129:20

**discussed** 10:2, 11 18:3,11 33:10 52:12 72:11 73:17,21 87:22 138:16

**discusses** 23:10,12 137:3

**discussing** 14:2 26:2 60:10 61:5 72:7

**discussion** 24:2 25:22 26:3,20,23 27:4,21 30:20 50:6 51:6,16 58:8 69:15,17 70:12 72:13 85:2 100:13 101:23 112:16 141:16, 21,23

**discussions** 15:15 49:17 50:9 51:10,18,22 53:2 61:23 62:7 68:11 71:17,25 75:8 76:11 85:24 103:1 122:14,19 123:24 139:10

**dispatch** 80:20

**dispatched** 80:16 94:20

**displacement** 45:11

**disposal** 53:12, 16 132:3

**disqualified** 148:16

**disruptions** 81:15

**distinguish** 74:25

**divide** 18:17

**divorced** 78:14

**document** 15:3, 6,7 16:1,10,12,17 17:23 19:23 20:14 21:3 32:5 34:10,12 36:21 46:2 61:21 62:11 88:17,19 89:1,4 98:25 117:16,17 119:24,25 120:4, 20,25 122:2,6 127:6,11,18 132:16,20 133:13,16,18,19 134:14 143:10 148:18,20 149:8, 9,12,23

**documents** 14:5,19,20,23 16:7 52:1 126:4 130:22 143:23

**dollars** 29:24

**domicile** 17:1,2, 4,9,21,24 18:3,4, 6,11,15,19 19:6, 9,15,17 68:20 78:21 79:19,22 96:24

**domiciles** 19:2, 3,4,11 83:8 93:20 94:6,9,13,14

**double-check** 92:25

**draw** 45:6 84:25

**drawn** 79:19 110:9 112:2

117:7,8

**draws** 39:5

**drew** 90:6

**drill** 98:10

**drop** 10:6 67:18 102:23 103:8 132:1 137:1

**dropping** 51:8 53:5

**drugs** 31:8,13

**dude** 75:1 134:1

**due** 45:12,21 46:6 79:23 139:2

**dues** 40:3

**Dulles** 95:23

**duly** 5:4

**duties** 40:11

**E**

**earlier** 25:25 38:1 87:6 88:22 89:24 91:14 98:24 106:2 107:19 119:4

**early** 12:22 16:14 34:1 54:9,16,20 75:9 89:6,19 92:16 113:9

**easier** 96:19,23

**Easter** 74:5,10 98:7

**easy** 21:2 48:19 106:1

**eat** 82:5

**edited** 16:9 149:11

**editing** 16:12

**educate** 124:22

**EEOC** 61:22 62:12 149:18,19

**effectively** 52:8

**efficient** 111:5

**effort** 55:3 116:22 125:7

**elected** 37:24

**electronic** 136:17 150:12,15

**elephant** 106:15

**eleven** 31:11

**eligible** 26:12 148:14

**eliminating** 49:1

**Email** 7:19,20 8:9,13 16:18,24 19:25 20:2,15,16, 20 21:15 25:3,11 30:19 117:22 118:8 119:19 127:19 130:20 131:1 132:3 133:4 134:11,16, 25 135:1,4,12,20, 23 136:7,10,20 138:7

**emailing** 22:19

**emails** 121:9 133:20 134:7 138:18

**emergencies** 78:7 103:6

**emergency** 146:9

**emergent** 103:10

**Emerson** 5:3,10 43:22 58:4 62:19 64:17 135:23 139:10 141:11

**Emerson's** 118:4

**emotional** 24:16

**emphasizing** 67:25

**employed** 32:24

33:1
**employee** 6:6, 11,16,21 7:1,10 27:15 55:21 91:3, 4,7,8,10,13,17, 19,20 99:17 125:9,10 149:17
**employees** 44:3 55:19,23 129:22 143:24 144:14 145:3,18,19
**employment** 17:10 23:7,19,21 25:19 46:21 47:2 61:17 84:17 85:15 93:17 104:9 132:12
**empowered** 38:16 39:7
**encounter** 17:17
**end** 9:13 22:8 23:15 24:23 26:5, 6 27:22 67:17 68:5 74:20 86:14 87:2 113:9 118:19
**ended** 28:20 134:20 137:22
**ends** 83:20
**engaged** 49:16 66:4 127:5 142:8
**English** 134:1
**enrolled** 39:25
**enter** 18:24 38:17
**entertained** 146:24
**entire** 34:19 37:2 38:18 72:22 146:4
**entirety** 23:17
**entitled** 76:17
**Equal** 61:16
**ER** 149:19
**Erik** 7:24 12:1,3 14:15 20:3 25:13 26:18 31:14 37:1 39:5 51:24 57:19 58:16,23 59:24 60:7 63:8 66:14 70:21 80:25 83:4, 10,18 89:25 104:5 115:25 120:6 125:1 131:4 143:5
**estimate** 37:22 112:13
**estimating** 8:6,7
**euphemism** 128:19
**evaluate** 125:8
**Eve** 67:20
**evening** 11:15 24:6
**event** 22:6,11 24:11 146:6,8
**events** 126:18
**Everybody's** 75:2
**exact** 34:2
**exam** 83:16
**EXAMINATION** 5:7
**examined** 5:5 14:11
**excellent** 70:7 94:17
**exception** 144:18 145:2
**exceptions** 74:18 103:6 145:9
**exchange** 24:21 69:20 75:15
**executive** 36:16 38:16 40:25 41:3, 4 72:24 73:1
**exemption** 65:15 130:13
**exhibit** 20:19,25 21:5,7,11,12,13, 16 30:21,22 31:23 32:8,9 33:17 36:25 37:2 44:19,22 46:16 78:19 88:15,16 89:4,12,14 100:8, 12,16,17 117:19, 20 120:1,2 121:6, 7 122:3 127:8,9 131:10,12,18 134:8,9,15,20 136:14 143:12,13 148:22,23
**exhibits** 30:25 44:18
**exist** 90:13 117:2
**existed** 59:13
**exists** 116:14,18, 24
**exotic** 90:23
**expansion** 45:13,21 46:6
**expensive** 29:19 79:16
**experience** 67:9 69:4 78:13 79:21, 24 111:24 129:11
**experiences** 110:11
**expert** 112:5
**expertise** 52:16 130:10
**explain** 17:20 73:20
**explained** 8:14 22:5 24:9 74:20 93:2 108:25
**explanation** 74:22
**explore** 35:7 101:21
**explored** 11:20
**expression** 24:20
**extended** 147:15
**extensive** 112:18
**extensively** 50:13
**extent** 42:23 43:5 140:23,25
**extra** 67:23
**extremely** 29:18 97:17
**eye** 146:4

F

**FAA** 142:23
**fabric** 147:6
**face** 47:19
**facility** 29:4,6,10 30:16,17
**fact** 15:15 43:16 80:7 107:17 126:19
**fact-based** 112:18
**factor** 49:1
**factors** 67:14
**facts** 62:7
**factual** 46:24 84:14 126:6
**fair** 59:19 140:24
**fairly** 5:19
**faith** 24:20 66:20
**fall** 46:10 149:20
**falls** 29:22 80:21
**familiar** 5:19 45:3
**fast** 13:3,5
**February** 51:21 54:17,20 55:1 69:16 84:10 89:21 100:23 111:12 112:20 113:6,9 117:24
**federal** 36:11,16, 18
**feels** 41:7
**fide** 145:4 146:17
**Fifteen** 150:3
**file** 14:8,10 41:9
**filed** 41:11 149:2
**fill** 94:18,21 96:21 115:25 116:7
**filled** 15:2 114:23
**filling** 45:11 67:11 68:22 69:21
**find** 45:19 55:14, 17 72:19 85:2 87:18 137:20
**fine** 5:13 15:16 65:20 87:23 121:4
**finish** 150:1
**fire** 42:21 43:6, 15,16,25 44:2
**fired** 22:1 25:16, 21
**firing** 142:14
**firm** 33:2
**fix** 47:12,14
**fixes** 47:15 48:13,14,15
**fixing** 18:16
**flagged** 127:1 128:24 129:25
**flexibility** 72:16, 20 80:6 101:19
**flight** 12:11,12, 13 16:6 30:8

41:13,14 45:22 67:22 79:8 81:8, 14,15,22,24 103:10 111:8 125:7,21 129:21, 22 130:10 142:14 143:7 146:3 149:21

**flights** 19:9,13 51:8 53:5 67:11 78:16 79:25 81:19,24 97:7 115:1

**flow** 147:8

**flowed** 10:4

**flowing** 147:6,11

**flu** 12:25

**fly** 9:3 17:19 40:14 96:12 102:24 106:17 111:4 132:3

**flying** 8:23 10:5 17:10 18:25 40:16,17 58:1 66:12,13,18 68:5 92:16 94:19 96:7 105:22 111:1,3 114:19,21 115:7 129:13

**focused** 18:15

**follow** 73:22 82:16

**follow-up** 118:14 137:10

**follow-ups** 86:25 112:23

**footprint** 22:12 27:3

**forced** 104:15

**Ford** 33:2

**forget** 21:2

**forgot** 20:4

**form** 20:17 25:22 83:4 120:21,22 124:24 135:12

143:15 144:4

**forward** 84:1 128:1,23

**forwarded** 136:2

**forwarding** 117:23

**forwards** 111:22

**found** 35:16 42:5 49:17 105:7 129:17

**foundation** 27:9 61:13 126:3 128:5

**foundational** 52:12

**fragment** 46:19

**frame** 17:7 69:16 77:11 133:16

**Francisco** 95:20 96:1

**free** 8:18 9:16 61:25 66:21 85:8 147:10

**Fresno** 81:21

**Friday** 8:18 11:15,16 23:6,14 24:6 26:3 87:21 102:4 106:3

**front** 110:3

**full** 5:9 93:19 142:16 146:3 150:13

**full-time** 40:18

**function** 23:22 110:21

**funds** 40:5

**furlough** 45:12

**futile** 101:9 102:14

**future** 13:3 18:3 26:10,20,24 27:2 148:16

**G**

**Gallo** 41:18,22

**Gallo's** 42:3

**games** 47:11

**garments** 144:16

**gather** 10:15 13:6 15:9 52:24 54:16 67:6 81:6 110:20 136:5 143:23 149:2

**gave** 16:9 27:1 57:25 74:22 85:17 87:14 88:8 90:2 92:21 111:23 113:5 142:8 149:12

**genealogy** 144:24

**generally** 6:11 35:18 38:3 57:24 59:20 60:4 61:22 72:15 139:23 147:4

**generated** 90:16

**gentlemen** 68:15

**geographically** 138:14

**George** 5:14 7:5 54:10,12

**get all** 44:18

**give** 7:14 22:24 34:2 37:8 58:6 74:9 79:15 81:2 82:25 83:4,9 85:10 105:1,5 113:7 114:18 124:22 142:16

**giving** 25:7,17 104:19 124:4,13 129:11

**Glassey** 19:2 34:18 41:15 48:6

56:23,24 65:4,13 68:10,12,19 69:2, 11,18 99:10 117:3 134:16 135:1,22 142:5, 12,18

**good** 30:16 82:20 133:5

**goodwill** 82:1

**govern** 45:10,18 46:14

**governing** 45:16

**government** 5:25 36:11,12,16, 18

**governmental** 36:3,9

**grab** 82:5

**graded** 81:17

**gradually** 108:11

**grant** 72:19 145:2

**granted** 72:18 116:23 144:5 145:9 146:2,19 147:10

**gray** 139:14

**grievance** 41:9, 11

**grieving** 6:17

**group** 35:15 38:21 47:21 48:23

**groups** 55:12

**growing** 97:6

**guarantee** 8:25 9:4,6,8 66:9 103:5 136:23 137:5 138:9,20, 22,24

**guaranteed** 8:17 52:21 119:22

**guarantees** 139:2

**guess** 6:6 73:21 77:1,4 81:9 91:23 100:11 104:14 117:21 123:3 132:22 134:16

**guidance** 109:13

**guys** 6:6 82:5 140:7 143:23

**H**

**hair** 145:19

**half** 81:12 82:11 91:21 111:2

**hand** 6:15

**handed** 89:20 103:7 131:25

**handle** 67:21 78:16 80:2 123:20 125:12,19

**handling** 124:21 149:21

**hands** 85:7 145:7

**hands-on** 111:25

**happen** 26:3

**happened** 22:20 24:3 59:5 92:19 101:14 102:5,6 105:21 113:8 117:8,9 119:6 124:1

**happy** 83:4 101:21

**hard** 51:25 74:23 81:19,20

**Harrison** 33:2

**hat** 140:2,3,5

**hats** 144:16

**haul** 51:3
**head** 7:1 46:15 144:16 145:19,25 146:10,12
**headache** 31:7
**headquarters** 54:12 86:17
**hear** 42:15,25 43:1 98:18
**heard** 43:2 59:11 89:10
**hearing** 41:23, 24 60:18
**heavily** 79:19
**held** 24:17 74:13 100:13 141:16, 21,23
**helped** 124:24
**helpful** 97:1 141:6
**helps** 124:10 140:10
**hesitant** 27:18, 22 57:18
**Hey** 37:1 71:20 131:4
**high** 114:3,8 115:10
**higher** 78:3 79:22 115:18
**highest** 107:8 114:17
**highlight** 13:3 16:25 26:4 46:18 110:8
**highlighted** 33:21 45:8 84:18 110:7 136:22
**hip** 147:2
**hire** 47:6,19 48:1 50:20 51:1,11 52:14,20 69:6 125:9 128:16,17 130:1 140:21 142:3
**hired** 85:14 87:6, 19 88:1 89:18 91:7,11,14,18,25 92:8,9,15 93:25 104:13 108:4 117:10 148:6
**hires** 94:18
**hiring** 17:18 142:13
**historical** 79:21, 24 82:17 83:7
**historically** 79:18 92:8
**Hit** 7:15
**hits** 18:18
**hold** 5:23 7:22 15:12 32:22 35:3 36:5 58:15 64:11 103:23 122:13 124:6 141:22
**holding** 108:12
**holiday** 47:8 48:2 52:20 67:15 68:5 70:8 75:7 98:15
**holidays** 46:23 48:9,13 50:8 67:5,7,8,11,24 68:1,9 69:21 74:4 75:7,16 98:8 115:16
**honorable** 24:20
**honored** 114:22
**hope** 90:5
**hour** 28:25 29:24 82:12
**hours** 12:14 72:10 109:6
**Houston** 95:19
**how's** 86:25 112:24
**HR** 25:22 27:24 125:19 129:10 140:2,4 142:15
**HR's** 27:19
**hub** 80:4,9,15 94:15,16 95:4,17, 24 96:9,10
**hubs** 94:14,19, 22,24 95:3,8,11, 13,16,19,23,25 96:13 97:4,7
**huge** 46:2 83:13
**human** 99:17 103:1 121:13,18, 22
**hundred** 85:13 87:7 88:8 92:11, 14 94:4 113:24
**hundreds** 71:12
**Hunt** 99:12,15
**hybrid** 40:17

**I**

**idea** 70:7 75:7, 10,12,13 78:24 79:5 117:5
**ideas** 76:1
**identification** 146:1
**identified** 21:13 30:22 31:1 32:9 44:22 56:20 100:16 117:20 120:2 121:7 127:9 131:12 134:9 143:13 148:23
**identify** 73:4 146:7
**identifying** 20:6
**ill** 67:20
**imagine** 5:18 33:9
**immediately** 12:16 94:20
**impact** 18:22 19:19
**impair** 146:8
**impetus** 136:10
**implications** 130:6
**importance** 24:9 26:4 67:25
**important** 49:12 66:20 68:2
**impose** 70:10
**impossibility** 52:23
**impossible** 47:7 52:19 69:6 111:20
**impressions** 124:24
**improbable** 70:2
**improve** 47:5
**in-house** 6:19
**in-person** 11:2
**inappropriate** 61:4
**incentives** 48:18
**inception** 124:2
**incident** 71:14
**inclined** 59:2
**include** 88:2 92:22
**included** 14:24 25:10,13 53:2 99:14
**including** 51:7 97:8
**incredibly** 68:2 69:5
**independent** 8:7 16:11 18:10 19:6 36:13 138:15
**independently** 6:12 12:21
**index** 150:19
**indicating** 93:24
**industry** 48:23
**inform** 128:16 133:10
**information** 12:7 60:21 63:3 65:3 82:19 83:4 116:10,21 124:17 131:21
**informational** 68:16
**informed** 12:8 127:16 133:12
**initial** 84:16 86:24 112:16
**initially** 92:21
**instances** 9:9
**instruct** 43:13, 21 59:15 77:9 80:23 139:12
**instructing** 15:19 43:10
**instruction** 90:14 109:13 125:20 142:8
**instructions** 85:11 90:2,16
**instructor** 10:21
**insubordination** 26:11,21
**insufficient** 9:14 105:7
**intends** 136:25
**intention** 90:5
**interact** 47:3
**interactions** 49:8
**interactive** 8:20

66:4
**interested** 62:18
**interface** 109:14
**interfaces** 124:18
**internally** 76:11
**International** 29:12
**interpreted** 62:1,3
**interrogatories** 89:2 93:24
**interrogatory** 83:9
**interrupt** 74:14
**interruption** 133:22
**interview** 124:20 125:8 129:8
**interviewed** 119:21
**investigation** 86:10
**involve** 41:23 48:15
**involved** 7:7 13:21 16:8,11 60:6 86:18 125:10,25 126:14
**involvement** 6:5,9 7:9 8:10 16:24 27:19,23 140:1
**involves** 42:24
**involving** 62:5
**issue** 7:8 11:8 14:6 28:5,19 35:20 50:7 64:19 67:13 71:10,20 72:15 73:20 77:23 99:11 106:14 111:13,17 119:22 128:25 129:20 130:6 135:5 146:1 147:6,9,11
**issued** 89:2
**issues** 39:2,9 50:5,17 72:12 103:6 104:24 105:10 112:25 144:10 146:6
**items** 20:7 72:12

J

**Jaime** 121:9,21 122:10 123:8,18, 22,24 124:16 125:4 126:23,24 127:2 130:9
**Jake** 8:21 9:20, 22 10:16,19,20 13:7,16,18,22 19:25 22:18 28:8 31:25 32:2,16 33:14 75:9 103:15 107:23 108:1,2
**January** 50:14 78:25 86:14 87:2 89:21 92:3,10 112:19 113:9
**Jay** 47:24,25 50:6,15 51:10 52:4 53:13,18,22, 25 54:4,11 68:9 87:17 89:25 90:3, 6,8 110:15 111:21 112:1,5, 11 115:8 116:18
**Jeff** 114:24,25
**jewelry** 144:19
**Jewish** 55:15,23 56:8,11,18 64:25 65:8,9,14 69:12 145:19
**Jews** 55:13 56:1
**job** 10:22 23:22 97:17 124:25 125:15 129:15 130:3
**Johanna** 117:22
**juggle** 74:23
**July** 135:7 136:5 142:19
**June** 102:2,6 119:13 122:7,13 123:23 126:1,15 132:11,24 134:25 136:16
**junior** 19:3,18 48:11,18
**jurisdiction** 78:21 149:20
**jurisdictions** 79:6

K

**key** 22:5,10 23:2
**kick** 129:18
**kicked** 125:19 128:25
**kind** 18:17 20:8 58:19 62:15 73:15 147:23
**Kippur** 74:5
**knew** 12:20 27:24 86:23
**knowable** 116:16
**knowing** 55:20 79:10
**knowledge** 42:19 52:12 126:17 144:7

L

**labor** 9:17 51:24
**Lacks** 27:9 126:3 128:5
**Lake** 8:22 10:22 29:11 30:17 96:8
**land** 79:25
**landed** 94:9 133:1
**language** 46:13 62:2
**large** 80:3
**Larsen** 121:9,11, 12 123:16
**late** 34:1 54:9 81:18 93:25 109:23,24
**latex** 147:7
**Latter-day** 147:14,17
**latter.4.** 95:5
**Laughter** 31:16
**law** 33:2
**lawsuit** 76:18
**lawyer** 6:13 7:11 31:14 32:23
**layers** 114:10, 12,13
**lays** 23:3
**leadership** 110:10,12,17 112:3
**learn** 57:7 119:10,15
**learned** 59:7 63:25 107:18
**lease** 29:19,20, 25
**leave** 147:15 148:1,17
**leaves** 101:8 102:13
**leaving** 19:12,15
**led** 10:23 68:12
**left** 23:6 53:23,25 91:18 107:11 114:18 132:14 142:9 148:2,15
**left-hand** 91:3
**legal** 5:25 6:13, 15 16:8,9 33:8 35:4 36:6 38:13 42:13,23 43:8 44:2,3,4 61:20 65:10 78:14 105:4 124:5,13 130:6 135:21,24 137:13 139:10,17 140:3 142:9
**legally** 57:19
**length** 93:12
**lesser** 96:20
**letter** 23:11 25:2 32:6,11,14 33:16, 17,20 46:17 52:4 54:17 67:1 75:10, 20 77:16 83:25 84:2,5,12 99:3,5, 8 100:22 110:6 111:12 112:17,20 116:21 117:24 118:4,5 119:5 120:21,22,23 128:15 129:23 131:18 136:15 143:15,16
**level** 116:7
**liability** 61:11
**licensed** 40:13
**life** 47:6 50:5
**lifeboat** 26:19
**likelihoods** 52:13
**limit** 77:4 139:25
**lines** 19:8,19 49:11 80:4
**list** 19:4,5,14 97:13,15 98:14 148:7
**listed** 116:5
**litigation** 122:19,20 124:2 126:7 127:15

**lived** 54:11
**lives** 54:13
**living** 54:10
**loaders** 147:5
**located** 7:4 29:5, 10,13 33:3 96:23
**locations** 94:20
**lockability** 80:19
**log** 135:22 136:4
**loggings** 136:1
**long** 5:21 24:22 37:20 51:3 66:23 70:13 72:11 110:11 117:12 147:2 148:17 150:2
**long-ranging** 72:10
**longer** 80:25 85:5 89:16 102:3 113:1 121:14
**looked** 20:17,18 58:19 59:18 62:10 83:20 87:12 90:8 98:13, 17,21 113:17 114:4 115:6,14 118:5 134:15 136:18
**looped** 130:8
**loose** 147:5
**Lori** 99:12,15
**Los** 95:20 96:1, 25
**lose** 148:3
**lot** 19:17 68:2 82:1 91:14
**low** 46:21 67:16
**lower** 78:4
**lowest** 107:11

**M**

**M-O-X-H-A-M** 30:11
**made** 8:24 20:21 22:11 25:15 45:15 58:3 62:12 73:11 93:15,18 102:21 103:18 104:21 106:4 107:4 114:8 115:18,19 123:10 141:12,20 142:10 143:3,6
**Madsen** 6:23 7:1,4
**major** 94:14,15, 16,22,24 95:3,4, 10,13,16,17,19, 23,24,25 96:6,9, 10,13 111:1
**majority** 40:16 94:8,11
**make** 7:16 18:14 25:23 26:10 30:25 35:8,14 38:2 39:19 40:19 43:8 44:17,19 55:2 63:20 66:17 68:23 73:13 77:8 106:9,12 114:3, 16 117:18 120:1 124:20 127:7 131:10 139:1 142:3
**makes** 25:3 41:22 53:14
**making** 18:23 96:23
**man** 6:24,25 41:19,20
**management** 35:15,20 49:16
**manager** 7:10 53:20 121:22 149:19
**managers** 129:1
**manner** 123:4
**manual** 34:13, 15,25 35:11,14 36:22 37:2,12 38:2,24 39:4 41:8 44:16,24,25 45:4, 10,17 46:2 83:12, 17 100:15 116:7
**March** 92:13,17
**mark** 21:10 30:21 60:11 100:8,10 121:5 131:9 134:8 143:11 148:21
**marked** 20:16 31:1,22 88:14,15 100:5 119:25 131:17 136:14 148:20
**marker** 133:5
**market** 114:20
**marketplace** 47:17
**mass** 54:18
**massive** 81:15
**matrix** 11:13,21 12:5,13,19 21:25 23:7 28:20,24 29:3,8,16,22 101:18 102:1 104:16,21 105:13,17 106:14,19,22 107:3,4,5,7,9,14, 20 108:15,21 109:4,11
**matter** 8:10 16:24 28:7 112:4, 11 123:25 130:9 133:9
**Mcfarland** 60:2 118:25 119:3,5,9
**meaning** 116:11
**means** 62:4 68:4 74:1 80:8 128:2, 21
**meant** 17:21,24 83:21 113:2
**mediation** 54:23 57:13,19,21,23 58:16,22,25 59:3, 5,6,7,15,17,22 60:15,21,24 61:2, 5,13 62:8,15,20 63:10 64:1,7,19 118:15,18,20,22
**mediations** 60:4
**mediator** 61:16, 21
**meet** 37:13 38:3 80:17 129:19 130:17 135:6 136:9
**meeting** 24:16 35:18 72:10,21 73:6,9,12,16 127:20 135:6 136:11
**member** 39:25 40:2 115:3 146:7, 8
**members** 35:20 38:8,10 40:24 49:16 72:24 142:5
**membership** 38:19 39:4,16
**memo** 131:18 134:12 136:15
**memorandum** 14:13 15:10 20:23 51:5 73:15, 19
**memory** 16:11, 23 33:18 83:16
**mental** 124:24
**mention** 25:3 45:15 67:2
**mentioned** 63:25 64:24 99:10 106:6
**mentor** 137:3
**merit** 48:17
**message** 119:4
**met** 54:23 72:9, 22
**mid-february** 54:22
**middle** 23:7 109:22
**Midwest** 96:23
**millions** 29:23
**mind** 25:15 26:18 27:1,6 28:18 48:10 52:2 75:23,25 76:21 100:20 148:11
**mini** 150:13,16
**Minneapolis** 79:2,4 80:3,7,8, 18,20 94:1 95:10, 18 96:18 97:3
**Minnesota** 94:16
**minute** 15:22 37:9 141:14,15
**minutes** 64:11 73:8,13 82:12,13 131:4 141:4 150:4
**Mischaracterizes** 89:7 105:3
**misconception** 25:12
**missed** 40:20 47:11
**misses** 22:5
**missing** 12:21 22:10 26:5 60:13 90:10 94:21 132:5
**mission** 147:21
**missionary** 148:1,15
**missions**

147:15,18
**misspoke** 116:13
**mixed** 104:4
**mock** 12:13
**modify** 10:10
**moment** 13:11, 25 14:4 22:23 37:19 75:6 132:9 143:22
**money** 40:6 61:2 81:8,11,13,14,25
**Monica** 121:10, 16,17 122:10 123:8,17 126:24 127:1
**Montana** 147:1
**month** 45:23 50:14 85:4 111:2, 10 133:7
**monthly** 98:13 113:18 117:4,7
**months** 22:8 52:15,23 87:19 88:1 93:15,19 106:16 108:5 111:2 113:24
**motion** 60:18
**move** 19:3,5 28:24 44:15 84:1 128:1,23
**moves** 12:16
**moving** 48:15,17 147:5
**Moxham** 30:6,7 107:18,23
**MSP** 79:1
**multiple** 50:9 51:18 114:13
**Muslim** 145:14, 18
**muted** 64:17

## N

**named** 110:15
**names** 57:21,25 58:7 59:14,21 61:6 62:18,19 63:1,25 86:3
**nationally** 97:2
**nature** 13:4 144:21
**necessarily** 91:16 104:17
**needed** 12:15 24:11 52:15 80:8 82:18 94:19,21 96:21 101:21
**needing** 79:24
**negotiate** 35:21 38:17,20 39:8 47:4 74:18
**negotiated** 41:25 70:6 139:4
**negotiates** 39:7
**negotiation** 49:3
**negotiations** 49:24 50:1,2
**neutral** 41:24
**nickname** 82:22
**night** 87:21
**non-starter** 49:2
**nonetheless** 137:24
**note** 44:14
**notes** 21:4 143:6
**noticed** 91:12
**November** 15:3 92:24 103:16
**number** 20:7 21:6 23:10 45:1 78:20 81:2,5 91:8,19,20,21 93:4 114:18 115:6,19 116:24 121:4
**numbered** 127:7
**numbers** 44:15 91:4 93:4,10,11 120:5,14,15

## O

**O-Y-L-E-R** 54:7
**object** 62:23 95:2 103:24 126:2
**objection** 27:8 35:3 36:6 38:12 42:12,22 43:3 56:4 78:8 79:12 128:4
**objections** 36:14
**obligation** 139:3
**observance** 66:5 73:21 74:4, 19 147:3
**observant** 66:15,19 75:1
**observe** 55:15 56:3,9 101:5
**observed** 56:7
**observes** 56:12
**obtain** 111:9
**occasion** 47:3 146:15
**occasions** 49:22
**occupies** 53:20
**occur** 67:11
**occurred** 23:3 42:18 102:2
**October** 15:11 16:16 92:9 103:3
**offered** 42:10 51:13 57:21 61:2 66:6 102:21 103:12 105:20 137:14
**offering** 7:14 62:5
**offhand** 21:5 46:12
**office** 11:6 14:8 119:18 130:17 132:16
**officer** 41:24 78:23
**offices** 33:4
**onerous** 87:22
**open** 35:22 72:12
**opened** 47:12
**opening** 84:22
**operate** 12:19 29:24 40:13
**operated** 12:13 107:7
**operations** 16:6 30:9 41:13,15 58:2 78:14 79:21 125:7,21 129:21, 22 130:11 142:14 143:8 149:21
**opinion** 34:24 44:4 46:7 52:19, 24 84:21 85:12 111:23 112:4
**opportunity** 27:1 61:17
**option** 25:7,10
**options** 11:20 108:25
**orally** 138:12
**ordered** 89:25 93:6,7
**orthodox** 55:13, 23 56:1,6,8,11,18 64:25 65:8,9,14 69:12
**oversee** 35:20
**owned** 29:5,6
**Oyler** 47:24 50:6, 9,24 51:11,17,18 52:4,17 53:9 68:9,21 69:3,18 84:20 85:10,18 86:8,12,19,22 87:3,10 89:5,16, 21,23 90:11,15 97:13 98:2,12 99:6 110:16 111:21 112:5,11, 14 113:12 116:9, 19

## P

**P-A-X-T-O-N** 90:19
**p.m** 28:21
**p.m.** 23:15 28:20, 22,25 29:1 63:7 64:14 82:14 131:13 141:8 150:5,21
**Pacific** 144:23
**package** 38:21
**pages** 37:3,5
**paid** 40:9 41:4
**pair** 107:8,10 108:18 111:3
**pairs** 107:6
**pants** 147:4
**paper** 136:19
**paperwork** 14:10 25:14,17, 23
**paragraph** 39:14 46:19 101:1
**paralegal** 118:1
**parameters**

85:16 87:12,14, 15 89:15

**parent** 96:3

**parse** 52:1 112:15

**part** 26:20 44:24 58:10 60:11 84:18 133:24 136:3,22 137:4,6 144:24 145:20 147:3

**parties** 29:20 35:24,25 38:6 58:14 61:20,22 63:10

**partner** 12:10,12 107:13

**partners** 81:17 82:2 96:5,6 108:13,16 109:11 111:1

**parts** 34:17 103:20 145:1 147:5

**passenger** 82:1

**passengers** 81:16,20

**past** 11:16 24:13 49:15

**Paxton** 90:19 97:12 98:23

**pay** 38:20,21,23 39:2 40:3,17 50:2,4 79:17

**pays** 40:7

**PBS** 70:9 132:1 137:23

**peer** 127:1,4

**pending** 133:11

**people** 19:14 41:3 60:5,6,8 63:1 68:3 73:3 77:24 92:12 96:17 99:10,16 106:22 108:14

113:5,18 125:25 127:5 144:3 145:12,14

**percent** 88:9,10 108:9,12 138:17

**percentage** 88:7

**percipient** 126:17

**perfect** 90:11

**perform** 129:15 147:15 148:1,15

**period** 7:22 54:15,17 55:2 84:17 85:1 88:2 93:10,12,13 109:5 112:14

**permission** 144:15

**permit** 146:2

**person** 12:6 21:2 30:4 65:1 77:22 78:1 87:11 103:14 125:16 138:13 148:5,9, 10 149:18

**person's** 56:15

**personal** 61:11

**perspectives** 69:1

**PETERSEN** 7:15,22 8:2 15:12,19 17:6 20:2,5 21:8 27:8 31:2,7,12 33:11 34:21 35:3 36:5, 14 37:1,7 38:12 42:12,22 43:1,4, 12,19 44:1,14,20 56:4 58:11,15 59:10 60:14 61:18 62:24 63:6, 8,20 64:6,13 65:18,22 66:2 75:12 76:8,19 77:4 78:8 79:12 80:23 82:6 83:2, 10,18 89:7 95:1,6

100:7,14 103:23 105:3 109:21,24 120:10,13,18 121:3 122:13,18 123:1 124:6,11 125:1 126:2,16 128:4,8 131:4 133:25 135:16 139:9,20 140:11, 15,22 141:22 142:20 143:5 150:2,9,15

**Phoenix** 95:24

**phone** 32:1 133:22

**phrase** 16:25 46:5 75:23 76:16 77:16

**physical** 89:15

**pick** 107:9

**picked** 49:7

**picture** 63:12

**piece** 136:19

**piercing** 146:20, 21

**piercings** 144:19,20 146:14,17

**pilot** 8:15 17:16 22:5,6 24:5 33:24 34:3,13,14,25 35:14,15 36:22 38:21,24 39:3,6, 8,10,24 40:1 41:8 43:25 44:15 46:2, 10 47:9,12 48:1, 18,20,23 49:5 50:18,20 51:2 52:5,14,20 53:13 56:7,11,18 64:20, 25 65:3,7,8,10,14 66:4,16 67:25 68:17,19 69:5,6, 9,12 71:23 83:12, 17 91:13,15 98:1 100:14 105:22 107:8,10 108:4 113:2 114:10

125:6,12,18 129:9,10 142:6, 11,19,22,23 143:7

**pilot's** 49:1 53:11 93:7

**pilots** 13:4 17:19 18:20 19:3,5,12, 18 34:2 36:4 39:17,21 40:3 42:8,20 44:8 45:10,23 47:3,6, 18,19 48:12,16 49:8,12 50:5,25 55:15 56:1,8 57:4,11,15 58:1 59:8,13,18 62:20, 21 63:24 64:3 67:7 70:6,16 72:17 74:3,9,23 75:3 77:22 78:6 79:6,16 80:18 81:10 82:18 85:14 87:5,7,8,19 88:1,4,11 89:18 90:8 91:1,24 92:7,14,23 93:14, 17,20,25 94:4,21 96:17 97:15,20, 23 98:14,21 99:1 107:5,7 109:2,14, 17,25 110:21,22 111:3,8 113:24 115:5 125:8,9 129:8,21 142:14 147:17

**pipe** 37:8

**place** 11:5 13:15 72:5 73:6 74:17 82:20 86:13,16 108:23 123:4,13, 23

**plain** 16:4

**play** 47:10 67:15 144:24

**plays** 47:10

**pleased** 101:3

**point** 13:7 14:12 18:13,14 20:6

21:15,17,21 24:14 25:16 26:6 28:15 30:24 31:5, 9 60:19 61:18 65:8 66:14 68:18 76:6 77:3 78:19 87:2 98:16 99:12 102:20 106:14 116:1 119:10 122:9 123:2 126:5 133:15 135:3 142:8

**pointed** 80:3 89:24 92:9

**pointing** 21:1

**points** 94:17

**Polad** 121:10,16 123:17

**policies** 38:18 44:7,8 130:14

**policy** 34:13,14, 25 35:11,14,20 36:22 37:12 38:2, 24 39:3,11,13,18 41:8 44:15,25 45:4,10 46:2 83:12,17 100:15 144:17,25

**poor** 80:19

**pops** 6:13

**popular** 67:15 98:8

**portion** 133:20

**portions** 34:20 36:22

**Portland** 95:25

**posed** 135:11 147:11

**position** 5:23 6:2 10:20 32:22 53:18,19,24 58:21 74:12 99:15 106:18 107:24 108:2 119:11,21 139:18 142:21 143:3 149:1

**post-training** 17:10
**posted** 107:4,21
**posting** 53:5
**PPM** 34:13
**practice** 45:2 145:21
**pray** 144:14 145:12
**precise** 115:24
**predates** 33:25
**predominant** 40:25
**predominantly** 40:21
**prefer** 48:24 64:7 78:4
**preference** 53:14 115:6 116:8
**preferences** 51:1 98:3,13,21 99:1 113:14,18, 25 114:10,14 115:21 116:3 117:12,13
**preferential** 10:2 66:6 83:17 104:10 111:9
**preliminaries** 5:20
**premature** 123:3
**preparation** 57:1 99:5 112:17 113:6
**prepare** 73:18 99:8 112:19
**prepared** 51:6 73:16 78:20
**preparing** 149:7
**presence** 95:4
**present** 13:23 61:15 72:23 146:6
**presents** 47:13 129:17 145:25
**president** 35:19 37:14,15,21,23 38:3,16 39:12,15 40:6,7,8,10,11,12 41:13,14 71:13 73:1,2 99:16
**presidents** 49:15
**pressing** 86:22
**previously** 88:15 106:4 136:14
**principally** 30:15
**prior** 16:17 32:14 33:16 52:4 101:15 111:11 118:15 122:13 123:25 126:7 133:7
**priority** 114:4,8, 17 115:19,20
**privilege** 33:12 42:24 43:5,21,24 76:9 124:10
**privileged** 122:24 124:14
**probabilities** 52:13
**problem** 18:16 47:19,24 80:11 106:3,13 126:22 129:17 133:2 135:3
**problems** 6:12
**procedure** 16:2
**process** 8:20 9:13 27:18 35:13 53:3 66:4 123:21 124:18 130:7
**processes** 124:21
**produce** 9:16 116:20
**produced** 34:10, 19,21 113:1 135:15
**product** 124:24 133:21
**production** 89:2 122:6 127:14
**prohibited** 61:7
**projects** 99:22
**promises** 139:2
**propellers** 146:10,11
**properly** 30:25
**provide** 84:14
**provided** 45:9 136:24 143:24 145:12
**provision** 42:1 45:3,16,20
**published** 76:10 111:7
**pull** 7:13 20:18 51:5 75:20 78:18 88:13 90:3 131:9 143:10
**pulled** 13:1 21:3 67:20 117:15 136:18 148:20
**pulling** 100:20
**purpose** 33:6 99:20
**purposely** 120:17
**put** 26:25 38:21 39:6 58:23 72:19 74:9 80:9 87:21 111:6 113:19 114:10,16 115:6 148:17
**puts** 140:2
**puzzles** 65:11

**Q**

**qualifications** 129:11
**qualified** 40:13 125:15 129:17
**quality** 47:5 50:4
**query** 116:24
**question** 17:22 34:23 37:12 43:13 55:17 59:19 61:13 65:19 68:23 70:23 74:16 76:12,20,23 77:11,14,21 87:17,18 92:20 98:19 103:24 104:14 112:24 124:15 126:9 127:2 128:11 132:4,6 138:2 140:13,24 141:18,19,24
**questioned** 98:2
**questions** 12:4 30:5 59:11,25 63:14,15 64:8 113:1,4,11 124:25 125:11 129:14 132:8 135:4,8,11 136:8 137:10,16,18 139:13 150:8,9
**quick** 24:16
**quickly** 19:4 80:10,16
**quit** 24:19 91:18 93:15,18 104:15
**quizzes** 129:12

**R**

**raised** 70:14,15 72:15
**Ramadan** 74:5
**ramp** 147:1
**ran** 10:24 66:5 101:18
**randomly** 107:16
**ranked** 115:11
**rash** 24:18
**ratification** 39:8
**ratify** 38:19
**ratifying** 38:22
**rattling** 65:12
**re-engage** 135:5
**re-engaged** 135:10
**re-engagement** 132:17 133:5 135:9
**reach** 27:20
**reached** 27:20
**read** 14:25 15:23 17:14 22:23 23:1 135:2 136:21 137:4,6 150:10
**reading** 25:20 84:12 126:25
**reads** 45:8
**realize** 127:21 136:23 139:20
**realized** 83:14
**reapplication** 130:16 132:18
**reapplied** 119:11,20 127:17 132:25 133:10
**reason** 9:2 22:17 26:18 64:1 66:24 96:17 97:19 125:17
**reasonable** 9:11,19 18:1 51:7,13 53:4 85:3 104:2,7

**reboot** 12:23 22:12 26:8

**recall** 8:3 9:7 11:25 12:3 13:23 14:2,4,22 19:22 21:18 28:13 29:2 32:2 45:12 50:21 51:4 54:25 69:22, 23 72:4 75:18 84:5 93:24 99:7 112:21 113:11 115:8 118:8 123:24 127:19 130:21,22,25 145:17,23 147:13

**receive** 45:23 86:5,6,8 110:25

**received** 8:13 66:14 86:2 89:15 109:12 119:19 131:1 144:9

**receiving** 84:5 118:8

**recently** 57:1 85:14 87:19,25

**recess** 31:17 63:7 64:14 82:14 131:13 141:8 150:5

**recognize** 36:12

**recognized** 36:3

**recognizing** 36:19

**recollection** 8:7 18:10 28:17 65:5, 7 71:18 83:24 132:23 134:19 138:15

**recommended** 129:24

**record** 20:8 31:19 63:10,17 64:16 100:13 113:6 141:10,16, 21,23

**recordings** 73:11,14

**records** 63:24 113:23

**recruit** 129:8

**recruiter** 125:18 129:9,24 142:11

**recruiters** 125:12 129:16,19

**recruiting** 123:21 124:18 125:6 128:18

**Recruitment** 143:19

**recruitment/ hiring** 128:24

**redacted** 93:8

**reduce** 147:8

**reducing** 49:1

**reduction** 45:13, 21 46:6

**refer** 37:3 96:4

**reference** 83:11, 18

**referral** 112:4

**referred** 51:12 56:11 112:1 113:5 116:9,21 148:9

**referring** 110:12 116:12 128:7 129:5

**refers** 45:22 129:2

**refilled** 82:9

**reflect** 89:5

**refrain** 47:6

**refresh** 14:19 28:16 83:24 134:19

**refreshed** 65:5,6 134:23

**refusal** 130:5

**refuse** 102:24 132:3

**refused** 105:1, 15

**regard** 11:11 20:14 50:16

**regional** 96:7

**regionally** 97:1

**regret** 127:24 128:3,13,15,16, 17,18 130:4

**regretting** 130:8

**regular** 82:9

**regularly** 78:6, 15

**regulated** 12:9

**rehire** 26:12 91:17,21,22 126:15 141:12,20 142:10 148:15

**rehired** 26:22 147:20 148:5

**rehiring** 125:25 126:1

**Reinach** 8:9,14 13:12 16:23 30:19 32:15 33:17 54:19,23 55:1 57:8,10,25 59:12 61:16 63:18 76:1 83:25 84:3 85:1 86:23 100:22 101:24 117:23 118:9,15, 18,22 119:4,6,8 133:8

**Reinach's** 16:18 20:15 84:12 99:3

**Reinarch's** 112:17

**reject** 125:22 128:19,22 143:19

**rejected** 105:8

**rejecting** 130:8

**rejection** 103:11

**related** 19:7

**relates** 17:9

**relation** 7:10 17:12 50:19 76:22

**relations** 6:7,11, 22 7:2 27:16 99:17 125:10,11 149:17

**relationship** 81:20

**relative** 77:11

**relayed** 10:12

**reliability** 67:25

**reliable** 81:18

**religion** 55:20 144:25

**religions** 144:22

**religious** 11:18 15:1 20:21,24 23:12 24:17 55:12,13 74:4,13, 19 102:9 103:4 124:19 125:17 130:5,13 132:25 134:12 143:25 144:9,18,20,23 145:3,4,8,21 146:18,23 147:3, 12

**religiously** 74:25

**remain** 40:14

**remaining** 114:21

**remember** 14:11,20 16:8,16, 22 17:25 21:5 54:21 56:25 66:15 70:1 84:12 116:6 120:20 138:24 141:24 142:18,20 149:13,14

**reminded** 65:13 139:1

**remote** 150:21

**remotely** 5:5

**renaissance** 66:19

**renegotiate** 47:20

**repeat** 62:1

**replicate** 89:20 90:14 116:25

**replicated** 89:22

**replicates** 90:6

**replicating** 116:22

**replication** 90:11

**reply** 86:24

**report** 23:13,20 87:25 89:16 90:4, 16 112:24 113:1, 5 114:5 116:19

**reported** 87:5 90:7

**REPORTER** 98:18 142:25 150:14

**reports** 116:20

**represent** 13:10 60:8 84:8

**representing** 7:12 36:4

**request** 7:8 8:5 10:8 15:1 20:21, 24 33:15 66:1 70:20 71:3,7,10, 21 122:11 123:9 124:19 139:7 146:23

**requested** 65:14 144:4 150:23

**requests** 89:2 123:20 144:8 145:17 147:12

**require** 6:13 12:22 24:12 38:18 145:6 147:4
**required** 23:16, 22 46:23 48:8 67:4 68:8,13 69:20 113:3 138:9
**requirement** 9:3
**requirements** 102:9 103:4 132:25
**requires** 59:20 145:4
**requiring** 75:15
**reschedule** 12:25
**rescheduled** 22:10
**rescheduling** 11:20 12:17
**research** 44:12 45:25 46:3 84:21 85:17,18 86:23 87:18 89:5,20,25 90:11 92:21 112:18 116:22 142:1
**reserve** 18:19 48:1 67:20 77:23, 25 78:3,6 79:6 81:10 82:8,18 83:7 88:2 94:22 96:19 110:22
**reserves** 67:24 68:5,22 78:5,15, 21 79:18,20,23 80:1,5,14,20 81:13 82:16 94:18 96:25
**reservist** 78:2,4
**reservists** 79:1
**resides** 30:14
**resign** 21:24 26:8,24,25 66:10, 12
**resignation** 22:21 24:19 25:18 26:9,19 28:9
**resigned** 25:14, 16,24 66:22 104:25
**resolve** 27:25 129:18
**resolved** 106:15
**resources** 103:1 121:13,18,22
**respond** 84:9 89:1 99:8 123:5 137:9 138:25 149:18
**responded** 118:11 138:8
**responding** 16:17 84:11 99:5
**responds** 135:4 149:19
**response** 13:11, 12 48:11 53:17 74:8 77:11 111:18 118:4 125:13 127:3 138:11 149:1,3
**responsibilities** 65:10
**rest** 116:3
**restart** 13:2 22:7 24:12,24
**restarting** 25:3
**restate** 77:14
**restroom** 131:6
**result** 9:16
**results** 86:10,22 87:4 102:22
**resuming** 101:8 102:13
**return** 147:21 148:2
**returned** 91:19 106:13 148:5
**returns** 106:1
**revenue** 40:15
**review** 16:7,17 129:2,3,18 130:1, 9 142:6,11
**reviewed** 16:9, 13 34:17 133:16 136:20 137:7 149:11
**reviewing** 16:12 129:10
**rewarded** 48:25
**rewarding** 48:16
**rid** 67:19
**right-hand** 148:25
**rights** 46:8
**rigorous-type** 13:3
**rigors** 8:23
**risk** 74:10
**River** 5:14
**road** 5:14 22:8, 13 77:7 138:8
**robust** 33:20
**room** 73:3 106:15
**Roughly** 109:25
**Roy** 48:5 56:23, 24 68:10,12 70:14 135:1,3,11, 22,24 136:2,8 142:5,7 143:2
**Roy's** 136:10 143:3
**rules** 50:4
**run** 6:12 9:15 105:14 119:22 139:3
**running** 111:25
**runs** 68:19 106:2 111:21
**résumés** 129:11

**S**

**S-P-A-G-N-O-L-O** 82:23
**sabbath** 8:17,18, 25 9:6,10,15,17 11:14,18 18:7 51:2,12 52:14 55:9,14,15 56:3, 7,9,12,19 57:16 59:9 62:23 64:5, 22 65:15 66:5,18, 21 69:7,10 70:20 71:10,21 73:20 74:4 75:15 84:16 101:6,7,11 102:12,18 103:7 104:11,12 105:14 137:25 138:10,22 140:20 144:5
**sabbath-free** 66:9 103:5 119:23
**sacred** 48:22 49:5,9
**sacrificing** 48:22
**saddled** 137:25
**safety** 145:25 146:6 147:6,9,11
**Saint** 147:17
**Saints** 147:14
**Salt** 8:22 10:22 29:11 30:17 96:8
**sample** 84:25
**San** 95:20 96:1
**SAPA** 34:4,6,8 35:19 36:3,12,20 37:14,15,23 38:3, 8,16 39:5,12,14, 16,22,24,25 40:2, 3,5,10,11,12,17, 18,21,25 41:1,4, 7,21 42:1 47:20 49:15 70:18 71:1, 6,9,13,16,20 72:2,9,15,21,22, 25 139:4,5 140:14
**SAPA's** 40:8 72:11
**Sarah** 32:20,21 33:7,14
**sat** 12:10
**satisfied** 42:9
**Saturday** 8:19 9:1 46:23 47:10 48:19 52:6 53:15, 17 59:19 68:25 69:7 75:7 85:16 87:9,20,23 88:3, 4,12 97:21,23 98:2,6,7,15 102:23 109:7 111:20 113:3,15 114:4,19,21 115:7,10,16 117:9 130:5 131:25 137:22, 24,25
**Saturday-free** 8:17
**Saturdays** 48:9, 12 50:7 67:4 68:8,14 69:19 89:19 93:9,11 117:10
**scale** 38:23 42:10 50:2,4
**scarves** 146:10
**scenario** 102:5
**scenarios** 132:5
**schedule** 9:16 10:9,11 18:19 26:13 34:1 45:13 50:16 66:9 67:18 70:4 78:3 79:18 87:8 102:23 103:7,19 105:16 109:2,14 110:21

111:6,10,20 119:23 131:25 136:24 137:22, 24,25

**scheduled** 11:13,15 12:9 48:24 50:25 84:16 105:13 107:10 109:6 138:10

**scheduler** 47:24 68:16

**schedules** 45:14,22,23 46:7, 11 47:17 68:22 101:2,4 108:7 111:5

**scheduling** 9:12 10:3 17:15 27:3 29:7 30:1 48:16 50:19 53:21 83:16 103:5 105:24 107:15 110:10,14,17,20 129:25 130:2,13 139:3

**Scott** 17:8 20:12 21:1,5 30:23 42:25 58:9 60:7 64:10 76:13 80:22 82:4 120:12 121:2 128:6 135:14 139:16 150:8

**Scott's** 80:12

**scratch** 20:11

**screen** 7:15,17 12:10 31:22 75:21 84:23 120:12 136:19

**scroll** 14:24

**search** 92:13

**searchable** 150:16

**Seattle** 95:19,25 96:25

**secretary** 73:2

**secrets** 81:3

**section** 23:7 45:7 83:13

**Security** 81:2,5

**seek** 67:7 145:3

**seeking** 6:15 33:8 72:17 124:13,17 135:21,24 137:11

**selective** 139:23

**self-identification** 55:25

**self-identified** 55:22

**Send** 83:8

**sending** 32:14 33:16 111:11

**sends** 134:16,25 135:1

**senior** 48:19 67:6

**seniority** 10:3 19:3,5,14,18 33:21,22,24 45:2, 10,15,18 46:13, 22 47:20 48:17, 22,25 49:2,4,5, 11,19 50:18 52:7 67:17 70:5 72:16 74:9,19 77:23 78:3,4 106:24 107:6,9,11 108:20 148:3,6

**seniority-based** 47:16 105:24 107:15

**sense** 39:19 40:19 63:20 77:8

**sentence** 46:19

**separate** 51:22

**separately** 53:11

**series** 93:10 121:9 133:20

134:7

**service** 148:2

**session** 27:7 101:12 105:2,6, 12

**sessions** 106:20 107:3,4

**set** 59:11 84:25 89:17 90:3 116:10,11,12 136:9

**settle** 61:2

**Seventeen** 5:22

**Seventh-day** 8:16 55:4,7,21,24 57:4,11,25 58:5 59:8 62:20 63:23 64:3,20 68:24 101:5

**Shane** 7:7 8:12 9:5,20 20:20 22:18 27:14,20 28:7 51:14 71:19 123:16,17,19 126:1 127:16 129:24 130:16 131:1,18,21,24 132:20 134:12, 14,25 136:22 138:4 140:17 141:12,20

**Shane's** 133:14 134:21 143:19 149:3

**share** 7:15 29:21 31:22 45:1 96:5

**shared** 88:18

**sharing** 127:19

**shift** 23:13 79:7 137:2 144:10,11

**shifts** 47:17

**shook** 107:13

**short** 149:24

**show** 14:5,18 15:3,6,7 19:24,25

21:15,25 32:5 36:21 78:18 84:2 85:1 117:17 119:24 120:25 127:6,17 131:17

**showed** 8:9 20:14 97:20

**showing** 20:3 78:20 100:4

**shown** 7:20 14:21 20:7 30:18 119:24

**shows** 78:25 79:4

**shrinking** 97:11

**sic** 9:20,22 39:24 149:3

**sick** 12:24 18:21

**side** 35:17 44:14 53:13 70:3 72:16 140:24 141:1

**sidetracked** 83:22

**sign** 39:13 61:21 62:3 145:7 150:11

**signature** 32:11, 13 62:2 100:24 150:23

**signed** 14:13 23:11 39:16 58:19

**significance** 144:24

**similar** 49:11 144:4

**simply** 27:22 57:22

**simulator** 12:11, 12 108:15

**simulators** 29:23

**single** 129:9 146:21

**sinus** 31:7

**Sioux** 80:21

**Siri** 133:23,25 134:3

**sit** 12:19 14:11 30:2,25 73:5 79:17 132:22 141:25

**sitting** 44:10 80:7,9,14,15 81:10,13

**situation** 8:12 27:24 103:10 107:13 125:25 142:17

**size** 91:21 150:13

**skirt** 147:2,8,10

**skirts** 147:3

**Skywest** 5:21,24 6:19 10:4,16,18 18:12,13 20:19, 25 21:7 23:8 26:23 29:5,6,7,16 32:24 33:25 34:7, 8 35:8,13 36:23 37:13 38:1 39:21 40:1,9 41:5,7 42:4,8,20 43:7 44:16,25 47:2 49:19 53:22 55:4, 8,16 56:7,13 57:5,12 58:3 60:15 61:2 62:11, 19 63:9 64:3,21 65:19,24,25 66:12,14 67:10, 13 69:9,21 70:3, 9,19 71:2,7 75:16 77:18 78:6 81:7, 11 82:19 83:19 86:17 88:14 89:4 91:7 93:23 94:24 95:3,4,8,14 96:12 97:8 100:7,9 105:1,5,15,22 106:11,12 117:18 118:1 119:12,21 121:1 122:21

127:7,17 132:18 134:7 136:23 139:6,18 140:19, 20 143:18 144:5, 9 148:21 149:1,2

**Skywest's** 70:3 76:6 77:3

**slits** 146:4

**sliver** 138:18

**slots** 106:23 107:21

**small** 81:14 82:8, 10 138:18

**smaller** 96:20

**Smith** 114:25

**smoke** 146:9

**soccer** 47:10

**Social** 81:2,5

**sole** 29:25

**solved** 135:2

**someone's** 18:7

**someplace** 96:24

**son** 47:10

**sooner** 91:14

**Sorensen** 121:10,21 123:19

**sort** 24:18 43:17 63:21 90:4 143:15

**Sounded** 134:4

**South** 5:14 80:21 144:22

**SP3O17** 83:16

**Spagnolo** 34:18 53:20 82:22 114:9

**spandex-type** 147:8

**sparks** 16:23

**speak** 32:19 33:14 132:21

**speaking** 33:6, 18 47:23 48:5 68:19 99:20

**specialist** 121:17 128:24

**specific** 8:6 10:22 46:13 52:2 72:14 73:22 85:10

**specifically** 45:7 53:8 73:21

**specifics** 50:21

**speculation** 27:8 42:23 56:4 79:13 126:2 128:4

**spell** 90:21

**spelled** 6:23 30:10

**spelling** 37:18

**spells** 37:16

**Spencer** 110:15 111:13,15 112:7

**spend** 115:9

**spends** 30:16

**spent** 40:16,21 119:7

**spoke** 7:24 17:11 52:3 53:10 99:12 106:2 107:19

**spoken** 65:9

**spot** 116:23

**spring** 88:23

**St** 5:14 7:5 54:10, 12

**staffing** 17:1,2, 5,9,21,24 18:3,4, 6,11,15 75:17 112:25

**stage** 127:14

**stages** 12:22

**staging** 94:17

**stamped** 117:18

**standard** 16:2 45:2

**standing** 146:2

**stands** 82:22

**start** 12:23 16:23 20:10 23:25 56:12 82:20 92:6, 10,16 114:1 124:19 148:7

**started** 28:20,25 30:18,20 31:21 33:23 66:12 122:20

**starting** 25:7,10 27:6

**starts** 36:23 83:19 117:21 133:20 134:11

**state** 5:9 36:12

**statement** 48:4, 7 58:20 68:7 110:9 112:2 133:14 134:21 149:2

**stationed** 30:15

**status** 47:20

**Steve** 53:19 82:22,23

**Steve-o** 53:23 82:20,21,23

**stick** 75:5 87:23

**stopped** 98:17 130:7 142:6

**stored** 117:13

**strike** 42:9,21 43:15,16,25 44:3, 8

**Strindberg** 5:8 7:13,16,18,25 8:3 11:25 15:17,21, 24 17:8,20 20:4, 12 21:10,14 27:12 30:23 31:3, 5,10,18,20 32:10 33:13 34:22,24 35:7 36:10,17 37:4,10,11 38:23 42:15,25 43:2,10, 17,23 44:6,17,21, 23 56:10 59:4 60:1,23 61:12 62:17 63:4,19,21 64:10,15,18 65:21,25 66:11 73:25 75:13 76:13,24 77:15 78:17 81:4 82:3, 11,15 83:6,23 89:9 95:5,9 98:20 100:11,17 103:25 104:1 105:9 109:23 110:1 117:21 120:3,11, 16,19 121:2,5,8 122:16,23 123:6, 7 124:8 125:3,4 126:8,13 127:10 128:6,12 131:7, 14,15 133:23 134:2,5,6,10 135:14,18,25 139:15 140:6,16 141:5,9,11,19 142:2 143:9,14 148:24 149:24 150:4,6,12,18

**stuck** 27:24 52:21

**studied** 87:5

**studies** 97:20

**study** 85:13 87:3 116:25

**stuff** 62:4

**subject** 34:8 39:4 48:6 50:10 112:4,11 130:9 134:12

**subjects** 143:22

**subsequent** 62:24 112:22

**subsequently** 62:21

**substance** 24:21 27:4 112:21

**substantive** 99:24 113:8

**success** 51:2

**successful** 58:1

**successfully** 52:5 68:25 87:9 97:21

**suddenly** 67:19

**suggest** 37:5

**suggested** 70:7

**suggesting** 43:14 70:14

**summarizing** 74:16

**summertime** 106:2,13

**Sunday** 88:9 98:7

**sundown** 8:18, 19 11:16 23:6 28:21 102:3 106:3,13

**super** 49:12

**supervise** 10:23

**supervisor** 99:13

**supply** 80:6

**support** 53:21

**surprise** 71:16 80:4 127:4

**surprising** 97:17

**Susette** 150:10

**swap** 10:6 52:11 67:18 102:24 103:8

**swapping** 51:8

**swaps** 53:6
**switch** 31:14 108:22 109:11
**sworn** 5:4
**synonym** 138:24
**system** 9:15 10:3 33:21,23,25 47:16 48:18 49:20 66:6 70:5,9 75:5 80:6 94:23 104:10,13 105:24 107:15 111:9 112:1 114:11 132:1 137:23 139:3
**systems** 9:12 10:3,6

**T**

**taking** 53:11 108:2
**talk** 8:22 13:18 17:1,22 32:16 33:20 50:15 51:4 53:8 63:1,9 70:18 75:21 99:9 110:7, 16 111:12,15,21 124:7 136:25 137:8,15 141:4
**talked** 9:18,20 10:12 11:1 13:7, 15,22 17:25 19:2 28:3,11,14 50:12, 18 53:4 64:2,20, 25 65:7 68:9,25 71:14 95:9 130:15 132:10 137:1
**talking** 7:23 9:11 17:7,15 20:23 25:21 26:14 27:15,17 54:8 58:10,13 61:19 68:6 69:17 76:13, 25 83:21,24 109:21
**talks** 127:22
**Tallahassee** 80:10
**tandem** 12:19
**tangent** 63:22
**tank** 82:8,10
**task** 87:11
**tasked** 68:21
**tattoo** 145:5,6 146:20
**tattoos** 144:19, 20,23 145:1 146:14,16,21
**teach** 50:24
**teaches** 68:18
**team** 12:14 40:25 41:3 125:7
**telephone** 138:7
**telephoned** 13:24
**telling** 20:13 25:6 46:8 52:25 100:2 115:15
**tells** 91:22
**ten** 47:11 106:16 150:3
**tend** 94:22
**tenet** 11:18
**tens** 29:23
**term** 49:9 97:19 128:14,18 138:20
**terminate** 27:23
**terminated** 23:8,22 24:13,25 25:4,6 26:11 94:5 105:1
**termination** 22:9 25:14,18 26:21
**terms** 35:16 47:4 57:23 104:9
**testified** 5:5 114:9 126:3 140:1
**testify** 15:14
**testimony** 89:8 105:4
**Thanksgiving** 85:6
**theory** 43:14
**thereof** 36:22
**thing** 12:16 34:19 53:15 63:12 98:24 105:11
**things** 16:5 23:11 46:9 51:8 52:3 53:6 63:9 70:22 82:16 104:5 110:23,24 116:1,2
**thinking** 37:18 55:12 77:5 82:7
**thinks** 129:16 135:2
**thought** 51:6 88:8 99:25
**thousands** 29:24 113:23
**three-word** 39:17
**three-year** 148:1
**Thursday** 134:25
**tight** 147:7
**tightly** 12:9
**time** 7:22,24 17:7 24:8 25:11 28:21 30:16 35:23 40:14,16,21 41:1 49:24 53:18 54:8, 15,17 55:2,18 56:25 60:22 65:11,14 69:16 74:3 76:22 77:5, 11,19 80:1 84:24 85:1,5 88:21 92:8 93:11,12 108:1, 15 112:14 115:15 117:11 119:7 120:24 123:3,7 133:5,16 136:9 138:17 143:2,3 145:12 147:18 148:4 149:21
**times** 52:2 113:24 145:23
**title** 10:22
**titled** 45:2
**today** 14:11 28:15 30:3 73:5 142:1
**Todd** 5:3,10,18 6:3 7:18 15:9,18 20:15 25:2 29:10 31:6,23 32:10 36:21 37:11 42:16 44:23 45:20 46:25 58:15 59:7 60:2 63:2,18 64:17,19 65:23 67:1 77:9, 22 78:10 79:14 82:7 83:11,14,23 89:9 100:4,18 103:13 105:9 113:22 117:22 118:4,25 120:19 124:12 126:5 127:11 131:16 135:23 140:23 143:16 148:24 149:25 150:7
**Todd's** 58:25 139:25
**told** 7:11 8:13,15 11:12 12:20 21:24 22:14 23:23 26:16 27:14 28:7,13 31:23,24 32:1 49:4 56:23 92:3 104:15 112:10 119:20 125:2,6, 22 130:15 132:15 137:12 140:8 142:19
**tomorrow** 81:21
**tonight** 23:14
**tool** 53:10
**tools** 9:12,19 10:5,10 24:5 51:7,12 52:7,9 53:3,9,11,16 56:19 66:7 102:18 104:10,20 109:13 132:2 136:25 137:21,23
**top** 46:15 115:20 142:22
**topic** 73:23 127:5
**touch** 149:25
**tough** 16:21 70:21
**tour** 7:14
**track** 55:19 87:19 89:18,19 92:18
**tracked** 88:1
**tracking** 92:6
**Tracy** 41:18,22 42:3 142:24,25
**trade** 10:6 24:4 52:11 70:8 110:4 132:2 137:2
**trades** 53:6
**trading** 51:8 75:7
**trained** 66:18 125:12,18
**trainee** 8:15 12:23 13:1
**trainees** 17:18 18:24
**trainer** 8:21
**trainers** 10:23
**training** 8:23 10:4,21,24,25

11:9,13,21 12:5, 8,15,21 13:2,4 14:6 16:5 17:12, 16 18:16 21:25 22:6,7,11,12 23:16 24:1,6,13, 23 25:4,7,11 26:6 27:3,6,23,25 28:5,20,24 29:3, 8,16,18 30:8,15, 17 93:18,21 94:6 101:2,3,8,12,13, 15,16,17,18,20 102:13,16 103:19 104:3,6,8,16,21 105:2,6,12,13,15, 17,20 106:5,8,14, 21,23 107:6,10, 14,19 108:4,14 109:10 110:2 124:20

**tremendous** 81:25

**trial** 61:1

**trip** 67:17,21 101:15

**trouble** 69:21 75:16

**true** 16:19

**truth** 87:16

**Tuesday** 103:8

**turn** 114:20

**two-** 147:25

**two-minute** 63:5

**two-word** 80:22

**type** 30:5 111:3 125:11

**types** 48:14 53:6 139:13

**typical** 109:19, 20

**typically** 18:20 22:6 49:2 129:9 142:16

U

**UALE** 61:22

**ultimate** 142:13

**ultimately** 103:5 138:9,10 142:10

**unable** 24:4 109:1

**unapproved** 144:16

**unavoidably** 46:22 48:8 67:3 68:7,13 84:15

**unbroken** 12:15

**uncommon** 16:20

**understand** 15:21 18:17 19:8 24:7 27:13 38:4 46:4 78:10,12 89:12 92:14 96:16 102:9 103:4 106:18 110:25 114:15 123:1 128:8,10 129:12,15,20,23 135:22 139:15,21 140:6

**understandable** 24:17

**understanding** 16:5 17:14 19:1 21:23 22:2,3,4 26:1,14 27:17 33:22,24 38:15 58:17,25 59:25 60:23 62:9 66:3, 13 78:2,13,15 79:16 85:20 94:2 101:22 106:21,24 107:2 108:17,24 129:7 138:6

**understood** 18:14,23 52:9 66:7 109:12 115:22

**undesirable** 10:10

**undue** 106:11

**uniform** 144:15, 17 145:17,20 146:5

**unilaterally** 35:9,11 58:21

**union** 36:4,13,20

**United** 81:17 94:16 95:11,24 96:4

**United's** 95:19

**unwilling** 11:17 18:20 102:15

**updated** 99:22

**upgrade** 45:11

**upper** 148:25

**upset** 24:16

**Utah** 5:14 29:11

V

**vacancies** 45:12

**vacation** 10:7

**vague** 78:8 95:2

**variables** 114:15

**variance** 93:3

**variation** 120:21

**verbal** 54:24 129:12

**version** 100:7,9

**versus** 39:7 75:1 96:24 140:2

**vice** 41:13,14 73:1 99:16

**view** 76:7 77:3

**viewed** 52:22

**violate** 9:10 11:14 57:22 60:10 70:10,14 144:17

**violated** 11:17 41:8

**violating** 70:11

**violation** 41:9

**visible** 145:1,7

**visually** 146:8

**vote** 38:19,22 39:4,7,10,17

**voted** 38:8,10,11 39:3

W

**W-I-C-K-E-R** 9:22

**wage** 42:9

**waiting** 86:24

**waive** 63:11

**waived** 124:9

**waiver** 72:18 139:23 140:9,14

**walk** 6:14 16:20 47:25

**walked** 119:18

**wanted** 18:14 23:5 38:2 72:12 82:15 85:12 92:7 101:23 109:15 138:21

**wanting** 133:24

**washed** 94:5

**ways** 116:25

**wear** 80:25 144:15,18 145:19 146:3 147:2

**wedding** 81:21

**Wednesday** 22:20

**week** 28:9 30:24 50:11,16 51:19 57:9 116:4 133:6

**weekend** 47:7 48:1 52:20 70:8

**weekends** 18:22 48:13 115:16

**weeks** 22:7 115:9 134:24

**weighed** 130:3

**Whicker** 8:21 9:22 10:16,19 11:20 12:4,6,8 13:7,16,24 14:14 16:2,4 19:25 20:1 21:15 22:4,14,18 23:9,10,23 24:2,9 25:2,3,9,17 26:2, 15,16 27:5,14,18, 20,22 28:2,8,10, 14,23 32:1,3,17 33:14 75:9 103:2, 16 108:20 109:9 110:2

**Whicker's** 11:14 27:1 107:24 108:1,2

**Whitaker** 9:20

**whoa** 65:18

**Wimberly** 32:20, 21 33:7,14

**winter** 72:6,8,9

**wished** 47:3 148:3

**woman** 6:24 41:19 110:14 121:12 146:25

**word** 9:4,7 40:20 46:1 73:25 150:18

**words** 9:5 18:5 25:5 32:22 39:14 40:5 93:11 99:24 106:20 117:3 138:21

**work** 5:12 8:17, 25 9:1,6 16:5 18:20,21 23:20 24:4,7 26:22,24 27:2 30:12 40:18

46:23 48:2,8 50:4 51:2 52:20 53:17 55:13,16 56:8 59:19 66:21 67:4 68:8,13,20,25 69:6,19,20 70:19 71:2,6,22 74:6 75:8,15,16 80:18 84:16,23,24 87:20 88:3,9,11 99:13 101:7,17 102:12 103:9 104:11 109:1 113:3 114:4,20, 21,24 116:4 117:9,11 121:13 124:23 125:14 130:5 133:1,21 138:1,22 140:20 144:5,11 145:2 146:11 148:15

**worked** 18:15 49:20 54:12 88:4 89:19 93:9,12,16 104:7 138:14

**worker** 126:21

**working** 11:18 12:12 18:7 24:8 28:8 48:12 50:7 51:11 52:10 54:2, 3 55:4,7,8 56:13, 18 57:4,11,16 58:5 59:9 62:22 64:3,5,21,22 68:4 69:10 74:10 85:16 87:9 97:21, 23 98:1 99:23 102:17 146:25 148:7

**works** 6:11 50:18 68:18 95:14 114:15 118:1 121:17,23

**worth** 79:20 87:7 129:13

**Wow** 108:10

**write** 16:3 17:13 127:22

**writes** 23:10

**writing** 52:4 138:12

**written** 44:8 54:25 118:19,21, 24 119:2,5

**wrong** 5:18 80:14 117:16

**wrote** 16:1 17:24 20:20 22:18 54:17 75:10 77:16 138:17

**Y**

**yapping** 81:1

**year** 28:21 52:6 53:12 54:24 69:7 85:9,15 88:22 93:16 97:9,11 98:24 102:2 116:10 125:14

**year's** 87:7

**years** 5:22 18:12 37:22 46:20 47:13 52:10 65:12 91:18 111:24 123:25 143:25

**years'** 79:20

**yelling** 75:4

**yellow** 84:19

**Yom** 74:5