# Exhibit F

# Remote Deposition of
# Jake Whicker

Date: January 15, 2021

Case: Cassell vs. SkyWest, Inc.

Civil No: 2:19-cv-00149-jnp-dao

*Reporter: Ann Fleming, CSR, RPR*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

SHANE ANDREW CASSELL, )
)
Plaintiff, )
) Civil No. 2:19-cv-00149-jnp-dao
vs. )
) Judge Jill N. Parrish
SKYWEST, INC., d/b/a ) Magistrate JudgeDaphne A. Oberg
SKYWEST AIRLINES, )
)
Defendant. )
__________________________)

REMOTE DEPOSITION OF JAKE WHICKER

January 15, 2021

Salt Lake City, Utah

Repored by: Ann Fleming, CSR, RPR

REMOTE DEPOSITION OF JAKE WHICKER

BE IT REMEMBERED that the remote deposition of JAKE WHICKER was taken via videoconference by the Plaintiff before Associated Reporting & Video, Ann Fleming, Court Reporter in and for the County of Salt Lake, State of Utah, on Friday, the 15th day of January, 2021, commencing at the hour of 9:33 a.m. in the above-entitled matter.

APPEARANCES (Remotely):

For the Plaintiff: STRINDBERG & SCHOLNICK, LLC
By: Erik Strindberg, Esq.
1516 West Hays Street
Boise, Idaho 83702
Telephone: (208) 336-1788
Facsimile: (208) 287-3708
erik@utahjobjustice.com

ASSOCIATED GENERAL COUNSEL
GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS
By: Todd R. McFarkabd, Esq.
12501 Old Columbia Pike
Silver Springs, Maryland 20902-6600
Telephone: (301) 680-6321
Facsimile: (301) 680-6329
mcfarlandt@gc.adventist.org

For the Defendant: FABIAN VANCOTT
By: Tanner J. Bean, Esq.
215 South State Street, Suite 1200
Salt Lake City, Utah 84111
Telephone: (801) 531-8900
Facsimile: (801) 596-2814
tbean@fabianvancott.com

Also Present: Todd C. Emerson

# I N D E X

## E X A M I N A T I O N


JAKE WHICKER PAGE

By: Mr. Strindberg................................4


## E X H I B I T S


NO. PAGE

37. Termination/Final Check Request...............53

PROCEEDINGS

JAKE WHICKER,

called as a witness, having been first duly sworn remotely, was examined and testified as follows:

EXAMINATION

BY MR. STRINDBERG:

Q. Good morning, Mr. Whicker. My name is Erik Strindberg. I represent Shane Cassell in a lawsuit we have against SkyWest Airlines -- not SkyWest -- yeah, SkyWest Airlines. Thank you for making yourself available today.

You indicated you hadn't had your deposition taken before, so let me go over some ground rules. I will be asking you a series of questions. You need to answer them truthfully and to the best of your ability. If you don't remember something, tell me that. If you don't understand one of my questions, let me know; I'll try to rephrase it.

Let's try and not to speak over each other. And that's sometimes hard, particularly on Zoom, but I'll try and let you finish your answers and if you let me finish my questions. What else? Lastly, I guess, you need to answer audibly. Shaking your head

and going uh-huh (affirmative) or huh-uh (negative) doesn't leave for a clear record. So yes, no, that type of thing.
A. Okay.
Q. Do you understand those instructions?
A. Yes.
Q. Please state your name.
A. Jacob Whicker.
Q. Mr. Whicker, what is your address?
A. 345 South 200 East, Willard, Utah 84340.
Q. Thank you. Is there anything which would prevent you from answering truthfully? In other words, are you tired or taking medication that might interfere with your cognitive abilities?
A. No.
Q. Where are you currently employed, Mr. Whicker?
A. I work for FedEx Express.
Q. And when did you go to work for FedEx Express?
A. September of 2018.
Q. What do you do for FedEx Express?
A. I'm a pilot crew member.
Q. Prior to FedEx Express where did you work?
A. SkyWest Airlines.

Q. Why did you leave SkyWest Airlines, if I might ask?
A. Just career advancement.
Q. When did you join SkyWest?
A. June of 2000.
Q. And were you at SkyWest continually from June of 2000 until September of 2018?
A. Affirmative.
Q. You said affirmative?
A. Affirmative. Yes.
Q. And what was the first position you held at SkyWest and how long did you hold it?
A. I was a pilot at SkyWest for the whole time I was there.
Q. Did you start out as a captain or first officer? What was your first position?
A. I was a Brasilia EMB 120 first officer for approximately one year.
Q. Then what position did you move into?
A. CRJ first officer for approximately three years.
Q. And after that?
A. EMB 120 captain for approximately three years.
Q. Then?

A. Then a CRJ captain for the balance of the time.
Q. So when did you start being a captain on the CRJ?
A. I believe it was around 2007. The dates get a little muddy but, you know, the years, but close to 2007.
Q. And what was your home domicile?
A. Salt Lake City.
Q. When you were the CRJ captain, what routes did you typically fly? Or did it vary every month?
A. Yeah, it varied. Just wherever SkyWest flew. You want more specifics than that like cities?
Q. I mean did you have enough seniority at some point to bid a regular line that you flew?
A. Yes. Well, so a regular -- what do you mean by a regular line?
Q. I'm using the word to mean where you'd fly the same flights every month.
A. That rarely happened.
Q. It's my understanding that at some point you had something to do with the training program, training of pilots?
A. Yes. Yes.
Q. When did you start being involved with

training?
A. 2010.
Q. And how long were you -- what position were you in?
A. In 2010 I was an instructor for the CRJ.
Q. How long did you hold that position?
A. I would say -- I'm estimating -- three years.
Q. What was your next involvement in the training program?
A. I was a manager for Advanced Qualification Program.
Q. What was the Advanced Qualification Program?
A. The Advanced Qualification Program is an FAA sanctioned program for pilot training governed by the Federal Aviation Regulations.
Q. And do all pilots go through it, all SkyWest pilots?
A. All SkyWest pilots go through Advanced Qualification, yes.
Q. And what's involved in this Advanced Qualification Program? Is there classroom work, simulator work? What exactly is involved in it?
A. The Advanced Qualification Program

encompasses training from the very beginning, say, what we call basic indoc through ground school, simulators and includes the initial operating experience in the aircraft. So it concludes at the end of the initial operating experience.

Actually, Advanced Qualification also includes recurrent training as well, the annual recurrent training. So there's the initial portion and the recurrent training portion.

Q. So the initial portion of Advanced Qualification Program, is that something that all newly hired pilots go through then?

A. Yes.

Q. I think we've just been referring to it as the training program, but I gather what you're saying is the formal name is the Advanced Qualification Program, correct?

A. Yes. And for point of reference, airlines that do not have an Advanced Qualification Program are governed by a certain part of the Federal Aviation Regulations that's separate and it's not advanced. It's old school, so to speak.

Q. Okay. Maybe at some point I'll ask you about that. I've heard there's been a term referenced, the CTP training. Do you know what that refers to?

A. Probably -- I think it's called Certified Training Program or Commercial -- I'm somewhat sort of familiar with it. I was never directly involved with, but I know what it is.

Q. Is it part of this initial Advanced Qualification Program?

A. No, it's not.

Q. Is it something pilots have to do before they go into this qualification program?

A. It's completely separate. It's not related at all. In fact, it's not even directly related to an airline.

Q. Who runs the CTP programs?

A. You can get a CTP program -- you could buy one privately from anybody, from any company that offers it such as FlightSafety or L3.

Q. Those are companies?

A. Yes, those are flight training businesses.

Q. Back in 2016 and 2017 was SkyWest sending its newly hired people to the CTP programs?

A. I don't recall the exact dates, but SkyWest did have an in-house -- they did offer a CTP program for new hires who needed an ATP.

Q. And where was that program located physically?

A. I don't know if it had a central location. The training was conducted wherever SkyWest had resources available, but as far as administration of the program, I'm not certain on that.
Q. So let's go back to this Advanced Qualification Program. You said you'd been the manager and that would have been approximately 2013?
A. Yeah.
Q. And how long did you hold that position?
A. Actually, you know, that sounds -- no. No. I became a ground -- let's see. Honestly, I would guess it was around 2014-2015, right in there. I know the dates don't line up. I don't know the exact day when I started.
Q. And when you became the manager for this program, did you continue to fly as well as a pilot?
A. Yeah.
Q. So you split your time between the two?
A. Yeah. I flew very little. The manager ATP job, there was enough work associated with it that I basically flew enough to stay current.
Q. And how many hours a month is that?
A. Less than ten.
Q. And where was this program, the qualification program, where was it physically located?

A. My job was located in Salt Lake City.
Q. And is that where most of the training for that program occurred or was it spread out?
A. It's spread out wherever we had training resources.
Q. So tell me the steps. The pilot, I guess, goes to the CTP program, gets their certification, they then enter this initial qualification program. Tell me how the training is structured. In other words, do they start in the classroom? What goes on?
A. So are you talking about CTP? What's the question?
Q. This qualification program that you were involved in that you were the manager of, how is that structured?
A. You're asking about it from a pilot perspective or from the FAA perspective?
Q. Well, from a pilot perspective, specifically the program you were manager of, what would happen? A pilot would come in. Were they put in a classroom? What would go on?
A. Okay. So the Advanced Qualification Program covers training for the entire company and not just for the CRJ, and it has different components to it. It has CRJ qualification, it has CRJ recurrent, it

has ERJ qualification, ERJ recurrent, basic indoc. There's an instructor course. There's -- advanced qualification is quite a bit bigger than CRJ training.
So you don't want to talk about Advanced Qualification as much as you want to talk about CRJ training; is that correct?
Q. Just a second. Yes, but what I'm trying to focus on, Mr. Whicker, is a new pilot, you know, obviously, this case is about Shane Cassell who was hired as a pilot. Someone who is newly hired back in 2016 or 2017, just tell me how the training was structured because I've never been through it. In other words, I know that Shane said he would go to Salt Lake City. So what would happen then? Was he in classes? I just want --
A. Okay.
Q. -- the structure.
A. Alright. Thank you. When a pilot would report for class, they had -- well, first of all, they either had to have an ATP license or they had to have completed that CTP course, which is separate from us.
Q. Understood.
A. And then they would have approximately a week of what we call basic indoctrination and that was classroom training and then there was approximately

three weeks of CRJ specific training.

Q. Was that also classroom?

A. Classroom training, yes. And then approximately five sessions, and I'm using the word approximately because I don't remember the details. It's been a while. But approximately five sessions of what we call FTD or fixed training device training and then approximately 13 full flight simulator sessions. You know, so all of this is interspersed with days off, and the whole process takes between 60 and 100 days to complete.

Q. And then this approximate five sessions of fixed training, was that what has also been referred to as matrix training?

A. No. No.

Q. What is the matrix training?

A. Matrix training was considered part of ground school. It was supplemental to what the students learned in the classroom, and a matrix device is a computer-aided cockpit.

So the students would, to supplement their classroom training, they would spend approximately eight hours with the matrix devise usually in groups of two with an instructor to help reinforce what they learned in the classroom.

Q. And how many -- when you say eight hours of matrix training, was that all at one time, or was it split up into segments?

A. If I recall correctly, it was four sessions, two hours each.

Q. And that was part of you said the ground school?

A. Yes. Yes. The matrix session coincided with, you know, the previous day or couple of days of lessons.

Q. Back in 2016 and 2017 -- let me ask you this. In 2016 you were still the manager for this Advanced Qualification Program, correct?

A. Yeah, correct.

Q. When did you leave that position?

A. I was only in that for about one year and then I was the manager for CRJ training for just two years and a couple of months until, up until the time of my departure from SkyWest.

Q. So what was the difference between being a manager for the Advanced Qualification Program and manager for the CRJ training?

A. Like I alluded to, the manager for Advanced Qualification is -- it's the administration of training for the entire airline for pilot training and

it encompasses a lot of -- well, a lot of paperwork, regulation, compliance with the FAA programs, instructor training; whereas, the managers of CRJ training is specific to CRJ initial and CRJ continuing qualification training.

Q. So do you recall when you became manager of the CRJ training program?

A. It was two years and a few months before I left, so I think it was May 2016. That's close.

Q. So you retained that position until approximately September of 2018?

A. Correct.

Q. And did you continue to fly as a pilot when you were the manager of the CRJ training program?

A. Yes, to maintain currency, yes.

Q. So you have the ground school, which is you said about a week of indoctrination and then three weeks of CRJ specific classroom thing, which includes training on the matrix, correct?

A. Correct.

Q. Then you said they would have approximately five sessions of -- I'm not sure I got it. Fixed training?

A. Yeah, FTD is the initial, the acronym, and the fixed training device.

Q. Okay. What's involved in that?
A. Fixed training device moves beyond classroom knowledge like systems knowledge and more into how the pilot is expected to operate the aircraft at SkyWest. So, for example, how you're going to move the switches and when for different phases of flight.
Q. And where does that training take place? In a classroom?
A. No, it's in a -- SkyWest used -- at the time they used full flight simulators without the motion.
Q. And back in 2016 and 2017, where were these full flight simulators for the CRJ's located?
A. They were at FlightSafety in Salt Lake City. Occasionally we would use them in other locations as well.
Q. Where is FlightSafety located?
A. It's at the Salt Lake International Airport.
Q. Could these full flight simulators that you use as part of the FTD training, could they also be then used for simulator sessions?
A. Yes.
Q. And these fixed training device sessions, approximately five sessions, how long did each one

last?

A. There was a two-hour briefing prior to the session and the session itself was four hours and then there was 30 minutes to an hour debriefing after the session.

Q. And there would be five, approximately five of those almost seven-hour sessions?

A. Yeah.

Q. Over how long a period of time?

A. It depended on -- it just depended on the resources and how they were scheduled. Sometimes they were altogether five days in a row and some days, sometimes it was two on and a couple days off or a day off and two more sessions or three more sessions. It just varied on the resources.

Q. Who did the scheduling for the fixed training device training than the simulator training?

A. There's a department that scheduled all the resources: Simulators, FTD's, matrix, classroom instructors and it was -- I don't know what you'd call them. It was under the Training Department. There was a group of people that scheduled all of those resources. It was like crew support, but different.

Q. Where were they located? In St. George?

A. Correct.

Q. Do you know who the head of that department was who did the scheduling, group that did the scheduling?

A. Her name was Kim Ence.

Q. How is the last name spelled?

A. E-N-C-E.

Q. And how would that process take place; the scheduling of the FTD and the simulator? In other words, let's assume you have your teaching or these new pilots are in the CRJ specific part of the training. Would you then interface with Ms. Ence and say, look, we have X number of pilots coming up? How did that work?

A. I did very little planning like projected interface with Kim. The only time I really interfaced with Kim and her team was when things, when there was irregular operations. For example, if a pilot called out sick or if a simulator was inoperative, those types of things, then I would reach out to Kim and we would work out, try to find a solution to fix the schedule. Even then, sometimes I would just make a phone call and say, hey, this pilot missed a session and they would handle it.

Q. Back in 2016-2017, how many pilots would typically be in this preliminary CRJ training? In

other words, how big was a typical class?
A. Estimate between 30, and, boy, you're -- I really have to speculate. SkyWest at the time was hiring between 40 and 80 a month for the CRJ.
Q. I gather from the way you say it that that was a lot of hires, a lot of hiring?
A. Yes. Yes. You know, a typical normal time hiring really for any airline would be 20 a month.
Q. When did this accelerated hiring start?
A. I'm not exactly sure, but it was around 2015-2016.
Q. How long did it continue?
A. Until February this year -- honestly, I have to be honest with you. I left; it was still going in September 2018. That's the last time I was involved with it.
Q. Okay. I was just smiling because of --
A. Yeah.
Q. -- last year has been a little unusual.
A. It has.
Q. Particularly in the airline and airplane business.
A. Yes, it has.
Q. These simulators that were used for the FTD training and the simulator session, how many

simulators were there for the CRJ in Salt Lake?
A. In Salt Lake City I think there were four CRJ simulators in Salt Lake.
Q. Were they owned by SkyWest or rented by SkyWest; whatever the --
A. No, they were leased by SkyWest, yes, the contractual agreement with FlightSafety International.
Q. Did SkyWest lease simulators at any other locations?
A. Yes.
Q. Where?
A. We usually had simulators in Atlanta. We would occasionally use simulator resources in Cincinnati, St. Louis. I think that's it.
Q. Were there any in Denver?
A. Oh, yeah. I forgot about Denver. Yes. FlightSafety stood up a facility in Denver probably while I was the manager, but we did have two simulators in Denver.
Q. Do you know how many you had in Atlanta?
A. It varied. There were several CRJ simulators there. Other airlines used them as well, but we would have between one and three simulators in Atlanta depending on the month.
Q. How about Cincinnati?

A. I don't recall. We didn't have a lot of pilots in Cincinnati or St. Louis. We didn't -- you know, if we had a training line that went out there, it was just a few people. It wasn't a lot.

Q. If a pilot was doing their ground school training, CRJ ground school training in Salt Lake, would they necessarily do their FTD and simulator sessions in Salt Lake or could they be sent to another city?

A. They could be sent to another city.

Q. How often would that occur?

A. Usually the FTD was completed in Salt Lake City but not always. Simulator sessions were often sent elsewhere.

Q. Why was that?

A. Just resources. The simulators are used for initial training and continuing qualification training, and, so, it just depended on where, what the company needed to accomplish all of the training objectives for not just initial but for everything. And, so, wherever there were open sessions, they would tend to send the new hires to.

Q. I gather from what you said earlier, this Kim Ence or her group would do the scheduling?

A. Yeah.

Q. So she would be the one to say, okay, we need to send X number of pilots to Denver, that type of thing?
A. Yep.
Q. And when you were the manager over the CRJ training, did you actually do any of the ground training yourself?
A. Well, while I was the manager?
Q. Yeah.
A. Not that I recall.
Q. Did you do any of the FTD or simulator training?
A. I did do a little bit of simulator training for continuing qualification.
Q. But not for the new hires?
A. No.
Q. So what would happen -- let's say, focus first on the matrix training. You said they would have a session with the trainers. Were you bringing in pilots who would help you conduct those kind of trainings like the matrix training?
A. Matrix training was conducted by ground instructors. It's the same instructors that taught the classroom.
Q. Were those ground instructors pilots?

A. They didn't have to be, but, generally, yes. There may have been exceptions, but, generally, yes.
Q. Who conducted the FTD training?
A. We had dedicated FTD instructors, but there may have been some crossed, like there might have been a ground instructor that also did FTD or there could be and FTD instructor who also taught sim. There was a little bit of crossing.
Q. Were most of them active pilots? In other words, you were saying when you were the manager you would do some minimal flying to keep certified and qualified. Were these instructors in the same situation where they would do some flying so they could stay qualified?
A. Yeah, all but just a couple of them were pilots on the SkyWest Airlines seniority list.
Q. Do you recall who Shane Cassell is?
A. Yes. I couldn't picture him in a lineup, but I remember interactions with him.
Q. At some point, did you learn that Shane needed accommodation for his religious beliefs?
A. Yes.
Q. How did you learn that?
A. I don't recall if HR had sent me something

or if Shane approached me directly. I don't recall exactly if I learned it from Shane directly or if I learned it from HR. I don't know.

Q. Let me show you -- and this is really going to be a test of my technological feat. I'll try to share a screen here. Do you see what's been marked as Exhibit 13?

A. Affirmative.

Q. Exhibit 13 appears to be an email or something dated September 1st, 2016 from Spencer Hinckley to Coy Bryant. Have you ever seen this email before?

A. First time I saw it was when -- is it Dunja -- sent it to me. That's the first time I saw it.

Q. And you said at some point either Shane approached you or someone from HR approached you, is that correct, regarding the need for religious accommodation?

A. Yes.

Q. Was it Coy Bryant in HR or someone else?

A. I don't recall.

Q. What were you told was needed as far as accommodation?

A. You know, I don't recall because I don't

know -- there was an email that I think I was cc'd on it or I didn't understand it that referred to previous accommodation for Shane and I didn't know what it was talking about.

And now that I've seen your documents that were shared with me by Dunja, I see that there was an accommodation made of sorts for CTP. I suspect that's what it was, but there was an email thread that I just caught a piece of, and, so, at some point, HR reached out to me, and it could have been Coy or it could have been someone else that said, we may have an accommodation in this class to do.

Whether or not that -- whether or not I saw that before I talked to Shane or after, I don't know.

Q. When you say that, you're referring to the exhibit we just looked at, September --

A. No. I've never seen that exhibit that you just showed me.

Q. So it was some other email chain that you saw?

A. Yeah. It was just a note that, hey, you may have an accommodation in this class.

Q. Do you recall who it was from?

A. I don't.

Q. Let me . . . I'll share with you hopefully what's been marked as Exhibit 6.
A. I see it.
Q. Which is a series of emails between Coy Bryant and Shane Cassell. Are these the emails you recall receiving?
A. Honestly don't remember.
Q. Have you ever seen this email or this exhibit before?
A. I'm not certain that I had or hadn't, this particular email. I don't remember.
Q. But you recall receiving some email that made some reference to Shane needing a religious accommodation; is that correct?
A. I remember some traffic, some conversation, some communication about accommodation and I don't even remember, honestly remember, if it was about Shane. Like I don't remember if it was about Shane or about somebody else.
Q. So were there pilots before Shane Cassell who had requested an accommodation?
A. I don't know if there were pilots before Shane, but there were a couple of pilots who had requested accommodation.
Q. What types of accommodations were they

requesting?

A. There was . . . Trying to think of a specific case that I can remember. So, honestly, I can't remember. I know, I just know I've been through this process, this religious accommodation process. I'd gone through it a couple of times with HR and I don't recall if it was before Shane or after Shane and I don't remember who it was.

Q. While you were the manager over the CRJ training, did you keep any kind of records or files that would somehow list out these accommodation issues?

A. No.

Q. Okay. So as I understand what you're saying, at some point you became aware that Shane needed a religious accommodation, and what did you understand that accommodation was that he needed?

A. I understood that he needed to be relieved from all duty from sundown on Friday night to sundown on Saturday night.

Q. And you learned that either from HR or from some email you saw or from Shane talking with you directly; is that correct?

A. Correct.

Q. What did you do when you received that information regardless of how you received it?

A. If I knew that there was accommodation needed -- so at some point when I realized, when I recognized that Shane had this need and reached out to HR, I reached out to HR. I don't recall if it was Coy Bryant or Nicole Chapman. Those are the two people I worked with most frequently and I don't recall who it was and I would just ask them to guide me through it. They usually handled the process.

Q. There was an issue that came up with Shane in 2016 regarding matrix training, scheduling of the matrix training. Does that refresh your recollection at all?

A. I'm familiar with what it is, yeah, what the issue.

Q. What do you recall about that issue?

A. Shane, if I remember correctly, was scheduled for a matrix session that would encroach on the sabbath day because the sun set during the session and he did not want to attend that session.

Q. How did you learn that? Was it from Shane, or was it from someone else?

A. It was from Shane.

Q. And tell us the best of your recollection what he had said to you and what you said to him in the course of that conversation.

A. About that particular session?
Q. Yes, about that issue, matrix training.
A. He told me about his religious belief about keeping the sabbath and about how it starts at sunset on Friday and ends at sunset on Saturday. I asked him about the seasons. Like what about summer; does the time change? And he said, yes.
So, essentially, you know, the sabbath day shifts in the summer. It's shorter. I asked him if there was . . . You know, if he was willing to work during that time. He said no. Trying to remember if we talked about anything else about it. That's all I remember specifically asking him about it or talking to him about it.
Q. What did you do after you had this conversation with him?
A. I don't recall exactly what I did. Like I don't know. I don't recall if I -- I mean you mean immediately after talking to him?
Q. Right. I gather what he was saying to you -- tell me if I'm wrong -- is that he had been scheduled for matrix training class that went past sundown on Friday; is that correct?
A. Uh-huh (affirmative).
Q. That's a "yes"?

A. Yes.
Q. So you have a pilot coming to you with a scheduling conflict. What did you do at that point? Did you call someone or email someone about possible schedule changes?
A. I don't recall the exact timing, but I would have reached out either via phone call or email to HR. I may have reached out to Training, but I don't remember, you know, the scheduler to see if there was another shift. I doubt that I would have done that. Almost certainly, though, would have talked to HR. I would have talked to my boss as well.
Q. Who was your boss?
A. His name is David Moxham.
Q. It's been represented to us that Coy Bryant was the HR person handling this issue at that time. Does that refresh your recollection of who you would have spoken with in HR?
A. No. I mean I believe you. I worked with Coy a lot. There was a transition between working with Nicole Chapman and Coy Bryant and I don't know when it was.
Q. What do you recall saying to this person in HR about your conversation with Shane?
A. I don't recall the exact conversation.

Q. Tell us the best of your recollection what you said.
A. Honestly don't recall the conversation at all. I don't remember it. I know that it happened. I know I reached out to him, but I don't recall what the conversation was.
Q. You said you also probably talked with your boss, David Moxham. What do you recall about that conversation?
A. I told David that I had a student that was unwilling to attend the session due to religious beliefs.
Q. What did Mr. Moxham say?
A. I don't remember. I mean he -- I don't recall if he even said anything or if he responded. We were just following the process to -- you know, we identified that there was a concern of religious nature. We went to the HR and followed the guidance that HR provided. Dave didn't get involved in it other than just being aware.
Q. Let's sort of not back up but go slightly sideways here for a moment. You said that the matrix training that the pilots usually did in groups of two; is that correct?
A. Yes.

Q. Who assigned those groups? In other words, who assigned the pairings?
A. Those groups were -- they were assigned during class during the first week of ground school, CRJ ground school, and I think it was based on their bid. So we had a training bid for their training schedule after ground school or -- and I guess it included the matrix. I don't remember exactly how the sessions were assigned now that you mention it. I think they were -- so we had a training bid that handled FTD and sim.
As far as the matrix goes, I don't know how we decided who the students were paired with and at what time.
Q. Let me show you --
A. I don't remember.
Q. Let me show you an exhibit that's been previously marked as Exhibit 4, which is not quite from the same time period we're talking about but it's similar. Can you tell us what Exhibit 4 is? I can blow it up if you want?
A. It looks like a matrix lab signup, which is separate from what we're talking about.
Q. What do you mean it's separate from what we're talking about?

A. It's not formally part of ground school. It's not required training. It's not part of the Advanced Qualification Program. It was a -- this was kind of a -- if I'm understanding what this is, I don't recognize the instructor, but if I understand what this is, we would offer one of the Saturdays during ground school that the students could go to a matrix device and they could sign up for it randomly on their own and we would have one instructor between the four different matrixes.

We would have one instructor available basically to answer questions about the airplane, about the systems, about the switches, about class, about ground school, about the test -- not the test, but the upcoming test, you know, getting ready, preparing for it. It was kind of a just a lab with one instructor that was available.

Q. So if a student felt that he or she needed additional training, they could sign up to that additional matrix training?

A. Yes. Yeah. It was a way to get access to an instructor outside of scheduled time.

Q. Do you recall at all how the regular matrix training was assigned?

A. I don't. Now that you've asked the

question, I don't. I know the FTD and simulator schedules were bid. I can't remember. I don't remember how we allocated the matrix time. I don't.

You know, when I taught ground school, I don't think we had the matrix devices, and, so, I wasn't intimately involved in that, or at least I don't remember having them. So that process, I don't know how it was handled.

Q. Was there someone under you who handled the matrix training, so like the manager over matrix training?

A. No. No. It was part of ground school. No.

Q. So you said that you recall Shane came to you and he said that there was an issue, a conflict with the sabbath regarding his matrix training; is that correct?

A. Uh-huh (affirmative).

Q. That's yes?

A. Yes.

Q. And you talked to someone in HR and your boss, David Moxham. Did you do anything else?

A. Not that I remember.

Q. Did you make any effort to try to at least reschedule the matrix training for Shane so there

wasn't a conflict?

A. I considered all of the available matrix shifts that we had with instructors available and the matrix available at the same time. All of them encroached on the sabbath.

Q. Was that typical? Were they always Friday, the Friday evening-Saturday period?

A. Yes. There was a session from four p.m. to six p.m. and a session from six p.m. to eight p.m.

Q. On Friday?

A. On Friday. And if I remember correctly, yes, and during that time of year there had always been an after sunset conflict.

Q. Was that, when you say there was always a four to six and six to eight matrix training schedule for Fridays, was that for every single class, CRJ class?

A. Yes, as far as I can remember. There was a time when we had to split classes, you know. When we were hiring a lot, we had to divide -- say we had 80 people in a class. We would divide that class into two classes of 40. I don't remember how, exactly, how we managed the matrix then. I don't recall if there was a, like, a Thursday-Saturday schedule to help manage the number of students. Honestly, I don't recall.

Q. Would you as the manager get some kind of printout, or was there some kind of a printout posted would show the students when their matrix training was scheduled?

A. They never gave it to me. I mean I could have gotten it. I could have went and found it somewhere, but they didn't send it to me. I didn't really get involved with the scheduling.

Q. So this Kim Ence or people under her would create some kind of schedule that was sent out correctly to the student pilots?

A. For FTD and sim, yes. For matrix, that was handled really in the classroom with the ground school instructors. It was part of class. It was part of the classroom.

Q. Could there have been some modification of the matrix training so that it didn't encroach on the sabbath?

A. Not without interrupting ground school itself, the classroom time itself.

Q. Why is that?

A. Or scheduling something on a Saturday. In order to get a student in a matrix not on the sabbath, you know, sundown Friday to sundown Saturday, we would have had to let out a class sooner or change a class

day. You know, not do class on Friday night or Fridays and do one on Sunday, or we would have had to have made a drastic change that would have been very difficult to manage with the number of students and the resources that we have available such as the matrix and the instructors.

Q. What hours would typically -- sorry. I didn't phrase that very well. In the ground school, when did it typically start in the morning and when did it typically end each day?

A. Ground school was scheduled from 8:00 to 5 p.m. every day and on matrix days the students would get out at 3 and that could give them time to get from the training facility over to the matrix, which was not at the hangar, not at the training facility at the time and because of the finite resources, I mean the limited number of matrix devices, half the students would go from 4 to 6 and the other half would go from 6 to 8 p.m.

Q. Where you said the training facility, where was that in relationship to where these matrix devices were located?

A. The classrooms were at the SkyWest training facility in Salt Lake City, which is approximately a mile and a half or two miles from

FlightSafety. It's also on the airport, but it's just around the bend, so to speak.
Q. So why did the students need two hours to get from training classroom to FlightSafety?
A. They would get out of class at three and they would have an hour to get over to FlightSafety and, so, they would either take their own vehicle if they had their own vehicle or they'd take hotel transportation.
Most of them would go -- it was just scheduled for an hour for logistics to get, okay, you're moving out of the classroom at the training facility and those of you that have matrix at four p.m., it starts -- you know, you've got an hour to get there. It's just logistics of transportation.
So, from a company perspective, we have to provide transportation for these people, for these pilots, and, so, logistically getting the people from the training facility to their hotel, which it was adjacent to FlightSafety, sometimes the hotel would take multiple trips.
I mean they have one ten-passenger van and they'd have to make four trips and it just takes time. So there was just a little bit of flex in the schedule.
Q. This issue with the matrix training came

up, I'll represent to you and we can look at documents, but it came up right at the end of November 2016, the very beginning of December. And at that time sundown, I'll represent to you, was at about 5 p.m. Was there any discussion that you had with your HR or David Moxham about trying to get Shane and his partner into the matrix, say, like at 3:00 or 3:10 so that he could finish up by 5?

A. I don't recall a discussion like that, but if we -- I mean if he started at 3:10, he would -- if we did the scheduled session, he'd been done after sundown.

Q. Do the sessions have to be 2 hours or could they have been 1 hour and 50 minutes?

A. They were required, they were scheduled per our Advanced Qualification Program to be two hours.

Q. But did they have to be, I guess what I'm getting at, Mr. Whicker?

A. If the student was, if the instructor and the student were able to complete the syllabus in less than two hours, that would be okay. Conversely, if the student and the instructor were not able to complete the session in two hours, it would be required to go into an extra session, an additional session, and we saw both.

Q. When you say an additional session, would the session keep going or would another session be scheduled at a later time?

A. It would have to be scheduled at a later time because the resources, the matrix resources and other resources were so tightly scheduled that there would be another group waiting to start the lesson.

Q. Was matrix training ever done -- you said it was either Friday/Saturday or Thursday/Saturday. Did you ever back in the end of 2016 do a matrix training on a day other than Saturday, like Thursday/Monday, Friday/Monday, Friday/Sunday, that type of thing?

A. Not that I recall. Never. We never did that. We never scheduled -- remember, matrix is part of ground school and the idea is that you go to ground school and then you go over to the matrix and you solidify with visual tactile interface what you learned at ground school. So we wouldn't have classroom on Friday and then Sunday or Monday have somebody go to matrix that I recall, wouldn't have somebody go to matrix to learn what they did then. It was designed to go together hand in hand.

Q. Was there any training at ground school on Sundays?

A. Not -- we had one class that we taught on Sundays. It was what we called differences training for different -- there's three variants of the CRJ. There's a CRJ 200, 700, 900. We did differences ground school on a Sunday.

Q. How long would that last?

A. It was one day.

Q. Would the new pilots go through that, or was that part of the advanced?

A. They would usually do it after they passed their simulators.

Q. Was matrix training ever done on a Sunday?

A. No.

Q. Would there have been -- I understand what you're saying. You would do the ground school, the classroom training and you wanted people to get into the matrix training at the end of that day. Was there anything, though, that would have prevented you from like having them to the classroom training on Friday and the matrix training on Sunday?

A. The resource scheduling would be part of it. So we're dealing with matrix is a resource, the classroom is a resource, simulator is a resource, the instructor is also a resource, so instructor availability.

We were required to provide time off. I don't remember exactly what time off is required to be provided, but we couldn't, for example, we couldn't train a pilot seven days a week and we weren't allowed to work an instructor seven days a week. So there were constraints in the schedule. I'm not exactly sure how --
Q. When you say you weren't allowed to, was that an FAA regulation or a SkyWest regulation?
A. SkyWest policy manual, the pilot policy manual.
Q. I'm going to show you what's been marked as Exhibit 14. Is that your signature on Exhibit 14?
A. Yes.
Q. Did you draft this document?
A. No.
Q. Who did?
A. I don't know.
Q. Were you consulted about the contents of this document?
A. Yes. I don't know about this specific document, but, yes. I mean this subject, yes.
Q. Who did you -- who consulted with you on this subject?
A. I don't remember if it was Coy or if it

was Nicole.

Q. And the subject being fashion some kind of accommodation for a pilot who needed the sabbath off?

A. The discussion that was had about this was more about the training footprint and the schedule and the resources. It was more about that.

Q. What do you mean; the training footprint?

A. So the training footprint about is there -- you know, could we do -- could we move this session there? Could we move that session here? How does this work? How does matrix and ground school fit together? How does FTD fit with ground school?

So I was asked about how the schedule works, how it's mapped out and how everything fits together with the other resources classrooms, instructors, FTD's, matrix, simulators.

So either Nicole or Coy talked to me about trying to understand how it works. They also talked to me about bidding schedules.

Q. What do you recall about those discussions about bidding schedules?

A. We talked about, we definitely talked about FTD and sim training. I don't recall, you know, I do not recall exactly how the students were assigned either that 4:00 session or that 6 p.m. session. I

don't recall how that happened in class. I know it happened in class, but that's all I remember.
Q. Looking at this document, there's this highlighted sentence where it says after extensive evaluation and consideration of the request as well as the evaluation of the quality, safety and operational impact as well as training footprint structure for SkyWest, and it goes on, it's been determined that we are unable to honor the specific request with work schedule.
Is this what you were referring to; discussions with either Coy or Nicole about how the training was structured?
A. I don't know if that line is referencing exactly the discussion I had with them.
Q. Then there's this, the end of that paragraph there's -- it goes on to say, However, as an accommodation, we have provided FO Cassell with tools to meet his religious requirements. Options include pursuit of schedule changes as defined by company and departmental resources, paren, e.g., drop/trade shift, bid for desired work, assignments, domicile staffing/available shifts. Do you know what that's referencing; these tools?
A. Yeah. So we invited Shane or encouraged

him to try to find other classmates that would allow him, you know, that had shifts that would work for him. Those are the same resources like so let's -- so let's say I'm in class and I've got a wedding that I want to attend, but I have a sim session that's on that day, well, if I can work out a shift trade to make it work, that would work. I mean that's something that was permissible. You know, training, you can't really trade a ground school day per se. It's just scheduled. It is what it is, kinda.

Q. Mr. Bryant said that these tools were also referring to things that Mr. Cassell could have used to avoid flying on a Saturday once he passed -- once he got out of training. Did you have any discussions with Coy or with Nicole about what would happen regarding scheduling for Mr. Cassell once he was out of training?

A. No.

Q. So you don't recall drafting this document. You do recall signing it; is that correct?

A. Correct.

Q. And were you present when Shane signed it?

A. I don't know. Usually I would be the one that -- I mean I would say -- I don't recall specifically if I was with Shane when he signed it, but I suspect he was, but I don't know that for certain.

Q. We've been going for a while.
A. For example, if I wasn't there, usually I would put by telephone or something like that. I mean that was my -- it was not unheard of for me to notate I was not present.
Q. So the fact that there's no notation means that you were probably present when you signed it?
A. Yeah, mostly likely I was there.
Q. Do you recall any discussions with Shane when you signed it, when he signed it and when you signed it?
A. No.
Q. We've been going for a little while. Why don't we take a 10-minute break.
A. Okay.
Q. And continue on at 10 to ll.
(Break)
Q. I'm going to back up. We've just been looking at Exhibit 14, which is that memorandum of understanding. Let me show you another document here, which actually precedes the Exhibit 14. This is dated 10/27, and Exhibit 14 was -- well, the same date. Were you ever shown this document, Mr. Whicker? It's an email between Shane and Coy Bryant and I'll -- Shane's email refers to I have attached the completed religious

accommodation form to this email.

A. I think this is the form that I saw that I mentioned earlier that I saw in an email that passed through. I think that's it. And I hadn't thought of this Mikhail fellow in this email before until I saw these documents that were shared with me by Dunja, but I vaguely remember that.

Q. Earlier you would you had been testifying that at some point you were shocked that you were copied on an email chain and you didn't quite know what was going on with it; is that correct?

A. Yeah. I think it was this one.

Q. And this email chain, which is Exhibit 6, did it also include the Employee Request For Religious Accommodation form?

A. I don't recall. I don't recall.

Q. And this discussion you had with HR, with David Moxham discussion I should say, did those take place after you saw Exhibit 6?

A. Yes.

Q. You said that Shane came to you; there was this issue with the matrix training. What was the next thing you recall occurring?

A. I don't recall how many conversations I had with Shane, but I remember that he was -- I believe

I spoke to him a couple of times on the phone. I think we had some long conversations. I remember asking him about what he expected to do flying a line, how he expected to hold the sabbath off. I remember asking him if he thought that was possible.

I know at some point he resigned, as well, but as far as, you know, we had two conversations, I don't remember that. I don't remember specific details about how often we talked, but I know that it was more than just the first time he talked to me.

Q. Did you take notes or anything of any of these conversations?

A. No, I did not.

Q. You said one of the topics you talked about was once he was flying a line, if he thought it was possible to avoid flying on the sabbath. Do you recall what he said to you in response to that?

A. His response was that he knows other Adventists that have never flown -- or that have never had to violate the sabbath. That's what he told me.

Q. Did you pass that information on to anyone; HR or to Moxham or anyone?

A. I don't remember if I did or not. I suspect I did, but I don't remember.

Q. Anything else you recall about these

conversations with Shane?

A. I remember that Shane was upset, emotionally distraught. I remember thinking that he talked to his dad a lot about this. So his father was a mentor of sorts, I think. I remember asking Shane -- I remember discussing, you know, all the different options like, hey, Shane, you know, these are your different options. You could -- I mean if you were sick for your matrix sessions, then we would be forced -- that would force us to manage it. And he said, well, I'm not going to do that. I remember because he has great integrity, Shane does. And I wasn't really suggesting that he be sick, but I was -- I was just exploring where he was at with this.

I remember asking him about, you know, if you were here in July, would this be different? This is a discussion we had and he said, yes, it would be totally different.

Q. Did you have any discussions about him stopping training and starting training in the spring or the summer when the sundown was later?

A. Other than just the conversation of talking about would this be different if you were here in the summer, I don't remember any other discussion about postponing training or anything of that nature.

Q. I assume since you mentioned it, I assume that there were times that these trainees, someone would get sick and not be able to attend a matrix session. Did that ever occur?

A. I can't remember a specific time it occurred for matrix. It occurred occasionally in ground school and occasionally in sim. Somebody would get the flu or something. I don't remember a specific case in matrix. It may have happened.

Q. If someone got sick and couldn't attend a training session, ground school training session, what would you do? How would you handle that?

A. If you miss a session, there's really not -- we don't have -- we didn't at the time have the resources to get you caught up within the timeframe that was available because everything was so constrained, and, so, what we usually would do is what we call reset somebody and what that meant was that pilot would essentially join the following class. We'd send them home for two, three, four weeks and they would join the following class and start over.

Q. Was there any discussions with Shane when this issue of the matrix came up about resetting him to a later class?

A. Not that I recall.

Q. Anything else you recall about these discussions with Shane?

A. Shane would have been concerned about -- I remember he asked about being terminated. You know, if I -- he asked me specifically if I don't show up for this shift, what's going to happen?

And, you know, he was -- every pilot is very sensitive about being fired because it blacklists you pretty bad; I think more so than a lot of industries. So he was concerned about it. So we discussed that. You know, well, if you resigned, you wouldn't get fired. If you don't show up for your shift -- I don't remember verbally telling him specifically he'd be terminated or anything like that, but I may have.

But we definitely talked about, you know, you could resign if you're worried about being terminated over this. And he was. He was concerned about it.

Q. Who was the chief pilot for SkyWest at the time; was it Roy Glassey?

A. The assistant, I honestly don't know. There were two what we call system chief pilots. One was Shane Losee and one was Roy Glassey and I don't know when Roy started.

Q. Did you have at any point a talk with either of them about the situation with Shane?
A. No.
Q. I'm going to show you another document.
MR. STRINDBERG: Tanner, we used this document, but I don't think we labeled it. Did we.
MR. BEAN: It's 637.
MR. STRINDBERG: No, it's SkyWest 00037 see at the bottom there.
MR. BEAN: Yeah. I'm fine with marking it as Exhibit 37, that would be coincidental, the page number.
MR. STRINDBERG: Let's mark the document, which is SkyWest 37 -- that's the Bates number -- as Exhibit 37, ironically enough.
(Exhibit 37 marked)
Q. Mr. Whicker, do you recall this document? Is that your signature at the bottom?
A. Yes.
Q. Below that there is a witness signature. Do you know who that is?
A. That is Taylor Smith.
Q. What position did Taylor Smith hold?
A. Taylor was an admin in training.
Q. Did you prepare this document?

A. Yes.
Q. And did you have any discussions with anyone at HR or anyone else regarding this document before you filled it out or while you were filling it out?
A. No.
Q. You have up here that he was eligible for rehire. Why did you put that down?
A. That's a standard code. So when you select, when somebody resigns voluntarily, unless they -- there was a code that was voluntary, eligible to rehire and I can't remember if there is one voluntary ineligible for rehire, but it was like a drop-down list.
Q. So in other words, if you entered I guess here it says 100 resignation, if you entered that, it would then fill out the rest of the fields saying voluntary, eligible for rehire?
A. Correct.
Q. And when you signed this and Shane signed it, where were you? Were you in your office or somewhere else?
A. The problem is I don't remember exactly where we were, but I remember the event after. I'm almost sure, I'm all but certain we were at the

training facility in Salt Lake City.
Q. Did you have an office at the training facility?
A. Yes. Actually, we must have been at the training facility because Taylor Smith worked there. That's where Taylor worked.
Q. Once this was signed, what did you with it, this form?
A. I would have scanned it and emailed it to HR.
Q. There's some initials up here. Do you know what those represent?
A. No.
Q. I'm going to show you another document. It's Exhibit 5 and it starts the bottom is an email from Shane to you dated December 1st and the subject is clarification of yesterday's events. Do you recall receiving this email?
A. Yes.
Q. A few moments ago you referred to the event after. What were you referring to?
A. After he signed his resignation paperwork, I don't know if it was 30 minutes or an hour later, but I left the office to drive home, so it must have been later in the day, and he was walking from the training

facility to the hotel and I picked him up and took him to the hotel.

Q. Did you have a discussion while he was in the car with you?

A. Yes.

Q. What did the two of you discuss?

A. Religion.

Q. What about religion?

A. About convictions and about integrity and character and about my own faith and his faith. We shared a common belief in Christ and expressed our kind of mutual path trying to keep the sabbath -- we're different faiths -- but keep the sabbath and how we look at it, but we discussed faith.

Q. Do you recall anything more or more detail about that conversation about keeping the sabbath?

A. No.

Q. I gather, and tell me if I'm misinterpreting it, but based on the conversations you had with Shane and your own beliefs, you understood where Shane was coming from and why it was important to him not to work on the sabbath; am I correct?

A. Yes.

Q. And did you feel that he was acting honorably when refusing to work on the sabbath?

A. Yes.
Q. Now, I'm scrolling up on Exhibit 5 and it's an email that you wrote back to Shane the next day, Friday, December 2nd. Was this something you drafted on your own?
A. I don't remember. I think I did, but I don't remember.
Q. You say down here at the bottom, had you continued employment and didn't report for or complete the assignment, your employment would have been terminated, as this is a required job function. Are you referring to that if Shane had not attended the matrix training, he would have been fired; is that what that's in reference to?
A. Yes.
Q. You sent this or you copied this to Coy Bryant and Dave Moxham. Did you have any discussions with either of them after you sent it to them?
A. Not that I can remember.
Q. And up here this reference in the second paragraph clearly signed a letter. That was in reference to the document we looked at before, correct, Exhibit 14?
A. Yes. I don't know if it was Exhibit 14, but, yes, the religious accommodation letter that Coy

had produced for him to sign.
Q. There's a reference here in this next line says, we have provided. Is that -- who was that a reference to?
A. I'm guessing SkyWest, generally. Yeah. I'm guessing SkyWest, generally. I don't know if that's a direct quote out of that letter from Coy or not.
Q. I'm going to stop sharing. Okay, so Shane resigns, which is Exhibit 37, which is dated, I believe, November 30th; he then sends you an email the next day; you respond the following day, December 2nd. Did you have any other conversations with Shane after you responded to him on December 2nd?
A. Not that I remember.
Q. Have you ever had any further discussions with Shane after December 2nd at any time?
A. It's possible that he emailed me or called me or text me. You know, I would say like immediately after that, December 2nd, maybe within a week or two, but in the last couple of years, no.
Q. Did you learn at some point that there was a series of communications that took place between Shane's attorney and SkyWest, particularly Todd Emerson?

A. No.
Q. We sent you some of those, Dunja sent you some of those documents, some letters.
A. Okay.
Q. Had you ever seen those before we sent them to you? And I'll show you one of them for example. I don't want to belabor the point, but this is Exhibit 7. It's a letter that Mr. Emerson wrote to Alan Reinach. Had you ever seen this letter prior to Dunja sending it to you in preparation for this deposition?
A. No.
Q. Were you made aware after around this time period, December 2016, that there was this dialogue between Alan Reinach and Mr. Emerson going on?
A. No.
Q. Did you learn at some point in the late spring of 2017 that Mr. Cassell had reapplied for a pilot position at SkyWest?
A. Ask again?
Q. Did you learn that the following spring of 2017 that Mr. Cassell reapplied for a position at SkyWest?
A. I learned that when Dunja reached out to me a month ago or so because I Google searched Shane's

name and saw a video where he talked about his second interview.

Q. I'm going to show you another exhibit. This is previously marked as Exhibit 29. It's, I gather, sort of a form letter but the important part is dated June 15, 2017. It says, We are pleased to invite you to a pilot interview with SkyWest Airlines on 6/22/2017. So you were not informed back in June of 2017 that Mr. Cassell had been invited for an interview?

A. No.

Q. I will pull up another document. I've put up Exhibit 11, which is a letter that Shane wrote regarding religious beliefs and his need for an accommodation to the Mr. Coy Bryant. It's dated June 29, 2017. Prior to Dunja sending you this exhibit, had you ever seen that before?

A. No.

Q. I'm going to pull up one other. Mr. Whicker, I've put up what's been previously marked as Exhibit 34. It's a letter from SkyWest Airlines, recruitment to Shane dated July 12, 2017 saying that, We regret to inform you that you were not selected for the position at this time.

So do you have any knowledge, Mr. Whicker,

of the fact that -- or the events that occurred in 2017 where Shane applied for another position with SkyWest and SkyWest -- I guess the term they used was regretted, told him that they would not hire him? Do you have any knowledge of what occurred in 2017?

A. No.

Q. You were still doing CRJ training in June and July of 2017, were you not?

A. I was. Affirmative.

Q. At that time was the matrix training still scheduled for Friday evenings? Would the session take place on Friday evening?

A. Yes.

Q. Let's take a quick break. I'm going to confer with my co-counsel and then we can -- I'll probably be done. Mr. Bean may have some questions for you, though, but give us just a few minutes here.

A. Okay.

(Break)

MR. STRINDBERG: I have no further questions, Mr. Whicker.

MR. BEAN: We don't have any at this time either.

MR. STRINDBERG: So we'll end this deposition. Mr. Whicker, you have the opportunity to

read and correct this deposition. Would you like a copy of it sent directly to your home and you can go over it and if there are any errors in the transcription or if you misspoke or something, you can make that correction?

MR. BEAN: Looks like he's not getting audio.

(Pause for technical difficulties)

MR. BEAN: Erik, do you have an email address for Jake? I can find it. Okay. Jake can correct me if I'm wrong on this, but I believe his address is JKWhicker@gmail.com.

(The remote deposition concluded at 11:41 a.m.)

* * *

(Signature was requested.)

VERIFICATION

STATE OF _____________)
) ss.
COUNTY OF _____________)

I, JAKE WHICKER, being first duly sworn remotely on my oath, depose and say:

That I am the witness named in the foregoing deposition taken the 15th day of January, 2021 consisting of pages numbered 1 to 62, inclusive; that I have read the said deposition and know the contents thereof; that the questions contained therein were propounded to me; that the answers to said questions were given by me, and that the answers as contained therein (or as corrected by me therein) are true and correct.

Corrections Made: Yes_______ No_______

____________________________
JAKE WHICKER

Subscribed and sworn to before me this ________ day of ________, 2021, at __________________, Utah.

________________________________
Notary Public for Utah
Residing at______________, Utah.
My Commission Expires: ________.

REPORTER'S CERTIFICATE

STATE OF SALT LAKE )
) ss.
COUNTY OF UTAH )

I, ANN FLEMING, Certified Shorthand Reporter and Registered Professional Reporter in and for the State of Utah, do hereby certify:

That prior to being examined, the witness named in the foregoing deposition was duly sworn remotely by me to testify to the truth, the whole truth and nothing but the truth;

That said deposition was taken down by me in shorthand at the time and place therein named and thereafter reduced to typewriting under my direction, and that the foregoing transcript contains a full, true and verbatim record of said deposition.

I further certify that I have no interest in the event of the action.

WITNESS my hand and seal this 29th day of January, 2021.

____________________________
ANN FLEMING
CSR, RPR

**Exhibits**

**Exhibit 37** 53:11,15,16 58:10

**0**

**00037** 53:8

**1**

**1** 40:14
**10** 47:16
**10-minute** 47:14
**10/27** 47:22
**100** 14:10 54:16
**11** 60:13
**11:41** 62:14
**12** 60:22
**120** 6:17,23
**13** 14:8 25:7,9
**14** 43:13 47:19, 21,22 57:23,24
**15** 60:6
**1st** 25:10 55:16

**2**

**2** 40:13
**20** 20:8
**200** 5:10 42:4
**2000** 6:5,7
**2007** 7:5,7
**2010** 8:2,5
**2013** 11:7
**2014-2015** 11:12
**2015-2016** 20:11
**2016** 10:19 13:11 15:11,12 16:9 17:12 25:10 29:10 40:2 41:10 59:14
**2016-2017** 19:24
**2017** 10:19 13:11 15:11 17:12 59:18,22 60:6,9, 16,22 61:1,5,8
**2018** 5:21 6:7 16:11 20:15
**29** 60:4,16
**2nd** 57:4 58:12, 14,17,20

**3**

**3** 38:13
**30** 18:4 20:2 55:23
**30th** 58:11
**34** 60:21
**345** 5:10
**37** 53:11,14,15, 16 58:10
**3:00** 40:7
**3:10** 40:7,10

**4**

**4** 33:18,20 38:18
**40** 20:4 36:22
**4:00** 44:25

**5**

**5** 38:11 40:4,8 55:15 57:2
**50** 40:14

**6**

**6** 27:2 38:18 44:25 48:13,19
**6/22/2017** 60:8
**60** 14:10
**637** 53:7

**7**

**7** 59:8
**700** 42:4

**8**

**8** 38:18
**80** 20:4 36:20
**84340** 5:10
**8:00** 38:11

**9**

**900** 42:4

**A**

**a.m.** 62:14
**abilities** 5:14
**ability** 4:18
**accelerated** 20:9
**access** 34:21
**accommodation** 24:22 25:19,24 26:3,7,12,23 27:14,16,21,24 28:5,11,15,16 29:1 44:3 45:18 48:1,15 57:25 60:15
**accommodations** 27:25
**accomplish** 22:19
**acronym** 16:24
**acting** 56:24
**active** 24:10
**additional** 34:19,20 40:24 41:1
**address** 5:9 62:10,12
**adjacent** 39:20
**admin** 53:24
**administration** 11:3 15:24
**advanced** 8:11, 13,15,20,22,25 9:6,10,16,19,21 10:5 11:5 12:22 13:2,4 15:13,21, 24 34:3 40:16 42:9
**advancement** 6:3
**Adventists** 49:19
**affirmative** 5:1 6:8,9,10 25:8 30:24 35:18 61:9
**agreement** 21:7
**aircraft** 9:4 17:4
**airline** 10:12 15:25 20:8,21
**airlines** 4:11,12 5:25 6:1 9:18 21:22 24:17 60:7, 21
**airplane** 20:21 34:12
**airport** 17:19 39:1
**Alan** 59:9,15
**allocated** 35:3
**allowed** 43:4,8
**alluded** 15:23
**Alright** 13:18
**altogether** 18:12
**annual** 9:7
**answering** 5:12
**answers** 4:23
**appears** 25:9
**applied** 61:2
**approached** 25:1,17
**approximate** 14:12
**approximately** 6:18,20,23 11:7 13:23,25 14:4,5, 6,8,22 16:11,22 17:25 18:6 38:25
**assigned** 33:1,2, 3,9 34:24 44:24
**assignment** 57:10
**assignments** 45:22
**assistant** 52:22
**assume** 19:9 51:1
**Atlanta** 21:12, 20,24
**ATP** 10:23 11:20 13:20
**attached** 47:25
**attend** 29:19 32:11 46:5 51:3, 10
**attended** 57:12
**attorney** 58:24
**audibly** 4:25
**audio** 62:7
**availability** 42:25
**Aviation** 8:17 9:20
**avoid** 46:13 49:16

**aware** 28:14 32:20 59:13

B

**back** 10:19 11:5 13:10 15:11 17:12 19:24 32:21 41:10 47:18 57:3 60:8
**bad** 52:9
**balance** 7:1
**based** 33:5 56:19
**basic** 9:2 13:1,24
**basically** 11:21 34:12
**Bates** 53:14
**Bean** 53:7,10 61:16,22 62:6,9
**beginning** 9:1 40:3
**belabor** 59:7
**belief** 30:3 56:11
**beliefs** 24:22 32:12 56:20 60:14
**bend** 39:2
**bid** 7:15 33:6,10 35:2 45:22
**bidding** 44:19, 21
**big** 20:1
**bigger** 13:3
**bit** 13:3 23:13 24:9 39:24
**blacklists** 52:8
**blow** 33:21
**boss** 31:12,13 32:8 35:22
**bottom** 53:9,18 55:15 57:8
**boy** 20:2
**Brasilia** 6:17
**break** 47:14,17 61:14,19
**briefing** 18:2
**bringing** 23:19
**Bryant** 25:11,21 27:5 29:5 31:16, 21 46:11 47:24 57:17 60:15
**business** 20:22
**businesses** 10:18
**buy** 10:14

C

**call** 9:2 13:24 14:7 18:20 19:21 31:4,7 51:18 52:23
**called** 4:4 10:1 19:17 42:2 58:18
**captain** 6:15,23 7:1,3,10
**car** 56:4
**career** 6:3
**case** 13:9 28:3 51:9
**Cassell** 4:10 13:9 24:18 27:5, 20 45:18 46:12, 16 59:18,22 60:9
**caught** 26:9 51:15
**cc'd** 26:1
**central** 11:1
**certification** 12:7
**certified** 10:1 24:12
**chain** 26:20 48:10,13
**change** 30:7 37:25 38:3
**Chapman** 29:5 31:21
**character** 56:10
**chief** 52:20,23
**Christ** 56:11
**Cincinnati** 21:14,25 22:2
**cities** 7:13
**city** 7:9 12:1 13:14 17:15 21:2 22:9,10,13 38:24 55:1
**clarification** 55:17
**class** 13:19 20:1 26:12,23 30:22 33:4 34:13 36:16, 17,21 37:14,25 38:1 39:5 42:1 45:1,2 46:4 51:19,21,24
**classes** 13:15 36:19,22
**classmates** 46:1
**classroom** 8:23 12:10,21 13:25 14:2,3,19,22,25 16:18 17:3,8 18:19 23:24 37:13,15,20 39:4, 12 41:19 42:16, 19,23
**classrooms** 38:23 44:15
**clear** 5:2
**close** 7:6 16:9
**co-counsel** 61:15
**cockpit** 14:20
**code** 54:9,11
**cognitive** 5:14
**coincided** 15:8
**coincidental** 53:11
**Commercial** 10:2
**common** 56:11
**communication** 27:16
**communications** 58:23
**companies** 10:17
**company** 10:15 12:23 22:19 39:16 45:20
**complete** 14:11 40:20,22 57:9
**completed** 13:21 22:12 47:25
**completely** 10:10
**compliance** 16:2
**components** 12:24
**computer-aided** 14:20
**concern** 32:17
**concerned** 52:3, 10,18
**concluded** 62:14
**concludes** 9:4
**conduct** 23:20
**conducted** 11:2 23:22 24:4
**confer** 61:15
**conflict** 31:3 35:15 36:1,13
**consideration** 45:5
**considered** 14:17 36:2
**constrained** 51:17
**constraints** 43:6
**consulted** 43:19,23
**contents** 43:19
**continually** 6:6
**continue** 11:16 16:13 20:12 47:16
**continued** 57:9
**continuing** 16:4 22:17 23:14
**contractual** 21:7
**conversation** 27:16 29:25 30:16 31:24,25 32:3,6,9 50:22 56:16
**conversations** 48:24 49:2,7,12 50:1 56:19 58:13
**Conversely** 40:21
**convictions** 56:9
**copied** 48:10 57:16
**copy** 62:2
**correct** 9:17 13:6 15:13,14 16:12,19,20 18:25 25:18 27:14 28:22,23 30:23 32:24 35:17 46:19,20 48:11 54:19 56:22 57:22 62:1, 11
**correction** 62:5

**correctly** 15:4 29:16 36:11 37:11

**couple** 15:9,18 18:13 24:16 27:23 28:6 49:1 58:21

**covers** 12:23

**Coy** 25:11,21 26:10 27:4 29:4 31:15,20,21 43:25 44:17 45:12 46:15 47:24 57:16,25 58:7 60:15

**create** 37:10

**crew** 5:23 18:23

**CRJ** 6:20 7:1,4, 10 8:5 12:24,25 13:3,5 14:1 15:17,22 16:3,4, 7,14,18 19:10,25 20:4 21:1,3,21 22:6 23:5 28:9 33:5 36:16 42:3,4 61:7

**CRJ's** 17:13

**crossed** 24:6

**crossing** 24:9

**CTP** 9:25 10:13, 14,20,22 12:7,11 13:21 26:7

**currency** 16:15

**current** 11:21

**D**

**dad** 50:4

**date** 47:22

**dated** 25:10 47:21 55:16 58:10 60:6,15,22

**dates** 7:5 10:21 11:13

**Dave** 32:19 57:17

**David** 31:14 32:8,10 35:22 40:5 48:18

**day** 11:13 15:9 18:13 29:18 30:8 38:1,10,12 41:11 42:7,17 46:5,9 55:25 57:4 58:12

**days** 14:9,10 15:9 18:12,13 38:12 43:4,5

**dealing** 42:22

**debriefing** 18:4

**December** 40:3 55:16 57:4 58:12, 14,17,20 59:14

**decided** 33:13

**dedicated** 24:5

**defined** 45:20

**Denver** 21:15, 16,17,19 23:2

**department** 18:18,21 19:2

**departmental** 45:21

**departure** 15:19

**depended** 18:10 22:18

**depending** 21:24

**deposition** 4:15 59:11 61:25 62:1, 14

**designed** 41:22

**desired** 45:22

**detail** 56:15

**details** 14:5 49:8

**determined** 45:8

**device** 14:7,19 16:25 17:2,24 18:17 34:7

**devices** 35:5 38:17,22

**devise** 14:23

**dialogue** 59:14

**difference** 15:20

**differences** 42:2,4

**difficult** 38:3

**difficulties** 62:8

**direct** 58:7

**directly** 10:3,11 25:1,2 28:22 62:2

**discuss** 56:6

**discussed** 52:11 56:14

**discussing** 50:6

**discussion** 40:5,9 44:4 45:15 48:17,18 50:17, 24 56:3

**discussions** 44:20 45:12 46:14 47:9 50:19 51:22 52:2 54:2 57:17 58:16

**distraught** 50:3

**divide** 36:20,21

**document** 43:15,20,22 45:3 46:19 47:20,23 53:4,6,13,17,25 54:3 55:14 57:22 60:12

**documents** 26:5 40:1 48:6 59:3

**domicile** 7:8 45:22

**doubt** 31:10

**draft** 43:15

**drafted** 57:5

**drafting** 46:18

**drastic** 38:3

**drive** 55:24

**drop-down** 54:14

**drop/trade** 45:21

**due** 32:11

**duly** 4:4

**Dunja** 25:14 26:6 48:6 59:2,10,24 60:16

**duty** 28:18

**E**

**E-N-C-E** 19:6

**e.g.** 45:21

**earlier** 22:23 48:3,8

**East** 5:10

**effort** 35:24

**eligible** 54:7,11, 18

**email** 25:9,11 26:1,8,20 27:8, 11,12 28:21 31:4, 7 47:24,25 48:1, 3,5,10,13 55:15, 18 57:3 58:11 62:9

**emailed** 55:9 58:18

**emails** 27:4,5

**EMB** 6:17,23

**Emerson** 58:25 59:8,15

**emotionally** 50:3

**employed** 5:16

**Employee** 48:14

**employment** 57:9,10

**Ence** 19:4,11 22:24 37:9

**encompasses** 9:1 16:1

**encouraged** 45:25

**encroach** 29:17 37:17

**encroached** 36:5

**end** 9:4 38:10 40:2 41:10 42:17 45:16 61:24

**ends** 30:5

**enter** 12:8

**entered** 54:15, 16

**entire** 12:23 15:25

**Erik** 4:10 62:9

**ERJ** 13:1

**errors** 62:3

**essentially** 30:8 51:19

**Estimate** 20:2

**estimating** 8:7

**evaluation** 45:5, 6

**evening** 61:12

**evening-saturday** 36:7

**evenings** 61:11

**event** 54:24 55:21

**events** 55:17 61:1

**exact** 10:21 11:13 31:6,25

**EXAMINATION** 4:7

**examined** 4:5

**exceptions** 24:2

**exhibit** 25:7,9 26:17,18 27:2,9 33:17,18,20 43:13 47:19,21, 22 48:13,19 53:11,15,16 55:15 57:2,23,24 58:10 59:8 60:3, 4,13,16,21

**expected** 17:4 49:3,4

**experience** 9:3, 5

**exploring** 50:14

**Express** 5:18, 20,22,24

**expressed** 56:11

**extensive** 45:4

**extra** 40:24

F

**FAA** 8:16 12:17 16:2 43:9

**facility** 21:17 38:14,15,20,24 39:13,19 55:1,3,5 56:1

**fact** 10:11 47:6 61:1

**faith** 56:10,14

**faiths** 56:13

**familiar** 10:3 29:13

**fashion** 44:2

**father** 50:4

**feat** 25:5

**February** 20:13

**Federal** 8:17 9:20

**Fedex** 5:18,19, 22,24

**feel** 56:24

**fellow** 48:5

**felt** 34:18

**fields** 54:17

**files** 28:10

**fill** 54:17

**filled** 54:4

**filling** 54:4

**find** 19:20 46:1 62:10

**fine** 53:10

**finish** 4:23,24 40:8

**finite** 38:16

**fired** 52:8,12 57:13

**fit** 44:11,12

**fits** 44:14

**fix** 19:20

**fixed** 14:7,13 16:23,25 17:2,24 18:16

**flew** 7:13,15 11:19,21

**flex** 39:24

**flight** 10:18 14:8 17:6,10,13,20

**flights** 7:19

**Flightsafety** 10:16 17:14,17 21:7,17 39:1,4,6, 20

**flown** 49:19

**flu** 51:8

**fly** 7:11,18 11:16 16:13

**flying** 24:12,14 46:13 49:3,15,16

**FO** 45:18

**focus** 13:8 23:17

**footprint** 44:5,7, 8 45:7

**force** 50:10

**forced** 50:9

**forgot** 21:16

**form** 48:1,2,15 55:8 60:5

**formal** 9:16

**formally** 34:1

**found** 37:6

**frequently** 29:6

**Friday** 28:18 30:5,23 36:7,10, 11 37:24 38:1 41:20 42:19 57:4 61:11,12

**Friday/monday** 41:12

**Friday/saturday** 41:9

**Friday/sunday** 41:12

**Fridays** 36:16 38:1

**FTD** 14:7 16:24 17:21 19:8 20:25 22:7,12 23:11 24:4,5,7,8 33:11 35:1 37:12 44:12, 23

**FTD's** 18:19 44:16

**full** 14:8 17:10, 13,20

**function** 57:11

G

**gather** 9:15 20:5 22:23 30:20 56:18 60:5

**gave** 37:5

**generally** 24:1,2 58:5,6

**George** 18:24

**give** 38:13 61:17

**Glassey** 52:21, 24

**Good** 4:9

**Google** 59:25

**governed** 8:16 9:20

**great** 50:12

**ground** 4:15 9:2 11:11 14:18 15:6 16:16 22:5,6 23:6,22,25 24:7 33:4,5,7 34:1,6, 14 35:4,12 37:13, 19 38:8,11 41:16, 19,24 42:4,15 44:11,12 46:9 51:7,11

**group** 18:22 19:2 22:24 41:7

**groups** 14:23 32:23 33:1,3

**guess** 4:25 11:12 12:6 33:7 40:17 54:15 61:3

**guessing** 58:5,6

**guidance** 32:18

**guide** 29:7

H

**half** 38:17,18,25

**hand** 41:23

**handle** 19:23 51:12

**handled** 29:8 33:11 35:8,9 37:13

**handling** 31:16

**hangar** 38:15

**happen** 12:20 13:14 23:17 46:15 52:6

**happened** 7:20 32:4 45:1,2 51:9

**hard** 4:22

**head** 4:25 19:1

**heard** 9:24

**held** 6:11

**hey** 19:22 26:22 50:7

**highlighted** 45:4

**Hinckley** 25:11

**hire** 61:4

**hired** 9:12 10:20 13:10

**hires** 10:23 20:6 22:22 23:15

**hiring** 20:4,6,8,9 36:20

**hold** 6:12 8:6 11:9 49:4 53:23

**home** 7:8 51:20 55:24 62:2

**honest** 20:14

**honestly** 11:11 20:13 27:7,17 28:3 32:3 36:25 52:22

**honor** 45:9

**honorably** 56:25

**hotel** 39:8,19,20 56:1,2

**hour** 18:4 39:6, 11,14 40:14 55:23

**hours** 11:22 14:23 15:1,5 18:3 38:7 39:3 40:13, 16,21,23

**HR** 24:25 25:3, 17,21 26:9 28:6, 20 29:4 31:8,11, 16,18,24 32:18, 19 35:21 40:5 48:17 49:22 54:3 55:10

**huh-uh** 5:1

**I**

**idea** 41:16

**identified** 32:17

**immediately** 30:19 58:19

**impact** 45:7

**important** 56:21 60:5

**in-house** 10:22

**include** 45:19 48:14

**included** 33:8

**includes** 9:3,7 16:18

**indoc** 9:2 13:1

**indoctrination** 13:24 16:17

**industries** 52:10

**ineligible** 54:13

**inform** 60:23

**information** 28:25 49:21

**informed** 60:8

**initial** 9:3,4,8,10 10:5 12:8 16:4,24 22:17,20

**initials** 55:11

**inoperative** 19:18

**instructions** 5:5

**instructor** 8:5 13:2 14:24 16:3 24:7,8 34:5,9,11, 16,22 40:19,22 42:24 43:5

**instructors** 18:20 23:23,25 24:5,13 36:3 37:14 38:6 44:16

**integrity** 50:12 56:9

**interactions** 24:20

**interface** 19:11, 15 41:18

**interfaced** 19:15

**interfere** 5:13

**International** 17:18 21:7

**interrupting** 37:19

**interspersed** 14:9

**interview** 60:2,7, 10

**intimately** 35:6

**invite** 60:6

**invited** 45:25 60:9

**involved** 7:25 8:22,24 10:3 12:14 17:1 20:15 32:19 35:6 37:8

**involvement** 8:9

**ironically** 53:15

**irregular** 19:17

**issue** 29:9,14,15 30:2 31:16 35:15 39:25 48:22 51:23

**issues** 28:11

**J**

**Jacob** 5:8

**Jake** 4:3 62:10

**Jkwhicker@ gmail.com.** 62:12

**job** 11:20 12:1 57:11

**join** 6:4 51:19,21

**July** 50:16 60:22 61:8

**June** 6:5,7 60:6, 8,15 61:7

**K**

**keeping** 30:4 56:16

**Kim** 19:4,15,16, 19 22:24 37:9

**kind** 23:20 28:10 34:4,16 37:1,2,10 44:2 56:11

**kinda** 46:10

**knew** 29:1

**knowledge** 17:3 60:25 61:5

**L**

**L3** 10:16

**lab** 33:22 34:16

**labeled** 53:6

**Lake** 7:9 12:1 13:14 17:14,18 21:1,2,3 22:6,8, 12 38:24 55:1

**Lastly** 4:24

**late** 59:17

**lawsuit** 4:11

**learn** 24:21,24 29:20 41:22 58:22 59:17,21

**learned** 14:19,25 25:2,3 28:20 41:18 59:24

**lease** 21:8

**leased** 21:6

**leave** 5:2 6:1 15:15

**left** 16:9 20:14 55:24

**lesson** 41:7

**lessons** 15:10

**letter** 57:21,25 58:7 59:8,9 60:5, 13,21

**letters** 59:3

**license** 13:20

**limited** 38:16

**lineup** 24:19

**list** 24:17 28:11 54:14

**ll** 47:16

**located** 10:24 11:25 12:1 17:13, 17 18:24 38:22

**location** 11:1

**locations** 17:16 21:9

**logistically** 39:18

**logistics** 39:11, 15

**long** 6:12 8:3,6 11:9 17:25 18:9 20:12 42:6 49:2

**looked** 26:17 57:22

**Losee** 52:24

**lot** 16:1 20:6 22:1,4 31:20 36:20 50:4 52:9

**Louis** 21:14 22:2

**M**

**made** 26:7 27:13 38:2 59:13

**maintain** 16:15

**make** 19:21 35:24 39:23 46:6 62:5

**making** 4:12

**manage** 36:24 38:4 50:10

**managed** 36:23

**manager** 8:11 11:6,15,19 12:14, 19 15:12,17,21, 22,23 16:6,14 21:18 23:5,8 24:11 28:9 35:10 37:1

**managers** 16:3

**manual** 43:10,11

**mapped** 44:14

**mark** 53:13

**marked** 25:6 27:2 33:18 43:12 53:16 60:4,20

**marking** 53:10

**matrix** 14:14,16, 17,19,23 15:2,8 16:19 18:19 23:18,21,22 29:10,11,17 30:2, 22 32:22 33:8,12, 22 34:7,20,24 35:3,5,10,16,25 36:2,4,15,23 37:3,12,17,23 38:5,12,14,17,21 39:13,25 40:7 41:5,8,10,15,17, 21,22 42:12,17, 20,22 44:11,16 48:22 50:9 51:3, 6,9,23 57:13 61:10

**matrixes** 34:10

**means** 47:6

**meant** 51:18

**medication** 5:13

**meet** 45:19

**member** 5:23

**memorandum** 47:19

**mention** 33:9

**mentioned** 48:3 51:1

**mentor** 50:5

**Mikhail** 48:5

**mile** 38:25

**miles** 38:25

**minimal** 24:12

**minutes** 18:4 40:14 55:23 61:17

**misinterpreting** 56:19

**missed** 19:22

**misspoke** 62:4

**modification** 37:16

**moment** 32:22

**moments** 55:20

**Monday** 41:20

**month** 7:11,19 11:22 20:4,8 21:24 59:25

**months** 15:18 16:8

**morning** 4:9 38:9

**motion** 17:11

**move** 6:19 17:5 44:9,10

**moves** 17:2

**moving** 39:12

**Moxham** 31:14 32:8,13 35:22 40:6 48:18 49:22 57:17

**muddy** 7:6

**multiple** 39:21

**mutual** 56:12

**N**

**nature** 32:18 50:25

**necessarily** 22:7

**needed** 10:23 22:19 24:22 25:23 28:15,16, 17 29:2 34:18 44:3

**needing** 27:13

**negative** 5:1

**newly** 9:11 10:20 13:10

**Nicole** 29:5 31:21 44:1,17 45:12 46:15

**night** 28:18,19 38:1

**normal** 20:7

**notate** 47:4

**notation** 47:6

**note** 26:22

**notes** 49:11

**November** 40:2 58:11

**number** 19:12 23:2 36:25 38:4, 17 53:12,14

**O**

**objectives** 22:20

**occasionally** 17:15 21:13 51:6, 7

**occur** 22:11 51:4

**occurred** 12:3 51:6 61:1,5

**occurring** 48:23

**offer** 10:22 34:6

**offers** 10:16

**office** 54:21 55:2,24

**officer** 6:16,17, 20

**open** 22:21

**operate** 17:4

**operating** 9:3,5

**operational** 45:6

**operations** 19:17

**opportunity** 61:25

**options** 45:19 50:7,8

**order** 37:23

**owned** 21:4

**P**

**p.m.** 36:8,9 38:12,19 39:14 40:4 44:25

**paired** 33:13

**pairings** 33:2

**paperwork** 16:1 55:22

**paragraph** 45:17 57:21

**paren** 45:21

**part** 9:20 10:5 14:17 15:6 17:21 19:10 34:1,2 35:12 37:14 41:15 42:9,21 60:5

**partner** 40:6

**pass** 49:21

**passed** 42:10 46:13 48:3

**past** 30:22

**path** 56:12

**pause** 62:8

**people** 10:20 18:22 22:4 29:5 36:21 37:9 39:17, 18 42:16

**period** 18:9 33:19 36:7 59:14

**permissible** 46:8

**person** 31:16,23

**perspective** 12:17,18 39:16

**phases** 17:6

**phone** 19:21 31:7 49:1

**phrase** 38:8

**physically** 10:25 11:25

**picked** 56:1

**picture** 24:19

**piece** 26:9

**pilot** 5:23 6:13 8:16 11:16 12:6, 16,18,20 13:8,10, 18 15:25 16:13 17:4 19:17,22 22:5 31:2 43:4,10 44:3 51:19 52:7, 20 59:19 60:7

**pilots** 7:23 8:18, 19,20 9:12 10:8 19:10,12,24 22:2 23:2,20,25 24:10, 17 27:20,22,23 32:23 37:11 39:18 42:8 52:23

**place** 17:7 19:7 48:19 58:23 61:12

**planning** 19:14

**pleased** 60:6

**point** 7:15,21 9:18,23 24:21 25:16 26:9 28:14 29:2 31:3 48:9 49:6 53:1 58:22 59:7,17

**policy** 43:10

**portion** 9:8,9,10

**position** 6:11, 16,19 8:3,6 11:9 15:15 16:10 53:23 59:19,22 60:24 61:2

**posted** 37:2

**postponing** 50:25

**precedes** 47:21

**preliminary** 19:25

**preparation** 59:10

**prepare** 53:25

**preparing** 34:15

**present** 46:21 47:5,7

**pretty** 52:9

**prevent** 5:12

**prevented** 42:18

**previous** 15:9 26:2

**previously** 33:18 60:4,20

**printout** 37:2

**prior** 5:24 18:2 59:9 60:16

**privately** 10:15

**problem** 54:23

**process** 14:10 19:7 28:5 29:8 32:16 35:7

**produced** 58:1

**program** 7:22 8:10,12,14,15,16, 23,25 9:11,15,17, 19 10:2,6,9,14, 23,24 11:4,6,16, 24,25 12:3,7,8, 13,19,23 15:13, 21 16:7,14 34:3 40:16

**programs** 10:13,20 16:2

**projected** 19:14

**provide** 39:17 43:1

**provided** 32:19 43:3 45:18 58:3

**pull** 60:12,19

**pursuit** 45:20

**put** 12:20 47:3 54:8 60:12,20

Q

**qualification** 8:11,13,15,21,23, 25 9:6,11,16,19 10:6,9 11:6,25 12:8,13,22,25 13:1,3,5 15:13, 21,24 16:5 22:17 23:14 34:3 40:16

**qualified** 24:13, 15

**quality** 45:6

**question** 12:12 35:1

**questions** 4:16, 19,24 34:12 61:16,21

**quick** 61:14

**quote** 58:7

R

**randomly** 34:8

**rarely** 7:20

**reach** 19:19

**reached** 26:9 29:3,4 31:7,8 32:5 59:24

**read** 62:1

**ready** 34:15

**realized** 29:2

**reapplied** 59:18, 22

**recall** 10:21 15:4 16:6 22:1 23:10 24:18,25 25:1,22, 25 26:24 27:6,12 28:7 29:4,6,15 30:17,18 31:6,23, 25 32:3,5,8,15 34:23 35:14 36:23,25 40:9 41:14,21 44:20, 23,24 45:1 46:18, 19,23 47:9 48:16, 23,24 49:17,25 51:25 52:1 53:17 55:17 56:15

**received** 28:24, 25

**receiving** 27:6, 12 55:18

**recognize** 34:5

**recognized** 29:3

**recollection** 29:11,23 31:17 32:1

**record** 5:2

**records** 28:10

**recruitment** 60:22

**recurrent** 9:7,8, 9 12:25 13:1

**reference** 9:18 27:13 57:14,20, 22 58:2,4

**referenced** 9:24

**referencing** 45:14,24

**referred** 14:13 26:2 55:20

**referring** 9:14 26:16 45:11 46:12 55:21 57:12

**refers** 9:25 47:25

**refresh** 29:11 31:17

**refusing** 56:25

**regret** 60:23

**regretted** 61:4

**regular** 7:15,16, 17 34:23

**regulation** 16:2 43:9

**Regulations** 8:17 9:21

**rehire** 54:8,12, 13,18

**Reinach** 59:9,15

**reinforce** 14:24

**related** 10:11,12

**relationship** 38:21

**relieved** 28:17

**religion** 56:7,8

**religious** 24:22 25:18 27:13 28:5, 15 30:3 32:11,17 45:19 47:25 48:14 57:25 60:14

**remember** 4:18 14:5 24:20 27:7, 11,15,17,18 28:3, 4,8 29:16 30:11, 13 31:9 32:4,14 33:8,16 35:2,3,7, 23 36:11,18,22 41:15 43:2,25 45:2 48:7,25 49:2,4,8,23,24 50:2,3,5,6,11,15, 24 51:5,8 52:4,13 54:12,23,24 57:6, 7,19 58:15

**remote** 62:14

**remotely** 4:5

**rented** 21:4

**rephrase** 4:20

**report** 13:19 57:9

**represent** 4:10 40:1,4 55:12

**represented** 31:15

**request** 45:5,9 48:14

**requested** 27:21,24 62:16

**requesting** 28:1

**required** 34:2 40:15,23 43:1,2 57:11

**requirements** 45:19

**reschedule** 35:25

**reset** 51:18

**resetting** 51:23

**resign** 52:17

**resignation** 54:16 55:22

**resigned** 49:6 52:11

**resigns** 54:10 58:10

**resource** 42:21, 22,23,24

**resources** 11:3 12:5 18:11,15,19, 23 21:13 22:16 38:4,16 41:5,6 44:6,15 45:21 46:3 51:15

**respond** 58:12

**responded** 32:15 58:14

**response** 49:17, 18

**rest** 54:17

**retained** 16:10

**routes** 7:10

**row** 18:12

**Roy** 52:21,24,25

**rules** 4:16

**runs** 10:13

S

**sabbath** 29:18 30:4,8 35:16 36:5 37:18,23 44:3 49:4,16,20 56:12, 13,16,22,25

**safety** 45:6

**Salt** 7:9 12:1 13:13 17:14,18 21:1,2,3 22:6,8, 12 38:24 55:1

**sanctioned** 8:16

**Saturday** 28:19 30:5 37:22,24 41:11 46:13

**Saturdays** 34:6

**scanned** 55:9

**schedule** 19:20 31:5 33:7 36:15, 24 37:10 39:24 43:6 44:5,13 45:10,20

**scheduled** 18:11,18,22 29:17 30:22 34:22 37:4 38:11 39:11 40:11,15 41:3,4,6,15 46:9 61:11

**scheduler** 31:9

**schedules** 35:2 44:19,21

**scheduling** 18:16 19:2,3,8 22:24 29:10 31:3 37:8,22 42:21 46:16

**school** 9:2,22 14:18 15:7 16:16 22:5,6 33:4,5,7 34:1,7,14 35:4,12 37:14,19 38:8,11 41:16,17,19,24 42:5,15 44:11,12 46:9 51:7,11

**screen** 25:6

**scrolling** 57:2

**searched** 59:25

**seasons** 30:6

**segments** 15:3

**select** 54:10

**selected** 60:23

**send** 22:22 23:2 37:7 51:20

**sending** 10:19 59:10 60:16

**sends** 58:11

**seniority** 7:14 24:17

**sensitive** 52:8

**sentence** 45:4

**separate** 9:21 10:10 13:21 33:23,24

**September** 5:21 6:7 16:11 20:15 25:10 26:17

**series** 4:16 27:4 58:23

**session** 15:8 18:3,5 19:22 20:25 23:19 29:17,18,19 30:1 32:11 36:8,9 40:11,23,24 41:1,2 44:9,10,25 46:5 51:4,11,13 61:11

**sessions** 14:4,6,8,12 15:5 16:22 17:22,24,25 18:7,14 22:8,13,21 33:9 40:13 50:9

**set** 29:18

**seven-hour** 18:7

**Shaking** 4:25

**Shane** 4:10 13:9,13 24:18,21 25:1,2,16 26:3,14 27:5,13,18,19,20,23 28:7,14,21 29:3,9,16,21,22 31:24 35:14,25 40:6 45:25 46:21,24 47:9,24 48:21,25 50:1,2,5,7,12 51:22 52:2,3,24 53:2 54:20 55:16 56:20,21 57:3,12 58:9,13,17 60:13,22 61:2

**Shane's** 47:24 58:24 59:25

**share** 25:6 27:1

**shared** 26:6 48:6 56:11

**sharing** 58:9

**shift** 31:10 45:21 46:6 52:6,13

**shifts** 30:9 36:3 45:23 46:2

**shocked** 48:9

**shorter** 30:9

**show** 25:4 33:15,17 37:3 43:12 47:20 52:5,12 53:4 55:14 59:6 60:3

**showed** 26:19

**shown** 47:23

**sick** 19:18 50:9,13 51:3,10

**sideways** 32:22

**sign** 34:8,19 58:1

**signature** 43:13 53:18,20 62:16

**signed** 46:21,24 47:7,10,11 54:20 55:7,22 57:21

**signing** 46:19

**signup** 33:22

**sim** 24:8 33:11 37:12 44:23 46:5 51:7

**similar** 33:20

**simulator** 8:24 14:8 17:22 18:17 19:8,18 20:25 21:13 22:7,13 23:11,13 35:1 42:23

**simulators** 9:2 17:10,13,20 18:19 20:24 21:1,3,8,12,18,22,23 22:16 42:11 44:16

**single** 36:16

**situation** 24:14 53:2

**Skywest** 4:11,12 5:25 6:1,4,6,12,13 7:12 8:19,20 10:19,22 11:2 15:19 17:5,9 20:3 21:4,5,6,8 24:17 38:23 43:9,10 45:8 52:20 53:8,14 58:5,6,24 59:19,23 60:7,21 61:2,3

**slightly** 32:21

**smiling** 20:17

**Smith** 53:22,23 55:5

**solidify** 41:18

**solution** 19:20

**sooner** 37:25

**sort** 10:2 32:21 60:5

**sorts** 26:7 50:5

**sounds** 11:10

**South** 5:10

**speak** 4:21 9:22 39:2

**specific** 14:1 16:4,18 19:10 28:3 43:21 45:9 49:8 51:5,8

**specifically** 12:19 30:13 46:24 52:5,14

**specifics** 7:13

**speculate** 20:3

**spelled** 19:5

**Spencer** 25:10

**spend** 14:22

**split** 11:18 15:3 36:19

**spoke** 49:1

**spoken** 31:18

**spread** 12:3,4

**spring** 50:20 59:18,21

**St** 18:24 21:14 22:2

**staffing/ available** 45:23

**standard** 54:9

**start** 6:15 7:3,25 12:10 20:9 38:9 41:7 51:21

**started** 11:14 40:10 52:25

**starting** 50:20

**starts** 30:4 39:14 55:15

**state** 5:7

**stay** 11:21 24:15

**steps** 12:6

**stood** 21:17

**stop** 58:9

**stopping** 50:20

**Strindberg** 4:8,10 53:5,8,13 61:20,24

**structure** 13:17 45:7

**structured** 12:9,15 13:12 45:13

**student** 32:10 34:18 37:11,23 40:19,20,22

**students** 14:19,21 33:13 34:7 36:25 37:3 38:4,12,17 39:3 44:24

**subject** 43:22,24 44:2 55:16

**suggesting** 50:13

**summer** 30:6,9 50:21,24

**sun** 29:18

**Sunday** 38:2 41:20 42:5,12,20

**Sundays** 41:25 42:2

**sundown** 28:18 30:23 37:24 40:3,12 50:21

**sunset** 30:5 36:13
**supplement** 14:21
**supplemental** 14:18
**support** 18:23
**suspect** 26:7 46:25 49:24
**switches** 17:6 34:13
**sworn** 4:4
**syllabus** 40:20
**system** 52:23
**systems** 17:3 34:13

T

**tactile** 41:18
**takes** 14:10 39:23
**taking** 5:13
**talk** 13:4,5 53:1
**talked** 26:14 30:12 31:11,12 32:7 35:21 44:17, 18,22 49:9,10,14 50:4 52:16 60:1
**talking** 12:11 26:4 28:21 30:13, 19 33:19,23,25 50:23
**Tanner** 53:5
**taught** 23:23 24:8 35:4 42:1
**Taylor** 53:22,23, 24 55:5,6
**teaching** 19:9
**team** 19:16
**technical** 62:8
**technological** 25:5
**telephone** 47:3
**telling** 52:13
**ten** 11:23
**ten-passenger** 39:22
**tend** 22:22
**term** 9:24 61:3
**terminated** 52:4,14,18 57:11
**test** 25:5 34:14, 15
**testified** 4:5
**testifying** 48:8
**text** 58:19
**thing** 5:3 16:18 23:3 41:13 48:23
**things** 19:16,19 46:12
**thinking** 50:3
**thought** 48:4 49:5,15
**thread** 26:8
**Thursday-saturday** 36:24
**Thursday/monday** 41:12
**Thursday/saturday** 41:9
**tightly** 41:6
**time** 6:14 7:2 11:18 15:2,18 17:10 18:9 19:15 20:3,8,15 25:13, 14 30:7,11 31:17 33:14,19 34:22 35:3 36:4,12,19 37:20 38:13,15 39:23 40:3 41:3,5 43:1,2 49:10 51:5,14 52:21 58:17 59:13 60:24 61:10,22
**timeframe** 51:15
**times** 28:6 49:1 51:2
**timing** 31:6
**tired** 5:13
**today** 4:13
**Todd** 58:24
**told** 25:23 30:3 32:10 49:20 61:4
**tools** 45:18,24 46:11
**topics** 49:14
**totally** 50:18
**trade** 46:6,9
**traffic** 27:15
**train** 43:4
**trainees** 51:2
**trainers** 23:19
**training** 7:22,23 8:1,10,16 9:1,7,8, 9,15,25 10:2,18 11:2 12:2,4,9,23 13:3,6,11,25 14:1,3,7,13,14, 16,17,22 15:2,17, 22,25 16:3,4,5,7, 14,19,23,25 17:2, 7,21,24 18:17,21 19:10,25 20:25 22:3,6,17,18,19 23:6,7,12,14,18, 21,22 24:4 28:10 29:10,11 30:2,22 31:8 32:23 33:6, 10 34:2,19,20,24 35:10,11,16,25 36:15 37:3,17 38:14,15,20,24 39:4,12,19,25 41:8,11,24 42:2, 12,16,17,19,20 44:5,7,8,23 45:7, 13 46:8,14,16 48:22 50:20,25 51:11 53:24 55:1, 2,5,25 57:13 61:7,10
**trainings** 23:21
**transcription** 62:4
**transition** 31:20
**transportation** 39:9,15,17
**trips** 39:21,23
**truthfully** 4:17 5:12
**two-hour** 18:2
**type** 5:3 23:2 41:13
**types** 19:18 27:25
**typical** 20:1,7 36:6
**typically** 7:11 19:25 38:7,9,10

U

**uh-huh** 5:1 30:24 35:18
**unable** 45:9
**understand** 4:19 5:5 26:2 28:13,16 34:5 42:14 44:18
**understanding** 7:21 34:4 47:20
**understood** 13:22 28:17 56:20
**unheard** 47:4
**unusual** 20:19
**unwilling** 32:11
**upcoming** 34:15
**upset** 50:2
**Utah** 5:10

V

**vaguely** 48:7
**van** 39:22
**variants** 42:3
**varied** 7:12 18:15 21:21
**vary** 7:11
**vehicle** 39:7,8
**verbally** 52:13
**video** 60:1
**violate** 49:20
**visual** 41:18
**voluntarily** 54:10
**voluntary** 54:11, 13,18

W

**waiting** 41:7
**walking** 55:25
**wanted** 42:16
**wedding** 46:4
**week** 13:24 16:17 33:4 43:4,5 58:20
**weeks** 14:1 16:18 51:20
**Whicker** 4:3,9 5:8,9,17 13:8 40:18 47:23 53:17 60:20,25 61:21,25
**Willard** 5:10
**word** 7:18 14:4
**words** 5:12 12:9 13:13 19:9 20:1 24:11 33:2 54:15
**work** 5:18,19,24 8:23,24 11:20

19:13,20 30:10 43:5 44:11 45:9, 22 46:2,6,7 56:22,25

**worked** 29:6 31:19 55:5,6

**working** 31:20

**works** 44:14,18

**worried** 52:17

**wrong** 30:21 62:11

**wrote** 57:3 59:8 60:13

Y

**year** 6:18 15:16 20:13,19 36:12

**years** 6:21,24 7:6 8:8 15:18 16:8 58:21

**yesterday's** 55:17

Z

**Zoom** 4:23