# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| SHANE ANDREW CASSELL,<br><br>Plaintiff,<br><br>vs.<br><br>SKYWEST, INC., d/b/a SKYWEST AIRLINES,<br><br>Defendant. | Civil No. 2:19-cv-00149-jnp-dao<br><br>Judge Jill N. Parrish<br>Magistrate JudgeDaphne A. Oberg |

REMOTE DEPOSITION OF JUSTIN ESPLIN

March 3, 2021

Salt Lake City, Utah

Repored by: Heidi Hunter, CSR, RPR, CCR

don't know if that makes sense.

A training pilot could be counted as a reserve on some of these reports when they're not really sitting reserve, because they're categorized as reserve in CrewTrac. You can see minor differences between of that.

**Q Okay. Let me have you look now at Exhibit 8A, or excuse me, column 8A, the question there was for each day during the relevant period, the number of first officers at each domicile, if they were not scheduled to fly that day, who were not available to fly regardless of the reason.**

**So tell us what this number represents under 8A then.**

A So the data I pulled for that one, to remind myself here, I reported on every Detroit first officer of CRJ that was not flying or did not have another work-related assignment on their schedule such as sitting reserve.

**Q The number 8A, did that equal -- is that end up equaling -- you took the number from 7A and subtracted the numbers in B and C, would that be equal?**

A I would expect it a little bit off. 8A would not count a pilot that, for example, had a simulator section on that day, because that would be considered a



work assignment. So 8A did not include those types of pilots or had other grounds for working training class or work-related assignment.

**Q So just so I make sure I understand. So 8A then, first officers of Detroit who on that day 6/2, 6/3, whatever, had no assignment, either as a reserve or to fly a line.**

A Yes, or a training class or any other work-related assignment.

**Q So maybe you won't know the answer to this. Would they have been available if necessary to call up to fly if need be?**

A No. Typically that's why we included them on this list. They were -- they did not have anything on their schedule that was allowing them to work that day. So they would not have been available to fly.

**Q But is there some provision say -- and I don't know if this ever happens that Skywest runs out of, say, reserve pilots. Can they, on an emergency basis, call up people who were not on reserve?**

A I can't speak to that. I don't know the policies surrounding crew scheduling and if they're allowed to call people when they're not sitting reserve that day.

**Q Okay. I pulled up column 8B. And the**



**question there was for each day during the relevant period the number of first officers out of Detroit who had been -- who had been a line or trip that was operating on that day who not have been available to fly regardless of the reason. How did you go about obtaining this information?**

A This was a report of anyone Detroit first officers CRJ that was designated as a block folder in CrewTrac who had one of list of I think it was 19 absence codes on their schedule, meaning that they were unavailable to fly a flight that they were assigned to fly that day.

**Q Okay. And 8C asked the same question but for first officers who were on reserve duty. So I gather those are the people who -- first officers who had been assigned on those days as reserve, but for some reason were not able to fly that day or became unavailable; is that correct?**

A That's correct.

**Q And you said there's some 17 or 18 different reasons?**

A There's a list of absence codes they call them, which would indicate that a pilot deviated from scheduled assignment. They could not fly or sit reserve for that day, and they report of reserve crew members



that had those absence codes on their schedule on that day.

**Q Another exhibit we're going to look at, let me pull it up now, Exhibit 41, we had asked for employees who were absent, first officer was absent on these particular days. And we were provided with this, which is Exhibit 41. Originally it was provided in Skywest documents 1956 through 2049 and then we were provided with this spreadsheet.**

**Did you prepare this information in Exhibit 41 as well?**

A Yes.

**Q Now, you have just referred to 17 or 18 different absence codes. Here we're only given 11. So are there other absence codes that exist that were not included on Exhibit 41?**

A There are other absent codes. I would have to prepare the list, but this report came from -- was related to the pilot reliability report that our chief pilots use and it uses these specific codes to track that pilot reliability. The absence codes that were used for -- that pulls in A, B, and C, I believe they had a longer list of codes that would indicate unavailable to fly that day.

MR. STRINDBERG: Tanner, would you be willing

Page 30

to provide us with a list of those with those absence codes that were used on 8B and 8C?
MR. BEAN: I think we would be, yep.
**Q (BY MR. STRINDBERG) So would I be correct then that, sir, that the numbers in 8B and 8C should roughly correlate with the numbers in Exhibit 41?**
A I would think they would be close, but I have not compared the two to see how close they are.
**Q Okay. Let's look at column 9A, the interrogatories for each day, again, this was limited to three days, the number of first officers at each domicile who were on reserve duty who were not required to fly that day. How did you go about obtaining this information?**
A From the CrewTrac database I pulled a list of pilots who were assigned a reserve, on-call code on their schedule that did not have any flights on that day.
**Q Were you able to tell from that -- we've been told there's three different types of reserve status. Were you able to tell from that or can you tell from that information or that database what type of reserve status they were on?**
A I did not do that in the report I provided. I just include everyone that had a reserve code regardless

Page 31

of what kind.
**Q Is it possible to break it down by the type of reserve status they were in?**
A Likely so. We'd have to discuss that with crew scheduling and have them identify which codes are the short call versus long call.
**Q This information that would show that for every Friday, Saturday, and Sunday during the relevant period, there was one or more reserve pilots who -- first officer reserve pilots who were available to fly if they had been needed; is that correct?**
A Reviewing the question to make sure I answer correctly.
**Q Want me to go over this list? I guess I'm getting at there's no -- there does not appear to be any Friday, Saturday or Sunday period -- I apologize if those messages keep coming up. I haven't figured out how to block them -- where there were no reserve pilots available. In other words, there was always at least one reserve pilot available on each of these days during the relevant period; is that correct?**
A I can't say that's correct without looking at each day. I have not looked at that report for that reason to see if there was any zeros on that day; or if a day was left out and it was zero.

Page 32

**Q Exhibit 9A is limited to Friday, Saturdays and Sundays. And just scrolling down that, there's no zeros. So that would mean that there was always a reserve pilot available, correct?**
A That would mean there was always reserve -- pilot that had a reserve assignment on their schedule on that day.
**Q But they might not have been available to fly; is that what you're saying?**
A I'm saying that I didn't make that determination. I just reported on whether they had reserve assignment on their schedule. I can't speak to the rules or reasons a pilot could or couldn't be called up to fly that day, but I just reported that they had a reserve assignment on their schedule that day.
**Q Is it possible to determine if there were any Friday, Saturday and Sundays where there were no reserve pilots available to actually fly?**
A I don't know if that is hundred percent possible historically, but we'd have to look at qualification and eligibility and how many days available they had and what flights were needed to be covered that day. I don't know all the specifics that would go into determining if someone could flown that day or not.

Page 33

**Q Okay. So it's possible -- just want to make sure I understand, that when we look at these numbers, we'd asked for any reserve pilots, first officers, who were not required to fly that day. You're saying they may have been listed as reserve, but they may have been off doing something else such as a check ride or something like that?**
A I'm not speculating what they could have been off doing. I don't know how long they were sitting in reserve. They could have been sitting in reserve for 10 minutes in the afternoon or reserve all day. Those type of factors would indicate whether they were available to fly or not at a specific time for a specific flight.
**Q But in other words, these people who were -- in response to 9A, the officers listed here, what you're saying is they may have been on reserve for too long a period to take a flight at something, but they were not off doing something else. They were not off doing training or anything like that, correct?**
A I can't say what they were doing the entire day. All I can say is that I counted the number of pilots that had a reserve assignment on that day for one minute or longer.
**Q Who were not asked to fly?**
A Did not fly on that day, yes.

**Q Let's look at 9B. And this is one of the ones that you provided a correction for. And that correction answers some of the -- one of the big questions I had. And I gather the information that you've now provided us, of all the pilots who were on reserve duty, which I think is on that day, which was set forth in 7C, this is the number that were actually given flights; is that correct?**

A Yes, that's correct. Any reserve -- Detroit first officer CRJ designated as a reserve in CrewTrac that flew a flight on that day.

**Q So the numbers -- if you added the number in 9A with the number in 9B, that should equal the number that was set forth in 7C, correct?**

A I can't say that they should or should not equal, but 9A report on a.m. reserve (inaudible) on that day and the report in zero that flew a flight on that day.

**Q But 7C was you told us were all the pilots who were on reserve duty for that day, 9B is the reserve pilots who actually flew, and 9A is the pilots in any one day who are on reserve status who did not fly.**

**So if you take the pilots who flew and the ones did not fly, that should equal the total number of pilots who were on reserve status for that day, correct?**



A I'm just reviewing 7C, to make sure -- okay, so 7C -- yes, I would think those should correlate. I have not compared the number to see if they do.

**Q Here you have, for example, 9A, there were four reserve pilots who didn't fly and 44 who flew. And if we look at 7C for that same day.**

A That's the old 7C.

**Q Sorry. The new and improve 7C would be -- comes out to 49. It was off by one. Do you know why it would be off by any amount?**

A Without look at the specifics I can't say, but I can speculate that it could be a training flight of someone that is a reserve crew member flying a training flight but is not really a reserve. Training pilots are considered reserving when they're not sitting reserve. So it probably will be something in that realm that would cause this to be slightly different.

**Q Look at another one 9A. Sixty-three was 40 and we have 9 and 31. So, for example, on that Saturday it would match up?**

A I would expect it to be very close but a training pilot could throw that off a little bit because they're lumped with the reserve when they're not really reserve.

**Q What could be the reasons why someone would be**



**listed as a reserve pilot and not available to fly?**

A Sorry, say that one more time.

**Q Why would someone be listed as reserve but then not be available to fly?**

A Well, listed as reserve can mean a couple of different things. As I indicated, every pilot is categorized as a block holder or a reserve. And so reserve encompasses anybody that's not a block holder. But all of those reserves are not really reserve pilots. It could be sitting reserve on-call or available to fly, they might be in training, they might not be qualified, they might be on military leave. They might have other reasons why they're not eligible to fly, but they're still considered a reserve pilot in that domicile.

**Q Okay. 9C asked for the number of first officers at Detroit who bid a line or trip -- excuse me. I'm reading the wrong.**

**Actually, 9C is the number of first officers each domicile who are on reserve duty who are required to fill in for an absent or unavailable first officer from the same domicile. And then 9D asked for the number of reserve officers who covered flights for a first officer in a different domicile. And the question I have is: Shouldn't 9C and 9D equal 9B? They do not. They're not even close.**



A Well, yeah, they may not equal each other. From my perspective, we pulled all these individually and did not try to correlate the data. 9C we reported on any Detroit first officer reserve that was flying a pairing out of Detroit, but we excluded any training pairings or any pairings that were flying from a different base than Detroit. And so the exclusion of the training pairings probably would explain the discrepancy.

**Q But I mean, there's a large discrepancy, like in 6/2, for first officers who were required to fill in for an absent or unavailable first officer from the same domicile, the number is 15. And then you look at 79D, filling for someone outside of the domicile is one. So that comes to 16. But yet in the number of reserve pilots who flew on that day are 44. It's not like they're off by one or two, it's a huge number.**

A Without looking at the details, I can't explain exactly why that number is different. But I can say that in 9C and D we excluded any training pairings and that could explain a lot of the discrepancy. There were a lot of pilots at that time in Detroit that were training pilots.

**Q So 9B includes training flights?**

A 9B and C -- sorry, yes. Hold on. 9B was

Page 42

**number?**
A No. A pairing is a group of flights, and we reported here the number of flights flown on that day. So, for example, on June 2nd, there were 311 flights flown that were part of a Detroit pairing.
**Q The Detroit -- when you say "Detroit pairing," you mean a pairing that originated from Detroit?**
A Yes. And that pairing may have started two days ago and extended for four days. And so there were there flights on June 2nd that were flown by a Detroit first officer in his Detroit pairing on that day.
MR. STRINDBERG: Tanner, this is going to be one. We are going to have to talk about.
MR. BEAN: Okay.
**Q (BY MR. STRINDBERG) I think we were trying to get the information of the number of flights that went out of Detroit that day. 10B it says the number of lines that were being operated out of each domicile where a reserve first officer was assigned to fly. So I guess I don't understand -- tell us what -- what data you asked for here because I don't understand how there could be more lines being flown by a reserve first officer than there were reserve first officers.**
A In the same regard as 10A, in 10B we also reported the number of flights, not the number the

Page 43

lines.
**Q So these numbers could include flights by reserve pilots whose reserve status had started some other day. Is that what you're saying?**
A I'm saying that -- so, for example, on June 2nd, we had 131 flights flown by a Detroit reserve first officer. Now, one Detroit first officer may have flown five flights on that day, so it was counted five times. That's why that number will be higher than the number on reserves.
**Q Do you know if -- say you're on reserve on June 2nd but not on June 3rd and you get assigned a pairing on June 2nd, which is a two-day pairing, would the pilot then take the second leg of that pairing, or do they bring in another reserve pilot?**
A I can't to speak how crew scheduling assigns reserves, but if a reserve is assigned a pairing they're expected to fly that pairing.
**Q So in other words, like this number of 131, this could have included flights flown by reserve first officers whose reserve day was something other than June 2nd?**
A That's correct.
**Q And 10C is for each domicile, the number of lines per day that could not be flown because a first**

Page 44

**officer was not available. First of all, we asked in terms of lines but you answered this in terms of flights, correct?**
A That's correct.
**Q And then in your answer, you qualified that. You said that the information your system, the Sabre CrewTrac system, does not track whether a captain, first officer, or a combination of the two were the cause of the cancellation; is that correct?**
A That's correct.
**Q Is there some other program that would tell us whether a first officer or the lack of a first officer caused any of these cancellations?**
A No. A Sabre is the program that tracks that information. It does track when a flight was canceled because of a pilot issue. It does not designate whether that was a first officer issue, a captain issue, or a combination, or some other issue with the pilot staffing. It's not as granular as you're hoping to report on here.
**Q As one might hope. One second here.**
**Let me just -- I want to check one thing here. I'm going to show you what we will mark as Exhibit 40.**
(EXHIBIT # WAS MARKED.)

Page 45

**Q And I'll represent to you what we did was we took the information from column 9A and column 10C, and 10C being the flight cancellations, and we compared that with whether or not there were any first officers available on Friday, Saturday, and Sunday.**
**And we found that in each one of these days where you showed some cancellations, not the weekdays. We're not concerned about weekdays, but on the weekend days, that there were always reserve officers, reserve first officers available.**
**Would that -- would that indicate to you that it was not the lack of a first officer which caused the flight to be canceled?**
A No, that would not necessarily indicate that.
**Q Why not?**
A The flights may have been in different times of day than when they were available on reserve for one. The flights may have been at a location where they were not sitting reserve, may have been a Detroit pairing, but the flight was in Chicago and we couldn't get them to Chicago in time. Things like that. If no reserve is available, it may not have been timely or even possible to get them to that flight on time.
**Q But like, for example, on 10/20/17 it shows there were first unused first officers in Detroit and**

Page 46

**there was one flight missed. I mean, that would -- there must have been a first officer in Detroit available, right?**

A I would say there were reserve first officers in Detroit on that day, or that they were available when that flight needed to be flown, I cannot comment.

**Q When you pulled up this information on flight cancellations due to missing crew, did you provide or obtain information on what specific flights were canceled?**

A Yes. I produced a list of specific flights that were canceled and the comment and reason why they were canceled.

**Q And what did this comment say?**

A It's a free text comment that may say: Missing pilot or may say, "Pilot got sick." Or it's just a free text comment that has a bunch of different random texts.

**Q As you've just indicated, when you responded to 10C for each domicile for Detroit the number of flights per day that could not be flown, that might have been a flight that -- a trip that started in Detroit but the flight could not be flown might have been between two other locations other than Detroit.**

A That's correct.

Page 47

**Q And -- I mean, there were reserve pilots in other places besides Detroit. So the problem may have been that there was not a reserve pilot in a different domicile, correct?**

A Possible.

**Q Is it possible, Mr. Esplin, to narrow down from 10C whether the reason that the flight was canceled was because of lack of first officers in Detroit?**

A I don't believe it's hundred percent possible to do that accurately.

**Q Okay. I'll share the screen again. These are probably fairly straightforward: Interrogatory Number 11A was for each domicile per bid period the number of lines. And I assume that needs to be changed to the number of flights that were traded their slot between first officers. So how did you go about obtaining this information?**

A This information was pulled from our SkedPlus application, which is a self-service web application that crew members use to trade pairings with each other or with the company. And I ran a report of all transactions that were successful in this SkedPlus application. That's what number you see here.

**Q Did you have to write your own query or is that a standard report that can be run in SkedPlus?**

Page 48

A I had to write my own query for that as well.

**Q And then 11B, I gather you also did that through SkedPlus, that was number the lines that were posted by a first officer?**

A Yes. It came from SkedPlus, and this was a count of all transactions in SkedPlus by a Detroit first officer that were successful or unsuccessful or that were never attempted to be picked up by another crew member. So it essentially is a representation of all transactions attempted in SkedPlus by reserve -- a Detroit first officer.

**Q What's the difference between being unsuccessful or not being picked up by another officer?**

A So unsuccessful might be that I had a pairing out there that I wanted someone to pick up. My buddy tried to pick it up and trade with me. But it was denied because of legality or some other reason that was not eligible to be on his schedule. So that would be a failed or unsuccessful transaction.

Not picked up could be a pairing that I put out there to be picked up but nobody attempted to pick up it. So there was never any attempt to try to get that pairing, that was counted as one attempt or one posted pairing that was unsuccessful.

**Q And the SkedPlus system, there have been**

Page 49

**references other depositions to sort of posting it on the open board, that's what you were referring to?**

A The swap board or open time are two terms they use.

**Q I'm going show you again we looked at briefly before, Exhibit 41. What exactly were you asked to do in creating Exhibit 41?**

A I don't remember the exact wording of the request that came to me. But in essence it was -- they want the absences that are reported in the crew reliability tool used by the chief pilots. So we want an extract of that data is essentially how the request came to me.

**Q Is the crew reliability reports, did that come from Sabre or is that some other system?**

A Yes. It originates from Sabre. We pulled the data out of Sabre, and it's stored in our own database and used to report in those reports.

**Q So did you also for this one have to write your own query?**

A Yes.

**Q And I've asked you this before: You're not exactly sure why the numbers here differ from the numbers that were given to us in answer to Interrogatory Number 8A; is that correct?**

Page 50

A I don't remember what 8A was.
**Q 8A was for each day during the relevant period the number of first officers at Detroit who were not available to fly regardless of the reason.**
A Yeah. That was a different filter, different set that were used to pull that report. They're unrelated data.
**Q I didn't understand that answer, Mr. Esplin. What do you mean they're unrelated data?**
A I didn't use the same filter on those two interrogatories there. For 8A not available to fly. I reported on anyone that was not flying and not assigned a reserve on that day. And in this report, I reported anybody that had a specific absent code on their schedule. So it was two different unrelated requests as far as I was concerned.
**Q I misspoke. I meant in regards to 8C. The reason that the information on 8C is different than --**
A Yeah. I recall 8C used a larger list of absent codes, which is why it would probably be slightly different than the one that came from the crew reliability shorter list of absent codes.
**Q And the codes you used would show up if we were provided with the queries you used for each of these spreadsheets?**

Page 51

A Yes.
(EXHIBIT 47 WAS MARKED.)
**Q I'm going to show you what we have marked as exhibit or will be marked as Exhibit 47. We asked for information regarding Stephen Horne and a Michael Wahlen. Did you obtain this information as well or were responsible for generating this information?**
A Yes.
**Q Did you do it through the Sabre CrewTrac?**
A The data came from CrewTrac combined with some data from Flight Track, the other Sabre application.
**Q Did you have to write your own query to do this?**
A Yes.
**Q How were you -- was there some way when did these queries, does it check to make sure that the pilot actually flew the flights on those specific days?**
A Yes. This query only included flights that were not canceled that were flown by this crew member as an operating crew member. It did not include what we would call a deadhead where they're just sitting in a seat but not actually flying a plane.
**Q Whenever a pilot flies a leg or whatever, do they have to enter something that would show they were actually the pilot on that flight?**

Page 52

A Yes, pilots have to check in for a flight or activate for a flight.
**Q Who do they check in with or activate with?**
A They have an application on their iPad that lets them activate for a flight, which validates that they are the right pilot sitting on the right airplane activating for the correct flight.
**Q When they activate, somehow that is included or goes into the CrewTrac or Flight Track database?**
A It's recorded in a database. It's not recorded in a CrewTrac or Flight Track.
**Q What database is it recorded in?**
A It's an in-house database that we use to track those activations.
**Q Did you search that in-house database in preparing this information for Horne and Wallen?**
A No. We didn't need to check that information. That information validates they're on the right flight, but the actual schedules assigned to them in CrewTrac is the system of record of what they flew. And I looked at the schedules in CrewTrac and Flight Track to report this information.
**Q Isn't it possible that the pilot is assigned a flight that they may not end up flying it?**
A No, that's not possible. If the pilot didn't

Page 53

fly a flight or was not on the correct flight, that would be identified before that flight departs. We would have accurate information for who flew that flight.
**Q Say a pilot is scheduled to fly a flight, he gets sick an hour before and a reserve is called in, would that information show up in the CrewTrac or Flight Track, or is this something that would only show up in your in-house database?**
A It would absolutely show up in CrewTrac and Flight Track. When that pilot calls in sick, he is removed from that flight, he or she, and the new pilot is assigned to that flight. The new pilot also has to activate before they fly that flight, unless they are assigned to that flight in CrewTrac and Flight Track.
**Q I'm not understanding you said when they check in through their iPad, it goes not into Sabre but into an in-house program.**
A The timestamp of their check-in is stored into our in-house program, but the check-in itself does compare against a CrewTrac database to make sure they are assigned to that flight. That's what allows the check in to go through, I guess is what I was saying.
MR. STRINDBERG: Let's take a five minute or whatever, look at my notes and see if there's anything