# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH - CENTRAL DIVISION

* * *

| | |
|---|---|
| SHANE ANDREW CASSELL, | ) |
| | ) |
| Plaintiff, | ) Case No. |
| | ) 2:19-cv-00149-JNP-EJF |
| v. | ) |
| | ) Videoconference |
| SKYWEST, INC., d/b/a | ) Deposition of: |
| SKYWEST AIRLINES, | ) |
| | ) SHANE ANDREW CASSELL |
| Defendant. | ) |

COPY

* * *

Monday, September 28, 2020
9:41 a.m. MDT

Remotely Via Zoom

* * *

Jessica Croxford
Registered Professional Reporter

A. Yes. Conversations we had.
**Q. All right. And when you asked him -- or did you ever ask him how he avoided Saturday or Sabbath work?**
A. Yeah. That was the majority of our conversations, me asking him, "How did you handle this situation" or "What did you do in this situation?" And he was very helpful in explaining how he had gotten through.
**Q. And how did he get through?**
A. Well, so as a line pilot, he -- as his seniority group, he was able to bid out of it. When he was younger, he would use things like trading and dropping trips and stuff like that. He told me that when it came to training and IOE, he was able to make requests with the individuals who scheduled those to avoid being placed on -- on a schedule that went over a Sabbath.
**Q. Do you know how many flights SkyWest flew each day at the time that you applied?**
A. I don't.
**Q. Do you know how many flights SkyWest flew at the time that Mr. Horne worked for SkyWest?**
A. I do not.
**Q. Do you have any understanding as to**



**whether the amount of work and the number of flights that SkyWest took while Mr. Horne was there increased from the time he started versus the time he left?**
A. Well, I -- I'm sure that the amount increased because I know that SkyWest was growing.
**Q. Okay. Had you talked to anyone else at SkyWest that avoided a particular day of work?**
A. Before I was training, no.
**Q. How about while you were training?**
A. It was still Steve.
**Q. So was Steve the only person that you're aware of who was able, from your understanding, to avoid working any particular day of the week there in flying for SkyWest?**
A. I'm aware of one other individual who started after I left.
**Q. And who was that?**
A. His name is Michael Wahlen.
**Q. How do you spell his last name? Do you know?**
A. W-A-H-L-E-N.
**Q. And what day did he try to avoid working?**
A. Sabbath, Saturday -- Friday sundown through Saturday sundown.



**Q. Is he also a Seventh-day Adventist?**
A. He is.
**Q. And a pilot?**
A. Uh-huh. Yes.
**Q. Do you know when he started working at SkyWest?**
A. He started January or February of 2017. I don't know the exact day he started.
**Q. And from your understanding, to this day or to the last time you spoke with him, he had not worked a Sabbath?**
A. That is correct.
**Q. And did you ask him how he avoided it?**
A. Yeah, I did. And he shared the same things. The way he organized his bids, there were some that he told me he had to trade and drop during -- as a line pilot. During training, he was able to -- his training schedule was different than mine, so he didn't have the -- the same set of issues that I did. But he was also able to make requests within the training department to not be scheduled when there were areas that were out of his control with the bidding process.
**Q. Let me ask you about Mr. Horne. Is his first name with a P-H or a V? Do**



**you know?**
A. Steven is his first name.
**Q. S-T-E-V-E-N or S-T-E-P-H-E-N? Do you know?**
A. I don't. I think it's a V, but I don't know.
**Q. Okay. Is Mr. Wahlen still at SkyWest?**
A. He is, yes.
**Q. Do you know if he's a captain or a first officer?**
A. He's a first officer, last I knew.
**Q. Do you know where he's domiciled last you spoke with him?**
A. Detroit.
**Q. And do you know if Mr. Horne was a captain or a first officer?**
A. Mr. Horne was a captain.
**Q. And how long has Mr. Wahlen been at SkyWest? Do you know?**
A. He started in early 2017, so it would be a little -- three, almost four years now.
**Q. All right. And Mr. Horne was almost -- something like ten, that you were -- that you recall?**
A. Yes.

**Q. And -- all right. So let me ask you about your training, then.**
**You -- you were hired as a pilot by SkyWest in the fall of 2016; is that right?**
A. Yes.
**Q. Do you remember the month?**
A. That I was hired?
**Q. Yeah. It's not a trick question. If you don't remember, I get it.**
A. Yeah, I don't remember when I received my conditional job offer. I -- yeah.
**Q. And you applied at SkyWest because you thought they were essentially a better regional airline than their competitors?**
A. Yeah.
**Q. And you spoke with Mr. Horne.**
**How many conversations did you have with Mr. Horne before you applied to SkyWest?**
A. At least four or five, that I can remember.
**Q. How did you know him?**
A. He -- I was given his contact information by a former professor of mine. I never actually met him face-to-face.
**Q. Okay. And at the time that you applied,**



**what did you understand your schedule would be like at SkyWest as a trainee? Did you -- or if you had an understanding at the time?**
A. Certainly. So in the interview, I asked what the schedule during training was, and they told me that ground school would be Monday through Friday from 8:00 to 5:00, your normal business hours, and that simulators, they couldn't give me, but they told me that it would be random based off simulator availability.
**Q. Did you let them know at that time that you were unwilling to work on the Sabbath?**
A. No, I did not.
**Q. Did you have any concerns that you would be required to work on your Sabbath, at least with simulator training?**
A. I had concerns. But I spoke with Steve, and he -- he told me about his experience and that there was usually some simulator slots that you could avoid Saturdays with -- or the Sabbath time period with.
**Q. What did Steve do to avoid that simulator training on the Sabbath? Did he tell you?**
A. Yeah. He told me he just picked the ones that didn't have a time period over Sabbath. So



sometimes he might be starting at 4:00 in the morning or ending at 2:30 in the morning. He picked the least desirable ones. Or if he couldn't, he told me that the option to trade with another classmate was available as well.
**Q. And did he explain how you would do a trade with another classmate?**
A. No, I don't think he did.
**Q. All right. And then when you started, you're accepted at SkyWest as a pilot, correct?**
A. Yes.
**Q. And you began training?**
A. Yeah, I began training.
**Q. And where did training take place?**
A. The first portion was a CTP course in Atlanta, Georgia.
**Q. And what is a CTP? What does that stand for?**
A. I don't know what "CTP" stands for, but I do know that the purpose of the course is for all pilots who fly for a 121 carrier, such as SkyWest Airlines, have to have an airline transport pilot license. In order to get that license, you have to go through a course that's called the "CTP course." It's three or four days of ground school



and ten hours of simulator time where they teach you about how -- basically, how to fly a jet safely. And then once passing that, you can -- you're eligible to take the ATP test.
**Q. So when you applied at SkyWest, did you apply to fly a particular plane or just whichever one they wanted to assign you to?**
A. I chose the CRJ due to the fact that it was -- it was going to be easier to avoid working on sabbaths in that airframe.
**Q. And how did you have that understanding, that if you applied to fly the CRJ, it would easier to avoid sabbaths?**
A. I was told that the other airframe was in higher demand, so everybody that had higher seniority in the company was wanting to go to that airframe. And they were hiring newer hires into it, but they were not getting very good schedules. Their seniority did not grow as quickly. So I chose the other one due to the fact that I would have a better chance of my seniority growing faster, which would allow me to bid out of flying during the Sabbath period.
**Q. So at the time that you applied, you understood that SkyWest had a seniority system of**

**some sort --**
A. Yeah.
**Q. -- for purposes of deciding when people would fly?**
A. Yes.
**Q. Tell me what you understood the seniority system to be at the time that you applied.**
A. I understood that the seniority system was based off of date of hire. And based off of that, you were assigned a schedule based off of your bid preferences in the PBS system.
**Q. And you said "PBS system." What's that?**
A. Preferential bidding system.
**Q. Is that PBS something unique to SkyWest, or is that something that, in your understanding, applies in the industry?**
A. As far as I know, there's only one airline that doesn't have that, and they might have switched.
**Q. And who is the airline that doesn't have it?**
A. PSA Airlines.
**Q. Who do you currently work for?**
A. Who do I currently work for?
**Q. Right.**



A. I work for Silverhawk Aviation.
**Q. And have you worked for Silverhawk Aviation since your application for a job at SkyWest?**
A. I started at Silverhawk Aviation in the fall of 2017.
**Q. What's your position there?**
A. I'm the assistant chief pilot.
**Q. All right. Let me ask you a little bit about Silverhawk Aviation and your job there.**
**Assistant chief pilot, is that what you were since being hired in the fall of 2017?**
A. No. I started at Silverhawk as a captain, a direct entry captain on a King Air 90 aircraft. From there, they allowed me to become a training pilot, an instructor pilot on that airframe. That happened in the summer of 2018.
In the fall of 2019, they added a second airframe to my job description. I became a second-in-command on a Cessna Citation and as well as becoming a check airman on a King Air 90 that I was flying.
**Q. On the King Air 90?**
A. Yes.
**Q. Did you have to go through training with**



**Silverhawk?**
A. Yes, I did.
**Q. And how long is training there?**
A. It was broken up into sections. The first two or three -- actually, the first month I was there, it was all computer-based training, which I did on my own at home. The -- then they sent me to FlightSafety, which is a simulation company, to get training in the King Air 90 simulator, and that was ten days.
**Q. And where was that?**
A. Wichita, Kansas.
**Q. And so it went for -- it was ten consecutive days?**
A. The total time was ten days. I had Saturday off.
**Q. Did everybody have Saturday off?**
A. Yes.
**Q. So you worked Sunday?**
A. Uh-huh.
**Q. And not Saturday?**
A. Correct. Yeah. I had class on Sunday.
**Q. Are you aware that Sunday is the Sabbath for some people?**
A. Yes, I do.



**Q. Do you know whether anyone at Silverhawk during that time sought to have Sunday off?**
A. I'm not aware of any.
I would like to clarify that -- that I was the only one from Silverhawk attending at the FlightSafety course.
**Q. Okay. So did you ask to have that Saturday off?**
A. I did.
**Q. And they were okay with that?**
A. They were okay with it. Originally, we had Sunday off, and they just moved the class over one day.
**Q. So they switched the Sunday for Saturday?**
A. Correct.
**Q. I see.**
**How many pilots are at Silverhawk Aviation at the time that you applied in the fall of 2017?**
A. Oh. I don't know.
**Q. Does Silverhawk have a seniority system to determine what -- who flies what routes?**
A. Not like SkyWest.
**Q. All right. Explain their seniority system, if they have one.**
A. Sure. So our seniority system, if you

would like -- if you even want to call it that, is basically, we take into consideration the amount of time a pilot has been working at the company when assigning schedules. We work a ten and five, ten days on, five days off, and we have three rotations. Pilots choose their first, second, and third choice. The pilots with the highest seniority are awarded which -- whatever they wanted, and then it goes down from there.

Secondly, when it comes to upgrades in aircraft, if a pilot wants to move into a new airframe or would like to upgrade from first officer to captain, we look at seniority as well as qualifications, because some that have higher seniority may not have the qualifications.

But we do take -- if there are two pilots that equally qualified, we will usually look at the -- how long the pilot has been at the -- with the company and take that into consideration as well.

**Q. You said that you are currently the assistant chief pilot; is that right?**

A. That's correct.

**Q. So how many pilot -- is there a chief pilot?**



A. Yes.

**Q. Is it just one?**

A. One chief pilot, two assistant chief pilots.

**Q. All right. And so would that make you one of the more senior pilots at Silverhawk?**

A. I'm in the top ten currently.

**Q. So do you have any idea how many -- I know I asked you before and you were kind of thinking about it, and then I started asking more questions.**

**How many pilots does Silverhawk currently have, and then how many did it have in 2017?**

A. Currently, we have right around 40 pilots. I don't know the exact number, but I know it's very close to 40. In 2017, it was less. I don't know how much less.

**Q. And of those 40, do you know how many of them have been there -- have higher seniority than you? Best guess. If you don't know, you're not -- you know, your educated guess.**

A. Educated guess, I'd say six or seven of them.

**Q. So is it fair to say that Silverhawk -- is it sort of a stepping stone for pilots to get experience and then move on to a larger airline or a**



**different kind of airline?**

A. Some pilots have chosen to view it that way. There are others that live in the Lincoln, Nebraska/Omaha, Nebraska area that are very happy to stay here and grow with the company. When I started, I think that that was kind of how Silverhawk was viewed. But in the last three years, we've grown quite a bit. We've added larger aircraft, more aircraft of the same type that we had. And so pilots are starting to stick around longer.

**Q. Do you know how many aircraft Silverhawk flies?**

A. Currently, we have 16 aircraft.

**Q. 16 aircraft, is that more or less the same as it had in 2017? Do you know?**

A. No. In 2017, we had -- give me a second. Let me think here. We had nine.

**Q. So it's a growing company?**

A. Yes.

**Q. Is it a passenger flight company or is it cargo?**

A. We're passengers. We fly charter on-demand as well as aircraft -- we provide aircraft management for aircraft owners.



**Q. What does that mean, "aircraft management for aircraft owners"?**

A. So aircraft management essentially would be -- let's say you owned your own jet but you didn't have a pilot. You would -- basically, Silverhawk would handle all of that for you. So we would provide maintenance. We would provide a crew, handling at outstations, et cetera.

**Q. Of the 40 pilots you mentioned currently, do you know of those -- how many would you estimate are captains and how many are first officers?**

A. Estimate that about 25 would be captains.

**Q. And 15 first officers?**

A. Roughly, yes.

**Q. So does every flight require a captain and a first officer?**

A. Depends on the airframe. We have five aircraft that require only one pilot. They're small enough that we can do that. All the jet aircraft require two pilots.

**Q. So the five that require one pilot, those are prop planes?**

A. Yeah. They're turboprops.

**Q. Other than the private jets that people own, does Silverhawk own -- fly more than two types**