Scott M. Petersen #7599
Tanner J. Bean #17128
Jacqueline M. Rosen #18530
FABIAN VANCOTT
95 S. State Street, Suite 2300
Salt Lake City, UT 84111-2323
Telephone: (801) 531-8900
spetersen@fabianvancott.com
tbean@fabianvancott.com
jrosen@fabianvancott.com

*Attorneys for Defendant*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SHANE ANDREW CASSELL,<br>        Plaintiff,<br><br>v.<br><br>SKYWEST, INC. d/b/a SKYWEST AIRLINES,<br>        Defendant. | **STIPULATED MOTION TO AMEND TRIAL ORDER**<br><br>Case No. 2:19-CV-00149 JNP-DAO<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Daphne A. Oberg |

Defendant SkyWest, Inc. and Plaintiff Shane Andrew Cassell (collectively, "Parties"), by and through their respective attorneys, hereby stipulate and jointly move the Court to amend the Trial Order (Dkt. #77) in this matter. Given the rescheduling of the January 17, 2023 hearing to January 24, 2023 and the scope of the motions of limine to be decided at that hearing, the parties agree that the

January 24, 2023 hearing is best used to hear oral argument on voir dire and the motions in limine, reserving the February 7, 2023 hearing for oral argument on jury instructions and the verdict form and any remaining issues. To conform with this proposal, the parties specifically request the following deadlines:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Deadline for parties to serve on each other proposed changes or additions to the court's standard voir dire question template | 1/20/2023 | 1/13/2023 |
| Deadline for parties to jointly file a single document containing any proposed changes or additions to the court's standard voir dire questions and email a Word or WordPerfect version of the document to utdecf_parrish@utd.uscourts.gov | 1/27/2023 | 1/17/2023 |
| Deadline for parties to jointly file with the court a single set of the parties' proposed jury instructions, including all proposed jury instructions for both parties | 1/18/2023 | 1/25/2023 |
| Deadline for each party to file objections, if any, to jury instructions proposed by the other party | 1/25/2023 | 1/27/2023 |
| Deadline for any party to submit a brief written response in support of its proposed instructions | 1/27/2023 | 1/28/2023 |
| Deadline for each party to file a Trial Brief | 1/27/2023 | 2/1/2023 |
| Deadline for any part intending to offer evidence under Federal Rule of Evidence 902(11) or (12) to provide to | 1/13/2023 | 1/20/2023 |

| | | |
|---|---|---|
| opposing counsel and file with the court a notice of their intent | | |
| Deadline to file objections to evidence offered under Federal Rule of Evidence 902(11) or (12) | 1/20/2023 | 1/27/2023 |
| Deadline to provide exhibits and demonstratives to be used during opening arguments to opposing counsel | No date | 1/27/2023 |
| Deadline to file objections to exhibits that will be used by counsel during opening arguments | 1/20/2023 | 2/1/2023 |
| Deadline to file a request seeking judicial notice of a fact | 1/20/2023 | 1/27/2023 |
| Deadline to object in writing to request seeking judicial notice of a fact | 1/27/2023 | 2/1/2023 |

DATED this 12th day of January, 2023.

/s/ Scott M. Petersen
Scott M. Petersen
Tanner J. Bean
Jacqueline M. Rosen
FABIAN VANCOTT
*Attorneys for Defendant*

DATED this 12th day of January, 2023.

/s/ Erik Strindberg
*Signed with permission*
Erik Strindberg
Jonathan Thorne
STRINDBERG & SCHOLNICK, LLC
*Attorneys for Plaintiff*