IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SHANE ANDREW CASSELL,<br><br>                Plaintiff,<br>v.<br><br>SKYWEST, INC. d/b/a SKYWEST AIRLINES,<br><br>                Defendant. | **ORDER GRANTING STIPULATED MOTION TO AMEND TRIAL ORDER**<br><br>Case No. 2:19-CV-00149 JNP-DAO<br><br>District Judge Jill N. Parrish<br><br>Magistrate Judge Daphne A. Oberg |

Upon the stipulated motion to amend trial order by and between the parties, and good cause appearing, it is ORDERED that the following deadlines in the Trial Order shall be as follows:

| Event | Deadline |
|---|---|
| Deadline for parties to serve on each other proposed changes or additions to the court's standard voir dire question template | 1/13/2023 |
| Deadline for parties to jointly file a single document containing any proposed changes or additions to the court's standard voir dire questions and email a Word or WordPerfect version of the document to utdecf_parrish@utd.uscourts.gov | 1/17/2023 |
| Deadline for parties to jointly file with the court a single set of the parties' proposed jury instructions, including all proposed jury instructions for both parties | 1/25/2023 |
| Deadline for each party to file objections, if any, to jury instructions proposed by the other party | 1/27/2023 |
| Deadline for any party to submit a brief written response in support of its proposed instructions | 1/28/2023 |
| Deadline for each party to file a Trial Brief | 2/1/2023 |
| Deadline for any part intending to offer evidence under Federal Rule of Evidence 902(11) or (12) to provide to opposing counsel and file with the court a notice of their intent | 1/20/2023 |
| Deadline to file objections to evidence offered under Federal Rule of Evidence 902(11) or (12) | 1/27/2023 |
| Deadline to provide exhibits and demonstratives to be used during opening arguments to opposing counsel | 1/27/2023 |

| | |
|---|---|
| Deadline to file objections to exhibits that will be used by counsel during opening arguments | 2/1/2023 |
| Deadline to file a request seeking judicial notice of a fact | 1/27/2023 |
| Deadline to object in writing to request seeking judicial notice of a fact | 2/1/2023 |

In addition, the hearing scheduled for January 24, 2023, will be used for oral arguments on the motions in limine and on voir dire. Oral argument on jury instruction and the verdict form will be heard during the pretrial on February 7, 2023.

DATED January 13, 2023

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge