# EXHIBIT A

**From:** Alan Reinach
**Sent:** Sunday, December 4, 2016 12:05 PM
**To:** Coy.Bryant@skywest.com
**Cc:** Shane Cassell <shanecassell1@gmail.com>; McFarland, Todd <McFarlandT@gc.adventist.org>
**Subject:** Shane Cassell -- religious accommodation request

Mr. Bryant: Mr. Cassell has been referred to you as the human resources manager who can properly address his request for religious accommodation. As a Seventh-day Adventist, he does not work from sundown Friday to sundown Saturday, a day he observes as the Sabbath, i.e., a religious day of rest. I believe you may already be aware of his situation from his manager, Mr. Jake Whicker. Mr. Cassell was forced to resign, or be fired, when his Sabbath accommodation was denied with respect to a portion of his pilot certification training. We believe this decision was made in error, and request your assistance in working out a suitable religious accommodation for Mr. Cassell so he can get his career with Sky West back on track. If you need any information from us, please don't hesitate to ask. We will appreciate the courtesy of a prompt reply.

1964/2014 50 Years

CHURCH STATE COUNCIL

Alan J. Reinach, Esq.

Executive Director

Church State Council

2686 Townsgate Road

Westlake Village, CA 91361

805-413-7398 (direct)

www.churchstate.org

ajreinach@churchstate.org