# EXHIBIT B

SkyWest AIRLINES®

Direct Dial: 435.634.3530
Direct Fax: 435.634.3505
e-mail: temerson@skywest.com

December 8, 2016

<u>**VIA E-MAIL: ajreinach@churchstate.org and U.S. Mail**</u>
Alan J. Reinach, Esq.
Executive Director
Church State Council
2686 Townsgate Road
Westlake Village, CA 91361

*Re: Shane Cassell*

Dear Mr. Reinach:

Thank you for your e-mail sent December 4, 2016, to Coy Bryant. Please allow me to respond on his behalf.

SkyWest employs more than 4,000 pilots, many of whom have deeply-held religious beliefs. We respect those beliefs and do our utmost to accommodate each employee's desire to avoid a conflict between work and church.

As such, we have developed a robust seniority system with shift trades and vacation days to help employees manage their work schedules. As Mr. Cassel gains seniority, he will be able to utilize these tools to avoid working on the Sabbath, however, over the course of his first few years of employment, when Mr. Cassel has low seniority, he will absolutely and unavoidably be required to work on Saturday and other holidays, as more senior pilots typically avoid working those days.

As you likely know, a requested variance in a bona fide seniority system creates undue hardship. *See* 42 U.S.C. § 2000e-2(h); 29 C.F.R. § 1605.2(e)(2); *Stolley v. Lockheed Martin Aero. Co.*, 100 Fair Empl. Prac. Cases (BNA) 642, 2007 U.S. App. LEXIS 7303 (5th Cir. March 28, 2007)(An employer is not required to make an accommodation that would "deny the shift and job preferences of some employees," or "deprive them of their contractual rights, in order to accommodate . . . the religious needs of others.")

Mr. Cassel resigned from our flight training program because a training class would extend one hour into the Sabbath. I admire his faithfulness. But if he returns, he will unavoidably be tasked with working on all or part of the Sabbath for several years to come. If he

has changed his position on Sabbath observance – or if he can think of another acceptable accommodation – please let me know and I would be pleased to discuss it with you.

Sincerely,

Todd C. Emerson
Director of Government and Legal Affairs

Church State Council
DEC 14 2016
RECEIVED