Erik Strindberg (Utah Bar No. 4154)
Jonathan Thorne (Utah Bar No. 12694)
**STRINDBERG & SCHOLNICK, LLC**
40 South 600 East
Salt Lake City, Utah 84103
(t) 801.359.4169
(f) 801.359.4313
email: erik@utahjobjustice.com

Todd. R. McFarland (*Pro Hac Vice*)
Associate General Counsel
Office of General Counsel
**General Conference of Seventh-day Adventists**
12501 Old Columbia Pike
Silver Springs, MD 20902-6600
(t) 301.680.6321
(f) 301.680.6329
Email: mcfarlandt@gc.adventist.org

*Attorneys for Plaintiff*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **SHANE ANDREW CASSELL**<br><br>v.<br><br><br>**SKYWEST, INC. d/b/a SKYWEST AIRLINES,**<br><br>Defendant. | **STIPULATION AND JOINT MOTION ASKING THE COURT TO ENTER AN ORDER DISMISSING THE CASE WITH PREJUDICE**<br><br>Case No. 2:19-CV-00149 JNP-DAO<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Daphne A. Oberg |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Shane Andrew

Cassell and Defendant SkyWest, Inc. (collectively the "Parties"), by and through their

respective attorneys, hereby Stipulate that the Parties have fully resolved all the issues raised in this case; and

Jointly Move the Court to enter an Order dismissing the case with prejudice. A copy of a Proposed Order is filed herewith.

DATED this 14th day of December, 2023.

**STRINDBERG SCHOLNICK BIRCH HALLAM HARSTAD THORNE**

_/S/ Erik Strindberg_
Erik Strindberg
Attorneys for Plaintiff

DATED this 14th day of December, 2023.

**FABIAN VANCOTT**

_/s/ Scott Petersen_
_Signed with Permission_
Scott M. Petersen
Tanner Bean
Jacqueline Rosen

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that December 14, 2023, I caused a true and correct copy of this

Stipulation and Joint Motion Asking the Court to Enter an Order Dismissing this Case with

Prejudice to be served, via CMECF, upon the following:


Scott M. Peterson
Tanner Bean
Jacqueline Rosen
Fabian VanCott
spetersen@fabianvancott.com
tbean@fabianvancott.com
jrosen@fabianvancott.com


/s/ Erik Strindberg
Erik Strindberg