IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **SHANE ANDREW CASSELL**, <br><br> Plaintiff, <br><br> v. <br><br> **SKYWEST, INC. d/b/a/ SKYWEST AIRLINES**, <br><br> Defendant. | **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** <br><br><br> Case No. 2:19-CV-00149-JNP-DAO <br><br> District Judge Jill N. Parrish <br> Magistrate Judge Daphne A. Oberg |

On December 14, 2023, the parties filed a stipulated motion to dismiss the case with prejudice pursuant to Fed. R. Civ. P. 41(a). ECF No. 147. Based on the parties' stipulated motion and for good cause appearing, the motion is **GRANTED** and this case is **DISMISSED** with prejudice, each party to bear its own costs and attorney fees.

Signed December 14, 2023

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge